UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Andamo Jarrell ) | |
|     Plaintiff ) | |
| v. ) | Case No. 1:18-cv-04066-RLY-TAB |
| Cook Incorporated, et al. ) | |
|     Defendant ) | |

NOTICE OF DISMISSAL

Plaintiff, Andamo Jarrell, files this Dismissal and would show the Court as follows:

This case was filed in error due to the fact that a similar case was previously filed, for this same Plaintiff, by another attorney, in Case No. 1:18-cv-03886.

Plaintiff hereby dismisses all of his claims asserted against these Defendants in THIS CAUSE ONLY - 1:18-cv-04066.  Nothing herein is with prejudice to, or otherwise affects, diminishes or defeats Plaintiff's claims asserted in Case No. 1:18-cv-03886.

WHEREFORE, the parties ask that this Cause No. 1:18-cv-04066, only, be dismissed WITHOUT PREJUDICE as to Plaintiff's claims asserted in Case No. 1:18-cv-03886.

Date: 01/17/19        Respectfully submitted,

              /s/ JOHN T. KIRTLEY, III
              John T. Kirtley, III
              Texas Bar No. 11534050
              2603 Oak Lawn Avenue, Suite 300
              P.O. Box 199109
              Dallas, Texas 75219
              (214) 521-4412
              (214) 526-6026 Fax
              jkirtley@lawyerworks.com
               Asst. molvera@lawyerworks.com
              ivcfiling@lawyerworks.com
              ATTORNEY FOR THE PLAINTIFF

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 17, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                          <u>/s/ JOHN T. KIRTLEY, III</u>
                          John T. Kirtley, III