UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Andamo Jarrell          ) | |
|     Plaintiff          ) | |
| v.                      ) | Case No. 1:14-ml-2570-RLY-TAB |
| Cook Incorporated, et al.  ) | MDL No. 2570 |
|     Defendant         ) | |

ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims against Defendants in Civil Action 1:14-ml-2570-RLY-TAB (Member Case 1:18-cv-04066-RLY-TAB) are hereby dismissed without prejudice.

Date:_____

_____
HONORABLE JUDGE RICHARD L. YOUNG
JUDGE, UNITED STATES DISTRICT COURT