DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

## ORDER STRIKING FILING

The Order Regarding Plaintiffs' Failure to Produce Case Categorization Forms (doc. #9907) entered January 14, 2019 is STRICKEN from the docket. An amended order shall issue forthwith.

**SO ORDERED** this 17th day of January 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record