UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to All Actions

**AMENDED ORDER REGARDING**
**PLAINTIFFS' FAILURE TO PRODUCE CASE CATEGORIZATION FORMS**

Pursuant to the Court's Order on the Cook Defendants' Motion for Screening Order and Bellwether Plan (Doc. 9322) and the Court's Order Regarding Case Categorization and Census (Doc. 9638) (collectively with this Order, the "Court's Categorization Orders") the Court ordered Plaintiffs to categorize their cases in Categories Nos 1-7 and submit specific medical records supporting categorization by December 22, 2018.

All plaintiffs that have not complied with that deadline are ordered to categorize using the form attached as Exhibit A to Doc. 9638, including the requirement to produce specific medical records by **January 31, 2019**. All plaintiffs that have not complied with the Court's Categorization Orders by January 31, 2019, shall be dismissed without prejudice.

Cook is ordered to provide the Court with a list of all plaintiffs that fail to comply with the Court's Categorization Orders seven days later, on **February 7, 2019**, for entry of dismissal.

SO ORDERED this 17th day of January 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically
To Registered Counsel of Record