IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to Plaintiff Russell Rutledge in the
above referenced action.
Case No.:   1:18-cv-3865

_____

### NOTICE OF VOLUNTARY DISMISSAL OF LAWSUIT

To:  The Clerk of Courts and all parties of record:

    Plaintiff voluntarily dismisses the lawsuit filed at action at 1:18-cv-3865.

                              Respectfully submitted,

                              DALLAS W. HARTMAN, P.C.

Dated:   January 18, 2019              /s/ Dorothy J. Dohanics, Esquire
                                               Dorothy J. Dohanics
                                               (Pa Bar ID:  313955)

                                               201 Green Ridge Drive
                                               New Castle, PA  16105
                                               (724) 652-4081 – telephone
                                               (724) 652-8380 – facsimile
                                               Email:  ddohanics@dallashartman.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    DALLAS W. HARTMAN, P.C.

Dated:  January 17, 2019                  /s/ Dorothy J. Dohanics, Esquire
                                                    Dorothy J. Dohanics
                                                    (Pa Bar ID:  313955)

                                                    201 Green Ridge Drive
                                                    New Castle, PA  16105
                                                    (724) 652-4081 – telephone
                                                    (724) 652-8380 – facsimile
                                                    Email:  ddohanics@dallashartman.com