**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE:  COOK IVC FILTERS | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | No. 1:14-ml-02570 |
| | ) | MDL No. 2570 |

This document applies to:

Bonnie Stanley, Case No. 1:17 cv 1931                    January 18, 2019

**PLAINTIFF'S MOTION TO VACATE COURT ORDER
DISMISSING PLAINTIFF'S CASE**

Plaintiff, Bonnie Stanley, in the above-entitled lawsuit, hereby requests an Order pursuant to Fed. R. Civ. P. 60(b), in the form attached, vacating the dismissal of her case under the Court's final Order dismissing 113 "No Injury" Cases (Doc. 8506), because her case was included in the "No Injury" group in error.

The Court dismissed Ms. Stanley's case under paragraph 2. of the Order, as a plaintiff who suffered "no injury" caused by the placement of the Cook IVC filter.  This is a mistake, however, because Ms. Stanley reported to defendants in her Plaintiff Profile Form (an excerpt is attached as Exhibit A and redacted pursuant to Federal Rules of Civil Procedure 5.2), that she suffered two failed attempts to remove the filter while a clot was present.  These types of injury cases are described in paragraph 1. of the Order and not subject to dismissal at this time.

Fed. R. Civ. P. 60(b), grants the Court authority to vacate its dismissal of this case: "On motion and just terms, the court may relieve a party…from final judgment, order or proceeding for…a mistake, inadvertence…"  Plaintiff's motion is timely under

Fed. R. Civ. P. 60(c) because it was "made within a reasonable time-and…no more than a year after the entry of judgement or order or the date pf the proceeding."

Plaintiff attempted to contact defense counsel twice via email over the course of two weeks concerning this mistake and motion to vacate.  Plaintiff provided defense counsel with the Plaintiff Profile Form in both emails.  Defense counsel did not respond to Plaintiff's emails before the filing of this motion.

Because her case was inadvertently added to the "No Injury" plaintiff group, Plaintiff Bonnie Stanley respectfully requests that the Court vacate its order dismissing her case and reinstate her case.

Respectfully Submitted,

By: /s/ Michael J. Walsh
   Michael J. Walsh #CT09111
   Walsh Woodard LLC
   527 Prospect Avenue
   West Hartford, CT  06105
   P:  860-549-8440
   F:  860-549-8443
   mwalsh@walshwoodard.com

Attorneys for the Plaintiff

### CERTIFICATE OF SERVICE

The undersigned hereby certified that on January 18, 2019, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Michael J. Walsh