IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Stanley v. Cook, et al.   **Date:** 8/9/17
**Docket No.:** 1:17 cv 1931
**Plaintiff(s) attorney and Contact information:**
Michael J. Walsh, Esq.   mwalsh@walshwoodard.com
Walsh Woodard LLC
527 Prospect Avenue
West Hartford, CT 06105 P (860) 549 8440 F (860) 549 8443

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Bonnie Helen Stanley (nee Hardy)
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: N/A
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: N/A   Loss of Consortium? ☐ Yes ☑ No
3. Date of birth: REDACTED
4. Date of death (if applicable): N/A
5. Social Security No.: REDACTED
6. Current Address: 257 Route 66, Columbia, CT 06237
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| N/A | |
| | |
| | |

1

    a.     Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐ Yes ☑ No

    b.     If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

    N/A

14. Have you ever served in any branch of the military? ☐ Yes ☑ No

    a.     If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

    N/A

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐ Yes ☑ No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

16. Do you have a computer? ☑ Yes ☐ No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☑ Yes ☐ No ☐ Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: November 27, 2012
2. Reason for Implant: Pulmonary Embolism/DVT
3. Brand Name: Celect
4. Mfr. Cook
5. Lot Number: E2988961
6. Placement Physician (Name/Address): Dr. Mohiuddin Cheema 85 Seymour Street Suite 919 Hartford, CT 06106
7. Medical Facility (Name/Address): Hartford Hospital, 80 Seymour Street, Hartford, CT 06102

(This section to be used if more than one filter is at issue)

1. Date of Implant: N/A
2. Reason for Implant:
3. Brand Name:
4. Mfr.
5. Lot Number:
6. Placement Physician (Name/Address):
7. Medical Facility (Name/Address):

3

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

   a. If yes, please identify any such device(s) or product(s). No
   b. When was this device or product implanted in you? N/A
   c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? N/A
   d. Provide the name and address of facilities where the other device or product implanted in you? N/A
   e. State your understanding of why was the other device or product implanted in you? N/A

• *Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): 5/24/13
2. Type of retrieval: Internal Jugular vein approach
3. Retrieval physician (Name/Address): Dr. Mohiuddin Cheema 85 Seymour Street Suite 919 Hartford, CT 06106
4. Medical Facility (Name/Address): Hartford Hospital, 80 Seymour Street, Hartford, CT 06102
5. Reason for Retrieval: Temporary filter prolonged placement risks

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): 7/29/13
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): Dr. Mohiuddin Cheema 85 Seymour Street Suite 919 Hartford, CT 06106
4. Medical Facility (Name/Address): Hartford Hospital, 80 Seymour Street, Hartford, CT 06102
5. Reason for Retrieval: Temporary filter prolonged placement risks

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval:
3. Retrieval physician (Name/Address):
4. Medical Facility (Name/Address):
5. Reason for Retrieval:

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval:
3. Retrieval physician (Name/Address):
4. Medical Facility (Name/Address):
5. Reason for Retrieval:

4

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other  Clot present during both retrieval attempts |
| ☐ Tilt | ☐ Other |
| ☐ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☑ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

12/16/12 _____ by X-ray _____
(e.g. imaging studies, surgery, doctor visits)
5/24/13 _____ by Abdominal Aortography _____

7/29/13 _____ by Venogram _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

After second failed retrieval, was told by physician that there would be no further attempts and that the filter was mine permanently. He said, "Well, its yours. You can name it."

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age 61 _____ Height 5'1" _____ Weight 190 _____
2. Provide your: Age 56 _____ Weight >200 <240 _____ (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

Applies to me and: ☐ the documents are attached OR ☒ have no documents OR ☐ Does not apply to me.

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, Bonnie H. Stanley, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_Bonnie H. Stanley_
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, Bonnie H. Stanley, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

1582633-3 (10909-0412)

12