# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK IVC FILTERS ) | |
| PRODUCTS LIABILITY LITIGATION ) | No. 1:14-ml-02570 |
| ) | MDL No. 2570 |

This document applies to:

Bonnie Stanley, Case No. 1:17 cv 1931                           _____, 2019

## [PROPOSED] ORDER

Considering the Plaintiff's Motion to Vacate Court Order Dismissing Plaintiff's Case herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that Plaintiff's motion is GRANTED.  Accordingly, the Court hereby vacates the Order dismissing plaintiff, Bonnie Stanley's case and hereby reinstates her case.

_____
JUDGE, UNITED STATES DISTRICT COURT