IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed without prejudice.
> Dated: 1/18/2019
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

_____

In Re:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff Russell Rutledge in the above referenced action.
Case No.:   1:18-cv-3865

_____

## NOTICE OF VOLUNTARY DISMISSAL OF LAWSUIT

To:  The Clerk of Courts and all parties of record:

Plaintiff voluntarily dismisses the lawsuit filed at action at 1:18-cv-3865.

Respectfully submitted,

DALLAS W. HARTMAN, P.C.

Dated:   January 18, 2019

/s/ Dorothy J. Dohanics, Esquire
Dorothy J. Dohanics
(Pa Bar ID:  313955)

201 Green Ridge Drive
New Castle, PA  16105
(724) 652-4081 – telephone
(724) 652-8380 – facsimile
Email:  ddohanics@dallashartman.com