**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| Andamo Jarrell | ) | |
|     Plaintiff | ) | |
| v. | ) | Case No. 1:14-ml-2570-RLY-TAB |
| Cook Incorporated, et al. | ) | MDL No. 2570 |
|     Defendant | ) | |

ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims against Defendants in

Civil Action 1:14-ml-2570-RLY-TAB (Member Case 1:18-cv-04066-RLY-TAB) are hereby dismissed

without prejudice.

Date:   1/18/2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record