IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
SHARLEAN A. BRAWNER

Civil Case # 1:16-cv-00184-RLY-TAB

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE INSTANT CASE ONLY

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above matter is dismissed without prejudice and without costs against any party. *Cause number 1:14-cv-01873-RLY-TAB also pending before this Court shall NOT be dismissed.*

Dated:  January 15, 2019

| MATTHEWS & ASSOCIATES | FAEGRE BAKER DANIELS LLP |
|---|---|
| */s/ David P. Matthews*<br>David P. Matthews, Bar No. 13206200<br>2905 Sackett Street<br>Houston, TX 77098<br>Telephone:  (713) 522-5250<br>Facsimile:  (713) 535-7184<br>matthewsivc@thematthewslawfirm.com<br><br>*Counsel for Plaintiff* | */s/ Kip S.M. McDonald*<br>Kip S.M. McDonald<br>Andrea Roberts Pearson<br>300 North Meridian St., Suite 2700<br>Indianapolis, IN 46204<br>Tel. (317) 237-1485<br>Fax (317) 237-1000<br>Kip.McDonald@FaegreBD.com<br>andrea.pierson@faegrebd.com<br><br>*Counsel for Defendants* |

**SO ORDERED** this 18th day of January, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana