IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Plaintiff: STACY DAVID<br>Case No. 1:17-cv-03351-WTL-MPB | |

APPROVED. Case is dismissed without prejudice.
Dated: 1/18/2019
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through her counsel of record and move this Court to dismiss this case without prejudice. All parties to pay their own costs.

Unbeknownst to counsel, a dual action for Plaintiff Stacy David had already been filed at the time below counsel filed their Complaint. (Case No. 1:16-cv-01681). Due to these circumstances, counsel requests that Case No. 1:17-cv-03351 be dismissed, without prejudice.

Respectfully Submitted,

**DAVIS, BETHUNE & JONES, LLC**

By   */s/ Grant L. Davis*
Grant L. Davis    MO #34799
Shawn G. Foster   MO #47663
2930 City Center Square
1100 Main Street
Kansas City, MO 64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
Attorneys for Plaintiff