IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

FERGUSON v. COOK INCORPORATED et al
Civil Case #   1:18-cv-02950-RLY-TAB

**PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

Plaintiff Clarence Ferguson files this Response to Defendants' Motion to Dismiss [DOC 9746] Mr. Ferguson's case and respectfully requests the Court to deny Defendant's Motion to Dismiss on the following basis:

1. On December 14, 2018, Defendants Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants") filed their Motion to Dismiss against multiple Plaintiffs, including two Plaintiffs represented by Fears Nachawati, for their failure to provide a Plaintiff Profile Sheet ("PPS").

2. Plaintiff was able to materially complete the PPS, signed authorizations and relevant medicals and delivered them to the Cook Defendants via email, CookfilterMDL@FaegreBD.com, on January 7, 2019.

WHEREFORE, Plaintiff respectfully requests that the Court deny Cook Defendant's Motion to Dismiss.

Dated: January 21, 2019

Respectfully submitted,

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEY FOR THE PLAINTIFF(S)**

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**