IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

ANGEVINE et al v. COOK INCORPORATED et al
Civil Case #    1:18-cv-03035-RLY-TAB

**PLAINTIFFS' RESPONSE TO MOTION TO DISMISS**

Plaintiffs' Walter Angevine and Tammi Angevine file this Response to Defendants' Motion to Dismiss [DOC 9746] their case and respectfully requests the Court to deny Defendant's Motion to Dismiss and allow additional time to submit a completed PPS on the following basis:

1. On December 14, 2018, Defendants Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants") filed their Motion to Dismiss against multiple plaintiffs, including plaintiffs represented by Fears Nachawati, for their failure to provide a Plaintiff Profile Sheet ("PPS").

2. Plaintiffs' counsel has used due diligence to contact plaintiffs by phone calls, FedEx and email/text, whenever possible.

3. To date, the Plaintiffs have not returned a completed Plaintiff Profile Sheet to the undersigned counsel. Plaintiffs' counsel needs additional time to further investigate.

4. Accordingly, the Plaintiffs' counsel humbly asks the Court for an additional thirty (30) days to produce their PPS to the Cook Defendants.

WHEREFORE, Plaintiffs respectfully request that the Court deny Cook Defendant's Motion to Dismiss and allow additional time for Plaintiffs to complete the PPS.

Dated: January 21, 2019

Respectfully submitted,

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEY FOR THE PLAINTIFF(S)**

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**