**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
DENISE AND TERRY WARR
Civil Case # 1:18-cv-455

**ORDER GRANTING MOTION TO
VACATE ORDER OF DISMISSAL AND
REINSTATE CASE**

**IT IS ORDERED** that the Motion to Vacate Order of Dismissal and Reinstate Case filed by the Plaintiff's Denise and Terry Warr is hereby GRANTED, without obejection. The Clerk of the Court is directed to reinstate the above case into the record in this matter.

Signed this 22nd day of January, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels Of Record.