UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

_____ )

This Document Relates to:
Tindaro D. Mondello, 1:18-cv-00624;

_____

## ORDER TO REOPEN CASE

AND NOW, to wit, this 22nd day of __January__, 2019, upon consideration of the foregoing Motion to Vacate and Reopen, and without objection, find the following:

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED;

and IT IS FURTHER ORDERED that the case is reopened and returned to active docket.

IT IS SO ORDERED:

Date:   1/22/2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record