**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>Case No. 1:14-ml-2570-RLY-TAB |

This Document relates to:

Civil Case # 1:17-cv-02029-RLY-TAB

**MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CASE**

NOW COMES, Mark Layman (Plaintiff), who hereby files this Motion to vacate an Order of Dismissal and Reinstate this case. Plaintiff respectfully states as follows:

1. On July 5, 2018, the United States District Court of the Southern District of Indiana, Indianapolis Division, ordered the dismissal of 113 "No Injury" Cases. *[Doc. 8506]*. The order states that a plaintiff may refile his or her case in the MDL in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. *Id.* In accordance with the Court's Order and Fed. R. Civ. P. 60, Plaintiff Mark Layman respectfully requests that the dismissal of his case be vacated.

2. Plaintiff Mark Layman underwent an abdominal CT scan on December 28, 2018 which revealed injuries caused by his Cook IVC filter.

3. Specifically, Plaintiff Mark Layman's recent abdominal CT scan demonstrated his filter perforated the vena cava with struts abutting the L3-L4 intervertebral disc.

4. Plaintiff has now suffered injuries but had not discovered them in advance of the Court's dismissal. While Plaintiff's claims were dismissed without prejudice, Plaintiff requests that the

judgment be vacated and the case resume its previous procedural posture without refiling and paying a second filing fee.

Respectfully submitted this 22nd day of January, 2019,

*Marlene J. Goldenberg*
Marlene J. Goldenberg (*pro hac vice*)
Stuart L. Goldenberg *(pro hac vice)*
GoldenbergLaw, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel.: 612-333-4662
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2019, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

*/s/ Marlene J. Goldenberg*
Marlene J. Goldenberg