UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>---<br><br>This Document relates to:<br><br>Civil Case # 1:17-cv-02029-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570<br><br>**[PROPOSED] ORDER** |

Pending before the Court is Plaintiffs' Motion to Vacate Order of Dismissal and Reinstate Case (Doc. _____). Plaintiff has requested the Court to vacate the dismissal of his case.

**IT IS ORDERED** that Plaintiff's motion (Doc. _____) is **GRANTED.** Accordingly, the Court hereby vacates the Order dismissing without prejudice Plaintiff Mark Layman's case and thereby reinstates his case.

Dated this ___ day of _____, 2019.

1