**Exhibit 1 - Email Confirming Submission of Documents via Online Secure Portal.**

# Steph Herrmann

| | |
|---|---|
| **From:** | smh@fenstersheib.com |
| **Sent:** | Friday, June 01, 2018 2:14 PM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | 31833-000 Decann, Dustin (deceased) v. IVC: CookFilterMDL |

**You have received 6 secure files from smh@fenstersheib.com.**
Use the secure links below to download.

To Whom It May Concern:

Pursuant to the Court's Order dated April 18, 2018, please find Plaintiff Dustin DeCann's PPS, Authorizations, and Medical Records uploaded above. Also submitted is Plaintiff's Death Certificate and Letters of Administration, appointing Ms. Amber Taylor as Administrator of the Estate.

If there are any questions or concerns, please do not hesitate to contact me by phone or email.

Thank you,

Stephanie M. Herrmann, Esq.
Law Office of Robert J. Fenstersheib & Associates, P.A.
520 W. Hallandale Beach Blvd., Hallandale, FL 33009
T: 954-456-2488 | F: 954-212-2757 | 1-855-TellRobert
SMH@Fenstersheib.com – www.TellRobert.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify Monica Davis Office manager for the Law Offices of Robert J. Fenstersheib & Associates, P.A., at (954) 456-2488 or by email at monica@fenstersheib.com and then deleting this electronic message from your computer.

**Secure File Downloads:**
Available until: **07 June 2018**

Click links to download:

   **Dustin DeCann - Complete MRs.pdf**
   4.64 MB

   **Death Certificate.pdf**
   267.52 KB

   **Dustin DeCann- Final PPS.pdf**
   3.12 MB

   **Letters of Administration.pdf**
   513.42 KB

   **Statement of Informal Appointment of PR.pdf**
   774.39 KB

   **DeCann, Dustin - St. Joseph's Regional Medical Center.7z**
   424.11 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion