**Exhibit B- Email Notifying Defendants of Plaintiff's Submission of PPS & Associated Documents.**

## Steph Herrmann

| | |
|---|---|
| From: | Steph Herrmann |
| Sent: | Friday, June 01, 2018 2:14 PM |
| To: | 'CookFilterMDL@FaegreBD.com' |
| Cc: | Robert J. Fenstersheib; Stephanie Fenstersheib |
| Subject: | Re: 31833-000 Decann, Dustin (deceased) v. IVC: Dustin DeCann v. Cook Medical Incorporated et al |

To Whom It May Concern:

Pursuant to the Court's Order dated April 18, 2018, please find Plaintiff Dustin DeCann's PPS, Authorizations, and Medical Records uploaded to the link referenced in Amended Case Management Order No. 6. Also submitted are Plaintiff's Death Certificate and Letter of Administration, by which Ms. Amber Taylor is appointed as Administrator of the Estate.

If there are any questions or concerns, please do not hesitate to contact me by phone or email.

Thank you,



### Stephanie M. Herrmann, Esq.

Law Office of Robert J. Fenstersheib & Associates, P.A.
520 W. Hallandale Beach Blvd., Hallandale, FL 33009
T: 954-456-2488 | F: 954-212-2757 | 1-855-TellRobert
Direct Line: 954-457-2153
SMH@Fenstersheib.com   www.TellRobert.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify Ginny Christensen Office manager for the Law Offices of Robert J. Fenstersheib & Associates, P.A., at (954) 456-2488 or by email at ginny@fenstersheib.com and then deleting this electronic message from your computer.

 Think Green! If not necessary, please do not print this email.

**Steph Herrmann**

| | |
|---|---|
| **From:** | Mail Delivery Subsystem <MAILER-DAEMON@server70.appriver.com> |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Sent:** | Friday, June 01, 2018 2:14 PM |
| **Subject:** | Delivered: Dustin DeCann v. Cook Medical Incorporated et al |

**Your message has been delivered to the following recipients:**

CookFilterMDL@FaegreBD.com

Subject: Re: Dustin DeCann v. Cook Medical Incorporated et al

1