**Exhibit C - Defendants' Submission of Defendant Profile Form**

# Steph Herrmann

| | |
|---|---|
| **From:** | Robert J. Fenstersheib |
| **Sent:** | Wednesday, September 12, 2018 1:06 PM |
| **To:** | Steph Herrmann |
| **Subject:** | Fwd: Cook Filter - Round 17 - DPFs - 2018-09-12 |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

Sent from my iPhone

Begin forwarded message:

> **From:** <liz.whitelegg@faegrebd.com>
> **Date:** September 12, 2018 at 1:55:52 PM EDT
> **To:** <rjf@fenstersheib.com>
> **Cc:** <kip.mcdonald@FaegreBD.com>
> **Subject: Cook Filter - Round 17 - DPFs - 2018-09-12**
>
> **You have received 1 secure file from liz.whitelegg@faegrebd.com.**
> Use the secure link below to download.
>
> Attached please find a completed Defendant Profile Form for the referenced case, due on or before September 12, 2018. Please contact Kip McDonald (317-237-1485) or Elizabeth Whitelegg (317-237-1205) if any questions.
>
> Thanks - Liz
>
> **Elizabeth S. Whitelegg**
> *Senior Paralegal*
> *Please note my contact information has changed*
> liz.whitelegg@FaegreBD.com   Download vCard
> D: +1 317 237 1205 | F: +1 317 237 1000
>
> **Faegre Baker Daniels LLP**
> 300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA
>
> This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.
>
> **Secure File Downloads:**
> Available until: **18 September 2018**
>
> Click link to download:
>
> 2018-09-12 - DeCann, Dustin [ESTATE OF] - Defendant Profile Form.pdf

1

52.93 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion