IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                              1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL                 MDL No: 2570

_____

This Document Relates to Plaintiff(s):

AMBER TAYLOR, as Personal Representative
of the Estate of Dustin DeCann

Civil Case # 1:18−cv−00229−RLY−TAB

_____

## ORDER

On this day came on for consideration Plaintiff's Motion to Vacate Order of Dismissal and Reinstate Case. Having considered the motion, the Court concludes the motion should be granted. It is, therefore,

ORDERED that such motion is GRANTED. Accordingly, the Court hereby vacates the Order dismissing without prejudice Plaintiff's case and thereby reinstates her case.


SIGNED _____, 2019


_____
JUDGE PRESIDING