## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

MELISSA LITTLE
AND DANIEL CANNON,
    Plaintiff,

Case No. 1:14-ml-2570-RLY-TAB MDL
No. 2570
Hon.: RICHARD L. YOUNG

COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION,
    Defendant.

| | |
|---|---|
| **MUSSIN & SCANLAND, PLLC**<br>**SCOTT P. MUSSIN (P66748)**<br>**JERARD M. SCANLAND (P74992)**<br>Attorneys for Plaintiff<br>13351 Reeck Court, Suite 5<br>Southgate, Michigan 48195<br>Phone: (734)-282-6037<br>Fax: (734)-447-5853<br>JScanland@milawoffices.com | **FAEGRE BAKER DANIELS, LLP**<br>**KIP McDONALD**<br>Attorneys for Defendant<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Phone: (317)-237-1000 |

### ORDER REGARDING SUBSTITUTION OF ATTORNEYS

    At a session of said Court, held in the Courthouse in
the City of Indianapolis, County of Marion and
State of Indiana,
on _____

PRESENT: HONORABLE _____
                      **RICHARD L. YOUNG**
                      **FEDERAL DISTRICT COURT JUDGE**

    The undersigned consent to the substitution of Jerard M. Scanland, P74992, Mussin & Scanland, PLLC 13351 Reeck Court, Suite 5, Southgate, Michigan 48195, in the place and stead of Morgan and Meyer, as co-counsel for Plaintiffs in the above captioned matter. The parties

understand this substitution shall not affect any Orders previously entered in this cause. The parties having stipulated to the entry of this Order, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Jerard M. Scanland be substituted in the place and stead of Jeffrey Meyers as co-counsel for Plaintiffs Melissa Little and Daniel Cannon, in the above-captioned matter; and

**IT IS FURTHER ORDERED** that the foregoing substitution of co-counsel on behalf of Plaintiffs shall not affect any Orders previously entered in this cause.

*This Order does not resolve the last pending claim and does not close the case.*

**HONORABLE RICHARD L. YOUNG**

This Order Prepared By:

**MUSSIN & SCANLAND, PLLC**

**JERARD M. SCANLAND (P74992)**
Attorneys for Plaintiffs
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com

**JEFFREY T. MEYERS (P34348)**
Withdrawing Attorney
3200 Greenfield Rd Ste 260
Dearborn, Michigan 48120
Phone: (313)-961-0130