IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to Plaintiff(s)

Lori Feldstein_____

Civil Case #: 1:18-cv-02398-RLY-TAB _____

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Lori Feldstein ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:18-cv-02398 filed on August 6, 2018.  The Short Form Complaint was served on or forwarded to the Cook Defendants on AUGUST 29, 2018.

                Respectfully submitted,

                **McGLYNN, GLISSON & MOUTON**

Dated:  January 24, 2019         By: /s/Amanda L. Washington
                                            Amanda L. Washington, LA #34811
                                            340 Florida Street
                                            Baton Rouge, LA 70801
                                            Telephone:  225-344-3555
                                            Fax:  225-344-3666
                                            amanda@mcglynnglisson.com
                                            **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CMF/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Amanda L. Washington
Amanda L. Washington
340 Florida Street
Baton Rouge, LA 70801
Telephone:  225-344-3555
Fax:  225-344-3666
amanda@mcglynnglisson.com
**Attorney for Plaintiff**