**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to 14 Bird's Nest Cases:

*Annette Sales-Orr*, 1:16-cv-02636
*Mary Thomas (GA)*, 1:16-cv-03521
*Elizabeth Duffy*, 1:17-cv-00254
*Ivan Ortiz*, 1:17-cv-01802
*Herman Purvis*, 1:17-cv-02556
*Marie Wilson*, 1:17-cv-03337
*Ernest Muhammad*, 1:17-cv-03542
*Dorothy Stroech*, 1:17-cv-03543
*Juanita Heard*, 1:17-cv-04592
*Jimmie Nixon*, 1:17-cv-04693
*Brent Fichtner*, 1:18-cv-00286
*Henry Austin*, 1:18-cv-01313
*Robert Davis*, 1:18-cv-01375
*William Wendt*, 1:18-cv-03283

**COOK DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON FEDERAL PREEMPTION <u>IN BIRD'S NEST FILTER CASES</u>**

The Cook Defendants do not oppose the plaintiffs' request to file a surreply. But Cook's lack of opposition to the plaintiffs' motion for leave should be not taken as agreement with the contents of the motion itself, let alone the contents of the proposed surreply. Suffice it to say here Cook disagrees not only with the legal arguments Plaintiffs make, but also with their representations about the history of this litigation, which are incomplete at best. If the Court wishes to discuss anything the plaintiffs have said in any of their briefing relating to the motion for judgment on the

pleadings, including in their proposed surreply, Cook welcomes the opportunity to do so at a hearing. But Cook will not be adding another brief to the pile absent a request from the Court.

                              Respectfully submitted,

                              FAEGRE BAKER DANIELS LLP

Dated: January 28, 2019           /s/ *Andrea Roberts Pierson*
                              Andrea Roberts Pierson (# 18435-49)
                              Jessica Benson Cox (# 26259-49)
                              FAEGRE BAKER DANIELS LLP
                              300 North Meridian Street, Suite 2700
                              Indianapolis, Indiana  46204
                              Telephone:  (317) 237-0300
                              Facsimile:   (317) 237-1000
                              Email:  andrea.pierson@faegrebd.com
                              Email:  jessica.cox@faegrebd.com

                              Bruce Jones (# 179553)
                              Charles Webber (# 215247)
                              2200 Wells Fargo Center
                              90 South Seventh Street
                              Minneapolis, Minnesota  55402
                              Telephone: (612) 766-8719
                              Facsimile:  (612) 766-1600
                              Email:  bruce.jones@faegrebd.com
                              Email:  chuck.webber@faegrebd.com

                              *Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019, a copy of the foregoing was filed electronically, and notice of the filing will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

          */s/ Andrea Roberts Pierson*

US.121460989.03