# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## EXHIBIT A TO AMENDED MOTION TO DISMISS
## PLAINTIFF SCHEDULE

| Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Allen, Gary | 1:18-cv-03635 | 12/20/2018 | 1/15/2019 | 1 |
| Austin, Warren | 1:18-cv-03205 | 11/14/2018 | 12/18/2018 | 2 |
| Bomia, Jeffrey | 1:18-cv-03683 | 12/26/2018 | 1/15/2019 | 3 |
| Buisman, Jeanne | 1:18-cv-03706 | 12/27/2018 | 1/15/2019 | 4 |
| Clay, Earl | 1:18-cv-03566 | 12/17/2018 | 1/15/2019 | 5 |
| Cook, Ira Lee | 1:18-cv-03333 | 11/29/2018 | 12/18/2018 | 6 |
| Gavin, Shelita | 1:18-cv-03435 | 12/6/2018 | 12/18/2018 | 7 |
| Kent, Gary | 1:18-cv-02781 | 10/10/2018 | 12/18/2018 | 8 |
| Kinder, Robert [by Angela Henneghan, Conservatrix] | 1:18-cv-03563 | 12/17/2018 | 1/15/2019 | 9 |
| Lamb, Lori | 1:18-cv-02779 | 10/10/2018 | 12/18/2018 | 10 |
| Marx, Gregory A. | 1:18-cv-03197 | 11/14/2018 | 12/18/2018 | 11 |
| McCrear, Kymisha S. [ESTATE OF] | 1:18-cv-03564 | 12/14/2018 | 1/15/2019 | 12 |
| McCutchen, Shaquana | 1:18-cv-03211 | 11/15/2018 | 1/16/2019 | 13 |
| Montague, Thomas | 1:18-cv-03711 | 12/27/2018 | 1/15/2019 | 14 |
| O'Meara, Cecilia | 1:18-cv-03629 | 12/20/2018 | 1/15/2019 | 15 |
| Ramsey, Theresa Cecile | 1:18-cv-03375 | 12/3/2018 | 1/15/2019 | 16 |
| Scott, Margaret | 1:18-cv-00126 | 2/15/2018 | 1/15/2019 | 17 |
| Scott, Roy and Helen V. | 1:18-cv-03559 | 12/17/2018 | 1/15/2019 | 18 |
| Slusher, Brandy | 1:18-cv-03928 | 1/14/2019 | 1/15/2019 | 19 |
| Taylor, Johnny | 1:18-cv-03290 | 11/26/2018 | 1/15/2019 | 20 |
| Wilson, Nancy (CT) | 1:18-cv-03627 | 12/20/2018 | 1/16/2019 | 21 |