**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

---

<u>**EXHIBIT B TO AMENDED MOTION**</u>
<u>**TO DISMISS NOTICE LETTERS**</u>

<u>**Sub-Exhibit 1**</u>

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
|---|

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com;  afurness@fnlawfirm.com

       **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Allen, Gary ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside  - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 2**</u>

US.120331968.01

# FAEGRE BAKER
## DANIELS

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

December 18, 2018

## <u>VIA E-MAIL AND FIRST CLASS MAIL</u>

<div style="border:1px solid black; display:inline-block;">

**For MDL Plaintiffs**

</div>

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com; afurness@fnlawfirm.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Austin, Warren ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to <u>CookFilterMDL@FaegreBD.com</u>. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: <u>https://sft.faegrebd.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 3</u>**

US.120331968.01

# FAEGRE BAKER DANIELS

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

Joseph A. Osborne
OSBORNE & FRANCIS LAW FIRM, PLLC
433 Plaza Real Blvd.
Suite 271
Boca Raton, FL 33432
josborne@realtoughlawyers.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Joseph A. Osborne:

According to our records, we have not received the Plaintiff Profile Sheet for Bomia, Jeffrey ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 4</u>**

US.120331968.01

FaegreBD.com

## FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

David W. Bauman
PADBERG, CORRIGAN & APPLEBAUM
48 Mt. Vernon Street
Suite 206
Winchester, MA 01890
dave@padberglaw.com

      **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear David W. Bauman:

According to our records, we have not received the Plaintiff Profile Sheet for Buisman, Jeanne ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION          MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 5</u>**

US.120331968.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

> **For MDL Plaintiffs**

Kathryn Snapka
THE SNAPKA LAW FIRM
606 N. Carancahua St., Suite 1511
Corpus Christi, TX 78401
ksnapka@snapkalaw.com

      **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Kathryn Snapka:

According to our records, we have not received the Plaintiff Profile Sheet for Clay, Earl ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to <u>CookFilterMDL@FaegreBD.com</u>. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: <u>https://sft.faegrebd.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION         MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 6</u>**

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

<div align="right">

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

</div>

December 18, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

<div style="border:1px solid black; display:inline-block; padding:4px;">

**For MDL Plaintiffs**

</div>

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com; afurness@fnlawfirm.com

　　　　**Re:**　　Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Cook, Ira Lee ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:　　Michael Heaviside - mheaviside@hrzlaw.com
　　　　Ben Martin – bmartin@bencmartin.com
　　　　David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 7**</u>

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

December 18, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
|---|

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com; afurness@fnlawfirm.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Gavin, Shelita ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 8**

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

December 18, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

Nicholas R. Farnolo
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road
Suite 305
Melville, NY 11747
nfarnolo@napolilaw.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Nicholas R. Farnolo:

According to our records, we have not received the Plaintiff Profile Sheet for Kent, Gary ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION          MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 9</u>**

US.120331968.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com;  afurness@fnlawfirm.com

**Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Kinder, Robert [by Angela Henneghan, Conservatrix] ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 10**</u>

US.120331968.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

December 18, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |

Nicholas R. Farnolo
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road
Suite 305
Melville, NY 11747
nfarnolo@napolilaw.com

      **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Nicholas R. Farnolo:

According to our records, we have not received the Plaintiff Profile Sheet for Lamb, Lori ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 11</u>**

US.120331968.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

December 18, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |
| --- |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com; afurness@fnlawfirm.com

      **Re:**    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Marx, Gregory A. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>


<u>**Sub-Exhibit 12**</u>

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

Blake A. Angelino
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |
|---|

Kathryn Snapka
THE SNAPKA LAW FIRM
606 N. Carancahua St., Suite 1511
Corpus Christi, TX 78401
ksnapka@snapkalaw.com

      **Re:**     <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Kathryn Snapka:

According to our records, we have not received the Plaintiff Profile Sheet for McCrear, Kymisha S. [ESTATE OF] ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
         Ben Martin – bmartin@bencmartin.com
         David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 13**</u>

US.120331968.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 16, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

> For MDL Plaintiffs

Donald Patrick McKenna, Jr.
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue N.
Suite 800
Birmingham, AL 35203
don@hwnn.com; Peggy@hwnn.com

      **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Donald Patrick McKenna, Jr.:

According to our records, we have not received the Plaintiff Profile Sheet for McCutchen, Shaquana ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 14**</u>

US.120331968.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

David W. Bauman
PADBERG, CORRIGAN & APPLEBAUM
48 Mt. Vernon Street
Suite 206
Winchester, MA 01890
dave@padberglaw.com

      **Re:**    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear David W. Bauman:

According to our records, we have not received the Plaintiff Profile Sheet for Montague, Thomas ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

———————————————————————

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

———————————————————————

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 15**</u>

US.120331968.01

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

## <u>VIA E-MAIL AND FIRST CLASS MAIL</u>

> For MDL Plaintiffs

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

   **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for O'Meara, Cecilia ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to <u>CookFilterMDL@FaegreBD.com</u>. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: <u>https://sft.faegrebd.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
    Ben Martin – bmartin@bencmartin.com
    David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS                Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                       MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 16**</u>

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |
| --- |

Ben C. Martin
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlins Street
Suite 1230
Dallas, TX 75219
bmartin@bencmartin.com;  karin.scheehle@gknet.com;
tarbon@bencmartin.com;  cguerra@bencmartin.com

   **Re:** Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Ben C. Martin:

According to our records, we have not received the Plaintiff Profile Sheet for Ramsey, Theresa Cecile ("Plaintiff").  Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com.  If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL.  If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc: Michael Heaviside  - mheaviside@hrzlaw.com
  Ben Martin – bmartin@bencmartin.com
  David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 17**</u>

US.120331968.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

Blake A. Angelino
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

   **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Scott, Margaret ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 18**</u>

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com;  afurness@fnlawfirm.com

> **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Scott, Roy and Helen V. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 19**</u>

US.120331968.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Matthew R. Lopez
LOPEZ MCHUGH LLP
100 Bayview Circle
Suite 5600
Newport Beach, CA 92660
mlopez@lopezmchugh.com;  ALopez@lopezmchugh.com;
mjones@lopezmchugh.com;  rlopez@lopezmchugh.com

   **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. Lopez:

According to our records, we have not received the Plaintiff Profile Sheet for Slusher, Brandy ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 20**</u>

US.120331968.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

Michael T. Gallagher
THE GALLAGHER LAW FIRM PLLC
2905 Sackett Street
Houston, TX 77098
donnaf@gld-law.com

> **Re:** Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Michael T. Gallagher:

According to our records, we have not received the Plaintiff Profile Sheet for Taylor, Johnny ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                  MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS</u>**
**<u>NOTICE LETTERS</u>**


**<u>Sub-Exhibit 21</u>**

US.120331968.01

FaegreBD.com

## FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 16, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

<div style="border:1px solid black; display:inline-block; padding:4px;">**For MDL Plaintiffs**</div>

Rhett A. McSweeney
MCSWEENEY LANGEVIN LLC
2116 2nd Avenue South
Minneapolis, MN 55404
ram@westrikeback.com

      **Re:**    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Rhett A. McSweeney:

According to our records, we have not received the Plaintiff Profile Sheet for Wilson, Nancy ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com