UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Tonya Brand, 1:14-cv-6018-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**COURTROOM MINUTES FOR JANUARY 29, 2019**
**BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

Come again the parties and the jury and the trial is resumed.

Evidence on behalf of the Defendants is commenced.

The time for adjournment having arrived the court is adjourned until 8:00 a.m. tomorrow.   The jury is admonished and allowed to separate.

Distributed Electronically to Registered Counsel of Record