IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:18-cv-3627 MDL No. 16-4445 |

This Document Relates to Plaintiff(s)

WILSON et al v. COOK INCORPORATED et al
Civil Case #   1:18-cv-3627

## PLAINTIFFS' RESPONSE TO MOTION TO DISMISS

Plaintiff Nancy Wilson files this Response to Defendants' Motion to Dismiss **[Doc. No. 10001]** her case and respectfully requests the Court to deny Defendant's Motion to Dismiss on the following basis:

1. On January 28, 2019, Defendants Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants") filed their Motion to Dismiss against multiple plaintiffs, including the above-named plaintiff represented by McSweeney Langevin, for their failure to provide a Plaintiff Profile Sheet ("PPS").

2. On January 31, 2019, Plaintiff Nancy Wilson served upon Defendants a completed Plaintiff Profile Sheet, Executed Authorizations, medical records and categorization form pursuant to Third Amended CMO #4. A copy of the delivery confirmation receipt is attached as Exhibit A. As such, Plaintiff has now fully complied with this court's discovery obligations.

WHEREFORE, Plaintiff respectfully requests that the Court deny Cook Defendant's Motion to Dismiss and allow her case to continue.

Dated: February 1, 2019

Respectfully submitted,

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney
MN Bar No. 269542
**McSweeney Langevin LLC**
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (877) 542-4646
Facsimile:  (612) 454-2678
ram@westrikeback.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, a copy of the forgoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                 */s/ Rhett A. McSweeney*
                                                 Rhett A. McSweeney