# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                        INDIANAPOLIS DIVISION
```

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., ) | |
| IVC FILTERS MARKETING, SALES ) | Cause No. |
| PRACTICES AND LIABILITY, ) | 1:14-ML-2570-RLY-TAB |
| LITIGATION ) | Indianapolis, Indiana |
| ) | **February 15,** 2018 |
| ) | 10:29 a.m. |
| ) | |

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
MOTION HEARING

**For Plaintiffs:**

Ben C. Martin, Esq.
LAW OFFICE OF BEN C. MARTIN
3710 Rawlins St., Suite 1230
Dallas, TX  75219

Joseph N. Williams, Esq.
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN  46204

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC
910 17th Street NW, Suite 800
Washington, D.C.  20006

```
 1  don't -- I just personally don't have any of those things
 2  filed and I've got a lot of cases filed.
 3          If you have cases that are filed in the MDL and
 4  they're product-in-place cases with no injury, please tell us
 5  and there -- and so we had a deadline of last week.  And sure
 6  enough, we gathered in all of the -- all of what the
 7  Plaintiffs' counsel in the MDL have indicated, these are my
 8  cases where I have filed these cases in the MDL that are
 9  product in place, meaning there's no injury associated with
10  them.  It's a filter in the body and this is what we got.
11          And what I have given the Court is a listing of the
12  lawyers.  We've got (unintelligible).  We've got Driscoll
13  Firm, Brown.  If you go through, Your Honor, you'll see -- and
14  Joe's firm.  He has filed four of those cases.  His is on
15  there.
16          They're a total of 115 cases that are
17  product-in-place cases with no injury that we received from
18  the listing from the Plaintiffs' counsel in the MDL.  We think
19  this is -- we think -- and I think there are like 50 -- pretty
20  much an equal number, 50 something Tulip and 50 something
21  Celects.
22          So what does this tell us?  It tells us that we
23  don't have this huge problem with product-in-place cases.
24  It's not -- it's not -- we've analyzed what they gave us.
25  That was the first part of my discussion today, Your Honor.
```