# EXHIBIT B

SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
UNITED STATES DISTRICT COURT

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND LIABILITY, LITIGATION | ) Cause No.<br>) 1:14-ML-2570-RLY-TAB<br>) Evansville, Indiana<br>) **May 2,** 2018<br>) 11:28 a.m.<br>) |

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE

**For Plaintiffs:**         Ben C. Martin, Esq.
                            LAW OFFICES OF BEN C. MARTIN
                            3710 Rawlins St., Suite 1230
                            Dallas, TX   75219

                            Joseph N. Williams, Esq.
                            RILEY WILLIAMS & PIATT, LLC
                            301 Massachusetts Avenue
                            Indianapolis, IN   46204

                            Michael W. Heaviside, Esq.
                            HEAVISIDE REED ZAIC
                            910 17th Street NW, Suite 800
                            Washington, D.C.   20006

```
 1  without prejudice and they turn around tomorrow and file that
 2  in Philadelphia or wherever.  The current allegations, as we
 3  agreed, are no injury allegations.  Those are the dismissed
 4  with prejudice.  Any future injury, that's fair game.  If
 5  that's the proposal for the 115, then let's get that in
 6  writing, at least get those done.  We still need to do the
 7  ones we're working on, but we can do baby steps and the next
 8  status conference we can address, hopefully enter a CMO on the
 9  rest of the no injury cases.
10          MR. MARTIN:  I'll work with them to get those 115
11  dismissed, Your Honor.  We can -- if we aren't able to agree
12  on the whole thing, I bet we can agree on some protocol to
13  make sure by the next status conference, if those are
14  reasonable about it, we have some protocol to put into place
15  what Mr. Bennett had just said, that these folks will be able
16  to -- without statute of limitations problem staring them in
17  the face, be able to file their cases once there is an injury;
18  and our concern was that they would claim the statute a
19  problem.  Of course, if they're no injury now, then there
20  shouldn't be.
21          THE COURT:  Shouldn't be.
22          MR. MARTIN:  So hopefully everybody can agree to
23  that.  If we get that agreement, literally --
24          THE COURT:  Seems to me if the parties would
25  stipulate that in these cases there's no injury at this time
```