UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONYA BRAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:14-cv-6018-RLY-TAB |
| vs. ) | |
| ) | |
| COOK MEDICAL, LLC, COOK ) | |
| INCORPORATED, AND WILLIAM ) | |
| COOK EUROPE, ) | |
| ) | |
| Defendants. ) | |

**VERDICT FORM**

1.  Has the Plaintiff proven, by clear and convincing evidence, that punitive damages should be imposed on the Cook Defendants?

    Yes \_\_\_\_        No \_\_\_\_

    If your answer to Question 1 is "yes," then go to Question 2. If your answer to Question 1 is "no," then the foreperson should sign and date this form.

2.  What is the total amount of punitive damages?

    $_____

**The Foreperson should sign and date this Verdict Form.**

_____        Dated: _____
Foreperson's Signature