UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to: *Brand v. Cook Medical, Inc. et al.,* Case No. 1:14-cv-06018-RLY-TAB | |

## DEFENDANTS' PROPOSED PRELIMINARY JURY INSTRUCTIONS FOR PUNITIVE-DAMAGES PHASE

The Cook Defendants submit the following proposed **preliminary** jury instructions for the punitive-damages phase of the trial in this matter, to be read to the jury at the beginning of the punitive-damages phase. These instructions would be in addition to the instructions that the Court would provide to the jury at the conclusion of the punitive-damages phase, just before the jury retires for its deliberations.

Submitted this 4th day of February, 2019.

Respectfully submitted,

/s/ *Andrea Pierson*
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com

*Counsel for the Defendants, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Incorporated, and William Cook Europe ApS*

US.121862033.02

**PHASE II PUNITIVE DAMAGES PRELIMINARY INSTRUCTION NO. 1**

Members of the jury, we are now beginning the second phase of the trial, which will address punitive damages. Plaintiff asserts a claim against the Cook Defendants for punitive damages, that is, damages that are intended to punish the Cook Defendants for their conduct in designing the Celect IVC filter. At the end of this second phase, I will give you more detailed instructions on how you are to reach your decision. Before we begin, however, I want to give you some instructions concerning the differences between this phase of the trial and the first phase that concluded last Friday.

**PHASE II PUNITIVE DAMAGES PRELIMINARY INSTRUCTION NO. 2**

The instructions you received previously concerning your role in judging credibility and weighing the evidence, all continue to apply in this phase of the trial. But in this second phase, the Plaintiff must prove the facts in support of her claim by clear and convincing evidence. Proof by clear and convincing evidence is a higher standard of proof than proof by the greater weight of the evidence, which was the standard that applied to the first part of the trial.

Proof of a claim by clear and convincing evidence means that the facts supporting that claim are highly probable. I will explain this in more detail when this phase of the trial is done.

**PHASE II PUNITIVE DAMAGES PRELIMINARY INSTRUCTION NO. 3**

Punitive damages are not awarded compensate the plaintiff, but to punish a defendant. For that reason, even if the plaintiff has met her burden of proof by the clear and convincing evidence standard that I mentioned a moment ago, you are not required to award punitive damages. You may choose whether or not to award punitive damages.

**PHASE II PUNITIVE DAMAGES PRELIMINARY INSTRUCTION NO. 4**

Finally, you may use the testimony and evidence that you heard in the first phase of the trial to reach your decisions in this second phase of the trial as well.  But in this phase of the trial, you may consider only conduct by Cook during the design process for the Celect IVC filter and only conduct that occurred before or on April 20, 2007, when the Celect was cleared by the FDA.  You must disregard any conduct that occurred after April 20, 2007, or conduct unrelated to the Celect design process.

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Andrea Pierson*
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com