**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

**THE COOK DEFENDANTS' MOTION TO SEAL COURT PROCEEDINGS FOR DISCUSSION OF NET WORTH AND TO REDACT OFFICIAL TRANSCRIPT**

The Cook Defendants[1], pursuant to Local Rule 5-11(d)(2)(A), Local Rule 80-2(b), and Paragraph 11 of Case Management Order #8 (*Stipulated Protective Order on Confidential Information*) [Dkt. 481], respectfully move the Court to seal the court proceedings during the discussion of the Cook Defendants' net worth and to redact from the official transcript of court proceedings any testimony or other evidence regarding the Cook Defendants' net worth. As further detailed in the Cook Defendants' contemporaneously filed brief, disclosure of the Cook Defendants' private financial information would harm the Cook Defendants and good cause exists for sealing the courtroom and redacting the official transcript of court proceedings.

    WHEREFORE, the Cook Defendants respectfully ask the Court to enter an order sealing the courtroom for the discussion of the Cook Defendants' net worth and directing the Court Reporter to redact any testimony or evidence of the Cook Defendants' net worth from the official transcript of court proceedings.

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook").

1

Respectfully submitted,

Dated:  February 4, 2019

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (#26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

Charles F. Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota  55402
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600
E-Mail:  chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2019, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson