# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

## DECLARATION OF KELLY FISCHER

I, Kelly Fischer, being duly sworn, state as follows:

1. I am over 18 years of age, am competent to make this Declaration, and have personal knowledge of the facts and representations set forth in this declaration.

2. I currently serve as Director of Global Reporting & Accounting Operations for Cook Group Incorporated.

3. The Cook Defendants — Cook Inc.; William Cook Europe ApS; and Cook Medical, Inc. — are all privately held companies.

4. The Cook Defendants' financial information is highly confidential, and the Cook Defendants do not disseminate this information to the public.

5. The Cook Defendants could suffer significant economic harm if their financial information was publicly disclosed. The Cook Defendants' competitors, a majority of which are publicly owned companies, could use this information to gain a competitive advantage over the Cook Defendants, not just in the medical-device market, but also in the other markets and industries where the Cook Defendants compete. The public disclosure of this information could

1

also adversely affect the Cook Defendants' business relationships with their creditors, debtors, suppliers, and customers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2019   By: _____
                                   Signature

                               _____
                               Kelly Fischer
                               Printed Name

US.121843916.04