UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.*,
Case No. 1:14-cv-06018-RLY-TAB

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO SEAL COURT PROCEEDINGS FOR DISCUSSION OF NET WORTH AND TO REDACT OFFICIAL TRANSCRIPT**

This matter has come before the Court on The Cook Defendants' Motion to Seal Court Proceedings For Discussion of Net Worth and to Redact Official Transcript. The Court, having reviewed the Cook Defendants' motion and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that the courtroom will be sealed during discussion of the Cook Defendants' net worth. Only counsel subject to the protections of CMO #8 may be present in the courtroom at that time. Further, any testimony or other evidence related to the Cook Defendants' net worth will be redacted from the Official Transcript.

SO ORDERED this 5th day of February, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.