UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE:  COOK IVC FILTERS | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | No. 1:14-ml-02570 |
| | ) | MDL No. 2570 |

This document applies to:

Bonnie Stanley, Case No. 1:17 cv 1931             February 5, 2019

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO VACATE

Plaintiff, Bonnie Stanley, in the above-entitled lawsuit, hereby respectfully requests an extension of time of seven days to reply to Defendants' opposition to her motion to vacate.  The plaintiff seeks an extension up to and including February 15, 2019.

Plaintiff filed her motion to vacate on January 18, 2019, because her case was erroneously included in the Court's July 5, 2018 order dismissing 113 cases. Defendants' filed their opposition to her motion to vacate on February 1, 2019, and Plaintiff's reply is currently due on February 8, 2019.

In its opposition brief, Defendants contend that Plaintiff self-identified her case as a "non-injury" case and consented to its dismissal. Defendants further contend that this representation was conveyed to the Court by Plaintiffs' Leadership Counsel in a June 14, 2018 motion hearing. Plaintiff strongly disagrees with the representation that she ever consented to the dismissal of her case. Plaintiff needs more time to find out from Plaintiffs' Leadership Counsel how her case was included in the group to be dismissed by the Court's July 5, 2018 order.  Plaintiffs' Liaison Counsel has requested

undersigned counsel to request an extension, as Plaintiffs' Leadership Counsel is currently on trial and needs more time to respond to Plaintiff's request for information.

Defendants' counsel consents to the relief sought in this motion.

Therefore, Plaintiff, Bonnie Stanley respectfully moves the court for a brief, one-week extension to February 15, 2019 in order to determine from Plaintiffs' Leadership Counsel, how her case was included in the list of cases to be dismissed, before filing a reply.

Respectfully Submitted,

By: /s/ Michael J. Walsh
Michael J. Walsh #CT09111
Walsh Woodard LLC
527 Prospect Avenue
West Hartford, CT  06105
P:  860-549-8440
F:  860-549-8443
mwalsh@walshwoodard.com

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on February 5, 2019, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Michael J. Walsh