IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>*Alexander Hodor v. Cook Incorporated, et al.*<br>Case No. 1:18-cv-3863 | |

## MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Alexander Hodor ("Plaintiff"), pursuant to FRCP 15(a)(2), by and through his counsel of record, and hereby moves this Court for an order permitting Plaintiff to amend his Short Form Complaint for the reasons stated below.

Plaintiff recently discovered that his IVC Filter implant record was signed by the implanting physician on January 3, 2011, but the implant procedure occurred on December 30, 2010. Plaintiff's original Short Form Complaint, attached hereto as "Exhibit A," indicated an implantation date of January 3, 2011. Plaintiff seeks leave to file the attached First Amended Short Form Complaint to correct paragraph 11 to indicate Plaintiff's Cook IVC Filter was implanted on "12/30/10" instead of "1/3/11." Plaintiff's proposed First Amended Short Form Complaint is attached hereto as "Exhibit B." A proposed order granting Plaintiff's motion is attached hereto as "Exhibit C."

WHEREFORE, in light of the foregoing and for good cause shown, Plaintiff request this Court enter an order granting his motion for leave to file his First Amended Short Form Complaint.

Dated: February 5, 2019                              Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar # 56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
benbertram@bertramgraf.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing was filed with the Court on February 5, 2019 through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar # 56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
benbertram@bertramgraf.com
*Attorneys for Plaintiff*