Case 1:14-ml-02570-RLY-TAB Document 10053-1 Filed 02/05/19 Page 1 of 5 PageID #:
Case 1:18-cv-53863-RLY-TAB Document 1 Filed 12/07/18 Page 1 of 5 PageID #:
67584

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
Alexander Hodor
_____

Civil Case # 1:18-cv-3863
_____

---

### SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaints against Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Alexander Hodor
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A
   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New Jersey
   _____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

New Jersey

6. Plaintiff's/Deceased Party's current state of residence:

New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court, District of New Jersey, Newark Division

8. Defendants (Check Defendants against whom Complaint is made):

☑ Cook Incorporated

☑ Cook Medical LLC

☑ William Cook Europe ApS

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other:_____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 1-28

_____

_____

b. Other allegations of jurisdiction and venue:

N/A

_____

_____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☑    Günther Tulip® Vena Cava Filter

    ☐    Cook Celect® Vena Cava Filter

    ☐    Gunther Tulip Mreye

    ☐    Cook Celect Platinum

    ☐    Other: _____

11. Date of Implantation as to each product:

    1/3/11

12. Hospital(s) where Plaintiff was implanted (including City and State):

    New York Presbyterian Hospital Columbia

    New York, NY

13. Implanting Physician(s):

    Vladimir Sheynzon, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑    Count I:    Strict Products Liability – Failure to Warn

    ☑    Count II:    Strict Products Liability – Design Defect

    ☑    Count III:    Negligence

    ☑    Count IV:    Negligence Per Se

Case 1:14-ml-02570-RLY-TAB Document 10053-1 Filed 02/05/19 Page 4 of 5 PageID #:
67587
Case 4:18-cv-53063-RLY-MPB Document 1 Filed 12/07/18 Page 4 of 5 PageID #: 4

    ☑     Count V:      Breach of Express Warranty

    ☑     Count VI:     Breach of Implied Warranty

    ☑     Count VII:    Violations of Applicable <u>New Jersey</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐     Count VIII:   Loss of Consortium

    ☐     Count IX:     Wrongful Death

    ☐     Count X:      Survival

    ☑     Count XI:     Punitive Damages

    ☐     Other:      _____ (please state the facts supporting this Count in the space, immediately below)

    ☐     Other:      _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Benjamin A. Bertram, Blair B. Matyszczyk
_____

16. Address and bar information for Attorney for Plaintiff(s):

Case 1:14-ml-02570-RLY-TAB Document 10053-1 Filed 02/05/19 Page 5 of 5 PageID #:
Case 4:18-cv-53863-RLY-MPB Document 153 Filed 12/07/18 Page 5 of 5 PageID #:
67588

| 2345 Grand Blvd., Suite 1925 |
| --- |
| Kansas City, Missouri 64108 |
| Missouri Bar # 56945, 66067 |

Respectfully submitted,

BERTRAM & GRAF, L.L.C.

/s/ Blair B. Matyszczyk
Blair B. Matyszczyk, MO Bar 66067
2345 Grand Blvd., Suite 1925
Kansas City, MO 64108

Telephone: (816) 523-2205
Facsimile: (816) 523-8258
blair@bertramgraf.com

*Attorney for Plaintiff*