IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

ALEXANDER HODOR

Civil Case # 1:18-cv-3863

## **ORDER**

IT IS ORDERED that the Motion for Leave to File First Amended Short Form Complaint filed by Alexander Hodor is hereby GRANTED, and the Clerk of the Court is directed to file the First Amended Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2019

_____
Honorable Richard L. Young
United States District Court Judge