UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC ) <br> FILTERS MARKETING, SALES ) <br> PRACTICES AND PRODUCT ) <br> LIABILITY LITIGATION ) <br> _____ ) <br> ) <br> This Document Relates to: ) <br> ) <br> Tonya Brand, ) <br> 1:14-cv-6018-RLY-TAB ) <br> _____ ) | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**COURTROOM MINUTES FOR FEBRUARY 1, 2019**
**BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

Come again the parties and the jury and the trial is resumed.

The court instructs the jury and final argument of counsel is heard.

The bailiff, in whose charge the jury will be, is sworn and the court directs the jury to commence deliberations.

Comes now the jury, returning into open court, states that it has reached its verdict.   The court reads the jury verdict.

The jury is polled and the verdicts are affirmed.

This matter is set for the punitive damages phase of trial at 8:00 a.m. on Tuesday, February 5, 2019.

The court is adjourned.

Distributed Electronically to Registered Counsel of Record