UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TONYA BRAND, )
 )
   Plaintiff, )
 )  1:14-cv-6018-RLY-TAB
vs. )
 )
COOK MEDICAL, LLC, COOK )
INCORPORATED, AND WILLIAM )
COOK EUROPE, )
 )
   Defendants. )

## VERDICT FORM

1.  **Has the Plaintiff proven, by a preponderance of the evidence, that the design of the Celect IVC filter was defective?**

    Yes ✓          No ____

    If your answer to Question 1 is "yes," then go to Question 2. If your answer to Question 1 is "no," then the foreperson should sign and date this form.

2.  **Has Plaintiff proven, by a preponderance of the evidence, that the Celect IVC filter's defective design was the proximate cause of the loss, injury, or damage to Plaintiff?**

    Yes ✓          No ____

If your answer to Question 2 is "yes," then go to Questions 3 and 4. If your answer to Question 2 is "no," then the foreperson should sign and date this form.

3. **Has Cook proven, by a preponderance of the evidence, that Plaintiff knowingly and voluntarily exposed herself to the danger she has complained of?**

    Yes ____        No ✓

4. **Has Cook proven, by a preponderance of the evidence, that an intervening cause broke the sequence between the defective product and the injury to Plaintiff?**

    Yes ____        No ✓

If you answered "yes" to Question 3 or Question 4, then your verdict is for Cook and you should sign and date this verdict form.

If you answered "no" to Question 3 and Question 4, please answer Question 5.

5. What is the total amount of Plaintiff's damages?

    $ 3,000,000 .

**The Foreperson should sign and date this Verdict Form.**

███████████████
Foreperson's Signature                    Dated: 02/01/2019

2