UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

736 Pending Cases, Action Schedule attached as Exhibit A

### DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

On October 2, 2018, the Court entered its Order on Cook Defendants' Motion for Screening Order and Bellwether Plan (Dkt. 9322) (the "Categorization Order"). On November 21, 2018, the Court entered another Order setting deadlines, giving instructions, and attaching the categorization form (Dkt. 9638). Thereafter, the Court entered the Categorization Order, and required all Plaintiffs to designate their cases in one of seven categories, to provide a "specific medical record evidencing the claimed complications, outcomes, and injuries," and to certify that the category selected is the appropriate selection to best of their counsel's knowledge and belief. Categorization Order at ¶ 1. The Court also required Cook to prepare a census documenting the categorizations made. *Id.* at ¶ 2. To date, over 700 Plaintiffs have completely failed to comply with the Court's Categorization Order, submitting *nothing* (the "736 Non-Compliant Cases").

The Court's original Categorization Order set the deadline for categorization by December 22, 2018. The Court then extended the deadline to January 31, 2019. *See* Order Regarding Plaintiffs' Failure to Produce Case Categorization Forms ("Final Deadline Order"), Dkt. 9956, p. 1 (requiring Plaintiffs to "categorize [using the agreed form], including the requirement to produce

specific medical records, within seven days, by January 31, 2019.") The Court expressly provided that any case failing to comply with the Categorization Order and the Final Deadline Order "shall be dismissed without prejudice." *Id.*

Cook respectfully asks the Court to dismiss without prejudice the cases that have failed to comply with the Categorization Order. Specifically, Cook asks the Court to dismiss 736 Non-Compliant Cases that have failed to categorize by all categorization deadlines set by the Court.

### The Court Should Dismiss All Cases That Failed to Submit a Categorization Form by the January 31, 2019 Extended Deadline

After numerous Plaintiffs failed to categorize their cases by the initial December 22, 2018 deadline, the Court extended the deadline to "categorize [using the agreed form], including the requirement to produce specific medical records, within seven days, by January 31, 2019." Final Deadline Order, Dkt. 9956, p. 1. All cases failing to meet this extended deadline are subject to immediate dismissal without prejudice. *See id.*

Because 736 Plaintiffs have failed to categorize their cases despite multiple deadlines and the effective five-week extension provided, the Court should immediately dismiss their cases without prejudice for failure to comply with the Categorization Order. These 736 Plaintiffs' cases are identified by plaintiff name, cause number, and lead counsel in the Schedule of Non-Complaint Cases attached as **Exhibit A**.

The Cook Defendants request the Court dismiss without prejudice the 736 Non-Compliant Cases, attached as Exhibit A, all of which have failed to comply with any of the Court's categorization deadlines. Consistent with the Court's prior orders, Cook respectfully requests that any refiling be completed in the Southern District of Indiana.

- 3 -

Dated:  February 5, 2019     */s/ Andrea Roberts Pierson t*
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802-2322
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700
E-Mail:  stephen.bennett@faegrebd.com

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, a copy of the foregoing DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

<em>/s/James Stephen Bennett</em>

US.121810288.03