UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

1:14-cv-01202 Melissa Cash
1:16-cv-02767 Braden Nicholson
1:17-cv-00574 Alma Bratcher

### RESPONSE OF MELISSA CASH, BRADEN NICHOLSON AND ALMA BRATCHER TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

On November 21, 2018, the Court entered an order requiring Plaintiffs to complete and serve Categorization Forms to email addresses CookFilterMDL@FaegreBD.com and plaintiffscoleadcounselmdl@gmail.com.

Melissa Cash complied with that order on November 23, 2018 by serving a completed categorization form with corresponding medical records to the above email addresses. Plaintiffs sent the attached email with the attached Categorization Form attached to the email. *Exhibit A.*

Alma Bratcher complied with that order on November 23, 2018 by serving a completed categorization form with corresponding medical records to the above email addresses. Plaintiffs sent the attached email with the attached Categorization Form attached to the email. *Exhibit B.*

Braden Nicholson complied with that order on November 23, 2018 by serving a completed categorization form with corresponding medical records to the above email addresses. Plaintiffs sent the attached email with the attached Categorization Form attached to the email. *Exhibit C.*

Defendants move to dismiss the Melissa Cash, Alma Bratcher and Braden Nicholson cases on the basis that they "completely failed to comply with the Court's Categorization Order. However, as can be seen from the attached exhibits, Melissa Cash, Alma Bratcher and Braden Nicholson fully complied with the Court's Categorization Order. Therefore, the Court should deny the motion to dismiss the Melissa Cash, Alma Bratcher and Braden Nicholson cases.

WHEREFORE, Plaintiffs move the Court to deny Defendants' Motion to Dismiss the Melissa Cash, Alma Bratcher and Braden Nicholson cases.

Respectfully submitted,
HOUSSIERE, DURANT & HOUSSIERE, LLP

*/s/Randal Kauffman-*
      Charles R. Houssiere, III
      Attorney in Charge
      choussiere@HDHtex.com
      Randal A. Kauffman
      rkauffman@HDHtex.com
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056
Telephone: (713)626-3700
Facsimile: (713)626-3709

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2019, a copy of the foregoing RESPONSE OF MELISSA CASH, BRADEN NICHOLSON AND ALMA BRATCHER TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/Randal Kauffman-*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

1:14-cv-01202 Melissa Cash
1:16-cv-02767 Braden Nicholson
1:17-cv-00574 Alma Bratcher

## AFFIDAVIT OF RANDAL A. KAUFFMAN

Before me, the undersigned authority, personally appeared Randal A. Kauffman who, being by me duly sworn, deposed as follows:

My name is Randal A. Kauffman. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am an attorney for Houssiere, Durant & Houssiere, LLP, the attorneys for the Plaintiffs in the Melissa Cash, Alma Bratcher and Braden Nicholson cases.

I have read the above Response of Melissa Cash, Braden Nicholson and Alma Bratcher to Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order, and everything contained therein is true and correct.

_____
Randal A. Kauffman

SWORN TO AND SUBSCRIBED before me, on this the 6th day of February, 2019.

TOMECA FENNER
Notary Public State of Texas
My Commission # 130447168
My Comm. Exp. November 19, 2019

_____
Notary Public, State of Texas

3