UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

This Document Relates Only to the Following Cases:

1:14-cv-01202 Melissa Cash
1:16-cv-02767 Braden Nicholson
1:17-cv-00574 Alma Bratcher

**EXHIBIT A – Melissa Cash**

## Randal Kauffman

| | |
|---|---|
| **From:** | Randal Kauffman |
| **Sent:** | Friday, November 23, 2018 8:07 AM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Tomeca H. Fenner |
| **Subject:** | Categorization Form |
| **Attachments:** | Categorization Form.11 23 2018.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'CookFilterMDL@FaegreBD.com' | |
| | 'plaintiffscoleadcounselmdl@gmail.com' | |
| | Tomeca H. Fenner | Delivered: 11/23/2018 8:07 AM |

Randal A. Kauffman, Esq

**Houssiere, Durant & Houssiere, LLP**
1990 Post Oak Blvd., Suite 800 | Houston, Texas 77056
(713) 626-3700 | (713) 626-3709 Fax | 1(888) 881-8100 Toll Free
Website: www.HDHTEX.com | Facebook | Twitter | LinkedIn
CONFIDENTIALITY NOTICE: This e-mail transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

only and is not admissible and is not to be considered relevant for any other purpose.
64915

## Categorization Form

A.    Plaintiff's Name:    _MELISSA CASH_

B.    Plaintiff's Case Number:    _1:14-cv-01202_

C.    Plaintiff's Counsel (Lead Firm Name):    _HOUSSIERE, DURANT & HOUSSIERE, LLP_

D.    Categorization (check each that applies and briefly describe):

1.   Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

Check here for Category 1:_____

2.   Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

Check here for Category 2:_____

Briefly describe claimed complication/outcome/injury:_____

3.   Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

Check here for Category 3:_____

Briefly describe claimed complication/outcome/injury:_____

4.   Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

Check here for Category 4:_____

Briefly describe claimed complication/outcome/injury:_____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: ✓. Circle all sub-categories that apply below:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
The IVC surrounding the IVC filter was completely clotted off

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture -- consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration -- consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

_____

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: Filter eroded into the duodenum, aorta, and lumbar vertebral body. unsuccessful retrieval attempt. Hydronephrosis and common bile duct dilatation secondary to erosion of the FVC filter. Open removal. Pain. Duodenum repair.

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:     RANDAL A. KAUFFMAN

Plaintiff's Counsel's Firm:     HOUSSIERE, DURANT & HOUSSIERE, LLP

 **INOVA**™

| | | |
|---|---|---|
| | FAIRFAX HOSPITAL<br>3300 Gallows Road<br>Fairfax VA 22042-3307 | CASH,MELISSA A<br>MRN: 02272916<br>DOB: 1/16/1980, Sex: F<br>Adm: 3/11/2012, D/C: 3/27/2012 |

**Operative Notes**

Op Note signed by Abedi, Mahmood, MD at 12/18/2012 2:49 PM                                    Version 1 of 1

Author: Abedi, Mahmood, MD          Service: (none)                  Author Type: Physician
Filed: 12/18/2012 2:49 PM             Note Time: 3/12/2012 2:59 PM      Status: Signed
Editor: Abedi, Mahmood, MD (Physician)

Presentation: MRN-02272916 Document ID: I10039686 –– Melissa CASH presents for consideration of ERCP on an elective basis, as an inpatient.

Pre-proc Diagnosis/Indication: Abdominal pain in the right upper quadrant of the abdomen. Suspected papillary stenosis/spasm.

History:

Consent: After discussion of the potential benefits, risks, limitations, and alternatives, the patient consented to the procedure.

Preparation:

Medications: Medication administered by anesthesiologist.

Estimated Blood Loss: Negligible.

Luminal: The side-viewing duodenoscope was passed through the mouth and advanced with ease to the 2nd portion of the duodenum. The views were excellent. The patient's toleration of the procedure was excellent. A single infiltrative, ulcerated polyp was found in the area of papilla with the IVC filter eroding through it. It was not bleeding.

Biliary/Pancreatic: Initially the guidewire entered the PD. A Zimmon 5 F 3 cm long stent was placed in the PD to facilitate CBD cannulation. Deep biliary cannulation was achieved using a Microvasive sphincterotome over a short guidewire. The entire biliary tree was filled with dilute contrast by an assistant, apart from the gallbladder. The common bile duct was markedly dilated. This is due to papillary stenosis. A sphincterotomy was performed over a 035 guidewire, using an Erbe blended current device. There was no significant bleeding. Finally the PD stent was removed.

Intraprocedural Events: There were no unplanned events during the procedure.

Post Proc Diagnostic Conclusion: Polyp was found in the area of papilla with IVC filter eroding through it. Dilated common bile duct, due to papillary stenosis.

Maneuvers: Biliary cannulation was successful. Sphincterotomy was performed.

Recommendations: Return to floor. Liquids today, regular diet tomorrow as tolerated. Contact IR, Vascular re eroded IVC filter.

Post-Procedure Data:

---

**MR IFFH00007**

 **INOVA™**

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH,MELISSA A
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 3/11/2012, D/C: 3/27/2012

**Operative Notes (continued)**
Procedure Codes:

Performed By:
Version 1, electronically signed by Dr. MAHMOOD ABEDI on 03/12/2012 at 15:08.
D:/pdf/274422/ver1/ProcedureNote.pdf

Electronically signed by Abedi, Mahmood, MD on 12/18/2012 2:49 PM

| Op Note signed by Arthur, Caroline L, MD at 10/31/2012 6:34 PM | | Version 1 of 1 |
|---|---|---|
| Author: Arthur, Caroline L, MD | Service: (none) | Author Type: Resident |
| Filed: 10/31/2012 6:34 PM | Note Time: 3/21/2012 6:56 AM | Status: Signed |
| Editor: Arthur, Caroline L, MD (Resident) | | |

CASH, Melissa
MRN:        02272916
Account:
Document ID:  147283213 1336681
Procedure Date: 03/20/2012

Admit Date: 03/11/2012

Patient Location: FTICU-02
Patient Type: I

SURGEON: Margaret M Griffen MD
ASSISTANT:  Caroline L Arthur MD

CO-SURGEONS:
James Piper, MD
John Edwards, MD

PREOPERATIVE DIAGNOSIS:
Inferior vena cava filter eroded into the duodenum.

POSTOPERATIVE DIAGNOSIS:
Inferior vena cava (IVC) filter eroded into the duodenum.

TITLES OF PROCEDURES:
1.  Exploratory laparotomy
2.  Removal of IVC filter
3.  Repair of duodenum with omental patch
4.  Open cholecystectomy

SPECIMEN:
Cook Celect IVC filter.

INDICATIONS:
This is a 32-year-old female who has a history of a known hypercoagulable state.  She has been found to have a mutation in her prothrombin 2 gene. She had had several episodes of DVTs with pulmonary emboli in the past.

**MR IFFH00008**

 **INOVA™**

| FAIRFAX HOSPITAL | CASH,MELISSA A |
|---|---|
| 3300 Gallows Road | MRN: 02272916 |
| Fairfax VA 22042-3307 | DOB: 1/16/1980, Sex: F |
| | Adm: 3/11/2012, D/C: 3/27/2012 |

**Operative Notes (continued)**

She has an IVC filter that was placed in 2009. Plan was for this filter to remain permanent. The patient came into Inova Fairfax Hospital on March 11, 2012. She has been complaining of vague abdominal pain as well as back pain for several months. The laboratory tests were ordered and the patient's bilirubin was found to be elevated. Therefore, she underwent an ERCP and a CT of the abdomen and pelvis. On this ERCP a metal strut was noted to be found in the duodenum around the area of the ampulla, which represented a portion of the IVC filter that had eroded into the duodenum. A CT of the abdomen and pelvis confirmed the erosion of the IVC filter into the duodenum. In addition, another strut of the IVC filter appeared to be eroded into the aorta, and a third was found within one of the lumbar vertebral bodies. An attempt was made by vascular interventional radiology to retrieve this filter but was unsuccessful due to large amount of clot within the IVC that was surrounding the filter. The patient was started on a heparin drip. It was recommended that she undergo an operative

Page 1 of 3

CASH, Melissa
MRN:           02272916
Account:
Document ID: 147283213 1336681
Procedure Date: 03/20/2012

excision of the IVC filter as well as repair of the duodenum at the area of the perforation by the filter. The patient agreed to proceed and a joint procedure was undertaken with members of general surgery, hepatobiliary surgery, and vascular surgery all present.

DESCRIPTION OF PROCEDURE:
Please note that this operative report covers the events of the procedure done by Dr. Griffen. Additional operative reports will be dictated by Dr. Piper and Dr. Edwards for their portions of the procedure.

The patient was informed of the risks, benefits, and alternatives of the procedure preoperatively and signed informed consent in the preoperative area. She did not had SCDs placed secondary to her known clots in the lower extremities. She received a gram of Ancef for IV antibiotics. She was brought back to the operating room, placed on the OR table and underwent general endotracheal anesthesia with no complications. She was in supine position. She underwent placement of several IVs, a central line, a left subclavian, and A-line in the right foot. A complete timeout was performed. The patient was prepped and draped in normal sterile fashion. A Mercedes incision was made by Dr. Piper. He exposed the retrohepatic IVC as well as kocherized the duodenum to provide exposure to the area of the duodenum where the IVC filter strut was eroding through. Dr. Piper also removed the strut from the duodenum by bending it back with a hemostat. An approximately 1 cm area of inflammation with a small perforation was identified on the posterior portion of duodenum where the strut had gone in. Dr. Griffen then completed her portion of the repair, which was oversewing of the duodenal injury. This was done by using 3-0 Vicryl in a Lembert fashion; the duodenotomy was closed in a transverse orientation so as to prevent narrowing of the lumen; 4 interrupted sutures were used with good repair of the duodenum, and a small piece of omentum was then tacked up over this area to provide further reinforcement of the repair. The remainder of the procedure was performed with

**MR IFFH00009**

 **INOVA™**

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH,MELISSA A
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 3/11/2012, D/C: 3/27/2012

### Operative Notes (continued)

Dr. Edwards and Dr. Piper and they will dictate their operative reports separately.

ESTIMATED BLOOD LOSS: 250ml

REPLACED FLUIDS: 5600ml crystalloid

COMPLICATIONS: None

CONDITION: Stable to PACU

COUNTS: All sponge, instrument, and needle counts were correct x 2 at the end of the case.

R1: bb 3/21/2012

Page 2 of 3
CASH, Melissa
MRN:        02272916
Account:
Document ID:  147283213 1336681
Procedure Date: 03/20/2012

Electronic Signing Provider

D:  03/20/2012 15:24 PM by Dr. Caroline L. Arthur, MD (16968)
T:  03/20/2012 23:04 PM by GMC

cc:
Page 3 of 3
Authenticated and Edited by Caroline L. Arthur, MD (16968) On 3/21/12 12:37:24 PM
Authenticated by Margaret Mary Griffen, MD (13207) On 03/29/2012 01:19:03 PM

Electronically signed by Arthur, Caroline L, MD on 10/31/2012 6:34 PM

Op Note signed by Arthur, Caroline L, MD at 10/31/2012 6:34 PM                     Version 1 of 1

| Author: Arthur, Caroline L, MD | Service: (none) | Author Type: Resident |
| Filed: 10/31/2012 6:34 PM | Note Time: 3/21/2012 6:04 PM | Status: Signed |
| Editor: Arthur, Caroline L, MD (Resident) | | |

CASH, Melissa
MRN:        02272916
Account:     039860793
Document ID:  147385513 1337703
Procedure Date: 03/20/2012

Admit Date: 03/11/2012

**MR IFFH00010**

 **INOVA™**

| FAIRFAX HOSPITAL | CASH,MELISSA A |
|---|---|
| 3300 Gallows Road | MRN: 02272916 |
| Fairfax VA 22042-3307 | DOB: 1/16/1980, Sex: F |
| | Adm: 3/11/2012, D/C: 3/27/2012 |

**Operative Notes (continued)**
Patient Location: F761-01
Patient Type: I

SURGEON: James Piper MD
ASSISTANT:  Caroline L Arthur MD

COSURGEONS:
1.  Dr. Griffen.
2.  Dr. Edwards.

PREOPERATIVE DIAGNOSIS:
Inferior vena cava filter eroded into the duodenum.

POSTOPERATIVE DIAGNOSIS:
Inferior vena cava filter eroded into the duodenum.

TITLE OF PROCEDURE:
1.  Exploratory laparotomy.
2.  Removal of IVC filter.
3.  Repair of duodenum with omental patch.
4.  Open cholecystectomy.

SPECIMEN:
Cook Celect IVC filter.

INDICATIONS:
This is a 32-year-old female who has a history of known hypercoagulable
state.  She has been found to have a mutation in her prothrombin-2 gene.  She
had several episodes of DVTs in the past with pulmonary emboli.  She has
had an IVC filter placed in 2009 with plans for this filter to be
permanent.  The patient came into Inova Fairfax Hospital on March 11, 2012.
She had been complaining of vague abdominal pain and back pain for several
months.  Laboratory tests ordered demonstrated an elevated bilirubin;
therefore, she underwent an ERCP which showed a metal strut noted to be in the
duodenum around the area of the ampulla. This represented a strut of the IVC
filter which had eroded through the wall of the IVC and into the duodenum.  A
CT of the abdomen and pelvis confirmed this location of the strut as well as
demonstrating a second strut likely within the aorta and a third within one of
the lumbar vertebral bodies. The patient was also noted to have hydronephrosis
of the right kidney and had a double-J stent placed by urology and a large
common bile duct. Both hydronephrosis and the common bile duct dilatation with
thought to be secondary to inflammation in

CASH, Melissa
MRN:        02272916
Account:    039860793
Document ID:  147385513 1337703
Procedure Date: 03/20/2012

the area around the retroperitoneum secondary to this erosion of the IVC
filter.  An attempt was made by vascular interventional radiology to retrieve

 **INOVA**

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH,MELISSA A
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 3/11/2012, D/C: 3/27/2012

**Operative Notes (continued)**

the filter, but it was unsuccessful due to the large amount of thrombosis within the IVC surrounding the filter. The patient was started on a heparin drip and it was recommended that she undergo an excision of the IVC filter as well as a repair of the duodenum at the area of perforation. The patient agreed to proceed. A joint procedure was undertaken with members of general surgery, hepatobiliary surgery, and vascular surgery all present.

DESCRIPTION OF PROCEDURE:
Please note that this operative covers events of the procedure done by Dr. Piper. Additional operative reports will be dictated by Dr. Griffen and Dr. Edwards for their portion of the procedure.

The patient was informed of the risks, benefits, and alternatives of the procedure preoperatively and signed informed consent in the preoperative area. She had not had SCDs placed secondary to her known clots in the lower extremities. She received a gram of Ancef for IV antibiotics. She was brought back to the operating room, placed on the OR table, and underwent general endotracheal anesthesia with no complications. She was in a supine position. She underwent placement of several IVs, including a left subclavian central line and A line in the right foot. A complete timeout was performed. The patient was prepped and draped in the normal sterile fashion. A Mercedes incision was created and carried down to and through the fascia using the Bovie electrocautery. The right liver was retracted medially and the peritoneal reflections were taken down until the liver could be completely reflected over medially to expose the retrohepatic IVC. The self-retaining retractor was then set up to provide better exposure. An extended kocherization of the duodenum was performed. In performing this kocherization, it became evident that there was a fibrotic area leading from the very thrombosed IVC up into a portion of the posterior duodenum which was scar tissue that was encompassing the strut of the IVC. Of note, the IVC surrounding the IVC filter was felt to be very firm and completely clotted off. There was a softer portion of the IVC and more superiorly, which was felt to be patent. It was at this soft area that the right renal vein was entering. The previously noted fibrotic area was dissected around using a right-angle and the duodenum was further kocherized until there was complete dissection around this scarred-in strut of the IVC filter. The strut itself was then grasped with the right-angle and was able to be manipulated out of the duodenum, leaving approximately a 1-cm inflammatory area on the wall of the duodenum that contained a small perforation through which the IVC strut had gone. The duodenum was then repaired by Dr. Griffen in a separate procedure that will be dictated by her. The repair was done using Lembert sutures and an omental patch on top

Page 2 of 4

CASH, Melissa
MRN:        02272916
Account:
Document ID:  147385513 1337703
Procedure Date: 03/20/2012

of this. Of note, the injury to the duodenum was removed from the ampulla of Vater and the insertion of the common bile duct. Attention was then turned to the IVC. A venotomy was made in the IVC by Dr. Edwards in a

**MR IFFH00012**

 **INOVA**™

| FAIRFAX HOSPITAL | CASH,MELISSA A |
|---|---|
| 3300 Gallows Road | MRN: 02272916 |
| Fairfax VA 22042-3307 | DOB: 1/16/1980, Sex: F |
| | Adm: 3/11/2012, D/C: 3/27/2012 |

**Operative Notes (continued)**

separate procedure that will be dictated by him. The IVC filter was grasped and removed also by Dr. Edwards. There was no bleeding from either the IVC nor welling up from deep in the retroperitoneum after removal of the IVC filter.

The portion of the IVC where the venotomy had been performed was then loosely reapproximated using a figure-of-eight 4-0 Prolene suture. Hemostasis in the area was ensured using the argon beam. Attention was then turned to the gallbladder. Because the patient was a young woman with a high chance of developing gallbladder problems in the future and subsequent laparoscopic cholecystectomy would be complicated by all of the scar tissue caused by this initial procedure, it was decided to perform an open cholecystectomy at this point in time. The gallbladder was grasped and retracted inferiorly and the gallbladder was dissected off of the liver bed in a dome-down fashion using the Bovie cautery. The cystic artery was coagulated and when the cystic duct was reached and completely came around, it was clamped using a right angle. The gallbladder was cut across distal to the clamp and a 2-0 Vicryl tie was used to secure the cystic duct stump. Of note, no stones were palpated within the gallbladder. The argon beam was then used to ensure hemostasis of the liver bed. The abdomen was again examined and hemostasis was found to be present.

A total of a liter of normal saline irrigation was used to irrigate out the abdomen. The retractor was then removed and the abdomen was closed using a 0 Prolene suture. Figure-of-eights were done on the vertical portion of the upper abdominal Mercedes incision and the horizontal portion of the incision was closed in 2 layers again with the 0 Prolene. The skin was closed with a running 4-0 Monocryl subcuticular stitch and Octylseal was used to dress the wound. The patient was allowed to wake up from general anesthesia with no complications and was brought back to PACU in stable condition.

ESTIMATED BLOOD LOSS:
250 mL.

FLUIDS GIVEN:
5700 mL of crystalloid.

COMPLICATIONS:
None.

CONDITION:

Page 3 of 4

CASH, Melissa
MRN:          02272916
Account:       039860793
Document ID:   147385513 1337703
Procedure Date: 03/20/2012

Stable to PACU.

COUNTS:

**MR IFFH00013**

 **INOVA**

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH, MELISSA A
MRN: 02272916
DOB: 1/18/1980, Sex: F
Adm: 3/11/2012, D/C: 3/27/2012

**Operative Notes (continued)**

All sponge, instrument, and needle counts were correct x2 at the end of the case.

Electronic Signing Provider

D: 03/21/2012 11:05 AM by Dr. Caroline L. Arthur, MD (16968)
T: 03/21/2012 18:02 PM by MD199506o

cc:

Page 4 of 4
Authenticated and Edited by Caroline L. Arthur, MD (16968) On 3/23/12 1:46:29 PM
Authenticated by James Piper, MD (10625) On 03/26/2012 01:57:40 PM

Electronically signed by Arthur, Caroline L, MD on 10/31/2012 6:34 PM

| Op Note signed by Edwards, John Dudley, MD at 10/31/2012 6:34 PM | Version 1 of 1 |
|---|---|

Author: Edwards, John Dudley, MD   Service: (none)    Author Type: Physician
Filed: 10/31/2012 6:34 PM        Note Time: 3/21/2012 10:59 PM    Status: Signed
Editor: Edwards, John Dudley, MD (Physician)

CASH, Melissa
MRN:          02272916
Account:
Document ID: 147457813 000452
Procedure Date: 03/20/2012

Admit Date: 03/11/2012

Patient Location: F757-02
Patient Type: I

SURGEON: John D Edwards MD
ASSISTANT:

PREOPERATIVE DIAGNOSIS:
Inferior vena caval filter perforation of duodenum, penetration aorta, and lumbar vertebra.

POSTOPERATIVE DIAGNOSIS:
Inferior vena caval filter perforation of duodenum, penetration aorta, and lumbar vertebra.

TITLE OF PROCEDURE:
Left internal jugular venous access placement.

COMPLICATIONS:
None.

**MR IFFH00014**

 **INOVA**

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH,MELISSA A
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 3/11/2012, D/C: 3/27/2012

### Operative Notes (continued)

ESTIMATED BLOOD LOSS:
None.

INDICATIONS FOR OPERATION:
In preparation for a major abdominal surgery with open removal inferior
vena caval filter.

TITLE OF PROCEDURE
The patient underwent general endotracheal anesthesia.  There was some
difficulty with gaining central venous access and vascular surgery was
asked to obtain access.  The left neck was sterilely prepped and draped in
the usual fashion.  A muscle-splitting approach between the sternal and
clavicular heads of the sternocleidomastoid muscle was used.  A
micropuncture needle was used to gain access to the left internal jugular
vein.  Access was gained., Micropuncture wire placed and the needle removed
over wire.  Micropuncture sheath was placed over a wire and wire exchange
for 0.035 J-wire.  The sheath was removed and over this, the dilator and
sheath were placed with dilator removal.  There was good venous return from
the sheath and the intravenous infusion was initiated.  There were no
apparent complications of the access.

Page 1 of 2
CASH, Melissa
MRN:        02272916
Account:
Document ID:  147457813 000452
Procedure Date: 03/20/2012


D:  03/21/2012 16:03 PM by Dr. John D. Edwards, MD (23973)
T:  03/21/2012 22:58 PM by MDI41083


cc:

Page 2 of 2
Authenticated by John Dudley Edwards, MD (23973) On 03/23/2012 12:25:13 PM

Electronically signed by Edwards, John Dudley MD on 10/31/2012 6:34 PM

Op Note signed by Edwards, John Dudley, MD at 10/31/2012 6:34 PM                    Version 1 of 1

| | |
|---|---|
| Author: Edwards, John Dudley, MD  Service: (none) | Author Type: Physician |
| Filed: 10/31/2012 6:34 PM         Note Time: 3/21/2012 11:08 PM | Status: Signed |
| Editor: Edwards, John Dudley, MD (Physician) | |

CASH, Melissa
MRN:        02272916

**MR IFFH00015**

 **INOVA**™

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH,MELISSA A
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 3/11/2012, D/C: 3/27/2012

**Operative Notes (continued)**
Account:
Document ID:  147459013 000464
Procedure Date: 03/20/2012

Admit Date: 03/11/2012

Patient Location: F757-02
Patient Type: I

SURGEON: John D Edwards MD
ASSISTANT:

COSURGEONS:
Dr. Jim Piper, Dr. Griffen

PREOPERATIVE DIAGNOSIS.
Complication of chronic indwelling inferior vena caval select inferior vena
cava filter with strut perforation in the inferior vena cava and
penetration of the duodenum, aorta and lumbar vertebra.

POSTOPERATIVE DIAGNOSIS:
Complication of chronic indwelling inferior vena caval select inferior vena
cava filter with strut perforation in the inferior vena cava and
penetration of the duodenum, aorta and lumbar vertebra.

TITLE OF PROCEDURE:
1.  Exploratory laparotomy.
2.  Inferior vena cavotomy and removal of the inferior venocaval filter.
3.  Repair of duodenal perforation.

DESCRIPTION OF PROCEDURE:
The patient was brought into the operating room and underwent general
endotracheal anesthesia.  The abdomen and chest were sterilely prepped and
draped in the usual fashion.  Dr. Piper performed exploratory laparotomy
through a Mercedes incision.  That portion of the procedure will be
dictated by Dr. Piper.  After performing Kocher maneuver, Dr. Piper
identified the perforated struts of the Greenfield filter and it's
penetration into the duodenum and dissected out this area.  In addition,
exposing and controlled the inferior vena cava at the infrahepatic level as
well as the left renal vein.  Dr. Griffen extracted the strut of the stent
into the duodenum and then proceeded to repair the duodenal injury with a
Lembert suture repair.  That portion of the procedure will be dictated by
Dr. Griffen.  With Dr. Piper providing visual control of the inferior vena
cava, Dr. _____ performed longitudinal venotomy in the infrarenal portion
of the vena cava.  This portion of the vena cava was chronically occluded.
There was dense fibrotic scar in what would have been the lumen of the
inferior vena cava.  The inferior vena caval filter was grasped with a
hemostat and withdrawn.  Examination revealed that the filter had been

Page 1 of 2

CASH, Melissa
MRN:     02272916

**MR IFFH00016**

 **INOVA**™ 

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH,MELISSA A
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 3/11/2012, D/C: 3/27/2012

### Operative Notes (continued)

Account:
Document ID:   147459013 000464
Procedure Date: 03/20/2012

withdrawn intact.  All 4 main supporting struts were intact with hooks present.  There was no fragmentation of the struts.  The 8 inner tines of that filter all were intact with again no fracture and the cap and hook of the filter were noted to be intact.  Therefore, the filter was extracted in 1 piece.  It should be noted that filter extraction from this chronically fibrotic infrarenal IVC was in fact quite easy.  There was no evidence of bleeding associated with the strut that had previously penetrated the aorta and was withdrawn.  No retroperitoneal hematoma developed.  There was no bleeding from the vena caval incision.  This was repaired with 1 figure-of-eight stitch.  Remainder of the procedure will be dictated by Dr. Piper.

D:  03/21/2012 16:09 PM by Dr. John D. Edwards, MD (23973)
T:  03/21/2012 23:06 PM by MDI41083

cc:

Page 2 of 2
Authenticated by John Dudley Edwards, MD (23973) On 03/23/2012 12:25:00 PM

Electronically signed by Edwards, John Dudley, MD on 10/31/2012 6:34 PM

| Op Note filed by Gorney Brown, Paulina, MD at 10/31/2012 6:34 PM | | Version 1 of 1 |
|---|---|---|
| Author: Gorney Brown, Paulina, MD | Service: (none) | Author Type: Resident |
| Filed: 10/31/2012 6:34 PM | Note Time: 3/14/2012 6:03 PM | Status: Signed |
| Editor: Interface, Transcription Conversion | | |

CASH, Melissa
MRN:       02272916
Account:
Document ID:  146445513 1328328
Procedure Date: 03/14/2012

Admit Date: 03/11/2012

Patient Location: F872-01
Patient Type: I

SURGEON: Anthony R Vara MD
ASSISTANT:  Paulina Gorney Brown MD

 **INOVA**   FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH,MELISSA A
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 3/11/2012, D/C: 3/27/2012

**Operative Notes (continued)**

PREOPERATIVE DIAGNOSIS:
Right hydronephrosis.

POSTOPERATIVE DIAGNOSES:
Preoperative ureteral stent placement for planned inferior vena cava filter retrieval.

TITLE OF PROCEDURE:
Cystoscopy, right retrograde pyelogram, right ureteral stent placement.

ANESTHESIA:
General.

FLUIDS GIVEN:
200 mL of lactated Ringer.

ESTIMATED BLOOD LOSS:
Minimal.

URINE OUTPUT:
Not measured.

DRAINS:
A 6 x 24-French double-J right ureteral stent.

SPECIMENS:
None.

COMPLICATIONS:
None.

INDICATIONS:
The patient is a 32-year-old woman with a longstanding history of frequent DVTs due to Factor II mutation.  She has an indwelling IVC filter in place.  This was found to be occluded with chronic thrombus.  Plan is for the patient to undergo retrieval of the IVC filter during this admission.  On

Page 1 of 2

CASH, Melissa
MRN:      02272916
Account:
Document ID:  146445513 1328328
Procedure Date: 03/14/2012

CT scan there was concern for mild right-sided hydronephrosis as well as at request of the interventional radiology team, plan was for a right ureteral stent placement to relieve any existing obstruction as well as to more closely elucidate the right ureteral anatomy for the planned procedure. Risks, benefits, and alternatives to cystoscopy, retrograde pyelogram, and ureteral stent placement were discussed with the patient, and she was agreeable to proceed.

DESCRIPTION OF PROCEDURE:

MR IFFH00018

 **INOVA™**

| | | |
|---|---|---|
| FAIRFAX HOSPITAL | CASH,MELISSA A |
| 3300 Gallows Road | MRN: 02272916 |
| Fairfax VA 22042-3307 | DOB: 1/16/1980, Sex: F |
| | Adm: 3/11/2012, D/C: 3/27/2012 |

**Operative Notes (continued)**

The patient was met in the preoperative area. All questions were answered and consents obtained. She was then brought back to the operating room and placed on the table in supine position. Sequential compression devices were applied to her lower extremities bilaterally and appropriate IV antibiotics were administered. After induction of anesthesia, she was replaced in the dorsal lithotomy position with all pressure points padded. Her groin was prepped and draped in the appropriate sterile fashion. A rigid cystoscope with a 22-French sheath and 30-degree lens was used to enter her urethra. There were no lesions or strictures noted. Once in the bladder, cystoscopy was performed. There were no tumors, stones or diverticula seen. The ureteral orifices were in normal orthotopic positions bilaterally, effluxing clear yellow urine. The right ureteral orifice was intubated with the end of the 5-French ureteral catheter. A retrograde pyelogram was performed at this point. This demonstrated a normal, nondilated, nontortuous right ureter with no filling defect as well as a nonhydronephrotic right renal pelvis, again without evidence of filling defect. At this point, a sensor wire was passed through the ureteral catheter and up into the right ureter up to the level of the renal pelvis with positioning confirmed on fluoroscopy. The ureteral catheter was removed and a 6-French x 24-cm double-J ureteral stent was passed over the wire up into the right kidney. Again, fluoroscopy demonstrated good proximal coil in the right renal pelvis and a good distal coil could be seen in the bladder with direct visualization. The patient's bladder was emptied. The cystoscope was removed and the procedure was concluded. She had tolerated it well. She was replaced in the supine position, awoken from anesthesia, and brought back to the recovery area in stable condition.


D: 03/14/2012 13:35 PM by Dr. Paulina Gorney Brown, MD (25722)
T: 03/14/2012 18:01 PM by MDI995060


cc:John Edwards MD

Page 2 of 2
Authenticated by Paulina Gorney Brown, MD (25722) On 03/15/2012 04:24:30 PM
Authenticated by Anthony R. Vara, MD (758) On 03/20/2012 08:07:15 AM

Electronically signed by Interface, Transcription Conversion on 10/31/2012 6:34 PM

**Procedure Notes**
No notes of this type exist for this encounter.

**Encounter-Level Documents:**
There are no encounter-level documents.

**Order-Level Documents:**
There are no order-level documents.

**MR IFFH00019**

 **INOVA**

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH, MELISSA A.
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 3/11/2012, D/C: 3/27/2012

## Discharge Summaries

Discharge Summaries filed by Merchant, Brendan C, MD at 10/31/2012 6:34 PM                 Version 1 of 1

| | | |
|---|---|---|
| Author: Merchant, Brendan C, MD | Service: (none) | Author Type: Resident |
| Filed: 10/31/2012 6:34 PM | Note Time: 4/2/2012 12:41 PM | Status: Signed |
| Editor: Interface, Transcription Conversion | | |

CASH, Melissa
MRN:         02272916
Account:
Document ID:  148861314 1351885

Admit Date: 03/11/2012
Discharge Date: 03/27/2012

ATTENDING PHYSICIAN:  Kelly Hoyle, MD

ADMITTING DIAGNOSIS:
Urinary tract infection.

DISCHARGE DIAGNOSES:
1.  Inferior vena cava filter perforation of the duodenum.
2.  Hydronephrosis.
3.  Deep vein thrombosis.

PROCEDURES:
1.  Exploratory laparotomy with removal IVC filter and repair of the duodenum.
2.  Cholecystectomy.
3.  Right ureteral stent placement.

HISTORY OF PRESENT ILLNESS:
This patient is a 32 year old with a history of hypercoagulability due to a prothrombin mutation.  She presented to the emergency room for abdominal pain.  She underwent a CT scan that revealed soft tissue density in the retroperitoneum as well as right-sided hydronephrosis.  The patient was admitted for management of the erosion of the IVC filter into the duodenum.  For further details, please see H and P for March 11, 2012.

HOSPITAL COURSE:
The patient was admitted to the internal medicine service for management of her hypercoagulability and perioperative care surrounding the erosion of the IVC filter to her duodenum.
1.  IVC filter rotation into the duodenum with perforation of the duodenum: Ms. Cash initially underwent ERCP as evaluation of her abdominal pain and an IVC filter was seen eroding into the duodenum. The ERCP was followed by CT scan, confirming erosion of the filter into the duodenum, aort and vertebral body. The general surgery service was consulted and in participation with the vascular surgery service recommended intraoperative removal of the IVC filter. Accordingly, the patient went to the operating room for open laparotomy with removal of the IVC filter and repair of perforation of the duodenum.  The patient also had a cholecystectomy during the operation. The IVC filter was

MR IFFH00020

 **INOVA**™

| FAIRFAX HOSPITAL | CASH,MELISSA A |
|---|---|
| 3300 Gallows Road | MRN: 02272916 |
| Fairfax VA 22042-3307 | DOB: 1/16/1980, Sex: F |
| | Adm: 3/11/2012, D/C: 3/27/2012 |

**Discharge Summaries (continued)**

successfully

Page 1 of 3

CASH, Melissa
MRN:            02272916
Account:
Document ID:  148861314 1351885

removed. Her postoperative course was complicated by a prolonged pain. The pain service was consulted, and the patient was initially managed on a morphine PCA that was subsequently changed to oral pain medications. The patient will follow up with the general surgery service for further surgical issues.

2.  Hypercoagulable State with Prothrombin Gene Mutation: The patient is a known prothrombin mutation. She in the past had been on Coumadin and did experience clotting on Coumadin. Dr. Robert of hematology was consulted and recommended lifelong Lovenox treatment. Case management worked with the patient's insurance company and obtained approval for lifelong Lovenox treatment. The patient was given a prescription for once daily, Lovenox, and Lovenox teaching, and will take Lovenox daily and follow up with Dr. Robert as an outpatient.

3.  The deep vein thrombosis: In the course of having a heparin drip stopped for procedures she suffered a deep vein thrombosis of her left common femoral vein.

4.  Hydronephrosis of the right kidney: CAT scan of the abdomen revealed hydronephrosis of the right kidney. The urology service was consulted and placed a ureteral stent on the right to relieve the obstruction, as well as to have identification of the ureter during the laparotomy. The patient will follow up in 6 weeks for removal of ureteral stent.

DISCHARGE MEDICATIONS:
1.  Adderall 20 mg by mouth daily.
2.  Ativan 1 mg by mouth every 6 hours for anxiety.
3.  Peri-Colace two tablets by mouth daily for constipation.
4.  Lovenox 90 mg subcutaneously once daily.
5.  Gabapentin 300 mg by mouth twice daily.
6.  MS Contin 45 mg by mouth three times a day.
7.  Morphine sulfate 30 mg by mouth every 3 hours as needed for pain.

ISSUES TO BE ADDRESSED AT FOLLOWUP:
The patient every ureteral stent removed by Dr. Vara in 6 weeks.

Electronic Signing Provider

D:  03/31/2012 15:27 PM by Dr. Brendan C. Merchant, MD (21644)
T:  04/02/2012 12:40 PM by AG

Page 2 of 3

CASH, Melissa
MRN:            02272916
Account:       039860793

Generated on 8/19/2015 1:36 PM

MR IFFH00021

 **INOVA™**

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH,MELISSA A
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 3/11/2012, D/C: 3/27/2012

**Discharge Summaries (continued)**
Document ID:   148861314 1351885

cc:

Page 3 of 3
Authenticated and Edited by Brendan C. Merchant, MD (21644) On 4/02/12 4:03:23 PM
Authenticated by Kelly E. Hoyle, MD (12146) On 04/13/2012 05:25:47 PM

Electronically signed by Interface, Transcription Conversion on 10/31/2012 6:34 PM

**Encounter-Level Documents:**
There are no encounter-level documents.

**Order-Level Documents:**
There are no order-level documents.

## END OF REPORT

**MR IFFH00022**

This report contains healthcare information relevant to patient privacy as defined by HIPAA. Use discretion in storing, discussing, disseminating or discarding.

| S3070-R | OPERATIVE PROGRESS NOTE | Page 1 |
|---|---|---|
| Date/Time | | 03/20/2012 11:19:26 |

**PRE-OP DX:** IVC FILTER PERFORATION DUODENUM

**POST-OP DX:** IVC FILTER PERFORATION DUODENUM

**SURGEON(S):** Piper M.D., James

**ASSISTANT(S):** Arthur, M.D., Caroline L.
GRIFFEN, M.D., MARGARET

**PROCEDURE(S):** Primary   EX. LAP, RETROPERITONEAL EXPLORATION, DUODENAL
REPAIR, VENOTOMY W/ EXTRACTION OF IVC FILTER,
CHOLECYSTECTOMY

**ANESTHESIA:** GENERAL

**FINDINGS:** IVC filter into duo, thrombosed IVC

**ESTIMATED BLOOD LOSS:**          **Replaced:**

**DEVICE/IMPLANT(S):**

**DRAINS/PACKING(S):** CATHETER TRAY 16FR W/DRAIN BAG   B03016, Location: BLADDER,
Qty: 1, Applied By: HETRICK, RN, VIVIAN

**SPECIMEN(S):** A) IV C FILTER/ GROSS ONLY
B) GALLBLADDER

**COMPLICATIONS:** ø

**CONDITION:** Stable to PACU

**PHYSICIAN SIGNATURE:**                              **MD#:**
                                                   Date/Time:
AAW 16968

3/20/12   1130

| Cash, Melissa A | | |
|---|---|---|
| MedRec#: 02272916 | DOB: 01/16/1980 | Fairfax Hospital |
| Facility: FH | Age: 32Y   Sex: Female | |
| Admit Date: 03/11/2012 | Acct#: | OPERATIVE PROGRESS NOTE |

PRINTED BY: U56017
DATE   4/21/2016

This report contains healthcare information relevant to patient privacy as defined by HIPAA. Use discretion in storing, disclosing, disseminating or discarding.

| S3070-R | OPERATIVE PROGRESS NOTE | Page 1 |
|---|---|---|
| Date/Time | | 03/20/2012 11:19:47 |

| | |
|---|---|
| PRE-OP DX: | IVC FILTER PERFORATION DUODENUM |
| POST-OP DX: | IVC FILTER PERFORATION DUODENUM |
| SURGEON(S): Piper M.D., James | |
| ASSISTANT(S): Arthur, M.D., Caroline L. GRIFFEN, M.D., MARGARET | |
| PROCEDURE(S): Primary | EX, LAP, RETROPERITONEAL EXPLORATION, DUODENAL REPAIR, VENOTOMY W/ EXTRACTION OF IVC FILTER, CHOLECYSTECTOMY |
| ANESTHESIA: GENERAL | |
| FINDINGS: | |
| ESTIMATED BLOOD LOSS: | Replaced: |
| DEVICE/IMPLANT(S): | |
| DRAINS/PACKING(S): CATHETER TRAY 16FR W/DRAIN BAG 903016, Location: BLADDER Qty: 1, Applied By: HETRICK, RN, VIVIAN | |
| SPECIMEN(S): A) IV C FILTER/ GROSS ONLY B) GALLBLADDER | |
| COMPLICATIONS: | |
| CONDITION: | |
| PHYSICIAN SIGNATURE: | MD#: Date/Time: |

| | | |
|---|---|---|
| Cash, Melissa A MedRec#: 02272916 Facility: FH Admit Date: 03/11/2012 | DOB: 01/16/1980 Age: 32Y Sex: Female Acct#: | Fairfax Hospital OPERATIVE PROGRESS NOTE |

PRINTED BY: U56017
DATE 4/21/2016

**TJC STANDARD RC.02.01.03, Element of Performance 7**

An operative or other high risk procedure progress note is entered in the medical record immediately after the procedure when the full operative or other high risk procedure report cannot be entered into the record immediately after the operation or procedure.

Immediate is defined as upon completion of the operation or procedure before the patient is transferred to the next level of care.



1OPNOTE

| PROCEDURE(S) | IVC gram attempted retrieval IVC filter |
| PRIMARY SURGEON/ASSISTANTS (LIP) | Ray |
| ANESTHESIA | mod sed |
| POST-OPERATIVE DIAGNOSIS | same |
| OPERATIVE FINDINGS | IVC occluded @ RV. RV not seen. IVC filter embedded in organized |
| SPECIMENS REMOVED | thrombus — could not free hook for removal of filter |
| TOTAL CONTRAST VOLUME | 20 cc |
| ESTIMATED BLOOD LOSS | ∅ |
| COMPLICATIONS | ∅ |

| Date | Time | Printed Name | Signature | ID# |
|------|------|--------------|-----------|-----|
| 3/14 | 18:00 | Nathan | N | |

CASH
MELISSA          A 01/16/80
02272916   32  F  FH 39860793
PADM        ADM        ACCT STAT
            03/11/12    03/11/12
PRINTED BY: U56017
DATE        4/21/2016

**INOVA FAIRFAX HOSPITAL CAMPUS**
**INTERVENTIONAL RADIOLOGY**
**OPERATIVE/PROCEDURE**
**PROGRESS NOTE**

CAT # 86608/R110510 • PKGS OF 100

# INOVA Fairfax Hospital
## ERCP Procedure Report

| | | | |
|---|---|---|---|
| **Patient:** | Melissa A CASH | **Attending Physician:** | MAHMOOD ABEDI M.D. |
| **Patient ID:** | MRN-02272916 | **Referring Physician:** | SHARI MALETSKY SMITH M.D. |
| **Exam Date:** | 03/12/2012 | **Birth Date:** | 01/16/1980 |

**Presentation:** MRN-02272916 Document ID: I10039686 -- Melissa CASH presents for consideration of ERCP on an elective basis, as an inpatient.

**Pre-proc Diagnosis/Indication:**

* Abdominal pain in the right upper quadrant of the abdomen.
* Suspected papillary stenosis/spasm.

**Consent:** After discussion of the potential benefits, risks, limitations, and alternatives, the patient consented to the procedure.

**Medications:**

* Medication administered by anesthesiologist.

**Luminal:** The side-viewing duodenoscope was passed through the mouth and advanced with ease to the 2nd portion of the duodenum. The views were excellent. The patient's toleration of the procedure was excellent. A single infiltrative, ulcerated polyp was found in the area of papilla with the IVC filter eroding through it. It was not bleeding.

**Biliary/Pancreatic:** Initially the guidewire entered the PD. A Zimmon 5 F 3 cm long stent was placed in the PD to facilitate CBD cannulation. Deep biliary cannulation was achieved using a Microvasive sphincterotome over a short guidewire. The entire biliary tree was filled with dilute contrast by an assistant, apart from the gallbladder. The common bile duct was markedly dilated. This is due to papillary stenosis. A sphincterotomy was performed over a 035 guidewire, using an Erbe blended current device. There was no significant bleeding. Finally the PD stent was removed.

**Intraprocedural Events:** There were no unplanned events during the procedure.

**Post Proc Diagnostic Conclusion:**

* Polyp was found in the area of papilla with IVC filter eroding through it.
* Dilated common bile duct, due to papillary stenosis.

**Maneuvers:**

* Biliary cannulation was successful.
* Sphincterotomy was performed.

**Estimated Blood Loss:** Negligible.

**Recommendations:**

* Return to floor.
* Liquids today, regular diet tomorrow as tolerated.
* Contact IR. Vascular re eroded IVC filter.

```
CASH                     A 01/16/80
MELISSA
02272916    32   F   FH 39850793
PADM             ADM      ACCT STRT
                03/11/12  03/11/12
L
```



IVC filter eroding the polyp

PATIENT: CASH, Melissa PATIENT ID: RN-02272916 EXAM DATE: 03/12/2012



Filter grading

MAHMOOD   ABEDI M.D.
Report electronically signed by Dr. MAHMOOD ABEDI, M.D. on 03/12/2012 at 15:08

CASH
MELISSA
02272916   32  F  FH  30860793
PADM        ADM        ACCT 61(H)
            03/11/12   03/11/12

PRINTED BY: U56019'2
DATE    4/21/2016

DISCHARGE SUMMARY

CASH, Melissa
MRN:        02272916
Account:
Document ID:  148861314 1351885

*This document is considered draft until signed*

Admit Date: 03/11/2012
Discharge Date: 03/27/2012

ATTENDING PHYSICIAN:  Kelly Hoyle, MD

ADMITTING DIAGNOSIS:
Urinary tract infection.

DISCHARGE DIAGNOSES:
1.   Inferior vena cava filter perforation of the duodenum.
2.   Hydronephrosis.
3.   Deep vein thrombosis.

PROCEDURES:
1.   Exploratory laparotomy with removal IVC filter and repair of the
duodenum.
2.   Cholecystectomy.
3.   Right ureteral stent placement.

HISTORY OF PRESENT ILLNESS:
This patient is a 32 year old with a history of hypercoagulability due to a
prothrombin mutation.  She presented to the emergency room for abdominal
pain.   She underwent a CT scan that revealed soft tissue density in the
retroperitoneum as well as right-sided hydronephrosis.  The patient was
admitted for management of the erosion of the IVC filter into the duodenum. For
further details, please see H and P for March 11, 2012.

HOSPITAL COURSE:
The patient was admitted to the internal medicine service for management of
her hypercoagulability and perioperative care surrounding the erosion of
the IVC filter to her duodenum.
1.   IVC filter rotation into the duodenum with perforation of the duodenum;
Ms. Cash initially underwent ERCP as evaluation of her abdominal pain and an
IVC filter was seen eroding into the duodenum.  The ERCP was followed by CT
scan, confirming erosion of the filter into the duodenum, aort and vertebral
body.  The general surgery service was consulted and in participation with the
vascular surgery service recommended intraoperative removal of the IVC
filter.  Accordingly, the patient went to the operating room for open laparotomy
with removal of the IVC filter and repair of perforation of the duodenum.  The
patient also had a cholecystectomy during the operation.  The IVC filter was
successfully

Page 1 of 3



---


**INOVA HEALTH SYSTEM**

Inova Fairfax Hospital
3300 Gallows Road
Falls Church, VA 22042

DISCHARGE SUMMARY

DISCHARGE SUMMARY

CASH, Melissa
MRN:        02272916
Account:
Document ID:  148861314 1351885

*This document is considered draft until signed*

removed. Her postoperative course was complicated by a prolonged pain.  The pain service was consulted, and the patient was initially managed on a morphine PCA that was subsequently changed to oral pain medications.  The patient will follow up with the general surgery service for further surgical issues.
2.  Hypercoagulable State with Prothrombin Gene Mutation: The patient is a known prothrombin mutation. She in the past had been on Coumadin and did experience clotting on Coumadin. Dr. Robert of hematology was consulted and recommended lifelong Lovenox treatment.  Case management worked with the patient's insurance company and obtained approval for lifelong Lovenox treatment. The patient was given a prescription for once daily, Lovenox, and Lovenox teaching, and will take Lovenox daily and follow up with Dr. Robert as an outpatient.
3.  The deep vein thrombosis; In the course of having a heparin drip stopped for procedures she suffered a deep vein thrombosis of her left common femoral vein.
4. Hydronephrosis of the right kidney: CAT scan of the abdomen revealed hydronephrosis of the right kidney,  The urology service was consulted and placed a ureteral stent on the right to relieve the obstruction, as well as to have identification of the ureter during the laparotomy.  The patient will follow up in 6 weeks for removal of ureteral stent.

DISCHARGE MEDICATIONS:
1.  Adderall 20 mg by mouth daily.
2.  Ativan 1 mg by mouth every 6 hours for anxiety.
3.  Peri-Colace two tablets by mouth daily for constipation.
4.  Lovenox 90 mg subcutaneously once daily.
5.  Gabapentin 300 mg by mouth twice daily.
6.  MS Contin 45 mg by mouth three times a day.
7.  Morphine sulfate 30 mg by mouth every 3 hours as needed for pain.

ISSUES TO BE ADDRESSED AT FOLLOWUP:
The patient every ureteral stent removed by Dr. Vara in 6 weeks.



Electronic Signing Provider

D:  03/31/2012 15:27 PM by Dr. Brendan C. Merchant, MD (21644)
T:  04/02/2012 12:40 PM by AG

Page 2 of 3

**INOVA HEALTH SYSTEM**

Inova Fairfax Hospital
3300 Gallows Road
Falls Church, VA 22042

DISCHARGE SUMMARY

Patient:CASH, Melissa A          MRN:02272916          Encounter:039860793          Page 2 of 3

DISCHARGE SUMMARY

CASH, Melissa
MRN:          02272916
Account:
Document ID:   148861314 1351885          *This document is considered draft until signed*

cc:

Page 3 of 3
Authenticated and Edited by Brendan C. Merchant, MD (21644) On 4/02/12 4:03:23 PM
Authenticated by Kelly E. Hoyle, MD (12146) On 04/13/2012 05:25:47 PM

 INOVA HEALTH
SYSTEM

Inova Fairfax Hospital
3300 Gallows Road
Falls Church, VA 22042

DISCHARGE SUMMARY

Patient:CASH, Melissa A        MRN:02272916      Encounter:039860793        Page 3 of 3

CASH, Melissa
MRN:        02272916
Account:
Document ID:   146494512 1328814
Service Date: 03/13/2012

*This document is considered draft until signed*

Admit Date: 03/11/2012

Patient Location: F872-01
Patient Type: I

CONSULTING PHYSICIAN: Anthony R Vara MD

REFERRING PHYSICIAN:

REASON FOR CONSULTATION:
Right hydronephrosis.



HISTORY OF PRESENT ILLNESS:
The patient is a 32-year-old woman admitted on the 11th of this month with
abdominal pain secondary to a migrated IVC (inferior vena cava) filter.
Her history regarding this is rather complex.

The patient has a factor 2 mutation which has led to thrombotic phenomenon
necessitating anticoagulation and the placement of an IVC filter several
years ago.  This admission has revealed, however, that there has been some
IVC filter migration into possibly the second portion of the duodenum along
with a retroperitoneal phlegmon.  The patient had a CAT scan of abdomen and
pelvis on admission which revealed the phlegmon and also a mild right-sided
hydronephrosis.  Symptomatically she has had some lower right flank pain
which may or may not be true renal colic.

In any case, the patient is scheduled to undergo a VIR (vascular
interventional radiology) procedure to possibly extract the migrated IVC
filter.  A vascular surgeon is following this and she may ultimately
require an open repair and/or ligation of the IVC at the level of the
filter and I have been asked for consultation regarding possible stent
placement and the right hydronephrosis.

PHYSICAL EXAMINATION:
Please see the chart.

LABORATORY DATA:
Again, please see the chart.

My focused physical examination reveals, as mentioned above, no abdominal
masses but with some right lower quadrant tenderness and right lower flank
tenderness.

CT scan was reviewed and I will be attempting to schedule her for a

Page 1 of 2

---

**INOVA HEALTH SYSTEM**

Inova Fairfax Hospital
3300 Gallows Road
Falls Church, VA 22042

CONSULTATIONS

CONSULTATIONS

CASH, Melissa
MRN:            02272916
Account:
Document ID:    146494512 1328814
Service Date: 03/13/2012                                      *This document is considered draft until signed*

cystoscopy with right double-J stent placement as soon as possible since
certainly the patient will require stenting just in case she needs
exploratory laparotomy.

IMPRESSION:
Right retroperitoneal phlegmon with possible IVC filter migration.

PLAN:
Schedule for urgent cystoscopy with right double-J stenting as soon as
possible.

D:  03/14/2012 17:10 PM by Dr. Anthony R. Vara, MD (758)
T:  03/14/2012 17:46 PM by GMC

cc: Homan Wai MD
    John Edwards MD
    Shari Maletsky Smith MD

                          Page 2 of 2
Authenticated by Anthony R. Vara, MD (758) On 03/20/2012 08:07:13 AM

---

 **INOVA HEALTH SYSTEM**

Inova Fairfax Hospital
3300 Gallows Road
Falls Church, VA 22042

CONSULTATIONS

 INOVA HEALTH
SYSTEM

Inova Fairfax Hospital
3300 Gallows Road
Falls Church, VA 22042

```
Patient           :CASH, Melissa  A.
MRN               :02272916
ACCT              :
DOB               :01/16/1980
Performing Facility :INOVA FAIRFAX HOSPITAL
Ordering Provider :Hoyle Dr., Kelly E,              12146
Report Name       :Pathology Report
Status            :F
```

```
INOVA FAIRFAX HOSPITAL  FX-12-5744        CASH, MELISSA A
  LABORATORY                              MED REC #:  02272916
Procedure Date and Time: 03/20/2012, 11:58
  SURGICAL PATHOLOGY REPORT
DIAGNOSIS:--------------------------------------------------------
A. (GROSS) HARDWARE, INFERIOR VENA CAVA FILTER
B. GALLBLADDER, CHOLECYSTECTOMY:  CHRONIC CHOLECYSTITIS
  CPT CODE:   88300, 88304
ZG/kg
DandT:  03/21/2012
<Sign Out Dr. Signature>
ZACHARY GOODMAN, DR
MICROSCOPIC DESCRIPTION:----------------------------------------
B.  Two blocks containing three sections of tissue are examined.
PRE-OPERATIVE DIAGNOSIS:---------------------------------------
None provided
POST-OPERATIVE DIAGNOSIS:--------------------------------------
None provided
CLINICAL INFORMATION:--------------------------------------------
None provided
SPECIMEN:
A.  HARDWARE, INFERIOR VENA CAVA FILTER
B.  GALLBLADDER  --------------------------------------------
GROSS DESCRIPTION:---------------------------------------------
A.  Received in formalin, labeled with the patient's name Cash, Melissa
and "IVC filter" and consists of an irregular metal apparatus,
measuring 3.0 x 2.0 x 2.0 cm.  There is a small portion of adherent
pink-red soft tissue.  Gross only.
B.  Received in formalin, labeled with the patient's name Cash, Melissa
and "gallbladder" and consists of a gallbladder, measuring 9.5 cm in
length x 3.3 cm in diameter across the fundus.  The cystic duct
resection margin is open and cauterized and inked blue.  The serosa is
congested.  Sectioning reveals a small amount of yellow tan mucinous
bile.  Calculi are not identified.  The mucosa is bile-stained and
velvety.  The wall measures 0.5 cm in greatest thickness.  A
perforation is not identified.  A lymph node is not identified.
Representative sections are submitted in two cassettes.
AS/KG
03/20/2012
```

 **INOVA**

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH,MELISSA.A
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 9/18/2009, D/C: 9/24/2009

---

IR VENOGRAPHY/ IVC FILTER CASE REQUEST [37906862] (continued)

Resulted: 09/18/09 2042, Result status: Final result

09/18/09 1552

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Validate Range |
|---|---|---|---|---|
| 136 - LegacyRad | LEGACYRAD | Unknown | Unknown | Create - Present |

Resulted: 03/15/12 0723, Result status: Final result

IR FOREIGN BODY RETRIEVAL CASE REQUEST [1191767]

Ordering provider: Drooz, Alain T, MD 03/14/12 1857
Performed: ~ 03/14/12 1857
Narrative: EXAMINATION: SP3-1210 FOREIGN BODY REMOVAL
Date of Service: 03/14/2012 18:57

Resulted by: Neithamer, Calvin D Jr., MD
Resulting lab: EMC RAD

INTERPRETATION:

PROCEDURE: IVC Gram and attempted retrieval of IVC filter.

INDICATION: 32 year old female who had an IVC filter placed approximately 2-1/2 years ago. Recent CT shows that the IVC has been chronically occluded, evidenced by large retroperitoneal collaterals. The IVC filter is entirely encased and chronic clot. Filter struts have transgressed the IVC wall with one in the abdominal aorta, another in the duodenum, and a third in a lumbar vertebral body.

TECHNIQUE: Informed consent was acquired from the patient. The procedure, alternatives, risks, benefits, and sedation were discussed at length and all questions answered. The patient was transported into the interventional suite and placed supine on the table. The interventional nurse provided moderate sedation as needed and close patient observation combined with continuous cardiac and respiratory monitoring. The neck was prepped and draped in usual sterile fashion. After a successful pre-procedure pause, the neck was evaluated for accessible veins to provide access to the IVC. However, both internal jugular veins were occluded. Cross cervical collaterals were seen. Therefore, the subclavian veins were evaluated, showing both to be patent. The right subclavian vein was chosen for access and the skin anesthetized with 1% buffered lidocaine. A micropuncture needle was advanced into the right subclavian vein under direct ultrasound control. An image was acquired to document puncture. A pigtail catheter was then advanced into the IVC an IVC gram acquired. An 8 French angled sheath was then positioned in the IVC, above the chronically thrombosed cava. A selective catheter was used to probe the IVC occlusion in an attempt to access for the filter hook so that the filter could be removed. Extended attempts at entering this fibrous chronic clot were undertaken, but were unsuccessful. Access to the filter hook could not be attained. Therefore, the catheter was removed, leaving a short sheath in the subclavian vein for the patient's operation. The patient tolerated the procedure and was discharged to the recovery room in stable condition.

FINDINGS: The IVC is completely thrombosed at the level of the L1 vertebral body. There is flow from the left renal vein into the IVC. The right renal vein was not seen. The IVC filter was completely encased in clot as demonstrated on the recent CT of the abdomen. A large sheath was advanced to the fibrous cap and the cap probed in many positions,

---

 **INOVA**™

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

CASH,MELISSA A
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 3/11/2012, D/C: 3/27/2012

IR FOREIGN BODY RETRIEVAL CASE REQUEST [1191767]
(continued)

Resulted: 03/15/12 0723, Result status: Final
result

attempting to access the filter hook for filter retrieval. However, the
thrombus was fibrotic and extremely dense, disallowing successful
penetration of dense fibrous calf. For this reason, the filter hook
could not be accessed and the filter could not be removed. Therefore,
the procedure was terminated, the long sheath removed, and a short
sheath placed in right subclavian vein for access during her upcoming
operation. The patient tolerated the procedure well.

IMPRESSION:
1. Complete chronic occlusion of the IVC at the L1 level.
2. Left renal vein drains into the IVC.
3. Right renal vein not identified.
4. IVC filter at L2, completely encased in chronic fibrous thrombus.
5. Unsuccessful attempt at penetrating fibrous thrombus and accessing
the IVC filter hook for filter retrieval.

Dictating Physician:   CALVIN NEITHAMER M.D,
Electronically Signed:   008286 on Mar 15 2012  7:23AM
Dictated:                      Mar 15 2012  7:21AM
Transcribed:                on Mar 15 2012  7:23AM

Specimen Information
Type                           Source                      Collected On
                                                                   03/14/12 1857

Testing Performed By

| Lab-Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - EMCRad | EMC RAD | Model Lab Director | 5301 Tokay Blvd, Madison WI 63711 | 01/24/07 1652 - Present |

## END OF REPORT

 **INOVA**

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307
Radiology Report

CASH,MELISSA A
MRN: 02272916
DOB: 1/16/1980, Sex: F
Adm: 9/18/2009, D/C: 9/24/2009

Radiology Results (09/22/09 - 09/17/09) (continued)

CT Guided Drain Pq W/Cath Plc S&I [37906868] (continued)

Resulted: 09/20/09 1205, Result status: Final result

Specimen Collection

| Type | Source | Collected On |
|------|--------|--------------|
| | | 09/20/09 1154 |

Collected On 09/20/09 1154

IR VENOGRAPHY/ IVC FILTER CASE REQUEST [37906862]

Resulted: 09/18/09 2042, Result status: Final result

| Ordering provider: | Venkatesan, Chalapathy, MD 09/18/09 1552 | Resulted by: | Mufti, Salman S, MD Historical, Conversion |
|---|---|---|---|
| Performed: | ~ 09/18/09 1552 | Resulting lab: | LEGACYRAD |
| Narrative: | 25854199 | | |

EXAMINATION: SP3-1080 IVC FILTER PLACEMENT
Date of Service: 09/18/2009 15:52

INTERPRETATION:

History: DVT despite being anticoagulated. INR of 6.6 prior left jugular central venous catheter. Filter placed following wire exchange of left triple lumen catheter.

Examinations dated 9/18/2009 :
1. Inferior venacavography.
2. Inferior vena cava filter placement.

Vessel catheterized: Inferior vena cava via left internal jugular vein approach.

Procedure:
The nature of the procedure, risks, benefits, and alternatives were discussed with the the patient. All questions were answered and consent was obtained.

A 3 mm J-wire was used to exchange the recently placed left 7 French triple lumen catheter for a 7 French guiding sheath. A 3 mm J-wire was then manipulated under fluoroscopic guidance into the inferior vena cava. A 5 French pigtail catheter was advanced into the right common iliac vein and digital subtraction inferior venacavography was performed.

Findings: The inferior vena cava is normal in caliber. There is non variant venous anatomy. No filling defects are evident. There is no extrinsic compression.

I elected to proceed with placement of the filter in an infrarenal position. The pigtail catheter was exchanged over a J-wire for the introducer sheath for a Celect inferior vena cava filter. Using anatomic landmarks from the venacavogram, the filter was positioned properly and was deployed. The apex of the filter is at the renal vein level. Inferior venacavography performed through the sheath demonstrates appropriate position of the filter without significant tilt, with its apex below the renal veins. The sheath was removed and hemostasis was achieved manually. The procedure was well tolerated.