UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

This Document Relates Only to the Following Cases:

1:14-cv-01202 Melissa Cash
1:16-cv-02767 Braden Nicholson
1:17-cv-00574 Alma Bratcher

**EXHIBIT B -  Alma Bratcher**

**Randal Kauffman**

| | |
|---|---|
| **From:** | Randal Kauffman |
| **Sent:** | Friday, November 23, 2018 12:18 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Tomeca H. Fenner |
| **Subject:** | Categorization Form.Ann Campbell Alma Bratcher. |
| **Attachments:** | Categorization Form.11 23 2018.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'CookFilterMDL@FaegreBD.com' | | |
| | 'plaintiffscoleadcounselmdl@gmail.c | | |
| | Tomeca H. Fenner | Delivered: 11/23/2018 12:18 PM | Read: 11/26/2018 6:38 AM |

Randal A. Kauffman, Esq

**Houssiere, Durant & Houssiere, LLP**
1990 Post Oak Blvd., Suite 800 | Houston, Texas 77056
(713) 626-3700 | (713) 626-3709 Fax | 1(888) 881-8100 Toll Free
Website: www.HDHTEX.com | Facebook | Twitter | LinkedIn
CONFIDENTIALITY NOTICE: This e-mail transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

only and is not admissible and is not to be considered relevant for any other purpose. 64915

## Categorization Form

A.  Plaintiff's Name: _ANN CAMPBELL, ET AL_

B.  Plaintiff's Case Number: _1:17-cv-0057?_

C.  Plaintiff's Counsel (Lead Firm Name): _HOUSSIERE, DURANT + HOUSSIERE, LLP_

D.  Categorization (check each that applies and briefly describe):

  1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

      Check here for Category 1:_____

  2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

      Check here for Category 2:_____

      Briefly describe claimed complication/outcome/injury:_____

  3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

      Check here for Category 3:_____

      Briefly describe claimed complication/outcome/injury:_____

  4.  <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

      Check here for Category 4:_____

      Briefly describe claimed complication/outcome/injury:_____

5. Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: ✓ .  Circle all sub-categories that apply below:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

64917

(e) penetration or perforation -- consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) -- consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: *right hydronephrosis and renal failure. She died from renal failure. Filter occluded the right ureter, resulting in*

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:   *RANDAL A. KAUFFMAN*

Plaintiff's Counsel's Firm:   *HOUSSIERE, DURANT + HOUSSIERE, LLP*

## REGENCY HOSPITAL OF GREENVILLE
One St. Francis Drive, 4th Floor
Greenville, SC 29601

PATIENT: BRATCHER, ALMA L          MR: 001780
DATE OF ADMISSION: 05/19/2010          ACCT:
DATE OF DISCHARGE:

## DISCHARGE SUMMARY

**DATE OF ADMISSION:** 05/19/2010

**DATE OF DISCHARGE:** 06/15/2010

**DISCHARGE DIAGNOSES:**
1. Systolic congestive heart failure with underlying acute renal failure with pulmonary edema.
2. Malposition of inferior vena cava filter with occlusion of right ureter, resulting in right hydronephrosis and renal failure.
3. Osteomyelitis of the spine with methicillin-sensitive Staphylococcus aureus.
4. Fibromyalgia rheumatica on chronic steroid therapy.
5. Chronic pain.
6. History of deep vein thrombosis with possible protein C or protein S deficiency.
7. Pulmonary edema.
8. Gastric immotility and ileus, secondary to chronic narcotic use.
9. Protein calorie malnutrition resulting in placement of feeding tube.

**HOSPITAL COURSE:** For a complete history of present illness, past medical history, family and social history, physical exam, and laboratory data, please refer to the typed H and P on the front of the patient's chart.

Briefly, this is a very pleasant, 75-year-old female, who presented to us from an outside hospital with an underlying history of osteomyelitis with methicillin-sensitive Staphylococcus aureus. Transferring physician is Dr. John Holman. Discitis and osteomyelitis of the spine with recent bacteremia and recent septicemia were the primary reason for bringing her in for a long course of IV antibiotic therapy.

Bone scan had been done along with recent MRI with the findings suspicious for osteomyelitis. She had some pain but denied any weakness in her legs.

Subsequently, the patient had findings of L3-4 vertebral compression discitis, but also found concomitant hydronephrosis on the right side. The pain that she was having subsequent to admission progressed and this became very intense and was described as an intense pain radiating along the right flank and around to the right upper quadrant. This pain was different in characteristic from her osteomyelitis, and further evaluation led us to find malpositioned inferior vena cava filter that had actually eroded through the wall of the inferior vena cava and was compressing into the right ureter. Urology consult was requested and Dr. Donald _____ saw the patient. Felt that the patient's underlying condition might be amenable to stenting in

DISCHARGE SUMMARY

Page 1 of 2

## REGENCY HOSPITAL OF GREENVILLE

PATIENT:                  BRATCHER, ALMA          MR:  001780
                                       L
DATE OF ADMISSION:  05/19/2010          ACCT:

retrograde fashion. However, he felt that the other risks from a vascular standpoint precluded his doing that. Subsequently, the patient was taken to Interventional Radiology where 5 to 6 hours was spent with Interventional Radiology trying to remove the Greenfield filter. This was unsuccessful and subsequently the patient had a right nephrostomy tube placed, which continued to drain bloody urine. Renal function deteriorated over the next several days while pain persisted. High residuals of tube feeds were developing as she required more narcotic pain reliever. Gastric immotility and intestinal immotility was felt to be secondary to her underlying heavy narcotic use, and this was compounded by the underlying process with the Greenfield filter. Subsequently, a consultation with a vascular surgeon went on to stat that the patient's overall risk was excessive and he, in talking to the family, did not recommend taking her to the operating room because of the high risk of mortality.

Urology and Nephrology both concurred that the overall prognosis for the patient was poor. With the family present and daughters, a discussion was held with the patient, who requested pain management as her primary objective. No other options for dialysis were given by Nephrology, as she is not a candidate in the midst of her low blood pressure. Peritoneal dialysis cannot be done _____ of infection. Therefore, the patient is being discharged home with Hospice for palliative care only. Family understands and this is the patient's last wishes. She is being discharged with home Hospice for that purpose.

DISCHARGE MEDICATIONS: Will include primarily:

1. Her pain medications, which can be liberalized.
2. She will be given OxyIR.
3. Phenergan.

These prescriptions will be written for her to be taken with her.

H.H. WALPOLE, JR., MD

HW /LS
DD: 06/14/2010 18:13:49
DT: 06/14/2010 21:33:41
JOB: 18779206 /1404748

Page 2 of 2

DISCHARGE SUMMARY

Bratcher, Alma L (MR # 791003725)

| Author | Service | Author Type | Filed | Note Time |
|---|---|---|---|---|
| Roger D. Moccia, MD | (none) | Physician | 06/14/10 1652 | 06/11/10 0022 |

Authorization Info
Authorized by Roger D. Moccia, MD at 06/14/10 1652

**ST FRANCIS DOWNTOWN**
One St. Francis Drive
Greenville, S.C. 29601
864-255-1000

**CONSULTATION**

NAME: Bratcher, Alma L          MR: 791003725
LOC: 4L 04464     SEX: F          ACCT:
DOB: 07/29/1934   AGE: 75        PT: 4
ADMIT: 08/19/2010   DSCH:          MSV: MED

DATE OF CONSULTATION: 06/11/2010

REQUESTING PHYSICIAN: Dr. Walpole

REASON FOR CONSULTATION: Inferior vena cava filter erosion.

HISTORY OF PRESENT ILLNESS: Ms. Bratcher is a 75-year-old woman who was transferred from Self Regional Healthcare to the Regency Hospital of Greenville 6/10/2010 with diskitis and osteomyelitis of the spine with recent bacteremia, septicemia, anemia, history of lower extremity DVT, inflammatory arthropathy in the presence of polymyalgia rheumatica treated with chronic prednisone. The patient had an IVC filter placed in July of 2009 for bilateral lower extremity DVTs. During this admission, she has had severe right flank pain. CT of the abdomen and pelvis performed 6/9/2010 was performed with hydronephrosis noted on MRI of the spine prior to this study. The CT of the abdomen and pelvis revealed right hydronephrosis with transition into the proximal right ureter near the leg and inferior vena cava filter. Stenosis of the ureter associated with chronic irritation from the inferior vena cava filter is a possibility. We were asked by Dr. Walpole to evaluate the CT findings. The patient is with severe, nearly intractable right flank pain and is currently being treated with multiple narcotic agents, including a Lidoderm patch, MS-Contin, and Lortab with moderate relief.

PAST MEDICAL HISTORY: Significant for ulcerative colitis, DVT of the lower extremities in July of 2009, IVC filter placement, depression, and other co-morbidities as listed in the history of present illness. Additional medical history includes mild tricuspid regurgitation, mild mitral regurgitation.

PAST SURGICAL HISTORY: Right ovarian surgery.

REVIEW OF SYSTEMS: Currently, the patient has moderate to severe right flank pain and low back pain. She is alert and oriented. The patient does have limited ability to provide a medical history; therefore, the remaining review of systems is obtained from the past medical records from Self Regional Hospital and the Regency Hospital of Greenville.

FAMILY HISTORY: Noncontributory.

SOCIAL HISTORY: Positive for tobacco use. There is no known alcohol abuse. The patient has good family support by daughters.

IMAGING: CT abdomen and pelvis 6/9/2010 detailing right hydronephrosis with a transition in the proximal right ureter near the leg and inferior vena cava filter. No definite stone is observed. Stenosis of the ureter associated with chronic irritation from the inferior vena cava filter. L3-4 diskitis and secondary osteomyelitis. Multiple gallstones. Images were reviewed on PACS System by Dr. Moccia.

DRUG ALLERGIES: PENICILLIN AND SULFA.

CURRENT MEDICATIONS: As detailed in the MAR which was reviewed.

Bratcher, Alma L (MR # 791003725)

PHYSICAL EXAMINATION: Alert, conversant, oriented, 75-year-old Caucasian woman in moderate distress with right sided pain.  Temperature 97.4, heart rate 84, respiratory rate 20, and blood pressure 115/61.  Head and neck are normocephalic and atraumatic.  There is no JVD.  The chest is clear to auscultation bilaterally.  The heart has a regular rate and rhythm without murmur detected.  The abdomen is soft and nondistended with right flank discomfort with mild palpation.  The femoral pulses are present bilaterally.  Bilateral lower extremities show no evidence of edema or ischemic or embolic lesions.

IMPRESSION: Suspected obstruction of the right renal collecting system with inferior vena cava filter appearing extraluminal on recent CT imaging.

RECOMMENDATIONS AND PLANS:  The case was reviewed with Dr. Moccia.  At this time, we will refer the patient to interventional radiology for consideration of percutaneous treatment to the hydronephrosis as well as possible intervention to the inferior vena cava filter.  This plan was discussed with the patient's daughters who are present this morning.  They verbalized understanding and agreement with this plan.  We will be on standby for any acute vascular needs.

Kim Waldenmaier, FNP For

Roger D Moccia, MD

This is an unverified document unless signed by physician.

TID: lea                           DT: 08/11/2010 9:22 A
JOB: 001012633          DOC#: 327590          DD: 08/11/2010

cc:  Roger D Moccia, MD
     *Regency Hospital

Electronically signed by Roger D. Moccia, MD at 08/14/10 1952



**REGENCY HOSPITAL OF GREENVILLE**
One St. Francis Drive, 4th Floor
Greenville, SC 29601

PATIENT:               BRATCHER, ALMA L          MR:   001780
DATE OF ADMISSION:     05/19/2010                ACCT:

## CONSULTATION

DATE OF CONSULTATION: 06/13/2010

REASON FOR CONSULTATION: Acute kidney injury and oliguria.

REQUESTING PHYSICIAN: Roger D. Boatwright, MD

HISTORY OF PRESENT ILLNESS: This is a 75-year-old female with a history of polymyalgia rheumatica and DVT with IVC filter, hospitalized throughout April for discitis and osteomyelitis. She was started on antibiotic and had a pretty significant workup there and was transferred to Regency on May 19th for further workup. Her course here has been complicated by significant debility with decreased p.o. intake and weakness. She has now developed acute kidney injury. Her creatinine upon admission was 1.1, it was 1.2 on May 31, and then rose slowly to 1.9 on June 7, 2.6 on June 12, and 3.0 today. Her urine output has decreased significantly. She only made 300 mL of urine throughout the day yesterday. Through this workup, she had a CT urogram and ultrasound of her kidneys, which demonstrated right-sided hydronephrosis on the June 9th. Those exams also demonstrated that her right renal vein and right ureter were being blocked by a malpositioned IVC filter. On June 11th, she underwent percutaneous nephrostomy, placement of that in right kidney with good urine output. Multiple attempts were made to try to remove her embedded IVC filter and she did receive IV contrast with those procedures. The filter was unable to be removed. Her urine output has decreased significantly since that procedure and the rate of her creatinine has gone up as well. I do not see any NSAIDs. She has been getting weeks of Ancef. She has no ACE inhibitors. She has developed hypotension with blood pressures in the 90s over the last couple of days, and anemia requiring a blood transfusion.

PAST MEDICAL HISTORY: Osteomyelitis, ulcerative colitis, DVT with IVC filter placement, depression, mild TR.

ALLERGIES: PENICILLIN and SULFA.

FAMILY HISTORY: Reviewed and is noncontributory.

SOCIAL HISTORY: Negative for tobacco and alcohol.

MEDICATIONS: Are reviewed from the chart. She is on:

1.  Tenormin for antihypertensive medicine.
2.  Ancef as an antibiotic.

CONSULTATION                                              Page 1 of 3



# REGENCY HOSPITAL OF GREENVILLE

**PATIENT:** BRATCHER, ALMA L          **MR:** 001780
**DATE OF ADMISSION:** 05/19/2010          **ACCT:**

**REVIEW OF SYSTEMS:** CONSTITUTIONAL: The patient denies fever, chills. She has had weight loss.
HEENT: No blurred vision or double vision.
NECK: No stiffness.
CARDIOVASCULAR: No chest pain, PND, or orthopnea.
RESPIRATORY: Positive shortness of breath. No cough.
GI: Positive right flank and abdominal pain. Positive nausea.
MUSCULOSKELETAL: Positive edema.
Remainder of a 10-point review of systems is positive for diffuse weakness, otherwise unremarkable.

**PHYSICAL EXAMINATION:** VITAL SIGNS: Temperature is afebrile. Blood pressure is 91/63, pulse is 80. She had 3069 mL in yesterday and 290 out.
GENERAL: This is a very weak, debilitated, elderly white female, in no acute distress.
HEENT: Anicteric sclerae. PERRLA, EOMI. Oropharynx without lesions. Mucous membranes are dry.
NECK: Supple without lymphadenopathy or thyromegaly.
HEART: Regular rate and rhythm without murmurs, gallops, or rubs.
LUNGS: Decreased at the bases, otherwise clear.
ABDOMEN: Positive bowel sounds. Soft. She is tender over the right side and especially over the right flank. Left side is without tenderness.
EXTREMITIES: Without cyanosis or clubbing. She has 2+ pitting lower extremity edema. Her strength is weak throughout.
NEUROLOGIC: Alert, oriented.
PSYCH: Her mood and affect are normal.

**LABORATORY DATA:** Sodium 139, potassium 3.4, chloride 95, bicarb 19, BUN 40, creatinine 3.0. White blood cell count 8, hemoglobin 9.1, hematocrit 31, platelet 181.

**IMPRESSION:** This is a 75-year-old lady with discitis/osteomyelitis, who has been hospitalized for about 2 months and now has acute kidney injury. It looks like it is multifactorial. Initially, it was probably due to obstructive uropathy. She likely has a component of the following on top of that, contrast nephropathy with her venogram, hypotension with sepsis leading to acute kidney injury, and possibly renal failure due to Ancef.

1. Acute kidney injury--as above.
2. Bacteremia.
3. Debility.
4. Anemia.
5. Hyponatremia.
6. Osteomyelitis.

Page 2 of 3

**CONSULTATION**



## REGENCY HOSPITAL OF GREENVILLE

PATIENT:                BRATCHER, ALMA L       MR:  001780
DATE OF ADMISSION:    05/19/2010           ACCT:

**PLAN:** We will check a UA, urine sodium, urine creatinine, CK, urine eosinophils. We will also check daily labs. I will change her IV fluids to D5 normal saline at 100 mL/h given her hyponatremia. We will decrease her Ancef dose secondary to acute kidney injury to 1 g q.12. If it was okay with the primary, she would probably be better off without the Ancef at all. I see that she may go to Surgery to have her IVC filter removed. Overall, I am not optimistic about her having rapid renal recovery given the multiple issues that have led to her decline. I discussed the possibility of dialysis with her family. Given her debilitated state, she is certainly a poor dialysis candidate. I advised them that dialysis may not be the right thing for her as it may not give her any benefit in terms of quality or quantity of life. She understood. I did not, however, rule out dialysis completely with them.

Thank you very much for this consultation. We will continue to follow this patient with you. Total time spent on the patient is 75 minutes, greater than half of this was consultation with the family.

BLAKE D SHUSTERMAN, MD

BS /AA
DD: 06/13/2010 11:43:55
DT: 06/14/2010 05:10:07
JOB: 18767297 /1397123

Page 3 of 3

CONSULTATION

ST. FRANCIS HEALTH SYSTEM          **PROGRESS NOTES**

*DO NOT USE* **THE FOLLOWING ABBREVIATIONS:**
AU, AS, AD, Chemotherapy abbreviations, IU, MS, M, QD,
QOD, TIW, U, ug, Lack of leading zero (.X mg), Trailing ...

6/11/10   PROCEDURE: ① ® Percutaneous Nephrostomy
          ② IVC-ogram / Unsuccessful IVC Filter
             Retrieval

Indication: ① ® Hydronephrosis
          ② Malpositioned IVC Filter
COMPLICATION: Ø

Meds: Versed, Fentanyl / Benadryl

PRELIMINARY FINDINGS: (full dictated report to follow)
          ① ® Hydronephrosis
             Urine sent for culture
             Urine is blood tinged

          ② IVC filter Hook is embedded
             in the wall of the ® renal
             vein and cannot be freed.

Plan 4 hours bedrest
     I have discussed c Dr Morris
     He will discuss risks/benefits
     of surgical filter retrieval
     with the patient + family.

                              Jonathan Lee

USSF-246-R (Revised 10/07)

# BON SECOURS ST. FRANCIS - DOWNTOWN

## ANGIOGRAPHY

ONE ST FRANCIS DRIVE, GREENVILLE, SC 29601  (864) 255-1011

| | |
|---|---|
| NAME: BRATCHER, ALMA | ADMISSION NO:   005072070 |
| SEX: F          AGE: 75Y | DATE OF BIRTH:   07/29/1934 |
| LOCATION/NS:   4L-4151 | DATE OF EXAM:   Jun 11 2010 4:41PM |
| MR#: 791003725     PATIENT CLASS: O | ACC.#: 8692706 DISCH. DATE: |
| ORD. PHYSICIAN: H.E. WALPOLE | ORD. PHYSICIAN #:   711646 |

***Final Report***

ICD Codes / Adm.Diagnosis:   /
Examination: NEPHROSTOGRAM - RIGHT - 2504428 - Jun 11 2010  4:41PM

**PERCUTANEOUS RIGHT NEPHROSTOMY DRAIN PLACEMENT, NEPHROSTOGRAM, INFERIOR VENACAVAGRAM, LEFT RENAL VENOGRAM, LEFT ILIAC VENOGRAM, UNSUCCESSFUL IVC FILTER RETRIEVAL, 6/11/2010**

Reason: Very ill 75 year old female with rheumatoid arthritis, bacteremia, L3-4 discitis and L3 and L4 osteomyelitis. CT scan obtained two days earlier demonstrates a tilted Celect inferior vena cava filter with its tip in the left renal vein and the struts eroding the cava. One strut is in the right ureter. One strut is approaching the L3-4 disc space.

REPORT:   After with a long discussion with the patient, and several family members, the agreed-upon plan was to perform a percutaneous nephrostomy for urinary diversion and then attempt endovascular retrieval of this tilted and misplaced IVC filter. The patient and her family understand that removing the filter may not be possible by this technique. They also understand the risks of hemorrhage. However, given the location of the filter, and its probable association with the urinary tract infection and discitis, we all felt that filter retrieval was prudent. The patient's history is significant for bilateral lower extremity deep vein thrombosis treated with IVC filter placement in July, 2009, at Self Regional Hospital. Anticoagulation was not performed at that time due to a Crohn's disease-related GI bleed. However, more recently, the patient has tolerated anticoagulation.

CONSENT: Informed written and oral consent was obtained from the patient and her family after explanation of benefits and risks of procedures mentioned above. I explained all the risks, including infection and hemorrhage, as well as the benefits which include removal of the possibly infected foreign body. Their questions were answered to their satisfaction. They stated understanding and requested that we proceed.

STATEMENT OF CONFIDENTIALITY NOTICE:
This facsimile transmission is intended to be confidential to the individual(s) and/or Entity to whom it is addressed. It may contain information of a Privileged and/or Confidential nature which is subject to the agent of the intended recipient. If you are unable to deliver this communication to the intended recipient, do not read, copy or use the information contained within this transmission, or allow it to be read, copied or utilized in any manner by any other person(s). Should this transmission be received in error, please notify the above named sender immediately by telephone.

Interpreting/Reading Doctor: MICHAEL J. LUDKOWSKI (792270)
Transcribed: LW on 06/11/2010
Approved: MICHAEL J. LUDKOWSKI (792270)  06/12/2010

Distribution: Attending Doctor: H.E. WALPOLE
              Alternate Doctor: H.E. WALPOLE

Page 2

# BON SECOURS ST. FRANCIS - DOWNTOWN
## ANGIOGRAPHY
ONE ST FRANCIS DRIVE , GREENVILLE, SC 29601  (864) 255-1044

| | |
|---|---|
| NAME: BRATCHER, ALMA | ADMISSION NO:   005072070 |
| SEX: F          AGE: 75Y | DATE OF BIRTH:   07/29/1934 |
| LOCATION/NS:   4L-4151 | DATE OF EXAM:   Jun 11 2010 4:41PM |
| MR#: 791003725    PATIENT CLASS: O | ACC.#:        DISCH. DATE: |
| ORD. PHYSICIAN: H.E. WALPOLE | ORD. PHYSICIAN #:   711646 |

### ***Final Report***

PROCEDURE: With the patient prone, the skin of her right flank was prepped and draped in the standard fashion. Local anesthesia with Lidocaine was achieved. Preliminary ultrasound examination was performed identifying a large cyst arising from the mid/lower pole. There was also hydronephrosis.

Using real-time ultrasound guidance and an 18-gauge Hawkins needle, a posterior midpole calyx was accessed and a sample of cloudy urine obtained. Contrast was administered and an antegrade nephrostogram was performed.

Using the nephrostogram as a guide, an Amplatz wire was advanced into the bladder using a Kumpe catheter and 7-French sheath.

A second wire was placed and the sheath removed. An 8-French all-purpose drain was then placed as a nephrostomy drain. The wire to the bladder was left in place for the second half of the procedure.

The patient was then placed supine. Ultrasound examination of the right neck, right groin, and left groin was performed identifying patent right internal jugular vein, right common femoral vein, and left common femoral vein. There was felt to be normal flow, compressibility, and augmentation of these three vessels.

The right neck and right groin were then prepped and draped in the standard fashion. Local anesthesia with Lidocaine was achieved.

Using real-time ultrasound guidance, with appropriate image recording and visualization of vascular needle entry, the patent right internal jugular vein was accessed using micropuncture technique. Using fluoroscopy, a 10-French angled (TIPS) sheath was placed. Using a Headhunter catheter and Glidewire, the left gonadal vein was accessed and a venogram was performed confirming appropriate position.

STATEMENT OF CONFIDENTIALITY NOTICE:
This facsimile transmission is intended to be confidential to the individual(s) and/or Entity to whom it is addressed. It may contain information of a Privileged and/or Confidential nature which is subject to the agent of the intended recipient. If you are unable to deliver this communication to the intended recipient, do not read, copy or use the information contained within this transmission, or allow it to be read, copied or utilized in any manner by any other person(s). Should this transmission be received in error, please notify the above named sender immediately by telephone.

Interpreting/Reading Doctor: MICHAEL J. LUDKOWSKI (792270)
Transcribed: LW on 06/11/2010
Approved: MICHAEL J. LUDKOWSKI (792270)  06/12/2010

Distribution: Attending Doctor: H.E. WALPOLE
          Alternate Doctor: H.E. WALPOLE

# BON SECOURS ST. FRANCIS - DOWNTOWN

ANGIOGRAPHY
ONE ST FRANCIS DRIVE , GREENVILLE, SC 29601  (864) 255-1044

| | | | |
|---|---|---|---|
| NAME: BRATCHER, ALMA | | ADMISSION NO: | 005072070 |
| SEX: F | AGE: 75Y | DATE OF BIRTH: | 07/29/1934 |
| LOCATION/NS: | 4L-4151 | DATE OF EXAM: | Jun 11 2010 4:41PM |
| MR#: 791003725 | PATIENT CLASS: O | ACC.#: 8692706 DISCH. DATE: | |
| ORD. PHYSICIAN: H.E. WALPOLE | | ORD. PHYSICIAN #: | 711646 |

## ***Final Report***

Over an Amplatz wire, the sheath was advanced into the left renal vein and a venogram was performed demonstrating the tip of the filter to be imbedded within the wall of the left renal vein and probably surrounded with fibrin.

Multiple attempts were made to snare this hook using an EnSnare, Amplatz gooseneck snare, as well as the snare device from a Cook retrieval set. All of this was unsuccessful.

Using an 11.5 mm balloon, the renal vein was swept towards the cava in order to try and dislodge the hook of the filter. Unfortunately, in spite of multiple attempts, this was unsuccessful.

With the Headhunter catheter in the perirenal inferior vena cava, an inferior venacavagram was performed again demonstrating the hook of the filter to be imbedded in the wall of the renal vein at its junction with the inferior vena cava.

The left external iliac vein was then accessed and a venogram was performed demonstrating mild narrowing of the left common iliac vein without collateral vein formation.

As the filter could not easily be retrieved from above, I felt it important to attempt to dislodge the hook from the wall of the vein. Therefore, the right groin was accessed using ultrasound guidance and micropuncture technique in an identical fashion to the jugular vein. With a 10-French TIPS sheath in place, and with great effort, I was finally able to advance a Glidewire and Kumpe catheter between the cone of the filter and the left caval wall. With an Amplatz wire in place, I inflated a 14 x 40 mm balloon in an attempt to right the filter and break the hook from its embedded location. Unfortunately, in spite of numerous balloon inflations, the hook remained imbedded.

STATEMENT OF CONFIDENTIALITY NOTICE:
This facsimile transmission is intended to be confidential to the individual(s) and/or Entity to whom it is addressed. It may contain information of a Privileged and/or Confidential nature which is subject to the agent of the intended recipient. If you are unable to deliver said communication to the intended recipient, do not read, copy or use the information contained within this transmission, or allow it to be read, copied or utilized in any manner by any other person(s).  Should this transmission be received in error, please notify the above named sender immediately by telephone.

Interpreting/Reading Doctor: MICHAEL J. LUDKOWSKI (792270)
Transcribed: LW on 06/11/2010
Approved: MICHAEL J. LUDKOWSKI (792270)  06/12/2010

Distribution: Attending Doctor: H.E. WALPOLE
              Alternate Doctor: H.E. WALPOLE

# BON SECOURS ST. FRANCIS - DOWNTOWN

## ANGIOGRAPHY
ONE ST FRANCIS DRIVE, GREENVILLE, SC 29601 (864) 255-1044

| | | | |
|---|---|---|---|
| NAME: BRATCHER, ALMA | | ADMISSION NO: | 005072070 |
| SEX: F | AGE: 75Y | DATE OF BIRTH: | 07/29/1934 |
| LOCATION/NS: | 4L-4151 | DATE OF EXAM: | Jun 11 2010 4:41PM |
| MR#: 791003725 | PATIENT CLASS: O | ACC.#: | DISCH. DATE: |
| ORD. PHYSICIAN: H.E. WALPOLE | | ORD. PHYSICIAN #: | 711646 |

***Final Report***

A second strut was accessed, this time in a posterior location, and the balloon was inflated again in attempts to break loose the hook of the filter. Unfortunately, this also was unsuccessful.

Again working from the jugular approach, multiple attempts were made to grasp the hook of the filter using a myocardial biopsy forceps. A displaced strut identified on a lumbar radiograph from a few days ago, was grasped and removed. Unfortunately, the hook could not be adequately captured.

In what was essentially a last ditch effort, I used a SOS Omni Celect catheter and exchange-length Glidewire to pass the wire through the cone of the filter. The free end of the wire was then snared and brought out the sheath in the right neck. With a wire through and through the cone of the filter, I attempted to advance a 10-French sheath but the hook could still not be engaged. With gentle retraction on the doubled-over wire, the filter was found to be immobile.

An inferior venacavagram was then performed through the sheath in the distal inferior vena cava.

After consultation with Dr. Moccia, I felt it best to abort this procedure at this time. All catheters, wires and sheaths were removed. Hemostasis was achieved with manual compression. Bandages were applied.

Abdominal exam at the conclusion of the procedure demonstrates no new tenderness, mass, or distention. The urine from the percutaneous nephrostomy is blood-tinged, as it was as soon as the drain was placed.

COMPLICATIONS: None.

MEDICATIONS: 6 hours of moderate intravenous conscious sedation was performed with Versed, Fentanyl, and Benadryl. Continuous cardiorespiratory monitoring was employed throughout. Although in atrial fibrillation, the patient was hemodynamically stable throughout the procedure.

STATEMENT OF CONFIDENTIALITY NOTICE:
This facsimile transmission is intended to be confidential to the individual(s) and/or entity to whom it is addressed. It may contain information of a Privileged and/or Confidential nature which is subject to the agent of the intended recipient. If you are unable to deliver this communication to the intended recipient, do not read, copy or use the information contained within this transmission, or allow it to be read, copied or utilized in any manner by any other person(s). Should this transmission be received in error, please notify the above named sender immediately by telephone.

Interpreting/Reading Doctor: MICHAEL J. LUDKOWSKI (792270)
Transcribed: LW on 06/11/2010
Approved: MICHAEL J. LUDKOWSKI (792270) 06/12/2010

Distribution: Attending Doctor: H.E. WALPOLE
          Alternate Doctor: H.E. WALPOLE

# BON SECOURS ST. FRANCIS - DOWNTOWN

### ANGIOGRAPHY
ONE ST FRANCIS DRIVE , GREENVILLE, SC 29601 (864) 255-1044

| | | | |
|---|---|---|---|
| NAME: BRATCHER, ALMA | | ADMISSION NO: | 005072070 |
| SEX: F | AGE: 75Y | DATE OF BIRTH: | 07/29/1934 |
| LOCATION/NS: 4L-4151 | | DATE OF EXAM: | Jun 11 2010 4:41PM |
| MR#: 791003725 | PATIENT CLASS: O | ACC.#: | DISCH. DATE: |
| ORD. PHYSICIAN: H.E. WALPOLE | | ORD. PHYSICIAN #: | 711646 |

***Final Report***

FINDINGS:   Right hydronephrosis and a large right renal cyst.  Percutaneous nephrostomy was performed without difficulty.  The urine was initially cloudy but then became blood-tinged as soon as the drain was placed. Radiographs obtained in multiple obliquities confirmed one of the main struts of the caval filter to be within the proximal right ureter.

In spite of multiple attempts and approaches, the tilted Celect inferior vena cava filter could not be freed from its imbedded location.  The hook is imbedded in the renal vein, at its caval junction.  One of the thin straightening struts was seen to be bent and directed cephalad.  This was removed with the myocardial biopsy forceps.  During the procedure today, another one of the straight thinner struts was bent, but not fractured. Images obtained today confirm at least three, if not all four, of the major struts have eroded through the inferior vena cava.

The wire from the right kidney through the ureter to the bladder was removed at the conclusion of the procedure using fluoroscopic guidance.

The left external iliac vein is patent.  The left common iliac vein is slightly narrowed consistent with very mild May-Thurner syndrome.  No collateral venous filling identified from the iliac vein system.  The proximal right common iliac vein is patent.  The inferior vena cava is patent although slightly narrowed just below the renal vein inflow, at the same level as the midportion of the indwelling IVC filter.  The IVC is moderately tortuous and has likely added to the tilting of the filter with its tip towards the left renal vein.  The left renal vein is patent.  The left gonadal vein is patent.  The perihepatic vena cava is smooth-walled and widely patent.  Reflux into the right hepatic veins shows that they are patent, as well.

IMPRESSION:

STATEMENT OF CONFIDENTIALITY NOTICE:
This facsimile transmission is intended to be confidential to the individual(s) and/or Entity to whom it is addressed.  It may contain information of a Privileged and/or Confidential nature which is subject to the agent of the intended recipient. If you are unable to deliver this communication to the intended recipient, do not read, copy or use the information contained within this transmission, or allow it to be read, copied or utilized in any manner by any other person(s). Should this transmission be received in error, please notify the above named sender immediately by telephone.

Interpreting/Reading Doctor: MICHAEL J. LUDKOWSKI (792270)
Transcribed: LW on 06/11/2010
Approved: MICHAEL J. LUDKOWSKI (792270)  06/12/2010

Distribution: Attending Doctor: H.E. WALPOLE
              Alternate Doctor: H.E. WALPOLE

# BON SECOURS ST. FRANCIS - DOWNTOWN
## ANGIOGRAPHY
ONE ST FRANCIS DRIVE , GREENVILLE, SC 29601  (864) 255-1044

| | |
|---|---|
| NAME: BRATCHER, ALMA | ADMISSION NO:  005072070 |
| SEX: F   AGE: 75Y | DATE OF BIRTH:  07/29/1934 |
| LOCATION/NS: 4L-4151 | DATE OF EXAM:  Jun 11 2010 4:41PM |
| MR#: 791003725   PATIENT CLASS: O | ACC.#:   DISCH. DATE: |
| ORD. PHYSICIAN: H.E. WALPOLE | ORD. PHYSICIAN #:   711646 |

***Final Report***

1. UNCOMPLICATED RIGHT PERCUTANEOUS NEPHROSTOMY DRAIN PLACEMENT.
2. UNSUCCESSFUL IVC FILTER RETRIEVAL.

PLAN: THE PATIENT HAS BEEN RETURNED TO HER REGENCY HOSPITAL ROOM FOR 4 HOURS BEDREST.  I HAVE DISCUSSED TODAY'S PROCEDURE WITH DR. MOCCIA.  HE WILL CONFER WITH THE FAMILY CONCERNING SURGICAL OPTIONS FOR FILTER RETRIEVAL.

End of Report

STATEMENT OF CONFIDENTIALITY NOTICE:
This facsimile transmission is intended to be confidential to the individual(s) and/or Entity to whom it is addressed. It may contain information of a Privileged and/or Confidential nature which is subject to the agent of the intended recipient. If you are unable to deliver this communication to the intended recipient, do not read, copy or use the information contained within this transmission, or allow it to be read, copied or utilized in any manner by any other person(s). Should this transmission be received in error, please notify the above named sender immediately by telephone.

Interpreting/Rending Doctor: MICHAEL J. LUDKOWSKI (792270)
Transcribed: LW on 06/11/2010
Approved: MICHAEL J. LUDKOWSKI (792270) 06/12/2010

Distribution: Attending Doctor: H.E. WALPOLE
Alternate Doctor: H.E. WALPOLE

Self Regional Healthcare
1325 Spring Street
Greenwood, SC 29646
Phone (864) 725-4111
Fax (864) 725-4810

PATIENT:        BRATCHER, ALMA L          ACCT:
PHYSICIAN:      JOHN R HOBSON JR, MD       ROOM:
ADMITTED:       07/27/2009                 DICTATED:    07/27/2009
DISCHARGED:                                TRANS DT:    07/28/2009

cc:  John R Hobson Jr, MD
Evangeline G Gonzalez, MD
Fax: 1-864-366-0810

PROCEDURE NOTE

DATE OF PROCEDURE:  July 27, 2009

SURGEON:
John R Hobson Jr, MD

NAME OF PROCEDURE:

PREOPERATIVE DIAGNOSIS:
1.  Bilateral acute deep venous thrombosis.
2.  Recent lower gastrointestinal bleed with ulcerative
    colitis.

POSTOPERATIVE DIAGNOSIS:
1.  Bilateral acute deep venous thrombosis.
2.  Recent lower gastrointestinal bleed with ulcerative
    colitis.

PROCEDURE:
1.  Duplex ultrasound-guided cannulation right femoral
    vein, proximal femoral vein.
2.  Select imaging ipsilateral and bilateral iliac system.
3.  Select imaging bilateral renal veins.
4.  Select imaging inferior vena cava.
5.  Inferior vena cava filter placement via right femoral,
    percutaneous approach using Cook Celect IVC filter with
    completion imaging.

SURGEON:
John R Hobson, MD.

PATIENT:   BRATCHER, ALMA L                    ACCT:
0920800655
PHYSICIAN: JOHN R HOBSON JR, MD                ROOM:

PAGE 2

ANESTHESIA:
1% Plain lidocaine local with standby.

ESTIMATED BLOOD LOSS:
Minimal.

BRIEF HISTORY:
This is a very pleasant 74-year-old female referred by
Abbeville Hospital and Dr. Evangeline Gonzalez with a
history of right lower extremity swelling and pain.  She
was diagnosed as having acute bilateral deep venous
thrombosis.  She has had a recent hospitalization in
Abbeville for a lower gastrointestinal hemorrhage
approximately 5 to 6 days ago and is documented as having
chronic ulcerative colitis.  The patient is not felt to be
an anticoagulation candidate, has moderate unstable
thrombus in her right femoral vein and is requiring an
urgent Greenfield filter.

PROCEDURE NOTE:
The patient was placed in the supine position.  The right
groin was prepped and draped in the usual sterile fashion.
Using duplex ultrasound the proximal common femoral area
was carefully visualized well above the previously
mentioned thrombus.  A 21 gauge echo tip needle was
carefully guided into the common femoral vein, well above
thrombocyte.  An 014 guide wire was then carefully guided
up the right iliac system followed by an exchange catheter.
Initial imaging showed a widely patent right iliac system.
A 5-French sheath was then placed followed by a contra II
catheter. Both the left and right renal veins were imaged
and documented position at the lower aspect of the L1
vertebral body.  The contralateral left iliac was then
imaged as well as a vena caval bifurcation documenting no
evidence of iliac vein thrombus on the left side and normal
anatomy for a vena caval bifurcation.  The inferior vena
cava measured approximately 17 mm and showed no evidence of
deep venous thrombosis.

The Cook Celect vena cava filter was then placed via right
femoral percutaneous approach.  It was deployed just below
the level of the renals overlying the L3 vertebral body.
Completion imaging showed appropriate perpendicular
orientation in the vein with excellent orientation in
relation to the renal veins.  The sheath was then
subsequently removed and manual compression held for 15
minutes

PATIENT:    BRATCHER, ALMA L                    ACCT:
0920800655
PHYSICIAN: JOHN R HOBSON JR, MD                 ROOM:

PAGE 3

followed by a pressure dressing.  The patient tolerated the
procedure well without complications, was discharged back
as an outpatient to the care of Dr. Evangeline Gonzalez.

I would like to thank Dr. Evangeline Gonzalez for this kind
referral.

JRH/dv
Job #:  2057757/381415293
Authenticated by John R Hobson Jr, MD On 08/10/2009 10:35:25 AM

PROCEDURE: *[handwritten]* IVC Filter Placement / select venogram
Bulb Renal Venogram + Contralat (R) B Vein
Rephy US Cannul Cath (R) C. Fem (Prox)

CONTRAST: 40 ml Visipaque     Lot: 10519415

COMPLICATIONS/CONTRAST: 0

MEDICATIONS: 1% Plain Lido / Versed IV CRNS

PRELIMINARY REPORT: (1) Venoplasty Femoral Guidewire Sticks Inguinal
to R Fem (R) C. Fem Versed Thromb.

(2) IVC Filter placed ē difficulty
Complete venogram

*[handwritten initials and numbers]* 105735

Physician *[signature]*     Date 7/27/V8

AER: IOYOF0-69-FEM-CELEST-FEM
LOT: B2301097
DESC: Cook® Celect® Filter Set Femoral Approach

09508-00655
BRATCHER ALMA L
MISCELLANEOUS, MISC
F 07/29/1934 000110940
SURGERY DATE:

Radiology Procedure Note
Radiology
Self Regional Healthcare

1PPN650

QSP-RAD-0072/11060R/Rev. 0/Single/Page 1 of 1
Return in HIM