UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates Only to the Following Cases:

1:14-cv-01202 Melissa Cash
1:16-cv-02767 Braden Nicholson
1:17-cv-00574 Alma Bratcher

**EXHIBIT C – Braden Nicholson**

**Randal Kauffman**

| | |
|---|---|
| **From:** | Randal Kauffman |
| **Sent:** | Friday, November 23, 2018 7:31 AM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Tomeca H. Fenner |
| **Subject:** | Categorization Form Attached |
| **Attachments:** | Categorization Form.11 23 2018.pdf |

| Tracking: | Recipient | Delivery |
|---|---|---|
| | 'CookFilterMDL@FaegreBD.com' | |
| | 'plaintiffscoleadcounselmdl@gmail.com' | |
| | Tomeca H. Fenner | Delivered: 11/23/2018 7:31 AM |

Randal A. Kauffman, Esq

**Houssiere, Durant & Houssiere, LLP**
1990 Post Oak Blvd., Suite 800 | Houston, Texas 77056
(713) 626-3700 | (713) 626-3709 Fax | 1(888) 881-8100 Toll Free
Website: www.HDHTEX.com | Facebook | Twitter | LinkedIn
CONFIDENTIALITY NOTICE: This e-mail transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

only and is not admissible and is not to be considered relevant for any other purpose.
64915

## Categorization Form

A.  Plaintiff's Name: _BRADEN NICHOLSON_

B.  Plaintiff's Case Number: _1:16-CV-02767_

C.  Plaintiff's Counsel (Lead Firm Name): _Houssiere, Durant + Houssiere, LLP_

D.  Categorization (check each that applies and briefly describe):

1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:_____

2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:_____

    Briefly describe claimed complication/outcome/injury:_____

3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:_____

    Briefly describe claimed complication/outcome/injury:_____

4.  <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:_____

    Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications.".

Check here for Category 6: ✓

Briefly describe claimed complication/outcome/injury: *The filter was significantly tilted. The majority of the top cap extended outside the inferior vena cava. There was also significant penetration of the tines throughout the vena cava.*

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:_____.  **Circle all sub-categories that apply below:**

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:  _RANDAL A. KAUFFMAN_

Plaintiff's Counsel's Firm:  _HOUSSIERE, DURANT + HOUSSIERE_

 **ForrestGeneral**
HOSPITAL
Forrest Health™

FORREST GENERAL HOSPITAL
6051 U S Highway 49
HATTIESBURG MS 39401-7283

NICHOLSON, BRADEN M
MRN: 10870570
DOB: 12/21/1994, Sex: M
Adm: 3/18/2016, D/C: 3/18/2016

Op Note by Edgar David Guzman-Arrieta, MD at 03/18/16 0842 (continued)          Version 2 of 2

Post-Op Diagnosis: Same

Procedure:   US guided R jugular access
             IVC venogram
             Retrieval of IVC filter

Surgeon: Edgar Guzman MD, FACS

Assisting Surgeon: None

Type Anesthesia: MAC

Estimated Blood Loss: Min

Complications: None

Specimens Removed: IVC filter

Grafts or Implants: None

Condition: To PACU in stable condition.

Additional Comments:
None

Edgar Guzman MD, FACS
Vascular Surgery
3/18/2016
8:42 AM


FORREST GENERAL HOSPITAL
NAME: NICHOLSON, BRADEN
MR UNIT #: 10670570
ACCT #:
DOB: 12/21/1994
ATTEND PHY: EDGAR DAVID GUZMAN-ARRIETA
ROOM #: FGH Pool R
PATIENT TYPE: O
DICTATING PHY: Edgar David Guzman-Arrieta MD
SERVICE DATE: 03/18/2016

DESCRIPTION OF PROCEDURE:  Mr. Nicholson is a 21-year-old gentleman with a history of
severe motor vehicle collision resulting in paraplegia.  He had an inferior vena cava
filter in place due to complications of DVT and PE at the time of his accident.  He was
ready for retrieval.

The patient had a preoperative CT scan that showed that the filter was significantly
tilted with the majority of the top cap extruded outside the inferior vena cava wall.
There was significant penetration of the tines throughout the vena cava wall but no
injury to adjacent organs that I could tell. The patient agreed to removal knowing the

 **FORREST GENERAL HOSPITAL**
6051 U S Highway 49
H O S P I T A L    HATTIESBURG MS 39401-7283
Forrest Health℠

NICHOLSON, BRADEN M
MRN: 10870570
DOB: 12/21/1994, Sex: M
Adm: 3/18/2016, D/C: 3/18/2016

Op Note by Edgar David Guzman-Arrieta, MD at 03/18/16 0842 (continued)     Version 2 of 2

risks included but not limited to bleeding, infection, MI, stroke, death. He granted his informed consent.

On the day of surgery, the patient was brought to the operating room and placed on surgical table. Monitored anesthesia care was initiated. Timeout was performed identifying the patient, site, and procedure.

Under ultrasound guidance, I proceeded to evaluate the right internal jugular vein and found it was suitable for access. I introduced a microneedle, followed by a microwire that allowed me to place a 5-French sheath. Through this sheath, I introduced a MPA catheter. I was able to gain access to the inferior vena cava. I obtained an inferior venacavogram and found the filter was free of thrombus. Having confirmed this, I introduced a clover snare removal kit, but the snare could not engage the top cap as this was indeed extruded outside the wall of the cava. I then upsized to a 12-French sheath and introduced a VCF catheter. I got around the bottom of the filter and was able to capture and retrieve the filter. The patient tolerated the procedure well. No complications occurred. The filter was removed in its entirety with no residual pieces or fracture of the filter. I obtained a completion inferior venacavogram that did not show any significant cava destruction. The patient tolerated all well. A single plain gut stitch was placed to close his neck venotomy site. He is being transferred to the recovery area in stable condition.

DD: 03/18/2016 08:46 AM
DT: 03/18/2016 09:33 AM
DXG: 204004

Electronically Signed by Edgar David Guzman-Arrieta, MD at 03/20/16 2326

Op Note by Edgar David Guzman-Arrieta, MD at 03/18/16 0842     Version 1 of 2

Author: Edgar David Guzman-Arrieta, MD    Service: (none)    Author Type: Physician
Filed: 03/18/16 0846    Date of Service: 03/18/16 0842    Note Type: Op Note
Status: Signed    Editor: Edgar David Guzman-Arrieta, MD (Physician)
Related Notes:    Addendum by Edgar David Guzman-Arrieta, MD (Physician) filed at 03/20/16 2326

## Operative Note

**Pre-Op Diagnosis:** Presece of IVC filter with extrusion of tines and top cap

**Post-Op Diagnosis:** Same

**Procedure:** US guided R jugular access
IVC venogram

 **ForrestGeneral**
H O S P I T A L
Forrest Health℠

FORREST GENERAL HOSPITAL
6051 U S Highway 49
HATTIESBURG MS 39401-7283

NICHOLSON,BRADEN M
MRN: 10670570
DOB: 12/21/1994, Sex: M
Adm: 3/18/2016, D/C: 3/18/2016

---

Op Note by Edgar David Guzman-Arrieta, MD at 03/18/16 0842 (continued)         Version 1 of 2
Retrieval of IVC filter

Surgeon:  Edgar Guzman MD, FACS

Assisting Surgeon:  None

Type Anesthesia:  MAC

Estimated Blood Loss:  Min

Complications:  None

Specimens Removed:  IVC filter

Grafts or Implants:  None

Condition:  To PACU in stable condition.

Additional Comments:
None.

Edgar Guzman MD, FACS
Vascular Surgery
3/18/2016
8:42 AM


Dictation on: 03/18/2016  8:46 AM by: GUZMAN-ARRIETA, EDGAR [7375]




Electronically Signed by Edgar David Guzman-Arrieta, MDat03/18/16 0846

---

Discharge Instructions filed by Fgh Generic Scanning Provider at 04/06/16 1322         Version 1 of 1

| | | |
|---|---|---|
| Author:  Fgh Generic Scanning Provider | Service:  (none) | Author Type:  (none) |
| Filed:  04/06/16 1322 | Date of Service:  04/06/16 1321 | Note Type:  Discharge Instructions |
| Status:  Signed | Editor:  Incoming Transcription (Scans) Fgh | |
| Trans ID:  CTS25490934 | Trans Status:  Available | Dictation Time:  04/06/16 1321 |
| Trans Time:  0000 | Trans Doc Type:  Discharge Instructions (FGH Scan) | |


Scan on 4/6/2016 1321

Electronically Signed by Incoming Transcription (Scans) Fghat04/06/16 1322


**ORDER**