UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION          MDL No. 2570

_____

This Document Relates Only to the Following Cases:

1:14-cv-01202 Melissa Cash
1:16-cv-02767 Braden Nicholson
1:17-cv-00574 Alma Bratcher

_____

**ORDER DENYING MOTION TO DISMISS MELISSA CASH, BRADEN NICHOLSON AND ALMA BRATCHER TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

ON THIS DAY the Court considered Defendants' Motion to Dismiss Melissa Cash, Braden Nicholson and Alma Bratcher Without Prejudice Pursuant to the Court's Case Categorization Order. After considering said Motion and the Response of Melissa Cash, Braden Nicholson and Alma Bratcher thereto, the Court is of the opinion said Motion is not well-taken. The Court therefore,

DENIES Defendants' Motion to Dismiss Melissa Cash, Braden Nicholson and Alma Bratcher Without Prejudice Pursuant to the Court's Case Categorization Order.

SIGNED _____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana