UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Tonya Brand, 1:14-cv-6018-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER TO FURNISH JUROR MEALS

IT IS ORDERED that the jury in this cause be committed to the custody of the bailiff.

IT IS FURTHER ORDERED that the United States District Court furnish meals for six (6) jurors at the expense of the United States of America.

**SO ORDERED** this 5th day of February 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record