UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TONYA BRAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:14-cv-6018-RLY-TAB |
| vs. | ) | |
| | ) | |
| COOK MEDICAL, LLC, COOK | ) | |
| INCORPORATED, and WILLIAM COOK | ) | |
| EUROPE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# PRELIMINARY JURY INSTRUCTIONS

## PUNITIVE DAMAGES PHASE OF TRIAL

1

## PRELIMINARY INSTRUCTION NO. 1

Members of the jury, we are now beginning the second phase of the trial, which will address punitive damages. Plaintiff asserts a claim against the Cook Defendants for punitive damages, that is, damages that are intended to punish the Cook Defendants for their conduct in designing the Celect IVC filter.  At the end of this second phase, I will give you more detailed instructions on how you are to reach your decision.  Before we begin, however, I want to give you some instructions concerning the differences between this phase of the trial and the first phase that concluded last Friday.

## PRELIMINARY INSTRUCTION NO. 2

The instructions you received previously concerning your role in judging credibility and weighing the evidence, all continue to apply in this phase of the trial. But in this second phase, the Plaintiff must prove the facts in support of her claim by clear and convincing evidence. Proof by clear and convincing evidence is a higher standard of proof than proof by the greater weight of the evidence, which was the standard that applied to the first part of the trial. Proof of a claim by clear and convincing evidence means that the facts supporting that claim are highly probable. I will explain this in more detail when this phase of the trial is done.

## PRELIMINARY INSTRUCTION NO. 3

Punitive damages are not awarded to compensate the plaintiff, but to punish a defendant.  For that reason, even if the plaintiff has met her burden of proof by the clear and convincing evidence standard that I mentioned a moment ago, you are not required to award punitive damages.  You may choose whether or not to award punitive damages.