UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

───────────────────────────────

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

───────────────────────────────

This Document Relates Only to the Following Cases:

1:17-cv-03575 Chelsea King
1:18-cv-02999 David and Juanita Lewis
1:17-cv-00793 Falanda Wilson

───────────────────────────────

**RESPONSE OF CHELSEA KING, DAVID AND JUANITA LEWIS, AND FALANDA WILSON TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

On November 21, 2018, the Court entered an order requiring Plaintiffs to complete and serve Categorization Forms to email addresses CookFilterMDL@FAegreBD.com and plaintiffscoleadcounselmdl@gmail.com before December 22, 2018.

Chelsea King complied with that order on December 19, 2018 by serving a completed categorization from with corresponding medical records to the above email addresses. Plaintiffs sent the attached email with the attached Categorization Form attached to the email. *Exhibit A*.

David and Juanita Lewis complied with that order on December 19, 2018 by serving a completed categorization from with corresponding medical records to the above email addresses. Plaintiffs sent the attached email with the attached Categorization Form attached to the email. *Exhibit B*.

Falanda Wilson complied with that order on December 19, 2018 by serving a completed categorization from with corresponding medical records to the above email addresses. Plaintiffs sent the attached email with the attached Categorization Form attached to the email. *Exhibit C*.

Defendants move to dismiss the Chelsea King, David and Juanita Lewis, and Falanda Wilson cases on the basis that they "completely failed to comply with the Court's Categorization Order." However, as can be seen from the attached exhibits, Chelsea King, David and Juanita Lewis, and Falanda Wilson fully complied with the Court's Categorization Order. Therefore, the Court should deny the motion to dismiss the Chelsea King, David and Juanita Lewis, and Falanda Wilson cases.

WHEREFORE, Plaintiffs move the Court to deny Defendants' Motion to Dismiss the Chelsea King, David and Juanita Lewis, and Falanda Wilson cases.

Respectfully Submitted,

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, Virginia 23704
Telephone: (757) 393-4093
Facsimile: (757) 397-7257
Email: will@moodyrrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2019, a copy of the foregoing Response of Chelsea King, David and Juanita Lewis, and Falanda Wilson to Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Willard J. Moody, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

1:17-cv-03575 Chelsea King
1:18-cv-02999 David and Juanita Lewis
1:17-cv-00793 Falanda Wilson

**AFFIDAVIT OF JONATHAN A. HOGINS**

Before me, the undersigned authority, personally appeared Jonathan A. Hogins who, being by me duly sworn, deposed as follows:

My name is Jonathan A. Hogins. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am an attorney for The Moody Law Firm, Inc., the attorneys for the Plaintiffs in the Chelsea King, David and Juanita Lewis, and Falanda Wilson cases.

I have read the above Response of Chelsea King, David and Juanita Lewis, and Falanda Wilson to Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order, and everything contained therein is true and correct.

I personally served the completed Case Categorization Forms and requisite medical records for these Plaintiffs via email to email addresses CookFilterMDL@FAegreBD.com and plaintiffscoleadcounselmdl@gmail.com as required by the Court's November 21, 2018 Order on December 19, 2018. Exhibits to this Response contain true and correct copies of said emails.

Jonathan A. Hogins

SWORN TO AND SUBSCRIBED before me, on this 6th day of February, 2019.

Notary Public, Commonwealth of Virginia

RENEE STUART
COMMONWEALTH
REGISTRATION NO. 210544
MY COMM EXPIRES 04/30/2021
OF VIRGINIA
NOTARY PUBLIC