# EXHIBIT B

# Jonathan A. Hogins

| | |
|---|---|
| **From:** | Jonathan A. Hogins |
| **Sent:** | Wednesday, December 19, 2018 4:16 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Jennifer E. Harrell; Will Moody Jr.; Courtney Moody |
| **Subject:** | The Moody Law Firm Case Categorization Submission 4 of 6 |
| **Attachments:** | Folder #4 of 6.zip |

Good Afternoon Counsel:

Pursuant to the Case Categorization Submission Instructions, please find attached the submissions for clients whom The Moody Law Firm represents.  The submissions as a whole are too large to send all at once.  We have broken them down into 10MB emails to avoid bounce backs.  This is the fourth of six emails.


Sincerely,

Jonathan A. Hogins
Attorney at Law
The Moody Law Firm
Office: 757-393-4093
Fax: 757-397-7257
Email: jhogins@moodyrrlaw.com


## THE MOODY LAW FIRM

500 Crawford Street, Suite 200
Portsmouth, VA 23705
1-800-368-1033



**STATEMENT OF CONFIDENTIALITY**

The information and attachments contained in this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If you are not the intended recipient of this message, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the CFO & Firm Administrator at (757) 393-4093 or by return e-mail to michael@moodyrrlaw.com and purge the communication immediately without making any copy or distribution.

**Disclosure Required by Internal Revenue Service Circular 230**

1

If this communication contains any financial information or data, it is not  provided to support any tax opinion.  Additionally, to the extent it may contain such data, it is not intended or written by the practitioner to be used for the purpose of avoiding tax penalties that may be imposed on the recipient/taxpayer by the Internal Revenue Service.

## Categorization Form

A.   Plaintiff's Name: _David Lewis_

B.   Plaintiff's Case Number: _1:18-cv-02999_

C.   Plaintiff's Counsel (Lead Firm Name): _The Moody Law Firm, Inc._

D.   Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:____

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:____

    Briefly describe claimed complication/outcome/injury:_____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:____

    Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:____

    Briefly describe claimed complication/outcome/injury:_____

2

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ✓

   Briefly describe claimed complication/outcome/injury: Asymptomatic Perforation

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ✓ . **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:

   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:

   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:

   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:

   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: <u>Perforation of filter struts into adjacent structures</u>

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: <u>Jonathan Hogins, Esq.</u>

Plaintiff's Counsel's Firm: <u>The Moody Law Firm, Inc.</u>

Plaintiff's Counsel's Signature: _/s/ J. H._

4









