# EXHIBIT C

## Jonathan A. Hogins

| | |
|---|---|
| **From:** | Jonathan A. Hogins |
| **Sent:** | Wednesday, December 19, 2018 4:18 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Jennifer E. Harrell; Will Moody Jr.; Courtney Moody |
| **Subject:** | The Moody Law Firm Case Categorization Submission 6 of 6 |
| **Attachments:** | Folder #6 of 6.zip |

Good Afternoon Counsel:

Pursuant to the Case Categorization Submission Instructions, please find attached the submissions for clients whom The Moody Law Firm represents.  The submissions as a whole are too large to send all at once.  We have broken them down into 10MB emails to avoid bounce backs.  This is the sixth of six emails.

Sincerely,

Jonathan A. Hogins
Attorney at Law
The Moody Law Firm
Office: 757-393-4093
Fax: 757-397-7257
Email: jhogins@moodyrrlaw.com

### THE MOODY LAW FIRM

500 Crawford Street, Suite 200
Portsmouth, VA 23705
1-800-368-1033



**STATEMENT OF CONFIDENTIALITY**

The information and attachments contained in this electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If you are not the intended recipient of this message, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify the CFO & Firm Administrator at (757) 393-4093 or by return e-mail to michael@moodyrrlaw.com and purge the communication immediately without making any copy or distribution.

**Disclosure Required by Internal Revenue Service Circular 230**

If this communication contains any financial information or data, it is not  provided to support any tax opinion.  Additionally, to the extent it may contain such data, it is not intended or written by the practitioner to be used for the purpose of avoiding tax penalties that may be imposed on the recipient/taxpayer by the Internal Revenue Service.

**Categorization Form**

A.   Plaintiff's Name:                          Falanda Wilson

B.   Plaintiff's Case Number:              1:17-cv-00792

C.   Plaintiff's Counsel (Lead Firm Name): The Moody Law Firm, Inc.

D.   Categorization (check each that applies and briefly describe):

   1.   Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

        Check here for Category 1:_____

   2.   Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

        Check here for Category 2:_____

        Briefly describe claimed complication/outcome/injury:_____

   3.   Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

        Check here for Category 3:_____

        Briefly describe claimed complication/outcome/injury:_____

   4.   Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

        Check here for Category 4:_____

        Briefly describe claimed complication/outcome/injury:_____

2

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: __✓__

   Briefly describe claimed complication/outcome/injury: <u>Complex Retrieval</u>

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:_____

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: __✓__ . **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   <u>Primary Strut Fracture Left Outside of the IVC During Removal</u>

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

3

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.     Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        Jonathan Hogins, Esq.

Plaintiff's Counsel's Firm:       The Moody Law Firm, Inc.

Plaintiff's Counsel's Signature:  _____

4

| Name: | WILSON, FALANDA | MRN: | 000700228708; LF0700228708 |
|---|---|---|---|
| DOB: | 10/1/1969 | Acct: | 100006751187 |
| Sex: | Female | | |
| | | Discharge Date: | 1/29/2016 |

---

## IView

Order Comments
O76:    Activities of Daily Living / Nutritional Asmt (ADLs/Nutritional Assessment Q Shift)
         Order Based on Admission to Floor
O77:    Activities of Daily Living / Nutritional Asmt (ADLs/Nutritional Assessment Q Shift)
         Order Based on Admission to Floor
O78:    Activities of Daily Living / Nutritional Asmt (ADLs/Nutritional Assessment Q Shift)
         Order Based on Admission to Floor
O79:    Activities of Daily Living / Nutritional Asmt (ADLs/Nutritional Assessment Q Shift)
         Order Based on Admission to Floor
O80:    Activities of Daily Living / Nutritional Asmt (ADLs/Nutritional Assessment Q Shift)
         Order Based on Admission to Floor
O81:    Activities of Daily Living / Nutritional Asmt (ADLs/Nutritional Assessment Q Shift)
         Order Based on Admission to Floor

Interpretive Data
^2:      PTT
         Comment:

         Therapeutic range is 63 - 91 seconds

---

## Computed Tomography

| EXAM | EXAM DATE/TIME | ACCESSION |
|---|---|---|
| CT Venogram Abdomen/Pelvis W Contrast | 1/22/2016 22:22 CST | 1-CT-16-0009444 |

**Report**
PROCEDURE:CT Angiography Abdomen/Pelvis, CT Venogram Abdomen/Pelvis W Contrast

HISTORY:  46-year-old female found to have a fractured IVC filter in November during a cholecystectomy, plan for filter retrieval 1/29/2016, here with increased pain.

TECHNIQUE:  Helical CT scans of the abdomen and pelvis were obtained before and following the administration of non-ionic iodinated intravenous contrast. The post contrast sequence(s) was(were) obtained using an angiography protocol.  There is poor contrast opacification of the venous structures on a CT venogram secondary to suboptimal bolus timing, severely limiting evaluation of these structures.

COMPARISON:  None.


FINDINGS CT ANGIOGRAPHY/PELVIS ABDOMEN:

Pre-contrast abdomen/pelvis: Precontrast images show no intimal calcific displacement.

Post-contrast abdomen/pelvis:

Vasculature:  There is no abdominal aortic aneurysm.

---

| Northwestern Memorial Hospital | Printed On: | 6/30/2016 13:13 CDT |
|---|---|---|
| Department of Health Information Management | Printed By: | Stallworth,Erma |
| 251 E Huron, 2-304H | | |
| Chicago, IL 60611 | | Page 406 of 413 |
| Phone: 312-926-3376 | | |

| Name: | WILSON, FALANDA | MRN: | 000700228708; LF0700228708 |
|---|---|---|---|
| DOB: | 10/1/1969 | Acct: | 100006751187 |
| Sex: | Female | | |
| | | Discharge Date: | 1/29/2016 |

---

## Computed Tomography

| EXAM | EXAM DATE/TIME | ACCESSION |
|---|---|---|
| CT Venogram Abdomen/Pelvis W Contrast | 1/22/2016 22:22 CST | 1-CT-16-0009444 |

**Report**

There is an infrarenal IVC filter with a fractured strut (extending cranially outside of the IVC (60/66) as well as multiple additional strut perforations.  One of these struts extends into the adjacent descending aorta (4/44).  While there is slight questioned stranding adjacent to a segment of descending aorta (4/42), there is no contrast extravasation in the region. An additional perforated strut extends into the L3 vertebral body (4/46).  The cranial most aspect of the filter directly abuts a portion of duodenum and connection is not entirely excluded (60/67).

Lung bases:  The lung bases are clear. The heart size is normal.

Liver, spleen and biliary tree:

Liver: The liver is normal in size. There is no intrahepatic mass.

Spleen: The spleen is normal in size.  Multiple calcified granulomas in the spleen.

The patient is post cholecystectomy. There is pneumobilia (5/73, 6B/59) with a linear foci of air in the common bile duct and extending distally.

Pancreas:  The pancreas is normal in size and enhances homogenously.

Adrenal glands:  The adrenal glands are normal in size and shape.

Kidneys:  There are bilateral symmetric nephrograms without hydronephrosis.

Lymph nodes:
Abdomen: There is no abdominal adenopathy.

Pelvis: There is no pelvic adenopathy.

Peritoneum/mesentery/omentum:  There is no free fluid or free air.

GI tract:  There are postsurgical changes from a gastric bypass.  There is no bowel obstruction.  The appendix is within normal limits.

Pelvic urogenital structures:The bladder is grossly unremarkable.  The uterus is present. There is no adnexal mass.

Body wall:  There are degenerative changes in the spine.  Status post posterior spinal fixation at L4-L5 with an interbody disc spacer, bilateral pedicle screws and 2 rods.  There is grade 1 anterolisthesis of L4 on L5.  Streak artifact from the hardware limits evaluation of the adjacent structures.

Key: (S/I) = series number / image number

---

Northwestern Memorial Hospital
Department of Health Information Management
251 E Huron, 2-304H
Chicago, IL 60611
Phone: 312-926-3376

Printed On:   6/30/2016 13:13 CDT
Printed By:   Stallworth,Erma

Page 407 of 413

| | | | |
|---|---|---|---|
| Name: | WILSON, FALANDA | MRN: | 000700228708; LF0700228708 |
| DOB: | 10/1/1969 | Acct: | 100006751187 |
| Sex: | Female | Discharge Date: | 1/29/2016 |

---

## Computed Tomography

EXAM
CT Venogram Abdomen/Pelvis W Contrast

EXAM DATE/TIME
1/22/2016 22:22 CST

ACCESSION
1-CT-16-0009444

**Report**

IMPRESSION:

There is an infrarenal IVC filter with a fractured strut (extending cranially outside of the IVC) as well as multiple additional strut perforations.  One of these struts extends into the adjacent descending aorta (4/44).  While there is slight questioned fat stranding adjacent to a segment of descending aorta (4/42), there is no extravasation of contrast in the region.  It should be noted that there is poor contrast opacification of the venous structures on the CT venogram secondary to suboptimal bolus timing, severely limiting evaluation.

The cranial most aspect of the IVC filter directly abuts a portion of duodenum and communication is not entirely excluded (60/67).

There is pneumobilia with a linear foci of air in the common bile duct, extending distally.  Differential considerations include recent biliary instrumentation, history of biliary enteric surgical anastomosis/sphincterotomy, and spontaneous biliary enteric fistula such as gallstone ileus although no definite stone is seen.  Correlation with clinical findings and surgical history may be helpful.

These findings were discussed with Dr. McCloskey on 1/22/2016 at 10:30 p.m. by Dr. Young.

*FINAL REPORT*
*THE ATTENDING RADIOLOGIST INTERPRETED THIS STUDY WITH THE RESIDENT*
*WHOSE NAME APPEARS BELOW, AND FULLY AGREES WITH THE REPORT*
*AND HAS AMENDED THE REPORT WHEN NECESSARY:*

*Attending Radiologist: GRANT, DO, THOMAS H. DO*
*Radiology Resident: YOUNG, MD, VICTORIA ANN VAY*
*Date Signed Off: 01/23/2016 08:11*
*Transc. by: TR 01/22/2016 22:45*
*Dictated by: YOUNG, MD, VICTORIA ANN 01/22/2016 22:45*

---

EXAM
CT Angiography Abdomen/Pelvis

EXAM DATE/TIME
1/22/2016 22:22 CST

ACCESSION
1-CT-16-0009445

**Report**
PROCEDURE:CT Angiography Abdomen/Pelvis, CT Venogram Abdomen/Pelvis W Contrast

HISTORY:  46-year-old female found to have a fractured IVC filter in November during a cholecystectomy, plan for filter retrieval 1/29/2016, here with increased pain.

TECHNIQUE:  Helical CT scans of the abdomen and pelvis were obtained before and following the administration of non-ionic iodinated intravenous contrast. The post contrast sequence(s) was(were) obtained using an angiography protocol.  There is poor contrast opacification of the venous structures on a CT venogram secondary to suboptimal bolus

---

| | | |
|---|---|---|
| Northwestern Memorial Hospital | Printed On: | 6/30/2016 13:13 CDT |
| Department of Health Information Management | Printed By: | Stallworth,Erma |
| 251 E Huron, 2-304H | | |
| Chicago, IL 60611 | Page 408 of 413 | |
| Phone: 312-926-3376 | | |

| Name: | WILSON, FALANDA | MRN: | 000700228708; LF0700228708 |
|---|---|---|---|
| DOB: | 10/1/1969 | Acct: | 100006751187 |
| Sex: | Female | | |
| | | Discharge Date: | 1/29/2016 |

---

## *Diagnostic Radiology*

| EXAM | EXAM DATE/TIME | ACCESSION |
|---|---|---|
| XR Chest AP (Portable) | 1/23/2016 07:09 CST | 1-DX-16-0019114 |

**Report**

PROCEDURE:  XR Chest AP (Portable).  1/23/2016 6:57 AM.

TECHNIQUE:  A single view of the chest (AP or PA) was performed.

HISTORY:  Chest, back and epigastric pain.

COMPARISON:  No prior chest radiograph is available for comparison.

CONCLUSIONS:

Support Devices:  None.
Cardiac Silhouette/Mediastinum/Hila:  The cardiac silhouette is not enlarged. The mediastinal contours are unremarkable.
Lungs/Pleural Spaces:  No focal pulmonary consolidation or pulmonary edema is identified. No pneumothorax or pleural
effusion is present. A surgical clip projects over the medial right lung apex.
Chest Wall/Diaphragm/Upper Abdomen:  The thoracic musculoskeletal structures and the upper abdomen are stable.

*FINAL REPORT*

*Attending Radiologist:  PAREKH, MD, NISHANT D.  MD*
*Date Signed Off:  01/23/2016 18:40*
*Transc. by:  TR  01/23/2016 18:40*
*Dictated by:  PAREKH, MD, NISHANT D.  01/23/2016 18:40*

---

## *Interventional Radiology*

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS | PATIENT AGE AT EXAM |
|---|---|---|---|---|---|
| 1-IR-16-0001466 | 1/28/2016 10:00 CST | IR REM Endvas Venacava Filtr | MUNSAYAC,MD, JOSEPH R. | Authenticated | 46 years |

**Reason For Exam**
(IR REM Endvas Venacava Filtr) IVC filter removal

**Report**
INDICATION: Deep venous thrombosis

CLINICAL HISTORY: 46-year-old female with history of deep venous thrombosis/pulmonary with potentially retrievable
inferior vena cava filter placed in 2009, presenting for retrieval. Preprocedure imaging demonstrated that the filter has
penetrated into the paraspinal soft tissues, as well as into the lumen of the abdominal aorta.  Attempted retrieval at an
outside institution has failed.

---

Northwestern Memorial Hospital
Department of Health Information Management
251 E Huron, 2-304H
Chicago, IL 60611
Phone: 312-926-3376

Printed On:   6/30/2016 13:13 CDT

Printed By:   Stallworth,Erma

Page 411 of 413

| Name: | WILSON, FALANDA | MRN: | 000700228708; LF0700228708 |
|---|---|---|---|
| DOB: | 10/1/1969 | Acct: | 100006751187 |
| Sex: | Female | Discharge Date: | 1/29/2016 |

---

| *Interventional Radiology* |
|---|

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS | PATIENT AGE AT EXAM |
|---|---|---|---|---|---|
| 1-IR-16-0001466 | 1/28/2016 10:00 CST | IR REM Endvas Venacava Filtr | MUNSAYAC,MD, JOSEPH R. | Authenticated | 46 years |

**Report**
PROCEDURES:

1. Inferior vena cavography
2. Retrieval of inferior vena cava filter
3. Balloon cavoplasty

OPERATORS: Desai/Lewandowski/Mouli

PROCEDURAL DETAILS: The risks, benefits, and alternatives of the procedure were discussed with the patient and informed consent was obtained.  The patient was placed supine on the angiographic table with the right neck and groin prepped and draped in the usual sterile fashion.  Following administration of local lidocaine under ultrasound guidance, a micropuncture set was utilized to gain access into the right internal jugular vein.  A wire was passed into the inferior vena cava.  Dilation of the venotomy was carried out, and a 16 French, 45 cm sheath was placed immediately cranial to the IVC filter.

Over-the-wire, a pigtail catheter was introduced immediately caudal to the filter.  Inferior vena cavography was carried out, demonstrating no caval thrombus.  There is at least moderate anterior/posterior tilt.  Furthermore, a primary strut was noted to be fractured.  Cavography was repeated in the steep left anterior oblique plane, demonstrating that the strut was extra caval.

Rigid endobronchial forceps were introduced and careful dissection of a fibrin cap was carried out.  Subsequently, a reverse curve catheter was introduced, and the fibrin cap was engaged.  A Glidewire was passed cranially, with the free end captured.  This loop wire technique was utilized to release the fibrin cap.

The snare was reproduced and the hook was successfully captured.  The filter was then collapsed coaxially into the sheath and removed from the patient.  Visual inspection demonstrated that the Celect filter was intact, apart from the known fractured primary strut.

Inferior venacavography was repeated in the steep LAO plane, confirming that the strut was entirely extra caval.  Mild spasm was noted that the prior filter implantation site.  An 18 mm balloon was introduced and cavoplasty was carried out for 5 minutes.  Completion cavography demonstrated resolution of spasm.

Wires and catheters were removed.  Hemostasis was achieved at the at the neck with manual compression.  Sterile dressings were applied.  The patient tolerated the procedure without immediate complication.

Intravenous moderate sedation with continuous physiologic monitoring was provided for 60 minutes.  6 mg of Versed and 300 mcg of fentanyl were administered.

FLUOROSCOPIC TIME: 16.8 minutes.  FLUOROSCOPIC DOSE: 1429 mGy

---

Northwestern Memorial Hospital
Department of Health Information Management
251 E Huron, 2-304H
Chicago, IL 60611
Phone: 312-926-3376

| Printed On: | 6/30/2016 13:13 CDT |
|---|---|
| Printed By: | Stallworth,Erma |

Page 412 of 413

| Name: | WILSON, FALANDA | MRN: | 000700228708; LF0700228708 |
|---|---|---|---|
| DOB: | 10/1/1969 | Acct: | 100006751187 |
| Sex: | Female | | |
| | | Discharge Date: | 1/29/2016 |

---

## Interventional Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS | PATIENT AGE AT EXAM |
|---|---|---|---|---|---|
| 1-IR-16-0001466 | 1/28/2016 10:00 CST | IR REM Endvas Venacava Filtr | MUNSAYAC,MD, JOSEPH R. | Authenticated | 46 years |

**Report**
CONTRAST: 100 mL Isovue

CONCLUSION:

1. Technically successful inferior vena cavogram demonstrating no caval thrombus.  There was anterior/posterior tilt filter tilt.  The single primary strut was noted to be entirely extra caval on steep left anterior oblique inferior vena cavography.

2. Technically successful retrieval of IVC filter.

3. Technically successful balloon cavoplasty of mild spasm at the prior filter implantation site.

*FINAL REPORT*


*Authorized Provider  DESAI, MD, KUSH R.  MD*
*Date Signed off: 02/01/2016 07:24*
*Transc. by:  TR 02/01/2016 07:24*
*Dictated by:  DESAI, MD, KUSH R.  02/01/2016 07:24*

---

## Patient Care Forms

| DOCUMENT NAME: | Key Development Note |
|---|---|
| SERVICE DATE/TIME: | 1/24/2016 08:04 CST |
| RESULT STATUS: | Authenticated |
| PERFORM INFORMATION: | Smith,Audrey (1/24/2016 08:04 CST) |
| SIGN INFORMATION: | |

**Key Development Note**
Pt.'s BP is 97/57, asymptomatic, MD notified, day RN notified, day RN will continue to monitor pt.

---