UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

1:17-cv-03575 Chelsea King
1:18-cv-02999 David and Juanita Lewis
1:17-cv-00793 Falanda Wilson

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER AS IT PERTAINS TO CHELSEA KING, DAVID AND JUANITA LEWIS, AND FALANDA WILSON**

ON THIS DAY the Court considered Defendants' Motion to Dismiss Without Prejudice Pursuant To The Court's Case Categorization Order as it pertains to Chelsea King, David And Juanita Lewis, and Falanda Wilson. After considering said Motion and the Response of Chelsea King, David And Juanita Lewis, and Falanda Wilson thereto, the Court is of the opinion said motion is not well taken as it pertains to these Plaintiffs. The Court therefore,

DENIES Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order as it pertains to Plaintiffs Chelsea King, David And Juanita Lewis, and Falanda Wilson.

SIGNED _____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana