AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Lois Neway ) | Case No. 1:14-ml-2570-RLY-TAB/ MDL No. 2570 |
| *Plaintiff* ) | THIS DOCUMENT RELATES TO: |
| v. ) | Case No. 1:18-cv-3796 |
| Cook Incorporated, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lois Neway                                                                    .

Date:   2/6/2019

*Attorney's signature*

Laura Lumaghi, MO Bar #50816
*Printed name and bar number*

211 North Broadway, Suite 4050
St. Louis, MO  63102

*Address*

laura@dowdlaw.net
*E-mail address*

(314) 621-2500
*Telephone number*

(314) 621-2503
*FAX number*