United States District Court
Southern district of Indiana
Indianapolis Division

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING SALES PRACTICE PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-RLY-TAB MDL. No. 2570 |

*This Document Relates Only to the following case*:

**Ruth Willemain & Paul Peloquin, Plaintiffs, Case No. 1:17-cv-0441**

<u>Plaintiffs' Opposition to Defendants' Motion To Dismiss Without Prejudice
Pursuant to the Court's Case Management Categorization Order</u>

Now come the Plaintiffs', Ruth Willemain and Paul Peloquin (Case No. 1:17-cv-0441) and respectfully request that this Honorable Court deny the Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Management Categorization Order, Dkt. 10063. As grounds therefore, the Plaintiffs state this order only came to Plaintiffs' counsel's attention upon review of the docket following electronic receipt of document no. 10063 on February 5, 2019. Prior to that date, plaintiffs' counsel had not seen previous orders relating to Plaintiffs' case specifically and had therefore not responded as requested. This error was an inadvertent mistake; plaintiffs did not intentionally refuse to respond to this Case Management Order. It appears, based upon the number of other cases Defendants' motion applies to (736), that other counsel were also unaware of this Court's Case Management Categorization Order and deadlines. As further grounds, Plaintiffs' would be irreparably harmed if their case was dismissed even without prejudice as Plaintiffs may be foreclosed from refiling the matter at this late date based upon the likely applicable statute of limitations. Plaintiffs are in the process of completing and producing

all documents required in response to the Case Management Categorization Order referenced in the motion and expect it will be served upon defendants' counsel by end of business today.

Wherefore, Plaintiffs' respectfully request that this Honorable Court deny defendants' motion for all of the reasons outlined herein.

Dated: February 6, 2019						Respectfully submitted,

								Marilyn T. McGoldrick, Esquire
								BBO#561766
								Thornton Law Firm LLP
								One Lincoln Street, 25th Floor
								Boston, MA  02111
								(617) 720-1333

### CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2019, a copy of the foregoing Defendant's Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/ Marilyn T. McGoldrick.