UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relate Only to the Following Cases:

1:17-cv-01390 Halina Boruta
1:17-cv-02739 Paige Sealscott
1:17-cv-02742 Beverly Frost
1:18-cv-00034 Christopher Collins
1:18-cv-00104 Sherry Stuer
1:18-cv-01773 Angela Barnes
1:18-cv-03398 Jerome Szawlowski

**RESPONSE OF HALINA BORUTA, PAIGE SEALSCOTT, BEVERLY FROST, CHRISTOPHER COLLINS, SHERRY STUER, ANGELA BARNES, AND JEROME SZAWLOWSKI TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

The Plaintiffs' hereby respond to the Defendants' Motion to Dismiss without prejudice for failure to provide a case Categorization Form.

Plaintiff, Halina Boruta, has presently complied with the Order to serve a completed Categorization Form with medical records to the Defendant. Plaintiff's email to Defendants with Categorization Form and Medical Records, attached hereto as *Exhibit A.*

Plaintiff, Paige Sealscott, has presently complied with the Order to serve a completed Categorization Form with medical records to the Defendant. Plaintiff's

email to Defendants with Categorization Form and Medical Records, attached hereto as *Exhibit B.*

Plaintiff, Beverly Frost, has presently complied with the Order to serve a completed Categorization Form with medical records to the Defendant. Plaintiff's email to Defendants with Categorization Form and Medical Records, attached hereto as *Exhibit C.*

Plaintiff, Christopher Collins, has presently complied with the Order to serve a completed Categorization Form with medical records to the Defendant. Plaintiff's email to Defendants with Categorization Form and Medical Records, attached hereto as *Exhibit D.*

Plaintiff, Sherry Stuer, has presently complied with the Order to serve a completed Categorization Form with medical records to the Defendant. Plaintiff's email to Defendants with Categorization Form and Medical Records, attached hereto as *Exhibit E.*

Plaintiff, Angela Barnes, has presently complied with the Order to serve a completed Categorization Form with medical records to the Defendant. Plaintiff's email to Defendants with Categorization Form and Medical Records, attached hereto as *Exhibit F.*

Plaintiff, Jerome Szawlowski, has complied with the Order to serve a completed Categorization Form with medical records to the Defendant. Plaintiff's email to Defendants with Categorization Form and Medical Records, attached hereto as *Exhibit G.*

Counsel for the Plaintiffs first became aware of the Categorization Form Order on February 5, 2019, upon receiving the Defendants' Motion to Dismiss without prejudice at 5:01 P.M. Prior to this Plaintiffs' Counsel was unaware of this order, and would never intentionally refuse to respond to a case management order.

Upon learning of this Order the Plaintiffs' Counsel immediately filed the Categorization forms and emailed them to the Defendant by 8:54 P.M. on the same evening. The Plaintiffs have filed Plaintiff Profile Sheets in all of the above captioned cases and have done everything to comply with the prior case management orders. The Defendants have now received all of the Categorization forms and have suffered no prejudice by receiving them within 3 business days of the Court's Categorization order. To dismiss these cases even without prejudice would be place an undue burden on the Plaintiffs.

The Plaintiffs, Halina Boruta, Paige Sealscott, Beverly Scott, Christopher Collins, Sherry Stuer, Angela Barnes, and Jerome Szawolski have complied with the Categorization Order and the Court should deny the Motion to Dismiss.

Wherefore, Plaintiffs move the Court to deny Defendants' Motion to Dismiss the above captioned cases.

Dated: February 6, 2019        Respectfully submitted,

/s/Robert T. Naumes, Jr.
Robert T. Naumes Jr.
The Law Offices of Jeffrey S. Glassman
One International Pl., 18th Fl.
Boston, MA 02110
(p) 617-367-2900
(f) 617-722-9999
bnaumes@jeffreysglassman.com

**CERTIFICATE OF SERVICE**

I, Robert T. Naumes, Jr., counsel for the Plaintiff, do hereby certify that on this 6th day of February, 201, I served the foregoing document on the Defendants via the Court's Electronic Filing System.

/s/ Robert T. Naumes, Jr.
Robert T. Naumes, Jr. (BBO#664826)
The Law Offices of Jeffrey S. Glassman
One International Pl., 18th Fl.
Boston, MA 02110
(617) 367-2900
bnaumes@jeffreysglassman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relate Only to the Following Cases:

1:17-cv-01390 Halina Boruta
1:17-cv-02739 Paige Sealscott
1:17-cv-02742 Beverly Frost
1:18-cv-00034 Christopher Collins
1:18-cv-00104 Sherry Stuer
1:18-cv-01773 Angela Barnes
1:18-cv-03398 Jerome Szawlowski

## AFFIDAVIT OF ROBERT T. NAUMES, JR.

Before me, the undersigned authority, personally appeared Robert T. Naumes, Jr. who, being by me duly sworn, deposed as follows:

My name is Robert T. Naumes, Jr. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am attorney for The Law Offices of Jeffrey S. Glassman, the attorneys for the Plaintiffs in the Halina Boruta, Paige Sealscott, Beverly Scott, Christopher Collins, Sherry Stuer, Angela Barnes, and Jerome Szawolski cases.

I have read the Response of the above captioned Plaintiffs in Response to the Defendants' Motion to Dismiss without prejudice, and everything contained therein is true and correct.

I personally served the completed Case Categorization Forms and medical submissions for these Plaintiffs via email to CookfilterMDL@FAegreBD.com and plaintiffscoleadcounselmdl@gmail.com on February 5, 2019. Exhibits to this Response contain true and accurate copies of such emails.

Robert T. Naumes, Jr.

Sworn to and Subscribed before me on this 6th day of February, 2019.

*[signature]*

**GINA SUK**
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 25, 2025