Exhibit A



Bob Naumes <bnaumes@jeffreysglassman.com>

# Halina Boruta Cook Categorization Form: 17-CV-01390
1 message

**Bob Naumes** <bnaumes@jeffreysglassman.com>  Tue, Feb 5, 2019 at 8:11 PM
To: Cook Filter MDL <cookfiltermdl@faegrebd.com>, plaintiffscoleadcounselmdl@gmail.com
Cc: Julie Lamkin <jlamkin@jeffreysglassman.com>, Michael Sweet <msweet@jeffreysglassman.com>

Enclosed please find a Plaintiff Categorization Form and supporting medical records in the above captioned case.

Sincerely,

Bob Naumes, Jr.

--

Bob Naumes, Jr. Esq.
Law Offices of Jeffrey S. Glassman, LLC
One International Place, 18th Fl.
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential and privileged information and may contain information that is protected by the attorney-client privilege, and/or may be considered attorney work product. This confidential communication is intended solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error. If you have received this communication in error, you are hereby advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server. Thank you for your cooperation in this matter.

**2 attachments**



- **Halina Boruta Cook Categorization Form.pdf**
  150K

- **Cook Medicals List (Halina Boruta).pdf**
  541K

# Exhibit B



Bob Naumes <bnaumes@jeffreysglassman.com>

---

# Sherry Stuer Cook Categorization Form
1 message

---

**Bob Naumes** <bnaumes@jeffreysglassman.com>   Tue, Feb 5, 2019 at 8:25 PM
To: Cook Filter MDL <cookfiltermdl@faegrebd.com>, plaintiffscoleadcounselmdl@gmail.com

Enclosed please find a Cook Categorization Form and supporting medicals in the above captioned case.

Sincerely,

Bob Naumes, Jr.

--
Bob Naumes, Jr. Esq.
Law Offices of Jeffrey S. Glassman, LLC
One International Place, 18th Fl.
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential and privileged information and may contain information that is protected by the attorney-client privilege, and/or may be considered attorney work product. This confidential communication is intended solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error. If you have received this communication in error, you are hereby advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server. Thank you for your cooperation in this matter.

---

**2 attachments**

📄 **Sherry Stuer Cook Categorization Form.pdf**
151K

📄 **Sherry Stuer Medicals.pdf**
2005K

# Exhibit C



Bob Naumes <bnaumes@jeffreysglassman.com>

# Christopher Collins Cook Categorization Form: 18-CV-00034
1 message

**Bob Naumes <bnaumes@jeffreysglassman.com>**                                     Tue, Feb 5, 2019 at 8:38 PM
To: Cook Filter MDL <cookfiltermdl@faegrebd.com>, plaintiffscoleadcounselmdl@gmail.com, Julie Lamkin <jlamkin@jeffreysglassman.com>, Michael Sweet <msweet@jeffreysglassman.com>

Enclosed please find Christopher Collins Cook Categorization Form and Supporting Medicals.

Sincerely,

Bob Naumes

--
Bob Naumes, Jr. Esq.
Law Offices of Jeffrey S. Glassman, LLC
One International Place, 18th Fl.
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential and privileged information and may contain information that is protected by the attorney-client privilege, and/or may be considered attorney work product. This confidential communication is intended solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error. If you have received this communication in error, you are hereby advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server. Thank you for your cooperation in this matter.

**2 attachments**



📄 **Christopher Collins Cook Categorization Form.pdf**
150K

📄 **Christopher Collins Medicals.pdf**
785K

# Exhibit D



Bob Naumes <bnaumes@jeffreysglassman.com>

## Beverly Frost Cook Categorization Form: 17-CV-02742
1 message

**Bob Naumes** <bnaumes@jeffreysglassman.com>　　　　　　　　　Tue, Feb 5, 2019 at 8:46 PM
To: Cook Filter MDL <cookfiltermdl@faegrebd.com>, plaintiffscoleadcounselmdl@gmail.com
Cc: Michael Sweet <msweet@jeffreysglassman.com>, Julie Lamkin <jlamkin@jeffreysglassman.com>

Enclosed please find Beverly Frost's Cook Categorization Form and Supporting Medicals.

Sincerely,

Bob Naumes, Jr.

--
Bob Naumes, Jr. Esq.
Law Offices of Jeffrey S. Glassman, LLC
One International Place, 18th Fl.
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential and privileged information and may contain information that is protected by the attorney-client privilege, and/or may be considered attorney work product. This confidential communication is intended solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error. If you have received this communication in error, you are hereby advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server. Thank you for your cooperation in this matter.

**2 attachments**

📎 **Beverly Frost Cook Categorization Form.pdf**
　　150K

📎 **Cook Medicals List (Beverly Frost).pdf**
　　664K

Exhibit E



Bob Naumes <bnaumes@jeffreysglassman.com>

# Paige Sealscott Cook Categorization Form: 17-CV-02739
1 message

**Bob Naumes** <bnaumes@jeffreysglassman.com>　　　　　　　　　　　　　　　Tue, Feb 5, 2019 at 8:54 PM
To: Cook Filter MDL <cookfiltermdl@faegrebd.com>, plaintiffscoleadcounselmdl@gmail.com, Michael Sweet <msweet@jeffreysglassman.com>, Julie Lamkin <jlamkin@jeffreysglassman.com>

Enclosed please find a Cook Categorization Form and Supporting Medicals in the above captioned case.

Sincerely,

Bob Naumes, Jr.

--
Bob Naumes, Jr. Esq.
Law Offices of Jeffrey S. Glassman, LLC
One International Place, 18th Fl.
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential and privileged information and may contain information that is protected by the attorney-client privilege, and/or may be considered attorney work product. This confidential communication is intended solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error. If you have received this communication in error, you are hereby advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server. Thank you for your cooperation in this matter.

**3 attachments**



**Paige Sealscott Cook Categorization Form.pdf**
151K

**Paige Sealscott Cook Categorization Form.pdf**
151K

**Medicals List (Paige Sealscott).pdf**
619K

# Exhibit F



Bob Naumes <bnaumes@jeffreysglassman.com>

## Angela Barnes Categorization Form: 18-CV-01773
2 messages

**Bob Naumes** <bnaumes@jeffreysglassman.com>  Tue, Feb 5, 2019 at 7:47 PM
To: Cook Filter MDL <cookfiltermdl@faegrebd.com>, plaintiffcoleadcounselmdl@gmail.com
Cc: Michael Sweet <msweet@jeffreysglassman.com>, Julie Lamkin <jlamkin@jeffreysglassman.com>

Enclosed please find Angela Barnes Cook Categorization Form and Supporting Medical Records

Sincerely,

Bob Naumes Jr.

--
Bob Naumes, Jr. Esq.
Law Offices of Jeffrey S. Glassman, LLC
One International Place, 18th Fl.
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential and privileged information and may contain information that is protected by the attorney-client privilege, and/or may be considered attorney work product. This confidential communication is intended solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error. If you have received this communication in error, you are hereby advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server. Thank you for your cooperation in this matter.

**2 attachments**

📄 **Angela Barnes Categorization Form.pdf**
151K

📄 **Barnes_Angela_Medicals.pdf**
3690K

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>  Tue, Feb 5, 2019 at 7:47 PM
To: bnaumes@jeffreysglassman.com

## Address not found

Your message wasn't delivered to **plaintiffcoleadcounselmdl@gmail.com**



because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser o22-v6sor122825911ji.38 - gsmtp

Final-Recipient: rfc822; plaintiffcoleadcounselmdl@gmail.com
Action: failed
Status: 5.0.0
Diagnostic-Code: smtp; The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser o22-v6sor122825911ji.38 - gsmtp
Last-Attempt-Date: Tue, 05 Feb 2019 16:47:28 -0800 (PST)


---------- Forwarded message ----------
From: Bob Naumes <bnaumes@jeffreysglassman.com>
To: Cook Filter MDL <cookfiltermdl@faegrebd.com>, plaintiffcoleadcounselmdl@gmail.com
Cc: Michael Sweet <msweet@jeffreysglassman.com>, Julie Lamkin <jlamkin@jeffreysglassman.com>
Bcc:
Date: Tue, 5 Feb 2019 19:47:15 -0500
Subject: Angela Barnes Categorization Form: 18-CV-01773
Enclosed please find Angela Barnes Cook Categorization Form and Supporting Medical Records

Sincerely,

Bob Naumes Jr.

--
Bob Naumes, Jr. Esq.
Law Offices of Jeffrey S. Glassman, LLC
One International Place, 18th Fl.
Boston, MA  02110
Phone: (617) 367-2900
Fax: (617) 722-9999


CONFIDENTIALITY NOTICE: This e-mail communication contains confidential and privileged information and may contain information that is protected by the attorney-client privilege, and/or may be considered attorney work product. This confidential communication is intended solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error. If you have received this communication in error, you are hereby advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email



Bob Naumes <bnaumes@jeffreysglassman.com>

# Angela Barnes and Jerome Szawlowski Cook Categorization Forms
1 message

**Bob Naumes <bnaumes@jeffreysglassman.com>** Tue, Feb 5, 2019 at 8:05 PM
To: plaintiffscoleadcounselmdl@gmail.com

Enclosed please find Cook Categorization Forms for the above mentioned clients.

These forms were sent to Defense Counsel early this evening.

Sincerely,

Bob Naumes Jr.

--

Bob Naumes, Jr. Esq.
Law Offices of Jeffrey S. Glassman, LLC
One International Place, 18th Fl.
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential and privileged information and may contain information that is protected by the attorney-client privilege, and/or may be considered attorney work product. This confidential communication is intended solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error. If you have received this communication in error, you are hereby advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server. Thank you for your cooperation in this matter.

**4 attachments**

- **Jerome Szawlowski Cook Categorization Form.pdf**
  151K
- **Angela Barnes Categorization Form.pdf**
  151K
- **Szawlowski, Jerome - Updated Medicals.pdf**
  1494K
- **Barnes_Angela_Medicals.pdf**
  3690K

# Exhibit G



Bob Naumes <bnaumes@jeffreysglassman.com>

---

# Jerome Szawlowski Categorization Form: 18-CV-03398
2 messages

---

**Bob Naumes** <bnaumes@jeffreysglassman.com>                                    Tue, Feb 5, 2019 at 8:03 PM
To: Cook Filter MDL <cookfiltermdl@faegrebd.com>, plaintiffcoleadcounselmdl@gmail.com
Cc: Julie Lamkin <jlamkin@jeffreysglassman.com>, Michael Sweet <msweet@jeffreysglassman.com>

Enclosed please find a Categorization Form and Supporting Medical in the above captioned case.

Sincerely,

Bob Naumes, Jr.

--
Bob Naumes, Jr. Esq.
Law Offices of Jeffrey S. Glassman, LLC
One International Place, 18th Fl.
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential and privileged information and may contain information that is protected by the attorney-client privilege, and/or may be considered attorney work product. This confidential communication is intended solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error. If you have received this communication in error, you are hereby advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server. Thank you for your cooperation in this matter.

---

**2 attachments**

- 📄 **Jerome Szawlowski Cook Categorization Form.pdf**
  151K

- 📄 **Szawlowski, Jerome - Updated Medicals.pdf**
  1494K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                        Tue, Feb 5, 2019 at 8:03 PM
To: bnaumes@jeffreysglassman.com

## Address not found



Your message wasn't delivered to **plaintiffcoleadcounselmdl@gmail.com**



because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. Learn more at
https://support.google.com/mail/?p=NoSuchUser a12-v6sor120125181ji.34 - gsmtp
```

Final-Recipient: rfc822; plaintiffcoleadcounselmdl@gmail.com
Action: failed
Status: 5.0.0
Diagnostic-Code: smtp; The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser a12-v6sor120125181ji.34 - gsmtp
Last-Attempt-Date: Tue, 05 Feb 2019 17:03:24 -0800 (PST)


---------- Forwarded message ----------
From: Bob Naumes <bnaumes@jeffreysglassman.com>
To: Cook Filter MDL <cookfiltermdl@faegrebd.com>, plaintiffcoleadcounselmdl@gmail.com
Cc: Julie Lamkin <jlamkin@jeffreysglassman.com>, Michael Sweet <msweet@jeffreysglassman.com>
Bcc:
Date: Tue, 5 Feb 2019 20:03:12 -0500
Subject: Jerome Szawlowski Categorization Form: 18-CV-03398
Enclosed please find a Categorization Form and Supporting Medical in the above captioned case.

Sincerely,

Bob Naumes, Jr.

--
Bob Naumes, Jr. Esq.
Law Offices of Jeffrey S. Glassman, LLC
One International Place, 18th Fl.
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential and privileged information and may contain information that is protected by the attorney-client privilege, and/or may be considered attorney work product. This confidential communication is intended solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error. If you have received this communication in error, you are hereby advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email



Bob Naumes <bnaumes@jeffreysglassman.com>

# Angela Barnes and Jerome Szawlowski Cook Categorization Forms
1 message

**Bob Naumes <bnaumes@jeffreysglassman.com>**  Tue, Feb 5, 2019 at 8:05 PM
To: plaintiffscoleadcounselmdl@gmail.com

Enclosed please find Cook Categorization Forms for the above mentioned clients.

These forms were sent to Defense Counsel early this evening.

Sincerely,

Bob Naumes Jr.

--
Bob Naumes, Jr. Esq.
Law Offices of Jeffrey S. Glassman, LLC
One International Place, 18th Fl.
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential and privileged information and may contain information that is protected by the attorney-client privilege, and/or may be considered attorney work product. This confidential communication is intended solely for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error. If you have received this communication in error, you are hereby advised that any dissemination, copying or storing of any of the information contained herein is strictly prohibited. Additionally, if you received this email in error, please return the email to the sender, and delete all references to the email from your server. Thank you for your cooperation in this matter.

**4 attachments**

- **Jerome Szawlowski Cook Categorization Form.pdf**
  151K
- **Angela Barnes Categorization Form.pdf**
  151K
- **Szawlowski, Jerome - Updated Medicals.pdf**
  1494K
- **Barnes_Angela_Medicals.pdf**
  3690K