UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relate Only to the Following Cases:

1:17-cv-01390 Halina Boruta
1:17-cv-02739 Paige Sealscott
1:17-cv-02742 Beverly Frost
1:18-cv-00034 Christopher Collins
1:18-cv-00104 Sherry Stuer
1:18-cv-01773 Angela Barnes
1:18-cv-03398 Jerome Szawlowski

_____

**ORDER DENYING MOTION TO DISMISS HALINA BORUTA, PAIGE SEALSCOTT, BEVERLY FROST, CHRISTOPHER COLLINS, SHERRY STUER, ANGELA BARNES, AND JEROME SZAWLOWSKI TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

ON THIS DAY the Court considered Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order. After considering said Motion and the Response of the above captioned Plaintiffs thereto, the Court is of the opinion said Motion is not well taken.

The Court therefore,

DENIES Defendants' Motion to Dismiss Halina Boruta, Paige Sealcott, Beverly Frost, Christopher Collins, Sherry Stuer, Angela Barnes, and Jerome Szawolski Without Prejudice Pursuant to the Court's Case Management Order.

SIGNED _____, 2019

                                                    _____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana