**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL INC., IVC FILTERS
AND MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

This Document Relates Only to the Following Case:

736 Pending Cases, Action Schedule Attached as Exhibit A

_____

**RESPONSE OF PLAINTIFF'S COUNSEL FOR**
**JOSE LUIS SUAREZ, JR. TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the Motion to Dismiss filed by Defendants on February 5, 2019, and would respectfully show the Court the following:

I.

Plaintiff's counsel filed this lawsuit on January 25, 2019. When reviewing Court Order Doc #9322, Plaintiff's counsel understood that all cases filed as of December 22, 2018, must have a Case Categorization form submitted by that date. Plaintiff's counsel complied with that Order in all cases they had on file in this Court as of that date.

However, Plaintiff's counsel was unclear of the date the categorization form would be due on all newly filed cases. The categorization form sets out the requirements for filing same, but does not address newly filed cases and specifically what date the categorization form would be due in newly filed cases. Therefore, the submission of the categorization form was calendared to be served at the same time the Plaintiff Profile Form is due to be served in this

1

case, which is February 24, 2019.  After receiving the Motion to Dismiss on February 5, 2019, the categorization form was immediately prepared and it was served the morning of February 6, 2019.

This error was an inadvertent mistake and Plaintiff did not intentionally refuse to respond to this Case Management Order.  Plaintiff would be irreparably harmed if his case was dismissed.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court deny Defendants' Motion to Dismiss the Jose Luis Suarez, Jr. case (1:19-cv-00244-RLY-TAB).

Dated:  February 6, 2019                                Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2019 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
