# EXHIBIT A

**Donna Ford**

| | |
|---|---|
| **From:** | Donna Ford |
| **Sent:** | Wednesday, February 06, 2019 9:56 AM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Subject:** | Case Categorization Form - Jose Luis Suarez, Jr. |
| **Attachments:** | Suarez, Jose |

Please see attached.

*Donna Ford*

Senior Litigation Paralegal
**The Gallagher Law Firm, PLLC**
**2905 Sackett Street**
**Houston, Texas 77098**
(713) 222-8080 – Phone
(713) 222-0066 – Fax
(888) 222-7052 – Toll Free
donnaf@gld-law.com
www.gallagher-law-firm.com



*CONFIDENTIALITY NOTICE*** This message is intended for review by the named addressee(s) and may be privileged, confidential or private. If you are not the named addressee(s), please delete this message and do not retain a copy. Inadvertent disclosure of this message does not constitute a waiver of any privilege.

## Categorization Form

A.   Plaintiff's Name:                Jose Luis Suarez, Jr.

B.   Plaintiff's Case Number:         1:19-cv-00244-RLY-TAB

C.   Plaintiff's Counsel (Lead Firm Name): The Gallagher Law Firm, PLLC

D.   Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: __X__

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ____

    Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ____

    Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ____

    Briefly describe claimed complication/outcome/injury:_____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Check here for Category 5: _____

Briefly describe claimed complication/outcome/injury: _____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: _____

   Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: _X_ . **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   _____

   ((e)) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

   Briefly describe claim of symptomatic injury: 2 prongs of the filter could be seen in D3

2

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Michael T. Gallagher

Plaintiff's Counsel's Firm: The Gallagher Law Firm

Plaintiff's Counsel's Signature: _____

3

# JOSE LUIS SUAREZ, JR.

# INJURY RECORDS

| | | |
|---|---|---|
| **MARICOPA INTEGRATED HEALTH SYSTEM** MMC HIM 2601 E. Roosevelt St. Phoenix AZ 85008-4973 MIHS ROI Individual Note(s) Only | | Suarez, Jose Luis Jr. MRN: 0100526151, DOB: 1/10/1992, Sex: M Adm: 11/25/2016, D/C: 12/1/2016 |

## Procedures by Keng-Yu Chuang, MD at 11/28/2016 2:38 PM

| | | |
|---|---|---|
| Author: Keng-Yu Chuang, MD | Service: Gastroenterology | Author Type: Physician |
| Filed: 11/28/2016 2:42 PM | Date of Service: 11/28/2016 2:38 PM | Status: Signed |

Editor: Keng-Yu Chuang, MD (Physician)
Procedures:
1. PR UPPER GI ENDOSCOPY,DIAGNOSIS [43235 (CPT®)]

### Esophagogastroduodenoscopy (EGD)

Blood loss: Less than 5 cc
Complications: None
Sedation used: Versed 5 mg, fentanyl 100 mcg, Benadryl 50 mg, demerol 25 mg

Description of procedure:
The patient was sedated under conscious sedation which was administered by me. Once sedation was adequately achieved, an adult gastroscope was inserted into patient's mouth until the esophagus was intubated. The endoscope was gently advanced through the esophagus, stomach, and the duodenum. Retroflexion was performed in the stomach. The endoscope then was withdrawn from the patient while the stomach was decompressed. There was no immediate complications seen at the end of the procedure.

Findings:
1. Esophagus – normal
2. Stomach – normal, biopsied to rule out H. pylori
3. Duodenum – in D3, 2 prongs of an IVC filter could be seen

Impressions:
1. In D3, 2 prongs of an IVC filter could be seen

Plans:
1. Follow up biopsy results
2. Proceed with IVC filter removal



**MARICOPA INTEGRATED HEALTH SYSTEM**
MMC HIM
2601 E. Roosevelt St.
Phoenix AZ 85008-4973
MIHS ROI Individual Note(s) Only

Suarez, Jose Luis Jr.
MRN: 0100526151, DOB: 1/10/1992, Sex: M
Adm: 11/25/2016, D/C: 12/1/2016

### Procedures by Cody R Larson, MD at 11/29/2016 9:22 AM (continued)

**Complications:** none

**Specimens to Lab:** none

**Medication(s) given:** General anesthesia and Lidocaine 1% SQ. Please see MAR for further information.

**Contrast:** 130 ml, Omnipaque 350

**Fluoro Dose/Time:** 6.9 minutes.

**Diagnosis/Findings:** Successful intravascular retrieval of infrarenal IVC filter. Post-removal IVC venogram and abdominal aortogram show no contrast extravasation. Dictated report to follow.

"Electronically signed by Michael C Switzer, MD at 11/29/2016 12:06 PM"

**END OF REPORT**



**MARICOPA INTEGRATED HEALTH SYSTEM**
MMC HIM
2601 E. Roosevelt St.
Phoenix AZ 85008-4973
MIHS ROI Individual Note(s) Only

Suárez, Jose Luis Jr.
MRN: 0100526151, DOB: 1/10/1992, Sex: M
Adm: 11/25/2016, D/C: 12/1/2016

**Procedures by Keng-Yu Chuang, MD at 11/28/2016 2:38 PM (continued)**

[image: endoscopic view]

"Electronically signed by Keng-Yu Chuang, MD at 11/28/2016 2:42 PM"

**Procedures by Cody R Larson, MD at 11/29/2016 9:22 AM**

| Author: Cody R Larson, MD | Service: Interventional Radiology | Author Type: Resident |
|---|---|---|
| Filed: 11/29/2016 9:26 AM | Date of Service: 11/29/2016 9:22 AM | Status: Attested |
| Editor: Cody R Larson, MD (Resident) | | Cosigner: Michael C Switzer, MD at 11/29/2016 12:06 PM |

Attestation signed by Michael C Switzer, MD at 11/29/2016 12:06 PM

IVC filter removal via right IJ vein, IVC cavagram, and abdominal aortogram.

### Interventional Radiology Procedure Note

**Procedure:**
IVC Filter Removal with IVC Venogram
Aortogram

**Operators:**
Staff: Michael Switzer, MD
Resident: Cody Larson, MD



**MARICOPA INTEGRATED HEALTH SYSTEM**
MMC HIM
2601 E. Roosevelt St.
Phoenix AZ 85008-4973
MIHS ROI Individual Note(s) Only

Suarez, Jose Luis Jr.
MRN: 0100526151, DOB: 1/10/1992, Sex: M
Adm: 11/25/2016, D/C: 12/1/2016

**Procedures by Keng-Yu Chuang, MD at 11/28/2016 2:38 PM (continued)**





MARICOPA INTEGRATED HEALTH SYSTEM
MMC HIM
2601 E. Roosevelt St.
Phoenix AZ 85008-4973
MIHS ROI Individual Note(s) Only

Suárez, Jose Luis Jr.
MRN: 0100526151, DOB: 1/10/1992, Sex: M
Adm: 11/25/2016, D/C: 12/1/2016

Procedures by Keng-Yu Chuang, MD at 11/28/2016  2:38 PM (continued)



MARICOPA INTEGRATED HEALTH SYSTEM
MMC HIM
2601 E. Roosevelt St.
Phoenix AZ 85008-4973
MIHS ROI Individual Note(s) Only

Suarez, Jose Luis Jr.
MRN: 0100526151, DOB: 1/10/1992, Sex: M
Adm: 11/25/2016, D/C: 12/1/2016

**Procedures by Keng-Yu Chuang, MD at 11/28/2016  2:38 PM (continued)**