# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL INC., IVC FILTERS
AND MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates Only to the Following Case:

736 Pending Cases, Action Schedule Attached as Exhibit A

_____

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

On this day the Court considered Defendants' Motion to Dismiss Pursuant to the Case Categorization Order as it pertains to Jose Luis Suarez, Jr.  After considering the Motion and the Response of Jose Luis Suarez, Jr., the Court is of the opinion said Motion is not well taken as it pertains to this Plaintiff.  The Court therefore,

DENIES Defendants' Motion to Dismiss the case of Jose Luis Suarez, Jr. (1:19-cv-00244-RLY-TAB).

SIGNED this _____ day of _____, 2019.

_____
Richard L. Young, Judge Presiding
United States District Court
Southern District of Indiana