UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

―――――――――――――――――――――――――

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

―――――――――――――――――――――――――

This Document Relates Only to the Following Case:

1:18-cv-3796 Lois Neway

―――――――――――――――――――――――――

**PLAINTIFF LOIS NEWAY'S RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS LOIS NEWAY WITHOUT PREJUDICE PURSUANT TO THE
COURT'S CASE CATEGORIZATION ORDER**

COMES NOW Plaintiff Lois Neway, by and through counsel and for Plaintiff Lois

Neway's Response in Opposition to Defendants' Motion to Dismiss Lois Neway Without

Prejudice Pursuant to the Court's Case Categorization Order states as follows:

1.      On November 21, 2018, the Court entered an order requiring Plaintiffs to complete

and serve Categorization Forms along with relevant medical records before December 22, 2018.

2.      Ms. Neway's case was initially filed on December 3, 2018 by the law firm of

McDonald Worley, PC. It was after this filing that counsel realized there was a dual

representation issue between the undersigned firm and McDonald Worley. This issue has finally

been resolved and the undersigned counsel filed a Notice of Appearance for Ms. Neway in the

above captioned case today. It is expected that the firm of McDonal Worley will be withdrawing

as counsel in the near future.

3.      During transition of Mr. Neway's representation between firms, there was a

miscommunication as to which firm was going to complete the Case Categorization Form for Ms.

Neway.

4.       Plaintiff Lois Neway has now complied with the Court's Order and her completed

Categorization Form with the required medical records has been emailed to the necessary email

addresses today, February 6, 2019. Exhibit A.

WHEREFORE, Plaintiff Lois Neway hereby requests this Court deny Defendants' Motion

to Dismiss Lois Neway Without Prejudice Pursuant to the Court's Case Categorization Order.

Respectfully submitted,

DOWD & DOWD, P.C.

By:      /s/ Laura Lumaghi
         Laura Lumaghi (MO Bar 50816)
         211 N. Broadway, Suite 4050
         St. Louis, Missouri  63102
         (314) 621-2500
         Fax: (314) 621-2503
         laura@dowdlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2019, a copy of the foregoing was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Laura Lumaghi