

Laura Lumaghi <laura@dowdlaw.net>

## Cook IVC MDL - Case Categorization Form - Lois Neway
1 message

**Laura Lumaghi** <laura@dowdlaw.net>        Wed, Feb 6, 2019 at 3:26 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Dear Sir or Madame,

Attached please find the Case Categorization Form for Lois Neway along with the pertinent medical records.

I am sorry for the delay in getting this form to you. I just entered as counsel for Ms. Neway and there was a miscommunication with the prior attorney as to who was completing this form for Mr. Neway.

Please let me know if you can remove her from your motion to dismiss filed in the MDL yesterday.

Very truly yours,
Laura Lumaghi

Dowd & Dowd, P.C.
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net

📄 **Categorization Form.Neway, Lois.pdf**
1118K