UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates Only to the Following Case:

1:18-cv-3796 Lois Neway

_____

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS LOIS NEWAY PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

ON THIS DAY the Court considered Defendants' Motion to Dismiss Lois Neway Without Prejudice Pursuant to the Court's Case Categorization Order. After considering said Motion and the Response of Lois Neway thereto, the Court is of the opinion said Motion is not well-taken. The Court therefore,

DENIES Defendants' Motion to Dismiss Lois Neway Without Prejudice Pursuant to the Court's Case Categorization Order.

SIGNED_____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana