UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relate Only to the Following Case:

1:17-cv-01337 Markeem Burrows

<u>Plaintiff's Opposition to Defendant's Motion To Dismiss Without Prejudice Pursuant to the Court's case Management Categorization Order</u>

Now come the Plaintiff, Markeem Burrows (Case No. 17-cv-01337), respectfully request that this Honorable Court deny the Defendants' Motion to Dismiss Without Prejudice.

We only learned of the need to provide the categorization with the filing of defendants' motion to dismiss. We are cognizant of our obligation to monitor the docket and would never intentionally not respond to a case management order, but we simply did not realize the Court had entered the Case Categorization Order. Moreover, we were not advised of the categorization requirement, the deadlines to submit the categorization or extension of said deadlines by any members of the steering committee.

Upon learning of the filing of the defendants' motion, we immediately completed the required categorization forms for the three plaintiffs we represented and submitted them to the designated email addresses. We also notified defense counsel by phone. The information contained on the categorization forms had previously been provided to the

defendants via the submission of a Plaintiff's Profile Form and Plaintiff's Fact Sheet. The Defendants have now received all of the Categorization forms and have suffered no prejudice by receiving them at this time. To dismiss these cases even without prejudice would place an undue burden on the Plaintiffs.

For the foregoing reasons, it is respectfully requested that the Court accept our categorization forms *nunc pro tunc* and deny the pending motion to dismiss as it relates to the above captioned plaintiff.

Dated: February 6, 2019            Respectfully submitted,

/s/ David B. Krangle
David B. Krangle
Alonso Krangle LLP
445 Broad Hollow Road
Suite 205
Melville, NY 11747
(p) 516-350-5555
(f) 516-350-5554
dkrangle@alonsokrangle.com

## CERTIFICATE OF SERVICE

I, David B. Krangle, counsel for the Plaintiff, do hereby certify that on this 6th day of February, 2019, I served the foregoing document on the Defendants via the Court's Electronic Filing System.

/s/ David B. Krangle
David B. Krangle (DBK-8085)
Alonso Krangle LLP
445 Broad Hollow Road
Suite 205
Melville, NY 11747
(516) 350-5555
dkrangle@alonsokrangle.com