UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2592 |
| This Document Relates to:<br>   1-19-cv-00301, Anne L. Walter<br>   1:19-cv-00535, Mark A. Mason | |

## RESPONSE OF PLAINTIFFS ANNE WALTER AND MARK MASON TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

Defendant has incorrectly identified Plaintiffs Anne Walter and Mark Mason as not in compliance with the categorization orders entered by the Court and has moved to dismiss their respective cases without prejudice. Neither Plaintiff Anne Walter nor Plaintiff Mark Mason were party to any suit against Defendants at the time of the entry of the Categorization Order or the Amended Order and should not be dismissed due to failure to comply with said orders.

On October 2, 2018, the Court entered its order on Defendants' Motion for Screening Order and Bellwether Plan (Dkt. 9322). On November 21, 2018, the Court entered Parties' Order Regarding Case Categorization and Census (Dkt. 9638), which set the deadline for Plaintiffs to submit the categorization of their cases as December 22, 2018.

As of November 21, 2018, neither Plaintiff Anne Walter, nor Plaintiff Mark Mason had pending suit against Defendants in MDL 2592 (nor in any other court for that matter) and were therefore not obligated to submit case categorization documentation. Plaintiff Anne Walter's Short Form Complaint was filed January 25, 2019. Exhibit A. Plaintiff Mark Mason's Short Form Complaint was filed February 1, 2019. Exhibit B. On January 17, 2019, the Court entered

the Amended Order Regarding Plaintiffs' Failure to Produce Case Categorization Forms (Dkt. 9956). Referencing the Categorization Order (Dkt. 9322), the Court ordered that "[a]ll plaintiffs that have not complied with the deadline," were to submit the case categorization documentation as required by the Categorization order by January 31, 2019. As of January 17, 2019, neither Plaintiff Anne Walter, nor Plaintiff Mark Mason had pending suit against Defendants in MDL 2592 (nor in any other court) and were therefore not obligated to submit case categorization documentation.

Neither the Categorization Order, nor the Amended Order required specifically required future plaintiffs to submit categorization documentation and to the extent of the ambiguity in the order, it is unfairly prejudicial to dismiss Plaintiffs Anne Walter or Mark Mason's suit, when whose suits were initiated after the entry of Categorization Orders. However, in an abundance of caution and to cure any potential prejudice to Defendants, Plaintiffs Anne Walter and Mark Mason have submitted the categorization documentation prior to the filing of this present motion. Exhibit C.

WHEREFORE, Plaintiffs Anne Walter and Mark Mason request that the Court deny Defendants Motion to dismiss their respective cases.

RESPECTFULLY SUBMITTED this 6th day of February 6, 2019.

DRIGGS, BILLS & DAY, PLLC

*s/Brandon L. Rich*
Brandon L. Rich, WSBA No. 41981
2125 Western Avenue, Ste. 500
Seattle, WA 98121
(206) 907-9098
brich@lawdbd.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

*s/Brandon L. Rich*
Brandon L. Rich, WSBA No. 41981
2125 Western Avenue, Ste. 500
Seattle, WA 98121
(206) 907-9098
brich@lawdbd.com