# Exhibit C

# Brandon Rich

| | |
|---|---|
| **From:** | Brandon Rich |
| **Sent:** | Wednesday, February 6, 2019 3:02 PM |
| **To:** | 'cookfilterMDL@faegrebd.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Ruby Mae San Pedro; Thea Auville |
| **Subject:** | In Re Cook, MDL 2570 - Case Categorization Submission - Anne Walter, Case No. 1-19-cv-00301 and Mark Mason, Case No. 1:19-cv-00535 |
| **Attachments:** | Anne Walter Case Categorization Form.pdf; Mark Mason Case Categorization Form.pdf |

Attached please find the Case Categorization Forms for Anne Walter, Case No. 1-19-cv-00301 and Mark Mason, Case No. 1:19-cv-00535.

Thank you,

Brandon L. Rich
Associate Attorney

DRIGGS, BILLS, & DAY, PLLC
2125 Western Avenue, Suite 500
Seattle, WA 98121
T: 206-607-9098
F: 206-641-3214
www.advocateslaw.com

This e-mail may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient.  Any review, reliance, or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.