UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>• Bouchard, Michelle, 1:17-cv-03912<br>• Brandon, Ralph,1:18-cv-02053<br>• Coleman, Rita, 1:17-cv-00685<br>• Glenberg, Charles, 1:18-cv-00053<br>• Sides, Laurie, 1:17-cv-03916<br>• Terry, Lydia, 1:17-cv-4752<br>• Ward, Lisa, 1:17-cv-3918<br>• Baker, Patricia, 1:17-cv-03910<br>• Dixon, Cindy, 1:19-cv-539 | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2592 |

Now come the Plaintiffs, Patricia Baker, Michelle Bouchard, Ralph Brandon, Rita Coleman, Charles Glenberg, Laurie Sides, Lyndia Terry, Lisa Ward, and Cindy Dixon, and each respectfully requests that this Honorable Court deny the Defendants' Motion to Dismiss Without Prejudice.

**A. The Eight Napoli Plaintiffs to whom the Case Categorization and Census Order Applies have Submitted their Categorization forms.**

Eight of the Nine Napoli Shkolnik Plaintiffs identified by Cook Medical, Inc., et al ("Cook") as "non-compliant" with this Court's November 21, 2018 Case Categorization and Census order (Dkt No. 9638), have, in fact, submitted their categorization forms. Those matters are:

| Ex. A No. | Client Name | Case No. |
|---|---|---|
| 29 | Baker, Patricia | 1:17-cv-03910 |
| 61 | Bouchard, Michelle | 1:17-cv-03912 |

1

| 71  | Brandon, Ralph     | 1:18-cv-02053 |
|-----|--------------------|---------------|
| 131 | Coleman, Rita      | 1:17-cv-00685 |
| 247 | Glenberg, Charles  | 1:18-cv-00053 |
| 607 | Sides, Laurie      | 1:17-cv-03916 |
| 665 | Terry, Lyndia[sic] | 1:17-cv-4752  |
| 695 | Ward, Lisa         | 1:17-cv-3918  |

Despite Cook's assertions otherwise, Categorization forms for *all* of these matters were submitted in a timely fashion on January 31, 2019. (*See* Email Submission of Categorization forms, dated January 31, 2019, **Exhibit A**). That Cook argues that these Plaintiffs submitted "*nothing*," as they put it, is simply incorrect. For the simple reason that these forms were submitted, this motion must be denied regarding these eight plaintiffs.

### B.  The One Napoli Plaintiff Who has not submitted a Categorization form was not Filed until Feb. 1, 2019

As several other Plaintiffs have indicated, Cook has also incorrectly identified a Napoli Shkolnik case that was not filed at the time the Categorization order was entered. Specifically, Cook points to Napoli Plaintiff Cindy Dixon (Case No. 19-cv-539, and Entry No. 186 to Def.'s Ex. A) as not in compliance with the categorization orders entered by the Court. But this is a misrepresentation of what actually occurred here, as Cindy Dixon was not a party to any suit against the Cook Defendants at the time of the entry of the Categorization Order or the Amended Order and concurrently should not be dismissed due to failure to comply with said orders.

On October 2, 2018, the Court entered its order on Defendants' Motion for Screening Order and Bellwether Plan (Dkt. No. 9322). On November 21, 2018, the Court entered the Order

Regarding Case Categorization and Census (Dkt No. 9638), which set the deadline for Plaintiffs to submit the categorization of their cases as December 22, 2018.

As of November 21, 2018, Plaintiff Cindy Dixon did not have a pending suit against Defendants in MDL 2592, and was not obligated to submit any case categorization documentation.

Neither the Categorization Order, nor the Amended Order required specifically required future plaintiffs to submit categorization documentation. Despite having only been in suit for 5 days at the time of this writing, Plaintiff will submit a Categorization Form for Plaintiff Dixon immediately.

WHEREFORE, Plaintiffs Patricia Baker, Michelle Bouchard, Ralph Brandon, Rita Coleman, Charles Glenberg, Laurie Sides, Lyndia Terry, Lisa Ward, and Cindy Dixon respectfully request that the Court deny Defendants Motion to dismiss their respective cases.

Dated:  February 6, 2019

NAPOLI SHKOLNIK PLLC

By: /s/*Nicholas Farnolo*
    Nicholas Farnolo (NF 6598)
    400 Broadhollow Road
    Melville, New York 11747
    (212) 397-1000
    *Attorneys for Plaintiffs*