# EXHIBIT A

# Nicholas Farnolo

| | |
|---|---|
| **From:** | Nicholas Farnolo |
| **Sent:** | Thursday, January 31, 2019 11:31 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com' |
| **Cc:** | 'plaintiffscoleadcounselmdl@gmail.com' |
| **Subject:** | MDL 2570: Napoli Shkolnik Categorization Forms |
| **Attachments:** | Charles Glenberg.pdf; Elmer Aker.pdf; Firgures, Rhonda.pdf; Gary Kent.pdf; Laurie Sides.pdf; Lisa Ward.pdf; Lori Lamb.pdf; Lydia Terry.pdf; Michelle Bouchard.pdf; Amy Fansler.pdf; ralph brandon.pdf; Ramona Lauderman.pdf; Renteria Janet.pdf; Patricia Baker.pdf; Rita Lynn Coleman.pdf; Susie Muller.pdf |

Counsel,

Please see attached the Napoli Shkolnik Categorization forms.