UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

1:18-cv-01433 Edwin and Terry Louk

### RESPONSE OF EDWIN AND TERRY LOUK TO DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

On November 21, 2018, the Court entered an order requiring Plaintiffs to complete and serve Categorization Forms to email addresses CookFilterMDL@FaegreBD.com and plaintiffscoleadcounselmdl@gmail.com.

Edwin Louk complied with that order on November 29, 2018 by serving a completed categorization form with corresponding medical records to the above email addresses. Plaintiff's sent the attached email with the attached Categorization Form attached to the email. Exhibit "A".

Defendants move to dismiss Edwin and Terry Louk's case on the bases that they "completely failed to comply with the Court's Categorization Order. However, as can be seen from the attached exhibit, Edwin Louk fully complied with the Court's Categorization Order. Therefore, the Court should deny the motion to dismiss Edwin and Terry Louk's case.

WHEREFORE, Plaintiff's move the Court to deny Defendant's Motion to Dismiss Edwin and Terry Louk's case.

Respectfully submitted,

RIEDERS, TRAVIS, HUMPHREY,
WATERS & DOHRMANN

/s/Clifford A. Rieders
Clifford A. Rieders, Esquire PA 20962
Attorney for Plaintiffs
161 West Third Street
Williamsport, PA 17701
P: 570.323.8711
crieders@riederstravis.com

# EXHIBIT "A"

## Debbie Bueno

**From:** Debbie Bueno
**Sent:** Thursday, November 29, 2018 9:04 AM
**To:** 'CookFilterMDL@FaegreBD.com'
**Subject:** Edwin Louk  18-cv-01433
**Attachments:** Edwin Louk  18-cv-01433.pdf

Counsel,

Pursuant to Parties Order regarding case categorization and censes, please find attached the categorization form along with supporting medical records for the above referenced plaintiff.

Thank you.

**Debbie S. Bueno, Paralegal | Rieders Travis Humphrey Waters & Dohrmann Law Firm**

www.riederstravis.com  | p: 570.323.8711 | f: 570.323.4192 | Williamsport, PA  17701

Email Confidentiality Notice: The information contained in this transmission is confidential, proprietary or privileged and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA). The message is intended for the sole use of the individual or entity to whom it is addressed.  If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited and may subject you to criminal or civil penalties.  If you received this transmission in error, please contact the sender immediately by replying to this email and delete the material from any computer system.  The information is subject to the attorney-client privilege and/or attorney work product.  Recipients should not file copies of this e-mail with publicly accessible records.

# Debbie Bueno

| | |
|---|---|
| **From:** | Debbie Bueno |
| **Sent:** | Thursday, November 29, 2018 9:07 AM |
| **To:** | 'plaintiffscoleadcounselmdl@gmail.com' |
| **Subject:** | Edwin Louk   18-cv-01433 |
| **Attachments:** | Edwin Louk   18-cv-01433.pdf |

Counsel,

Pursuant to Parties Order regarding case categorization and censes, please find attached the categorization form along with supporting medical records for the above referenced plaintiff.

Thank you.

**Debbie S. Bueno, Paralegal| Rieders Travis Humphrey Waters & Dohrmann Law Firm**

www.riederstravis.com  | p: 570.323.8711 | f: 570.323.4192| Williamsport, PA  17701

Email Confidentiality Notice: The information contained in this transmission is confidential, proprietary or privileged and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA). The message is intended for the sole use of the individual or entity to whom it is addressed.  If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited and may subject you to criminal or civil penalties.  If you received this transmission in error, please contact the sender immediately by replying to this email and delete the material from any computer system.  The information is subject to the attorney-client privilege and/or attorney work product.  Recipients should not file copies of this e-mail with publicly accessible records.

## Categorization Form

A. Plaintiff's Name: Edwin Louk

B. Plaintiff's Case Number: 18-cv-01433

C. Plaintiff's Counsel (Lead Firm Name): Rieders, Travis, Humphrey, Waters & Dohrmann

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: __X__

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: _____

   Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: _____

   Briefly describe claimed complication/outcome/injury: _____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: _____

   Briefly describe claimed complication/outcome/injury: _____

2

5. Failed Retrieval and Complicated Retrieval Cases [1] "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiffs Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:\_\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

6. Non—Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:\_\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:\_X\_\_  Circle all sub-categories that apply below:

   (a) IVC thrombotic occlusion — consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization — consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture — consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration — consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Case 1:14-ml-02570-RLY-TAB   Document 9258-6   Filed 07/19/18   Page 4 of 4 PageID #: 64917

(e) penetration or perforation — consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: 1/17/17 CT scan revealed 4 tines located outside IVC filter. Caval penetration of filter elements with one filter element approaching or into adjacent aortic wall.

(f) recurrent pulmonary embolism (PE) — consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: _____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: _____

(h) infection;

Briefly describe claim of symptomatic injury: _____

(i) bleeding;

Briefly describe claim of symptomatic injury: _____

(j) death; and

Briefly describe claim of symptomatic injury: _____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Clifford A. Rieders.

Plaintiff's Counsel's Firm: Rieders, Travis, Humphrey, Waters & Dohrmann

Plaintiff's Counsel's Signature: _____

J. Franklin Oaks Jr., D.O.,MHA,FACOS
SPS Vascular Surg IC
740 High St Suite 2001
Williamsport, PA 177013102
Phone: (570)321-2805 Fax: (570)321-2806


Susquehanna Health

APR 2 8 2017
4794

# History & Physical

| | |
|---|---|
| **Patient:** | Edwin Louk |
| **Date of Birth:** | 10/22/1959 |
| **Date:** | 01/17/2017 08:22 AM |
| **Visit Type:** | New Patient |
| **Account #:** | 554390 |
| **Soarian Enc#:** | 6090417178 |

**PRIMARY CARE PHYSICIAN:** James F Way

REASON FOR VISIT:
This 57 year old male presents for IVC filter (2008).

CHIEF COMPLAINT: IVC filter (2008)
HISTORY OF PRESENT ILLNESS:

1. IVC filter (2008)
Lives with wife in single story. Was in MVA in 2008 and had IVC filter placed after PE, (had fx pelvix,hip, bladder tear which was repaired) was in hospital 3 weeks, was sent home on lovenox for 2 weeks. In 2016 had episode of pancreatitits and was hospitalized (Sept), in Dec 2016 had R) partial nephrectomy for renal cancer, post op course had significant pain, elevated liver enyzemes, crestor was stopped, questioned another episode pancreatitits as amylase,lipase, etc was also elevated. During the surgery ? on IVC filter prugs protruding inferior vena cava. Has had multiple CT scan of ABD and pelvis. States that he has pain in left groin down to his knee that is constant (burning) states that pain does not worse or better, this has been present since surgery. States that he has chronic back pain since 2008 and has taken percocet since 2010 for back pain. States that he is taking the percocet more now than ever and for left groin/leg pain. He has been having episodes of being cold/hot

2. general
He has had no chest discomfort suggestive of ischemia. The patient denies orthopnea, PND, DOE, or edema. Mr. Louk has not had palpitations, syncope or near syncope. He denies claudication. There is no discoloration or ulceration of the lower extremities. He has had no TIA or stroke-like symptoms. The patient has no symptoms attributable to valvular heart disease.

CURRENT MEDICATIONS

| Medication | Sig Description |
|---|---|
| Dexilant 60 mg capsule, delayed release | take 1 capsule by oral route every day for 8 weeks |
| Percocet 10 mg-325 mg tablet | take 1 tablet by oral route every 4 hours as needed |

ALLERGIES/INTOLERANCES:

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

NoneNO KNOWN ALLERGIES
Louk, Edwin G. 554390 10/22/1959 01/17/2017 08:22 AM Page: 1/3

## REVIEW OF SYSTEMS

| System Reviewed | Review Result | Review Findings |
|---|---|---|
| GI | Neg | Constipation, Diarrhea, Hematochezia, Abdominal Mass |
| Const | Neg | Activity Change, Weakness, Weight Gain, Weight Loss |
| ENT | Neg | Hearing Loss, Change in Voice |
| Resp | Neg | Wheezing, Hemoptysis, Dyspnea |
| Card | Neg | Near Syncope, Chest Pain, Palpitation, Syncope, Chest Pressure |
| GU | Neg | Hematuria |
| Hemat | Neg | Easy Bleeding, Easy Bruising |
| Endo | Neg | Cold Intolerance, Heat Intolerance |
| Psych | Neg | Altered Mental Status |
| Eyes | Neg | Visual Changes, Transient Visual Loss, Double Vision |
| Neuro | Neg | Facial Droop, Fainting, Speech Changes, Slurred Speech, Paralysis, Dizziness, Seizures |
| M/S | Neg | Muscle Weakness, Back Pain |
| Vasc | Neg | Pain, Ulcer, Varicose Veins, Leg Swelling, Claudication, Edema |
| Derm | Neg | Hyperpigmentation, Blisters |
| Derm | Pos | Skin Sores, Folliculitis |

## VITAL SIGNS

### HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 8:48 AM | 5.0 | 9.00 | 175.26 | | | |

### WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 8:48 AM | 192.00 | | 87.090 | | | 28.35 | |

### BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 8:52 AM | 148/72 | sitting | left | arm | manual | adult |
| 8:48 AM | 154/70 | sitting | right | arm | manual | adult |

### TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min |
|---|---|---|---|---|---|---|
| 8:48 AM | | | | 68 | | 16 |

### MEASURED BY

| Time | Measured by |
|---|---|
| 8:52 AM | Leslie M. Swartz |
| 8:48 AM | Leslie M. Swartz |

## PHYSICAL EXAM:

| Exam | Findings | Details |
|---|---|---|
| Const | Neg | Level of Distress - Awake / Alert. Appearance - Well Developed, Age Appropriate, Good Hygiene. |
| Const | Pos | Nourishment - Overweight. |
| Eyes | Neg | Lids/External - Bilateral Normal. Conjunctiva - Bilateral Normal. Pupil - Bilateral Equal and Reactive to Light. |
| NMT | Neg | Oral Mucosa - Moist, No Cyanosis, No Pallor. Teeth and Gums - Normal. Palate and Uvula - Normal. |

Louk, Edwin G. 554390 10/22/1959 01/17/2017 08:22 AM Page: 2/3

| | | |
|---|---|---|
| Neck | Neg | Inspection - Normal. Palpation - Normal. Thyroid - No Masses. Neck ROM - Normal. |
| Neck | Pos | JVP - Less than 8. |
| Resp | Neg | Respirations - Nonlabored. Breath Sounds - Clear Throughout. Rales - Absent. Wheezes - Absent. |
| Resp | Note | No accessory muscule use is noted |
| Cardiac | Neg | Rhythm - Regular. Palpation - PMI Normal. Heart Sounds - S1 Normal, S2 Normal. Extra Sounds - None. Murmurs - None. |
| Vasc | Neg | Posterior Tibial - Bilateral Normal Pulse. Dorsalis Pedis - Bilateral Normal Pulse. |
| Vasc | Note | nails are normal, with hair noted on toes |
| Abd | Neg | Palpation - No Guarding. Bowel sounds - Present. |
| Skin | Neg | Venous Stasis Ulcer - Absent. Rashes - Absent. Psoriasis - Absent. |
| M/S | Neg | Gait - Normal. Able to Exercise - Yes. Amputation - None. |
| EXT | Neg | Clubbing - Absent. Cyanosis - Absent. Stasis Dermatitis - None. Varicosities - Absent. Discoloration - None. Ischemic Ulcers - Absent. Upper Extremity Edema - Absent. Lower Extremity Edema - Absent. |
| Neuro | Neg | Level of Consciousness - Alert. Hemiparesis - Absent. Weakness - None. Facial Droop - Absent. Aphasia - Absent. DTR - Bilateral Normal. Cranial Nerves - 2 - 12 Intact. |
| Psych | Neg | Orientation - Oriented to Time, Person, Place. Mood - Appropriate. |

## IMPRESSION AND PLAN

**01. Presence of IVC filter (Z95.828):** Reviewed CT, 4 tines are located outside the IVC filter. Retreivable could cause the filter to tear the IVC filter. The question is this a problem, does something need to be done. ABD pain workup discovered pancreatatis in Sept and renal cancer, his ABD pain is not related to IVC filter tines outside the IVC filter. Left groin and leg pain is not related to IVC filter. IVC filter is not causing liver enyzemes to be elevated. Discuss case with patners at next vascular conference, would consider possible referal to UPMC for retrieval after some surviellance. Benefit of removal needs to outweigh the risks. IVC filter need to be symptomatic, would need to be retrieved. CT ABD/Pelvis with and without IV contrast

**This encounter was documented by Jodi Huling RNBC as scribed under the direct supervision of Dr. Jay Oakes**

ORDERS:
   CT Abdomen, Uenh & Enh w/IV contrast
   BUN
   Creatinine (serum)

FINAL MEDICATION LIST

| Medication | Sig Description |
|---|---|
| Dexilant 60 mg capsule, delayed release | take 1 capsule by oral route every day for 8 weeks |
| Percocet 10 mg-325 mg tablet | take 1 tablet by oral route every 4 hours as needed |

J. Franklin Oaks Jr. D.O.,MHA,FACOS  01/17/2017

*Document generated by: Jay Oaks, DO 01/17/2017*

*Electronically signed by J. Franklin Oaks Jr. D.O.,MHA,FACOS on 01/17/2017 12:13 PM*

Louk, Edwin G.  554390  10/22/1959  01/17/2017  08:22 AM  Page: 3/3

CONFIDENTIAL



**PennState Health**
Milton S. Hershey Medical Center

Penn State Hershey Tel: (717) 531-8055
Milton S. Hershey Medical Center
Health Information Services, HU24
500 University Drive
P.O. Box 850
Hershey, PA 17033-0850

Patient Name: LOUK, EDWIN G
MRN: 2610026
Date of Birth: 10/22/1959
Patient Gender: Male

Visit Number: 27237421
Visit Type: Same Day Care
Patient Location: HMC 3MBO; 3312; 03

*Outpatient Letter*

RESULT STATUS:                                  Final
DOCUMENT SUBJECT:
ELECTRONICALLY SIGNED BY:            Lynch,MD,Frank C (10/13/2017 16:57 EDT)

October 13, 2017

**Name:** LOUK, EDWIN G
**HMC Number:** 2610026
**DOB:** 10/22/1959
**Date of Service:** 10/13/2017


J Franklin Oaks, Junior D.O.
SPS Vascular Surgery IC
740 High Street suite 2001
Williamsport, Pennsylvania 17701-3102.

Dear Dr. Oaks:

I had the pleasure of seeing your patient, Edwin Louk at Penn State Hershey Medical Center Interventional Radiology on October 13, 2017 for his removal of his IVC filter. As you know, the patient had a Cook Celect IVC filter placed in 2008 as part of his treatment for trauma. The patient's recent imaging suggested caval penetration of filter elements with one filter element approaching or into the adjacent aortic wall. The patient underwent removal of a Celect IVC filter using standard technique without event. There was a normal cavogram following the procedure. The patient was discharged to home following the procedure.

Thank you for the opportunity to participate in the care of Mr. Louk. Please do not hesitate to contact me if I can be further assistance in his care or in the care of any of your other patients.


Job #: 3775476

CONFIDENTIAL


**PennState Health**
Milton S. Hershey Medical Center

Patient Name: LOUK, EDWIN G                                             MRN 2610026

*Interventional Radiology Procedure*

RESULT STATUS:                                  Final
DOCUMENT SUBJECT:                               IR VENA CAVA FILTER REMOVAL
ELECTRONICALLY SIGNED BY:

**IR VENA CAVA FILTER REMOVAL**
PATIENT NAME: LOUK, EDWIN G
PATIENT MRN: 02610026
PATIENT DOB: 10/22/1959
EXAM DATE OF SERVICE: 10/13/2017
EXAM NUMBER: 11097541
ORDERING PHYSICIAN: LYNCH, FRANK

| | |
|---|---|
| **PROCEDURE(S):** | Caval Venogram, IVC |
| | Moderate Sedation, Physician Supervised |
| | Removal of Vena Cava Filter, Celect |
| | Ultrasound Guidance for Venipuncture |
| **HISTORY:** | 58-year-old male with a history of Trauma; IVC filter placed on or about 2008. Recent CT scan shows penetration of filter legs. The patient has had prior partial nephrectomy during which time a filter leg was visualized outside of the IVC. |
| **INDICATION:** | IVC Filter No Longer Needed |
| **PHYSICIANS:** | Frank Lynch, MD |
| | Steven Morales, MD |
| **SEDATION:** | Physician supervised intra-procedure moderate sedation was performed for 22 minutes using a trained independent observer who monitored the patient's level of sedation and physiologic status throughout the procedure. Pre-procedure and post-procedure sedation assessments were performed in accordance with institutional sedation policy and are documented separately in the medical record. |
| **MEDICATIONS:** | Fentanyl 100mcg |
| | Midazolam 3mg |
| **CONTRAST:** | Omnipaque 350 - 20 ml |
| **DOSIMETRY:** | Fluoroscopy Time: 1.80 min |
| | Cumulative Dose: 291 mGy |
| **SPECIMENS:** | None. |
| **ESTIMATED BLOOD LOSS:** | < 50 ml |
| **COMPLICATIONS:** | None. |

| Pre-procedure sign in: | Time out: | Post-procedure sign out: |
|---|---|---|
| | | |

CONFIDENTIAL



**PennState Health**
Milton S. Hershey Medical Center

Patient Name: LOUK, EDWIN G                                                                          MRN 2610026

### Interventional Radiology Procedure

| | | |
|---|---|---|
| Procedure confirmed with patient/records: Yes | Patient correctly identified: Yes | Diagnosis, procedure performed and specimens confirmed: Yes |
| Anesthesia provider confirms equipment available and checked (or N/A): Yes | Consents Signed: Yes | Post procedure recovery and management concerns discussed: Yes |
| Protocoled procedure equipment available: Yes | Procedure verified: Yes | |
| | Patient positioned correctly: Yes | |
| | Patient records available: Yes | |
| | Procedure equipment available: Yes | |
| | Site/side marking completed or N/A: Yes | |
| | Antibiotic(s) administered or N/A: Yes | |
| | Antiplatelet assessment or N/A: Yes | |
| Verified/digital signature: Frank Wisniewski, BSRN 10/13/2017 at 10:49:12 | Verified/digital signature: Christopher Walsh, RN 10/13/2017 at 11:04:08 | Verified/digital signature: Frank Lynch, MD 10/13/2017 at 11:21:51 |

**TECHNIQUE:** Following informed consent and verification of the correct patient identity and planned procedure, the right neck was sterilely prepped and draped. Fluoroscopic examination of the filter was performed in multiple obliquities. Puncture of the right internal jugular vein was performed using ultrasound guidance and a 4FR Micropuncture set. A 5FR berenstein catheter was introduced into the inferior vena cava below the filter over a Bentson wire. The catheter was injected and DSA imaging of the abdomen was performed as an inferior vena cavagram. A 10Fr Sheath was advanced into the IVC. A 15mm Snare was used to engage and remove the filter intact. Contrast was injected through the sheath and DSA imaging of the abdomen was performed as a follow-up cavagram to filter removal. The sheaths were removed and direct pressure was applied to the puncture site until hemostasis was achieved.

Date/Time Printed   12/6/2017 11:18 EST                                                                                    Page 20 of 70
Printed By:         Aungst, Alyssa N

CONFIDENTIAL



**PennState Health**
Milton S. Hershey Medical Center

Patient Name: LOUK, EDWIN G                                  MRN 2610026

*Interventional Radiology Procedure*

**FINDINGS:** Spot film imaging of the filter showed the filter in normal position without significant tilt. There was no evidence of thrombus in the IVC, IVC filter, or visualized proximal iliac veins on the initial IVC gram. There was mild deformity of one filter leg projecting to the patients right. As described above, the filter was removed intact without incident. The post filter removal cavagram demonstrated a normal IVC.

**INTERPRETATION:**

1. Uneventful removal of a Cook Celect IVC filter.

DICTATED: LYNCH, FRANK
REVIEWED AND SIGNED: LYNCH, FRANK
DATE DRAFTED: 10/13/2017 12:14 PM
DATE OF FINAL SIGNATURE: 10/13/2017 12:14 PM

**IR VENA CAVA FILTER REMOVAL**
http://PSHPACS/sub/sub1.aspx?acc=11087941_HNAMURL

CONFIDENTIAL

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, a copy of the foregoing RESPONSE OF EDWIN AND TERRY LOUK TO DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE PURUSANT TO THE COURT'S CASE CATEGORIZATION ORDER was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Clifford A. Rieders