# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

1:18-cv-01433 Edwin and Terry Louk

## ORDER DENYING MOTION TO DISMISS OF EDWIN AND TERRY LOUK TO DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE TO THE COURT'S CASE CATEGORIZATION ORDER

ON THIS DAY the Court considered Defendant's Motion to Dismiss Edwin and Terry Louk Without Prejudice Pursuant to the Court's Case Categorization Order. After considering said Motion and the Response of Edwin and Terry Louk thereto, the Court is of the opinion said Motion is not well-taken.

The Court therefore,

DENIES Defendant's Motion to Dismiss Edwin and Terry Louk Without Prejudice Pursuant to the Court's Case Categorization Order.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana