UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONYA BRAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:14-cv-6018-RLY-TAB |
| vs. ) | |
| ) | |
| COOK MEDICAL, LLC, COOK ) | |
| INCORPORATED, AND WILLIAM ) | |
| COOK EUROPE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PUNITIVE DAMAGES VERDICT FORM

1. Has the Plaintiff proven, by clear and convincing evidence, that punitive damages should be awarded against the Cook Defendants?

    Yes ____    No ✓

    If your answer to Question 1 is "yes," then go to Question 2. If your answer to Question 1 is "no," then the foreperson should sign and date this form.

2. What is the total amount of punitive damages, if any, that you find should be assessed against the Cook Defendants?

    $ _____

The Foreperson should sign and date this Verdict Form.

███████████████████████████     Dated: 2/05/19
Foreperson's Signature

1