IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | |
|---|---|---|
| 1:17-cv-02775 | 1:17-cv-03025 | 1:19-cv-00059 |
| 1:17-cv-02796 | 1:17-cv-03283 | 1:19-cv-00060 |
| 1:17-cv-02800 | 1:17-cv-03333 | 1:19-cv-00069 |
| 1:17-cv-02851 | 1:17-cv-03388 | 1:19-cv-00070 |
| 1:17-cv-02922 | 1:19-cv-00055 | 1:19-cv-00072 |
| 1:17-cv-02923 | 1:19-cv-00057 | 1:19-cv-00073 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   February 7, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson