IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This Document Relates to:

Tammy Bronson, Cause No. 1:17-cv-01781
Thomas R. Brouse, Jr., Cause No. 1:17-cv-02463
Thomas Brown, Jr., Cause No. 1:18-cv-00814
Nickolas Bruss, Cause No. 1:15-cv-00566
Carol Burgess, Cause No. 1:16-cv-00814
Megan & Joseph Chambers, Cause No. 1:16-cv-06031
Dana Lynn Conner, Cause No. 1:18-cv-02472
Jake Darnell, Cause No. 1:18-cv-02268
Thomas Jackson Dean, II, Cause No. 1:18-cv-00830
Michael Deo, Cause No. 1:18-cv-00828
Eileen May Dyer, Cause No. 1:18-cv-008817
Kourtney Harris (Rosalind Moore), Cause No. 1:14-cv-00736
Billy Hart, Cause No. 1:16-cv-02829
Jerome Hauer, Cause No. 1:17-cv-02977
Charles Hayes, II, Cause No. 1:16-cv-06042
Robert Hess, Cause No. 1:16-cv-03312
Jesse Higgins, Cause No. 1:16-cv-00728
Steve Allen James, Cause No. 1:16-cv-02253
Susan Mercer, Cause No. 1:17-cv-00256
Jennifer Moultrie, Cause No. 1:16-cv-00437
Barbara Nelson, Cause No. 1:15-cv-01754
Michael Penree, Cause No. 1:17-cv-01225
Perry-O'Farrow, Letitia and Jeriah, Cause No. 1:14-cv-06005
Jose Roiz, Cause No. 1:17-cv-00262
Larry Smith, Cause No. 1:18-cv-00838

_____

**RESPONSE TO THE COOK DEFENDANTS' MOTION TO DISMISS WITHOUT
PREJUDICE PURSUANT TO THE COURT'S
<u>CASE CATEGORIZATION ORDER</u>**

On November 21, 2018, the Court entered an order requiring Plaintiffs to categorize their cases, and complete and serve Categorization Forms to email addresses CookFilterMDL@Faegrebd.com and plaintiffscoleadcounselmdl@gmail.com before December 22, 2018.

On January 17, 2019, the Court entered an amended order advising that all Plaintiffs that have not complied with the Court's Categorization Orders by January 31, 2019, shall be dismissed without prejudice.

On February 5, 2019, Cook filed Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order and requested the dismissal of 736 cases based on the assertion each of these plaintiffs failed to comply with the Court's order.  Cook has erroneously included the following plaintiffs in its motion:

1) Tammy Bronson, Cause No. 1:17-cv-01781, served on January 7, 2019 (See Exhibit "A").
2) Thomas R. Brouse, Jr., Cause No. 1:17-cv-02463, served on January 7, 2019 (See Exhibit "A").
3) Thomas Brown, Jr., Cause No. 1:18-cv-00814, served on January 7, 2019 (See Exhibit "A").
4) Nickolas Bruss, Cause No. 1:15-cv-00566, served on January 7, 2019 (See Exhibit "A").
5) Carol Burgess, Cause No. 1:16-cv-00814, served on January 7, 2019 (See Exhibit "A").
6) Megan & Joseph Chambers, Cause No. 1:16-cv-06031, served on January 7, 2019 (See Exhibit "A").
7) Dana Lynn Conner, Cause No. 1:18-cv-02472, served on January 29, 2019 (See Exhibit "B").
8) Jake Darnell, Cause No. 1:18-cv-02268, served on January 7, 2019 (See Exhibit "A").
9) Thomas Jackson Dean, II, Cause No. 1:18-cv-00830, served on January 7, 2019 (See Exhibit "A").
10) Michael Deo, Cause No. 1:18-cv-00828, served on January 7, 2019 (See Exhibit "A").
11) Eileen May Dyer, Cause No. 1:18-cv-008817, served on January 7, 2019 (See Exhibit "A").
12) Kourtney Harris (Rosalind Moore), Cause No. 1:14-cv-00736, served on January 7, 2019 (See Exhibit "A").
13) Billy Hart, Cause No. 1:16-cv-02829, served on January 7, 2019 (See Exhibit "A").
14) Jerome Hauer, Cause No. 1:17-cv-02977, served on January 7, 2019 (See Exhibit "A").
15) Charles Hayes, II, Cause No. 1:16-cv-06042, served on January 7, 2019 (See Exhibit "A").

16) Robert Hess, Cause No. 1:16-cv-03312, served on January 7, 2019 (See Exhibit "A").
17) Jesse Higgins, Cause No. 1:16-cv-00728, served on January 7, 2019 (See Exhibit "A").
18) Steve Allen James, Cause No. 1:16-cv-02253, served on January 7, 2019 (See Exhibit "A").
19) Susan Mercer, Cause No. 1:17-cv-00256, served on January 7, 2019 (See Exhibit "A").
20) Jennifer Moultrie, Cause No. 1:16-cv-00437, served on January 7, 2019 (See Exhibit "A").
21) Barbara Nelson, Cause No. 1:15-cv-01754, served on January 7, 2019 (See Exhibit "A").
22) Michael Penree, Cause No. 1:17-cv-01225, served on January 7, 2019 (See Exhibit "A").
23) Perry-O'Farrow, Letitia and Jeriah, Cause No. 1:14-cv-06005, served on January 7, 2019 (See Exhibit "A").
24) Jose Roiz, Cause No. 1:17-cv-00262, served on January 7, 2019 (See Exhibit "A").
25) Larry Smith, Cause No. 1:18-cv-00838, served on January 7, 2019 (See Exhibit "A").

Each of these named plaintiffs served Cook with a completed categorization form and supporting medical documentation on January 7, 2019 or January 29, 2019.  (See Exhibits A & B, attached)

Cook's motion to dismiss the above listed causes of action is in error because each of these Plaintiffs timely provided the categorizations forms and medical records ordered by the Court. Therefore, the Court should deny the Cook Defendants' motion to dismiss the following Plaintiffs' cause of actions:

1. Tammy Bronson, Cause No. 1:17-cv-01781
2. Thomas R. Brouse, Jr., Cause No. 1:17-cv-02463
3. Thomas Brown, Jr., Cause No. 1:18-cv-00814
4. Nickolas Bruss, Cause No. 1:15-cv-00566
5. Carol Burgess, Cause No. 1:16-cv-00814
6. Megan & Joseph Chambers, Cause No. 1:16-cv-06031
7. Dana Lynn Conner, Cause No. 1:18-cv-02472
8. Jake Darnell, Cause No. 1:18-cv-02268
9. Thomas Jackson Dean, II, Cause No. 1:18-cv-00830
10. Michael Deo, Cause No. 1:18-cv-00828
11. Eileen May Dyer, Cause No. 1:18-cv-008817
12. Kourtney Harris (Rosalind Moore), Cause No. 1:14-cv-00736
13. Billy Hart, Cause No. 1:16-cv-02829
14. Jerome Hauer, Cause No. 1:17-cv-02977
15. Charles Hayes, II, Cause No. 1:16-cv-06042
16. Robert Hess, Cause No. 1:16-cv-03312
17. Jesse Higgins, Cause No. 1:16-cv-00728
18. Steve Allen James, Cause No. 1:16-cv-02253

    19. Susan Mercer, Cause No. 1:17-cv-00256
    20. Jennifer Moultrie, Cause No. 1:16-cv-00437
    21. Barbara Nelson, Cause No. 1:15-cv-01754
    22. Michael Penree, Cause No. 1:17-cv-01225
    23. Perry-O'Farrow, Letitia and Jeriah, Cause No. 1:14-cv-06005
    24. Jose Roiz, Cause No. 1:17-cv-00262
    25. Larry Smith, Cause No. 1:18-cv-00838

WHEREFORE, Plaintiffs move the Court to deny the Cook Defendants' Motion to Dismiss the claims of Tammy Bronson, Thomas Brouse, Jr., Thomas H. Brown, Jr., Nickolas Bruss, Carol Burgess, Megan and Joseph Chambers, Dana Lynn Conner, Jake Darnell, Thomas Jackson Dean, II, Michael Deo, Eileen Dyer, Billy Hart, Jr., Charles Hayes, II, Jerome Hauer, Kourtney Harris, Robert Hess, Jesse Higgins, Steve James, Susan Mercer, Jennifer Moultrie, Barbara Nelson, Michael Penree, Letitia and Jeriah Perry-O'Farrow, Jose Roiz, and Larry Smith .

Respectfully submitted this 7th day of February, 2019.

        /s/ *Ben C. Martin*
        Ben C. Martin
        THE LAW OFFICES OF BEN C. MARTIN
        3710 Rawlins Street, Suite 1230
        Dallas, TX  75219
        Telephone: (214) 761-6614
        Facsimile: (214) 744-7590
        bmartin@bencmartin.com

        *Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Ben C. Martin*
        Ben C. Martin