# EXHIBIT A

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Monday, January 7, 2019 9:11 PM |
| **To:** | cookfiltermdl@faegrebd.com |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Ben Martin; Tom Arbon; Timothy Bolton; Anthony Godfrey; Jason Voelke |
| **Subject:** | RE: Law Offices of Ben C. Martin (File No. 3) |

Dear Counsel:

Attached please find a dropbox link with additional Case Categorization Forms from the Law Offices of Ben C. Martin.

https://www.dropbox.com/sh/ewuxrqc315axmzg/AABkmM1jlYe2S-GS5JyL_TEra?dl=0

Per our agreement, we will be submitting additional Case Categorization Forms.

Thank you.


**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
for *Ben C. Martin and Tom Wm. Arbon*
Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
214/761-6614 (office)
214/744-7590 (fax)
cguerra@bencmartin.com

# Files

Dropbox > LAW OFFICES OF BEN ...3 (CCF)

🧳 Try Dropbox Business

🔍 📁 Search  🔔  😊

**My files**

Sharing

File requests

Deleted files

| Name ↑ | Modified ▼ | Members ▼ | ≡ ▼ |
|---|---|---|---|
| 📄 Bronson, Tammy_CCF.pdf | 1/7/2019 5:56 pm | Only you | ⋯ |
| 📄 Brouse, Thomas, Jr_CCF.pdf | 1/7/2019 8:26 pm | Only you | ⋯ |
| 📄 Brown, Thomas_CCF.pdf | 1/7/2019 8:35 pm | Only you | ⋯ |
| 📄 Bruss, Nickolas_CCF.pdf | 1/7/2019 8:41 pm | Only you | ⋯ |
| 📄 Burgess, Carol_CCF.pdf | 1/7/2019 8:50 pm | Only you | ⋯ |
| 📄 Bustamante, Diane_CCF.pdf | 1/7/2019 8:54 pm | Only you | ⋯ |
| 📄 Chambers, Megan_CCF.pdf | 1/7/2019 9:00 pm | Only you | ⋯ |
| 📄 Daria, Sandra_CCF.pdf | 1/7/2019 8:04 pm | Only you | ⋯ |
| 📄 Darnell, Jake_CCF.pdf | 1/7/2019 8:03 pm | Only you | ⋯ |

**Share folder**

🔗 CG

📤 Upload files
📁 Upload folder
📂 New folder
➕ Create new file
👁 Show deleted files

Personal
Only you

⋯ Privacy ❓

Do more with your files today. Sign, fax, edit, and more. **Show me how**

**Files**

My files
Sharing
File requests
Deleted files

Personal
Only you

Try Dropbox Business

Dropbox > LAW OFFICES OF BEN ...3 (CCF)

Search

| Name ↑ | Modified ▼ | Members ▼ | |
|---|---|---|---|
| Dean, Thomas Jackson_CCF.pdf | 1/7/2019 8:04 pm | Only you | ... |
| Deo, Michael_CCF.pdf | 1/7/2019 8:04 pm | Only you | ... |
| Dyer, Eileen_CCF.pdf | 1/7/2019 8:03 pm | Only you | ... |
| Harris, James_CCF.pdf | 1/7/2019 8:03 pm | Only you | ... |
| Harris, Kourtney_CCF.pdf | 1/7/2019 8:04 pm | Only you | ... |
| Hart, Billy_CCF.pdf | 1/7/2019 8:03 pm | Only you | ... |
| Hauer, Jerome_CCF.pdf | 1/7/2019 8:04 pm | Only you | ... |
| Hayes, Charles_CCF.pdf | 1/7/2019 8:03 pm | Only you | ... |
| Hess, Robert_CCF.pdf | 1/7/2019 8:04 pm | Only you | ... |

Share folder

Upload files
Upload folder
New folder
Create new file
Show deleted files

... Privacy ?



**Files**

My files
Sharing
File requests
Deleted files

Do more with your files today. Sign, fax, edit, and more. **Show me how**



Dropbox > LAW OFFICES OF BEN ...3 (CCF)

🔍 Search

 Try Dropbox Business

| Name ↑ | Modified | Members |
|---|---|---|
| Higgins, Jesse_CCF.pdf | 1/7/2019 8:04 pm | Only you |
| James, Steve Allan_CCF.pdf | 1/7/2019 8:04 pm | Only you |
| Mercer, Susan_CCF.pdf | 1/7/2019 8:04 pm | Only you |
| Metro, Daniel_CCF.pdf | 1/7/2019 8:03 pm | Only you |
| Moultrie, Jennifer_CCF.pdf | 1/7/2019 8:03 pm | Only you |
| Nelson, Barbara_CCF.pdf | 1/7/2019 8:03 pm | Only you |
| Penree, Michael_CCF.pdf | 1/7/2019 5:39 pm | Only you |
| Perry-O'Farrow, Letitia_CCF.pdf | 1/7/2019 5:40 pm | Only you |
| Roiz, Jose_CCF.pdf | 1/7/2019 8:04 pm | Only you |

**Share folder**

🔗 CG

Upload files
Upload folder
New folder
Create new file
Show deleted files

**Personal**
Only you

Privacy ?



Do more with your files today. Sign, fax, ✕

Files

**My files**
Sharing
File requests
Deleted files

🗂️ Try Dropbox Business

Dropbox > LAW OFFICES OF BEN ...3 (CCF)

🔍 📁 Search 🔔 

| Name ↑ | Modified ▼ | Members ▼ | ☰ ▼ |
|---|---|---|---|
| 📄 James, Steve Allan_CCF.pdf | 1/7/2019 8:04 pm | Only you | ⋯ |
| 📄 Mercer, Susan_CCF.pdf | 1/7/2019 8:04 pm | Only you | ⋯ |
| 📄 Metro, Daniel_CCF.pdf | 1/7/2019 8:03 pm | Only you | ⋯ |
| 📄 Moultrie, Jennifer_CCF.pdf | 1/7/2019 8:03 pm | Only you | ⋯ |
| 📄 Nelson, Barbara_CCF.pdf | 1/7/2019 8:03 pm | Only you | ⋯ |
| 📄 Penree, Michael_CCF.pdf | 1/7/2019 5:39 pm | Only you | ⋯ |
| 📄 Perry-O'Farrow, Letitia_CCF.pdf | 1/7/2019 5:40 pm | Only you | ⋯ |
| 📄 Roiz, Jose_CCF.pdf | 1/7/2019 8:04 pm | Only you | ⋯ |
| 📄 Smith, Larry Lee_CCF.pdf | 1/7/2019 5:40 pm | Only you | ⋯ |

**Share folder**

🔗 CG

🔼 Upload files
📁 Upload folder
📂 New folder
➕ Create new file
👁 Show deleted files

**Personal**
Only you


⋯ Privacy