# EXHIBIT B

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Tuesday, January 29, 2019 2:49 AM |
| **To:** | cookfiltermdl@faegrebd.com |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Ben Martin; Tom Arbon; Timothy Bolton; Anthony Godfrey; Jason Voelke |
| **Subject:** | RE: Law Offices of Ben C. Martin (File No. 7) |

Dear Counsel:

Attached please find a dropbox link with additional Case Categorization Forms from the Law Offices of Ben C. Martin.

https://www.dropbox.com/sh/0zv3oj1s3efoc3f/AAA5w_VwDZUx-V7yPLy3Vkora?dl=0

Thank you.


**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
for *Ben C. Martin and Tom Wm. Arbon*
Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
214/761-6614 (office)
214/744-7590 (fax)
cguerra@bencmartin.com

Do more with your files today. Sign, fax, edit, and more.    Show me how

Try Dropbox Business

Files

Dropbox > LAW OFFICES OF BEN ...7 (C    Search

My files
Sharing
File requests
Deleted files

Name

Clark, Cynthia_CCF.pdf
Cole, Jeanne_CCF.pdf
Colon, Luis_CCF.pdf
Comley, Heidi Ann_CCF.pdf
Conner, Dana Lynn_CCF.pdf
Craig, Caitlin_CCF.pdf
Crehen, Judith_CCF.pdf
Cutlip, Jeffrey Darren_CCF.pdf
Rahe, Peggy_CCF.pdf
Rambo, Richard_CCF.pdf
Ramsey, Theresa_CCF.pdf
Rappleye, George_CCF.pdf

Personal
Only you

Privacy

https://www.dropbox.com/home/LAW%20OFFICES%20OF%20BEN%20C.%20MARTIN%20-%20FILE%20NO.%207%20(CCF)   1/1