IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates to the following cases:

Tammy Bronson, Cause No. 1:17-cv-01781
Thomas R. Brouse, Jr., Cause No. 1:17-cv-02463
Thomas Brown, Jr., Cause No. 1:18-cv-00814
Nickolas Bruss, Cause No. 1:15-cv-00566
Carol Burgess, Cause No. 1:16-cv-00814
Megan & Joseph Chambers, Cause No. 1:16-cv-06031
Dana Lynn Conner, Cause No. 1:18-cv-02472
Jake Darnell, Cause No. 1:18-cv-02268
Thomas Jackson Dean, II, Cause No. 1:18-cv-00830
Michael Deo, Cause No. 1:18-cv-00828
Eileen May Dyer, Cause No. 1:18-cv-008817
Kourtney Harris (Rosalind Moore), Cause No. 1:14-cv-00736
Billy Hart, Cause No. 1:16-cv-02829
Jerome Hauer, Cause No. 1:17-cv-02977
Charles Hayes, II, Cause No. 1:16-cv-06042
Robert Hess, Cause No. 1:16-cv-03312
Jesse Higgins, Cause No. 1:16-cv-00728
Steve Allen James, Cause No. 1:16-cv-02253
Susan Mercer, Cause No. 1:17-cv-00256
Jennifer Moultrie, Cause No. 1:16-cv-00437
Barbara Nelson, Cause No. 1:15-cv-01754
Michael Penree, Cause No. 1:17-cv-01225
Perry-O'Farrow, Letitia and Jeriah, Cause No. 1:14-cv-06005
Jose Roiz, Cause No. 1:17-cv-00262
Larry Smith, Cause No. 1:18-cv-00838

**ORDER DENYING THE COOK DEFENDANTS' MOTION TO DISMISS WITHOUT
PREJUDICE PURSUANT TO THE COURT'S
<u>CASE CATEGORIZATION ORDER</u>**

ON THIS DAY the Court considered Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order. After considering said motion and the response of the above-cause number Plaintiffs, the Court is of the opinion that Defendants' motion to dismiss is denied.

The Court therefore,

DENIES Defendants' Motion to Dismiss Without Prejudice the claims of:

Tammy Bronson, Cause No. 1:17-cv-01781
Thomas R. Brouse, Jr., Cause No. 1:17-cv-02463
Thomas Brown, Jr., Cause No. 1:18-cv-00814
Nickolas Bruss, Cause No. 1:15-cv-00566
Carol Burgess, Cause No. 1:16-cv-00814
Megan & Joseph Chambers, Cause No. 1:16-cv-06031
Dana Lynn Conner, Cause No. 1:18-cv-02472
Jake Darnell, Cause No. 1:18-cv-02268
Thomas Jackson Dean, II, Cause No. 1:18-cv-00830
Michael Deo, Cause No. 1:18-cv-00828
Eileen May Dyer, Cause No. 1:18-cv-008817
Kourtney Harris (Rosalind Moore), Cause No. 1:14-cv-00736
Billy Hart, Cause No. 1:16-cv-02829
Jerome Hauer, Cause No. 1:17-cv-02977
Charles Hayes, II, Cause No. 1:16-cv-06042
Robert Hess, Cause No. 1:16-cv-03312
Jesse Higgins, Cause No. 1:16-cv-00728
Steve Allen James, Cause No. 1:16-cv-02253
Susan Mercer, Cause No. 1:17-cv-00256
Jennifer Moultrie, Cause No. 1:16-cv-00437
Barbara Nelson, Cause No. 1:15-cv-01754
Michael Penree, Cause No. 1:17-cv-01225
Perry-O'Farrow, Letitia and Jeriah, Cause No. 1:14-cv-06005
Jose Roiz, Cause No. 1:17-cv-00262
Larry Smith, Cause No. 1:18-cv-00838

SO ORDERED this _____ day of _____, 2019.

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana