UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE:  COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

---

This Document Relates Only to the Following Case:

1:15-cv-06023  Larry and Brenda Johnson

---

### RESPONSE OF LARRY AND BRENDA JOHNSON TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CATEGORIZATION ORDER

On November 21, 2018, the Court entered an order requiring Plaintiffs to complete and serve Categorization Forms to email addresses CookFileterMDL@FaegreBD.com and plaintiffscoleadcounselmdl@gmail.com.

Larry and Brenda Johnson complied with that order on December 17, 2018, by serving a completed Categorization Form with corresponding medical records to the above email addresses.  Plaintiffs sent the attached email with the Categorization Form attached to the email. See **Exhibit 1**.

The case number on the Categorization Form is the case number that was assigned to the case upon filing of the Complaint (2:15-cv-10645).  A copy of the filed Complaint is attached as **Exhibit 2**.

Defendants move to dismiss Larry and Brenda Johnson's case on the basis that they "completely failed to comply with the Court's Categorization Order."  However, as can be seen

from the attached exhibits, Larry and Brenda Johnson fully complied with the Court's

Categorization Order.  Therefore, the Court should deny the motion to dismiss Case No. 1:15-cv-

06023 regarding Larry and Brenda Johnson.

WHEREFORE, Plaintiffs Larry and Brenda Johnson move the Court to deny

Defendants' Motion to Dismiss Case No. 1:15-cv-06023.


MUELLER LAW FIRM


/s/ *Wolfgang Mueller*
WOLFGANG MUELLER (P43728)
Attorney for Plaintiffs Larry and Brenda Johnson
34405 W. Twelve Mile Rd., Ste. 200A
Farmington Hills, MI  48331
(248) 489-9653
wolf@wolfmuellerlaw.com

Dated:  February 7, 2019


---

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/7/19, I electronically filed the foregoing Response to Motion to Dismiss with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record,

s/Wolfgang Mueller
MUELLER LAW FIRM
34405 W. Twelve Mile Rd., Ste. 200A
Farmington Hills, MI 48331
248-489-9653
wolf@wolfmuellerlaw.com
(P43728)

---