UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates Only to the Following Case:

1:15-cv-06023  Larry and Brenda Johnson

---

# EXHIBIT 1
Email, Case Categorization Form,
and attached medicals

## Jeanne Shatter

| | |
|---|---|
| **From:** | Jeanne Shatter |
| **Sent:** | Monday, December 17, 2018 5:52 PM |
| **To:** | 'cookfilterMDL@faegrebd.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Wolfgang Mueller; Brittany Velick |
| **Subject:** | Case Categorization Submission - 14-ml-2570 |
| **Attachments:** | Case Categorization Sub 12-17-18 w attach.pdf |

Please see attached the submission on behalf of Larry Johnson, Case No. 15-10645.

Thank you.

Jeanne Shatter
Legal Assistant
Mueller Law Firm
34405 West Twelve Mile, Suite 200A
Farmington Hills, MI 48331
(248) 489-9653 (ph)
(248) 489-9655 (fax)
jeanne@wolfmuellerlaw.com

Case 1:14-ml-02570-RLY-TAB   Document 10091-1   Filed 02/07/19   Page 3 of 11 PageID #:
67914
Case 1:14-ml-02570-RLY-TAB   Document 9600-1   Filed 11/12/18   Page 1 of 4 PageID #:
64822

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

## Categorization Form

A. Plaintiff's Name: Larry Johnson

B. Plaintiff's Case Number: 15-10645

C. Plaintiff's Counsel (Lead Firm Name): Law Offices of Ben C. Martin

D. Categorization (check only one and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:____

   Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:____

   Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4:____

   Briefly describe claimed complication/outcome/injury:_____

2

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: __X__

   Briefly describe claimed complication/outcome/injury: _See the attached description and medical record excerpts._

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ____

   Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: __X__. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   **(c)** filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury: _See the attached description and medical record excerpts._

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

3

Case 1:14-ml-02570-RLY-TAB   Document 10091-1   Filed 02/07/19   Page 6 of 11 PageID #:
67917
Case 1:14-ml-02570-RLY-TAB   Document 9600-1   Filed 11/12/18   Page 4 of 4 PageID #:
64825

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Wolfgang Mueller

Plaintiff's Counsel's Firm: Mueller Law Firm

Plaintiff's Counsel's Signature: _____

## SUMMARY – LARRY JOHNSON v COOK MEDICAL

**CASE FILED:** 2-20-15

**PRODUCT:** COOK IVC Filter

**TYPE OF CASE:** <mark>FRACTURE REQUIRING OPEN HEART SURGERY</mark>

On October 22, 2010, Plaintiff, Larry Johnson, underwent knee surgery at Genesys Health Park in Grand Blanc, Michigan. In order to prevent blood clots from reaching his lungs, a Cook Filter was inserted in his vena cava.

On November 11, 2014, Plaintiff began experiencing sharp pains in his chest and back.

On November 13, 2014, Plaintiff was seen by his primary care physician, who immediately had Plaintiff transported, via ambulance, to Hurley Hospital in Flint, Michigan. A CT scan was run at Hurley. Plaintiff was subsequently discharged home on November 14, 2014.

On November 16, 2014, while traveling home from the Soaring Eagle Casino in Mt. Pleasant, Michigan, Plaintiff again began experiencing sharp pains in his chest. He lost consciousness while in his car and ran off the road. He was discovered by a passerby and was rushed to Mid-Michigan Hospital in Midland, Michigan. On the way, Plaintiff experienced ventilator dependent respiratory failure.

While at Mid-Michigan Hospital, Plaintiff underwent three emergency heart surgeries. Plaintiff underwent an emergency pericardiocentesis. The pericardium was opened and 350 mL of blood was evacuated.

Following the first procedure, however, Plaintiff continued to bleed at up to 200 mL per hour, and his blood pressure got severely low, requiring CPR. Plaintiff was again

rushed to the emergency room, where the pericardium was again incised, resulting in a large amount of blood and a blood clot being expressed.  *"During exploration of the pericardium, a sharp object was palpated in the diaphragmatic surface of the pericardium. Upon further inspection, a filamentous wire was seen to project from the diaphragm and with each heartbeat lacerated the heart at the confluence of the left ventricle and right ventricular apices.  There an epicardial coronary vessel was bleeding which was sutured with a pledgeted Prolene."* (See surgical report attached.)

**NOTE:**  The surgeon got nicked by the fractured piece of the filter as he was doing the operation.



**MidMichigan Health**
UNIVERSITY OF MICHIGAN HEALTH SYSTEM

4011 Orchard Drive Suite 3004
Cardio-Thoracic Surgery - Midland
MidMichigan Physicians Group
Midland, MI 48670
(989) 488-5410

LARRY JOHNSON
10370 CIRCLE J CT
FENTON, MI 48430

Date: Dec 10 2014
Encounter Date: Nov 16 2014 12:00AM
EMRN: 893402

DATE OF ADMISSION: 11/16/2014   DATE OF DISCHARGE: 11/21/2014
PRIM CARE PHYS:

NAME: JOHNSON, LARRY

DATE OF ADMISSION: 11/16/2014   DATE OF DISCHARGE: 11/21/2014
PRIM CARE PHYS:

NAME: JOHNSON, LARRY

ADMITTING DIAGNOSIS:
1. Status post motor vehicle accident.
2. Cardiac tamponade.
3. History of pulmonary embolism x2, on Coumadin.
4. Diabetes.
5. Hyperlipidemia.
6. Hypertension.
7. GERD.
8. Diverticulosis.
9. Barrett's esophagus.
10. Vent dependent respiratory failure.
11. Cardiogenic shock.

DISCHARGE DIAGNOSIS:
1. Status post motor vehicle accident.
2. Cardiac tamponade.
3. History of pulmonary embolism x2, on Coumadin.
4. Diabetes.
5. Hyperlipidemia.
6. Hypertension.
7. GERD.
8. Diverticulosis.
9. Barrett's esophagus.
10. Vent dependent respiratory failure.
11. Cardiogenic shock.
12. Status post emergent pericardiocentesis, emergent pericardial window.
13. Status post exposure of the wound in the intensive care unit and then sternotomy and extraction of foreign body.

Patient: LARRY JOHNSON
Date of Birth: 09/12/1947

14. VAC drainage placement.
15. A-fib, RVR.

OPERATIONS AND PROCEDURES:
1. Pericardiocentesis and pericardial window with resulting closure in the operating room.
2. Re-exposure of wound in the intensive care unit and then transport to the operating room for sternotomy and extraction of foreign body.
3. Removal of soft tissue sutures and VAC drainage placement.

HOSPITAL COURSE: The patient was admitted on 11/16/2014 after suffering a motor vehicle accident. EMS was dispatched and they found the patient wondering about in the woods somewhat disoriented. Upon arrival to the emergency department he became more alert and started to complain of chest pain. He was taken emergently to the cath lab where he underwent cardiac catheterization; however, was found to have clean coronaries. He therefore was transferred back to the emergency department for further evaluation. There he became extremely hypotensive with a blood pressure in the 60s as well as an unmeasurable O2 sat becoming cyanotic, at which point he was intubated and Dr. Jones was called for tamponade. Dr. Jones arrived in the emergency room and performed an emergency pericardiocentesis; however, no blood was evacuated. He therefore made a subxiphoid incision and opened the pericardium and expressed 350 mL of blood. The patient was then taken to the operating room for closure of the soft tissue.
The patient was stabilized immediately following evacuation of that fluid. Throughout that evening afterwards he continued to bleed up to 200 mL an hour despite reversal of anticoagulation at one point, his blood pressure got severely low and required CPR. At the bedside, the wound was reopened and additional blood was expressed easily, once again a good blood pressure. He was taken rapidly to the operating room where a median sternotomy incision was done as quickly as possible and the pericardium was incised, a large amount of blood and blood clot was expressed. During exploration of the pericardium a sharp object was palpated in the diaphragmatic surface of the pericardium. Upon further inspection a filamentous wire was seen to project from the diaphragm and with each heartbeat lacerated the heart at the confluence of the left ventricle and right ventricular apices. There an epicardial coronary vessel was bleeding which was sutured with a pledgeted Prolene. The patient was copiously irrigated and the chest was once again closed. The following day, the patient was brought back to the operating room for purposes of opening the median sternotomy incision so as to prevent soft tissue infection and perhaps worse as he had had a nonsterile entry into his chest, x2. He tolerated both of these procedures well and was transferred to the intensive care unit without incident. He was able to be extubated on the afternoon of that operative day. The following morning, he was progressed to day 1 activities. We did speak to interventional radiologist about removing his IVC filter from which the wire had protruded and it was felt that that could not be removed as it was already embedded. He did have some atrial fib, RVR for which he received amiodarone bolus as well as drip. He was then started on the oral amiodarone at 400 mg b.i.d. Unfortunately, he had terrible nausea with this and his amiodarone was cut back

Patient: LARRY JOHNSON
Date of Birth: 09/12/1947

to 200 b.i.d. His blood sugars were elevated. Hemoglobin A1c was obtained which was 6.4. He was started on Lantus 10 units at bedtime and his glipizide was cut back to twice a day from 4 times a day. On postoperative day #4, the day of his discharge, his wound VAC has been changed per Terry the wound nurse. The tissue was healthy, clean and dry, there was no purulent drainage. There is
good pink granulation tissue at the site of the VAC. His INR is subtherapeutic but he will continue on his home Coumadin schedule and he will have our home healthcare nurses draw his PT INRs for this first 4 weeks.

DISCHARGE MEDICATIONS: Include amiodarone 200 mg twice daily, vitamin C 500 mg twice daily, aspirin 81 mg daily, Lipitor 10 mg daily, Colace 100 mg twice daily, ferrous sulfate 325 mg 3 times daily, glipizide 10 mg twice daily, Lantus
10 units at bedtime. He is on Januvia and metformin 1000 mg twice daily, Lopressor 50 mg twice daily, omeprazole and Coumadin daily as directed.

FOLLOWUP: The patient will follow up with the VA Hospital in 1 to 2 weeks, with
Dr. Jones in 4 weeks. He will see Terry the wound nurse in conjunction with our
office next Wednesday for a VAC check.

*SIGNATURE*

Beth A. Sheridan, APRN,BC
Electronically Authenticated By
Robert N. Jones, MD 11/25/2014 06:10 P

cc:   Robert N. Jones, MD
      Beth A. Sheridan, APRN,BC
*VAMC
#END#