UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE:  COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates Only to the Following Case:

1:15-cv-06023  Larry and Brenda Johnson

---

# EXHIBIT 3
Proposed Order Denying Defendants' Motion to Dismiss Larry and
Brenda Johnson's Complaint Without Prejudice Pursuant
to the Court's Case Categorization Order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE:  COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates Only to the Following Case:

1:15-cv-06023  Larry and Brenda Johnson

---

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS LARRY AND
BRENDA JOHNSON'S COMPLAINT WITHOUT PREJUDICE PURSUANT
TO THE COURT'S CASE CATEGORIZATION ORDER**

This Honorable Court, having considered Defendants' Motion to Dismiss Without

Prejudice Pursuant to the Court's Categorization Order, and having reviewed the Response of

Larry and Brenda Johnson to Defendants' Motion to Dismiss, does;

**ORDER THAT** Defendants' Motion to Dismiss Larry and Brenda Johnson's Complaint

is hereby **denied.**

Signed: _____, 2019

_____
The Honorable Richard L. Young
United States District Court
Southern District of Indiana