UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>• Janet Lynn Hess, 1:17-cv-02411 | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2592 |

Now comes Plaintiff, Janet Lynn Hess, by and through the undersigned counsel, and respectfully requests that this Honorable Court deny the Defendants' Motion to Dismiss Without Prejudice.

**A. Plaintiff Janet Lynn Hess, with whom the Case Categorization and Census Order Applies, has Submitted Her Categorization form and supporting medical records.**

Plaintiff Janet Lynn Hess was identified by Cook Medical, Inc., et al ("Cook") as "non-compliant" with this Court's November 21, 2018 Case Categorization and Census order (Dkt No. 9638) in their Exhibit A, specifically No. 300, Hess, Janet Lynn Case No. 1:17-cv-02411. Plaintiff Janet Lynn Hess has in fact timely submitted her categorization form.

Despite Cook's assertions otherwise, a Categorization form for Plaintiff Janet Lynn Hess was timely submitted in this matter on December 21, 2018 at 9:11am. (See Email Submission of Categorization form, dated December 21, 2018, Exhibit A). That Cook argues that Plaintiff submitted "nothing," is simply incorrect. For the simple reason that the Categorization form was timely submitted, Defendant's motion must be denied as it pertains to Plaintiff Janet Lynn Hess.

1

WHEREFORE, Plaintiff Janet Lynn Hess respectfully request that the Court deny Defendant's Motion to dismiss civil matter 1:17-cv-02411 filed on behalf of Janet Lynn Hess.

Dated: February 6, 2019

O'Connor, Acciani & Levy LPA

/s/ Barry D. Levy
Barry D. Levy (OH Reg 0018986)
600 Vine Street, Suite 1600
Cincinnati, OH 45202
Telephone: 513-241-7111
ATTORNEY FOR PLAINTIFF JANET LYNN HESS

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, a copy of the foregoing *Response to Defendants' Motion to Dismiss Without Prejudice Pursuant to The Court's Case Categorization Order* was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's docketing system.

/s/Barry D. Levy
Barry D. Levy (OH Reg 0018986)
Attorney for Plaintiff Janet Lynn Hess