# EXHIBIT A

# Crissy A. Stiles

| | |
|---|---|
| **From:** | Crissy A. Stiles |
| **Sent:** | Friday, December 21, 2018 9:11 AM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | COOK MDL [Filevine Project] (insertnameCOOKIVCMDLZ2114608@projects.filevine.com); 'JanetLHessIVCCookZ2131165@projects.filevine.com' |
| **Subject:** | Plaintiff Janet Hess, Civil matter 1:17-cv-02411 |
| **Attachments:** | Janet Hess-6. Mercy Health 12-2-16 CT.PDF; Janet Hess-0. Categorization Form.pdf; Janet Hess-6. Dr. Brown's opinion 12-2-16 CT scan.pdf |

Attached please find Plaintiff Janet Hess' *Categorization Form* with supporting specific medical evidence for the Cook IVC MDL.

*Cristina A. Stiles,* Paralegal
**O'CONNOR, ACCIANI & LEVY LPA**
600 Vine Street, Suite 1600
Cincinati, OH 45202
Direct Dial: 513-842-1938
Direct Fax:  513-768-4414
Email: cas@oal-law.com