UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>• Janet Lynn Hess, 1:17-cv-02411 | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2592 |

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE, PLAINTIFF JANET LYNN HESS, CIVIL CASE NO. 1:17-cv-02411

The Court, having considered Defendants' Motion to Dismiss Without Prejudice (Dkt 10063) filed on February 5, 2109, hereby Order's that Defendants' Motion is hereby **DENIED** as it **specifically pertains to Plaintiff Janet Lynn Hess, Civil Case No. 1:17-cv-02411.** The Court finds that Plaintiff Janet Lynn Hess timely submitted her Categorization Form on December 21, 2018.

SO ORDERED.

_____
USDC JUDGE