UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION              MDL NO. 2570

_____

This Document Relates Only to the Following Case:

1:16-cv-06051-RLY-TAB WYONAL STEWART

_____

### PLAINTIFF  WYONAL STEWART'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

COMES NOW Plaintiff WYONAL STEWART by and through counsel and files this Response to the Motion to Dismiss filed by Defendants on February 5, 2019, and would respectfully show the Court the following:

I.

Counsel for Plaintiff received the Defendants' Motion to Dismiss without Prejudice on February 5, 2019.

Upon receipt of Defendant's Motion to Dismiss without Prejudice, the Plaintiff's Counsel immediately filed the Categorization forms and emailed them to the Defendants on February 6, 2019.  Plaintiff has filed a Plaintiff Profile Sheet and has done everything to comply with the prior case management orders.  The Defendants have now received the Categorization Form and have suffered no prejudice by receiving it within 4 business days of the Court's Categorization Order. To dismiss this case even without prejudice would place an undue burden on the Plaintiff.

Plaintiff's counsel did not intentionally refuse to respond to the Court's Case Management Order and upon becoming aware of this Order immediately complied.

The Plaintiff, Wyonal Stewart, has complied with the Categorization Order and the Court should deny the Motion to Dismiss.

WHEREFORE, PLAINTIFF moves that the Court deny Defendants' Motion to Dismiss the above-captioned case.

DATED:  February 7, 2018

                              Respectfully submitted,

                              /s/ *Kathryn Snapka*
                              **Kathryn Snapka**
                              **Attorney-in-Charge for Plaintiff**
                              State Bar No. 18781200
                              Federal ID No. 1617
                              THE SNAPKA LAW FIRM
                              606 N. Carancahua, Suite 1511
                              P.O. Box 23017
                              Corpus Christi, Texas 78403
                              Telephone:  361-888-7676
                              Facsimile:  361-884-8545
                              Email:  ksnapka@snapkalaw.com

*Of Counsel*:

**Craig D. Henderson**
State Bar No. 00784248
Federal ID No. 5532
chenderson@snapkalaw.com
**Jack E. Urquhart**
State Bar No. 20415600
Federal ID No. 2082
juquhart@snapkalaw.com

THE SNAPKA LAW FIRM
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, Texas 78403
Telephone:  361-888-7676
Facsimile:  361-884-8545

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of February 2019, I served the foregoing document on the Defendants via the Court's Electronic Filing System.

<u>/s/ <i>Kathryn Snapka</i></u><br>
<b>Kathryn Snapka</b><br>
<b>Attorney-in-Charge for Plaintiff</b>