# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates Only to the Following Cases:

1:18-cv-02724  Maxine H. Mitchell
1:18-cv-02826  Carol Anne Nicholls
1:18-cv-01812  Aja N. Rock

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER AS IT PERTAINS TO PLAINTIFFS MAXINE H. MITCHELL, CAROL ANNE NICHOLLS, and AJA N. ROCK**

ON THIS DAY, the Court considered Defendants' Motion to Dismiss Without Prejudice Pursuant to The Court's Case Categorization Order as it pertains to Plaintiffs Maxine H. Mitchell, Carol Anne Nicholls, and Aja N. Rock.  After considering said Motion and the Response of Plaintiffs Maxine H. Mitchell, Carol Anne Nicholls, and Aja N. Rock thereto, the Court is of the opinion said Motion is not well-taken.  The Court therefore,

DENIES Defendants' Motion to Dismiss Plaintiffs Maxine H. Mitchell, Carol Anne Nichols, and Aja N. Rock.

SIGNED _____, 2019.


_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana