**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE:  COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates Only to the Following Cases:

1:18-cv-02724  Maxine H. Mitchell
1:18-cv-02826  Carol Anne Nicholls
1:18-cv-01812  Aja N. Rock

**ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND AS IT PERTAINS**
**TO PLAINTIFFS MAXINE H. MITCHELL, CAROL ANNE NICHOLLS,**
**and AJA N. ROCK**

ON THIS DAY, the Court considered Plaintiffs' Motion to Extend Time To Respond to

this Court's November 21, 2018 Order requiring Plaintiffs to complete and serve Categorization

Forms along with relevant medical records by the extended deadline of January 31, 2019.  After

considering said Motion of Plaintiffs Maxine H. Mitchell, Carol Anne Nicholls, and Aja N.

Rock, the Court is of the opinion said Motion is well-taken.  The Court therefore,

GRANTS Plaintiffs Motion to Extend Time and Orders Defendants to accept all records

submitted by said Plaintiffs on February 5, 2019.

SIGNED _____, 2019.


_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana