UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., | Case No. 1:14-ml-2570-RLY-TAB |
| IVC FILTERS MARKETING, SALES PRACTICES SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 |

This Document Relates to Plaintiffs:

| | |
|---|---|
| Jose Amaro | 1:19-cv-00505−RLY−TAB |
| Yolanda Butler | 1:19-cv-00445−RLY−TAB |
| Billie Edwards | 1:19-cv-00186-RLY-TAB |
| Kevin Hodge | 1:18-cv-04068-RLY−TAB |
| Jamar Parker | 1:19-cv-00512-RLY-TAB |
| Steven Taylor | 1:19-cv-00142-RLY-TAB |
| Robin Wrenn | 1:19-cv-00511-RLY-TAB |

**RESPONSE OF PLAINTIFFS JOSE AMARO, YOLANDA BUTLER, BILLIE EDWARDS, KEVIN HODGE, JAMAR PARKER, STEVEN TAYLOR AND ROBIN WRENN TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

Plaintiffs herein Respond that Defendants' Motion to Dismiss Without Prejudice should be denied because:

1.      Defendants have incorrectly identified the following Plaintiffs, whose cases were filed on the respective dates, as not in compliance with the categorization orders entered by the Court and has moved to dismiss their respective cases without prejudice:

| Plaintiff | Case no. | Date suit filed |
|---|---|---|
| Jose Amaro | 1:19-cv-00505−RLY−TAB | 1/30/2019 |
| Yolanda Butler | 1:19-cv-00445−RLY−TAB | 1/28/2019 |
| Billie Edwards | 1:19-cv-00186-RLY-TAB | 1/18/2019 |
| Kevin Hodge | 1:18-cv-04068-RLY−TAB | 12/27/2018 |
| Jamar Parker | 1:19-cv-00512-RLY-TAB | 1/31/2019 |

1

| | | |
|---|---|---|
| Steven Taylor | 1:19-cv-00142-RLY-TAB | 1/15/2019 |
| Robin Wrenn | 1:19-cv-00511-RLY-TAB | 1/31/2019 |

2. On October 2, 2018, the Court entered its order on Defendants' Motion for Screening Order and Bellwether Plan (Dkt. 9322).

3. On November 21, 2018, the Court entered Parties' Order Regarding Case Categorization and Census (Dkt. 9638), which set the deadline for Plaintiffs to submit the categorization of their cases as December 22, 2018.

4. As of November 21, 2018, ***none of these Plaintiffs had a pending suit*** against Defendants in MDL 2592 and, therefore, believed to be not obligated to submit case categorization documentation.

5. On January 17, 2019, the Court entered the Amended Order Regarding Plaintiffs' Failure to Produce Case Categorization Forms (Dkt. 9956). Referencing the Categorization Order (Dkt. 9322), the Court ordered that "[a]ll plaintiffs that have not complied with the deadline," were to submit the case categorization documentation as required by the Categorization order by January 31, 2019 – at which time, only Plaintiffs, Hodge and Taylor had filed suits in this MDL, but after the November 21, 2018 Order.

6. Neither the Categorization Order, nor the Amended Order specifically required future plaintiffs to submit categorization documentation and to the extent of any ambiguity in the order, it is unfairly prejudicial to dismiss the above, herein-listed Plaintiffs' claims, when whose suits were initiated after the entry of Categorization Orders.

7. However, in an abundance of caution and to cure any potential perceived prejudice to Defendants, the above, herein-listed Plaintiffs submitted the categorization documentation on February 6, 2019, Exhibit A, thereby rendering Defendants' Motion moot.

2

WHEREFORE, Plaintiffs, Amaro, Butler, Edwards, Hodge, Parker, Taylor and Wren pray that the Court deny Defendants Motion to dismiss their respective cases and for such other appropriate relief.

RESPECTFULLY SUBMITTED this 7th day of February, 2019.

/s/ John T. Kirtley, III
John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/John T. Kirtley, III
John T. Kirtley, III