-----Original Message-----
From: do-not-reply@lawyerworks.com [mailto:do-not-reply@lawyerworks.com]
Sent: Wednesday, February 06, 2019 2:57 PM
To: James Hearon <JHearon@lawyerworks.com>
Subject: cookfiltermdl@faegrebd.com viewed delivery 'Cook Categorization Forms for FPW Clients'
User cookfiltermdl@faegrebd.com cookfiltermdl@faegrebd.com> performed the following actions:

Viewed delivery:  Cook Categorization Forms for FPW Clients
Viewed on:  2/6/19 2:56:39 PM CST

Delivery sent on:  2/6/19 9:29:16 AM CST
Package:  Cook Categorization Forms for FPW Clients
History:
https://securemail.lawyerworks.com/bds/Login.do?did=48361&p1=afj17slfjehcldjhhgg20

## Categorization Form

A.    Plaintiff's Name:                          Jose Amaro

B.    Plaintiff's Case Number:               1:19-cv-00505-RLY-TAB

C.    Plaintiff's Counsel (Lead Firm Name):   Ferrer Poirot & Wansbrough

D.    Categorization (check each that applies and briefly describe):

   1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

     Check here for Category 1: ☐

   2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

     Check here for Category 2: ☐

     Briefly describe claimed complication/outcome/injury: N/A

   3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

     Check here for Category 3: ☐

     Briefly describe claimed complication/outcome/injury: N/A

   4.  <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

     Check here for Category 4: ☐

     Briefly describe claimed complication/outcome/injury: N/A

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐ .

   Briefly describe claimed complication/outcome/injury: __N/A_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☑

   Briefly describe claimed complication/outcome/injury: _tilt and strut perforation in all 4 struts_

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☑ .  **Circle all sub-categories that apply below**:

   ☐ IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   N/A

   ☐ filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   N/A

   ☐ filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   N/A

   ☐ filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury: N/A

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

☑ penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: all 4 struts perforate

☐ recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: N/A

☐ DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: N/A

☐ infection;

Briefly describe claim of symptomatic injury: N/A

☐ bleeding;

Briefly describe claim of symptomatic injury: N/A

☐ death; and

Briefly describe claim of symptomatic injury: N/A

☐ open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: N/A

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        John Kirtley

Plaintiff's Counsel's Firm:       Ferrer Poirot & Wansbrough

Plaintiff's Counsel's Signature:  /s/ John Kirtley



Sterling Heights Clinic
13753 19 Mile Road
Sterling Heights, MI 48313
Tel: (586) 566-8680
Fax: (586) 566-8730

Basha Diagnostics, P.C.
30701 Woodward Avenue
Suite Lower Level
Royal Oak, MI 48073
Tel: (248) 288-1600
Fax: (248) 288-2171

Dearborn Clinic
4407 Roemer
Dearborn, MI 48126
Tel: (313) 584-0768
Fax: (313) 945-9339

Wide Open MRI, CT Scanning, X-Ray, Ultrasound, Mammography, Echocardiography, Holter Monitoring, Stress Testing,
Vascular Studies and Bone Densitometry

Patient Name: AMARO, JOSE


Referring Doctor:  AHMADI, RAMIN
Exam Date:     11/06/2017 11:08 AM EST

CT ABDOMEN W/O CONTRAST

HISTORY: Right groin pain status post filter placement. IVC filter evaluation.

TECHNIQUE: Noncontrast CT imaging of the abdomen was obtained with reformatted images through the region of the filter.
Dose reduction software was utilized for this examination. DLP: 1087.0 mgy-cm

Comparison: None

FINDINGS:

Imaged portions of the lung bases appear unremarkable. There are coronary artery calcifications.

Limited noncontrast evaluation of the liver, gallbladder, spleen, pancreas and adrenal glands appear unremarkable. There is
mild bilateral perinephric fat stranding. There is no evidence of hydronephrosis.

Visualized bowel loops demonstrate no evidence of obstruction.

There is an inferior vena cava filter with tip located at the level of the renal veins. There is minimal leftward and posterior tilt of
the filter apex without touching the IVC wall. There is minimal strut perforation in of all 4 struts, with right posterior strut
demonstrating the maximum perforation of 2 mm. There is no evidence of organ involvement. There is no evidence of strut
fracture or bending. There is no evidence of inferior vena cava stenosis.

IMPRESSION:

IVC filter location and details are detailed above.

Electronically Signed by: EVITA SINGH  on 11/07/2017 9:28 AM EST

## <u>Categorization Form</u>

A.  Plaintiff's Name: **Yolanda Butler**

B.  Plaintiff's Case Number: **1:19−cv−00445−RLY−TAB**

C.  Plaintiff's Counsel (Lead Firm Name): **Ferrer Poirot & Wansbrough**

D.  Categorization (check each that applies and briefly describe):

1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury: **N/A**

3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury: **N/A**

4.  <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☑

    Briefly describe claimed complication/outcome/injury: Vascular surgeon recommended filter be left in place

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: ☐

Briefly describe claimed complication/outcome/injury: N/A

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: ☐

Briefly describe claimed complication/outcome/injury: filter tilt, misalignment, and perforation

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: ☑ . **Circle all sub-categories that apply below**:

☐ IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
N/A

☐ filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
N/A

☐ filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
N/A

☑ filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury: superior aspect of the filter has tilted to the right

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

[✓] penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _the left lateral struts extend beyond vessel wall, approximating the anterior margin of the lumbar spine_

[ ] recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: N/A

[ ] DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: N/A

[ ] infection;

Briefly describe claim of symptomatic injury: N/A

[ ] bleeding;

Briefly describe claim of symptomatic injury: N/A

[ ] death; and

Briefly describe claim of symptomatic injury: N/A

[ ] open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: N/A

E.   Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        John Kirtley

Plaintiff's Counsel's Firm:       Ferrer Poirot & Wansbrough

Plaintiff's Counsel's Signature:  /s/ John Kirtley

```
-                  SOUTH BALDWIN REGIONAL MEDICAL CENTER
-                       1613 North McKenzie Street
-                            Foley, AL 36535
-                            251-949-3400

-                            IMAGING REPORT
```

NAME: BUTLER, YOLANDA

ROOM #:
BED #:
PATIENT TYPE: RAD          ORDER Date/Time:02/08/2017 09:58:25 SEX: F

ORDER #:       ACCESSION #:      EXAM DESCRIPTION:
100            34329710000100    LSPINE 4 PLUS VIEW
Dictated By:                jones, william
Ordering Physician:    LEE, RONY R
Attending Physician:
Primary Care Physician:

LSPINE 4 PLUS VIEW

History:  Chronic low back pain.

There are five non-rib-bearing lumbar vertebral segments. There is moderate to moderately advanced loss of disc height L3-4 and L4-5. Mild loss of disc height

L5-S1.  Endplate hypertrophic change L3-4 through L5-S1.  Moderate facet hypertrophy L3-4 and L4-5. Milder facet hypertrophy L5-S1. No lytic or blastic skeletal lesion identified. There are sclerotic changes both sacroiliac joints with mild
irregularity. This may represent an inflammatory sacroiliitis rather than a degenerative sacroiliitis. There is moderate axial cartilage loss within both hips.
Inferior vena caval filter is projected at the level of the L3-4 to the right of

midline. There is a mild tilt of the superior aspect of the filter to the right.

Impression: Degenerative disc disease most advanced at L3-4 and L4-5. Bilateral sacroiliitis which may be inflammatory.  Clinical correlation recommended.
Bilateral arthropathy of the hips not optimally evaluated on this lumbar spine series.

Electronically signed by william jones on 02/08/2017 12:56:32.

-                        Page 1 of 1



**MRI & IMAGING OF ALABAMA**

Mobile Open MRI
6576 Airport Boulevard, Mobile, AL 36608
p: (251) 460-4112  f: (251) 460-4590

**PATIENT NAME: Butler, Yolanda**

**PHYSICIAN: Ramin Ahmadi, MD**
**EXAM DATE: 05/11/2018**

**EXAM: CT-Abdomen without contrast**

**REASON FOR EXAM:**

**ADDITIONAL HISTORY:** None.

**COMPARISON:** None.

**TECHNIQUE:** Axial images through the abdomen are performed with parasagittal and coronal reformats.


Radiation dose: 31.6 mGy, total exam DLP 1031.6 mGy-cm.
**FINDINGS:**

There is an IVC filter in place positioned below the level of the renal veins.  This is a Bard type filter.  Proximally, and the tip is angle to the right by 22 °.  Distally, of the left lateral anchoring struts extends beyond the vessel wall, approximating the anterior margin of the lumbar spine.  There is no evidence of retroperitoneal hematoma or IVC stenosis.  There is a 5 mm stone in the mid left kidney, and 8 to 0.8 cm parapelvic cyst.  Noncontrast appearances of the liver, spleen, pancreas, and gallbladder are unremarkable.  There is evidence of previous gastric bypass surgery.  There are advanced degenerative

Radiology

PAGE 1 of 2

**PATIENT NAME: Butler, Yolanda**

**EXAM: CT-Abdomen without contrast**
**EXAM DATE: 05/11/2018**

changes in the lumbar spine.
**IMPRESSION:** IVC filter is tilted and complicated by a mild perforation.


Rife E Huckabee, MD
(251) 460-4112

```
*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
5/11/2018 1:20 PM:   Rife E Huckabee, MD
```

REH/reh
DD: 05/11/2018 01:14 pm
DT: 05/11/2018 01:20 pm
Accession #: 22-1058587

Butler, Yolanda                                                                Encounter Date: 07/10/2018

3.   Morbid obesity with BMI of 60.0-69.9,      E66.01
     adult (*)
                                                Z68.44

**Plan:**
Leave ivc filter in place as advised by vascular
Continue to work on weight loss


*Nicole D. Arthur, MD*
Electronically signed 7/22/2018 11:29 AM
ST:20118010

## Instructions
After Visit Summary (Printed 7/10/2018)

## Additional Documentation
Vitals:          BP 143/84 Pulse 57 Ht 5' 5" (1.651 m) Wt 390 lb (176.9 kg) (Abnormal) BMI 64.9 kg/m2
                 BSA 2.85 m2
Flowsheets       Simple Peds Vital Signs, Custom Formula Data, Bariatric Weight Assessment
Encounter Info:  Billing Info, History, Allergies, Detailed Report

## Patient Care Team
|  | Relationship | Specialty | Notifications | Start | End |
|---|---|---|---|---|---|
| **Md Sandeep Bhadkamkar, MD (Inactive)** | **PCP - General** | | | 8/6/14 | |

## BestPractice Advisories
Click to view active BestPractice Advisories

## Orders Placed
None

## Medication Changes
As of 7/10/2018 2:16 PM

None

## Visit Diagnoses
Presence of IVC filter Z95.828
Abdominal pain, unspecified abdominal location R10.9
Morbid obesity with BMI of 60.0-69.9, adult (*) E66.01, Z68.44

## Categorization Form

A.    Plaintiff's Name:                          **Billie Edwards**

B.    Plaintiff's Case Number:              **1:19-cv-00186-RLY-TAB**

C.    Plaintiff's Counsel (Lead Firm Name): **Ferrer Poirot & Wansbrough**

D.    Categorization (check each that applies and briefly describe):

1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury: **N/A**

3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury: **N/A**

4.  <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☐

    Briefly describe claimed complication/outcome/injury: **N/A**

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: ☐

Briefly describe claimed complication/outcome/injury: N/A

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: ☑

Briefly describe claimed complication/outcome/injury: filter tilt and strut penetration

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: ☑ . **Circle all sub-categories that apply below**:

☐ IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
N/A

☐ filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
N/A

☐ filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
N/A

☑ filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury: 9 degree leftward tilt of the apex of the filter

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

☑ penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _inferior tips of the struts extend 4 mm beyond the wall of the ivc_

☐ recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: N/A

☐ DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: N/A

☐ infection;

Briefly describe claim of symptomatic injury: N/A

☐ bleeding;

Briefly describe claim of symptomatic injury: N/A

☐ death; and

Briefly describe claim of symptomatic injury: N/A

☐ open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: N/A

E.     Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          John Kirtley

Plaintiff's Counsel's Firm:          Ferrer Poirot & Wansbrough

Plaintiff's Counsel's Signature:          /s/ John Kirtley

James D. Crooks, MD
Donald W. Nix, MD



*diagnostic radiology*

Diplomates of the
American Board of Radiology

## Diagnostic Radiology
902 S. Bryant
Edmond, OK  73034
(405) 348-1900

PT: EDWARDS, BILLIE
REFERRER: AHMADI, RAMIN MD



DATE: 07/27/2018

SEX: M

CLINICAL HISTORY:  EVALUATION OF IVC FILTER.

NONCONTRAST ABDOMINAL CT:  07/27/18

Noncontrast multiplanar imaging obtained from domes of the diaphragm to the iliac crest.

No acute disease in the lung bases.  Dense coronary artery calcification.  17 mm cyst near the dome of the liver just anterior to the IVC.  Otherwise unremarkable liver.  No calcified gallstones or evidence of biliary obstruction.  Granulomatous calcifications in the spleen.  7 mm hypodense nodule in the medial limb of the left adrenal gland, CT density in the -20's consistent with lipid rich adenoma.  Unremarkable right adrenal gland.  Unremarkable pancreas.  Bilateral renal cyst, largest in the mid portion of the left kidney measuring up to 2.5 cm.  Bilateral renal arterial calcification.  No intrarenal stones or upper urinary tract obstruction.  No adenopathy or ascites.  The included bowel is unremarkable.  Dense aortic and iliac artery calcification.

Inferior vena cava filter is present.  As there is a thoracolumbar levocurve, there is a matching curvature of the inferior vena cava.  In the coronal plane, there is a 9 degree leftward tilt of the apex relative to the curved course of the IVC.  Right renal vein is a bit a lower than the left.  The superior apical tip of the filter is at the level of the superior margin of the left renal vein.  Apex is not in contact with the wall of the cava.  The inferior tips of all 4 limbs extend beyond the wall of the IVC by 4 mm.  There is no evidence of vascular, bowel, visceral, or muscular perforation.  No diaphragmatic crus involvement.  No bending or fracture of the struts identified.  No stenosis of the IVC.

IMPRESSION:
1. Inferior vena cava filter is present, superior apical tip at the level of the superior margin of the left renal vein.  Inferior tips of the struts extend 4 mm beyond the wall of the IVC.  No visceral, bowel, aortic, or muscular perforation.  9 degree of leftward tilt of the apex of the filter relative to the curved course of the IVC.
2. Prominent aortic calcification and visceral arterial calcification without aneurysm.
3. Small hepatic cyst.
4. Dense coronary artery calcification.

DONALD W. NIX, M.D.
Radiologist

DWN/ah

Signature: Signed by NIX, DONALD DR. at 7/27/2018 10:40:02 AM

## **Categorization Form**

A.   Plaintiff's Name:                                   Kevin Hodge

B.   Plaintiff's Case Number:                      1:18-cv-04068-RLY-TAB

C.   Plaintiff's Counsel (Lead Firm Name):   Ferrer Poirot & Wansbrough

D.   Categorization (check each that applies and briefly describe):

1.   Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

Check here for Category 1: ☐

2.   Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

Check here for Category 2: ☐

Briefly describe claimed complication/outcome/injury: N/A

3.   Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

Check here for Category 3: ☐

Briefly describe claimed complication/outcome/injury: N/A

4.   Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

Check here for Category 4: ☑

Briefly describe claimed complication/outcome/injury: filter cone is lying on the wall of the ivc possibly embedded within it

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: ☑

Briefly describe claimed complication/outcome/injury: _complicated retrieval involving biopsy forceps_

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: ☐

Briefly describe claimed complication/outcome/injury: _N/A_

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: ☑ .  **Circle all sub-categories that apply below**:

☐ IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
N/A

☐ filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
N/A

☑ filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
2 struts are described as being either severely bent or fractured

☑ filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury: filter is tilted posteriorly and to the left with its cone lying on the wall of the ivc possibly embedded within it

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

✓ penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _legs of the filter penetrated through the wall of the IVC_

☐ recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: N/A

☐ DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: N/A

☐ infection;

Briefly describe claim of symptomatic injury: N/A

☐ bleeding;

Briefly describe claim of symptomatic injury: N/A

☐ death; and

Briefly describe claim of symptomatic injury: N/A

☐ open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: N/A

E.    Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:    John Kirtley

Plaintiff's Counsel's Firm:    Ferrer Poirot & Wansbrough

Plaintiff's Counsel's Signature:    /s/ John Kirtley

04/12/18  15:16:03  317-328-5050          ->          DC4-OCP-FX104 Northwest Radiology  Page 002

NorthwestRadiology
TRUSTED IMAGING SINCE 1967

10603 Northwest Radiology Network
10603 North Meridian Street
Indianapolis, IN 46290
(317)844-2511
www.northwestradiology.com

**Name: HODGE, KEVIN**

**EXM:** CTABDWO

**DOS:** 04/12/2018

**Images:** https://pacs.northwestradiology.com/view/order/3140019

## FINAL REPORT

## Exam: CT Abdomen WO

EXAMINATION: CT of the abdomen without IV contrast

INDICATION: Inferior vena cava filter placement. Mid abdominal pain.

TECHNIQUE: Transaxial images of the abdomen were obtained from the diaphragmatic dome to the ischial tuberosity according to routine abdomen and pelvis protocol.

COMPARISON: None.

FINDINGS:

Chest: Caudal aspect of the heart and lung bases are unremarkable.

Liver: Normal.

Bile ducts: Normal.

Gallbladder: Normal.

Pancreas: Normal.

Spleen: Normal.

Adrenals: Normal.

Kidneys/Ureters: Kidneys are symmetric. No hydroureteronephrosis. Hypoattenuating lesion in the superior pole of the right kidney measures fluid attenuation, most likely a simple cyst. Bladder is normal.

GI tract/Mesentery: No abnormal bowel wall thickening or evidence of obstruction. Appendix is normal.

No ascites. No pneumoperitoneum.

Retroperitoneum: An IVC filter is demonstrated. The IVC filter is slightly tilted within the IVC and the superior portion of the filter is positioned against the dorsal wall of the IVC (image 56 series 2). The 2 anteriormost struts perforate the IVC wall and are positioned within the retroperitoneal fat just adjacent to the third portion of the duodenum (image 65 series 2). Aorta is unremarkable. No retroperitoneal adenopathy.

Bones and soft tissues: No acute osseous abnormality. Hypoattenuating lesion in the dorsal soft tissues of the left buttocks (image 98 series 2) measures 7.4 x 4.0 cm.

IMPRESSION:
1. Inferior vena cava filter as described above. Two of the struts perforate the ventral wall of the inferior vena cava and are positioned within retroperitoneal fat. If the inferior vena cava filter is no

Filter tilt: Yes, see impressions.

Filter penetration:  Yes, see impression.

Impressions:

The filter is tilted posteriorly and to the left with its cone lying on the wall of the IVC possibly embedded within it.

The legs of the filter penetrated through the wall of the IVC into the pericaval/mesenteric fat.

2 of the inner support struts project through the anterior wall of the IVC at an abnormal angle when compared to the other support struts (sagittal image 111/185). These are either severely bent or are fractured.

```
STVIND                                    RM#:  -      -   CVB

                                 REG#: 004054385736   M#: 000005156946
                                 CORP ID: 009055723739
                                 NAME: HODGE, KEVIN
                                                        37Y   M
                                 NATARAJAN, KANNAN
ADM DATE: 08/23/2018
ADM DX: VL IVC FILTER REMOVAL CV OBS.
REASON: dvt
COMMENTS: Side of Body:N/A; removal of inferior vana cava filter;


EXAMINATION: TRANSCATHETER TX (PLACEHOLDER)

 RIS Order:  90001  IVL 0583        Invision Order:0010NDK2N-RAD 30583


  CPT: 37193 IVC FILTER REMOVAL + IM Mod:   709028173

Completed: Aug 23 2018  1:00PM




FULL RESULT:
INDICATION: Patient with history of DVT.

  PROCEDURE: Inferior venacavogram and inferior vena cava filter removal.

FLUOROSCOPY TIME: 24.7 minutes.
NUMBER OF IMAGES:

TECHNIQUE AND FINDINGS:

Proper informed consent was obtained for the procedure. Using the
standard sterile technique and ultrasound guidance, access was obtained
to right internal jugular vein. Ultrasound images were saved to PACS.
Over an 0.035-inch wire, a 5-French vascular sheath was placed. Kumpe
catheter was advanced into the inferior vena cava and inferior
venacavogram was performed. No thrombus is seen in the inferior vena
cava. Previously placed inferior vena cava filter is seen with tilting of
the filter to the patient's left side. Couple of the arms of the filters
appeared to have penetrated the right lateral wall of the vena cava. I
made multiple attempts at loops narrowing the hook without success
through a 16-French sheath. Subsequently using biopsy forceps I was able
to grab the hook on top of the filter and straighten out the filter.
Subsequently using a Cook filter retrieval system I was able to snare the
hook on top of the filter. Sheath was advanced over the filter
without difficulty collapsing the filter. Followup venogram demonstrates
normal appearance the IVC. Catheter sheath was removed and hemostasis was
achieved. Patient tolerated the procedure well.

IMPRESSION:
Inferior venacavogram demonstrates no significant thrombus in the
inferior vena cava. Successful removal of inferior vena cava filter as
mentioned above.


ELECTRONICALLY SIGNED BY: KANNAN NATARAJAN , M.D.  Aug 30 2018  2:49PM


Dictated: Aug 29 2018  2:45AM KN
Transcribed: Aug 29 2018  3:48AM PSCB
Dispersed: Aug 30 2018  2:49PM

Ordering Dr: NATARAJAN, KANNAN
PAGE 1
```

## Categorization Form

A.   Plaintiff's Name:                                      Jamar Parker

B.   Plaintiff's Case Number:                         1:19-cv-00512-RLY-TAB

C.   Plaintiff's Counsel (Lead Firm Name): Ferrer Poirot & Wansbrough

D.   Categorization (check each that applies and briefly describe):

1.   <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

Check here for Category 1: ☐

2.   <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

Check here for Category 2: ☐

Briefly describe claimed complication/outcome/injury: N/A

3.   <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

Check here for Category 3: ☐

Briefly describe claimed complication/outcome/injury: N/A

4.   <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

Check here for Category 4: ☐

Briefly describe claimed complication/outcome/injury: N/A

5. Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: ☐

Briefly describe claimed complication/outcome/injury: N/A

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: ☑

Briefly describe claimed complication/outcome/injury: Medial prong extends adjacent to the aorta. Lateral prong is seen extending through the IVC

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: ☑ . **Circle all sub-categories that apply below**:

☐ IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
N/A

☐ filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
N/A

☐ filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
N/A

☐ filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury: N/A

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

☑ penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Medial prong extends adjacent to the aorta. Lateral prong is seen extending through the IVC

☐ recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: N/A

☐ DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: N/A

☐ infection;

Briefly describe claim of symptomatic injury: N/A

☐ bleeding;

Briefly describe claim of symptomatic injury: N/A

☐ death; and

Briefly describe claim of symptomatic injury: N/A

☐ open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: N/A

E.     Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:              John Kirtley

Plaintiff's Counsel's Firm:            Ferrer Poirot & Wansbrough

Plaintiff's Counsel's Signature:       /s/ John Kirtley

3/27/2018 10:46 AM  FROM: Fax   TO: (800) 653-2147   PAGE: 001 OF 002


UNITED MEDICAL IMAGING
of INGLEWOOD

PATIENT: Jamar Parker                    DATE OF EXAM: 03/21/2018
REFERRED BY: Ramin Ahmadi MD

SEND TO: (800) 653-2147

## CT OF THE ABDOMEN WITHOUT CONTRAST

CLINICAL HISTORY: Inferior vena cava injury.

COMPARISON: None.

TECHNIQUE: Images were obtained on a GE LightSpeed VCT 64 –slice CT machine. Multiple
CT images were performed over the abdomen. The study was performed without the benefits of
intravenous contrast material.

The highest CTDI was 14.72 mGy. The total exam DLP was 565.91 mGy-cm. Low dose
protocols were performed.

FINDINGS:
The liver is seen in its normal location and is of normal size, shape, and density. There is no
evidence of any discrete lesions. The biliary tree is not dilated. The gallbladder reveals no
evidence of any gallstones. The gallbladder wall appears of normal thickness. The spleen is
without abnormality.

Fluid and air are seen extending throughout the GI tract with no evidence of obstructive or
constrictive lesions. There is no evidence of any abdominal wall hernias.

Multiple images of the retroperitoneum reveal the pancreas appears normal. There are no
discrete lesions. The adrenal glands are of normal size and shape.  The kidneys reveal no
cortical lesions. The calices are not dilated.   The abdominal aorta reveals small vascular
calcifications.

An inferior vena cava filter is seen in the inferior vena cava at the L2 level. The inferior vena
cava filter is seen in the upright position. However, there appears to be perforation of the
inferior vena cava walls by prongs. Medial prong is seen extending adjacent to the aorta.
Posterior prong is seen adjacent to the L3 vertebral body. Lateral prong is seen extending
through the inferior vena cava wall into the psoas muscle. Anterior wall is seen in the
retroperitoneal fat. There is no evidence of any associated hematomas.

The thoracolumbar spine appears normal. The lung bases are clear.

IMPRESSION:
PERFORATION OF INFERIOR VENA CAVA FILTER.

## Categorization Form

A.  Plaintiff's Name: **Steven Taylor**

B.  Plaintiff's Case Number: **1:19-cv-00142-RLY-TAB**

C.  Plaintiff's Counsel (Lead Firm Name): **Ferrer Poirot & Wansbrough**

D.  Categorization (check each that applies and briefly describe):

1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury: **N/A**

3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury: **N/A**

4.  <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☐

    Briefly describe claimed complication/outcome/injury: **N/A**

5. Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: ☐

Briefly describe claimed complication/outcome/injury: <u>N/A</u>

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: ☑

Briefly describe claimed complication/outcome/injury: <u>filter struts extend beyond the leval of the caval wall</u>

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: ☑ . **Circle all sub-categories that apply below**:

☐ IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
N/A

☐ filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
N/A

☐ filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
N/A

☐ filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury: N/A

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

☑ penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: filter struts extend beyond the leval of the caval wall

☐ recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: N/A

☐ DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: N/A

☐ infection;

Briefly describe claim of symptomatic injury: N/A

☐ bleeding;

Briefly describe claim of symptomatic injury: N/A

☐ death; and

Briefly describe claim of symptomatic injury: N/A

☐ open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: N/A

E.    Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:       John Kirtley

Plaintiff's Counsel's Firm:      Ferrer Poirot & Wansbrough

Plaintiff's Counsel's Signature:   /s/ John Kirtley

AUG/06/2018/MON 10:22 AM DOC's of Ocala2 FAX No. 352 624 0693 Page 30 of 35 PageID #:
Case 1:14-mb-02570-RLY-TAB Document 10097-1 Filed 02/07/19 Page 30 of 35 PageID #:
68023



*DOCs of Ocala, Inc.*
Diagnostic Outpatient Centers

352-401-DOCS
(3627)

ACR
RADIOLOGY

The Joint Commission

**PATIENT:**                 **STEVAN TAYLOR**
**SERVICE DATE:**       **08/02/2018**
**REFERRING:**           **Ramin Ahmadi**
**DATE OF BIRTH:**
**ACCOUNT#:**

**ABCO ABD CT WO**

**HISTORY:**

ABDOMINAL PAIN, HX IVC FILTER

**COMPARISON STUDIES:**

None available.

**TECHNIQUE:**

CT of the abdomen without contrast.FINDINGS:

There is mild atelectasis at the lung bases. No pleural or pericardial effusion

Liver: Normal. No mass or intrahepatic biliary dilatation

Gallbladder: Small stones are present in the gallbladder. No wall thickening or pericholecystic fluid is a or fluid global within. Lungs negative point tomorrow

Spleen: Normal

Pancreas: Normal. No mass cyst nodule ductal dilatation inflammatory change

Adrenal glands normal. No mass or nodules

Kidneys: Normal. No mass cyst hydronephrosis or calculus

Bowel: No hiatal hernia. Segments of bowel in the abdomen are grossly normal.

Other: No lymphadenopathy free fluid or free air.

Vascular: No aortic aneurysm. The IVC filter is straight along the course of the IVC. The tip of the filter is below the level of the renal veins. There is no stress fracture or bending. No focal stenosis identified. The struts of the IVC filter extend beyond the level of the caval wall and there does not appear to be adjacent organ involvement.

Osseous: No compression fracture or spondylolisthesis. No lytic or blastic lesion.

1030 SE 17th St. · Ocala, FL 34471 · Fax: 352-401-0444 · www.docsfl.com

HIGH FIELD OPEN MRI / MULTSLICE CT / ULTRASOUND / MAMMOGRAPHY / X-RAY

## Categorization Form

A.   Plaintiff's Name: **Robin Wrenn**

B.   Plaintiff's Case Number: **1:19-cv-00511-RLY-TAB**

C.   Plaintiff's Counsel (Lead Firm Name): **Ferrer Poirot & Wansbrough**

D.   Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:

   Briefly describe claimed complication/outcome/injury: **N/A**

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:

   Briefly describe claimed complication/outcome/injury: **N/A**

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4:

   Briefly describe claimed complication/outcome/injury: **N/A**

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: ☐ .

Briefly describe claimed complication/outcome/injury: <u>N/A</u>

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: ☑

Briefly describe claimed complication/outcome/injury: <u>filter has a 20 degree dorsal tilt resulting in apex abutting posterior wall</u>

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: ☑ . **Circle all sub-categories that apply below:**

☐ IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
N/A

☐ filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
N/A

☐ filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
N/A

☑ filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury: filter has a 20 degree dorsal tilt resulting in apex abutting posterior wall

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

☐ penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _N/A_____

☐ recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: _N/A_____

☐ DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: _N/A_____

☐ infection;

Briefly describe claim of symptomatic injury: _N/A_____

☐ bleeding;

Briefly describe claim of symptomatic injury: _N/A_____

☐ death; and

Briefly describe claim of symptomatic injury: _N/A_____

☐ open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _N/A_____

E.   Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          John Kirtley

Plaintiff's Counsel's Firm:         Ferrer Poirot & Wansbrough

Plaintiff's Counsel's Signature:    /s/ John Kirtley



Patient:   **WRENN, ROBIN MAE**



| RAD - Computed Tomography OCOMS | | | | |
|---|---|---|---|---|
| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
| 20-CT-18-0001506 | 2/2/2018 15:17 CST | CT Abdomen w/o Contrast 74150 | Ahmadi MD,Ramin | Modified |

**Addendum**

**CORRECTION TO TECHNIQUE: CT of the abdomen <u>WITHOUT</u> contrast. Sequential axial cuts from the base of the chest through the mid abdomen were obtained.**

***** Final *****

*Signed by: Cvitanic MD, Oliver A*
*Signed (Electronic Signature): 02/05/2018 10:30 am*
*Transcribed by: MB*

**Report**

*HISTORY:*  43-year-old woman with a recalled inferior vena cava filter.

*TECHNIQUE:* CT of the abdomen with contrast.  Sequential axial cuts from the base of the chest through the mid abdomen were obtained following I.V. contrast administration.

*TECHNIQUE:* Sequential axial cuts from the base of the chest through the mid abdomen were obtained.

*FINDINGS:*  **Lung Bases:** The lung bases are clear.  Specifically, there is no evidence of pulmonary consolidation or pleural effusion.

**Liver and Spleen:** There is no evidence of a space-occupying lesion, biliary ductal dilatation, hepatomegaly, or splenomegaly; however, unenhanced computer tomography has limited sensitivity for each of these conditions.  The spleen is unremarkable.

**Gallbladder, Common Bile Duct and Pancreas:** There are surgical clips in the gallbladder fossa. The pancreas has a normal appearance. The common bile duct is indistinct.

**Stomach and Bowel:** Negative for evidence of mechanical ileus, stranding in the adipose tissue, or focal bowel wall-thickening.  However, computer tomography is limited in its ability to detect bowel wall-thickening or intraluminal abnormalities in the absence of oral and I.V. contrast administration.

**Kidneys and Adrenal Glands:** There is no evidence of nephrolithiasis, hydronephrosis, or other renal abnormality.  The adrenal glands are normal in size bilaterally.

**Oklahoma Center for Orthopaedic & Multi-Specialty Surgery**

Patient:     **WRENN, ROBIN MAE**

| RAD - Computed Tomography OCOMS | | | | |
|---|---|---|---|---|

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| 20-CT-18-0001506 | 2/2/2018 15:17 CST | CT Abdomen w/o Contrast 74150 | Ahmadi MD,Ramin | Modified |

**Report**

**Remaining Retroperitoneal Structures:** A metallic filter in the inferior vena cava has a 20 degree dorsal tilt resulting in the apex abutting the posterior wall of the inferior vena cava. The positioning of the filter is 27 mm below the lowest renal vein. It is not, however, in the vicinity of the hepatic vein, the renal vein, lumbar or iliac veins. There is no migration. The filter itself shows no evidence of perforation. In particular, there is no clear fat plane between the filter and the IVC wall. None of the struts is bent or broken, and the inferior vena cava itself does not appear stenotic. The aorta has a normal appearance.

**Abdominal Wall:** Negative for evidence of ventral hernia.

**Spine and Paraspinal Soft Tissues:** There is no evidence of destructive lesion of bone, central or foraminal stenosis. No soft tissue abscess is depicted.

*IMPRESSION:*

1. IVC filter has a 20 degree dorsal tilt and the apex of the filter is in contiguity with the posterior wall of the IVC. The filter itself is 27 mm below the right renal vein. There is no evidence of filter fracture, bending, or perforation.

2. Status-post cholecystectomy.

3. The remainder of the abdomens, studied without the benefit of I.V. contrast administration, has a normal appearance.

***** Final *****

Signed by: Cvitanic MD, Oliver A
Signed (Electronic Signature): 02/05/2018 10:24 am
Transcribed by: MB
Report last revised on 2/5/2018 10:30 CST by Cvitanic MD,Oliver A