UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,                           Case No. 1:14-ml-2570-RLY-TAB

IVC FILTERS MARKETING, SALES PRACTICES               MDL No. 2570
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiffs:
    Jose Amaro         1:19-cv-00505−RLY−TAB
    Yolanda Butler      1:19-cv-00445−RLY−TAB
    Billie Edwards      1:19-cv-00186-RLY-TAB
    Kevin Hodge        1:18-cv-04068−RLY−TAB
    Jamar Parker       1:19-cv-00512-RLY-TAB
    Steven Taylor      1:19-cv-00142-RLY-TAB
    Robin Wrenn       1:19-cv-00511-RLY-TAB

**ORDER DENYING MOTION TO DISMISS OF JOSE AMARO, YOLANDA BUTLER, BILLIE EDWARDS, KEVIN HODGE, JAMAR PARKER, STEVEN TAYLOR AND ROBIN WRENN TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

ON THIS DAY the Court considered Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order.  After considering said Motion and the Response of Plaintiffs, Amaro, Butler, Edwards, Hodge, Parker, Taylor and Wren thereto, the Court is of the opinion said Motion is not well taken as it pertains to these Plaintiffs. The Court therefore,

DENIES Defendants' Motion to Dismiss the cases without prejudice as follows:

| Plaintiff | Case no. | Date suit filed |
|---|---|---|
| Jose Amaro | 1:19-cv-00505−RLY−TAB | 1/30/2019 |
| Yolanda Butler | 1:19-cv-00445−RLY−TAB | 1/28/2019 |
| Billie Edwards | 1:19-cv-00186-RLY-TAB | 1/18/2019 |
| Kevin Hodge | 1:18-cv-04068-RLY−TAB | 12/27/2018 |

| | | |
|---|---|---|
| Jamar Parker | 1:19-cv-00512-RLY-TAB | 1/31/2019 |
| Steven Taylor | 1:19-cv-00142-RLY-TAB | 1/15/2019 |
| Robin Wrenn | 1:19-cv-00511-RLY-TAB | 1/31/2019 |

SIGNED this _____ day of _____, 2019.

_____
Richard L. Young, Judge Presiding
United States District Court
Southern District of Indiana