IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:18-cv-02899 Harris,Cecelia
1:18-cv-02913 Kapustar, Mike
1:18-cv-03374 Sharp, Marce
1:19-cv-00136 Hall, Cynthia
1:19-cv-00239 Pigman, Yvette
1:19-cv-00240 Black, Milton
1:19-cv-00242 Coffey, Linda

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Now come the Plaintiffs, Cecelia Harris, Mike Kapustar, Marce Sharp, Cynthia Hall, Yvette Pigman, Milton Black and Linda Coffey, and each respectfully requests that this Honorable Court deny the Defendants' Motion to Dismiss Without Prejudice.

**A. Three of the McGlynn Plaintiffs to whom the Case Categorization and Census Order Applies Unintentionally Failed to Submit their Categorization Forms but have Submitted these Forms as of the Date of this Filing**

Three of the Seven McGlynn, Glisson and Mouton Plaintiffs identified by Cook Medical, Inc., et al ("Cook") as "non-compliant" with this Court's November 21, 2018 Case Categorization and Census order (Dkt. No. 9638), did unintentionally fail to submit their categorization forms. Those matters are:

| Ex. A No. | Client Name | Case No. |
|---|---|---|
| 279 | Harris, Cecelia | 1:18-cv-02899 |

1

| 370 | Kapustar, Mike | 1:18-cv-02913 |
| 600 | Sharp, Marce | 1:18-cv-03374 |

However, as of the date of this filing, said Plaintiffs have submitted substantially complete categorization forms with accompanying medical records to Defendants. (*See* Email Submission of Categorization forms, dated February 7, 2019, **Exhibit A**). Since these three forms have now been submitted and more specifically, because Cook did not suffer any irreparable harm as a result of this minor delay, this motion must be denied regarding these three plaintiffs.

### B. The Other Four McGlynn Plaintiffs Who have not Submitted Categorization Forms were Not Filed at the Time the Categorization Order was Entered

As several other Plaintiffs have indicated, Cook has incorrectly identified four McGlynn, Glisson and Mouton cases that were not filed at the time the Categorization order was entered. Specifically, those matters are:

| Ex. A No. | Client Name | Case No. | Date Filed |
|---|---|---|---|
| 50 | Black, Milton | 1:19-cv-00240 | January 24, 2019 |
| 129 | Coffey, Linda | 1:19-cv-00242 | January 24, 2019 |
| 270 | Hall, Cynthia | 1:19-cv-00136 | January 14, 2019 |
| 539 | Pigman, Yvette | 1:19-cv-00239 | January 24, 2019 |

Cook points to these McGlynn Plaintiffs as not being in compliance with the categorization orders entered by the Court. But this is a misrepresentation of what actually occurred. These four plaintiffs were not parties to any suit against the Cook Defendants at the time of the entry of the Categorization Order. As a result, these cases should not be dismissed due to failure to comply with the Order.

On October 2, 2018, the Court entered its order on Defendants' Motion for Screening Order and Bellwether Plan (Dkt. No. 9322). On November 21, 2018, the Court entered the Order Regarding Case Categorization and Census (Dkt. No. 9638), which set the deadline for Plaintiffs to submit the categorization of their cases and requisite medical records as December 22, 2018.

As of November 21, 2018, Plaintiffs Milton Black, Linda Coffey, Cynthia Hall and Yvette Pigman did not have pending suits against Defendants in MDL 2570, and therefore were not obligated to submit any case categorization documentation.

Neither the original Categorization Order, nor the subsequent Amended Order, which merely extended the deadline of the original Order, specifically required future plaintiffs to submit categorization documentation. Still to this date, there is no specific protocol set forth regarding whether case categorization forms must be submitted or how they should be submitted for those cases filed after November 21, 2018, the date of the original Categorization Order. However, although no protocol is yet in place, the Four McGlynn Plaintiffs noted above, have submitted Categorization Forms as of the date of this filing. (*See* Email Submission of Categorization forms, dated February 7, 2019, **Exhibit B**).

WHEREFORE, Plaintiffs Cecelia Harris, Mike Kapustar, Marce Sharp, Milton Black, Linda Coffey, Cynthia Hall and Yvette Pigman respectfully request that the Court deny Defendants Motion to dismiss their respective cases.

Dated: <u>February 7, 2019</u>                                      Respectfully submitted,

/s/Amanda L. Washington
Amanda L. Washington
**McGlynn, Glisson, & Mouton**
340 Florida Street
Baton Rouge, LA 70801
Phone: (225) 344-3555
Fax: (225) 228-2294

3

Email: Amanda@mgmattorneys.com<br>
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

On this 7th day of February 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Amanda L. Washington<br>
Amanda L. Washington