# Amanda

| | |
|---|---|
| **From:** | Amanda |
| **Sent:** | Thursday, February 7, 2019 2:37 PM |
| **To:** | 'CookFilterMDL@faegrebd.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Subject:** | MGM: Cook Categorization Forms obo Harris, Kapustar and Sharp |
| **Attachments:** | HARRIS.CATEGORIZATION.pdf; KAPUSTAR.CATEGORIZATION.pdf; SHARP.CATEGORIZATION.pdf |

Counsel:

Attached please find the substantially complete categorization forms together with pertinent medicals regarding:

1. Cecelia Harris
2. Mike Kapustar; and
3. Marce Sharp.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,



Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Phone: 225-344-3555
Fax: 225-228-2294
Email: Amanda@MGMattorneys.com



EXHIBIT A