# Amanda

| | |
|---|---|
| From: | Amanda |
| Sent: | Thursday, February 7, 2019 2:39 PM |
| To: | 'CookFilterMDL@faegrebd.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| Subject: | MGM: Cook Categorization Forms obo Black, Coffey, Hall and Pigman |
| Attachments: | BLACK.CATEGORIZATION.pdf; COFFEY.CATEGORIZATION.pdf; HALL.CATEGORIZATION.pdf; PIGMAN.CATEGORIZATION.pdf |

Counsel:

Attached please find the substantially complete categorization forms together with pertinent medicals regarding:

1. Milton Black
2. Linda Coffey
3. Cynthia Hall; and
4. Yvette Pigman.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,



Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Phone: 225-344-3555
Fax: 225-228-2294
Email: Amanda@MGMattorneys.com



EXHIBIT B

1