UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

1:15-cv-00611 Alice McDaniel

### RESPONSE OF ALICE MCDANIEL TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

On November 21, 2018, the Court entered an Order requiring Plaintiffs to complete and serve Categorization Forms to email addresses CookFilterMDL@FaegreBD.com and plaintiffscoleadcounselmdl@gmail.com.

Alice McDaniel complied with the Order on November 26, 2018 by serving a completed Categorization Form with corresponding medical records to the above email addresses. Plaintiff sent the attached email with the attached Categorization Form attached to the email. Exhibit 1.

Defendants move to dismiss the Alice McDaniel case on the basis that Plaintiff "completely failed to comply with the Court's Categorization Order." However, as can be seen from the attached exhibits, Alice McDaniel fully complied with the Court's Categorization Order.

WHEREFORE, Plaintiff moves the Court to Deny the Cook Defendants' Motion to Dismiss the claims of Alice McDaniel.

              Respectfully submitted,

              REGAN ZAMBRI LONG PLLC

          By: */s/ Patrick M. Regan*
            Patrick M. Regan  #336107
            pregan@reganfirm.com
            1919 M Street, N.W., Suite 350
            Washington, DC 20036
            PH:  (202) 463-3030
            Fax: (202) 463-0667
            *Attorney for Plaintiff Alice McDaniel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February 2019, a copy of the foregoing Response of Alice McDaniel to Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

            */s/ Patrick M. Regan*
            Patrick M. Regan