UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

---

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates Only to the Following Case:

1:15-cv-00611 Alice McDaniel

---

### AFFIDAVIT OF PATRICK M. REGAN, ESQUIRE

I, Patrick M. Regan, hereby depose and state:

1. I am Partner with the law firm of Regan Zambri Long PLLC in the District of Columbia, and our firm has been retained by Plaintiff Alice McDaniel in connection with this litigation.

2. I have read the Response of Alice McDaniel to Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order, and everything contained therein is true and correct.

4. Further saith affiant not.

_____
Patrick M. Regan

Subscribed and sworn to before me this 7 day of February, 2019.

_____
Notary Public



FRANCES MCDONALD
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2024