**From:** Ellen Kerns
**Sent:** Monday, November 26, 2018 2:53 PM
**To:** CookFilterMDL@FaegreBD.com
**Cc:** Patrick M. Regan <pregan@reganfirm.com>; plaintiffscoleadcounselmdl@gmail.com
**Subject:** MDL 2570 (Cook IVC Filter): Case Categorization Submission

Counsel:

Attached please find the Case Categorization Submission regarding Alice G. McDaniel (Case No. 1:15-cv-00611-RLY-TAB). Please do not hesitate to reach out with any questions or concerns.

Ellen Kerns
Secretary to Patrick M. Regan
REGAN ZAMBRI & LONG, PLLC
1919 M Street, NW, Suite 350
Washington, DC  20036
(202) 349-2812 (Direct Dial)
(202) 463-0667 (Fax)
ekerns@reganfirm.com

_____

*The information contained in this e-mail is privileged and confidential, and is intended only for the use of the named individual(s) to whom it is addressed.  Any review, dissemination, distribution or copying of this communication by someone other than the intended addressee(s) is strictly prohibited.  If you have received this communication in error, please immediately notify the sender.  Thank you for your cooperation.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.   Plaintiff's Name: <u>Alice G. McDaniel</u>

B.   Plaintiff's Case Number: <u>1:15-cv-00611-RLY-TAB</u>

C.   Plaintiff's Counsel (Lead Firm Name): <u>Patrick M. Regan, Regan Zambri Long, PLLC</u>

D.   Categorization (check each that applies and briefly describe):

1.   <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

     Check here for Category 1:____

2.   <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

     Check here for Category 2:____

     Briefly describe claimed complication/outcome/injury:_____

3.   <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

     Check here for Category 3:____

     Briefly describe claimed complication/outcome/injury:_____

4.   <u>Embedded and High Risk Cases</u>:  "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

     Check here for Category 4:____

     Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: <u>XX</u> .  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:
Pancreatitis resulting from struts that penetrated pancreas._____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

3

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: IVC filter protrusion into pancreas/duodenum

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.    Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:    Patrick M. Regan

Plaintiff's Counsel's Firm:    Regan Zambri Long, PLLC

Plaintiff's Counsel's Signature:

4



SENTARA

Auth Prov: Schiappa, Gene
CC Prov:

## Sentara Healthcare
### Sentara Northern Virginia Medical Center Cat Scan
2300 Opitz Blvd.
Woodbridge VA 22191
703-523-1545

### Imaging Result

| | | | |
|---|---|---|---|
| Name:<br>**McDaniel, Alice** (63665055)<br>Sex: Female | DOB:<br>7/23/1954<br>60 year old | Patient Class:<br>Emergency Dept | Diagnosis: |

| | | |
|---|---|---|
| Procedures Performed:<br>CT ABD/PELVIS-IV AND ORAL<br>**CT140704001341** | Exam Date/Time:<br>07/04/2014  7:52 PM | Reason for Exam:<br>ABDOMINAL PAIN |

PROCEDURE: CT ABDOMEN AND PELVIS WITH CONTRAST

TECHNIQUE:  Computerized axial tomography of the abdomen and pelvis was performed after the IV injection of 100 cc Omnipaque 350 iodinated nonionic contrast. Oral contrast was not administered. CPT 74177

HISTORY:   Abdominal pain with nausea and vomiting

COMPARISONS: 4/16/2012 .

TECHNICAL QUALITY: Satisfactory.

FINDINGS:

Visualized lower thorax: No significant abnormality.
Liver: Liver is fatty infiltrated. Small enhancing but appears indeed the anterior right lobe is again noted an unchanged. Small hemangioma or vascular malformation is suspected. This measures approximately 8 mm.
Spleen: Normal size and attenuation.
Gallbladder and biliary system: Gallbladder is absent.
Pancreas: Normal.
Adrenals: Normal.
Kidneys: Both kidneys have a normal size. No hydronephrosis.
GI tract: There is evidence of surgery the epigastric region for previous gastric bypass. The appearance of the native stomach and bypass region is unchanged since prior study. There are a few loops of slightly dilated small bowel in the upper abdomen this contains gas included. Mild ileus is suspected. No obstructive pattern. The cecum, appendix and colon appear normal. No abscess or free air .
Lymph nodes and mesentery: Normal.
Vasculature: There is an inferior vena cava filter. The aorta is normal..
Bladder: Normal.
Reproductive organs: No pelvic masses.
Peritoneum: No free fluid.
Musculoskeletal structures: No significant abnormality.
Other:  None .

IMPRESSION
IMPRESSION:

Patient had a previous gastric bypass surgery with this region appearing stable since prior examination in 2012.

There are a few loops of slightly dilated small bowel in the left upper abdomen, ileus versus enteritis are within the differential. No obstructive pattern is seen.

The appendix is normal.

The liver is fatty infiltrated. .

Dictated by: Harris, Kristie
Transcribed On: 07/04/2014 20:03:21
Finalized On: 07/04/2014 20:10:45
Finalized By: Harris, Kristie

Signed By:Harris, Kristie C, MD 7/4/2014  8:03 PM

Optimal Radiology [252]

Summary View for McDaniel, Alice G

Page 1 of 3



## McDaniel, Alice G

60 Y old Female, DOB: 07/23/1954
Account Number: 45938
17959 Swans Creek Lane, Dumfries, VA-22026

Guarantor: McDaniel, Alice G   Insurance: Tricare Standard
PCP: - Pt will call back for PCP Name   Referring: Lisa Malloy, MD
Appointment Facility: Smoketown Road Associates in Gastroenterology

09/25/2014                                Progress Note: Atul V. Marathe, M.D.

### Current Medications
**Taking**
- Nexium 40 MG Capsule Delayed Release 1 cap QD
- Kristalose 20 GM Packet 1 packet mixed with 4 ounces of water prn
- Valtrex 500 MG Tablet 1 tablet every 12 hrs
- MiraLax Packet 1 packet mixed with 8 ounces of fluid Once a day
- Dymista 137/50 mcg per spray Intranasal 2 puffs each nostril Twice a day
- Calcium + D 600-200 MG-UNIT Tablet 1 tablet Once a day
- Levocetirizine Dihydrochloride 5 MG Tablet 0.5 tablet in the evening Once a day
- Xyzal 5 MG Tablet 1 tab qd
- Synthroid 50 MCG Tablet 1 tab qd
- Lyrica 50 MG Capsule 1 cap tid
- Lexapro 10 MG Tablet 1 tab qd
- Zomig 5 MG Tablet 1 tab qd
- Astelin 137 MCG/SPRAY Solution 2 puffs in each nostril prn
- Nasonex 50 MCG/ACT Suspension 2 sprays in each nostril prn
- Caltrate 600 1500 MG Tablet 1 tab bid
- Percocet 5-325 MG Tablet 1 tab prn
- Lipitor 10 MG Tablet 1 tablet Once a day
**Discontinued**
- Arava 20 MG Tablet 1 tablet Once a day

### Past Medical History
Acid reflux
Arthritis
Blood clots
Hyperlipidemia
Hypertension
Thyroid Disease
Anemia
Irritable bowel syndrome
Uterine fibroid

### Surgical History
Colonoscopy 04/2006
EGD 04/2007
Colonoscopy 05/2009
Laparoscopy 08/2007
Gastric bypass 06/2006
Cholecystectomy 06/2006

### Reason for Appointment
1. F/U abdominal pain

### History of Present Illness
**General:**
    She could not take the MRI due to allergies. She continues to have episodes of pain in the epigastric pain. May be related to prior IVC filter that looks like it may be problematic.

### Vital Signs
height 5'4", weight 145, BMI 24.89, blood pressure 140/78, heart rate 70.

### Examination
**General examination:**
    General appearance: no acute distress, well nourished. Psychological: Alert and Oriented. Skin: No jaundice, no rash. HEENT: Sclera: anicteric. Lungs: clear to auscultation bilaterally, no wheezes, no crackles. Heart: no murmurs, regular rate and rhythm, normal S1S2. Back: non-tender. Abdomen: soft,moderate epigastric tenderness, nondistended, normal BS, no HSM, no masses. Extremities: no clubbing, no edema.

### Assessments
1. Abdominal pain, left upper quadrant - 789.02 (Primary), Unclear etiology, pt is s/p gastric bypass with multiple complications from surgery. Her EGD(2012) did not show any abnormalities. Colon(2012) was also normal. Does not have diarrhea or constipation with the pain symptoms. May be adhesions. She has had an area of persistant dilation of SB loops in Left upper abdomen. Not able to get MRI due to gadolinium allergy. She saw IR due to an IVC filter that may be pushing on pancreas. Not sure if this is causing the pain or not.
2. Constipation - 564.00, Severe chronic constipation. I suspect symptoms aggravated by chronic narcotic use. May be making pain worse. Does better with Miralax and Kristalose. Amitiza stopped working. Linzess stopped working. But does work PRN
3. Abnormal radiographic findings GI tract - 793.4, Lesion within right lobe of liver on CT scan 4/16/12, stable from 9/2010, ?hemangioma vs vascular malformation. She has a h/o congenital shunt in the liver.
4. IBS - 564.1, Has episodes of diarrhea and constipation.
5. GERD - 530.81, Breakthrough symptoms sometimes

Patient: McDaniel, Alice G   DOB: 07/23/1954   Progress Note: Atul V. Marathe, M.D.   09/25/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AG 0081

http://192.168.16.8:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=42...   6/4/2015

Shoulder surgery 08/2005
Carpal Tunnel Release 05/2001
Breast surgery 1999
Oophorectomy 1996
Hysterectomy 1995
Tympanomastoidectomy 1977
Adenoidectomy 1960's
Tonsillectomy 1960's
EGD 08/2012
Colonoscopy 11/2012

**Family History**
Father: Prostate / Colon cancer
Mother: Heart disease, pacemaker
Siblings: Lung, ovarian, rectal cancer, kidney disease

**Social History**
Marital status: Married.
Smoking* Are you a: nonsmoker.
Occupation: Retired.
no Alcohol.
no Blood transfusions.
Country of birth: USA.

**Allergies**
Penicillin V Potassium
Sulfa
Hyoscyamine Sulfate
Contrast
Gadolinium

**Hospitalization/Major Diagnostic Procedure**
Staph Infection 1998

**Review of Systems**
General:
    Patient denies Change in general health, Change in strength/stamina, fever/sweats.
Endocrine:
    Patient denies unusual change in weight, fatigue/lethargy, change in appetite.
Cardiovascular:
    Patient denies chest pain, palpitations, swelling in legs.
Pulmonary:
    Patient denies cough, shortness of breath, wheezing.
Neurologic:
    Patient denies headache, poor balance, tingling in fingers/toes.
Musculoskeletal:
    Patient denies joint aches, muscle weakness/pain.
Psychiatric:
    Patient denies anxiety/depression, poor sleep, difficulty concentrating.

6. Anemia, unspecified - 285.9, Has had very minimal anemia. No blood in the stools.
7. Anxiety state, unspecified - 300.00
8. Family history of colon cancer - V16.0, Father dx'ed in 50s, sister dx'ed in 50s

Was recently in the hospital with a gastroenteritis.

**Treatment**
1. **Abdominal pain, left upper quadrant**
Notes: Continue f/u with IR. May need consult with surgery. Pain management. Consider ex lap. Consider repeat EGD if pain continues. Will review the the CT with radiology.

2. **Constipation**
Continue Kristalose Packet, 20 GM, 1 packet mixed with 4 ounces of water, Orally, prn
Notes: MiraLax BID. High fiber diet intake with lots of water. PRN Linzess 290 mcg.

3. **Abnormal radiographic findings GI tract**
Notes: Consider f/u imaging.

4. **IBS**
Notes: Continue to treat symptoms best as possible.

5. **GERD**
Continue Nexium Capsule Delayed Release, 40 MG, 1 cap, Orally, QD

6. **Family history of colon cancer**
Notes: Repeat colonoscopy in 2017 or sooner if clinically indicated.

**Follow Up**
6 Weeks, prn

_Attus_

**Electronically signed by Atul Marathe M.D. on 09/26/2014 at 08:35 AM EDT**

**Sign off status: Completed**

------------------------------------------------------------

Patient: McDaniel, Alice G    DOB: 07/23/1954    Progress Note: Atul V. Marathe, M.D.    09/25/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)*

AG 0082

 **INOVA**

ALEXANDRIA HOSPITAL
4320 Seminary Road
Alexandria VA 22304-1535

MCDANIEL, ALICE
MRN: 13507140
DOB: 7/23/1954, Sex: F
Enc. Date: 07/31/14

---

**H&P filed by Provider, Generic Hpf at 9/24/2014 11:23 AM**

| | | |
|---|---|---|
| Author: Provider, Generic Hpf | Service: (none) | Author Type: Physician |
| Filed: 9/24/2014 11:23 AM | Note Time: 9/24/2014 11:23 AM | Note Type: H&P |
| Status: Signed | Editor: Interface, Hpf Incoming Document Pointers | |
| Trans ID: HPF01-HPF-57753121 | Trans Status: Available | Dictation Time: |
| Trans Time: | Trans Doc Type: History and Physical | |

Scan on 9/24/2014 11:23 AM : ILE

---

**Progress Notes by McDermott, Lauren J, PA at 9/24/2014 3:31 PM**

| | | |
|---|---|---|
| Author: McDermott, Lauren J, PA | Service: (none) | Author Type: Physician Assistant |
| Filed: 9/29/2014 4:32 PM | Note Time: 9/24/2014 3:31 PM | Note Type: Progress Notes |
| Status: Addendum | Editor: Cooper, James M, MD (Physician) | |
| Related Notes: | Original Note by McDermott, Lauren J, PA (Physician Assistant) filed at 9/24/2014 4:33 PM | |

> **Cardiovascular & Interventional Associates - AAR**
> **CVIR**
> **Consultation Note**

**Referring Clinician**: Dr. Paroni Gupta (PCP)

**HPI/Reason for Consultation:**

ALICE MCDANIEL presents today in consultation to discuss possible IVC filter retrieval. She is a 60 y.o. female who underwent Roux-en-Y gastric bypass surgery at Roger Williams Medical Center in Rhode Island on 6/14/2006. Afterwards she was diagnosed with a small bowel obstruction and underwent surgical repair on 6/16/2008. Following her surgery she developed an acute pulmonary embolism and decision was made to place a Cook Tulip option filter on 6/21/2008. She remained in the hospital for approximately 1 month afterwards. She remained on Coumadin for 6 months after her pulmonary embolism and then was cleared to discontinue. Her hypercoagulable work up was negative. Approximately 5 months after the IVC filter was placed she met with a physician at Walter Reed Medical Center to discuss removing her IVC filter. She was told it had been in too long and just to leave it in place.

The patient states she was doing well until March 2011 when she developed acute left-sided periumbilical pain. The patient can remember the exact moment the pain started and it has been constant since. She describes the pain as "sharp and stabbing." The pain is always present but fluctuates between slight aching to excruciating, unbearable pain. At times, the pain radiates to her LUQ or deep through her abdomen to her back. Eating and constipation seems to aggravate her symptoms. She has tried doing a liquid only diet for 3 days in the past, as recommended by her bariatric specialist, with only mild improvement. The patient has seen several specialists and undergone multiple studies for work up of her abdominal pain of unknown etiology. She is extremely frustrated that no one can identify the cause of her pain. Then in August 2014 she read an article in The Washington Post that described a women with chronic abdominal and back pain thought to be related to an old IVC filter which had fractured. Filter was subsequently removed and patient experienced pain relief. Patient was most recently admitted to Sentara Northern Virginia Medical Center with gastritis. At that time, she underwent CT scan of the abdomen and pelvis.

She presents today for evaluation of her IVC filter and to discuss possible removal of the filter.

---

 **INOVA**

ALEXANDRIA HOSPITAL
4320 Seminary Road
Alexandria VA 22304-1535

MCDANIEL,ALICE
MRN: 13507140
DOB: 7/23/1954, Sex: F
Enc. Date: 09/24/14

## Past Medical History

**Past Medical History**

Diagnosis                                                     Date
- Hyperlipidemia
- Hypothyroidism
- Chronic abdominal pain
- Vitamin D deficiency
- Herniated cervical disc
- Lumbar herniated disc
- Insomnia
- Psoriatic arthritis
- Osteoarthritis
- Bursitis
- Psoriasis
- Migraines
- Chronic sinus infection
- Chronic ear infection
- Hearing loss
- Seasonal allergies
- Bilateral pulmonary embolism
  *2006*

## Past Surgical History

**Past Surgical History**

Procedure                                                     Date
- Laparoscopic, gastric bypass, roux-en-y                     6/2006
- Ivc filter placement                                        6/2006
  *Cook Tulip retrieval filter*

## Allergies

**Allergies**

| Allergen | Reactions |
|---|---|
| Penicillins | Anaphylaxis |
| Gadolinium | Hives, Swelling, Palpitations and Hypotension |
| Hyoscyamine | Swelling and Rash |
| Sulfa Antibiotics | Swelling and Rash |

## Medications

**Current Outpatient Prescriptions**

Medication                    Sig                          Dispense      Refill
- atorvastatin (LIPITOR) 20 MG tablet Take 20 mg by mouth daily.
- Azelastine-Fluticasone (DYMISTA)  by Nasal route 2 (two) times daily.
  137-50 MCG/ACT Suspension

 **INOVA**

ALEXANDRIA HOSPITAL
4320 Seminary Road
Alexandria VA 22304-1535

MCDANIEL,ALICE
MRN: 13507140
DOB: 7/23/1954, Sex: F
Enc. Date: 09/24/14

| | |
|---|---|
| • Chlorzoxazone (LORZONE) 375 MG Tab | Take 375 mg by mouth 3 (three) times daily. |
| • cycloSPORINE (RESTASIS) 0.05 % ophthalmic emulsion | Place 1 drop into both eyes every 12 (twelve) hours. |
| • esomeprazole (NEXIUM) 40 MG capsule | Take 40 mg by mouth every morning before breakfast. |
| • Eszopiclone (ESZOPICLONE) 3 MG tablet | Take 3 mg by mouth nightly as needed. Take immediately before bedtime |
| • halobetasol (ULTRAVATE) 0.05 % cream | Apply topically as needed. |
| • levocetirizine (XYZAL) 5 MG tablet | Take 5 mg by mouth every evening. |
| • levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet | Take 50 mcg by mouth Once a day at 6:00am. |
| • mometasone (NASONEX) 50 MCG/ACT nasal spray | 2 sprays by Nasal route daily. |
| • oxyCODONE-acetaminophen (PERCOCET) 5-325 MG per tablet | Take 1 tablet by mouth as needed. |
| • pregabalin (LYRICA) 50 MG capsule | Take 50 mg by mouth 3 (three) times daily. |
| • Tapentadol HCl (NUCYNTA ER) 150 MG Tablet SR 12 hr | Take 150 mg by mouth daily. |
| • ZOLMitriptan (ZOMIG) 5 MG tablet | Take 5 mg by mouth as needed. |

## Family History:

History reviewed. No pertinent family history.

## Social History:

### History

Social History
• Marital Status:                          Married
    Spouse Name:                          N/A
    Number of Children:              N/A
• Years of Education:                  N/A

Occupational History
• Not on file.

Social History Main Topics
• Smoking status:                        Never Smoker
• Smokeless tobacco:              Not on file
• Alcohol Use:                              No
• Drug Use:                                    No
• Sexually Active:                        Not on file

Other Topics                                                        Concern
• Not on file

**INOVA**

ALEXANDRIA HOSPITAL
4320 Seminary Road
Alexandria VA 22304-1535

MCDANIEL,ALICE
MRN: 13507140
DOB: 7/23/1954, Sex: F
Enc. Date: 09/24/14

Social History Narrative
- No narrative on file

## ROS

A comprehensive review of systems is negative, except for:

☒**General: weight:** ☐Fatigue  ☐Weight Loss  ☐Fever  ☐Chills  ☐Rigors

☒**Respiratory:** ☐Shortness of breath  ☐Cough  ☐Wheeze  ☐Hemoptysis

☒**Cardiac:** ☐Chest pain  ☐Palpitations  ☐PND  ☐Cold extremities

☒**GI:** ☒Reflux  ☐Dyspepsia  ☒abdominal pain  ☐nausea  ☐vomiting        ☐
diarrhea  ☐constipation  ☐blood in stool

☒**Genito-urinary:** ☐Burning with urination  ☐Frequency  ☐Urgency  ☐Hematuria

☒**Musculoskeletal:** ☒joint pain  ☒Arthritis  ☐back pain

☒**CNS:** ☒focal weakness  ☒headache  ☐Seizures  ☐double vision  ☐fainting

☒**Endocrine:** ☐polyuria  ☐polydipsia  ☐General weakness

☒**Skin:** ☐Rash  ☐Pruritis  ☐Ecchymosis  ☐Varicose Veins  ☐Edema

## Physical Exam

Constitutional: alert female, appears well developed and well nourished
HENT:
Head: Normocephalic.
Eyes: EOM are normal. Sclera anicteric.
Neck: Neck supple.
Musculoskeletal: Normal range of motion. There is no edema.
Neurological: female is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.

## Rads:

CT scan abdomen and pelvis at Sentara Northern VA Medical Ctr 7/4/14:
Images currently unavailable for review, but by verbal report it appears that at least two of IVC filter struts have protruded through the vessel wall. I have requested a copy of the images as well as any of films for further evaluation.

## Assessment

60 y/o F with c/o chronic abdominal pain and remote history of PE after gastric bypass surgery in 2006 requiring IVC filter placement.

## Plan

Recent CT scan images reviewed. By report, it appears that IVC filter struts have protruded through the wall of the vessel involving the pancreas/duodenum. Although uncommon, this could potentially be a cause for her chronic abdominal pain. However, we are unable to say definitively unless we could remove the IVC filter and



ALEXANDRIA HOSPITAL
4320 Seminary Road
Alexandria VA 22304-1535

MCDANIEL,ALICE
MRN: 13507140
DOB: 7/23/1954, Sex: F
Enc. Date: 09/24/14

monitor for pain relief. The patient is aware that an IVC filter which has been in place for this long could be extremely difficult or impossible to remove. We have requested a CD of the patient's images from Sentara Hospital for review. In addition, attempt will be made to review older images, in order to better delineate any change in filter position that correlates with symptom onset in 2011. Afterwards, we will contact the patient to let her know our recommendations and whether she can be scheduled for a venogram with attempted IVC filter retrieval.

More than half of the 40 minute visit was spent in discussion and coordination of care.

Signed by: Lauren J McDermott, PA
CVIR Department
INOVA Alexandria Hospital
703-504-7950

I have evaluated the patient and agree with the above documented evaluation and plan.

Signed by: James M Cooper, MD
CVIR Department
(703)-504-7950

**CT Imported Outside Images [214145755]**                                          Completed

| | | | |
|---|---|---|---|
| Ordering user: | Tolson, Nicole M 09/25/14 0950 | Authorized by: | Papadouris, Dimitrios C, MD |
| Ordered during: | Ancillary Orders on 09/25/2014 | Frequency: | 09/25/14 - |
| Electronically signed by: | Tolson, Nicole M 09/25/14 0950 | | |
| Questions: | Is the patient pregnant? No | | |
| | Reason for Exam: import of images | | |

Resulted: 09/25/14 0950, Result Status: Final

**CT Imported Outside Images [214145756]**                                          result

| | |
|---|---|
| Performed: | - 09/25/14 0955 |
| Narrative: | The attached image(s) (individually and collectively, "Image") is/are from prior encounter(s) occurring outside the current encounter at Inova. The Image was obtained from the patient or patient's treating physician (in some cases, at the request of the patient's referring physician), and is incorporated into the Inova medical record system for reference for the patient's current encounter and future encounters at Inova. No current interpretation is provided for the Image. |

Specimen Information

| Type | | | Source | | Collected On | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**CT Imported Outside Images [214145762]**                                          Completed

# INOVA™

FAIRFAX HOSPITAL
3300 Gallows Road
Fairfax VA 22042-3307

MCDANIEL,ALICE
MRN: 13507140
DOB: 7/23/1954, Sex: F
Enc. Date: 10/02/14

| CT Imported Outside Images [214145762] | | | Completed |
|---|---|---|---|
| Ordering user: | Tolson, Nicole M 10/02/14 1019 | Authorized by: | Cooper, James M, MD |
| Ordered during: | Ancillary Orders on 10/02/2014 | Frequency: | 10/02/14 - |
| Electronically signed by: | Tolson, Nicole M 10/02/14 1019 | | |
| Questions: | Is the patient pregnant? No | | |
| | Reason for Exam: import | | |

Resulted: 10/02/14 1019, Result Status: Final result

| CT Imported Outside Images [215355998] | |
|---|---|
| Performed: | - 10/02/14 1020 |
| Narrative: | The attached image(s) (individually and collectively, "Image") is/are from prior encounter(s) occurring outside the current encounter at Inova. The Image was obtained from the patient or patient's treating physician (in some cases, at the request of the patient's referring physician), and is incorporated into the Inova medical record system for reference for the patient's current encounter and future encounters at Inova. No current interpretation is provided for the Image. |

Specimen Information

| Type | Source | Collected On | | | |
|---|---|---|---|---|---|

## END OF REPORT

HUP, Pt:    , MRN: 445594757, Enc: 219926286, fG6055LDUTTIK Copy of electronic orig.

Patient:McDaniel, Alice                                                    #445594757



### Demographics

| | |
|---|---|
| Alice | 17959 Swans Creek |
| McDaniel | Lane |
| 60 year old | DUMFRIES VA |
| female | 22026 |
| 7/23/1954 | |

Comm Pref:
None

### Problem List
Presence of IVC filter

### Health Maintenance
⊡Postponed ⊘Soon ⊠Due ⊕Late

| Topic | Due | Last Communication |
|---|---|---|
| Hiv Screening Once | 7/23/1969 | |
| Lipids | 7/23/1972 | |
| Diptheria/tetanus Vaccine | 7/23/1973 | |
| Pertussis Vaccine | 7/23/1973 | |
| Pap Smear | 7/23/1975 | |
| Mammogram | 7/23/1994 | |
| Colonoscopy | 7/23/2004 | |
| Zoster Vaccine | 7/23/2014 | |
| Flu Shot | 9/1/2014 | |
| Fasting Glucose | 10/23/2017 | |

### Registries                          Show Detail
None

### Reminders and Results
None

### Allergies
GADOLINIUM  Swelling, Hives, Hypotension , Palpitations
HYOSCYAMINE  Swelling, Rash
PENICILLINS  Anaphylaxis
SULFA ANTIBIOTICS  Swelling, Rash

### Medications
atorvaSTATin (LIPITOR) 20 MG PO TABS
azelastine-fluticasone (DYMISTA) 137-50 MCG/ACT nasal SUSP
Chlorzoxazone (LORZONE) 375 MG PO TABS
cycloSPORINE (RESTASIS) 0.05 % ophthalmic EMUL
esomeprazole (NEXIUM) 40 MG PO PACK
eszopiclone 3 MG PO TABS
Halobetasol Propionate (ULTRAVATE) 0.05 % EX CREA
levocetirizine (XYZAL) 5 MG PO TABS
levothyroxine (SYNTHROID) 50 MCG PO TABS
mometasone (NASONEX) 50 MCG/ACT nasal SUSP
oxyCODONE-acetaminophen (PERCOCET) 5-325 MG PO TABS
pregabalin (LYRICA) 50 MG PO CAPS
Tapentadol HCl (NUCYNTA) 150 MG PO tab SR 12hr
Zolmitriptan (ZOMIG) 5 MG PO TABS

### Immunizations/Injections
None

### Significant History/Details
Smoking: Never Smoker
Smokeless Tobacco: Unknown
Alcohol: No
8 open orders

### Specialty Comments          Edit  Show All  Report
No comments regarding your specialty

### Family Comments                        Edit
None

HUP, Pt:     , MRN: 445594757, Enc: 219926286, for GOLDUTTIK Copy of electronic orig.

 **Penn Medicine**

Hospital *of the* University *of* Pennsylvania

**Scott O. Trerotola, M.D.**
Stanley Baum Professor of Radiology
Professor of Surgery
Vice Chair for Quality
Associate Chair for Interventional Radiology
Chief, Interventional Radiology

November 4, 2014

Alice McDaniel
17959 Swans Creek Lane
Dumfries VA 22026
VIA Mail

Name: Alice McDaniel
MRN: 445594757
DOB: 7/23/1954

Dear Ms, McDaniel:

It was a pleasure meeting you today, and this note will serve to document our visit. You are a 60 y.o. female who is self referred for consideration of forceps retrieval of a Cook Tulip inferior vena caval filter placed in 2006. You had a gastric bypass in 6/14/06, complicated by a small bowel obstruction requiring surgical repair 2 days later. Following your surgery, you developed acute bilateral PE and decision was made to place an IVC filter. You completed 6 months of AC therapy with coumadin. You had a hypercoagulable work up which was negative. You then met with a physician in consultation for retrieval and were told that filter had been in too long and therefore unable to removed. You started to develop left-sided periumbilical pain approximately 4 years ago, described as sharp, stabbing. The pain is always present but fluctuates between aching to excruciating and at times radiates to her back. Pain is aggravating with eating. You have seen multiple specialists in consultation for your abdominal pain and work up has been inconclusive to etiology of pain. After reading an article in the Washington post, about a patient who was experiencing abdominal pain related to her IVC filter that I personally removed, you met with an interventional radiologist in Virginia who reviewed your CT scan, and was told that the struts of your IVC filter were protruding into your pancreas and therefore would be difficult to retrieve. You have come to me for a second opinion. Aside from your abdominal pain, you do not have any chest or leg pain at this time.

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • atorvaSTATin (LIPITOR) 20 MG PO TABS | 1 TABLET DAILY | | |
| • azelastine-fluticasone (DYMISTA) 137-50 MCG/ACT nasal SUSP | bid | | |
| • Chlorzoxazone (LORZONE) 375 MG PO TABS | tid | | |

Ground Dulles | 3400 Spruce Street | Philadelphia, Pa 19104 | 215-615-3540 | Fax: 215-615-3545 | Penn@hart
streroto@uphs.upenn.edu | www.pennmedicine.org/interventional-radiology

Page 1 of 4

HUP 0002

RE: Alice McDaniel                                                    11/4/2014
MRN: 445594757                                                        Page: 2
DOB: 7/23/1954

- cycloSPORINE (RESTASIS) 0.05    bid
  % ophthalmic EMUL
- esomeprazole (NEXIUM) 40 MG    qd
  PO PACK
- eszopiclone 3 MG PO TABS       qhs
- Halobetasol Propionate         prn
  (ULTRAVATE) 0.05 % EX CREA
- levocetirizine (XYZAL) 5 MG PO  qd
  TABS
- levothyroxine (SYNTHROID) 50    1 TABLET DAILY
  MCG PO TABS
- mometasone (NASONEX) 50        qd
  MCG/ACT nasal SUSP
- oxyCODONE-acetaminophen        1 TABLET EVERY 4 TO 6 HOURS
  (PERCOCET) 5-325 MG PO TABS    AS NEEDED
- pregabalin (LYRICA) 50 MG PO   tid
  CAPS
- Tapentadol HCl (NUCYNTA) 150   qhs
  MG PO tab SR 12hr
- Zolmitriptan (ZOMIG) 5 MG PO   1 TIME ONLY prn
  TABS


**Allergies as of 11/04/2014 - Mark as Reviewed 11/04/2014**

| Allergen | Reaction | Noted |
|---|---|---|
| • Gadolinium | Swelling, Hives, Hypotension , and Palpitations | 11/04/2014 |
| • Hyoscyamine | Swelling and Rash | 11/04/2014 |
| • Penicillins | Anaphylaxis | 11/04/2014 |
| • Sulfa antibiotics | Swelling and Rash | 11/04/2014 |


**REVIEW OF SYSTEMS:**
Constitutional: Stable weight , good appetite . No constitutional symptoms.
HEENT: No complaints.
Respiratory: No cough, chest pain, shortness of breath or hemoptysis.
Cardiovascular: No angina, PND, orthopnea, DOE, or edema.
GI: No nausea, vomiting, diarrhea, hematochezia, or melena. +constipation. +LUQ pain as above
GU: No hematuria or dysuria.
Neurological: No complaints.
Musculoskeletal: No leg swelling or pain. No ulceration, no varicosities. +chronic cervical and lumbar back
pain from herniated discs.
Hematologic: No anemia


**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Obesity | |
| • Small bowel obstruction | |
|    *surgical repair 6/16/08* | |

Ground Dulles | 3400 Spruce Street | Philadelphia, Pa 19104 | 215-615-3540 | Fax: 215-615-3545 | PennChart
streroto@uphs.upenn.edu | www.pennmedicine.org/interventional-radiology

Page 2 of 4

HUP 0003

HUP, Pt:   , MRN: 445594757, Enc: 219926286, fc8058LDUTTIK Copy of electronic orig.

RE: Alice McDaniel                                                                    11/4/2014
MRN: 445594757                                                                        Page: 3
DOB: 7/23/1954

- Pulmonary embolism                                                    2006
  *bilateral*
- GERD (gastroesophageal reflux disease)
- Biliary dyskinesia
- Hypothyroidism
- Vitamin D deficiency
- Herniated cervical disc
- Herniated lumbar intervertebral disc
- Osteoarthritis
  *lower back, hips, fingers, knees, neck, shoulders, toes*
- Bursitis
  *hips and shoulders*
- Psoriasis
- Migraines
- Psoriatic arthritis

FH: There is no strong family history of thrombophilia although you report your father suffered a DVT at age 89.

SOCIAL HISTORY: You are married and deny any history of tobacco, alcohol, or drug use.

PHYSICAL EXAMINATION:
Vital signs: BP 118/80 | Pulse 59 | Temp(Src) 98 °F (36.7 °C) (Oral) | Resp 16 | Wt 142 lb (64.411 kg) | SpO2 100%
Neck: no collaterals, old scar from catheter during surgery
Lungs: Clear to auscultation and percussion per my nurse practitioner's examination.
Heart: Regular rate and rhythm. No murmurs, gallops, or rubs per my nurse practitioner's examination.
Abdomen: Soft, no organomegaly, but has LUQ-TTP per my nurse practitioner's examination.
Extremities: No leg tenderness but has mild lower extremity swelling bilaterally after long car ride from Virginia, negative Homan's sign bilaterally. No ulceration, no varicosities.
Skin: Has lidoderm patch on upper back for chronic cervical pain.

IMAGING: I personally reviewed CT scans performed on 7/4/14 and in 2012, and the image quality is good. These demonstrate a Tulip filter with the tip off-center but not obviously embedded. There is no clot in the filter. The legs are penetrated with one leg in the uncinate process of the pancreas and another abutting or in the wall of the aorta. Interestingly, at this level only, there is a large calcified plaque at about 2 o'clock, distant circumferentially from the filter leg. The other legs are also penetrated but not into any organ. There is no obvious fracture. Also noted are dilated extrahepatic bile ducts without obvious cause.

I spent 30 minutes with you today, of which greater than 50% was spent in counseling and coordinating care. I briefly reviewed the history of removal of inferior vena cava filters, and how the PREPIC study showed that filters reduce the risk of pulmonary emboli, but had the downside of an increased risk of deep vein thrombosis over time. I also indicated that because some forms of inferior vena cava filter including this one have been found to fracture, removal is desirable when they are no longer needed. This was the subject of a 2010 FDA recommendation, with which I fully agree. I reviewed the technique of using endobronchial forceps to remove these filters and we have had excellent success with this technique. I indicated that we had done this procedure in approximately 150 patients to date with an over 95% success rate in removal. I explained that we have not had any major complications related to the procedure, and that only a few patients had to be admitted overnight for observation. I also indicated that we had seen no adverse long-term sequelae from the procedure. I reviewed the procedure in detail including the transjugular approach and the 2 to 4-hour recovery period after the procedure, depending on how it went. I indicated that it should not be a prolonged procedure

Ground Dulles | 3400 Spruce Street | Philadelphia, Pa 19104 | 215-615-3540 | Fax: 215-615-3545 | Penn@hart
strereto@uphs.upenn.edu | www.pennmedicine.org/interventional-radiology

Page 3 of 4

HUP 0004

HUP, Pt:  , MRN: 445594757, Enc: 219926286, 68089LDUTTIK Copy of electronic orig.

RE: Alice McDaniel                                          11/4/2014
MRN: 445594757                                              Page: 4
DOB: 7/23/1954

and that our average fluoroscopy time for these procedures is approximately 20 minutes. Usually by that time, it is very clear whether we are going to be successful or not. I reviewed the risks of procedure including the risk that the filter might not be able to be removed, the risk of fragmentation of the filter and embolization of fragments, injury to the caval wall, caval thrombosis, and injury of other vessels and structures in the vicinity. We discussed the filter leg abutting the aorta, and I explained that we no longer do aortograms in this setting because we have not found them to be of value. I also reviewed those risks common to all catheterization procedures including contrast reaction, nephrotoxicity, and vascular injury. I reviewed anesthesia/sedation risks including oversedation and aspiration. You indicated you wished to be put to sleep for the procedure, which fortunately I was able to arrange. At the conclusion of our discussion, and once I had satisfied all of your questions in turn, you indicated you wished to proceed with a removal attempt, which is scheduled for November 5, the proximity of office visit and removal necessitated by your long travel from Virginia.

We specifically discussed that there was no guarantee that removing the filter would help your pain, because abdominal pain is multifactorial. The only way to know for sure is to remove the filter and see if the pain resolves.

I also mentioned that you should have the dilated bile ducts evaluated and that you should pursue this with your GI doctor and/or primary care doctor.

In summary, you have a penetrated inferior vena cava filter and are no longer in need of the filter. A removal attempt is scheduled for tomorrow. It was a pleasure meeting you today. If I may be of further assistance please do not hesitate to contact me.

Sincerely,

Scott Trerotola, MD

Ground Dulles | 3400 Spruce Street | Philadelphia, Pa 19104 | 215-615-3540 | Fax: 215-615-3545 | PennＣhart
strerota@uphs.upenn.edu | www.pennmedicine.org/interventional-radiology

Page 4 of 4

HUP 0005

**Radiology Exams Summary** 🔲

| MCDANIEL, ALICE | | | |
|---|---|---|---|
| DOB | Sex | Race | MRNs |
| 7/23/1954 61Y | Female | White | 445594757 (all) |

| Exam Performed | Report | Requestor | Description (Click to view report if available) | Image (s) | Status | Location | Acces |
|---|---|---|---|---|---|---|---|
| 11/05/14 13:26 | 11/05/14 16:26 | Trerotola,Scott O, MD | **IR IVC FILTER PLACEMENT** | ■ | Final | RADIOLOGY HUP DULLES GROUND | 1582551 |

**Reading Physician:** Trerotola,Scott O, MD;Kuo,Yuo-Chen, MD

**Addendum:** n/a

**Narrative:**

Procedure: Complex IVC filter removal
Staff: Trerotola

Fellow: Kuo

Contrast: 80 mL Isovue IV

Fluoroscopy time: 3.1 minutes pulsed at 7.5 pulses per second.

Complications: None

Medications: General anesthesia per anesthesia service

Indication: History of deep vein thrombosis with placement of Gunther IVC filter, no longer needed. See detailed office note.

Procedure: Real-time ultrasound guidance was used to puncture the right internal jugular vein. Multiple spot images of the
filter were performed. Rotational cavography was then performed. The filter was then removed using endobronchial forceps via a
16 French sheath in the jaws of life technique. It was removed successfully. Post removal cavogram was performed. The sheath was
then removed and hemostasis was gained by manual compression.

This procedure was performed under the personal supervision of Dr. Trerotola, who was present for the entire procedure.

Findings: Ultrasound shows an anechoic and compressible right internal jugular vein. Tip centered Gunther IVC filter with
otherwise normal IVC, no clot in filter. The filter is intact noting that one of the fine wires constituting the Tulip petals
was found to be broken, and this cannot be seen on the initial spot films, so presumably it was broken during removal. The
filter is confirmed to be removed in its entirety. After removal, the cavogram demonstrates IVC spasm in the location of prior
filter; the IVC is otherwise normal.

Impression: Successful complex filter removal using jaws of life technique.

ATTENDING RADIOLOGIST AGREEMENT:
I have personally reviewed the images and agree with this report.

Requested By SCOTT TREROTOLA MD
Signed By: SCOTT TREROTOLA MD
Contributing Doctors:Contributing Providers: SCOTT TREROTOLA , MD; YUO-CHEN KUO , RAD-FEL

End

McDaniel, Alice (MR # 445594757 / ACCT # 219926286)                              Encounter Date: 11/05/2014

## Procedure Summary

| Date | Anesthesia Start | Anesthesia Stop | Room / Location |
|------|------------------|-----------------|-----------------|
| 11/05/14 | 1323 | 1510 | RADIOLOGY HUP DULLES GROUND |

| Procedure | Diagnosis | Provider | Current Attending |
|-----------|-----------|----------|-------------------|
| IR IVC FILTER PLACEMENT | Mechanical complication of other vascular device, implant, and graft | | Tanner, Jonathan William, MD |

## Scheduling information
No data filed

## Procedure Documentation
No data filed

## NPO Status
Solids : -                   Solids Date: 11/04/14           Verified: 11/05/14 1309 by Tanner, Jonathan William, MD

## Pre Vitals
No BP, pulse, respiration, SpO2, or temperature recorded.
Ht.: 5'4" (1.626 m) (11/05/14)           Wt: 144 lb (65.318 kg) (11/05/14)
BMI: 24.71                               IBW: 120 lb 10.7 oz (54.735 kg)

## Anesthesia History
No specialty history recorded
Other Medical History
- Obesity
- Small bowel obstruction
- Pulmonary embolism
- GERD (gastroesophageal reflux disease)
- Biliary dyskinesia
- Hypothyroidism
- Vitamin D deficiency
- Herniated cervical disc
- Herniated lumbar intervertebral disc
- Osteoarthritis
- Bursitis
- Psoriasis
- Migraines
- Psoriatic arthritis

## Surgical History

| Past Surgical History | Laterality | Last Occurrence | Comments |
|-----------------------|------------|-----------------|----------|
| HX GASTRIC BYPASS [SHX52] | | 6/14/2006 | |
| IR IVC FILTER PLACEMENT [XIVC] | | 6/21/08 | Cook Tulip |
| HX CHOLECYSTECTOMY [SHX55] | | | |
| HX HYSTERECTOMY TAH [SHX209] | | | inoperable fibroids |
| bilateral oophorectomy [Other] | | 1996 | |

## Substance History
Smoking Status: Never Smoker
Smokeless Tobacco Status: Unknown
Alcohol use: No
Drug use: No

## Allergies as of 11/5/2014                          Reviewed On: 11/4/2014 By: Kramer, Amy

| Allergen | Noted | Reaction Type | Reactions |
|----------|-------|---------------|-----------|
| Gadolinium | 11/04/2014 | | Swelling, Hives, Hypotension , Palpitations |
| Hyoscyamine | 11/04/2014 | | Swelling, Rash |
| Penicillins | 11/04/2014 | | Anaphylaxis |
| Sulfa Antibiotics | 11/04/2014 | | Swelling, Rash |

## Current Medications as of 11/12/2014  7:21 PM

| | Quantity | Refills | Start | End |
|---|----------|---------|-------|-----|
| atorvaSTATin (LIPITOR) 20 MG PO TABS | | | | |
| azelastine-fluticasone (DYMISTA) 137-50 MCG/ACT nasal SUSP | | | | |
| Chlorzoxazone (LORZONE) 375 MG PO TABS | | | | |
| cycloSPORINE (RESTASIS) 0.05 % ophthalmic EMUL | | | | |
| esomeprazole (NEXIUM) 40 MG PO PACK | | | | |

McDaniel, Alice (MR # 445594757 / ACCT # 219926286)   Encounter Date: 11/05/2014

**Current Medications as of 11/12/2014 7:21 PM**

| | Quantity | Refills | Start | End |
|---|---|---|---|---|
| eszopiclone 3 MG PO TABS | | | | |
| Halobetasol Propionate (ULTRAVATE) 0.05 % EX CREA | | | | |
| levocetirizine (XYZAL) 5 MG PO TABS | | | | |
| levothyroxine (SYNTHROID) 50 MCG PO TABS | | | | |
| mometasone (NASONEX) 50 MCG/ACT nasal SUSP | | | | |
| oxyCODONE-acetaminophen (PERCOCET) 5-325 MG PO TABS | | | | |
| pregabalin (LYRICA) 50 MG PO CAPS | | | | |
| Tapentadol HCl (NUCYNTA) 150 MG PO tab SR 12hr | | | | |
| Zolmitriptan (ZOMIG) 5 MG PO TABS | | | | |

**Inpatient Medications**

No data filed

**Medical History**

| Past Medical History | Date | Comments |
|---|---|---|
| Obesity [278.00] | | |
| Small bowel obstruction [560.9] | | surgical repair 6/16/08 |
| Pulmonary embolism [415.19] | 2006 | bilateral |
| GERD (gastroesophageal reflux disease) [530.81] | | |
| Biliary dyskinesia [575.8] | | |
| Hypothyroidism [244.9] | | |
| Vitamin D deficiency [268.9] | | |
| Herniated cervical disc [722.0] | | |
| Herniated lumbar intervertebral disc [722.10] | | |
| Osteoarthritis [715.90] | | lower back, hips, fingers, knees, neck, shoulders, toes |
| Bursitis [727.3] | | hips and shoulders |
| Psoriasis [696.1] | | |
| Migraines [346.90] | | |
| Psoriatic arthritis [696.0] | | |

**Problem List**

Presence of IVC filter

**Pre-Anesthesia Evaluation Note**

Last edited 11/05/14 1313 by Tanner, Jonathan William, MD

**Anesthesia ROS/Medical History**

| Cardiac<br>*Noncontributory.* | Anes/Airway/Pulm<br>Pulmonary embolus: > 6 months ago |
|---|---|
| Endo/Metab<br>(+)Hyperlipidemia, (+)thyroid problem<br>(+)Hypothyroidism, | GI/Hepatic<br>GERD, taking: Prescription Rx,  S/P Gastric bypass, |
| Neuro/Psych<br>(+)Headaches:  Migraine headaches, | Renal/Uro<br>*Noncontributory* |
| Musculoskeletal<br>(+)Arthritis, Involving: C spine,<br>Type: DJD/Osteoarthritis, | Heme/Onc<br>No drug induced coagulopathy, |

**Anesthesia Physical Exam**

**Airway**

Mallampati score: III. Mento-hyoid distance: normal. Neck ROM: limited.  Patient is able to sublux mandible.

McDaniel, Alice (MR # 445594757 / ACCT # 219926286)                    Encounter Date: 11/05/2014

Pre-Anesthesia Evaluation Note

**Dental**
no notable dental hx

**Cardiovascular**

**Pulmonary**

**Abdominal**

Results / Studies

CREA    0.6   10/23/2014

INR    0.95  10/23/2014

WBC    6.5   10/23/2014
HEMO   11.8  10/23/2014
HEMA   36.4  10/23/2014
PLT    256   10/23/2014

**Anesthesia Plan**

ASA physical status: 3
Anesthesia type: general
Airway management: ETT (direct laryngoscopy)
Special monitoring/procedures: Standard
PostOp pain management: IV / PO analgesics

Patient is anxious, has h/o PTSD, and wants to be unconscious of procedure, which involves neck movement, so plan is GA/ETT.

**Pre-Anesthesia Evaluation Complete**
Pre-Anesthesia Evaluation completed marked on 11/05/14 at 1313 by Tanner, Jonathan William, MD.
11/05/14 at 1313 by Tanner, Jonathan William, MD

**Anesthesia Checklist**
No data found.

**Intraprocedure Grid/Graph**
No data available.

**Encounter-Level Documents:**
There are no encounter-level documents.

**Anesthesia Medications**
None

**Intraprocedure I/O Totals**
None

**Blood Products Administered**
No data found.

**Events**

McDaniel, Alice (MR # 445594757 / ACCT # 219926286)                    Encounter Date: 11/05/2014

**Events**

| Date | Time | Event |
|------|------|-------|
| 11/05/14 | 1323 | Anesthesia Start |
| | 1323 | Anesthesia Time Out |
| | | The following were confirmed in an Anesthesia Time Out performed by the anesthesia provider and perioperative nurse [with patient participation if appropriate] prior to induction or start of any anesthesia procedures: |
| | | patient identification, anesthetic plan including primary anesthetic technique, additional monitors/lines and anesthesia procedure(s) if any, including site or laterality and marking of site if indicated. All required devices/equipment present/available. |
| | 1323 | Start Data Collection |
| | 1328 | All Paper Record |
| | | Neuron not working |
| | 1510 | Anesthesia Stop |

**Procedure Notes**

No procedure notes have been written.

**Lines, Drains, and Airways**

No lines, drains, or airways are recorded for this episode.

**Intraop Documentation**

No data found.

**Warming Devices**

No data found.

**Additional Intraop Documentation**

No data found.

**Assessments**

No data found.

**Positioning**

No data found.

**Staff**                                                                    Responsible times on 11/05/14

| Name | Role | Begin | End |
|------|------|-------|-----|
| Tanner, Jonathan William, MD | Anes Resp | 1323 | 1510 |
| Bowers, Russell, CRNA | CRNA | 1323 | 1510 |

**Anesthesia Attending Addendum Attestation**

None

**PostOp Care Transfer/Handoff Note**

No postoperative notes have been written.

**PostOp Anesthesia Evaluation Note**

No postoperative notes have been written.

**Follow-up notes**

No postoperative notes have been written.

**Encounter Status**

Electronically signed by Tanner, Jonathan William, MD on 11/12/14 at 7:21 PM

Go to the Billing and Compliance Report for this case.

Summary View for McDaniel, Alice G

Page 1 of 3



## McDaniel, Alice G

60 Y old Female, DOB: 07/23/1954
Account Number: 45938
17959 Swans Creek Lane, Dumfries, VA-22026

Guarantor: McDaniel, Alice G   Insurance: Tricare Standard
PCP: Medical Group Sentara   Referring: Medical Group Sentara
Appointment Facility: Manassas Office Associates In Gastroenterology PC

04/23/2015

Progress Note: Joylyn M Grant

### Current Medications

**Taking**
- Linzess 145 mcg Capsule 1 Once a day
- Kristalose 20 GM Packet 1 packet mixed with 4 ounces of water prn
- Nexium 40 MG Capsule Delayed Release 1 cap QD
- Valtrex 500 MG Tablet 1 tablet every 12 hrs
- MiraLax Packet 1 packet mixed with 8 ounces of fluid Once a day
- Dymista 137/50 mcg per spray Intranasal 2 puffs each nostril Twice a day
- Calcium + D 600-200 MG-UNIT Tablet 1 tablet Once a day
- Levocetirizine Dihydrochloride 5 MG Tablet 0.5 tablet in the evening Once a day
- Xyzal 5 MG Tablet 1 tab qd
- Synthroid 50 MCG Tablet 1 tab qd
- Lyrica 50 MG Capsule 1 cap tid
- Lexapro 10 MG Tablet 1 tab qd
- Zomig 5 MG Tablet 1 tab qd
- Astelin 137 MCG/SPRAY Solution 2 puffs in each nostril prn
- Nasonex 50 MCG/ACT Suspension 2 sprays in each nostril prn
- Caltrate 600 1500 MG Tablet 1 tab bid
- Percocet 5-325 MG Tablet 1 tab prn
- Lipitor 10 MG Tablet 1 tablet Once a day
- Nortriptyline HCl 50 MG Capsule 1 capsule at bedtime Once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

Irritable bowel syndrome
Pancreatitis due to migrated filter
Acid reflux
Arthritis
Blood clots
Hyperlipidemia
Hypertension
Thyroid Disease
Anemia
Uterine fibroid
Psoriatic arthritis dx 2000, was on steroids, in W/C for several months due to pain, wt up to 225,

### Reason for Appointment

1. Abdominal Pain
2. Constipation

### History of Present Illness

General:
Returns for constipation. Has a lump in her abdominal wall that has been tender. Felt a pop about 2 weeks ago. Firm painful lump which reduced when she lay down and was able to push lump back into abodmen. Finally had a good BM.
Very worried about this lump. Wants it fixed.
Linzess 145 mcg has been effective for her constipation.
IVC had migrated, partially in Pancreas and partially in aorta. This was found to be causing her pain. Removed. Had caused pancreatitis.
Wishes she had never had gastric bypass. Has had nothing but trouble since that time.
EGD 2012- evidence of Roux en Y bypass that appeared normal, jejunal biopsy normal, esophageal biopsy benign squamous mucosa, no dypslasia, neg for fungus, gastric body-Neg for H pylori and goblet cells. no acute or chronic inflammation.

Colonoscopy 2012-alert in place for 2017.

### Vital Signs

height 5 ft 4 in, weight 134, BMI 23.00, blood pressure 133/77, heart rate 74.

### Examination

General examination:
General appearance: Well nourished, well hydrated, no acute distress, . Skin: No jaundice, no rash. Chest: No respiratory distress. Abdomen: multiple well healed scars, oval shaped soft area in abdominal wall. Tender to palpation. SLight protuberance, but soft and able to push tissue inward when lying. Generalized abdominal tenderness. No masses palpated. Extremities: no edema, Ambulating w/o difficulty. Neuro: Alert and Oriented with no focal abnormalities.

### Assessments

1. Constipation - 564.00 (Primary), Severe chronic constipation. I suspect symptoms aggravated by chronic narcotic use. May be making pain worse. Does better with Miralax and Kristalose.

Patient: McDaniel, Alice G   DOB: 07/23/1954   Progress Note: Joylyn M Grant   04/23/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

AG 0087

http://192.168.16.8:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=49...   6/4/2015

## Surgical History
Colonoscopy 04/2006
EGD 04/2007
Colonoscopy 05/2009
Laparoscopy 08/2007
Gastric bypass 06/2006
Cholecystectomy 06/2006
Shoulder surgery 08/2005
Carpal Tunnel Release 05/2001
Breast surgery 1999
Oophorectomy 1996
Hysterectomy 1995
Tympanomastoidectomy 1977
Adenoidectomy 1960's
Tonsillectomy 1960's
EGD 08/2012
Colonoscopy 11/2012

## Family History
Father: Prostate / Colon cancer
Mother: Heart disease, pacemaker
Siblings: Lung, ovarian, rectal cancer, kidney disease

## Social History
Marital status: Married.
Smoking* Are you a: nonsmoker.
Occupation: Retired.
no Alcohol.
no Blood transfusions.
Country of birth: USA.

## Allergies
Penicillin V Potassium
Sulfa
Hyoscyamine Sulfate
Contrast
Gadolinium

## Hospitalization/Major Diagnostic Procedure
Staph Infection 1998

## Review of Systems

General:
    Patient denies Change in general health, Change in strength/stamina, fever/sweats.
Endocrine:
    Patient denies unusual change in weight, fatigue/lethargy, change in appetite.
Cardiovascular:
    Patient denies chest pain, palpitations, swelling in legs.
Pulmonary:
    Patient denies cough, shortness of breath, wheezing.
Neurologic:
    Patient complaining of headache.
Musculoskeletal:

2. IBS - 564.1, Has episodes of diarrhea and constipation.
3. Family history of colon cancer - V16.0, Father dx'ed in 50s, sister dx'ed in 50s
4. Abdominal or pelvic swelling, mass, or lump, left lower quadrant - 789.34, suspect this is a hernia that is not incarcerated. Suspect bowel loop was partially kinked causing constipation and minimal colon movement. Now passing stools without difficulty

## Treatment
### 1. Constipation
Notes: discussed signs of incarcerated hernia. If lump sensation present, lie down, and try to gently return tissue into abdominal cavity. Can wear binder on abdomen as well. Discuss options with bariatric surgeon.

### 2. Abdominal or pelvic swelling, mass, or lump, left lower quadrant
Notes: appears to be a hernia in abdominal wall. Suspect weakenss present from multiple GI surgeries and revisions. Since she has Bariatric surgeon, she will consult w him and see what surgical options are for her.

## Follow Up
2 Months

*J Grant*

Electronically signed by Joylyn Grant , NP on 04/23/2015 at 11:22 PM EDT

Electronically co-signed by Kenneth Josovitz M.D. on 04/24/2015 at 12:08 PM EDT

Sign off status: Completed

Manassas Office Associates In Gastroenterology PC
8140 Ashton Ave
MANASSAS, VA 20109
Tel: 703-365-9085
Fax: 703-365-0269

---

Patient: McDaniel, Alice G    DOB: 07/23/1954    Progress Note: Joylyn M Grant    04/23/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AG 0088

Case 1:14-ml-02570-RLY-TAB   Document 10099-2   Filed 02/07/19   Page 28 of 28 PageID #: 68067
Summary View for McDaniel, Alice G

Page 3 of 3

Patient complaining of joint aches, muscle weakness/pain.

Psychiatric:
Patient complaining of anxiety/depression, poor sleep, difficulty concentrating.

Allergic:
Patient denies hives/swelling, reaction to medicine.

Ears/Nose/Throat:
Patient denies hearing loss, nose bleeds, sore throat/voice changes.

Dermatologic:
Patient denies rash, discoloration, hair loss.

Genitourinary:
Patient denies difficulty urinating, blood in urine, change in sexual function.

Gastrointestinal:
Patient complaining of abdominal pain, bloating/gas, change in bowel habits, constipation.

Patient: McDaniel, Alice G   DOB: 07/23/1954   Progress Note: Joylyn M Grant   04/23/2015

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

AG 0089