UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

1:15-cv-00611 Alice McDaniel

## ORDER DENYING MOTION TO DISMISS CASE OF ALICE MCDANIEL WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

ON THIS DAY the Court considered Defendants' Motion to Dismissal Alice McDaniel Without Prejudice Pursuant to the Court's Case Categorization Order. After considering said Motion and the Response of Alice McDaniel thereto, the Court is of the opinion said Motion is not well-taken. The Court therefore,

DENIES Defendants' Motion to Dismiss Alice McDaniel Without Prejudice Pursuant to the Court's Case Categorization Order.

SIGNED _____, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana