UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This document relates only to the following cases:

- 1:18-cv-03769 – Patricia Anderson
- 1:18-cv-04020 – Diane Broughton
- 1:18-cv-03771 – Carolyn Clark
- 1:18-cv-03773 – Cedric Harmon
- 1:18-cv-03783 – Nancy Herberholz
- 1:18-cv-03787 – Vietta Johnson
- 1:18-cv-03790 – Allene Knight
- 1:18-cv-03793 – Lisa Ann Melton
- 1:18-cv-03798 – William Michael Simon
- 1:18-cv-03797 – Kathleen Ross

**RESPONSE OF PATRICIA ANDERSON, DIANE BROUGHTON, CAROLYN CLARK, CEDRIC HARMON, NANCY HERBERHOLZ, VIETTA JOHNSON, ALLENE KNIGHT, LISA ANN MELTON, KATHLEEN ROSS, AND WILLIAM SIMON TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATAGORIZATION ORDER**

Now comes the Plaintiffs, Patricia Anderson, Diane Broughton, Carolyn Clark, Cedric Harmon, Nancy Herberholz, Vietta Johnson, Allene Knight, Lisa Ann Melton, Kathleen Ross, and William Simon each respectfully requests that this Honorable Court deny Defendants' Motion to Dismiss Without Prejudice.

I

On November 21, 2018, the Court entered an order requiring Plaintiffs to complete and serve Categorization Forms to email addresses CookFilterMDL@FaegreBD.com and

plaintiffscoleadcounselmdl@gmail.com. The original deadline to comply with this Order was December 22nd, 2018.

II

On the date of this Court's November 21st, 2018, Order (Dkt No. 9638) Regarding Case Categorization and Census Forms, our above captioned Plaintiffs' did not have a pending lawsuit filed against the Defendants in MDL 2592, and thus were not obligated to submit case categorization documentation. Neither the Order, nor amended Order, discuss the obligation of cases filed after the Order date to comply with this order.

Plaintiffs' counsel filed their first set of cases in MDL 2592 and Notice of Appearance on November 30th, 2018, after the Order was entered, for Plaintiffs Cedric Harmon and Carolyn Clark. All other above captioned Plaintiffs were filed in early to late December 2018. Prior to filing these (10) cases Plaintiffs counsel reviewed all outstanding Case Management Orders ("CMO") and deadlines. To date, we have complied with this Court's CMO's and all deadlines known to Plaintiffs' counsel.

On February 6th, 2019, Plaintiffs' counsel became aware of this Court's November 21st, 2018 Case Categorization Order and form. Within 24 hours of this notice, the Plaintiffs completed the Case Categorization Form and medical records for all (10) captioned above Plaintiffs and served them on the Defendants and Plaintiffs Lead Counsel (see Exhibit A).

Our above captioned Plaintiffs are now in compliance with this Court's November 21st, 2018, order. Plaintiffs' Counsel would never intentionally refuse to respond to any of this Court's orders, and diligently read all original and amended CMO's prior to filing a single case in this Court. Further, the Defendants now have the requisite information and have suffered no prejudice by receiving the Categorization Forms two days after their Motion to Dismiss.

Wherefore, Plaintiffs move the Court to deny Defendants' Motion to Dismiss the above captioned cases.

Respectfully submitted,

**MCDONALD WORLEY, PC**

/s/ William H. Barfield
William H. Barfield, TX Atty No. 24031725
**MCDONALD WORLEY, PC**
1770 St. James Place, Suite 100
Houston, Texas 77056
Telephone: (713) 523-5500
Facsimile: (713) 523-5501
bill@mcdonaldworley.com
scott@mcdonaldworley.com

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 7, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.