UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Case No. 1:14-ml-2570-RLY-TAB** <br> **MDL No. 2570** |

## Exhibit A relates only to the following cases:

- 1:18-cv-03769 – Patricia Anderson
- 1:18-cv-04020 – Diane Broughton
- 1:18-cv-03771 – Carolyn Clark
- 1:18-cv-03773 – Cedric Harmon
- 1:18-cv-03783 – Nancy Herberholz
- 1:18-cv-03787 – Vietta Johnson
- 1:18-cv-03790 – Allene Knight
- 1:18-cv-03793 – Lisa Ann Melton
- 1:18-cv-03798 – William Michael Simon