IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document Relates Only to the Following Case:

Janet Simmons
Civil Case #: 1:18-cv-231

**RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE
COURTS CASE CATEGORIZATION ORDER FOR JANET SIMMONS**

COMES NOW Counsel for Plaintiff in the above referenced matter, and files this Response to the Motion to Dismiss filed by Defendants on February 5, 2019, Document # 10078, and respectfully demonstrates to the Court the following:

Plaintiff's counsel filed this lawsuit on January 26, 2018, Document 1. When reviewing Court Order Doc #9322, Plaintiff's counsel understood that all cases filed as of December 22, 2018, must have a Case Categorization form submitted by that date. Plaintiff's counsel complied with that Order and submitted a case categorization form, with supporting medical document, on behalf of Janet Simmons on December 18, 2018. *See* **Exhibit 1.**

WHEREFORE, Plaintiff respectfully requests that this Honorable Court deny Defendants' Motion to Dismiss the Janet Simmons, civil case (1:18-cv-231-RLY-TAB).

Respectfully Submitted,

*/s/ Laci M. Whitley*
Laci M. Whitley, IL Bar No. 6314263
FLINT LAW FIRM, LLC
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL  62025
(618) 288-4777 Telephone
(618) 288-2864 Facsimile
lwhitley@flintlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participates registered to receive service in this MDL.

*/s/ Laci M. Whitley*