IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Donald Lewis v. Cook Incorporated, et al.*

Case No. 1:18-cv-916-RLY-TAB

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

COMES NOW, Plaintiff Donald Lewis ("Plaintiff"), by and through his counsel of record, and files this Response in Opposition to the Motion to Dismiss filed by Defendants on February 5, 2019. Plaintiff respectfully requests that this Court deny Defendant's Motion to Dismiss and, in support thereof, states as follows:

1) On December 22, 2018, the undersigned counsel sent an email to the addresses specified in the Court's Categorization Order, which included a box.com link that would permit the downloading of categorization forms and supporting medical records for over one-hundred (100) Plaintiffs with cases pending in this MDL. A copy of the transmittal e-mail is attached hereto as "Exhibit A."

2) A folder uploaded to box.com on was entitled "Lewis, Donald" and was last updated on December 22, 2018. A pdf copy of Mr. Lewis's folder on box.com is attached hereto as "Exhibit B."

3) Inside of Mr. Lewis's folder on box.com there is a folder entitled "Lampo, Joseph,"

which contains a Categorization Form and records specific to Plaintiff Joseph Lampo. A pdf copy of Mr. Lampo's folder that was incorrectly included in Mr. Lewis's folder, is attached as "Exhibit C."

4) A separate folder specific to Plaintiff Joseph Lampo had also been uploaded to box.com on December 22, 2018, along with folders for over 100 additional Plaintiffs represented by the undersigned counsel. A pdf copy of the folder only applicable to Mr. Lampo is attached as "Exhibit D."

5) The email sent to Defendants on December 22, 2018, which contained the box link, included the following language: "If you have any questions, or have any difficulty downloading the materials, please do not hesitate to contact me." *See* "Exhibit A."

6) The original email misspelled the email address for plaintiff's leadership and a secondary email was forwarded to the correct email address. *See* "Exhibit E."

7) Defendants filed a Motion to Dismiss specific to Plaintiff Donald Lewis rather than simply contacting the undersigned counsel about the fact that Mr. Lampo's folder was obviously included in Mr. Lewis's folder by accident and that they had already been provided with a folder specific to Mr. Lampo.

8) When the undersigned counsel learned of the Motion to Dismiss, Mr. Lewis's categorization form and supporting records were located immediately and emailed to defense counsel on February 5, 2019. *See* "Exhibit F."

9) In the undersigned counsel's February 5 email to Defendants, which attached Mr. Lewis's categorization form and supporting records, a screenshot was provided that revealed Mr. Lewis's categorization form and supporting records had last been updated on December 21, 2018. A copy of the screenshot is attached as "Exhibit G."

10) Plaintiff respectfully suggests that Defendants cannot fairly contend that Plaintiff intended to evade or ignore the Court's Categorization Order or that dismissal is appropriate under these circumstances.

11) A folder was uploaded to box.com with Plaintiff's name on it but an unfortunate technical error occurred.

12) Defendants received Plaintiff's categorization form and supporting medical record on February 5 and have not suffered any undue prejudice.

WHEREFORE, in light of the foregoing, Plaintiff request this Court enter an order denying Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order.

Dated: February 5, 2019                    Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar # 56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
benbertram@bertramgraf.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing document was filed with the Court on February 5, 2019 through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar # 56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
benbertram@bertramgraf.com
*Attorneys for Plaintiff*