d - FLN > Census >

| Name | Date modified | Type | Size |
|---|---|---|---|
| Lewis, Donald | 2/5/2019 4:11 PM | File folder | |
| Categorization Form - Lewis, Donald | 12/21/2018 4:15 PM | Adobe Acrobat D... | 155 K |
| Lewis, Donald_Cat 6 - Perforation | 12/21/2018 4:14 PM | Adobe Acrobat D... | 101 K |