IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This Document Relates to:

Tonya Brand, Cause No. 1:14-cv-06018

**PLAINTIFF TONYA BRAND'S RESPONSE TO THE COOK DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S <u>CASE CATEGORIZATION ORDER</u>**

On October 2, 2018, the Court entered the Order on the Cook Defendants' Motion for Screening Order and Bellwether Selection Plan which stated the purpose of the process was to "ensure that pending and future cases allege a cognizable injury and for a plan to select additional cases as bellwethers for trial."

On November 21, 2018, the Court entered an order requiring Plaintiffs with pending cases to categorize their claims, and to complete and serve Categorization Forms to email addresses CookFilterMDL@Faegrebd.com and plaintiffscoleadcounselmdl@gmail.com before December 22, 2018.

On January 17, 2019, the Court entered an amended order advising that all Plaintiffs that have not complied with the Court's order to provide Categorization Forms by January 31, 2019, were subject to having their cases dismissed without prejudice.

1

On February 5, 2019, Cook filed Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order and requested the dismissal of the Plaintiff, Tonya Brand's case.

As the Court is aware, Ms. Brand's case was vetted and selected to be a bellwether case several years ago. In fact, trial in the above-referenced cause began in the United States District Court for the Southern District of Indiana on January 14, 2019 and ended with a Plaintiff verdict on February 1, 2019. Because Tonya Brand's case had already been vetted and selected to be a bellwether case (and was in fact already set for trial), Plaintiff's counsel did not believe a Case Categorization Form was required in her case because it was already selected to be bellwether trial and thus fell outside the scope of the Order.

Clearly, a Case Categorization Form from Mrs. Brand would not assist with the express purpose of the order to "ensure that pending and future cases allege a cognizable injury and for a plan to select additional cases bellwethers for trial."

Defendants' now ask that the bellwether case which was presented to a jury for over three (3) weeks and resulted in a Plaintiff's verdict, be dismissed for not submitting a Categorization Form. We believe such a request is not in keeping with the purpose of the Court's order and is a consummate example of form over substance. However, out of an abundance of caution, the Plaintiff Tonya Brand's counsel has, today, served Cook's counsel with a Case Categorization Form and supporting medical records. See Exhibit "A."

WHEREFORE, Plaintiffs move the Court to deny the Cook Defendants' Motion to Dismiss Tonya Brand's case.

Respectfully submitted this 7th day of February, 2019.

    /s/ *Ben C. Martin*  
Ben C. Martin  
THE LAW OFFICES OF BEN C. MARTIN  
3710 Rawlins Street, Suite 1230  
Dallas, TX  75219  
Telephone: (214) 761-6614  
Facsimile: (214) 744-7590  
bmartin@bencmartin.com  

*Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    */s/ Ben C. Martin*  
Ben C. Martin