# EXHIBIT A

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Thursday, February 7, 2019 3:57 PM |
| **To:** | Cook Filter MDL |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Ben Martin; Tom Arbon; Timothy Bolton; Anthony Godfrey; Jason Voelke |
| **Subject:** | Categorization form for Brand, Tonya |
| **Attachments:** | Brand, Tonya _CCF.pdf |

Dear Counsel:

Attached please find a Case Categorization Form for Brand, Tonya.

Thank you.


**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
for *Ben C. Martin and Tom Wm. Arbon*
Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
214/761-6614 (office)
214/744-7590 (fax)
cguerra@bencmartin.com