IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This Document Relates to:

Tonya Brand, Cause No. 1:14-cv-06018

### ORDER DENYING THE COOK DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE THE PLAINTIFF TONYA BRAND'S CASE

ON THIS DAY the Court considered Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order, the Plaintiff Tonya Brand's Case. After considering said motion and the Plaintiff's response in the above-cause number, the Court is of the opinion that Defendants' motion to dismiss is denied.

The Court therefore,

DENIES Defendants' Motion to Dismiss Without Prejudice the Plaintiff, Tonya Brand's case, which is cause number Cause No. 1:14-cv-06018.

SO ORDERED this _____ day of _____, 2019.

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana