**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

## Exhibit A relates only to the following cases:

- 1:18-cv-03769 – Patricia Anderson
- 1:18-cv-04020 – Diane Broughton
- 1:18-cv-03771 – Carolyn Clark
- 1:18-cv-03773 – Cedric Harmon
- 1:18-cv-03783 – Nancy Herberholz
- 1:18-cv-03787 – Vietta Johnson
- 1:18-cv-03790 – Allene Knight
- 1:18-cv-03793 – Lisa Ann Melton
- 1:18-cv-03798 – William Michael Simon
- 1:18-cv-03797 – Kathleen Ross

## Trina Lawrence

| | |
|---|---|
| **From:** | Trina Lawrence |
| **Sent:** | Thursday, February 7, 2019 4:27 PM |
| **To:** | Cook Filter MDL |
| **Cc:** | 'plaintiffscoleadcounselmdl@gmail.com'; Scott Fraser; William H. "Bill" Barfield |
| **Subject:** | Case Categorization Submissions |
| **Attachments:** | Anderson.pdf; Broughton.pdf; Clark.pdf; Knight.pdf; Melton.pdf; Ross.pdf; Simon.pdf; Harmon.pdf; Herberholz.pdf; Johnson, V.pdf |

**AttachToSmartAdvocateNumber:**
625901104


Good Afternoon,
Please see the attached Case Categorization Submissions and supporting documents for the following cases:

- 1:18-cv-03769 – Patricia Anderson
- 1:18-cv-04020 – Diane Broughton
- 1:18-cv-03771 – Carolyn Clark
- 1:18-cv-03773 – Cedric Harmon
- 1:18-cv-03783 – Nancy Herberholz
- 1:18-cv-03787 – Vietta Johnson
- 1:18-cv-03790 – Allene Knight
- 1:18-cv-03793 – Lisa Ann Melton
- 1:18-cv-03798 – William Michael Simon
- 1:18-cv-03797 – Kathleen Ross


Thank you,

**Categorization Form**

A.     Plaintiff's Name:                            Patricia Anderson

B.     Plaintiff's Case Number:              1:18-cv-03769-SEB-MJD

C.     Plaintiff's Counsel (Lead Firm Name):    William H. Barfield with McDonald Worley, PC

D.     Categorization (check each that applies and briefly describe):

1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:_____

2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:_____

    Briefly describe claimed complication/outcome/injury:_____

3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:_____

    Briefly describe claimed complication/outcome/injury:_____

4.  <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:_____

    Briefly describe claimed complication/outcome/injury:_____

5. Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:ˣ____.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: 5 mm perforation beyond IVC wall and 10 degree tilt

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.     Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: _____William H. Barfield_____

Plaintiff's Counsel's Firm: _____McDonald Worley, PC_____

Plaintiff's Counsel's Signature:   _William H. Barfield_

4

## Enterprise OpenMRI

PROVIDES SERVICE AVAILABLE INSURANCE PRE-AUTHORIZATION
CAT SCANS • OPEN MRI • ULTRASOUND

**PATIENT ID:** 3118
**PATIENT:** ANDERSON, PATRICIA L
**DATE OF EXAM:** 10/08/2018
**Study:** CT ABDOMEN W/O

**DATE OF BIRTH:** 09/24/1954
**AGE / SEX:** 64 y.o. / F
**REFERRING PHYSICIAN:** RAMIN AHMADI

**Patient History:**
THERE IS EVALUATION OF INFERIOR VENA CAVA FILTER.

**Procedure:**
CT SCAN OF THE ABDOMEN WITHOUT CONTRAST.

**Findings:**
DEGENERATIVE TYPE CHANGES ARE PRESENT IN THE LOWER DORSAL REGION. CALCIFIED GRANULOMATA CAN BE SEEN AT THE RIGHT HILUM. THE LIVER IS HOMOGENEOUS. THE GALLBLADDER HAS BEEN REMOVED. THE SPLEEN IS NORMAL IN SIZE. THE ADRENAL GLANDS, VENA CAVA AND PANCREAS APPEAR TO BE WITHIN NORMAL LIMITS. AN INFERIOR VENA CAVA FILTER IS IN PLACE. THE AORTA HAS A NORMAL CALIBER. THERE ARE FEW CALCIFIED PLAQUES PRESENT. THE KIDNEYS ARE SYMMETRICAL IN SIZE AND SHAPE. BOWEL GAS PATTERN IS NORMAL. THERE IS MILD FECAL RETENTION. THE ANTERIOR ABDOMINAL WALL IS INTACT. THERE ARE MINIMAL TO MILD DEGENERATIVE TYPE CHANGES IN THE LUMBAR REGION. FINDINGS PROBABLY MORE PRONOUNCED AT L5-S1. A SMALL HIATAL HERNIA IS PRESENT. THERE HAS BEEN PREVIOUS GASTRIC BYPASS SURGERY.

INFERIOR VENA CAVA FILTER FINDINGS: THE TIP OF THE VENA CAVA FILTER ABUTS THE LEFT ANTERIOR WALL OF THE VENA CAVA. THE DEGREE OF TILT IS APPROXIMATELY 10 DEGREES. THE INFERIOR VENA CAVA FILTER APPEARS TO BE IN SATISFACTORY LOCATION. THIS IS BELOW THE ORIGIN OF THE RENAL VEINS. AT LEAST 3 OF THE STRUTS OF THE FILTER EXTEND BEYOND THE CONFINES OF THE VENA CAVA. THERE IS NO ADJACENT STRUCTURE INVOLVEMENT. AT LEAST 2 OF THE STRUTS APPEAR TO EXTEND TO NEARLY 6 MM AT THE ANTERIOR ASPECT AND APPROXIMATELY 5 MM AT THE LATERAL ASPECT. THERE IS NO DEFINITE FILTER STRUT FRACTURE OR BENDING. THERE IS NO DEFINITE INFERIOR VENA CAVA STENOSIS IDENTIFIED.

**Impression:**
1. MILD THORACOLUMBAR SPONDYLOSIS.
2. MINIMAL ARTERIAL SCLEROSIS.
3. SMALL FIXED HIATAL HERNIA.
4. PREVIOUS GASTRIC BYPASS SURGERY.
5. CHOLECYSTECTOMY.

INFERIOR VENA CAVA FILTER FINDINGS:
1. PROXIMAL 10 DEGREE TILT WITH THE APEX OF THE FILTER NOTED TO TOUCH THE ANTERIOR VENA CAVA WALL.
2. SATISFACTORY POSITIONING.
3. MULTIPLE PERFORATIONS OF THE VENA CAVA STRUTS WITHOUT INVOLVEMENT OF ADJACENT ORGANS OR VESSELS.
4. NO DEFINITE FILTER STRUT FRACTURE.
5. NO DEFINITE VENA CAVA STENOSIS

ID:3118 Name: ANDERSON, PATRICIA L DOB: 9/24/1954

Digitally signed by: Dr. John C. Tomberlin MD on October 09, 2018 12:48:49 PM
Date Dictated: October 09, 2018
Date Transcribed: October 09, 2018 by Julie Bedsole
FINAL REPORT

**Categorization Form**

A.   Plaintiff's Name:                       Diane Broughton

B.   Plaintiff's Case Number:                1:18-cv-04020-JRS-MJD

C.   Plaintiff's Counsel (Lead Firm Name):   William H. Barfield with McDonald Worley, PC

D.   Categorization (check each that applies and briefly describe):

1.   <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:_____

2.   <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:_____

   Briefly describe claimed complication/outcome/injury:_____

3.   <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:_____

   Briefly describe claimed complication/outcome/injury:_____

4.   <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4:_____

   Briefly describe claimed complication/outcome/injury:_____

5.   Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6.   Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7.   Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: x___.   **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

_____

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: 4mm perforation beyond IVC wall and tilt

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.    Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:     William H. Barfield
_____

Plaintiff's Counsel's Firm:     McDonald Worley, PC
_____

Plaintiff's Counsel's Signature:  *William H. Barfield*

4

**OAKLAND IMAGING DIAGNOSTIC CENTER**
*Division of Michigan Health Care Professionals, P.C.*
27483 Dequindre Road    Suite 101
Madison Heights, Michigan 48071
(248) 544-9050



**PATIENT: BROUGHTON, DIANE**                      **DATE: 11/27/2018 13:45:00**
**PHYSICIAN: AHMADI, RAMIN MD**                    **PATIENT: 00206707**
**DOB: 02/13/1944**                                **SEX: F**

_____

----------------- FINAL REPORT ----------------

**CT ABDOMEN WITHOUT CONTRAST:**

**CLINICAL HISTORY:**    Evaluate inferior vena cava filter.

**TECHNIQUE:**    Multiple axial slice CT images of the abdomen were obtained on a Multidetector CT scanner without IV contrast material.    Radiation dose reduction was performed per protocol.    Total DLP 633 mGy-cm.

**COMPARISON:**    None.

**FINDINGS:**    Suboptimal evaluation of the solid abdominal viscera and bowel secondary to lack of IV and enteric contrast material.    There is an inferior vena cava filter demonstrated.    There is rightward tilt of the cephalad apex which appears to abut the right anterior lateral wall of the IVC.    The cephalad apex is at the level of the bilateral renal veins. There is no convincing evidence for a fractured or significantly bent strut.    There is evidence for filter strut perforation along the left anterior lateral margin of the IVC extending into the adjacent adipose tissues by approximately 4 mm. There is no evidence of inferior vena cava stenosis.

The liver, spleen, bilateral adrenal glands and gallbladder appear unremarkable.    The pancreas appears unremarkable. No evidence of a bowel obstruction or acute inflammatory bowel process.    There is a tiny fat containing umbilical hernia demonstrated.    There is mild atherosclerotic disease within the abdominal aorta.    No evidence of ascites, free intraperitoneal air or abscess.

Mild to moderate multilevel degenerative disc disease within the visualized thoracolumbar spine with associated spondylosis and facet arthropathy.    Evidence for grade 1 anterolisthesis of L4 on L5 which appears to be on a degenerative basis.

The lower thorax was included on this examination.    No evidence of pneumonia or pleural effusion.    There is mild cardiomegaly.    There is mitral valve calcification.

Dictated: KOVIE, MATTHEW DO    11/27/2018 03:05 PM
Transcribed: AO    11/27/2018 04:09 PM
Electronically Signed: KOVIE, MATTHEW DO    11/28/2018 07:20 AM

**OAKLAND IMAGING DIAGNOSTIC CENTER**
*Division of Michigan Health Care Professionals, P.C.*
27483 Dequindre Road   Suite 101
Madison Heights, Michigan 48071
(248) 544-9050



| | |
|---|---|
| **PATIENT: BROUGHTON, DIANE** | **DATE: 11/27/2018 13:45:00** |
| **PHYSICIAN: AHMADI, RAMIN MD** | **PATIENT: 00206707** |
| **DOB: 02/13/1944** | **SEX: F** |

**IMPRESSION:**

1. **There is an inferior vena cava filter demonstrated.   There is rightward tilt of the cephalad apex which appears to abut the right anterior lateral wall of the IVC.   The cephalad apex is at the level of the bilateral renal veins.   There is no convincing evidence for a fractured or significantly bent strut.   There is evidence for filter strut perforation along the left anterior lateral margin of the IVC extending into the adjacent adipose tissues by approximately 4 mm.   There is no evidence of inferior vena cava stenosis.**

Matthew Kovie, D.O.

**Categorization Form**

A.  Plaintiff's Name:                                      Carolyn Clark

B.  Plaintiff's Case Number:                      1:18-cv-3771

C.  Plaintiff's Counsel (Lead Firm Name):     William H. Barfield with McDonald Worley, PC

D.  Categorization (check each that applies and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:_____

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:_____

    Briefly describe claimed complication/outcome/injury:_____

3.  Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:_____

    Briefly describe claimed complication/outcome/injury:_____

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:_____

    Briefly describe claimed complication/outcome/injury:_____

5. Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: x___.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

1 broken strut and perforated into ventral disc/osteophyte complex_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

___

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _several struts perforate duodenum, aorta, and disc/ osteophyte complex_

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: _____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: _____

(h) infection;

Briefly describe claim of symptomatic injury: _____

(i) bleeding;

Briefly describe claim of symptomatic injury: _____

(j) death; and

Briefly describe claim of symptomatic injury: _____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _____

E.   Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: _William H. Barfield_____

Plaintiff's Counsel's Firm: _McDonald Worley, PC_____

Plaintiff's Counsel's Signature: _William H. Barfield_

4



735 North Perryville Road

Rockford, Illinois 61107

www.forestcitydi.com

**FOREST CITY**

**DIAGNOSTIC IMAGING**
MRI • CT • PET • X-RAY • ULTRASOUND

Main Line  815 . 398 . 1300

Toll Free  877 . 398 . 6736

Fax  815 . 398 . 3797

**TO: Ramin Ahmadi MD**
20 Wateerview
Parsippany, NJ  07054
**Fax:** 8006532147

**Name: CAROLINE CLARK**
**DOB:** 10/06/1948
**MRN#:** 76232
**Exam Date:** 06/25/2018

**Exam:** CT ABDOMEN W/O CONTRAST

**HISTORY:** Patient has an IVC filter that needs to be evaluated.

**TECHNIQUE:** Abdomen CT scanning performed without contrast medium.

**FINDINGS:** IVC filter with tip at the level of the renal veins.  The upper filter is tilted 23° to the right.

Two posterior struts perforated 1.5 cm and 0.9 cm.  Another posterior strut is broken and perforated 1.5 cm, extending into ventral disc/osteophyte complex (L2-3).  Another strut medially is perforated 0.9 cm with tip at the medial wall of the abdominal aorta, another medial strut is perforated 1.2 cm into aortocaval fat.  Another strut is perforated 2.3 cm medially into the posterior wall of third part of duodenum.  An anterior strut is perforated 1.2 cm into the anterior wall of third portion of duodenum.  Another anterior strut is perforated 0.8 cm.

Small hiatal hernia.  Severe compression fracture of L1 vertebral body.  Aortoiliac atherosclerotic calcifications.  Severe facet joint degenerative disease at lower lumbar spine.

**IMPRESSION:** Tilted IVC filter with 1 strut broken and multiple struts perforating the IVC wall.  Extension into regional anatomy including third portion of duodenum, medial wall of aorta and disc/osteophyte complex.

Christopher Vittore, MD
CV/cv
**Electronically Signed** - VITTORE,CHRSTOPHER MD  06/25/18 14:42

**Categorization Form**

A.       Plaintiff's Name:                              Cedric Harmon

B.       Plaintiff's Case Number:                  1:18-cv-03773-JPH-TAB

C.       Plaintiff's Counsel (Lead Firm Name):    William H. Barfield with McDonald Worley, PC

D.       Categorization (check each that applies and briefly describe):

1.   <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

     Check here for Category 1:____

2.   <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

     Check here for Category 2:____

     Briefly describe claimed complication/outcome/injury:_____

3.   <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

     Check here for Category 3:____

     Briefly describe claimed complication/outcome/injury:_____

4.   <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

     Check here for Category 4:____

     Briefly describe claimed complication/outcome/injury:_____

5.  <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6.  <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7.  <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:_x__.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: <u>6mm protruding into the right psoas muscle</u>

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: <u>William H. Barfield</u>

Plaintiff's Counsel's Firm: <u>McDonald Worley, PC</u>

Plaintiff's Counsel's Signature: _____*William H. Barfield*_____

4

Patient Name: HARMON,CEDRIC     Unit #: M002513232     Account #: V00303865793
-------------------------------------------------------------------------------------------------------------
## Department of Radiology

Patient Name: HARMON,CEDRIC            Unit #: M002513232         Account #: V00303865793
DOB: 08/12/1969            Location: U59 Room: SICU11

CC:
_____

____

DATE: 02/19/11    PROCEDURE: CT ABDOMEN/PELVIS W IV CONTR
SERVICE TIME: 0205   Order Number: 0219-0002   Ordering Physician: Erich,Jennifer L M.D.

Reason for exam: Abdominal Pain

INDICATION: Abdominal pain.

TECHNIQUE: Multi-detector scanning of the abdomen and pelvis was performed from above the diaphragms, to include the lung bases, to the ischia with administration of intravenous contrast.  Oral contrast was   administered.  2D multi-planar reconstructed images were generated from the axial source data.

COMPARISON: February 18, 2011

FINDINGS:
ABDOMEN CT:  The lower lung fields are unremarkable.

Mild fatty liver.  An IVC future is seen.  The legs are extending beyond the wall of the inferior vena cava.  One of the legs appears to be 6 mm protruding into the right psoas muscle.  No retroperitoneal hematoma is visualized.  The spleen, pancreas, kidneys and adrenal glands are unremarkable.  No adenopathy.  No free fluid or free air.  No bowel obstruction.

PELVIS CT: The bladder is normal.  There is no adenopathy.  No free fluid is seen in the pelvis.  Appendix cannot be clearly identified.  No right lower quadrant inflammation.


IMPRESSION:

Mild fatty liver.

The right posterior leg of the inferior vena cava filter is protruding into the psoas muscle.  No associated hematoma.

Dictating Doctor:          Li,Shu M.D.
Dictating date/time:       02/19/11 0855
Transcriptionist:          PSCRIBE
Transcribed date/time:     02/19/11 0901

**Electronically Reviewed and Signed By:  Li,Shu M.D. 02/19/11 1036**

Report Status:                     Signed

**Categorization Form**

A.      Plaintiff's Name:                         Nancy Herberholz
        _____

B.      Plaintiff's Case Number:          1:18-cv-03783-SEB-TAB
        _____

C.      Plaintiff's Counsel (Lead Firm Name):  William H. Barfield with McDonald Worley, PC
        _____

D.      Categorization (check each that applies and briefly describe):

   1.   Successful First Removal Without Complication or Physical Injury Cases: "Cases where
        Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC
        filter was successfully removed on the first, routine, percutaneous retrieval attempt and no
        physical symptom or filter complication was alleged during the time the filter was in place
        or in connection with the retrieval process."

        Check here for Category 1:_____

   2.   Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries,
        such as worry, stress, or fear of future injury, have been alleged."

        Check here for Category 2:_____

        Briefly describe claimed complication/outcome/injury:_____

   3.   Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged
        scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff
        has alleged a need for [anti]coagulation on a permanent or long term basis because of an
        unretrieved or irretrievable filter."

        Check here for Category 3:_____

        Briefly describe claimed complication/outcome/injury:_____

   4.   Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook
        IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the
        benefits of retrieval."

        Check here for Category 4:_____

        Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: x____.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: 4-5mm beyond IVC wall and penetrates the duodenum, 3-4mm beyond the confines of the aorta, another strut extends posteriorly into the longitudinal ligament of the spine

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: filter cannot be removed, reoccuring PE

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.   Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: _____ William H. Barfield _____

Plaintiff's Counsel's Firm: _____ McDonald Worley, PC _____

Plaintiff's Counsel's Signature: _William H. Barfield_

4

# DAYTON INTERVENTIONAL RADIOLOGY, LLC

Mubin Syed, M.D.
Kamal Morar, M.D.
Robert Tyrrell, M.D.                                          FOLLOW-UP REPORT

DATE OF SERVICE: 09/10/2012                 DATE OF BIRTH: 08/07/1951
PATIENT NAME: NANCY HERBERHOLZ              REFERRAL PHYSICIAN: IRSHAD HUSSAIN,
MEDICAL RECORDS I.D.: HER15256              M.D. AND SARAH HUSSAIN, M.D.
                                            LOCATION OF SERVICE: DAYTON
                                            INTERVENTIONAL RADIOLOGY

REASON FOR OFFICE VISIT: Followup.

HISTORY: This is a very pleasant 61-year-old female, who is status post inferior vena cava filter placement, who has a history of bilateral leg swelling. She has a history of pulmonary emboli while on Coumadin treatment and therapy. She subsequently required a trigeminal nerve surgery for which the anticoagulation had to be stopped and therefore an inferior vena cava filter was placed on 05/10/12. Since that time, she has had a tenuous course with her surgery and there is some possibility of a re-operation. She presents today for a possible evaluation for her filter removal. At this time, it is not advisable for this filter to be removed considering she had her pulmonary emboli episodes while being on her Coumadin treatment suggesting failure of anticoagulation, which is an indication for a permanent filter. Also, it is uncertain whether this patient's surgical treatments are complete at this point. Therefore, it is my opinion that this filter should not be removed. The patient does have chronic leg pain and swelling issues. We will consider a diagnostic venous ultrasound utilizing a specific venous reflux protocol. The patient's diagnosis may include venous insufficiency reflux disease or postthrombotic syndrome with iliac stenosis or occlusions. I will prescribe her compression stockings in the interim.

## PHYSICAL EXAMINATION

VITAL SIGNS: Blood pressure is 128/80, pulse is 84, and respiratory rate is 18.
PSYCHIATRIC: The patient is alert and oriented x3 with an appropriate mood and affect to situation.
HEENT: Pupils are round and reactive to light. Extraocular muscles are intact. The neck is asymmetric. The head is atraumatic and normocephalic.
NECK: Soft and supple. No masses.
CARDIOVASCULAR: Audible S1 and S2 with regular rate and rhythm.
LUNGS: Clear to auscultation bilaterally. No tactile fremitus.
ABDOMEN: Soft and nontender. Positive bowel sounds. No masses.
NEUROLOGICAL: Cranial nerves II through XII are grossly intact. No deficits. No pathological reflexes are identified. Normal sensation examination to fine touch and vibration.
EXTREMITIES: Both feet are warm to touch. Legs demonstrate +2 edema with varicosities. CEAP venous disease classification III.

ASSESSMENT AND PLAN:
1. The patient has a history of pulmonary emboli while on anticoagulation medication with Coumadin therapy, which is an indication for permanent inferior vena cava filter placement. Also, she has had a neck surgery with uncertainty on additional surgical treatment options, which may require stoppage

**OAKLAND IMAGING DIAGNOSTIC CENTER**
*Division of Michigan Health Care Professionals, P.C.*
27483 Dequindre Road    Suite 101
Madison Heights, Michigan 48071
(248) 544-9050



**PATIENT: HERBERHOLZ, NANCY**              **DATE: 06/05/2018 13:04:30**
**PHYSICIAN: AHMADI, RAMIN MD**              **PATIENT: 00197992**
**DOB: 08/07/1951**                                      **SEX: F**

---------------- **FINAL REPORT** ----------------

**CT OF THE ABDOMEN:**

**HISTORY:**   Inferior vena cava filter evaluation.   History of appendectomy and cholecystectomy.   25 pack year history of tobacco use.

**TECHNIQUE:**   Multiple axial sliced CT images of the abdomen were obtained on a Multidetector CT scanner without IV contrast.   Radiation dose reduction is performed per protocol.   Total DLP 870 mGy-cm.

**COMPARISON:**   None.

**FINDINGS:**   Suboptimal evaluation of the solid abdominal viscera and bowel secondary to lack of IV and enteric contrast material.

There is an inferior vena cava filter demonstrated.   The cephalad tip extends slightly cephalad to the lowest renal vein, the right renal vein.   There is evidence for mild posterior tilt of the inferior vena cava filter approaching the right posterolateral wall of the inferior vena cava, possibly abutting the posterior wall.   Evidence for perforation of three of the struts.   The anterior strut extends approximately 4-5 mm beyond the confines of the inferior vena cava and abuts possibly penetrating the third portion of the duodenum.   The second perforated strut extends approximately 3-4 mm beyond the confines of the aorta and to the adjacent adipose tissues.   Finally the third perforated strut extends posteriorly into the anterior longitudinal ligament of the spine.   No significant fractured or significantly bent strut evident.   No evidence of inferior vena cava stenosis.

There is diffuse diminished hepatic attenuation which may be seen in the setting of steatosis or diffuse hepatocellular disease.   The spleen appears unremarkable. Evidence for a 1.7 cm low density right adrenal nodule most consistent with an adenoma.   There is question of a second adenoma versus focal thickening of the right adrenal gland measuring approximately 1.1 cm.   Evidence for a left adrenal nodule measuring approximately 1.9 cm, slightly lobulated most consistent with and adrenal adenomas.

Evidence for cholecystectomy.   Evidence for a 9 mm low density space occupying structure arising from the upper pole of the left kidney, difficult to accurately characterize due to small size although statistically may relate to a cyst.   There is also a partially exophytic low density subcentimeter structure rising from the anterolateral aspect of the inferior pole of the left kidney.   Although too small to accurately characterize statistically may relate to a cyst.

Evidence for a mild atherosclerotic disease within the abdominal aorta without evidence for an aneurysm.   There is tortuosity of the aorta.   There is a tiny fat containing umbilical hernia demonstrated.

Dictated: KOVIE, MATTHEW DO     06/05/2018 02:48 PM
Transcribed: MG     06/05/2018 03:23 PM
Electronically Signed: KOVIE, MATTHEW DO     06/05/2018 06:45 PM
1/2

**OAKLAND IMAGING DIAGNOSTIC CENTER**
*Division of Michigan Health Care Professionals, P.C.*
27483 Dequindre Road    Suite 101
Madison Heights, Michigan 48071
(248) 544-9050

**PATIENT: HERBERHOLZ, NANCY**
**PHYSICIAN: AHMADI, RAMIN MD**
**DOB: 08/07/1951**

**DATE: 06/05/2018 13:04:30**
**PATIENT: 00197992**
**SEX: F**

No evidence of a bowel obstruction or acute inflammatory bowel process allowing for limitations of the examination.   Evidence for colonic diverticulosis.

Evidence for a small sliding type hiatal hernia.

The lower thorax was included on this examination.   Evidence for mild to moderate cardiomegaly.   No evidence of pneumonia or pleural effusion.

Evidence for mild degenerative disc disease within the visualized thoracolumbar spine.   Evidence for a grade I anterolisthesis of L4 on L5 on a degenerative basis.   There is a slight levoconvex curvature of the lumbar spine.

**IMPRESSION:**

1. There is an inferior vena cava filter demonstrated.  The cephalad tip extends slightly cephalad to the lowest renal vein, the right renal vein.   There is evidence for mild posterior tilt of the inferior vena cava filter approaching and possibly abutting the right posterolateral wall of the inferior vena cava.   Evidence for perforation of three of the struts.   The anterior strut extends approximately 4-5 mm beyond the confines of the inferior vena cava and abuts possibly penetrating the third portion of the duodenum.   The second perforated strut extends approximately 3-4 mm beyond the confines of the IVC and to the adjacent adipose tissues.   Finally, the third perforated strut extends posteriorly into the anterior longitudinal ligament of the spine.   No significant fractured or significantly bent strut evident.   No evidence of inferior vena cava stenosis.

2. Evidence for bilateral adrenal adenomas.

3. Diffuse diminished hepatic attenuation which may be seen in the setting of steatosis or diffuse hepatocellular disease.

4. Mild to moderate cardiomegaly.

5. Small sliding type hiatal hernia.

6. Colonic diverticulosis without evidence for an acute inflammatory bowel process.

Matthew Kovie, D.O.

Dictated: KOVIE, MATTHEW DO    06/05/2018 02:48 PM
Transcribed: MG    06/05/2018 03:23 PM
Electronically Signed: KOVIE, MATTHEW DO    06/05/2018 06:45 PM
2/2

**Categorization Form**

A.      Plaintiff's Name:                                    Vietta Johnson
                                                             _____

B.      Plaintiff's Case Number:                             1:18-cv-03769-RLY-TAB
                                                             _____

C.      Plaintiff's Counsel (Lead Firm Name):   William H. Barfield with McDonald Worley, PC
                                                             _____

D.      Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:_____

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:_____

   Briefly describe claimed complication/outcome/injury:_____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:_____

   Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4:_____

   Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: x____.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Multiple struts perforate beyond 4mm, 1 abuts anterior ascpect of the L3-L4 disc space/annulus.

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.    Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:    William H. Barfield

Plaintiff's Counsel's Firm:    McDonald Worley, PC

Plaintiff's Counsel's Signature:   _William H. Barfield_

4

06/12/18 03:20 PM EDT   2062190399 via VSI-FAX
Case 1:14-ml-02570-RLY-TAB   Document 10104   Filed 02/08/19   Page 36 of 62 PageID #: 68135
6/12/2018 2:10 ...14-ml-02570-RLY-TAB Document 10104-1 ... Page 5 of 6 #812115
6/12/2018 9:48 AM  FROM: Fax  TO: +1 (800) 653-2147  PAGE: 001 OF 002



**PAPASTAVROS'**
**ASSOCIATES**
Medical Imaging

**PAMI at Middletown**
120 Sandhill Dr Suite 2
Middletown, DE 19709
Phone: (302) 449-5400
Fax: (302) 449-5410

Exam requested by:
RAMIN AHMADI MD
20 WATERVIEW BLVD.
PARSIPPANY, NJ 07054

**Patient:** JOHNSON, VIETTA
**Date of Birth:** 09-12-1963
**Phone:** (302) 668-2775
**MRN:** 169553DIA **Acc:** 10321554
**Date of Exam:** 06-12-2018

**EXAM: CT ABDOMEN WITHOUT CONTRAST**

**HISTORY:** Unspecified injury of inferior vena cava. Evaluate IVC filter.

**TECHNIQUE:** Axial images were obtained from the diaphragm to the iliac crests. The study was performed without oral or intravenous contrast.

(One or more of the following dose reduction techniques were used: automated exposure control, adjustment of the mA and/or kV according to patient size, or use of iterative reconstructive technique.)

**COMPARISON:** None available.

**FINDINGS:** An IVC filter is present in the infrarenal inferior vena cava. The tip of the filter is 4 cm below the right renal vein and is tilted medially. The tip of the filter abuts the medial wall of the IVC but does not appear embedded into it. No strut fracture or strut bend is seen.

The right anterolateral strut is 4.4 mm beyond the wall of the IVC, within the retroperitoneal fat.
The left anterolateral strut is 4.4 mm beyond the wall of the IVC, within the retroperitoneal fat.
The right posterolateral strut is up to 4.4 mm beyond the wall of the IVC, within the retroperitoneal fat.
The left posterolateral strut is embedded into the wall of the IVC and abuts the anterior aspect of the L3-4 disc space/annulus.

Note is made of prior gastric surgery and a prior cholecystectomy. No hepatic mass is identified. The liver is normal in size. The spleen is not enlarged. The pancreas is unremarkable. No adrenal mass is present. There a 1 to 2 mm nonobstructing stone is present in the mid right kidney. No other renal calculi are seen, and there is no hydronephrosis.. No enlarged retroperitoneal lymph nodes are present. There is no ascites. No bowel dilatation, mural thickening, or inflammatory changes are seen.

No nodule is seen at either lung base.

**IMPRESSION:** IVC FILTER WITH STRUTS THAT EXTEND BEYOND THE WALLS OF THE IVC AS OUTLINED ABOVE.

PRIOR GASTRIC SURGERY AND PRIOR CHOLECYSTECTOMY.

1 TO 2 MM NONOBSTRUCTING STONE IN THE MID RIGHT KIDNEY.

## Confidential

| Augustine | Brandywine Town Center | Glasgow | Limestone | Middletown | Polly Drummond | Siverside |
|-----------|------------------------|---------|-----------|------------|----------------|-----------|
| (302) 652-3016 | (302) 533-2160 | (302) 832-5590 | (302) 992-0502 | (302) 449-5400 | (302) 737-5990 | (302) 478-1100 |

**Convenient Scheduling - (877) 990-2121**



**PAMI at Middletown**
120 Sandhill Dr Suite 2
Middletown, DE 19709
Phone: (302) 449-5400
Fax: (302) 449-5410

Thank you for the opportunity to participate in the care of this patient.

Michael Leviton MD  *- Electronically Signed: 06-12-2018 9:43 AM*

# Confidential

| Augustine | Brandywine Town Center | Glasgow | Limestone | Middletown | Polly Drummond | Siverside |
|---|---|---|---|---|---|---|
| (302) 652-3016 | (302) 533-2160 | (302) 832-5590 | (302) 992-0502 | (302) 449-5400 | (302) 737-5990 | (302) 478-1100 |

**Convenient Scheduling - (877) 990-2121**

Printed: 06-12-2018 9:48 AM                JOHNSON, VIETTA (Exam: 06-12-2018 8:50 AM)                Page 2 of 2

**Categorization Form**

A.    Plaintiff's Name:                          Allene Knight

B.    Plaintiff's Case Number:                 1:18-cv-03769-RLY-TAB

C.    Plaintiff's Counsel (Lead Firm Name):    William H. Barfield with McDonald Worley, PC

D.    Categorization (check each that applies and briefly describe):

1.    <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

      Check here for Category 1:_____

2.    <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

      Check here for Category 2:_____

      Briefly describe claimed complication/outcome/injury:_____

3.    <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

      Check here for Category 3:_____

      Briefly describe claimed complication/outcome/injury:_____

4.    <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

      Check here for Category 4:_____

      Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: x____.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
IVC occluded and stenotic_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

**(e)** penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: 13 degree tilt multiple struts perforate beyond 3mm

(f)  recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i)  bleeding;

Briefly describe claim of symptomatic injury:_____

(j)  death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.    Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:      William H. Barfield
_____

Plaintiff's Counsel's Firm:     McDonald Worley, PC
_____

Plaintiff's Counsel's Signature: _William H. Barfield_

4

SENTARA NORFOLK GENERAL HOSPITAL
600 Gresham Drive
Norfolk VA 23507

Knight, Allene C
MRN: 00305717, DOB: 10/10/1947, Sex: F

## All Radiology Results (continued)

Resulted: 09/11/14 0943, Result status: Final result

### CT CTA CHEST, ABD, PELVIS [325553170] (continued)

Gallbladder: Unremarkable

Retroperitoneum: There are 2 IVC filters. The most superior IVC filter appears to be infrarenal. The inferior IVC filter appears immediately central to the bifurcation of the common iliacs and the struts of the IVC filter appear to extend outside of the wall of the IVC. The most left IVC filter leg appears to contact the posterior aspect of the aortic bifurcation. The distal IVC appears compressed, likely from clot. The azygos vein appears mildly prominent.

Kidneys: No renal calculi or hydronephrosis. 1 cm simple left renal cyst inferior pole. The kidneys are otherwise unremarkable.

There are numerous enlarged vessels within the anterior abdominal wall and thorax, likely enlarged collateral vessels.

CT scan pelvis:

Urinary bladder: Moderately distended without focal bladder wall thickening.

Bowel: The appendix is normal. No evidence for mechanical small bowel obstruction. Moderate amount of stool within the rectum and colon.

Lymph nodes: No significant adenopathy.

There are numerous enlarged vessels adjacent to the rectum, likely collateral vessels. L3-S1 laminectomy and posterior pedicular fusion. There is evidence of flowing osteophytes corresponding to osseous fusion.

CT angiography:

There is aortic dissection involving the descending thoracic and abdominal aorta. Chronic occlusion of the proximal left subclavian artery. Prior surgical reimplantation of the left subclavian artery into the left common carotid.
The aortic root measures 3.9 cm. The descending thoracic aorta is dilated, measuring 4.5 cm. There is chronic clot of the proximal left subclavian artery. Prior transposition of the left subclavian to common carotid. Persistent dissection involving the left proximal subclavian, axillary and brachial artery. TEVAR stents graft originates at the level of the left subclavian orifice and extends distal to the abdominal aorta, prior to the celiac ostia. The descending thoracic aorta at the level of the mainstem pulmonary artery measures 3.7 cm. There is persistent dissection of the descending thoracic aorta persistent false lumen extending caudad to the abdominal aorta. The false lumen appear to be fed by persistent lumbar arteries. Unchanged in size and configuration from prior.

The abdominal aorta measures 3.0 cm at the level of the celiac artery. The orifice of the celiac artery is mildly stenotic with some poststenotic dilatation. Abdominal aortic dissection false lumen appears to extend inferiorly to the renal arteries and may contribute minimal amount of flow to the right renal artery. The majority of the right renal arterial flow appears to arise from the true lumen. The remainder of the major abdominal aortic branches arise from the true lumen. No change in size or caliber of the false lumen.
Impression:
Impression:

1.  There is aortic dissection involving the descending thoracic and abdominal aorta which appears similar to previous examination with persistent filling of the false lumen.
-Both renal arteries arise from the true lumen.
-No evidence for enlargement or extension of aortic dissection

2. Thoracic aortic stent graft and chronic occlusion of the left subclavian artery with prior translocation of the left subclavian to carotid artery. Stent graft appears stable in position and patent.
-Chronic dissection of the left axillary artery.

SENTARA NORFOLK GENERAL HOSPITAL
600 Gresham Drive
Norfolk VA 23507

Knight, Allene C
MRN: 00305717, DOB: 10/10/1947, Sex: F

---

## All Radiology Results (continued)

Resulted: 09/11/14 0943, Result status: Final result

### CT CTA CHEST, ABD, PELVIS [325553170] (continued)

3. Moderate stenosis at the orifice of the celiac artery.

4. Enlarged central pulmonary artery is suggestive of pulmonary hypertension.

5. The IVC appears stenotic with numerous enlarged collateral vessels involving the anterior abdominal wall, IMV and perirectal. Findings are likely due to IVC stenosis/occlusion. Unchanged.
-Inferior IVC filter struts appear to extend outside of the IVC, unchanged from prior exam.

6. 1.5 cm right thyroid nodule. Nonemergent thyroid ultrasound may help to further evaluate.

Message regarding #1 through 2 was verbally communicated by Nick Rudnick, MD to Travis Wilson at 0 1:15 hours 8/20/2014. Read back and confirmation were obtained.

As attending radiologist I have assessed the study images, and dictated or reviewed/edited the final report as needed.

Resulted: 09/11/14 0937, Result status: Final result

### CHEST PA AND LATERAL [325542603]

| | |
|---|---|
| Ordering provider:  Graffeo, Charles, MD  08/19/14 2020 | Resulted by:<br>Thomas, Richard J, MD<br>Crawford, Tiana N, MD |
| Performed:  08/19/14 2020 - 08/19/14 2028<br>Resulting lab:  RADIOLOGY | Accession number:  CR140819005559 |

Narrative:
Chest PA and lateral

History: Chest pain

Comparisons: 02/17/2014

Findings:
Cardiac silhouette is stable. Redemonstration of aortic endograft stent. Surgical clips project over the base of the left neck and left lung apex. No pleural effusion, consolidation or pneumothorax. Thoracic spondylosis.
Impression:
Impression:
No acute cardiopulmonary disease.

As attending radiologist, I have assessed the study images and dictated or reviewed/edited the final report as needed.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **180 - Unknown** | RADIOLOGY | Unknown | Unknown | 02/20/12 2042 - Present |



**MRI AND CT DIAGNOSTICS CHESAPEAKE**
1554 RIVER BIRCH RUN NORTH
CHESAPEAKE, VA 23320

Phone: 757-671-1144
Fax: 757-671-7299

SEND REPORT TO:
RAMIN AHMADI, M.D.
8501 FALLBROOK AVE
WEST HILLS, CA 91304

**FAX: (800) 653-2147**

Name: ALLENE KNIGHT

DOB: 10/10/1947 Gender: Female
Exam Date: October 03, 2018
Referring Provider:
RAMIN AHMADI M.D.

**CT STUDY OF THE ABDOMEN**

HISTORY: 70-year-old woman
SYMPTOMS: Evaluate IVC filter
REFERRING DIAGNOSIS: IVC filter tilt
TECHNIQUE: Helical multislice. All MRI & CT Diagnostics CT scans are performed using one of these three dose reduction techniques: automated exposure control, adjustment of the mA and/or kV according to patient size, or use of iterative reconstruction techniques.
COMPARISON: None

FINDINGS:

**IVC filter: The IVC filter is high in position with the stem located above the renal veins. There is also anteromedial tilt of the filter at least 13 degrees, contacting and appearing to extend slightly beyond the IVC wall. No fracture or bending of the individual struts is seen. Multiple struts extend 3 mm or less through the IVC wall .**

Lung bases: Within normal limits.

Liver: Within normal limits.

Biliary tree: Within normal limits.

Gallbladder: Within normal limits.

Spleen: Within normal limits.

Pancreas: Within normal limits.

Adrenals: Within normal limits.

Kidneys/ureters: Within normal limits.

**Name: ALLENE KNIGHT**

**CT Abdomen**                                              **Exam Date:** October 03, 2018



**MRI AND CT DIAGNOSTICS CHESAPEAKE**
1554 RIVER BIRCH RUN NORTH
CHESAPEAKE, VA  23320

Phone: 757-671-1144
Fax: 757-671-7299

Bowel:  Within normal limits.

Aorta/vasculature:  There is evidence of prior surgery in the visualized distal descending thoracic aorta and proximal abdominal aorta.

Miscellaneous:  No pathologically enlarged lymph nodes or ascites is seen.

**IMPRESSION:**
 See above

Thank you for this referral.

Interpreting Radiologist:  Daryl Fanney M.D.
*Electronically signed:*  Daryl Fanney   10/03/2018

**Name:  ALLENE  KNIGHT**

**CT Abdomen**                                        **Exam Date:**  October 03,   2018

**Categorization Form**

A.   Plaintiff's Name:                    Lisa Melton

B.   Plaintiff's Case Number:             1:18-cv-03793-RLY-TAB

C.   Plaintiff's Counsel (Lead Firm Name):   William H. Barfield with McDonald Worley, PC

D.   Categorization (check each that applies and briefly describe):

1.   <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

     Check here for Category 1:____

2.   <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

     Check here for Category 2:____

     Briefly describe claimed complication/outcome/injury:_____

3.   <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

     Check here for Category 3:____

     Briefly describe claimed complication/outcome/injury:_____

4.   <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

     Check here for Category 4:____

     Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: X   .  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _13 degree tilt, multiple struts extend up to 10 mm beyond IVC. 1 strut abuts doudenum_

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.      Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: _William H. Barfield_____

Plaintiff's Counsel's Firm: _McDonald Worley, PC_____

Plaintiff's Counsel's Signature:   _William H. Barfield_

4

**Buford Road Imaging**
2612 Buford Road
Richmond, VA  23235

Phone #: 804-864-1895
 FAX #: 804-377-3419

Name: MELTON,LISA ANN
Phys: Ahmadi,Ramin  MD
DOB: 12/09/1966    Age: 51      Sex: F
Acct: J00000910505  Loc: J.CT
Exam Date: 09/12/2018 Status: DEP CLI
Rad No:                 URN: D216417
Unit No: J000002295

EXAMS:                                          CPT CODE:
000119909 CT ABDOMEN WO IV CON                  74150


Reason for Visit: UNSPECIFIED INJURY OF INFERIOR VENA CAVA
Reason for Exam: IVE FILTER EVAL
Findings: Unenhanced images were obtained from above the diaphragm to
below the iliac crests. No acute finding is seen involving the imaged
lung bases. The liver appears normal. Cholecystectomy. No abnormality
is seen involving the bile duct, pancreas, spleen, adrenal glands,
kidneys, or abdominal aorta. Small fat-containing umbilical hernia. No
acute process is seen involving intestinal loops.

IVC filter present, with abnormal right lateral tilting, 13 degrees,
with filter apex in contact with the right lateral caval wall. The
filter is low in positioning, with apex 1.5 cm below the right renal
vein and 3.0 cm below the left renal vein inflow. No evidence of
filter struts breakage. Filter struts extend beyond the wall of the
filter (3 mm to the right, 10 mm anteriorly, 8 mm posteriorly 6 mm to
the left), without evidence of perforation into adjacent aorta. The
third portion of the duodenum immediately abuts the IVC, making
assessment for involvement of duodenum by filter struts perforation
difficult; there is no clear evidence of such, however. No evidence of
IVC stenosis.

*Impression: IVC filter, with perforation of filter struts beyond the
IVC wall and right lateral tilting with caval filter apex abutting the
right lateral caval wall.*


             ** Electronically Signed by J Keith Thompson MD **
         **              on 09/13/2018 at 0913            **
                Reported and signed by: J Keith Thompson, MD

CC: Ramin Ahmadi MD; ONE CALL MEDICAL

Dictated Date/Time: 09/13/2018 (0905)
Techs: Rita C Denton, RT (R) (CT)
Transcribed Date/Time: 09/13/2018 (0905)
Transcriptionist: DR.THOJK
Electronic Signature Date/Time: 09/13/2018 (0913)
Orig Print D/T: S: 09/13/2018 (0914)
                              BATCH NO: N/A


PAGE  1                    **Signed Report**

**Categorization Form**

A.  Plaintiff's Name: Kathleen Ross

B.  Plaintiff's Case Number: 1:18-cv-03769-RLY-TAB

C.  Plaintiff's Counsel (Lead Firm Name): William H. Barfield with McDonald Worley, PC

D.  Categorization (check each that applies and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:_____

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:_____

    Briefly describe claimed complication/outcome/injury:_____

3.  Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:_____

    Briefly describe claimed complication/outcome/injury:_____

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:_____

    Briefly describe claimed complication/outcome/injury:_____

5.  Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6.  Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7.  Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: X  .  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

_____

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

**(e)** penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _tilt and extends 6mm beyond IVC wall_

(f)  recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i)  bleeding;

Briefly describe claim of symptomatic injury:_____

(j)  death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.    Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: _____William H. Barfield_____

Plaintiff's Counsel's Firm: _____McDonald Worley, PC_____

Plaintiff's Counsel's Signature: _____*William H. Barfield*_____

4

**OAKLAND IMAGING DIAGNOSTIC CENTER**
*Division of Michigan Health Care Professionals, P.C.*
27483 Dequindre Road    Suite 101
Madison Heights, Michigan 48071
(248) 544-9050



| | |
|---|---|
| **PATIENT: ROSS, KATHLEEN** | **DATE: 10/15/2018 15:30:18** |
| **PHYSICIAN: AHMADI, RAMIN MD** | **PATIENT: 00205328** |
| **DOB: 01/19/1947** | **SEX: F** |

------------------FINAL REPORT ----------------

**CT ABDOMEN WITHOUT CONTRAST:**

**CLINICAL HISTORY:**   Evaluate for inferior vena cava placement.    History of appendectomy and total hysterectomy. History of surgery for right renal calculus.    Remote prior history of tobacco use.

**TECHNIQUE:**   Multiple axial slice CT images of the abdomen are obtained on a Multidetector CT scanner without IV contrast material.    Radiation dose reduction is performed per protocol.    Total DLP 454 mGy-cm.

**COMPARISON:**   None.

**FINDINGS:**   There is suboptimal evaluation of the solid abdominal viscera and bowel secondary to lack of IV and enteric contrast material.

Evidence for an infrarenal inferior vena cava filter.    The cephalad apex is approximately 1 cm caudal to the lowest renal vein.    There is mild tilt of the cephalad apex to the left, although it does not abut the wall of the IVC.    There is no evidence of significantly bent or fractured strut.    There is evidence for inferior vena cava filter strut perforation along the anterior aspect of the IVC extending into the adjacent adipose tissue by approximately 5 to 6 mm.    Evidence for filter strut perforation along the right aspect of the IVC extending approximately 1 mm into the adjacent adipose tissues. There is perforation along the left aspect of the IVC extending into the adjacent adipose tissues by approximately 1 mm. Finally, there is filter strut perforation posteriorly into the adjacent adipose tissues extending approximately 1 mm.    There is no evidence of inferior vena cava stenosis.

Evidence for scattered sub-centimeter low-density space-occupying structures within the liver too small to accurately characterize, although possibly represent cysts.    Findings are further limited in their evaluation due to lack of IV contrast material.    Evidence for cholelithiasis and possible sludge.    Bilateral adrenal glands appear unremarkable.    Bilateral kidneys demonstrate no evidence of obstructive uropathy.    Evidence for right extrarenal pelvis.    The spleen appears unremarkable.    There is a small sliding type hiatal hernia.    There is moderate atherosclerotic disease with the abdominal aorta and iliac arteries.    There is no evidence of a bowel obstruction or acute inflammatory bowel process.    Evidence for a right paramidline supraumbilical ventral fat containing hernia with the defect in the anterior abdominal wall measuring

Dictated: KOVIE, MATTHEW DO     10/15/2018 04:59 PM
Transcribed: VE     10/15/2018 07:58 PM
Electronically Signed: KOVIE, MATTHEW DO     10/16/2018 07:30 AM

**OAKLAND IMAGING DIAGNOSTIC CENTER**
*Division of Michigan Health Care Professionals, P.C.*
27483 Dequindre Road   Suite 101
Madison Heights, Michigan 48071
(248) 544-9050



**PATIENT: ROSS, KATHLEEN**                            **DATE: 10/15/2018 15:30:18**
**PHYSICIAN: AHMADI, RAMIN MD**                      **PATIENT: 00205328**
**DOB: 01/19/1947**                                             **SEX: F**

approximately 1.2 cm.   There is also a suggestion of a tiny fat containing umbilical hernia only partially included on this exam.

There is mild to moderate multilevel degenerative disc disease within the thoracolumbar spine with associated spondylosis and facet arthropathy.   There is a mild to moderate levoconvex curvature of the lumbar spine.

The lower thorax was included on this examination.   No evidence of pneumonia or pleural effusion.   There is respiratory motion artifact demonstrated.   There is borderline to mild cardiomegaly.

**IMPRESSION:**
1.  **Evidence for an infrarenal inferior vena cava filter.   The cephalad apex is approximately 1 cm caudal to the lowest renal vein.   There is mild tilt of the cephalad apex to the left, although it does not abut the wall of the IVC.   There is no evidence of significantly bent or fractured strut.   There is evidence for inferior vena cava filter strut perforation along the anterior aspect of the IVC extending into the adjacent adipose tissue by approximately 5 to 6 mm.   Evidence for filter strut perforation along the right aspect of the IVC extending approximately 1 mm into the adjacent adipose tissues.   There is perforation along the left aspect of the IVC extending into the adjacent adipose tissues by approximately 1 mm.   Finally, there is filter strut perforation posteriorly into the adjacent adipose tissues extending approximately 1 mm. There is no evidence of inferior vena cava stenosis.**
2.  **Small sliding type hiatal hernia.   Fat containing right paramidline supraumbilical ventral hernia and suggestion of a tiny fat containing umbilical hernia partially included on this exam.**
3.  **Moderate atherosclerotic disease within the abdominal aorta without evidence for an aneurysm.**
4.  **Three sub-centimeter hypodense foci within the liver too small to accurately characterize.**
5.  **Evidence for cholelithiasis and/or gallbladder sludge.**

_Matthew Kovie, D.O._

Dictated: KOVIE, MATTHEW DO      10/15/2018 04:59 PM
Transcribed: VE       10/15/2018 07:58 PM
Electronically Signed: KOVIE, MATTHEW DO       10/16/2018 07:30 AM

**Categorization Form**

A.    Plaintiff's Name:                               William Michael Simon
     _____

B.    Plaintiff's Case Number:                    1:18-cv-03769-RLY-TAB
     _____

C.    Plaintiff's Counsel (Lead Firm Name):   William H. Barfield with McDonald Worley, PC
     _____

D.    Categorization (check each that applies and briefly describe):

   1.   Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

        Check here for Category 1:____

   2.   Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

        Check here for Category 2:____

        Briefly describe claimed complication/outcome/injury:_____

   3.   Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

        Check here for Category 3:____

        Briefly describe claimed complication/outcome/injury:_____

   4.   Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

        Check here for Category 4:____

        Briefly describe claimed complication/outcome/injury:_____

5.  <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6.  <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7.  <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: x___.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

**(e)** penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: 4mm perforation beyond IVC wall

(f)  recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i)  bleeding;

Briefly describe claim of symptomatic injury:_____

(j)  death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.    Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:  William H. Barfield

Plaintiff's Counsel's Firm:  McDonald Worley, PC

Plaintiff's Counsel's Signature: _William H. Barfield_

4

06/05/18 04:10 PM EDT 20б2190399 via VSI-FAX          Page 5 of 6 #798535
6/5/2018 4:03 PM Case 1:14-ml-02570-RLY-TAB   Document 10104   Filed 02/08/19   Page 61 of 62 PageID #:of 5
68160



**OAKLAND IMAGING DIAGNOSTIC CENTER**
*Division of Michigan Health Care Professionals, P.C.*
27483 Dequindre Road    Suite 101
Madison Heights, Michigan 48071
(248) 544-9050

**PATIENT: SIMON, WILLIAM**                               **DATE:** 06/04/2018 10:03:01
**PHYSICIAN: AHMADI, RAMIN MD**                    **PATIENT:** 00198414
**DOB:** 05/29/1972                                            **SEX:** M

_____

----------------FINAL REPORT ---------------

**CT SCAN OF THE ABDOMEN:**

**CLINICAL HISTORY:** Evaluate inferior vena cava filter replacement. History of Hodgkin's lymphoma 20 years ago. History of 11.5 pack-year history of tobacco use.

**TECHNIQUE:** Multiple axial sliced Ct images of the abdomen was obtained on a multidetector CT scanner without IV or enteric contrast material.    Radiation dose reduction is performed per protocol, (Total DLP 645 mGy-cm).

**COMPARISON:** None.

**FINDINGS:** There is suboptimal evaluation of the solid abdominal viscera and bowel secondary to lack of IV and enteric contrast material.

Evidence for a left sided inferior vena cava, an anatomic variant.    There is evidence for an inferior vena cava filter with the cephalad apex extending cephalad to the origin of the left renal vein and to the approximate level of the more cephalad right renal vein.    There is no significant tilt of the filter demonstrated.    There is no evidence of significant bend or fracture of an inferior vena cava filter strut.    There is, however, evidence for perforation of   four of the struts along the anterior right aspect, anterior left aspect and posterior left aspect of the inferior vena cava.     The maximum distance of perforation is approximately 3 to 4 mm.    The struts extend into the adjacent adipose tissues.    There is no evidence of inferior vena cava stenosis.    Evidence for diffuse diminished hepatic attenuation which may be seen in the setting of steatosis or diffuse hepatocellular disease. Bilateral adrenal glands, spleen and pancreas appear unremarkable. Evidence for cholelithiasis.    No CT features of acute cholecystitis.

No evidence of a bowel obstruction or acute inflammatory bowel process.    No evidence of ascites, free intraperitoneal air or abscess.    Evidence for bilateral sacroiliac joint arthropathy.    Evidence for minimal to moderate degenerative disc disease within the visualized thoracolumbar spine with associated spondylosis and facet arthropathy.        Findings most significant at L5-S1.    The lower thorax was included on this examination.    Minimal dependent and/or subsegmental atelectatic changes within the lower lobes posteriorly.    No evidence of an acute intrathoracic process.

Dictated: KOVIE, MATTHEW DO       06/04/2018 11:44 AM
Transcribed: SS     06/04/2018 02:34 PM
Electronically Signed: KOVIE, MATTHEW DO      06/04/2018 06:12 PM



**OAKLAND IMAGING DIAGNOSTIC CENTER**
*Division of Michigan Health Care Professionals, P.C.*
27483 Dequindre Road    Suite 101
Madison Heights, Michigan 48071
(248) 544-9050

**PATIENT: SIMON, WILLIAM**                                    DATE: 06/04/2018 10:03:01
**PHYSICIAN: AHMADI, RAMIN MD**                          PATIENT: 00198414
**DOB: 05/29/1972**                                                   SEX: M

**IMPRESSION:**

1. Evidence for a left sided inferior vena cava, an anatomic variant.   There is evidence for an inferior vena cava filter with the cephalad apex extending cephalad to the origin of the left renal vein and to the approximate level of the more cephalad right renal vein.   There is no significant tilt of the filter demonstrated.   There is no evidence of significant bend or fracture of an inferior vena cava filter strut. There is, however, evidence for perforation of   four of the struts along the anterior right aspect, anterior left aspect and posterior left aspect of the inferior vena cava.    The maximum distance of perforation is approximately 3 to 4 mm.   The struts extend into the adjacent adipose tissues.   There is no evidence of inferior vena cava stenosis.

2. Diffuse diminished hepatic attenuation which may be seen in the setting of steatosis or diffuse hepatocellular disease.

Matthew Kovie, D.O.

Dictated: KOVIE, MATTHEW DO      06/04/2018 11:44 AM
Transcribed: SS     06/04/2018 02:34 PM
Electronically Signed: KOVIE, MATTHEW DO      06/04/2018 06:12 PM
2/2