## Ashley Ogelsby

| | |
|---|---|
| **From:** | Matt Cheatham |
| **Sent:** | Friday, February 08, 2019 10:35 AM |
| **To:** | CookFilterMDL@faegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Robert Evola; Ashley Ogelsby |
| **Subject:** | Fry v. Cook Medical; 1:17-cv-4145 |
| **Attachments:** | 307092.PDF; KINGMAN 10-15.pdf |

Please find attached the completed Categorization Form, and supporting medical records in the above-referenced matter.

Thanks.

Matt

Matthew R. Cheatham | Paralegal
SL CHAPMAN LLC
330 North Fourth Street, Suite 330
St. Louis, Missouri 63102
314.655.7461 (direct)
314.588.9302 (fax)
www.SLChapman.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, then please contact the sender and delete the copies.

**Exhibit A**

IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff(s)
Whitney Fry

Civil Case # 1:17-cv-4145

### Categorization Form

A. Plaintiff's Name: Whitney Fry

B. Plaintiff's Case Number: 1:17-cv-04145-RLY-DML

C. Plaintiff's Counsel (Lead Firm Name): Robert J. Evola (SL Chapman LLC)

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: X

   Briefly describe claimed complication/outcome/injury: Prior to and after the November 23, 2015 surgery to remove the Cook IVC filter, Whitney Fry was advised that a piece of the Cook IVC filter fractured and remains in Ms. Fry. Whitney is terrified that the fractured Cook IVC filter piece may actually kill her, and may need a major surgery to save her life.

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

**Exhibit A**

    Check here for Category 3:____
    Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:____

    Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

    Check here for Category 5: <u>X</u>

    Briefly describe claimed complication/outcome/injury: <u>On November 10, 2015, an x-ray of Whitney Fry's abdomen was performed which revealed the Cook IVC filter with a single broken line. (KINGMAN 15). On November 23, 2015, Whitney Fry underwent a surgical procedure to remove the Cook IVC filter, however, it was confirmed that a single filter leg was fractured from the Cook IVC device, and remains inside Ms. Fry. (KINGMAN 10-14).</u>

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    Check here for Category 6:____

    Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    Check here for Category 7: <u>X</u>. **Circle all sub-categories that apply below:**

    (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

    Briefly describe claim of symptomatic injury:
    _____

    (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

**Exhibit A**

Briefly describe claim of symptomatic injury: _____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury: <u>On November 10, 2015, an x-ray of Whiney Fry's abdomen was performed which revealed the Cook IVC filter with a single broken line. (KINGMAN 15). On November 23, 2015, Whitney Fry underwent a surgical procedure to remove the Cook IVC filter, however, it was confirmed that a single filter leg was fractured from the Cook IVC device, and remains inside Ms. Fry. (KINGMAN 10-14).</u>

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;

Briefly describe claim of symptomatic injury: _____

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: _____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: _____

(h) infection;

Briefly describe claim of symptomatic injury: _____

(i) bleeding;

Briefly describe claim of symptomatic injury: _____

(j) death; and

Briefly describe claim of symptomatic injury: _____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

**Exhibit A**

   Briefly describe claim of symptomatic injury: _____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Robert J. Evola

Plaintiff's Counsel's Firm: SL Chapman LLC

Plaintiff's Counsel's Signature: _____

**Exhibit A**

## Kingman Regional Medical Center
## Imaging Services
Kingman, Arizona
Tel: (928) 757-0620     Fax: (928) 692-4121

---

Patient Name:  FRY, WHITNEY          DOB: 09/30/89   AGE: 26 TYPE: UNK
Medical Record #:  049920              Account #: 29087301
Patient Location:  OPC                 Exam Date: 11/23/15

**PHYSICIAN:**       CHRISTOPHER PORTER

**Procedure:**       REMOVE IVC FILTER

Procedure
Inferior Vena Cava Filter Retrieval

Impression
Successful retrieval of existing fractured IVC filter via right internal jugular vein approach.

Technique
The patient's skin was prepped with chlorhexidine and draped in a standard fashion. Using standard sterile technique, 2% lidocaine for local anesthesia, IV conscious sedation, and US guidance, a micropuncture needle set was used to access the inferior right internal jugular vein. A 0.018 soft tip micropuncture guidewire was inserted into the SVC under fluoroscopic guidance. A 3 mm incision was made in the lower right neck. The micropuncture needle was removed and a 4 French dilator was placed over the wire. Next, the micropuncture wire was replaced and a 0.035"guidewire was inserted into the IVC without difficulty under fluoroscopic guidance. An 8 French dilator was used to dilate the venotomy site. Next, the 10 French introducer sheath was inserted and advanced into the IVC. The guidewire was removed and an inferior vena cavagram was performed. This demonstrated no evidence of thrombus within the IVC filter. The internal stylet was removed and a 6 French Amplatz gooseneck snare was inserted. The superior aspect of the filter was engaged. The

KINGMAN000010

**Exhibit A**

## Kingman Regional Medical Center
### Imaging Services
Kingman, Arizona
Tel: (928) 757-0620    Fax: (928) 692-4121

---

**Patient Name:** FRY, WHITNEY        **DOB:** 09/30/89    **AGE:** 26 **TYPE:** UNK
**Medical Record #:** 049920          **Account #:** 29087301
**Patient Location:** OPC             **Exam Date:** 11/23/15

**PHYSICIAN:**    CHRISTOPHER PORTER

**Procedure:**    REMOVE IVC FILTER

filter was carefully retrieved into the sheath. The sheath was removed. The filter was inspected and the previously described fracture of a single filter leg was again demonstrated. Fluoroscopic imaging demonstrates single fractured limb projecting anterior to the right lateral margin of the L3 vertebral body inferior endplate. No significant open air exposure to the venous system. No evidence of air embolism. Pressure was held at the venotomy site for 5 minutes. The patient tolerated the procedure well without any signs of immediate complications.

Pre Procedure
The procedure, including alternatives, benefits, and risks (including but not limited to displacement of the filter, failure to retrieve the filter, bleeding, infection, pneumothorax, injury to nerves and other soft tissues) was discussed thoroughly with the patient. All of the patients questions were answered. The patient demonstrated understanding and wished to proceed.

Post Procedure
The patient tolerated the procedure well without distress or any signs of immediate complications. The patient was recovered, returning to cognitive and functional baseline, oriented to person, place and time, with normal motor and sensory function of the upper and lower extremities. The patient was discharged from the department of radiology in good condition.

KINGMAN000011

PHI for {29087301}. Printed by {mrwesj}. Documents without signatures are preliminary until signed.
Radiology Report - Page 2/3

**Exhibit A**

## Kingman Regional Medical Center
## Imaging Services
Kingman, Arizona
Tel: (928) 757-0620     Fax: (928) 692-4121

**Patient Name:** FRY, WHITNEY  **DOB:** 09/30/89  **AGE:** 26  **TYPE:** UNK
**Medical Record #:** 049920  **Account #:** 29087301
**Patient Location:** <<location>>  **Exam Date:** 11/23/15

**PHYSICIAN:**  CHRISTOPHER PORTER

**Procedure:**  REMOVE IVC FILTER

Clinical History
26-year-old female with distant IVC filter placement following trauma and known fractured filter leg.

Comparison
Abdominal radiograph dated November 10, 2015

Authenticated and Approved:      11/23/15  CHRISTOPHER PORTER,

11/23/15 10:3500

KINGMAN000012

PHI for {29087301}, Printed by {mrwesl}. Documents without signatures are preliminary until signed.
Radiology Report   Page 2/2                                                         Job 7244 (04/27/2016 13:20)   Page 12   Prscr# 6

**Exhibit A**

PATHOLOGY

| KINGMAN REGIONAL MEDICAL CENTER | Department of Pathology Services<br>1740 Sycamore Avenue<br>Kingman, AZ 86409<br>Phone: 928-263-3617 / Fax: 928-263-3604<br>Medical Director: Ryan Swapp, MD | | |
|---|---|---|---|
| SU-4210-15 | FRY, WHITNEY T | | |
| Admitted by: CHRISTOPHER PORTER, MD | MRN: 049920 | | Billing #: 29087301 |
| Requested by: CHRISTOPHER PORTER, MD | Age: 26 Y | Sex: F | DOB: 09/30/1989 |
| Pathologist: BRENT BEDKE, MD | Procedure Date: 11/23/2015 | | Received Date: 11/23/2015 |

Additional Copies To:

## FINAL SURGICAL PATHOLOGY REPORT

**DIAGNOSIS:**
A. Surgical hardware, IVC filter, removal: IVC filter with fracture. Photographs taken. Gross examination only.

Signed by:

BRENT BEDKE, MD
Signed: 11/27/2015

**PREOPERATIVE DIAGNOSIS:**
Fractured IVC filter

**CLINICAL INFORMATION:**
Evaluate and document filter fracture previous to removal on 11/23/2015, x - rays confirmed previous fracture

**SPECIMEN(S) SUBMITTED:**
HARDWARE, IVC FILTER

**GROSS DESCRIPTION:**
A. Received in a specimen container labeled with the patient's name FRY, WHITNEY and DOB: 09/30/1989 is a single specimen received without fixative which is submitted as "IVC filter" which consists of a wire structure which measures 5.1 cm in length and consists of multiple fine portions of wire which measure less than 0.1 cm in greatest diameter. Eight of these lengths of wire are fine and blunt tipped. Three of the four larger strands of wire are tipped with a small hook. The fourth

| FRY, WHITNEY | Final Surgical Pathology Report | SU-4210-15 |
|---|---|---|
| Page 1 of 2 | | Printed: 11/27/2015 4:47:15 PM |

Key for Results: L - Low, H - High, C - Critical, AB - Abnormal, N-Normal

Printed: 11/27/15 21:00                                                                                          Page 1 of 3

KINGMAN000013

PHI for (29087301). Printed by (mrwes)). Documents without signatures are preliminary until signed.
Job 7341 (01/27/2016 13:29) - Page 13, Doc# 6
Pathology Report - Page 1/3

**Exhibit A**

| Patient: FRY, WHITNEY T | MRN:049920 | Acc Num: SU-4210-15 |

strand of wire appears to be missing its hook. The specimen is consistent with explanted surgical hardware. Photos are taken of the filter. Gross examination only.

*Disclaimer:*

*Unless otherwise indicated any immunohistochemical analysis reported to support the above diagnosis was performed at Kingman Regional Medical Center using commercially available antibody kits according to the manufacturer's instructions. These kits use analyte specific reagents (ASRs) the performance characteristics of which are determined by the manufacturer. These tests have not been cleared or approved by the US Food and Drug Administration (FDA). The FDA has determined that such clearance or approval is not necessary. These tests are used for in vitro testing for clinical purposes.*

[END OF REPORT]

| FRY, WHITNEY | Final Surgical Pathology Report | SU-4210-15 |
|---|---|---|
| Page 2 of 2 | Kingman Regional Medical Center | Printed: 11/27/2015 4:47:18 PM |

Key for Results: L - Low, H - High, C - Critical, AB - Abnormal, N-Normal

Printed: 11/27/15 21:00

Daily Cumulative Report Data Only

Page 2 of 3

KINGMAN000014

PHI for {29087301}, Printed by {mrwesj}. Documents without signatures are preliminary until signed.
Pathology Report - Page 2/3

**Exhibit A**

## Kingman Regional Medical Center
## Imaging Services
Kingman, Arizona
Tel: (928) 757-0620     Fax: (928) 692-4121

Patient Name: FRY, WHITNEY  DOB: 09/30/89   AGE: 26 TYPE: UNK
Medical Record #: 048920    Account #: 29069069
Patient Location: OPC       Exam Date: 11/10/15

PHYSICIAN:    CHRISTOPHER PORTER

Procedure:    ABDOMEN 1 VIEW

Examination
Abdomen Radiograph

Impression
IVC filter about the mid lumbar level with a solitary broken tine. Nonobstructive bowel gas pattern. No definite free intraperitoneal air. No pathologic calculi are identified. Postoperative changes in the right femur.

Clinical History
26-year-old female, inferior vena cava filter.

Comparison
No prior exams are available for comparison.

Authenticated and Approved:      11/10/15  BRUCE GARDNER,

11/10/15 16:5500

KINGMAN000015

**Exhibit A**