**Ashley Ogelsby**

| | |
|---|---|
| **From:** | Matt Cheatham |
| **Sent:** | Friday, February 08, 2019 10:38 AM |
| **To:** | CookFilterMDL@faegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Robert Evola; Ashley Ogelsby |
| **Subject:** | Bujanda v. Cook Medical; 1:17-cv-04143 |
| **Attachments:** | 307091.PDF; HARBOR 11-199.pdf |

Please find attached the completed Categorization Form, and supporting medical records in the above-referenced matter.

Thanks.

Matt

Matthew R. Cheatham  |  Paralegal
**SL CHAPMAN** LLC
330 North Fourth Street, Suite 330
St. Louis, Missouri 63102
314.655.7461 (direct)
314.588.9302 (fax)
www.SLChapman.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, then please contact the sender and delete the copies.

1

**Exhibit B**

IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION
2570

Case No. 1:14-ml-2570-RLY-
MDL No.

This Document Relates to Plaintiff(s)
Janet Bujanda

Civil Case # 1:17-cv-04143

Categorization Form

A. Plaintiff's Name: Janet Bujanda

B. Plaintiff's Case Number: 1:17-cv-04143-WTL-DML

C. Plaintiff's Counsel (Lead Firm Name): Robert J. Evola (SL Chapman LLC)

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

Check here for Category 1:_____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries such as worry, stress, or fear of future injury, have been alleged."

Check here for Category 2:_____

Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

**Exhibit B**

Check here for Category 3: X

Briefly describe claimed complication/outcome/injury: From approximately March of 2008 through at-least June of 2014 I was treated at Harbor UCLA Medical Center's Anticoagulation Clinic with Warfarin Therapy for DVT. (HARBOR 11-199).

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

Check here for Category 4: X

Briefly describe claimed complication/outcome/injury: Sometime in 2010/2011, a doctor at UCLA Medical Center in Los Angeles told me that my Cook IVC filter is embedded and could not be removed because it has been implanted in me for too long and that if they attempted to remove it, then there is a chance that the IVC could be dismantled.

5. Failed Retrieval and Complicated Retrieval Cases: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury: _____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: X. **Circle all sub-categories that apply below:**

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

**Exhibit B**

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;

Briefly describe claim of symptomatic injury: _____

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: From approximately March of 2008 through at-least June of 2014 I was treated at Harbor UCLA Medical Center's Anticoagulation Clinic with Warfarin Therapy for DVT. (HARBOR 11-199).

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

**Exhibit B**

E.   Certification: The undersigned counsel affirms that the categorization is based on a review

of the available medical records including imaging records and reports. The submission of

the specific medical record(s) attached, and submission of this form, are counsel's

certification that the outcome, complication, or injury represented in Section D is the proper

categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: <u>Robert J. Evola</u>

Plaintiff's Counsel's Firm: <u>SL Chapman LLC</u>

Plaintiff's Counsel's Signature: _____

**Exhibit B**

Page 1

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 02/24/2014 1038
Completed By: ACOBA,JANINE KLAIR-RN,NP
Printed on: 06/25/2014

```
    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008      Sex: F                                  MRUN: 242-20-79
Disch: 06/24/2014      Loc: RO                                 Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      2-3
   Current Dose

      Current Anticoagulation dose: TUE.,THURS.,SAT. = 5 MG.,REST OF THE WEEK
      = 2.5 MG.
      mg: 5 MG. TAB.
   I N R Results

      Today's measured INR result:    In clinic:     2.2
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Language
      Preferred Language:    English   Written instructions given    Verbal
      instructions given
   Plan

      Warfarin / Coumadin    Same dose no changes
      Reinforcement of Patient Education
      *    Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *    Risks and benefits of anticoagulation therapy
      *    Common drug interactions
      *    Clinic notification of patient's change in health status /
      medications
      *    Warning signs or symptoms and when to seek emergency medical
      treatment
      *    Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *    Clinic policy regarding appointment attendance
      *    Medication adherence
      *    Avoidance of alcohol application and intake / contact sports /
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

P-HARBOR000011

**Exhibit B**

```
                                                        Page 2
                    HARBOR UCLA MEDICAL CENTER

                 ONGOING ASSESSMENT FOR 02/24/2014 1038
                 Completed By: ACOBA,JANINE KLAIR-RN,NP
                         Printed on: 06/25/2014

        PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
        Admit: 03/25/2008       Sex: F                    MRUN: 242-20-79
        Disch: 06/24/2014       Loc: RO                   Acct#: 9087992
        ------------------------------------------------------------------
        ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
           Plan (Cont.)
             aspirin / non-steroidal anti-inflammatory drugs
             Return to clinic:

             Pt. seen w/Orlando Balala NP   4 weeks
```

```
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

        (FILE IN MED REC: OP CLINIC TREATMENT)      initials:
```

P-HARBOR000012

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   3

Page 3

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 01/22/2014 0903
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008     Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014     Loc: RO                        Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

      DVT
  Anticipated Length Of Therapy

      Lifetime
  I N R Treatment Range Desired

      2-3
  Current Dose

      Current Anticoagulation dose: TUE.,THURS.,SAT. = 5 MG.,REST OF THE WEEK
      = 2.5 MG.
      mg: 5 MG. TAB.
  I N R Results

      Today's measured INR result:   In clinic:     2.2
  Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Language
      Preferred Language:   English   Written instructions given   Verbal
      instructions given
  Plan

      Warfarin / Coumadin   Same dose no changes
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Clinic notification of patient's change in health status /
      medications
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
      *   Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

  (FILE IN MED REC: OP CLINIC TREATMENT)            initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008    4

```
                                                        Page 4
                        HARBOR UCLA MEDICAL CENTER

                    ONGOING ASSESSMENT FOR 01/22/2014 0903
                       Completed By: CABRERA,BLANCA-RN
                          Printed on: 06/25/2014

        PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
     Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
     Disch: 06/24/2014        Loc: RO                      Acct#: 9087992
     ------------------------------------------------------------------------
     ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
         Plan (Cont.)
             Return to clinic:   4 weeks
```

```
                                                BUJANDA,JANET DEL
                                                242-20-79
                                                DOB: 01/19/1953
     (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

P-HARBOR000014

**Exhibit B**

```
                                                                Page 5
                        HARBOR UCLA MEDICAL CENTER

                    ONGOING ASSESSMENT FOR 12/16/2013 1013
                        Completed By: CABRERA,BLANCA-RN
                           Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008      Sex: F                          MRUN: 242-20-79
  Disch: 06/24/2014      Loc: RO                         Acct#: 9087992
  -------------------------------------------------------------------------
```

Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     2-3
  Current Dose

     Current Anticoagulation dose: TUE.,THURS., SAT.= 5 MG.,REST OF THE WEEK=
     2.5 MG.
     mg: 5 MG. TAB.
  I N R Results

     Today's measured INR result:   In clinic:      3.4
  Pt Assessment

     Patient complains of pain:   No
     Changes in: diet / medication / herbal products    Yes RECENTLY DX. DM.
     Language
     Preferred Language:    English   Written instructions given    Verbal
     instructions given
  Plan

     Warfarin / Coumadin    Hold for:   1 day THEN CONTINUE SAME DOSE.
  Reinforcement of Patient Education
  *    Indication for and length of anticoagulation therapy, therapeutic
  INR range, medication administration
  *    Risks and benefits of anticoagulation therapy
  *    Common drug interactions
  *    Clinic notification of patient's change in health status /
  medications
  *    Warning signs or symptoms and when to seek emergency medical
  treatment
  *    Consistent weekly intake of vitamin K and usage of pillbox with
  dosage calendar
  *    Clinic policy regarding appointment attendance
  *    Medication adherence
  *    Avoidance of alcohol application and intake / contact sports /
  aspirin / non-steroidal anti-inflammatory drugs

                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)           initials:

P-HARBOR000015

**Exhibit B**

```
                                                        Page 6
                     HARBOR UCLA MEDICAL CENTER

               ONGOING ASSESSMENT FOR 12/16/2013 1013
                   Completed By: CABRERA,BLANCA-RN
                      Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
  Disch: 06/24/2014        Loc: RO                   Acct#: 9087992
  -------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        Return to clinic:   3 weeks
```

```
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

     (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

**Exhibit B**

Page 7

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 11/12/2013 1047
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
  PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                        Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    2-3
  Current Dose


    Current Anticoagulation dose: 5mg TU/TH/SAT then 2.5mg the rest of the
    week
    mg: 5mg TAB
  I N R Results

    Today's measured INR result:   In clinic:     2.6
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given
    Changes in: diet / medication / herbal products   Yes NEW MEDICATIONS
    MFT 500MG
    LISINOPRIL 10MG
    AMITRYPTILINE 25MG
  Plan

    Warfarin / Coumadin   Same dose no changes
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
                                         BUJANDA,JANET DEL
                                         242-20-79
                                         DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008    8

Page 8

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 11/12/2013 1047
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                         MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                        Acct#: 9087992
```
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        dosage calendar
        *   Clinic policy regarding appointment attendance
        *   Medication adherence
        *   Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   5 weeks

                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

    (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

                                                    P-HARBOR000018

**Exhibit B**

Page 9

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 10/07/2013 1040
Completed By: ESCORCIA, IRAN
222-2576
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                       Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      2-3
   Current Dose


      Current Anticoagulation dose: 5mg TU/TH/SAT then 2.5mg the rest of the
      week
      mg: 5mg TAB
   I N R Results

      Today's measured INR result:    In clinic:      2.5
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Language
      Preferred Language:    English   Written instructions given    Verbal
      instructions given
   Plan

      Warfarin / Coumadin    Same dose no changes
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Clinic notification of patient's change in health status /
      medications
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
      *   Avoidance of alcohol application and intake / contact sports /
                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

**Exhibit B**

Page 10

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 10/07/2013 1040
Completed By: ESCORCIA,IRAN
222-2576
Printed on: 06/25/2014

```
     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                         MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                        Acct#: 9087992
------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:   4 weeks
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000020

**Exhibit B**

```
                                                    Page 11
                    HARBOR UCLA MEDICAL CENTER

              ONGOING ASSESSMENT FOR 09/09/2013 0813
                 Completed By: CARAG,CHRISTIAN-RN
                     Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
    Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
    Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
    --------------------------------------------------------------------
Med Allergies/Adverse Reactions:
    No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
    Indication For Warfarin Therapy

        DVT
    Anticipated Length Of Therapy

        Lifetime
    I N R Treatment Range Desired

        2-3
    Current Dose


        Current Anticoagulation dose: TUE.,THURS. AND SAT. = 5  MG.,REST OF THE
        WEEK = 2.5 MG.
        mg: 5 MG. TAB.
    I N R Results

        Today's measured INR result:   In clinic:      2.3
    Pt Assessment

        Language
        Preferred Language:   English   Written instructions given    Verbal
        instructions given   Denies changes since last visit re: pain,
        bleeding/bruising, alcohol consumption/application, diet, medications,
        herbal products, health care status.
    Plan

        Warfarin / Coumadin   Same dose no changes
    INCREASE GREEN VEG. INTAKE TODAY AND TOMORROW.
    Reinforcement of Patient Education
    *    Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *    Risks and benefits of anticoagulation therapy
    *    Common drug interactions
    *    Clinic notification of patient's change in health status /
    medications
    *    Warning signs or symptoms and when to seek emergency medical
    treatment
    *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *    Clinic policy regarding appointment attendance
    *    Medication adherence
    *    Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
    (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

P-HARBOR000021

**Exhibit B**

```
                                                          Page 12
                        HARBOR UCLA MEDICAL CENTER

                   ONGOING ASSESSMENT FOR 09/09/2013 0813
                      Completed By: CARAG,CHRISTIAN-RN
                         Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008       Sex: F                       MRUN: 242-20-79
   Disch: 06/24/2014       Loc: RO                       Acct#: 9087992
   ---------------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
      Plan (Cont.)
         Return to clinic:  3 weeks
```

```
                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

   (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

P-HARBOR000022

**Exhibit B**

Page 13

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/27/2013 1026
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008      Sex: F                              MRUN: 242-20-79
Disch: 06/24/2014      Loc: RO                             Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     2-3
  Current Dose

     Current Anticoagulation dose: TUE.,THURS. AND SAT. = 5  MG.,REST OF THE
     WEEK = 2.5 MG.
     mg: 5 MG. TAB.
  I N R Results

     Today's measured INR result:   In clinic:    3.2
  Pt Assessment

     Patient complains of pain:   No   Other (specify): MULTIPLE USE OF HAND
     SANITIZER YESTERDAY.,WILL AVOID USE.
     Language
     Preferred Language:   English   Written instructions given   Verbal
     instructions given
  Plan

     Warfarin / Coumadin   Same dose no changes
     INCREASE GREEN VEG. INTAKE TODAY AND TOMORROW.
     Reinforcement of Patient Education
     *    Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
     medications
     *    Warning signs or symptoms and when to seek emergency medical
     treatment
     *    Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *    Clinic policy regarding appointment attendance
     *    Medication adherence
     *    Avoidance of alcohol application and intake / contact sports /
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)         initials:

P-HARBOR000023

**Exhibit B**

Page 14

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/27/2013 1026
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                        Acct#: 9087992
----------------------------------------------------------------------
```
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:  2 weeks SEPT. 9, 2013 AT 0740.

```
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

P-HARBOR000024

**Exhibit B**

Page 15

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/01/2013 1016
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
-------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    2-3
  Current Dose

    Current Anticoagulation dose: 5mg QTuesday, Thursday, and Saturday and
    2.5mg QHS Rest of the Week
    mg: 5mg tablet
  I N R Results

    Today's measured INR result:   In clinic:    1.9
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:   English   Spanish   Written instructions given
    Verbal instructions given
  Plan

    Warfarin / Coumadin   Dose: 5mg tonight x 1 then resume current dose as
    above
    Rx given
    Coumadin 5mg #50 x 3 Refills   Approved by:  C. Pendon, NP
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials: _____

P-HARBOR000025

**Exhibit B**

```
                                                          Page 16
                      HARBOR UCLA MEDICAL CENTER

                ONGOING ASSESSMENT FOR 07/01/2013 1016
                   Completed By: TRINH,CHERYL-RN,NP
                             310-222-5146
                       Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008         Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014         Loc: RO                       Acct#: 9087992
---------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        *   Clinic policy regarding appointment attendance
        *   Medication adherence
        *   Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   6 weeks
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000026

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   17

Page 17

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 05/13/2013 1018
Completed By: ESCORCIA, IRAN
222-2576
Printed on: 06/25/2014

PAT: BUJANDA, JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                   Acct#: 9087992
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    2-3
  Current Dose

    Current Anticoagulation dose: 5mg TU/TH/SAT then 2.5mg the rest of the
    week
    mg: 5mg TAB
  I N R Results

    Today's measured INR result:   In clinic:     2.4
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given
  Plan

    Warfarin / Coumadin   Same dose no changes
    Reinforcement of Patient Education
    *    Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *    Risks and benefits of anticoagulation therapy
    *    Common drug interactions
    *    Clinic notification of patient's change in health status /
    medications
    *    Warning signs or symptoms and when to seek emergency medical
    treatment
    *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *    Clinic policy regarding appointment attendance
    *    Medication adherence
    *    Avoidance of alcohol application and intake / contact sports /
                                        BUJANDA, JANET DEL
                                        242-20-79
                                        DQB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)           initials:

P-HARBOR000027

**Exhibit B**

Page 18

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 05/13/2013 1018
Completed By: ESCORCIA, IRAN
222-2576
Printed on: 06/25/2014

```
    PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                         Acct#: 9087992
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:
        Other (specify): 7 weeks
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Page 19

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/08/2013 1012
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                   Acct#: 9087992
```
-------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    2-3
  Current Dose

    Current Anticoagulation dose: 5MG Q TUE/THUR/SAT; AND 2.5MG QHS REST OF
    THE WEEK
    mg: 5 mg
  I N R Results

    Today's measured INR result:    In clinic:      1.9
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:    English   Written instructions given    Verbal
    instructions given
  Plan

    Warfarin / Coumadin   Dose: 5 mg x 1; then    Same dose no changes
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
    *   Medication adherence
    *   Avoidance of alcohol application and intake / contact sports /
                                                BUJANDA,JANET DEL
                                                242-20-79
                                                DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

Exhibit B

P-HARBOR000029

Page 20

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/08/2013 1012
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                      Acct#: 9087992
```
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
       aspirin / non-steroidal anti-inflammatory drugs
       Return to clinic:   6 weeks
       Rx given
       Coumadin 5 mg, #40, 3 refills

```
                                               BUJANDA,JANET DEL
                                               242-20-79
                                               DOB: 01/19/1953
```

      (FILE IN MED REC: OP CLINIC TREATMENT)           initials:

P-HARBOR000030

**Exhibit B**

Page 21

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 02/25/2013 1049
Completed By: CARAG,CHRISTIAN-RN
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008      Sex: F                       MRUN: 242-20-79
Disch: 06/24/2014      Loc: RO             Acct#: 9087992
--------------------------------------------------------------------------
```
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      2-3
   Current Dose

      Current Anticoagulation dose: 5MG Q TUE/THUR/SAT; AND 2.5MG QHS REST OF
      THE WEEK
      mg: 5 mg. tablets
   I N R Results

      Today's measured INR result:   In clinic:     2.8
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Language
      Preferred Language:   English   Written instructions given    Verbal
      instructions given
   Plan

      Warfarin / Coumadin    Same dose no changes
      Reinforcement of Patient Education
      *    Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *    Risks and benefits of anticoagulation therapy
      *    Common drug interactions
      *    Clinic notification of patient's change in health status /
      medications
      *    Warning signs or symptoms and when to seek emergency medical
      treatment
      *    Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *    Clinic policy regarding appointment attendance
      *    Medication adherence
      *    Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

```
                                                        Page 22
                        HARBOR UCLA MEDICAL CENTER

                 ONGOING ASSESSMENT FOR 02/25/2013 1049
                     Completed By: CARAG,CHRISTIAN-RN
                        Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008          Sex: F                    MRUN: 242-20-79
   Disch: 06/24/2014          Loc: RO                   Acct#: 9087992
   --------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
       Plan (Cont.)
           Return to clinic:  6 weeks
```

```
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
     (FILE IN MED REC: OP CLINIC TREATMENT)         initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   23

```
                                                            Page 23
                         HARBOR UCLA MEDICAL CENTER

                    ONGOING ASSESSMENT FOR 01/14/2013 1047
                       Completed By: BALALA,ORLANDO-RN,NP
                                   222-2515
                            Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008           Sex: F                    MRUN: 242-20-79
  Disch: 06/24/2014           Loc: RO                   Acct#: 9087992
  -------------------------------------------------------------------------
```

Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    2-3
  Current Dose

    Current Anticoagulation dose: 5MG Q TUE/THUR/SAT; AND 2.5MG QHS REST OF
    THE WEEK
    mg: 5MG TABLETS
  I N R Results

    Today's measured INR result:   In clinic:     2.4
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:   English   Written instructions given    Verbal
    instructions given
  Plan

    Warfarin / Coumadin    Same dose no changes
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
    *   Medication adherence
    *   Avoidance of alcohol application and intake / contact sports /
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)           initials:

P-HARBOR000033

**Exhibit B**

```
                                                   Page 24
                    HARBOR UCLA MEDICAL CENTER

              ONGOING ASSESSMENT FOR 01/14/2013 1047
               Completed By: BALALA,ORLANDO-RN,NP
                            222-2515
                    Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
 Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
 Disch: 06/24/2014        Loc: RO              Acct#: 9087992
 ---------------------------------------------------------------------
 ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
     Plan (Cont.)
       aspirin / non-steroidal anti-inflammatory drugs
       Return to clinic:   6 weeks
       Rx given
       Coumadin 5 mg, #40, 3 refills
```

```
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
    (FILE IN MED REC: OP CLINIC TREATMENT)      initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008  25

Page 25

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 12/11/2012 1059
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008       Sex: F                       MRUN: 242-20-79
Disch: 06/24/2014       Loc: RO                       Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    2-3
  Current Dose

    Current Anticoagulation dose: 5MG Q TUE/THUR; AND 2.5MG QHS REST OF THE
    WEEK
    mg: 5MG TABLETS
  I N R Results

    Today's measured INR result:   In clinic:    1.9
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:   English   Written instructions given    Verbal
    instructions given
  Plan

    Warfarin / Coumadin   Dose: INCREASE DOSE TO 5MG Q TUE/THUR/SAT; AND
    2.5MG QHS REST OF THE WEEK
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
    *   Medication adherence
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

**Exhibit B**

Page 26

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 12/11/2012 1059
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                        Acct#: 9087992
-----------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
      *   Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:   5 weeks
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)            initials:

P-HARBOR000036

**Exhibit B**

                                                          Page 27
                    HARBOR UCLA MEDICAL CENTER

                ONGOING ASSESSMENT FOR 10/30/2012 1024
                Completed By: GOYAL,SANDRA S.-RN,NP
                            310-222-2515
                        Printed on: 06/25/2014

   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
   Disch: 06/24/2014        Loc: RO                        Acct#: 9087992
   -------------------------------------------------------------------------
   Med Allergies/Adverse Reactions:
     No Known Drug Allergy

   ANTICOAGULATION CLINIC-CLINIC VISIT
     Indication For Warfarin Therapy

       DVT
     Anticipated Length Of Therapy

       Lifetime
     I N R Treatment Range Desired

       2-3
     Current Dose

       Current Anticoagulation dose:  5mg TU & TH then 2.5mg the rest of the
       week
       mg: 5mg
     I N R Results

       Today's measured INR result:   In clinic:    1.9
     Pt Assessment

       Denies changes since last visit re: pain, bleeding/bruising, alcohol
       consumption/application, diet, medications, herbal products, health care
       status.
       Language
       Written instructions given    Verbal instructions given
     Plan

       Warfarin / Coumadin   Dose: 7.5mg toniht and then resume the same dose
       as above
       Reinforcement of Patient Education
       *   Indication for and length of anticoagulation therapy, therapeutic
       INR range, medication administration
       *   Risks and benefits of anticoagulation therapy
       *   Common drug interactions
       *   Clinic notification of patient's change in health status /
       medications
       *   Warning signs or symptoms and when to seek emergency medical
       treatment
       *   Consistent weekly intake of vitamin K and usage of pillbox with
       dosage calendar
       *   Clinic policy regarding appointment attendance
       *   Medication adherence
       *   Avoidance of alcohol application and intake / contact sports /
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)        initials:

**Exhibit B**

Page 28

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 10/30/2012 1024
Completed By: GOYAL,SANDRA S.-RN,NP
310-222-2515
Printed on: 06/25/2014

```
  PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008       Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014       Loc: RO                     Acct#: 9087992
-----------------------------------------------------------------------------
```
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:   6 weeks

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000038

**Exhibit B**

Page 29

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 09/17/2012 1111
Completed By: ESCORCIA,IRAN
222-2576
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                      Acct#: 9087992
```
--------------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

     DVT   Other (specify): IVC Filter
   Anticipated Length Of Therapy

     Lifetime
   I N R Treatment Range Desired

     2-3
   Current Dose

     Current Anticoagulation dose: 5mg TU & TH then 2.5mg the rest of the
     week
     mg: 5mg TAB
   I N R Results

     Today's measured INR result:   In clinic:   2.9
   Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Language
     Preferred Language:   English   Written instructions given   Verbal
     instructions given
   Plan

     Warfarin / Coumadin   Same dose no changes
     Reinforcement of Patient Education
     *   Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *   Risks and benefits of anticoagulation therapy
     *   Common drug interactions
     *   Clinic notification of patient's change in health status /
     medications
     *   Warning signs or symptoms and when to seek emergency medical
     treatment
     *   Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *   Clinic policy regarding appointment attendance
     *   Medication adherence
     *   Avoidance of alcohol application and intake / contact sports /
                                                 BUJANDA,JANET DEL
                                                 242-20-79
                                                 DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000039

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008  30

Page 30

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 09/17/2012 1111
Completed By: ESCORCIA,IRAN
222-2576
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                   Acct#: 9087992
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   6 weeks
        Other (specify): Case reviewed by E. Gallardo, N.P.

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Page 31

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/03/2012 0815
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT   Other (specify): IVC FILTER
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      2-3
   Current Dose

      Current Anticoagulation dose: TUE. AND THURS. = 5 MG.,REST OF THE WEEK =
      2.5 MG.
      mg: 5 MG.TAB.
   I N R Results

      Today's measured INR result:   In clinic:   2.4
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Language
      Preferred Language:   English   Spanish   Written instructions given
      Verbal instructions given
   Plan

      Warfarin / Coumadin   Same dose no changes
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Clinic notification of patient's change in health status /
      medications
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
      *   Avoidance of alcohol application and intake / contact sports /
                                             BUJANDA,JANET DEL
                                             242-20-79
                                             DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000041

**Exhibit B**

Page 32

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/03/2012 0815
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008         Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014         Loc: RO                         Acct#: 9087992
-------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:  6 weeks
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)              initials:

Exhibit B

Page 33

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/17/2012 1146
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT    Other (specify): IVC FILTER
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     2-3
  Current Dose

     Current Anticoagulation dose: TUE. AND THURS. = 5 MG.,REST OF THE WEEK =
     2.5 MG.
     mg: 5 MG.TAB.
  I N R Results

     Today's measured INR result:   In clinic:     2
  Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Language
     Preferred Language:   English   Spanish   Written instructions given
     Verbal instructions given
  Plan

     Warfarin / Coumadin    Same dose no changes
     Reinforcement of Patient Education
     *   Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *   Risks and benefits of anticoagulation therapy
     *   Common drug interactions
     *   Clinic notification of patient's change in health status /
     medications
     *   Warning signs or symptoms and when to seek emergency medical
     treatment
     *   Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *   Clinic policy regarding appointment attendance
     *   Medication adherence
     *   Avoidance of alcohol application and intake / contact sports /
     aspirin / non-steroidal anti-inflammatory drugs
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)              initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008     34

Page 34

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/17/2012 1146
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
     Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
     Disch: 06/24/2014        Loc: RO                   Acct#: 9087992
     --------------------------------------------------------------------
```
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        Return to clinic:   6 weeks
        Other (specify): PER PATIENT REQUEST,   SCHEDULED AUG. 3,2012 AT 0730.
        HAS CARDIOLOGY SAME DAY.

```
                                                       BUJANDA,JANET DEL
                                                       242-20-79
                                                       DOB: 01/19/1953
```

    (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Page 35

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/09/2012 1158
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
--------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT    Other (specify): IVC FILTER
Anticipated Length Of Therapy

      Lifetime
I N R Treatment Range Desired

      2-3
      Per cardiologist and PMD
Current Dose

      Current Anticoagulation dose: Since last visit: held for 1 day THEN;
      2.5MG Q MON/WED/FRI; AND 5MG QHS REST OF THE WEEK
      mg: 5 MG.TAB.
I N R Results

      Today's measured INR result:   In clinic:     3.7
Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Patient complains of pain:   No
      Pt c/o spontaneous bleeding/bruising:
      Bruising
      No
      Bleeding
      No
      Changes in: diet / medication / herbal products   Yes PROTONIX --STATES
      STARTED 1 MONTH AGO
      Consumption of alcohol within the last 72 hours?:   No
      Recent changes in health status since last visit:   No
      Compliance Issues / Missed Doses:   No
      Language
      Preferred Language:   English   Written instructions given   Verbal
      instructions given
Plan

      Warfarin / Coumadin   Hold for:   1 day THEN DECREASE DOSE TO 5 mg on
      Tues and Thurs; rest of the week 2.5 mg QHS
      Reinforcement of Patient Education

                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)            initials:

Exhibit B

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008   36

Page 36

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/09/2012 1158
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
```
------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
     *    Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
     medications
     *    Warning signs or symptoms and when to seek emergency medical
     treatment
     *    Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *    Clinic policy regarding appointment attendance
     *    Medication adherence
     *    Avoidance of alcohol application and intake / contact sports /
     aspirin / non-steroidal anti-inflammatory drugs
     Return to clinic:   1 week 7/17 at 1000

```
                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)       initials:
```

P-HARBOR000046

**Exhibit B**

```
                                                          Page 37
                        HARBOR UCLA MEDICAL CENTER

                    ONGOING ASSESSMENT FOR 07/02/2012 1106
                      Completed By: GALLARDO,ERIC-RN,NP
                                   222-5159
                            Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008          Sex: F                    MRUN: 242-20-79
   Disch: 06/24/2014          Loc: RO                   Acct#: 9087992
   ------------------------------------------------------------------------
   Med Allergies/Adverse Reactions:
     No Known Drug Allergy

   ANTICOAGULATION CLINIC-CLINIC VISIT
     Indication For Warfarin Therapy

       DVT   Other (specify): IVC FILTER
     Anticipated Length Of Therapy

       Lifetime
     I N R Treatment Range Desired

       2-3
       Per cardiologist and PMD
     Current Dose


       Current Anticoagulation dose: 2.5MG Q MON/FRI; AND 5MG QHS REST OF THE
       WEEK
       mg: 5 MG.TAB.
     I N R Results

       Today's measured INR result:    In clinic:    3.6
     Pt Assessment


       Patient complains of pain:   No
       Pt c/o spontaneous bleeding/bruising:
       Bruising
       No
       Bleeding
       No
       Changes in: diet / medication / herbal products   Yes PROTONIX --STATES
       STARTED 1 MONTH AGO
       Consumption of alcohol within the last 72 hours?:   No
       Recent changes in health status since last visit:   No
       Compliance Issues / Missed Doses:   No
       Language
       Preferred Language:   English   Written instructions given   Verbal
       instructions given
     Plan


       Warfarin / Coumadin   Hold for:   1 day THEN DECREASE DOSE TO 2.5MG Q
       MON/WED/FRI; AND 5MG QHS REST OF THE WEEK
       Reinforcement of Patient Education
       *   Indication for and length of anticoagulation therapy, therapeutic
       INR range, medication administration
                                                   BUJANDA,JANET DEL
                                                   242-20-79
                                                   DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)           initials:
```

P-HARBOR000047

**Exhibit B**

Page 38

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/02/2012 1106
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                       MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                      Acct#: 9087992
```
-----------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        *    Risks and benefits of anticoagulation therapy
        *    Common drug interactions
        *    Clinic notification of patient's change in health status /
    medications
        *    Warning signs or symptoms and when to seek emergency medical
    treatment
        *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
        *    Clinic policy regarding appointment attendance
        *    Medication adherence
        *    Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
    Return to clinic:
    Other (specify): 7/9/12 @ 1100

                                                 BUJANDA,JANET DEL
                                                 242-20-79
                                                 DOB: 01/19/1953

  (FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

P-HARBOR000048

**Exhibit B**

Page 39

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 06/12/2012 1111
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL  CAAge: 61Y    Attn Phy: *No Attend Phy*  Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    2-3
    Per cardiologist and PMD
  Current Dose

    Current Anticoagulation dose: 2.5MG Q FRI; AND 5MG QHS REST OF THE WEEK

    mg: 5 MG.TAB.
  I N R Results

    Today's measured INR result:   In clinic:    3.9
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Patient complains of pain:   No
    Pt c/o spontaneous bleeding/bruising:
    Bruising
    No
    Bleeding
    Yes
    Major
    Other: Vomiting blood, hospitalized from 5/21-5/25, resolved
    Changes in: diet / medication / herbal products   No:
    Consumption of alcohol within the last 72 hours?:   No
    Recent changes in health status since last visit:   Yes
    Hospitalizations: 5/21-5/25 at Presbytarian Hospital in Whittier for
    hematemisis and vertigo.  New medication is MTP 50 BID.
    Compliance Issues / Missed Doses:   No
    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given

                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000049

**Exhibit B**

```
                                                              Page 40
                      HARBOR UCLA MEDICAL CENTER

                ONGOING ASSESSMENT FOR 06/12/2012 1111
                  Completed By: BALALA,ORLANDO-RN,NP
                              222-2515
                       Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
   Disch: 06/24/2014        Loc: RO                      Acct#: 9087992
   ------------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
      Plan

         Warfarin / Coumadin    Hold for:   1 day then Mon and Fri 2.5 mg; rest of
         the week 5 mg QHS
         Reinforcement of Patient Education
         *    Indication for and length of anticoagulation therapy, therapeutic
         INR range, medication administration
         *    Risks and benefits of anticoagulation therapy
         *    Common drug interactions
         *    Clinic notification of patient's change in health status /
         medications
         *    Warning signs or symptoms and when to seek emergency medical
         treatment
         *    Consistent weekly intake of vitamin K and usage of pillbox with
         dosage calendar
         *    Clinic policy regarding appointment attendance
         *    Medication adherence
         *    Avoidance of alcohol application and intake / contact sports /
         aspirin / non-steroidal anti-inflammatory drugs
         Return to clinic:   2 weeks PT TO SCHEDULE
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)              initials:

**Exhibit B**

```
                                                         Page 41
                        HARBOR UCLA MEDICAL CENTER

                     ONGOING ASSESSMENT FOR 05/21/2012 1342
                       Completed By: GALLARDO,ERIC-RN,NP
                                   222-5159
                          Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
    Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
    Disch: 06/24/2014        Loc: RO                      Acct#: 9087992
    -------------------------------------------------------------------------
    Med Allergies/Adverse Reactions:
      No Known Drug Allergy

    ANTICOAGULATION CLINIC-CLINIC VISIT
      Indication For Warfarin Therapy

        DVT   Other (specify): IVC FILTER
      Anticipated Length Of Therapy

        Lifetime
      I N R Treatment Range Desired

        3-3.5
      Current Dose

        Current Anticoagulation dose: MON. AND FRI. = 2.5 MG.,REST OF THE WEEK =
        5 MG.
        mg: 5 MG.TAB.
      I N R Results

        Today's measured INR result:   In clinic:    2.6
      Pt Assessment

        Language
        Preferred Language:   English   Written instructions given   Verbal
        instructions given
        Patient complains of pain:  Yes
        Location: CHRONIC PAIN BOTH LOWER EXTREMITIES   Numeric Rating Scale
        (NRS)   >4 (refer to PMD or ED); TAKES TYLENOL AS NEEDED
        Pt c/o spontaneous bleeding/bruising:
        Bleeding
        No
        Bruising
        No
        Changes in: diet / medication / herbal products   No:
        Consumption of alcohol within the last 72 hours?:   No
        Recent changes in health status since last visit:   No
        Compliance Issues / Missed Doses:   No
      Plan

        Warfarin / Coumadin   Dose: INCREASE DOSE TO 2.5MG Q FRI; AND 5MG QHS
        REST OF THE WEEK
        Reinforcement of Patient Education
        *   Indication for and length of anticoagulation therapy, therapeutic
        INR range, medication administration
        *   Risks and benefits of anticoagulation therapy
                                                  BUJANDA,JANET DEL
                                                  242-20-79
                                                  DOB: 01/19/1953
    (FILE IN MED REC: OP CLINIC TREATMENT)           initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008    42

Page 42

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 05/21/2012 1342
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                     MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
```
------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
       *    Common drug interactions
       *    Clinic notification of patient's change in health status /
    medications
       *    Warning signs or symptoms and when to seek emergency medical
    treatment
       *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
       *    Clinic policy regarding appointment attendance
       *    Medication adherence
       *    Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
       Return to clinic:   2 weeks PT TO SCHEDULE

                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953
    (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

                                                    P-HARBOR000052

**Exhibit B**

Page 43

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 05/08/2012 1100
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008         Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014         Loc: RO              Acct#: 9087992
-------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT   Other (specify): IVC FILTER
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose

      Current Anticoagulation dose: 5 MG.DAILY.
      mg: 5 MG.TAB.
   I N R Results

      Today's measured INR result:   In clinic:   5
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Language
      Preferred Language:   English   Written instructions given   Verbal
      instructions given
   Plan

      Warfarin / Coumadin   Hold for:   1 day DECREASE DOSE TO MON. AND FRI. =
      2.5 MG.,REST OF THE WEEK = 5 MG.
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Clinic notification of patient's change in health status /
      medications
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
      *   Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

Exhibit B

```
                                                                Page 44
                         HARBOR UCLA MEDICAL CENTER

                      ONGOING ASSESSMENT FOR 05/08/2012 1100
                         Completed By: CABRERA,BLANCA-RN
                             Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008       Sex: F                      MRUN: 242-20-79
   Disch: 06/24/2014       Loc: RO                     Acct#: 9087992
   --------------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
      Plan (Cont.)
         Return to clinic:
         Other (specify): PATIENT UNABLE TO RETURN UNTIL MAY 21, 2012. AT 1300.
```

```
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
      (FILE IN MED REC: OP CLINIC TREATMENT)       initials:
```

**Exhibit B**

Page 45

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/23/2012 1130
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation dose: 5 mg QHS

    *with the exception of 4/21, when the pt was told to take 7.5 mg
    mg: 5 MG. TAB.
  I N R Results

    Today's measured INR result:   In clinic:    4.5
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Changes in: diet / medication / herbal products   Yes Pt has been having
    a poor appetite with nausea and vomiting.  The pt is taking Zofran 4 mg
    q 4 hours prn nausea, and also Diazepam 2 mg TID prn dizziness.
    Patient complains of pain:   No
    Pt c/o spontaneous bleeding/bruising:
    Bleeding
    No
    Recent changes in health status since last visit:   Yes
    Hospitalizations: Pt was hospitalized on 4/20-4/21 at Moreno Valley
    Hospital for vertigo, nausea and vomiting.  She was started on prn
    Zofran and Diazepam.  The  pt was also told to take 7.5 mg of coumadin
    on 4/21 for a subtherapeutic INR.
    Language
    Preferred Language:   English   Written instructions given    Verbal
    instructions given
  Plan

    Warfarin / Coumadin   Hold for:   1 day then 2.5 mg x 1 tomorrow night;
    then resume 5 mg QHS
                                      BUJANDA,JANET DEL
                                      242-20-79
                                      DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)            initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   46

Page 46

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/23/2012 1130
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
---------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        Reinforcement of Patient Education
        *    Indication for and length of anticoagulation therapy, therapeutic
        INR range, medication administration
        *    Risks and benefits of anticoagulation therapy
        *    Common drug interactions
        *    Clinic notification of patient's change in health status /
        medications
        *    Warning signs or symptoms and when to seek emergency medical
        treatment
        *    Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
        *    Clinic policy regarding appointment attendance
        *    Medication adherence
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:    1 week 5/8 at 1030

                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

    (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000056

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   47

Page 47

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/09/2012 1147
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy*  Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                              MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                            Acct#: 9087992
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
    No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
    Indication For Warfarin Therapy

    DVT    Other (specify): IVC FILTER
Anticipated Length Of Therapy

    Lifetime
I N R Treatment Range Desired

    3-3.5
Current Dose

    Current Anticoagulation dose: THURS. = 2.5 MG.,REST OF THE WEEK = 5 MG.

    mg: 5 MG. TAB.
I N R Results

    Today's measured INR result:    In clinic:    2.5
Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given
    Changes in: diet / medication / herbal products   Yes Changed motrin to
    tylenol 500mg. Discontinued motrin 10 days ago
Plan

    Warfarin / Coumadin   Dose: 7.5 mg tonight, then increase dose to 5 mg
    QHS
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Page 48

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/09/2012 1147
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
---------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
       *   Clinic policy regarding appointment attendance
       *   Medication adherence
       *   Avoidance of alcohol application and intake / contact sports /
       aspirin / non-steroidal anti-inflammatory drugs
       Return to clinic:   2 weeks 4/23/12 at 1100
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000058

**Exhibit B**

Page 49

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 03/13/2012 1131
Completed By: GOYAL,SANDRA S.-RN,NP
310-222-2515
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                     MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT    Other (specify): IVC FILTER
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     3-3.5
  Current Dose


     Current Anticoagulation dose: THURS. = 2.5 MG.,REST OF THE WEEK = 5 MG.

     mg: 5 MG. TAB.
  I N R Results

     Today's measured INR result:   In clinic:    2.8
  Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Language
     Preferred Language:   English   Written instructions given    Verbal
     instructions given
  Plan

     Warfarin / Coumadin   Same dose no changes
     Reinforcement of Patient Education
     *    Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
     medications
     *    Warning signs or symptoms and when to seek emergency medical
     treatment
     *    Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *    Clinic policy regarding appointment attendance
     *    Medication adherence
     *    Avoidance of alcohol application and intake / contact sports /
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)              initials:
```

**Exhibit B**

Page 50

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 03/13/2012 1131
Completed By: GOYAL,SANDRA S.-RN,NP
310-222-2515
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008      Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014      Loc: RO                      Acct#: 9087992
```
---------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
       aspirin / non-steroidal anti-inflammatory drugs
       Return to clinic:   4 weeks

                                                      BUJANDA,JANET DEL
                                                      242-20-79
                                                      DOB: 01/19/1953

    (FILE IN MED REC: OP CLINIC TREATMENT)        initials:

**Exhibit B**

```
                                                        Page 51
                        HARBOR UCLA MEDICAL CENTER

                    ONGOING ASSESSMENT FOR 02/07/2012 1150
                       Completed By: CABRERA,BLANCA-RN
                          Printed on: 06/25/2014

   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                      Acct#: 9087992
---------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT   Other (specify): IVC FILTER
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose


      Current Anticoagulation dose: THURS. = 2.5 MG.,REST OF THE WEEK = 5 MG.

      mg: 5 MG. TAB.
   I N R Results

      Today's measured INR result:   In clinic:      3
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Language
      Preferred Language:   English   Written instructions given   Verbal
      instructions given
   Plan

      Warfarin / Coumadin   Same dose no changes
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Clinic notification of patient's change in health status /
      medications
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
      *   Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)           initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008  52

                                                        Page 52
                         HARBOR UCLA MEDICAL CENTER

                   ONGOING ASSESSMENT FOR 02/07/2012 1150
                      Completed By: CABRERA,BLANCA-RN
                          Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
    Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
    Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
    ------------------------------------------------------------------------
    ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
       Plan (Cont.)
          Return to clinic:
          Other (specify): PATIENT UNABLE TO RETURN UNTIL " SECOND WEEK OF MARCH
          2012."  LEAVING TO CANCUN.


                                                  BUJANDA,JANET DEL
                                                  242-20-79
                                                  DOB: 01/19/1953

         (FILE IN MED REC: OP CLINIC TREATMENT)      initials:

**Exhibit B**

```
                                                      Page 53
                     HARBOR UCLA MEDICAL CENTER

              ONGOING ASSESSMENT FOR 01/03/2012 1127
                  Completed By: GALLARDO,ERIC-RN,NP
                             222-5159
                      Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
     Admit: 03/25/2008      Sex: F                    MRUN: 242-20-79
     Disch: 06/24/2014      Loc: RO                    Acct#: 9087992
     ------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

     DVT   Other (specify): IVC FILTER
   Anticipated Length Of Therapy

     Lifetime
   I N R Treatment Range Desired

     3-3.5
   Current Dose


     Current Anticoagulation dose: THURS. = 2.5 MG.,REST OF THE WEEK= 5 MG.

     mg: 5 MG.TAB.
   I N R Results

     Today's measured INR result:   In clinic:    2.4
   Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Language
     Preferred Language:   English   Written instructions given    Verbal
     instructions given
   Pt Info / Contributing Factors

     ATTEMPTED TO INCREASE DOSE HOWEVER PATIENT STATES WILL BE OUT OF TOWN
     FOR 4 WEEKS.  DID NOT MAKE DOSAGE CHANGES AT THIS TIME.
   Plan

     Warfarin / Coumadin   Dose: 7.5MG TONIGHT; THEN RESUME SAME DOSE
     Reinforcement of Patient Education
     *   Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *   Risks and benefits of anticoagulation therapy
     *   Common drug interactions
     *   Clinic notification of patient's change in health status /
     medications
     *   Warning signs or symptoms and when to seek emergency medical
     treatment
     *   Consistent weekly intake of vitamin K and usage of pillbox with
                                         BUJANDA,JANET DEL
                                         242-20-79
                                         DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   54

                                                          Page 54
                        HARBOR UCLA MEDICAL CENTER

                    ONGOING ASSESSMENT FOR 01/03/2012 1127
                      Completed By: GALLARDO,ERIC-RN,NP
                                  222-5159
                           Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
   Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
   ------------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
     Plan (Cont.)
        dosage calendar
        *    Clinic policy regarding appointment attendance
        *    Medication adherence
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:
        Other (specify): PT TO SCHEDULE

                                                   BUJANDA,JANET DEL
                                                   242-20-79
                                                   DOB: 01/19/1953
      (FILE IN MED REC: OP CLINIC TREATMENT)       initials:

                              Exhibit B

Page 55

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 11/30/2011 1059
Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
501-9995
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                     MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                    Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
Anticipated Length Of Therapy

    Lifetime
I N R Treatment Range Desired

    3-3.5
Current Dose

    Current Anticoagulation dose: THURS. = 2.5 MG.,REST OF THE WEEK= 5 MG.

    mg: 5 MG.TAB.
I N R Results

    Today's measured INR result:   In clinic:    2.9
Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:   English   Written instructions given    Verbal
    instructions given
Plan

    Warfarin / Coumadin   Dose: 7.5 mg x 1 tonight, then resume usual dose
    sa above
    Reinforcement of Patient Education
    *    Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *    Risks and benefits of anticoagulation therapy
    *    Common drug interactions
    *    Clinic notification of patient's change in health status /
    medications
    *    Warning signs or symptoms and when to seek emergency medical
    treatment
    *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *    Clinic policy regarding appointment attendance
    *    Medication adherence

                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Page 56

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 11/30/2011 1059
Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
501-9995
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
      *    Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:   3 weeks

                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

   (FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000066

**Exhibit B**

Page 57

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 11/02/2011 1054
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation dose: THURS. = 2.5 MG.,REST OF THE WEEK= 5 MG.

    mg: 5 MG.TAB.
  I N R Results

    Today's measured INR result:   In clinic:     3.9
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:   English   Written instructions given    Verbal
    instructions given
  Plan

    Warfarin / Coumadin   Hold for:   1 day TONIGHT x 1 then RESUME Current
    Dose As Above
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
    *   Medication adherence
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)           initials:

**Exhibit B**

Page 58

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 11/02/2011 1054
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
  PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
     *    Avoidance of alcohol application and intake / contact sports /
     aspirin / non-steroidal anti-inflammatory drugs
     Return to clinic:   3 weeks
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

Exhibit B

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   59

Page 59

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 10/07/2011 1018
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                         Acct#: 9087992
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation dose: THURS. = 2.5 MG.,REST OF THE WEEK= 5 MG.

    mg: 5 MG.TAB.
  I N R Results

    Today's measured INR result:    In clinic:    3.6
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:    English   Written instructions given    Verbal
    instructions given
  Plan

    Warfarin / Coumadin    Same dose no changes
    Reinforcement of Patient Education
    *    Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *    Risks and benefits of anticoagulation therapy
    *    Common drug interactions
    *    Clinic notification of patient's change in health status /
    medications
    *    Warning signs or symptoms and when to seek emergency medical
    treatment
    *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *    Clinic policy regarding appointment attendance
    *    Medication adherence
    *    Avoidance of alcohol application and intake / contact sports /
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)         initials:

**Exhibit B**

Page 60

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 10/07/2011 1018
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008         Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014         Loc: RO                     Acct#: 9087992
```
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:  3 weeks

```
                                             BUJANDA,JANET DEL
                                             242-20-79
                                             DOB: 01/19/1953
     (FILE IN MED REC: OP CLINIC TREATMENT)     initials:
```

P-HARBOR000070

**Exhibit B**

Page 61

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 09/13/2011 1035
Completed By: GOYAL,SANDRA S.-RN,NP
310-222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
Anticipated Length Of Therapy

    Lifetime
I N R Treatment Range Desired

    3-3.5
Current Dose

    Current Anticoagulation dose: THURS. = 2.5 MG.,REST OF THE WEEK= 5 MG.

    mg: 5 MG.TAB.
I N R Results

    Today's measured INR result:   In clinic:   2.6
Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Patient complains of pain:   Yes
    Location: CHRONIC HEADACHES. "WILL NOT TAKE ANALGESIC BECAUSE SHE HAS
    ALREADY TAKEN PAIN MEDICATION TOO LONG. ( ABOUT 3 YEARS.) " PAIN LEVEL
    5/10. PATIENT STATES PAIN WILL DECREASE ON ITS OWN.
    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given
Plan

    Warfarin / Coumadin   Dose: 7.5mg X 2 days and then resume the same dose
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)         initials:

P-HARBOR000071

**Exhibit B**

```
                                                          Page 62
                    HARBOR UCLA MEDICAL CENTER

              ONGOING ASSESSMENT FOR 09/13/2011 1035
              Completed By: GOYAL,SANDRA S.-RN,NP
                          310-222-2515
                     Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
  Disch: 06/24/2014        Loc: RO               Acct#: 9087992
  ---------------------------------------------------------------------
  ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
     Plan (Cont.)
        dosage calendar
        *   Clinic policy regarding appointment attendance
        *   Medication adherence
        *   Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   2 weeks PATIENT TO SCHEDULE.
```

```
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)       initials:
```

**Exhibit B**

```
                                                          Page 63
                        HARBOR UCLA MEDICAL CENTER

                   ONGOING ASSESSMENT FOR 08/24/2011 1054
                       Completed By: CABRERA,BLANCA-RN
                          Printed on: 06/25/2014

   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008          Sex: F                  MRUN: 242-20-79
   Disch: 06/24/2014          Loc: RO                 Acct#: 9087992
   -----------------------------------------------------------------------
   Med Allergies/Adverse Reactions:
      No Known Drug Allergy

   ANTICOAGULATION CLINIC-CLINIC VISIT
      Indication For Warfarin Therapy

         DVT    Other (specify): IVC FILTER
      Anticipated Length Of Therapy

         Lifetime
      I N R Treatment Range Desired

         3-3.5
      Current Dose


         Current Anticoagulation dose: THURS. = 2.5 MG.,REST OF THE WEEK= 5 MG.

         mg: 5 MG.TAB.
      I N R Results

         Today's measured INR result:   In clinic:     2.9
      Pt Assessment

         Denies changes since last visit re: pain, bleeding/bruising, alcohol
         consumption/application, diet, medications, herbal products, health care
         status.
         Patient complains of pain:   Yes
         Location: CHRONIC HEADACHES. "WILL NOT TAKE ANALGESIC BECAUSE SHE HAS
         ALREADY TAKEN PAIN MEDICATION TOO LONG. ( ABOUT 3 YEARS.) " PAIN LEVEL
         5/10. PATIENT STATES PAIN WILL DECREASE ON ITS OWN.
         Language
         Preferred Language:   English   Written instructions given   Verbal
         instructions given
      Pt Info / Contributing Factors

         PATIENT IS AWARE TO GO TO ER FOR INCREASED H/A OR NEW SX'S.
      Plan

         Warfarin / Coumadin   Dose: TAKE 7.5 MG., THEN CONTINUE SAME DOSE.
         Reinforcement of Patient Education
         *    Indication for and length of anticoagulation therapy, therapeutic
         INR range, medication administration
         *    Risks and benefits of anticoagulation therapy
         *    Common drug interactions
         *    Clinic notification of patient's change in health status /
         medications
         *    Warning signs or symptoms and when to seek emergency medical
                                                BUJANDA,JANET DEL
                                                242-20-79
                                                DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)            initials:
```

**Exhibit B**

Page 64

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/24/2011 1054
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
    PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008         Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014         Loc: RO                      Acct#: 9087992
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        treatment
        *    Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
        *    Clinic policy regarding appointment attendance
        *    Medication adherence
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:    2 weeks PATIENT TO SCHEDULE.
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000074

**Exhibit B**

Page 65

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/10/2011 1044
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008       Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014       Loc: RO                       Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): S/P IVC Filter
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose


    Current Anticoagulation dose: 2.5 mg on Thurs; rest of the week 5 mg QHS

    mg: 5 mg tablets
  I N R Results

    Today's measured INR result:   In clinic:    4.5
  Pt Assessment

    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given
    Patient complains of pain:   Yes
    Location: CHRONIC KLEFT LEG PAIN--HAS NOT TAKEN MORTIN FOR 3 WEEKS
    Pt c/o spontaneous bleeding/bruising:
    Bleeding
    No
    Bruising
    No
    Changes in: diet / medication / herbal products   Yes MENTHOL CREAM TO
    LEFT LEG 3 DAYS AGO.
    Consumption of alcohol within the last 72 hours?:   No
    Recent changes in health status since last visit:   No
    Compliance Issues / Missed Doses:   No
  Plan

    Warfarin / Coumadin   Hold for:   2 days THEN RESUME SAME DOSE
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000075

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   66

```
                                                                Page 66
                          HARBOR UCLA MEDICAL CENTER

                     ONGOING ASSESSMENT FOR 08/10/2011 1044
                        Completed By: GALLARDO,ERIC-RN,NP
                                    222-5159
                            Printed on: 06/25/2014

        PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
     Admit: 03/25/2008         Sex: F                      MRUN: 242-20-79
     Disch: 06/24/2014         Loc: RO                     Acct#: 9087992
     ------------------------------------------------------------------------
     ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
        Plan (Cont.)
           *    Clinic notification of patient's change in health status /
           medications
           *    Warning signs or symptoms and when to seek emergency medical
           treatment
           *    Consistent weekly intake of vitamin K and usage of pillbox with
           dosage calendar
           *    Clinic policy regarding appointment attendance
           *    Medication adherence
           *    Avoidance of alcohol application and intake / contact sports /
           aspirin / non-steroidal anti-inflammatory drugs
           Return to clinic:   2 weeks PT TO SCHEDULE
```

```
                                                      BUJANDA,JANET DEL
                                                      242-20-79
                                                      DOB: 01/19/1953
     (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

**Exhibit B**

Page 67

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/06/2011 1044
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): S/P IVC Filter
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation dose: 2.5 mg on Thurs; rest of the week 5 mg QHS

    mg: 5 mg tablets
  I N R Results

    Today's measured INR result:   In clinic:   3.2
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given
    Patient complains of pain:   Yes
    Location: CHRONIC KNEE PAIN---TAKES 800MG MOTRIN DAILY FOR PAIN.
  Plan

    Warfarin / Coumadin   Same dose no changes
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008   68

Page 68

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/06/2011 1044
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
```
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        *   Medication adherence
        *   Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   5 weeks


BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:


P-HARBOR000078

**Exhibit B**

Page 69

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 06/06/2011 1102
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT  Other (specify): S/P IVC Filter
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation dose: 2.5 mg on Thurs; rest of the week 5 mg QHS

    mg: 5 mg tablets
  I N R Results

    Today's measured INR result:   In clinic:    2.3
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Pt c/o spontaneous bleeding/bruising:
    Bleeding
    Yes
    Minor (not requiring blood transfusion)   Nose Bleed   Gingival Bleed
    Changes in: diet / medication / herbal products   Yes Pt states that she
    has been taking Motrin in the past, but has been taking Naproxen more
    recently.  She is aware of the increased effect of these medications
    with coumadin.
    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given
  Plan

    Warfarin / Coumadin  Dose: 7.5 mg  x 2 nights; then   Same dose no
    changes
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

Exhibit B

Page 70

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 06/06/2011 1102
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
  PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008         Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014         Loc: RO                       Acct#: 9087992
```
-----------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
     *    Clinic notification of patient's change in health status /
     medications
     *    Warning signs or symptoms and when to seek emergency medical
     treatment
     *    Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *    Clinic policy regarding appointment attendance
     *    Medication adherence
     *    Avoidance of alcohol application and intake / contact sports /
     aspirin / non-steroidal anti-inflammatory drugs
     Return to clinic:   4 weeks

                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000080

**Exhibit B**

Page 71

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/25/2011 1630
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                       MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                      Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation dose: 2.5 mg on Thurs; rest of the week 5 mg
    daily
    mg: 5 mg tablets
  I N R Results

    Today's measured INR result:   In clinic:    2.8
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given
  Plan

    Warfarin / Coumadin   Same dose no changes
    Rx given
    Coumadin 5 mg, #40, 3 refills   Approved by:   Orlando Balala, NP
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
                                             BUJANDA,JANET DEL
                                             242-20-79
                                             DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

Exhibit B

P-HARBOR000081

Page 72

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/25/2011 1630
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
   PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
------------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
     *    Medication adherence
     *    Avoidance of alcohol application and intake / contact sports /
     aspirin / non-steroidal anti-inflammatory drugs
     Return to clinic:  6 weeks
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000082

**Exhibit B**

Page 73

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 03/21/2011 1130
Completed By: GOYAL,SANDRA S.-RN,NP
310-222-2515
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
-----------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    2-3
  Current Dose


    Current Anticoagulation dose: 2.5mf QTH and 5mg rest of the week
    mg: 5mg
  I N R Results

    Today's measured INR result:   In clinic:    3.2
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
  Written instructions given   Verbal instructions given
  Plan

    Warfarin / Coumadin   Same dose no changes
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
    *   Medication adherence
    *   Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
    Return to clinic:   5 weeks
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

P-HARBOR000083

**Exhibit B**

```
                                                              Page 74
                       HARBOR UCLA MEDICAL CENTER

                    ONGOING ASSESSMENT FOR 03/21/2011 1130
                    Completed By: GOYAL,SANDRA S.-RN,NP
                                 310-222-2515
                          Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
  Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
  ----------------------------------------------------------------------------
  ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
```

```
                                                       BUJANDA,JANET DEL
                                                       242-20-79
                                                       DOB: 01/19/1953
     (FILE IN MED REC: OP CLINIC TREATMENT)       initials:
```

**Exhibit B**

Page 75

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 03/02/2011 1109
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                   Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
Anticipated Length Of Therapy

    Lifetime
I N R Treatment Range Desired

    3-3.5
Current Dose

    Current Anticoagulation dose: THURS. = 2.5 MG.,REST OF THE WEEK = 5 MG.

    mg: 5 MG. TAB.
I N R Results

    Today's measured INR result:   In clinic:     3.2
Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Pt c/o spontaneous bleeding/bruising:
    Bleeding
    No
    Patient complains of pain:   Yes
    Location: Left leg chronic pain 8/10, takes Motrin to control pain,
    after Motrin 2/10.
    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given
Plan

    Warfarin / Coumadin   Same dose no changes
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Page 76

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 03/02/2011 1109
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
  PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
----------------------------------------------------------------------
```
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        treatment
        *    Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
        *    Clinic policy regarding appointment attendance
        *    Medication adherence
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   3 weeks

                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

     (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000086

**Exhibit B**

```
                                                      Page 77
                      HARBOR UCLA MEDICAL CENTER

               ONGOING ASSESSMENT FOR 02/14/2011 1049
                  Completed By: CABRERA,BLANCA-RN
                    Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
  Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
  ------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT    Other (specify): IVC FILTER
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose


      Current Anticoagulation dose: THURS. = 2.5 MG.,REST OF THE WEEK = 5 MG.

      mg: 5 MG. TAB.
   I N R Results

      Today's measured INR result:   In clinic:     2
   Pt Assessment


      Patient complains of pain:   No
      Changes in: diet / medication / herbal products    Yes SINCE LAST SEEN ,
      D/C PROTONIX  AND STARTED RANITIDINE.
      Language
      Preferred Language:   English   Written instructions given    Verbal
      instructions given   Other (specify): CONTINUES USING DAILY MOTRIN FOR
      BIL. LEG PAIN.
   Plan

      Warfarin / Coumadin   Dose: TAKE  7.5 MG., TODAY THEN CONT. SAME DOSE.
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Clinic notification of patient's change in health status /
      medications
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
                                           BUJANDA,JANET DEL
                                           242-20-79
                                           DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)         initials:
```

**Exhibit B**

Page 78

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 02/14/2011 1049
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
   PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008         Sex: F                       MRUN: 242-20-79
Disch: 06/24/2014         Loc: RO             Acct#: 9087992
```
--------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        *   Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   2 weeks PATIENT TO SCHEDULE, ADVISED PATIENT TO
        RETURN ON FEB. 23, 2011, MANY APPT'S. AVAILABLE IN PM BUT, SHE DECLINED
        STATING " I HAVE TO TAKE 2 FREEWAYS!"

                                                 BUJANDA,JANET DEL
                                                 242-20-79
                                                 DOB: 01/19/1953

        (FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000088

**Exhibit B**

Page 79

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 02/07/2011 1050
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                         MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                        Acct#: 9087992
--------------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT   Other (specify): IVC FILTER
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     3-3.5
  Current Dose

     Current Anticoagulation dose: Held x 3 days due to supratherapeutic INR

     mg: 5 mg tablets
  I N R Results

     Today's measured INR result:   In clinic:    1.5
  Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Changes in: diet / medication / herbal products   Yes Stopped Ibuprohen
     and Protonix x 3 days, and ate brocolli and green tea x 3 days.
     Language
     Preferred Language:   English   Written instructions given   Verbal
     instructions given
  Plan

     Warfarin / Coumadin   Dose: tonight 7.5 mg x 1; then resume usual dose
     of 2.5 mg on Thurs; rest of the week 5 mg daily
     Reinforcement of Patient Education
     *    Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
     medications
     *    Warning signs or symptoms and when to seek emergency medical
     treatment
     *    Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)            initials:

**Exhibit B**

Page 80

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 02/07/2011 1050
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
-----------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
      *   Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:   1 week 2/14 at 1000
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Page 81

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 02/04/2011 1021
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL  CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008         Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014         Loc: RO                     Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT    Other (specify): IVC FILTER
Anticipated Length Of Therapy

     Lifetime
I N R Treatment Range Desired

     3-3.5
Current Dose


     Current Anticoagulation dose: 2.5 mg on Thurs; rest of the week 5 mg
     daily
     mg: 5 mg tablets
I N R Results

     Today's measured INR result:   In clinic:  >5 - 9.9 8.5
Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Changes in: diet / medication / herbal products  Yes Takes ibuprophen
     daily for the past 2 years.  Pt also started Protonix (increased effect
     on INR) last month.
     Consumption of alcohol within the last 72 hours?:   No
     Recent changes in health status since last visit:   No
     Compliance Issues / Missed Doses:   No
     Language
     Preferred Language:   English  Written instructions given   Verbal
     instructions given
Plan

     Warfarin / Coumadin   Hold for:  3 days then RTC   Other: extra green
     vegetables and green tea every day until RTC
     Reinforcement of Patient Education
     *    Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
     medications
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)        initials: _____

P-HARBOR000091

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008    82

Page 82

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 02/04/2011 1021
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
  PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                         Acct#: 9087992
```
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
     *   Warning signs or symptoms and when to seek emergency medical
     treatment
     *   Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *   Clinic policy regarding appointment attendance
     *   Medication adherence
     *   Avoidance of alcohol application and intake / contact sports /
     aspirin / non-steroidal anti-inflammatory drugs
     Return to clinic:
     Other (specify): 2/7 at 1000
     Pt advised to go to the ER with any signs and sx of bleeding.

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000092

**Exhibit B**

Page 83

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 01/13/2011 1043
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008      Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014      Loc: RO                       Acct#: 9087992
```
-----------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT   Other (specify): IVC FILTER
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose

      Current Anticoagulation dose: 5MG QHS
      mg: 5MG TABLETS
   I N R Results

      Today's measured INR result:   In clinic:      4.5
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Language
      Verbal instructions given
      Changes in: diet / medication / herbal products   Yes PT STARTED TAKING
      PROTONIX BID 3 WEEKS AGO. PER MICROMEDEX, MODERATE DRUG-DRUG INTERACTION
      -- CAN CAUSE AN INCREASE TO INR LEVLES
   Plan

      Warfarin / Coumadin   Hold for:   1 day tonight x 1 then DECREASE DOSE
      to 2.5mg QThursday and 5mg QHS Rest of the Week
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Clinic notification of patient's change in health status /
      medications
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Clinic policy regarding appointment attendance
                                             BUJANDA,JANET DEL
                                             242-20-79
                                             DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000093

**Exhibit B**

Page 84

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 01/13/2011 1043
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                         MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                        Acct#: 9087992
-------------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)                                   `
    Plan (Cont.)
      *    Medication adherence
      *    Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:   3 weeks
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000094

**Exhibit B**

Page 85

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 12/30/2010 1056
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation dose: 5MG QHS
    mg: 5MG TABLETS
  I N R Results

    Today's measured INR result:   In clinic:      3.4
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Verbal instructions given
  Plan

    Warfarin / Coumadin   Same dose no changes
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
    *   Medication adherence
    *   Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
    Return to clinic:   2 weeks 1/13/2011 @ 1000
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

```
                                                        Page 86
                    HARBOR UCLA MEDICAL CENTER

                ONGOING ASSESSMENT FOR 12/30/2010 1056
                 Completed By: GALLARDO,ERIC-RN,NP
                             222-5159
                     Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
    Admit: 03/25/2008        Sex: F                     MRUN: 242-20-79
    Disch: 06/24/2014        Loc: RO               Acct#: 9087992
    ----------------------------------------------------------------------
    ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
```

```
                                                BUJANDA,JANET DEL
                                                242-20-79
                                                DOB: 01/19/1953
      (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   87

Page 87

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 12/22/2010 1037
Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
501-9995
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT    Other (specify): IVC filter
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose


    Current Anticoagulation dose: 2.5 mg every TH, and 5 mg qhs rest of week

    mg: 5 mg tablet
  I N R Results

    Today's measured INR result:    In clinic:    2.8
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:    English    Written instructions given    Verbal
    instructions given
  Plan

    Warfarin / Coumadin    Dose: 5 mg qhs
    Rx given
    Coumadin 5 mg #30 x 3 refills    Approved by:    C. Dagsaan-Cervantes, NP
    Reinforcement of Patient Education
    *    Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *    Risks and benefits of anticoagulation therapy
    *    Common drug interactions
    *    Clinic notification of patient's change in health status /
    medications
    *    Warning signs or symptoms and when to seek emergency medical
    treatment
    *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *    Clinic policy regarding appointment attendance
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000097

**Exhibit B**

Page 88

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 12/22/2010 1037
Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
501-9995
Printed on: 06/25/2014

```
    PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                         Acct#: 9087992
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
   *    Medication adherence
   *    Avoidance of alcohol application and intake / contact sports /
   aspirin / non-steroidal anti-inflammatory drugs
   Return to clinic:   1 week 12/30/2010 1000
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008     89

                                                        Page 89

                          HARBOR UCLA MEDICAL CENTER

                      ONGOING ASSESSMENT FOR 12/14/2010 1116
                   Completed By: DAGSAAN-CERVANTES, CINDY-RN, NP
                                  501-9995
                            Printed on: 06/25/2014

    PAT: BUJANDA, JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008          Sex: F                        MRUN: 242-20-79
  Disch: 06/24/2014          Loc: RO                       Acct#: 9087992
  --------------------------------------------------------------------------------
  Med Allergies/Adverse Reactions:
    No Known Drug Allergy

  ANTICOAGULATION CLINIC-CLINIC VISIT
    Indication For Warfarin Therapy

       DVT   Other (specify): IVC filter
    Anticipated Length Of Therapy

       Lifetime
    I N R Treatment Range Desired

       3-3.5
    Current Dose


       Current Anticoagulation dose: 2.5 mg every TH, and 5 mg qhs rest of week

       mg: 5 mg tablet
    I N R Results

       Today's measured INR result:    In clinic:    1.2
    Pt Assessment

       Denies changes since last visit re: pain, bleeding/bruising, alcohol
       consumption/application, diet, medications, herbal products, health care
       status.   Other (specify): patient held doses for the past 4 days for
       colonoscopy on 12/15/2010
       pt was not bridged - unknown reasons
       Language
       Preferred Language:   English   Written instructions given    Verbal
       instructions given
    Plan

       Warfarin / Coumadin   Dose: advised to take 12/15/2010 post procedure
       and pending no complications - per MDs discretion/authorization:
       recommend 12/15  10 mg then resume usual dose thereafter and RTC in 1
       week
       Rx given
       Coumadin 5 mg #30 x 3 refills   Approved by:  C. Dagsaan-Cervantes, NP
       Reinforcement of Patient Education
       *   Indication for and length of anticoagulation therapy, therapeutic
       INR range, medication administration
       *   Risks and benefits of anticoagulation therapy
       *   Common drug interactions
       *   Clinic notification of patient's change in health status /
       medications
                                                        BUJANDA, JANET DEL
                                                        242-20-79
                                                        DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)           initials:

P-HARBOR000099

                              Exhibit B

Page 90

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 12/14/2010 1116
Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
501-9995
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                     MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
```
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        *    Warning signs or symptoms and when to seek emergency medical
        treatment
        *    Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
        *    Clinic policy regarding appointment attendance
        *    Medication adherence
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:
        Other (specify): 12/22/2010 1000

                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

      (FILE IN MED REC: OP CLINIC TREATMENT)            initials:

P-HARBOR000100

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   91

Page 91

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 12/01/2010 1103
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                       MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO               Acct#: 9087992
--------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT    Other (specify): S/P IVC Filter
Anticipated Length Of Therapy

     Lifetime
I N R Treatment Range Desired

     3-3.5
Current Dose

     Current Anticoagulation dose: 2.5 mg on Thurs; rest of the week 5 mg
     daily
     mg: 5 mg tablets
I N R Results

     Today's measured INR result:   In clinic:    2.5
Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Language
     Preferred Language:   English   Written instructions given    Verbal
     instructions given
Pt Info / Contributing Factors

     Pts previous endoscopy was cancelled and rescheduled for 12/15.
Plan

     Warfarin / Coumadin    Same dose no changes    Dose: 12/10-12/14-Hold
     coumadin
     12/14-Pre procedure INR check
     Reinforcement of Patient Education
     *    Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
     medications
     *    Warning signs or symptoms and when to seek emergency medical
     treatment
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)         initials:

P-HARBOR000101

**Exhibit B**

Page 92

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 12/01/2010 1103
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
  PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008         Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014         Loc: RO                       Acct#: 9087992
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        *   Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
        *   Clinic policy regarding appointment attendance
        *   Medication adherence
        *   Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:
        Other (specify): 12/14 at 1000 for preprocedure INR
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   93

Page 93

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 11/23/2010 0947
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                       Acct#: 9087992
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): S/P IVC FILTER PLACEMENT
Anticipated Length Of Therapy

    Lifetime
I N R Treatment Range Desired

    3-3.5
Current Dose


    Current Anticoagulation dose:
    USUAL DOSE:  2.5MG Q THUR; AND 5MG QHS REST OF THE WEEK
    PT HAS HELD COUMADIN SINCE 11/18---SCHEDULED FOR COLONOSCOPY TOMORROW
    11/24
    mg: 5MG TABLETS
I N R Results

    Today's measured INR result:   In clinic:     1.5
Pt Assessment


    Patient complains of pain:   Yes
    Location: LEFT LEG PAIN   Numeric Rating Scale (NRS)    >4 (refer to PMD
    or ED); HAS STOPPED TAKING MORTIN AND IS NOW TAKING TYLENOL FOR PAIN.
    Pt c/o spontaneous bleeding/bruising:
    Bleeding
    Yes
    Minor (not requiring blood transfusion)   Nose Bleed
    Bruising
    No
    Changes in: diet / medication / herbal products   Yes HAS HELD COUMADIN
    SINCE 11/18 FOR COLONOSCOPY TOMORROW
    Consumption of alcohol within the last 72 hours?:   No
    Recent changes in health status since last visit:   No
    Compliance Issues / Missed Doses:   No
    Language
    Preferred Language:   English   Spanish   Written instructions given
    Verbal instructions given
Plan

    Warfarin / Coumadin   Dose: 10MG TONIGHT; AND 5MG TOMORROW; THEN RESUME
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Page 94

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 11/23/2010 0947
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                         Acct#: 9087992
```
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        USUAL DOSE
        Reinforcement of Patient Education
        *    Indication for and length of anticoagulation therapy, therapeutic
        INR range, medication administration
        *    Risks and benefits of anticoagulation therapy
        *    Common drug interactions
        *    Clinic notification of patient's change in health status /
        medications
        *    Warning signs or symptoms and when to seek emergency medical
        treatment
        *    Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
        *    Clinic policy regarding appointment attendance
        *    Medication adherence
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   1 week 12/01/2010 @ 1000

                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

    (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

Exhibit B

```
                                                         Page 95
                        HARBOR UCLA MEDICAL CENTER

                    ONGOING ASSESSMENT FOR 11/04/2010 1033
                      Completed By: GALLARDO,ERIC-RN,NP
                                  222-5159
                          Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
    Admit: 03/25/2008       Sex: F                      MRUN: 242-20-79
    Disch: 06/24/2014       Loc: RO                     Acct#: 9087992
    ---------------------------------------------------------------------
    Med Allergies/Adverse Reactions:
      No Known Drug Allergy

    ANTICOAGULATION CLINIC-CLINIC VISIT
      Indication For Warfarin Therapy

         DVT   Other (specify): S/P IVC FILTER
      Anticipated Length Of Therapy

         Lifetime
      I N R Treatment Range Desired

         3-3.5
      Current Dose


         Current Anticoagulation dose: 2.5MG Q THUR; AND 5MG QHS REST OF THE WEEK

         mg: 5MG TABLETS
      I N R Results

         Today's measured INR result:   In clinic:     4.7
      Pt Assessment

         Language
         Verbal instructions given
         Patient complains of pain:   Yes
         Location: CHRONIC LEG PAIN   Numeric Rating Scale (NRS)   >4 (refer to
         PMD or ED); TAKES MOTRIN DAILY
      Plan

         Warfarin / Coumadin   Hold for:   1 day THEN RESUME SAME DOSE;   INCREASE
      GREEN VEGEABLE INTAKE TONIGHT AND TOMORROW
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Clinic notification of patient's change in health status /
      medications
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
      *   Avoidance of alcohol application and intake / contact sports /
                                               BUJANDA,JANET DEL
                                               242-20-79
                                               DOB: 01/19/1953
    (FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

**Exhibit B**

                                                        Page 96
                        HARBOR UCLA MEDICAL CENTER

                   ONGOING ASSESSMENT FOR 11/04/2010 1033
                     Completed By: GALLARDO,ERIC-RN,NP
                                 222-5159
                         Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008         Sex: F                        MRUN: 242-20-79
   Disch: 06/24/2014         Loc: RO                       Acct#: 9087992
   --------------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
      Plan (Cont.)
         aspirin / non-steroidal anti-inflammatory drugs
         Return to clinic:   2 weeks PT TO SCHEDULE




                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

        (FILE IN MED REC: OP CLINIC TREATMENT)        initials:

**Exhibit B**

```
                                                              Page 97
                        HARBOR UCLA MEDICAL CENTER

                  ONGOING ASSESSMENT FOR 10/21/2010 1005
                  Completed By: BALALA,ORLANDO-RN,NP
                                222-2515
                          Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL  CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
    Admit: 03/25/2008          Sex: F                    MRUN: 242-20-79
    Disch: 06/24/2014          Loc: RO                   Acct#: 9087992
    -----------------------------------------------------------------------
    Med Allergies/Adverse Reactions:
      No Known Drug Allergy

    ANTICOAGULATION CLINIC-CLINIC VISIT
      Indication For Warfarin Therapy

        DVT   Other (specify): S/P IVC Filter
    Anticipated Length Of Therapy

        Lifetime
    I N R Treatment Range Desired

        3-3.5
    Current Dose


        Current Anticoagulation dose: 2.5 mg on Thurs; rest of the week 5 mg
        daily
        mg: 5 mg tablets
    I N R Results

        Today's measured INR result:   In clinic:     3.7
    Pt Assessment

        Denies changes since last visit re: pain, bleeding/bruising, alcohol
        consumption/application, diet, medications, herbal products, health care
        status.
        Changes in: diet / medication / herbal products   Yes Pt has started
        taking Omeprazole for the past week.
        Language
        Preferred Language:   English   Written instructions given   Verbal
        instructions given
    Plan

        Warfarin / Coumadin   Same dose no changes   Other: Eat extra vegetables
        today and tomorrow
        Reinforcement of Patient Education
        *   Indication for and length of anticoagulation therapy, therapeutic
        INR range, medication administration
        *   Risks and benefits of anticoagulation therapy
        *   Common drug interactions
        *   Clinic notification of patient's change in health status /
        medications
        *   Warning signs or symptoms and when to seek emergency medical
        treatment
        *   Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
                                               BUJANDA,JANET DEL
                                               242-20-79
                                               DOB: 01/19/1953
    (FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

**Exhibit B**

```
                                                           Page 98
                      HARBOR UCLA MEDICAL CENTER

                 ONGOING ASSESSMENT FOR 10/21/2010 1005
                   Completed By: BALALA,ORLANDO-RN,NP
                               222-2515
                         Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008          Sex: F                    MRUN: 242-20-79
   Disch: 06/24/2014          Loc: RO               Acct#: 9087992
   ------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
      Plan (Cont.)
         *   Clinic policy regarding appointment attendance
         *   Medication adherence
         *   Avoidance of alcohol application and intake / contact sports /
         aspirin / non-steroidal anti-inflammatory drugs
         Return to clinic:   2 weeks
```

                                                   BUJANDA,JANET DEL
                                                   242-20-79
                                                   DOB: 01/19/1953

   (FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000108

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   99

```
                                                        Page 99
                   HARBOR UCLA MEDICAL CENTER

             ONGOING ASSESSMENT FOR 10/06/2010 1019
               Completed By: LARRABEE,PAIGE-RN,NP
                         310-222-5146
                     Printed on: 06/25/2014

   PAT: BUJANDA,JANET DEL  CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008         Sex: F                      MRUN: 242-20-79
   Disch: 06/24/2014         Loc: RO                     Acct#: 9087992
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
    s/p IVC filter
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose


    Current Anticoagulation dose: 2.5 mg every TH, rest of the week 5 mg qhs

    mg: 5 mg
  I N R Results

    Today's measured INR result:   In clinic:     2.5
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
  Plan

    Warfarin / Coumadin   Dose: 7.5 mg tonight then resume previous dose as
    above
  Reinforcement of Patient Education
    *    Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *    Risks and benefits of anticoagulation therapy
    *    Common drug interactions
    *    Clinic notification of patient's change in health status /
    medications
    *    Warning signs or symptoms and when to seek emergency medical
    treatment
    *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *    Clinic policy regarding appointment attendance
    *    Medication adherence
    *    Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)           initials:
```

P-HARBOR000109

**Exhibit B**

Page 100

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 10/06/2010 1019
Completed By: LARRABEE,PAIGE-RN,NP
310-222-5146
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
------------------------------------------------------------------------
```
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        Return to clinic:   2 weeks pt to schedule

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   101

```
                                                      Page 101
                    HARBOR UCLA MEDICAL CENTER

              ONGOING ASSESSMENT FOR 09/22/2010 1013
                 Completed By: GALLARDO,ERIC-RN,NP
                             222-5159
                     Printed on: 06/25/2014

   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
 Admit: 03/25/2008         Sex: F                        MRUN: 242-20-79
 Disch: 06/24/2014         Loc: RO                      Acct#: 9087992
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT    Other (specify): IVC FILTER
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     3-3.5
  Current Dose


     Current Anticoagulation dose: 2.5MG Q THUR; AND 5MG QHS REST OF THE WEEK

     mg: 5MG TABLETS
  I N R Results

     Today's measured INR result:   In clinic:     4
  Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
  consumption/application, diet, medications, herbal products, health care
  status.
     Language
     Verbal instructions given
  Plan

     Warfarin / Coumadin    Hold for:   1 day THEN RESUME SAME DOSE
  Reinforcement of Patient Education
  *    Indication for and length of anticoagulation therapy, therapeutic
  INR range, medication administration
  *    Risks and benefits of anticoagulation therapy
  *    Common drug interactions
  *    Clinic notification of patient's change in health status /
  medications
  *    Warning signs or symptoms and when to seek emergency medical
  treatment
  *    Consistent weekly intake of vitamin K and usage of pillbox with
  dosage calendar
  *    Clinic policy regarding appointment attendance
  *    Medication adherence
  *    Avoidance of alcohol application and intake / contact sports /
  aspirin / non-steroidal anti-inflammatory drugs
                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953
 (FILE IN MED REC: OP CLINIC TREATMENT)         initials:
```

P-HARBOR000111

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008   102

```
                                                          Page 102
                        HARBOR UCLA MEDICAL CENTER

                 ONGOING ASSESSMENT FOR 09/22/2010 1013
                   Completed By: GALLARDO,ERIC-RN,NP
                                222-5159
                        Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
 Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
 Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
 ---------------------------------------------------------------------------
 ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
       Return to clinic:   2 weeks PT TO SCHEDULE
```

```
                                                   BUJANDA,JANET DEL
                                                   242-20-79
                                                   DOB: 01/19/1953
    (FILE IN MED REC: OP CLINIC TREATMENT)         initials:
```

P-HARBOR000112

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   103

Page 103

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 09/01/2010 1056
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy*  Ins: MCAL MC L
Admit: 03/25/2008           Sex: F                     MRUN: 242-20-79
Disch: 06/24/2014           Loc: RO                    Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

     DVT   Other (specify): IVC Filter
Anticipated Length Of Therapy

     Lifetime
I N R Treatment Range Desired

     3-3.5
Current Dose

     Current Anticoagulation dose: 2.5 mg on Thurs; rest of the week 5 mg
     daily
     mg: 5 mg tablets
I N R Results

     Today's measured INR result:   In clinic:    3.6
Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Changes in: diet / medication / herbal products   Yes Pt continues to
     take 800 mg Motrin daily
     Language
     Preferred Language:   English   Written instructions given   Verbal
     instructions given
Plan

     Warfarin / Coumadin   Same dose no changes   Other: Increase green
     vegetable intake today
     Reinforcement of Patient Education
     *    Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
     medications
     *    Warning signs or symptoms and when to seek emergency medical
     treatment
     *    Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000113

**Exhibit B**

Page 104

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 09/01/2010 1056
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
-----------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
       *    Clinic policy regarding appointment attendance
       *    Medication adherence
       *    Avoidance of alcohol application and intake / contact sports /
       aspirin / non-steroidal anti-inflammatory drugs
       Return to clinic:   3 weeks
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000114

**Exhibit B**

Page 105

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/18/2010 0831
Completed By: GOYAL,SANDRA -RN,NP
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
-------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT    Other (specify): IVC Filter
  Anticipated Length Of Therapy

     Lifetime
I N R Treatment Range Desired

     3-3.5
Current Dose


     Current Anticoagulation dose: 5mg qhs
     mg: 5mg
I N R Results

     Today's measured INR result:   In clinic:      4.2
Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Language
     Verbal instructions given   Written instructions given
     Changes in: diet / medication / herbal products   Yes PMD has increased
     Motrin Dose to 800mg qd
Plan

     Warfarin / Coumadin   Hold for:   1 day and then decrease dose to 2.5mg
     qTHU and 5mg rest of the week
     Reinforcement of Patient Education
     *   Avoidance of alcohol application and intake / contact sports /
     aspirin / non-steroidal anti-inflammatory drugs
     *   Medication adherence
     *   Clinic policy regarding appointment attendance
     *   Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *   Warning signs or symptoms and when to seek emergency medical
     treatment
     *   Clinic notification of patient's change in health status /
     medications
     *   Common drug interactions
     *   Risks and benefits of anticoagulation therapy
     *   Indication for and length of anticoagulation therapy, therapeutic
                                             BUJANDA,JANET DEL
                                             242-20-79
                                             DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)           initials:

P-HARBOR000115

**Exhibit B**

```
                                                          Page 106
                    HARBOR UCLA MEDICAL CENTER

               ONGOING ASSESSMENT FOR 08/18/2010 0831
                 Completed By: GOYAL,SANDRA -RN,NP
                     Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008        Sex: F                     MRUN: 242-20-79
   Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
   --------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
       Plan (Cont.)
          INR range, medication administration
          Return to clinic:   2 weeks pt to schedule
```

```
                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

      (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   107

Page 107

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/04/2010 0854
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
--------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT   Other (specify): S/P IVC FILTER
Anticipated Length Of Therapy

     Lifetime
I N R Treatment Range Desired

     3-3.5
Current Dose

     Current Anticoagulation dose: TUE. = 7.5 MG.,REST OF THE WEEK = 5 MG.
     mg: 5 MG. TAB.
I N R Results

     Today's measured INR result:   In clinic:     4
Pt Assessment

     Patient complains of pain:   No
     TAKES DAILY MOTRIN FOR CHRONIC LEFT LEG PAIN. USUAL DOSE WAS 600 MG
     DAILY. PMD INCREASED DOSE TO 800 MG DAILY SINCE 2 WEEKS AGO.
     Changes in: diet / medication / herbal products   Yes DECREASED VEG. TO
     ONCE PER WEEK INSTEAD OF DAILY USE SINCE 1 AND 1/2 WEEK AGO. PLANS ON
     CONT. ONCE A WEEK.
     Language
     Preferred Language:   English   Written instructions given   Verbal
     instructions given
Plan

     Warfarin / Coumadin   Hold for:   1 day DECREASE DOSE TO 5 MG. DAILY.
     Reinforcement of Patient Education
     *    Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
     medications
     *    Warning signs or symptoms and when to seek emergency medical
     treatment
     *    Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *    Clinic policy regarding appointment attendance
                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000117

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   108

Page 108

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/04/2010 0854
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
    PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
-------------------------------------------------------------------------
```
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        *    Medication adherence
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   2 weeks PATIENT TO SCHEDULE.

```
                                                   BUJANDA,JANET DEL
                                                   242-20-79
                                                   DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

**Exhibit B**

Page 109

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/21/2010 0821
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT   Other (specify): S/P IVC Filter
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose


      Current Anticoagulation dose: 7.5 mg on Tues; rest of the week 5 mg
      daily
      mg: 5 mg tablets
   I N R Results

      Today's measured INR result:    In clinic:    1.9
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Changes in: diet / medication / herbal products   No:
      Recent changes in health status since last visit:   No
      Compliance Issues / Missed Doses:   No
      Language
      Preferred Language:   English   Written instructions given   Verbal
      instructions given
   Plan

      Warfarin / Coumadin   Dose: 7.5 mg x 1; then resume usual dose
      Reinforcement of Patient Education
      *    Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *    Risks and benefits of anticoagulation therapy
      *    Common drug interactions
      *    Clinic notification of patient's change in health status /
      medications
      *    Warning signs or symptoms and when to seek emergency medical
      treatment
      *    Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   110

Page 110

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/21/2010 0821
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                       Acct#: 9087992
-----------------------------------------------------------------------
```
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        *   Clinic policy regarding appointment attendance
        *   Medication adherence
        *   Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   2 weeks

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)         initials:

P-HARBOR000120

**Exhibit B**

Page 111

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 06/29/2010 0851
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
-----------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT    Other (specify): S/P IVC FILTER
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     3-3.5
  Current Dose


     Current Anticoagulation dose: STATES TAKING 7.5MG Q TUE; AND 5MG QHS
     REST OF THE WEEK
     mg: 5MG
  I N R Results

     Today's measured INR result:   In clinic:    3.6
  Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Language
     Verbal instructions given
  Plan

     Warfarin / Coumadin    Same dose no changes
     Rx given
     Coumadin 5MG #50 REF:3   Approved by:   P. Larrabee, NP
  Reinforcement of Patient Education
     *    Indication for and length of anticoagulation therapy, therapeutic
  INR range, medication administration
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
  medications
     *    Warning signs or symptoms and when to seek emergency medical
  treatment
     *    Consistent weekly intake of vitamin K and usage of pillbox with
  dosage calendar
     *    Clinic policy regarding appointment attendance
     *    Medication adherence
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)        initials:

Exhibit B

Page 112

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 06/29/2010 0851
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
     PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                       MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                      Acct#: 9087992
----------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   3 weeks
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   113

```
                                                          Page 113
                      HARBOR UCLA MEDICAL CENTER

              ONGOING ASSESSMENT FOR 06/15/2010 0826
                 Completed By: CABRERA,BLANCA-RN
                     Printed on: 06/25/2014

   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                         Acct#: 9087992
----------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT   Other (specify): S/P IVC FILTER
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose

      Current Anticoagulation dose: 5 MG. DAILY.
      mg: 5 MG. TAB.
   I N R Results

      Today's measured INR result:   INR: 2.9
   Pt Assessment

      Patient complains of pain:   No
      Changes in: diet / medication / herbal products   No:
      CONTINUES WITH "HIGH VEG. INTAKE" , AS PLANNED SINCE JUNE 1, 2010. WILL
      CONT. SAME.
      Language
      Preferred Language:   English   Written instructions given   Verbal
      instructions given
   Plan

      Warfarin / Coumadin   Dose: TUE. = 2.5  MG.,REST OF THE WEEK = 5 MG.
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Clinic notification of patient's change in health status /
      medications
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
      *   Avoidance of alcohol application and intake / contact sports /
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)           initials:
```

**Exhibit B**

```
                                                          Page 114
                    HARBOR UCLA MEDICAL CENTER

              ONGOING ASSESSMENT FOR 06/15/2010 0826
                 Completed By: CABRERA,BLANCA-RN
                      Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008      Sex: F                      MRUN: 242-20-79
  Disch: 06/24/2014      Loc: RO                      Acct#: 9087992
  -------------------------------------------------------------------------
  ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
     Plan (Cont.)
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:  2 weeks PATIENT TO SCHEDULE.
```

```
                                                  BUJANDA,JANET DEL
                                                  242-20-79
                                                  DOB: 01/19/1953
     (FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

P-HARBOR000124

**Exhibit B**

Page 115

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 06/08/2010 0813
Completed By: LARRABEE,PAIGE-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
--------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

      DVT
      s/p IVC Filter
  Anticipated Length Of Therapy

      Lifetime
  I N R Treatment Range Desired

      3-3.5
  Current Dose

      Current Anticoagulation dose: 5 mg qhs
      mg: 5 mg
  I N R Results

      Today's measured INR result:   In clinic:     2.3
  Pt Assessment

      Compliance Issues / Missed Doses:   Yes held coumadin dose last night
      because her cardiologist told her to for PMIBI today.
  Plan

  Warfarin / Coumadin   Dose: 5 mg qhs
  Reinforcement of Patient Education
  *    Risks and benefits of anticoagulation therapy
  *    Common drug interactions
  *    Clinic notification of patient's change in health status /
  medications
  *    Warning signs or symptoms and when to seek emergency medical
  treatment
  *    Consistent weekly intake of vitamin K and usage of pillbox with
  dosage calendar
  *    Clinic policy regarding appointment attendance
  *    Medication adherence
  *    Avoidance of alcohol application and intake / contact sports /
  aspirin / non-steroidal anti-inflammatory drugs
  Return to clinic:   1 week 6/15 at 1000


                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008  116

Page 116

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 06/01/2010 0813
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                         MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                        Acct#: 9087992
```
-----------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

      DVT   Other (specify): S/P IVC FILTER
  Anticipated Length Of Therapy

      Lifetime
  I N R Treatment Range Desired

      3-3.5
  Current Dose

      Current Anticoagulation dose: MON. AND WED. = 2.5 MG.,REST OF THE WEEK =
      5 MG.
      mg: 5 MG. TAB.
  I N R Results

      Today's measured INR result:   INR: 2.2
  Pt Assessment

      Patient complains of pain:   No
      Changes in: diet / medication / herbal products   Yes PATIENT HAS
      DECIDED TO DIET. HAS STARTED EATING VEG. EVERY DAY SINCE ONE WEEK AGO.
      PLANS TO  CONT.
      Language
      Preferred Language:   English   Written instructions given   Verbal
      instructions given
  Plan

      Warfarin / Coumadin   Dose: INCREASE COUMADIN DOSE TO 5 MG. DAILY.
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Clinic notification of patient's change in health status /
      medications
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
                                                BUJANDA,JANET DEL
                                                242-20-79
                                                DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)              initials:

**Exhibit B**

```
                                                              Page 117
                          HARBOR UCLA MEDICAL CENTER

                     ONGOING ASSESSMENT FOR 06/01/2010 0813
                        Completed By: CABRERA,BLANCA-RN
                           Printed on: 06/25/2014

        PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
      Admit: 03/25/2008         Sex: F                       MRUN: 242-20-79
      Disch: 06/24/2014         Loc: RO                       Acct#: 9087992
      --------------------------------------------------------------------------
      ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
          Plan (Cont.)
             *   Avoidance of alcohol application and intake / contact sports /
             aspirin / non-steroidal anti-inflammatory drugs
             Return to clinic:  1 week JUNE 8, 2010 AT 0730.
```

```
                                                       BUJANDA,JANET DEL
                                                       242-20-79
                                                       DOB: 01/19/1953
         (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

**Exhibit B**

Page 118

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/19/2010 1053
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                       MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                      Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT   Other (specify): S/P IVC FILTER
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose

      Current Anticoagulation dose: 2.5MG Q MON/WED; AND 5MG QHS REST OF THE
      WEEK
      mg: 5MG TABLETS
   I N R Results

      Today's measured INR result:   In clinic:      3.4
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Language
      Verbal instructions given
   Plan

      Warfarin / Coumadin    Same dose no changes
      Reinforcement of Patient Education
      *    Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *    Risks and benefits of anticoagulation therapy
      *    Common drug interactions
      *    Clinic notification of patient's change in health status /
      medications
      *    Warning signs or symptoms and when to seek emergency medical
      treatment
      *    Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *    Clinic policy regarding appointment attendance
      *    Medication adherence
      *    Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs

                                                   BUJANDA,JANET DEL
                                                   242-20-79
                                                   DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)           initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008     119

Page 119

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/19/2010 1053
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
---------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
      Return to clinic:   6 weeks
```

```
                                                  BUJANDA,JANET DEL
                                                  242-20-79
                                                  DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)      initials:
```

**Exhibit B**

Page 120

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 03/08/2010 1610
Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
501-9995
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                   Acct#: 9087992
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT   Other (specify): s/p IVC filter
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose

      Current Anticoagulation Dose: 2.5 mg every M & W, and 5 mg qhs rest of
      week
      mg: 5 mg tablet
   I N R Results

      Today's measured INR result:   In clinic:     3.4
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
   Plan

      Warfarin / Coumadin   Same dose no changes
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
      *   Clinic notification of patient's change in health status /
      medications
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
      Return to clinic:   6 weeks

                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000130

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008   121

```
                                                    Page 121
                        HARBOR UCLA MEDICAL CENTER

                  ONGOING ASSESSMENT FOR 01/19/2010 1133
                    Completed By: BALALA,ORLANDO-RN,NP
                                222-2515
                          Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008          Sex: F                    MRUN: 242-20-79
  Disch: 06/24/2014          Loc: RO                   Acct#: 9087992
  ------------------------------------------------------------------------
```

Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC Filter
Anticipated Length Of Therapy

    Lifetime
I N R Treatment Range Desired

    3-3.5
Current Dose

    Current Anticoagulation Dose: 2.5 mg on Mon and Wed; rest of the week 5
    mg daily
    mg: 5 mg tablets
I N R Results

    Today's measured INR result:   In clinic:    3.4
Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given
Plan

    Warfarin / Coumadin   Same dose no changes
    Rx given
    Coumadin 5 mg, #40, 3 refills   Approved by:   C. Pendon, NP
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
    *   Medication adherence
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
                                  BUJANDA,JANET DEL
                                     242-20-79
                                     DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)           initials:

P-HARBOR000131

**Exhibit B**

```
                                                    Page 122
                    HARBOR UCLA MEDICAL CENTER

              ONGOING ASSESSMENT FOR 01/19/2010 1133
                Completed By: BALALA,ORLANDO-RN,NP
                             222-2515
                    Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008         Sex: F                    MRUN: 242-20-79
   Disch: 06/24/2014         Loc: RO                   Acct#: 9087992
   --------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
      Plan (Cont.)
         *   Avoidance of alcohol application and intake / contact sports /
         aspirin / non-steroidal anti-inflammatory drugs
         Return to clinic:   6 weeks
```

```
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   123

Page 123

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 12/15/2009 1011
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT   Other (specify): IVC FILTER
Anticipated Length Of Therapy

     Lifetime
I N R Treatment Range Desired

     3-3.5
Current Dose

     Current Anticoagulation Dose: 2.5MG Q MON/WED; AND 5MG QHS REST OF THE
     WEEK
     mg: 5MG
I N R Results

     Today's measured INR result:   In clinic:      2.9
Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Language
     Verbal instructions given
Plan

     Warfarin / Coumadin   Same dose no changes
     Reinforcement of Patient Education
     *   Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *   Risks and benefits of anticoagulation therapy
     *   Common drug interactions
     *   Clinic notification of patient's change in health status /
     medications
     *   Warning signs or symptoms and when to seek emergency medical
     treatment
     *   Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *   Clinic policy regarding appointment attendance
     *   Medication adherence
     *   Avoidance of alcohol application and intake / contact sports /
     aspirin / non-steroidal anti-inflammatory drugs
     Return to clinic:   5 weeks
                                             BUJANDA,JANET DEL
                                             242-20-79
                                             DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)              initials:

**Exhibit B**

```
                                                        Page 124
                      HARBOR UCLA MEDICAL CENTER

                 ONGOING ASSESSMENT FOR 12/15/2009 1011
                  Completed By: GALLARDO,ERIC-RN,NP
                              222-5159
                       Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008          Sex: F                        MRUN: 242-20-79
   Disch: 06/24/2014          Loc: RO                       Acct#: 9087992
   ------------------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000134

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   125

Page 125

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 11/17/2009 1038
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008       Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014       Loc: RO                   Acct#: 9087992
--------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC Filter
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation Dose: 2.5mg QMonday and Wednesdsay and 5mg QHS
    Rest of the Week
    mg: 5mg tablet
  I N R Results

    Today's measured INR result:   In clinic:     3
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
  Plan

    Warfarin / Coumadin   Same dose no changes
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
    *   Medication adherence
    *   Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
    Return to clinic:   4 weeks

                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000135

Exhibit B

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   126

Page 126

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 10/26/2009 0924
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

      DVT    Other (specify): S/P IVC FILTER PLACEMENT
  Anticipated Length Of Therapy

      Lifetime
  I N R Treatment Range Desired

      3-3.5
  Current Dose

      Current Anticoagulation Dose: 2.5MG Q MON/WED; AND 5MG QHS REST OF THE
      WEEK
      mg: 5MG
  I N R Results

      Today's measured INR result:   In clinic:      2.5
  Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Language
  Preferred Language:   English    Spanish   Verbal instructions given
  Plan

      Warfarin / Coumadin   Dose: 5MG TONIGHT; THEN RESUME SAME DOSE
  Reinforcement of Patient Education
  *    Indication for and length of anticoagulation therapy, therapeutic
  INR range, medication administration
  *    Risks and benefits of anticoagulation therapy
  *    Common drug interactions
  *    Clinic notification of patient's change in health status /
  medications
  *    Warning signs or symptoms and when to seek emergency medical
  treatment
  *    Consistent weekly intake of vitamin K and usage of pillbox with
  dosage calendar
  *    Clinic policy regarding appointment attendance
  *    Medication adherence
  *    Avoidance of alcohol application and intake / contact sports /
  aspirin / non-steroidal anti-inflammatory drugs
  Return to clinic:   3 weeks
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000136

**Exhibit B**

```
                                                          Page 127
                      HARBOR UCLA MEDICAL CENTER

              ONGOING ASSESSMENT FOR 10/26/2009 0924
                Completed By: GALLARDO,ERIC-RN,NP
                              222-5159
                      Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
-------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
```

                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

     (FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000137

**Exhibit B**

Page 128

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 09/24/2009 1016
Completed By: GOYAL,SANDRA -RN,NP
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                      Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT    Other (specify): s/p IVC filter
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose

      Current Anticoagulation Dose: 2.5mg M/F and 5mg rest of the week
      Pt took 2.5mg MW and 5mg rest of the week
      mg: 5mg
   I N R Results

      Today's measured INR result:   In clinic:     3.3
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
   Plan

      Warfarin / Coumadin   Dose: continue with pt dosing schedule of 2.5mg MW
      and 5mg rest of the week
      Reinforcement of Patient Education
      *   Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *   Risks and benefits of anticoagulation therapy
      *   Common drug interactions
      *   Clinic notification of patient's change in health status /
      medications
      *   Warning signs or symptoms and when to seek emergency medical
      treatment
      *   Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
      *   Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:   3 weeks

                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000138

**Exhibit B**

Page 129

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 09/10/2009 1020
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                         MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                        Acct#: 9087992
----------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation Dose: INSTRUCTED TO TAKE 2.5MG Q MON; AND 5MG
    QHS REST OF THE WEEK.  STATES TOOK 2.5MG WED; AND 5MG QHS REST OF THE
    WEEK
    mg: 5MG TABLETS
  I N R Results

    Today's measured INR result:   In clinic:   3.7
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Patient complains of pain:   No
    Language
    Written instructions given   Verbal instructions given
  Plan

    Warfarin / Coumadin  Dose: 2.5MG Q MON/FRI; AND 5MG QHS REST OF THE
    WEEK
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
    *   Medication adherence

                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)            initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   130

Page 130

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 09/10/2009 1020
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                         Acct#: 9087992
-----------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
     *   Avoidance of alcohol application and intake / contact sports /
     aspirin / non-steroidal anti-inflammatory drugs
     Return to clinic:   2 weeks 9/24/2009 @ 1000
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000140

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   131

Page 131

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 09/10/2009 1015
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008      Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014      Loc: RO                         Acct#: 9087992
-------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation Dose: INSTRUCTED TO TAKE 2.5MG Q MON; AND 5MG
    QHS REST OF TEH WEEK.   STATES TOOK 2.5MG WED; AND 5MG QHS REST OF THE
    WEEK
    mg: 5MG TABLETS
  I N R Results

    Today's measured INR result:   In clinic:    3.7
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Patient complains of pain:   No
    Language
    Written instructions given    Verbal instructions given
  Plan

    Warfarin / Coumadin   Dose: 2.5MG Q MON/FRI; AND 5MG QHS REST OF THE
    WEEK
    Reinforcement of Patient Education
    *    Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *    Risks and benefits of anticoagulation therapy
    *    Common drug interactions
    *    Clinic notification of patient's change in health status /
    medications
    *    Warning signs or symptoms and when to seek emergency medical
    treatment
    *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *    Clinic policy regarding appointment attendance
    *    Medication adherence
                                                  BUJANDA,JANET DEL
                                                  242-20-79
                                                  DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008      132

Page 132

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 09/10/2009 1015
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                      Acct#: 9087992
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
    *    Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
    Return to clinic:   2 weeks 9/24/2009 @ 1000
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000142

**Exhibit B**

                                                          Page 133
                        HARBOR UCLA MEDICAL CENTER

                   ONGOING ASSESSMENT FOR 08/27/2009 0955
                     Completed By: BALALA,ORLANDO-RN,NP
                                 222-2515
                          Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
 Admit: 03/25/2008         Sex: F                        MRUN: 242-20-79
 Disch: 06/24/2014         Loc: RO                       Acct#: 9087992
 -----------------------------------------------------------------------
 Med Allergies/Adverse Reactions:
   No Known Drug Allergy

 ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

     DVT   Other (specify): IVC filter
 Anticipated Length Of Therapy

     Lifetime
 I N R Treatment Range Desired

     3-3.5
 Current Dose

     Current Anticoagulation Dose: 2.5 mg on Wed and Fri; rest of the week 5
     mg daily
     mg: 5 mg tablets
 I N R Results

     Today's measured INR result:   In clinic:     2.8
 Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Language
     Preferred Language:   English   Written instructions given    Verbal
     instructions given
 Plan

     Warfarin / Coumadin   Dose: 7.5 mg X 1; then 2.5 mg on Mon; rest of the
     week 5 mg daily
 Reinforcement of Patient Education
 *    Indication for and length of anticoagulation therapy, therapeutic
 INR range, medication administration
 *    Risks and benefits of anticoagulation therapy
 *    Common drug interactions
 *    Clinic notification of patient's change in health status /
 medications
 *    Warning signs or symptoms and when to seek emergency medical
 treatment
 *    Consistent weekly intake of vitamin K and usage of pillbox with
 dosage calendar
 *    Clinic policy regarding appointment attendance
 *    Medication adherence
 *    Avoidance of alcohol application and intake / contact sports /
                                           BUJANDA,JANET DEL
                                           242-20-79
                                           DOB: 01/19/1953
 (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008    134

Page 134

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/27/2009 0955
Completed By: BALALA,ORLANDO-RN,NP
222-2515
Printed on: 06/25/2014

```
  PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                   Acct#: 9087992
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:   2 weeks September 10 at 1000
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000144

**Exhibit B**

Page 135

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/18/2009 1416
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
Anticipated Length Of Therapy

    Lifetime
I N R Treatment Range Desired

    3-3.5
Current Dose

    Current Anticoagulation Dose: 5MG QHS
    mg: 5MG
I N R Results

    Today's measured INR result:   In clinic:     4.5
Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Patient complains of pain:   No
    Language
    Preferred Language:   English    Spanish   Written instructions given
    Verbal instructions given
Plan

    Warfarin / Coumadin    Hold for:   1 day THEN DECREASE DOSE TO 2.5MG Q
    WED/FRI; AND 5MG QHS REST OF THE WEEK   Other: INCREASE GREEN VEGETABLE
    INTAKE TONIGHT
    Rx given
    Coumadin 5MG #35 REF:3   Approved by:   C. Pendon, NP
Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Page 136

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/18/2009 1416
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                     MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
-------------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
      *   Clinic policy regarding appointment attendance
      *   Medication adherence
      *   Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:
      Other (specify): 10 DAYS AUGUST 27,2009 @ 1000
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)                initials:

P-HARBOR000146

**Exhibit B**

Page 137

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/28/2009 1359
Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
501-9995
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008       Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014       Loc: RO                         Acct#: 9087992
```
-------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT   Other (specify): IVC filter
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     3-3.5
  Current Dose

     Current Anticoagulation Dose: 5 mg qhs
     mg: 5 mg tablet
  I N R Results

     Today's measured INR result:   In clinic:    4.7
  Pt Assessment

     Other (specify): takes motrin/ibuprofen 600 mg daily for the past 1 1/2
     years for pain r/t left lower extremity. MD is aware.
     Language
     Written instructions given   Verbal instructions given
     Patient complains of pain:   Yes
     Location: LLE   Numeric Rating Scale (NRS)   3
     after use of ibuprofen
     Pt c/o spontaneous bleeding/bruising:
     Bleeding
     No
     Bruising
     No
     Changes in: diet / medication / herbal products   Yes used Ben-Gay
     ointment to UE last night
     Consumption of alcohol within the last 72 hours?:   No
     Recent changes in health status since last visit:   No
     Compliance Issues / Missed Doses:   Yes compliance with use of OTC med
     that contraindicated with anticoagulation therapy
  Pt Info / Contributing Factors

     also seen with Blanca, RN
  Plan

     Warfarin / Coumadin   Hold for:  1 day then 2.5 mg x 1 on 7/29/09 then
     resume usual dose as above
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)           initials:

Exhibit B

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   138

Page 138

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 07/28/2009 1359
Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
501-9995
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        Reinforcement of Patient Education
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        *    Medication adherence
        *    Clinic policy regarding appointment attendance
        *    Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
        *    Warning signs or symptoms and when to seek emergency medical
        treatment
        *    Clinic notification of patient's change in health status /
        medications
        *    Common drug interactions
        *    Risks and benefits of anticoagulation therapy
        *    Indication for and length of anticoagulation therapy, therapeutic
        INR range, medication administration   Other: list of safe OTC meds
        provided to patient
        Return to clinic:   3 weeks

                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

      (FILE IN MED REC: OP CLINIC TREATMENT)          initials:


                                                    P-HARBOR000148

                          **Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   139

```
                                                    Page 139
                      HARBOR UCLA MEDICAL CENTER

                 ONGOING ASSESSMENT FOR 07/07/2009 1339
                 Completed By: BALALA,ORLANDO-RN,NP
                              222-2515
                       Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
  Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
  -------------------------------------------------------------------
  Med Allergies/Adverse Reactions:
    No Known Drug Allergy

  ANTICOAGULATION CLINIC-CLINIC VISIT
    Indication For Warfarin Therapy

       DVT   Other (specify): IVC filter
    Anticipated Length Of Therapy

       Lifetime
    I N R Treatment Range Desired

       3-3.5
    Current Dose

       Current Anticoagulation Dose: 5 mg daily
       mg: 5 mg tablets
    I N R Results

       Today's measured INR result:   In clinic:    3.6
    Pt Assessment

       Denies changes since last visit re: pain, bleeding/bruising, alcohol
       consumption/application, diet, medications, herbal products, health care
       status.
       Language
       Preferred Language:   English   Written instructions given    Verbal
       instructions given
    Plan

       Warfarin / Coumadin   Same dose no changes   Other: encouraged pt to eat
       extra serving of vegetables today
       Reinforcement of Patient Education
       *    Indication for and length of anticoagulation therapy, therapeutic
       INR range, medication administration
       *    Risks and benefits of anticoagulation therapy
       *    Common drug interactions
       *    Clinic notification of patient's change in health status /
       medications
       *    Warning signs or symptoms and when to seek emergency medical
       treatment
       *    Consistent weekly intake of vitamin K and usage of pillbox with
       dosage calendar
       *    Clinic policy regarding appointment attendance
       *    Medication adherence
       *    Avoidance of alcohol application and intake / contact sports /
       aspirin / non-steroidal anti-inflammatory drugs
                                             BUJANDA,JANET DEL
                                             242-20-79
                                             DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

P-HARBOR000149

**Exhibit B**

```
                                                          Page 140
                      HARBOR UCLA MEDICAL CENTER

                  ONGOING ASSESSMENT FOR 07/07/2009 1339
                   Completed By: BALALA,ORLANDO-RN,NP
                              222-2515
                       Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008          Sex: F                     MRUN: 242-20-79
  Disch: 06/24/2014          Loc: RO               Acct#: 9087992
  -----------------------------------------------------------------------
  ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
     Plan (Cont.)
         Return to clinic:   3 weeks
```

```
                                           BUJANDA,JANET DEL
                                           242-20-79
                                           DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

**Exhibit B**

Page 141

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 06/15/2009 1337
Completed By: GOYAL,SANDRA -RN,NP
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
-----------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

       DVT    Other (specify): IVC Filter
   Anticipated Length Of Therapy

       Lifetime
   I N R Treatment Range Desired

       3-3.5
   Current Dose

       Current Anticoagulation Dose: 5mg QHS
       mg: 5mg
   I N R Results

       Today's measured INR result:    In clinic:      2.9
   Pt Assessment

       Denies changes since last visit re: pain, bleeding/bruising, alcohol
       consumption/application, diet, medications, herbal products, health care
       status.
   Plan

       Warfarin / Coumadin    Dose: 7.5mg tonight and then    Same dose no
       changes
       Reinforcement of Patient Education
       *    Indication for and length of anticoagulation therapy, therapeutic
       INR range, medication administration
       *    Risks and benefits of anticoagulation therapy
       *    Common drug interactions
       *    Clinic notification of patient's change in health status /
       medications
       *    Warning signs or symptoms and when to seek emergency medical
       treatment
       *    Consistent weekly intake of vitamin K and usage of pillbox with
       dosage calendar
       *    Clinic policy regarding appointment attendance
       *    Medication adherence
       *    Avoidance of alcohol application and intake / contact sports /
       aspirin / non-steroidal anti-inflammatory drugs
       Return to clinic:   3 weeks


                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)           initials:

**Exhibit B**

Page 142

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 05/27/2009 0927
Completed By: BALALA, ORLANDO-RN, NP
222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                         MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                        Acct#: 9087992
```
------------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): S/P IVC Filter
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation Dose: 2.5 mg on Wed; rest of the week 5 mg daily

    mg: 5 mg tablets
  I N R Results

    Today's measured INR result:   In clinic:      2.5
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
    Patient complains of pain:   Yes
    Location: Chronic Leg Pain to LLE.  Pt has been taking Motrin 600 mg QHS
    prn pain for the past year
    Language
    Preferred Language:   English   Written instructions given   Verbal
    instructions given
  Plan

    Warfarin / Coumadin   Dose: 7.5 mg X 1 tonight; then 5 mg daily
    Reinforcement of Patient Education
    *    Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *    Risks and benefits of anticoagulation therapy
    *    Common drug interactions
    *    Clinic notification of patient's change in health status /
    medications
    *    Warning signs or symptoms and when to seek emergency medical
    treatment
    *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *    Clinic policy regarding appointment attendance
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

**Exhibit B**

```
                                                  Page 143
                    HARBOR UCLA MEDICAL CENTER

             ONGOING ASSESSMENT FOR 05/27/2009 0927
             Completed By: BALALA,ORLANDO-RN,NP
                            222-2515
                   Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008        Sex: F                       MRUN: 242-20-79
  Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
  ----------------------------------------------------------------------
  ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
      Plan (Cont.)
          *   Medication adherence
          *   Avoidance of alcohol application and intake / contact sports /
          aspirin / non-steroidal anti-inflammatory drugs
          Return to clinic:  2 weeks June 10 at 0900
```

```
                                         BUJANDA,JANET DEL
                                         242-20-79
                                         DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

P-HARBOR000153

**Exhibit B**

```
                                                        Page 144
                        HARBOR UCLA MEDICAL CENTER

                ONGOING ASSESSMENT FOR 05/14/2009 0958
                    Completed By: GALLARDO,ERIC-RN,NP
                                222-5159
                         Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008            Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014            Loc: RO                   Acct#: 9087992
---------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC Filter
Anticipated Length Of Therapy

    Lifetime
I N R Treatment Range Desired

    3-3.5
Current Dose

    Current Anticoagulation Dose: 2.5mg Q Wed/Sat; and 5mg PO QHS rest of
    the week
    mg: 5mg tablets
I N R Results

    Today's measured INR result:   In clinic:     1.7
Pt Assessment


    Patient complains of pain:   Yes
    Location: Left LE   Numeric Rating Scale (NRS)   >4 (refer to PMD or
    ED); Pt has appointment for CT scan (5/28/09) for chronic LE pain. Takes
    Motrin PRN for pain
    Pt c/o spontaneous bleeding/bruising:
    Bruising
    No
    Bleeding
    Yes
    Minor (not requiring blood transfusion)   Nose Bleed
    Changes in: diet / medication / herbal products   Yes States started
    Prilosec
    Consumption of alcohol within the last 72 hours?:   No
    Recent changes in health status since last visit:   No
    Compliance Issues / Missed Doses:   No
    Language
    Written instructions given   Verbal instructions given
Plan

    Warfarin / Coumadin   Dose: Take 7.5mg tonight, then increase weekly
    dose to 2.5mg Q wednesdays; and 5mg PO QHS rest of the week
    Rx given
    Coumadin 5mg tablets #35, Refills: 3   Approved by:   P. Larrabee, NP
                                                          BUJANDA,JANET DEL
                                                          242-20-79
                                                          DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)            initials:
```

**Exhibit B**

Page 145

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 05/14/2009 0958
Completed By: GALLARDO,ERIC-RN,NP
222-5159
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008         Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014         Loc: RO                   Acct#: 9087992
```
-------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        Reinforcement of Patient Education
        *    Indication for and length of anticoagulation therapy, therapeutic
        INR range, medication administration
        *    Risks and benefits of anticoagulation therapy
        *    Common drug interactions
        *    Clinic notification of patient's change in health status /
        medications
        *    Warning signs or symptoms and when to seek emergency medical
        treatment
        *    Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
        *    Clinic policy regarding appointment attendance
        *    Medication adherence
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   2 weeks May 27, 2009 @ 0900

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

Page 146

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/09/2009 0934
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                         Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT   Other (specify): IVC Filter
Anticipated Length Of Therapy

     Lifetime
I N R Treatment Range Desired

     3-3.5
Current Dose

     Current Anticoagulation Dose: 2.5mg Wednesday and Saturday and 5mg QHS
     Rest of the Week
     mg: 5mg tablet
I N R Results

     Today's measured INR result:   In clinic:     2.9
Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Patient complains of pain:   Yes
     Location: Pt with Chronic pain to Right LE.  Pt has appt for CT Scan
     05/28/09 and Hematology Clinic 06/03/09 to eval chronic pain. Pt states
     continues to take Motrin PRN Pain as instructed.   Numeric Rating Scale
     (NRS)   2
Plan

     Warfarin / Coumadin   Same dose no changes
     Reinforcement of Patient Education
     *    Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
     medications
     *    Warning signs or symptoms and when to seek emergency medical
     treatment
     *    Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *    Clinic policy regarding appointment attendance
     *    Medication adherence

                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

Exhibit B

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   147

```
                                                          Page 147
                          HARBOR UCLA MEDICAL CENTER

                     ONGOING ASSESSMENT FOR 04/09/2009 0934
                        Completed By: TRINH,CHERYL-RN,NP
                                 310-222-5146
                            Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
   Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
   --------------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
      Plan (Cont.)
         *   Avoidance of alcohol application and intake / contact sports /
         aspirin / non-steroidal anti-inflammatory drugs
         Return to clinic:   4 weeks
```

```
                                                 BUJANDA,JANET DEL
                                                 242-20-79
                                                 DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

P-HARBOR000157

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   148

Page 148

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 03/19/2009 1116
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                   Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT   Other (specify): IVC Filter
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose

      Current Anticoagulation Dose: 2.5mg QWednesday and Saturday and 5mg QHS
      Rest of the Week
      mg: 5mg tablet
   I N R Results

      Today's measured INR result:   In clinic:     3.3
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
   Pt Info / Contributing Factors

      PT STATES HAS MAINTAINED TAKING MOTRIN QHS
   Plan

      Warfarin / Coumadin   Same dose no changes
      Reinforcement of Patient Education
      *    Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *    Risks and benefits of anticoagulation therapy
      *    Common drug interactions
      *    Clinic notification of patient's change in health status /
      medications
      *    Warning signs or symptoms and when to seek emergency medical
      treatment
      *    Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *    Clinic policy regarding appointment attendance
      *    Medication adherence
      *    Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

**Exhibit B**

```
                                                            Page 149
                        HARBOR UCLA MEDICAL CENTER

                    ONGOING ASSESSMENT FOR 03/19/2009 1116
                      Completed By: TRINH,CHERYL-RN,NP
                                310-222-5146
                          Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
  Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
  -----------------------------------------------------------------------
  ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
      Plan (Cont.)
         Return to clinic:   3 weeks
```

```
                                                   BUJANDA,JANET DEL
                                                   242-20-79
                                                   DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

**Exhibit B**

Page 150

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 03/12/2009 1157
Completed By: LARRABEE,PAIGE-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
    s/p ivc filter    Other (specify): PATIENT WILL BE TAKINGF MOTRIN 600 MG
    QHS
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation Dose: ON HOLD FOR SUPRATHERAPEUTIC INR
    mg: 5 MG
  I N R Results

    Today's measured INR result:   In clinic:    2.3
  Pt Assessment

    Patient complains of pain:   No
    Changes in: diet / medication / herbal products   Yes PT TAKES MOTRIN
    1-3 X DAY (600 MG)
    HAS FOR THE LAST YEAR, INCONSISTENT WITH FREQUENCY OF DOSING.
    TAKES FOR LEFT THIGH PAIN SECONDARY TO DVT.

    ADVISED PATIENT TO NOT TAKE MOTRIN . . PT REFUSES.
    PT AGREED TO TAKE ONLY 1 TAB EVERYNIGHT.
  Plan

    Warfarin / Coumadin   Dose: 2.5 MG EVERY TU/SAT, REST OF THE WEEK 5 MG
    QHS
    Reinforcement of Patient Education
    *    Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *    Common drug interactions
    *    Warning signs or symptoms and when to seek emergency medical
    treatment
    *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *    Clinic policy regarding appointment attendance
    *    Medication adherence
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)           initials:
```

**Exhibit B**

```
                                                        Page 151
                    HARBOR UCLA MEDICAL CENTER

             ONGOING ASSESSMENT FOR 03/12/2009 1157
               Completed By: LARRABEE,PAIGE-RN,NP
                          310-222-5146
                     Printed on: 06/25/2014

     PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008        Sex: F                     MRUN: 242-20-79
  Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
  -----------------------------------------------------------------------
  ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
     Plan (Cont.)
        Return to clinic:   1 week 1130 3/19/09
```

```
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

**Exhibit B**

Page 152

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 03/09/2009 1104
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
```
-------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT    Other (specify): IVC Filter
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation Dose:
    02/26 = ON HOLD FOR SUPRATHERAPEUTIC INR
    02/27 -- 03/08 = 5mg QHS
    mg: 5mg tablet
  I N R Results

    Today's measured INR result:   In clinic:   >5 - 9.9 ---5.9
  Pt Assessment

    Patient complains of pain:   Yes
    Location: BLE -- Pt with Chronic BLE    Numeric Rating Scale (NRS)    3

    Pt c/o spontaneous bleeding/bruising:
    Bleeding
    No
    Bruising
    No
    Changes in: diet / medication / herbal products   Yes PT HAS BEEN TAKING
    IBUPROFEN 400MG QD X 1 YEAR. PMD INCREASED IBUPROFEN DOSE TO 600MG QD X
    10 DAYS AGO.  PT HAS BEEN HAVING INCREASED BLE PAIN. DENIES ANY
    INJURY/TRAUMA, INCREASED ACTIVITIES, OR OTHER FACTORS TO EXACERBATE
    PAIN.
    Consumption of alcohol within the last 72 hours?:   No
    Recent changes in health status since last visit:   No
    Compliance Issues / Missed Doses:   No
  Plan

    Warfarin / Coumadin   Hold for:  2 days then RTC
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)            initials:

P-HARBOR000162

**Exhibit B**

Page 153

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 03/09/2009 1104
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
  Plan (Cont.)
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
     medications
     *    Warning signs or symptoms and when to seek emergency medical
     treatment
     *    Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *    Clinic policy regarding appointment attendance
     *    Medication adherence
     *    Avoidance of alcohol application and intake / contact sports /
     aspirin / non-steroidal anti-inflammatory drugs
     Return to clinic:
     Other (specify): Thursday 03/12/09 at 1130am

                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

    (FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000163

**Exhibit B**

Page 154

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 02/26/2009 1032
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT   Other (specify): IVC Filter
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose

      Current Anticoagulation Dose: 7.5mg QWednesday and Saturday and 5mg QHS
      Rest of the Week
      mg: 5mg tablet
   I N R Results

      Today's measured INR result:   In clinic:      4.5
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Changes in: diet / medication / herbal products    Yes PT STATES NO
      CHANGES IN DIET/MEDICATIONS/ AND USE OF HERBAL PRODUCTS.   PT STATES HAS
      BEEN TAKING MORTRIN 600MG AT LEAST ONCE A DAY DAILY X 1 YEAR.
   Plan

      Warfarin / Coumadin   Hold for:   1 day tonight x 1 then DECREASE DOSE
      to 5mg QHS
   Reinforcement of Patient Education
   *   Indication for and length of anticoagulation therapy, therapeutic
   INR range, medication administration
   *   Risks and benefits of anticoagulation therapy
   *   Common drug interactions
   *   Clinic notification of patient's change in health status /
   medications
   *   Warning signs or symptoms and when to seek emergency medical
   treatment
   *   Consistent weekly intake of vitamin K and usage of pillbox with
   dosage calendar
   *   Clinic policy regarding appointment attendance
   *   Medication adherence
   *   Avoidance of alcohol application and intake / contact sports /
                                             BUJANDA,JANET DEL
                                             242-20-79
                                             DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000164

**Exhibit B**

Page 155

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 02/26/2009 1032
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
 PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008       Sex: F                     MRUN: 242-20-79
Disch: 06/24/2014       Loc: RO                     Acct#: 9087992
-------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:  1 week Monday 03/09/09 at 0950am
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000165

**Exhibit B**

Page 156

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 02/19/2009 1007
Completed By: GOYAL,SANDRA -RN,NP
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                         Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT    Other (specify): IVC filter
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose

      Current Anticoagulation Dose: 7.5mg QWED/SAT and 5mg rest of the week
      coumadin on hold for 2 days due to supratherapeutic INR
      mg: 5mg
   I N R Results

      Today's measured INR result:   In clinic:     2.6
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
   Plan

      Warfarin / Coumadin   Dose: 10mg tonight and then   Same dose no changes
      Reinforcement of Patient Education
      *    Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *    Risks and benefits of anticoagulation therapy
      *    Common drug interactions
      *    Clinic notification of patient's change in health status /
      medications
      *    Warning signs or symptoms and when to seek emergency medical
      treatment
      *    Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *    Clinic policy regarding appointment attendance
      *    Medication adherence
      *    Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:   1 week 02-20-09 at 0950

                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

Exhibit B

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   157

```
                                                              Page 157
                         HARBOR UCLA MEDICAL CENTER

                    ONGOING ASSESSMENT FOR 02/17/2009 1054
                 Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
                                  501-9995
                           Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
    Admit: 03/25/2008          Sex: F                    MRUN: 242-20-79
    Disch: 06/24/2014          Loc: RO                  Acct#: 9087992
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

     DVT   Other (specify): IVC FILTER
   Anticipated Length Of Therapy

     Lifetime
   I N R Treatment Range Desired

     3-3.5
   Current Dose

     Current Anticoagulation Dose: 7.5 MG EVERY W & SA, AND AND 5 MG QHS REST
     OF WEEK
     mg: 5 MG TABLET
   I N R Results

     Today's measured INR result:   INR: 6.3
   Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.   Other (specify): STARTED TAKING GREEN TEA 2 DAYS AGO
   Plan

     Warfarin / Coumadin   Hold for:   2 days THEN RTC ON 2/19/09
   Reinforcement of Patient Education
   *   Indication for and length of anticoagulation therapy, therapeutic
   INR range, medication administration
   *   Risks and benefits of anticoagulation therapy
   *   Common drug interactions
   *   Clinic notification of patient's change in health status /
   medications
   *   Warning signs or symptoms and when to seek emergency medical
   treatment
   *   Avoidance of alcohol application and intake / contact sports /
   aspirin / non-steroidal anti-inflammatory drugs
   *   Medication adherence
   *   Clinic policy regarding appointment attendance
   *   Consistent weekly intake of vitamin K and usage of pillbox with
   dosage calendar   Other: WILL D/C TEA
   Return to clinic:
   Other (specify): 02/19/09 0950

                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)         initials:
```

P-HARBOR000167

**Exhibit B**

Page 158

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 01/23/2009 1029
Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
501-9995
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
--------------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
    No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
    Indication For Warfarin Therapy

        DVT
        IVC filter
    Anticipated Length Of Therapy

        Lifetime
    I N R Treatment Range Desired

        3-3.5
    Current Dose

        Current Anticoagulation Dose: 7.5 mg every WED & SAT, and 5 mg qhs rest
        of week
        mg: 5 mg tablet
    I N R Results

        Today's measured INR result:   In clinic:     3.3
    Pt Assessment

        Denies changes since last visit re: pain, bleeding/bruising, alcohol
        consumption/application, diet, medications, herbal products, health care
        status.   Other (specify): DID NOT START THE DIETARY TEA STATED ON
        PREVIOUS NOTE
    Plan

        Warfarin / Coumadin    Same dose no changes
        Reinforcement of Patient Education
        *    Indication for and length of anticoagulation therapy, therapeutic
        INR range, medication administration
        *    Risks and benefits of anticoagulation therapy
        *    Common drug interactions
        *    Clinic notification of patient's change in health status /
        medications
        *    Warning signs or symptoms and when to seek emergency medical
        treatment
        *    Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
        *    Clinic policy regarding appointment attendance
        *    Medication adherence
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   2 weeks FIRST AVAILABLE
                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)            initials:

Exhibit B

```
                                                    Page 159
                 HARBOR UCLA MEDICAL CENTER

            ONGOING ASSESSMENT FOR 01/23/2009 1029
         Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
                          501-9995
                   Printed on: 06/25/2014

   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                     MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
-----------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   160

```
                                                      Page 160
                    HARBOR UCLA MEDICAL CENTER

             ONGOING ASSESSMENT FOR 01/09/2009 0948
                Completed By: LARRABEE,PAIGE-RN,NP
                          310-222-5146
                    Printed on: 06/25/2014

   PAT: BUJANDA,JANET DEL  CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008       Sex: F                       MRUN: 242-20-79
   Disch: 06/24/2014       Loc: RO                      Acct#: 9087992
   -----------------------------------------------------------------------
```
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT
     IVC Filter
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     3-3.5
  Current Dose

     Current Anticoagulation Dose: 7.5 mg every WED/SAT, rest of the week 5
     mg qhs
     mg: 5 mg
  I N R Results

     Today's measured INR result:   In clinic:     4
  Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Patient complains of pain:   No
     Pt c/o spontaneous bleeding/bruising:
     Bleeding
     No
     Bruising
     No
     Changes in: diet / medication / herbal products    No:
  Plan

     Warfarin / Coumadin   Dose: take 2.5 mg tonight, 5 mg tomorrow (SAT),
     then resume previous dose as above.

     ** Patient will be starting a dietary Tea 3-4 days prior to next AC
     Clinic appointment **
     Reinforcement of Patient Education
     *   Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *   Risks and benefits of anticoagulation therapy
     *   Common drug interactions
     *   Clinic notification of patient's change in health status /
                                            BUJANDA,JANET DEL
                                            242-20-79
                                            DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)              initials:

**Exhibit B**

Page 161

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 01/09/2009 0948
Completed By: LARRABEE,PAIGE-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008       Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014       Loc: RO                   Acct#: 9087992
```
------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        medications
        *    Warning signs or symptoms and when to seek emergency medical
        treatment
        *    Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
        *    Medication adherence
        *    Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   2 weeks 1/23 at 0930

                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953

          (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000171

**Exhibit B**

Page 162

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 12/22/2008 0951
Completed By: DAGSAAN-CERVANTES,CINDY-RN,NP
501-9995
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                         Acct#: 9087992
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): IVC FILTER
Anticipated Length Of Therapy

    Lifetime
I N R Treatment Range Desired

    3-3.5
Current Dose

    Current Anticoagulation Dose: 7.5 MG EVERY WED & SAT, AND 5 MG QHS REST
    OF WEEK
    mg: 5 MG TABLET
I N R Results

    Today's measured INR result:   In clinic:     3.4
Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
Plan

    Warfarin / Coumadin   Same dose no changes
    Reinforcement of Patient Education
    *    Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *    Risks and benefits of anticoagulation therapy
    *    Common drug interactions
    *    Clinic notification of patient's change in health status /
    medications
    *    Warning signs or symptoms and when to seek emergency medical
    treatment
    *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *    Clinic policy regarding appointment attendance
    *    Medication adherence
    *    Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
    Return to clinic:   2 weeks 01/09/09 0920

                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000172

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008     163

Page 163

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 12/08/2008 1004
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): s/p IVC Filter
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation Dose: 7.5mg QWednesday and Saturday and 5mg QHS
    Rest of the Week
    (pt changed dosage days from QWed and Fri to QWed and Sat for better
    compliance)
    mg: 5mg tablet
  I N R Results

    Today's measured INR result:   In clinic:    3.6
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.
  Plan

    Warfarin / Coumadin   Same dose no changes
  Reinforcement of Patient Education
  *   Indication for and length of anticoagulation therapy, therapeutic
  INR range, medication administration
  *   Risks and benefits of anticoagulation therapy
  *   Common drug interactions
  *   Clinic notification of patient's change in health status /
  medications
  *   Warning signs or symptoms and when to seek emergency medical
  treatment
  *   Consistent weekly intake of vitamin K and usage of pillbox with
  dosage calendar
  *   Clinic policy regarding appointment attendance
  *   Medication adherence
  *   Avoidance of alcohol application and intake / contact sports /
  aspirin / non-steroidal anti-inflammatory drugs
  Return to clinic:   2 weeks Monday 12/22/08 at 0900am
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)         initials:

P-HARBOR000173

**Exhibit B**

```
                                                            Page 164
                        HARBOR UCLA MEDICAL CENTER

                 ONGOING ASSESSMENT FOR 12/08/2008 1004
                    Completed By: TRINH,CHERYL-RN,NP
                              310-222-5146
                         Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008          Sex: F                    MRUN: 242-20-79
   Disch: 06/24/2014          Loc: RO                   Acct#: 9087992
   ------------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
```

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000174

**Exhibit B**

Page 165

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 11/21/2008 1032
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                       Acct#: 9087992
```
------------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT    Other (specify): S/P IVC FILTER
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     3-3.5
  Current Dose

     Current Anticoagulation Dose: WED. = 7.5 MG.,REST OF THE WEEK = 5 MG.
     mg: 5 MG TAB.
  I N R Results

     Today's measured INR result:   INR: 2.8
  Pt Assessment


     Patient complains of pain:   No
     Changes in: diet / medication / herbal products    Yes STARTED RANITIDINE
     DAILY OCT. 25, 2008. INSTRUCTED PATIENT TO CALL ANTICAOG. CLINIC IN THE
     FUTURE WITH ANY MED.,DIET OR HEALTH CHANGES.
     Language
     Preferred Language:   English   Written instructions given    Verbal
     instructions given
  Plan

     Warfarin / Coumadin   Dose: WED. AND FRI. = 7.5 MG.,REST OF THE WEEK = 5
     MG.
     Reinforcement of Patient Education
     *    Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *    Risks and benefits of anticoagulation therapy
     *    Common drug interactions
     *    Clinic notification of patient's change in health status /
     medications
     *    Warning signs or symptoms and when to seek emergency medical
     treatment
     *    Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *    Clinic policy regarding appointment attendance
     *    Medication adherence
     *    Avoidance of alcohol application and intake / contact sports /
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)              initials:
```

Exhibit B

Page 166

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 11/21/2008 1032
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                       MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                      Acct#: 9087992
--------------------------------------------------------------------------
```
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:   2 weeks DEC. 8, 2008 AT 0930.

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000176

**Exhibit B**

Page 167

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 10/24/2008 1122
Completed By: LARRABEE,PAIGE-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
    s/p IVC Filter
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation Dose: 7.5 mg every WED, rest of the week 5 mg
    qhs
    mg: 5 mg
  I N R Results

    Today's measured INR result:  In clinic:    2.3
  Pt Assessment


    Patient complains of pain:   No
    Compliance Issues / Missed Doses:   Yes Stopped for 4 days last week for
    Colonoscopy.
    Pt instructed to inform us of pending procedures with dates and notify
    us if a MD instructs her to stop coumadin.
    She stated understanding.
  Plan

    Warfarin / Coumadin   Dose: 7.5 mg tonight and then resume previous dose
    as above.
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Common drug interactions
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Clinic policy regarding appointment attendance
    *   Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
    Return to clinic:   4 weeks

                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000177

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   168

```
                                                              Page 168
                      HARBOR UCLA MEDICAL CENTER

                  ONGOING ASSESSMENT FOR 09/23/2008 1510
                    Completed By: TRINH,CHERYL-RN,NP
                              310-222-5146
                         Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
  Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
  Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
-------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT   Other (specify): s/p IVC Filter
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     3-3.5
  Current Dose

     Current Anticoagulation Dose: 7.5mg QWednesday and 5mg QHS Rest of the
     Week
     mg: 5mg tablet
  I N R Results

     Today's measured INR result:   In clinic:      3.9
  Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
  Plan

     Warfarin / Coumadin   Hold for:   1 day tonight x 1 then resume current
     dose as above
  Reinforcement of Patient Education
     *   Indication for and length of anticoagulation therapy, therapeutic
  INR range, medication administration
     *   Risks and benefits of anticoagulation therapy
     *   Common drug interactions
     *   Clinic notification of patient's change in health status /
  medications
     *   Warning signs or symptoms and when to seek emergency medical
  treatment
     *   Consistent weekly intake of vitamin K and usage of pillbox with
  dosage calendar
     *   Clinic policy regarding appointment attendance
     *   Medication adherence
     *   Avoidance of alcohol application and intake / contact sports /
  aspirin / non-steroidal anti-inflammatory drugs
  Return to clinic:   4 weeks

                                             BUJANDA,JANET DEL
                                             242-20-79
                                             DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)         initials:
```

P-HARBOR000178

**Exhibit B**

Page 169

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 09/05/2008 1510
Completed By: CABRERA,BLANCA-RN
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                            MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                           Acct#: 9087992
```
------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

      DVT    Other (specify): S/P IVC FILTER
  Anticipated Length Of Therapy

      Lifetime
  I N R Treatment Range Desired

      3-3.5
  Current Dose

      Current Anticoagulation Dose: WED. = 7.5 MG.,REST OF THE WEEK = 5 MG.
      mg: 5 MG TAB.
  I N R Results

      Today's measured INR result:   INR: 2.5
  Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
      Language
      Preferred Language:   English   Written instructions given   Verbal
      instructions given
  Plan

      Warfarin / Coumadin   Dose: TODAY TAKE 7.5 MG.,THEN CONTINUE SAME DOSE.
      Reinforcement of Patient Education
      *    Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *    Risks and benefits of anticoagulation therapy
      *    Common drug interactions
      *    Clinic notification of patient's change in health status /
      medications
      *    Warning signs or symptoms and when to seek emergency medical
      treatment
      *    Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *    Clinic policy regarding appointment attendance
      *    Medication adherence
      *    Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:
      Other (specify): SEPT. 23, 2008 AT 1400.

                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
  (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

P-HARBOR000179

**Exhibit B**

```
                                                        Page 170
                    HARBOR UCLA MEDICAL CENTER

             ONGOING ASSESSMENT FOR 09/05/2008 1510
                 Completed By: CABRERA,BLANCA-RN
                     Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
      Admit: 03/25/2008      Sex: F                       MRUN: 242-20-79
      Disch: 06/24/2014      Loc: RO                       Acct#: 9087992
      -----------------------------------------------------------------------
      ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
```

```
                                                  BUJANDA,JANET DEL
                                                  242-20-79
                                                  DOB: 01/19/1953
      (FILE IN MED REC: OP CLINIC TREATMENT)      initials:
```

P-HARBOR000180

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   171

Page 171

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 08/13/2008 1432
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
```
---
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT   Other (specify): s/p IVC Filter
   Anticipated Length Of Therapy

      Lifetime
   I N R Treatment Range Desired

      3-3.5
   Current Dose

      Current Anticoagulation Dose: PER PT, HEMATOLOGY MD D/C HER COUMADIN AND
      WAS PLACED ON LOVENOX 70MG Q12H FROM 06/26/08 -- 07/31/08. PT UNABLE TO
      STATE WHY MD D/C'D COUMADIN AND STARTED HER ON LOVENOX.

      PT RESTARTED COUMADIN ON 08/01/08.  PT HAS BEEN TAKING 5MG QHS
      08/01/08--08/12/08.
      mg: 5mg tablet
   I N R Results

      Today's measured INR result:   In clinic:      2.9
   Pt Assessment

      Denies changes since last visit re: pain, bleeding/bruising, alcohol
      consumption/application, diet, medications, herbal products, health care
      status.
   Plan

      Warfarin / Coumadin   Dose: START TONIGHT = 7.5mg QWednesday and 5mg QHS
   Rest of the Week
   Reinforcement of Patient Education
   *    Indication for and length of anticoagulation therapy, therapeutic
   INR range, medication administration
   *    Risks and benefits of anticoagulation therapy
   *    Common drug interactions
   *    Clinic notification of patient's change in health status /
   medications
   *    Warning signs or symptoms and when to seek emergency medical
   treatment
   *    Consistent weekly intake of vitamin K and usage of pillbox with
   dosage calendar
   *    Clinic policy regarding appointment attendance
   *    Medication adherence

                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)            initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008    172

```
                                                    Page 172
                    HARBOR UCLA MEDICAL CENTER

             ONGOING ASSESSMENT FOR 08/13/2008 1432
               Completed By: TRINH,CHERYL-RN,NP
                         310-222-5146
                    Printed on: 06/25/2014

   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                       Acct#: 9087992
--------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan (Cont.)
     *   Avoidance of alcohol application and intake / contact sports /
       aspirin / non-steroidal anti-inflammatory drugs
       Return to clinic:   3 weeks
```

```
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953

   (FILE IN MED REC: OP CLINIC TREATMENT)         initials:
```

P-HARBOR000182

**Exhibit B**

Page 173

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 06/19/2008 1109
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008      Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014      Loc: RO                      Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT   Other (specify): S/P IVC Filter
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     3-3.5
  Current Dose

     Current Anticoagulation Dose: 7.5mg QThursday and 5mg QHS Rest of the
     Week
     mg: 5mg tablet
  I N R Results

     Today's measured INR result:   In clinic:     3.4
  Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
  Plan

     Warfarin / Coumadin    Same dose no changes
     Rx given
     Coumadin 5mg #35 x 3 Refills    Approved by:   C. Pendon, NP
     Reinforcement of Patient Education
     *   Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *   Risks and benefits of anticoagulation therapy
     *   Common drug interactions
     *   Clinic notification of patient's change in health status /
     medications
     *   Warning signs or symptoms and when to seek emergency medical
     treatment
     *   Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *   Clinic policy regarding appointment attendance
     *   Medication adherence
     *   Avoidance of alcohol application and intake / contact sports /
     aspirin / non-steroidal anti-inflammatory drugs
     Return to clinic:   3 weeks

                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)           initials:

P-HARBOR000183

**Exhibit B**

```
                                                        Page 174
                        HARBOR UCLA MEDICAL CENTER

                  ONGOING ASSESSMENT FOR 06/19/2008 1109
                     Completed By: TRINH,CHERYL-RN,NP
                              310-222-5146
                         Printed on: 06/25/2014

       PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
     Admit: 03/25/2008       Sex: F                      MRUN: 242-20-79
     Disch: 06/24/2014       Loc: RO                     Acct#: 9087992
     ------------------------------------------------------------------------
     ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
```

```
                                                 BUJANDA,JANET DEL
                                                 242-20-79
                                                 DOB: 01/19/1953
      (FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

**Exhibit B**

Page 175

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 06/05/2008 1026
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                    Acct#: 9087992
--------------------------------------------------------------------------
```
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT   Other (specify): s/p IVC Filter
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     3-3.5
  Current Dose

     Current Anticoagulation Dose: 2.5mg QThursday and 5mg QHS Rest of the
     Week

     (PT TOOK 5MG QHS SINCE LAST VISIT)
  mg: 5mg tablet
  I N R Results

     Today's measured INR result:   In clinic:     2.6
  Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
     Compliance Issues / Missed Doses:   Yes States cannot remember if she
     missed a dose.
  Plan

     Warfarin / Coumadin   Dose: INCRESASE DOSE to 7.5mg QThursday and 5mg
     QHS Rest of the Week
     Reinforcement of Patient Education
     *   Indication for and length of anticoagulation therapy, therapeutic
     INR range, medication administration
     *   Risks and benefits of anticoagulation therapy
     *   Common drug interactions
     *   Clinic notification of patient's change in health status /
     medications
     *   Warning signs or symptoms and when to seek emergency medical
     treatment
     *   Consistent weekly intake of vitamin K and usage of pillbox with
     dosage calendar
     *   Clinic policy regarding appointment attendance
     *   Medication adherence
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008      176

                                                          Page 176

                         HARBOR UCLA MEDICAL CENTER

                    ONGOING ASSESSMENT FOR 06/05/2008 1026
                       Completed By: TRINH,CHERYL-RN,NP
                                310-222-5146
                            Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
   Disch: 06/24/2014          Loc: RO              Acct#: 9087992
   ---------------------------------------------------------------------
   ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
      Plan (Cont.)
         *   Avoidance of alcohol application and intake / contact sports /
         aspirin / non-steroidal anti-inflammatory drugs
         Return to clinic:   2 weeks Thursday 06/19/08 at 1000am


                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953
        (FILE IN MED REC: OP CLINIC TREATMENT)          initials:


                                                         P-HARBOR000186

                          **Exhibit B**

Page 177

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 05/21/2008 1015
Completed By: LARRABEE,PAIGE-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
```
--------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT
    s/p IVC Filter
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
  Current Dose

    Current Anticoagulation Dose: 2.5 mg every TH, rest of the week 5 mg qhs

    mg: 5 mg
  I N R Results

    Today's measured INR result:   In clinic:    2.9
  Pt Assessment

    Patient complains of pain:   No
    Pt c/o spontaneous bleeding/bruising:
    Bleeding
    No
    Bruising
    No   Other (specify): reddened area/errythema on left shin down to
    ankle.  c/o mild discomfort, tenderness and warm to touch and mild
    swelling.  Just returned from Cancun and denies trauma to extremity,
    fever/chills, itching.
    Advised to go to UC for further assessment.
  Plan

    Warfarin / Coumadin   Dose: 7.5 mg tonight, then resume previous dose as
    above.
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
                                          BUJANDA,JANET DEL
                                          242-20-79
                                          DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008    178

Page 178

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 05/21/2008 1015
Completed By: LARRABEE,PAIGE-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                   Acct#: 9087992
```
------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        treatment
       *   Consistent weekly intake of vitamin K and usage of pillbox with
dosage calendar
       *   Clinic policy regarding appointment attendance
       *   Medication adherence
       *   Avoidance of alcohol application and intake / contact sports /
aspirin / non-steroidal anti-inflammatory drugs
       Return to clinic:  2 weeks next available. Pt to scheudule.

BUJANDA,JANET DEL
242-20-79
DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)        initials:

P-HARBOR000188

**Exhibit B**

Patient Name: BUJANDA, JANET D   MRN: 242-20-79   Admit: 03/25/2008   179

```
                                                        Page 179
                    HARBOR UCLA MEDICAL CENTER

            ONGOING ASSESSMENT FOR 05/08/2008 1012
               Completed By: TRINH,CHERYL-RN,NP
                       310-222-5146
                   Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
   Disch: 06/24/2014        Loc: RO                   Acct#: 9087992
   -----------------------------------------------------------------------
   Med Allergies/Adverse Reactions:
     No Known Drug Allergy

   ANTICOAGULATION CLINIC-CLINIC VISIT
     Indication For Warfarin Therapy

         DVT   Other (specify):
         S/P IVC Filter (04/01/08)
     Anticipated Length Of Therapy

         Lifetime
   I N R Treatment Range Desired

         3-3.5
   Current Dose

         Current Anticoagulation Dose: 5mg QHS
         mg: 5mg tablet
   I N R Results

         Today's measured INR result:   In clinic:      3.7
   Pt Assessment

         Denies changes since last visit re: pain, bleeding/bruising, alcohol
         consumption/application, diet, medications, herbal products, health care
         status.
   Pt Info / Contributing Factors

         Pt is leaving for Cancun 05/12--05/20.
   Plan

         Warfarin / Coumadin   Dose: DECREASE DOSE to 2.5mg QThursday and 5mg QHS
         Rest of the Week
         Reinforcement of Patient Education
         *   Indication for and length of anticoagulation therapy, therapeutic
         INR range, medication administration
         *   Risks and benefits of anticoagulation therapy
         *   Common drug interactions
         *   Clinic notification of patient's change in health status /
         medications
         *   Warning signs or symptoms and when to seek emergency medical
         treatment
         *   Consistent weekly intake of vitamin K and usage of pillbox with
         dosage calendar
         *   Clinic policy regarding appointment attendance
         *   Medication adherence
         *   Avoidance of alcohol application and intake / contact sports /
                                                BUJANDA,JANET DEL
                                                242-20-79
   (FILE IN MED REC: OP CLINIC TREATMENT)          DOB: 01/19/1953
                                            initials:
```

**Exhibit B**

```
                                                        Page 180
                      HARBOR UCLA MEDICAL CENTER

                  ONGOING ASSESSMENT FOR 05/08/2008 1012
                    Completed By: TRINH,CHERYL-RN,NP
                              310-222-5146
                          Printed on: 06/25/2014

      PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
    Admit: 03/25/2008         Sex: F                    MRUN: 242-20-79
    Disch: 06/24/2014         Loc: RO                   Acct#: 9087992
    ------------------------------------------------------------------------
    ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
       Plan (Cont.)
         aspirin / non-steroidal anti-inflammatory drugs
         Return to clinic:  2 weeks Wednesday 05/22/08 at 1000am
```

```
                                                     BUJANDA,JANET DEL
                                                     242-20-79
                                                     DOB: 01/19/1953

      (FILE IN MED REC: OP CLINIC TREATMENT)         initials:
```

P-HARBOR000190

**Exhibit B**

```
                                                      Page 181
                    HARBOR UCLA MEDICAL CENTER

           ONGOING ASSESSMENT FOR 05/01/2008 0932
               Completed By: TRINH,CHERYL-RN,NP
                         310-222-5146
                     Printed on: 06/25/2014

   PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
   Admit: 03/25/2008        Sex: F                    MRUN: 242-20-79
   Disch: 06/24/2014        Loc: RO              Acct#: 9087992
   -------------------------------------------------------------------
   Med Allergies/Adverse Reactions:
     No Known Drug Allergy

   ANTICOAGULATION CLINIC-CLINIC VISIT
     Indication For Warfarin Therapy

       DVT   Other (specify): s/p IVC Filter 04/01/08
     Anticipated Length Of Therapy

       Lifetime
     I N R Treatment Range Desired

       3-3.5
     Current Dose

       Current Anticoagulation Dose: 7.5mg QTuesday and 5mg QHS Rest of the
       Week
       mg: 5mg tablet
     I N R Results

       Today's measured INR result:    In clinic:      3.7
     Pt Assessment


       Patient complains of pain:    Yes
       Location: Left upper thigh.  Continues to have discomfort, warmth, and
       swelling to left upper thigh.  Pt still has not obtained appt with PMD
       despite advisement to schedule an appt for further eval.  Pt also
       refuses to go to ER stating that "last time I went they said they can't
       do anything for me".  Advised pt again to go to ER for further eval or
       obtain appt with PMD to eval ongoing sx. Pt understood, but still
       appeared reluctant.    Numeric Rating Scale (NRS)   2
       Pt c/o spontaneous bleeding/bruising:
       Bleeding
       No
       Bruising
       No
       Changes in: diet / medication / herbal products   Yes Pt continues to
       use Vicodin 1 tab PRN Pain.  Has been taking 1 tab of Vicodin before
       bedtime for 1 week.  Also takes Tylenol PRN Pain in the "daytime" if the
       pain is "too much".
       Consumption of alcohol within the last 72 hours?:   No
     Pt Info / Contributing Factors

       PT IS GOING TO CANCUN 05/13/08 X 1 WEEK.  ADVISED PT TO PERFORM ROM
       EXERCISES TO LOWER EXT AND ELEVATE LEFT LOWER EXT DURING FLIGHT TO
       MAINTAIN CIRCULATION TO LOWER EXT.  PT UNDERSTOOD.
                                           BUJANDA,JANET DEL
                                           242-20-79
                                           DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)            initials:
```

**Exhibit B**

Page 182

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 05/01/2008 0932
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                          MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                         Acct#: 9087992
```
------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
   Plan

      Warfarin / Coumadin    Dose: Starting tonight---5MG QHS
      Reinforcement of Patient Education
      *    Indication for and length of anticoagulation therapy, therapeutic
      INR range, medication administration
      *    Risks and benefits of anticoagulation therapy
      *    Common drug interactions
      *    Clinic notification of patient's change in health status /
      medications
      *    Warning signs or symptoms and when to seek emergency medical
      treatment
      *    Consistent weekly intake of vitamin K and usage of pillbox with
      dosage calendar
      *    Clinic policy regarding appointment attendance
      *    Medication adherence
      *    Avoidance of alcohol application and intake / contact sports /
      aspirin / non-steroidal anti-inflammatory drugs
      Return to clinic:  1 week Thursday 05/08/08 at 1000am

                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953
   (FILE IN MED REC: OP CLINIC TREATMENT)        initials:

Exhibit B

Page 183

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/24/2008 0924
Completed By: GALINDO,JENNIFER B.-RN,NP
310-222-2515
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                     Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT    Other (specify): S/P IVC filter 4/1/08
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
    DVT extension despite therapeutic at 2-3
  Current Dose

    Current Anticoagulation Dose: 7.5mg THUR/SAT, 5mg rest of the week
    mg: 5mg/tab
  I N R Results

    Today's measured INR result:   In clinic:    3.7
  Pt Assessment

    Denies changes since last visit re: pain, bleeding/bruising, alcohol
    consumption/application, diet, medications, herbal products, health care
    status.   Other (specify): Patient still has swelling to left lower
    extremity.
    Advised to make appt with a PMD.  List given to patient.  Also informed
    of hematology appt in May.
  Plan

    Warfarin / Coumadin   Dose: 2.5mg today only then decrease dose to 7.5mg
    MON, 5mg rest of the week
    Reinforcement of Patient Education
    *    Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *    Risks and benefits of anticoagulation therapy
    *    Common drug interactions
    *    Clinic notification of patient's change in health status /
    medications
    *    Warning signs or symptoms and when to seek emergency medical
    treatment
    *    Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *    Clinic policy regarding appointment attendance
    *    Medication adherence
    *    Avoidance of alcohol application and intake / contact sports /
                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)          initials:
```

Exhibit B

```
                                                         Page 184
                       HARBOR UCLA MEDICAL CENTER

                 ONGOING ASSESSMENT FOR 04/24/2008 0924
             Completed By: GALINDO,JENNIFER B.-RN,NP
                           310-222-2515
                       Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                     Acct#: 9087992
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Plan (Cont.)
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:  1 week 5/1/08 0840
```

```
                                           BUJANDA,JANET DEL
                                           242-20-79
                                           DOB: 01/19/1953
     (FILE IN MED REC: OP CLINIC TREATMENT)         initials:
```

**Exhibit B**

Page 185

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/17/2008 0902
Completed By: GALINDO,JENNIFER B.-RN,NP
310-222-2515
Printed on: 06/25/2014

PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008          Sex: F                    MRUN: 242-20-79
Disch: 06/24/2014          Loc: RO                   Acct#: 9087992
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

     DVT   Other (specify): S/P IVC filter 4/1/08
  Anticipated Length Of Therapy

     Lifetime
  I N R Treatment Range Desired

     3-3.5
     see previous notes
  Current Dose

     Current Anticoagulation Dose: 5mg qHS
     mg: 5mg/tab
  I N R Results

     Today's measured INR result:   In clinic:     2.3
  Pt Assessment

     Denies changes since last visit re: pain, bleeding/bruising, alcohol
     consumption/application, diet, medications, herbal products, health care
     status.
  Plan

     Warfarin / Coumadin   Dose: Increase dose to 7.5mg THU/SAT, 5mg rest of
     the week
  Reinforcement of Patient Education
  *    Indication for and length of anticoagulation therapy, therapeutic
  INR range, medication administration
  *    Risks and benefits of anticoagulation therapy
  *    Common drug interactions
  *    Clinic notification of patient's change in health status /
  medications
  *    Warning signs or symptoms and when to seek emergency medical
  treatment
  *    Medication adherence
  *    Avoidance of alcohol application and intake / contact sports /
  aspirin / non-steroidal anti-inflammatory drugs
  *    Consistent weekly intake of vitamin K and usage of pillbox with
  dosage calendar
  *    Clinic policy regarding appointment attendance
  Return to clinic:   1 week 4/24/08 0800

                                        BUJANDA,JANET DEL
                                        242-20-79
                                        DOB: 01/19/1953

(FILE IN MED REC: OP CLINIC TREATMENT)           initials:

**Exhibit B**

Page 186

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/11/2008 1100
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                           MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                          Acct#: 9087992
```
------------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
  No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
  Indication For Warfarin Therapy

    DVT   Other (specify): S/P IVC Filter (04/01/08)
  Anticipated Length Of Therapy

    Lifetime
  I N R Treatment Range Desired

    3-3.5
    See previous notes
  Current Dose

    Current Anticoagulation Dose: 04/07 = 7.5mg
    04/08--04/10 = 5mg
    Lovenox 80mg Q12H
    mg: 5mg tablet
  I N R Results

    Today's measured INR result:   In clinic:       3.4
  Pt Assessment


    Patient complains of pain:   Yes
    Location: Left lower extremity. Noted to have increased swelling +2-+3
    to left lower extremity since last visit.  Pt S/P Recent DVT to Left
    Femoral.  S/P IVC Filter 04/01/08.  Stongly advised pt to got to ER.  Pt
    hesistant to go because "the wait is too long".  Advised pt that her leg
    should be evaluated to assess if there were any complications r/t IVC
    filter or other causes for the increased swelling and pain.  Pt takes
    Tylenol PRN Pain BID with minimal relief. Pt has appt with 1A on
    04/17/08 at 0940am.   Numeric Rating Scale (NRS)   2
    Pt c/o spontaneous bleeding/bruising:
    Bleeding
    No
    Bruising
    No
    Changes in: diet / medication / herbal products
    Consumption of alcohol within the last 72 hours?:   No
    Recent changes in health status since last visit:   Yes
    Other: See above note
  Plan

    Warfarin / Coumadin   Dose: Continue 5mg QHS   enoxaparin (Lovenox)
                                                   BUJANDA,JANET DEL
                                                   242-20-79
                                                   DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)             initials:

**Exhibit B**

Page 187

HARBOR UCLA MEDICAL CENTER

ONGOING ASSESSMENT FOR 04/11/2008 1100
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL   CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008         Sex: F                      MRUN: 242-20-79
Disch: 06/24/2014         Loc: RO                     Acct#: 9087992
```
--------------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
  Plan (Cont.)
    Dose: DISCONTINUE
    Reinforcement of Patient Education
    *   Indication for and length of anticoagulation therapy, therapeutic
    INR range, medication administration
    *   Risks and benefits of anticoagulation therapy
    *   Common drug interactions
    *   Clinic notification of patient's change in health status /
    medications
    *   Warning signs or symptoms and when to seek emergency medical
    treatment
    *   Consistent weekly intake of vitamin K and usage of pillbox with
    dosage calendar
    *   Clinic policy regarding appointment attendance
    *   Medication adherence
    *   Avoidance of alcohol application and intake / contact sports /
    aspirin / non-steroidal anti-inflammatory drugs
    Return to clinic:   1 week Thursday 04/17/08 at 0900am

                                              BUJANDA,JANET DEL
                                              242-20-79
                                              DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)        initials:
```

**Exhibit B**

Page 188

HARBOR UCLA MEDICAL CENTER

INITIAL ASSESSMENT FOR 04/07/2008 1110
Completed By: TRINH,CHERYL-RN,NP
310-222-5146
Printed on: 06/25/2014

```
PAT: BUJANDA,JANET DEL CAAge: 61Y    Attn Phy: *No Attend Phy* Ins: MCAL MC L
Admit: 03/25/2008        Sex: F                        MRUN: 242-20-79
Disch: 06/24/2014        Loc: RO                        Acct#: 9087992
```
--------------------------------------------------------------------------
Med Allergies/Adverse Reactions:
   No Known Drug Allergy

ANTICOAGULATION CLINIC-CLINIC VISIT
   Indication For Warfarin Therapy

      DVT
      (January 2008)    Other (specify): S/P Left Femoral Deep Vein Thrombus
      with IVC Filter Placement 04/01/08
   Anticipated Length Of Therapy

      3 months - until: June 2008

      Pt may need longer duration for Length of Therapy d/t 2 episodes of
      DVT's 3 months apart.  Pt will need re-eval form prior to May 2008 to
      give to Hematology MD.
   I N R Treatment Range Desired

      3-3.5

      INR Range changed per Discharge Summary 03/29/08--04/03/08
   Current Dose

      Current Anticoagulation Dose:
      Upon discharge home from HULCA:
      04/04 = 7.5mg
      04/05 = 7.5mg
      04/06 = 5mg

      LOVENOX 80mg Q12H
      mg: 5mg tablet
   I N R Results

      Today's measured INR result:    In clinic:    2.2    INR:
      INR on 04/03 per lab = 1.0
   Pt Assessment


      Patient complains of pain:    No
      Pt c/o spontaneous bleeding/bruising:
      Bleeding
      No
      Bruising
      No
      Changes in: diet / medication / herbal products    No:
      Consumption of alcohol within the last 72 hours?:    No
      Recent changes in health status since last visit:    Yes
                                                BUJANDA,JANET DEL
                                                242-20-79
                                                DOB: 01/19/1953
(FILE IN MED REC: OP CLINIC TREATMENT)              initials:

P-HARBOR000198

**Exhibit B**

```
                                                              Page 189
                        HARBOR UCLA MEDICAL CENTER

                  INITIAL ASSESSMENT FOR 04/07/2008 1110
                     Completed By: TRINH,CHERYL-RN,NP
                              310-222-5146
                          Printed on: 06/25/2014

    PAT: BUJANDA,JANET DEL CAAge: 61Y   Attn Phy: *No Attend Phy* Ins: MCAL MC L
    Admit: 03/25/2008          Sex: F                     MRUN: 242-20-79
    Disch: 06/24/2014          Loc: RO                    Acct#: 9087992
    -----------------------------------------------------------------------
ANTICOAGULATION CLINIC-CLINIC VISIT (Cont.)
    Pt Assessment (Cont.)
        Hospitalizations: Pt was hospitalized at HUCLA on 03/29--04/03 for left
        femoral DVT with IVC Placement on 04/01.  Pt had first DVT 2 months ago.
        Pt noted to have 2+ edema to right upper thigh. Skin is warm, no
        bruising, or other signs noted.  Pt advised to keep leg elevated while
        resting and ok to take Tylenol PRN Pain.
    Plan

        Warfarin / Coumadin  Dose: 7.5mg tonight x 1 then 5mg QHS   enoxaparin
        (Lovenox)   Dose: Continue 80mg Q12H---pt only has enough injections
        until RTC.
        Reinforcement of Patient Education
        *   Indication for and length of anticoagulation therapy, therapeutic
        INR range, medication administration
        *   Risks and benefits of anticoagulation therapy
        *   Common drug interactions
        *   Clinic notification of patient's change in health status /
        medications
        *   Warning signs or symptoms and when to seek emergency medical
        treatment
        *   Consistent weekly intake of vitamin K and usage of pillbox with
        dosage calendar
        *   Clinic policy regarding appointment attendance
        *   Medication adherence
        *   Avoidance of alcohol application and intake / contact sports /
        aspirin / non-steroidal anti-inflammatory drugs
        Return to clinic:
        Other (specify): Friday 04/11/08 at 10:00am
```

```
                                                    BUJANDA,JANET DEL
                                                    242-20-79
                                                    DOB: 01/19/1953
    (FILE IN MED REC: OP CLINIC TREATMENT)          initials:

    * System: HUMC LIVE ******************************** For: CHANG,RICHARD *
    *         End: HUMC14 CLA ANTICOAGULATION CLINIC CLINIC VISIT          *
    ***********************************************************************
```

P-HARBOR000199

**Exhibit B**

Patient Name: BUJANDA, JANET D  MRN: 242-20-79  Admit: 03/25/2008  2
*Final*

1. The patient given mammography referral.
2. The patient to followup in Coumadin clinic as scheduled.
3. Cardiology referral placed for the patient.
4. The patient to return to clinic p.r.n. or in one year for her annual exam.


PROVIDER: PAULA SHULMAN-JOSEPHSON, INTERN
PS / MedQ  721436
D:  03/18/2010 10:43:44  T:  03/18/2010 12:20:21
Electronically Signed By: PAULA SHULMAN, MD On: 03/19/2010 10:10 AM

P-HARBOR000203

**Exhibit B**