IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- MDL No. 2570 |

This Document Relates to Plaintiff(s)
Whitney Fry   Civil Case # 1:17-cv-4145
Janet Bujanda  Civil Case # 1:17-cv-4143

### AFFIDAVIT OF ROBERT J. EVOLA

Before me, the undersigned authority, personally appeared Robert J. Evola who, being by me duly sworn, deposed as follows:

My name is Robert J. Evola. I am over eighteen (18) years of age. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am an attorney for SL Chapman, LLC, the attorneys representing Whitney Fry and Janet Bujanda.

I have read the above Response of Whitney Fry and Janet Bujanda to Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order and/or Motion to Extend Time to Respond, and everything contained therein is true and correct.

On February 8, 2019, I personally oversaw the service of the completed Case Categorization and requisite medical records for these Plaintiffs via email to email addresses CookFilterMDL@FaegreBD.com and plaintiffscoleadcounselmdl@gmail.com and pursuant to this Court's Order.

FURTHER AFFIANT SAYETH NOT

**Exhibit C**

The 8th day of February, 2019     Robert J. Evola
                   Attorney for Plaintiffs

Sworn and subscribed before me,

This 8th day of February, 2019

_____
NOTARY PUBLIC

ASHLEY OGLESBY
Notary Public - Notary Seal
State of Missouri, Saint Louis City
Commission # 12316537
My Commission Expires Mar 19, 2020

**Exhibit C**