**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL INC., IVC FILTERS
AND MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                   MDL No. 2570

_____

This Document Relates to the Following Actions:

1:17-cv-01025; 1:18-cv-02657; 1:18-cv-02694; 1:18-cv-02705;
1:18-cv-02913; 1:18-cv-02950; 1:18-cv-02959; 1:18-cv-03000;
1:18-cv-03002; 1:18-cv-03011; 1:18-cv-03035; 1:18-cv-03172;
1:18-cv-03188

**RESPONSE OF PLAINTIFF'S COUNSEL FOR MAISHA WILSON**
**TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the Motion to Dismiss filed by Defendants on December 14, 2018, and would respectfully show the Court the following:

I.

Plaintiff's counsel filed this lawsuit on August 20, 2018. After the filing of Plaintiff's lawsuit, counsel for Plaintiff learned Ms. Wilson had passed away. Plaintiff's counsel was contacted by Kashaun McZorn, son of Maisha Wilson. He stated that he was her representative and would like to continue with the lawsuit. He was informed that he would need to complete and return the Plaintiff Profile Form, Plaintiff Fact Sheet and Authorizations.

Since the first contact was had with Kashaun McZorn in August 2018, counsel for Plaintiff has been unable to make contact with Mr. McZorn. Counsel has made numerous attempts by telephone and written correspondence (via Federal Express, U.S. First Class mail and U.S.

1

Certified mail) over the last few months, but counsel has never received any response or return communication.

Because Plaintiff's counsel has been unsuccessful in contacting the heirs of decedent Plaintiff, counsel is unable to respond and cure the PFS deficiency.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to successfully communicate with the family members of decedent in order to cure the PFS deficiency. While Counsel does not have written permission from Plaintiff's representatives and/or family members to agree to a stipulation of dismissal of this claim, Counsel has no basis to contest such a dismissal at this time. However, in light of the inability of Plaintiff's counsel to confirm that decedent Plaintiff's relatives and/or estate representatives are aware of the imminent dismissal of this claim, Plaintiff's counsel would request that this Court dismiss this matter without prejudice so that if decedent Plaintiff's relatives are ultimately located, they can have the opportunity re-file their claim.

Dated:  February 8, 2019                    Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
