UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., INC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff<br><br>JOHN ROBERT HYDE, JR. | Civil Case No: 1:18-cv-02682 |

**PLAINTIFF'S RESPONSE TO ORDER REGARDING CASE CATEGORIZATION AND CENSUS**

Pursuant to the Court's Order on the Cook Defendants' Motion for Screening Order and Bellwether Plan (Doc. 9322), Plaintiff, JOHN ROBERT HYDE, JR., files Plaintiff's Response to Order Regarding Case Categorization and Census.

**CERTIFICATE OF SERVICE**

I hereby certify that on ___Nov. 30___, 2018, a copy of the foregoing Plaintiff's Response to Order Regarding Case Categorization and Census was sent electronically via email to CookFilterMDL@FaegreBD.com and Plaintiffscoleadcounselmdl@gmail.com.

**EXHIBIT A**

Respectfully submitted,

FLORIN ROEBIG, P.A.

*[signature]*

ERIC P. CZELUSTA, ESQ.
Florida Bar No: 152315
**WIL H. FLORIN, ESQ.**
Florida Bar No: 0337234
Primary Email: WHF@florinroebig.com
Secondary Emails: ECzelusta@florinroebig.com
Dewing@florinroebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone: 727-786-5000
Facsimile: 727-772-9833
Attorneys for Plaintiff Hyde

## CATEGORIZATION FORM

A. Plaintiff's Name: **JOHN ROBERT HYDE, JR.**

B. Plaintiff's Case Number: **18-cv-02682**

C. Plaintiff's Counsel (Lead Firm Name): **FLORIN ROEBIG, P.A.**

D. Categorization (check only one and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases:</u> "Cases where Plaintiff's profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: \_\_\_\_

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: \_\_\_\_

    Briefly describe claimed complication/outcome/injury:

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: \_\_\_\_

    Briefly describe claimed complication/outcome/injury:

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: \_\_\_\_

    Briefly describe claimed complication/outcome/injury:

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's

Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: _____

Briefly describe claimed complication/outcome/injury:

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: _____

Briefly describe claimed complication/outcome/injury:

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: __X_ **Circle all sub-categories that apply below:**

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

(b) Filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

(d) Filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;

Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) Penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:

(f) Recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: *Mr. Hyde has many blood clots in his lungs, PE's, coughs up bloody mucous, shortness of breath, overall weakness, stroke in the summer of 2018 and heart failure in 2018.*

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:

(h) Infection;

Briefly describe claim of symptomatic injury:

(i) Bleeding:

Briefly describe claim of symptomatic injury:

(j) Death; and

Briefly describe claim of symptomatic injury:

(k) Open-removal and/or open heart surgery – any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel's Name: <u>Eric P. Czelusta, Esq.</u>

Plaintiff's Counsel's Firm: <u>Florin Roebig, P.A.</u>

Plaintiff's Counsel's Signature: _____

MERCY CLINIC EAST SUNSHINE  
2730 East Sunshine  
Springfield MO 65804-2047

Hyde Jr., John R  
MRN: E1401143343, DOB: 4/23/1950, Sex: M  
ENC Date 6/6/2016

## Physician Progress Notes

**Progress Notes by Baurichter, John D, DO at 6/6/2016 2:25 PM**　　　　　　　　　　　　　Version 1 of 1

| | | |
|---|---|---|
| Author: Baurichter, John D, DO | Service: (none) | Author Type: Physician |
| Filed: 6/6/2016 9:36 PM | Encounter Date: 6/6/2016 2:25 PM | Status: Signed |
| Editor: Baurichter, John D, DO (Physician) | | |

John R Hyde Jr. is a 66 y.o. male with the following history as recorded in EpicCare:
**Chief Complaint**
Patient presents with
- Medication Review
  *metoprolol - taking 1 tablet am and HS*

**HPI**
This is 66 y/o male who presents to the office today for medication review. He states he had arm and shoulder pain and hospitalized for what was found to be blood clots in the middle of May. This was contributed to his misunderstanding of how to take his Xarelto. He is here to review his metoprolol.

History obtained from the patient
General ROS: State he is doing well and no complaints
Psychological ROS: Denies any problems
Hematological and Lymphatic ROS: states he has had blood clots in past, on Xarelto and has a dosage change soon
Respiratory ROS: no cough, shortness of breath, or wheezing
Cardiovascular ROS: no chest pain or dyspnea on exertion
Gastrointestinal ROS: states he is having an anal monometry in a few days
Genito-Urinary ROS: wanting to find ways to keep his kidney intact, but denies urinary discomfort
Musculoskeltal ROS: Denies pain to the left shoulder and arm

### Current Outpatient Prescriptions on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| tiotropium (SPIRIVA WITH HANDIHALER) 18 mcg capsule | Take 1 Capsule (18 mcg) by inhalation daily. | 30 Capsule | 11 |
| nitroglycerin (NITROSTAT) 0.4 mg Tablet, Sublingual | Place 1 Tablet (0.4 mg) under tongue every 5 minutes as needed for Chest Pain if no relief by 3, call 911.. | 25 Tablet | 2 |
| rivaroxaban (XARELTO) 20 mg Tablet | Take 1 Tablet (20 mg) by mouth daily Start taking after completing 21 days of the xarelto 15 mg twice | 30 Tablet | 1 |

SGFMC FAMILY MEDICINE　　Hyde Jr., John R  
E SUNSHINE　　　　　　　　MRN: E1401143343  
2730 East Sunshine

Printed by 111760 at 2/21/18 1:10 PM

**Hyde_J-000155**

MERCY CLINIC EAST SUNSHINE  
2730 East Sunshine  
Springfield MO 65804-2047

Hyde Jr., John R  
MRN: E1401143343, DOB: 4/23/1950, Sex: M  
ENC Date 9/11/2017

### Physician Progress Notes (continued)

**Progress Notes by Baurichter, John D, DO at 9/12/2017 7:34 AM (continued)**   Version 1 of 1

| | |
|---|---|
| • DVT | 2001 |
| • DVT (deep venous thrombosis) | 5/6/2014 |
| • Essential hypertension | 11/8/2016 |
| • Frequent urination | |
| • GERD (gastroesophageal reflux disease) | |
| • GI bleed | 2/10/2014 |
| • History of blood clots | |
| • HTN (hypertension) | 8/21/2008 |
| • Hyperlipidemia | |
| • Inflammatory arthritis | |
| • Joint pain | |
| • Joint pain | |
| • Liver Cyst - Hemangioma by radiologist interpretation | 5/28/2008 |
| • Neural foraminal stenosis of lumbar spine | 9/11/2017 |
| • Obstructive sleep apnea (adult) (pediatric) | |
| • Osteoarthritis of Hip, right | 5/28/2008 |
| • Palpitations | |
| • Partner relationship problem | 7/2/2009 |
| • Persistent atrial fibrillation | 2/18/2016 |
| • Pneumonia | |
| • Psychiatric disorder | 5 suicide attempts |
| *Shock treatments in 1975-2005* | |
| • PUD (peptic ulcer disease) | 2/19/2014 |
| • S/P prosthetic total arthroplasty of the hip, right | 11/9/2011 |
| • Schizophrenia | |
| • Schizophrenia | |
| • Screening for prostate cancer | 4/21/2011 |
| • Spondylosis of lumbar region without myelopathy or radiculopathy | 9/11/2017 |
| • T.I.A. | |
| • Unspecified essential hypertension | |
| • Unspecified staphylococcus infection in conditions classified elsewhere and of unspecified site  *Lt leg.* | 2005 |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • HX HAMMER TOE REPAIR  *Left Foot* | | 2008 |
| • HX LEG SURGERY | | |
| • HX PACEMAKER PLACEMENT | | 04/2016 |
| • PR ANAL PRESSURE RECORD | N/A | 6/8/2016 |

SGFMC UROLOGY  
SPRINGFIELD  
1965 S. Fremont Suite 370  
Entrance B, 3rd Floor

Hyde Jr., John R  
MRN: E1401143343

Printed by 56967 at 2/12/18 11:36 AM

**Hyde_J-000070**

MERCY HOSPITAL SPRINGFIELD
1235 E Cherokee St
Springfield MO 65804-2203

Hyde Jr. John R
MRN: E1401143343, DOB: 4/23/1950, Sex: M
Acct #: 41160531513
ADM 2/22/2016, D/C 2/25/2016

**Patient Demographics**

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Hyde Jr., John R | E1401143343 | 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 | Male | 04/23/50 (65 yrs) |

| Address | Phone | Email | Employer | |
|---|---|---|---|---|
| 252 E COMMERCIAL ST UNIT A MARSHFIELD MO 65706 | 417-241-2758 (H) 417-241-2758 (M) | butchhyde@gmail.com | RETIRED | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|---|---|---|---|---|
| Verified | Baurichter, John D. DO 417-883-0600 | 04/06/18 | 05/06/18 | |

| Religion | | | | |
|---|---|---|---|---|
| ROMAN CATHOLIC | | | | |

**ED Provider Notes**

**ED Provider Notes by Darmsteadter, David R, MD at 2/22/2016 1:59 PM**                                      Version 1 of 1

Author: Darmsteadter, David R, MD         Service: ED                             Author Type: Physician
Filed: 2/23/2016 1:23 PM                  Date of Service: 2/22/2016 1:59 PM      Status: Signed
Editor: Darmsteadter, David R, MD (Physician)

### HISTORY OF PRESENT ILLNESS

John R Hyde Jr., a 65 y.o. male presents to the ED with a Chief Complaint of Shortness of Breath and Chest Pain

### Subjective

HPI Comments: THIS NOTE IS PREPARED BY MIGUEL RAMIREZ ACTING AS A SCRIBE FOR

PT IS A 65 y.o. male WHO PRESENTS TO THE ED TODAY WITH Shortness of Breath and Chest Pain.

PT REPORTS AT 9:00 AM THIS MORNING HE STARTED TO FEEL CHEST PAIN WHILE HE WAS SITTING AT HIS LIVING ROOM. AT ED PT REPORTS HIS CHEST PAIN SYMPTOMS HAVE RESOLVED. PT DESCRIBES HIS CHEST PAIN TO HAVE BEEN RETRO STERNAL, TO HAVE BEEN A 4/10, ACHING, AND TO HAVE RADIATED TO HIS LEFT JAW. ALONG WITH HIS CHEST PAIN PT REPORTS TODAY HE HAS FELT A HEADACHE WHICH HAS PERSISTED THROUGHOUT THIS AFTERNOON. PT DESCRIBES HIS HEADACHE AS MODERATE, GENERALIZED, AND DULL.

PT REPORTS HIS CHEST PAIN FEELS AS INDIGESTION. PT REPORTS HIS CHEST PAIN HAS CAUSED HIM TO FEEL MILDLY SOB. PT REPORTS HE HAS NOT FOUND ANYTHING WHICH CAUSES THE PAIN

SPRG HEALTH INFORMATION MANAGEMENT
1235 E. Cherokee St.

Hyde Jr., John R
MRN: E1401143343

Printed by 13859 at 5/1/18 1:52 PM

Hyde_J-000558

MERCY HOSPITAL SPRINGFIELD
1235 E Cherokee St
Springfield MO 65804-2203

Hyde Jr, John R
MRN: E1401143343, DOB: 4/23/1950, Sex: M
Acct #: 41160531513
ADM 2/22/2016, D/C 2/25/2016

## ED Provider Notes (continued)

**ED Provider Notes by Darmsteadter, David R, MD at 2/22/2016 1:59 PM (continued)**   Version 1 of 1
TO INCREASE.

PT REPORTS HE HAS A MEDICAL HX OF LUNG CLOTS. PT REPORTS HE IS ON XARELTO. PT STATES HIS LAST STRESS TEST WAS IN 2009.

PAST MEDICAL HX: HTN, COPD, GERD.
PAST SOCIAL HX: CURRENT EVERY DAY SMOKER (66 PACK YEARS)


History provided by: The patient
Arrived by: EMS
Arrived from: Home
The history is provided by the patient. The patient arrived by EMS. The patient arrived from home.


### REVIEW OF SYSTEMS
Review of Systems
Constitutional: Negative for fever, chills and diaphoresis.
HENT: Negative for trouble swallowing.
Eyes: Negative for photophobia and visual disturbance.
Respiratory: Positive for shortness of breath. Negative for cough and chest tightness.
Cardiovascular: Positive for chest pain. Negative for palpitations and leg swelling.
Gastrointestinal: Negative for nausea, vomiting and abdominal pain.
Genitourinary: Negative for dysuria and hematuria.
Musculoskeletal: Negative for neck stiffness.
Skin: Negative for pallor and rash.
Neurological: Negative for syncope, speech difficulty, weakness, numbness and headaches.
Psychiatric/Behavioral: Negative for suicidal ideas and hallucinations.


### PAST MEDICAL HISTORY REVIEWED

**MEDICAL:**
Patient has a past medical history of Unspecified staphylococcus infection in conditions classified elsewhere and of unspecified site (2005); GERD (gastroesophageal reflux disease); Psychiatric disorder (5 suicide attempts); Inflammatory arthritis; COPD (chronic obstructive pulmonary disease); Schizophrenia; T.I.A.; Screening for prostate cancer (4/21/2011); Azotemia (12/10/2009); Abnormal glucose - Recurrent (12/5/2006); Abnormal head MRI (6/10/2009); Liver Cyst - Hemangioma by radiologist interpretation (5/28/2008); Joint pain; Blood clot in the legs; CVA (cerebral vascular accident) (1971); Obstructive sleep apnea (adult) (pediatric); Osteoarthritis of Hip, right (5/28/2008); DVT (2001); Blood clots; Unspecified essential hypertension; S/P prosthetic total arthroplasty of the hip, right (11/9/2011); Depression; Joint pain; History of blood clots; Frequent urination; Chest pain; Pneumonia; Palpitations; Depression; Schizophrenia; PUD (peptic ulcer disease) (2/19/2014); Partner relationship problem (7/2/2009); GI bleed (2/10/2014); DVT (deep venous thrombosis)

SPRG HEALTH
INFORMATION
MANAGEMENT
1235 E. Cherokee St.

Hyde Jr., John R
MRN: E1401143343

Printed by 13859 at 5/1/18  1:52 PM

Hyde_J-000559

**MERCY HOSPITAL SPRINGFIELD**
1235 E Cherokee St
Springfield MO 65804-2203

Hyde Jr. John R
MRN: E1401143343, DOB: 4/23/1950, Sex: M
Acct #: 41000435485
ADM 4/11/2017, D/C 4/11/2017

**Patient Demographics**

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Hyde Jr., John R | E1401143343 | 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 | Male | 04/23/50 (66 yrs) |

| Address | Phone | Email | Employer | |
|---|---|---|---|---|
| 252 E COMMERCIAL ST UNIT A MARSHFIELD MO 65706 | 417-241-2758 (H) 417-241-2758 (M) | butchhyde@gmail.com | RETIRED | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|---|---|---|---|---|
| Verified | Baurichter, John D, DO 417-883-0600 | 04/06/18 | 05/06/18 | |

| Religion | | | | |
|---|---|---|---|---|
| ROMAN CATHOLIC | | | | |

### ED Provider Notes

**ED Provider Notes by Boss, Devin Nelson, DO at 4/11/2017 8:55 AM**          Version 1 of 1

Author: Boss, Devin Nelson, DO        Service: (none)                  Author Type: Physician
Filed: 4/11/2017 11:00 AM             Date of Service: 4/11/2017 8:55 AM   Status: Signed
Editor: Boss, Devin Nelson, DO (Physician)

### HISTORY OF PRESENT ILLNESS
John R Hyde Jr., a 66 y.o. male presents to the ED with a Chief Complaint of Hemoptysis

**Subjective**

HPI Comments: THIS NOTE IS PREPARED BY ALLISON HALL ACTING AS A SCRIBE FOR DEVIN BOSS, DO.

Mode of Arrival: POV, FROM HOME
Time of Initial ED Evaluation: 9:11 AM
Room: A

HISTORY OF PRESENT ILLNESS:

John R Hyde Jr. is a 66 y.o. male who presents to the ED for evaluation of HEMOPTYSIS.

PT REPORTS THIS MORNING, HE CLEARED HIS THROAT, AND NOTICED SCANT BLOOD-TINGED

SPRG HEALTH INFORMATION MANAGEMENT
1235 E. Cherokee St.

Hyde Jr., John R
MRN: E1401143343

Printed by 13859 at 5/1/18 1:52 PM

Hyde_J-000944

MERCY HOSPITAL SPRINGFIELD
1235 E Cherokee St
Springfield MO 65804-2203

Hyde Jr., John R
MRN: E1401143343, DOB: 4/23/1950, Sex: M
Acct #: 41000435485
ADM 4/11/2017, D/C 4/11/2017

## ED Provider Notes (continued)

ED Provider Notes by Boss, Devin Nelson, DO at 4/11/2017 8:55 AM (continued)   Version 1 of 1

MUCOUS. PT DENIES COUGHING. ONLY NOTICED ONCE.

HE IS CURRENTLY ANTICOAGULATED ON XARELTO DUE TO A HX OF AFIB, AND COMPLIANT WITH THIS THERAPY. HE DECIDED TO PRESENT TO THIS ED FOR FURTHER EVALUATION.

PT HAS NOT COUGHED SINCE THAT ONE EPISODE, AND DENIES ANY OTHER SOURCES OF BLEEDING, INCLUDING EPISTAXIS, OR ANY BLACK OR TARRY STOOLS.

HE DENIES NASAL OR CHEST CONGESTION, COUGH OR SHORTNESS OF BREATH FROM BASELINE (HX OF COPD), FEVER, CHEST PAIN, BACK PAIN, NAUSEA, VOMITING, OR ANY OTHER COMPLAINTS.

History provided by: The patient
Arrived by: Private vehicle
Arrived from: Home

### REVIEW OF SYSTEMS
Review of Systems
HENT: Negative for congestion and nosebleeds.
Eyes: Negative for redness and visual disturbance.
Respiratory: Negative for cough (CLEARED THIS THROAT THIS MORNING WITH PRODUCTION OF SCANT BLOODY MUCUOUS), choking, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for leg swelling.
Gastrointestinal: Negative for abdominal pain and vomiting.
Genitourinary: Negative for difficulty urinating, frequency, hematuria and urgency.
Musculoskeletal: Negative for back pain and neck pain.
Skin: Negative for wound.
Neurological: Negative for dizziness, light-headedness and numbness.
Hematological: Bruises/bleeds easily (ON XARELTO).
Psychiatric/Behavioral: Negative for agitation and confusion.

### PAST MEDICAL HISTORY REVIEWED

MEDICAL:
Patient has a past medical history of Abnormal glucose - Recurrent (12/5/2006); Abnormal head MRI (6/10/2009); Acute deep vein thrombosis (DVT) of brachial vein of left upper extremity; Azotemia (12/10/2009); Blood clot in the legs; Blood clots; Chest pain; COPD (chronic obstructive pulmonary disease); CVA (cerebral vascular accident) (1971); Depression; Depression; DVT (2001); DVT (deep venous thrombosis) (5/6/2014);

SPRG HEALTH
INFORMATION
MANAGEMENT
1235 E. Cherokee St.

Hyde Jr., John R
MRN: E1401143343

Printed by 13859 at 5/1/18 1:52 PM

Hyde_J-000945

MERCY HOSPITAL SPRINGFIELD
1235 E Cherokee St
Springfield MO 65804-2203

Hyde Jr., John R
MRN: E1401143343, DOB: 4/23/1950, Sex: M
Acct #: 41000893042
ADM 12/20/2017, D/C 12/20/2017

## ED Provider Notes (continued)

**ED Provider Notes by Montana, Robert C, MD at 12/20/2017 12:27 PM (continued)**  Version 1 of 1

John R Hyde Jr. is a 67 y.o. male who has a history of COPD, DVT/PE on Xarelto and with IVC filter, HTN, Pacemaker, A fib, Schizophrenia, CKD S/P stents bilateral iliac arteries 11/8/17 by Dr. Allen presenting to the ED today for evaluation of SOB, fever. The pt always has shortness of breath with exertion. His SOB has increased. The pt has been doing inhlaer breathing treatments at home. For the past two weeks he has had developed a worsening cough. His cough is dry . He had a fever yesterday. The pt adds that he has had some blood present in his mucous from his nose the past 2-3 days. He denies hemoptysis. The pt denies chest pain or a fast heart rate. The pt has been on Prednisone, and his last dose is tomorrow. Patient has had some subjective fevers but no chills or rigors. No abdominal pain vomiting or diarrhea. No dizziness or syncope.

### Review of Systems
A 12 point review of systems was performed and is negative except for those listed in above HPI.

### Past Medical History
Past Medical History:

| Diagnosis | Date |
|---|---|
| Abnormal glucose - Recurrent | 12/5/2006 |
| Abnormal head MRI | 6/10/2009 |
| Acute deep vein thrombosis (DVT) of brachial vein of left upper extremity | |
| Azotemia | 12/10/2009 |
| Blood clot in the legs *left leg* | |
| Blood clots | |
| COPD (chronic obstructive pulmonary disease) | |
| CVA (cerebral vascular accident) *light* | 1971 |
| Depression | |
| Depression | |
| DVT | 2001 |
| DVT (deep venous thrombosis) | 5/6/2014 |
| Dyspnea | |
| Dyspnea on exertion | |
| Essential hypertension | 11/8/2016 |
| Frequent urination | |
| GERD (gastroesophageal reflux disease) | |
| GI bleed | 2/10/2014 |
| History of blood clots | |
| HTN (hypertension) | 8/21/2008 |
| Hyperlipidemia | |
| Inflammatory arthritis | |
| Joint pain | |
| Joint pain | |
| Liver Cyst - Hemangioma by radiologist interpretation | 5/28/2008 |
| Neural foraminal stenosis of lumbar spine | 9/11/2017 |

SPRG HEALTH
INFORMATION
MANAGEMENT
1235 E. Cherokee St.

Hyde Jr., John R
MRN: E1401143343

Printed by 13859 at 5/1/18  1:52 PM

Hyde_J-001100

MERCY CLINIC EAST SUNSHINE  
2730 East Sunshine  
Springfield MO 65804-2047

Hyde Jr., John R  
MRN: E1401143343, DOB: 4/23/1950, Sex: M  
ENC Date 2/8/2018

## Physician Progress Notes

**Progress Notes by Baurichter, John D, DO at 2/8/2018 7:58 PM**  Version 1 of 1

Author: Baurichter, John D, DO  Service: (none)  Author Type: Physician  
Filed: 2/8/2018 8:10 PM  Encounter Date: 2/8/2018 7:58 PM  Status: Signed  
Editor: Baurichter, John D, DO (Physician)

**Transitional Care Attestation**

John R Hyde Jr. was discharged from Inpatient on 1/30/18.

Interactive communication regarding the patient's post discharge date status as documented in the patient outreach encounter..

| | |
|---|---|
| Discharge summary obtained and reviewed | yes |
| Current and discharge medications reviewed and reconciled | Yes |
| Pertinent studies from the hospitalization, SNF or other acute stay were reviewed (including pending studies) | yes |
| Patient/Caregiver/Family education performed | yes |
| Communication with home health was performed (if needed) | n/a |

**Subjective:** He is in for a follow-up visit after recent hospitalization for COPD exacerbation and influenza. Has well documented COPD and has worsening shortness of breath and cough. Influenza a positive. He also was placed on steroids and did steadily improve although his blood sugar elevated because of the steroids. He receives some Lasix for his congestive heart failure. By the day of discharge he was doing much better and at this time he is done with the Tamiflu and is off steroids. He is still on his usual inhalers. He quit smoking during the hospital stay and so far has not started again. He seems more motivated this time, he has quit before and then started back again but he said he was really short of breath when initially admitted he doesn't want to feel that way again. He denies any other new problems at this time

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| Abnormal glucose - Recurrent | 12/5/2006 |
| Abnormal head MRI | 6/10/2009 |
| Acute deep vein thrombosis (DVT) of brachial vein of left upper extremity | |
| Azotemia | 12/10/2009 |
| Blood clot in the legs *left leg* | |
| Blood clots | |
| COPD (chronic obstructive pulmonary disease) | |
| CVA (cerebral vascular accident) | 1971 |

MERCY HOSPITAL SPRINGFIELD
1235 E Cherokee St
Springfield MO 65804-2203

Hyde Jr., John R
MRN: E1401143343, DOB: 4/23/1950, Sex: M
Acct #: 41000069650
ADM 9/9/2016, D/C 9/10/2016

## ED Provider Notes (continued)

ED Provider Notes by Kutter, Gregory J, MD at 9/9/2016 9:34 PM (continued)     Version 1 of 1
Procedures

## MEDICAL DECISION MAKING AND PLAN OF CARE

### Emergency Department Course:

- Evaluated and Seen in Room: HB5
- Continuous Cardiac Monitor: No
- Continuous Pulse Oximetry: Yes
- IV Access: No
- IV Fluids: No
- Supplemental Oxygen: No

### Previous Records Reviewed or Other Source of History
1. History obtained from someone other than patient: No, (If Yes, source will be listed in HPI)
2. Decision to obtain prior records: yes
3. Review and Summarization of prior records : No
    - no

This is a pleasant 66 y.o. male who presents to the Mercy Springfield ED with Generalized fatigue.

This is a this is a 66-year-old male breast milk history of schizophrenia and depression with prior suicide attempts as well as inflammatory arthritis, stroke, sleep apnea, DVT, hyperlipidemia, hypertension, A. fib who presents today with concerns of being poisoned and generalized weakness. Patient states she has as episodes of fatigue that have been going on for the entire year started in January. These last anywhere from a day or less and recover. He has not sought any help with his primary care for these problems. He denies any other associated symptoms with these episodes. He does describe some paranoid thoughts of his neighbor and concerns that he is being watched by his neighbor and others. He denies any suicidal thoughts or homicidal thoughts or difficulty taking care of his own needs.\

After history and examination diagnostic considerations would include but not limited to heart failure, dysrhythmia, severe infection or sepsis, severe electrolyte derangement, respiratory failure, severe anemia, severe dehydration, endocrine disorder, polypharmacy, psychogenic\

Screening test after history and examination including CBC CMP thyroid screen and Depakote level ethanol and drug screen which are unremarkable. Urinalysis is unremarkable. Chest x-ray shows no acute findings. 12-lead EKG shows chronic atrial fibrillation without acute ischemic changes.\

Clinical course: Patient presents with episodes of fatigue. No clear etiology here in the emergency department record and close follow-up with primary care for ongoing evaluation. Patient clearly presents with some delusions as well he does not appear to be a harm to himself or others. Denies any suicidal thoughts or homicidal thoughts. Did offer psychiatric screening, patient states that he has his own counselor at Marion Center and will contact her as well as his primary care doctor this week. He is encouraged to return if he has any other difficulties or change in his conditions.

SPRG HEALTH
INFORMATION
MANAGEMENT
1235 E. Cherokee St.

Hyde Jr., John R
MRN: E1401143343

Printed by 13859 at 5/1/18 1:52 PM

Hyde_J-000785

MERCY HOSPITAL SPRINGFIELD
1235 E Cherokee St
Springfield MO 65804-2203

Hyde Jr., John R
MRN: E1401143343, DOB: 4/23/1950, Sex: M
Acct #: 41000318124
ADM 2/3/2017, D/C 2/5/2017

## ED Provider Notes (continued)

**ED Provider Notes by Roberts, Jennifer Sue, DO at 2/3/2017 4:01 PM (continued)**   Version 1 of 1

**ED Course**

**New Prescriptions for this Encounter**

### LAST VS
BP: (!) **162/75** (02/03/17 1627), Heart Rate: 76 bpm (02/03/17 1627), Resp: 20 (02/03/17 1627), Temp: 99.3 °F (37.4 °C) (02/03/17 1610), Temp src: Oral (02/03/17 1610), SpO2: 94 % (02/03/17 1627)

### CLINICAL IMPRESSION
Final diagnoses:
[R55] Near syncope (Primary)
[R53.1] Weakness
[I49.9] Cardiac arrhythmia, unspecified cardiac arrhythmia type

### DISPOSITION, EDUCATION AND MEDICATION RECONCILIATION
Medications reconciled. See after visit summary for patient education on discharged patients.

### ATTESTATIONS
The scribe's documentation has been prepared under my direction and personally reviewed by me in its entirety. I confirm that the note above accurately reflects all work, treatment, procedures, and medical decision making performed by me. Jennifer Sue Roberts, DO

*Portions of this documentation may have been created by an artificial transcription software. Effort has been done to assure accuracy of transcription. Any obvious errors or omissions should be clarified with the author of the document.*

SPRG HEALTH
INFORMATION
MANAGEMENT
1235 E. Cherokee St.

Hyde Jr., John R
MRN: E1401143343

Printed by 13859 at 5/1/18 1:52 PM

Hyde_J-000850

## Deena Ewing

| | |
|---|---|
| From: | Deena Ewing |
| Sent: | Friday, November 30, 2018 10:35 AM |
| To: | 'CookFilterMDL@FaegreBD.com'; 'Plaintiffscoleadcounselmdl@gmail.com' |
| Subject: | Response to Order regarding Case Categorization and Census |
| Attachments: | HYDE_JOHN ROBERT, JR-Categorization and Census Response.pdf; LAMCZIK_PATRICK-Categorization and Census Response.pdf; NIEMI_JUDITH-Categorization and Census Response.pdf; FERRER_JONATHAN-Categorization and Census Response.pdf; SCHEU_DIANNE-Categorization and Census Response.pdf |

Attached please find five (5) Plaintiff's Response to Order Regarding Case Categorization and Census Order. Should you have any questions regarding this matter, please contact this office. Thank you.



Deena Ewing
Legal Assistant
Direct Phone: (727) 228-7010
Direct Fax:    (727) 228-8572
Main Phone: (727) 786-5000
Main Fax:    (727) 772-9833
777 Alderman Road
Palm Harbor, FL  34683
DEwing@florinroebig.com
www.FlorinRoebig.com



   

**Offices: Palm Harbor, FL; Jacksonville, FL; Minneapolis, MN; West Palm Beach, FL\*; Dallas, TX\*; and Denver, CO\*\*** (\*Available for consultation \*\*Practice limited to Federal Court)

This electronic communication, including any authorized attachments, contains information from the law firm of Florin Roebig, P.A. that may be legally privileged, confidential, and exempt from disclosure under applicable law.  The communication may also include content that was not originally generated by the firm.  If you are not the intended recipient, any use or dissemination of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately and delete it from all computers on which it may be stored.  In addition, if you are not currently a client of the firm, this communication is not to be construed as establishing an attorney-client relationship.