UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

This Document Relates Only to the Following Cases:

1:18-cv-02681  Patrick Lamczik

---

## RESPONSE OF PATRICK LAMCZIK TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

On November 21, 2018, the Court entered an order requiring Plaintiff to complete and serve Categorization Forms to email addresses cookFilterMDL@FAegreBD.com and plaintiffscoleadcounselmdl@gmail.com before December 22, 2018.

Patrick Lamczik complied with that order on November 30, 2018 by serving a completed categorization form with corresponding medical records to the above email addresses. Plaintiff sent the attached email with the attached Categorization Form attached to the email. *Exhibit A.*

Defendants move to dismiss the Patrick Lamczik case on the basis that they "completely failed to comply with the Court's Categorization Order." However, as can be seen from the attached exhibits, Patrick Lamczik fully complied with the Court's Categorization Order. Therefore, the Court should deny the motion to dismiss the Patrick Lamczik case.

WHEREFORE, Plaintiff move the Court to deny Defendants' Motion to Dismiss the Patrick Lamczik case.

Respectfully Submitted,

/s/ Eric P. Czelusta
Eric P. Czelusta, Esq.
FLORIN ROEBIG, P.A.
777 Alderman Road
Palm Harbor, Florida 34683
Telephone: (727) 786-5000
Facsimile: (727) 772-9833
Email: ECzelusta@florinroebig.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, a copy of the foregoing Response of Patrick Lamczik to Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Eric P. Czelusta