UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., INC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff<br><br>PATRICK LAMCZIK | Civil Case No: 1:18-cv-02681 |

## PLAINTIFF'S RESPONSE TO ORDER REGARDING CASE CATEGORIZATION AND CENSUS

Pursuant to the Court's Order on the Cook Defendants' Motion for Screening Order and Bellwether Plan (Doc. 9322), Plaintiff, PATRICK LAMCZIK, files Plaintiff's Response to Order Regarding Case Categorization and Census.

### CERTIFICATE OF SERVICE

I hereby certify that on Nov - 30, 2018, a copy of the foregoing Plaintiff's Response to Order Regarding Case Categorization and Census was sent electronically via email to CookFilterMDL@FaegreBD.com and Plaintiffscoleadcounselmdl@gmail.com.

**EXHIBIT A**

Respectfully submitted,

FLORIN ROEBIG, P.A.

_____
ERIC P. CZELUSTA, ESQ.
Florida Bar No: 152315
WIL H. FLORIN, ESQ.
Florida Bar No: 0337234
Primary Email: WHF@florinroebig.com
Secondary Emails: ECzelusta@florinroebig.com
Dewing@florinroebig.com
777 Alderman Road
Palm Harbor, Florida  34683
Telephone: 727-786-5000
Facsimile:  727-772-9833
Attorneys for Plaintiff LAMCZIK

## **CATEGORIZATION FORM**

A. Plaintiff's Name: **PATRICK LAMCZIK**

B. Plaintiff's Case Number: **18-cv-02681**

C. Plaintiff's Counsel (Lead Firm Name): **FLORIN ROEBIG, P.A.**

D. Categorization (check only one and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiff's profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ____

   Briefly describe claimed complication/outcome/injury:

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ____

   Briefly describe claimed complication/outcome/injury:

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ____

   Briefly describe claimed complication/outcome/injury:

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's

Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: _X_

Briefly describe claimed complication/outcome/injury: *Since the implantation date of April 6, 2016, Mr. Lamczik has suffered an unsuccessful attempt to retrieve the Cook IVC filter, suffered three heart attacks attributed to blood clots from his legs, on chronic anticoagulation therapy for life, suffers from high anxiety and depression which is being medical controlled, has persistent and constant pain in the insertion location of his groin.*

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ____
   Briefly describe claimed complication/outcome/injury:

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"
   Check here for Category 7: ____ **Circle all sub-categories that apply below:**
   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:

   (b) Filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:

   (d) Filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;

   Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) Penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:

(f) Recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:

(h) Infection;

Briefly describe claim of symptomatic injury:

(i) Bleeding:

Briefly describe claim of symptomatic injury:

(j) Death; and

Briefly describe claim of symptomatic injury:

(k) Open-removal and/or open heart surgery – any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel's Name: <u>Eric P. Czelusta, Esq.</u>

Plaintiff's Counsel's Firm: <u>Florin Roebig, P.A.</u>

Plaintiff's Counsel's Signature: _____

**SOUTHERN ILLINOIS HEALTHCARE** SIH MEDICAL GROUP
Providers are independent contractors and not employees of Southern Illinois Healthcare

SIH Memorial Hospital Carbondale
405 West Jackson Street

LAMCZIK, PATRICK LEROY
MRN: 1246575
DOB: 7/23/1966, Sex: M
Acct #: 100000030198
Adm: 8/11/2017, D/C: 8/11/2017

**H&P filed by SYSTEM GENERATED, DOCUMENTATION at 08/11/17 1233 (continued)**

Lamczik, Patrick Leroy (MR # 1246575)          Encounter Date: 08/02/2017

## Progress Notes

Patrick Leroy Lamczik (MR# 1246575)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Ashley L Brown, NP | Signed | Ashley L Brown, NP | 8/3/2017 3:48 PM |

### Progress Notes

**Subjective**

**Patient ID:** Patrick Leroy Lamczik is a 51 y.o. male.

**HPI Comments:** Mr. Lamczik is a pleasant 51 year old with a history of HTN, DMII, current smoker, morbid obesity, chronic back pain, left leg fracture when he was 16 years old, and multiple left leg DVTs starting in his 30's as well as a PE and thrombus in his heart 1 year ago. He has been on Coumadin for many years and was even on Coumadin when he developed a PE and heart thrombus, he is not aware if his INR was subtheraptic at the time of his PE. At that time he had an IVC filter placed. He believes he was evaluated by a hematologist in STL in the past and he is not aware of any clotting dysfunction. His left leg has classic post-thrombotic syndrome with brawny leg edema, venous skin discoloration, varicose veins, leg achiness, heaviness, and active ulcers on his medial and lateral malleolus. He has had ulcers throughout the years that have been slow to heal and the ulcers he has today have been present for 1-2 months. He has been wearing compression stockings/compression wrap and seeing wound care for treatment of his wounds. He did have a venous insufficiency study in 2016 that should significant reflux in his left GSV and SSV and at that time he did not have a DVT present. He does continue to smoke about 6-7 cigarettes a week and walk with a walker r/t back pain.

C6S, Es, As, Pr

The following have been reviewed and updated as appropriate in this visit:

Review of Systems
Respiratory: Positive for shortness of breath.
Cardiovascular: Positive for leg swelling.
   Left leg swelling and pain
Musculoskeletal: Positive for back pain.
   Hip pain right side
All other systems reviewed and are negative.

**Objective**

BP (!) 128/84 (BP Location: Right arm, Patient Position: Sitting) | Pulse (!) 97 | Temp 36.6 °C (97.8 °F) (Oral) | Resp (!) 22 | Ht 72" | Wt (!) 152 kg (335 lb) | SpO2 95% | BMI 45.43 kg/m2

Lamczik, Patrick Leroy (MR # 1246575) Printed by Shirley Bramlet [694] at 8/11/17 9:48 AM



**Deaconess Health System**

600 Mary Street  
Evansville IN 47710-1658  
Provider Notes

Lamczik, Patrick  
MRN: 1503010, DOB: 7/23/1966, Sex: M  
Adm: 3/30/2016, D/C: 4/14/2016

**Discharge Summaries by April Toelle, DO at 04/14/16 0918 (continued)**

4/1/2016 TECHNIQUE: High-resolution gray scale imaging, color flow Doppler, and compression were performed from the groin to the calf of the bilateral lower extremities. Augmentation was performed of the bilateral common femoral veins and popliteal veins. FINDINGS: Normal color flow and compressibility, augmentation, phasicity and competency of the common femoral, femoral and popliteal veins. There is normal compressibility of the calf trifurcation. No evidence of deep vein thrombosis.

4/1/2016 IMPRESSION: Normal bilateral lower extremity venous duplex ultrasound. No evidence of DVT.

Ct Abdomen Pelvis W Contrast

4/14/2016 COMPARISON 4/6/2016. TECHNIQUE: Axial images through the abdomen and pelvis obtained after the administration 100 cc Omnipaque 350. FINDINGS: Lung bases: There is some minimal bibasilar atelectasis ABDOMEN: No focal lesions are seen in the liver or spleen and gastric band is noted. Gallbladder is contracted, kidneys are atrophic and there are small lymph nodes in the retrperitoneum borderline enlarged likely inflammatory. Pelvis: Pelvic bowel is unremarkable. The appendix contains dense contrast from previous administration but no inflammation is seen in the right lower quadrant. Distal ureters unremarkable and there is some diverticular presence of vena cava filter present.

4/14/2016 IMPRESSION: 1. No acute abnormality. 2. A few borderline enlarged lymph nodes throughout the retroperitoneum are likely inflammatory.

Ct Abdomen Pelvis W Contrast

4/3/2016 INDICATION: Right lower quadrant pain and nausea along with right shoulder pain. TECHNIQUE: 130 mL of Omnipaque 350 was intravenously administered and axial images from the level of the diaphragms through the pelvis were performed followed by 2D multiplanar reconstructions. COMPARISON: Comparison is made to 03/30/2016. FINDINGS: Appendix is normal and no ascites or free air or bowel obstruction is seen. Dense contrast in gallbladder is likely from vicarious excretion. Other abdominal viscera appear unremarkable. A lap band is again noted around the GE junction. In subcutaneous fat of right lower quadrant there is a soft tissue thickening and nodularity that may be secondary to a subcutaneous shot/injection . visualized lung bases show dependent atelectasis. No significant bone abnormality is seen.

4/3/2016 IMPRESSION: 1. No acute abnormality seen. 2. In anterior abdominal wall in right lower quadrant there is focal soft tissue thickening that may be secondary to a subcutaneous injection. This appearance is stable since the previous exam from a few days back. 3. Mild dependent changes at lung bases.

Ct Abdomen Pelvis W Contrast

3/30/2016 TECHNIQUE: Multiple axial images were obtained through the abdomen and pelvis after administration of 100 cc Omnipaque 350. Additional sagittal and coronal reconstructions were obtained. The lung bases are clear. Liver and spleen are within normal limits. There is a Lap-Band in place. Small hiatal hernia. The bilateral kidneys are within normal limits. The bilateral adrenal glands are within normal limits. The pancreas is within normal limits. No intestinal obstruction is identified. There are several small diverticuli seen in the descending colon. Appendix is within normal limits.

3/30/2016 IMPRESSION: 1. No suspicious mass lesion or adenopathy is demonstrated. 2. Several small diverticula are seen in the descending colon. 3. There is a small hiatal hernia.

Ct Chest For Pe And Abdomen Pelvis W Contrast

4/8/2016 ADDENDUM: Aortic root diameter is measured at 4.0 cm.

4/8/2016 CT CHEST WITH CONTRAST FOR PULMONARY EMBOLUS TECHNIQUE: 100 mL of Omnipaque 350 were administered intravenously and axial images from the thoracic inlet through the diaphragm were performed followed by 2D multiplanar reconstructions. FINDINGS: The study shows bilateral pulmonary embolus.

4/8/2016 IMPRESSION: 1. The study is positive for bilateral pulmonary embolus of a moderate degree. 2. There is volume loss in both lung bases.   CT ABDOMEN AND PELVIS WITH CONTRAST TECHNIQUE: Oral contrast as well as 100 mL of Omnipaque 350 were intravenously administered and axial images from the level of the diaphragms through the pelvis were performed followed by 2D multiplanar reconstructions.

Mon Jun 4, 2018 11:47 AM                                                                Lamczik, Patrick (1503010)

LAMCZIK_P-000132



**Deaconess Health System**

600 Mary Street
Evansville IN 47710-1658
Provider Notes

Lamczik, Patrick
MRN: 1503010, DOB: 7/23/1966, Sex: M
Adm: 10/28/2017, D/C: 11/2/2017

---

**H&P by Mathura Babu, MD at 10/28/17 0951 (continued)**

Author: Mathura Babu, MD
Filed: 10/28/17 1727
Editor: Mathura Babu, MD (Physician)
Related Notes: Original Note by Mathura Babu, MD (Physician) filed at 10/28/17 1726

Service: (none)
Date of Service: 10/28/17 0951

Author Type: Physician
Status: Addendum

**Admitting Physician: Mathura Babu, MD**
**Primary Care Physician: Danielle Klump**
Date of admission: 10/28/2017
Date of service: 10/28/2017
MRN: 1503010

### Deaconess Hospital
### History and Physical Examination

**Chief Complaint:** Transferred from OSH for concerns of GI bleeding

**History of Present Illness:** This is a 51 y/o lady with a PMH recurrent DVT/PE on coumadin,s/p IVC filter, H/O gastric banding, GI bleed secondary to duodenal ulcer, MO/OSA on CPAP, HTN, DM type 2, alcohol use ( last drink 4 days ago presented to OSH with severe epigastric pain, nausea and vomiting coffee ground emesis, Melena x 2( no further vomiting in ED). Pt states his abd pain is in the epigastric region non radiating 8-9 on 10 is on and off burning type of pain. Associated with nausea and vomiting with Coffee Ground Emesis 1 time and melena. Denys any chest pain, SOB, LOC. Denys any fevers, chills.
OSH pt INR was elevated was given 5 IV Vit K as INR was > 11. Hb was stable was transferred here for possible GI evaluation.

**Past Medical History:**
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Acute deep vein thrombosis (DVT) of distal vein of right lower extremity (HCC) | |
| • Anxiety | |
| • Bilateral pulmonary embolism (HCC) | 04/6/2016 |
| • Depression | |
| • DVT (deep venous thrombosis) (HCC) | |
| • Hiatal hernia | |
| • Hyperlipemia | |
| • Hypertension | |
| • Non-insulin treated type 2 diabetes mellitus (HCC) | |
| • OSA (obstructive sleep apnea) *Diagnosed 11 years ago. Treated with a CPAP* | |
| • S/P IVC filter *Dr. Langenberg* | 04/6/2016 |

**Medications:**
No current facility-administered medications on file prior to encounter.

**Current Outpatient Prescriptions on File Prior to Encounter**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (PROVENTIL) (2.5 MG/3ML) 0.083% nebulizer solution | Take 2.5 mg by nebulization every 6 hours as needed for Shortness of Breath | | |

Mon Jun 4, 2018 11:47 AM                                                                    Lamczik, Patrick (1503010)

LAMCZIK_P-000154

| | | |
|---|---|---|
| **SOUTHERN ILLINOIS HEALTHCARE** SIH MEDICAL GROUP | SIH Memorial Hospital Carbondale<br>405 West Jackson Street | LAMCZIK, PATRICK LEROY<br>MRN: 1246575<br>DOB: 7/23/1966, Sex: M<br>Acct #: 100000030198<br>Adm: 8/11/2017, D/C: 8/11/2017 |

**Op Note signed by Mohammed Al-Zoubaidi, MD at 08/14/17 0744 (continued)**

1. Left lower extremity swelling post-thrombotic syndrome.
2. Venous ulcer.

NAME OF PROCEDURES

1. Ultrasound-guided left common femoral vein percutaneous access using micropuncture technique.
2. Left femoral and iliac retrograde venogram.
3. Balloon angioplasty of left external and common iliac vein using a 12 x 80 mm non-compliant balloon.
4. Placement of self-expandable bare-metal Wall stent in the left external and common iliac vein with completion ascending venogram.

BRIEF HISTORY:  Mr. Lamczik is a 51-year-old, morbidly obese white male, who has classical signs of post-thrombotic syndrome of the left lower extremity.  He did have DVT complicated with PE in the past.  He does have an IVC filter in place.  He is on anticoagulation for the rest of his life.  He does have swelling, skin changes and venous ulceration of the left lower extremity consistent with post-thrombotic syndrome.  He has started leg elevation and compression therapy.  However, I counseled him for a venogram in order to ensure patency of the deep system prior to embarking of the superficial venous insufficiency treatment.  He agrees to the plan of care.  I explained the risks of bleeding, bruises, injury to the iliac vein, needing blood transfusion and clotting of the stent if we do place one.  He understands all the above and signed the consent form.

OPERATIVE DETAILS:  Patient was brought to the Cath Lab, positioned supine on the angio table.  Both groins were prepped and draped in a standard sterile fashion.  Moderate sedation was given in the form of Fentanyl and Versed.

Under ultrasound guidance, we accessed the left common femoral vein using micropuncture technique.  Access angiogram demonstrated satisfactory access to the common femoral vein.  Over the stiff wire, we exchanged into a 10-French right tipped sheath and parked it at the distal external iliac vein.

An ascending venogram was performed clearly demonstrating a high-grade stenosis of the left external iliac vein with widely patent common iliac and inferior vena cava.  Decision was to proceed to advance an intravascular ultrasound catheter over the 0.035 wire and use it to image the external iliac vein and the common iliac vein, which clearly demonstrated an extrinsic compression of the iliac vein by the iliac artery to very small diameters with completely normal diameters above and below the constriction area confirmed by intravascular ultrasound.  We decided to
proceed with an intervention of that area.

I performed a balloon angioplasty using a 12 x 80 mm non-compliant balloon; however, immediate recoiling of the vein happened.  Therefore, we elected to place a stent.  We decided to go with a Wall stent, 20 x 80 mm, and deployed it in a standard fashion in the external and common iliac vein.  Completion venogram demonstrated complete resolution of the extrinsic compression, brisk flow of contrast and widely patent stent.

LAMCZIK_P-000227



| | 600 Mary Street<br>Evansville IN 47710-1658<br>Scanned Documents | Lamczik, Patrick<br>MRN: 1503010, DOB: 7/23/1966, Sex: M<br>Adm: 3/30/2016, D/C: 4/14/2016 |
|---|---|---|



Cardiovascular Lab
600 Mary Street
Evansville, IN 47747

Deaconess Hospital
Cath Lab 3
**Peripheral Report**

## Patient Information

| | | | | |
|---|---|---|---|---|
| Patient Name | LAMCZIK, PATRICK | | Age | 49 Years |
| Study Date | 4/6/2016 | | Gender | Male |
| MRN | 1503010 | | Race | Caucasian |
| Study Number | | | Height | 183 cm (6'0") |
| Account Number | 687272797 | | Weight | 154.80 Kg (341 lbs) |
| Date of Birth | 7/23/1966 | | BSA | 2.67 M2 |

### Staff

| Duty | Name | IN | OUT |
|---|---|---|---|
| Diagnostic Cardiologist | Matthew Langenberg, M.D. | 12:14 PM | |
| Circulator | Brian Miller, RN | 12:41 PM | |
| Monitor | Katie Hettenbach, RT(R) | 12:41 PM | |
| Scrub | Gregg Emge, RT(R) | 12:41 PM | |
| Interventional Cardiologist | Matthew Langenberg, M.D. | 1:04 PM | |

### Procedures

| Time | Procedure | EAP | CPT Code | Comment |
|---|---|---|---|---|
| 1:12 PM | IVC Filter Insertion | 36000833 | 37191 | |

### Supplies Summary

| Time | EAP | Order# | Item Description | Serial# | Lot # |
|---|---|---|---|---|---|
| 12:46 PM | 27001706 | | HC Drape Wand Laser Universal | | |
| 12:55 PM | 27005654 | | HC Tray Custom Sterile CVS Tray-Basic Cath | | |
| 12:55 PM | 27006877 | | HC Solution IV Heparin Sodium 1000cc | | |
| 12:56 PM | 27006005 | | HC Guidewire Bentson .035 180cm | | |
| 12:59 PM | 27010670 | 51079 | HC Filter Vena Cava Celect Femoral | | E3411074 |
| 1:03 PM | N/C | | HC Visipaque 320mg/ml 50ml | | |

### Time Out Verification

| | |
|---|---|
| Armband Checked And On Patient | Yes |
| Procedure Verified By Physician Order | Yes |
| Correct Patient, Procedure And Supplies Verified By Physician And Staff | Yes |
| Time Out Completed Prior To Start Of Procedure | Yes |
| Patient ID By Name And DOB | Yes |
| Patient Verifies Procedure | Yes |
| Correct Site Verified | Yes |

### Conscious Sedation

---

Patient Name: LAMCZIK, PATRICK                 Study Date: 4/6/2016
MRN: 1503010                                    Admission ID: 687272797

Page 1 of 6

Tue Oct 9, 2018 12:53 PM                        Lamczik, Patrick (1503010)

LAMCZIK_P-000285

**Marshall Browning Hospital Clinic**
**900 N. Washington Street**
**DuQuoin, IL 62832**
**618-542-1050**

**PATIENT NAME:** LAMCZIK, PATRICK

**DATE OF VISIT:** 12/21/17

**REASON FOR VISIT:** Hospital follow up

**HISTORY OF PRESENT ILLNESS:** Pat is a 51-year-old male who came in to the office today for hospital follow up. He was admitted to the hospital back in November at Deaconess in Evansville for a GI bleed. He stayed several nights there. He was then transferred to DuQuoin hospital for swing bed. He did some physical therapy/occupational therapy there. When he was admitted to Deaconess he did have an INR greater than 11. He tells me that he had been drinking a lot of alcohol around that time and didn't know if maybe that was the reason why his INR was up. He tells me that he has seen Alan (who is charge of our Coumadin clinic). He has put him on 2mg Monday through Friday and 1mg on Saturday and Sunday. His last INR was 3.7. He tells me he is supposed to follow up in the Coumadin clinic in three weeks. I have explained to him that with his Coumadin level the way it is, he has had multiple GI bleeds because he continues to get this Coumadin levels extremely high, that he needs to be closely monitored and needs to be monitored weekly. When he was at Evansville hospital they did do an EGD. It revealed that he had a Mallory-Weiss tear. He had pancreatitis that was alcohol induced mostly likely. He is on his Coumadin therapy because of repeated DVTs. He also saw neurology there who told him he was having pseudoseizures and they thought maybe a differential diagnosis could be sleep apnea. He does use a BIPAP machine. He tells me it has been a long time since he had a sleep study and that he is feeling very tired during the day. He is open to getting another sleep study done.

**ALLERGIES:** PLEASE REFER TO THE LIST IN THE CHART.

**MEDICATIONS:** PLEASE REFER TO THE MEDICATION LIST IN THE CHART.

**PHYSICAL EXAM**
**VITAL SIGNS:**
Age: 51
Blood Pressure: 98/60
Respirations: 18
Heart Rate: 80
Temperature: 97.5
Pulse Oximetry: 94% on room air
Weight: 364 pounds

**GENERAL:**
No acute distress. Morbidly obese.

**ENT:**
Sclera and conjunctiva are clear. Oropharynx is clear.

LAMCZIK_P-000015

# Deena Ewing

| | |
|---|---|
| **From:** | Deena Ewing |
| **Sent:** | Friday, November 30, 2018 10:35 AM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'Plaintiffscoleadcounselmdl@gmail.com' |
| **Subject:** | Response to Order regarding Case Categorization and Census |
| **Attachments:** | HYDE_JOHN ROBERT, JR-Categorization and Census Response.pdf; LAMCZIK_PATRICK-Categorization and Census Response.pdf; NIEMI_JUDITH-Categorization and Census Response.pdf; FERRER_JONATHAN-Categorization and Census Response.pdf; SCHEU_DIANNE-Categorization and Census Response.pdf |

Attached please find five (5) Plaintiff's Response to Order Regarding Case Categorization and Census Order. Should you have any questions regarding this matter, please contact this office. Thank you.



Deena Ewing
Legal Assistant
Direct Phone: (727) 228-7010
Direct Fax:    (727) 228-8572
Main Phone:  (727) 786-5000
Main Fax:     (727) 772-9833
777 Alderman Road
Palm Harbor, FL  34683
DEwing@florinroebig.com
www.FlorinRoebig.com



   

**Offices: Palm Harbor, FL; Jacksonville, FL; Minneapolis, MN; West Palm Beach, FL\*; Dallas, TX\*; and Denver, CO\*\*** (\*Available for consultation \*\*Practice limited to Federal Court)

This electronic communication, including any authorized attachments, contains information from the law firm of Florin Roebig, P.A. that may be legally privileged, confidential, and exempt from disclosure under applicable law.  The communication may also include content that was not originally generated by the firm.  If you are not the intended recipient, any use or dissemination of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately and delete it from all computers on which it may be stored.  In addition, if you are not currently a client of the firm, this communication is not to be construed as establishing an attorney-client relationship.