UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
RLY-TAB
PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-2570-
RLY-TAB

MDL No: 2570

This document Relates Only to the Following Cases:

Taylor v. Cook Medical, Inc., et al.
Case No:        1:15-cv-01892-RLY-TAB
Stephens v. Cook Medical, Inc., et al.
Case No:        1:16-cv-01959-RLY-TAB
Womack v. Cook Medical, Inc., et al.
Case No:        1:16-cv-01519-RLY-TAB

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE
CATEGORIZATION ORDER [D.E. 10063]**

The Plaintiffs, Mary Agnes Kilbourn-Stephens (1:16-cv-01959), Jacqueline Taylor

(1:15-cv-01892) and Gerry Womack (1:16-cv-01519), respectfully request that this

Honorable Court deny the Defendant's Motion to Dismiss Without Prejudice Pursuant to

the Court's Case Categorization Order [D.E. 10063].

On January 17, 2019, the Court entered an Order requiring Plaintiffs with pending

cases to categorize their claims, and to complete and serve Categorization Forms by

January 31, 2019 to the following email addresses: CookFilterMDL@Faegrebd.com and

plaintiffscoleadcounselmdl@gmail.com. The above referenced Plaintiff have timely complied with the Courts Order.

**A.     The Three Babbitt & Johnson Plaintiffs to Whom the Defendant's Motion to Dismiss Is Directed Have Submitted Their Case Categorization Forms.**

The three Babbitt & Johnson Plaintiffs identified by Cook Medical, Inc., et al ("Cook") as "non-compliant" with this Court's November 21, 2018 Case Categorization and Census Order (Dkt No. 9638), have, in fact, submitted their categorization forms. In addition, Cook incorrectly identifies Thomas W. Chrisman and Kevin Ray McDonald as Babbitt & Johnson Plaintiffs, they, however, are represented by Matthews and Associates.

Despite Cooks assertions as to Mary Agnes Kilbourn-Stephens (1:16-cv-01959), Jacqueline Taylor (1:15-cv-01892) and Gerry Womack (1:16-cv-01519), Categorization forms for all three Plaintiffs were timely submitted. (See Email Submission of Categorization forms, **Exhibit A**). Cook's assertion that these Babbitt & Johnson Plaintiffs submitted "nothing" is not correct. For this reason, the motion must be denied.

Dated:  February 8, 2019

Respectfully Submitted,

/s/ Joseph R. Johnson
Joseph R. Johnson, Atty No:  372250
Babbitt & Johnson, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
Telephone:  (561) 684-2500
Facsimile:   (561) 684-6308
Email:  jjohnson@babbitt-johnson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph R. Johnson*
Joseph R. Johnson
