# EXHIBIT A

# EMAIL SUBMISSION OF CATEGORIZATION FORMS

**Melissa Sun**

| | |
|---|---|
| From: | Melissa Sun |
| Sent: | Wednesday, December 19, 2018 5:44 PM |
| To: | 'cookfiltermdl@faegrebd.com' |
| Cc: | 'plaintiffscoleadcounselmdl@gmail.com' |
| Subject: | Jacqueline Taylor: 1:15-cv-01892 |
| Attachments: | TAYLOR, JACQUELINE.pdf |

Counsel,

Attached please find Case Categorization Submission re: Jacqueline Taylor: 1:15-cv-01892.

Regards,

Melissa Sun
Paralegal



LAW OFFICES
BABBITT & JOHNSON
PROFESSIONAL ASSOCIATION
SINCE 1968

1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:   (561) 684-2500
Toll Free:       (888) 666-0523
Telefax:         (561) 684-6308
Email:   MSun@Babbitt-Johnson.com
Web:     www.Babbitt-Johnson.com

1

**Melissa Sun**

| | |
|---|---|
| From: | Melissa Sun |
| Sent: | Wednesday, December 19, 2018 5:42 PM |
| To: | 'cookfiltermdl@faegrebd.com' |
| Cc: | 'plaintiffscoleadcounselmdl@gmail.com' |
| Subject: | Mary Stephen: 1:16-cv-1959 |
| Attachments: | STEPHENS, MARY.pdf |

Counsel,

Attached please find Case Categorization Submission re: Mary Stephen: 1:16-cv-1959.

Regards,

Melissa Sun
Paralegal



LAW OFFICES
BABBITT & JOHNSON
PROFESSIONAL ASSOCIATION
SINCE 1968

1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:   (561) 684-2500
Toll Free:      (888) 666-0523
Telefax:        (561) 684-6308
Email:   MSun@Babbitt-Johnson.com
Web:     www.Babbitt-Johnson.com

1

**Melissa Sun**

| | |
|---|---|
| From: | Melissa Sun |
| Sent: | Saturday, January 05, 2019 10:29 PM |
| To: | 'cookfiltermdl@faegrebd.com' |
| Cc: | 'plaintiffscoleadcounselmdl@gmail.com' |
| Subject: | Gerry Womack: 1:16-cv-01519 |
| Attachments: | WOMACK, GERRY.pdf |

Counsel,

Attached please find Case Categorization Submission re: Gerry Womack: 1:16-cv-01519.

Regards,

Melissa Sun
Paralegal



LAW OFFICES
**BABBITT & JOHNSON**
PROFESSIONAL ASSOCIATION
SINCE 1968

1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone:   (561) 684-2500
Toll Free:      (888) 666-0523
Telefax:        (561) 684-6308
Email:   MSun@Babbitt-Johnson.com
Web:     www.Babbitt-Johnson.com

1