UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: Tonya Brand, 1:14-cv-06018-RLY-TAB _____ | ) ) ) ) ) | |

**ORDER ON PLAINTIFF'S BENCH BRIEF[1] ON THE ADMISSIBILITY OF "GOOD DEEDS" EVIDENCE IN THE PUNITIVE DAMAGES PHASE**

Immediately prior to the punitive damages phase of trial, Plaintiff filed the present motion to exclude the testimony of B. Thomas Roberts, Vice-President of Quality Assurance at Cook Medical, from the punitive damages phase of trial. Plaintiff argued his testimony amounts to nothing more than "good deeds" evidence which is irrelevant to the punitive damage inquiry and unfairly prejudicial. Prior to his testimony, the court heard argument from the parties and ruled that his testimony, which spoke to the quality procedures instituted at Cook Medical and its regulatory compliance, was admissible. Accordingly, Plaintiff's motion (Filing No. 10050) was **DENIED**.

**SO ORDERED** this 8th day of February 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

---

[1] Plaintiff's bench brief was filed as a motion; therefore, the court will treat it as a motion in limine.

1

Distributed Electronically to Registered Counsel of Record.