IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Adrian Chambers, Cause No. 1:19-cv-00126

Mark Clancy, Cause No. 1:17-cv-02399

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

On this day the Court considered Defendants' Motion to Dismiss Pursuant to the Case Categorization Order as it pertains to Adrian Chambers (1:19-cv-00126) and Mark Clancy (1:17-cv-02399). After considering the Motion and the Response of Plaintiffs, the Court is of the opinion said Motion is not well taken as it pertains to these Plaintiffs. The Court therefore,

DENIES Defendants' Motion to Dismiss the cases of Adrian Chambers (1:19-cv-00126) and Mark Clancy (1:17-cv-02399).

SIGNED this _____ day of _____, 2019.

_____
Richard L. Young, Judge Presiding
United States District Court
Southern District of Indiana