# Denise Conwell

| | |
|---|---|
| **From:** | Denise Conwell <notifier@mail.vault.netvoyage.com> |
| **Sent:** | Wednesday, February 06, 2019 3:00 PM |
| **To:** | Denise Conwell |
| **Subject:** | NetDocuments delivered secure links to the following recipients |

NetDocuments delivered secure links to the following recipients:

cookfiltermdl@faegrebd.com

plaintiffscoleadcounselmdl@gmail.com

ddegreeff@wcllp.com

jgallas@wcllp.com

Content of email sent to recipients (except the secured links have been disabled and each document name is regular link):

Dear Counsel, Enclosed are links to the Categorization Form and relevant medical records regarding Mark Cla Sincerely, Denise Conwell, Paralegal Wagstaff & Cartmell LLP 816-701-7420

Case Categorization Form Mark Clancy.pdf
  DOWNLOAD
  VIEW

BS - KentuckyOne Health Primary Care Associates (Clancy, Mark).pdf

BS - Norton Healthcare (Clancy, Mark).pdf

BS - Jewish Hospital Louisville II (Clancy, Mark).pdf

BS - Jewish Hospital Louisville I (Clancy, Mark).pdf

BS - Baptist Health Louisville (Clancy Mark).pdf

BS - VA (Clancy, Mark).pdf

Download All

Powered by netdocuments