IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:  COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                  MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Adrian Chambers, Cause No. 1:19-cv-00126

Mark Clancy, Cause No. 1:17-cv-02399

_____

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS

On this day the Court considered Defendants' Motion to Dismiss Pursuant to the Case Categorization Order as it pertains to Adrian Chambers (1:19-cv-00126) and Mark Clancy (1:17-cv-02399). After considering the Motion and the Response of Plaintiffs, the Court is of the opinion said Motion is not well taken as it pertains to these Plaintiffs. The Court therefore,

DENIES Defendants' Motion to Dismiss the cases of Adrian Chambers (1:19-cv-00126) and Mark Clancy (1:17-cv-02399).

SIGNED this _____ day of _____, 2019.


_____
Richard L. Young, Judge Presiding
United States District Court
Southern District of Indiana