# EXHIBIT 1

## Stacy Pulido

**From:** Laci Whitley
**Sent:** Friday, February 8, 2019 10:50 AM
**To:** Stacy Pulido
**Subject:** FW: CookFilterMDL

---

**From:** lwhitley@flintlaw.com <lwhitley@flintlaw.com>
**Sent:** Friday, February 8, 2019 10:47 AM
**To:** CookFilterMDL@faegrebd.com
**Subject:** CookFilterMDL

### You have received 2 secure files from lwhitley@flintlaw.com.
Use the secure links below to download.

Please see attached Case Categorization Submissions in the below-listed cases:

- Daniel Newbeck
- Nakia Emery

### Secure File Downloads:
Available until: **14 February 2019**

Click links to download:

A Cook Bellwether - Case Categorization Form - Newbeck Daniel.pdf
922.56 KB

A Cook Bellwether - Case Categorization Form - Emery, Nakia.pdf
1018.79 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

## Categorization Form

A.  Plaintiff's Name: Nakia Emery

B.  Plaintiff's Case Number: 1:14-ml-2570-RLY-TAB

C.  Plaintiff's Counsel (Lead Firm Name): Flint Law Firm, LLC.

D.  Categorization (check each that applies and briefly describe):

   1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

      Check here for Category 1:____

   2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

      Check here for Category 2:____

      Briefly describe claimed complication/outcome/injury:_____

   3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

      Check here for Category 3:____

      Briefly describe claimed complication/outcome/injury:_____

   4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

      Check here for Category 4: _x_

      Briefly describe claimed complication/outcome/injury: Expert renders opinion that filter does not appear amenable to percutaneous endovascular removal due to filter position and injuries.

2

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: _x_ . **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:

   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:

   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:

   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:

   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: <u>Filter tilted posteriorly with hook contacting IVC wall</u>; all struts of filter perforate IVC up to 12mm; 1 strut perforates right kidney; 1 strut perforates caudate lobe; 1 strut perforates small bowel.

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        Flint Law Firm, LLC.

Plaintiff's Counsel's Firm:       Laci M. Whitley

Plaintiff's Counsel's Signature:  *Laci Whitley*

4

**NAME:** Nakia Emery

**DOB:** _____

**IVC FILTER EXAM DATE:** 12/31/2009

**CT ABD/PELVIS EXAM DATE:** 9/17/2016

**FINDINGS:** Axial CT abdomen and pelvis with coronal and sagittal reformatted images submitted for review on 10/28/2018 of the IVC, filter position, and related findings.

> The hook of the Cook Celect retrievable IVC filter is at the T10-T11 interspace and is suprarenal. The IVC filter is tilted posteriorly and the hook contacts the IVC wall. All the struts of the IVC filter perforate the IVC up to 12mm. One (1) strut perforates the IVC posteriorly by 12mm and also perforates the right kidney. One (1) strut perforates the IVC laterally by 10mm and also perforates the caudate lobe. One (1) strut perforates the IVC anteriorly by 11mm and perforates the small bowel.

Furthermore, there is a metallic foreign body measuring 27mm in length that resides within the left hepatic lobe which is consistent with a detached fractured strut from the IVC filter.

Thrombus within the IVC or filter cannot be evaluated on this non contrast study.


The study is compared with a CT dated 7/11/2018.

Axial CT abdomen and pelvis with coronal and sagittal reformatted images submitted for review on 10/28/2018 of the IVC, filter position, and related findings.

The hook of the Cook Celect retrievable IVC filter is at the T10-T11 interspace and is suprarenal. The IVC filter is tilted posteriorly and the hook contacts the IVC wall. All the struts of the IVC filter perforate the IVC up to 12mm. One (1) strut perforates the IVC posteriorly by 12mm and also perforates the right kidney. One (1) strut perforates the IVC laterally by 10mm and also perforates the caudate lobe. One (1) strut perforates the IVC anteriorly by 11mm and perforates the small bowel.

Furthermore, there is a metallic foreign body measuring 27mm in length that resides within the left hepatic lobe which is consistent with a detached fractured strut from the IVC filter.

No hemorrhage or thrombus seen within the IVC or filter.


The study is compared with a CT dated 7/10/2018.

Axial CT abdomen and pelvis with coronal and sagittal reformatted images submitted for review on 10/28/2018 of the IVC, filter position, and related findings.

The hook of the Cook Celect retrievable IVC filter is at the T10-T11 interspace and is suprarenal. The IVC filter is tilted posteriorly and the hook contacts the IVC wall. All the struts of the IVC filter perforate the IVC up to 12mm. One (1) strut perforates the IVC posteriorly by 12mm and also perforates the right kidney. One (1) strut perforates the IVC laterally by 10mm and also perforates the caudate lobe. One (1) strut perforates the IVC anteriorly by 11mm and perforates the small bowel.

Page 2. Emery

Furthermore, there is a metallic foreign body measuring 27mm in length that resides within the left hepatic lobe which is consistent with a detached fractured strut from the IVC filter.

Thrombus within the IVC or filter cannot be evaluated on this non contrast study.

**IMPRESSION:**

Suprarenal IVC filter perforating through the IVC with multiple struts extending extraluminal into surrounding solid organs as described above.

Fractured IVC filter with strut embolus within the left hepatic lobe as described.

The above mentioned IVC filter is considered temporary and removable. However, secondary to the position as described, it does not appear amenable to percutaneous endovascular removal.

Reviewed by: Jerry Matteo, MD

10/28/2018