UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

1:18-cv-01437 Christopher Lashier

### PLAINTIFF CHRISTOPHER LASHIER'S RESPONSE IN OPPOSITON TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

On November 21, 2018, the Court entered its order requiring all MDL Plaintiffs to complete and serve Categorization Forms to the following email addresses on or before December 22, 2018: CookFilterMDL@FaegreBD.com and plaintiffscoleadcounselmdl@gmail.com. (Doc. 9638).

Plaintiff, Christopher Lashier, complied with that order on December 21, 2018 by serving a completed categorization form with corresponding medical records to the above email addresses. *See* February 8, 2019 Declaration of Bradley S. Morris, Esq. attached hereto as **Exhibit A**; see also December 22, 2018 Email attached hereto as **Exhibit B.**

Defendants move to dismiss Plaintiff's case on the basis that he "completely failed to comply with the Court's Categorization Order." (Doc. 10063 at 1). However, as can be seen from the attached Exhibits, Plaintiff Christopher Lashier complied with the Court's Categorization Order and has a Level 7 injury. Accordingly, the Court should deny Defendants' motion to dismiss as to Plaintiff Christopher Lashier.

WHEREFORE, Plaintiff moves the Court for an Order denying Defendants' Motion to Dismiss as to Plaintiff Christopher Lashier.

                    Respectfully Submitted,

                    **THE MAHER LAW FIRM, P.A.**

                    By: s/ Matthew S. Mokwa
                    Matthew S. Mokwa (FL Bar No. 47761 )
                    (admitted *pro hac vice*)
                    **The Maher Law Firm, P.A.**
                    271 W. Canton Ave., Suite 1
                    Winter Park, FL 32789
                    407-839-0866 (Telephone)
                    321-304-6039 (Fax)
                    mmokwa@maherlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

                    */s/ Matthew S. Mokwa*