UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

1:18-cv-01437 Christopher Lashier

### **DECLARATION OF BRADLEY S. MORRIS**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that:

1. My name is Bradley S. Morris. I am of sound mind, capable of making this declaration, and personally acquainted with the facts herein stated.

2. I am an attorney for The Maher Law Firm P.A., the attorneys for Plaintiff Christopher Lashier.

3. On December 21, 2018 I served Mr. Lashier's completed categorization form with corresponding medical records to the following email addresses CookFilterMDL@FaegreBD.com and plaintiffscoleadcounselmdl@gmail.com.

Dated: 2/8/2019

_____
BRADLEY S. MORRIS

Exhibit A

3