# Matthew Mokwa

| | |
|---|---|
| **From:** | Bradley Morris |
| **Sent:** | Friday, December 21, 2018 4:26 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Matthew Mokwa |
| **Subject:** | 5160461 LASHIER (Chris) v. Cook Medical Inc |
| **Attachments:** | Categorization Form.pdf |

Christopher Lashier v. Cook Medical Inc., et al.
Case No.:  1:18-cv-01437-TWP-TAB

Counsel:

Please see the attached categorization form and the accompanying medical records.

Regards


**Bradley Morris**
Attorney



[www.maherlawfirm.com](www.maherlawfirm.com)



**Phone:**  (407) 839-0866
**Fax:**  (407) 425-7958

*Office:*
271 W. Canton Ave., Suite 1
Winter Park, FL  32789

*Mailing:*
P.O. Box 2209
Winter Park, FL  32790-2209

*Confidentiality Notice*
*The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender of this message immediately.*

## Categorization Form

A.  Plaintiff's Name: Christopher Lashier

B.  Plaintiff's Case Number: 1:18-cv-01437-TWP-TAB

C.  Plaintiff's Counsel (Lead Firm Name): Matthew S. Mokwa (The Maher Law Firm)

D.  Categorization (check each that applies and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:____

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:____

    Briefly describe claimed complication/outcome/injury:_____

3.  Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: X

    Briefly describe claimed complication/outcome/injury: Filter cannot be removed-must remain on Coumadin indefinitely.

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: X

    Briefly describe claimed complication/outcome/injury: Filter cannot be removed

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:____

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:__X__. **Circle all sub-categories that apply below**:

   **(a)** IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   Thrombosis of the IVC

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

    (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

    (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

    (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: Extensive Venous Thrombosis

    (h) infection;

Briefly describe claim of symptomatic injury:_____

    (i) bleeding;

Briefly describe claim of symptomatic injury:_____

    (j) death; and

Briefly describe claim of symptomatic injury:_____

    (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.    Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:     Matthew Mokwa

Plaintiff's Counsel's Firm:     The Maher Law Firm

Plaintiff's Counsel's Signature: _____

# EXHIBIT A

[Medical Record Excerpts]

FAMILY MEDICINE - LAKEVIEW
6000 University Ave., Suite 101
West Des Moines, IA 50266
Phone: (515) 241-2600
Fax: (515) 241-2032

Patient: CHRISTOPHER J. LASHIER
MRN:
DOB:
DOS: 04/27/2011
Ethnicity: Non-Hispanic or Latino
Language: ENGLISH
Race: White
Sex: M

RE: Christopher Lashier
DOB:

To Whom It May Concern:

This letter comes at the request of Christopher Lashier, a 45-year-old male patient who is seen in our office for health care needs. He was involved in a motor vehicle accident on January 11, 2010. He had sustained significant internal injuries from this accident. He subsequently, in February 2010, developed a deep venous thrombosis and had an inferior vena cava filter placed. Because of the length of the time the IVC filter has been in place, he will need to remain on anticoagulation therapy indefinitely.

He has followed up in our office intermittently for anticoagulation therapy monitoring but will need to do so on a more regular consistent basis as the filter cannot be removed, and he will need to remain on Coumadin indefinitely.

If I can be of any additional assistance, please do not hesitate to contact me.

Sincerely,


Electronically signed by: Amr S Kamhawy M.D. Apr 27 2011 1:13PM CST

FAMILY MEDICINE - LAKEVIEW
6000 University Ave., Suite 101
West Des Moines, IA  50266
Phone: (515) 241-2600
Fax: (515) 241-2032

Patient: CHRISTOPHER J. LASHIER
MRN:
DOB:
DOS:   11/13/2012
Ethnicity: Non-Hispanic or Latino
Language: ENGLISH
Race: White
Sex: M

**Reason For Visit**
Follow up for his medications.
**Allergies**
No Known Drug Allergy.
**Current Meds**

**Active Problems**

**OAP Note**
Subjective: Christopher presents today for followup of several issues. First of all his INR. He has a vena cava filter which requires him to be on Coumadin therapy indefinitely. His last INR was 3 months ago. He has not noticed any new bleeding out of his mouth nose or ears. No rectal bleeding or hematuria. He is now taking 9 mg of Coumadin. No other problems with this.

Admit/Discharge Date:  2/8/2010
2/8/2010

Financial Number:  HQ6495950046

**LASHIER, CHRISTOPHER J**

## Diagnostic Imaging Historical

DOCUMENT TYPE:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

SP Injection Extremity Venography Lt
2/19/2010 10:09 CST
Auth (Verified)

MCDANIEL,ALAN (2/22/2010 09:23 CST)

**VENOGRAM - LT LOWER EXTREMITY-SPEC**
BILATERAL LOWER EXTREMITY VENOGRAM WITH INFERIOR VENACAVOGRAM AND INITIATION OF THROMBOLYTIC THERAPY. 2/19/2010.

HISTORY: 44-YEAR-OLD MAN WITH MULTIPLE FRACTURES AND HISTORY OF BOTH SPLENIC AND HEPATIC INJURY. THE PATIENT NOW PRESENTS WITH BILATERAL PELVIC THROMBOSIS AS WELL AS LEFT LEG DVT AND CAVAL THROMBOSIS TO A LEVEL AND JUST ABOVE AN IVC FILTER. THROMBOLYTIC THERAPY IS REQUESTED.

PROCEDURE AND FINDINGS: INFORMED CONSENT WAS OBTAINED. THE CASE WAS DISCUSSED WITH THE PATIENT'S ORTHOPEDIC SURGEONS AS WELL AS THE PATIENT AND HIS FAMILY. THE RISK OF BLEEDING WAS DISCUSSED AS A RELATIVE CONTRAINDICATION. THE POPLITEAL FOSSA WAS STERILELY PREPPED AND DRAPED BILATERALLY. LOCAL LIDOCAINE WAS APPLIED. LEFT POPLITEAL ACCESS WAS ACHIEVED AND A 6 FRENCH DIALYSIS SHEATH PLACED. A VENOGRAM WAS PERFORMED DEMONSTRATING DIFFUSE THROMBOSIS OF THE SUPERFICIAL AND COMMON FEMORAL SEGMENTS AS WELL AS THE LEFT COMMON AND EXTERNAL ILIAC VEINS AND IVC INFERIORLY AND TO A LEVEL JUST ABOVE THE CAVAL FILTER. AFTER REVIEW OF THE IMAGES RIGHT POPLITEAL ACCESS WAS ACHIEVED AND PATENCY OF THE RIGHT SUPERFICIAL FEMORAL AND COMMON FEMORAL VEIN DEMONSTRATED. THERE IS THROMBOSIS OF THE RIGHT COMMON EXTERNAL ILIAC VEIN AS WELL AS THE IVC. THROMBOLYTIC THERAPY WAS INITIATED WITH 8 MG BOLUS OF TPA DELIVERED THROUGH BILATERAL 40 CM INFUSION CATHETERS. A RIGHT-SIDED CATHETER WAS POSITIONED EXTENDING FROM THE COMMON FEMORAL SEGMENT ACROSS THE OCCLUDED PELVIS AND INTO THE IVC TO A LEVEL ABOVE THE FILTER. THE LEFT-SIDED CATHETER WAS POSITIONED FROM THE SUPERFICIAL FEMORAL VEIN UP TO THE ILIAC VEINS TO THE IVC. AFTER THE ROLUS WAS DELIVERED, INFUSIONS THROUGH EACH OF THESE CATHETERS AT A RATE OF 0.25 MG PER HOUR WAS STARTED AND AN ADDITIONAL 0.25 MG/HOUR INFUSION STARTED THROUGH A 6 FRENCH LEFT POPLITEAL SHEATH. THE PATIENT WAS TO BE HEPARINIZED. THERE WAS NO IMMEDIATE COMPLICATION.

OPINION:

1. EXTENSIVE VENOUS THROMBOSIS AS DISCUSSED ABOVE INCLUDING ESSENTIALLY THE ENTIRE LEFT ILIOFEMORAL VENOUS SYSTEM DOWN TO THE POPLITEAL AS WELL AS THE IVC TO A LEVEL JUST ABOVE THE IVC FILTER IN THE INFRARENAL IVC. RIGHT-SIDED PELVIC VENOUS THROMBOSIS IS ALSO PRESENT. THROMBOLYTIC THERAPY WAS INITIATED AS DETAILED ABOVE.

END OF REPORT

Signs and Symptoms: PAIN ON MOVEMENT-MUTI FXS, UNABLE TO SIT UP-SPINAL FX