UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

1:18-cv-01437 Christopher Lashier

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMLY WITH THE COURT'S CASE CATEGORIZATION ORDER
AS TO PLAINTIFF CHRISTOPHER LASHIER**

ON THIS DAY the Court considered Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order (Doc. 10063). After considering said Motion and the Response filed by Christopher Lashier, the Court is of the opinion that the Motion should be denied as to Plaintiff Christopher Lashier.

The Court therefore,

DENIES Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order as to Plaintiff Christopher Lashier.

SIGNED _____, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana