IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Daniel Newbeck; Case No. 1:18-cv-00667-RLY-TAB

**RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE
COURT'S CASE CATEGORIZATION ORDER**

COMES NOW the Plaintiff, Daniel Newbeck, by and through his counsel and files this Response to the Motion to Dismiss filed by Defendants on February 5, 2019 and respectfully demonstrates to the Court the following:

Counsel for Plaintiff received Defendants' Motion to Dismiss without Prejudice on February 5, 2019. Upon receipt and identification of Defendant's Motion to Dismiss without prejudice, the Plaintiff's Counsel immediately sought to comply with the Court's Order. The Case Categorization form was served on Cook per CMO-6, and Plaintiffs' Leadership on February 8, 2019. *See* **Exhibit 1**.

Plaintiff has filed a Plaintiff Profile Sheet and has done everything to comply with the prior case management orders. The Defendants have now received the Categorization Form and have suffered no prejudice by receiving it within one week of the Court's Categorization Order. This error was an inadvertent mistake and Plaintiff did not intentionally refuse to respond to this Case Management Order. Plaintiff would be irreparably harmed if this case was dismissed.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court deny Defendants' Motion to Dismiss the above-captioned case.

DATED: February 8, 2019

**FLINT LAW FIRM, LLC**

By: /s/ Laci M. Whitley
Laci M. Whitley, IL Bar No. 6299777
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Facsimile: (618) 288-2864
lwhitley@flintlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of February 2019, I served the foregoing document on the Defendants via the Court's Electronic Filing System.

/s/ Laci M. Whitley