# EXHIBIT 1

## Stacy Pulido

| | |
|---|---|
| **From:** | Stacy Pulido |
| **Sent:** | Friday, February 8, 2019 10:54 AM |
| **To:** | 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Laci Whitley; Josh Grumke |
| **Subject:** | Cook Categorization Forms |
| **Attachments:** | A Cook Bellwether - Case Categorization Form - Newbeck Daniel.pdf; A Cook Bellwether - Case Categorization Form - Emery, Nakia.pdf |

Please see attached case categorization forms. These two cases were filed . We are submitting the forms in compliance with CMO-6.

Thanks,

Stacy Pulido
Paralegal

FLINT LAW FIRM LLC
222 E. Park St., Suite 500
P.O. Box 189
Edwardsville, IL  62025
Office:   (618) 288-4777
Direct:   (618) 205-2020
Fax:      (618) 288-2864
Ext:      320
www.flintlaw.com

CONFIDENTIALITY NOTICE: Please be advised that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent between you and this law firm may be copied and held by various computers it passes through as it is transmitted, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or this law firm's computers -- or even some computer unconnected to either of us that the e-mail may have passed through. Please notify us immediately by phone at (618) 288-4777 if you prefer not to receive communications by e-mail. This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender by phone at (618) 288-4777 and delete this e-mail message from your computer.

## Stacy Pulido

**From:** Laci Whitley
**Sent:** Friday, February 8, 2019 10:50 AM
**To:** Stacy Pulido
**Subject:** FW: CookFilterMDL

**From:** lwhitley@flintlaw.com <lwhitley@flintlaw.com>
**Sent:** Friday, February 8, 2019 10:47 AM
**To:** CookFilterMDL@faegrebd.com
**Subject:** CookFilterMDL

**You have received 2 secure files from lwhitley@flintlaw.com.**
Use the secure links below to download.

Please see attached Case Categorization Submissions in the below-listed cases:

- Daniel Newbeck
- Nakia Emery

**Secure File Downloads:**
Available until: **14 February 2019**

Click links to download:

A Cook Bellwether - Case Categorization Form - Newbeck Daniel.pdf
922.56 KB

A Cook Bellwether - Case Categorization Form - Emery, Nakia.pdf
1018.79 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

## Categorization Form

A.   Plaintiff's Name: Daniel Newbeck

B.   Plaintiff's Case Number: 1:18-cv-00667-RLY-TAB

C.   Plaintiff's Counsel (Lead Firm Name): Flint Law Firm, LLC.

D.   Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:____

   Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:____

   Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4:____

   Briefly describe claimed complication/outcome/injury:_____

2

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:____

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:_x_.  **Circle all sub-categories that apply below:**

   ((a)) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____
                                         filter placed below renal veins with thrombus in cone

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

3

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:            Flint Law Firm, LLC.

Plaintiff's Counsel's Firm:          Laci M. Whitley

Plaintiff's Counsel's Signature:     *Laci Whitley*

4



| 3K1-CV PRE POST PROCED | NEWBECK, DANIEL |
|---|---|
| 1 Tampa General Cir | MRN: 100106358 |
| TAMPA FL 33606-3571 | DOB: ▮▮▮▮▮▮▮ Sex: M |
| Hospital Record | Adm: 6/24/2014 D/C: 6/24/2014 |

## Imaging - All Results

**IR VENOGRAM INTERVENTIONAL Other Venogram Intervention [59775140]**  Resulted: 06/27/14 0108, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Kamal Massis, MD 06/24/14 0935 | Resulted by: | Kamal Massis, MD |
| Performed: | 06/24/14 0953 - 06/24/14 1119 | Resulting lab: | PACS |
| Narrative: | History: | | |

42-year-old male with hypercoagulable disorder of unknown etiology who underwent recanalization and stenting of bilateral iliac and infrarenal IVC occlusion secondary to
malpositioned trapeze permanent IVC filter placed at outside institution. In the last month, there has been gradual worsening of his left-sided leg pain and swelling raising
suspicion for recurrent central venous occlusion.

Operators: Kamal Massis, M.D.

Sedation:
Monitored anesthesiology care

Fluoroscopy Time: 11.6 minutes

Contrast: 65 mL

Pre-procedural Antibiotics: 1 gram Ancef IV

Estimated Blood Loss: minimal

Procedures performed:
1. Ultrasound guided access of the bilateral common femoral veins

2. Bilateral iliac venograms and inferior venacavogram

3. Balloon angioplasty and stenting of the left external and common iliac veins

4. Followup left external iliac and IVC venogram post angioplasty/stenting

Technique/Findings:

The procedure, benefits, and risks were discussed and informed written consent was obtained. A Timeout procedure was performed. The procedure was performed with all elements of
maximal sterile barrier technique; including cap and mask, sterile gown and gloves, a large sterile sheet, hand hygiene, and 2% Chlorhexidine for cutaneous antisepsis.

The patient was placed in the supine position and the bilateral groin regions prepped and draped in the usual sterile fashion. Local anesthetic was obtained utilizing 1% lidocaine.

Real-time ultrasound guidance was to access the right common femoral vein utilizing a 5 French micropuncture kit. Needle position was confirmed with ultrasound.

Real-time ultrasound guidance was to access the left common femoral vein utilizing a 5 French micropuncture kit. Needle position was confirmed with ultrasound. Fluoroscopic
guidance was subsequently used.

With micropuncture sheaths in both common femoral veins, iliac and inferior venacavograms were performed.

Findings: The right external and common iliac veins and the IVC stent going through the occluded filter are widely patent. The Gunter Tulip filter placed just below the renal veins
is properly positioned with small amount of thrombus in the cone. The left external iliac vein demonstrates a focal complete occlusion extending to the caudal aspect of the common
iliac vein stent for a length of approximately 3 to 4 cm. Multiple collaterals reconstitute the left common iliac vein and drain through the patent IVC stent.

A 7 French sheath was placed over the wire and successful recanalization was performed of the left external and common iliac veins with luminal wire access obtained to the IVC.

Balloon angioplasty was performed of the external and common iliac veins using an 8 x 80 mm mustang balloon followed by metallic stenting of the left external iliac vein using a 10
x 100 mm Luminexx.

Completion left iliac venogram post angioplasty and stenting demonstrated good angiographic outcome with less than 30% residual stenosis.

Both femoral sheaths were removed and hemostasis obtained utilizing manual compression. No immediate procedural complications.

Impression:
Interval occlusion of the left external iliac vein status post successful recanalization, angioplasty and stenting.

**Specimen Information**

| Type | Source | Collected On | |
|---|---|---|---|