**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

This Document Relates to Plaintiff(s):

JERRY TUBBS and ANNIA TUBBS
Civil Case No. 1:18-cv-02978-RLY-TAB

HOLLY HICKS KENDRICK
Civil Case No. 1:16-cv-03163-RLY-TAB

BENJAMIN MONROE
Civil Case No. 1:16-cv-03165-RLY-TAB

---

### PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE MANAGEMENT CATEGORIZATION ORDER

COME NOW, Plaintiffs JERRY TUBBS, HOLLY HICK KENDRICK, and BENJAMIN MONROE, by and through counsel, and respectfully request that this Honorable Court deny Defendants' Motion to Dismiss as to their respective claims.

The submission of the Categorization Forms by these three Plaintiffs is tardy due to no fault of Plaintiffs. Plaintiffs' counsel, Lopez McHugh LLP, represents many plaintiffs in this MDL. While the vast majority of plaintiffs represented by Lopez McHugh LLP (nearly all out of more than 100) were able to timely provide completed Categorization Forms pursuant to the Court's previous orders, these three plaintiffs have not been able to provide Categorization Forms, yet. The status of each Categorization Form and reasons for delay are outlined below.

**Jerry Tubbs and Annia Tubbs**

Plaintiff served his completed Categorization Form today.  *See* proof of email service attached hereto Exhibit 1.   Plaintiff notes that a completed Plaintiff Profile Sheet was previously submitted to Defendants, as well.  Because of an inadvertent administerial glitch in Plaintiff's counsel's internal electronic system, Mr. Tubbs' case was untimely identified by counsel as requiring a Categorization Form.  As soon as Plaintiff's counsel realized the mistake, immediate action was taken to complete the Categorization Form and submit same for Mr. Tubbs.  As such, Defendants have the information and are not prejudiced by the short delay.  Moreover, dismissing Plaintiff's case, even without prejudice, would create a significant burden on and prejudice to Plaintiff who has an otherwise meritorious claim against Defendants and has been compliant with counsel and the Court, at all other times.

**Holly Hicks Kendrick and Benjamin Monroe**

Plaintiffs, Holly Hicks Kendrick and Benjamin Monroe, only recently associated Lopez McHugh as counsel on their cases (Notices of Appearance by Lopez McHugh were filed the same day of this filing); Plaintiffs' previous counsel had taken steps to complete the Categorization Forms, but, despite their diligent and best efforts, some of the records and documentation needed to substantially complete the Categorization Forms is still pending.  Plaintiffs' counsel anticipates being able to submit the completed Categorization Forms for these Plaintiffs by next week and will notify the Court by filing a Supplemental Response to Defendants' Motion as soon as the Categorization Forms are submitted.  Defendants will have the Court-ordered information in relatively short time from now and are not prejudiced by this brief interruption; whereas, Plaintiffs will be greatly prejudiced should their cases be dismissed, under the circumstances.  The Court should know Plaintiffs have otherwise submitted complete

Plaintiff Profile Sheets that evidence they have legitimate claims and, moreover, have been completed in full, providing the requisite medical information and health care providers, as well as executed authorization forms for Cook to obtain their medical records. Plaintiffs will continue to endeavor to complete and submit their Categorization Forms at the soonest possible time.

Dated: February 8, 2019                                    Respectfully submitted,

                                                               /s/ *Matthew R. Lopez*
                                                               Ramon Rossi Lopez
                                                               Matthew R. Lopez
                                                               Amorina P. Lopez
                                                               LOPEZ MCHUGH LLP

                                                               Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                               /s/ *Matthew R. Lopez*
                                                              Matthew R. Lopez