# Exhibit 1

# Marilyn Wass

| | |
|---|---|
| **From:** | Marilyn Wass |
| **Sent:** | Friday, February 8, 2019 3:11 PM |
| **To:** | Melissa Jones |
| **Subject:** | FW: Cook - Categorization Form for Jerry Tubbs (Lopez McHugh) |
| **Attachments:** | Tubbs, Jerry_Cook Cat Form_Final.pdf |

**From:** Marilyn Wass
**Sent:** Friday, February 8, 2019 2:56 PM
**To:** cookfilterMDL@faegrebd.com
**Cc:** plaintiffscoleadcounselmdl@gmail.com
**Subject:** Cook - Categorization Form for Jerry Tubbs (Lopez McHugh)

The attached categorization form for plaintiff Jerry Tubbs was inadvertently left off our original submission on 12/21/18.

Marilyn B. Wass, CP, CAS
Paralegal Manager
Sr. Certified Paralegal - California Advanced Specialist, Litigation



CALIFORNIA ● PENNSYLVANIA ● NEW JERSEY
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(877) 737-8525 - Toll Free
(949) 812-5773 - Direct Dial
(949) 737-1501 - Telephone
(949) 737-1504 – Facsimile
mwass@LopezMcHugh.com
www.LopezMcHugh.com

 Please consider the environment before printing this email

Privileged and Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.