**EXHIBIT A**

Case 1:14-ml-02570-RLY-TAB   Document 10125-1   Filed 02/08/19   Page 2 of 2 PageID #:
68493
Case 1:18-cv-03328-RLY-TAB   Document 12-2   Filed 01/29/19   Page 32 of 42 PageID #: 112

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▼ UK ▼ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

Faegre Baker Daniels LLP
311 South Wacker Drive ▼ Suite 4300
Chicago ▼ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Ben C. Martin
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlins Street
Suite 1230
Dallas, TX 75219
bmartin@bencmartin.com;  karin.scheehle@gknet.com;
tarbon@bencmartin.com;  cguerra@bencmartin.com

    **Re:**    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Ben C. Martin:

According to our records, we have not received the Plaintiff Profile Sheet for Ramsey, Theresa Cecile ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Blake Angelino*

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
          Ben Martin – bmartin@bencmartin.com
          David Matthews – dmatthews@thematthewslawfirm.com