**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB MDL NO. 2592 |

This Document Relates to:

Ardrey, Joyce, 1:16-cv-01122
Barnes, Steven, 1:16-cv-01124
Bush, Lisa and Robert, 1:16-cv-01126
Clemmerson, Peter, 1:17-cv-00657
Gunderson, Freedom, 1:16-cv-01127
Judd, Nicole, 1:17-cv-00662
Miller, James, 1:16-cv-02537
Norris, Kiarra Monae, 1:17-cv-00663
Prim, Shearickel, 1:17-cv-00648
Romero, Beverly, 1:16-cv-01143
Super, Suzanne (estate), 1:17-cv-01480
Timms, David and Ashely, 1:18-cv-01321
Wiggins, Shawn and Tina, 1:16-cv-02935
Williams, Tamara, 1:17-cv-00670
Zeigler, Dennis and Sherry, 1:16-cv-01128

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

On November 21, 2018, the Court entered an order requiring Plaintiffs to categorize their cases and complete and serve Categorization Forms with certain required medical records on Defendants via e-mail at CookFilterMDL@Faegrebd.com, and on Plaintiff's' Leadership at plaintiffscoleadcounselmdl@gmail.com, by December 22, 2018. On January 17, 2019, the Court entered an amended Order extending the deadline to serve Categorization Forms to January 31, 2019.

On February 5, 2019, Defendants filed a Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order and requested the dismissal of 736 cases based on the assertion that each of those plaintiffs failed to comply with the Court's Order to serve Case Categorization. Cook, however, has erroneously included the following plaintiffs in its motion:

- Ardrey, Joyce; 1:16-cv-01122
- Barnes, Steven; 1:16-cv-01124
- Bush, Lisa and Robert; 1:16-cv-01126
- Clemmerson, Peter; 1:17-cv-00657
- Gunderson, Freedom; 1:16-cv-01127
- Judd, Nicole; 1:17-cv-00662
- Miller, James; 1:16-cv-02537
- Norris, Kiarra Monae; 1:17-cv-00663
- Prim, Shearickel; 1:17-cv-00648
- Romero, Beverly, 1:16-cv-01143
- Super, Suzanne (estate); 1:17-cv-01480
- Timms, David and Ashely; 1:18-cv-01321
- Wiggins, Shawn and Tina; 1:16-cv-02935
- Williams, Tamara; 1:17-cv-00670
- Zeigler, Dennis and Sherry; 1:16-cv-01128

Plaintiffs have complied with the Order to serve a completed Categorization Form with required medical records on Defendants. Plaintiffs' Counsel's e-mail to Defendants, dated January 8, 2019, with Categorization Forms and required medical records is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs move the Court to deny Defendants' Motion to Dismiss the

claims of Plaintiffs Joyce Ardrey, Steven Barnes, Lisa and Robert Bush, Peter Clemmerson, Freedom Gunderson, Nicole Judd, James Miller, Kiarra Monae Norris, Shearickel Prim, Beverly Romero, Suzanne Super, David and Ashley Timms, Shawn and Tina Wiggins, Tamara Williams, and Dennis and Sherry Zeigler.

Respectfully submitted,

**SEEGER WEISS LLP**

s/Christopher A. Seeger
Christopher A. Seeger
Asim M. Badaruzzaman
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
T:  (973) 639-9100
F:  (973) 679-8656
cseeger@seegerweiss.com
abadaruzzaman@seegerweiss.com

Jeffrey S. Grand
77 Water Street, 8th Floor
New York, New York 10005
T:  (212) 584-0700
F:  (212) 584-0799
jgrand@seegerweiss.com

***Attorneys for Plaintiffs***

Dated: February 8, 2019