# EXHIBIT A

| | |
|---|---|
| **From:** | Marco Campbell |
| **To:** | "cookfiltermdl@faegrebd.com"; "plaintiffscoleadcounselmdl@gmail.com" |
| **Cc:** | Asim Badaruzzaman; Rick Barreca; Humaira Safdar; Payal Amin |
| **Subject:** | In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING; MDL No. 2570; CATEGORIZATION FORMS |
| **Date:** | Tuesday, January 8, 2019 5:51:00 PM |
| **Attachments:** | Ardey, Joyce.zip<br>Barnes, Steven.zip<br>Bush, Lisa.zip<br>Clemmerson, Peter.zip<br>Gunderson, Freedom.zip<br>Judd, Nicole.zip<br>Miller, James.zip<br>Norris, Kiarra.zip<br>Prim, Shearickel.zip<br>Romero, Beverly.zip<br>Super, Suzanne.zip<br>Timms, David.zip<br>Wiggins, Shawn.zip<br>Williams, Tamara.zip<br>Zeigler, Dennis.zip |

Good evening,

Attached please see the Categorization Forms for the above mentioned matter as instructed by the CMO.

Thank you

MARCO I CAMPBELL
Paralegal
**SEEGERWEISS** LLP

55 Challenger Road
Ridgefield Park, NJ 07660
P. 973.639.9100
F. 973.639.9393
mcampbell@seegerweiss.com