**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2592 |

This Document Relates to:

Ardrey, Joyce, 1:16-cv-01122
Barnes, Steven, 1:16-cv-01124
Bush, Lisa and Robert, 1:16-cv-01126
Clemmerson, Peter, 1:17-cv-00657
Gunderson, Freedom, 1:16-cv-01127
Judd, Nicole, 1:17-cv-00662
Miller, James, 1:16-cv-02537
Norris, Kiarra Monae, 1:17-cv-00663
Prim, Shearickel, 1:17-cv-00648
Romero, Beverly, 1:16-cv-01143
Super, Suzanne (estate), 1:17-cv-01480
Timms, David and Ashely, 1:18-cv-01321
Wiggins, Shawn and Tina, 1:16-cv-02935
Williams, Tamara, 1:17-cv-00670
Zeigler, Dennis and Sherry, 1:16-cv-01128

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

This matter is before the Court on Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order. After considering Defendants' motion and Plaintiffs' opposition thereto, the Court orders as follows:

Defendant's motion to dismiss is **DENIED** as to the following Plaintiffs:

- Ardrey, Joyce; 1:16-cv-01122

- Barnes, Steven; 1:16-cv-01124

- Bush, Lisa and Robert; 1:16-cv-01126
- Clemmerson, Peter; 1:17-cv-00657
- Gunderson, Freedom; 1:16-cv-01127
- Judd, Nicole; 1:17-cv-00662
- Miller, James; 1:16-cv-02537
- Norris, Kiarra Monae; 1:17-cv-00663
- Prim, Shearickel; 1:17-cv-00648
- Romero, Beverly, 1:16-cv-01143
- Super, Suzanne (estate); 1:17-cv-01480
- Timms, David and Ashely; 1:18-cv-01321
- Wiggins, Shawn and Tina; 1:16-cv-02935
- Williams, Tamara; 1:17-cv-00670
- Zeigler, Dennis and Sherry; 1:16-cv-01128

**SO ORDERED** this _____ day of _____, 2019.

_____
Honorable Tim A. Baker
United States Magistrate Judge