IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:17-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This document relates to:
GALE PETERS
Civil Case No. 1:16-cv-03365

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Plaintiff Gale Peters's Response In Opposition to**
**Defendant's Motion to Dismiss Without Prejudice Pursuant to Case Categorization Order**

NOW INTO COURT comes Plaintiff Gale Peters, through undersigned counsel, to oppose Defendant's Motion to Dismiss filed by Defendants on February 5, 2019, and would respectfully show the Court the following:

1.

Counsel for Plaintiff received the Defendant's Motion to Dismiss without Prejudice on February 5, 2019. Plaintiff's failure to serve her categorization forms on Defendants resulted from a mere clerical error by Plaintiff's counsel.

Upon receipt of Defendant's Motion to Dismiss without Prejudice, the Plaintiff's Counsel realized their error and served the categorization forms and requisite medical records on Defendants on February 7, 2019. See Exhibit A. Plaintiff previously timely filed a Plaintiff Profile Sheet and complied with prior case management orders. Defendants suffer no prejudice by receiving the categorization form within 5 business days. To dismiss this case – even without prejudice – would place an undue burden on the Plaintiff.

Plaintiff's counsel did not intentionally refuse to respond to the Court's Case Management Order and, upon becoming aware of their clerical mistake in failing to transmit the requisite forms and medical records, immediately complied.

The Plaintiff, Gale Peters, has complied with the Categorization Order and the Court should deny the Motion to Dismiss.

WHEREFORE, PLAINTIFF respectfully request this Court accept Plaintiffs categorization forms and associated records *nunc* pro *tunc* and DENY Defendants' Motion to Dismiss.

DATED: February 8, 2018

    MURRAY LAW FIRM
*/s/ Stephen B. Murray, Jr.*
Stephen B. Murray, Jr. (LA Bar No. 23877)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 525-8100
smurrayjr@murray-lawfirm.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Stephen B. Murray, Jr.*

Case 1:14-ml-02570-RLY-TAB   Document 10127   Filed 02/08/19   Page 3 of 3 PageID #: 68504