# Kitty Beck

| | |
|---|---|
| **From:** | Kitty Beck |
| **Sent:** | Thursday, February 07, 2019 3:06 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Devin Lowell; Cyndee DiMaggio |
| **Subject:** | Cook Case Categorization Submissions |
| **Attachments:** | Durrant, Jacquelyn Case Categorization Submission.pdf; Peters, Gale Case Categorization Submission1.pdf |

Counsel,

Please see attached submission forms on our clients Gale June Peters and Jacquelyn Durrant. Due to clerical error, these submissions were not included with our previous submitted forms. We plan to file an Opposition to the Motion to Dismiss, but wanted to get these to you as soon as possible.

Thank you.

\*^\*^\*^\*^\*^\*^\*^\*^\*^\*^\*^\*^\*^\*^\*^\*^

Kitty Beck
Assistant to Stephen B. Murray, Jr.
Murray Law Firm
Suite 2150 Poydras Center
650 Poydras Street
New Orleans, Louisiana 70130
T: 504.525.8100
F: 504.584.5249

Please consider the environment before printing this email 

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## **CASE CATEGORIZATION SUBMISSION Instructions**

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan

Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 2 of 5 PageID #: 62507

only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.  Plaintiff's Name: **Gale June Peters**

B.  Plaintiff's Case Number: **1:16-cv-3365**

C.  Plaintiff's Counsel (Lead Firm Name): **Murray Law Firm**

D.  Categorization (check each that applies and briefly describe):

1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury:_____

3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury:_____

4.  <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☐

    Briefly describe claimed complication/outcome/injury:_____

Case 1:14-ml-02570-RLY-TAB   Document 10137-1   Filed 02/08/19   Page 4 of 7 PageID #: 64999
Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 3 of 5 PageID #: 64916

2

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ✓

   Briefly describe claimed complication/outcome/injury: difficult removal/effort and time to remove greater than normal

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury: _____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☐.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Case 1:14-ml-02570-RLY-TAB   Document 10137-1   Filed 02/08/19   Page 5 of 7 PageID #:
68500
Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 4 of 5 PageID #:
64917

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Stephen B. Murray, Jr.

Plaintiff's Counsel's Firm: Murray Law Firm

Plaintiff's Counsel's Signature: _____

4


**PennState Health**
Milton S. Hershey Medical Center

Patient Name: PETERS, GALE J                                                                 MRN 0263262

*Interventional Radiology Procedure*

loop snare was formed under the filter apex. The wire loop was used to removed the filter intact. Contrast was injected through the sheath and DSA imaging of the abdomen was performed as a follow-up cavagram to filter removal. The sheath was removed and direct pressure was applied to the puncture site until hemostasis was achieved.

**FINDINGS:**
Spot film imaging showed the filter to be intact. There was significant caval wall encorporation at the level of the tulip wires. Therefore, a simple snare technique failed. As described, the filter was removed using a loop snare technique under the filter apex. All arms and legs were intact. There was no evidence of thrombus in the IVC, IVC filter, or visualized proximal iliac veins on the initial IVC gram. As described above, the filter was removed intact without incident. The post filter removal cavagram demonstrated a normal IVC except for mild narrowing and intimal irregularity at the filter expant site.

The effort and time require to removed the filter was far greater than normally required.

**INTERPRETATION:**
1. Successful technically difficult removal of an embedded Cook Tulip IVC filter.

DICTATED: LYNCH, FRANK
REVIEWED AND SIGNED: LYNCH, FRANK
DATE DRAFTED: 07/29/2016 03:32 PM
DATE OF FINAL SIGNATURE: 07/29/2016 03:32 PM

**IR VENA CAVA FILTER REMOVAL**
http://MHMC0MN01/integrations/iSiteEMR/iSite_EMR.aspx?acc=10271814_HNAM_URL