IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:17-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This document relates to:
GALE PETERS
Civil Case No. 1:16-cv-03365

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS

On this day the Court considered Defendants' Motion to Dismiss Pursuant to the Case Categorization Order as it pertains to Gale Peters. After considering the Motion and the Response of Gale Peters, the Court is of the opinion said Motion is not well taken as it pertains to this Plaintiff. The Court therefore,

DENIES Defendants' Motion to Dismiss the case of Gale Peters (1:16-cv-03365).

SIGNED this _____ day of _____, 2019.