IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND　　　　　Case No. 1:17-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION　　　　　　　　　　　　　　MDL NO. 2570

This document relates to:
JACQUELYN DURRANT
Civil Case No. 1:17-cv-2259

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS

On this day the Court considered Defendants' Motion to Dismiss Pursuant to the Case Categorization Order as it pertains to Jacquelyn Durrant. After considering the Motion and the Response of Jacquelyn Durrant, the Court is of the opinion said Motion is not well taken as it pertains to this Plaintiff. The Court therefore,

DENIES Defendants' Motion to Dismiss the case of Jacquelyn Durrant (1:17-cv-2259).

SIGNED this _____ day of _____, 2019.