IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **Case No. 1:14-ml-2570-RLY-TAB**<br>**MDL No. 2570** |

This Document Relates to Plaintiff(s):

William Heeb; Case No. 1:17-cv-02672-RLY-TAB
Henry Jackson - Case No. 1:17-cv-03388-RLY-TAB
David Lonsdale - Case No. 1:18-cv-02602-RLY-TAB
Charlene Hoffland - Case No. 1:17-cv-03283-RLY-TAB
Debra Beltran, Case No. 1:17-cv-02922-RLY-TAB
Adeline Brown, Case No. 1:17-cv-02446-RLY-TAB
Cynthia Branch, Case No. 1:18-cv-02274-RLY-TAB
Alisa Cole, Case No. 1:17-cv-03025-RLY-TAB Lacoyla
Crump, Case No. 1:17-cv-02796-RLY-TAB Latina I.
Lindstrom, surviving statutory beneficiary
    of Everett Fike, Case No. 1:17-cv-02921-RLY-TAB
Candy Freker, Case No. 1:17-cv-02774-RLY-TAB
Penney Goodwin, Case No. 1:17-cv-02775-RLY-TAB

**RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT
TO THE COURT'S CASE CATEGORIZATION ORDER**

    COME NOW the Plaintiffs, William Heeb; Henry Jackson; David Lonsdale; Charlene Hoffland; Debra Beltran; Adeline Brown; Cynthia Branch; Alisa Cole; Lacoyla Crump; Latina I. Lindstrom, surviving statutory beneficiary of Everett Fike; Candy Freker; and Penney Goodwin, by and through their counsel and file this Response to the Motion to Dismiss filed by Defendants on February 5, 2019 and respectfully demonstrate to the Court the following:

    Counsel for Plaintiffs received Defendants' Motion to Dismiss without Prejudice on February 5, 2019. Upon receipt and identification of Defendant's Motion to Dismiss without

prejudice, the Plaintiffs' Counsel immediately sought to comply with the Court's Order. The Case Categorization form was served on Cook per CMO-6, and Plaintiffs' Leadership on February 8, 2019 for plaintiffs William Heeb; Henry Jackson; David Lonsdale; Charlene Hoffland, *See* **Exhibits 1-4**; and on February 6, 2019 with an amended submission on February 7, 2019 for Debra Beltran; Adeline Brown; Cynthia Branch; Alisa Cole; Lacoyla Crump; Latina I. Lindstrom, surviving statutory beneficiary of Everett Fike; Candy Freker; and Penney Goodwin, *See* **Exhibits 5-12.**

Plaintiffs have filed a Plaintiff Profile Sheet and have done everything to comply with the prior case management orders. The Defendants have now received the Categorization Forms and have suffered no prejudice by receiving them within one week of the Court's Categorization Order. This error was an inadvertent mistake and Plaintiffs did not intentionally refuse to respond to this court's. Plaintiffs may be irreparably harmed if their cases were dismissed.

Categorization forms for the following eight plaintiffs, will be submitted by February 12, 2019:

> Manda Etheredge (1:17-cv-03333-RLY-TAB)
>
> William Phillips (1:17-cv-02851-RLY-TAB)
>
> Viviano Rodriguez (1:17-cv-02616-RLY-TAB)
>
> Richard Smith (1:17-cv-02800-RLY-TAB)
>
> Robert Tavares (1:16-cv-02989-RLY-TAB)
>
> Jennifer Varela (1:17-cv-02759-RLY-TAB)
>
> Teresa Whetstone (1:17-cv-02671-RLY-TAB)
>
> Stephen Wilkins (1:17-cv-02923-RLY-TAB)

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny Defendants' Motion to Dismiss the above-captioned cases.

DATED:		February 8, 2019

		Respectfully submitted,

		/s/ Baird A. Brown
		Baird A. Brown (Bar No. 56627)
		LAW OFFICES OF BAIRD BROWN, PC
		3055 Wilshire Boulevard, 12th Floor
		P (213) 487-8880
		F (213) 487-8884
		bairdbrownlaw@gmail.com
		Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2019, copies of the Response in Opposition to Defendants' Motion to Dismiss Without Prejudice Pursuant to The Court's Case Categorization Order, were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

/s/ Baird A. Brown
Baird A. Brown