# Exhibit 1



Baird Brown <bairdbrownlaw@gmail.com>

---

## Categorization form William Heeb - 1:17-cv-02672
1 message

---

**Baird Brown** <bairdbrownlaw@gmail.com>                                             Fri, Feb 8, 2019 at 2:56 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Categorization form attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

---

 **CategorizationFormWH.pdf**
2341K

## Categorization Form

A. Plaintiff's Name: William Heeb

B. Plaintiff's Case Number: 1:17-cv-02672

C. Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury:_____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury: _____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury: _____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☑. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:
   Filter tilted with tip towards L2 spine

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

> (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Filter struts project external to the IVC

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _____



| | | |
|---|---|---|
| **The Christ Hospital** | THE CHRIST HOSPITAL<br>2139 Auburn Ave<br>Cincinnati OH 45219<br>Imaging Final Report | HEEB, WILLIAM C<br>MRN: 10043025<br>DOB: 7/15/1955, Sex: M<br>Adm: 8/24/2010, D/C: 8/30/2010 |

( - 08/28/10) (continued)

### DIAG-ABDOMEN-AP VIEW [31416333]
Resulted: 0000, Result status: In process
08/24/10 1753

### CT-PELVIS WITH CONTRAST [31419976]
Resulted: 0000, Result status: In process

| Ordering provider: | Craven, Jeffrey A., MD  08/24/10 2129 | Resulted by: | Moore, Matthew |
|---|---|---|---|
| Performed: | 08/24/10 2139 - 08/24/10 2204 | Resulting lab: | TCH HOSPITAL LAB |

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| | | 08/24/10 1711 |

### CT-ABDOMEN WITH CONTRAST [31419977]
Resulted: 0000, Result status: In process

| Ordering provider: | Craven, Jeffrey A., MD  08/24/10 2129 | Resulted by: | Moore, Matthew |
|---|---|---|---|
| Performed: | 08/24/10 2139 - 08/24/10 2204 | Resulting lab: | TCH HOSPITAL LAB |

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| | | 08/24/10 1711 |

### DIAG-ABDOMEN-AP VIEW [31497614]
Resulted: 0000, Result status: In process

| Ordering provider: | Huber, Nathan, MD  08/26/10 1741 | Resulted by: | Mussman, Adam, MD |
|---|---|---|---|
| Performed: | 08/26/10 1750 - 08/26/10 1800 | Resulting lab: | TCH HOSPITAL LAB |

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| | | 08/26/10 1740 |

### DIAG-PORTABLE CHEST [31551397]
Resulted: 0000, Result status: In process

| Ordering provider: | Schneider, Gary, MD  08/28/10 0549 | Resulted by: | Pschesang, Benjamin P., MD |
|---|---|---|---|
| Performed: | 08/28/10 0600 - 08/28/10 0614 | Resulting lab: | TCH HOSPITAL LAB |

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| | | 08/28/10 0545 |

### DIAG-ABD KUB&ERECT &/OR DECUB [31409725]
Resulted: 08/24/10 1538, Result status: Final result

| Ordering provider: | Craven, Jeffrey A., MD  08/24/10 1510 | Resulted by: | Ignatow, Stanley B., MD |
|---|---|---|---|
| Performed: | 08/24/10 1510 - 08/24/10 1517 | Resulting lab: | TCH EXTERNAL RAD |
| Narrative: | ABDOMEN SERIES 08/24/2010 | | |

HISTORY: Epigastric pain with abdominal distention. S/P colectomy.

Supine and erect views of the abdomen compared to AP scout view for upper GI series 03/06/2010.

Multiple dilated air filled loops of mid and right upper abdominal small bowel extending subphrenic with air-fluid levels. There is minimal air in what appears to the distal rectum. Findings consistent with small bowel obstruction. History colectomy, likely subtotal. IVC filter obliquely oriented with tip rightward mid L2 and unchanged in position. Air-fluid level in the superior gastric fundus suggesting distended fluid filled stomach. Obscured contour of the mid and lateral left hemidiaphragm suggests left basilar airspace disease and/or pleural effusion.



| | THE CHRIST HOSPITAL | HEEB, WILLIAM C |
|---|---|---|
| The Christ Hospital | 2139 Auburn Ave<br>Cincinnati OH 45219<br>Imaging Final Report | MRN: 10043025<br>DOB: 7/15/1955, Sex: M<br>Adm: 8/24/2010, D/C: 8/30/2010 |

**( - 08/28/10) (continued)**

**CT-PELVIS WITH CONTRAST [31419976]**  Resulted: 08/24/10 2221, Result status: Final result

COMPARISON: 6/1/2009

TECHNICAL: Routine multidetector CT axial sections were obtained from the lung bases through the pubic symphysis following administration of 100 cc Isoview-370 intravenous contrast and oral water soluble iodinated contrast.

FINDINGS:

See scattered subcentimeter low attenuation lesions in the liver are stable and likely reflects cysts. Gallbladder unremarkable. The spleen and adrenal glands are normal. Kidneys enhance normally. The pancreas enhances normally.

Infrarenal IVC filter noted. Filter struts project external to IVC. Abdominal aorta normal caliber. No pathologically enlarged lymph nodes. There is no free fluid.

There is no identifiable colon. There is an NG tube in the stomach, which contains contrast. Dependent low attenuation density in the stomach may be related to ingestion. Proximal jejunum is collapsed. Remainder of the small bowel through the level of the rectum is relatively distended with fluid. There are some small bowel loops which demonstrate moderate dilation interposed between the right upper quadrant and diaphragm and anterior surface of the liver. There is a short segment of relatively collapsed small bowel on image 35. However, there is dilated small bowel proximal and distal to this short segment of relative collapse. GI tract mucosa enhances normally.

Impression:  IMPRESSION:

ABDOMEN:

1. STABLE SUBCENTIMETER LOW ATTENUATION LESIONS IN THE LIVER, LIKELY CYSTS.
2. IVC FILTER AS DESCRIBED.

PELVIS:

1. FINDINGS SUGGESTIVE OF COMPLETE TO NEAR-COMPLETE COLECTOMY.
2. MILD DILATION OF MID TO DISTAL SMALL BOWEL TO THE LEVEL OF THE RECTUM OF UNCERTAIN CLINICAL SIGNIFICANCE. THIS MAY REFLECT ADYNAMIC ILEUS. THERE IS NO EVIDENCE FOR DEFINITE MECHANICAL SMALL BOWEL OBSTRUCTION GIVEN THE ABSENCE OF DISTAL COLLAPSED BOWEL.

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| | | 08/24/10 1711 |

**CT-ABDOMEN WITH CONTRAST [31419977]**  Resulted: 08/24/10 2221, Result status: Final result

| Ordering provider: | Craven, Jeffrey A., MD  08/24/10 2129 | Resulted by: | Moore, Matthew |
|---|---|---|---|
| Performed: | 08/24/10 2139 - 08/24/10 2204 | Resulting lab: | TCH EXTERNAL RAD |
| Narrative: | PROCEDURE: Abdomen and Pelvis CT with contrast | | |

DATE: 8/24/2010

INDICATION: Small bowel obstruction