# Exhibit 2



**Baird Brown <bairdbrownlaw@gmail.com>**

## Categorization form Henry Jackson - 1:17-cv-03388
1 message

**Baird Brown** <bairdbrownlaw@gmail.com>     Fri, Feb 8, 2019 at 2:54 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Categorization form attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

---

 **CategorizationFormHJ.pdf**
2200K

## Categorization Form

A.     Plaintiff's Name:     Henry Jackson

B.     Plaintiff's Case Number:     1:17-cv-03388

C.     Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D.     Categorization (check each that applies and briefly describe):

1. **Successful First Removal Without Complication or Physical Injury Cases**: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. **Cases Alleging Mental Distress and Embedment**: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury:_____

3. **Stenosis of the IVC and Anticoagulation Cases**: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury:_____

4. **Embedded and High Risk Cases**: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury:_____

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: ~~Anchor embedded, fractured strut left~~ embedded

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _[signature]_

# Health Care
**University Hospital**

One Hospital Drive
Columbia, MO 65212

Patient Name:     JACKSON, HENRY OLEN
MRN:              00-11-65-01-1
Financial #:      29506861
Admit Date:       06/12/2017
Discharge Date:   06/12/2017

## Interventional/Angiography

| | | | |
|---|---|---|---|
| **Accession #** | **Exam Date/Time** | **Procedure** | **Ordering Provider** |
| IR-17-0001821 | 06/12/2017 10:31 | IR Venogram | Davis MD, Ryan M |

**Reason For Exam**
(IR Venogram) IVC FILTER REMOVAL

**Report**
Clinical Indication: IVC filter no longer needed. Initially placed in January 2015.

Procedure:
1. Complex fluoroscopic guided removal of Gunther Tulip IVC filter
2. Ultrasound-guided right internal jugular vein access
3. Inferior vena cava venogram
4. Post IVC filter removal venogram
5. Conscious sedation up to 60 minutes

Physicians:
1. Ryan M. Davis, M.D.
2. Jessi Hoyle, M.D.

Total fluoroscopy time: 18.6 minutes
Total Dose: 177.8mGy

Contrast administered: 30 mL

Description:

After discussing risks and benefits associated with procedure, informed consent was seen. The patient was brought to the angiography suite and universal timeout protocol was performed. The right neck was prepped and draped in the usual sterile fashion. Conscious sedation was monitored continuously via nursing staff (please see chart for doses administered). The skin and subcutaneous tissues of the right neck were anesthetized with local anesthetic. Under direct ultrasound guidance, a 21-gauge micropuncture needle was passed into the right internal jugular vein. Using standard Seldinger technique, the needle was exchanged for angiography sheath and a catheter was advanced into the infrarenal IVC. IVC venogram showed no evidence of thrombus within or adjacent to the infrarenal IVC filter. IVC filter tip was embedded in the right side of the IVC wall. The retrieval snare device was advanced to filter, however, the tip could not be grasped due to the endothelial covering of the filter tip. Working through the 16 French sheath, a 5 French SOS catheter was advanced to the IVC filter

---

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, *-Performing Loc

If you have any questions or concerns regarding this documentation, please call (573) 882-3170.
Report Request ID: 241737638      Page 5 of 6      Print Date/Time: 08/08/2017 09:25

**M Health Care**
University Hospital

One Hospital Drive
Columbia, MO 65212

| | |
|---|---|
| Patient Name: | JACKSON, HENRY OLEN |
| MRN: | 00-11-65-01-1 |
| Financial #: | 29506861 |
| Admit Date: | 06/12/2017 |
| Discharge Date: | 06/12/2017 |

## Interventional/Angiography

| Accession # | Exam Date/Time | Procedure | Ordering Provider |
|---|---|---|---|
| IR-17-0001821 | 06/12/2017 10:31 | IR Venogram | Davis MD, Ryan M |

**Report**

neck. Using a hangman technique, a Glidewire was passed through the reverse curve catheter and was snared using a goose neck snare. Firm traction was held to release the IVC filter tip from the IVC wall. Once the filter had been released from the wall, a gooseneck snare was again advanced and attached to the superior tip of the filter. The outer sheath was then advanced to collapse and retrieve the filter. A repeat IVC venogram through the outer sheath was performed, demonstrating no IVC thrombus or extravasation of contrast. A tiny piece of wire mesh remain in bed in the IVC wall, which did not move during post removal venogram. Mild, nonflow limiting narrowing of the IVC. The system was removed and pressure was held at the right neck puncture site to achieve hemostasis.

The patient tolerated procedure well.

Complications: Portion of the wire mesh remain embedded in the IVC wall.

Blood loss: Minimal.

Impression:

1. IVC venogram showing no evidence of thrombus within the filter. Filter tip in bed into the right side of the inferior vena cava wall.
2. Successful complex ultrasound and fluoroscopy guided retrieval of a previously placed infrarenal Gunther-Tulip IVC filter. Small piece of the fine wire mesh remained embedded into the IVC wall, which did not move on post removal venogram. Will follow-up in approximately 1 month to document continued stability.

...

\* \* \*Final Report\* \* \*

Electronically Signed by: Davis MD, Ryan M
Signed on: 06/13/17 14:37

---

LEGEND: @-Abnormal, c-Corrected, C-Critical, L-Low, H-High, i-Interp Data, R-Result Comment, \*-Performing Loc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

### PARTIES' ORDER
### REGARDING CASE CATEGORIZATION AND CENSUS

Pursuant to the Court's Order on the Cook Defendants' Motion for Screening Order and Bellwether Plan (Doc. 9322), the parties conferred on the procedure and timeline necessary to accomplish the Court's directive regarding case categorization and preparation of the census. The Court having considered the proposal, and being duly advised, sets the following deadlines:

**A.   Case Categorization**

Plaintiffs shall categorize their cases in Categories Nos 1-7 by **December 22, 2018**. The categorization shall be made using the form attached hereto as **Exhibit A**. The instructions therein must be followed, or the submission may be rejected as non-compliant.

**B.   Census**

Cook shall compile the categorization submissions made by Plaintiffs and prepare a census by **January 31, 2019**. The census shall report only the "highest" category for any plaintiff that marks, and supports with specific medical records, multiple categories in the categorization form.

SO ORDERED this 21st day of November 2018.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically
to Registered Counsel of Record.