# Exhibit 3

2/8/2019 Case 1:14-ml-02570-RLY-TAB Document 10129-3 Filed 02/08/19 Page 2 of 10 PageID #:
Gmail - Categorization form David Lonsdale - 1:17-cv-02602
68543



**Baird Brown** <bairdbrownlaw@gmail.com>

---

# Categorization form David Lonsdale - 1:17-cv-02602
1 message

---

**Baird Brown** <bairdbrownlaw@gmail.com>  Fri, Feb 8, 2019 at 2:50 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Categorization form attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

---

 **CategorizationFormDL.pdf**
3268K

## Categorization Form

A. Plaintiff's Name: David Lonsdale

B. Plaintiff's Case Number: 1:18-cv-02602

C. Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury: _____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ✓

   Briefly describe claimed complication/outcome/injury: Filter embedded in wall, removal not advised. Also filter is causing some hemolysis and thrombocytopenia, see records

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☑. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:
   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Apex embedded in caval wall

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _____

# Champlain Valley Vascular Surgery P.L.L.C.

*Specializing in Vascular Medicine and Surgery*
www.champlainvalleyvascular.com

**Theodore S. Pabst, III, M.D.**
*Board Certified*

**Claude R. Roland, M.D.**
*Board Certified*

**Rebecca Carter, N.P.**

June 04, 2018

RE: DAVID LONSDALE
DOB: 01/23/1955

**REFERRING:** Dr. Henry.

**CHIEF COMPLAINT:** Questions concerning IVC filter.

**HPI:** The patient is a 63-year-old white male with attention deficit disorder. His history is a bit rambling, but apparently he developed SMV thrombosis in 2003, on Coumadin since followed by Dr. Griffin weekly. In 2004, he underwent right middle lobectomy for apparent lung cancer which turned out to be benign. This was done at St. Peter's and a Cook Tulip filter was placed at the time. The filter has not been removed. There is no apparent history of lower extremity venous problems. He does not wear support hose. He has heard the lawyer advertisements on TV and internet concerning filer problems and apparently may be involved in one of the lawsuits. He wants an opinion from my standpoint whether the filter should be removed. Two years ago, he underwent small bowel resection for a polyp which turned out to be a low grade spindle cell sarcoma and Meckel's diverticulum removal by Dr. Henry. He saw Dr. Henry recently and inquired about the very question of his filter and was referred here for further evaluation.

**ALLERGIES:** Codeine, Niaspan, Prozac, tape.

**TOBACCO:** Two packs per day, quit about 20 years ago.

**ALCOHOL:** Heavy, quit about 20 years ago.

**MEDICATIONS:** Centrum Silver vitamins, Cialis, Coumadin, Crestor, desipramine, Florajen, losartan, melatonin, omega, Ritalin, Robaxin, tramadol, Xanax, Zebeta and medical marijuana.

**MEDICAL HISTORY:** Hypertension, hyperlipidemia, attention deficit disorder.

**SURGICAL HISTORY:** Appendectomy, cholecystectomy, pancreatitis 2010-no surgery.

**SOCIAL:** Divorced. Lives in Dannemora. On chronic disability apparently for depression/anxiety. Has three children.

**REVIEW OF SYSTEMS:** Has chronic low back pain. Review of systems otherwise negative.

EXAM: A 207 pound, 5'10" male, quite verbose. Pulse 90 and regular, BP 140/80 mmHg equal in both arms. Bearded. Neck without bruits or adenopathy. Upper extremities: Full pulses. Chest clear. Cor regular. Abdomen is rotund, soft, nontender, no megaly or masses or hernia, midline incision healed. Lower extremities: Femoral, popliteal and PT pulses 2+, no edema or stasis changes, no varicosities.

CT from 2016 reviewed. There is an infrarenal likely Tulip filter. The apex is likely embedded in the medial wall of the IVC. IVC is patent.

IMPRESSION: The patient has a longstanding infrarenal IVC filter with some tilt to it.

RECOMMENDATIONS: At this point, it would be meddlesome to try to remove the filter and possibly produce complications. As such, I have recommended leaving this alone. He is to continue long term Coumadin per the hematologist's opinion apparently for a hypercoagulable problem. No further followup needed.

*[signature]*

Electronically signed by agent of provider: Star L Staley on 06/06/2018 at 10:18 am

Theodore Pabst III, MD
TP/htslf
27613
cc: Thomas Gavin, PA
    Dr. Henry
    Patient

# THE University of Vermont HEALTH NETWORK

## Champlain Valley Physicians Hospital

Fitzpatrick Cancer Center
75 Beekman Street Plattsburgh, NY 12901
Phone# 518-562-7100 Fax# 518-562-7531

Patient Name: **LONSDALE, DAVID R**  
Patient Number: **79946**

Date: **5/21/2018**  
Date Of Birth: **1/23/1955**

### FOLLOW UP VISIT

**Reason for Visit:**
Patient is here for follow up with labs.

**History of Present Illness**
Multiple DVT PE and superior mesenteric Vein Thrombosis 15 y ago
Elevated Factor VIII level
Hemolysis of Unclear etiology?
IVC Filter
Thrombocytopenia

**Interval History**
Here for follow up his Plt are stable his Hgb is 18.3

**On-Going Treatment Events**

*No on-going treatment events have been entered for this patient.*

**Allergies**
adhesive tape, codeine, niacin, Prozac

**Medications**
Continued medications: Centrum Complete 18 mg-400 mcg tablet, Cialis 5 mg tablet, Crestor 5 mg tablet, desipramine 50 mg tablet, ferrous sulfate 325 mg (65 mg iron) tablet, Lomotil 2.5 mg-0.025 mg tablet, losartan 100 mg tablet, melatonin 3 mg tablet, Ritalin 20 mg tablet, Ritalin LA 10 mg capsuleextended release, Robaxin 500 mg tablet, tramadol 50 mg tablet, warfarin 5 mg tablet, Xanax XR 2 mg tabletextended release, Zebeta 5 mg tablet.

**Medical and Surgical History**

| Date | Type | Details | Outcome | Comment |
|---|---|---|---|---|
| 2/10/2016 | Other Therapies | Screening colonoscopy | | Dr. Gretz 6/2014 |
| 11/15/2016 | Other Therapies | Influenza vaccination | | 11/15/2016 FCC |
| 11/29/2016 | Other Therapies | Varicella-zoster vaccine | | Nov 21, 2016 Hannaford |

**Tobacco Use and Cessation Counseling**
Former smoker. Number of years of use: 15 years. Discontinued 1998. 2 packs per day. Smoking Cessation Intervention

**Social History**
Patient is divorced living alone.
Alcohol Use: Patient advises former alcohol user, stopped 1998.
Illicit Drug Use: Denies any drug use.

**Family History**

**Health Maintenance**
Patient's most recent prostate exam was: 2012 Patient has never had a bone density.

**Review Of Systems**
Constitutional Symptoms: Patient reports: appetite is fair, fatigue, no chills, no fevers, no diaphoresis, 0/10
Pain level as verbally reported by patient: 0-1 No pain.
Infectious Disorders: Not Assessed Today
Hematologic: Patient reports: no excessive or spontaneous, bleeding or bruising.
Lymphatic: Not Assessed Today
Eyes: Not Assessed Today
Ears, Nose, Mouth, Throat: Not Assessed Today.
Cardiovascular: Patient reports: no chest pain, no palpatations, no edema.
Respiratory: Patient reports: exertional dyspnea, no cough,
Gastrointestinal: Patient reports: diarrhea; takes OTC meds with relief; no constipation,
Genitourinary: Patient reports: no dysuria,
Musculoskeletal: Patient reports: back pain; chronic
Integumentary: Patient reports: no rash,
Neurological: Patient reports: no headache, peripheral neuropathy: L thigh,
Psychiatric: Not Assessed Today.
Endocrine: Not Assessed Today.
Sexual History: Not Assessed Today. Notes:

**Vital Signs**
Vitals on 5/21/2018 3:46:00 PM: Height=70in, Weight=207lb, Temp=97.5f, Pulse=92, Resp=18, SystolicBP=135, DiastolicBP=86, Pulse Ox=95%

**Performance Status**

ECOG 0: Fully active, able to carry on all pre-disease performance without restriction

**Physical Exam**

Nodes: Examination deferred.
Skin: Examination deferred.
Left Breast: Examination deferred.
Right Breast: Examination deferred.
Genitourinary: Examination deferred.
Rectal: Examination deferred.

**Laboratory Results**
Lab results on 5/21/2018: WBC=7.18 K/uL, RBC=5.85 M/uL, HGB=**18.3** gm/dL, HCT=50.9 %, MCV=87.0 fL, MCH=31.3 pg, MCHC=36.0 gm/dL, RDW=12.0 %, Plat=**117** K/uL, MPV=9.9 fL, ProTime=**24.7** SECOND, INR=**2.3**

**Imaging Results**

**Assessment/Plan**

1. **Thrombophilia Elevated Factor VIII with history on Superior Mesenteric Vein Thrombosis 15 y ago, DVT and PE with IVC Filter on life long anticoagulation with Warfarin:**
   a. 10/17/2017 -- has not had any more events since he has been on anticoagulation he self monitors weekly and comes here once a month I will order his Factor VIII levels
   b. 11/14/2017 -- stable his FVIII level is not back I will see him in 2 months

LONSDALE, DAVID R DOB: 1/23/1955 (79946)

Page 2 of 3

    c. 1/16/2018 -- he is doing well
    d. 03/13/2018 -- doing well his anticoagulation is stable I will see him in 3 months
    e. 05/21/2018 -- I will see him in 2 months

2. **Thrombocytopenia of unclear etiology:**
    a. 10/17/2017 -- his platelets are 109 they were 89 last month
    b. 11/14/2017 -- plt 91k
    c. 1/16/2018 -- platelets 106
    d. 03/13/2018 -- Platelets 106
    e. 05/21/2018 -- Platelets 117,000 chronic thrombocytopenia likely due to the filter also

3. **Hemolysis Compensated:**
    a. 10/17/2017 -- it could be secondary to the filter or to low grade DIC but in the presence of thrombocytopenia and his history of clots I will order a Flow for PNH and D Dimer
    b. 11/14/2017 -- flow was negative he is not hemolyzing at the moment his Hgb is 16.5
    c. 1/16/2018 -- his retic count is 6.8 Hgb normal he must have some continuous compensated hemolysis
    d. 05/21/2018 -- he is compensated at the moment his Hgb is 18.3 IVC filters can cause hemolysis *Cooling L, Giacherio D, Elkins M (2017) Inferior Vena Cava Filters as a Potential Non-immune Cause of Low Serum Haptoglobin. J Blood Disord Transfus 8:382. doi:10.4172/2155-9864.1000382*

Signed    *[signature]*
    Jose Acostamadiedo on 5/21/2018 at 4:25 PM