Exhibit 4



**Baird Brown <bairdbrownlaw@gmail.com>**

---

## Categorization form Charlene Hoffland - 1:17-cv-03283
1 message

**Baird Brown** <bairdbrownlaw@gmail.com>                                    Fri, Feb 8, 2019 at 2:49 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Categorization form attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

---


**CategorizationFormCH.pdf**
2398K

**Categorization Form**

A.  Plaintiff's Name:  Charlene Hoffland

B.  Plaintiff's Case Number:  1:17-cv-03283

C.  Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D.  Categorization (check each that applies and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury: _____

3.  Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury: _____

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☑

    Briefly describe claimed complication/outcome/injury: Filter struts outside lumen

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐ .

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐ .

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☑ . **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   Right gonadal thrombus from filter mal-positioning _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:

   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:

   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Found that one strut was outside of the IVC, filter reposition contemplated but not possible 2nd filter placed on top

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:   Baird A. Brown

Plaintiff's Counsel's Firm:   Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature:   _____

Patient Name: HOFFLAND, CHARLENE K
Unit No: D001745200

**Exams:**

| | | REASON FOR EXAM: | CPT CODE: |
|---|---|---|---|
| 002689729 | VENACAVA FILTER PLC | REPOSITION IVC FILTER, IF U | 75940 |
| 002689730 | SGPT VENACAVA FILTER PL | | |
| 002689731 | VENOCAVAGRAM INFT SRL | REPOSITION IVC FILTER, IF U | 75825 |
| 002689732 | SGPT VENOCAVAGRAM INFT | | |

DATE:  08/07/07

PROCEDURE:  IVC CAVAGRAM, PLACEMENT OF A SUPRARENAL IVC RETRIEVABLE
FILTER, BILATERAL SELECTIVE RENAL VENOGRAMS

HISTORY:  Patient is status post placement of an infrarenal IVC filter
for pulmonary emboli.  A recent CT of the abdomen revealed right
gonadal vein thrombus which extended into the IVC above the location
of the IVC filter.  Therefore the patient requires either adjustment
of the existing IVC filter or placement of a new suprarenal IVC
filter.

TECHNIQUE:  Informed consent was obtained.  The patient was sedated
using a combination of fentanyl and Versed titrated to comfort and
vital parameters.  The patient remained stable throughout the
procedure.  The total sedation time was 45 minutes.  Independent
observer was present to record the vitals.

21-gauge needle was used to puncture the right internal jugular vein
under ultrasound guidance.  Ultrasound guidance was documented with a
hard copy.  An 018 wire was advanced followed by a coaxial dilator.
035 wire was advanced into the IVC.  A side hole catheter was advanced
over the wire into the IVC.  IVC cavagram was performed.  Over an
Amplatz wire, the introducer for the filter was placed to the mid IVC.
An Optease filter was then deployed into the IVC adjacent to the renal
venous inflow.  Subsequently through the sheath, a wire was used to
cannulate the left renal vein.  Through a catheter, selective renal
venogram was performed.  Similarly, the catheter was advanced into the
right renal vein.  Selective right renal venogram was performed.
Catheter and sheath were removed.  Hemostasis was achieved using
manual compression.

FINDINGS:  IVC cavagram reveals the presence of an indwelling Tulip
infrarenal filter in the distal IVC just above the iliac venous
confluence.  There is a strut projecting outside the opacified lumen
on the right side.  Therefore I felt that it would be unwise to
attempt removal of the existing filter at this time.  The decision was
therefore made to place a new filter above the existing filter.  An

PAGE 1                CHART COPY                        (Continued)

Name: HOFFLAND, CHARLENE K                **SUNRISE HOSPITAL/MED CTR**
Phys: KIAAL - KIA, ALI                    **SUNRISE CHILDRENS HOSPITAL**
DOB: 06/28/1976 Age: 31       Sex: F      **3186 S MARYLAND PKWY**
Acct No: D00096656887 Loc: D.E556 0       **LAS VEGAS NV 89109**
Exam Date: 08/07/2007 Status: DIS IN      **Ph: 731-8060 Fax: 731-8308**

Patient Name: HOFFLAND, CHARLENE K
Unit No: D001745200

**Exams:**                                   **REASON FOR EXAM:**            **CPT CODE:**
002689729 VENACAVA FILTER PLC         REPOSITION IVC FILTER, IF U     75940
002689730 SGPT VENACAVA FILTER PL
002689731 VENOCAVAGRAM INFT SRL       REPOSITION IVC FILTER, IF U     75825
002689732 SGPT VENOCAVAGRAM INFT
    <Continued>

Optease filter was placed to position adjacent to the renal inflow.
The selective renal venogram on the left side demonstrated the renal
inflow to be just above the position of the newly placed Optease
filter.  On the right side, renal inflow was located just below the
position of the IVC filter.  Therefore the gonadal venous inflow was
positioned also below the newly placed filter.  I felt this was a good
position for the filter.

*IMPRESSION:*
*1.   IVC CAVAGRAM DEMONSTRATED THE PRESENCE OF A PRE-EXISTING*
*INFRARENAL IVC TULIP FILTER.*
*2.   A NEW OPTEASE FILTER WAS PLACED INTO THE JUXTARENAL POSITION WITH*
*THE RENAL INFLOW LOCATED AT OR BELOW THE LEVEL OF THE IVC FILTER SUCH*
*THAT THE INFLOW FROM THE RIGHT THROMBOSED GONADAL VEIN WOULD NOT BE A*
*RISK FOR ADDITIONAL PULMONARY EMBOLI.*
*3.   THE PRE-EXISTING TULIP FILTER WAS NOT MOVED BECAUSE IT WAS NOTED*
*THAT ONE STRUT WAS POSITIONED OUTSIDE THE LUMEN OF THE IVC.*


** Electronically Signed by Yong H. Park M.D. on 08/10/2007 at 0649 **
Reported and Signed by: Yong H. Park M.D.




CC: BASHIR A CHOWDHRY; ALI KIA

Dictated Date/Time: 08/07/2007 (1931)
Technologist: ERIN M. KANE; KEVIN D. RODGERS
Transcribed Date/Time: 08/07/2007 (2345)
Transcriptionist: PWS.DMG
Electronic Signature Date/Time: 08/10/2007 (0649)
Orig Print D/T: S: 08/10/2007 (0649)   Batch No: N/A

PAGE 2              CHART COPY

Name: HOFFLAND, CHARLENE K          **SUNRISE HOSPITAL/MED CTR**
Phys: KIAAL - KIA, ALI              **SUNRISE CHILDRENS HOSPITAL**
DOB: 06/28/1976 Age: 31      Sex: F  **3186 S MARYLAND PKWY**
Acct No: D00096656887 Loc: D.E556 0  **LAS VEGAS NV 89109**
Exam Date: 08/07/2007 Status: DIS IN  **Ph: 731-8060 Fax: 731-8308**