# Exhibit 5

  Baird Brown <bairdbrownlaw@gmail.com>

## Categorization form Debra Beltran, 1:17-cv-02922
2 messages

**Baird Brown** <bairdbrownlaw@gmail.com>  Wed, Feb 6, 2019 at 4:55 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

 **CategorizationFormDB(closed).pdf**
2442K

**Baird Brown** <bairdbrownlaw@gmail.com>  Thu, Feb 7, 2019 at 3:30 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Amended to include circled subcategories

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

[Quoted text hidden]

 **CategorizationFormDB(closed).pdf**
1866K

## Categorization Form

A. Plaintiff's Name: __Debra Beltran__

B. Plaintiff's Case Number: __1:17-cv-02922__

C. Plaintiff's Counsel (Lead Firm Name): __Law Offices of Baird A. Brown, PC__

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury:_____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☑

   Briefly describe claimed complication/outcome/injury: failed retrieval, strut perforation

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury: _____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☑. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: **Strut perforation, failed retrieval**

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _/s/ Baird Brown_

**CENTRELAKE IMAGING & ONCOLOGY**
FULL-SERVICE, ALL DIGITAL IMAGING NETWORK

3115 E. Guasti Rd, Ontario, CA 91761
10226 Lakewood Blvd, Downey, CA 90241
1555 N. Orange Grove Ave, Pomona, CA 91767
1183 E. Foothill Blvd, Ste 235, Upland, CA 91768
1433 E. Hollenbeck Ave, Ste 105, Covina, CA 91722
1700 W. West Covina Pkwy, West Covina, CA 91790

MAIN (909) 242-7300 • (626) 773-7717 • (562) 287-7200 | SCHEDULING FAX (909) 784-3760

PET/CT | CT/CTA | MRI/MRA | Digital Mammography | Nuclear Medicine | Echocardiography
Digital X-Ray | Ultrasound | Vascular Studies | Bone Density | Radiation Oncology | IMRT

CHIN GOO KIM
3400 W BALL RD SUITE 208
ANAHEIM, CA 92804

### Radiologic Consultation Report

**Patient Name: BELTRAN, DEBRA**
DOB: 02/19/1962                AGE/GENDER: 53 years /F
Exam Date: 01/07/2016          MRN: 075099

**Examination: CT ABD & PEL W/CONTRAST**

Indication: Lower abdominal pain. History of hernia.

Comparison: CT dated May 10, 2011, PET-CT dated March 6, 2012.

Technique: Multiple axial CT sections were acquired from the lung bases to the pubic symphysis following the administration of 100 mL of Omnipaque 300. Oral contrast was also administered. Sagittal and coronal reconstructions were generated.

Scan 1: CTDI 24.42, DLP 24.40
Scan 2: CTDI 25.35, DLP 1103.41
Scan 3: CTDI 25.35, DLP 63.87
Scan 4: CTDI 22.19, DLP 954.39

Findings:
SOFT TISSUES: Two wide-necked anterior abdominal wall hernias. The first of these is smaller and midline, measuring 7.8 cm craniocaudally by 9.3 cm transversely by 4.9 cm anteroposteriorly, with a neck of 6-7 cm and containing small and large bowel. The second hernia is larger, located slightly to the left and inferior to the first, measuring 16.8 cm craniocaudally by 20.6 cm transversely by 11.8 cm anteroposteriorly, with a superiorly situated neck of roughly 7 cm, containing small bowel. In both hernias, bowel comes within several millimeters of the skin surface.

Edema in the subcutaneous tissues of the midline back.

Page 1 of 3



Continued
Patient:    BELTRAN, DEBRA

**HEART/LUNG BASES:** 4 mm juxtapleural nodule near right costophrenic angle. Dependent atelectasis.

**LIVER:** Hepatomegaly.

**GALLBLADDER:** Absent, with clips seen in gallbladder fossa. Additional metal densities, likely clips, seen near liver tip.

**SPLEEN:** Within normal limits.

**PANCREAS:** Within normal limits.

**ADRENALS:** Minimally prominent left adrenal, similar to prior.

**KIDNEYS:** Within normal limits.

**URETERS:** Duplicated left collecting system, with 2 left ureters at least superiorly.

**BLADDER:** Within normal limits.

**UTERUS:** Not seen.

**STOMACH:** Contains oral contrast. Within normal limits.

**LARGE BOWEL:** Contains oral contrast. Diverticula in the sigmoid/descending colon. Transverse colon involved in smaller hernia.

**SMALL BOWEL:** Contains oral contrast. Involved in both hernias. No evidence of obstruction.

**APPENDIX:** Not seen in normal location; possibly displaced into larger hernia.

**VESSELS:** Inferior vena cava filter; struts appear to project beyond the boundaries of the vessel, similar to prior. Atherosclerotic calcifications and noncalcified plaque.

**RETROPERITONEUM/OTHER:** Surgical clips along left posterior abdomen and pelvic sidewall. No free air or free fluid. Small nonspecific subcentimeter paraaortic and iliac lymph nodes.

**CENTRELAKE**
**IMAGING & ONCOLOGY**
FULL-SERVICE, ALL DIGITAL IMAGING NETWORK

3115 E. Guasti Rd, Ontario, CA 91761
10226 Lakewood Blvd, Downey, CA 90241
1555 N. Orange Grove Ave, Pomona, CA 91767
1183 E. Foothill Blvd, Ste 235, Upland, CA 91768
1433 E. Hollenbeck Ave, Ste 105, Covina, CA 91722
1700 W. West Covina Pkwy, West Covina, CA 91790

MAIN (909) 242-7300 • (626) 773-7717 • (562) 287-7200 | SCHEDULING FAX (909) 784-3760

PET/CT | CT/CTA | MRI/MRA | Digital Mammography | Nuclear Medicine | Echocardiography
Digital X-Ray | Ultrasound | Vascular Studies | Bone Density | Radiation Oncology | IMRT

Continued
Patient: BELTRAN, DEBRA

BONES: Mild multilevel degenerative changes of the lumbar spine, with facet arthropathy distally. Vacuum phenomenon within the sacroiliac joints.

Impression:
1. Two bowel-containing hernias, as above, with no obstruction demonstrated. As of the 2012 exam, the most recent comparison, only the midline hernia was present, and it contained only fat.

2. Colonic diverticula.

3. Status post cholecystectomy.

4. Uterus absent.

5. Inferior vena cava filter, with struts that appear to project beyond the boundaries of the vessel.

6. Clips in pelvis.

7. Additional findings as above.

Thank you for the consultation request on this patient.

DICTATED BY: STEVEN NGAI MD

The Report with signature is on file. The final report was faxed to the referring physician.

Electronically Signed By STEVEN NGAI MD at 1/7/2016 4:43:05 PM

Study performed at Centrelake Imaging & Oncology; PM_CT