# Exhibit 6

 Baird Brown <bairdbrownlaw@gmail.com>

## Categorization form Adeline Brown, 1:17-cv-02274
2 messages

**Baird Brown** <bairdbrownlaw@gmail.com>                                                  Wed, Feb 6, 2019 at 4:56 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

 **CategorizationFormAB(closed).pdf**
3210K

**Baird Brown** <bairdbrownlaw@gmail.com>                                                   Thu, Feb 7, 2019 at 3:30 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Amended to include circled subcategories

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

[Quoted text hidden]

 **CategorizationFormAB(closed).pdf**
3969K

**Categorization Form**

A. Plaintiff's Name: Adeline Brown

B. Plaintiff's Case Number: 1:17-cv-02274

C. Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury: _____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☑

   Briefly describe claimed complication/outcome/injury: Filter embedded, irretrievable

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Strut perforation, failed retrieval

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _[signature]_

> (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: <u>Strut perforation, failed retrieval</u>

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: *[signature]*

Brown, Adeline Agnes (MR # 685747) DOB: 12/20/1936

**Admission**
5/29/2015                                    Adeline Agnes Brown

**Results**                                                          **S IVC REMOVAL (Order 179108034)**

Philips PACS Images
Show images for S IVC REMOVAL

Philips PACS Images
Show images for S IVC REMOVAL

### TCN SPECIALS
ThedaCare Regional Medical Center-Neenah
Cardiovascular Services at ThedaCare Regional Medical Center-Neenah
NEENAH, WI 54956
920-729-3100
Imaging - Final

**Brown, Adeline Agnes**            Phone: 920-539-1370          Date of Birth: 12/20/1936
Ordering Provider:  Paul D Nelsen   Age: 78 yrs                  Sex:  Female
EMPI: E12259123                     MRN:  685747                 Technologist: Kronenwetter, Mary

**Patient Class:** Outpatient
**Patient Location:**
**Procedure:** S IVC REMOVAL [802978]
**Diagnosis:**
**Exam Date/Time:** 05/29/2015 12:16 PM

**Accession #:** EC179108034
**Reason for Exam:**
**Indication:**

**Result Narrative**

DATE OF PROCEDURE: 05/29/2015

CLINICAL INDICATION / HISTORY: History of DVT with GI bleed while on anticoagulation. Placement of inferior vena caval filter no longer indicated.

PROCEDURES PERFORMED:
1. Inferior venacavogram
2. Attempted removal of inferior vena caval filter

OPERATOR(S): Bradley Hartmann MD

CONTRAST VOLUME: 20 mL, intravenous

FLUOROSCOPY TIME: 8.3 min

PROCEDURAL REPORT AND IMAGING FINDINGS:
Following a discussion of the risks, benefits, indications, and alternatives to treatment, informed consent was obtained.

The patient was brought into the interventional radiology suite and placed



Brown, Adeline Agnes Printed at 8/31/16 3:03 PM                                    Page 1 of 4

Brown, Adeline Agnes (MR # 685747) DOB: 12/20/1936

on the table following which they were prepped and draped in sterile fashion utilizing all elements of maximum barrier technique. A time-out was performed to ensure correct patient, site, and procedure to be performed.

Ultrasound was used to evaluate potential access sites. The right internal jugular vein was chosen as suitable, with ultrasound confirmation of vessel patency. Ultrasound was then used to guide micropuncture needle access of the right internal jugular vein with visualization of needle entry into the vessel. A permanent ultrasound image was recorded.

A 10-French sheath was placed. Bentson wire advanced into the inferior vena cava. 60 cm 8-French sheath advanced below the low the inferior vena caval filter and digital subtraction angiography of the inferior vena cava performed. Images demonstrate IVC filter below the renal veins.

The cone of the filter was then snared with a 15 mm gooseneck snare. The sheath was advanced collapsing the limbs of the filter. Despite filter collapse, I was unable to remove the filter due to difficulty with the limbs being embedded in the wall of the inferior vena cava. Repeat angiography was performed with the limbs collapse showing retraction of the IVC adjacent to the retrieval sheath.

A second attempt was made with an Amplatz wire placed through the sheath in order to avoid sheath buckling and give strength in the craniocaudal dimension. This was also unsuccessful.

No further attempts were made given the difficulty and risk for possible inferior vena caval injury. Completion angiography was performed showing intact IVC without evidence of retroperitoneal hemorrhage.

All devices were removed and pressure held at the neck for hemostasis.

IMPRESSION:
Unsuccessful inferior vena caval filter removal. The conus filter was snared without difficulty, however despite multiple techniques with over sheathing, the limbs of the filter would not release from the wall of the inferior vena cava.

RAFVTC

Bradley J. Hartmann MD
Division of Vascular & Interventional Radiology
Radiology Associates of the Fox Valley

Office & Patient Scheduling: (920) 967-1000

Transcribed by: n/a
Transcription date and time: 05/29/2015 14:49:19



 ThedaCare Regional Medical Center- Neenah
130 2nd Street
NEENAH WI 54956-2883
Pertinent Info

BROWN,ADELINE AGNES
MRN: 685747
DOB: 12/20/1936, Sex: F
Adm: 6/27/2016, D/C: 6/27/2016

### Discharge Summaries (continued)

Discharge Summaries by Berger, Julie A, APNP at 6/27/2016 3:44 PM (continued)

**Date of admission:** 6/27/2016
**Date of discharge:** 6/27/2016

**Discharging Provider:** Julie A Berger APNP

**PCP:** Paul D Nelsen, MD
**Primary Cardiologist:** Douglas W Mielke, MD

**Reason for admission:** Diagnostic heart cath for abnormal stress test

**Hospital Problem List:**
Active Problems:
 Abnormal Stress test-- normal coronaries on cardiac cath.
 Hypertension, not at goal-- HCTZ added

Review of patient's allergies indicates:
No Known Allergies

**Procedures Performed: 6/27/2016:**
Procedure:     Left Cardiac Catheterization, Left Ventriculography and Coronary Angiography

**History of Present Illness:** Per 6/22/2016 OV note by Dr Mielke:
"I had the pleasure of seeing Adeline Brown today in the office, seeing her after an abnormal stress test, which was done prior to potential right total knee arthroplasty.

Adeline does not have a cardiac history except that she has had some palpitations, although I do not believe she has ever had any documented arrhythmias. She certainly has never had a myocardial infarction, congestive heart failure, or any previously documented valve disease. She has had problems with recurrent pulmonary emboli and has been on chronic warfarin and has an IVC filter in place. She has been struggling with some discomfort in her right leg and apparently is contemplating undergoing a right total knee arthroplasty with Dr. Jones. Preoperatively, however, she had a pharmacologic nuclear stress test. She did not have any symptoms, there were no ischemic EKG changes or concerning rhythms, but the nuclear portion of the test suggested ischemia of the anterior wall. Ejection fraction was felt to be normal. Adeline does not admit to any anginal-sounding symptoms, although she is really quite sedentary. She will get shortness of breath on occasion, but again, is much more limited by her right leg pain. She has chronic lower extremity edema. I do not think this has changed. She does not admit to orthopnea or PND, although she sleeps in a Lazy Boy. She still gets palpitations that can last anywhere from 20 to 40 minutes about once a month. She is not terribly bothered by this. There are no concerning symptoms related to this and it tends to resolve on its own. As far as I know, we have never documented exactly what the cause of the palpitations is. She has not had any obvious claudication, although again, quite sedentary. She has not had a TIA/CVA symptom. She does have several cardiac risk factors with her family history and hypertension. I do not believe she has hyperlipidemia. She is a nonsmoker and does not have diabetes."

BROWN,ADELINE AGNES
MRN: 685747

