# Exhibit 7



Baird Brown <bairdbrownlaw@gmail.com>

# Categorization form Cynthia Branch, 1:18-cv-02274
2 messages

**Baird Brown** <bairdbrownlaw@gmail.com>  Wed, Feb 6, 2019 at 4:57 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

 **CategorizationFormCB (closed).pdf**
4220K

**Baird Brown** <bairdbrownlaw@gmail.com>  Thu, Feb 7, 2019 at 3:29 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Amended to include circled subcategories

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

[Quoted text hidden]

 **CategorizationFormCB (closed).pdf**
3649K

## Categorization Form

A. Plaintiff's Name: Cynthia Branch

B. Plaintiff's Case Number: 1:18-cv-02274

C. Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☐

    Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: [✓]

   Briefly describe claimed complication/outcome/injury: Failed retrieval, tilted and migrated

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: [ ]

   Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: [✓]. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   Filter tilted, causing it to be irretrievable

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:
   Filter migrated from implant site per doctor's notes

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _____

```
Monmouth Medical Center Live                              MRUN: 0000-201564
Long Branch NJ 07740                                      ACCT: 0885682621
```

Principal Diagnosis: __IVC Filter removal__

Secondary: __bariatric surgery July 8, 2014__

Procedures: __same__

Discharge Date: __9/6/14__   Physician Signature: _____  015115

**PATIENT INFORMATION**

```
Patient Name: BRANCH,CYNTHIA R         Title:                Admit Date/Time: 08/06/2014 7:46 AM
Prev Acm Name:              PL: ENGLISH                      Eventual Service Date:
   DOB: 06/15/1964  Age: 49Y  Sex: F  M/S: M  Race: B  Ethn: O  Disch.Date/Time:
Service: JDMO Type: C      Eventual Service:    Religion: BAP      Room/Bed: 4118/A   NU SDS
Patient Address: 240 LONG BRANCH AVE      State/PC: NJ            Patient SSN: 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
Patient Address: APT 6         County: MONMOUTH  Cell Phone#: 732-720-3023  Home Phone: 732-720-3023
     City: LONG BRANCH         Zip Code: 07740                Work Phone: 732-571-3396
               Occupation: PARAPROFESSIONAL                   Employer: LONG BRANCH BOARD OF EDUCATION
Employer Address: 540 BROADWAY        City: LONG BRANCH            State: NJ  Zip Code: 07740

Guarantor Name: BRANCH,CYNTHIA R       Phone #: 732-720-3023   Rel: P    SSN: 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
Guarantor Address: 240 LONG BRANCH AVE City: LONG BRANCH       State: NJ Zip Code: 07740
Guarantor's Employer: LONG BRANCH BOARD OF EDUCATE             Occupation: PARAPROFESSIONAL
Guart. Emp Oyer Address: 540 BROADWAY  City: LONG BRANCH      State: NJ  Zip Code: 07740

NOK #1: BRANCH,JOAN             Rel to Pt: M    Home Phone #: 732-759-8180  Work Phone #:
Address: 30 HOBART MANOR                    City: LONG BRANCH    State: NJ  Zip Code: 07740
NOK #2:                Rel to Pt:             Home Phone #:           Work Phone #:
Address:                        City:              State:     Zip Code:

Ins#1: HORIZON POS   Policy/Cert: NJX3HZM37487790  Group: 0293500     Auth: NR
Insured: BRANCH,CYNTHIA R     Rel to Pt: SELF    Insured Emp. Status: FFT     Subs DOB: 08/15/1964
Ins#2: BALANCE AFTER INSURAN  Policy/Cert.          Group:           Auth:
Insured: BRANCH,CYNTHIA R     Rel to Pt: SELF    Insured Emp. Status: FFT     Subs DOB: 08/15/1964
Ins#3:                        Policy/Cert:          Group:           Auth:
Insured:                      Rel to Pt:           Insured Emp. Status:       Subs DOB:

Admitting Physician: BINENBAUM, STEV          Attending Physician:  BINENBAUM, STEV
```

305212MP

```
CHART COPY       Pt.Accounts        Anesthesiology     Printed: Wed Aug 6, 2014 7:47 AM
```




Friday Sep 12, 2014  02:46 PM by Kathy Kopstein



0885682621    0000201564
Branch, Cynthia R
08/15/1964    49    F
Binenbaum, Steven J    08/06/2014    SDMC

| Medication | Dose | Route | Time | Date | Signature |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| Date | Time | Perioperative Nurses Notes |
|---|---|---|
| 8/6/14 | 9:50 | Pt rec'd from MDS via stretcher. Procedure explained + consent obtained by Dr. Kumar — Tara Buono |
|  | 10:45 | IV Cefitex unable to be removed due to positioning. Dermabond + gauze dsg applied to right neck — Tara Buono |



**BARNABAS HEALTH**
Monmouth Medical Center
The Children's Hospital

0885682621  MR:0000-201564
BRANCH,CYNTHIA R
SVCCODE:SDMO   08/06/2014
AGE:49Y  DOB:08/15/1964  F
BINENBAUM,STEVE

## I. CONSENT FOR SURGERY AND OTHER PROCEDURES & INFORMED

1) I, (name of patient) __Branch, Cynthia__ hereby authorize Dr. __Kumar__ and such associates or assistants he/she may select, to perform on me, the above patient, the following procedure(s) which are advisable in the judgment of the attending physician or designated associates or assistants:
__Venogram, Removal of Inferior Vena Cava Filter__

2) It has been explained to me that during the course of an operation or procedure unforeseen conditions may be revealed that necessitate an extension of the original procedure(s) or different procedure(s) as stated in paragraph #1, above. I therefore authorize and request that the above named physician, associates or assistants/residents perform such surgical procedures as are necessary and desirable in the exercise of their professional judgment. The authority granted under this paragraph shall extend to treating all conditions what are not known to the physician(s) at the commencement of the procedure and which will require treatment.

3) I am aware that medical students, manufacturers' representatives and other observers may be admitted to the Operating or treatment room if approved by the physician(s).

4) I consent to the use and publication of photographs or videotape, in whole or in part, at the discretion of the hospital or medical staff for educational purposes. Identifying features may be visible however I will *not* be identified by name in any publications.

5) My physician has informed me and I understand that certain risks, complications and consequences are associated with this surgical/special procedure. I have received information about alternatives to the procedure(s). I acknowledge that no guarantees or assurances have been made to me concerning the results. I have been given the opportunity to ask questions; all of my questions have been answered satisfactorily.

6) I have been informed of the possible results of declining/refusing the recommended procedure(s) which include, but are not limited to, my condition(s) worsening.

7) I further consent to the hospital's disposal of any tissues or parts which may be removed, in accordance with the hospital's usual practice.

8) I have been informed and I understand that this consent may be withdrawn at any time prior to the procedure.

X __Cynthia Branch__   Date: __8/6/14__   Time: __9:55 am__   allergy: shellfish
Signature of Patient

Signature of Authorized Representative __Sara Buono RN__
Witness to Signatures
Relationship to Patient
Date: __8/6/14__   Time: __955__

■ If consent was obtained by telephone: _____
Second Witness Signature   Date   Time

## II. INFORMED CONSENT

risks are but not limited to (1) bleeding (2) infection (3) allergy to contrast (4) damage to vessel (5) damage to kidney (6) unable to remove filter

I have explained to __Branch, Cynthia__ (patient, parent or proxy) the nature of the procedure in layman's language, the necessity for the procedure, its risks, benefits and alternatives, the risks and benefits of those alternatives and the possible results of declining the recommended procedure(s) which include but are not limited to the patient's condition worsening.

Physician or Dentist Signature: _____   Date: __8/6/14__   Time: __9:55 am__

SUR-005 REV4/2013 INPATIENT




**SAINT BARNABAS**
**HEALTH CARE SYSTEM**
*Monmouth Medical Center*

0885682621    MRN: 0000201564

**Branch, Cynthia R**
DOB: 08/15/1964    Age: 49    F

## OPERATIVE/INVASIVE PROCEDURE NOTE
Binenbaum, Steven J

**SURGEON/PHYSICIAN:** Kim

**ASSISTANT(S):**

**PRE-OP DIAGNOSES:** IVC filter

**POST-OP DIAGNOSES:** IVC filter in place

**ANESTHESIA:** moderate sedation

**FINDINGS:** filter tilted/inverted thus, not able to remove

**PROCEDURE(S):** IVC filter removal

**SPECIMEN(S):** ∅

**POST-OPERATIVE HIGH RISK FOR BLEEDING:** ☐ YES ☒ NO

**ESTIMATED BLOOD LOSS:**

**FLUIDS:** ∅

**DRAINS:** ∅

**COMPLICATIONS:** ∅

IVC Filter not left in place

**CONDITION:** stable

**DATE:** 6/6/14  **TIME NOTE COMPLETED:** 958a  **PHYSICIAN SIGNATURE/ID #:**


**SAINT BARNABAS**
**HEALTH CARE SYSTEM**
*Monmouth Medical Center*

0885682621   0000201564
Branch, Cynthia R
DOB: 08/15/1964   Age: 49   F
Binenbaum, Steven J   SDMO
Admitted: 08/06/2014

## SEDATION & INTRAPROCEDURE RECORD

Date: 8/6/14   Location: IR
Procedure 1: IVC Filter Removal   Physician: Dr. Kumar
Start: 1015 am   End: 1050 am
Pre-Procedure Diagnosis: Filter Removal
Post-Procedure Diagnosis: ____

Procedure 2: ____   Physician ____
Start: ___ am/pm   End: ___ am/pm
Pre-Procedure Diagnosis: ____
Post-Procedure Diagnosis: ____

**Baseline Assessment:** Weight 305 160 kg   Height: 5'6" 167 cm
Last PO Intake ____
LOC: A   BP: 170/101   HR: 65   RR: 14   SpO2: 100%
IV Fluid: NS   Rate: titrated   Time Started: ___ am/pm
Gauge: ___   Site: ____
Pre-op Medications/Pain Medications: ____

[ ] Education: *See Patient Teaching Record*

**Anesthesia Evaluation:**   [ ] See Anesthesia Consent Form
ASA SCORE ( circle one): "E" For Emergency
  Category I: Healthy patient
  Category II: Mild systemic disease
  Category III: Severe systemic disease- not incapacitating
  Category: IV  Severe systemic disease that is a constant threat to life
[x] Pre-Procedure assessment and vital signs Reviewed
[x] Risks, Benefits and Alternatives discussed with Patient/Guardian, who wishes to proceed with plan
Planned Sedation: [x] Moderate Sedation  [ ] None
Physician Signature: _____   ID#: 015715

**Airway Classification** Please circle
(Class 1 circled)

List Personnel In Room: Barbara Baxter RT
Tara Buono RN   Dr. Kumar
Debbie Clarke RN   Dr. Tahvilian

**Equipment** (please mark all equipment used)
[ ]Suction  [x]Pulse Oximeter  [x]Noninvasive BP  [x]Cardiac Monitor  [x]ETCO₂ Monitor
[x]Oxygen  3 lpm via NC   [ ] ETT   [ ] Trach
[ ] Vent Settings: Rate ___ Tidal Volume ___ PEEP + ___ O₂ % ___
[ ]Cautery # ___   Cut # ___   Coag # ___
Grounding Pad Site ___   Lot# ___   [ ]Bipolar Settings ___
[ ]Accessories ___   [ ]Fluoroscopy  [ ]TEE Probe ___
[ ] Scope 1 Model # ___   [ ] Scope 2 Model # ___   [ ] Implant/Stent
[ ]Laser Type ___   [ ]Safety Precautions Followed
[ ]Photos Taken  [ ]Video Tape  [ ] Other ____

**RN/LRCP Signature:** Tara Buono RN

GEN-029 022306 REV 06/17/11 Sedation & Intraprocedure Record   Side 1 of 4

**SAINT BARNABAS HEALTH CARE SYSTEM**
*Monmouth Medical Center*

0885682621  0000201564
Branch, Cynthia R
DOB: 08/15/1964  Age: 49  F
Binenbaum, Steven J  SDMO
Admitted: 08/06/2014

## SEDATION & INTRAPROCEDURE RECORD

Date: 8/6/14

### POST PROCEDURE CARE: PHASE II RECOVERY VITALS-MINIMUM EVERY 30 MINUTES

| TIME | 1120 | 1135 | 1150 | 1205 | 1260 | | 2P | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BP | 138/71 | 139/74 | 138/80 | 146/84 | 129/74 | 140/72 | | | | | |
| HR | 63 | 62 | 62 | 72 | 71 | 89 | 69 | | | | |
| RR | 20 | 18 | 18 | 20 | 20 | 20 | 22 | | | | |
| SpO2 | 97 | 96 | 96 | 99 | 97 | 94 | 97 | | | | |
| LOC | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | |
| Pain Level | 0 | 0 | 0 | 8 | 8 | 6/10 | | | | | |

*Pain Score 0 for Denies pain; Any Pain must be documented on Pain Flow Sheet with all parameters

### DISCHARGED FROM PHASE II CARE WHEN DISCHARGE CRITERIA MET

| | INITIALS |
|---|---|
| Vital signs stable or return to baseline | |
| Ambulating without dizziness or fainting (age appropriate)/return to baseline | |
| Controlled nausea/ vomiting | |
| Absence of bleeding - condition of dressing/ drains Specify if not met | |
| Voiding without difficulty (per physician's order) | |
| Bowel sounds present (Post Endoscope or if applicable) | |
| Tolerating fluids/food (per physician's order) | |
| Denies pain/pain controlled (see Pain Flow Sheet) | |
| All post-op instructions given to patient and/or accompanying adult escort | |
| IV discontinued, fully intact, no redness or edema at site  TOTAL IV FLUID INFUSED ___ ml | |

**Additional Comments:** 1135 R right neck dymaband intact to c/stoke ecymoses or bleeding. No c/o pain. Fedu_ Vasillu for 115pm Pt awaken 1015 c/o [illegible]. Nurse given S. Binenbaum [illegible]

1115 c/o pain IVC fluth site 8/10 ice pack applied pm Percocet 5mg/325mg po given fu per 8/10

13° pm try to left neck IVC fluth site (-) swelling or bleed noted last guys 1pm 230P Pt. alert & oriented. States pain level 3/10. Site to right neck clean & dry no swelling noted. Written & Verbal D/C

**Discharge Status:**
[ ] Patient remained on unit  [ ] Transferred to ____ @ ____ am/pm via ____
[ ] Discharged @ ____ am/pm via ____
Discharge to adult taking responsibility: ____
RN/ LRCP Signature: ____

| Initials | Signature & Status | Initials | Signature & Status | Initials | Signature & Status |
|---|---|---|---|---|---|
| | [signature] RN | | [signature] | | [signature] |
| | [signature] | | | | |

instructions given to Pt. 1455 D/C'd home ambulator c daughter. No complaints. no resp. distress -- [signature]