# Exhibit 8



**Baird Brown** <bairdbrownlaw@gmail.com>

## Categorization form Alisa Cole, 1:17-cv-03025
2 messages

---



**Baird Brown** <bairdbrownlaw@gmail.com>  
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Wed, Feb 6, 2019 at 4:58 PM

Attached

Law Offices of Baird Brown, PC  
3055 Wilshire Boulevard, Suite 1200  
Los Angeles, CA 90010  
(213) 487-8880 telephone  
(213) 487-8884 fax

📄 **CategorizationFormAC(closed).pdf**  
2157K

---



**Baird Brown** <bairdbrownlaw@gmail.com>  
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Thu, Feb 7, 2019 at 3:29 PM

Amended to include circled subcategories

Law Offices of Baird Brown, PC  
3055 Wilshire Boulevard, Suite 1200  
Los Angeles, CA 90010  
(213) 487-8880 telephone  
(213) 487-8884 fax

[Quoted text hidden]

📄 **CategorizationFormAC(closed).pdf**  
2085K

## Categorization Form

A. Plaintiff's Name: Alisa Cole

B. Plaintiff's Case Number: 1:17-cv-03025

C. Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury: _____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☐

    Briefly describe claimed complication/outcome/injury: _____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☑. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:
   Doctors stated filter was displaced

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Struts perforated IVC 9-15mm

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: PE 3 years after filter placement

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:

(h) infection;

Briefly describe claim of symptomatic injury:

(i) bleeding;

Briefly describe claim of symptomatic injury:

(j) death; and

Briefly describe claim of symptomatic injury:

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: *[signature]*



JPS ROI SERVICES
1500 South Main St
FORT WORTH TX 76104

COLE,ALISA A
MRN: 3202603
DOB: 7/20/1968, Sex: F
Enc. Date: 03/20/14

## Progress Notes by Caero, Jennifer, MD at 3/20/2014 2:41 PM

Author: Caero, Jennifer, MD
Filed: 3/20/2014 10:18 PM
Status: Addendum

Service: (none)
Date of Service: 3/20/2014 2:41 PM
Editor: Stroman, David Lynn, MD (Physician)

Author Type: Resident
Note Type: Progress Notes

### General History and Physical

| Name: | Alisa A Cole | Date: | 3/20/2014 3:09 PM |
|---|---|---|---|
| MR#: | 3202603 | DOB: | 7/20/1968 |
| Room #: | Room/bed info not found | Age/Sex: | 45 y.o. female |
| Admit Date: | (Not on file) | Admitting | No admitting provider for patient encounter |

**Chief Complaint**: migrated IVC filter

**Assessment:**

1. Inferior vena caval injury
2. S/P insertion of IVC (inferior vena caval) filter
3. Abdominal pain

**Plan:**

Discussed at length with patient if she desires interventional radiology intervention to remove the filter. She does not desire this at present time. We will continue to monitor the patient's symptoms and have her follow up in 6 months for this problem.
She is anticoagulated and can continue on her lovenox.

**History of present illness**: Alisa A Cole is a 45 y.o. female PMH as below, takes lovenox 120 BID, presents s/p IVC filter (placed in 2007, required anticoagulation but had a GI bleed) migration. She has been having aches and pains in her legs and arm for years, has been getting worse. She also endorses diffuse cramps in her stomach, arms, "anywhere". She was being worked up for abdominal pain when it was noted that her filter had migrated which is why she was referred here. She does not report any hx recurrent thrombosis while on her lovenox.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • SLE (systemic lupus erythematosus) | 1999 |
| • Antiphospholipid antibody syndrome | 2007 |
| • Diabetes mellitus | |
| • DVT of leg (deep venous thrombosis) | 1999 |
| • PE (pulmonary embolism) | 2010 |
| • Hypertension | |
| • Abdominal bloating | 1/15/2014 |
| • Frequency of urination | 1/15/2014 |

Generated on 10/20/2016 10:12 AM

Page 1



JPS ROI SERVICE AREA
1500 South Main St
FORT WORTH TX 76104

COLE, ALISA A
MRN: 3202603
DOB: 7/20/1968, Sex: F
Enc. Date: 03/20/14

### Progress Notes by Caero, Jennifer, MD at 3/20/2014 2:41 PM (continued)

2. Kidneys enhance normally with no mass lesion or obstruction.
3. Post operative changes in the anterior abdominal wall. Small right paramidline supra umbilical abdominal wall hernia containing a knuckle of colon as noted on series 3 image 42 and small right paramidline abdominal wall hernia containing omental fat and knuckle of small bowel on series 3 image 59.
4. No free air, no free fluid and no abscess formation.
5. **IVC filter in place with displacement and possible caval perforation of several of the legs of the filter on the order of 9-15mm.**

**VASCULAR STAFF:**

I have seen and examined the patient. I agree with the resident's treatment plan.

Plan:
1. Long discussion with patient regarding options, including attempting removal of filter by IR.
2. Patient is not interested in having attempted removal done at this time.
3. Continue with anticoagulation.
4. Return in 6-9 months to re-assess her clinical status.

Stroman, David Lynn, MD

Revision History

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 3/20/2014 10:18 PM | Stroman, David Lynn, MD | Physician | Addend |
| 3/20/2014 3:21 PM | Caero, Jennifer, MD | Resident | Sign |

Attribution information within the note text is not available.

**END OF REPORT**