# Exhibit 9



Baird Brown <bairdbrownlaw@gmail.com>

## Categorization form Lacoyla Crump, 1:17-cv-02796
2 messages

**Baird Brown** <bairdbrownlaw@gmail.com>　　　　　　　　　　　　　　　　　　　　Wed, Feb 6, 2019 at 4:58 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

 **CategorizationFormLC(closed).pdf**
1322K

**Baird Brown** <bairdbrownlaw@gmail.com>　　　　　　　　　　　　　　　　　　　　Thu, Feb 7, 2019 at 3:29 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Amended to include circled subcategories

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

[Quoted text hidden]

 **CategorizationFormLC(closed).pdf**
802K

## Categorization Form

A.     Plaintiff's Name:     Lacoyla Crump

B.     Plaintiff's Case Number:     1:17-cv-02796

C.     Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D.     Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury: _____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☐

    Briefly describe claimed complication/outcome/injury: _____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☑

   Briefly describe claimed complication/outcome/injury: Unable to remove with retrieval system see procedure report

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☑. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:

   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:

   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:

   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: **perforation by 2 struts, difficult removal**

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _____

* Auth (Verified) *

## SURG - Vascular Surgery Visit note

CRUMP, LACOLYA - 1623018

* Final Report *

|  |  |
|--|--|
| Blood Pressure Cuff Size | Adult |
| Blood Pressure Position | Sitting |

, Measurements from flowsheet : Measurements - Standard
12/17/2014 15:03 EST

| Height Contributor (ft) | 5 ft |
|--|--|
| Height Contributor (inches) | 2 inch |
| Clinical Weight Contributor (lb) | 200 lb |

**General**: Alert and oriented, No acute distress.
**Eye**: Extraocular movements are intact, Normal conjunctiva.
**HENT**: Normocephalic, Oral mucosa is moist.
**Neck**: Supple, Non-tender, No jugular venous distention.
**Respiratory**: Lungs are clear to auscultation.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur, No gallop.
**Neurologic**: Alert, Oriented, No focal defects.

**Review / Management**
  **Results review**
  CT scan was reviewed and this demonstrates the IVC filter to be in position. It does appear that several of the struts of penetrated the wall of the IVC but remain and retroperitoneal tissue. I did express my concern regarding the apparent canting of the filter. This may make it difficult to ensnare the proximal hook.

**Impression and Plan**
  Ms. Crump is a 35-year-old female with a history of motor vehicle accident and deep vein thrombosis who presents for removal of IVC filter. This is been scheduled for next week will require anesthesia. We discussed indications for removal and risks, complications to include retroperitoneal bleeding. She is going to remain off of her Coumadin at this point in time. She is aware that up to 50% of "removable" filters cannot be removed due to the factors noted above.

**Signature Line**
Electronically Signed By: ROUSH, TIMOTHY  MD
12/17/2014 04:19 PM

**Completed Action List:**
```
* Perform by ROUSH , TIMOTHY  MD on December 17, 2014 4:19 PM EST
* Sign by ROUSH , TIMOTHY  MD on December 17, 2014 4:19 PM EST
* VERIFY by ROUSH , TIMOTHY  MD on December 17, 2014 4:19 PM EST
```

Printed by:   GLASPELL , LETICIA
Printed on:   12/24/2014 3:26 PM EST

Page 4 of 4
(End of Report)

Facility: CMC

Page 11 of 342

DOCUMENT NAME:                                          Operative/Procedure Reports

**Operative Note**

Pt Name: CRUMP, LACOLYA   MRN: 4893509   Date of Birth: 07/11/1979

DATE OF PROCEDURE:  12/23/2014.

PREPROCEDURE DIAGNOSES:
1. Inferior vena cava filter.

POST-PROCEDURE DIAGNOSES:
1. Inferior vena cava filter.

PROCEDURES PERFORMED:
1. Removal of IVC filter with venacavogram.

ANGIOGRAPHER:  Roush.

FELLOW:  Castenada.

ANESTHESIA:  General per endotracheal tube.

INDICATIONS FOR PROCEDURE:  Ms. Crump is a 35-year-old female who approximately 6 months ago underwent placement of an IVC filter following a motor vehicle accident and DVT.  She presents today for removal of the filter.

DESCRIPTION OF PROCEDURE:  The patient was brought to the angiography suite and placed on the table in the supine position.  Following the induction of adequate general anesthesia, the left cervical region was prepared and draped in the usual sterile fashion using an alcohol-based prep.  Under ultrasound guidance, direct puncture of the internal jugular vein was performed using a micropuncture needle set.  The wire was advanced without difficulty.  A small skin incision was made and then the tract was successively dilated up to the 10-French sheath required for the filter retrieval system.  This was advanced under fluoroscopic guidance using a Magic Torque wire.  The filter was in place and appeared to be significantly canted toward the left.  A pigtail catheter was advanced into the distal vena cava and vena cavogram was performed.  This demonstrated 2 of the smallest felt to be probably lying outside of the vena cava.  The retaining hook appeared to be within the wall of the vena cava just below the left renal vein.  Initial attempts to snare the vena cava filter by routine techniques were unsuccessful.  We then exchanged the Cook withdrawal system for a 12-French Cook sheath and a 9-French Cook sheath.  Using a series of catheters and wires, we were eventually able to pass a wire through the struts of the IVC filter and against the wall of the vena cava.  We used a secondary snare alongside the existing catheter to snare the wire.  We then placed tension on the wire and advanced the sheath over the wires.  We were unable to successfully steer the hook into the lumen of the 12-French Cook sheath, but we were able to pull the IVC filter away from the wall sufficiently that we could then advance a snare over the hook and retrieve it.  Once this was done, the 9-French sheath was advanced over the IVC filter until it was completely within the sheath.  The sheath and filter were then withdrawn through the 12-French sheath.  The filter was inspected and appeared to be removed intact.  A pigtail catheter was then again advanced through the 12-French sheath and into the distal IVC.  Vena cavogram was performed and showed no evidence of extravasation.  There was no thrombus seen.  The sheath was then withdrawn.  Pressure was maintained for 5 minutes.  The patient received a total of 6000 units of IV heparin.  Total contrast utilized was 45 mL of Visipaque.

---

Admit Date:  12/23/2014          10:09 EST           Pt Name:  CRUMP, LACOLYA
Disch Date:  12/24/2014          12:50 EST           MRN: 0004893509        Acct#:  1435103784
Admitting:   ROUSH ,TIMOTHY MD                       DOB: 7/11/1979         Age:  35 years      Sex:  Female
Attending:   ROUSH ,TIMOTHY MD                       Location:   6TC
Printed:  9/15/2015 08:47 EDT                        Print ID:   87855243

Blood loss was nil.  The patient was awakened and taken to the recovery room in good condition.


D: 12/23/2014 10:01AM TIMOTHY S ROUSH, MD
T: 12/23/2014 10:47AM NTS
Job # 10456309/Conf # 7610827
cc:

**Electronically Signed By: ROUSH, TIMOTHY   MD**
**12/24/2014 03:14 PM**

---

| | |
|---|---|
| Admit Date:   12/23/2014         10:09 EST | Pt Name:   CRUMP, LACOLYA |
| Disch Date:   12/24/2014         12:50 EST | MRN: 0004893509         Acct#:  1435103784 |
| Admitting:   ROUSH ,TIMOTHY MD | DOB: 7/11/1979         Age:  35 years     Sex:  Female |
| Attending:   ROUSH ,TIMOTHY MD | Location:   6TC |
| Printed:  9/15/2015 08:47 EDT | Print ID:   87855243 |