# Exhibit 11

2/8/2019    Case 1:14-ml-02570-RLY-TAB    Document 10129-11    Filed 02/08/19    Page 2 of 10 PageID #:
68616
Gmail - Categorization form Candy Freker, 1:17-cv-02774

 Gmail

**Baird Brown <bairdbrownlaw@gmail.com>**

---

## Categorization form Candy Freker, 1:17-cv-02774
2 messages

---

**Baird Brown** <bairdbrownlaw@gmail.com>                                   Wed, Feb 6, 2019 at 5:00 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

---

 **CategorizationFormCF(closed).pdf**
842K

---

**Baird Brown** <bairdbrownlaw@gmail.com>                                   Thu, Feb 7, 2019 at 3:26 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Amended to include circled subcategories

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

[Quoted text hidden]

---

 **CategorizationFormCF(closed).pdf**
766K

## Categorization Form

A.     Plaintiff's Name:               Candy Freker

B.     Plaintiff's Case Number:        1:17-cv-02774

C.     Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D.     Categorization (check each that applies and briefly describe):

    1.   Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

       Check here for Category 1: ☐

    2.   Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

       Check here for Category 2: ☐

       Briefly describe claimed complication/outcome/injury:_____

    3.   Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

       Check here for Category 3: ☐

       Briefly describe claimed complication/outcome/injury:_____

    4.   Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

       Check here for Category 4: ☐

       Briefly describe claimed complication/outcome/injury:_____

5.  Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

    Check here for Category 5: ☐

    Briefly describe claimed complication/outcome/injury:_____

6.  Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    Check here for Category 6: ☐

    Briefly describe claimed complication/outcome/injury:_____

7.  Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    Check here for Category 7: ☑ . **Circle all sub-categories that apply below:**

    (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

    Briefly describe claim of symptomatic injury:

    _____

    (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

    Briefly describe claim of symptomatic injury:

    _____

    (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

    Briefly describe claim of symptomatic injury:
    Several of the limbs of the filter broke off and became embedded within L2 spine

    (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

    _____

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Strut lodged in L2 disc space

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _____



**THE UNIVERSITY OF ARIZONA
MEDICAL CENTER**

UNIVERSITY CAMPUS HOSPITAL
1501 N Campbell Ave
Tucson, AZ 85724

FREKER,CANDY MRN:
19039825
DOB: 12/25/1972, Sex: F

## Results

**CT thoracic lumbar spine without contrast
(Accession 7064508) (Order 16567020)**

## Imaging Information

### Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| CT THORACIC LUMBAR SPINE WO CONTRAST | Final | Tue Jan 7, 2014 11:35 2014 PM | Tue Jan 7, 11:41 PM |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned |
|---|---|---|---|
| David H Castaneda | N/A | N/A | Pool(s) N/A |

### Verification Information

| Signed By | Signed On | Marked as Prelim | Marked as Prelim On |
|---|---|---|---|
| William K Erly, MD | Jan 13, 2014 | By Kevin Day, MD | Jan 8, 2014 |

### Study Result

NONCONTRAST CT SCAN OF THE THORACIC AND LUMBAR SPINES

COMPARISON: None available.

CLINICAL HISTORY: 41-year-old woman presents with back pain, leg pain, and lower extremity numbness.

TECHNIQUE: Volumetric acquisition was performed through the thoracic and lumbar spines and multiplanar reformatted images were provided for interpretation. All images were reviewed using soft tissue and bone window technique.

FINDINGS:

THORACIC SPINE: Vertebral body height and alignment are preserved. There is no evidence of acute fracture or subluxation. Scattered degenerative changes with Schmorl's nodes are present without evidence of significant disc protrusion, spinal canal or
neuroforaminal stenosis. There is no fluid collection or hematoma within paravertebral soft tissues. Visualized lung demonstrates a small calcified granuloma in the left lung apex likely related to chronic granulomatous disease. The contents of the
spinal canal are not well visualized by CT.

LUMBAR SPINE: A linear metallic density is seen within the anterior aspect of the L2-L3 intervertebral disc space and likely represents a discontinuous limb of the IVC filter. There are reactive changes of the inferior anterior corner of the L2 vertebral
body. An IVC filter is seen anterior to the L2 vertebral body. The scan demonstrates a normal lumbar lordosis and alignment. The vertebral body height and density are normal. There is no evidence of vertebral body fracture or subluxation. Mild disc
bulge is seen at the level of L4-L5. There is no significant disc protrusion, spinal canal or neuroforaminal stenosis. Visualized pelvic bones are normal in appearance. There is no evidence of paravertebral mass or hematoma. The contents of the spinal
canal are not well visualized by CT. Post surgical clips are seen anterior to the right psoas muscle.

I, the signing physician, have personally reviewed the examination and report on this patient and edited the report if necessary. I agree with the report as it is written.

IMPRESSION:
1, Thoracic spine CT: No evidence of acute fracture or subluxation.
2, Lumbar spine CT: Linear metallic density is seen within the anterior aspect of the L2-L3 intervertebral disc space

THE UNIVERSITY OF ARIZONA
MEDICAL CENTER

UNIVERSITY CAMPUS HOSPITAL
1501 N Campbell Ave
Tucson, AZ 85724

FREKER,CANDY
MRN: 19039825
DOB: 12/25/1972, Sex: F

## Imaging Information (continued)

### Study Result (continued)

likely represents a fracture and migration of a limb of the patient's IVC filter.

## Questionnaire

### Order Entry

| Question | Answer | Comment |
|---|---|---|
| 1.Reason for exam: | BACK PAIN LEG PAIN NUMBNESS | from buttocks bilat to toes |
| 2.Is the patient pregnant? | Unknown | |
| 3.Ordering MD contact number: | 48337 | |

### End Exam

**UAHN RIS END ALL**

| Question | Answer |
|---|---|
| 1. Notes to the interpreting physician | Tech-DHC |

**UAHN RIS END TECHNICAL EXAM NOTES**

| Question | Answer |
|---|---|
| 1. Technical exam notes | |

**UAHN RIS END PREGNANCY**

| Question | Answer |
|---|---|
| 1. Is the patient pregnant? | No |

### Order-Level Documents:

There are no order-level documents.

## Results

MRI lumbar spine with and without contrast (Accession 7064521) (Order 16567005)

## Imaging Information

### Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| MRI LUMBAR SPINE W WO CONTRAST | Final | Wed Jan 8, 2014 12:06 AM | Wed Jan 8, 2014 12:39 AM |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| David R Boulton | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On | Marked as Prelim By | Marked as Prelim On |
|---|---|---|---|
| William K Erly, MD | Jan 13, 2014 | Kevin Day, MD | Jan 8, 2014 |

### Study Result

MRI LUMBAR SPINE WITH AND WITHOUT CONTRAST

HISTORY:  41-year-old woman presents with back pain.

COMPARISON:  CT thoracic and lumbar spine dated 01/07/2013.

TECHNIQUE: Using a 1.5 Tesla MR scanner, sagittal T1 and inversion recovery, sagittal and axial postcontrast, and

THE UNIVERSITY OF ARIZONA
MEDICAL CENTER

UNIVERSITY CAMPUS HOSPITAL
1501 N Campbell Ave
Tucson, AZ 85724

FREKER, CANDY
MRN: 19039825
DOB: 12/25/1972, Sex: F

## Imaging Information (continued)

### Study Result (continued)

sagittal and axial T2 weighted sequences were performed through the lumbar spine. A total of 20 mL of Multihance was given intravenously
without complications.

FINDINGS:

There is a normal lumbar lordosis.  Vertebral body height, alignment and signal intensity is normal. The conus medullaris is normal in contour and signal intensity.  No mass is identified within the lumbar spinal canal or paravertebral soft tissues. The
sacroiliac joints are unremarkable. No abnormal enhancement is seen.

At the level of is L2-L3, there is mild loss of disc height.  At the level of L4-L5, there is an annular tear with a disc bulge and superimposed central protrusion. The discontinuous limb of the IVC filter in the L2-L3 intervertebral disc space which is
seen on prior CT thoracic and lumbar spine dated 01/07/2014 is not well visualized on this exam.

The T12-L1, L1-2, L3-4, and L5-S1 disc spaces are normal.  There is no spinal canal stenosis.  The neuroforamina are adequately patent.  The facet joints are not significantly hypertrophied.


I, the signing physician, have personally reviewed the examination and report on this patient and edited the report if necessary. I agree with the report as it is written.

IMPRESSION:
Scattered degenerative changes are seen in the visualized lumbar spine as described.


## Questionnaire

### Order Entry

| Question | Answer | Comment |
|---|---|---|
| 1. Reason for exam: | back pain | |
| 2. Is the patient pregnant? | No | |
| 3. Does the patient have any metal in their body such as one of the following: | None | |
| 4. Is the patient claustrophobic? | No | |
| 5. Ordering MD contact number: | 3748 | |

### Begin Exam

**IMAGING BEGIN MRI**

| Question | Answer |
|---|---|
| 1. Does the patient have any devices, implants, aneurysm clips, joint replacements or metal fragments in his/her body? | Yes |
| 2. Enter location of metal or additional metal here: | |

### End Exam

**UAHN RIS END ALL**

| Question | Answer |
|---|---|
| 1. Notes to the interpreting physician | 20 ml multihance given by DRB |

**UAHN RIS END PREGNANCY**

| Question | Answer |
|---|---|
| 1. Is the patient pregnant? | No |

**UAHN RIS END CONTRAST REACTION**

| Question | Answer |
|---|---|



THE UNIVERSITY OF ARIZONA
MEDICAL CENTER

UNIVERSITY CAMPUS HOSPITAL
1501 N Campbell Ave
Tucson, AZ 85724

FREKER, CANDY
MRN: 19039825
DOB: 12/25/1972, Sex: F

---

## Imaging Information (continued)

### Questionnaire (continued)

| | | |
|---|---|---|
| 1. Did the patient have a contrast reaction? | | No |
| 2. What contrast caused the reaction? | | |
| 3. What kind of reaction? | | |
| 4. What was the severity of the reaction? | | |
| 5. What was the outcome? | | |
| 6. Who was the intervening doctor? | | |
| 7. What treatment did the patient receive? | | |
| 8. Please specify the Lot Number of Reaction Causing Contrast Agent | | |

**UAHN RIS END EXTRAVASATION**

| Question | Answer |
|---|---|
| 1. Did the patient have an extravasation? | No |
| 2. Where was the site of the extravasation? | |
| 3. What is the appearance of the extravasation? | |
| 4. What is the approximate amount of extravasation? | |
| 5. What was the treatment provided? | |
| 6. Name of the person who evaluated the extravasation? | |

### Order-Level Documents:
There are no order-level documents.

---

## END OF REPORT

---

## Patient Information

**Name:** CANDY FREKER
**Medical Record Number:** 19039825
**Sex Code:** F
**BirthDate:** 12/25/1972
**SSN:** 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
**Home Phone Number:** (520)309-2121

## Exam Information

**Accession Number:** 7711110
**Modality:** CR
**Body Part:** LSPN
**Description:** XR LUMBAR SPINE 2 OR 3 VIEWS
**Performed Date:** 10/12/2015 17:34:42
**Reason for Study:** BACK PAIN

## Preliminary Report

Result:

History: 42-year-old female with chronic back pain; no reported trauma.

Comparison: CT of the thoracic and lumbar spine from 01/07/2014.

Technique:
Frontal, lateral and lateral swimmer's views of the thoracic spine.
Frontal and lateral views of the lumbar spine.

Findings:

Bone mineralization is age-appropriate.

Thoracic spine: There are 12 rib-bearing thoracic vertebrae. There is no acute fracture or dislocation of the thoracic spine there is minimal levoconvex segmenting of the thoracic spine. The vertebral body heights are maintained. Alignment is
otherwise anatomic. There are mild endplate degenerative changes at multiple levels of the thoracic spine. The visualized lungs are clear.

Lumbar spine: There are 5 lumbar vertebrae. There is no acute fracture or dislocation of the lumbar spine. Vertebral body heights are maintained. There is an inferior vena cava filter with multiple metallic fractured segments projecting over the
lumbar which are stable in position. There are additional likely postsurgical metallic densities projecting in the right lower quadrant and pelvis. There are mild degenerative changes of the lumbar spine L2-L3. The sacroiliac joints are patent.

I, the signing physician, have personally reviewed the examination and report on this patient and edited the report if necessary. I agree with the report as it is written.

Impression:

No acute fracture or dislocation of the thoracic or lumbar spine with mild degenerative changes. If there is continued clinical concern for occult abnormality, MRI imaging may be obtained for further evaluation.