# Exhibit 12

 Baird Brown <bairdbrownlaw@gmail.com>

# Categorization form for Penney Goodwin, 1:17-cv-02775
2 messages

**Baird Brown** <bairdbrownlaw@gmail.com>  Wed, Feb 6, 2019 at 5:01 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

 **CategorizationFormPG(closed).pdf**
567K

**Baird Brown** <bairdbrownlaw@gmail.com>  Thu, Feb 7, 2019 at 3:26 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Amended to include circled subcategories

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

[Quoted text hidden]

 **CategorizationFormPG(closed).pdf**
493K

## Categorization Form

A.  Plaintiff's Name: Penney Goodwin

B.  Plaintiff's Case Number: 1:17-cv-02775

C.  Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D.  Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury: _____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury: _____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☑. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   **(c) filter fracture** – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   One fractured leg seen on CT scan result

   **(d) filter migration** – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:
   Filter tilted 20 degrees towards L2 disc space

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

⟮(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;⟯

Briefly describe claim of symptomatic injury: Filter struts, tenting/penetrating IVC wall

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _____

**Sutter Health**
With You. For Life.

Orders/Results

GOODWIN, PENNEY M
MRN: 565554
DOB: 7/8/1964, Sex: F
Enc. Date: 05/07/13

### MAMM BILATERAL SCREENING W/CAD [250420777] (continued)

Resulted: 05/08/13 1617, Result status: Final result

FINDINGS: Comparison was made with previous exam. The breasts are almost entirely composed of fat.

IMPRESSION:

No change from the prior examination. No mammographic evidence of malignancy.

BI-RADS CATEGORY 1: NEGATIVE.

*American Cancer Society mammography guidelines recommend a yearly mammogram in women over the age of 40*

UT: (n)  RC: (n)

INTERPRETED BY:   JULIE WONG MD

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30027310 - RACRC | RAS - CARMICHAEL IMAGING | Unknown | 6620 COYLE AVE SUITE 110 CARMICHAEL CA 95608 | 03/08/13 0631 - Present |

### ABDOMEN CT W/O CONTR [250420778]

Electronically signed by: Ifc, Smf Rad I on 06/10/13 1101
Ordering user: Ifc, Smf Rad I 06/10/13 1101
Frequency: 06/10/13 1101 -

Authorized by: Fellmeth, Brian David, MD

Status: **Completed**

### ABDOMEN CT W/O CONTR [250420778]

Resulted: 06/11/13 0939, Result status: Final result

| Performed: | - 06/10/13 1101 | | Resulting lab: | RAS - CARMICHAEL IMAGING |

**Specimen Information**

| ID | Type | Source | Collected On |
|---|---|---|---|
| 10539464 | | | 06/10/13 1101 |

**Components**

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Header | — | | | RACRC |

Result:
REASON FOR EXAM: THROMBOSIS VEIN UNSPECIFIED SITE

EXAMINATION: CT ABDOMEN W/O - (CRC/0035) -

HISTORY: IVC filter. Unable to remove. Evaluate position.

COMPARISON: Previous CT of the abdomen and pelvis 04/13/12.

TECHNIQUE: Axial images were reconstructed from breath-hold helical acquisition from the diaphragm through the aortic bifurcation. Oral contrast was administered prior to the examination.

Images were processed utilizing low dose software to optimize the reduction of radiation dose to the patient.

FINDINGS: An IVC filter is identified in place. The apex of the filter is projecting medial to the wall of the IVC and may be within the origin of the left renal vein. The right renal vein originates at or slightly above the level of the IVC filter. The filter is tilted 20 degrees to the left in relation to the IVC. Several of the filter legs project lateral to the IVC wall and may be tenting or penetrating the IVC wall. Postsurgical changes are identified in the left upper quadrant. Non-enhanced images of the liver, spleen, and pancreas appearance unremarkable. No adenopathy or ascites. No bowel distension or obstruction. A left renal vein stent is identified.



IMPRESSION:

IVC filter location as described above.

Legal Copy



SMF SACRAMENTO
Orders/Results

GOODWIN,PENNEY M
MRN: 53346392
DOB: 7/8/1964, Sex: F
Enc. Date: 08/31/15

### XR CHEST 2 VIEWS PA LATERAL [527496178] (continued)

Resulted: 08/31/15 1016, Result status: Final resul

PROCEDURE: XR CHEST 2 VIEWS PA LATERAL, 8/31/2015 8:28 AM
ACCESSION NUMBER(S): CRD15002049141
LOCATION: SSSADIDG

CLINICAL INDICATION: Displacement of IVC filter.

COMPARISON: 10/20/2010 chest x-ray and 6/24/2015 lumbar spine x-ray.

TECHNIQUE: PA and lateral radiographs of the chest.

FINDINGS:

Heart and Mediastinum: The heart is normal in size. The mediastinum is normal. Calcification and mild tortuosity in the aorta is unchanged. There is no definite aneurysm.

Tubes and Lines: None.

Lungs: The lungs are clear. There is no pleural effusion or pneumothorax.   Hyperinflation is unchanged.

Osseous Structures/Other: There are stable degenerative changes within the spine. Surgical clips and herniorrhaphy coils in the upper abdomen are unchanged. An IVC filter is again identified, appearing in unchanged position since the June 2015 x-ray. This is tilted with its proximal tip near the L1-L2 interspace.

Impression:
IMPRESSION:

No acute cardiopulmonary process. Unchanged hyperinflation.

Tilted IVC filter appears unchanged in position since June.

Electronically Signed by Scott A Foster, MD, Sutter Medical Group
  8/31/2015 10:16 AM
Images available in EPIC and Sutterlink and
https://pacsweb.ssr.sutterhealth.org/

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| CRD15002049141 | | | 08/31/15 1013 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 432 - SHRAD | SUTTER HEALTH RADIOLOGY | Unknown | 3707 Schriever Mather CA 95742 | 03/05/09 0836 - Present |

### MAMMO SCREENING BILATERAL DIGITAL [527496179]

Status: Completed

Electronically signed by: Vonk, Judith on 02/22/16 1246
Ordering user: Vonk, Judith 02/22/16 1246
Authorized by: Walker, Cheryl Ann Katheri, MD
Ordering provider: Walker, Cheryl Ann Katheri, MD
Ordered during: Ancillary Orders on 02/22/2016
Frequency:  02/22/16 -
Diagnoses:
   Encounter for screening mammogram for malignant neoplasm of breast [Z12.31]
Questions:
   OK to follow Breast Imaging Standard Operating Procedure (SOP)?  May include: mammography, ultrasound, MRI and/or aspiration/biopsy as indicated. NO - May only perform ordered procedure and those specified below
Order comments:
   Paper Order (Monday, February 22, 2016 12:46 PM Judith Vonk) No to SOP

### MAMMO SCREENING BILATERAL DIGITAL [527496180]

Resulted: 03/18/16 0813, Result status: Final res

Ordering provider:        Walker, Cheryl Ann Katheri, MD  03/16/16 1559
Performed:             03/16/16 1617 - 03/16/16 1618
Narrative:

Resulted by:         Murphy, Miyuki Irei, MD
Resulting lab:        SUTTER HEALTH RADIOLOGY

PATIENT: PENNEY M GOODWIN        MRN: 53346392:SS
AGE: 51 years    DOB: 7/8/1964    GENDER: Female

PROCEDURE: MAMMO SCREENING BILATERAL DIGITAL, 3/16/2016 4:17 PM

**Legal Copy**

**Sutter Health**
*With You. For Life.*

SMF SACRAMENTO
Orders/Results

GOODWIN,PENNEY M
MRN: 53346392
DOB: 7/8/1964, Sex: F
Enc. Date: 10/21/16

## XR ABDOMEN 1 VIEW [679371992] (continued)

Resulted: 10/23/16 1419, Result status: Final result

Calcifications: No definite pathologic abdominal or pelvic calcifications are identified.

Bones and soft tissues: Surgical clips in right upper quadrant suggestive of prior cholecystectomy. Evidence of prior ventral mesh hernia repair. IVC filter also noted, with one leg appearing to be fractured, also unchanged. Surgical suture material in the left upper quadrant compatible with prior abdominal surgery. Mild degenerative changes in the SI joints bilaterally. Surgical clips in the left pelvis. No fractures or subluxation.

Lung bases: The visualized lung bases are within normal limits.

Impression:
IMPRESSION:
Postsurgical changes as above.

Nonspecific bowel gas pattern without evidence of bowel obstruction.

Electronically Signed by Tuan A Nguyen, MD, Sutter Medical Group
10/23/2016 2:19 PM
Images available in EPIC and Sutterlink and
https://pacsweb.ssr.sutterhealth.org/

### Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
| CRD16002751144 | | | 10/23/16 1415 |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 432 - SHRAD | SUTTER HEALTH RADIOLOGY | Unknown | 3707 Schriever Mather CA 95742 | 03/05/09 0836 - Present |

**END OF REPORT**