# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROL C. COPELAND | ) MDL No. 1:14-ml-2570-RLY-TAB |
| | ) MDL No. 2570 |
| v. | ) |
| COOK INCORPORATED; | ) Civil Case No. 1:18-cv-4028-RLY-TAB |
| COOK MEDICAL LLC; | ) |
| WILLIAM COOK EUROPE APS | ) |

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: February 11, 2019          Respectfully submitted,

/s/ *C. Calvin Warriner, III*
C. Calvin Warriner, III
Florida Bar No. 374131
ccw@searcylaw.com
Searcy Denney Scarola Barnhart
& Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409
Phone: 561-686-6300

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2019 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

*/s/ C. Calvin Warriner, III*
C. Calvin Warriner, III