**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                  MDL NO. 2570

---

This Document Relates Only to the Following Case:

1:18-cv-03566-RLY-TAB Earl Clay

---

## PLAINTIFF EARL CLAY'S RESPONSE IN OPPOSITION TO DEFENDANTS' AMENDED MOTION TO DISMISS

COMES NOW Plaintiff EARL CLAY, by and through counsel and files this Response to the Amended Motion to Dismiss filed by Defendants on January 29, 2019, and would respectfully show the Court the following:

I.

Plaintiff Earl Clay was ill and had to be hospitalized for a period of time in December 2018 and January 2019. During this time, Plaintiff was unable to work with Plaintiff's counsel to obtain the information necessary to complete the Plaintiff's Profile Sheet. Plaintiff completed and submitted the Plaintiff Profile Sheet on February 5, 2019 along with the required authorizations and medical documentation.

Plaintiff's counsel did not intentionally refuse to respond to the Court's Case Management Order.

To dismiss this case even without prejudice would place an undue burden on the Plaintiff.

The Plaintiff, Earl Clay, has complied with the Order and the Court should deny the Defendant's Amended Motion to Dismiss.

WHEREFORE, PLAINTIFF moves that the Court deny Defendants' Amended Motion to Dismiss the above-captioned case.

DATED:  February 11, 2019

                                                Respectfully submitted,

                                                /s/ *Kathryn Snapka*  _____
                                                **Kathryn Snapka**
                                                **Attorney-in-Charge for Plaintiff**
                                                State Bar No. 18781200
                                                Federal ID No. 1617
                                                THE SNAPKA LAW FIRM
                                                606 N. Carancahua, Suite 1511
                                                P.O. Box 23017
                                                Corpus Christi, Texas 78403
                                                Telephone:  361-888-7676
                                                Facsimile:  361-884-8545
                                                Email:  ksnapka@snapkalaw.com

*Of Counsel*:

**Craig D. Henderson**
State Bar No. 00784248
Federal ID No. 5532
chenderson@snapkalaw.com
**Jack E. Urquhart**
State Bar No. 20415600
Federal ID No. 2082
juquhart@snapkalaw.com
**THE SNAPKA LAW FIRM**
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, Texas 78403
Telephone:  361-888-7676
Facsimile:  361-884-8545

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this the 11th day of February 2019, I served the foregoing document on the Defendants via the Court's Electronic Filing System.

                /s/ *Kathryn Snapka* _____
                **Kathryn Snapka**
                **Attorney-in-Charge for Plaintiff**