IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **Case No. 1:14-ml-2570-RLY-TAB**<br>**MDL No. 2570** |

This Document Relates to Plaintiff(s):

Joey Campos; Case No. 1:17-cv-00232
Rufus Collins - Case No. 1:17-cv-02969
Toney Davidson - Case No. 1:16-cv-02265
Michael & Carol Fink - Case No. 1:17-cv-00695
Eulane Prather obo Jonetta Gibson, Case No. 1:16-cv-02752
Wesley Johnson, Case No. 1:17-cv-01727
Traneka Judge Cody, Case No. 1:16-cv-02330
Debra Nitz, Case No. 1:18-cv-02717
Barry Katherine McLean Pearce, Case No. 1:17-cv-02974
Vernetta Reid, Case No. 1:17-cv-02971
Jeffrey Souza, Case No. 1:18-cv-02705
Myron Taylor, Case No. 1:16-cv-02772

**RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT
TO THE COURT'S CASE CATEGORIZATION ORDER**

COME NOW the Plaintiffs, Joey Campos, Rufus Collins, Toney Davidson, Michael and Carol Fink, Eulane Prather obo Jonetta Gibson, Wesley Johnson, Traneka Judge Cody, Debra Nitz, Barry Katherine McLean Pearce, Vernetta Reid, Jeffrey Souza and Myron Taylor, by and through their counsel and file this Response to the Motion to Dismiss filed by Defendants on February 5, 2019 and respectfully demonstrate to the Court the following:

Counsel for Plaintiffs received Defendants' Motion to Dismiss without Prejudice on February 5, 2019. Upon receipt and identification of Defendant's Motion to Dismiss without

1

prejudice, the Plaintiffs' Counsel immediately sought to comply with the Court's Order. The Case Categorization form was served on Cook per CMO-6, and Plaintiffs' Leadership on February 11, 2019 *See* **Exhibit 1**.

Plaintiffs have filed a Plaintiff Profile Sheet and have done everything to comply with the prior case management orders. The Defendants have now received the Categorization Forms and have suffered no prejudice by receiving them within one week of the Court's Categorization Order. This error was an inadvertent mistake and Plaintiffs did not intentionally refuse to respond to this court's. Plaintiffs may be irreparably harmed if their cases were dismissed.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny Defendants' Motion to Dismiss the above-captioned cases.

DATED:       February 11, 2019

Respectfully submitted,

/s/ *Peter E. Goss*
Peter E. Goss
THE GOSS LAW FIRM, P.C.
1501 Westport Road
Kansas City, MO 64111
P (816) 336-1300
F (816) 336-1310
pgoss@goss-lawfirm.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2019, copies of the Response in Opposition to Defendants' Motion to Dismiss Without Prejudice Pursuant to The Court's Case Categorization Order, were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

/s/ *Peter E. Goss*
Peter E. Goss