# EXHIBIT 1

**Justin Campain**

| | |
|---|---|
| **From:** | Justin Campain |
| **Sent:** | Monday, February 11, 2019 1:58 PM |
| **To:** | Cook Filter MDL; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Peter Goss |
| **Subject:** | In Re: Cook Medical, Inc. IVC Filters Marketing; MDL No. 2570 Categorization Forms |
| **Attachments:** | Collins Case Categorization Form.pdf; McLean Case Categorization Form.pdf; Nitz Case Categorization Form.pdf; Judge Case Categorization Form.pdf; Gibson Case Categorization Form.pdf; Fink Case Categorization Form.pdf; Davidson Case Categorization Form.pdf; Campos Case Categorization Form.pdf; Taylor Case Categorization Form.pdf; Souza Case Categorization Form.pdf; Reid Case Categorization Form.pdf; Johnson Case Categorization Form.pdf |

Counsel:

Attached are the Case Categorization Forms for the above referenced clients pursuant to the CMO.

**THE GOSS LAW FIRM, P.C.**

**1501 Westport Road**
**Kansas City, MO 64111**
**Local 816-527-8658**
**Facsimile 816-336-1310**