**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                  MDL NO. 2570

This Document Relates Only to the Following Case:

1:18-cv-03564-RLY-TAB Kingie L. McCrear, Individually and as Representative of the Estate of Kymisha S. McCrear

### PLAINTIFF KINGIE L. McCREAR'S RESPONSE IN OPPOSITION TO DEFENDANTS' AMENDED MOTION TO DISMISS

COMES NOW Plaintiff KINGIE L. McCREAR, Individually and as Representative of the Estate of Kymisha S. McCrear by and through counsel and files this Response to the Amended Motion to Dismiss filed by Defendants on January 29, 2019, and would respectfully show the Court the following:

I.

Plaintiff Kingie L. McCrear filed this claim Individually and as Representative of the Estate of her deceased daughter, Kymisha S. McCrear.  Plaintiff had a difficult time completing the Plaintiff Profile Sheet because she did not personally have knowledge of all of her daughter's past medical history.  Ms. McCrear had to search for some of the answers regarding past medical history including hospitalizations, doctors, prescriptions, and medical facilities.  Plaintiff completed and submitted the Plaintiff Profile Sheet on February 7, 2019 along with the required authorizations and medical documentation.

Plaintiff's counsel did not intentionally refuse to respond to the Court's Case Management Order.

To dismiss this case even without prejudice would place an undue burden on the Plaintiff.

The Plaintiff, Kingie L. McCrear, has complied with the Order and the Court should deny the Defendant's Amended Motion to Dismiss.

WHEREFORE, PLAINTIFF moves that the Court deny Defendants' Amended Motion to Dismiss the above-captioned case.

DATED:  February 11, 2019

                Respectfully submitted,

                /s/ *Kathryn Snapka* _____
                **Kathryn Snapka**
                **Attorney-in-Charge for Plaintiff**
                State Bar No. 18781200
                Federal ID No. 1617
                THE SNAPKA LAW FIRM
                606 N. Carancahua, Suite 1511
                P.O. Box 23017
                Corpus Christi, Texas 78403
                Telephone:  361-888-7676
                Facsimile:  361-884-8545
                Email:  ksnapka@snapkalaw.com

*Of Counsel*:
**Craig D. Henderson**
State Bar No. 00784248
Federal ID No. 5532
chenderson@snapkalaw.com
**Jack E. Urquhart**
State Bar No. 20415600
Federal ID No. 2082
juquhart@snapkalaw.com
**THE SNAPKA LAW FIRM**
606 N. Carancahua, Suite 1511
P.O. Drawer 23017
Corpus Christi, Texas 78403
Telephone:  361-888-7676
Facsimile:  361-884-8545

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of February 2019, I served the foregoing document on the Defendants via the Court's Electronic Filing System.

/s/ *Kathryn Snapka* _____
**Kathryn Snapka**
**Attorney-in-Charge for Plaintiff**