IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re:  COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                  MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Mark Clancy, Cause No. 1:17-cv-02399

_____

## **PLAINTIFF MOTION TO WITHDRAW FILING**

COMES NOW Plaintiff Mark Clancy (1:17-cv-02399) and moves the court for an Order to withdraw the filing of Docket Number 10118 and respectfully states as follows:

1.      On February 8, 2019, the filing of Docket Number 10118 was inadvertently filed with Case Number 1:19-cv-00126-RLY-TAB and should have been filed with Case No. 1:17-cv-02399.

WHEREFORE, Plaintiff moves the Court for an Order to withdraw the filing of Docket Number 1088.  A proposed order is also provided herewith.

Respectfully submitted this 11th day of February, 2019.

Respectfully submitted,

/s/ *David C. DeGreeff*_____
David C. DeGreeff
MO Bar #: 55019

**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1183
(816) 531-2372 - Facsimile
ddegreeff@wcllp.com

**ATTORNEYS FOR PLAINTIFF**

I hereby certify that on this 11th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *David C. DeGreeff*
David C. DeGreeff