IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

Mark Clancy, Cause No. 1:17-cv-02399

## **ORDER**

On this day came on for consideration Plaintiff's Motion to Withdraw the filing of Docket Number 10118 regarding Mark Clancy (1:17-cv-02399). After considering the Motion the Court concludes the Motion should be granted.

SIGNED this _____ day of _____, 2019.

_____
Richard L. Young, Judge Presiding
United States District Court
Southern District of Indiana