# EXHIBIT A

| Plaintiff | Case Number | Counsel |
|---|---|---|
| Adams, Susan | 1:17-cv-03591 | MARC J. BERN & PARTNERS, LLP |
| Adeyemi, Beverly | 1:17-cv-01528 | MARC J. BERN & PARTNERS, LLP |
| Allen, Joni | 1:18-cv-02772 | MARC J. BERN & PARTNERS, LLP |
| Alvey, Linda | 1:17-cv-03465 | MARC J. BERN & PARTNERS, LLP |
| Anderson, Annie J. | 1:19-cv-00507 | MARC J. BERN & PARTNERS, LLP |
| Arthur, John | 1:17-cv-03461 | MARC J. BERN & PARTNERS, LLP |
| Bailey, Joseph | 1:17-cv-04551 | MARC J. BERN & PARTNERS, LLP |
| Bailey, Misty D. | 1:17-cv-03376 | MARC J. BERN & PARTNERS, LLP |
| Bailey, Monique | 1:17-cv-03396 | MARC J. BERN & PARTNERS, LLP |
| Ballard, Jackie | 1:17-cv-04736 | MARC J. BERN & PARTNERS, LLP |
| Bass, Tralve W. | 1:17-cv-03466 | MARC J. BERN & PARTNERS, LLP |
| Bell, Kathy | 1:18-cv-03887 | MARC J. BERN & PARTNERS, LLP |
| Bell, Samuel | 1:17-cv-03941 | MARC J. BERN & PARTNERS, LLP |
| Bennett, Calvin | 1:19-cv-00522 | MARC J. BERN & PARTNERS, LLP |
| Bennett, Latasha | 1:17-cv-01996 | MARC J. BERN & PARTNERS, LLP |
| Betters, Alice | 1:17-cv-04364 | MARC J. BERN & PARTNERS, LLP |
| Blair, Mary Lou | 1:17-cv-04105 | MARC J. BERN & PARTNERS, LLP |
| Blanche, Don | 1:17-cv-03408 | MARC J. BERN & PARTNERS, LLP |
| Bourgeois, Majorie | 1:17-cv-01803 | MARC J. BERN & PARTNERS, LLP |
| Bowman, Rebecca | 1:17-cv-04042 | MARC J. BERN & PARTNERS, LLP |
| Bradford, Annie | 1:17-cv-03942 | MARC J. BERN & PARTNERS, LLP |
| Branham, Nadene | 1:17-cv-01179 | MARC J. BERN & PARTNERS, LLP |
| Brim, Dorothy [ESTATE OF] | 1:18-cv-03390 | MARC J. BERN & PARTNERS, LLP |
| Britton, Emma Mary | 1:17-cv-00876 | MARC J. BERN & PARTNERS, LLP |
| Brown, Ezill | 1:17-cv-04389 | MARC J. BERN & PARTNERS, LLP |
| Brown, Leo F. | 1:18-cv-00309 | MARC J. BERN & PARTNERS, LLP |
| Brown, Marie Mae [ESTATE] | 1:17-cv-03693 | MARC J. BERN & PARTNERS, LLP |

| | | |
|---|---|---|
| Brown, Michael | 1:17-cv-03429 | MARC J. BERN & PARTNERS, LLP |
| Bullock, Joanne | 1:17-cv-02687 | MARC J. BERN & PARTNERS, LLP |
| Butske, David | 1:17-cv-04518 | MARC J. BERN & PARTNERS, LLP |
| Calloway, Loretta | 1:17-cv-04017 | MARC J. BERN & PARTNERS, LLP |
| Campbell, Thomas | 1:17-cv-00759 | MARC J. BERN & PARTNERS, LLP |
| Canales, Santos Jr. | 1:18-cv-01211 | MARC J. BERN & PARTNERS, LLP |
| Cavalier, Rod | 1:17-cv-01575 | MARC J. BERN & PARTNERS, LLP |
| Champion, John B. | 1:17-cv-03576 | MARC J. BERN & PARTNERS, LLP |
| Clark, Ozell | 1:17-cv-04358 | MARC J. BERN & PARTNERS, LLP |
| Clayton, Pamela | 1:17-cv-03468 | MARC J. BERN & PARTNERS, LLP |
| Clemens, Donna | 1:17-cv-04519 | MARC J. BERN & PARTNERS, LLP |
| Coats, Rosalie A. | 1:17-cv-03635 | MARC J. BERN & PARTNERS, LLP |
| Copeland, Marquita | 1:17-cv-03592 | MARC J. BERN & PARTNERS, LLP |
| Corley, Omel | 1:17-cv-03379 | MARC J. BERN & PARTNERS, LLP |
| Crawford, Stephen | 1:17-cv-03840 | MARC J. BERN & PARTNERS, LLP |
| Dantzler, Dorothy | 1:17-cv-03943 | MARC J. BERN & PARTNERS, LLP |
| Davenport, Mabel | 1:17-cv-03829 | MARC J. BERN & PARTNERS, LLP |
| Davis, Anthony | 1:17-cv-04077 | MARC J. BERN & PARTNERS, LLP |
| Davis, Jessie | 1:17-cv-03403 | MARC J. BERN & PARTNERS, LLP |
| Davis, Loretta | 1:17-cv-03365 | MARC J. BERN & PARTNERS, LLP |
| Dellagatta, Donnie | 1:17-cv-03866 | MARC J. BERN & PARTNERS, LLP |
| Denton, Archie | 1:17-cv-01516 | MARC J. BERN & PARTNERS, LLP |
| Denton, Janice | 1:17-cv-04668 | MARC J. BERN & PARTNERS, LLP |
| Donahoo, Dustin | 1:17-cv-01245 | MARC J. BERN & PARTNERS, LLP |
| Dupree, Lori | 1:17-cv-03467 | MARC J. BERN & PARTNERS, LLP |
| Dwyer-Coco, Patricia | 1:17-cv-04357 | MARC J. BERN & PARTNERS, LLP |
| Edgington, Anna | 1:17-cv-03452 | MARC J. BERN & PARTNERS, LLP |
| Eitmann, Beverly | 1:18-cv-03345 | MARC J. BERN & PARTNERS, LLP |
| Elamine, Kathy | 1:17-cv-03991 | MARC J. BERN & PARTNERS, LLP |
| Estes, Betty | 1:17-cv-03683 | MARC J. BERN & PARTNERS, LLP |

| | | |
|---|---|---|
| Fisher, Mary J. | 1:17-cv-03695 | MARC J. BERN & PARTNERS, LLP |
| Flowers, Tonya | 1:17-cv-03366 | MARC J. BERN & PARTNERS, LLP |
| Folts, Terry | 1:17-cv-03618 | MARC J. BERN & PARTNERS, LLP |
| Forrester, Stephen Wayne | 1:17-cv-03254 | MARC J. BERN & PARTNERS, LLP |
| Franklin, Kurt | 1:18-cv-03025 | MARC J. BERN & PARTNERS, LLP |
| Gaddis, Yvette D. | 1:17-cv-03674 | MARC J. BERN & PARTNERS, LLP |
| Gause, Gary | 1:17-cv-04151 | MARC J. BERN & PARTNERS, LLP |
| Gilligan, Susanne | 1:17-cv-04208 | MARC J. BERN & PARTNERS, LLP |
| Goodman, Valerie | 1:17-cv-03654 | MARC J. BERN & PARTNERS, LLP |
| Gould, Keith | 1:17-cv-00898 | MARC J. BERN & PARTNERS, LLP |
| Gray, Lee D. | 1:17-cv-03486 | MARC J. BERN & PARTNERS, LLP |
| Griffin, Christy | 1:18-cv-02617 | MARC J. BERN & PARTNERS, LLP |
| Griffin, Dock | 1:17-cv-01524 | MARC J. BERN & PARTNERS, LLP |
| Gutierrez, Luz | 1:17-cv-04707 | MARC J. BERN & PARTNERS, LLP |
| Hakim, Alfred | 1:18-cv-00793 | MARC J. BERN & PARTNERS, LLP |
| Hall, Stephen E. | 1:17-cv-04520 | MARC J. BERN & PARTNERS, LLP |
| Hammond, William | 1:18-cv-01350 | MARC J. BERN & PARTNERS, LLP |
| Harlow, Wanda | 1:17-cv-03270 | MARC J. BERN & PARTNERS, LLP |
| Harris, Douglas | 1:17-cv-03657 | MARC J. BERN & PARTNERS, LLP |
| Hawkins, Tommy | 1:18-cv-02236 | MARC J. BERN & PARTNERS, LLP |
| Hecht, Ann M. | 1:19-cv-00525 | MARC J. BERN & PARTNERS, LLP |
| Hile, Raymond | 1:19-cv-00530 | MARC J. BERN & PARTNERS, LLP |
| Holcomb, Debora | 1:18-cv-01070 | MARC J. BERN & PARTNERS, LLP |
| Holland, Nancy | 1:17-cv-00897 | MARC J. BERN & PARTNERS, LLP |
| Holmes, Angelee | 1:17-cv-03557 | MARC J. BERN & PARTNERS, LLP |
| Hornback, David | 1:17-cv-01304 | MARC J. BERN & PARTNERS, LLP |
| Houff, Shiquita | 1:17-cv-04073 | MARC J. BERN & PARTNERS, LLP |
| Howard, Devin | 1:17-cv-04001 | MARC J. BERN & PARTNERS, LLP |
| Husman, Raymond | 1:17-cv-03752 | MARC J. BERN & PARTNERS, LLP |
| Jackson, Felicia | 1:17-cv-03462 | MARC J. BERN & PARTNERS, LLP |

| | | |
|---|---|---|
| Jenville, Gloria | 1:17-cv-03756 | MARC J. BERN & PARTNERS, LLP |
| Johnson, Curtis | 1:17-cv-03406 | MARC J. BERN & PARTNERS, LLP |
| Johnson, James S. | 1:18-cv-00612 | MARC J. BERN & PARTNERS, LLP |
| Johnson, Phyllis | 1:17-cv-03813 | MARC J. BERN & PARTNERS, LLP |
| Jones, Charlie | 1:17-cv-04391 | MARC J. BERN & PARTNERS, LLP |
| Jones, Milton D. III | 1:17-cv-02610 | MARC J. BERN & PARTNERS, LLP |
| Karnes, Denise M. | 1:17-cv-03696 | MARC J. BERN & PARTNERS, LLP |
| Kasten, Michael J. | 1:17-cv-03578 | MARC J. BERN & PARTNERS, LLP |
| Kenney, Wallace | 1:17-cv-04106 | MARC J. BERN & PARTNERS, LLP |
| Kiggins, Kim | 1:17-cv-03836 | MARC J. BERN & PARTNERS, LLP |
| Kinard, Cynthia B. | 1:18-cv-01822 | MARC J. BERN & PARTNERS, LLP |
| Kuhn, Sharon | 1:18-cv-00038 | MARC J. BERN & PARTNERS, LLP |
| Leach, Nicholas | 1:18-cv-02854 | MARC J. BERN & PARTNERS, LLP |
| Lemottee, Edward | 1:17-cv-03433 | MARC J. BERN & PARTNERS, LLP |
| Levy, Charles | 1:17-cv-04521 | MARC J. BERN & PARTNERS, LLP |
| Lewis, David J. | 1:18-cv-02231 | MARC J. BERN & PARTNERS, LLP |
| Luzinski, Fred | 1:17-cv-03469 | MARC J. BERN & PARTNERS, LLP |
| Lynch, Joe | 1:17-cv-01525 | MARC J. BERN & PARTNERS, LLP |
| Maddelein, Susan | 1:17-cv-03487 | MARC J. BERN & PARTNERS, LLP |
| Maldonado, Rene | 1:18-cv-01087 | MARC J. BERN & PARTNERS, LLP |
| Malphus, Milton | 1:17-cv-03949 | MARC J. BERN & PARTNERS, LLP |
| Marks, Mary E. | 1:17-cv-03593 | MARC J. BERN & PARTNERS, LLP |
| Mayberry, Walter | 1:17-cv--3564 | MARC J. BERN & PARTNERS, LLP |
| McIntosh, Betty | 1:17-cv-04160 | MARC J. BERN & PARTNERS, LLP |
| Miele, Laura | 1:17-cv-03688 | MARC J. BERN & PARTNERS, LLP |
| Miller, Merri | 1:17-cv-03392 | MARC J. BERN & PARTNERS, LLP |
| Mincy, Doris | 1:17-cv-03436 | MARC J. BERN & PARTNERS, LLP |
| Mitchell, Sarah | 1:17-cv-03566 | MARC J. BERN & PARTNERS, LLP |
| Mondello, Tindaro D. | 1:18-cv-00624 | MARC J. BERN & PARTNERS, LLP |
| Montgomery, Michael James and Lisa | 1:18-cv-03836 | MARC J. BERN & PARTNERS, LLP |

| | | |
|---|---|---|
| Moore, Walter | 1:17-cv-03838 | MARC J. BERN & PARTNERS, LLP |
| Morris, John H. [ESTATE OF] | 1:18-cv-02552 | MARC J. BERN & PARTNERS, LLP |
| Mueller, Charles | 1:17-cv-04570 | MARC J. BERN & PARTNERS, LLP |
| Myers, Sebrina | 1:17-cv-03438 | MARC J. BERN & PARTNERS, LLP |
| Nancarrow, Tracey | 1:17-cv-04211 | MARC J. BERN & PARTNERS, LLP |
| Neveu, Janice M. | 1:17-cv-03937 | MARC J. BERN & PARTNERS, LLP |
| Nigh, Glendora | 1:17-cv-03815 | MARC J. BERN & PARTNERS, LLP |
| Oltromonto, Anthony | 1:17-cv-04352 | MARC J. BERN & PARTNERS, LLP |
| Ortiz, Ivan | 1:17-cv-01802 | MARC J. BERN & PARTNERS, LLP |
| Osborne, Delores | 1:19-cv-00206 | MARC J. BERN & PARTNERS, LLP |
| Pantone, Guy | 1:17-cv-03331 | MARC J. BERN & PARTNERS, LLP |
| Parker, Sandra | 1:17-cv-03277 | MARC J. BERN & PARTNERS, LLP |
| Parks, Jason | 1:17-cv-04214 | MARC J. BERN & PARTNERS, LLP |
| Phelps, Maurice | 1:17-cv-04020 | MARC J. BERN & PARTNERS, LLP |
| Phillippi, William R. [ESTATE] | 1:17-cv-03733 | MARC J. BERN & PARTNERS, LLP |
| Pitts, Earline | 1:17-cv-03992 | MARC J. BERN & PARTNERS, LLP |
| Pomije, Michelle | 1:19-cv-00081 | MARC J. BERN & PARTNERS, LLP |
| Rampley, Tracie | 1:18-cv-00310 | MARC J. BERN & PARTNERS, LLP |
| Ranson, Elizabeth | 1:17-cv-03407 | MARC J. BERN & PARTNERS, LLP |
| Reaves, Andrew | 1:17-cv-03463 | MARC J. BERN & PARTNERS, LLP |
| Redd, Cynthia | 1:17-cv-03476 | MARC J. BERN & PARTNERS, LLP |
| Redmond, Kimberly | 1:17-cv-03867 | MARC J. BERN & PARTNERS, LLP |
| Rich, Percenie | 1:17-cv-02245 | MARC J. BERN & PARTNERS, LLP |
| Richardson, Khalia | 1:17-cv-03558 | MARC J. BERN & PARTNERS, LLP |
| Ricks, Erica | 1:17-cv-04039 | MARC J. BERN & PARTNERS, LLP |
| Riggins, Sylvia | 1:17-cv-02792 | MARC J. BERN & PARTNERS, LLP |
| Robbins, Melissa | 1:17-cv-04768 | MARC J. BERN & PARTNERS, LLP |
| Robinson, Kim | 1:17-cv-03658 | MARC J. BERN & PARTNERS, LLP |
| Royce, Mathew | 1:18-cv-00068 | MARC J. BERN & PARTNERS, LLP |
| Santos, Ann | 1:17-cv-04562 | MARC J. BERN & PARTNERS, LLP |

| | | |
|---|---|---|
| Saunders, Elsie | 1:17-cv-03204 | MARC J. BERN & PARTNERS, LLP |
| Schleigh, Kimberly A. | 1:17-cv-03753 | MARC J. BERN & PARTNERS, LLP |
| Seither, Donna L. | 1:17-cv-04018 | MARC J. BERN & PARTNERS, LLP |
| Sheals, Robert | 1:17-cv-03464 | MARC J. BERN & PARTNERS, LLP |
| Shelton, Janice | 1:17-cv-01526 | MARC J. BERN & PARTNERS, LLP |
| Shern, Phillip J. | 1:17-cv-03997 | MARC J. BERN & PARTNERS, LLP |
| Sherod, Annie | 1:17-cv-04360 | MARC J. BERN & PARTNERS, LLP |
| Shook, Carol | 1:17-cv-03754 | MARC J. BERN & PARTNERS, LLP |
| Sigers, Clintona | 1:17-cv-03171 | MARC J. BERN & PARTNERS, LLP |
| Slagle-Schuck, Tamera | 1:18-cv-03628 | MARC J. BERN & PARTNERS, LLP |
| Smith, Bryant | 1:17-cv-04700 | MARC J. BERN & PARTNERS, LLP |
| Spruill, Henry | 1:17-cv-03806 | MARC J. BERN & PARTNERS, LLP |
| Stallworth, Kathleen | 1:17-cv-04767 | MARC J. BERN & PARTNERS, LLP |
| Steed, Cheryl | 1:17-cv-04041 | MARC J. BERN & PARTNERS, LLP |
| Stewart, Monica | 1:17-cv-03809 | MARC J. BERN & PARTNERS, LLP |
| Stone, Cathy J. | 1:17-cv-03621 | MARC J. BERN & PARTNERS, LLP |
| Stovall, Keyonna | 1:17-cv-04390 | MARC J. BERN & PARTNERS, LLP |
| Sufka, Reuben | 1:17-cv-03594 | MARC J. BERN & PARTNERS, LLP |
| Sunnenberg, Kathryn S. | 1:17-cv-03629 | MARC J. BERN & PARTNERS, LLP |
| Sutton, Jimmy Lee | 1:17-cv-03111 | MARC J. BERN & PARTNERS, LLP |
| Taylor, Sharon | 1:17-cv-04353 | MARC J. BERN & PARTNERS, LLP |
| Thomas, Cheryl | 1:17-cv-03595 | MARC J. BERN & PARTNERS, LLP |
| Turner, Anita | 1:17-cv-03807 | MARC J. BERN & PARTNERS, LLP |
| Walden, Sally | 1:17-cv-04702 | MARC J. BERN & PARTNERS, LLP |
| Walker-Colins, Beverly | 1:17-cv-04070 | MARC J. BERN & PARTNERS, LLP |
| Wall, Vernon E. | 1:17-cv-04129 | MARC J. BERN & PARTNERS, LLP |
| Wallace, Daron | 1:17-cv-03155 | MARC J. BERN & PARTNERS, LLP |
| Walter, Randy L. | 1:18-cv-02082 | MARC J. BERN & PARTNERS, LLP |
| Walters, Donna | 1:17-cv-01305 | MARC J. BERN & PARTNERS, LLP |
| Walters, Patricia | 1:17-cv-03409 | MARC J. BERN & PARTNERS, LLP |

| | | |
|---|---|---|
| Watkins, Marsha | 1:17-cv-01527 | MARC J. BERN & PARTNERS, LLP |
| Wedderburn, Arlene | 1:17-cv-03259 | MARC J. BERN & PARTNERS, LLP |
| Whitson, Sylvia | 1:17-cv-04157 | MARC J. BERN & PARTNERS, LLP |
| Williams, Daniel C. | 1:17-cv-03587 | MARC J. BERN & PARTNERS, LLP |
| Williams, Lee | 1:17-cv-03370 | MARC J. BERN & PARTNERS, LLP |
| Winters, Gary [ESTATE] | 1:17-cv-02255 | MARC J. BERN & PARTNERS, LLP |
| Wood, Ronald F. | 1:17-cv-03586 | MARC J. BERN & PARTNERS, LLP |
| Woods, Lisa J. | 1:17-cv-04076 | MARC J. BERN & PARTNERS, LLP |
| Worthington, Tina | 1:17-cv-03622 | MARC J. BERN & PARTNERS, LLP |
| Young, Roger | 1:17-cv-04522 | MARC J. BERN & PARTNERS, LLP |