# EXHIBIT B

# Cook Medical MDL Case Management Plan & Orders

📄 Case Management Plan (11/25/14)

📄 Master Consolidated Complaint for Individual Claims

📄 Short Form Complaint

📄 Case Management Order #1 - Pathology and Medical Device Protocol (2/20/15)

    📄 Amended Case Management Order #1 - Pathology and Medical Device Protocol (5/24/16)

    📄 Second Amended Case Management Order #1 - Pathology and Medical Device Protocol (3/29/17)

📄 Case Management Order #2 - Deposition Protocol (3/4/15)

📄 Case Management Order #3 - Protocol Regarding Dismissal of Additional Cook Entities (4/17/15)

📄 Case Management Order #4 - Party Profile Forms & Fact Sheets Protocol (4/17/15)

    📄 Amended Case Management Order #4 - Party Profile Forms & Fact Sheets Protocol (8/19/15)

    📄 Second Amended Case Management Order #4 - Party Profile Forms & Fact Sheets Protocol (12/16/16)

    📄 Third Amended Case Management Order #4 - Party Profile Forms and Fact Sheets Protocol (3/29/17)

📄 Case Management Order #5 - Amendments to Case Management Plan (4/17/15)

📄 Case Management Order #6 - Service of Short Form Complaints, Plaintiffs' Profile Form, Plaintiffs' Fact Sheet and Other Responsive Documents (4/17/2015)

    📄 Amended Case Management Order #6 - Service of Short Form Complaints, Plaintiffs' Profile Form, Plaintiffs' Fact Sheet and Other Responsive Documents (3/29/17)

📄 Case Management Order #7 - Agreed Qualified Protective Order Regarding Protected Health Information (6/5/15)

📄 Case Management Order #8 - Stipulated Protective Order on Confidential Information (6/5/15)

    📄 Addendum to Case Management Order #8 (6/7/17)

📄 Case Management Mnt Order #9 - Second Amendments to Case Management Plan  (7/10/15)

📄 Case Management Order #10 - Protocol Concerning Claims of Privilege and Work Product (7/10/15)

📄 Case Management Order #11 - Electronically Stored Information and Document Production Protocol (7/10/15)

📄 Case Management Order #12 - Fourth Amendments to Case Management Plan (12/3/15)

📄 Order Authorizing *Ex Parte* Contact Between Cook Defendants and Plaintiffs' Treating Physicians (12/21/15)

    📄 Amended Order Authorizing *Ex Parte* Contact Between Cook Defendants and Plaintiffs' Physicians (11/15/16)

📄 Order on Rules, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund (3/16/16)

📄 Case Management Order #13 - Medical Records Designation (4/15/16)

    📄 Amended Case Management Order #13 - Medical Records Desigation (2/17/17)

    📄 Second Amended Case Management Order #13 - Medical Records Designation (3/29/17)

📄 Case Management Order #14 - Supplemental Preservation, Inspection and Testing Protocol (5/24/16)

📄 Case Management Order #15 - Fifth Amended Case Management Plan (5/24/16)

📄 Case Management Order #16 - Regarding Establishment of Funds and Appointment of Certified Public Accountant as Escrow Agent (5/24/16)

📄 Case Management Order #17 - Sixth Amended Case Management Plan  Trial deadlines for the Bellwether trials have been superseded by Second Amended CMO #19 (6/8/16)

📄 Case Management Order #18 - Regarding Status Conferences with the Court (8/25/16)

📄 Case Management Order #19 - Bellwether Trial Plan (10/17/16)

    📄 Amended Case Management Order #19 - Bellwether Trial Plan (1/4/17)

    📄 Second Amended Case Management Order #19 - Third Amended Bellwether Trial Plan (8/23/2017)

    📄 Third Amended Case Management Order #19 - Third Amended Bellwether Trial Plan (12/13/2018)

📄 Case Management Order #20 - Protocol for Depositions in Bellwether Cases  (11/15/16)

📄 Case Management Order #21 - Protocol for Independent Medical Examination (6/7/17)

📄 Case Management Order #22 - Qualified Patient Data Security Agreement and Protective Order (7/14/17)

📄 Case Management Order #23 - Seventh Amended Case Management Plan  (8/3/2018)