# EXHIBIT C

# Debra J. Humphrey

| | |
|---|---|
| **From:** | Debra J. Humphrey |
| **Sent:** | Thursday, February 7, 2019 8:31 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Joseph J. Cappelli; Kevin Wang; Alexandra Colella; Patrick Kula; Annery Nunez; Jashawn Couch; Alyssa Terron - Soto; Sophia Higbie; Shakeyma Bronson |
| **Subject:** | Cook IVC - Case Categorization Forms (MJB Cases) |
| **Attachments:** | 2-7-19_Letter to Cook Regarding Case Categorization Forms with EXHIBIT A.pdf |

Counsel:

Please use the Sharefile link below to access and download the Case Categorization Forms for the Plaintiffs listed in the attached letter and Exhibit A:

https://bernllp.sharefile.com/d-s5fff76ece694e2cb

Please notify me if you have any issues accessing or downloading these documents.

Sincerely,
Debra Humphrey

**Debra J. Humphrey, Esq.**
Partner



One Grand Central Place
60 E. 42nd St., Ste 950
New York, NY 10165
Toll Free: (800) LAW-5432
Tel: (212) 702-5000 Ext. 906

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at **www.bernllp.com**

| | |
|---|---|
| **From:** | Kevin Wang |
| **To:** | Debra J. Humphrey; CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Joseph J. Cappelli; Alexandra Colella; Patrick Kula; Annery Nunez; Jashawn Couch; Alyssa Terron - Soto; Sophia Higbie; Shakeyma Bronson |
| **Subject:** | RE: Cook IVC - Case Categorization Forms (MJB Cases) |
| **Date:** | Friday, February 8, 2019 10:49:07 AM |
| **Attachments:** | Case Categorization Form_Bell, Samuel [117-cv-03941].pdf |

Dear Counsel,

Due to an error, Samuel Bell's (1:17-cv-03941) Categorization Form was uploaded without the relevant medicals attached. Please see the corrected version here.

**Kevin Wang, Esq.**
*Attorney*



One Grand Central Place

60 East 42nd Street, Suite 950

New York, New York 10165

Toll Free: (800) LAW-5432

Tel: (212) 702-5000

Fax: (212) 818-0164

Kwang@BernLLP.com

www.BernLLP.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at www.bernllp.com

**From:** Debra J. Humphrey
**Sent:** Thursday, February 7, 2019 8:31 PM
**To:** CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com
**Cc:** Joseph J. Cappelli <jcappelli@bernllp.com>; Kevin Wang <kwang@bernllp.com>; Alexandra Colella <acolella@bernllp.com>; Patrick Kula <pkula@bernllp.com>; Annery Nunez <anunez@bernllp.com>; Jashawn Couch <jcouch@bernllp.com>; Alyssa Terron - Soto <aterron@bernllp.com>; Sophia Higbie <shigbie@bernllp.com>; Shakeyma Bronson <sbronson@bernllp.com>

| | |
|---|---|
| **From:** | Kevin Wang |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; CookFilterMDL@FaegreBD.com |
| **Cc:** | Joseph J. Cappelli; Alexandra Colella; Patrick Kula; Annery Nunez; Jashawn Couch; Alyssa Terron - Soto; Sophia Higbie; Shakeyma Bronson; Debra J. Humphrey |
| **Subject:** | RE: Cook IVC - Case Categorization Forms (MJB Cases) |
| **Date:** | Friday, February 8, 2019 6:51:58 PM |

https://bernllp.sharefile.com/d-s2934f617dab46249

Counsel please see the following link for supplemental productions for

Rod Cavalier 1:17-cv-01575
Milton D. Jones III 1:17-cv-02610
Joanne Bullock 1:17-cv-02687
Thomas Campbell 1:17-cv-00759
Marie Brown 1:17-cv-03693

All files were previously served, but required supplemental information as requested in the instructions. Thank you.

**Kevin Wang, Esq.**
*Attorney*



One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Toll Free: (800) LAW-5432
Tel: (212) 702-5000
Fax: (212) 818-0164
Kwang@BernLLP.com
www.BernLLP.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at www.bernllp.com

**From:** Debra J. Humphrey

| | |
|---|---|
| **From:** | Alyssa Terron - Soto |
| **To:** | Kevin Wang; Debra J. Humphrey; CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Joseph J. Cappelli; Alexandra Colella; Patrick Kula; Annery Nunez; Jashawn Couch; Sophia Higbie; Shakeyma Bronson |
| **Subject:** | RE: Cook IVC - Case Categorization Forms (MJB Cases) |
| **Date:** | Friday, February 8, 2019 12:12:30 PM |
| **Attachments:** | Case Categorization Form_Adams, Susan [117-cv-03591].pdf |

Dear Counsel,

   Due to an a technical error, Susan Adams' (1:17-cv-03591) Categorization Form was uploaded without the relevant medicals attached.
Please see the corrected version attached.

Thank you,

**Alyssa Terron - Soto**
*Paralegal*



One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Toll Free: (800) LAW-5432
Tel: (212) 702-5000
Fax: (212) 818-0164
ATerron@bernllp.com
www.BernLLP.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at www.bernllp.com

**From:** Kevin Wang
**Sent:** Friday, February 8, 2019 10:49 AM
**To:** Debra J. Humphrey <dhumphrey@bernllp.com>; CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com
**Cc:** Joseph J. Cappelli <jcappelli@bernllp.com>; Alexandra Colella <acolella@bernllp.com>; Patrick

| | |
|---|---|
| **From:** | Kevin Wang |
| **To:** | Debra J. Humphrey; CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Joseph J. Cappelli; Alexandra Colella; Patrick Kula; Annery Nunez; Jashawn Couch; Alyssa Terron - Soto; Sophia Higbie; Shakeyma Bronson |
| **Subject:** | RE: Cook IVC - Case Categorization Forms (MJB Cases) |
| **Date:** | Friday, February 8, 2019 12:55:15 PM |
| **Attachments:** | Case Categorization Form Campbell, Thomas 117-cv-00759.pdf |

Dear Counsel,

Please see attached for a supplemental Form for Thomas Campbell (1:17-cv-00759). Due to an upload error, the wrong form was uploaded. Thanks.

**Kevin Wang, Esq.**
*Attorney*



One Grand Central Place

60 East 42nd Street, Suite 950

New York, New York 10165

Toll Free: (800) LAW-5432

Tel: (212) 702-5000

Fax: (212) 818-0164

Kwang@BernLLP.com

www.BernLLP.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated. To learn more about our firm, please visit our website at www.bernllp.com

**From:** Debra J. Humphrey
**Sent:** Thursday, February 7, 2019 8:31 PM
**To:** CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com
**Cc:** Joseph J. Cappelli <jcappelli@bernllp.com>; Kevin Wang <kwang@bernllp.com>; Alexandra Colella <acolella@bernllp.com>; Patrick Kula <pkula@bernllp.com>; Annery Nunez <anunez@bernllp.com>; Jashawn Couch <jcouch@bernllp.com>; Alyssa Terron - Soto <aterron@bernllp.com>; Sophia Higbie <shigbie@bernllp.com>; Shakeyma Bronson <sbronson@bernllp.com>