# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DDISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING SALES PRACTICE PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

*This Document Relates to the following cases:*

*Plaintiffs in the ease see attached Exhibit A.*

### AFFIDAVIT OF DEBRA J. HUMPHREY

Before me, the undersigned authority, personally appeared Debra J. Humphrey who, being by me duly sworn, deposed as follows:

My name is Debra J. Humphrey. I am over eighteen (18) years of age. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am an attorney and partner at Marc J. Bern & Partners LLP, attorneys of record for Plaintiffs herein as identified in **Exhibit A**.

I have read the foregoing Opposition to Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order and Cross-Motion to Extend Time to Respond, and everything contained therein is true and correct.

On February 5, 2019 through February 8, 2019, I personally oversaw the drafting, compilation of relevant records, and service of the completed Categorization Forms for these Plaintiffs via email to email addresses: CookFilterMDL@FaegreBD.com and plaintiffscoleadcounselmdl@gmail.com pursuant to this Court's Orders.

**FURTHER AFFIANT SAYETH NOT**

This 11th day of February, 2019

_____
Debra J. Humphrey

Sworn and subscribed before me, this 11th
day of February, 2019,

_____
NOTARY PUBLIC

**Joann Sezer**
Notary Public State of New York
No. 01SE6017816
Qualified in Richmond County
Commission Expires in December 21, 20__