# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION ) ) ) ) ) | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>1:18-CV-03211-RLY-TAB ) ) ) ) ) ) ) ) | |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, Plaintiff Shaquana McCutchen, by and through her undersigned counsel, and files this response in opposition to Defendants' Motion to Dismiss for failure to comply with Third Amended Case Management Order No. 4.  For the reasons set forth below, Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss.

1. Plaintiff's counsel requested a thirty-day extension to produce Shaquana McCutchen's Plaintiff Profile Sheet on January 23, 2019.  Said extension was requested because Plaintiff's counsel has been unable to contact Shaquana McCutchen for completion of the Plaintiff Profile Sheet.  See Exhibit "A".

2. Defendants' counsel did not respond to Plaintiff's request for extension and filed a Motion to Dismiss on January 28, 2019.

3.     Plaintiff's counsel has attempted to contact Ms. McCutchen through various forms of communication multiple times to have her complete the Plaintiff Profile Sheet without success.  See Exhibit "B".

4.     Plaintiff's counsel requests that the Court not grant the Motion to Dismiss to allow adequate time to hire a search group to locate Shaquana McCutchen.  Plaintiff's counsel is already in contact with a search group who has indicated that they can locate Ms. McCutchen within thirty (30) days.

5.     Furthermore, Plaintiff's counsel in good faith produced an unverified Plaintiff Profile Sheet to Defendants on February 12, 2019 along with responsive documents.  See Exhibit "C".

For the foregoing reasons, Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss.

Respectfully submitted,

**HARE, WYNN, NEWELL & NEWTON LLP**

/s/ Don McKenna
Don McKenna
Hare, Wynn, Newell & Newton LLP
2025 Third Avenue North
Suite 800
Birmingham, AL 35203
Telephone: (205) 328-5330
Facsimile: (205) 324-2165
don@hwnn.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2019 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail if a party is not a participant of the Court's electronic filing system.

/s/ Don McKenna