# EXHIBIT "A"

# Karen Puccio

| | |
|---|---|
| **From:** | Karen Puccio |
| **Sent:** | Wednesday, January 23, 2019 3:26 PM |
| **To:** | 'Angelino, Blake A.' |
| **Subject:** | re: Shaquana McCutchen |

Blake:

Hi my name is Karen Puccio. I am one of the attorneys representing Ms. McCutchen. I would like to request a 30 day extension to produce Ms. McCutchen's PPS prior to your firm moving for dismissal.

We have been unable to contact Ms. McCutchen and would request additional time to get in touch with her, so we may produce the PPS as required.

Please let me know if you are agreeable.

Thanks in advance,

Karen