# EXHIBIT "B"

HARE | WYNN
NEWELL & NEWTON

Law offices in:
ALABAMA
ARKANSAS
KENTUCKY

Hare, Wynn, Newell & Newton, LLP
2025 Third Avenue N., Suite 800
Birmingham, Alabama 35203
t: 205-328-5330
f: 205-324-2165

January 28, 2019

**VIA CERTIFIED MAIL:**
Ms. Shaquana McCutchen
539 Ryan Avenue
Sanford, NC 27330

    **Re:**   **Shaquana McCutchen v. Cook Medical**
           **URGENT RESPONSE NEEDED**

Dear Ms. McCutchen:

    We have tried to contact you numerous times via phone, email and regular mail. To date we have not received a response.

    As we explained in our last letter dated January 18, 2019, your Plaintiff Profile Sheet (PPS) is past due, and we must produce it immediately to avoid dismissal of your case. We indicated in that letter that if you did not complete and return the PPS to us along with the signed authorizations, that the Defendants may move to dismiss your case. This has now happened.

    The Defendants filed a Motion to Dismiss in your case today. We have fifteen (15) days to respond to said Motion. We need to produce your PPS prior to our response so we may state in our response that we are now in compliance with the discovery order and the Motion to Dismiss should not be granted. This is our best strategy to avoid dismissal of your case.

    Accordingly, please complete the PPS and return it to us immediately. We provided a return stamped envelope in our January 18, 2019 letter, along with a courtesy copy of the PPS and authorizations. **It is imperative that we receive the completed PPS and authorizations from you to avoid potential dismissal of your case.** If you have any questions or are unsure how to complete the PPS, please contact us so we may help you. We look forward to hearing from you and moving forward with your claim.

                Sincerely,

                Karen Lawrence Puccio

KLP
cc: The Johnson Firm

hwnn.com

*Lawyers Helping People—Since 1890*

125 YEARS



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and
$

Sent To     Ms. Shaquana McCutchen     KLP

Street and Apt. No     539 Ryan Avenue

City, State, ZIP+4®     Sanford, NC 27330

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7018 0040 0001 0327 4601

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL



# HARE | WYNN
## NEWELL & NEWTON

Law offices in:
ALABAMA
ARKANSAS
KENTUCKY

Hare, Wynn, Newell & Newton, LLP
2025 Third Avenue N., Suite 800
Birmingham, Alabama 35203
t: 205-328-5330
f: 205-324-2165

January 18, 2019

**VIA FEDERAL EXPRESS:**
Ms. Shaquana McCutchen
539 Ryan Avenue
Sanford, NC 27330

      **Re:**   **Shaquana McCutchen v. Cook Medical**
             **URGENT RESPONSE NEEDED**

Dear Ms. McCutchen:

    We have tried to contact you on several occasions via phone and email. Your phone rejects our calls. It is imperative that we hear from you immediately, as deadlines apply to your IVC filter case.

    Specifically, your Plaintiff Profile Sheet is past due, and we must produce it immediately to avoid dismissal of your case. To explain further, once we filed your Complaint, we were required by Court Order to submit a Plaintiff's Profile Sheet (PPS) within thirty (30) days from the date of filing. Your Complaint was filed on October 16, 2018; thus, your PPS was due November 15, 2018. We sent the PPS to you to complete on October 18, 2018 and included a return envelope for your convenience. To date we have not received the PPS back from you. We have followed up numerous times without success to check on the status of the same and to see if we can help you complete the PPS.

    If you do not produce the PPS within the thirty-day requirement set by the Court, the Defense may move to dismiss your case without prejudice, after they give written notice of such intention to your counsel. The Defendants put us on notice that they plan to make a motion to dismiss your case on January 16, 2019 if they do not receive your PPS by January 23, 2019. Accordingly, please contact us as soon as possible. We have enclosed another courtesy copy of the PPS for you to complete. Please complete it immediately and send it back to us. If you have any questions or are unsure how to complete the PPS, please contact us so we may help you. We look forward to hearing from you.

           Sincerely,

           Karen Lawrence Puccio

KLP
Enclosures
cc: The Johnson Firm

hwnn.com





# HARE | WYNN
### NEWELL & NEWTON

ALABAMA
ARKANSAS
KENTUCKY

Hare, Wynn, Newell & Newton, LLP
2025 Third Avenue N., Suite 800
Birmingham, Alabama 35203
t: 205-328-5330
f: 205-324-2165

October 19, 2018

**VIA FEDERAL EXPRESS**
Ms. Shaquana McCutchen
539 Ryan Avenue
Sanford, NC 27330

  **Re: Shaquana McCutchen v. Cook Medical**

Dear Ms. McCutchen:

  Please find enclosed a copy of the Complaint we filed on your behalf.  We have filed this Complaint to advance your case involving the defective Cook IVC Filter you were implanted with on April 6, 2011.

  We would like to remind you that the litigation process can be very time consuming and lengthy in nature. We cannot give you an estimate of how long your particular case may be pending before a trial or settlement offer is made. Therefore, we ask for your patience as we go through the initial stages of this litigation.  Although you may not hear from us on a regular basis, please rest assured that we are working diligently on your case and will contact you if anything important changes.

  To give you a brief overview of this process, after the filing of the case both parties are entitled to obtain information from the other side. We are required to provide Cook with certain information and documents concerning the claims we have made against it for your defective IVC filter device. Along these lines, the Court has directed that the enclosed Plaintiff's Profile Sheet ("PPS") be completed and submitted for your case and every other filed case no later than 30 days after the date your case is filed. **Please complete the enclosed PPS as soon as possible, and return the same to us in the enclosed self-addressed fed-ex envelope. To ensure we are able to comply with this deadline, please return the PPS to us within 20 days from the date of this letter, i.e. November 8, 2018. Time is of the essence, as failure to complete the PPS within the timeframe set by the Court could result in your case being dismissed.**

  To assist you in completing the PPS we have reviewed your file and answered some questions based on the information you provided to us, as well as the medical records we have obtained.  You should review the answered sections of the PPS for accuracy and also **complete the sections we did not complete on your behalf**. We have outlined in red the questions you need to answer. Some of the requested information you may have previously provided to us, nevertheless, it is essential that you provide this information to us again. **Please be sure to sign the last page of the PPS that has been tabbed and please remember do not write on this page. Also, please sign and return the enclosed authorization forms where indicated.**

HelpingAlabama.com



*Lawyers Helping People—Since 1890*



**HARE | WYNN**

NEWELL & NEWTON

ALABAMA
ARKANSAS
KENTUCKY

Hare, Wynn, Newell & Newton, LLP
2025 Third Avenue N., Suite 800
Birmingham, Alabama 35203
t: 205-328-5330
f: 205-324-2165

Please understand that the answers you give will be treated by the Court as sworn responses, as if you gave them under oath. Therefore, be very certain and truthful. If you need assistance in answering the PPS, please contact Peggy Little at peggy@hwnn.com or toll-free at 1-800-568-5330.

We appreciate your immediate attention to this matter. As always, if you have any questions, please do not hesitate to contact us.

Sincerely,

Karen Lawrence Puccio

KLP/pbl
Attachments
cc: The Johnson Firm

HelpingAlabama.com



*Lawyers Helping People—Since 1890*