# EXHIBIT "C"

## Karen Puccio

| | |
|---|---|
| **From:** | kpuccio@hwnn.com |
| **Sent:** | Tuesday, February 12, 2019 10:55 AM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |

**You have received 2 secure files from kpuccio@hwnn.com.**
Use the secure links below to download.

Attached please find Plaintiff Shaquana McCutchen's unverified PPS and responsive documents. We will submit a verified response as soon as possible.
Please let me know if you have any questions.
Karen Puccio

**Secure File Downloads:**
Available until: **18 February 2019**

Click links to download:

PPS Production 2-12-19.pdf
13.47 MB

Unverified PPS.pdf
679.62 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

1