**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2750 |

This Document Relates Only to the Following Case:

Civil Case #1:17-cv-02531 Cherlnell Lane

**PLAINTIFF CHERLNELL LANE'S RESPONSE IN
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
WITHOUT PREJUDICE PURSUANT TO THE
COURT'S CASE CATEGORIZATION ORDER**

Plaintiff Cherlnell Lane states as follows for her Response in Opposition to Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order:

1. On November 21, 2018, the Court entered an Order requiring plaintiffs to complete and serve Categorization Forms, along with relevant medical records before December 22, 2018.

2. Plaintiff Cherlnell Lane's Case Categorization form was created and believed to have been submitted via email on December 21, 2018 to CookFilterMDL@FaegreBD.com. See ***Exhibit A***, initial email to the Cook Defendants.

3. Upon review of Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order, it came to Counsel's attention that Plaintiff Cherlnell Lane's Case Categorization zip file (created on December 21, 2018) was inadvertently excluded from the original email sent to CookFilterMDL@FaegreBD.com on December 21, 2018.

4.      Plaintiff Cherlnell Lane's Case Categorization form and required medical records were immediately submitted via zip file to Defendants at CookFilterMDL@FaegreBD.com on February 7, 2019. See **Exhibit B**, email including Plaintiff Cherlnell Lane's zip file to Cook Defendants.

5.      This error was an inadvertent mistake, and Defendants have not been prejudiced by the unintentional omission. Conversely, Plaintiff Cherlnell Lane would be irreparably prejudiced if the case was dismissed.

WHEREFORE, Plaintiff Cherlnell Lane hereby requests this Court deny Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order and for whatever additional relief the Court deems just and proper.

Dated: February 12, 2019

Respectfully submitted,

**WENDT LAW FIRM, P.C.**

*s/Samuel M. Wendt*
Samuel M. Wendt  MO#53573
1100 Main Street, Suite 261
Kansas City, MO 64105
Phone: (816) 531-4415
Fax: (816) 531-2507
E-mail: sam@wendtlaw.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2019, a copy of the foregoing was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

<i><u>s/Samuel M. Wendt</u></i>