# Micaela R. Staley

| | |
|---|---|
| **From:** | Micaela R. Staley |
| **Sent:** | Friday, December 21, 2018 11:39 AM |
| **To:** | cookfiltermdl@faegreBD.com |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Samuel M. Wendt |
| **Subject:** | Wendt Law Firm - Case Categorization - Email 2 or 5 |
| **Attachments:** | Case Categorization-Jackson.zip; Case Categorization-Johnson.zip; Case Categorization-Knight.zip; Case Categorizations-Landolt.zip; Case Categorization-Matelski.zip; Case Categorization-Mullin.zip; Case Categorization-Nicholas.zip; Case Categorization-Robbins.zip |

Please find attached the case categorization forms and supporting documentation for the following Plaintiffs:

10. Jackson, Carl
11. Johnson, Javonne
12. Knight, June
13. Landolt, George
14. Lane, Cherlnell
15. Matelski, Richard
16. Mullin, James
17. Nicholas, Scott
18. Robbins, Clint

Please contact me with any questions or concerns.

Thank you,

**Micaela R. Staley**
Paralegal



City Center Square, 26th Floor
1100 Main Street, Suite 2610
Kansas City, MO 64105
Local (816) 531-4415
Facsimile (816) 531-2507
Toll Free (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.