*Exhibit B*

## Micaela R. Staley

| | |
|---|---|
| From: | Samuel M. Wendt |
| Sent: | Thursday, February 7, 2019 5:07 PM |
| To: | CookFilterMDL@FaegreBD.com |
| Cc: | plaintiffscoleadcounselmdl@gmail.com; Micaela R. Staley |
| Subject: | FW: Wendt Law Firm - Case Categorization - Email 2 or 5 |
| Attachments: | Case Categorization-Lane.zip |

Counsel:

One of our clients is listed in the recently-filed Motion to Dismiss for failure to submit a case categorization form in the Cook MDL. The email below was sent on December 21st, prior to the deadline of December 22nd, and it was supposed to include Chernell Lane's case categorization. She is listed in the body of the email, but it appears the attachment was inadvertently left off the email.

Ms. Lane's case categorization zip file is attached.

Please let me know if you will voluntarily withdraw Ms. Lane from the Motion to Dismiss or if we will need to present this information to the Court. I look forward to your response.

**Samuel M. Wendt**
Attorney



City Center Square, 26th Floor
1100 Main Street, Suite 2610
Kansas City, MO 64105
Local (816) 531-4415
Facsimile (816) 531-2507
Toll Free (866) 539-4415
www.wendtlaw.com

NOTICE: This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.