# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

Blake A. Angelino
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

Faegre Baker Daniels LLP
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

January 15, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

For MDL Plaintiffs

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

Re:  Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for O'Meara, Cecilia ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:  Michael Heaviside - mheaviside@hrzlaw.com
     Ben Martin – bmartin@bencmartin.com
     David Matthews – dmatthews@thematthewslawfirm.com



EXHIBIT A

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

Blake A. Angelino
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

Faegre Baker Daniels LLP
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

January 15, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

For MDL Plaintiffs

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

Re: Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Putnam, April ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc: Michael Heaviside - mheaviside@hrzlaw.com
    Ben Martin – bmartin@bencmartin.com
    David Matthews – dmatthews@thematthewslawfirm.com

FaegreBD.com                    **FAEGRE BAKER**                    USA ▪ UK ▪ CHINA
                                    **DANIELS**

Blake A. Angelino                                              Faegre Baker Daniels LLP
Blake.Angelino@FaegreBD.com                          311 South Wacker Drive ▪ Suite 4300
Direct +1 312 356 5145                                  Chicago ▪ Illinois 60606-6622
                                                              Main +1 312 212 6500
                                                               Fax +1 312 212 6501

January 15, 2019

### VIA E-MAIL AND FIRST CLASS MAIL

**For MDL Plaintiffs**

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

Re:   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Scott, Margaret ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside – mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com