## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to:
Plaintiff JEFFREY BOMIA

Civil Case No.: 1:18-cv-03683

### PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COMES NOW Plaintiff Jeffrey Bomia, by and through his undersigned counsel, files this response in opposition to Defendants' Motion to Dismiss for failure to comply with Third Amended Case Management Order No. 4. For the reasons set forth below, Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss.

1. Plaintiff's Profile Sheet original due date was 12/26/2018.

2. Plaintiff's counsel had difficulty reaching and contacting Plaintiff over the holidays and into the new year.

3. Upon receipt of Defendants' deficiency letter, Plaintiff's counsel worked diligently in its attempts to contact Plaintiff and complete the Plaintiff Profile Sheet.

4. Plaintiff's counsel completed and served Plaintiff's Profile Sheet on January 30, 2019 along with responsive documents. See Exhibit "A."

5. Since Plaintiff's Profile Sheet has been received by Defendants, Defendants' Motion to Dismiss is now moot. Any inadvertent delay in completing the Plaintiff's Profile Sheet was due to the timing of the holiday season and new year and difficulty reaching the

Plaintiff.

For the foregoing reasons, Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss.

Dated: February 12, 2019

                                             Respectfully submitted,

                                             **OSBORNE & FRANCIS LAW FIRM, P.A.**

                                             */s/ Joseph A. Osborne*
                                             Joseph A. Osborne
                                             Osborne & Francis Law Firm, PLLC
                                             433 Plaza Real, Suite 271
                                             Boca Raton, FL 33432
                                             T:(561) 293-2600
                                             F:  (561) 923-8100
                                             Email:  JOsborne@realtoughlawyers.com

                                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2019 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

                                             */s/ Joseph A. Osborne*