# EXHIBIT A

| | |
|---|---|
| From: | Tiffani Coe |
| To: | "CookFilterMDL@faegreBD.com" |
| Cc: | Robby Bell |
| Subject: | Case 1:18-cv-03683-RLY-TAB BOMIA v. COOK INCORPORATED et al - PPS |
| Date: | January 30, 2019 1:46:35 PM |
| Attachments: | image001.png<br>FaegreBD Secure File Transfer (Bomia).pdf |

Pursuant to Amended CMO No. 6, the Plaintiff Profile Sheet which was completed on behalf of Jeffrey Bomia, along with his authorizations, and all medical records in our possession was submitted. A copy of the confirmation is attached.

Should you need anything further, do not hesitate to contact me.

*We are proud to announce our new firm name; Osborne & Francis, PLLC.*
*Please note that my email address has changed and I invite you to check out our firm website.*
**www.realtoughlawyers.com**

*Thank you,*

*Tiffani Coe*

*Paralegal*



*Osborne & Francis PLLC*
*433 Plaza Real Blvd., Suite 271*
*Boca Raton, FL 33432*
*Direct: (561) 923-8334*
*Phone: (561) 293-2600 ext. 113*
*Toll Free: (866) 791-1488*
*Facsimile: (561) 923-8100*
*Email: tcoe@realtoughlawyers.com*

**CONFIDENTIALITY WARNING:**  This e-mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you have received this communication in error, please do not distribute it and notify us immediately by e-mail at the above e-mail address or via telephone at (561) 293-2600 AND DELETE THE ORIGINAL MESSAGE.

**REPLIES FILTERED:**  Any incoming reply to this communication to us will be electronically filtered for "spam" and/or "viruses," which may result in your reply being quarantined and potentially delayed or not received at all.  For that reason, we cannot guarantee that we will receive your reply or receive it in a timely manner. Accordingly, you should consider sending communications to us which are particularly important or time-sensitive by means other than e-mail or, at a minimum, follow up with us to ensure that it was received.  Although this e-mail is believed to be free of any virus or other defect that might affect any computer system in which it is received, it is the responsibility of the recipient to ensure that it is virus free. Osborne & Francis Law Firm accepts no responsibility for any loss or damage arising in any way from its use.

## Send File

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- PPF FINAL_Bomia-1.30.2019.pdf (4,893.38 KB)

*\* You will receive a copy of this e-mail.*

©2000-2019 Accellion, Inc. All Rights Reserved.

| | |
|---|---|
| **From:** | Cook Filter MDL |
| **To:** | Tiffani Coe |
| **Subject:** | Read: Case 1:18-cv-03683-RLY-TAB BOMIA v. COOK INCORPORATED et al - PPS |
| **Date:** | January 31, 2019 11:03:43 AM |

Your message
  To: Cook Filter MDL
  Subject: Case 1:18-cv-03683-RLY-TAB BOMIA v. COOK INCORPORATED et al - PPS
  Sent: Wednesday, January 30, 2019 12:46:36 PM (UTC-06:00) Central Time (US & Canada)
was read on Wednesday, January 30, 2019 3:48:21 PM (UTC-06:00) Central Time (US & Canada).