**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                  MDL No. 2570
PRODUCTSLIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s):

BRANDY SLUSHER
Civil Case No.: 1:18-cv-03928-RLY-TAB

_____

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COMES NOW, Plaintiff BRANDY SLUSHER by and through counsel, and file this

Opposition to Defendants' Cook Incorporated, Cook Medical LLC, *formerly known as* Cook

Medical Incorporated and William Cook Europe ApS (collectively, the "Cook Defendants")

Motion to Dismiss and would show the Court that Ms. Slusher's case should not be dismissed.

Plaintiff's counsel has had difficulty reaching Brandi Slusher for several months, despite

diligent efforts. Plaintiff's counsel's efforts are ongoing. Plaintiff's counsel expects to have the

PFS served to the defendants prior to the hearing on this matter.

Dated: February 12, 2019                         Respectfully submitted,

                                                  /s/ *Matthew R. Lopez*
                                                 Ramon Rossi Lopez
                                                 Matthew R. Lopez
                                                 Amorina P. Lopez
                                                 LOPEZ MCHUGH LLP

                                                 Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of February, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Matthew R. Lopez*
Matthew R. Lopez