UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Tonya Brand, 1:14-cv-06018-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## JUDGMENT

On February 1, 2019, the jury returned a verdict in this case in favor of the Plaintiff, Tonya Brand, and against the Defendants, Cook Incorporated, Cook Medical, LLC, and William Cook Europe APS, on Plaintiff's claim for defective design in the sum of $3,000,000.00.  On February 5, 2019, the jury returned a verdict in favor of the Defendants on Plaintiff's claim for punitive damages.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff and against Defendants in the sum of $3,000,000.00.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff is entitled to post-judgment interest from the date of this judgment.

1

2

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall recover court costs as provided by Rule 54(d) of the Federal Rules of Civil Procedure.

**SO ORDERED** this 12th day of February 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.