IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **Case No. 1:14-ml-2570-RLY-TAB** **MDL No. 2570** |

This Document Relates to Plaintiff(s):

| | |
|---|---|
| Manda Etheredge | Case No. 1:17-cv-03333-RLY-TAB |
| William Phillips | Case No. 1:17-cv-02851-RLY-TAB |
| Viviano Rodriguez | Case No. 1:17-cv-02616-RLY-TAB |
| Richard Smith | Case No. 1:17-cv-02800-RLY-TAB |
| Robert Tavares | Case No. 1:16-cv-02989-RLY-TAB |
| Jennifer Varela | Case No. 1:17-cv-02759-RLY-TAB |
| Teresa Whetstone | Case No. 1:17-cv-02671-RLY-TAB |
| Stephen Wilkins | Case No. 1:17-cv-02923-RLY-TAB |

**RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT
TO THE COURT'S CASE CATEGORIZATION ORDER**

COME NOW the Plaintiffs, Manda Etheredge, William Phillips, Viviano Rodriguez, Richard Smith, Robert Tavares, Jennifer Varela, Teresa Whetstone, and Stephen Wilkins, by and through their counsel and file this Response to the Motion to Dismiss filed by Defendants on February 5, 2019 and respectfully demonstrate to the Court the following:

Counsel for Plaintiffs received Defendants' Motion to Dismiss without Prejudice on February 5, 2019. Upon receipt and identification of Defendant's Motion to Dismiss without

prejudice, the Plaintiffs' Counsel immediately sought to comply with the Court's Order. The Case Categorization form was served on Cook per CMO-6, and Plaintiffs' Leadership on February 11, 2019 for plaintiffs Manda Etheredge; William Phillips; and Viviano Rodriguez, *See* **Exhibits 1-3**; and on February 12, 2019 for Richard Smith; Robert Tavares; Jennifer Varela; Teresa Whetstone; and Stephen Wilkins, *See* **Exhibits 4-8.**

Plaintiffs have filed a Plaintiff Profile Sheet and have done everything to comply with the prior case management orders. The Defendants have now received the Categorization Forms and have suffered no prejudice by receiving them within one week of the Court's Categorization Order. This error was an inadvertent mistake and Plaintiffs did not intentionally refuse to respond to this court's order. Plaintiffs may be irreparably harmed if their cases were dismissed.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny Defendants' Motion to Dismiss the above-captioned cases.

DATED:     February 12, 2019

Respectfully submitted,

/s/ Baird A. Brown
Baird A. Brown (Bar No. 56627)
LAW OFFICES OF BAIRD BROWN, PC
3055 Wilshire Boulevard, 12th Floor
P (213) 487-8880
F (213) 487-8884
bairdbrownlaw@gmail.com
Counsel for Plaintiff

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of February, 2019, copies of the Response in Opposition to Defendants' Motion to Dismiss Without Prejudice Pursuant to The Court's Case Categorization Order, were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.


                                          /s/ Baird A. Brown
                                          Baird A. Brown