# Exhibit 1



Baird Brown <bairdbrownlaw@gmail.com>

# Categorization form for Manda Etheredge, 1:17 -cv-03333
1 message

**Baird Brown** <bairdbrownlaw@gmail.com>  Mon, Feb 11, 2019 at 2:27 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

 **CategorizationFormME(closed).pdf**
674K

## Categorization Form

A.  Plaintiff's Name: Manda Etheredge

B.  Plaintiff's Case Number: 1:17-cv-03333

C.  Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D.  Categorization (check each that applies and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury: _____

3.  Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☑

    Briefly describe claimed complication/outcome/injury: Steenosis r/i need for stent, revascularization, addtl suprarenal filter placement, significant edema of leg

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☐

    Briefly describe claimed complication/outcome/injury: _____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☑. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:
   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: occlusion of filter, bilateral iliac, femoral and popliteal veins leading to leg swelling, thombectomy, placement of addt'l filters and stent. Filter maybe linked to clot and blindness in one eye

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _____

Reg#: 35404341   Name: ETHEREDGE, MANDA   DOB: 02/04/1976   Sex: F   Age: 40 Years

# University of Michigan Hospitals and Health Centers
## Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

| Type | Case Date | Doctor | Patient Service | Service Dept |
|---|---|---|---|---|
| PROC NOTE | 04/26/2013 | WILLIAMS, DAVID M | INTRAD | RADIO |

Re:        Etheredge, Manda
Reg No:    35404341
DOB:       02/04/1976
Date of Service: 04/26/2013


DATE: 4/26/2013   TIME: 16:30

INDICATION: Motor vehicle accident in 1997 resulting in spinal cord injury with recurrent DVT's and thrombosis of filter bearing IVC,
status post successful recanalization of right iliocaval venous segments. Left iliocaval segment could not be recanalized. The patient had right femoral arteriovenous fistula constructed in 2/9/2008 at the time of open femoral vein thrombectomy. In May 2008 she was found to have high-grade stenosis of the inflow, and the stents were extended caudally and the fistula was left untreated in order to enhance stent patency. In 9/8/2011, the patient presented with right leg swelling abd was treated with a balloon expandable stent. On 8/31/2012, the patient has narrowing of the distal right external iliac stent, treated with balloon angioplasty. Patient now presents with increasing right lower extremity swelling, concern for iliocaval thrombosis on MRV.


PROCEDURE PERFORMED:
1. Right IJ vein access (8 Fr sheath)
2. Right iliocaval venography and IVUS.

COMMENTS: 50 % cross-sectional narrowing of right common femoral vein stent, without appreciable external, common iliac vein or IVC in-stent stenosis. Widely patent IVC. MR findings are due to artifact from stainless steel composition of stents.

MEDICATIONS GIVEN: General anesthesia.

COMPLICATIONS: None.

ESTIMATED BLOOD LOSS: 10 ml

PATIENT RESTRICTIONS: Head and shoulders elevated for next two nights, no lifting over 10 lbs next 48 hrs.

PERFORMING PHYSICIAN(S):

   IR FELLOW: Michael Trpkovski, M.D. #18523

   ATTENDING FACULTY: David Williams, M.D.


I was physically present for the E/M service provided. I agree with House Officer note and plan which I have reviewed and edited where appropriate.

Reg#: 35404341    Name: ETHEREDGE, MANDA                    DOB: 02/04/1976    Sex: F          Age: 40 Years

# University of Michigan Hospitals and Health Centers
## Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

David M. Williams, MD
Attending Physician

Michael Trpkovski, MD
Resident Physician

//Electronically signed by David M. Williams, MD/1324 on 04/27/2013 14:45:33//




Department of Radiology
Interventional Radiology

Created by:   Michael Trpkovski, MD/18523
Sent to EHR Date/Time:  04/26/2013 16:40:03
Import Source:   CreateDoc
Document ID:   070439039CWB
Last Edit Date/Time:  04/27/2013 14:45:33

******* END OF DOCUMENT *******

Reg#: 35404341   Name: ETHEREDGE, MANDA        DOB: 02/04/1976   Sex: F   Age: 40 Years

# University of Michigan Hospitals and Health Centers
## Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

This will be restudied at the time of the next surveillance exam.

Dr. Vellody was present for the entire procedure and there were no
overlapping procedures. Dr. Shields was present for the stenting
portion of the procedure.

FINAL DISCHARGE MEDICATIONS:
1. baclofen Oral Baclofen 40 mg PO  Three times a day
2. docusate sodium 100 mg Cap Take 100 mg by mouth Two times a day
3. enoxaparin 120 mg/0.8 mL Sub-Q Syringe Inject 120 mg under the skin Two times a day
4. lidocaine 5 % (700 mg/patch) Adhesive Patch Apply 1 Adhesive Patch, Medicated to skin Every 8 hours As needed for heel pain.
5. methaDONE 10 mg Tab Take  Tablet by mouth As needed
6. oxyCODONE 5 mg Tab Take 1-2 Tablet by mouth Every 4 hours As needed for pain.
7. predniSONE 50 mg Tab Take 50 mg by mouth Four times a day
8. warfarin 5 mg Tab Take 1 Tablet by mouth Daily

FINAL DISCHARGE NON-MEDICATIONS:
1. PT/INR lab draw -please have INR draw in the mornings of 9/12/11, 9/15/11, twice weekly and PRN and results faxed STAT to attn: UMHS Anticoagulation Service at 734-615-2189. 1st result should also be faxed to attn: Vascular Surgery PA \'s at 734 647 9867. Dx: DVT

DISCONTINUED MEDICATIONS:
1. HYDROCODONE BIT/ACETAMINOPHEN

KNOWN ALLERGIES AND INTOLERANCES:
1. Iodinated contrast

CLINICAL COURSE:
ADMIT HPI: Pt is a 35 yo f w/ PMH cervical spinal lesion from an MVA resulting in paraplegia, bilateral iliocaval DVTs s/p thrombectomy and 3x IVC filters, with right CFA-saphenous fistula formation who is transferred from McLaren for recurrent venous thrombosis. Following her spine injury, IVC was placed in 2007. She was then found to have bilateral DVTs in her iliocaval system and underwent the procedures mentioned above in February 2008 by Dr. Wakefield at U of M. She subsequently developed intimal hyperplasia and underwent right iliac venous stenting.

She has had progressive swelling and pain over the past 5 months in her lower extremities R>L that contined to worsen. For the past month. After multiple wkups which were negative at McLaren her pain was still very severe, and she was admitted and transferred from McLaren to U of M for a more complete evaluation.

DISCHARGE PHYSICAL EXAM:
General: Patient awake, resting in bed, no acute distress.
HEENT: right neck IR site with mild swelling and possible small underlying hematoma but non-painful on palpation.
CV: Regular rate and rhythm, normal S1/S2, questionable diastolic murmur
Pulm: Lungs diffusely rhonchorous bilaterally
Abd: Soft non-tender, non-distended.
Ext: warm and well perfused, legs swollen R>L; re-wrapped bilaterally with Mundy Ace bandages; sacral decubitus ulcer category 3 draining clear serosanguinous fluid, with clean wound edges, non purulent/non odorous.
Neuro: alert and oriented x3

HOSPITAL COURSE: Patient's clinical course was uncomplicated. CT scan on 09/04/2011 showed high grade stenosis just proximal to her infrarenal IVC filter, decreasing venous return and significantly contributing to her lower extremity edema.

Reg#: 35404341    Name: ETHEREDGE, MANDA         DOB: 02/04/1976   Sex: F      Age: 40 Years

# University of Michigan Hospitals and Health Centers
## Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

Interventional Radiology was contacted, and she underwent an IR venogram, which redemonstrated the IVC stenosis, which was successfully stented to wide patency. Post procedure, she reported decreased pain, and her physical examination showed progressive decreased swelling with use of compression stalkings. At time of discharge, she was tolerating regular diet, voiding per her usual straight cath regimen, pain was well controlled with PO medication.

UNRESOLVED ISSUES (Tests, Procedures or Other):
CT venogram obtained on admission significnat for apparent noncalcified nodules in subpleural aspect of the right lower lobe, nonspecific. Patient should follow up with her primary care physician and have repeat CT imaging in 12 months for monitoring.

Please follow up with anticoagulation clinic. INR to be drawn on Monday 9/12/11 by home visiting nurse.


RECENT LABS AND PATIENT PARAMETERS:
------------ Labs Collected 09/10/2011 -------------
Hematology:
CBCP:
    9.7         MCV: 85.8    MCH: 27.6
  11.3 >------< 218   MCHC: 32.1   MPV: 9.4
    30.2        RDW: 16.1   RBC: 3.52

Chemistry:

  142 | 107 | 15      Cal: 7.9    AnGap: 3
  -------------------< 75   Mag: 1.9    BUN/Cr: 37
  3.1 | 32 | 0.4      Phos: 2.8   CalcOsm: 293

Coags:
  INR: 1.8 (PT: 18.5);   PTT: 44.2;



PREVIOUSLY SCHEDULED UMHS APPOINTMENTS:

RECOMMENDED FOLLOW UP:

IR/ thrombolytics/stent

Diet: Regular

Vascular Medications: Warfarin, Lovenox. Please take all medications as directed in medication section.

Pain Management: Pain meds have been prescribed for you. Narcotics can cause drowsiness or altered mental judgment. Refer to the following website for further information: http://www.med.umich.edu/pain/adulted.htm.

Puncture Site: Keep dry. All bandages/dressings can be removed in 48 hrs after procedure. No need to keep covered after that. Expect puncture site to be bruised. May shower in 48 hrs. after the procedure. No tub bath.

Activity: As tolerated

Driving: Do not drive while taking narcotic pain meds.
Report worsening symptoms: Change in wound (unusual pain, drainage, swelling, or redness). Increase in temperature to 101.5 F, chills, nausea, vomiting. Change in color or temp of extremities.

Reg#: 35404341   Name: ETHEREDGE, MANDA   DOB: 02/04/1976   Sex: F   Age: 40 Years

# University of Michigan Hospitals and Health Centers
## Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

| Type | Case Date | Doctor | Patient Service | Service Dept |
|---|---|---|---|---|
| PROG NOTE | 09/06/2011 | ELIASON, JONATHAN LEE | SVAS | SUR |

Re:  Etheredge, Manda
Reg No:  35404341
DOB:  02/04/1976
Date of Service: 09/06/2011


Vascular Surgery Inpatient Progress Note:

Hospital Day: 4

Subjective: Patient continues to endorse bilateral leg pain, improved from previous. She has no acute complaints this AM.

Interval Events: Steroid prep initiated last night in preparation for formal venogram today, as patient has contrast allergy (skin hives).

Objective: Tmax 37, Tc 36.6, HR 74 (60-85), RR 18, BP 90-127/42-58, 95% on room air
I/O: 1.5/2.2
ISC suprapubic (baseline): 1100/500/600
Glucose: 109-116

Physical Exam:
General: patient awake, resting in bed, no acute distress
CV: regular rate and rhythm, normal S1/S2
Pulm: clear to auscultation bilaterally
Abd: Soft non-tender, non-distended
Ext: warm and well perfused, legs wrapped bilaterally with Mundee Ace bandages; sacral decubitus ulcer category 3
Neuro: alert and oriented x3

Labs: INR 3.8 (Coumadin remains on hold); Urine Cx: NGTD and no yeast
------------ Labs Collected 09/06/2011 -------------
Hematology:
 CBCP:
    10.7        MCV: 86.1   MCH: 27.5
  5.4 >------< 236   MCHC: 31.9   MPV: 9.0
    33.5        RDW: 15.8   RBC: 3.89

Chemistry:

  141 | 109 | 7       Cal: 9.0   AnGap: 6
  --------------------< 125   Mag: 2.0   BUN/Cr: 14
  4.4 | 26 | 0.5      Phos: 3.1   CalcOsm: 291

Coags:
   INR: 3.8 (PT: 38.6);   PTT: 39.1;

CT VENOGRAM 9/4/2011:

1. Postoperative changes compatible with prior IVC and right iliac venous system stenting, with preserved in stent patency. There are 2 IVC filters present, 1 in a suprarenal location, and 1 at the cephalad

Reg#: 35404341     Name: ETHEREDGE, MANDA         DOB: 02/04/1976   Sex: F        Age: 40 Years

## University of Michigan Hospitals and Health Centers
### Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

margin of the stented segments. There does appear to be a high-grade narrowing of the IVC at the apex of the infrarenal IVC filter, near the right renal vein confluence, which is new versus the CT urogram 07/2008. Functionally, this is likely contributing to venous outflow obstruction, with resultant right lower extremity edema/skin thickening.

2. Stigmata of chronic DVT/occlusion in the left pelvis, with occlusion of the left common iliac vein and diminutive caliber of left external/internal iliac veins. The left gonadal vein is enlarged, probably compensatory venous outflow from the left lower extremity. No evidence of deep venous thrombosis within the remainder of the venous circulation.

3. Segmental poor opacification of the right greater saphenous vein, approximately 8 cm below the hip joint, which could be due to diminutive caliber or segmental occlusion. The remainder of the right greater saphenous vein is patent.

4. Nonspecific segmental thickening of the right upper tract, extending from the intrarenal collecting system to the proximal right ureter, possibly inflammatory in etiology. Correlation with urinalysis may be of value. See full comment above.

5. Apparent noncalcified nodules in subpleural aspect of the right lower lobe, nonspecific. These are not imaged on the prior CT urogram, and therefore follow-up in 12 months may be of value to ensure lesion stability depending on clinical risk factors.

Assessment and Plan: 35 y.o woman with paraplegia and history of DVTs s/p IVC filter placement, right iliac venous stent placement, and right CFA-saphenous fistula formation who now most likely has thrombus in iliocaval system.

- Pain Control: Continue Methadone 20 mg TID (home med) and Tylenol; PRN Dilaudid for breakthrough pain
- Continue to hold Coumadin; monitor PTs; INR 3.8 today (down from 4.0 yesterday); will start bridging Lovenox when INR < 2.0
- Patient will be unable to have formal venogram today, as schedule does not permit. Will continue steroid prep (pt has h/o contrast allergy- mild skin reaction) and obtain venogram tomorrow.
- Home Keppra, Colace, Baclofen
- Urine culture: NGTD and no yeast
- Elevate legs on 2 pillows with neurovascular checks
- Wrap legs with Mundee wraps
- Regular diet, NPO with IVF at midnight for IR procedure
- Continue specialty bed, given presence of ulcer on patient's sacrum.
- Will have VAST place PICC today, as patient with difficult IV access.

Supervising Physician: I was readily available for consultation upon request.

**Date Printed:** 07/05/2016 - 08:29:58 AM                                            Page 74
Generated by xslFop

Reg#: 35404341    Name: ETHEREDGE, MANDA        DOB: 02/04/1976   Sex: F      Age: 40 Years

# University of Michigan Hospitals and Health Centers
## Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

| Type | Case Date | Doctor | Patient Service | Service Dept |
|---|---|---|---|---|
| D/C SUMMARY | 06/19/2008 | CHIODO, ANTHONY E | PMR | PMR |

ADMISSION DATE: 02/20/08

DISCHARGE DATE: 06/19/08

PATIENT DATA:
NAME:     ETHEREDGE, MANDA
REG #:    35404341 - 8369
SERVICE:  PMR SPIN CORD
ADMIT DATE: 02/20/2008     REPORT DATE: 6/19/2008

PROVIDERS:
ATTEND:   CHIODO, ANTHONY E.(002717)
INTERN:   ()
RESIDENT: TOPHAM, RYAN(011938)

PRINCIPAL DIAGNOSES: (from current hospital stay)
1. C6 ASIA B SCI

SECONDARY DIAGNOSES:
1. neurogenic bowel
2. UTI
3. Pancreatitis
4. Nephrolithiasis
5. Multiple kidney stones
6. mild TBI
7. Left styloid process fracture
8. extensive bilateral iliocaval DVT
9. DVT
10. C5-C6 fractures
11. neurogenic bladder
12. spasticity
13. anemia

COMPLICATION:

COMORBIDITIES:
1. Hypothyroid
2. HTN
3. h/o EtOH abuse

CHRONIC DIAGNOSES:

PERTINENT PROCEDURES AND ABNORMAL STUDIES:
Renal US 6/10/08
IMPRESSIONS:

1. Negative renal ultrasound.

2. Mild distention of urinary bladder despite Foley catheter being in

Reg#: 35404341    Name: ETHEREDGE, MANDA          DOB: 02/04/1976   Sex: F      Age: 40 Years

# University of Michigan Hospitals and Health Centers
## Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

place. Correlate clinically.

Lower ext. US 5/23/08
Impressions:

1. Pseudoaneurysm of left groin was completely thrombosed at time of
scan. No thrombin injection performed.

Abd./Pelvis US 5/22/08
IMPRESSION:

1. An approximately 4.9 AP x 2.9 T x 6.5 CC cm bilobed fluid collection in the left groin appears to contain high attenuation fluid with a configuration that raises suspicion for a partially thrombosed pseudoaneurysm. The neck of the pseudoaneurysm may be arising from the distal left external iliac artery. Active extravasation into a hematoma is considered less likely. Given recent
left vascular access to place the right venous stent, the former is
favored. Consider repeat US with Doppler in light of this new anatomic information, as clinically indicated. Otherwise, recommend
clinical correlation and management.

2. Smaller hematomas dissecting inferomedially into the subcutaneous
fat of the left perineum, are partially visualized. Small postprocedural seroma is partially visualized in the right groin. Superinfection of these hematomas/seromas is doubted but cannot be
excluded. Small ecchymosis / hematoma in the left anterior pelvic wall.
3. No evidence of intra-abdominal or intrapelvic hemorrhage.

4. Status post placement of a new suprarenal inferior vena cava filter in addition to an unchanged infrarenal IVC filter. Also status
post interval placement of a new contiguous venous stent extending
from the right common femoral vein to the level of the right renal
vein to caval confluence.

5. Normal appearance of the solid intra-abdominal organs. Status post
cholecystectomy.

6. No reported immediate complications following steroid preparation
for contrast allergy.

Reg#: 35404341    Name: ETHEREDGE, MANDA          DOB: 02/04/1976   Sex: F     Age: 40 Years

# University of Michigan Hospitals and Health Centers
## Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

DISCHARGE MEDICATIONS:
1. ACETAMINOPHEN 650MG PO Q4H PRN
2. ACIDOPHILUS/BULGARICUS 4TAB PO Daily
3. BACLOFEN 40MG PO TID
4. BENZOCAINE 1 APPL TP QID PRN
5. BISACODYL 10MG RC DAILY PRN
6. BISACODYL 10MG RC Daily
7. CALCIUM POLYCARBOPHIL 625-1250MG PO BID PRN
8. DIAZEPAM 5-10MG PO TID PRN
9. DIPHENHYDRAMINE HCL 25MG PO Q4H PRN
10. DOCUSATE SODIUM 1EACH RC AS.DIRECTED PRN
11. DOCUSATE SODIUM 100MG PO BID
12. DOCUSATE SODIUM 100-400MG PO DAILY PRN
13. FERROUS SULFATE 324MG PO TID-W/MEALS
14. GABAPENTIN 600MG PO TID
15. GLYCERIN (ADULT) 1SUPP RC DAILY PRN
16. GUAIFENESIN 200MG PO QID PRN
17. HYDROCODONE-APAP 5/325 TABLET 1-2TAB PO Q4H PRN
18. IBUPROFEN 200MG PO Q8H
19. LEVOTHYROXINE SODIUM 50MCG PO Daily
20. LOPERAMIDE HCL 2-4MG PO AS.DIRECTED PRN
21. MAG HYDROX/AL HYDROX/SIMETH 15ML PO Q3H PRN
22. MENTHOL/CETYLPYRD CL 1LOZ PO Q4H PRN
23. MIDODRINE HCL 5MG PO BID
24. MULTIVITAMINS 1TAB PO LUNCH
25. PANTOPRAZOLE 40MG PO AC-BRKFST
26. POLYETHYLENE GLYCOL 3350 17G PO BID PRN
27. POTASSIUM CHLORIDE SA 20MEQ TA 40MEQ PO Daily
28. PSYLLIUM 1-2PKT PO DAILY PRN
29. SENNA 1-4TAB PO DAILY PRN
30. SOD SULF/SOD/NAHCO3/KCL/PEG'S 4000ML PO TODAY
31. SULFAMETHOXAZOLE/TMP DS 1TAB PO BID
32. TERCONAZOLE 1APPL VG QHS
33. TIZANIDINE HCL 8MG PO TID
34. TRAMADOL 100MG PO Q8H PRN
35. TRAZODONE HCL 50-100MG PO QHS PRN
36. VENLAFAXINE HCL XR 75MG PO BID
37. ZOLPIDEM TARTRATE 5MG PO QHS PRN

KNOWN ALLERGIES AND INTOLERANCES:
1. Iodinated contrast

CLINICAL COURSE:
Admission Reason: Ms. Etheredge was admitted back to
the acute rehabilitation service after being transferred off on
February 8, 2008 to the vascular surgery service. For full
details
of her history of present illness, please refer to the initial
acute rehabilitation admission note on January 14, 2008 and the
discharge summary note from February 8, 2008. Since being
discharged off the acute rehabilitation service, she has had a
right iliocaval recannulization for significant venous thrombosis

Date Printed: 07/05/2016 - 08:29:58 AM                                                    Page 223
Generated by xsl Fop

Reg#: 35404341   Name: ETHEREDGE, MANDA         DOB: 02/04/1976   Sex: F      Age: 40 Years

# University of Michigan Hospitals and Health Centers
## Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

with stenting and occlusion of flow with a right-sided AV fistula.
A similar procedure was unable to be performed on her left side due
to her vascular anatomy. Her hospital course since being on the vascular surgery service was complicated by optic neuropathy resulting in near-complete loss of vision in her left eye thought to be related to emboli versus perioperative hypotension, resulting
in hypoperfusion. She also has a partial visual defect in her right
eye.

In summary, she has extensive bilateral iliocaval DVTs status post
right-sided exposure of the common femoral vein and venous embolectomy with placement of an AV fistula with a completion venogram. She had a recent UTI for which she was treated. Her chronic issues include pancreatitis, nephrolithiasis, hypothyroidism, lower extremity lymphedema, neurogenic bowel and bladder, and muscle spasms.

Hospital course:
After re-admission mandy's course was without major medical complication. She did have intermittent urinary tract infections and discomfort with her CIC regimen and was treated with Bactrim DS and Cipro succesfully. Anticoagulation was managed on coumadin and treatment dose of Lovenox. She received a course of diflucan for vaginal yeast infection. Upper back and shoulder pain were problematic and secondary to muscular tension. Treated with ultrasound, massage, stretching and trigger point injections. Mandy performed well in therapies and gained significant skills in her self care and mobility in terms of functional gains for her tetraplegia. It was determined that she would be a good candidate for a catheterizable stoma by urology. She was taken off ibuprofen, warfarin and lovenox prior to surgery and transferred to the urology service.

PT FIM SCORES----------------------------
          Current Goal
-Transfer          2
-Toilet Transfer   1
-Tub Transfer      1
-Car Transfer      1
-Floor Transfer    0

MOBILITY FIM
          Current Goal
-Gait/Ambulation   1
-Wheelchair        6
-Stairs            1

OT FUNCTIONAL INDEPENDENCE MEASURES (FIM) SCORES:

Reg#: 35404341   Name: ETHEREDGE, MANDA                 DOB: 02/04/1976   Sex: F         Age: 40 Years

# University of Michigan Hospitals and Health Centers
## Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

| Type | Case Date | Doctor | Patient Service | Service Dept |
|---|---|---|---|---|
| PROG NOTE | 09/06/2011 | ELIASON, JONATHAN LEE | SVAS | SUR |

Re:            Etheredge, Manda
Reg No:        35404341
DOB:           02/04/1976
Date of Service: 09/06/2011


Vascular Surgery Inpatient Progress Note:

Hospital Day: 4

Subjective: Patient continues to endorse bilateral leg pain, improved from previous. She has no acute complaints this AM.

Interval Events: Steroid prep initiated last night in preparation for formal venogram today, as patient has contrast allergy (skin hives).

Objective: Tmax 37, Tc 36.6, HR 74 (60-85), RR 18, BP 90-127/42-58, 95% on room air
I/O: 1.5/2.2
ISC suprapubic (baseline): 1100/500/600
Glucose: 109-116

Physical Exam:
General: patient awake, resting in bed, no acute distress
CV: regular rate and rhythm, normal S1/S2
Pulm: clear to auscultation bilaterally
Abd: Soft non-tender, non-distended
Ext: warm and well perfused, legs wrapped bilaterally with Mundee Ace bandages; sacral decubitus ulcer category 3
Neuro: alert and oriented x3

Labs: INR 3.8 (Coumadin remains on hold); Urine Cx: NGTD and no yeast
------------ Labs Collected 09/06/2011 -------------
  Hematology:
   CBCP:
       10.7          MCV: 86.1    MCH: 27.5
       5.4 >------< 236   MCHC: 31.9   MPV: 9.0
       33.5          RDW: 15.8    RBC: 3.89

  Chemistry:

   141 | 109 | 7      Cal: 9.0    AnGap: 6
   ------------------< 125   Mag: 2.0   BUN/Cr: 14
   4.4 | 26 | 0.5     Phos: 3.1   CalcOsm: 291

  Coags:
   INR: 3.8 (PT: 38.6);   PTT: 39.1;

CT VENOGRAM 9/4/2011:

1. Postoperative changes compatible with prior IVC and right iliac venous system stenting, with preserved in stent patency. There are 2 IVC filters present, 1 in a suprarenal location, and 1 at the cephalad

Reg#: 35404341    Name: ETHEREDGE, MANDA          DOB: 02/04/1976   Sex: F      Age: 40 Years

# University of Michigan Hospitals and Health Centers
## Medical Documents

Electronically signed documents are the authoritative medical record copy. Unsigned documents are considered preliminary and may be modified. Documents dated prior to 2001 may be signed on paper.

margin of the stented segments. There does appear to be a high-grade narrowing of the IVC at the apex of the infrarenal IVC filter, near the right renal vein confluence, which is new versus the CT urogram 07/2008. Functionally, this is likely contributing to venous outflow obstruction, with resultant right lower extremity edema/skin thickening.

2. Stigmata of chronic DVT/occlusion in the left pelvis, with occlusion of the left common iliac vein and diminutive caliber of left external/internal iliac veins. The left gonadal vein is enlarged, probably compensatory venous outflow from the left lower extremity. No evidence of deep venous thrombosis within the remainder of the venous circulation.

3. Segmental poor opacification of the right greater saphenous vein, approximately 8 cm below the hip joint, which could be due to diminutive caliber or segmental occlusion. The remainder of the right greater saphenous vein is patent.

4. Nonspecific segmental thickening of the right upper tract, extending from the intrarenal collecting system to the proximal right ureter, possibly inflammatory in etiology. Correlation with urinalysis may be of value. See full comment above.

5. Apparent noncalcified nodules in subpleural aspect of the right lower lobe, nonspecific. These are not imaged on the prior CT urogram, and therefore follow-up in 12 months may be of value to ensure lesion stability depending on clinical risk factors.

Assessment and Plan: 35 yo woman with paraplegia and history of DVTs s/p IVC filter placement, right iliac venous stent placement, and right CFA-saphenous fistula formation who now most likely has thrombus in iliocaval system.

- Pain Control: Continue Methadone 20 mg TID (home med) and Tylenol; PRN Dilaudid for breakthrough pain
- Continue to hold Coumadin; monitor PTs; INR 3.8 today (down from 4.0 yesterday); will start bridging Lovenox when INR < 2.0
- Patient will be unable to have formal venogram today, as schedule does not permit. Will continue steroid prep (pt has h/o contrast allergy- mild skin reaction) and obtain venogram tomorrow.
- Home Keppra, Colace, Baclofen
- Urine culture: NGTD and no yeast
- Elevate legs on 2 pillows with neurovascular checks
- Wrap legs with Mundee wraps
- Regular diet, NPO with IVF at midnight for IR procedure
- Continue specialty bed, given presence of ulcer on patient's sacrum.
- Will have VAST place PICC today, as patient with difficult IV access.

Supervising Physician: I was readily available for consultation upon request.

**Date Printed:** 07/05/2016 - 08:29:58 AM                                                                Page 74
Generated by xslFop