Exhibit 2



Baird Brown <bairdbrownlaw@gmail.com>

---

## categorization form for William Phillips, 1 :17-cv-02851-RL Y-TAB
1 message

---

**Baird Brown** <bairdbrownlaw@gmail.com>  Mon, Feb 11, 2019 at 5:11 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

---

📄 **CategorizationFormWP(closed).pdf**
237K

## Categorization Form

A. Plaintiff's Name: William Phillips

B. Plaintiff's Case Number: 1:17-cv-02851-RLY-TAB

C. Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury: _____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☑

   Briefly describe claimed complication/outcome/injury: filter embed in IVC

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

    Check here for Category 5: ☐

    Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    Check here for Category 6: ☐

    Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    Check here for Category 7: ☑.  **Circle all sub-categories that apply below:**

    (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

    Briefly describe claim of symptomatic injury:
    _____

    (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

    Briefly describe claim of symptomatic injury:
    _____

    (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

    Briefly describe claim of symptomatic injury:
    _____

    (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:
    _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: **filter embedded in vein, irretrievable**

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: _____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: **clotting in legs causing severe edema**

(h) infection;

Briefly describe claim of symptomatic injury: _____

(i) bleeding;

Briefly describe claim of symptomatic injury: _____

(j) death; and

Briefly describe claim of symptomatic injury: _____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: **Baird A. Brown**

Plaintiff's Counsel's Firm: **Law Offices of Baird Brown, PC**

Plaintiff's Counsel's Signature: _____

The MetroHealth System | 2500 MetroHealth Drive | Cleveland OH 44109 | 216-778-7800 | 5100010

### LFT's (last 3 years, up to 5 values) (4 values found within 3 years)

| Date & Time | T Prot | Albumin | D Bili | T Bili | Alk Phos | ALT | AST |
|---|---|---|---|---|---|---|---|
| 03/11/16 0927 | 7.0 | 3.5 | 0.20 | 0.7 | 43 | 23 | 29 |
| 12/03/15 0714 | 5.2 | 2.7 | 0.1 | 0.3 | 36 | 33 | 39 |
| 10/14/14 0623 | 6.8 | 3.8 | 0.1 | 0.7 | 40 | 32 | 30 |
| 05/22/14 1540 | 6.8 | 3.8 | 0.1 | 0.4 | 34 | 53 | 50 |

### Lipids (last 3 years, up to 5 values) (3 values found within 3 years)

| Date & Time | Cholesterol | TG | HDL | LDL | Chol / HDL | LDL / HDL | Non HDL |
|---|---|---|---|---|---|---|---|
| 12/03/15 0714 | 85 | 76 | 24 | 51 | 3.54 | 2.13 | 61 |
| 07/30/15 1412 | 108 | 119 | 33 | 60 | 3.27 | 1.82 | 75 |
| 10/14/14 0623 | 120 | 165 | 37 | 62 | 3.24 | 1.68 | 83 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| HBA1C | 9.1* | 07/05/2016 |
| HBA1C | 8.3* | 03/23/2016 |
| HBA1C | 9.2* | 09/30/2015 |

### Updated CVD Risk
Unable to assess ASCVD risk (required inputs: age 40-79; cholesterol 130-320 in past 5 years, HDL 20-100 in past 5 years, systolic BP 90-200, smoking status)

**Assessment/Plan:**
William Z Phillips is a 51 year old male with a history of T2DM, DVT x 2, CAD and OSA, asthma, and obesity who presents to clinic for follow-up.

# Diabetes
- Increase lantus to 55 units qHS and 9 units with meals
- Encouraged patient to check blood sugar 1 hour after meals over the next few weeks to determine if meal time insulin is sufficient
- NP diabetes visit in 2 weeks for further insulin adjustment based on above numbers
- Encouraged patient to continue to wean carbohydrates out of his diet

# Vitamin B12 deficiency
- Has not responded to prior therapy
- Start vitamin B12 1000 mcg IM every 7 days x 4 doses
- Start vitamin B12 1000 mcg PO daily

# History of DVT
- Continue coumadin with follow up in coumadin clinic
- Counseled patient that there is no way to evaluate his filter with an XR and that it has been incorporated into his IVC. Unsafe to pursue removal so long after placement

# OSA
- Continue home CPAP

The MetroHealth System | 2500 MetroHealth Drive | Cleveland OH 44109 | 216-778-7800 | 5400010

# Healthcare maintenance
- Will defer to next visit

Follow up in 1 month with PCP.

I have seen and discussed this patient with my supervising physician, Dr. Lindheim, who agrees with my assessment and plan.

*[signature]*

Anjali Gupta, MD
Internal Medicine PGY2
P: 207-1467

Electronically Signed By Gupta, Anjali, MD on 7/30/2016 9:34 AM

Horyn, Katherine, RN at 7/29/2016 3:15 PM
Status: Signed

## MEDICATION INJECTION

Patient presents for injection of: b-12

Patient/guardian is able to verbalize reason for medication: Yes

Patient is alert and oriented X 3: Yes

Patient is in no acute distress: Yes

Allergies: Review of patient's allergies indicates no known allergies.

Presents with a medication script: No

Next physician follow up scheduled: seen today.

Assessment: In need of b-12 injection.

PLAN:
Patient given Vitamin B12: 1000 mcg IM, administered in Right Deltoid

Next injection due: 8/5/2016

Patient/guardian aware of next injection appointment: Yes

Patient/guardian agrees with plan: Yes

Patient given clinic phone number and encouraged to call with questions or concerns: Yes

Name: William Z. Phillips | DOB: 9/18/1964 | MRN: 0882608 | PCP: David Margolius, MD

# Current Health Issues

Please review your health issues, and verify that the list is up to date. **Call 911 if you have an emergency.**

| | | |
|---|---|---|
| CERV SPONDYL W MYELOPATH<br>Added 1/8/2009 | C5-C7, Incomplete<br>Added 6/3/2009 | High blood pressure disorder<br>Added 6/3/2009 |
| Non-healing of bone<br>Added 6/3/2009 | Hx of unprovoked right popliteal/distal femoral vein DVT 2000 - chronic<br>Added 2/9/2011 | Abnormal walking<br>Added 3/24/2011 |
| Low back pain<br>Added 3/24/2011 | Herniated lumbar intervertebral disc<br>Added 3/24/2011 | Long term use of blood thinners<br>Added 5/2/2011 |
| Skin infection<br>Added 12/1/2012 | Papular rosacea<br>Added 12/1/2012 | ==Edema of both legs==<br>==Added 5/28/2014== |
| Toe pain, bilateral<br>Added 10/14/2015 | Fungal nail infection<br>Added 10/14/2015 | Type II diabetes mellitus without control<br>Added 3/11/2016 |