# Exhibit 3



Baird Brown <bairdbrownlaw@gmail.com>

---

## categorization form for Viviano Rodriguez,1 :17-cv-02616-RL Y-TAB
1 message

---

**Baird Brown** <bairdbrownlaw@gmail.com>　　　　　　　　　　　　　　　　　　　Mon, Feb 11, 2019 at 5:10 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

---

 **CategorizationFormVR(closed).pdf**
708K

**Categorization Form**

A. Plaintiff's Name: Viviano Rodriguez

B. Plaintiff's Case Number: 1:17-cv-02616-RLY-TAB

C. Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☑

   Briefly describe claimed complication/outcome/injury: MD would not remove it due to complexity of the the procedure and the possibility of PE and death. Device is tilted and difficult to remove

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☐. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury: _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury: _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury: _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

  (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

  (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

  (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _/s/ Baird A. Brown_____

Jorge Martinez MD
39755 Murrieta Hot Springs Rd Ste E120 * Murrieta, CA 92563-9151
Phone: (951)461-1331 * Fax: (888)696-2614

# PATIENT PLAN FOR 2/20/2017
Name: Viviano Rodriguez
Date of Birth: 01/05/1974
Date of Visit: 02/20/2017 01:45 PM
Visit Type: Office Visit (99214)
Location: Jorge Martinez MD

Thank you for choosing us for your healthcare needs. The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

**Future Appointment Date**
04/19/2017

**TODAY'S VISIT**

**REASON(S) FOR VISIT**
Follow Up of Back pain.

**Completed Orders (this encounter)**

| Order | Details | Side | Interpretation | Result | Region | Exp Date | Lot # |
|---|---|---|---|---|---|---|---|
| Dietary management education, guidance, and counseling | | | | | | | |

**Assessment/Plan**

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Chronic bilateral low back pain with left-sided sciatica (M54.42), Chronic. |
| | Impression | Pt with hx of chronic low back pain with bilateral sciatica. Pt will continue with MRI as rescheduled. |
| | Patient Plan | continue with MRI as scheduled |
| | Plan Orders | He is to schedule a follow-up visit 2 Months |
| 2. | Assessment | Chronic bilateral low back pain with right-sided sciatica (M54.41), Chronic. |
| | Impression | Pt with hx of chronic low back pain with bilateral sciatica. Pt will continue with MRI as rescheduled. |
| | Patient Plan | continue with MRi as scheduled |

Rodriguez, Viviano    000000006702 01/05/1974 02/20/2017 01:45 PM Page: 1/4

| | | |
|---|---|---|
| | | Send To PSC, T4,Free(Direct), TSH w/reflex, UA, Complete w/ Micro Exam w/Rflx Culture/Comp and Vitamin D, 25-Hydroxy to be performed. |
| 3. | Assessment | Presence of IVC filter (Z95.828), Current. |
| | Impression | Pt with hx of DVT to L LE, femoral, with IVC filter placed. Pt with hx of IVC cook gunther tulip, placed 6/26/07. Pt states that he spoke to a specialist in L.A. and is requesting special CT scan and removal of the filter. I called, Dr. Le, vascular surgeron, to consult on case and recommends that she would not remove the filter but that some other vascular surgeons might do it but to remove it would be a major risk to include massive PE, even death. Pt does understand the risks and has done his own research on the subject and still would like to have to removed as he would rather avoid having complications from IVC filter. I will order CT angio inferior VC to evaluate. |
| | Patient Plan | ORDER CT ANGIO VEIN (INFERIOR VENA CAVA), not- stat<br><br>ORDER BLOOD WORK<br>FOLLOW UP IN 2 MONTHS |
| 4. | Assessment | Body mass index (BMI) 31.0-31.9, adult (Z68.31). |
| | Plan Orders | Today's instructions / counseling include(s) Dietary management education, guidance, and counseling. |

INSTRUCTIONS FOR PATIENT
Dietary management education, guidance, and counseling

The patient was checked out at 2:37 PM by Zaida Gomez.

MEDICATIONS

| Medication | Dose | Sig Description | Comments |
|---|---|---|---|
| methadone 10 mg tablet | 10 mg | take 1 tablet by ORAL route up to 5 times daily | RX#2276 |
| Xanax 2 mg tablet | 2 mg | take 1 tablet by ORAL route 2 times every day | not taking |

VITAL SIGNS

| BP mm/Hg | Pulse/min | Resp/min | Temp F | Height (Total in.) | Weight (lbs.) | Weight (oz.) | BMI |
|---|---|---|---|---|---|---|---|
| 143/88 | | 20 | 97.0 | 73.00 | 240.20 | | 31.69 |

LAB TESTS
Pending Labs

| Status | Lab Study | Timeframe | Date | Comments |
|---|---|---|---|---|
| ordered | Hemoglobin A1c | | 10/20/2016 | |
| ordered | Hemoglobin A1c | | 02/20/2017 | |
| ordered | CBC With Differential/Platelet | | 10/20/2016 | |
| ordered | CBC With Differential/Platelet | | 02/20/2017 | |
| ordered | CBC With Differential/Platelet | | 04/12/2016 | |
| ordered | Rheumatoid Arthritis Factor | | 04/12/2016 | |
| ordered | T4,Free(Direct) | | 10/20/2016 | |

Rodriguez, Viviano   000000006702  01/05/1974  02/20/2017 01:45 PM Page: 2/4