# Exhibit 4



**Baird Brown <bairdbrownlaw@gmail.com>**

## Categorization form for Richard Smith, 1:17-cv-02800-RLY-TAB
1 message

**Baird Brown** <bairdbrownlaw@gmail.com>     Tue, Feb 12, 2019 at 2:16 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

---

 **CategorizationFormRS(Closed).pdf**
235K

## Categorization Form

A.     Plaintiff's Name:     Richard Smith

B.     Plaintiff's Case Number:     1:17-cv-02800-RLY-TAB

C.     Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D.     Categorization (check each that applies and briefly describe):

1. **Successful First Removal Without Complication or Physical Injury Cases**: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. **Cases Alleging Mental Distress and Embedment**: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury:_____

3. **Stenosis of the IVC and Anticoagulation Cases**: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury:_____

4. **Embedded and High Risk Cases**: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury:_____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☑

   Briefly describe claimed complication/outcome/injury: migrated, chronically occluded, irretrievable

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury: _____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☑. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   filter is chronically occluded, femoral veins occluded with echogenic thrombus

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:
   Filter moved from L1 to L4/L5 position, around 2 cm

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

**(g)** DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: chronic femoral vein clots from filter

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _____

RECEIVED  07/05/2016  12:34PM  2134878884          BAIRD BROWN LAW FIRM
                                                                p.3

Smith, Richard (MR # 24265081)                    Printed 9/10/15 12:39 PM

**Results**          IVC FILTER REMOVAL (Accession XA131127001246) (Order 281463550)

**Result Information**

Status                              Provider Status
Final result (1/13/2014 11:57 AM)   Reviewed

**Order Date/Time**

Order Date/Time
11/27/13 08:21 AM

**PACS Images**

Show images for IVC FILTER REMOVAL

Impression
Impression:

IVC gram performed prior to planned attempted removal of the IVC filter shows the filter to have migrated inferiorly by about 2 cm from its original placement on 9/25/12. The filter is still in the infrarenal IVC, above the iliac confluence which is at the L4-5 level. The filter is now chronically occluded with thrombus. Due to the presence of the thrombus no attempt was made to remove this filter. A large lumbar collateral enters the right side of the IVC alongside the mid body of the filter.

Ultrasound today of the common femoral veins shows both to remain chronically occluded, as shown on the prior PVL study from 5/16/13.

By history the patient presented to Riverside Hospital 2 weeks after the IVC filter placement with an acute right leg DVT. This was likely due to progression of the left femoropopliteal DVT into the iliac veins and IVC with occlusion of the right iliofemoral system. He was started on Coumadin at that time and is currently asymptomatic without swelling or pain of either leg.

The above history would strongly suggest a hypercoagulable state and if it has not already been performed recommend a full hypercoagulable workup.

Narrative
PROCEDURE: INFERIOR VENACAVOGRAM

Indication: On 9/25/12 the patient presented to the emergency department with a one week history of left leg swelling and PVL study showed extensive left femoropopliteal deep venous thrombosis. He was about one week out from eye trauma and surgery and was felt to not be a candidate for anticoagulation and an emergent IVC filter placement was requested and placed via the right common femoral vein.

By history, he presented to Riverside Hospital with an extensive right iliofemoral deep venous thrombosis about 2 weeks after filter placement. Those records are not available to me at the time of dictation.

He was then started on Coumadin.

On 5/16/13 PVL study shows bilateral common femoral and femoral vein chronic DVT.

He presents now for IVC gram and possible IVC filter removal. There has been no further imaging at this institution since that PVL study of 5/16/13.

Technique and Findings: Informed consent was obtained from the patient prior the procedure. Standard preprocedure timeout. Ultrasound evaluation of potential access sites was performed. After successfully identifying a patent right internal jugular vein a permanent recording was created for the patient record. The right IJ was punctured under direct ultrasound guidance, after the administration of 1% lidocaine, and a guidewire was passed into the right atrium. The soft tissues were sequentially dilated and a 6 French introducer sheath was inserted. A 5 French OmniFlush catheter was advanced to the level of the IVC filter and an IVC gram was performed. On the placement study from 9/25/12 the apex of the Celect retrievable filter was noted at the inferior

Patient Name: Smith, Richard (EMR # 24265081) DOB: 06/07/1974          Printed 9/10/15 12:39 PM

RECEIVED 07/05/2016 12:24PM 2134878884        BAIRD BROWN LAW FIRM
p.4

Smith, Richard (MR # 24265081)                                    Printed 9/10/15 12:39 PM

aspect of the right pedicle of L1 and the filter was slightly tilted to the left. On today's study the apex of the filter is now at the upper aspect of the right pedicle of L2 having moved inferiorly by about 2 cm. The filter is now straight but the secondary legs are incompletely expanded.

Multiple attempts with a variety of guidewires and catheters were made to pass through the filter to perform an IVC gram from below the filter. These attempts were all unsuccessful. The catheter did pass just to the right of the filter in an oblique orientation and a 5 French catheter was passed over the wire. Contrast injection shows this to be in an enlarged lumbar vein. Multiple additional attempts at passing a wire through the filter were unsuccessful.

At this point I broke scrubbed and performed ultrasound of both common femoral veins with a plan to perform a pelvic venogram and IVC gram from below the filter. However, both common femoral veins are chronically occluded with echogenic thrombus. Therefore a pelvic and infrarenal IVC gram could not be performed.

Several minutes of additional probing within the filter were unsuccessful at passing a wire through the occluded segment.

At this point the procedure was terminated. The introducer sheath was removed and hemostasis was achieved using manual compression. The patient tolerated the procedure well, without complications.

Fluoro Time: 13.2 minutes

MODERATE SEDATION: Provided by radiology nurse Tricia Remacle, RN with versed 3.5mg IV and fentanyl 175ugm IV with continuous monitoring of vital signs. Start time 0830 / End time 1015.

Dictated by: COCKERILL, MARK L on Wed Nov 27, 2013  1:48:12 PM EST

### Signed by

| Signed | | | Date/Time | Phone | Pager |
|---|---|---|---|---|---|
| **COCKERILL, MARK L** | MD | Radiology [40] | 11/27/2013 2:26 PM | 757-889-5422 | |

Hampton Roads Radiology Associates [220]

### Exam Information

| Status | Exam Begun | Exam Ended |
|---|---|---|
| Final [99] | 11/27/2013  08:50 | 11/27/2013  10:15 |

### Reviewed by List
Weitzman, Douglas K, MD on 12/1/2013  6:31 PM

### External Result Report
External Result Report

RESULTING LAB
Lab
RADIOLOGY

Priority and Order Details

| Priority | Class |
|---|---|
| Routine | Other Facility |

**Order**                                         IVC FILTER REMOVAL [RADIR0126] (Order 281463550)

Order Providers
Authorizing                 Encounter                          Billing

Patient Name: Smith, Richard (EMR # 24265081) DOB: 06/07/1974           Printed 9/10/15 12:39 PM