# Exhibit 5



Baird Brown <bairdbrownlaw@gmail.com>

# Categorization form for Robert Tavares, 1:16-cv-02989-RLY-TAB
1 message

**Baird Brown** <bairdbrownlaw@gmail.com>  Tue, Feb 12, 2019 at 2:17 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

 **CategorizationFormRT(Closed).pdf**
341K

**Categorization Form**

A.  Plaintiff's Name: Robert Tavares

B.  Plaintiff's Case Number: 1:16-cv-02989-RLY-TAB

C.  Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D.  Categorization (check each that applies and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury: _____

3.  Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury: _____

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ✓

    Briefly describe claimed complication/outcome/injury: Filter removal not recommende

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ✓ . **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   ((b)) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   <u>Filter strut penetrated through caval wall and into right kidney, by 13 mm</u>

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Strut penetrated IVC and into right kidney, by approx. 13 mm

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _____

# Cerner Imaging Exam Report
Facility: CoxHealth

Patient Name: **TAVARES, ROBERT JOSEPH**
MRN: **5800213**
FIN: **880032742301**
Patient Type: **Referred Outpatient**
Accession No: **CT-16-0033285**
Exam Date/Time: **5/12/2016 17:51**
Ordering Physician: **Boswell MD, Craig**
Resident:
Interpreting Physician: **Boswell MD, Craig**
Reason for Exam: **IVC filter penetration**

DOB/Age/Sex: **1/5/1950  66 Years  Male**
Location: **S Radiology NS/ /**
Exam: **CT Abd wo Contrast**
Exam Status: **Completed**
Transcriptionist: **Freeman , Sandra**
Report Status: **Final**
Transcribed Date/Time: **5/12/2016 18:43**

## CT Abd wo Contrast
CT ABD WITHOUT CONTRAST

HISTORY: IVC filter penetration, prior episode of hematuria.

TECHNIQUE: Noncontrast CT imaging was acquired through the abdomen. Comparison is made to a prior examination of 1/17/2014. Reading location is Cox South.

"This CT study used one or more of the following dose reduction techniques: Automated exposure control, Adjustment of the mA and/or kV according to patient size, Use of iterative reconstruction technique. Patient radiation dose is recorded for each exam using dose tracking software."

FINDINGS: The visualized portions of the lung bases appear clear. Postoperative changes of prior bariatric surgery again noted. No evidence of abdominal ascites. Evaluation of the visceral organs is limited given the noncontrast imaging technique. Patient's creatinine today is 1.6 and reportedly the patient has stage III chronic kidney disease. There appears to be a small stable ventral abdominal wall diastasis best seen on image 30 of series 2. Pronounced dextroscoliosis identified with multilevel spondylytic changes to the thoracolumbar spine. Given the limitations of noncontrast imaging the spleen as well as liver and adrenals appear normal. Please note that prior abdominal MRI has described a tiny simple liver cysts which are difficult to appreciate on this imaging modality. Prior MRI also described bilateral renal cysts and the dominant cyst located anteriorly within the right kidney appears stable in size at approximately 2.9 cm.

Redemonstrated is the infrarenal IVC filter. The filter on coronal imaging does have normal alignment. There is penetration of a right lateral IVC filter strut through the cava and appears to protrude into the ventral aspect of the right kidney. The right kidney is noted to be somewhat ptotic. The degree of caval penetration of this strut is measured on the coronal images and is approximately 13 mm. This is stable compared to the 1/17/2014 examination. Unable to evaluate caval patency given the lack of contrast.

IMPRESSION: Redemonstrated is the infrarenal IVC Cook Celect filter. There is a solitary filter strut which is penetrated through the right lateral wall of the infrarenal IVC and has directed anteriorly into the ventral portion of the right kidney. The IVC filter as well as the degree of filter penetration is unchanged compared to 1/17/2014.

Radiologist: Dr Craig Boswell , 5/12/2016 6:27 PM / Edited by: Sandra 198003528 NTS_Freeman , 5/12/2016 6:43 PM

Electronically signed by: Dr Craig Boswell  5/13/2016 7:56 AM

Radiologist     Boswell MD, Craig

# Cerner Imaging Exam Report
Facility: CoxHealth

Patient Name: **TAVARES, ROBERT JOSEPH**
MRN: **5800213**
FIN: **880032742301**
Patient Type: **Referred Outpatient**
Accession No: **SP-16-0001000**
Exam Date/Time: **5/12/2016 16:24**
Ordering Physician: **Boswell MD, Craig**
Resident:
Interpreting Physician: **Boswell MD, Craig**
Reason for Exam: **Filter Removal**

DOB/Age/Sex: **1/5/1950  66 Years  Male**
Location: **S Radiology NS/ /**
Exam: **IR Consultation**
Exam Status: **Completed**
Transcriptionist: **Houston, Susan**
Report Status: **Final**
Transcribed Date/Time: **5/14/2016 12:49**

---

## IR Consultation

This is a patient consultation. This is an established patient to the IR service.

Referring physician: Dr. Jamie Thomas.

Primary care physician: Dr. Jamie Thomas. Urologist: Dr. Mark Milne.

REASON FOR CONSULTATION: Discussion of possible IVC filter removal.

HISTORY OF PRESENT ILLNESS: This is a 66-year-old male who I placed an IVC filter in on 5/5/2011. This was a Cook Celect filter. The filter was placed preoperatively prior to ultimately bilateral hip replacements by Dr. Wester of the orthopedic service. Patient does not recollect any prior episodes of DVT but prior to his hip replacements, he did develop an apparent gastrointestinal bleed requiring 4 units of blood transfusion and was felt to be at high risk apparently for standard Lovenox anticoagulation postoperatively. Patient additionally has had prior bariatric surgery. GI bleed was felt ultimately to be secondary to long-term Celebrex use with ulcer formation and he has had no recurrence of GI bleed since that time. The patient did have some difficulties with hematuria back in 2014 which was ultimately felt to be secondary to BPH and managed by Dr. Milne of the urology service. Patient has recently become concerned about his IVC filter and now presents for discussion of possible removal.

Influenza vaccine: Administered October of 2015.

Pneumonia vaccine: Last administered in 2013.

ALLERGIES: No known allergies.

PAST SURGICAL HISTORY: IVC filter 2011, coronary artery catheterization in December 2015, 2011 bilateral total hip placements, 1997 gastric bypass, tonsillectomy, cholecystectomy, radiofrequency ablation of nerve root of lumbar spine.

PAST MEDICAL HISTORY: Hypertension, chronic back pain, stage III chronic kidney disease, history of GI bleed, sinus bradycardia.

MEDICATIONS: Ambien, amitriptyline, amlodipine, aspirin, Claritin, ferrous sulfate, Flonase, hydrochlorothiazide, levothyroxine, nitroglycerin, Norco, omeprazole, Tamsulosin, Zyrtec, Tysonite.

SOCIAL HISTORY: Denies alcohol use. Prior over the road truck driver. Married. Denies substance abuse. Nonsmoker.

## Cerner Imaging Exam Report
Facility: **CoxHealth**

Patient Name: **TAVARES, ROBERT JOSEPH**
MRN: **5800213**
FIN: **880032742301**
Patient Type: **Referred Outpatient**
Accession No: **SP-16-0001000**
Exam Date/Time: **5/12/2016 16:24**
Ordering Physician: **Boswell MD, Craig**
Resident:
Interpreting Physician: **Boswell MD, Craig**
Reason for Exam: **Filter Removal**

DOB/Age/Sex: **1/5/1950  66 Years  Male**
Location: **S Radiology NS/ /**
Exam: **IR Consultation**
Exam Status: **Completed**
Transcriptionist: **Houston , Susan**
Report Status: **Final**
Transcribed Date/Time: **5/14/2016 12:49**

---

FAMILY HISTORY: Mother with breast cancer, father with hypertension.

REVIEW OF SYSTEMS:

CONSTITUTIONAL: Energy level is stable as is patient's weight.

HEENT: Denies diplopia or epistaxes.

PULMONARY: Denies shortness of breath.

CARDIAC: Denies chest pain.

HEMATOLOGIC: Denies easy bleeding or bruising.

GASTROINTESTINAL: Denies abdominal pain.

GENITOURINARY: Denies flank pain.

NEUROLOGIC: Denies depression.

PHYSICAL EXAMINATION:

VITAL SIGNS: Pulse 68; respiratory rate 16; blood pressure 122/75; temperature 97.8; pulse ox 98% on room air.

HEENT: Head is atraumatic and normocephalic. Pupils are equal round and reactive to light accommodation and extraocular muscles are intact.

NECK: Supple. No JVD. No carotid bruit.

CHEST: Distant breath sounds bilaterally.

HEART: Regular rate and rhythm.

ABDOMEN: Protuberant but soft. Old well-healed abdominal incisions.

EXTREMITIES: Femoral pulses deep bilaterally. No significant edema.

## Cerner Imaging Exam Report
Facility: CoxHealth

Patient Name: **TAVARES, ROBERT JOSEPH**
MRN: **5800213**
FIN: **880032742301**
Patient Type: **Referred Outpatient**
Accession No: **SP-16-0001000**
Exam Date/Time: **5/12/2016 16:24**
Ordering Physician: **Boswell MD, Craig**
Resident:
Interpreting Physician: **Boswell MD, Craig**
Reason for Exam: **Filter Removal**

DOB/Age/Sex: **1/5/1950  66 Years  Male**
Location: **S Radiology NS/ /**
Exam: **IR Consultation**
Exam Status: **Completed**
Transcriptionist: **Houston, Susan**
Report Status: **Final**
Transcribed Date/Time: **5/14/2016 12:49**

---

NEUROLOGIC: Awake, alert, and oriented x3.

LABORATORY DATA: Creatinine performed today was 1.6.

IMAGING DATA: I reviewed the patient's prior CT which was done without contrast on 1/17/2014 and compared that to today's CT of 5/12/2016. The IVC filter is redemonstrated and there is a single right lateral strut which has penetrated the cava for a distance of approximately 13 mm. However, this caval penetration is stable compared to the prior examination and overall the filter appears stable. Unable to assess for caval patency as contrast was not given with the patient's history of chronic kidney disease. However, the patient has no lower extremity venous symptoms at this time.

ASSESSMENT PLAN: I had a long discussion with the patient regarding the findings of his CT examination of 2014 and the rationale for performing a CT today to see if there has been any change. I think that removing his filter percutaneously would be extremely challenging and may lead to a fracture of that penetrated filter strut. It is reassuring that the filter has remained stable for the last couple of years and we discussed the option of having this filter surgically removed versus leaving this in place. I did offer the patient's potential referral to Barnes Hospital for further discussion over the indication and feasibility of filter removal and additionally I will talk to our local vascular surgeons and offer the patient a referral to them for discussions of a potential filter removal.

I will contact the patient in the future and offer these options.

Thank you for allowing me to participate in the care of this patient and should any questions or concerns arise, please do not hesitate to contact me.

Sincerely,

Craig L. Boswell, M.D.

Interventional radiology

Radiologist: Dr Craig Boswell, 5/14/2016 12:06 PM / Edited by: Susan 198003284 NTS_Houston, 5/14/2016 12:49 PM

Electronically signed by: Dr Craig Boswell 5/16/2016 8:36 AM

Radiologist    Boswell MD, Craig
Signed         05/16/16 08:36:26