# Exhibit 6



Baird Brown <bairdbrownlaw@gmail.com>

## Categorization form for Jennifer Varela, 1:17-cv-02759-RLY-TAB
1 message

**Baird Brown** <bairdbrownlaw@gmail.com>  Tue, Feb 12, 2019 at 2:18 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

---

 **CategorizationFormJV(closed).pdf**
500K

## Categorization Form

A.  Plaintiff's Name: Jennifer Varela

B.  Plaintiff's Case Number: 1:17-cv-02759-RLY-TAB

C.  Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D.  Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ✓ . **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:
   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: **4 struts extend beyond IVC into retroperitoneal fat**

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: **Baird A. Brown**

Plaintiff's Counsel's Firm: **Law Offices of Baird Brown, PC**

Plaintiff's Counsel's Signature: _/s/ Baird Brown_

1/19/17
LVM 

# Touchstone Imaging
## WHEAT RIDGE

7615 West 38th Ave., Suite 115
Wheat Ridge, CO 80033
Phone #: (303)318-2900
Fax: (303)463-4839

fax to Bthony 3) 238-0464

| | | | |
|---|---|---|---|
| Name: | JENNIFER VARELA | Exam Date: | 01/19/2017 09:44 AM |
| Patient ID: | 5206867 | Exam Name: | LUMBAR SPINE CT WITHOUT CONTRAST I 72131 |
| DOB: | 11/23/1963 | | |
| Phone: | (720)461-8292 | Reason: | Radiculopathy, lumbar region I M5416 |
| Acc #: | 805116 | | |
| Pt Status: | | Referrer: | PHILLIP ENGEN, MD |
| Primary Care Physician: | | 2nd Referrer: | |
| | | Referrer #3: | |
| | | Ordering Physician: | PHILLIP ENGEN, MD |

REFERRING PHYSICIAN: Phillip Engen MD

EXAMINATION: CT lumbar spine without contrast, 1/19/2017 10:30 AM

TECHNIQUE: 2 mm axial images of the lumbar spine were obtained without contrast. Coronal and sagittal reformatted images were generated and reviewed.

All CT scans at this location are performed using dose optimization techniques as appropriate to a performed exam to include one of the following: automated exposure control, or adjustment of the mA according to patient size (this includes techniques or standardized protocols for targeted exams where dose is matched to indicate/reason for exam; i.e. extremities or head.)

COMPARISON: March 29, 2016

HISTORY: Radiculopathy.

FINDINGS: At L4-L5, there is moderate to severe right right and mild to moderate left facet arthrosis. On the right, this results in mild to moderate neural foraminal stenosis. There may be a mild degree of left-sided neural foraminal stenosis as well.

At L5-S1, there is mild to moderate bilateral facet arthrosis. No significant neural foraminal narrowing.

No significant abnormalities at remaining levels. There is no significant disc space narrowing. No acute compression or burst fracture. IVC filter is again demonstrated. As seen previously, 4 of the filters legs penetrate the vena cava. Previously seen spinal cord stimulator is no longer present. Mild degenerative changes of the sacroiliac joints.

Visualized soft tissues are grossly unremarkable. Mild atheromatous aortic calcifications.

IMPRESSIONS: No significant change with lower lumbar facet arthrosis and probable mild to moderate left-sided neural foraminal stenosis at L4-L5. No acute burst or compression fracture. Otherwise as above.

80212,(11)

Electronically signed by: Maksym S. Dymek, M.D. (Jan 19, 2017 10:09:01)
Report Electronically Signed by: MAKSYM DYMEK MD



## Touchstone Imaging
### WHEAT RIDGE

3455 Lutheran Parkway, Suite 100
Wheat Ridge, CO 80033
Phone #: (303)318-2900
Fax: (303)463-4838

| | | | |
|---|---|---|---|
| Name: | JENNIFER VARELA | Exam Date: | 03/29/2016 02:39 PM |
| Patient ID: | 5206867 | Exam Name: | LUMBAR SPINE CT WITHOUT CONTRAST I 72131 |
| DOB: | 11/23/1963 | | |
| Phone: | (720)218-2761 | Reason: | Radiculopathy, lumbar region I M5416 |
| Acc #: | 498133 | | |
| Pt Status: | | Referrer: | PHILLIP ENGEN, MD |
| Primary Care Physician: | | 2nd Referrer: | |
| | | Referrer #3: | |
| | | Ordering Physician: | |

REFERRING PHYSICIAN: Phillip Engen MD

EXAMINATION: Lumbar spine CT without contrast, 3/29/2016 2:04 PM

INDICATION: Lumbar radiculopathy
COMPARISON: MRI performed 1/4/2011

TECHNIQUE: Thin-section axial CT images of the entire lumbar spine were acquired without contrast. Supplemental 2D reformatted images were generated and reviewed as needed.

LEVELS IMAGED: Lower thoracic to upper sacral region

FINDINGS:

Dorsal spinal canal stimulator device leads enter at the level of T11-12 with the terminus positioned at the T11 level. Visualized leads appear intact. IVC filter at the level of L2-3; note that the legs of the filter extend beyond the visualized wall of the IVC into the retroperitoneal fat. Status post cholecystectomy. Colonic diverticulosis. Circumaortic left renal vein.

Lumbar alignment is within normal limits; no subluxation.

Visualized bones appear mildly osteopenic, however this may be in part due to body habitus and imaging technique. No evidence of compression fracture or suspicious bony lesion.

Maintained intervertebral disc space heights within the lumbar spine without significant bony impingement on the neural foramen or spinal canal. Assessment of the spinal canal limited by noncontrast CT. Mild to moderate lower lumbar facet osteoarthritis, predominantly at L4-5 and L5-S1.

Mild degenerative disease in the bilateral sacroiliac joints.

Additional comments: None.

IMPRESSION:

1. No evidence of compression fracture or malalignment.