# Exhibit 7



Baird Brown <bairdbrownlaw@gmail.com>

## Categorization form for Teresa Whetstone, 1:17-cv-02671-RLY-TAB
1 message

**Baird Brown** <bairdbrownlaw@gmail.com>  
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Tue, Feb 12, 2019 at 2:19 PM

Attached

Law Offices of Baird Brown, PC  
3055 Wilshire Boulevard, Suite 1200  
Los Angeles, CA 90010  
(213) 487-8880 telephone  
(213) 487-8884 fax

---

 **CategorizationFormTW(closed).pdf**  
362K

## Categorization Form

A.     Plaintiff's Name:     Teresa Whetstone

B.     Plaintiff's Case Number:     1:17-cv-02671-RLY-TAB

C.     Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D.     Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: _____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury: _____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury: _____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☑

   Briefly describe claimed complication/outcome/injury: Hook and struts lodged in caval wall, several failed attempts, removed by open caval procedure

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury: _____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☑ . **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury: _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury: _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury: _____

   ((d)) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:
   tilted and migrated, hook and struts penetrated IVC and abutted duodenum

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Filter strut and hook perforation abutting duodenum

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _____

Centerpoint Medical Center
19600 E. 39th Street
Independence, MO 64057
phone: (816) 698-7000
fax: (816) 698-8141

PT NAME:WHETSTONE,TERESA JEAN  LOCATION:Z.6N
MRN:   Z00596728   DOB:10/09/50  ADM DT:11/22/13

OPERATIVE REPORT

DATE OF ADMISSION: 11/22/2013

DATE OF PROCEDURE:

SURGEON: ROBERT R CARTER, MD

ASSISTANT: _____

PRIMARY CARE PHYSICIAN: LIN WU CLARK, MD

PREOPERATIVE DIAGNOSIS: Inferior vena cava filter with perforation of vena cava and a tip adjacent to the duodenum.

POSTOPERATIVE DIAGNOSIS: Inferior vena cava filter with perforation of vena cava and a tip adjacent to the duodenum.

PROCEDURE: vena cava exploration with retrieval of foreign body.

A second surgeon was needed due to her difficult dissection and risks of bleeding with vena cava exploration.

COMPLICATIONS: None.

ESTIMATED BLOOD LOSS: 250 mL.

SPECIMEN: Included the vena cava filter, which was removed in its entirety.

INDICATION FOR PROCEDURE: Ms. Teresa Whetstone is a 63-year-old white female who underwent a vena cava filter placement for DVT and inability to anticoagulate due to the need for surgery. Unfortunately the filter tilted and did perforate vena cava. The tip of the filter was adjacent to the duodenum. I was concerned about a duodenal-caval fistula formation in the future and thus I recommended open explantation. She had previously undergone multiple attempts to retrieve it endovascularly, which were unsuccessful. Informed consent was obtained from the patient with risks including, but not limited to bleeding, infection, need for further surgery, fracture of the filter, migration of the filter and will likely need for ligation of her vena cava, swelling, nerve injury, and death. Pulmonary embolism was also discussed. The patient understood these risks and was agreeable to proceed.

DESCRIPTION OF PROCEDURE: The patient was taken to the operating room suite and patient was placed in supine position. Adequate general endotracheal anesthesia

PATIENT NAME: WHETSTONE,TERESA JEAN          ACCOUNT # Z72606546681

was initiated, time-out was performed. Correct patient, site marked, and procedure, all identified. The patient's abdomen was prepped and draped in usual sterile fashion. The patient was placed in the left lateral position. A flank incision was created approximately 10 cm in length from the tip of the 10th rib down towards the umbilicus. Sharp and blunt dissection were carried down through the subcutaneous tissues until the abdominal wall musculature was encountered. These were divided in standard fashion until retroperitoneal space was entered. We then followed the retroperitoneal space laterally and posteriorly until we encountered the right kidney. We entered on the anterior aspect of the right kidney and identified the ureter, renal vein, and renal artery. We followed these over to the vena cava. We were able to dissect out the vena cava proximally and distally to obtain proximal and distal control. The filter was identified and noted to be perforating both from the limbs and the hook. Once I controlled the vena cava and we heparinized the patient, we created a longitudinal venotomy over the hook of the filter. With some great difficulty, I remove the filter. We did have to cut some of the limbs with wire cutters to get them extricated from the wall of vena cava. The filter was removed in its entirety from the vena cava. We closed the venotomy with a running 5-0 Prolene suture. At the completion of the repair, there was adequate hemostasis. The filter was completely removed and there was excellent blood flow within the iliac veins and vena cava. We then corrected her heparinization with protamine. We controlled bleeding with electrocautery and ties as needed. I closed the multiple holes within the peritoneum from the retractors using 2-0 Vicryl suture. I then closed the abdominal wall musculature with 2 layers of looped #1 PDS. I closed the subcutaneous tissue with a running 3-0 Vicryl suture and closed the skin with a running 4-0 Monocryl. Incision was dressed with Dermabond, 4 x 4s, and tape. The patient tolerated the procedure well and was taken, alert and awake to recovery room in good condition. All needle and instrument counts were correct at the end of the case. Estimated blood loss for the case was 250 mL.

DICTATED BY: Robert R Carter, MD

IN: OP / Z.HIM / CARR01- /  / 43NR0
DD: 11/22/2013 11:38 CST   DT: 11/22/2013 12:59 CST
JOB: 65542365 / 64252110

CC: LIN WU CLARK, MD, FAX: (816) 373-3087
    ROBERT R CARTER, MD, FAX: (816) 842-8888

Authenticated by Robert R Carter MD On 11/29/2013 03:19:10 PM

Electronically Signed by Robert R Carter, MD on 11/29/13 at 1519

PATIENT NAME: WHETSTONE,TERESA JEAN          ACCOUNT # Z72606546681

Centerpoint Medical Center
19600 E. 39th Street
Independence, MO 64057
phone: (816) 698-7000
fax: (816) 698-8141

PT NAME:WHETSTONE,TERESA JEAN                          LOCATION:Z.PCU
MRN:    Z00596728         DOB:10/09/50                 ADM DT:11/22/13

\* Final Report \*

SPECIMEN INFORMATION
Collected:  11/22/2013
Received:   11/22/2013
Reported:       11/23/2013
Accession #: M13-40530
Location: Z.SURG

PHYSICIAN(S)
Robert R Carter   MD


Specimen(s) Received
1: Foreign Body - IVC filter


Final Diagnosis

"Foreign body":
    - Fibrin, blood, and acute inflammatory cells.
    - Metallic foreign body.
\*\*\*Electronically Signed Out\*\*\*
Sheelah Changho, MD          (913-219-3324)



PreOp Diagnosis
Migrated IVC filter


Gross Description
Received in formalin labeled, Whetstone  Foreign body IVC filter, is a 4.5 x 2.5
x 1.0 cm aggregate of entangled metallic wires.  Attached to the metallic wires
is some pink to dark red soft tissue.  The soft tissue is stripped from the
wires and submitted in 1A.  Metallic wires are submitted for gross only.  DL/tji

Microscopic Description
Performed


Billing Fee Code(s):
1; 88304


PATIENT NAME: WHETSTONE,TERESA JEAN              ACCOUNT # Z72606546681

Centerpoint Medical Center
19600 E. 39th Street
Independence, MO 64057
phone: (816) 698-7000
fax: (816) 698-8141

PT NAME: WHETSTONE, TERESA JEAN                      LOCATION: Z.PCU
MRN:    Z00596728        DOB: 10/09/50               ADM DT: 10/04/13

DISCHARGE SUMMARY

DATE OF ADMISSION: 10/04/2013

DATE OF DISCHARGE: 10/05/2013

ATTENDING PHYSICIAN: ROBERT R CARTER, MD

PRIMARY CARE PHYSICIAN: LIN WU CLARK, MD

ADMISSION DIAGNOSES:
1. IVC filter with perforation of vena cava.
2. Acute blood loss anemia requiring transfusion.

HISTORY OF PRESENT ILLNESS: Ms. Teresa Whetstone is a 62-year-old black female who had an IVC filter placed approximately a year ago. Unfortunately, filter tilted down the right renal vein and then perforated the renal vein. The tip of the filter was now juxtaposed to the duodenum. For this reason, we recommended attempted retrieval so as not to cause erosion in the duodenum and further complication. The patient presented to the hospital for said procedure.

The patient was taken to the hybrid OR. She underwent attempted filter retrieval. Unfortunately, we were unable to retrieve the filter. The tip would not return into the lumen of the vein cava from its extracaval position. We aborted the procedure after multiple attempts. The patient did have some bleeding throughout the case. She was hypotensive and tachy. We transfused her 2 units of packed red blood cells and she responded quite well with this. Her blood pressure has been stable overnight. She is now ready for discharge.

The patient will be discharged to home. She will follow up with me in 2 weeks for further discussion of filter retrieval. At this point in time, only option is an open caval exploration with retrieval of foreign body. I would recommend this given the position of the filter tip next to the bowel. I would like the patient to recover for a few weeks prior to proceeding with this procedure. We will place the patient on Lovenox subcutaneously to prevent any thromboemboli from any caval irritation from the procedure yesterday. The patient should continue taking aspirin daily. The patient to return

should any fevers greater 101, increasing pain, nausea, vomiting, bleeding, or any other concerns.

DICTATED BY: Robert R Carter, MD

IN: DS / Z.HIM / CARR01- /  / 43SD2

PATIENT NAME: WHETSTONE, TERESA JEAN          ACCOUNT # Z72606385045

Centerpoint Medical Center
19600 E. 39th Street
Independence, MO 64057
phone: (816) 698-7000
fax: (816) 698-8141

PT NAME: WHETSTONE, TERESA JEAN                    LOCATION: Z.PCU
MRN:    Z00596728         DOB:10/09/50             ADM DT:10/04/13

OPERATIVE REPORT

DATE OF ADMISSION: 10/04/2013

DATE OF PROCEDURE: 10/04/2013

SURGEON: ROBERT R CARTER, MD

ASSISTANT: SCOTT W KUJATH, MD

PRIMARY CARE PHYSICIAN: LIN WU CLARK, MD

PREOPERATIVE DIAGNOSIS: IVC filter with penetration of the vena cava abutting the duodenum.

POSTOPERATIVE DIAGNOSIS: IVC filter with penetration of the vena cava abutting the duodenum.

PROCEDUREs:
1. Ultrasound guidance for venous access with images saved.
2. Venacavogram.
3. Attempted retrieval of foreign body, i.e., IVC filter from both the groin and the neck. This attempt was unsuccessful.

COMPLICATIONS: None.

ANESTHESIA: General.

ESTIMATED BLOOD LOSS: 400 mL.

INDICATION FOR PROCEDURE: Ms. Teresa Whetstone is a 62-year-old white female who had an inferior vena cava filter placed in the past. Unfortunately, this filter tilted into her right renal vein. It subsequently has perforated her right renal vein and the hook of the filter is adjacent to the duodenum. She has undergone previous attempted retrieval of this filter from a neck approach. She presents to me for second opinion and we discussed possibly trying to retrieve it from above and below. I do agree that since the tip of the filter has perforated completely through the vein and is adjacent to bowel, it should be removed, so as to prevent erosion into the bowel and a duodenal venous fistula. Informed consent was obtained.

The patient with risks including, but not limited to bleeding, infection, need for surgery, pain, death, heart attack, stroke, fraction of filter, migration of filter perforation of vena cava, need for a larger surgery. She understood

PATIENT NAME: WHETSTONE, TERESA JEAN            ACCOUNT # Z72606385045

all these risks and was agreeable to proceed.

DESCRIPTION OF PROCEDURE: The patient was taken to the operating room, placed in supine position. After adequate general anesthesia was initiated, time-out was performed. Correct patient, site marked, and procedure were all identified. Her right internal jugular vein was cannulated without difficulty using a Seldinger technique. I exchanged out for a filter retrieval sheath. I placed this just above the level of the IVC filter. We then cannulated the right femoral vein under ultrasound guidance as well. We shot multiple venacavograms from this location. We attempted to capture the limbs of the filter to pull the cap of the filter back into the vena cava. We did this from below and were able to snare multiple limbs and free these from the wall of vena cava. We could not get the tip to budge. From above, I was able to snare multiple limb and free these from the wall of the vena cava but again could not get the tip to budge. We then cannulated the left femoral vein and approached it from this angle. Again, we had little success in freeing the tip. We were able to move the tip, however, vena cavogram confirmed that we were moving the wall of the vena cava as well and we were not able to pass the hook back into the true lumen of the vena cava. We made multiple attempts and used multiple techniques including creating body floss from the right neck to the right groin and using this, we stabilized the wall of the vena cava while we attempted to dislodge the tip of the filter. All these attempts were unsuccessful. We removed all the sheaths, catheters, and wires. The filter was still in 1 piece. Three of the legs still appeared to be embedded in the wall of the vena cava and remaining legs have been freed. The tip remains through the wall of the vena cava and the filter was essentially in the same position as prior to procedure. We held pressure at all locations. We did place a skin stitch into the left groin where we had placed a large 18-French sheath. There was no bleeding or hematoma. The patient tolerated the procedure well and was taken alert and awake to recovery in good condition. All needle and instrument counts were correct at the end of the case.

At this point in time, Dr. Kujath and I discussed the case. It will be our recommendation to proceed with open filter retrieval given its close proximity to the duodenum and the concerns for future duodenal caval fistula. This does not need to be performed on this admission. We will allow the patient to recover from this attempted retrieval prior to proceeding with this. I discussed this with the family and they are

agreeable to the plan and will keep the patient overnight for observation and discharge her home tomorrow.

DICTATED BY: Robert R Carter, MD

IN: OP / Z.HIM / CARR01- /  / 43RJC
DD: 10/04/2013 13:13 CST    DT: 10/05/2013 01:31 CST
JOB: 64235188 / 63868344

CC: SCOTT W KUJATH, MD, FAX: (816) 842-8888
    LIN WU CLARK, MD, FAX: (816) 373-3087
    ROBERT R CARTER, MD, FAX: (816) 842-8888
Authenticated and Edited by Robert R Carter MD On 10/19/13 3:45:21 PM

PATIENT NAME: WHETSTONE,TERESA JEAN                ACCOUNT # Z72606385045