# Exhibit 8



Baird Brown <bairdbrownlaw@gmail.com>

## Categorization form for Stephen Wilkins, 1:17-cv-02923-RLY-TAB
1 message

**Baird Brown** <bairdbrownlaw@gmail.com>     Tue, Feb 12, 2019 at 2:19 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Attached

Law Offices of Baird Brown, PC
3055 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
(213) 487-8880 telephone
(213) 487-8884 fax

---

 **CategorizationFormSW(closed).pdf**
413K

**Categorization Form**

A. Plaintiff's Name: Stephen Wilkins

B. Plaintiff's Case Number: 1:17-cv-02923-RLY-TAB

C. Plaintiff's Counsel (Lead Firm Name): Law Offices of Baird A. Brown, PC

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☑

   Briefly describe claimed complication/outcome/injury: Narrowing below filter

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury: _____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: [✓]

   Briefly describe claimed complication/outcome/injury: Failed retrieval attempt, struts embedded

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: [ ]

   Briefly describe claimed complication/outcome/injury: _____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: [✓]. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy); *[circled]*

   Briefly describe claim of symptomatic injury:
   Total occlusion below the filter and stenosis

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) ~~penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;~~ *(circled)*

Briefly describe claim of symptomatic injury: Struts perforated IVC wall, irretrievable

~~(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;~~ *(circled)*

Briefly describe claim of symptomatic injury:_____

~~(g) DVT or other blood clot caused by filter;~~ *(circled)*

Briefly describe claim of symptomatic injury: DVT after filter, recent massive stroke

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Baird A. Brown

Plaintiff's Counsel's Firm: Law Offices of Baird Brown, PC

Plaintiff's Counsel's Signature: _____

PHC Inpatient Records

**Piedmont HEALTHCARE**

WILKINS, STEPHEN V
MRN: 901668357
DOB: 6/5/1941, Sex: M
Adm: 5/13/2014, D/C: 5/14/2014

## All Notes (continued)

### Progress Notes by Haley Robinson, RD at 5/14/2014 3:03 PM (continued)

**SIGNATURE**
Haley Robinson, RD 5/14/2014
Office Ext# 2541

**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 5/14/2014 3:06 PM | Haley Robinson, RD | Registered Dietitian | Sign |

Attribution information within the note text is not available.

### Plan of Care by Michaela Via, RN at 5/14/2014 12:58 PM

Author: Michaela Via, RN
Filed: 5/14/2014 12:59 PM
Editor: Michaela Via, RN (Registered Nurse)

Service: (none)
Date of Service: 5/14/2014 12:58 PM

Author Type: Registered Nurse
Status: Signed

Pt tolerated walking in hallway well. Walked up hallway and reported no dizziness, no SOB.

**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 5/14/2014 12:59 PM | Michaela Via, RN | Registered Nurse | Sign |

Attribution information within the note text is not available.

### H&P by Charles Ross, MD at 5/13/2014 11:32 AM

Author: Charles Ross, MD
Filed: 5/14/2014 8:00 AM
Editor: Charles Ross, MD (Physician)

Service: Cardiology
Date of Service: 5/13/2014 11:32 AM

Author Type: Physician
Status: Signed

## HISTORY & PHYSICAL

**DATE OF SERVICE:** 5/13/2014
**PRIMARY PHI PHYSICIAN:** Charles Ross MD
**ATTENDING PHYSICIAN:** Charles Ross MD

HPI: Stephen V Wilkins is a 72 y.o. with a medical history significant for PE, DVT and s/p IVC filter in 2009. He also has a history of CHF, however he is unclear of his EF. ==For about a month he has had increased lower extremity swelling, and was found to have Left Femoral Vein DVT. A CT scan demonstrated contraction of the IVC distal to the filter.== He was discharged with leg wraps, and returns today for venography of the IVC and possible intervention.

==He currently is positive for DOE, he is able to walk approximately the length of a Football field before getting short of breath. He also has bilateral lower extremity edema.== He is negative for dizziness, syncope, chest pain, SOB at rest, and lower extremity cramping.

The patient actually has severe lower extremity venous insufficiency - CEAP 5 - requiring compression for venous ulceration. Dr. Ross saw him in the office last week, discussed the alternatives of possible IVC recanalization vs. continued compression therapy and medical management alone. Patient presents now for venography and possible IVC recanalization.

**Piedmont** HEALTHCARE

PHC Inpatient Re30926

WILKINS,STEPHEN V
MRN: 901668357
DOB: 6/5/1941, Sex: M
Adm: 5/13/2014, D/C: 5/14/2014

### All Notes (continued)

**H&P by Charles Ross, MD at 5/13/2014 11:32 AM (continued)**

injected IV without complication.
CT abdomen findings:
There is bibasilar atelectasis.
The liver enhances homogeneously without mass. Small cyst identified in the right lobe. There is no intrahepatic or extrahepatic biliary duct dilatation. The gallbladder is normal.
The spleen, pancreas, and adrenal glands are normal. There is a mildly complicated cyst in the upper pole the right kidney measuring 5.5 CM in diameter. It contains at least one septation and some calcifications. A small cyst is seen in the upper pole left kidney. Another small cyst is seen in the lower pole of the left kidney. 2 other very small cysts are seen anteriorly within the lower pole the left kidney. There is no hydronephrosis.
There is an IVC filter in place. The IVC below the level of the filter is diminutive in size.
There is no aneurysmal dilatation of the abdominal aorta. There is no mesenteric or retroperitoneal lymphadenopathy. The appendix is normal. The visualized bowel loops are normal. The bladder appears thickwalled. Prosthetic seed implants are noted. There are no pelvic masses. There is no pelvic adenopathy.
Impression:
1. Mildly complicated large cyst in the upper pole the right kidney measuring 5.5 CM.
2. The bladder appears thickwalled. Cystitis not excluded. There are no other significant findings..

Impression:

1. IVC filter complication - contracted IVC in presence of filter

2. LE DVTs and swelling
--May be caused by reduced flow through IVC filter
--DVTs caused while on AC therapy
--Bilateral leg wraps to knee

3. Obesity

4. Chronic anticoagulation therapy
--Coumadin

5. CKD - Creatinine 1.4 today

6. Hx of CHF

7. Prostate Cancer - s/p seed implant

8. Hx of PE, s/p IVC filter placement

9. DM - on glipizide, has history of out of control blood sugars which resulted in syncope and an MVA



PHC Inpatient Record

WILKINS,STEPHEN V
MRN: 901668357
DOB: 6/5/1941, Sex: M
Adm: 5/13/2014, D/C: 5/14/2014

## All Notes (continued)

**H&P by Charles Ross, MD at 5/13/2014 11:32 AM (continued)**

**Plan:**
1. IVC Gram today +/- angioplasty and stent. This procedure has been fully reviewed with the patient and written informed consent has been obtained.
2. Pre procedure orders.
3. INR Pending

Stacey Wilson NP-C
404-803-9705

**Physician Attestation:**

I have interviewed and examined Mr. Wilkins and agree with the Mid-level's findings, assessment and recommendations outlined herein with the additions:

**S:** No new events since his office visit. He has essential IVC occlusion, recurrent DVT, and CEAP 5 disease. He is chronically anticoagulated with warfarin.

On physical examination, the key findings were:
BP 109/60 | Pulse 63 | Temp 98 °F (36.7 °C) (Oral) | Resp 18 | Ht 6' 1" (1.854 m) | Wt 150.594 kg | BMI 43.81 kg/m2 | SpO2 98%
**Gen:** in no apparent distress, well developed and well nourished, in no respiratory distress and acyanotic, alert, oriented times 3 or afebrile; He is morbidly obese.
**Lungs:** clear to auscultation, no wheezes or rales and unlabored breathing
**Chest:** normal
**Cor:** regular rate and rhythm
**Abd:** bowel sounds present and normal in all 4 quadrants, soft or round; obese
**Vascular:** Feet warm. Compression in place
**Ext:** Chronically edematous lower extremities; Compression dressings in place.

Data, labs and studies have been reviewed by me.

**Impression and Plan:**
CEAP 5 bilateral lower extremity venous disease with IVC occlusion
 - complication of IVC filter
Obesity

Plan
1. Venography
2. Possible IVC recanalization; possible filter removal; If filter can not be removed, transfilter stenting will be considered.
3. Continue indefinite anticoagulation therapy as well as compression therapy.

**Signed:**
Charles Ross, MD
5/14/2014
7:55 AM

**Piedmont HEALTHCARE**

PHC Inpatient Record

WILKINS, STEPHEN V
MRN: 901668357
DOB: 6/5/1941, Sex: M
Adm: 5/13/2014, D/C: 5/14/2014

## All Cardiac Results (continued)

**Cath iliac venogram bilateral [61241171] (continued)**  Resulted: 05/14/14 1123, Result status: Final result

Resulting lab: EMC RAD

Narrative:
INDICATION: Functionally Occluded Filter-bearing Inferior vena cava with Recurrent DVT and CEAP5 Bilateral LE Venous Insufficiency

DIAGNOSTIC PROCEDURES:
1. Bilateral iliac venograms
2. Inferior vena cavagram
3. IVUS examination with 8.2PV Volcano

INTERVENTIONAL PROCEDURES:
1. Balloon angioplasty Inferior Vena Cava
- sequential from 8 mm to 20 mm
2. Balloon Angioplasty Right Common Iliac Vein
- sequential from 8 mm to 14 mm
3. Balloon Angioplasty Right External Iliac Vein
- sequential from 8 mm to 14 mm
4. Balloon Angioplasty Left Common Iliac Vein
- sequential from 8 mm to 14 mm
5. Balloon Angioplasty left External Iliac Vein
- sequential from 8 mm to 14 mm
6. Attempted retrieval of IVC Filter
- unable to dislodge filter from caval scar
7. Stenting of Inferior Vena cava
- overlapping 20 x 40 mm Wallstents (two stents) across IVC filter
8. Stenting of the right Common Iliac Vein
- 10x59 Omnilink - dilated to 12 mm - with distal overlapping 14x60 mm Protege
9. Stenting of the right external iliac vein
- 14 x 40 Wallstents
10. Stenting of the left Common Iliac Vein
- 10 x 59 Omnilink - dilated to 12-14 mm - with distal overlapping 14x60 Protege
11. Stenting of left External Iliac vein
- 14x60 Wallstent

ACCESS:
1. Right Common Femoral Vein - 10F
2. Left Common Femoral Vein - 10F
3. Right Internal Jugular Vein - 11F

CLOSURE TECHNIQUE: Manual compression at all puncture sites

ANESTHESIA: Local with conscious sedation

CONTRAST: 230 ml isovue

ANTICOAGULATION: 10,000 units heparin guided by ACT with underlying PT-INR of 2.3

SURGEON: Charles B. Ross M.D.

BRIEF HISTORY AND INDICATIONS: This patient is a 72 yo retired USN Fighter Pilot. He is a big man, both tall and heavy. He has had multiple previous DVTs, and in 2011, he underwent placement of a Tulip filter at another facility. He now has CEAP 5 disease bilaterally with bilateral ulcers, progressive swelling, recurrent DVTs in the legs - most recently the left leg, and heaviness and fatigue of both legs with ambulation. Evaluation of the IVC suggested, by CTV, narrowing about the filter to the point of obstruction with a tiny residual lumen left in the IVC. The patient is being managed with maximal medical therapy including chronic anticoagulation, compression - Unna Boots, elevation, etc. He and I have discussed the potential for caval recanalization with either removal of the filter or transfilter stenting. He comes now for this procedure. Indications and risks have been discussed, and he has consented to proceed.

DETAILS OF THE DIAGNOSTIC AND INTERVENTIONAL PROCEDURE: The patient was brought into the Cath Lab and placed on the table in the supine position. Supplemental oxygen was given, and vital signs were monitored. The right neck chest and shoulder were prepared with ChloraPrep and sterilely draped in the usual manner. Both groins, the lower abdominal wall, and the thighs were prepared with ChloraPrep and sterilely draped in the usual manner. Time out was performed.

The procedure was initiated with the achievement of bilateral common femoral vein access. 1% lidocaine solution was infiltrated into the

Case 1:14-ml-02570-RLY-TAB   Document 10149-8   Filed 02/12/19   Page 10 of 11 PageID #: 68829

**Piedmont** HEALTHCARE — PHC Inpatient Records

WILKINS,STEPHEN V
MRN: 901668357
DOB: 6/5/1941, Sex: M
Adm: 5/13/2014, D/C: 5/14/2014

## All Cardiac Results (continued)

**Cath iliac venogram bilateral [61241171] (continued)**  Resulted: 05/14/14 1123, Result status: Final result

skin and subcutaneous tissues for local anesthesia of of both femoral veins. Both veins were visualized ultrasonographically and directly punctured under ultrasound guidance with micropuncture needles. The right side was accessed first, followed by the left. Initially we used 6 and 8 French sheaths but ultimately upsized to bilateral 10 French sheaths within the stent implantation was done. 1% lidocaine solution was infiltrated into the skin and subcutaneous tissues overlying the right internal jugular vein. The patient had a well-defined vein and I punctured it with a single stick of a micropuncture needle without ultrasound guidance.

The procedure was initiated with injection of contrast through the micro-sheath with imaging over the abdomen and pelvis. This study showed patency of the right external iliac vein, right internal iliac vein, and and ascending lumbar vein which carries blood to the level of the renal veins and filter into the vena cava. Some cross pelvic filling was noted with late visualization of a collateral vein on the left side of the pelvis. Importantly, the right common iliac vein nor the infrarenal vena cava were visualized.

Activating clotting times were checked and heparin was given to maintain an ACT of at least 200 seconds. This anticoagulation was given superimposed on an elevated INR.

Working from the left side, a 0.035 advantage guidewire was advanced to the confluence of the iliac veins with the vena cava. Contrast was injected through the left external iliac sheath with imaging over the abdomen. This study showed patency of a very stenotic and small left common iliac vein complete occlusion of the vena cava just proximal to the confluence of the iliac veins, and retrograde filling of the right common iliac vein cross pelvic collaterals filled left to right across the pelvis to drain through the large right ascending lumbar vein which communicated with the vertebral plexus. At this point in the case, the inferior vena cava appeared completely occluded. The filter sat at the L2-L3 level and appeared somewhat constrained. No filling within the filter was noted.

Now, utilizing a 6 French Pinnacle sheath and dilator, 5 French angled glide catheter, and a combination of straight as well as angled 0.035 Glidewires, the occluded inferior vena cava was successfully traversed. The left renal vein was selected, contrast injected, and an image obtained. Patency of the left renal vein with antegrade flow into the vena cava was documented. A 0.035 Magic torque wire was placed. The tip of the wire was positioned at the level of the right atrium.

Similar left was done from the right side and the occluded common iliac vein as well as the vena cava was traversed. A 0.035 Magic torque guidewire was positioned from the right femoral sheath to the level of the right atrium.

The inferior vena cava was now dilated with an 8 mm angioplasty balloon. This was followed by 14 mm angioplasty balloon. Multiple inflations were done with each balloon. These were well tolerated by the patient. Inspection of the vena cava and filter suggested to me that the filter might be retrievable. The basis for this was the observation that the hook of the filter did not appear to be attached to the vena cava wall. Therefore, access was obtained via the internal jugular vein and the triaxial retrieval system was advanced over a guidewire into the infrarenal vena cava where it was positioned just over the hook of the filter. The snare system was introduced and successfully secured the filter hook. The inner and outer sheath was then advanced over the filter to a level about 1 cm above the filter strut(s)' attachments to the caval wall. Significant pressure was applied with downward to force of the sheaths and upward pull of the filter. Very little progress was made and the hook of the filter was basically straightened to the point that even an alternative snare could no longer secure the filter. Therefore the filter was deemed non-retrievable and our secondary plan for transplant or stenting was initiated.

The inferior vena cava and bilateral common iliac veins were now dilated. Initially an 8 mm angioplasty balloons were used. These were stationed side-by-side at each level within the vena cava. The patient tolerated this well. A 20 mm x 40 mm Wallstent was selected. The proximal end of the stents was defined and the Wallstent was positioned within the cava so that it would open proximally just beneath the left

**Piedmont** HEALTHCARE

PHC Inpatient Record

WILKINS, STEPHEN V
MRN: 901668357
DOB: 6/5/1941, Sex: M
Adm: 5/13/2014, D/C: 5/14/2014

## All Cardiac Results (continued)

**Cath iliac venogram bilateral [61241171] (continued)**  Resulted: 05/14/14 1123, Result status: Final result

renal vein and across the inferior vena caval filter. Deployment was accomplished from the right side. Initially good deployment was achieved. My plan was to come in with a second overlapping 20 x 40 Wallstent to be placed so that it would open in the distal vena cava just above the confluence. However, even with use of a dilator and sheath, movement at the distal end of the Wallstent caused the Wallstent to shift slightly craniad - raising the risk of migration.

We needed an alternative approach to prevent migration of the Wallstent. Therefore, working through the sheath from the internal jugular vein, the Wallstent was traversed and the cranial sheath was advanced through the Wallstent into the distal vena cava. Working from the sheath stationed in the right common iliac vein, a snare was used to secure a Magic torque guidewire from the cranial sheath, pulling it through the caudal sheath. We now had to full access with a single wire. The next 20 x 40 Wallstent was advanced over this wire, through the 2 sheaths, and into the existing Wallstent where it was deployed with a generous overlap. The 2 wallstents-inferior vena cava were now dilated with kissing 14 mm and 8mm angioplasty balloons. Again this was well tolerated by the patient.

We now worked on reconstruction of the iliocaval confluence and bilateral iliac veins. The confluence was reconstructed with a balloon expandable stents. Kissing 10 x 59 Omnilink stents were positioned just within the IVC Wallstent, dilated to full profile, and thus deployed. These stents were then further dilated with a 12 mm balloon on the right and a 14 mm balloon on the left. Inspection of the distal common iliac veins and proximal external iliac veins bilaterally now revealed more venous scarring and flow limiting stenoses than initially appreciated. This was further defined by intravascular ultrasound which ultimately suggested that we needed to stent to the level of the distal external iliac veins bilaterally. To accomplish this, on the right, overlapping 14 x 80 Protege and 14 x 40 Wallstents were implanted. The stent system in the external iliac vein and common iliac vein was dilated to 12 mm. In the external iliac vein, a 14 mm angioplasty balloon was also utilized.

On the left, extension with a 14 x 60 Protege and a 14x60 Wallstent was necessary. The stents on the left side were dilated to 14 mm.

Intravascular ultrasonography was performed and showed that there were sequential areas of narrowing. The inferior vena caval wall stents were dilated with 10 mm kissing angioplasty balloons. The stents at the caval confluence were dilated with 10 and 12 mm kissing balloons. The procedure had been long and the patient was tiring. A final venogram, run 67, revealed patency of the external iliac and common iliac veins bilaterally as well is antegrade flow through a patent inferior vena cava. Some filling of collaterals, especially on the left side, was noted; however antegrade venous flow didn't appear to be markedly improved. Stent position appear to be appropriate. Therefore, the procedure was ended at this point.

All venous sheaths were removed and gentle pressure was applied to each puncture site until hemostasis had been achieved. The patient was then transferred to to the Hospital bed and taken to his room for observation. He had tolerated the procedure well.

Impression:
FINAL IMPRESSION:
1. Restoration of inferior vena caval patency with balloon angioplasty and transfilter stenting
2. Satisfactory reconstruction of the common and external iliac veins bilaterally with combined balloon and self-expanding stents

DISPOSITION: Admit for hydration and observation

FOLLOWUP: Hospital rounds, anticoagulation therapy and close clinical follow up which may include venography at a later point.

CONDITION AT TIME OF DISCHARGE: Stable

Approved By: CHARLES ROSS  5/14/2014 11:23 AM

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
|  |  | 05/14/14 1126 |