**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                           MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:17-cv-04493 | 1:19-cv-00125 | 1:19-cv-00132 |
| 1:19-cv-00109 | 1:19-cv-00126 | 1:19-cv-00136 |
| 1:19-cv-00110 | 1:19-cv-00127 | |
| 1:19-cv-00112 | 1:19-cv-00129 | |
| 1:19-cv-00121 | 1:19-cv-00130 | |
| 1:19-cv-00124 | 1:19-cv-00131 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        February 13, 2019            /s/ Andrea Roberts Pierson
                                           Andrea Roberts Pierson (# 18435-49)
                                           Kip S. M. McDonald (# 29370-49)
                                           FAEGRE BAKER DANIELS LLP
                                           300 North Meridian Street, Suite 2700
                                           Indianapolis, Indiana 46204
                                           Telephone: (317) 237-0300
                                           Facsimile: (317) 237-1000
                                           E-Mail:  andrea.pierson@faegrebd.com
                                           E-Mail:  kip.mcdonald@faegrebd.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 13, 2019, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea Roberts Pierson