UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket Case No. 1:14-ML-2570<br><br>MDL No. 2570 |
| CARL DURHEIM,<br>     Plaintiff<br>vs.<br>COOK MEDICAL, INC, ET AL<br>     Defendants. | PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER<br><br>This document relates to Civil Action No.: 1:17-CV-4719 |

Comes now, plaintiff Carl Durheim ("Plaintiff"), by and through his counsel of record, and files this Response in Opposition to the Motion to Dismiss filed by Defendants on February 5, 2019. Plaintiff respectfully requests that this Court deny Defendant's Motion to Dismiss and, in support thereof, states as follows:

1) Plaintiff's failure to serve his categorization form resulted from a mere clerical error. While the categorization form was completed prior to the January 31, 2019 deadline, the email attaching the categorization forms was not sent. Upon receipt of Defendants Motion to Dismiss without Prejudice, Counsel for Plaintiff served Plaintiff's categorization form. *See* Exhibit A.

2) Plaintiff's counsel did not intentionally refuse to responds to the Court's Case Management Order and, upon becoming aware of their clerical mistake in failing to transmit the requisite form and medical records, immediately complied.

3) Plaintiff's counsel believed they had served all categorization forms in all cases prior to the January 31, 2019 deadline, and on January 31, 2019, Plaintiff's counsel sent an email to defense counsel indicating the same. *See* Exhibit B.

4) Plaintiff previously timely filed a Plaintiff Profile Sheet and complied with prior case management orders.

5) Defendants received Plaintiff's categorization form and supporting medical record have not suffered any undue prejudice.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendants Motion to Dismiss the above captioned case.

Dated: February 13, 2019                RESPECTFULLY SUBMITTED,

/s/ Michael J. Quillin
Michael J. Quillin, IL Bar #6301933
O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN LLC
1034 S. Brentwood Blvd., PH 1-A, 23rd Floor, St. Louis, MO 63117
Telephone: 314.405.9000
Fax: 314.405.9999
email: quillin@osclaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filings to all counsel of record.

Dated: February 13, 2019

O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN LLC
/s/ Michael J. Quillin
Michael J. Quillin, IL Bar #6301933
O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN LLC
1034 S. Brentwood Blvd., PH 1-A, 23rd Floor, St. Louis, MO 63117
Telephone: 314.405.9000
Fax: 314.405.9999
email: quillin@osclaw.com
Attorney for Plaintiff