# Michael Quillin

**From:** Michael Quillin
**Sent:** Thursday, January 31, 2019 4:26 PM
**To:** CookFilterMDL@FaegreBD.com
**Cc:** Lauren Sutton
**Subject:** categorization forms

Categorization forms have been completed for each of our filed cases in the Cook IVC litigation. To the extent you're showing you haven't received any from our office, please let us know and we will forward another copy.

Thanks.

Mike Quillin

**Michael J. Quillin**
Attorney at Law
**O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC**
The University Tower | 1034 S. Brentwood Blvd.
Penthouse 1-A. 23rd Floor| St. Louis, MO 63117
Office: 314.405.9000 | Fax: 314.405.9999
Cell: 314.413.2020

quillin@osclaw.com
www.osclaw.com

NOTE: Email is not a secure method of communication. Any email that is sent to you or by you may be copied and held by various computers as it is transmitted. Persons not participating in our communication may intercept our communications by improperly accessing your computer or this law firm's computers—or even some computer unconnected to either of us that the email may have passed through.

This message (including attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this email is prohibited.

---

**From:** Lauren Sutton
**Sent:** Thursday, January 31, 2019 3:56 PM
**To:** plaintiffscoleadcounselmdl@gmail.com; CookFilterMDL@FaegreBD.com
**Cc:** Michael Quillin <Quillin@osclaw.com>
**Subject:** RE█████████████████████

Pursuant to the Court's Order regarding case categorization (Doc. 9322), attached please find the executed Categorization Form and supporting medical records for the above-referenced matter.

Please do not hesitate to contact us if you have any questions.

Thank you.

**Lauren N. Sutton**
Paralegal
**O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC**
The University Tower | 1034 S. Brentwood Blvd.
Penthouse 1-A. 23rd Floor| St. Louis, MO 63117
Office: 314.405.9000  Ext. 110 | Fax: 314.405.9999

1

sutton@osclaw.com
www.osclaw.com

NOTE: Email is not a secure method of communication. Any email that is sent to you or by you may be copied and held by various computers as it is transmitted. Persons not participating in our communication may intercept our communications by improperly accessing your computer or this law firm's computers—or even some computer unconnected to either of us that the email may have passed through.

This message (including attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this email is prohibited.