IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

1:17-cv-00041 Tanika James

## **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff TANIKA JAMES, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED AND WILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear its own costs.[1]

Dated this 13th day of February, 2019.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
3900 Essex Lane, Suite 390
Houston, TX 77027
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

---

[1] Please be advised Plaintiff in this case previously filed a motion to voluntarily dismiss without prejudice (see DN 9609) and Cook Defendants included this case in their Motion to Dismiss for Failure to Submit a Case Categorization Form (see DN 10063). Through this stipulation, these motions are now moot with respect to this Plaintiff.

1

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: 317-237-8274
Fax: 317-237-1000
Andrea.Pierson@FaegreBD.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse
