IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                             MDL No. 2570

_____

This Document Relates to Plaintiff(s)

 1:17-cv-00222 Runell H. Williams
_____

# **ORDER**

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Runell H. Williams.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Runell H. Williams against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed this _____ day of _____, 2019.

_____
Honorable Richard L. Young
United States District Court Judge