UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Mark Layman, 1:17-cv-02029-JMS-MPB

### DEFENDANTS' RESPONSE TO PLAINTIFF LAYMAN'S MOTION TO VACATE COURT ORDER OF DISMISSAL AND REINSTATE CASE

The Cook Defendants have reviewed Plaintiff Mark Layman's request for reinstatement (Doc. 9980) after his case was voluntarily dismissed as part of the Order Dismissing 113 Pending "No Injury" Cases (Doc. 8506). Plaintiff Layman had previously only claimed "frequent monitoring required" but now claims that "an abdominal CT scan [taken December 28, 2018] demonstrated his filter perforated the vena cava with struts abutting the L3-L4 intervertebral disc," an alleged complication Plaintiff "had not discovered" at the time "of the Court's dismissal." *See* Pl.'s Mot., ¶¶ 2-4. As such, the Cook Defendants agree that the case is eligible for reinstatement under Paragraph 3 of the Court's Order (Dkt. 8506) and do not oppose the request.

The Cook Defendants respectfully ask the Court to direct Plaintiff Layman to within 30 days (1) categorize his case in the appropriate category, provide the supporting specific medical record and certification, and (2) to provide an updated PPS and supplemental medical records, in accordance with the Court's standing orders on categorization and the PPS process respectively.

- 2 -

Respectfully submitted,

Dated:  February 13, 2019
/s/ *James Stephen Bennett*
James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802-2322
Telephone:  (260) 424-8000
Facsimile:   (260) 460-1700
E-Mail:  stephen.bennett@faegrebd.com

Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  joe.tanner@faegrebd.com
E-Mail:  nicholas.alford@faegrebd.com

- 2 -

US.121973853

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, a copy of the foregoing Defendants' Response to Plaintiff Layman's Motion to Vacate Court Order of Dismissal and Reinstate Case was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

*/s/James Stephen Bennett*
