UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING SALES PRACTICE PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br> MARY L. ESPINOSA<br><br>Civil Case No.  1:17-cv-03865-RLY-TAB | No.  1:14-ml-02570-RLY-TAB<br><br>MDL NO. 2570 |

**<u>Response in Opposition to Defendants' Motion to Dismiss Without Prejudice
Pursuant to the Court's Case Categorization Order</u>**

Plaintiff Mary L. Espinosa, through undersigned counsel, hereby responds to Defendants' Motion to Dismiss filed on February 5, 2019, (ECF No. 10063) as follows:

1. Counsel for Plaintiff did not see the Defendant's Motion to Dismiss without Prejudice on the ECF system until February 12, 2019. Plaintiff's failure to serve her categorization forms on Defendants resulted from a mere clerical error by Plaintiff's counsel.

2. Upon receipt of Defendants' Motion to Dismiss without Prejudice, Plaintiff's Counsel realized their error and served the categorization forms and requisite medical records on Defendants on February 13, 2019. See Exhibit A. On March 29, 2017, Plaintiff had timely filed a Plaintiff Profile Sheet including the very same records that demonstrate the penetration of the wall of Plaintiff's vena cava and the wall of her aorta and place her in Category 7(e).

As a result, Defendants have had the records describing Ms. Espinosa's injury that determines her "category" for 22 months prior to the due date of the Categorization Form, and have suffered no colorable prejudice by not receiving the categorization form late. To dismiss this case – even without prejudice – would place an unfair burden on the Plaintiff.

3. Plaintiff's counsel did not intentionally refuse to respond to the Court's Case Management Order and, upon becoming aware of their clerical mistake in failing to transmit the requisite forms and medical records, immediately complied.

## **CONCLUSION**

Plaintiff, Mary L. Espinosa, respectfully requests that the Court acknowledge that she has complied with the Categorization Order, accept the forms and associated records, and deny Defendants' Motion to Dismiss as to her claim.

DATED this 13th day of February, 2019.

KELLER ROHRBACK L.L.P.

By: /s/ Mark D. Samson
Mark D. Samson
3101 N. Central Avenue, Suite 1400
Phoenix, AZ 85012
msamson@kellerrohrback.com
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kathy Kendrick

4823-1313-3192, v. 1