# Kathy Kendrick

| | |
|---|---|
| **From:** | Kathy Kendrick |
| **Sent:** | Wednesday, February 13, 2019 2:34 PM |
| **To:** | 'cookfiltermdl@faegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Mark Samson; Debbie Heller |
| **Subject:** | Cook Medical, Inc. -- Confirmation of Case Categorization Form for Mary L. Espinosa, Case No. 1:17-cv-03865-RLY-TAB |
| **Attachments:** | Espinosa Categorization Form.pdf |

Counsel, attached is the case Categorization Form for Ms. Espinosa.  Due to clerical error, it was not served timely.  We are submitting a response to the Motion to Dismiss today.

Kathy Kendrick
Legal Assistant
Keller Rohrback L.L.P.
602-230-6333 (Direct)
kkendrick@kellerrohrback.com
www.kellerrohrback.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure.  The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender.  If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.