UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING SALES PRACTICE PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>MARY L. ESPINOSA<br><br>Civil Case No. 1:17-cv-03865 | No. 1:14-ml-02570-RLY-TAB<br><br>MDL NO. 2570 |

**Order Denying Defendants' Motion to Dismiss**

Upon consideration of Defendants' Motion to Dismiss Pursuant to the Case Categorization Order as it pertains to Plaintiff Mary L. Espinosa, and the Response of Mary L. Espinosa, and any Reply filed by Defendants, the Motion is not well taken as it pertains to this plaintiff, and Defendants' Motion to Dismiss the case of Mary L. Espinosa is denied.

DATED this _____ day of February, 2019.

_____

4834-7436-7368, v. 1