UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

1:17-cv-4425 Tanna Brandt-Beyer
1:18-cv-02764 Ernie Dominguez
1:18-cv-2309 Christopher Galvez
1:19-cv-538 Arthur Pace
1:19-cv-00523 Conchita Street

**RESPONSE OF TANNA BRANDT-BEYER, ERNIE DOMINGUEZ, CHRISTOPHER GALVEZ, ARTHUR PACE AND CONCHITA STREET TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

On October 2, 2018, the Court entered its Order on the Cook Defendants' Motion for Screening Order and Bellwether Selection Plan (Dkt. 9322) (the "Categorization Order"). On November 21, 2018, the Court entered another Order requiring Plaintiffs to complete and serve Categorization Forms via email to: CookFilterMDL@FaegreBD.com and plaintiffscoleadcounselmdl@gmail.com by December 22, 2018 (Dkt. 9638). On January 17, 2019, the Court entered an amended Order extending Plaintiffs' deadline to complete and serve Categorization Forms by January 31, 2019 (Dkt. 9956) (the "Final Deadline Order").

Plaintiff Tanna Brandt-Beyer attempted to comply with the Categorization Order on December 20, 2018 by serving her completed categorization form with corresponding medical records to the above email addresses. However, due to a clerical error, Plaintiff's Categorization Form was not attached to the email submission. The first notice that Plaintiff's Categorization Form was not received was the filing of Defendant's Motion to Dismiss on February 5, 2019. On February 8, 2019, upon


receiving notice of Defendants' motion, Plaintiff re-sent the email with the Categorization Form attached. *See* Exhibit A.

Plaintiff Ernie Dominguez complied with the Categorization Order on December 19, 2018 by serving his completed categorization form with corresponding medical records to the proper email addresses. *See* Exhibit B.

Plaintiff Christopher Galvez did not comply with the Categorization Order because he is waiting for a response from Defense Counsel regarding a stipulated dismissal for a matter unrelated to the Categorization Order. Plaintiff sent an email with a stipulated dismissal to Defendants on September 26, 2018. *See* Exhibit C.

Plaintiff Arthur Pace's case was filed on February 1, 2019, after this Court's deadline to submit Categorization Forms had expired, and thus was not (and in fact, could not be) subject to the Court's Categorization Order or the Final Deadline Order. Plaintiff's filed-stamped complaint is attached as Exhibit D.

Plaintiff Conchita Street's case was filed on February 1, 2019, after this Court's deadline to submit Categorization Forms had expired, and thus was not (and in fact, could not be) subject to the Court's Categorization Order or the Final Deadline Order. Plaintiff's filed-stamped complaint is attached as Exhibit E.

Defendants move to dismiss Plaintiffs Tanna Brandt-Beyer, Ernie Dominguez, Christopher Galvez, Arthur Pace and Conchita Street cases on the basis that they "completely failed to comply with the Court's Categorization Order." However, Ernie Dominguez fully complied with the Court's Categorization Order. Arthur Pace and Conchita Street were not subject to the Court's Categorization Order. Christopher Galvez is waiting for a response from Defense Counsel regarding his stipulated dismissal, a matter unrelated to the Court's Categorization Order. And although Tanna Brandt-Beyer failed to attach the Categorization Form it was merely due to a clerical error, as can be seen from the Exhibit A. Therefore, the Court should deny the motion to dismiss the Tanna Brandt-Beyer, Ernie

Dominquez, Christopher Galvez Arthur Pace, and Conchita Street cases pursuant to the Court's Categorization Order.

WHEREFORE, Plaintiffs move the Court to deny Defendants' Motion to Dismiss the Tanna Brandt-Beyer, Ernie Dominguez, Christopher Galvez, Arthur Pace and Conchita Street cases.

             Respectfully submitted,

             JOHNSON LAW GROUP

             */s/Basil E. Adham*
             Basil E. Adham
             2925 Richmond Ave., Suite 1700
             Houston, TX 77098
             (713) 626-9336
             badham@johnsonlawgroup.com
             ivc@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2019, a copy of the foregoing RESPONSE OF TANNA BRANDT-BEYER, ERNIE DOMINGUEZ, CHRISTOPHER GALVEZ, ARTHUR PACE, AND CONCHITA STREET TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

             */s/Basil E. Adham*