UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

1:17-cv-4425 Tanna Brandt-Beyer
1:18-cv-02764 Ernie Dominguez
1:18-cv-2309 Christopher Galvez
1:19-cv-538 Arthur Pace
1:19-cv-00523 Conchita Street

**EXHIBIT A – Tanna Brandt-Beyer**

| | |
|---|---|
| From: | Clint Reed |
| To: | CookFilterMDL@FaegreBD.com |
| Cc: | plaintiffscoleadcounselmdl@gmail.com |
| Subject: | RE: Case 1:17-cv-4425 - IVC - 253699 - Brandt-Beyer, Tanna - Categorization Form |
| Date: | Friday, February 8, 2019 12:21:00 PM |
| Attachments: | Brandt-Beyer, Tanna - Cook Categorization Form [253699].pdf |

Good afternoon,

It has been brought to my attention that the Categorization Form for this client was inadvertently omitted. Please find a copy of the requested form attached.

Regards,

**Clint Reed | Attorney**
Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (713) 583-9460
creed@johnsonlawgroup.com | www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged. This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.

**From:** Clint Reed
**Sent:** Thursday, December 20, 2018 2:47 PM
**To:** 'CookFilterMDL@FaegreBD.com' <CookFilterMDL@FaegreBD.com>
**Cc:** 'plaintiffscoleadcounselmdl@gmail.com' <plaintiffscoleadcounselmdl@gmail.com>
**Subject:** Case 1:17-cv-4425 - IVC - 253699 - Brandt-Beyer, Tanna - Categorization Form

Good afternoon,

Attached, in regard to the Court's order of October 2, 2018, please find the Categorization Form for this plaintiff.

Regards,

**Clint Reed | Attorney**
Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (713) 583-9460
creed@johnsonlawgroup.com | www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged. This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.

## Categorization Form

A.  Plaintiff's Name:  Tanna Brandt-Beyer

B.  Plaintiff's Case Number:  1:17-cv-4425

C.  Plaintiff's Counsel (Lead Firm Name): Johnson Law Group

D.  Categorization (check each that applies and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury:_____

3.  Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury:_____

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☐

    Briefly describe claimed complication/outcome/injury:_____

5.  Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Check here for Category 5: ☐

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☒

   Briefly describe claimed complication/outcome/injury: <u>Persistent angulation and tilt with hook toward the right caval wall, which did not correct.</u>

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☐.  **Circle all sub-categories that apply below:**

   ☐ (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   ☐ (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   ☐ (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   ☐ (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   _____

   ☐ (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

   Briefly describe claim of symptomatic injury:_____

☐ (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

☐ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

☐ (h) infection;

Briefly describe claim of symptomatic injury:_____

☐ (i) bleeding;

Briefly describe claim of symptomatic injury:_____

☐ (j) death; and

Briefly describe claim of symptomatic injury:_____

☐ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:   Basil Adham

Plaintiff's Counsel's Firm:   Johnson Law Group

Plaintiff's Counsel's Signature:   _/s/ Basil Adham_____



| | E HEALTH INFO MGMT | BRANDTBEYER,TANNA M |
|---|---|---|
| **Covenant HealthCare** | Encounter Report | MRN: 18-03-23 |
| | | DOB: 2/8/1977, Sex: F |
| | | Adm: 11/27/2014, D/C: 12/9/2014 |

## Imaging - Imaging Results (continued)

Resulted: 12/01/14 1506, Result status: Final result

**CT ABD/PELVIS W/CONTRAST [88473308] (continued)**
```
interval developing small amount of
hemorrhage in the presacral space along the posterior perirectal fascia.
2. There has developed a large hematoma within the deep subcutaneous portions of the
proximal left thigh and lateral left
hemipelvis as noted above.
3. The solid organs appear intact.

Results discussed with Dr. Blank at the time of dictation.
```
Accession#
Type               Source                Collected By
                                          PACSRAD07 12/01/14 1403

Resulted: 12/02/14 2202, Result status: Final result

**XR CHEST FRONTAL 1V [88535505]**

| Ordering provider: | Martin L Blank, MD  12/02/14 1746 | Order status: | Completed |
|---|---|---|---|
| Resulted by: | Nasser O Qadri, MD | Performed: | 12/02/14 1815 - 12/02/14 1820 |
| Resulting lab: | POWERSCRIBE | Result details | |
| Electronically Signed By: | Signed by: Nasser O Qadri, MD on 12/2/2014 10:02 PM | | |
| Study Status: | Final | | |

Narrative:
```
INDICATION:
Line placement.

TECHNIQUE:
Single view chest.

FINDINGS:
Right arm PICC line catheter has been placed.   The tip is about 5 cm beyond the
cavoatrial junction.  The heart and lungs
appear otherwise stable.
```

Impression:
```
IMPRESSION:
PICC line catheter tip is about 5 cm beyond the cavoatrial junction.
```
Accession#
Type               Source                Collected By
                                          PACSRAD04 12/02/14 1849

Resulted: 12/02/14 2309, Result status: Final result

**IR FILTER PLACEMENT IVC [88473323]**

| Ordering provider: | Martin L Blank, MD  12/01/14 1248 | Order status: | Completed |
|---|---|---|---|
| Resulted by: | Chirdeep Bhutani, MD | Performed: | 12/01/14 1718 - 12/01/14 1812 |
| Resulting lab: | POWERSCRIBE | Result details | |
| Electronically Signed By: | Signed by: Chirdeep Bhutani, MD on 12/2/2014 11:09 PM | | |
| Study Status: | Final | | |

Narrative:
```
Clinical Indication:
History of MVA and pelvic fractures, prophylactic retrievable filter placement is
```



| | | |
|---|---|---|
| **Covenant** HealthCare | E HEALTH INFO MGMT<br>Encounter Report | BRANDTBEYER,TANNA M<br>MRN: 18-03-23<br>DOB: 2/8/1977, Sex: F<br>Adm: 11/27/2014, D/C: 12/9/2014 |

## Imaging - Imaging Results (continued)

Resulted: 12/02/14 2309, Result status: Final result

**IR FILTER PLACEMENT IVC [88473323] (continued)**
requested.

PROCEDURE:
1. Nonselective catheterization of the inferior vena cava and nonselective inferior venacavogram.
2. Placement of infrarenal retrievable Celect inferior vena cava filter.

FLUOROSCOPY TIME:
6.0 minutes.

TECHNIQUE:
Consent for the procedure was obtained as per hospital protocol. The patient was brought to the special procedures suite and
placed in the supine position on the table. The procedure was performed using maximum sterile technique. Hands were washed
using Triseptin ( Ethyl alcohol 70%). Hat, mask and sterile gown were worn. The patient was draped with a large sterile
sheet. The groin access was not used as patient was in a lot of pain from the pelvic fractures. The right neck was scanned,
right internal jugular vein was found to be patent and compressible. Using micropuncture technique and direct ultrasound
guidance after giving local anesthesia with 1% lidocaine, access was obtained into the right internal jugular vein. The
micropuncture catheter was exchanged over a 0.035 J wire for a marked pigtail catheter. The 5 French marker pigtail was
positioned in the inferior vena cava. A digital subtraction inferior venacavogram was performed. The catheter was exchanged
over the wire for the deployment sheath of Celect inferior vena cava filter. The filter was deployed in the infrarenal
inferior vena cava. Another run was performed through the sheath. The filter was deployed in the distal infrarenal IVC as
proximal infrarenal IVC was somewhat prominent in caliber. Also there was persistent angulation and tilt to the IVC filter which did not correct despite resheathed the filter and using the angled catheter to straighten out the filter. The sheath
was removed and hemostasis was achieved using manual compression. The patient was discharged back to the floor without
adverse event.

FINDINGS:
Initial sonography confirms patency of the right internal jugular vein. Inferior venacavogram shows normal inferior vena cava
anatomy with somewhat hyperdynamic flow. There is normal bilateral common iliac vein inflow. There is normal single renal
vein inflow bilaterally. There is slightly prominent caliber of the immediate infrarenal IVC, measured at about 26 mm. The
filter was deployed in the distal infrarenal IVC where the caliber measured about 23 to 24 mm. There is persistent angulation to the filter with hook towards the right caval wall.



| E HEALTH INFO MGMT | BRANDTBEYER, TANNA M |
|---|---|
| Encounter Report | MRN: 18-03-23 |
| | DOB: 2/8/1977, Sex: F |
| | Adm: 11/27/2014, D/C: 12/9/2014 |

## Imaging - Imaging Results (continued)

**IR FILTER PLACEMENT IVC [88473323] (continued)**   Resulted: 12/02/14 2309, Result status: Final result

Impression:
IMPRESSION:
1. Normal inferior venacavogram without caval anomalies.
2. Successful deployment of a Celect retrievable IVC filter in the distal infrarenal IVC. This filter should be retrieved
immediately after the indication for IVC filter is no longer present. The success of retrieval decreases over time. These
findings were also discussed with the patient. Overall the filter can be retrieved for up to 9 to 12 months after placement.

Accession#

| Type | Source | Collected By |
|---|---|---|
| | | PACSRAD06 12/01/14 1813 |

**XR CHEST 1V CRITICAL CARE [88556799]**   Resulted: 12/03/14 0140, Result status: Final result

| Ordering provider: | Martin L Blank, MD  12/03/14 0104 | Order status: | Completed |
|---|---|---|---|
| Resulted by: | Gopi Nallani, MD | Performed: | 12/03/14 0120 - 12/03/14 0125 |
| Resulting lab: | POWERSCRIBE | Result details | |
| Electronically Signed By: | Signed by: Gopi Nallani, MD on 12/3/2014  1:40 AM | | |
| Study Status: | Final | | |

Narrative:
INDICATION:
Check PICC line.

TECHNIQUE:
Portable chest.

FINDINGS:
The pericardial silhouette appears prominent. No infiltrate, congestion or pleural effusion is seen. No pneumothorax is seen.
The tip of the right arm PICC line is in the superior vena cava.

SUMMARY
No acute chest abnormality is seen.

Accession#

| Type | Source | Collected By |
|---|---|---|
| | | PACSRAD04 12/03/14 0135 |

**CT HEAD W/O CONTRAST [88556807]**   Resulted: 12/03/14 1235, Result status: Final result

| Ordering provider: | Christopher J Pfeiffer, PA  12/03/14 1151 | Order status: | Completed |
|---|---|---|---|
| Resulted by: | Sanjay J Talati, MD | Performed: | 12/03/14 1213 - 12/03/14 1224 |
| Resulting lab: | POWERSCRIBE | Result details | |
| Electronically Signed By: | Signed by: Sanjay J Talati, MD on 12/3/2014 12:35 PM | | |
| Study Status: | Final | | |

Narrative:

000058