UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates Only to the Following Cases:

1:17-cv-4425 Tanna Brandt-Beyer
1:18-cv-02764 Ernie Dominguez
1:18-cv-2309 Christopher Galvez
1:19-cv-538 Arthur Pace
1:19-cv-00523 Conchita Street

**EXHIBIT B – Ernie Dominguez**

| | |
|---|---|
| From: | Alexander Pham |
| To: | "CookFilterMDL@FaegreBD.com"; "plaintiffscoleadcounselmdl@gmail.com" |
| Subject: | Cook Categorization Form - DOMINGUEZ v. COOK INCORPORATED et al - 1:18-cv-02764-RLY-TAB |
| Date: | Wednesday, December 19, 2018 3:23:40 PM |
| Attachments: | Dominguez, Ernie - Cook Categorization Form [257364].pdf |
| | image001.png |
| | image002.png |

Please find attached Ernie Dominguez's Cook Categorization Form and supporting medical records for 1:18-cv-02764-RLY-TAB

**ALEXANDER PHAM | Attorney**

Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Direct (713) 600-8948 | Fax (713) 583-9460
APham@johnsonlawgroup.com | www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged. This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.

## Categorization Form

A.  Plaintiff's Name:  Ernie Dominguez

B.  Plaintiff's Case Number:  1:18-cv-02764-RLY-TAB

C.  Plaintiff's Counsel (Lead Firm Name): Johnson Law Group

D.  Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☐

    Briefly describe claimed complication/outcome/injury:_____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Check here for Category 5: ☐

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☒. **Circle all sub-categories that apply below**:

   ☐ (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   ☐ (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   ☒ (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   <u>Solitary fractured IVC filter strut. Abdominal pain.</u>_____

   ☒ (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   <u>Above level of renal veins. Abdominal Pain, back and leg pain, and swelling.</u>_____

   ☒ (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

   Briefly describe claim of symptomatic injury: <u>IVC filter leg perforated through IVC lumen and inferior vena cava filter slightly tilted on its long axis. Abdominal pain.</u>_____

2

☐ (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

☒ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: Thrombus along the superior tip of the filter.

☐ (h) infection;

Briefly describe claim of symptomatic injury:_____

☐ (i) bleeding;

Briefly describe claim of symptomatic injury:_____

☐ (j) death; and

Briefly describe claim of symptomatic injury:_____

☐ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Basil Adham

Plaintiff's Counsel's Firm: Johnson Law Group

Plaintiff's Counsel's Signature: *[signature]*

ALVARADO HOSPITAL MEDICAL CENTER
6655 Alvarado Road, San Diego, CA - 92120
Ph: (619)287-3270

Patient Name : DOMINGUEZ ERNIE    DOB : --    SEX :
Account# : 21810395    MR# : 417377    Report : RAD
Dictating Dr : GLENN TSUKADA

ACCESSION NUMBER:   614619

PROCEDURE: CT   7270 CT ABD/PEL W CONTRAST

CPT Code: 74177

INDICATION: \ pain

COMPARISON:

TECHNIQUE:  After obtaining the patient's consent, CT images were created with non-ionic intravenous contrast material.

FINDINGS:

LIVER:  Fatty infiltration without a mass

BILIARY:   Normal.
PANCREAS:   Normal.

SPLEEN:   Normal.

KIDNEYS:   Normal.

ADRENALS:   Normal.

AORTA/VASCULAR:  An IVC filter is present but with its tip above the level of the renal veins. There is also a 1 cm focus of probable thrombus along the superior tip of the filter. The proximal legs of the filter also appear to extend external to the lumen of the inferior vena cava.

Aorta is unremarkable.

RETROPERITONEUM:   Normal.

BOWEL/MESENTERY:  No inflammation or obstruction. Small hiatal hernia.

DOMINGUEZ, ERNIE                              417377                    21810395

ABDOMINAL WALL:   Normal.

PELVIC NODES:   Normal.

PELVIC ORGANS:   Normal for age.

BONES:   Normal for age.
LUNG BASES:   Normal.

OTHER:   Negative.

IMPRESSION:

1. Thrombus around the superior tip of the IVC filter as described above.

2. Fatty liver.

Electronically Signed By: GLENN, TSUKADA

Date & Time 2012-03-05 0826

DOMINGUEZ, ERNIE                                           417377                    21810395

**UC San Diego Health**

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

DOMINGUEZ, ERNIE
MRN: 14450753
DOB: 7/23/1963, Sex: M
Enc Date: 09/17/09

**Results (continued)**

interval change.

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 09/17/09 1219 |

**Results**

Resulted: 10/16/09 1343, Result status: Final result

X-RAY CHEST [21652130]

Performed:      10/16/09 1032 - 10/16/09 1032      Resulting lab:   RADIOLOGY
Narrative:

COMPARISON EXAMINATION:
7/8/09

CLINICAL HISTORY:
Evaluate for consolidation.

FINDINGS/IMPRESSION:
1. Again demonstrated is pedicle screw fixation T5-8 at each level on the right side and skipping the T6 level on the left side. There is loss of height of T6 and T7 as well as little bit of loss of height of T5. This appears stable.

2. Prior internal fixation of left clavicle with a malleable plate and screws.

3. Stable prior left posterior rib trauma.

4. Normal cardiomediastinal silhouette and pulmonary vessels.

5. Clear and well-expanded lungs with no pleural abnormality.

6. ==Again demonstration of an inferior vena cava filter slightly tilted on its long axis.==

7. No significant interval change. No acute cardiopulmonary disease.

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 10/16/09 1032 |

**Results**

Resulted: 01/19/10 1514, Result status: Final result

X-RAY KNEE LEFT SIDE [23292917]

Performed:      01/19/10 1358 - 01/19/10 1358      Resulting lab:   RADIOLOGY
Narrative:

History: Right knee pain.

Comparison: Knee films obtained 05/18/09 to 09/17/09.

Technique: Two views of the right knee were obtained.


**UC San Diego Health**

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

DOMINGUEZ,ERNIE
MRN: 14450753
DOB: 7/23/1963, Sex: M
Enc Date: 06/24/10

**Results (continued)**

TECHNIQUE:
Multiple helical images were obtained through the abdomen and pelvis following the uneventful administration of 100 ml Omnipaque 350 intravenous contrast.

Delayed images in the excretory phase through the kidneys and proximal ureters were also obtained.
Oral contrast was ingested.

FOV 359

FINDINGS CT ABDOMEN:

Limited evaluation of the lung bases demonstrates minimal right basal atelectasis.

The liver demonstrates homogeneous enhancement. There is no evidence of intra- or extrahepatic biliary dilatation. The portal veins are patent.

There are no radiopaque gallstones; the gallbladder wall is not thickened.

The pancreas and spleen enhance homogeneously.
The adrenal glands are morphologically unremarkable.

The kidneys demonstrate symmetric nephrogram and excretion.
No renal or ureteral calculi are present. There is no evidence of hydronephrosis.

The abdominal aorta and IVC are patent. IVC filter. The top of the filter is at the superior endplate of L1.

No enlarged mesenteric or retroperitoneal lymph nodes.

There is no free intraperitoneal abdominal fluid.

FINDINGS CT PELVIS:

The large bowel is not dilated. The small bowel is not dilated. The appendix is normal.

The bladder is grossly unremarkable.

There is no free fluid within the pelvis. The pelvic organs are grossly unremarkable.

Evaluation of the osseous structures reveals no acute abnormality.   Mild degenerative disk disease.IMPRESSION: CT scan with IV contrast

1.IVC filter. The top of the filter is at the superior endplate of L1, slightly above the level of the renal veins, slightly higher than ideally desired. Otherwise unremarkable CT scan of the abdomen and pelvis with IV contrast.

I have reviewed the images and agree with the resident's interpretation.

**UC San Diego Health**

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

DOMINGUEZ, ERNIE
MRN: 14450753
DOB: 7/23/1963, Sex: M
Enc Date: 03/07/11

## Results (continued)

Technique: AP and lateral views of the right knee

Findings: There are extensive postsurgical changes in the right knee, overall exhibiting no significant interval change. Lateral plate and screw fixation of the proximal fibula remains in stable alignment with complete healing of the proximal fibular fracture. There is a long transversely oriented screw with a washer through the proximal tibia in stable alignment. There are a total of 8 short screws oriented circumferentially about the proximal tibial metaphysis, presumably for tendon ligament repair. Visualized hardware are stable in alignment with no evidence of peri-hardware lucency to suggest acute complications.

Re-demonstrated is a well corticated Segond fracture fragment. An additional fracture fragment along the medial aspect of the medial tibial plateau is also stable. There are hypertrophic changes in the intercondylar notch along the course the anterior cruciate ligament, possibly reflective of prior ACL avulsion. A prominent Parson's knob is noted. There is no evidence of acute fracture or dislocation. A small joint effusion is present.

Impression:

Stable radiographs of the postoperative right knee with no evidence of hardware complications, with evidence of prior fractures involving the medial and lateral tibial plateau and prior ACL avulsion.

Specimen Information

| Type | Source | Collected On |
|---|---|---|
|  |  | 03/07/11 1007 |

## Results

Resulted: 05/17/14 0953, Result status: Final result

X-RAY ABDOMEN COMPLETE W/CHEST 1 VIEW [81141779]

Ordering provider: Bowers, Owen Joseph, MD
05/17/14 0118
Resulting lab:       RADIOLOGY
Narrative:

Performed:   05/17/14 0124 - 05/17/14 0124

EXAM DESCRIPTION:
ABDOMEN COMPLETE W/CHEST 1 VIEW

CLINICAL HISTORY:
Abdominal pain

TECHNIQUE:
Upright and supine anterior posterior views of the abdomen. AP view of the chest.

COMPARISON:
CT exam of the abdomen dated 6/24/2010

FINDINGS:
A normal bowel gas distribution with no evidence of obstruction is seen. No abnormal intra-abdominal calcifications are recognized. No evidence of free air or free intra-abdominal fluid is present. No acute cardiopulmonary process. Solitary fractured IVC filter strut. Partially visualized sclerotic

Page 135

000135

**UC San Diego Health**

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

DOMINGUEZ,ERNIE
MRN: 14450753
DOB: 7/23/1963, Sex: M
Adm: 5/16/2014, D/C: 5/17/2014

**Results (continued)**

lesion in the proximal right femur, stable compared to CT exam dated 6/24/2010. Plate and screws noted along the left clavicle.

IMPRESSION:
1. Nonobstructive bowel gas pattern.
2. No evidence of extraluminal free air.
3. Fractured IVC filter strut.
Findings discussed on 5/17/2014 @ 2:12 AM by Dr Meisinger with Dr Bowers.

CONCURRENT SUPERVISION:
I have reviewed the images and agree with the resident interpretation.

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
|      |        | 05/17/14 0124 |

**Results**

Resulted: 10/23/14 1223, Result status: Final result

X-RAY KNEE 1 OR 2 VIEWS - RIGHT [89643486]

Ordering provider: Johnson, Mary Elizabeth, MD
10/22/14 2233
Resulting lab: RADIOLOGY
Narrative:

Performed:  10/22/14 2233 - 10/22/14 2233

EXAM DESCRIPTION:
KNEE 1 OR 2 VIEWS - RIGHT

CLINICAL HISTORY:
Medial knee pain with history of prior fracture and hardware.

TECHNIQUE:
Three views of the right knee.

COMPARISON:
Radiograph of right knee from 3/7/2011 and multiple exams from February 2009.

FINDINGS:
Status post ORIF of the proximal fibula and screw placement in the tibial plateau. There are multiple short screws also identified in the proximal tibial metaphysis. Surgical hardware is intact. There is no acute fracture or subluxation present.

There is a well corticated Segond fracture, also seen on previous examination. There is a stable linear ossification at the medial aspect of the medial tibial plateau, which may be secondary to prior trauma or dystrophic in nature.

There is moderate osteoarthrosis identified in the lateral femorotibial and patellofemoral compartments of the knee. There are enthesopathic changes at the patella tendon.

There is a small suprapatellar effusion.

IMPRESSION:
1. Status post multiple ligamentous reconstruction/ORIF of the proximal fibula

Page 136

000136

| UC San Diego Health | 200 W. Arbor Dr.<br>UC San Diego Health<br>San Diego CA 92103 | DOMINGUEZ,ERNIE<br>MRN: 14450753<br>DOB: 7/23/1963, Sex: M<br>Enc Date: 07/14/09 |
|---|---|---|

**Op Note signed by Afra, Robert, MD at 08/06/09 1629 (continued)**
AAI/r10    0794908.MC

Primary Care Physician:
NO PCP PER PATIENT
UNKNOWN CMS CLINIC

cc:

Electronically signed by Indresano, Andrew Albert, MD at 08/06/09 1629

**Admission/Discharge Information**

| Admission Date | Discharge Date |
|---|---|
| -- | -- |

**H&P signed by Gilpatrick, Donna Marie, NP at 10/22/09 1447**

Author: Gilpatrick, Donna Marie, NP    Service: (none)    Author Type: Nurse Practitioner
Filed: 10/22/09 1448    Encounter Date: 10/16/2009    Status: Signed
Editor: Gilpatrick, Donna Marie, NP (Nurse Practitioner)

Dictating Practitioner: Donna M. Gilpatrick, N.P.

Staff Physician: William R. Taylor, M.D.

Date of Admission: 10/16/2009


PREOPERATIVE HISTORY AND PHYSICAL

IDENTIFICATION: The patient is a 46-year-old male presently not able to work.

CHIEF COMPLAINT: Back and leg pain, but for this surgery, the chief complaint is back pain.

PAIN ASSESSMENT: 5/10.

HISTORY OF PRESENT ILLNESS: The patient is preop for removal of thoracic instrumentation and exploration of fusion at T4-5. The patient is a 46-year-old male, who was admitted to UCSD as a trauma in February 2009 after he was a pedestrian struck by an automobile. He suffered multiple fractures including a left clavicle fracture, left rib fractures, left hemopneumothorax, right knee dislocation, right tibial plateau avulsion fracture, T6-7 vertebral body fracture C7, T1 and T3-T7 transverse process fractures. During his hospital stay, he also was treated for acute blood loss anemia and he was ruled out for a closed head injury as well as ruled out for DVT. He did also suffer right tibial fracture, right meniscus tear, and right medial collateral ligament tear. At the present time he is at home. He is able to ambulate, but continues to have difficulty ambulating due to his right leg injuries. He also is experiencing back pain with some reports of being able to feel the instrumentation through his skin. He has no new neurologic complaints. However, he does have residual decreased

| UC San Diego Health | 200 W. Arbor Dr.<br>UC San Diego Health<br>San Diego CA 92103 | DOMINGUEZ,ERNIE<br>MRN: 14450753<br>DOB: 7/23/1963, Sex: M<br>Enc Date: 10/19/09 |
|---|---|---|

**Op Note signed by Taylor, William Russell, MD at 11/04/09 1313  (continued)**
cc:

Electronically signed by Taylor, William Russell, MD at 11/04/09 1313

### Admission/Discharge Information

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 10/03/2015 | 10/04/2015 | Routine Discharge |

**H&P by Huang, Bryan J., MD at 10/03/15 1711**

Author:  Huang, Bryan J., MD         Service:  General Medicine         Author Type: Attending Physician
Filed:   10/03/15 1857                Date of Service:  10/03/15 1711    Status:  Addendum
Editor:  Huang, Bryan J., MD (Attending Physician)
Related Notes:   Original Note by Chung, Sandra Arie, MD (External) filed at 10/03/15 1848

### Admission History and Physical
**Attending MD:** Bryan Huang, MD

**Chief Complaint:** RLE pain

**History of Present Illness:**
52 year old homeless male with a history of HTN, MVA s/p IVC filter, multiple orthopedic surgeries, recently in ED after altercation with trauma to head and R leg, who presents with 1 day of worsening RLE pain and redness.

Pt reports worsening pain in his right leg. Had 1 episode of emesis a few days ago and diarrhea for the past couple days, nonbloody. No fevers/chills, +HA and jaw pain over where he was hit previously. No lightheadedness, no SOB, no CP.

Recent admissions:
9/26 Visit to ED for head/R leg trauma in altercation - no fx found, neg CT head, sent out on naproxen

ED Course: on presentation, pt was tachy to 109 but otherwise afebrile with normal VS. He was given dilaudid 1mg, zosyn/vanco x1, 1L NS bolus.

**Past Medical and Surgical History:**
**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Presence of IVC filter | |
| • Hypertension | |

Multiple orthopedic surgeries including R knee surgery

**Home Medications**
Gabapentin 300mg BID
Naproxen 500mg BID prn

**Allergies:**
No Known Allergies

**Family History:** noncontributory

Page 188

000188

| UC San Diego Health | 200 W. Arbor Dr.<br>UC San Diego Health<br>San Diego CA 92103 | DOMINGUEZ,ERNIE<br>MRN: 14450753<br>DOB: 7/23/1963, Sex: M<br>Adm: 10/3/2015, D/C: 10/4/2015 |
|---|---|---|

**H&P by Huang, Bryan J., MD at 10/03/15 1711 (continued)**

loss otherwise.
- Trend CBC

**# Pancytopenia:** mildly leukopenic, thrombocytopenic, and now anemia. May be 2/2 BM suppression from chronic EtOH use.
- trend for now

**# Polysubstance abuse:** hx of EtOH and marijuana use. Chart review shows prior meth use? Does not appear to be withdrawing from EtOH currently and no hx of prior withdrawal.
- Utox
- SW consult

**# Homelessness:** SW consult

**FEN:** regular
**Ppx:** lovenox
**Code Status:** FC/FC

**Dispo:** d/c once medically stable. SW consult for d/c planning, homelessness resources.

This patient was seen and discussed with attending Dr. Bryan Huang, who agrees with the assessment and plan.

Sandra Chung, MD
Internal Medicine PGY-1

ATTENDING HISTORY AND PHYSICAL ATTESTATION

Subjective

Chief complaint:  RLE pain/swelling

History of present illness:  52 yo M who came to the ED 7d ago after assault when he was kicked in leg and head.  He had 2 hematomas on the R shin per the ED notes at that time.  He presents with increasing RLE pain/swelling/erythema.  He has had several surgeries on the RLE previously due to MVA in 2009.

See resident history and physical for further details of the patient's history.

Objective

I have examined the patient and concur with the resident exam.

Assessment and Plan

I agree with the resident care plan.

# RLE erythema/pain/swelling - has been seen by ortho in the ED and they recommended bedside I&D, which we will ask ortho to do.  The possibilities include cellulitis, abscess, or uninfected hematoma - an I&D would be helpful to distinguish.  He has no leukocytosis or fever and normal ESR/CRP.  Will treat with vancomycin for now.  CT RLE for further evaluation.