UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

1:17-cv-4425 Tanna Brandt-Beyer
1:18-cv-02764 Ernie Dominguez
1:18-cv-2309 Christopher Galvez
1:19-cv-538 Arthur Pace
1:19-cv-00523 Conchita Street

**EXHIBIT C – Christopher Galvez**

## Analisa Del Pozo

| | |
|---|---|
| From: | Analisa Del Pozo |
| Sent: | Wednesday, September 26, 2018 2:46 PM |
| To: | Danner, Michelle R. |
| Cc: | Symons, Rochelle R.; Angelino, Blake A.; Hagan, Krisann; Hilker, Cami M. |
| Subject: | Stipulation of Dismissal for Review - Christopher Galvez 1:18-cv-2309 |
| Attachments: | Galvez, Christopher - Stipulation of Dismissal [291380].docx |

Hi All – I am sorry for including so many of you in this email, but I wasn't sure who could assist me.

In response to your September 20, 2018 correspondence, I have attached a stipulation of dismissal for Mr. Christopher Galvez for your review. Please signed the dismissal or let us know if it is okay to add Mr. Schlafer's signature and we will file with the court.

Kind Regards,
Analisa



**Analisa Del Pozo | Attorney**
Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (713) 583-9460
adelpozo@johnsonlawgroup.com | www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged. This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Christopher Galvez

Civil Case No. 1:18-cv-2309-RLY-TAB

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF**
**ALL CLAIMS OF CHRISTOPHER GALVEZ**

Come now, Plaintiff Christopher Galvez and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiff Christopher Galvez in this action against Defendants Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Basil E. Adham
Basil E. Adham
JOHNSON LAW GROUP
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com
ATTORNEY FOR PLAINTIFF

```
                              John T. Schlafer
                              FAEGRE BAKER DANIELS LLP
                              300 N. Meridian St., #2700
                              Indianapolis, IN 46204
                              (317) 237-8274

                              ATTORNEY FOR DEFENDANTS
```

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

```
                              /s/ Basil E. Adham
                              Basil E. Adham
```