UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

1:17-cv-4425 Tanna Brandt-Beyer
1:18-cv-02764 Ernie Dominguez
1:18-cv-2309 Christopher Galvez
1:19-cv-538 Arthur Pace
1:19-cv-00523 Conchita Street

**ORDER DENYING MOTION TO DISMISS TANNA BRANDT-BEYER, ERNIE DOMINGUEZ, CHRISTOPHER GALVEZ, ARTHUR PACE, AND CONCHITA STREET TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

ON THIS DAY the Court considered Defendants' Motion to Dismiss Tanna Brandt-Beyer, Ernie Dominguez, Christopher Galvez, Arthur Pace, and Conchita Street Without Prejudice Pursuant to the Court's Case Categorization Order. After considering said Motion and the Response of Tanna Brandt-Beyer, Ernie Dominguez, Christopher Galvez, Arthur Pace, and Conchita Street thereto, the Court is of the opinion said Motion is not well-taken. The Court therefore, DENIES Defendants' Motion to Dismiss Tanna Brandt-Beyer, Ernie Dominguez, Christopher Galvez, Arthur Pace, and Conchita Street Without Prejudice Pursuant to the Court's Case Categorization Order.

SIGNED _____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana