# EXHIBIT 1

**Justin Campain**

| | |
|---|---|
| **From:** | Justin Campain |
| **Sent:** | Friday, February 15, 2019 8:37 AM |
| **To:** | Cook Filter MDL; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Peter Goss |
| **Subject:** | Case Categorization Form - Mary Thomas |
| **Attachments:** | Case Categorization Form - Thomas.pdf |

Counsel:

Attached are the Case Categorization Forms for the above referenced client pursuant to the CMO.

**THE GOSS LAW FIRM, P.C.**

**1501 Westport Road**
**Kansas City, MO 64111**
**Local 816-527-8658**
**Facsimile 816-336-1310**

1