# EXHIBIT A

## CONFIDENTIAL INFORMATION REDACTED PURSUANT TO F.R.C.P. 5.2(A)

# Hartford Hospital

80 Seymour Street, P.O. Box 5037, Hartford, CT 06102-5037

## Patient Results
All results - Performed since 09/10/2012

| | | | | |
|---|---|---|---|---|
| STANLEY, BONNIE | 025 GI - HH | | F | Vignati, Paul V |
| CLS | | DOB: ██/██/1956 | | ██████ / ██████2334 |

**05/24/2013 09:12   ABDOMINAL AORTOGRAPHY CL -H                                           Final Results**

ABDOMINAL AORTOGRAPHY CL -H                                                              Final

VS Abdominal Aortogram
***** Verified ***** Verified ***** Verified ***** Verified ***** Verified *****
Diagnosis: Retained IVC foreign body (IVC filter), history of heparin induced thrombocytopenia and left iliofemoral DVTs

Procedures performed:

1. Catheterization of infra-renal vena-cava with venogram
2. Catheterization bilateral iliac veins with selective pelvic venograms

Operators: Mohiuddin Cheema and Saadi Siddique

Access: Right IJ 5 French

Contrast used: 35 cc of Visipaque

Indications:

57-year-old female with history of multiple previous abdominal surgeries and history of HIT. Patient has had previous left ileofemoral DVT and small PEs in the past for which she is on anticoagulation. She had an IVC filter placed to protect against PE. She has recovered from all her surgeries. She now presents for venogram and attempt for retrieval of previously-placed temporary (Celect by Cook medical) IVC filter to avoid long term risks from this IVC filter. Risk benefits and alternatives of the retrieval were discussed and consent was obtained prior to the procedure.

Procedure:

Patient was brought to Cath Lab in supine position and given IV sedation which was monitored under my supervision for an hour. Right groin and right neck area were prepped and draped in standard sterile fashion and time out was observed per standard guidelines. Patient received IV Ancef for prophylaxis. Right IJ area was inspected with ultrasound and infiltrated with 2% lidocaine for anesthesia. Right IJ was punctured with micropuncture access kit and upsized to a 5 French introducer. Glidewire was advanced into infrarenal vena cava and a flush catheter was placed in the vena-cava below the IVC filter. IVC cavogram was performed in several oblique projections which revealed a small amount of thrombus within the dome of the IVC filter. There was good flow around the filter. We then selectively cannulated right and left iliac veins and confirmed that the right iliac vein is widely patent with no evidence of any thrombus. On the left side, the iliac vein is occluded but there is collateral filling of the left deep pelvic vein and left hypogastric vein which in turn fills the IVC. There is no evidence of any loose thrombus in any of the venous segments. Decision was made not to retrieve this filter at this point given small amount of thrombus stuck in the filter. All catheters were removed and manual pressure was used for hemostasis. Patient will be followed in 6 to 8 weeks with repeat Duplex evaluation and discussion about retrieval of this IVC in another setting.

Findings:

Widely patent right external iliac and common iliac veins with central flow. Occlusion of left iliofemoral vein with large collaterals draining left hypogastric vein into left common iliac vein. IVC is widely patent. There is no evidence of any loose thrombus in the vena cava. There is a small amount of thrombus visualized within the dome of the previously placed Celect IVC filter. There is decent flow around this filter and thrombus. The filter is centrally aligned below the renal veins. Bilateral renal veins and suprarenal vena cava appear widely patent. Given above findings, no attempt was made to retrieve the IVC filter. Patient will be brought back for repeat imaging in 6 to 8 weeks and decision can be made at that time whether to retrieve this filter or leave it as permanent filter.

Conclusions and Summary:

Patent IVC. Patent right iliac vein. Chronic occlusion of left iliofemoral vein from previous DVT with collaterals draining the left pelvic cavity and left leg. Small amount of thrombus is seen stuck in the IVC filter but good flow is seen around the struts with no loose thrombus visualized. No attempt was made to retrieve the filter however patient will be re-evaluated for retrieval in 6 to 8 weeks with reimaging.

CC: Jennifer Taylor, APRN

Dictated by: Cheema MD, Mohiuddin
Dictated: 05/24/2013 9:39 am

Electronically Signed by: Cheema MD, Mohiuddin
Verified: 05/24/2013 9:39 am
Transcribed by: MC