# EXHIBIT B

## CONFIDENTIAL INFORMATION REDACTED PURSUANT TO F.R.C.P. 5.2(A)

# Hartford Hospital

80 Seymour Street, P.O. Box 5037, Hartford, CT 06102-5037

## Patient Results

All results - Performed since 09/10/2012

| STANLEY, BONNIE | 025 GI - HH | F | Vignati, Paul V |
|---|---|---|---|
| CLS | DOB: ██/██/1956 | | ████████████2334 |

| 08/05/2013 08:35 | INR (ISTAT) | | Final Results |
|---|---|---|---|
| INR (ISTAT) | 1.8 | | Final |

INR reference intervals: No anticoagulant: 0.8 to 1.2, Standard dose anticoagulant: 2.0 to 3.0, High dose anticoagulant: 2.5 to 3.5.

| 08/05/2013 09:11 | TYPE & SCREEN | | Final Results |
|---|---|---|---|
| ABO/RH TYPE | A NEGATIVE | | Final |
| ANTIBODY SCREEN, GEL | NEGATIVE | | Final |

| 08/05/2013 10:30 | VENO EXTREMITY UNILAT (IR) LEFT -H | | Final Results |
|---|---|---|---|
| VENO EXTREMITY UNILAT (IR) LEFT -H | | | Final |

IR Venography Extremity Unilat Lt
***** Verified ***** Verified ***** Verified ***** Verified ***** Verified *****
Diagnosis: History of a DVT, PE and IVC filter

Procedures:
1. Ultrasound guided right internal jugular vein access (5 french)
2. Ascending inferior venacavogram

Anesthesia: Local with moderate sedation

IV contrast: 30 ml Visipaque

Operators: Parth Shah and Christopher Binnette

Angiographic findings:

Patent inferior vena cava with patent iliac vein confluence. Enlarged thrombus entrapped into the IVC filter and therefore the inferior vena-cava filter was not removed.

Description of the procedure:

Patient is brought into the interventional radiology suite and placed in supine position. Right neck was prepped with chlorhexidine solution and draped in a standard fashion. Using ultrasound guidance right internal jugular vein was accessed after 1% lidocaine injected subcutaneously. The internal jugular vein was accessed with micropuncture needle using Seldinger technique. Then the microwire was advanced and access was secured using a microsheath over a Bentson wire using a 5 French bright tip sheath. Then using an angle tip Glidewire and angled glide catheter, the Glidewire was detected into the inferior vena cava and over the Glidewire a Omni Flush catheter was advanced and parked into the right common iliac vein. Then using power injection, ascending vena cavogram was performed. This shows thrombus entrapment into the IVC filter. This was confirmed with multiple ascending venography in right anterior and left anterior oblique projections. This confirms a significant clot entrapped into the IVC filter. Therefore the decision was made to leave the filter permanently for this patient.

At this point, over a Glidewire, the Omni Flush catheter was removed and a 5 French sheath was removed from the right neck. Manual pressure was held for 10 minutes. Hemostasis was achieved.

Dictated by: Shah MD, Parth S
Dictated: 08/05/2013 2:52 pm

Electronically Signed by: Shah MD, Parth S
Verified: 08/05/2013 2:52 pm
Transcribed by: PSS

---

| Requested By: Scott, Meda (HIM) | Printed from: HIM ROI C #5 |
|---|---|
| 07/08/2017 10:14 | Page: 43 |