# EXHIBIT C

Print | Close Window

Subject: [FWD: RE: Cook IVC MDL Filter call Thursday 02/01/18 at 4pm EST]
From: mwalsh@walshwoodard.com
Date: Tue, Jan 30, 2018 2:14 pm
To: "Melissa Curran" <mcurran@walshwoodard.com>
Attach: bottom.letterhead

Michael J. Walsh
Walsh Woodard LLC

527 Prospect Avenue
West Hartford, CT 06105
(860)549-8440/ F:(860)549-8443

Board Certified Civil Trial Specialist, Nat'l Board of Trial Advocacy
mwalsh@walshwoodard.com
walshwoodard.com

-------- Original Message --------
Subject: RE: Cook IVC MDL Filter call Thursday 02/01/18 at 4pm EST
From: Christina Guerra <cguerra@bencmartin.com>
Date: Tue, January 30, 2018 1:22 pm
To:

[email list redacted]

This email is being sent to all attorneys who have filed cases on behalf of plainttiffs in Cook MDL 2570 In re Cook IVC Filters Sales and Marketing.

On behalf of co-lead counsel Michael Heaviside, David Matthews, and myself, you are invited to attend a plaintiffs' attorney MDL wide conference call that will take place this coming Thursday, February 1st beginning at 4:00 PM EST.

The telephone number for this conference call is 888-296-6828; PIN 9519037.

We will be giving a status update for the Cook IVC filter MDL 2570.

We will also be seeking information from you regarding any cases you have filed that are product in place only. We have been asked by the court to provide information at our next status conference about the product in place cases and in order to properly inform the court we will need to know which product in place cases have been filed by you, if any, and how many have been filed.

For our purposes product in place cases are those that have been filed in the MDL and there is no known injury and no diagnosis of any injury. These would include cases that have not had diagnostic testing that would reveal an IVC filter injury including the signature injuries of migration, perforation, fracture, or embedded filter or other thrombotic injuries related to the IVC filter.

Thus, for instance if your client has thrombotic complications caused by an IVC filter that case is not to be considered a product in place case. If your client has been informed by his or her physician that the risks of retrieving the filter are too great to attempt such a retrieval that should be considered an embedded filter case for these purposes and not a product in place case. A failed attempted retrieval is not a product in place case.

So, if you have Cook Celect or Gunther Tulio product in place cases filed in the MDL please make a list of them by product and plaintiff's name and case number and provide the list by email to the following email addresses no later than Friday February 9th as the status conference co-lead counsel will be attending will be occurring the following week:

Christina Guerra – cguerra@bencmartin.com
Mike Heaviside – mheaviside@hrzlaw.com
David Matthews – dmatthews@thematthewslawfirm.com
Ben Martin – bmartin@bencmartin.com

Thanks. I look forward to the conference call with you this Thursday.

Ben C Martin
Michael Heaviside
David Matthews


Ben C. Martin
Board Certified in Personal Injury Trial Law & Civil Trial Law
by the Texas Board of Legal Specialization
LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 761-6614
(214) 744-7590 (facsimile)
bmartin@bencmartin.com
www.bencmartin.com


WALSH WOODARD LLC