# EXHIBIT D

Print | Close Window

**Subject:** Product-In-Place Cases

**From:** mcurran@walshwoodard.com

**Date:** Mon, Feb 05, 2018 8:15 am

**To:** cguerra@bencmartin.com, mheaviside@hrzlaw.com, dmatthews@thematthewslawfirm.com, bmartin@bencmartin.com

**Cc:** "Mike Walsh" <mwalsh@walshwoodard.com>, "Cathy Culmone" <cculmone@walshwoodard.com>

**Attach:** sigimg0

Counsel:

Pursuant to the January 30, 2018 email request, below is a list of our product-in-place cases.

| Cook Celect® Vena Cava Filter | BONNIE STANLEY | 1:17-cv-1931 |
|---|---|---|
| Cook Celect® Vena Cava Filter | RAYMOND CHYL | 1:16-cv-1811 |
| Günther Tulip® Vena Cava Filter | WILLIAM GLATER | 1:16-cv-2844 |

*Melissa R. Curran*
Paralegal
***Walsh** Woodard LLC*
527 Prospect Avenue
West Hartford, CT 06105
P (860) 549-8440
F (860) 549-8443
www.walshwoodard.com
mcurran@walshwoodard.com



WALSH WOODARD LLC

Copyright © 2003-2019. All rights reserved.