# EXHIBIT E

SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
UNITED STATES DISTRICT COURT

IN RE: COOK MEDICAL, INC.,          )
IVC FILTERS MARKETING, SALES        ) Cause No.
PRACTICES AND LIABILITY             ) 1:14-ML-2570-RLY-TAB
LITIGATION                          ) Indianapolis, Indiana
                                    ) **June 14,** 2018
                                    ) 2:34 p.m.
                                    )

**Before the Honorable**
**RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE

**For Plaintiffs:**                 Ben C. Martin, Esq.
                                    LAW OFFICES OF BEN C. MARTIN
                                    3710 Rawlins St., Suite 1230
                                    Dallas, TX  75219

                                    Joseph N. Williams, Esq.
                                    RILEY WILLIAMS & PIATT, LLC
                                    301 Massachusetts Avenue
                                    Indianapolis, IN  46204

                                    Michael W. Heaviside, Esq.
                                    HEAVISIDE REED ZAIC
                                    910 17th Street NW, Suite 800
                                    Washington, D.C.  20006

For **Defendants:**                  Andrea Roberts Pierson, Esq.
                                     Ryan M. Hurley, Esq.
                                     John T. Schlafer, Esq.
                                     FAEGRE BAKER DANIELS LLP
                                     300 N. Meridian St., Suite 2700
                                     Indianapolis, IN  46204


                                     J. Stephen Bennett, Esq.
                                     FAEGRE BAKER & DANIELS LLP
                                     110 W. Berry Street, Suite 2400
                                     Fort Wayne IN  46802


Court Reporter:                      Margaret A. Techert
                                     United States District Court
                                     101 NW Martin Luther King Blvd.
                                     Evansville, Indiana  47708


            PROCEEDINGS TAKEN BY MACHINE SHORTHAND
        TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION

36

1        MR. WILLIAMS:  Your Honor, what we'll do is --
2   obviously, neither Mr. Martin, Mr. Heaviside and I represent
3   all those cases.  So we will contact those lawyers, we'll give
4   them this list and ask them to screen those cases.
5        THE COURT:  Absolutely.
6        MR. WILLIAMS:  Okay.
7        MR. MARTIN:  I've done a little screening and I can
8   see that there are some cases on here that are, indeed, injury
9   cases.
10       THE COURT:  We'll take a look at those next month
11  then.
12       MR. WILLIAMS:  Yes, Your Honor.
13       THE COURT:  All right.  Next item, scope of rebuttal
14  reports.
15       MS. PIERSON:  Your Honor, I think we can take the
16  next two in turn.  They'll both be really brief.
17       THE COURT:  Okay.
18       MS. PIERSON:  You may recall on the Brand schedule
19  there's a deadline for our party to submit a rebuttal report
20  if they choose to.  We recently extended that deadline to
21  Monday.  In the last week or so we've received two rebuttal
22  reports from the Plaintiff and I think we'll be receiving a
23  third one on Monday.
24       After that, we'll take a look at those.  I think
25  it's quite possible that we'll be filing a motion to strike