**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

HOLLY HICKS KENDRICK
Civil Case No. 1:16-cv-03163-RLY-TAB

BENJAMIN MONROE
Civil Case No. 1:16-cv-03165-RLY-TAB

**PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE MANAGEMENT CATEGORIZATION ORDER**

COME NOW, Plaintiffs HOLLY HICK KENDRICK, and BENJAMIN MONROE, by and through counsel, and respectfully request that this Honorable Court deny Defendants' Motion to Dismiss as to their respective claims.

Plaintiffs' counsel filed a response to Cook's Motion to Dismiss regarding these two Plaintiffs on February 8, 2019, and the Categorization Forms for each Plaintiff was submitted on February 13, 2019. *See* proof of email serve attached hereto as <u>Exhibit 1.</u>  Accordingly, Plaintiffs submit this supplemental Response to inform the Court that Plaintiffs have now complied with their obligation to provide Categorization Forms to Defendants.

Dated: February 15, 2019

Respectfully submitted,

/s/ *Matthew R. Lopez*
Ramon Rossi Lopez

1

Matthew R. Lopez
Amorina P. Lopez
LOPEZ MCHUGH LLP

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Matthew R. Lopez*
Matthew R. Lopez