# Exhibit 1

## Melissa Jones

| | |
|---|---|
| **From:** | Marilyn Wass |
| **Sent:** | Wednesday, February 13, 2019 5:19 PM |
| **To:** | 'cookfilterMDL@faegrebd.com' |
| **Cc:** | 'plaintiffscoleadcounselmdl@gmail.com'; Melissa Jones |
| **Subject:** | RE: Cook - Additional Categorization Forms from Lopez McHugh |
| **Attachments:** | Monroe Benjamin_Cat Form Final-Rev.pdf |

Please use the attached categorization form for Benjamin Moore instead of the one sent with my last email; the pages were ordered incorrectly.

**From:** Marilyn Wass
**Sent:** Wednesday, February 13, 2019 5:16 PM
**To:** 'cookfilterMDL@faegrebd.com' <cookfilterMDL@faegrebd.com>
**Cc:** 'plaintiffscoleadcounselmdl@gmail.com' <plaintiffscoleadcounselmdl@gmail.com>; Melissa Jones <mjones@lopezmchugh.com>
**Subject:** Cook - Additional Categorization Forms from Lopez McHugh

Counsel,

Attached are categorization forms for plaintiffs Benjamin Monroe and Holly Hicks Kendrick. Lopez McHugh just very recently became involved in these cases; our appearance was entered just last Friday, February 8, 2019.

Marilyn B. Wass, CP, CAS
Paralegal Manager
Sr. Certified Paralegal - California Advanced Specialist, Litigation



CALIFORNIA ● PENNSYLVANIA ● NEW JERSEY
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(877) 737-8525 - Toll Free
(949) 812-5773 - Direct Dial
(949) 737-1501 - Telephone
(949) 737-1504 – Facsimile
mwass@LopezMcHugh.com
www.LopezMcHugh.com

 Please consider the environment before printing this email

Privileged and Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.