IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS TAB  MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to:

Plaintiff Clarine Neal
Case no. 1:16-cv-02473-RLY-TAB

### PLAINTIFF' RESPONSE TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

COMES NOW Plaintiff, Clarine Neal, and hereby opposes the Motion to Dismiss filed by Defendants on February 5, 2019 [doc 10063], and respectfully state as follows:

1. On October 2, 2018, the Court entered the Order on the Cook Defendants' Motion for Screening Order and Bellwether Selection Plan [doc 9322] which stated the purpose of the process was to "ensure that pending and future cases allege a cognizable injury and for a plan to select additional cases as bellwethers for trial."

2. On November 21, 2018, the Court entered an order [doc 9638] requiring Plaintiffs with pending cases to categorize their claims, and to complete and serve Categorization Forms to email addresses CookFilterMDL@Faegrebd.com and plaintiffscoleadcounselmdl@gmail.com by December 22, 2018.

3. On January 17, 2019, the Court entered an amended order [doc 9956] advising that all Plaintiffs that have not complied with the Court's order to provide Categorization Forms by January 31, 2019, were subject to having their cases dismissed without prejudice.

4. On February 5, 2019, Cook filed Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order [doc 10063] and requested the dismissal of Plaintiff's case, among many others.

5. Upon review of the Defendants' Motion to Dismiss, Plaintiff's counsel discovered one Plaintiff was listed on Exhibit A (Clarine Neal). Ms. Neal's categorization form was inadvertently not submitted along with the other 200+ categorization forms counsel served on defendants on December 21, 2018.

6. Counsel served the Categorization form (and supporting medical records) on the Defendants on February 11, 2019. See Service Email attached hereto as **Exhibit A**. Had Defendants reached out to Plaintiff's counsel at any point prior to filing the motion to dismiss and advised that no categorization form had been received, Plaintiff's counsel would have provided the completed form immediately.

7. Plaintiff has complied with all case management orders to date. The Defendants have now received this Categorization Form and have suffered no prejudice. To dismiss this case even without prejudice would place an undue burden on and unfairly prejudice the Plaintiff.

8. Plaintiffs' counsel did not intentionally refuse to respond to the Court's Order requiring categorization forms, and upon becoming aware of the needed categorization form immediately complied.

9. Plaintiff would be irreparably harmed if her case was dismissed.

WHEREFORE, Plaintiff moves the Court to deny the Cook Defendants' Motion to Dismiss and for all other just and appropriate relief as it pertains to Plaintiff Clarine Neal; 1:16-cv-02473-RLY-TAB.

Dated: February 17, 2019.

                                              Respectfully submitted,

                                              */s/ William B. Curtis*
                                              William B. Curtis, Esq.
                                              Texas State Bar No. 00783918
                                              **CURTIS LAW GROUP**
                                              12225 Greenville Ave., Suite 750
                                              Dallas, TX  75243
                                              (214) 890-1000 Telephone
                                              (214) 890-1010 Facsimile
                                              bcurtis@curtis-lawgroup.com

                                              **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2019, a copy of the foregoing Plaintiff's Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co- Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *William B. Curtis*
William B. Curtis

Case 1:14-ml-02570-RLY-TAB   Document 10168   Filed 02/17/19   Page 5 of 5 PageID #: 68977