# EXHIBIT A

| | |
|---|---|
| **From:** | Susan Johnson |
| **Sent:** | Monday, February 11, 2019 5:53 PM |
| **To:** | cookfiltermdl@faegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Bill Curtis; Josmary Gomez |
| **Subject:** | RE: IVC Cook MDL 2570: Categorization Form - Curtis Law Group |
| **Attachments:** | Categorization Form - Neal + recs.pdf |

Counsel:

Per CMO 6, attached please find the Categorization Form for Plaintiff Clarine Neal.

I inadvertently failed to include this form on December 21, 2018 while submitting the 200 + Categorization Forms from Curtis Law Group. I apologize for the inconvenience.

Best regards,

SUSAN JOHNSON
LITIGATION PARALEGAL



12225 GREENVILLE AVE. SUITE 750
DALLAS, TX 75243
DIRECT: (214) 890-1012
MAIN: (214) 890-1000
FAX: (214) 890-1010
sjohnson@Curtis-LawGroup.com
www.curtis-lawgroup.com

---

**From:** Susan Johnson
**Sent:** Friday, December 21, 2018 4:54 PM
**To:** cookfiltermdl@faegreBD.com; plaintiffscoleadcounselmdl@gmail.com
**Cc:** Bill Curtis <BCurtis@Curtis-LawGroup.com>; Josmary Gomez <JGomez@Curtis-LawGroup.com>
**Subject:** IVC Cook MDL 2570: Categorization Form - Curtis Law Group

Counsel,

Per CMO 6, attached please find the Categorization Form for the Plaintiffs below:

    Oden, John
    O'Neal, Danny
    Owens, Alaimo
    Owens, Eric
    Owens, Ryan
    Perry, Dolly
    Phillips, April

1

Picou, Joseph
Pritchett, Billy
Puglisi, Robert
Quigley, Jason

Thank you.

SUSAN JOHNSON
LITIGATION PARALEGAL



12225 GREENVILLE AVE. SUITE 750
DALLAS, TX 75243
DIRECT: (214) 890-1012
MAIN: (214) 890-1000
FAX: (214) 890-1010
sjohnson@Curtis-LawGroup.com
www.curtis-lawgroup.com

2