IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Plaintiff Clarine Neal
Case no. 1:16-cv-02473-RLY-TAB

## **ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

On this day the Court considered Plaintiff Clarine Neal's Response to Defendants' Motion to Dismiss Pursuant to the Case Categorization Order. After considering the Motion and the Response of Plaintiff, the Court is of the opinion said Motion should be denied.

Defendants' Motion to Dismiss pertaining to Plaintiff Clarine Neal (1:16-cv-02473-RLY-TAB) is hereby DENIED.

SIGNED this _____ day of February, 2019.

_____
Richard L. Young, Judge Presiding
United States District Court
Southern District of Indiana