# Exhibit A

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:33 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Jason Francis v. Cook Medical 1:18-cv-00936 Categorization Form |
| **Attachments:** | Jason Francis-Categorization Form.pdf; Francis, Jason Lee_IVC_2016.12.13 IMG001.jpg; Francis, Jason_IVC_2016.03.15 IMG001 (Implant).jpg; Francis, Jason Lee_IVC_2016.06.28 IMG001.jpg |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case.  Please let me know if you have any difficulty opening the files.

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:34 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Joann Boze v. Cook Medical 1:17-cv-01268 Categorization Form |
| **Attachments:** | Boze, Joann_IVC_Feb2017_Img01.jpg; Boze, Joann_IVC_Feb2017_Img03.jpg; Boze, Joann_IVC_Feb2017_Img04.jpg; Joann Boze-Categorization Form.pdf |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case. Please let me know if you have any difficulty opening the files.

**Nate Scearcy**

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:37 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Katherine Dulski v. Cook Medical 1:19-cv-00153 Categorization Form |
| **Attachments:** | Katherine Dulski-Categorization Form.pdf; Dulski, Katherine_IVC_2017.01.20 CT IMG002.jpg; Dulski, Katherine_IVC_2017.01.20 CT IMG003.jpg |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case. Please let me know if you have any difficulty opening the files.

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:36 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Kathryn Simons v. Cook Medical 1:18-cv-02366 Categorization Form |
| **Attachments:** | Kathryn Simons-Categorization Form.pdf; Simons, Kathy_IVC_2016.08.10 CT IMG001.jpg; Simons, Kathy_IVC_2016.08.10 CT IMG002.jpg; Simons, Kathy_IVC_2016.08.10 CT IMG003.jpg |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case.  Please let me know if you have any difficulty opening the files.

**Nate Scearcy**

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:39 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Kevin Perry v. Cook Medical 1:18-cv-00619 Categorization Form |
| **Attachments:** | Kevin Perry-Categorization Form.pdf; Perry, Kevin_IVC_2015.03.13 XrayIMG001.jpg |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case. Please let me know if you have any difficulty opening the files.

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:45 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Lorna Hartzog v. Cook Medical 1:17-cv-00018 Categorization Form |
| **Attachments:** | Lorna Hartzog-Categorization Form.pdf; Hartzog, Lorna-2.jpg; Hartzog, Lorna-3.jpg; Hartzog, Lorna-1.jpg |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case.  Please let me know if you have any difficulty opening the files.

1

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:47 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Marlene Johnson v. Cook Medical 1:17-cv-02994 Categorization Form |
| **Attachments:** | Marlene Johnson-Categorization Form.pdf; 359378_1.jpg; Johnson, Marlene_IVC_2016.10.17 CT IMG001.jpg; 359377_1.jpg |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case. Please let me know if you have any difficulty opening the files.

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:48 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Michael Boivin v. Cook Medical 1:18-cv-00431 Categorization Form |
| **Attachments:** | Boivin, Michael_IVC_RAD 2017.11.17 IMG001.jpg; Boivin, Michael_IVC_RAD 2017.11.17 IMG002.jpg; Boivin, Michael_IVC_Medical Records_Lake City VA.pdf; Michael Boivin-Categorization Form.pdf |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case.  Please let me know if you have any difficulty opening the files.

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 5:50 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Nathan Haddad v. Cook Medical 1:17-cv-0069 Categorization Form |
| **Attachments:** | Nathan Haddad-Categorization Form.pdf; Haddad-Report.pdf; Haddad, Nathan_IVC_IVC Filter Records Reduced 1.pdf |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case. Please let me know if you have any difficulty opening the files.

1

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:53 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Nicky Mobley v. Cook Medical 1:19-cv-231 Categorization Form |
| **Attachments:** | Extracted pages from Mobley, Nicky_PSR 3_University of Mississippi Medical Center-Medical.pdf; Nicky Mobley-Categorization Form.pdf |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case. Please let me know if you have any difficulty opening the files.

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:54 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Rick Cervantes v. Cook Medical 1:18-cv-01071 Categorization Form |
| **Attachments:** | Extracted pages from Cervantes, Rick_IVC_Medical Records_Santa Clara Valley Med Ctr.pdf; Rick Cervantes-Categorization Form.pdf |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case.  Please let me know if you have any difficulty opening the files.

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:55 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Ronald Smith v. Cook Medical 1:17-cv-04762 Categorization Form |
| **Attachments:** | Ronald Smith-Categorization Form.pdf; Smith, Ronald_IVC_2017.04.11 IMG001.jpg; Smith, Ronald_IVC_2017.04.11 IMG002.jpg |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case.  Please let me know if you have any difficulty opening the files.

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:22 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Barry Vaughan v. Cook Medical 1:18-cv-01389 Categorization Form |
| **Attachments:** | Barry Vaughan-Categorization Form.pdf; Vaughan, Barry_XRAY.jpg |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case.  Please let me know if you have any difficulty opening the files.

**Nate Scearcy**

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:24 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Bessie Bell v. Cook Medical 1:17-cv-00212 Categorization Form |
| **Attachments:** | Bell, Bessie-3.jpg; Bell, Bessie-4.png; Bell, Bessie-5.png; Bell, Bessie-1.png; Bell, Bessie-2.jpg; Bessie Bell-Categorization Form.pdf |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case. Please let me know if you have any difficulty opening the files.

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:27 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Eric Friend v. Cook Medical 1:18-cv-00370 Categorization Form |
| **Attachments:** | Eric Friend-Categorization Form.pdf; Friend, Eric_IMG001.jpg; Friend, Eric_IMG002.jpg; Friend, Eric_IMG003.jpg |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case.  Please let me know if you have any difficulty opening the files.

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:28 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Faith Farrington v. Cook Medical 1:17-cv-02985 Categorization Form |
| **Attachments:** | Farrington, Faith_IVC_2014.09.22 CT IMG001.jpg; Farrington, Faith_IVC_2014.09.22 CT IMG002.jpg; Farrington, Faith_IVC_2014.09.22 CT IMG003.jpg; Faith Farrington-Categorization Form.pdf |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case. Please let me know if you have any difficulty opening the files.

# Nate Scearcy

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:30 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Helga Crittendon v. Cook Medical 1:17-cv-03055 Categorization Form |
| **Attachments:** | Crittendon, Helga_IVC_2012.07.10 CT Img001.jpg; Crittendon, Helga_IVC_XR 2012.07.10 IMG001.jpg; Crittendon, Helga_IVC_XR 2012.07.10 IMG002.jpg; Helga Crittendon-Categorization Form.pdf |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case.  Please let me know if you have any difficulty opening the files.

**Nate Scearcy**

| | |
|---|---|
| **From:** | Nate Scearcy |
| **Sent:** | Friday, February 15, 2019 4:31 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | James Wright v. Cook Medical 1:18-cv-01514 Categorization Form |
| **Attachments:** | Wright, James_IVC_2013.11.11 IMG003.jpg; Wright, James_IVC_2017.02.28 Removal Img 001.jpg; Wright, James_IVC_Removal report.pdf; James Wright-Categorization Form.pdf; Wright, James_IVC_2013.11.11 IMG001.jpg |

Counsel,

Attached please find the Case Categorization Form and supporting medical record(s) for this case.  Please let me know if you have any difficulty opening t

1