UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., | Case No. 1:14-ml-2570-RLY-TAB |
| IVC FILTERS MARKETING, SALES PRACTICES SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 |
| This Document Relates to Plaintiff: Kelli Tompkins | 1:17-cv-02879-RLY-TAB |

### RESPONSE OF PLAINTIFF, KELLI TOMPKINS, TO DEFENDANTS' AMENDED MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

Plaintiff herein responds that Defendants' Amended Motion to Dismiss Without Prejudice should be denied because:

1. Plaintiff, Kelli Tompkins' case was filed on August 22, 2017. Plaintiff was injured as a result of a defective Cook IVC Filter which was replaced with a Bard IVC Filter.

2. The deadline, in this case was missed due to an oversight in Plaintiff's law firm's data base – when reviewing for "Cook" cases, this case showed up as "Bard." However, when this matter was brought to our attention, via Defendants' Amended Motion, we immediately presented the Defendants with our Order-compliant, categorization documentation, in attached Exhibit A, on February 19, 2019, resulting in no prejudice to Defendants.

3. WHEREFORE, Plaintiff, Kelli Tompkins prays that the Court deny Defendants Amended Motion to dismiss her case and for such other appropriate relief.

RESPECTFULLY SUBMITTED this 19th day of February, 2019.

1

/s/ John T. Kirtley, III
John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/John T. Kirtley, III
John T. Kirtley, III

## Categorization Form

A. Plaintiff's Name: **Kelli Lynn Thompkins**

B. Plaintiff's Case Number: 1:17-cv-02879-RLY-TAB

C. Plaintiff's Counsel (Lead Firm Name): **Ferrer Poirot & Wansbrough**

D. Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: **N/A**

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury: _____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury: _____



EXHIBIT A

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

    Check here for Category 5: ✓

    Briefly describe claimed complication/outcome/injury: Removal took multiple attempts, fractured struts required forceps

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    Check here for Category 6: ✓

    Briefly describe claimed complication/outcome/injury: Perforation of several struts

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    Check here for Category 7: ✓. **Circle all sub-categories that apply below:**

    ☐ IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

    Briefly describe claim of symptomatic injury:

    _____

    ☐ filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

    Briefly describe claim of symptomatic injury:

    _____

    ☑ filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

    Briefly describe claim of symptomatic injury:
    2 struts fractured and had to be removed separately.

    ☐ filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

☑ penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: several struts extended beyond vena cava wall

☑ recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: numerous PEs and DVTs after filter

☐ DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: _____

☐ infection;

Briefly describe claim of symptomatic injury: _____

☐ bleeding;

Briefly describe claim of symptomatic injury: _____

☐ death; and

Briefly describe claim of symptomatic injury: _____

☐ open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: John Kirtley

Plaintiff's Counsel's Firm: Ferrer Poirot & Wansbrough

Plaintiff's Counsel's Signature: /s/ John Kirtley

THOMPKINS,KELLI LYNNOSU WEXNER MEDICAL CENTER

History & Physical Notes (continued)

Shannon T Willis, MD at 2/9/2013  4:00 PM (continued)
femoral, and
popliteal veins.
The mid and distal segments of the left femoral vein and the left calf veins were not visualized due to significant limb edema.

## ASSESSMENT AND PLAN
Kelli L Thompkins is a 42 y.o. female who presents with the following:

1. Recurrent extensive LLE DVT:
- pt on fragmin, has now developed  A thormbolous despite therapy. Thus far she has failed coumadin and Lovenox. Starting on hep gtt, will consult heme  for mx of anticoaguation given patient has failed multiple agents.
- continue hep gtt, currently HDS
- Monitor PTT closely
- pt high risk for bleeding while on IV heparin

2. Lower Back pain: Stable Patient with  Back pain, she has  A long history of  Muscle strain pain,  currently on narcotics and baclofen, continue home medications
3. COPD: controlled, on inhaler therapy- cont home meds
4. OSA: she does not wear Cpap at night despite recommendation,  Will  Hold off for now
5. Morbid Obesity: patient with a BMI of 50, She was  Going to be evaluated  By bariatric surgery  For possible intervention
6. Depression- cont celexa
Full Code
This plan was discussed with Dr.Widman, the attending on call for medicine.
Shannon T Willis, MD


Attending Attestation:
I have personally seen and examined patient with Dr Willis on 2-10-13 and discussed all pertinent findings. I have personally reviewed all available clinical data related to today's encounter, including but not limited to laboratory studies, radiology images and reports, cardiovascular and/or pulmonary diagnostic procedures, and EKG/telemetry tracings. I have been fully involved in formulation of the above-documented assessment and plan and it has been thoroughly discussed with the resident. I have addended the above note where needed. My additional comments are below.

- Ms Tompkins is a 42 year old with underlying undiagnosed hypercoaguability and has failed multiple AC regimens, coming in now with new extensive LLE DVT while on fragmin.  Will initiate heparin gtt.  Verify that pt has IVC filter in place.  Heme consult ( pt of Dr Krauts) for further recs regarding her future AC regimen.  Pt remains HD stable and on RA at this time with only LLE edema and pain.  Plan of care otherwise as above.

J Widman MD
Division of Hospital Medicine
0650


Electronically signed by Joshua J Widman, MD on 2/10/2013  6:31 PM

THOMPKINS,KELLI LYNN █████████  OSU WEXNER MEDICAL CENTER

## History & Physical Notes (continued)

**Kelli Lynn Thompkins**
2/9/2013 11:19 AM  ED to Hosp-Admission
Description: **42 year old female**
Department: **K11E**

### Admission Information

| Attending Provider | Admitting Provider | Admission Type | Admission Date/Time |
|---|---|---|---|
|  | Joshua J Widman, MD | Emergency | 02/09/13 1119 |

| Discharge Date/Time | Hospital Service | Auth/Cert Status | Service Area |
|---|---|---|---|
| 02/19/13 1800 | GEN MED 2 | Incomplete | OSU WEXNER MEDICAL CENTER |

| Unit | Room/Bed | Admission Status | Referring Provider |
|---|---|---|---|
| K11E | 1134/B | Discharged (Confirmed) |  |

### Discharge Summaries

#### Discharge Summaries by Ahmad M Mostafavifar, MD at 2/19/2013 3:13 PM

Author: Ahmad M Mostafavifar, MD     Service: HOSPITALIST     Author Type: Physician
Filed: 2/19/2013 7:56 PM     Date of Service: 2/19/2013 3:13 PM     Status: Signed
Editor: Ahmad M Mostafavifar, MD (Physician)
Related Notes:    Related Note by Kathryn C Zedler, MD (Resident) filed at 2/19/2013 5:33 PM

ATTENDING ATTESTATION:

I have seen and examined the patient today independently of the house staff team and discussed with them all pertinent findings. I have personally reviewed all available clinical data related to today's encounter, including but not limited to laboratory studies, radiology images and reports, cardiovascular and/or pulmonary diagnostic procedures, endoscopy as applicable, outside medical records, and EKG/telemetry tracings. I have been fully involved in formulation of the above-documented assessment and plan, it has been thoroughly discussed with the residents/interns and agree with the resident findings and plan of care as documented in their note with alterations as needed.

Discharge work 35 minutes

   Electronically signed by Ahmad M Mostafavifar, MD on 2/19/2013 7:56 PM

#### Discharge Summaries by Kathryn C Zedler, MD at 2/19/2013 3:13 PM

Author: Kathryn C Zedler, MD     Service: GEN MED - Notes Only     Author Type: Resident
Filed: 2/19/2013 5:33 PM     Date of Service: 2/19/2013 3:13 PM     Status: Signed
Editor: Kathryn C Zedler, MD (Resident)
Related Notes:    Cosigned by Ahmad M Mostafavifar, MD (Physician) filed at 2/19/2013 7:56 PM

### Discharge Summary

MRN: █████
Name: Kelli L Thompkins
Age: **42 y.o.**
Birthday: █████
Admit Date: **2/9/2013 11:19 AM**

THOMPKINS,KELLI LYNN                               OSU WEXNER MEDICAL CENTER

## Discharge Summaries (continued)

### Discharge Summaries by Kathryn C Zedler, MD at 2/19/2013 3:13 PM (continued)

Discharge Date: 2/19/2013
Discharge Time: 4p
Discharge Unit: 11 E Doan

**Admission Information**
Admitting Physician: Joshua J Widman, MD

**Discharge Information**
Discharge Physician: Ahmad Mostafavifar, MD

**Problem List**
Active Hospital Problems

| Diagnosis |
|---|

- DVT, recurrent, lower extremity, acute
- Depressive disorder, not elsewhere classified
- OSA (obstructive sleep apnea)
- Morbid obesity
- COPD (chronic obstructive pulmonary disease)

Resolved Hospital Problems

| Diagnosis | Date Resolved |
|---|---|

No resolved problems to display.

**Brief Summary of Hospital Course for Discharge Summary:**
Dear Doctors,
We recently had the opportunity to care for your patient, Kelli Thompkins, on the general medicine service at the Ohio State University Wexner Medical Center. As you know, Kelli L Thompkins is a 42 y.o. female with a past medical history of COPD, OSA and recurrent DVTS and PEs. She presented to the emergency department on 2/9/13 after a two week history of progressive worsening lower left extremity swelling and 3 days of worsening LLE pain. She did have a lower extremity doppler two weeks ago which was negative for any evidence of clot.
Per patient, she has a long history of thromboembolic disease dating back to 2000 when she first presented with a lower extremity DVT. She was on coumadin for close to 8 years when she did have recurrent DVT despite being complaint and therapeutic on coumadin. Since 2008, she has had recurrent issues with lower extremity DVTs and a PE; she had an IVC filter placed and has been on therapy with Lovenox and Arixtra, and now fragmin. Per patient, since 2008, her thromboembolic disease has been relatively stable and she has been complaint with the fragmin and sees Dr. Kraut as an outpatient.
In the emergency department, she was found to have Left lower extremity DVT And admitted to gen med for further evaluation.
During this admission, the following conditions were addressed:

1) Recurrent acute LLE DVT - Ms. Thompkins was started on a heparin gtt on admission. Hematology was consulted, and recommended consulting Interventional Radiology for thrombectomy due to concerns of post-thrombosis syndrome, as Ms. Thompkins had persistent severe pain in her LLE and had extensive clot burden (90cm clot). IR elected to proceed with staged thrombolysis/thrombectomy procedures 2/12-2/15 with the EKOS system and continuous tPA protocol. In the final procedure, 2 Wallstents were placed in stenotic lesions in bilateral iliac veins. During this continuous tPA, Ms. Thompkins was on the vascular surgery service. She was on prophylactic Keflex while she had the sheath in place and for treatment of mild LLE cellulitis. After completion of the continuous tPA, she was transferred back to the general medicine service. She was started on therapeutic lovenox (1mg/kg BID or 150mg BID) and heparin gtt was stopped. After 4th lovenox dose, anti-Xa activity was checked, and was supratherapeutic at >1.8. Pt also had some oozing from right groin vascular

THOMPKINS,KELLI LYNN  OSU WEXNER MEDICAL
CENTERTHOMPKINS,KELLI LYNN  OSU WEXNER MEDICAL CENTER

bilaterally within the iliac veins as well as the inferior vena cava, likely chronic thrombi. Additionally, the lumen of the inferior vena cava is partially occluded most notably at the level of the IVC filter, which is tilted and may be imbedded or penetrating the IVC. A fractured filter leg is also noted.

Electronically Signed By: Majdalany, Bill (Physician) 02/15/2013 1736

Impression:
IMPRESSION:
1. Continued improved patency and luminal caliber of left lower extremity deep venous drainage.

2. Bilateral common iliac vein narrowing, likely chronic, successfully stented with bilateral 20 mm Wallstents and then venoplastied to 16 mm. Residual clot burden is noted in the iliac vasculature adjacent to the stents. Treatment will proceed with therapeutic anticoagulation.

3. Narrowed IVC, most prominently at the level of the IVC filter which is tilted and fractured. Future attempt at retrieval will be planned pending CT venogram of the abdomen and pelvis.

PLAN:
1. Resume therapeutic anticoagulation per Hematology and recommend initiation of 81 mg Aspirin daily.
2. CT Venography from the inferior cavoatrial junction to the common femoral veins is recommended to evaluate the tilted and fractured IVC filter and assess for possible retrieval. Angioplasty and possible IVC stenting may also be performed to further optimize anterograde flow and reduce the future risk of pelvic venous thrombosis.

Electronically Signed By: Bill Majdalany, MD on 2/15/2013 5:32 PM

Specimen Information

| ID | Type | Source | Collected On |
|---|---|---|---|
|  | — | — | 02/15/13 1155 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - RAD | RADIOLOGY | Unknown | Unknown | 09/27/07 2133 - Present |

**Kelli Lynn Thompkins**
2/15/2013 7:55 AM  Notes/Results Only
MRN:

Description: **Female**
Provider: **Maria E Litzendorf, MD**
Department: **Ohio State's Comprehensive Wound Center**

IR TRANSCATH STENT [132375153]
Electronically signed by: **Results Incoming on 02/15/13 1155**   Status: **Completed**
Ordering user: Results Incoming   Authorized by: Maria E Litzendorf, MD
Frequency: 02/15/13 1155 -

**IR TRANSCATH STENT (Order**   Status: **Edited Result - FINAL**
**Result**   (Collected: 2/15/2013 11:55)

THOMPKINS,KELLI LYNN                                OSU WEXNER MEDICAL
CENTERTHOMPKINS,KELLI LYNN                          OSU WEXNER MEDICAL CENTER
improvement in the luminal diameter

Next, the right internal jugular sheath was upsized to a 12 French x 40 cm. A 20 mm x 5.5 cm Wallstent was delivered through the sheath and deployed from the inferior vena caval confluence to the left common iliac vein. Post deployment contrast injection revealed improved flow, but residual narrowing. A 16 mm x 4 cm balloon was used for venoplasty over the wire. Post venoplasty imaging revealed brisk anterograde flow and improvement in the luminal diameter.

FINDINGS:
1. Continued improved patency and luminal caliber of left lower extremity deep venous drainage with continued improved anterograde flow. The external iliac vein appears patent. The caliber of the left common iliac vein remains narrowed, particularly in comparison to adjacent segments. Collateralization of flow through the left internal iliac vein is noted. Residual clot burden remains in the left common iliac vein and inferior vena cava. The suprarenal vena cava is patent. Previously seen Celect IVC filter remains in place, with a fractured fragment noted.

2. Patent right external iliac vein, comparable in caliber to the contralateral. Narrowing of the right common iliac vein is noted with a central filling defect representing a degree of chronic thrombus or adhesions. Note is made that contrast flows around this filling defect.

3. 20 mm x 5.5 cm Wallstent deployed in the right common iliac vein and venoplastied to 16 mm. Post plasty venography reveals brisk anterograde flow, improved luminal diameter, and decreased flow through collateral veins.

4. 20 mm x 5.5 cm Wallstent deployed in the right common iliac vein and venoplastied to 16 mm. Post plasty venography reveals brisk anterograde flow, improved luminal diameter, and decreased flow through collateral veins.

5. Simultaneous bilateral iliac venography reveals bilateral stent patency with improved flow. Residual filling defects are present bilaterally within the iliac veins as well as the inferior vena cava, likely chronic thrombi. Additionally, the lumen of the inferior vena cava is partially occluded most notably at the level of the IVC filter, which is tilted and may be imbedded or penetrating the IVC. A fractured filter leg is also noted.

Electronically Signed By: Majdalany, Bill (Physician) 02/15/2013 1736

Impression:
IMPRESSION:
1. Continued improved patency and luminal caliber of left lower extremity deep venous drainage.

2. Bilateral common iliac vein narrowing, likely chronic, successfully stented with bilateral 20 mm Wallstents and then venoplastied to 16 mm. Residual clot burden is noted in the iliac vasculature adjacent to the stents. Treatment will proceed with therapeutic anticoagulation.

Thompkins, Kelli Lynn (MR # ███████████)  he Ohio State University Wexner Medical Center

| Kelli Lynn Thompkins | |
|---|---|
| 3/24/2015 4:54 AM  ED to Hosp-Admission | Description: 44 year old female |
| MR█████████ | Department: K9E |

## History & Physical Notes

### Joshua D Black, MD at 3/24/2015  1:50 PM

Author Type: Physician    Status: Signed    Editor: Joshua D Black, MD (Physician)

I have seen and examined patient independently of the house staff team and discussed with them all pertinent findings. I have personally reviewed all available clinical data related to today's encounter, including but not limited to laboratory studies, radiology images and reports, cardiovascular and/or pulmonary diagnostic procedures, endoscopy as applicable, outside medical records, and EKG/telemetry tracings. I have been fully involved in formulation of the above-documented assessment and plan and it has been thoroughly discussed with the Dr. Potter with following changes.

-Will check ANCA, ANA and consult pulm.  Hold anti-coagulation overnight.

Electronically signed by Joshua D Black, MD on 3/24/2015  6:11 PM

### Matthew R Potter, MD at 3/24/2015  1:50 PM

Author Type: Resident    Status: Signed    Editor: Matthew R Potter, MD (Resident)

**GM4 Admission History and Physical Exam**

Admit Date: 3/24/2015

**CHIEF COMPLAINT:**
Epistaxis/hemoptysis

**HISTORY OF PRESENT ILLNESS**
Kelli L Thompkins is a 44 y.o. female with a h/o multiple episodes of VTE with failure of Coumadin, Lovenox, Arixtra now on aspirin, plavix, xarelto, CKD, OSA, COPD admitted with an episode of epistaxis/hemoptysis at home. The patient was asleep and woke up to find blood coming from her nose. She tells me that she had several cupfuls of blood from epistaxis/hemoptysis. Her coughing started after epistaxis and not prior. At home she tried direct pressure and cold packs with no improvement. Overnight and this morning her bleeding improved. She initially experienced some chest tightness for which a CTPE was performed and demonstrated no evidence of PE, but bilateral airspace consolidation with an upper and midline predominance.

She had a IVC filter and developed LE clots in bilateral iliac veins. She has lysis and stents placed in early 2013. In March 2014 the patient presented with left leg swelling and pain. CT stone protocol detected IVC penetration by her IVC filter. Follow-up angiography demonstrate extensive thrombosis in her left lower extremity up to her common iliac stent. She was discharged then presented for outpatient removal of her previous IVC filter with fractured struts, venoplasty of the IVC, and placement of her current retrievable IVC filter. She also underwent successful recanalization of right common iliac stent. Her left common iliac stent remained occluded despite multiple attempts to traverse, therefore in May of 2014 she underwent IR intervention with thrombolysis of her left iliac vein and stent.

**MEDICAL HISTORY:**
Past Medical History

THOMPKINS,KELLI LYNN OSU WEXNER MEDICAL
CENTERTHOMPKINS,KELLI LYNN OSU WEXNER MEDICAL CENTER

### Radiology Orders and Results (continued)

the intertronchanteric level to the upper pole of the kidneys during the arterial phase of intravenous injection of contrast. Oral contrast was not used so as to optimize the visualization of the vasculature. Images were then reconstructed in coronal and sagittal planes. Volume rendering was also performed on an independent workstation.

FINDINGS:

Vasculature:
The visualized infrarenal abdominal aorta, common iliac, internal and external iliac arteries, common femoral, superficial femoral, and profunda arteries are patent without significant stenosis.

Redemonstration of a Celect IVC filter located within the infrarenal IVC. The apex is angled medially, similar in comparison the prior study. There are multiple primary struts extending beyond the lumen of the IVC. One of the primary stress which is extending outside the IVC posteriorly and extends medial to the psoas muscle and adjacent to the L3 vertebral body. There is a medial strut extending beyond the IVC which is immediately adjacent to the abdominal aortic wall but does not obviously extend into its lumen. There is also a fractured strut which is aligned anteriorly and posteriorly. The anterior aspect of the strut extends outside of the IVC wall anteriorly.

Redemonstration of the bilateral common iliac venous stents. The right common iliac stent demonstrate occlusive thrombus. The left common iliac stent appears slightly smaller in caliber in relation to the right and demonstrates partial occlusion. There is stranding and thrombosis of the left common femoral vein which extends into the visualized femoral vein. The right femoral vein is widely patent within the field-of-view. There are multiple collateral veins visualized within the lower pelvis.

Other:
The kidneys are partially visualized. No hydronephrosis or hydroureter in the visualized kidneys. No obvious renal calculi. The visualized bowel loops are nondistended and nonobstructed. The uterus and adnexal structures are unremarkable. The bladder is partially distended with urine without focal wall thickening.

There are several focal areas of fat stranding within the subcutaneous tissues overlying the anterior abdominal wall, likely secondary to settings injections. There is also triangular soft tissue swelling in the lower lumbar spine/sacral region which may relate to the patient's reported history of pilonidal cyst excision.

Electronically Signed By: Al Taani, Jamal (Physician) 03/06/2014 1726
Murrey, Douglas (Contributing)

Impression:
IMPRESSION:
1. Acute thrombosis of the visualized left femoral vein which extends into the left common iliac stent to the level of the IVC. The

THOMPKINS, KELLI LYNN　　　　　　　　　　　　　　　　OSU WEXNER MEDICAL CENTER

## Discharge Summaries (continued)

### Discharge Summaries by Chirag R Patel, DO at 3/8/2014 9:34 AM (continued)

that filter could be removed safely as an outpt. AMB referral placed and per IR scheduler, pt will be scheduled for filter retrieval for 10-14 days from now. I have requested that at that time, a new filter is placed if possible.

On the day of discharge, the patient was feeling better. There was no fever, chest pain or pressure, dyspnea, cough, sputum, nausea, vomiting, palpitations, or dizziness. For further detail regarding the hospital course, please see discharge diagnosis below.

**Discharge exam:**
Blood pressure 112/76, pulse 62, temperature 98.3 °F (36.8 °C), temperature source Oral, resp. rate 14, height 1.702 m (5' 7"), weight 133.131 kg (293 lb 8 oz), last menstrual period 03/05/2014, SpO2 98.00%.
Gen: Lying in bed comfortably. NAD. Alert.
Resp: CTAB, unlabored, no accessory muscle use noted.
Cardio: RRR, normal S1, S2, +2 BLE non-pitting edema from ankles to thighs L>R.
GI: Soft, NT, ND, normoactive BS
Neuro: Oriented x 3. No gross focal deficits

**Discharge diagnosis:**
1. L flank pain: CT neg for stones. CT angio and pain unlikely to be caused by filter. Pain is improved.
2. IVC filter abnormality: Per IR this can be seen and followed up as OP. AMB referral placed and per IR scheduler, pt will be scheduled for filter retrieval for 10-14 days from now.
3. Recurrent LLE DVT: Cont outpt rivaroxaban per heme. It is strongly recommended that pt's depo-provera shots are no longer given.
4. CKD stage 3: Baseline cr 1.1.
5. COPD: Cont albuterol inhaler prn and tiatropium daily
6. OSA: Nocturnal CPAP
7. Bipolar d/o: Cont citalopram

### CONSULTS DURING ADMISSION:

Hematology: "CT angio demonstrated acute thrombosis of the visualized femoral vein extending into the left common iliac stent to the level of the IVC. However, due to the acute nature of the DVT that occurred last week it is difficult to conclude that the patient has failed therapy with Xarelto and that the clot visualized on the CT angiogram is indeed new, and different from the DVT diagnosed on 2/23/14. For this reason, we agree with the Heparin GTT at this time, but would place the patient back on Xarelto prior to discharge from the hospital and have the patient follow up with her primary hematologist, Dr. Kraut, on an outpatient basis."

### PROCEDURES DURING ADMISSION:

CT ABDOMEN/PELVIS WITHOUT CONTRAST
　Final Result:　　　IMPRESSION:

　　　1. No renal stones or hydronephrosis.

　　　2. Penetration of the primary struts of the inferior vena cava

## Discharge Summaries (continued)

### Discharge Summaries by Chirag R Patel, DO at 3/8/2014 9:34 AM (continued)

filter beyond the wall of the IVC. This has progressed in comparison to the prior CT of 2/18/13. The medial strut indents the wall of the aorta.

3. Bilateral common iliac vein stents in stable position.

4. Mild diastasis of the rectus musculature with anterior protrusion of intra-abdominal fat.

Electronically Signed By: Eric Byrum, MD on 3/5/2014 2:10 PM

I personally viewed and interpreted these images and I have reviewed and approved this report.

Electronically Signed By: Zarine Shah, MBBS on 3/5/2014 2:10 PM

**CT ANGIO ABDOMEN PELVIS**
Final Result:      IMPRESSION:
1. Acute thrombosis of the visualized left femoral vein which extends into the left common iliac stent to the level of the IVC. The mid and distal right common iliac stents appears patent. However, the proximal right common iliac stent appears thrombosed. The visualized IVC appears patent.

2. Celect intrarenal IVC remains tilted with head directed towards the confluence of the left renal vein. There is a fractured strut identified which is oriented in the AP projection with extension outside the wall of the IVC anteriorly. There are also multiple struts projecting outside of the wall of the IVC. Notably, the medial strut extends outside of the IVC wall and is immediately adjacent to the infrarenal abdominal aortic wall. There is also a posterior strut which extends medial to the iliopsoas muscle adjacent to the midportion of the L3 vertebral body.

Electronically Signed By: Douglas Murrey, MD on 3/6/2014 3:23 PM

I personally viewed and interpreted these images and I have reviewed and approved this report.

Electronically Signed By: Jamal Al Taani, MD on 3/6/2014 5:22 PM

**LABS AT TIME OF DISCHARGE:**

**Lab Results**

THOMPKINS,KELLI LYNN　　　　　　　　　　　　　OSU WEXNER MEDICAL
CENTERTHOMPKINS,KELLI LYNN　　　　　　　　　OSU WEXNER MEDICAL CENTER

4 cm high pressure conquest balloon was placed and venoplasty of the stent was performed. A followup venogram was performed.

IVC filter retrieval: Amplatz wire was placed through the MPA catheter. The MPA catheter was removed. Over-the-wire a Cook retrieval sheath and introducer were placed. The introducer was removed. A 25 mm gooseneck snare was placed through the sheath. Multiple attempts to snare the retrievable IVC were attempted without success. At this time an Amplatz wire was placed. The sheath was removed. Over the wire a 16-French x 45 cm sheath was placed. Forceps were placed through the sheath and used to remove one of the fractured struts. The forceps were then used to secure the hook of the filter and the sheath was advanced over the filter. The filter was removed. A post retrieval cavogram was performed. The graft was were then repositioned within the sheath and a second fractured strut was removed. A followup post retrieval cavogram was performed.

Following retrieval of the inferior vena cava filter and fractured struts, venoplasty of the inferior vena cava was performed using a 16 mm x 4 cm high pressure conquest balloon. A post plasty venogram was performed. Venoplasty was was repeated using an 18 mm x 4 cm high pressure conquest balloon. Post plasty venogram was performed.

A Bard Denali retrievable Inferior vena cava filter deployment system was placed via the 6-French sheath. The retrievable inferior vena cava filter was deployed into the infrarenal IVC. A single image was obtained documenting position.

At the conclusion of the procedure, the right internal jugular, left groin and right groin sheaths were all removed and hemostasis was achieved with manual pressure and D-Stat dressings. Sterile occlusive dressings were applied.

FINDINGS:
Scout images demonstrates a fractured Celect inferior vena cava filter and bilateral common iliac stents.

Patent right internal jugular vein.

Patent right common femoral vein.

Right iliac venogram: Iliac venogram demonstrated contrast flowing around the stent. Collateral vessels are seen. There appeared to be a filling defect within the proximal stent consistent with occlusion. After multiple attempts using different wires and catheters access was gained through the right iliac stent. The stent was then treated with venoplasty first using 10 mm x 4 cm balloon followed by 16 mm x 4 cm conquest high-pressure balloon. Followup venogram demonstrated improved contrast flow through the stent and into the inferior vena cava.

Noncompressible left common femoral vein containing intraluminal echogenicity consistent with deep venous thrombosis.

Left iliac venogram: Complete occlusion of the left iliac stent. Filling defects are noted within the iliac vein consistent with thrombus. Multiple attempts to traverse the left iliac stent were made using different wires and catheters without success. Given the lack of inflow secondary to common femoral deep venous thrombosis

THOMPKINS,KELLI LYNN                                  OSU WEXNER MEDICAL
CENTERTHOMPKINS,KELLI LYNN                            OSU WEXNER MEDICAL CENTER

attempts to traverse the stent were abandoned due to poor inflow likely resulting in rethrombosis of the stent. The decision was made to discuss the possible treatment options with the patient on followup visit.

IVC filter retrieval: Using forceps, the Celect inferior vena cava filter was removed. Examination on the table revealed two fractured struts which were successfully removed using forceps.

Cavogram: Initial cavogram demonstrated focal narrowing within the IVC at the level of the IVC filter. Post removal cavogram demonstrated residual narrowing within the IVC. This was treated with serial venoplasty using 16 mm and 18 mm x 4 cm high pressure conquest balloon. Followup venogram demonstrated increased luminal diameter and improved flow dynamics.

IVC filter placement: Following IVC filter removal, a new retrievable Denali Inferior vena cava filter was placed via the right internal jugular vein using the supplied deployment system. The filter was placed within the infrarenal IVC. A post placement image was obtained.

Electronically Signed By: Majdalany, Bill (Physician) 04/08/2014 1839
Elliott, Eric (Contributing)

Impression:
IMPRESSION:
1. Inferior vena cava narrowing at the level of the Celect IVC filter. Two fractured struts were also identified.
2. Successful Forcep retrieval of the Celect IVC filter and fractured struts.
3. Successful inferior vena cava venoplasty with increased luminal diameter and improved hemodynamics on post plasty venography.
4. Successful placement of a new retrievable Bard Denali Inferior vena cava filter within the infrarenal IVC.
5. Successful recanalization of an occluded right common iliac stent.
6. Deep venous thrombosis within the left common femoral vein and complete occlusion of the left common iliac stent.
7. Multiple attempts to traverse the occluded left common iliac stent using different catheters and wires were unsuccessful. The decision was made to abandon attempts to traverse the occluded left common iliac stent secondary to insufficient inflow from the occlusive deep venous thrombosis.

Plan:
1. Continue therapeutic anticoagulation and 81 mg aspirin. Changes of regimen, if they are made, will be discussed and coordinated with Hematology.
2. Followup evaluation in 2 weeks for post radiation skin check due to the level of radiation exposure during the procedure. No erythema was present on the patient's back at the conclusion of the procedure.
3. On followup appointment, we will discuss treatment options of the occluded left common iliac stent and deep venous thrombosis.

I was in the room and participated during all key portions of this procedure.

Electronically Signed By: Eric Elliott, DO on 4/8/2014 4:21 PM

**John Kirtley**

**Subject:** FW: Categorization Form - Kelli Thompkins (corrected)

-----Original Message-----
From: James Hearon [mailto:jhearon@lawyerworks.com]
Sent: Tuesday, February 19, 2019 12:23 PM
To: John Kirtley <jkirtley@lawyerworks.com>
Subject: Categorization Form - Kelli Thompkins (corrected)

You have received a secure email delivery from the Law Firm of Ferrer, Poirot & Wansbrough.
FPW uses this secure transmission method to comply with state and federal regulations regarding protected health information.
The first time you use this service you will be asked to create a user name and password.
Thereafter you will only be asked to enter your password each time you download a secure message.
This system also allows you to return emails including attachments without any size limitations securely.
To access your email click on the following link:

Sender : James Hearon
Link :
https://securemail.lawyerworks.com/bds/Login.do?id=A0548625635&p1=naj12n5sbgfjhdgheglchdeji20

Sent To : cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com
Cc : jkirtley@lawyerworks.com
Expires : 3/6/19 12:00:00 AM CST

Files:
1. Thompkins, Kelli - Categorization Form.pdf

1

The information contained in and transmitted with this e-mail is subject to the attorney-client privilege, attorney work product and/or, confidential.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use of, or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above by the sender is unauthorized and prohibited.  If you have received this e-mail in error, please notify the sender immediately.  Any e-mail erroneously transmitted to you should be immediately deleted from your inbox and delete folder.