only and is not admissible and is not to be considered relevant for any other purpose.

## Categorization Form

A.   Plaintiff's Name:                        **Raymond Jackson and Shirley Jackson**

B.   Plaintiff's Case Number:                 **1:16-cv-02483**

C.   Plaintiff's Counsel (Lead Firm Name):    **Cubbon and Associates Co., LPA**

D.   Categorization (check each that applies and briefly describe):

 1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: **X**

 2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ____

    Briefly describe claimed complication/outcome/injury: _____

 3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ____

    Briefly describe claimed complication/outcome/injury: _____

 4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ____

    Briefly describe claimed complication/outcome/injury: _____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: **X**  . **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:

   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   **Plaintiff Raymond Jackson underwent removal of the IVC filter in January 2015 after experiencing abdominal pain as the filter had migrated to an area near the aorta and stomach and required repair.**

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:

   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:
   **please see above.**

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

  (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

  (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

  (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

  (h) infection;

Briefly describe claim of symptomatic injury:_____

  (i) bleeding;

Briefly describe claim of symptomatic injury:_____

  (j) death; and

Briefly describe claim of symptomatic injury:_____

  (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: **Stuart F. Cubbon**

Plaintiff's Counsel's Firm: **Cubbon and Associates Co., LPA**

Case 1:14-ml-02570-RLY-TAB   Document 10188   Filed 02/19/19   Page 4 of 11 PageID #:
Case 1:14-ml-02570-RLY-TAB   Document 9632-1   Filed 11/21/18   Page 5 of 5 PageID #:
65001

Plaintiff's Counsel's Signature:

4



STV CAR 1  
IP Encounter Report

JACKSON,RAYMOND  
MRN: 5390206  
DOB: ~~~~~~~, Sex: M  
Adm: 1/9/2015, D/C: 1/15/2015

## Operative Notes (continued)

### Op Note signed by Gregory C Kasper, MD at 1/12/2015  7:16 AM

| | | |
|---|---|---|
| Author: Gregory C Kasper, MD | Service: Vascular | Author Type: Physician |
| Filed: 1/12/2015 7:16 AM | Note Time: 1/9/2015 10:47 AM | Status: Signed |
| Editor: Gregory C Kasper, MD (Physician) | | |

```
                     Mercy St. Vincent Medical Center
              2213 Cherry Street, Toledo, Ohio   43608-2691

                              OPERATIVE REPORT

Patient: JACKSON, RAYMOND          Reg#:   000046103189    MRN    005390206
Birth Date:      07/07/1966
Patient Status:  IA                Clinic Code:       SVAMB
Room:            CV  100801        Adm:               01/09/2015
Sex:             M                 Dis:
Attending:       Gregory Kasper, M.D.  Date of Surgery:   01/09/2015
Dct By:          Gregory Kasper, M.D.
PCP Phys:        Mark Cockley, M.D.

Document#:       3621219           Job#:              10694232
Date/Time Typed: 01/11/2015 07:21 A By:                ab
Date/Time Dct:   01/09/2015   10:47 A PC                 C
                                   Facility:          T0

SURGEON:
Gregory Kasper, M.D.

ASSISTANT:
David Adamolekun, DO

PREOPERATIVE DIAGNOSIS:
Inferior vena cava with penetration into the retroperitoneum and aorta.

POSTOPERATIVE DIAGNOSIS:
Inferior vena cava with penetration into the retroperitoneum and aorta.

PROCEDURE PERFORMED:
1.  Retroperitoneal exposure.
2.  Removal of inferior vena cava filter with primary repair of inferior
vena cava.

ANESTHESIA:
General.

ESTIMATED BLOOD LOSS:
1100 mL.

COMPLICATIONS:
None.

DETAILS OF PROCEDURE:
The patient is a 48-year-old gentleman who was in a significant trauma
several years ago, had a temporary vena cava filter placed.  Presents at
this time with incidental finding of penetration of this through the wall
```



| | | |
|---|---|---|
| MERCY Health Partners | STV CAR 1<br>IP Encounter Report | JACKSON,RAYMOND<br>MRN: 5390206<br>DOB: ████████, Sex: M<br>Adm: 1/9/2015, D/C: 1/15/2015 |

## Operative Notes (continued)

of the vena cava and into the aorta. It was recommended that he undergo exploration and removal of this and all risks, benefits, and alternative treatment options were discussed with the patient and his wife preprocedurely and informed consent was obtained.

DETAILS OF PROCEDURE:
The patient was brought into the operating room, placed on the table in supine position. After induction of adequate general anesthesia the abdomen was prepped and draped in usual sterile fashion. A generous midline incision was made. General inspection of the abdomen showed no gross abnormalities. We then mobilized the right colon and did perform a Kocher maneuver as well. The tip of this filter was palpable and above the level of the right renal vein but below the level of the left renal vein. There were obvious limbs protruding anteriorly lateral, posterior, and into the aorta. Once we gained circumferential control of the vena cava proximally and distally as well as the right renal vein we then removed a few of the branches that were tenting over this area. One was quite close to the duodenum although we did not see any evidence of duodenal leak. There was no succus entericus and no abnormalities, just some inflammatory changes in this area. We mobilized this distal to the duodenum so as not to compromise any of its serosa and this freed up quite nicely without difficulty. Silk tie was placed over this area just in case there was any fistulous track or communication. So at this point we got proximal and distal control of the aorta near to where this inserted into the aorta. We then heparinized the patient fully and after adequate circulating time venotomy was made. The patient still had significant bleeding from the vena cava so we did not have adequate control. There must have been some posterior branch which was difficult to get to due to the fact that the vena cava and aorta were tented from the 1 limb presenting into the aorta. So at this point we rapidly sewed up the venotomy with a 5-0 Prolene, worked further to get posterior control utilizing a large Vessel Loop circumferentially around a large area to control any lumbars in this area. This did the trick and we had good control at this point, so then we opened up our venotomy and extended this. This was quite stuck in position as there was a lot of intimal attachments. Once we were able to strip some of the intimal attachments off of the filter almost like stripping the insulation off of a wire then we were able to pull this out in all locations. The limbs that were protruding with the gradual hooks were disengaged by gently collapsing the filter down. Luckily the limb that was going into the aorta was not one that had a hook in place so this area just slid out gently and we did not have to clamp the aorta to repair anything in this manner. We placed a suture ligature and a clip across this area to free and divide the vena caval attachment to the aorta after this was removed. After all limbs were removed frequently them majority of which had to be taken out by using a wire cutter and removing it individually, we did get good removal of these areas. We then repaired the venotomy with 5-0 Prolenes running proximally and distally. This was back-bled and flushed and clamps were sequentially released. There was good flow throughout the cava with low resistant venous signals and no evidence of hemodynamic instability during any of this. Retroperitoneum was irrigated and dried and after we had good hemostasis in the retroperitoneum the abdomen was closed with looped PDS and skin was reapproximated with staples. All sponge and needle counts were correct and the patient was awake, alert, and transferred to the recovery room in stable condition.



STV CAR 1  
IP Encounter Report

JACKSON,RAYMOND  
MRN: 5390206  
DOB: ▓▓▓▓▓▓, Sex: M  
Adm: 1/9/2015, D/C: 1/15/2015

**Operative Notes (continued)**

"In order to promptly notify physicians concerning their patients, this unconfirmed document is being released.  It is not considered final until reviewed and signed."

cc:    David Adamolekun, DO  
       Mark Cockley, M.D.  
       Gregory Kasper, M.D.

Jackson, Raymond  48M  photos taken 1-09-15  46103189  5390206



IMG_6903.jpg



IMG_6906.jpg

Jackson, Raymond    48M   photos taken 1-09-15   46103189   5390206



IMG_6835.jpg



IMG_6838.jpg



IMG_6840.jpg



IMG_6866.jpg

Jackson, Raymond   48M   photos taken 1-09-15   46103189  5390206



IMG_6880.jpg



IMG_6888.jpg



IMG_6890.jpg



IMG_6901.jpg

Jackson, Raymond   48M   photos taken 1-09-15   46103189  5390206



IMG_6869.jpg



IMG_6871.jpg



IMG_6875.jpg



IMG_6878.jpg