# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2570<br><br>HON. JUDGE RICHARD L. YOUNG<br><br>MAG. JUDGE: TIM A. BAKER |
| This Document Relates to:<br><br>*James Stipanovich and Connie Stipanovich v. Cook Medical, Inc., et al.*;<br><br>Case No. 1:16-cv-02858 | |

## NOTICE AND SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the honorable Court of the death of the Plaintiff, James Stipanovich.  Counsel also informs this Court that a Motion to Substitute Party Plaintiff will subsequently or contemporaneously be filed by the deceased's widow and Trustee/Personal Representative, Connie Stipanovich.  A copy of Plaintiff's Death Certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Dated: February 19, 2019

Respectfully submitted,

By: /s/ *Nathan Buttars*
Nathan Buttars (USB 13659)
T. Aaron Stringer (USB 12681)
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
T: 801-917-8500; F: 801-917-8484
E: nate@lowelawgroup.com
aaron@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Notice and Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys on the Court's ECF System, which will send notification of such filing to all counsel of record.

Dated: February 19, 2019                                     /s/ Nathan Buttars

# EXHIBIT 1

LF E 0814
CF _____

**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 243658

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) | James J. Stipanovich |
| 2. DATE OF BIRTH | 1939 |
| 3. SEX | Male |
| 4. DATE OF DEATH | June 18, 2018 |
| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | |
| 6a. AGE - Last Birthday (Years) | 79 |
| 6b. UNDER 1 YEAR (MONTHS / DAYS) | |
| 6c. UNDER 1 DAY (HOURS / MINUTES) | |
| 7a. LOCATION OF DEATH | Beaumont Hospital Royal Oak |
| 7b. CITY, VILLAGE OR TOWNSHIP OF DEATH | Royal Oak |
| 7c. COUNTY OF DEATH | Oakland |
| 8a. CURRENT RESIDENCE - STATE | Michigan |
| 8b. COUNTY | Lake |
| 8c. LOCALITY | Irons |
| 8d. STREET AND NUMBER | 3147 West Four and One Half Mile Road |
| 8e. ZIP CODE | 49644 |
| 9. BIRTH PLACE | Copper City, Michigan |
| 10. SOCIAL SECURITY NUMBER | 5766 |
| 11. DECEDENT'S EDUCATION | High school graduate |
| 12. RACE | White |
| 13a. ANCESTRY | American |
| 13b. HISPANIC ORIGIN | No |
| 14. EVER IN THE U.S. ARMED FORCES? | No |
| 15. USUAL OCCUPATION | Elevator Construction |
| 16. KIND OF BUSINESS OR INDUSTRY | Building Service |
| 17. MARITAL STATUS | Married |
| 18. NAME OF SURVIVING SPOUSE (if wife, give name before first married) | Constance D'Ermo |
| 19. FATHER'S NAME (First, Middle, Last) | George A. Stipanovich |
| 20. MOTHER'S NAME BEFORE FIRST MARRIED (First, Middle, Last) | Rose Chopp |
| 21a. INFORMANT'S NAME | Constance Stipanovich |
| 21b. RELATIONSHIP TO DECEDENT | Wife |
| 21c. MAILING ADDRESS | West Four and One Half Mile Road, Irons, Michigan 49644 |
| 22. METHOD OF DISPOSITION | Cremation |
| 23a. PLACE OF DISPOSITION | Serenity Cremation Services |
| 23b. LOCATION - City or Village, State | Taylor, Michigan |
| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | William N. Querfeld |
| 25. LICENSE NUMBER | 4501006289 |
| 26. NAME AND ADDRESS OF FUNERAL FACILITY | Querfeld Funeral Home, 1200 Oakwood Blvd., Dearborn, Michigan 48124 |

27a. CERTIFIER: [X] Certifying Physician - To the best of my knowledge, death occurred due to the (cause(s) and manner stated.) [ ] Medical Examiner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
Signature and Title: James Diener, DO

| Field | Value |
|---|---|
| 28a. ACTUAL OR PRESUMED TIME OF DEATH | 08:02 AM |
| 28b. PRONOUNCED DEAD ON | June 18, 2018 |
| 28c. TIME PRONOUNCED DEAD | 08:02 AM |
| 29. MEDICAL EXAMINER CONTACTED | Yes |
| 30. PLACE OF DEATH | Hospital |
| 31. IF HOSPITAL | Emergency room |
| 27b. DATE SIGNED | June 19, 2018 |
| 27c. LICENSE NUMBER | 510102738 |
| 32. MEDICAL EXAMINER'S CASE NUMBER | 18-3687 |
| 33. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER | |

34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: James Diener, DO, 7985 Mackinaw Trail, Cadillac, Michigan 49601-8111

35a. REGISTRAR'S SIGNATURE: *Melanie Halas*
35b. DATE FILED: June 25, 2018

36. PART I. ENTER the chain of events - diseases, injuries or complications - that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. Enter only one cause on line.

a. IMMEDIATE CAUSE: Chronic Atrial Fibrillation — Approximate Interval Between Onset and Death: 5 years
b. DUE TO (OR AS A CONSEQUENCE OF):
c. DUE TO (OR AS A CONSEQUENCE OF):
d. UNDERLYING CAUSE:

PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I:

37. DID TOBACCO USE CONTRIBUTE TO DEATH? [ ] Yes [ ] Probably [X] No [ ] Unknown
38. IF FEMALE: [ ] Not pregnant within past year [ ] Pregnant at time of death [ ] Not pregnant, but pregnant within 42 days of death [ ] Unknown if pregnant within the past year [ ] Not pregnant, but pregnant 43 days to 1 year before death

39. MANNER OF DEATH: Natural
40a. WAS AN AUTOPSY PERFORMED? No
40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? Not Applicable

41a. DATE OF INJURY:
41b. TIME OF INJURY:
41c. DESCRIBE HOW INJURY OCCURRED:
41d. INJURY AT WORK:
41e. PLACE OF INJURY:
41f. IF TRANSPORTATION INJURY:
41g. LOCATION:

I, Melanie Halas, Clerk of the City of Royal Oak, Oakland County, Michigan, do hereby certify that the foregoing is a true copy of the record now remaining in my office.

*Melanie Halas*
Melanie Halas
City of Royal Oak, Michigan

**577015**

This copy is not valid unless displaying embossed seal and registrar signature.
**WARNING! It is illegal to duplicate this copy by Photostat or Photograph. VALID ONLY WITH EMBOSSED SEAL.**