IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2570<br><br>HON. JUDGE RICHARD L. YOUNG<br><br>MAG. JUDGE: TIM A. BAKER |
| This Document Relates to:<br>*James Stipanovich and Connie Stipanovich v. Cook Medical, Inc., et al.*;<br>Case No. 1:16-cv-02858 | |

## ORDER

Considering the foregoing Motion to Substitute and Amend Complaint:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that **CONNIE STIPANOVICH**, on behalf of the decedent, **JAMES STIPANOVICH**, be substituted as the proper party plaintiff herein and that the Clerk of Court docket the First Amended Short Form Complaint in this case.

Signed in Indianapolis this _____ day of _____, 20____.

_____
DISTRICT COURT JUDGE