# EXHIBIT A

## Wes Larsen

| | |
|---|---|
| **From:** | Wes Larsen |
| **Sent:** | Tuesday, February 19, 2019 2:20 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Subject:** | Categorization Form: Ann L. Sidner, Docket No. 1:17-cv-1889 (MDL 2570) |
| **Attachments:** | Sidner Categorization Form.pdf |
| **Importance:** | High |

Good Afternoon,

Please see the attached Categorization Form for Plaintiff Ann L. Sidner, member case No. 1:17-cv-1889.

Thank you,

**Wes S. Larsen, MBA/JD**
Attorney at Law
Partner

JAMES, VERNON & WEEKS, P.A.    *Helping people solve problems®*
1626 LINCOLN WAY, COEUR D'ALENE, ID 83814   TELEPHONE: (208) 667-0683   FACSIMILE: (208) 664-1684

OFFICES ALSO LOCATED IN BOISE, IDAHO, SEATTLE, WASHINGTON, AND MANHATTAN, NEW YORK

www.jvwlaw.net

CONFIDENTIALITY NOTICE:  This e-mail and attachments accompanying it contain information belonging to the sender, which is legally privileged.  The information is intended only for the use of the individual or entity stated in this e-mail.  If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this e-mail or attachments is strictly prohibited.  If you have received this e-mail in error, please immediately notify us by e-mail or telephone (collect, if necessary) to arrange for disposition of the original.