IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Cynthia Lawson; Case No. 1:16-cv-01336

### RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

COME NOW the Plaintiff, Cynthia Lawson, by and through their counsel and file this Response to the Motion to Dismiss filed by Defendants on February 5, 2019 and respectfully demonstrate to the Court the following:

Counsel for Plaintiffs received Defendants' Motion to Dismiss without Prejudice on February 5, 2019. Upon receipt and identification of Defendant's Motion to Dismiss without

prejudice, the Plaintiffs' Counsel immediately sought to comply with the Court's Order. The Case Categorization form was served on Cook per CMO-6, and Plaintiffs' Leadership on February 20, 2019 *See* **Exhibit 1**.

1

The Defendants have now received the Categorization Forms and have suffered no prejudice by receiving them. Plaintiffs may be irreparably harmed if their case was dismissed.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny Defendants' Motion to Dismiss the above-captioned cases.

DATED: February 20, 2019

          Respectfully submitted,

          /s/ *Peter E. Goss*
          Peter E. Goss
          THE GOSS LAW FIRM, P.C.
          1501 Westport Road
          Kansas City, MO 64111
          P (816) 336-1300
          F (816) 336-1310
          pgoss@goss-lawfirm.com
          Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2019, copies of the Response in Opposition to Defendants' Motion to Dismiss Without Prejudice Pursuant to The Court's Case Categorization Order, were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

/s/ *Peter E. Goss*
Peter E. Goss