IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

ROBERT BLACKWOLF
1:18-cv-01887-RLY-TAB

**ORDER ON THE PARTIES' STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Considering the parties' Stipulation of Dismissal Without Prejudice of Robert Blackwolf. IT IS HEREBY,

ORDERED that all claims of Plaintiff Robert Blackwolf against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs. If this case is subsequently refiled, it must be filed in the Southern District of Indiana, or this dismissal will immediately convert to one with prejudice.

Signed this _____ day of _____, 2019.

_____
Honorable Richard L. Young
United States District Court Judge