UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Andrea Frierson, 1:18-cv-03436-RLY-TAB
Robert Sullivan, 1:18-cv-03085-RLY-TAB
John Alford, 1:14-cv-01870-RLY-TAB
Christina Mandravelis, 1:14-cv-01878-RLY-TAB
Maryanne Timmons, 1:18-cv-03112-RLY-TAB

**RESPONSE IN OPPOSITION TO DEFENDANTS'
AMENDED MOTION TO DISMISS WITHOUT PREJUDICE
PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

COME NOW Plaintiffs, Andrea Frierson, Robert Sullivan, John Alford, Christina Mandravelis and Maryanne Timmons, by and through counsel, and respectfully request that the Court deny the Defendants' Motion to Dismiss without Prejudice pursuant to the Court's Case Categorization Order based on the following:

1. Plaintiffs, Andrea Frierson and Robert Sullivan's, cases were both filed prior to the Court's Case Categorization Order. Plaintiffs were injured as a defective Cook IVC filter. The deadline on these cases were missed due to a data entry error in the Plaintiffs' firm's case management system. So, when searching for "Cook" cases, these Plaintiffs' cases showed up as "Bard". However, as soon as we were alerted of the error, via Defendants' Amended Motion, we immediately complied with the Case Categorization Order and emailed the Defendants with our Case Categorization Forms and supporting medicals, as set forth in Exhibit 1.

2. Plaintiffs Maryanne Timmons and Christina Mandravelis were included as part of Defendants' Amended Motion to Dimiss, under Paragraph B, where Plaintiffs allegedly failed to produce records in support of their categorization forms.  Plaintiffs had timely served Defendants with both Maryanne Timmons and Christina Mandravelis' Case Categorization Forms, however, due to a clerical error, the relevant medical was not attached.  As soon as we were alerted of the error, via Defendants' Amended Motion, we promptly complied with the Court's Order and emailed the defendants, as set forth in Exhibit 2, resulting in no prejudice to Defendants.

3. Plaintiff John Alford also appeared in Defendants' Amended Motion, under Paragraph B, alleging that Plaintiff failed to provide medical records in support of his injuries as set forth in the categorization form.  In Mr. Alford's case, both the Case Categorization Form and medicals were timely served, as set for in Exhibit 3.  Specifically, Plaintiff John Alford's case categorization was marked as a six (6), with noted injuries of perforation and erosion.  The CT scan results clearly supports those injuries.  See attached included with Exhibit 3, along with the submitted Case Categorization Form.

The Defendants have now received the Case Categorization Forms for the above Plaintiffs and have suffered no prejudice by receiving them.  Plaintiffs may be irreparably harmed if their cases were dismissed.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny Defendants' Motion to Dismiss the above-captioned cases.

DATED: February 21, 2019

Respectfully submitted,

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Rd
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEY FOR THE PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.