# EXHIBIT 1

## Arati Furness

| | |
|---|---|
| **From:** | Veronica McNeme |
| **Sent:** | Wednesday, February 20, 2019 1:39 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Arati Furness |
| **Subject:** | FRIERSON v. COOK INCORPORATED et al - Categorization Form |
| **Attachments:** | Frierson, Andrea - Cat Form.pdf; Frierson, Andrea - CT scan.pdf |

Dear Counsel,

Please see attached. Due to a clerical error, this submission was omitted.

Thank you.

**Veronica C. McNeme**
Mass Tort Paralegal
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

## Arati Furness

| | |
|---|---|
| **From:** | Veronica McNeme |
| **Sent:** | Wednesday, February 20, 2019 1:37 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | 'plaintiffscoleadcounselmdl@gmail.com'; Arati Furness |
| **Subject:** | SULLIVAN et al v. COOK INCORPORATED et al - Categorization Form |
| **Attachments:** | Sullivan, Robert - CT Scan.pdf; Sullivan, Robert - Form.pdf |

Dear Counsel,

Please see attached. Due to a clerical error, this submission was omitted.

Thank you.

**Veronica C. McNeme**
**Mass Tort Paralegal**
**Fears Nachawati Law Firm**
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*