# EXHIBIT 2

**Arati Furness**

---

| | |
|---|---|
| **From:** | Arati Furness |
| **Sent:** | Wednesday, February 20, 2019 2:14 PM |
| **To:** | cookfilterMDL@faegreBD.com |
| **Cc:** | 'plaintiffscoleadcounselmdl@gmail.com' |
| **Subject:** | Cook Census - Medical Records for Maryanne Timmons |
| **Attachments:** | 1_Maryanne Timmons.pdf; Timmons, Maryanne - IVC Op Docs to Defendant.pdf; Timmons, Maryanne - IVC PID to Defendant.pdf |

Please note due to a clerical error, the medical support for Ms. Timmons was not previously sent. Please see attached.

**Arati C. Furness**
Attorney

214.890.0711 **Main Phone**
214.461.6217 **Direct Phone**
214.890.0712 **Fax**

5473 Blair Road
Dallas, TX 75231

**FEARS | NACHAWATI**

www.fnlawfirm.com
Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

1

**Arati Furness**

| | |
|---|---|
| **From:** | Arati Furness |
| **Sent:** | Thursday, February 21, 2019 2:55 PM |
| **To:** | cookfilterMDL@faegreBD.com |
| **Cc:** | 'plaintiffscoleadcounselmdl@gmail.com' |
| **Subject:** | FW: Cook Census Categorization - Christina Mandravelis |
| **Attachments:** | Mandravelis, Christina - IVC - Cook Categorization Form - 210942.pdf; Mandravelis, Christina - Doc Consults - 4, 7g.pdf |

Due to a clerical error, the supporting medical to Ms. Mandravelis's categorization form was not submitted. Please see attached.

**From:** Arati Furness
**Sent:** Wednesday, December 26, 2018 8:49 AM
**To:** cookfilterMDL@faegreBD.com
**Cc:** 'plaintiffscoleadcounselmdl@gmail.com' <plaintiffscoleadcounselmdl@gmail.com>
**Subject:** Cook Census Categorization - Christina Mandravelis

**Arati C. Furness**
Attorney

FoN
FEARS | NACHAWATI

214.890.0711 **Main Phone**
972.402.5909 **Mass Torts Department**
214.890.0712 **Fax**

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com
Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*