# EXHIBIT 3

**Arati Furness**

---

| | |
|---|---|
| **From:** | Gloria Daniel |
| **Sent:** | Monday, December 24, 2018 12:54 PM |
| **To:** | 'cookfilterMDL@faegreBD.com' |
| **Cc:** | 'plaintiffscoleadcounselmdl@gmail.com' |
| **Subject:** | Cook Categorization Census - John Alford |
| **Attachments:** | Alford, John - CT - 6.pdf; Alford, John - IVC - Cook Categorization Form - 211215.pdf |

Please see attached pursuant to court order.

**Gloria Daniel**
Legal Assistant
Fears Nachawati Law Firm
    **** We have moved! We are now located at the address below ****
5473 Blair Road
Dallas, TX 75231
F: 214.890.0712
www.fnlawfirm.com



Connect with us!



*Confidentiality Notice: The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

## Categorization Form

A.     Plaintiff's Name:     John Alford

B.     Plaintiff's Case Number:     1:14-cv-01870-RLY-TAB

C.     Plaintiff's Counsel (Lead Firm Name):     Fears Nachawati, PLLC

D.     Categorization (check each that applies and briefly describe):

1. **Successful First Removal Without Complication or Physical Injury Cases:** "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: _____

2. **Cases Alleging Mental Distress and Embedment:** "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: _____

    Briefly describe claimed complication/outcome/injury: _____

3. **Stenosis of the IVC and Anticoagulation Cases:** "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: _____

    Briefly describe claimed complication/outcome/injury: _____

4. **Embedded and High Risk Cases:** "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: _____

    Briefly describe claimed complication/outcome/injury: _____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[118]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

    Check here for Category 5: _____

    Briefly describe claimed complication/outcome/injury: _____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    Check here for Category 6: <u>X</u>

    Briefly describe claimed complication/outcome/injury: <u>Perforation, erosion, need for lifetime anticoag.</u>

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    Check here for Category 7: _____ . **Circle all sub-categories that apply below:**

    (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

    Briefly describe claim of symptomatic injury: _____

    (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

    Briefly describe claim of symptomatic injury: _____

    (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

    Briefly describe claim of symptomatic injury: _____

    (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
    Briefly describe claim of symptomatic injury: _____

---

[118] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: _____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: _____

(h) infection;

Briefly describe claim of symptomatic injury: _____

(i) bleeding;

Briefly describe claim of symptomatic injury: _____

(j) death; and

Briefly describe claim of symptomatic injury: _____

(k) open-removal and/or open heart surgery – any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: Matthew R. McCarley
Plaintiff's Counsel's Firm: Fears Nachawati Law Firm
Plaintiff's Counsel's Signature: _/s/_____

## OKALOOSA HEART AND VASCULAR CENTER
### 129 Redstone Avenue, Suite A
### Crestview, FL 32539

Mark J. Katzenstein, M.D., FACC
Joseph A. Pedone, M.D. FACC, FACP, FSCAI
Michael L. Yandel, M.D., FACC

Marcello A. Borzatta, M.D., FACS
Juan C. Zarate, M.D., FACC

**NAME:** ALFORD, JOHN A.
**DATE:** 01/24/2013
**ACCT#:**

**OFFICE VISIT:** The patient returns for follow-up. His ultrasound on January 14th showed evidence of bilateral extensive deep vein thrombosis extending from the femoral veins distally involving the entire lower extremity bilaterally. The CT scan showed the thrombosis to involve the iliac veins as well and the distal inferior vena cava up to the filter. The filter which appears to be a barred filter appears to have eroded through the walls of the vena cava and partially outside of the vena cava which is otherwise totally occluded. The more proximal vena cava from the renal veins proximally is patent without any evidence of thrombus. The patient is reporting significant less edema and discomfort in both lower extremities.

On exam there is minimal edema of the left lower extremity. The edema on the right has resolved. There is really no tightness of the compartments. The legs are warm without any major trophic lesions.

**IMPRESSION:** The patient has obviously an occluded inferior vena cava with thrombus extending to both lower extremities all the way past the knee. Clinically he is doing better. He obviously has developed some recanalization of some collaterals which account for the improvement of the edema. As far as the vena cava filter it appears to have eroded through the walls of the vena cava and has lead to the occlusion of the vena cava.

**PLAN:** At this point, I would not recommend any interventional treatment. I think the patient should remain on permanent anticoagulation. Given his age and his level of activity I think it would be appropriate for him to be switched to Xarelto which may make it more likely for him to be able to resume his working activity on the oil rigs. We will obtain a follow-up ultrasound in about a month to see the resolution of the thrombi and at some point in time the patient may require a venogram and inferior vena cavagram for a complete assessment of the extent of the vena cava involvement.



Marcello A. Borzatta, M.D., F.A.C.S.

MAB:olw
DD: 01/24/2013    DT: 01/28/2013