UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

Plaintiffs named in attached Exhibit A

## RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURTS CASE CATEGORIZATION ORDER

COMES NOW, Plaintiffs named in Exhibit A, by and through their counsel and hereby opposes to Motion to Dismiss filed by Defendants on February 5, 2019 and respectfully state as follows:

Counsel for Plaintiffs received Defendants; Motion to Dismiss without Prejudice on February 5, 2019. Upon receipt and identification of Defendants' Motion to Dismiss, the undersigned immediately sought to comply with the Court's Order. The Case Categorization Forms were served on Cook, per CMO – 6, and Plaintiff's Leadership on February 22, 2019.

The Defendants have now received the Categorization Forms and have suffered no prejudice by receiving them. Plaintiffs may be irreparably harmed if their claims were to be dismissed.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny Defendant's Motion to Dismiss the cases named in the attached Exhibit A.

DATED: February 22, 2019

Respectfully submitted,

/s/ Christopher K. Johnston
Christopher K. Johnston
JOHNSTON LAW GROUP
268 Ponce de Leon Ave., Suite 1020
San Juan, PR 00918
Telephone: 415-744-1500
Fax: 844-644-1230
kyle@masstortslaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February 2019, copies of the Response in Opposition to Defendants' Motion to Dismiss Without Prejudice Pursuant to The Court's Case Categorization Order, were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

/s/ Christopher K. Johnston
Christopher K. Johnston