# EXHIBIT A

**EXHIBIT A**
**TO**
**RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURTS CASE CATEGORIZATION ORDER**

**PLAINTIFFS RELATED TO THIS MOTION**

| Plaintiff | Case Number |
|---|---|
| Arnold – Shaver, Julie A. | 1:18-cv-00066 |
| Baggett, Dollie L. | 1:18-cv-00338 |
| Bishop, John J. and Rhonda | 1:18-cv-00574 |
| Brown, Virginia | 1:18-cv-02889 |
| Cooper, Edward Bryant and Linda | 1:17-cv-04399 |
| Foster, William | 1:18-cv-01040 |
| Glenn, Stephen | 1:17-cv-02789 |
| Hargrave, McWayne | 1:18-cv-00333 |
| Heard, Juanita | 1:17-cv-04592 |
| Hesser, Michael | 1:18-cv-00241 |
| Holliday, Mary Ann | 1:18-cv-00534 |
| Hood, Betty | 1:18-cv-02883 |
| Hoofkin, Devan | 1:18-cv-02888 |
| Hopkins, Wanda Lee | 1:17-cv-03880 |
| Hudson, Lue Ethel | 1:18-cv-00921 |
| Ingram, Shante S. | 1:17-cv-02343 |
| Luculano, Michael | 1:17-cv-00836 |
| James, Haywood | 1:18-cv-00689 |
| LaRue, Derek S. | 1:18-cv-00925 |
| Marsden, Bonnie | 1:18-cv-03521 |
| Meyi, Tynisa | 1:17-cv-02762 |
| Morgan, Glenn W. | 1:18-cv-00918 |
| Phillips, Sherrie | 1:18-cv-00549 |
| Powers, Mark | 1:18-cv-00235 |
| Rogers, David L. | 1:17-cv-03783 |
| Rostro, Gerardo | 1:18-cv-00346 |
| Sanchez, Antony | 1:18-cv-00919 |
| Schreiner, Gunther | 1:17-cv-04173 |
| Seiler – Brand, Margaret | 1:17-cv-04019 |
| Smith, Yolanda | 1:18-cv-00197 |
| Sousa, Travis J. | 1:17-cv-01645 |
| Stevens, Craig D. | 1:17-cv-02825 |
| Swartz, Angela M. | 1:17-cv-02958 |
| Webb, Laura Duncan | 1:17-cv-04639 |
| Worley, Marlin Shelby | 1:18-cv-03109 |