IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

This Document Relates to:

1:17-cv-00219 Kenneth Sturm and Kathy Sturm

**RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

COMES NOW, Plaintiffs Kenneth and Kathy Sturm, by and through their undersigned counsel, and respectfully requests that the Court allow retention of these plaintiffs because they 1:17-cv-00219 have now provided Defendants with the Case Categorization Form and supporting medical documentation. These plaintiffs therefore oppose Defendants Motion to Dismiss filed February 5, 2019 (DN 10063), Defendants Amended Motion to Dismiss filed February 18, 2019 (DN 10182) and Defendants Second Amended Motion to Dismiss filed February 21, 2019 (DN 10211).

Undersigned counsel warrants and represents to the Court and counsel the following:

1. The undersigned counsel for these Plaintiffs was unaware of the Court's Case Categorization Order or Defendant's related motions until yesterday, Saturday February 23, 2019. Plaintiffs Kenneth and Kathy Sturm (1:17-cv-00219) are presently included on Exhibit A to Defendants' Second Amended Motion to Dismiss (DN 10211).

2.	Immediately upon discovery of the Court's Order and Defendants motions yesterday, undersigned counsel undertook to execute the appropriate Case Categorization Form and collect supporting medical records as required.  At approximately 4:45 p.m. PT on Saturday, February 23, 2019, the Case Categorization Form and supporting medical records related to these plaintiffs were provided to Defendants' counsel via e-mail (CookFilterMDL@FaegreBD.com) and to Plaintiffs' counsel via e-mail (plaintiffscoleadcounselmdl@gmail.com).

3.	Plaintiff Kenneth Sturm is the only IVC patient/claimant (together with consortium claim of spouse Kathy Sturm) represented by undersigned counsel in this litigation.

4.	Undersigned counsel sincerely apologizes to the Court and counsel for this oversight and for the inconvenience and difficulty it caused.  Counsel wishes to assure the Court that immediate action is being taken to more properly monitor the ongoing pleadings in this MDL and insure timely response in all future instances.

WHEREFORE, undersigned counsel respectfully asks that the Court deny Defendants' Motions to Dismiss as to these plaintiffs.

DATED:  February 24, 2019

Respectfully Submitted,

/s/	John D. Allison

John D. Allison
EYMANN ALLISON HUNTER JONES P.S.
2208 W. Second Avenue
Spokane, Washington  99201
Tel:	509-747-0101
Fax:	509-459-5977
jdallison@eahjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2019, a copy of the foregoing was filed electronically, and notice of this filing will be sent to Defendants' counsel and to all parties registered to receive service by operation of the Court's CM/ECF system.

/s/ John D. Allison
John D. Allison
