IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to Plaintiff Lillian Verde

Civil Case #  1:17-CV-02354

### NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF LILLIAN VERDE

PLEASE TAKE NOTICE THAT Attorney David C. DeGreeff of the law firm of Wagstaff & Cartmell and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby suggests upon the record the death of Plaintiff Lillian Verde.  Upon information and believe, Plaintiff Lillian Verde died on or about November 16, 2017.

Dated: February 25, 2018                             Respectfully submitted,

By: /s/Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

By: /s/David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com
*Attorneys for Plaintiff*

I hereby certify that on this 25th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                      */s/ David C. DeGreeff*