IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

All Cases Referenced in Exhibit A

## RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURTS CASE CATEGORIZATION ORDER

COMES NOW, Plaintiffs named in Exhibit A, by and through their counsel and hereby opposes to Motion to Dismiss filed by Defendants on February 5, 2019 and respectfully state as follows:

Counsel for Plaintiffs received Defendants; Motion to Dismiss without Prejudice on February 5, 2019. Upon receipt and identification of Defendants' Motion to Dismiss, the undersigned immediately sought to comply with the Court's Order. The Case Categorization Forms were served on Cook, per CMO – 6, and Plaintiff's Leadership on February 22-24th, 2019. The Defendants have now received the Categorization Forms and have suffered no prejudice by receiving them. Plaintiffs may be irreparably harmed if their claims were to be dismissed.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny Defendant's Motion to Dismiss the cases named in the attached Exhibit A.

Dated: February 26th, 2019                     Respectfully submitted,

                                               */s/ Caroline U. Hollingsworth*
                                               Caroline U. Hollingsworth
                                               Admitted *Pro Hac Vice*
                                               HENINGER GARRISON DAVIS, LLC
                                               2224 1st Avenue North
                                               Birmingham, AL 35203
                                               T: (205) 326-3336
                                               F: (205) 326-3332
                                               caroline@hgdlawfirm.com

                                               *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 26th, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                               */s/ Caroline U. Hollingsworth*
                                               Caroline U. Hollingsworth