**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

JOHN ENSWORTH   1:18-cv-00507
CHRISTI WILSON   1:17-cv-01562

**RESPONSE IN OPPOSITION TO DEFENDANTS' AMENDED MOTION TO DISMISS PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

COME NOW Plaintiffs John Ensworth and Christi Wilson, through undersigned counsel, and respectfully request that the Court deny Defendants' Amended Motion to Dismiss Pursuant to the Court's Case Categorization Order. In support thereof, Plaintiffs state as follows:

On December 13, 2018, Plaintiffs timely submitted Case Categorization Forms in compliance with the Court's Categorization Orders. Both Plaintiffs elected Category 2: Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress or fear of future injury, have been alleged." As there were no medical records evidencing Plaintiffs' "worry, stress or fear of future injury," Plaintiffs did not submit corresponding medical records.

On January 22, 2019, Plaintiffs' counsel emailed defense counsel requesting confirmation that case categorization forms submitted on behalf of all of its clients, including John Ensworth and Christi Wilson, were compliant with the Court's Categorization Orders. On January 25, 2019, defense counsel's paralegal only confirmed receipt of the categorization forms. Since defense counsel did not take the opportunity to notify Plaintiffs' counsel that they deemed John

Ensworth and Christi Wilson noncompliant with the Court's Orders, Plaintiffs' counsel believed to be in compliance.

On February 5, 2019, Defendants filed their Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order. Plaintiffs John Ensworth and Christi Wilson were not named as noncompliant cases subject to the motion.

On February 18, 2019, Defendants amended their Motion, adding additional Plaintiffs to the Motion to Dismiss. Plaintiffs John Ensworth and Christ Wilson were named as noncompliant on the Motion.

On February 21, 2019, Defendants again amended their Motion, revising the list of noncompliant Plaintiffs. Plaintiffs John Ensworth and Christ Wilson were named as noncompliant on the Motion.

On February 26, 2019, Plaintiffs supplemented their Case Categorization Forms and submitted medical records demonstrating initial implantation to defense counsel. Plaintiffs provided these records out of an abundance of caution. Plaintiffs do not and did not interpret the Court's Order to include the recently provided medical records, as they did not depict or demonstrate the "worry, stress or fear of future injury" damages alleged for these cases.

Plaintiffs respectfully submit that they were previously in compliance with and/ or have now complied with the Court's Case Categorization Orders and there is just cause to not dismiss their cases. Plaintiffs respectfully request that the Court deny Defendants' Amended Motion to Dismiss.

Dated: February 26, 2019                     Respectfully submitted,

*s/ Merritt E. Cunningham*_____
Michael G. Stag LSBA 23314
Merritt E. Cunningham LSBA 32843
**Stag Liuzza, LLC**
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601
mstag@stagliuzza.com
mcunningham@stagliuzza.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2019, a copy of the foregoing was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service.

*s/ Merritt E. Cunningham*
Merritt E. Cunningham

.