# Michael Kruse

| | |
|---|---|
| **From:** | Michael Kruse |
| **Sent:** | Friday, February 22, 2019 5:52 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Cook Census Forms |
| **Attachments:** | Ridgeon, Steven-Amended.pdf; Ball, Robert-Amended.pdf; Fleshman, Natalie-Amended.pdf; Fraley, Jamie-Amended.pdf; Furnas, James-Amended.pdf; Galloway, Dennis-Amended.pdf; Hardaway, LaSonja-Amended.pdf; Lake, Cynthia-Amended.pdf |

Attached are amended case census forms in the following Cook IVC cases:

| LAST | FIRST | CASE # |
|---|---|---|
| BALL | ROBERT | 1:18-cv-02847 |
| FLESHMAN | NATALIE | 1:18-cv-03001 |
| FRALEY | JAMIE | 1:17-cv-03928 |
| FURNAS | JAMES | 1:18-cv-01519 |
| GALLOWAY | DENNIS | 1:18-cv-01504 |
| HARDAWAY | LASONJA | 1:18-cv-01202 |
| LAKE | CYNTHIA | 1:18-cv-01507 |
| RIDGEON | STEVEN | 1:18-cv-01274 |

Each of these cases was identified on Exhibit B in Cook's Amended Motion to Dismiss as cases that should be dismissed for not including supporting medical records.

Please note that each of these cases were identified as "Category 2 – non-physical injuries/worry and fear," so there are not medical records pertaining to the non-physical injury.  The only exception to that was James Furnas, who was marked as a Category 7 for DVT, but also as a Category 2 because I did not and still do not, have the medical necessary to support that categorization, and I believed this to be the proper course of action pursuant to the census order.

The amended census forms have proof of implant medical records attached.  Please let me know if you are seeking something addition for this case category.

An amended census form with medical records for Patricia Williams  (1:17-cv-01472)was served separately, as she was amended from a Category 2.

Best regards,

Michael

Michael S. Kruse
**Niemeyer, Grebel & Kruse, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919 (phone)
(314) 665-3017 (fax)
www.ngklawfirm.com

Exhibit A



The information transmitted in this e-mail message is intended only for the addressee and may contain CONFIDENTIAL and/or PRIVILEGED material.  Any interception, review, transmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is UNAUTHORIZED, prohibited by law and may subject such users to criminal or civil penalty.  If you received this communication in error, please (1) contact the sender above; (2) advise Niemeyer Grebel Kruse of such receipt; and (3) delete the communication completely from your computer or network system. All recipients are advised that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.

-mail passed through.