# Michael Kruse

| | |
|---|---|
| **From:** | Michael Kruse |
| **Sent:** | Friday, February 22, 2019 3:08 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com' |
| **Cc:** | 'plaintiffscoleadcounselmdl@gmail.com' |
| **Subject:** | Cook Census Forms |
| **Attachments:** | Williams, Patricia-Amended.pdf |

Attached is an amended census form for Patricia Williams, case number 1:17-cv-01472.

Best regards,

Michael

Michael S. Kruse
**Niemeyer, Grebel & Kruse, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919 (phone)
(314) 665-3017 (fax)
www.ngklawfirm.com



Exhibit B

The information transmitted in this e-mail message is intended only for the addressee and may contain CONFIDENTIAL and/or PRIVILEGED material.  Any interception, review, transmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is UNAUTHORIZED, prohibited by law and may subject such users to criminal or civil penalty.  If you received this communication in error, please (1) contact the sender above; (2) advise Niemeyer Grebel Kruse of such receipt; and (3) delete the communication completely from your computer or network system. All recipients are advised that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.