# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

Plaintiffs named in attached Exhibit A

### RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

COME NOW, Plaintiffs named in Exhibit A, by and through their counsel and hereby oppose Motion to Dismiss filed by Defendants on February 5, 2019 and respectfully state as follows:

Counsel for Plaintiffs received Defendants' Motion to Dismiss without Prejudice on February 5, 2019 after inadvertently overlooking the October 2, 2018 Order on Cook Defendants' Motion for Screening Order and Bellwether Plan. Upon receipt and identification of Defendants' Motion to Dismiss, the undersigned counsel immediately sought to comply with the Court's Order. The Case Categorization Forms were served on Cook and Plaintiff's Leadership, in accordance with the Court's Order, on February 26, 2019.

The Defendants suffered no prejudice as Plaintiffs have served their respective Categorization Forms in conformity with this Court's Order. Plaintiffs may be irreparably harmed if their claims were to be dismissed.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court deny Defendants' Motion to Dismiss the cases in the attached Exhibit A.

Dated February 26, 2019                                    Respectfully submitted,

By: */s/ Bobby Saadian*
Bobby Saadian, Esq.
CA Bar 250377
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 26th day of February, 2019.

**THE WILSHIRE LAW FIRM**

*/s/ Bobby Saadian*
Bobby Saadian, Esq.