# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

Plaintiffs named in attached Exhibit A

**EXHIBIT A TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

| **Plaintiff** | **Case Number** |
|---|---|
| *Shonita Anthony* | 1:18-cv-285 |
| *David Baker* | 1:17-cv-3216 |
| *Ruben Banuelos, Jr.* | 1:18-cv-222 |
| *Allen Benson* | 1:18-cv-1311 |
| *Samuel Blevins* | 1:16-cv-1934 |
| *Nathaniel Cook* | 1:17-cv-3380 |
| *Todd Curtis Davidson* | 1:18-cv-00041 |

| *Pedro Dominguez* | 1:17—cv-3874 |
| --- | --- |
| *Brent Fichtner* | 1:18-cv-286 |
| *Booker T. Harlan, Jr.* | 1:18-cv-1312 |
| *James Hofmann* | 1:17-cv-3217 |
| *Keeshawna Johnson* | 1:17-cv-3382 |
| *Natasha Mason* | 1:17-cv-2434 |
| *Louis E. May* | 1:17-cv-2432 |
| *Santiago Ortiz* | 1:18-cv-1097 |
| *Leroy Stricklen* | 1:18-cv-283 |