# EXHIBIT A

# Jaime Richards

| | |
|---|---|
| **From:** | Michael Williams |
| **Sent:** | Friday, February 22, 2019 9:44 AM |
| **To:** | 'blake.angelino@FaegreBD.com' |
| **Cc:** | Brian Goldstein; Denise King Horn |
| **Subject:** | FW: MT-17-01897 Feather,Richard T. v. Cook (IVC Filter)(CALIFORNIA): ShoreTel voice message from FAEGRE BAKER DA, +13123565145 for mailbox 254 |
| **Attachments:** | DSNXGJS3M.wav; 2nd Amended MTD re Categorization B Cellino 5.pdf |

Blake, good morning. I reviewed the second amended motion and Mr. Feather is still identified on Ex B. Do you still intend to remove him?
Thanks and best regards,
Mike

Michael J. Williams, Esq.
Cellino & Barnes, P.C.
350 Main Street, 25th Floor
2500 Main Place Tower
Buffalo, NY 14202-3625
1-800-888-8888
michael.williams@cellinoandbarnes.com

-----Original Message-----
From: Brian Goldstein
Sent: Tuesday, February 19, 2019 3:20 PM
To: Michael Williams
Subject: FW: MT-17-01897 Feather,Richard T. v. Cook (IVC Filter)(CALIFORNIA): ShoreTel voice message from FAEGRE BAKER DA, +13123565145 for mailbox 254

-----Original Message-----
From: ShoreWare Voice Mail [mailto:voicemail]
Sent: Tuesday, February 19, 2019 3:19 PM
To: Brian Goldstein
Subject: ShoreTel voice message from FAEGRE BAKER DA, +13123565145 for mailbox 254

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.


You have received a voice mail message from FAEGRE BAKER DA, +13123565145 for mailbox 254.
Message length is 00:00:38. Message size is 300 KB.

1