## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, a copy of the foregoing PLAINTIFF'S OPPOSITION TO THE COOK DEFENDANTS' SECOND AMENDED MOTION TO DISMISS PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ *Brian A. Goldstein*