IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>This Document Relates to:<br><br>1:18-cv-1808 |

## RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

COMES NOW, Plaintiff Stephen W. Wood, by and through undersigned counsel, and hereby opposes Defendants Motion to Dismiss because Plaintiff has now provided Defendants with the Case Categorization Form and supporting medical documentation. Undersigned counsel warrants and represents to the Court and counsel the following:

1. The undersigned counsel for this Plaintiff was unaware of the Court's Case Categorization Order or Defendant's related motions until this morning, Wednesday, February 27, 2019.

2. Upon discovery of the Court's Order and Defendants motions, undersigned counsel took immediate steps to execute the appropriate Case Categorization Form and provide supporting medical records as required.

3. On February 27, 2019, the Case Categorization Form and supporting medical records were provided to Defendants' and Plaintiffs' Leadership via email.

4. Undersigned counsel sincerely apologizes to the Court and counsel for this oversight and for the inconvenience and difficulty it caused. Counsel assures the Court that immediate action is being taken to more properly monitor the ongoing pleadings in this MDL and insure timely response in all future instances.

WHEREFORE, undersigned counsel respectfully asks that the Court deny Defendants' Motions to Dismiss as to these plaintiffs.

Dated February 27, 2019

                                             Respectfully submitted,

                                             /s/ Rodrigo R. de Llano, Jr
Rodrigo R. de Llano, Jr.
DANZIGER & DE LLANO, LLP
440 Louisiana Street, Suite 1212
Houston, TX 77002
Phone: (713) 222-9998
Facsimile: (713) 222-8866
rod@dandell.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 27th day of February 2019, I filed the foregoing document using the CM/ECF system and caused counsel of record to be served electronically through the CM/ECF system.

/s/ Rodrigo R. de Llano
Rodrigo R. de Llano, Jr
