IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff Lillian Verde

Civil Case #  1:17-CV-22354

# MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Sherry Johnson, as Administrator of the Estate of Lillian Verde, as the Plaintiff.

1. Lillian Verde filed a products liability lawsuit against Defendants on July 12, 2017 in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2. On November 16, 2017, Lillian Verde passed away in the state of Ohio. (*See* Exhibit 1, Certificate of Cremation).

3. On February 25, 2019, Plaintiff's Counsel filed and served a Notice of Suggestion of Death [Doc. 15].

4. In Ohio, causes of action for injuries to the person shall survive, and may be brought notwithstanding the death of the person entitled thereto. *See* OH ST § 2305.21.  The survivorship claim may be asserted by an executor or administrator for the benefit of the estate. *See Wingrove v. Forshey*, 230 F. Supp. 2d 808, 826 (E.D. Ohio 2002).

5. In this case, Sherry Johnson has been appointed Administrator of the Estate of Lillian Verde, Case Number 2019EST240269. (*See* Exhibit 2, Letters).

6. As Administrator of the Estate of Lillian Verde, Sherry Johnson is a proper party and has proper capacity to move forward with the surviving products liability lawsuit on Lillian Verde's behalf, pursuant to Fed.R.Civ.P.25(a)(1), which provides, in pertinent part, "if a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

7. Sherry Johnson, further seeks leave to file the attached Second Amended Short Form Complaint which, in addition to substituting the plaintiff, seeks to add survival action claims. Lillian Verde did not pass away until after the original filing of the Complaint, and therefore, the survival action claims could not be made at the time of the original filing. (*See* Exhibit 3, Second Amended Short Form Complaint).

8. Counsel for Plaintiff has contacted the Court about similar motions for substitution in other cases involved in this MDL, and has been advised that no hearing notice is required or desired in this litigation. As such, no such notice is being provided.

Based on the foregoing, Sherry Johnson, as Administrator of the Estate of Lillian Verde, requests that this Court grant her request for substitution as Plaintiff in this action and grant her leave to file the Second Amended Short Form Complaint and direct the Clerk to file the attached Second Amended Short Form Complaint.

Dated: February 28, 2019

Respectfully submitted,

*/s/ David C. DeGreeff*
Thomas P. Cartmell           MO Bar #45366
(admitted pro hac vice)
David C. DeGreeff            MO Bar #55019
(admitted pro hac vice)
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2371 (fax)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electron Filing.

*/s/ David C. DeGreeff*