

A HomeGoing Celebration
In Loving Memory Of

*Lillian Tamekia Monique Verde*

Sunrise: November 12, 1973 ~ Sunset: November 25, 2017

**Service**
Friday, November 25, 2017 at 1:00 P.M.
**Eric J. Williams Funeral Home**
12200 Granger Rd. ~ Garfield Hts., Ohio 44125
Pastor Eugene Anthony, Officiating

## WOMAN

I AM A WOMAN IN MY OWN RIGHT FOR I HAVE DEFINITELY PUT UP A FIGHT.

I AM JUST AS STRONG AS A MAN, TAKEN EVERY TASK GIVEN AT HAND.

I LEARNED NOT TO COMPLAIN, YET I ALWAYS HIDE MY SHAME.

I TAKE MY LESSONS AS THEY COME, AND DO MY WORK WITH A GENTLE HUM.

I SUCCEED ABOVE THE BEST, BUT LIVE DOWN BELOW WITH THE REST.

THIS IS MY RIGHT DON'T TAKE IT AWAY FOR YOU TO WILL SEE SOMEDAY.

FOR I HAVE WON THIS FIGHT AND IT IS MY RIGHT.

TO WALK OUT IN THIS LIGHT TO HEAR YOU SAY,

SHE IS A WOMAN DON'T TAKE THAT AWAY.

### ACKNOWLEDGMENTS

The Family of Lillian Tamekia Monique Verde acknowledges with sincere appreciation the many expressions of kindness and support that have strengthened them during their hour of bereavement.

*Humbly Submitted, The Family*



ERIC J. WILLIAMS
FUNERAL HOMES

*Precious Memories Custom Printing* (216) 721-3909 or (216) 258-2895

# CERTIFICATE OF CREMATION

## ALL OHIO CREMATORY

16150 Brookpark Road

Brook Park, OH 44135

This is to certify that these are the legally cremated remains of

## Lillian Verde

Date of Death: **November 16, 2017**     Age: **44**     Sex: **Female**

Date of Cremation: **December 16, 2017**     Permit #: **1265128**

Place of Death: **Cleveland, OH**

Cause of Death: **Myelodysplastic Syndrome**

On behalf of:

### Eric J Williams Funeral Home

12200 Granger Road

Garfield Heights, OH 44125

216-952-7395

*ALL OHIO CREMATORY*

**Lillian Verde**

Date of Birth: 11/12/1973

Date of Death: 11/16/2017

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

# 172065

_____

All Ohio Crematory

EXHIBIT 1