IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff Lillian Verde

Civil Case # _1:17-CV-22354_____

## **ORDER**

IT IS ORDERED that the Motion to Substitute Party and For Leave To Amend, seeking to have Sherry Johnson to be substituted as the plaintiff and to file a Second Amended Complaint, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2019.

                                                                Honorable Judge Tim A. Baker
                                                                 United States Magistrate Judge
                                                                 Southern District of Indiana