## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570
_____

This Document Relates to:

| | | |
|---|---|---|
| 1:18-cv-03504 | 1:19-cv-00523 | 1:19-cv-00539 |
| 1:19-cv-00231 | 1:19-cv-00525 | |
| 1:19-cv-00244 | 1:19-cv-00530 | |
| 1:19-cv-00514 | 1:19-cv-00535 | |
| 1:19-cv-00522 | 1:19-cv-00538 | |

_____

### APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  March 4, 2019                              /s/ Kip S. M. McDonald
                                                  Andrea Roberts Pierson (# 18435-49)
                                                  Kip S. M. McDonald (# 29370-49)
                                                  FAEGRE BAKER DANIELS LLP
                                                  300 North Meridian Street, Suite 2700
                                                  Indianapolis, Indiana 46204
                                                  Telephone: (317) 237-0300
                                                  Facsimile: (317) 237-1000
                                                  E-Mail:  andrea.pierson@faegrebd.com
                                                  E-Mail:  kip.mcdonald@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ Kip S. M. McDonald</u>

US.120263840.01