IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:18-cv-02067 Bailey, Thomas R.
1:18-cv-00037 Barnes, Terri
1:18-cv-00930 Hendrix, Fred
1:17-cv-02393 Jatta, Jessica
1:18-cv-02066 Samuelson, Chad
1:18-cv-00039 Shorkey, Robert

## **PLAINTIFFS' RESPONSE TO DEFENDANT'S AMENDED MOTION TO DISMISS**

Now come the Plaintiffs, Thomas R. Bailey, Terri Barnes, Fred Hendrix, Jessica Jatta, Chad Samuelson and Robert Shorkey and each respectfully requests that this Honorable Court deny the Defendants' Motion to Dismiss Without Prejudice.

**A. Four of the McGlynn Plaintiffs listed on Defendants' Exhibit B and to whom the Case Categorization and Census Order Applies Unintentionally Failed to Submit their Categorization Forms but have Submitted these Forms as of the Date of this Filing**

Four of the Six McGlynn, Glisson and Mouton Plaintiffs identified by Cook Medical, Inc., et al ("Cook") as "non-compliant" with this Court's November 21, 2018 Case Categorization and Census order (Dkt. No. 9638), did unintentionally fail to submit their categorization forms. Those matters are:

| Ex. B. | Client Name | Case No. |
|---|---|---|
| | Barnes, Terri | 1:18-cv-00037 |

|   | Jatta, Jessica    | 1:17-cv-02393 |
|---|-------------------|---------------|
|   | Samuelson, Chad   | 1:18-cv-02066 |
|   | Shorkey, Robert   | 1:18-cv-00039 |

However, as of the date of this filing, said Plaintiffs have submitted substantially complete categorization forms with accompanying medical records to Defendants. (*See* Email Submission of Categorization forms, dated March 4, 2019, **Exhibit A**). Since these four forms have now been submitted and more specifically, because Cook did not suffer any irreparable harm as a result of this minor delay, this motion must be denied regarding these four plaintiffs.

### B. The Other Two McGlynn Plaintiffs Listed on Defendants' Exhibit B have Substantially Complied

As several other Plaintiffs have indicated, Cook has incorrectly identified four McGlynn, Glisson and Mouton cases that were not filed at the time the Categorization order was entered. Specifically, those matters are:

| Ex. B | Client Name        | Case No.       |
|-------|--------------------|----------------|
|       | Bailey, Thomas R.  | 1:18-cv-02067  |
|       | Hendrix, Fred      | 1:18-cv-00930  |

Cook points to these two McGlynn Plaintiffs as not being in compliance with the categorization orders entered by the Court. But this is wholly incorrect. These two plaintiffs have both complied with the original case categorization order. More specifically, both Thomas R. Bailey and Fred Hendrix, submitted substantially complete case categorization forms to the defendants on December 20, 2018. *See* Email Submission of Categorization forms, dated December 20, 2018, with relevant attached categorization forms, **Exhibit B**) It is noted, that Mr. Hendrix specifically

stated on his categorization form that additional medical records would be supplemented upon receipt as Plaintiffs' attorney had not received the requested medicals as of said date and still have not received those records. Upon receipt of the same, they will be immediately provided to defendants. Since both plaintiffs have substantially complied with the case categorization order, these cases should not be dismissed.

WHEREFORE, Plaintiffs Thomas R. Bailey, Terri Barnes, Fred Hendrix, Jessica Jatta, Chad Samuelson and Robert Shorkey respectfully request that the Court deny Defendants' Amended Motion to dismiss their respective cases.

Dated: <u>March 4, 2019</u>                               Respectfully submitted,

<u>/s/Amanda L. Washington</u>
Amanda L. Washington
**McGlynn, Glisson, & Mouton**
340 Florida Street
Baton Rouge, LA 70801
Phone: (225) 344-3555
Fax: (225) 228-2294
Email: Amanda@mgmattorneys.com
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

On this 4th day of March 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

<u>/s/Amanda L. Washington</u>
Amanda L. Washington