

# Amanda

| | |
|---|---|
| **From:** | Amanda |
| **Sent:** | Monday, March 4, 2019 1:40 PM |
| **To:** | CookFilterMDL@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | CASE CATEGORIZATION FORMS RE BARNES, JATTA, SAMUELSON AND SHORKEY |
| **Attachments:** | BARNES_CATEGORIZATION.pdf; JATTA_CATEGORIZATION.pdf; SAMUELSON_CATEGORIZATION.pdf; SHORKEY_CATEGORIZATION.pdf |

Counsel:

Attached please find the Case Categorization Submissions obo:

1. Terri Barnes
2. Jessica Jatta
3. Chad Samuelson and
4. Robert Shorkey

Thank you,



Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Phone: 225-344-3555
Fax: 225-228-2294
Email: Amanda@MGMattorneys.com

1