

EXHIBIT
B

## Amanda

**From:** Amanda
**Sent:** Thursday, December 20, 2018 3:22 PM
**To:** 'CookFilterMDL@faegrebd.com'; 'plaintiffscoleadcounselmdl@gmail.com'
**Subject:** Case Categorization Submission obo McGlynn, Glisson and Mouton
**Attachments:** COOK CASE CENSUS PART 1_12.20.2018.pdf; COOK CASE CENSUS PART 2_ 12.20.2018.pdf

Counsel:

Attached please find the Case Categorization Submission obo McGlynn, Glisson and Mouton. Please do not hesitate to contact me with any questions or concerns.

Thank you,

**Amanda L. Washington**
**MCGLYNN, GLISSON & MOUTON**
**340 Florida Street**
**Baton Rouge, LA 70801**
**Phone: 225-344-3555**
**Fax: 225-228-2294**
**Email:** Amanda@MGMattorneys.com

# Categorization Form

A. Plaintiff's Name: THOMAS R. BAILEY

B. Plaintiff's Case Number: 1:18-cv-2067

C. Plaintiff's Counsel (Lead Firm Name): MCGLYNN, GLISSON, & MOUTON

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: X

   Briefly describe claimed complication/outcome/injury: FILTER IN PLACE MORE THAN 90 DAYS, FUTURE PERFORATION AND FRACTURE ARE LIKELY. FEAR OF POSSIBLE DEVICE FAILURE IN FUTURE

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:____

   Briefly describe claimed complication/outcome/injury:____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4:____

   Briefly describe claimed complication/outcome/injury:____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:____________________________

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:____

   Briefly describe claimed complication/outcome/injury:____________________________

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:____. **Circle all sub-categories that apply below**:

☐ (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

______________________________________________________________

☐ (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

______________________________________________________________

☐ (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

______________________________________________________________

☐ (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

☐ (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:____________________________

☐ (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:____________________________

☐ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:____________________________

☐ (h) infection;

Briefly describe claim of symptomatic injury:____________________________

☐ (i) bleeding;

Briefly describe claim of symptomatic injury:____________________________

☐ (j) death; and

Briefly describe claim of symptomatic injury:____________________________

☐ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:____________________________

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: AMANDA WASHINGTON

Plaintiff's Counsel's Firm: MCGLYNN, GLISSON & MOUTON

RADD -3277
(QPPNMD)
BAILEY, THOMAS R
MR#: 39-16-48
SS#: [redacted]
DOB: [redacted]
SERV: MED
MD: WHITTENBURG, ELISS ADM: 07/03/08
DX: ACUTE LT FEM/POP DVT, COLITIS

GOOD SAMARITAN HOSPITAL, DAYTON, OHIO (071205)

M 71
ACCT#: 00091107011
FIN. CLASS#: 1035

4900 4917-A

PHYSICIAN POST-PROCEDURE NOTES
PERMANENT CHART COPY

-*-

## IMMEDIATE POST PROCEDURE NOTE

| DATE / TIME | |
|---|---|
| | PHYSICIAN / ASSISTANT: EBL: |
| | ANES. TYPE: SPECIMEN: |
| | PROCEDURE: REF: IGTCFS-65-FEM-CELECT-PERM LOT: E2163413 DESC: Cook® Celect™ Filter Set Femoral Approach |
| 7/7/08 | Int RAD |
| | S/P Temp IVC filter |
| | Placement – Rt CFV Access |
| | 9F Sheath |
| | Disp pt is stable |
| | no Acute complications |
| | [signature] |

| DIAGNOSIS/FINDINGS | |
|---|---|
| PHYSICIAN SIGNATURE | |

PHYSICIAN POST PROCEDURE NOTES

MEDRC-3814
07/11/08 17:49

GOOD SAMARITAN HOSPITAL, DAYTON, OHIO (071205)
(QAIRAD)
PAGE 001

BAILEY, THOMAS R M 71
MR#: 39-16-48 ACCT#: 00091107011
SS#: [redacted] FIN. CLASS#: 1035
DOB: [redacted]
SERV: MED DIS-IP 7-9
MD: SAMARITAN EMERG CO ADM: 07/03/08
DX: VENOUS THROMBOSIS NEC VENOUS THRO

RAD
RADIOLOGY RESULTS
-PERMANENT CHART COPY-
REQ#: 2189-0006

ORDERING PHYSICIAN: SHAIK, MOHAMMED M
ORDER: SP PLACMNT VENACAVA FILTER 200.01 07/07/08
INDICATIONS: PHYSICIAN STATES, --PLACEMENT IVC FILTER

GOOD SAMARITAN HOSPITAL
GSH-MAIN
MEDICAL IMAGING - SP

PATIENT NAME: BAILEY, THOMAS R MRN: 39-16-48
DOB: [redacted] SEX: M PATIENT STATUS: I PATIENT TYPE: I
VISIT #: 00091107011 PATIENT LOCATION: 4900-4917A
ACCESSION: 3791102 COMPLETED: 07/07/2008 11:21 AM
EXAM: 00207 IPQ-SP PLACMNT VENACAVA FILTER

REQUESTING PROVIDER: SHAIK, MOHAMMED M
ATTENDING PROVIDER: WHITTENBURG, ELISSA A

SIGNS & SYMPTOMS: PHYSICIAN STATES, --PLACEMENT IVC FILTER
HISTORY: IV PUMP, O2
COMMENTS: ENTERED BY: COYLE , BRENDA

FINAL REPORT

INDICATION: 71-YEAR-OLD MALE WITH A CONTRAINDICATION TO ANTICOAGULATION. A REQUEST HAS BEEN MADE FOR AN IVC FILTER PLACEMENT.

PROCEDURE: INFERIOR VENA CAVA FILTER PLACEMENT.

OPERATOR: KAMAL MORAR, MD.

TECHNIQUE: AFTER OBTAINING INFORMED CONSENT, THE PATIENT WAS PLACED IN THE SUPINE POSITION ON THE ANGIOGRAPHY TABLE. THE RIGHT GROIN WAS THEN CLEANSED AND DRAPED IN THE USUAL STERILE FASHION. 1% LIDOCAINE WAS USED FOR LOCAL ANESTHESIA. THE RIGHT COMMON FEMORAL VEIN WAS THEN VISUALIZED WITH ULTRASONOGRAPHY AND CANNULATED USING A MICROPUNCTUR E NEEDLE. USING A STANDARD SELDINGER TECHNIQUE, A 7 FRENCH VASCULAR SHEATH WAS INTRODUCED AND PARKED WITHIN THE RIGHT ILIAC VEIN. A CONTRAST INJECTION WAS PERFORMED AND AN INFERIOR VENA CAVOGRAM WAS OBTAINED. THIS DEMONSTRATED NORMAL CALIBER INFERIOR VENA CAVA. PATENT RENAL VEINS WERE IDENTIFIED.

NEXT, A G-2 BARD RECOVERY FILTER WAS INTRODUCED AND DEPLOYE

07/11/08 17:49 (QAIRAD) PAGE 002

BAILEY, THOMAS R M 71
MR#: 39-16-48 ACCT#: 00091107011
SS#: [redacted] FIN. CLASS#: 1035
DOB: [redacted]
SERV: MED DIS-IP
MD: SAMARITAN EMERG CO ADM: 07/03/08
DX: VENOUS THROMBOSIS NEC VENOUS THRO

RAD
RADIOLOGY RESULTS
-PERMANENT CHART COPY-
REQ#: 2189-0006

ORDERING PHYSICIAN: SHAIK, MOHAMMED M

D INTO THE INFRARENAL INFERIOR VENA CAVA. THIS WAS PERFORMED UNDER FLUOROSCOPIC GUIDANCE. THE CATHETER WAS THEN REMOVED AND HEMOSTASIS WAS OBTAINED USING MANUAL COMPRESSION. THE PATIENT TOLERATED THE PROCEDURE WELL WITHOUT ANY IMMEDIATE COMPLICATIONS.

IMPRESSION:
SUCCESSFUL INFERIOR VENA CAVA FILTER PLACEMENT, AS DESCRIBED ABOVE.

END O F DIAGNOSTIC REPORT FOR ACCESSION: 3791102

TRANSCRIBED BY: KYER, TACY A 07/09/2008 10:59 AM
SIGNED BY: MORAR, KAMAL N 07/11/2008 05:50 PM

---

# Categorization Form

A. Plaintiff's Name: FRED HENDRIX

B. Plaintiff's Case Number: 1:18-cv-930

C. Plaintiff's Counsel (Lead Firm Name): MCGLYNN, GLISSON, & MOUTON

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:____

   Briefly describe claimed complication/outcome/injury:________________

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:____

   Briefly describe claimed complication/outcome/injury:________________

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: X

   Briefly describe claimed complication/outcome/injury: DIAGNOSED WITH EMBEDDED FILTER, RECORDS HAVE BEEN REQUESTED, WILL SUPPLEMENT WHEN RECEIVED

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:________________________________

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:____

   Briefly describe claimed complication/outcome/injury:________________________________

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:____. **Circle all sub-categories that apply below:**

☐ (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

________________________________________________________________

☐ (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

________________________________________________________________

☐ (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

________________________________________________________________

☐ (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

☐ (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:____________________

☐ (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:____________________

☐ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:____________________

☐ (h) infection;

Briefly describe claim of symptomatic injury:____________________

☐ (i) bleeding;

Briefly describe claim of symptomatic injury:____________________

☐ (j) death; and

Briefly describe claim of symptomatic injury:____________________

☐ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:____________________

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: AMANDA WASHINGTON

Plaintiff's Counsel's Firm: MCGLYNN, GLISSON & MOUTON

Daniel J. McGlynn
Christopher D. Glisson
Benjamin P. Mouton

John R. Morganti
Eric E. Helm
Amanda L. Washington
Morgan E. Levy
Renee H. Pennington
Julie H. Ralph*
Paul B. Lauve (Ret.)

Of Counsel
Patrick B. Kennedy

*Only Lic. in AL & MS

McGlynn Glisson & Mouton
Attorneys at Law

www.mcglynnglisson.com

340 Florida Street
Baton Rouge, Louisiana 70801
Mailing Address: Post Office Box 1909
Baton Rouge, LA 70821
Telephone: 225.344.3555
800.725.3555
Fax 225.344.3666

Mickey Skyring
Office Manager

October 15, 2018

The Stockton Clinic
VA Palo Alto Health Care
**ATTN: MEDICAL RECORDS**
7777 South Freedom Road
French Camp, CA 95231

Re: Patient: **Fred Hendrix**
DOB; [redacted]

Dear Sir/Madam:

Please be advised that the above individual is represented by the undersigned. I would appreciate your providing me with the following: ***certified copies of your medical records and office notes*** evidencing treatment rendered to my client from **September 1, 2018 through the present date**. I am enclosing a properly executed HIPAA authorization form allowing you to release this information to us.

If there is a charge for this documentation, please notify me and I will submit payment immediately. In the event the fees for this request exceed an amount greater than $100.00, please put the records on a diskette.

I appreciate your assistance in this matter. With kindest regards, I remain

Very truly yours,

MCGLYNN, GLISSON & MOUTON

Patty Rogge
Assistant to Amanda Washington

/pr
Enclosure
cc: Mr. Fred Hendrix