IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                        MDL No. 2570

_____

This Document Relates to Plaintiff(s)
MIKE SHERIDAN

Civil Case No. 1:17-cv-03609-RLY-TAB
_____

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW PLAINTIFF Mike Sheridan ("Plaintiff"), requesting permission to withdraw and substitute counsel, and for such would show the Court as follows:

1. Plaintiff Mike Sheridan is currently represented in this action by David W. Bauman with Padberg, Corrigan & Appelbaum. Plaintiff seeks an Order from the Court withdrawing David W. Bauman with Padberg, Corrigan & Appelbaum as his counsel in this matter, and substituting in place and stead of David W. Bauman with Padberg, Corrigan & Appelbaum the following counsel:

> David P. Matthews
> Matthews & Associates
> 2905 Sackett St.
> Houston, TX 77098
> (713) 522-5250

2. Plaintiff has requested and approved the withdrawal and substitution.

3. This withdrawal and substitution is not requested for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Honorable Court GRANT Plaintiff's Motion to Withdraw and Substitute Counsel, removing David W. Bauman

1

with Padberg, Corrigan & Appelbaum as counsel for plaintiff in this action, substituting David P. Matthews with Matthews & Associates as counsel for plaintiff herein.

        Respectfully submitted,

*s/ David W. Bauman*
David W. Bauman, MO Bar No 52481; IL Bar No 6274534
**Padberg, Corrigan & Appelbaum**
48 Mt Vernon Street, Suite 2016
Winchester, MA 01890
Telephone:  (781) 721-4400
Facsimile:  (781) 721-4402
dave@padberglaw.com

*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
**Matthews & Associates**
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 5, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*s/ David W. Bauman*