**Exhibit A**

## Rosann Ferrante

| | |
|---|---|
| **From:** | Rosann Ferrante |
| **Sent:** | Monday, March 04, 2019 5:49 PM |
| **To:** | 'cookfiltermdl@faegrebd.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Todd Rubin |
| **Subject:** | Koelling v. Cook Medical, Inc., 1:14-ml-2570-RLY-TAB, 1:17-cv-3659 |
| **Attachments:** | Koelling 1.pdf |

Counselors,

In reference to the above mentioned matter, please see attached Categorization Form and Medical Records.

Thank you,

Rosann Ferrante
Paralegal

FINZ & FINZ

410 East Jericho Turnpike
Mineola, New York 11501
Toll Free: (855) TOP-FIRM
Long Island: (516) 433-3000
Manhattan: (212) 513-1000
E-mail: rferrante@finzfirm.com
Web: http://www.FinzFirm.com