IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL: 2570<br><br>**MOTION FOR LEAVE TO WITHDRAW APPEARANCE** |

> Motion granted. The appearance of attorney Lynnette Marshall is withdrawn.
>
> Tim A. Baker
> U.S. Magistrate Judge
> 3/6/2019

**Caption**: Estate of Helene Yvonne Dodd v. Cook Medical, Inc.
Date:  December 28, 2018
**Docket No.**: 1:17-cv-00537

_____

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7(c)(1) and (4), the undersigned, Lynnette Simon Marshall, hereby moves the Court for leave to withdraw her appearance as counsel of record for the Plaintiff, Estate of Helene Yvonne Dodd, Ronnie Dodd.  In support of this Motion, the undersigned states as follows:

1. Local Rule 83-7(c) requires that "[a]n attorney must file a written motion to withdraw his or her appearance."

2. However, when another attorney has appeared and remains of record for that party, the requirement to provide seven day written notice of intent to the party, as well as the party's contact information does not apply.  *See* Local Rule 83-7(c)(4).

3. Robert Bruce Warner, Esq. of Warner Law Offices, PLLC, has previously entered an appearance for Plaintiff Estate of Helene Yvonne Dodd, Ronnie Dodd and will remain counsel of record.

4. Additionally, John R. Crone of Andrus Wagstaff, PC, has entered an appearance as additional counsel of record for the Plaintiff, Estate of Helene Yvonne Dodd, Ronnie Dodd and will remain counsel of record. (Docket #13).

5. Lynnette Simon Marshall has resigned from Warner Law Offices, PLLC, and will no longer be a member or employee of Warner Law Offices, PLLC, effective January 10, 2019.

Dated: December 28, 2019.

Respectfully submitted,

/s/ Lynnette Simon Marshall
Lynnette Simon Marshall (WVSB#8009)
Warner Law Offices, PLLC
227 Capitol Street
Charleston, WV 25301
Telephone: 304-344-4460
Facsimile: 304-344-4508