IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
   1:18-cv-2552-RLY-TAB    Morris

## ORDER ON MOTION TO AMEND COMPLAINT

This matter is before the Court on Plaintiffs' motion to amend the case caption and complaint. [Filing No. 9854/10]  The motion is granted and Plaintiffs' amended short form complaint is deemed filed as of the date of this order.  Furthermore, the caption in the member case, 1:18-cv-2552-RLY-TAB, shall be amended to name the Plaintiffs as 'John H. Morris' and 'Bernadette Morris, Proposed Administrator.'

Date:  3/6/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.