IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:18-cv-02552<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
John H. Morris, represented by the Proposed Administrator of his Estate Bernadette Morris.
Civil Case #  1:18-cv-02552

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    John H. Morris

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Bernadette Morris

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Bernadette Morris (spouse/ Proposed Administrator)

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
    Pennsylvania

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania ; 326 Richmond Road, West Chester, PA 19380-4618

7. District Court and Division in which venue would be proper absent direct filing:

   **United States District Court for the Eastern District of Pennsylvania**

8. Defendants (Check Defendants against whom Complaint is made):

   - [X] Cook Incorporated
   - [X] Cook Medical LLC
   - [X] William Cook Europe ApS

9. Basis of Jurisdiction:

   - [X] Diversity of Citizenship
   - [ ] Other: **Multidistrict Litigation**

10. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Venue: Paragraphs; 27, 28

    Jurisdiction: Paragraphs 9 -26

    b. Other allegations of jurisdiction and venue:

    Not Applicable

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum

Other: _____

11. Date of Implantation as to each product:

February 2, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

Paoli Hospital (Paoli, PA)

13. Implanting Physician(s):

Dr. Atul Gupta

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se

- [X] Count V: Breach of Express Warranty

- [X] Count VI: Breach of Implied Warranty

- [X] Count VII: Violations of Applicable Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- [X] Count VIII: Loss of Consortium

- [ ] Count IX: Wrongful Death

- [X] Count X: Survival

- [X] Count XI: Punitive Damages

- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    **Debra J. Humphrey**

16. Address and bar information for Attorney for Plaintiff(s):

Marc J. Bern & Partners LLP,

60 East 42nd St., Suite 950, New York, NY 10165

(NY Bar# 5050448)

        Respectfully submitted,

        **MARC J. BERN & PARTNERS, LLP**

        /s/ Debra J. Humphrey

        Debra J. Humphrey, NY Atty. No. 5050448
        **MARC J. BERN & PARTNERS LLP**
        60 East 42nd St., Suite 950
        New York, NY 10165
        Telephone: (212) 702-5000
        Facsimile: (212) 818-0164
        Dhumphrey@bernllp.com
        *Attorney(s)*