IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    1:18-cv-3507-RLY-TAB    Jenkins

## ORDER ON MOTION TO WITHDRAW COUNSEL

This matter is before the Court on a motion to withdraw the appearance of Plaintiff's counsel, Joseph A. Osborne. [Filing No. 9860.] If Plaintiff is not communicating with her counsel or otherwise prosecuting this case, the proper course is not to simply have her counsel withdraw, but rather to dismiss the case. Plaintiff Sharon Jenkins shall show cause, if any, within 14 days why her cause should not be dismissed.

Date: 3/6/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

Via U.S. Mail to:
Sharon Jenkins
538 Rose Street
Morgantown, WV 26501