IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INIDIANPOLIS DIVISON

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION,

Case No.: 1:14-ml-2570-RLY-TAB
MDL No.: 2570

This Document Relates to:

RAYMOND JACKSON and SHIRLEY JACKSON v. COOK INCORPORATED, COOK MEDICAL, LLC AND WILLIAM COOK EUROPE APS
Case No.: 1:16-cv-2483

**ORDER**

This cause having come on Plaintiffs Raymond Jackson and Shirley Jackson's Motion to Withdrawal Counsel Kyle Alison Cubbon, from this matter as she has retired,

IT IS HEREBY ORDERED that Kyle Alison Cubbon be removed as counsel of record for Plaintiffs Raymond Jackson and Shirley Jackson.  Attorney Stuart F. Cubbon remains counsel of record for Plaintiffs.

Date: 3/6/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.