UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

### ORDER MAINTAINING DOCUMENT
### DKT. NO. 8701 AND EXHIBITS THERETO UNDER SEAL

This matter has come before the Court on Plaintiff's Motion to Maintain Documents Under Seal [Dkt. No. 8705] and The Cook Defendants' Brief in Support of Plaintiff's Motion to Maintain Documents Under Seal. The Court, having reviewed Plaintiff's Motion and the Cook Defendants' Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that **Plaintiff's Motion in Limine Regarding the FDA's 510(k) Clearance of the Celect IVC Filter and Its "Low Complaint Rate" and to Exclude or Limit the Expert Testimony of Christy Foreman, MBE [Dkt. No. 8701] and Exhibits A, C, and E through H thereto** are to be maintained *under seal.*

SO ORDERED this _____ day of _____, 2019.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.122113242