# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

**IN Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION,**

Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570

This document relates to:
1:18-cv-02422-RLY-TAB

## MOTION TO PERMIT THE WITHDRAW OF COUNSEL

**COMES NOW THE,** Plaintiff, **MELISSA LITTLE,** through her attorneys, the law firm of MUSSIN & SCANLAND, PLLC and by attorney Jerard M. Scanland and in support of Plaintiff's Motion To Permit The Withdraw Of Counsel And Substitute Attorney Jerard M. Scanland filed on behalf of attorney Jeffery Meyers, states the following:

1. The Plaintiff hired the law firm of Morgan & Meyers, PLC to represent her in regards to the within matter.

2. The attorney representing Ms. Little was an individual by the name of Justin Hakala.

3. Mr. Hakala withdrew from representing Ms. Little sometime in October of 2018 as he accepted a position with another firm.

4. Shortly thereafter, Ms. Little terminated the services of Morgan & Meyers and hired the law firm of MUSSIN & SCANLAND, PLLC to represent her.

5. Attorney Jerard M. Scanland sent attorney Jeffrey Meyer a letter advising he was no

longer representing Ms. Little as he was terminated and requested a copy of her file, which was promptly provided.

6. Attorney Scanland then promptly filed his Appearance and subsequently filed a Stipulation And Order For Substitution Of Attorney.

7. Plaintiff's Counsel now makes this request via Motion on behalf of the law firm of Morgan & Meyers, PLC seeking to have their Appearance as counsel of record on behalf of Ms. Little withdrawn.

8. Attached to the within Motion is a proposed Order permitting the withdraw of the Appearance of attorney Jeffrey Meyer on behalf of Ms. Little.

**WHEREFORE,** it is respectfully prayed this Honorable Court enter an Order withdrawing the Appearance of attorney Jeffrey Meyer.

Dated: March 6, 2019                    Respectfully Submitted,

**MUSSIN & SCANLAND, PLLC**

By: _____
JERARD M. SCANLAND (P74992)

Attorney for Plaintiff
13351 Reeck Court, Suite
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices,com