# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

  1:18-cv-04025
  1:19-cv-00183
  1:19-cv-00241
  1:19-cv-00544
  1:19-cv-00546

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS

Dated:   March 6, 2019            /s/ Kip S. M. McDonald
                                  Andrea Roberts Pierson (# 18435-49)
                                  Kip S. M. McDonald (# 29370-49)
                                  FAEGRE BAKER DANIELS LLP
                                  300 North Meridian Street, Suite 2700
                                  Indianapolis, Indiana 46204
                                  Telephone: (317) 237-0300
                                  Facsimile: (317) 237-1000
                                  E-Mail:  andrea.pierson@faegrebd.com
                                  E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald