# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

    1:17-cv-00611-RLY-TAB
    Mark R. Hawley

## RESPONSE IN OPPOSITION TO DEFENDANTS' AMENDED MOTION TO DISMISS PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

COMES NOW Plaintiff Mark R. Hawley ("Plaintiff" or "Mr. Hawley"), through the undersigned counsel, respectfully requests that the Court deny Defendants' Amended Motion to Dismiss Pursuant to the Court's Case Categorization Order ("Amended Motion to Dismiss"). For the reasons more fully discussed herein, the sanction of dismissal would be disproportionate to any claimed non-compliance, improper, and unduly prejudicial under the circumstances. As such, Defendants' Amended Motion to Dismiss should be denied as to Plaintiff Mark Hawley.

The Court ordered that Defendants identify plaintiffs who failed to comply with the Case Categorization Order by February 7, 2019. On February 5, 2019, Defendants

filed a Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order, and Plaintiff Hawley was not listed as non-compliant and was, thus, not subject to the motion. Plaintiff was first made aware that Defendants claim his case is non-compliant by the February 18, 2019 and February 21, 2019 Amended Motions to Dismiss, which added additional plaintiffs. Defendants had not previously provided any indication or notice that Mr. Hawley did not comply with the Case Categorization Order.

    Mr. Hawley fully complied with the Court's Case Categorization Order. Mr. Hawley's Case Categorization Form was submitted on December 21, 2018 by e-mail, pursuant to the Case Categorization Submission Instructions. Category 1 was elected given that Mr. Hawley has undergone a filter removal, but Plaintiff also noted that he is also claiming the "symptom of neck pain/tenderness caused by retrieval." Exhibit 1 attached hereto. Plaintiff is not in possession of and is not aware of any medical records evidencing his complaints of neck pain and tenderness, so no such medical records were included in the initial submission.

    Plaintiff had a good faith belief that he complied with the terms of the Case Categorization Order and all other obligations for his case. Without a category clearly applicable to Mr. Hawley's case, having no record of his continued neck pain and tenderness, and having submitted records of the filter retrieval with his Plaintiff Profile Sheet in April 2017, Plaintiff did not believe any other specific medical record

was required. *See* Exhibit 2[1] attached hereto. Moreover, Defendants have not suffered any prejudice given that they have been in possession of applicable medical records since April 2017.

After receipt and review of Defendants' Amended Motion to Dismiss, Plaintiff again submitted medical records pertaining to the filter retrieval, supplementing his Case Categorization Form in an abundance of caution and in an effort to avoid burdening the Court with considering the Amended Motion to Dismiss as to Plaintiff Hawley. Exhibit 3 attached hereto. In the event the Court finds that Plaintiff has not complied with the Court's orders in this case, Plaintiff requests further guidance as to what should be done to comply, and he will so comply in short order.

Plaintiff respectfully submits that he was previously compliant with and/or has now complied with the Court's Case Categorization Orders such that there is no just cause to dismiss his claims.

Dated: March 6, 2019

                                                Respectfully submitted,

                                                KASDAN LIPPSMITH WEBER TURNER LLP

                                                */s/ Jaclyn L. Anderson*
                                                Graham B. LippSmith
                                                Jaclyn L. Anderson
                                                360 East 2nd Street, Suite 300

---

[1] Exhibits 2 and 3 are presented in redacted form to protect Plaintiff's and third parties' personal identifying and/or financial information from public dissemination.

        Los Angeles, CA 90012
        Telephone: (213) 254-4800
        Fax: (213) 254-4801
        glippsmith@klwtlaw.com

*Counsel for Plaintiff Mark R. Hawley*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2019, a copy of the foregoing **RESPONSE IN OPPOSITION TO DEFENDANTS' AMENDED MOTION TO DISMISS PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jaclyn L. Anderson*
Jaclyn L. Anderson
