## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*

IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

---

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:**  Hawley v. Cook Inc., et al.           **Date:**  April 25, 2017

**Docket No.:**   1:17-cv-00611-RLY-TAB

**Plaintiff(s) attorney and Contact information:**

Graham B. LippSmith, Esq.

Kasdan LippSmith Weber Turner LLP

500 S. Grand Avenue, Suite 1310

Los Angeles, CA 90071                    Telephone: (213) 254-4800

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Mark R. Hawley
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: Not applicable.
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Not applicable.                    Loss of Consortium?  ☐Yes ☑No
3. Date of birth: REDACTED
4. Date of death (if applicable): Not applicable.
5. Social Security No.: **REDACTED**
6. Current Address:                    **REDACTED**
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| REDACTED | Summer 2013 - Oct./Nov. 2016 |
| Plaintiff does not recall other previous addresses. | |
| | |

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

Not applicable.

8. Do you have children? ☐Yes ☑No

If yes, please provide the following information with respect to each child:

| Name and Address of Child | DOB | Is the Child Dependent on You? |
|---|---|---|
| Not applicable. | | |
| | | |
| | | |
| | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

Not applicable

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

Luther Burbank High School - HS Diploma

11. Are you claiming damages for lost wages: ☐Yes ☑No

12. If so, for what time period: Not applicable.

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

| Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
|---|---|---|---|
| OK Radiators & Auto | Auto Mechanic | 1988-2008 | REDACTED |
| | | | |
| | | | |
| | | | |

a.   Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☑No

b.   If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

Not applicable.

14. Have you ever served in any branch of the military? ☐Yes ☑No

a.   If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

Not applicable.

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes ☑No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

Not applicable.

16. Do you have a computer?  ☑Yes ☐No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☐Yes ☑No ☐Not Applicable

## III. DEVICE INFORMATION

1.  Date of Implant: January 15, 2014
2.  Reason for Implant: GI Bleed w/ History of Pulmonary Embolism
3.  Brand Name: Gunther Tulip
4.  Mfr. Cook Medical
5.  Lot Number: Unknown to Plaintiff
6.  Placement Physician (Name/Address): Alexander M. Kane, M.D.
7.  Medical Facility (Name/Address): Kaiser Permanente South Sacramento Medical Center - 6600 Bruceville Road, Sacramento, CA 95823

(This section to be used if more than one filter is at issue)

1.  Date of Implant: Not applicable.
2.  Reason for Implant:
3.  Brand Name:
4.  Mfr.
5.  Lot Number:
6.  Placement Physician (Name/Address):
7.  Medical Facility (Name/Address):

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

    a. If yes, please identify any such device(s) or product(s). __Not applicable._____

    b. When was this device or product implanted in you? _____

    c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? _____

    d. Provide the name and address of facilities where the other device or product implanted in you? _____

    e. State your understanding of why was the other device or product implanted in you? _____

*• Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): June 25, 2014 _____
2. Type of retrieval: via right internal jugular vein approach _____
3. Retrieval physician (Name/Address): Lawrence Davis, M.D. _____
4. Medical Facility (Name/Address): Kaiser Permanente South Sacramento Medical Center - 6600 Bruceville Road, Sacramento, CA 95823
5. Reason for Retrieval: Plaintiff complained of neck pain and "IVC filter was no longer needed." _____

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): Not applicable. _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

1. Date of retrieval (including any attempts): Not applicable. _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

1. Date of retrieval (including any attempts): Not applicable. _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

## V. OUTCOME ATTRIBUTED TO DEVICE

| ☐ **Migration** | ☑ **Other** Pain and tenderness in Plaintiff's neck |
|---|---|
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Doctor visits _____ by Rajiv Misquitta, M.D. _____

(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Ongoing neck pain and tenderness; blood thinner medication required for the remainder of

Plaintiff's life; having to undergo IVC filter removal procedure.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age __57__ Height __6"2__ Weight __325 lbs__
2. Provide your: Age __55__ Weight __375 lbs__ (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

3.  In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| March 2012 | Colonoscopy - Kaiser Permanente South Sacramento Medical Center 6600 Bruceville Road, Sacramento, CA 95823 |
| January 2014 | Colonoscopy/Scope - Franklin Robinson, III, MD - Kaiser South Sacramento |
| | |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4.  <u>Before the implantation</u> of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

☑Yes ☐No

5.  In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2014 / 2015 | EGD/Scope - Kaiser Permanente South Sacramento Medical Center 6600 Bruceville Road, Sacramento, CA 95823 |
| | |
| | |

6.  To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Not applicable. | | |
| | | |
| | | |
| | | |

7.  <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

    ☐ Yes ☑ No

    Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

    Plaintiff has been unable to work, exercise, or partake in any leisure activities he once enjoyed such as riding his bike or playing golf.

    _____

8.  Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
    Two (2).

9.  Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
    Three (3).

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐ Yes ☑ No | | |
| Crohn's Disease<br>☐ Yes ☑ No | | |
| Factor V Leiden<br>☐ Yes ☑ No | | |
| Protein Deficiency<br>☐ Yes ☑ No | | |
| Spinal fusion/back sx<br>☐ Yes ☑ No | | |

| Anti-thrombin deficiency ☐Yes ☑No | | |
| Prothrombin mutation ☐Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date  Range | Health Problem or Surgery |
| --- | --- |
| 2000 to present | Diabetes |
| 2014 to present | Renal Failure |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present? ☐Yes ☑No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

Not applicable.

_____

_____

_____

13. Do you now or have you ever smoked tobacco products?  ☐ Yes ☑ No

If yes: How long have/did you smoke? <u>Not applicable</u>

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| See Attachment A | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## IX.  PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐ Yes ☑ No.  If yes, specify:

   a. Court in which lawsuit/claim was filed or initiated: <u>Not applicable.</u>

   b. Case/Claim Number:_____

   c. Nature of Claim/Injury:_____

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☐ Yes ☑ No.  If yes, specify:

   a. Date (or year) of application: <u>Not applicable.</u>

   b. Type of benefits sought: _____

   c. Agency/Insurer from which you sought the benefits:_____

   d. The nature of the claimed injury/disability: _____

e.  Whether the claim was accepted or denied: <u>Not applicable.</u>

3.  Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| Angel Mayho | **REDACTED** | Friend |
| | | |
| | | |
| | | |
| | | |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1.  If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
    Applies to me and: ☐the documents are attached OR ☐I have no documents OR
    ☑Does not apply to me

2.  If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
    Applies to me and: ☐the documents are attached OR ☐I have no documents OR
    ☑Does not apply to me

3.  Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
    Applies to me and: ☐the documents are attached OR ☑I have no documents OR
    ☐Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

   Applies to me and: ☐the documents are attached OR ☐I have no documents OR
   ☑Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

   Applies to me and: ☐the documents are attached OR ☑I have no documents OR
   ☐Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)

   Applies to me and: ☐the documents are attached OR ☑I have no documents OR
   ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

   Applies to me and: ☐the documents are attached OR ☑I have no documents OR
   ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

   Applies to me and: ☑the documents are attached OR ☐I have no documents OR
   ☐ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.

   Applies to me and: ☐the documents are attached OR ☐I have no documents OR
   ☑ Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
☑ Does not apply to me

## **AUTHORIZATIONS**

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## **VERIFICATION**

I, _Mark R. Hawley_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _April 25, 2017_____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Claimant]

## **VERIFICATION OF LOSS OF CONSORTIUM (if applicable)**

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

**Attachment A to Plaintiff Profile Sheet (Mark R. Hawley)**

a.  Sinemet – (2014 to present); for blood flow and body tremors
b.  Celexa – (2014 to present); anxiety
c.  Colace – (2014 to present as needed); constipation
d.  Ferrous Sulfate – (4 mos in 2014); anemia
e.  Flonase – (2010 to present); allergies
f.  Neurontin – (2008 to present); diabetes
g.  Norco – (2011/2012 to 2012/2013); pain
h.  IMDUR – (2014); blood flow
i.  Coumadin – (2000 to present); blood thinner
j.  Lactulose – (2014 to present, occasionally); constipation
k.  Methadone – (2012 to present); pain
l.  Lopressor – (2010 to present); high blood pressure
m.  Nortriptyline – (2013-2014); antidepressant/sleep aid
n.  Prilosec – (2012 to present); GERD
o.  Senna – (2013/2014); constipation
p.  Amlodipine – (2012 to present); high blood pressure
q.  B-12 – 2014 to present; B-12 deficiency

 **KAISER FOUNDATION HOSPITALS**

SSC-BRUCEVLL HOS
6600 BRUCEVILLE ROAD
.
SACRAMENTO CA 95823-4671
Hospital Record

HAWLEY,MARK R
MRN:   **REDACTED**
DOB: REDACTED, Sex: M
Adm: 6/25/2014, D/C: 6/25/2014

### H&P - H&P

**H&P by Davis, Lawrence Geoffrey (M.D.) at 6/25/2014 11:42 AM**                                          Version 1 of 1

Author: Davis, Lawrence Geoffrey (M.D.)      Service: (none)                  Author Type: Physician
Filed: 6/25/2014 11:44 AM                     Note Time: 6/25/2014 11:42 AM    Status: Signed
Editor: Davis, Lawrence Geoffrey (M.D.) (Physician)

Outpatient Full H&P note

Procedure: IVC filter retrieval

HPI:
Mark R Hawley is a 55 Y with IVC filter placed when for PRE when admitted for GI bleed.  On coumadin now.
IVC filter retrieval requested.

Allergies:
Morphine and Penicillin g

Medications:

**Prior to Admission Medications**

| Outpatient Home Medications | Taking? |
|---|---|
| **Blood Sugar Test (ONE TOUCH ULTRA TEST) Misc Strips** | Takes Regularly |
| Sig: Use as directed to test blood glucose levels | |
| **Carbidopa-Levodopa (SINEMET) 10-100 mg Oral Tab** | Takes Regularly |
| Sig: Take 2 tablets orally every night | |
| **Citalopram (CeleXA) 20 mg Oral Tab** | Takes Regularly |
| Sig: Take 1 tablet orally daily | |
| **Docusate Sodium (COLACE) 100 mg Oral Cap** | Takes Regularly |
| Sig: Take 1 to 2 capsules orally daily at bedtime when needed for constipation | |
| **Ferrous Sulfate 325 mg (65 mg iron) Oral Tab** | Stopped Taking |
| Sig: Take 1 tablet orally daily or as directed | |
| **Fluticasone (FLONASE) 50 mcg/actuation Nasl SpSn** | Takes Regularly |
| Sig: Use 1 spray in each nostril 2 times a day | |
| **Gabapentin (NEURONTIN) 600 mg Oral Tab** | Takes Regularly |
| Sig: Take 1 & 1/2 tablets orally 3 times a day To Refill by Mail, Call 10 days ahead.  (888) 218-6245 | |
| **HYDROcodone-Acetaminophen (NORCO) 5-325 mg Oral Tab** | Stopped Taking |
| Sig: Take 2 tablets orally every 6 hours as needed | |
| **Isosorbide Mononitrate (IMDUR) 30 mg Oral 24hr SR Tab** | Takes Regularly |
| Sig: Take 1 tablet orally daily To Refill by Mail, Call 10 days ahead.  (888) 218-6245 | |
| **Lactulose 10 gram/15 mL Oral Soln** | Takes Occasionally |
| Sig: Take 15 mls orally daily when needed for constipation 15ML = 1 TABLESPOONFUL | |
| **Methadone (DOLOPHINE) 10 mg Oral Tab** | Takes Regularly |
| Sig: Take 2 tablets orally every 8 hours for pain | |
| **Metoprolol Tartrate (LOPRESSOR) 100 mg Oral Tab** | Takes Regularly |
| Sig: Take 1 tablet orally 2 times a day | |
| **Nortriptyline (AVENTYL/PAMELOR) 25 mg Oral Cap** | Takes Regularly |
| Sig: Take 2 capsules orally every bedtime | |
| **Omeprazole (PriLOSEC) 20 mg Oral CPDR SR Cap** | Takes Regularly |
| Sig: Take 2 capsules orally 2 times a day To refill by mail, call 10 days ahead.  (888) 218-6245 | |
| **Sennosides (SENNA) 8.6 mg Oral Tab** | Takes Regularly |
| Sig: Take 2 tablets orally daily as needed for constipation MAY INCREASE UP TO 4 TIMES ORALLY 2 TIMES A DAY AS NEEDED FOR SEVERE CONSTIPATION.  DO NOT EXCEED 8 TABLETS IN 24 HOURS. | |
| **Warfarin (COUMADIN) 7.5 mg Oral Tab** | Takes Regularly |
| Sig: Take orally as directed by doctor or as directed by Anticoagulation Clinic Do not take Aspirin or Aspirin containing | |


**KAISER FOUNDATION HOSPITALS**

| | | |
|---|---|---|
| SSC-BRUCEVLL HOS | HAWLEY,MARK R | |
| 6600 BRUCEVILLE ROAD | MRN:  **REDACTED** | |
| . | DOB: REDACTED; , Sex: M | |
| SACRAMENTO CA 95823-4671 | Adm: 6/25/2014, D/C: 6/25/2014 | |
| Hospital Record | | |

## H&P - H&P (continued)

H&P by Davis, Lawrence Geoffrey (M.D.) at 6/25/2014 11:42 AM (continued)                    Version 1 of 1

products without knowledge and consent of your Physician.

| | |
|---|---|
| **amLODIPine (NORVASC) 5 mg Oral Tab** | Takes Regularly |
| Sig: Take 1 tablet orally daily | |
| **hydrALAZINE (APRESOLINE) 25 mg Oral Tab** | Takes Regularly |
| Sig: Take 1 tablet orally 3 times a day | |
| **lancets (ONE TOUCH DELICA LANCETS) 33 gauge Misc Misc** | Takes Regularly |
| Sig: Use as directed to test blood glucose levels | |
| **Back Office (Facility-Administered) Medications** | **Last Administration** |
| **Cyanocobalamin Inj 1,000 mcg (VITAMIN B-12)** | None recorded |

**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| *OTHER MR # EXISTS. | |
| HTN | 06/13/2005 |
| PERIPHERAL VENOUS INSUFFICIENCY | 06/13/2005 |
| SEVERE OBESITY | 02/03/2007 |
| RESTRICTIVE LUNG MECHANICS DUE TO OBESITY, HYPOVENTILATION SYNDROME. | 02/03/2007 |
| ANXIETY ASSOCIATED W DEPRESSION | 02/03/2007 |
| GERD (GASTROESOPHAGEAL REFLUX DISEASE) | 06/04/2008 |
| HX OF PULMONARY EMBOLUS | 09/24/2008 |
| CHRONIC PAIN SYNDROME | 09/24/2008 |
| OBSTRUCTIVE SLEEP APNEA | 10/19/2010 |
| DM 2 W DIABETIC PERIPHERAL NEUROPATHY | 10/20/2010 |
| RESTLESS LEGS SYNDROME | 02/07/2011 |
| MICROCYTIC ANEMIA | 05/18/2011 |
| ANTICOAGULATION MONITORING, INR SPECIAL RANGE | 01/10/2012 |
| MONITORING OPIOID THERAPY, LONG TERM USE | 07/30/2012 |
| LYMPHEDEMA, LOWER EXTREMITY | 08/09/2012 |
| MRSA CARRIER | 08/10/2012 |
| HYPERLIPIDEMIA | 02/14/2013 |
| ASTHMA | 02/14/2013 |
| DM 2 W DIABETIC CKD | 01/14/2014 |
| GI HEMORRHAGE | 01/14/2014 |
| ACUTE RENAL FAILURE | 01/15/2014 |
| VITAMIN B12 DEFICIENCY | 01/27/2014 |
| DM, WO RETINOPATHY. | 03/12/2014 |
| ATRIAL FIBRILLATION | 06/03/2014 |

**Additional diagnoses from the Past Medical History section**

| Diagnosis | Date |
|---|---|
| CELLULITIS | 11/10/2005 |
| CHOLELITHIASIS | 6/4/2008 |
| CHRONIC ULCER OF LOWER LIMB. | 2/1/2012 |
| LOWER GI HEMORRHAGE | 3/27/2012 |

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|

Generated on 4/22/2016  3:47 PM



SSC-BRUCEVLL HOS
6600 BRUCEVILLE ROAD

SACRAMENTO CA 95823-4671
Hospital Record

HAWLEY,MARK R
MRN:   **REDACTED**
DOB: REDACTED , Sex: M
Adm: 6/25/2014, D/C: 6/25/2014

---

**H&P - H&P (continued)**

H&P by Davis, Lawrence Geoffrey (M.D.) at 6/25/2014 11:42 AM (continued)                    Version 1 of 1

- Hernia repair
- Knee arthroscopy w debridement
- Placement, peripherally inserted central venous catheter                    5/20/2011
    *Rt Brachial*
- Laparoscopic cholecystectomy                                                11/2011
- Placement, peripherally inserted central venous catheter                    8/9/2012


History

Social History
- Marital Status:                      Single/Never Married
    Spouse Name:                       N/A
    Number of Children:                N/A
- Years of Education:                  N/A

Occupational History
- Not on file.

Social History Main Topics
- Smoking status:                      Never Smoker
- Smokeless tobacco:                   Never Used
- Alcohol Use:                         No
- Drug Use:                            No
- Sexually Active:                     Yes -- Female partner(s)

Other Topics                                                    Concern
- Not on file

Social History Narrative
    *Lives with mom*

**Family History**
Problem                                Relation                              Age of Onset
- Hypertension                         Father


Review of Systems:    Negative except as mentioned in HPI.

Physical Exam:
Vital signs:
BP 173/74 | Temp(Src) 98.5 °F (36.9 °C) | Resp 14 | Ht 6' 1" | Wt 350 lb (158.759 kg) | BMI 46.19 kg/m2 | SpO2 98%
General appearance -  alert, well appearing, and in no distress
Mental Status -  alert, oriented x 3


Labs:

---



KAISER FOUNDATION HOSPITALS

SSC-BRUCEVLL HOS
6600 BRUCEVILLE ROAD
.
SACRAMENTO CA 95823-4671
Hospital Record

HAWLEY,MARK R
MRN:   **REDACTED**
DOB: REDACTED , Sex: M
Adm: 6/25/2014, D/C: 6/25/2014

## H&P - H&P (continued)

H&P by Davis, Lawrence Geoffrey (M.D.) at 6/25/2014 11:42 AM (continued)                                Version 1 of 1

| Basename | Value | Date/Time |
|---|---|---|
| • PT INR | 3.3 | 06/24/2014 |

| Basename | Value | Date/Time |
|---|---|---|
| • WBC COUNT | 6.3 | 06/17/2014 |
| • HGB | 8.6 | 06/17/2014 |
| • HEMATOCRIT | 27.2 | 06/17/2014 |
| • PLATELET COUNT | 229 | 06/17/2014 |

| Basename | Value | Date/Time |
|---|---|---|
| • CREATININE | 2.55 | 06/17/2014 |

## MD ASSESSMENT

PRE SEDATION CHECKLIST MD
Mallampati Airway Assessment: VISUALIZATION OF THE SOFT PALATE, FAUCES, AND UVULA
Heart Exam: REG RATE
Lung Exam: CLEAR BILATERALLY
ASA Score: CLASS III-PATIENT WITH SEVERE SYSTEMIC DISEASE
NPO Status Liquids: 0000
NPO Status Solids: 0000
Intended level of sedation: LEVEL II MODERATE SEDATION
Pertinent Labs Reviewed: YES
Procedure and Recovery Code Status reviewed with patient and/or responsible party: FULL CODE FOR PROCEDURE AND RECOVERY
Consent for Procedure: YES


Assessment and Plan:
Informed Consent:
The procedure, indications, benefits, alternatives, and potential complications of both the procedure and procedural sedation were explained to the patient and/or responsible party  in detail.  All of the  questions were answered.  The patient and/or responsible party verbalizes understanding and wishes to proceed.

The relevant past and present medical history of this patient were reviewed on 6/25/2014. Results of relevant diagnostic tests were examined.  An assessment was made regarding the use of procedural sedation, which is planned for the current procedure.


Electronically signed by Davis, Lawrence Geoffrey (M.D.) on 6/25/2014 11:44 AM

---

**IP Nursing - IP NURSING NOTES**

---



**KAISER FOUNDATION HOSPITALS**

SSC-BRUCEVLL HOS
6600 BRUCEVILLE ROAD

.
SACRAMENTO CA 95823-4671
Hospital Record

HAWLEY,MARK R
MRN:   **REDACTED**
DOB: REDACTED , Sex: M
Adm: 6/25/2014, D/C: 6/25/2014

---

### IP Nursing - IP NURSING NOTES (continued)

**IP Nursing by Scalzitti, Velma J (R.N.) at 6/25/2014 10:07 AM**                                                    Version 1 of 1

| Author: Scalzitti, Velma J (R.N.) | Service: (none) | Author Type: REGISTERED NURSE |
|---|---|---|
| Filed: 6/25/2014 10:07 AM | Note Time: 6/25/2014 10:07 AM | Status: Signed |
| Editor: Scalzitti, Velma J (R.N.) (REGISTERED NURSE) | | |

## Interventional Radiology Pre-procedure Plan of Care Note

- Patient to be assessed and pre-procedure checks to be completed
  - Vital signs, pain, and criteria of post sedation recovery scoring system
- Respiratory and oxygenation status will be continuously assessed and maintained
- Patient to be prepped appropriately for procedure
- Pre-op anxiety:
  - Learning needs assessed
  - Anxiety is effectively controlled
  - Participates in decisions affecting his/her procedural plan of care.
  - Allow patient/family to verbalize fears/concerns
- Acute pain, Risk:
  - Stress the need to notify staff at the onset of pain
  - Discuss importance of pain relief/management
  - Discuss pain assessment process, i.e. character, frequency, duration, location, exacerbating factors, relieving factors, scale 0-10
  - Demonstrates and/or reports adequate pain control throughout the procedural period.
- Infection, Risk:
  - Hand hygiene, Standard Precautions and Sterile Technique maintained
- Vascular instability, Risk
  - Assess neurological status and peripheral pulses as indicated
- Fall, Risk:
  - Remains free from falls throughout procedural process
- Knowledge Deficit:
  - Demonstrates knowledge of the expected responses to the invasive procedure.
  - Patient/ family verbalizes procedure related instructions.
- Patient Goal Outcome Evaluation
  - All goals were met unless otherwise indicated

Electronically signed by Scalzitti, Velma J (R.N.) on 6/25/2014 10:07 AM

**IP Nursing by Cutaran, Carolyn D (R.N.) at 6/25/2014 11:08 AM**                                                    Version 1 of 1

| Author: Cutaran, Carolyn D (R.N.) | Service: (none) | Author Type: REGISTERED NURSE |
|---|---|---|
| Filed: 6/25/2014 11:08 AM | Note Time: 6/25/2014 11:08 AM | Status: Signed |
| Editor: Cutaran, Carolyn D (R.N.) (REGISTERED NURSE) | | |

## Interventional Radiology Pre-procedure Plan of Care Note

---

 **KAISER FOUNDATION HOSPITALS**

| | |
|---|---|
| SSC-BRUCEVLL HOS | HAWLEY,MARK R |
| 6600 BRUCEVILLE ROAD | MRN: **REDACTED** |
| . | DOB: <sup>REDACTED</sup> , Sex: M |
| SACRAMENTO CA 95823-4671 | Adm: 6/25/2014, D/C: 6/25/2014 |
| Hospital Record | |

### IP Nursing - IP NURSING NOTES (continued)

**IP Nursing by Cutaran, Carolyn D (R.N.) at 6/25/2014 11:08 AM (continued)**                                        Version 1 of 1

- Patient to be assessed and pre-procedure checks to be completed
  - Vital signs, pain, and criteria of post sedation recovery scoring system
- Respiratory and oxygenation status will be continuously assessed and maintained
- Patient to be prepped appropriately for procedure
- Pre-op anxiety:
  - Learning needs assessed
  - Anxiety is effectively controlled
  - Participates in decisions affecting his/her procedural plan of care.
  - Allow patient/family to verbalize fears/concerns
- Acute pain, Risk:
  - Stress the need to notify staff at the onset of pain
  - Discuss importance of pain relief/management
  - Discuss pain assessment process, i.e. character, frequency, duration, location, exacerbating factors, relieving factors, scale 0-10
  - Demonstrates and/or reports adequate pain control throughout the procedural period.
- Infection, Risk:
  - Hand hygiene, Standard Precautions and Sterile Technique maintained
- Vascular instability, Risk
  - Assess neurological status and peripheral pulses as indicated
- Fall, Risk:
  - Remains free from falls throughout procedural process
- Knowledge Deficit:
  - Demonstrates knowledge of the expected responses to the invasive procedure.
  - Patient/ family verbalizes procedure related instructions.
- Patient Goal Outcome Evaluation
  - All goals were met unless otherwise indicated

Electronically signed by Cutaran, Carolyn D (R.N.) on 6/25/2014 11:08 AM

---

Notes From Linked Episodes
** None **



**KAISER FOUNDATION HOSPITALS**

SSC-BRUCEVLL HOS
6600 BRUCEVILLE ROAD
.
SACRAMENTO CA 95823-4671
Hospital Record

HAWLEY,MARK R
MRN:   **REDACTED**
DOB: REDACTED , Sex: M
Adm: 6/25/2014, D/C: 6/25/2014

---

**Procedures - PROCEDURE NOTE**

**Procedures by Calder-Cashier, Velma F (R.N.) at 6/25/2014 12:32 PM**                                Version 1 of 1

Author: Calder-Cashier, Velma F (R.N.)     Service: (none)              Author Type: REGISTERED NURSE
Filed: 6/25/2014 12:36 PM                  Note Time: 6/25/2014 12:32 PM   Status: Signed
Editor: Calder-Cashier, Velma F (R.N.) (REGISTERED NURSE)

Pt tolerated procedure well with Fentanyl 50mcvgs/Versed 1mg IV.  Right upper chest dressing CD&I, no bleeding/hematoma.  VSS, AAO x4, denies pain.  Pt ready for discharge home.  Report given to Velma S, RN.VELMA F CALDER-CASHIER RN

Electronically signed by Calder-Cashier, Velma F (R.N.) on 6/25/2014 12:36 PM

---

**Procedures filed by Davis, Lawrence Geoffrey (M.D.) at 7/3/2014  8:41 AM**                         Version 1 of 1

Author: Davis, Lawrence Geoffrey (M.D.)    Service: (none)              Author Type: Physician
Filed: 7/3/2014  8:41 AM                   Note Time: 7/3/2014 12:00 AM   Status: Signed
Editor: Davis, Lawrence Geoffrey (M.D.) (Physician)                    Trans ID: 0232355006/25/201409:32:23SSCX0101
Trans Status: Available                    Dictation Time: 7/3/2014 12:00 AM   Trans Time: 7/3/2014 12:00 AM
Trans Doc Type: Procedures
    Procedure Orders:
    1. ENDOVASCULAR REMOVAL VENA CAVA FILTER, INCL IMAGE GUIDE, RAD SUP & INT [643366944] ordered by  at 06/25/14 0932
    2. XR FLUOROSCOPIC GUIDANCE FOR NEEDLE PLACEMENT, IMAGING SUPERVISION, AND INTERPRETATION [643294983] ordered by  at 06/25/14 0932
    3. MODERATE SEDATION BY PHYS PERF DIAG >= 5 YO, FIRST 30 MIN INTRA-SERVICE TIME [643294981] ordered by  at 06/25/14 0932
    4. US GUIDANCE FOR VASCULAR ACCESS [643294979] ordered by  at 06/25/14 0932


```
IVC FILTER RETRIEVAL

** HISTORY **:
IVC received filter initially placed in patient with GI bleeding
and pulmonary embolus. IVC filter no longer needed.


STAFF:  Lawrence Davis, M.D.



TECHNIQUE:
The procedure including the risks, benefits, and complications
were explained to the patient.  The complications explained
included bleeding, infection, vascular injury, contrast reaction.
The right neck was prepped and draped in usual sterile fashion.
The skin was infiltrated with Xylocaine.  The right internal
jugular vein was punctured with ultrasound guidance with puncture
needle.  A 5-French marker flush catheter was advanced over a
guidewire the injury inferior vena cava below the filter.
Venacavogram was performed.  The position of the filter and clot
burden was assessed.  The filter was snared with a gooseneck snare
```

---

Generated on 4/22/2016  3:47 PM

 KAISER FOUNDATION HOSPITALS

SSC-BRUCEVLL HOS
6600 BRUCEVILLE ROAD

SACRAMENTO CA 95823-4671
Hospital Record

HAWLEY,MARK R
MRN   **REDACTED**
DOB: **REDACTED**, Sex: M
Adm: 6/25/2014, D/C: 6/25/2014

## Procedures - PROCEDURE NOTE (continued)

**Procedures filed by Davis, Lawrence Geoffrey (M.D.) at 7/3/2014  8:41 AM (continued)**          Version 1 of 1

```
and collapsed using an 11-gauge vascular sheath.  The filter and
sheath were removed through the jugular vein access site.
The patient tolerated the procedure well without immediate
complication.


** FINDINGS **:
Initial inferior venacavogram did not demonstrate any filling
defect within the filter.  It is retrieved as described above.


** IMPRESSION **:
Successful IVC filter retrieval.




                    L G DAVIS M.D.


DD:             DT:  07/03/2014
```

Electronically signed by Davis, Lawrence Geoffrey (M.D.) on 7/3/2014  8:41 AM

## Procedure Note - PROCEDURE NOTE

**Procedure Note by Davis, Lawrence Geoffrey (M.D.) at 6/25/2014 12:24 PM**          Version 1 of 1

Author: Davis, Lawrence Geoffrey (M.D.)     Service: (none)                    Author Type: Physician
Filed: 6/25/2014 12:25 PM                    Note Time: 6/25/2014 12:24 PM      Status: Signed
Editor: Davis, Lawrence Geoffrey (M.D.) (Physician)

POST PROCEDURE NOTE

Procedure Performed:  IVC filter retrieval
Physicians in attendance: L Davis MD
Findings: Successful retrieval
Complication: none
Estimated blood loss: < 10ml

Electronically signed by Davis, Lawrence Geoffrey (M.D.) on 6/25/2014 12:25 PM