# Niki Smith

| | |
|---|---|
| **From:** | Niki Smith |
| **Sent:** | Monday, February 25, 2019 3:37 PM |
| **To:** | 'Cook Filter MDL'; 'plaintiffscoleadcounselmdl@gmail.com'; Pierson, Andrea Roberts; 'Angelino, Blake A.'; 'Bennett, James Stephen' |
| **Cc:** | Graham LippSmith; Jaclyn Anderson |
| **Subject:** | Case 1:14-ml-02570-RLY-TAB IN RE: COOK MEDICAL INC.  Amended Case Categorization Submission for Mark Hawley. |
| **Attachments:** | 2019-02-25 Amended Case Categorization Form (Hawley, Mark).pdf |

Dear Counsel:

Please find attached service of the Amended Case Categorization Form for Plaintiff Mark Hawley (Case No. 1:17-cv-00611-RLY-TAB). Please let us know whether this may resolve the deficiency noted in Defendant's Second Amended Motion to Dismiss regarding Mr. Hawley's case

Thank you.

**Niki B. Smith, Paralegal**

Kasdan LippSmith Weber Turner LLP | klwtlaw.com
360 East 2nd Street, Suite 300 | Los Angeles, CA 90012
P: (213) 254-4800 | F: (213) 254-4801 | nsmith@klwtlaw.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.   Plaintiff's Name:   Mark Hawley

B.   Plaintiff's Case Number:   1:17-cv-00611-RLY-TAB

C.   Plaintiff's Counsel (Lead Firm Name):   Kasdan LippSmith Weber Turner LLP

D.   Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: X, but with symptom of neck pain/tenderness caused by retrieval

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ____

   Briefly describe claimed complication/outcome/injury: ____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ____

   Briefly describe claimed complication/outcome/injury: ____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ____

   Briefly describe claimed complication/outcome/injury: ____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:\_\_\_\_.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

3

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        Jaclyn L. Anderson

Plaintiff's Counsel's Firm:       Kasdan LippSmith Weber Turner LLP

Plaintiff's Counsel's Signature: *[signature]*

4



| | | |
|---|---|---|
| **THE PERMANENTE MEDICAL GROUP** | SSC-BRUCEVLL MOB<br>6600 BRUCEVILLE ROAD<br>.<br>SACRAMENTO CA 95823-4671<br>Encounter Record | HAWLEY,MARK R<br>MRN: **REDACTED**<br>DOB: REDACTED, Sex: M<br>Enc. Date: 06/11/14 |

### Telephone
**6/11/2014  Telephone**

### Visit Information

| | Provider | Department | Encounter # |
|---|---|---|---|
| 6/11/2014 10:57 AM | RAJIV K MISQUITTA MD | Ssc-Meda >Brucevll Mob | 469468824 |

**Allergies as of 6/11/2014**                                         Reviewed On: **1/23/2014** By: **Samuel, Kimberly R (M.A.)**

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Morphine**<br>2001-01-03;** itch ** | 01/03/2001 | | |
| **Penicillin G**<br>HIVESPERPT;OKWKEFLEX | 08/25/2002 | | |

**Immunizations Administered on Date of Encounter - 6/11/2014**                                    Never Reviewed

No immunizations on file.

### Reason For Encounter History

| User | Date & Time |
|---|---|
| **Misquitta, Rajiv K (M.D.)** | 6/11/2014 11:04 AM |
| **Reason For Encounter** | |
| TELECARE | |

### Reason for Visit
TELECARE
Reason for Visit History

### Diagnoses
PHYSICAL EXAMINATION, COMPLETE OR PARTIAL. - Primary

### Vital Signs
None

**Flowsheet (all recorded)**

\*\*No Flowsheet Template found\*\*

### Encounter Information

| | Provider | Department | Center |
|---|---|---|---|
| 6/11/2014 10:57 AM | RAJIV K MISQUITTA MD | Ssc-Meda >Brucevll Mob | SSCB |

**Telephone Encounter - Call Documentation**

**Telephone Encounter by Misquitta, Rajiv K (M.D.) at 6/11/2014 11:02 AM**                                    Version 1 of 1

| | | |
|---|---|---|
| Author: Misquitta, Rajiv K (M.D.) | Service: (none) | Author Type: Physician |
| Filed: 6/11/2014 11:04 AM | Note Time: 6/11/2014 11:02 AM | Status: Signed |
| Editor: Misquitta, Rajiv K (M.D.) (Physician) | | |

Chart reviewed. I see that he has not repeated his kidney function and blood count. I have asked him to come in to repeat these 2 values this week. I also see that he had an IVC filter placed in January. Referral sent to IR for retrieval of filter.
He feels fine.

Generated on 4/22/2016  3:47 PM

978



| SSC-BRUCEVLL HOS | HAWLEY,MARK R |
|---|---|
| 6600 BRUCEVILLE ROAD | MRN: **REDACTED** |
| . | DOB: REDACTED , Sex: M |
| SACRAMENTO CA 95823-4671 | Adm: 6/25/2014, D/C: 6/25/2014 |
| Hospital Record | |

## Procedures - PROCEDURE NOTE

**Procedures by Calder-Cashier, Velma F (R.N.) at 6/25/2014 12:32 PM**    Version 1 of 1

Author: Calder-Cashier, Velma F (R.N.)   Service: (none)   Author Type: REGISTERED NURSE
Filed: 6/25/2014 12:36 PM   Note Time: 6/25/2014 12:32 PM   Status: Signed
Editor: Calder-Cashier, Velma F (R.N.) (REGISTERED NURSE)

Pt tolerated procedure well with Fentanyl 50mcvgs/Versed 1mg IV. Right upper chest dressing CD&I, no bleeding/hematoma. VSS, AAO x4, denies pain. Pt ready for discharge home. Report given to Velma S, RN.VELMA F CALDER-CASHIER RN

Electronically signed by Calder-Cashier, Velma F (R.N.) on 6/25/2014 12:36 PM

**Procedures filed by Davis, Lawrence Geoffrey (M.D.) at 7/3/2014  8:41 AM**    Version 1 of 1

Author: Davis, Lawrence Geoffrey (M.D.)   Service: (none)   Author Type: Physician
Filed: 7/3/2014  8:41 AM   Note Time: 7/3/2014 12:00 AM   Status: Signed
Editor: Davis, Lawrence Geoffrey (M.D.) (Physician)   Trans ID: 0232355006/25/201409:32:23SSCX0101
Trans Status: Available   Dictation Time: 7/3/2014 12:00 AM   Trans Time: 7/3/2014 12:00 AM
Trans Doc Type: Procedures
Procedure Orders:
1. **ENDOVASCULAR REMOVAL VENA CAVA FILTER,** INCL IMAGE GUIDE, RAD SUP & INT [643366944] ordered by  at 06/25/14 0932
2. XR FLUOROSCOPIC GUIDANCE FOR NEEDLE PLACEMENT, IMAGING SUPERVISION, AND INTERPRETATION [643294983] ordered by  at 06/25/14 0932
3. MODERATE SEDATION BY PHYS PERF DIAG >= 5 YO, FIRST 30 MIN INTRA-SERVICE TIME [643294981] ordered by  at 06/25/14 0932
4. US GUIDANCE FOR VASCULAR ACCESS [643294979] ordered by  at 06/25/14 0932


**IVC FILTER RETRIEVAL**

**\*\* HISTORY \*\*:**
IVC received filter initially placed in patient with GI bleeding
and pulmonary embolus. IVC filter no longer needed.


STAFF:   Lawrence Davis, M.D.



TECHNIQUE:
The procedure including the risks, benefits, and complications
were explained to the patient.  The complications explained
included bleeding, infection, vascular injury, contrast reaction.
The right neck was prepped and draped in usual sterile fashion.
The skin was infiltrated with Xylocaine.  The right internal
jugular vein was punctured with ultrasound guidance with puncture
needle.  A 5-French marker flush catheter was advanced over a
guidewire the injury inferior vena cava below the filter.
Venacavogram was performed.  The position of the filter and clot
burden was assessed.  The filter was snared with a gooseneck snare



| | | |
|---|---|---|
| **KAISER FOUNDATION HOSPITALS** | SSC-BRUCEVLL HOS<br>6600 BRUCEVILLE ROAD<br>.<br>SACRAMENTO CA 95823-4671<br>Hospital Record | HAWLEY,MARK R<br>MRN: **REDACTED**<br>DOB: REDACTED, Sex: M<br>Adm: 6/25/2014, D/C: 6/25/2014 |

**Procedures - PROCEDURE NOTE (continued)**

**Procedures filed by Davis, Lawrence Geoffrey (M.D.) at 7/3/2014  8:41 AM (continued)**                                                                                    Version 1 of 1

```
and collapsed using an 11-gauge vascular sheath.  The filter and
sheath were removed through the jugular vein access site.
The patient tolerated the procedure well without immediate
complication.

** FINDINGS **:
Initial inferior venacavogram did not demonstrate any filling
defect within the filter.  It is retrieved as described above.

** IMPRESSION **:
Successful IVC filter retrieval.


                              L G DAVIS M.D.

DD:              DT:   07/03/2014
```

Electronically signed by Davis, Lawrence Geoffrey (M.D.) on 7/3/2014  8:41 AM

**Procedure Note - PROCEDURE NOTE**

**Procedure Note by Davis, Lawrence Geoffrey (M.D.) at 6/25/2014 12:24 PM**                                                                                    Version 1 of 1

| | | |
|---|---|---|
| Author: Davis, Lawrence Geoffrey (M.D.) | Service: (none) | Author Type: Physician |
| Filed: 6/25/2014 12:25 PM | Note Time: 6/25/2014 12:24 PM | Status: Signed |
| Editor: Davis, Lawrence Geoffrey (M.D.) (Physician) | | |

POST PROCEDURE NOTE

Procedure Performed:  IVC filter retrieval
Physicians in attendance: L Davis MD
Findings: Successful retrieval
Complication: none
Estimated blood loss: < 10ml

Electronically signed by Davis, Lawrence Geoffrey (M.D.) on 6/25/2014 12:25 PM