IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Canchetta Caldwell   1:17-cv-00176-RLY-TAB

**PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND AMENDED MOTION TO DISMISS PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

The Court should deny Defendants' Second Amended Motion to Dismiss Pursuant to the Court's Case Categorization Order (CM/ECF Doc 10211) as it pertains to Plaintiff Canchetta Caldwell. Plaintiff Canchetta Caldwell has been identified on Exhibit B of Defendants' Motion as a Plaintiff who did not submit a specific medical record supporting the selected category, and Defendants seek dismissal of her case on such grounds. The sanction Defendants seek would be wholly improper and unduly prejudicial to Plaintiff under the circumstances, and should be denied.

Plaintiff Canchetta Caldwell asserts that she has fully complied with the Court's Case Categorization Order. The reason that a specific medical record was not initially produced with her case categorization form is that Plaintiff was initially categorized as a "Category 2" – "[c]ases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged." As Plaintiff only identified non-physical injuries on her original categorization form, Plaintiff did not believe that a specific medical record was required as medical records and treatment are generally not associated with such an allegation.

Following the submission of her original case categorization form, Plaintiff underwent a CT scan to evaluate her IVC filter. The CT scan revealed that multiple struts of the IVC filter protrude through the wall of the IVC. On February 27, 2019, Plaintiff submitted an Amended Categorization Form along with the supporting medical records. A copy of the email transmission evidencing the submission of the Amended Categorization Form and supporting medical records is attached hereto as Exhibit A.

Plaintiff had a good faith belief that she complied with the terms of the Court's Case Categorization Order when she made her initial submission. There was no bad faith, nor was there an attempt to avoid Plaintiff's obligations. Further, Defendants have now received the Amended Categorization Form, along with supporting medical records, and have suffered no prejudice by receiving them. Plaintiff may be irreparably harmed if her case were to be dismissed.

Plaintiff respectfully requests that the Court deny Defendants' Second Amended Motion to Dismiss as it pertains to the above-referenced Plaintiff.

Dated: March 7, 2019					Respectfully submitted,

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III - Trial/Lead Counsel
Texas Bar No.: 00788798
trey@allennolte.com
Jennifer Nolte
Texas Bar No.: 24007755
jnolte@allennolte.com
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-2300
Facsimile: (214) 452-5637

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system on this 7th day of March, 2019.

      /s/ Jennifer Nolte
      Jennifer Nolte