# Brandi Wiginton

| | |
|---|---|
| **From:** | Brandi Wiginton |
| **Sent:** | Wednesday, February 27, 2019 3:23 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Jennifer Nolte |
| **Subject:** | In Re: Cook Medical, Inc. IVC Filters Marketing, Sales Practices and Products Liability Litigation; MDL No. 2570; Civil Action No. 1:17-cv-00176; Canchetta Caldwell v. Cook Incorporated, et al. |
| **Attachments:** | Amended Case Categorization (Caldwell, Canchetta).pdf; Perforation of IVC (Caldwell, Canchetta).pdf |

Counsel:

In connection with the above-referenced matter, attached please find the Amended Case Categorization Form and supporting medical records. Thank you for your attention to this matter, and should you have any questions or concerns, please feel free to contact our office.

Brandi M. Wiginton,
Legal Assistant

Allen & Nolte, PLLC
3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
214-521-2300  Telephone
214-452-5637  Facsimile

**CONFIDENTIALITY NOTICE**
The information contained in this transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately.  Thank you.