IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Jackie Littrell   1:16-cv-02332-RLY-TAB

### PLAINTIFF'S RESPONSE TO DEFENDANTS' SECOND AMENDED MOTION TO DISMISS PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

The Court should deny Defendants' Second Amended Motion to Dismiss Pursuant to the Court's Case Categorization Order (CM/ECF Doc 10211) as it pertains to Plaintiff Jackie Littrell. Plaintiff Jackie Littrell has been identified on Exhibit B of Defendants' Motion as a Plaintiff who did not submit a specific medical record supporting the selected category, and Defendants seek dismissal of her case on such grounds. The sanction Defendants seek would be wholly improper and unduly prejudicial to Plaintiff under the circumstances and should be denied.

Plaintiff Jackie Littrell asserts that she has fully complied with the Court's Case Categorization Order. The reason that a specific medical record was not initially produced with her case categorization form is that Plaintiff was categorized as a "Category 2" – "[c]ases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged." As Plaintiff only identified non-physical injuries on her categorization form, Plaintiff did not believe that a specific medical record was required, as medical records and treatment are generally not associated with such an allegation.

1

Plaintiff is unclear what specific medical record Defendants are seeking in support of this categorization. However, following Defendants' Motion, out of an abundance of caution, Plaintiff supplemented her case categorization form and submitted medical records documenting the implantation of the IVC filter. A copy of the email transmission evidencing the supplemental submission is attached hereto as Exhibit A.

Further, following the original submission of her case categorization form, Plaintiff underwent a CT scan to evaluate her IVC filter. To date, Plaintiff has not received the results from said CT scan. Upon receipt of such results, Plaintiff will immediately amend and/or supplement her case categorization form, as appropriate.

Plaintiff had a good faith belief that she complied with the terms of the Court's Case Categorization Order when she made her initial submission. There was no bad faith, nor was there an attempt to avoid Plaintiff's obligations. To the extent that Plaintiff misunderstood what was required to support a Category 2 classification, Plaintiff respectfully prays for further guidance from the County, with which Plaintiff will readily comply. Defendants have suffered no prejudice with regard to the action of Plaintiff. Plaintiff may be irreparably harmed if her case were to be dismissed.

Plaintiff respectfully further requests that the Court deny Defendants' Second Amended Motion to Dismiss as it pertains to the above-referenced Plaintiff.

Dated: March 7, 2019

Respectfully submitted,

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III - Trial/Lead Counsel
Texas Bar No.: 00788798

>trey@allennolte.com
>Jennifer Nolte
>Texas Bar No.: 24007755
>jnolte@allennolte.com
>3838 Oak Lawn Ave., Suite 1100
>Dallas, Texas 75219
>Telephone: (214) 521-2300
>Facsimile: (214) 452-5637
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system on this 7th day of March, 2019.

>/s/ Jennifer Nolte
>Jennifer Nolte