# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:18-cv-03797 | 1:19-cv-00536 | 1:19-cv-00567 |
| 1:18-cv-03798 | 1:19-cv-00552 | 1:19-cv-00569 |
| 1:19-cv-00233 | 1:19-cv-00554 | 1:19-cv-00573 |
| 1:19-cv-00260 | 1:19-cv-00556 | 1:19-cv-00574 |
| 1:19-cv-00312 | 1:19-cv-00560 | 1:19-cv-00579 |
| 1:19-cv-00524 | 1:19-cv-00564 | 1:19-cv-00580 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   March 7, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald