# Kitty Beck

| | |
|---|---|
| **From:** | Cyndee DiMaggio |
| **Sent:** | Wednesday, December 19, 2018 10:32 AM |
| **To:** | COOK (CookFilterMDL@FaegreBD.com) |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Stephen Murray, Jr.; Devin Lowell; Kitty Beck; Cyndee DiMaggio |
| **Subject:** | IVC Case Categorization Submissions |
| **Attachments:** | Harris, Allen Case Categorization Submission121918.pdf; Hernandez, Timothy Ryan Case Categorization Submission121918.pdf; Jackson, Scott Case Categorization Submission121918.pdf; Johnson III, William Case Categorization Submission121918.pdf |

Please find attached the following Case Categorizations:

Allen Harris
Timothy Ryan Hernandez
Scott Jackson
William Johnson, III



MURRAY LAW FIRM

Cyndee DiMaggio
Legal Assistant to Caroline Thomas White and Kenneth J. Wink, Jr.
MURRAY LAW FIRM
Poydras Center
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Main: 504.525.8100
Facsimile: 504.584.5249
**CONFIDENTIAL INFORMATION**

This transmission and any attachments contain confidential or privileged information from the Murray Law Firm. The information is intended for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission may be prohibited. If you received this transmission in error, please notify the sender by replying to this transmission and deleting the message without disclosing it. Thank you.

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS
DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## CASE CATEGORIZATION SUBMISSION Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan

only and is not admissible and is not to be considered relevant for any other purpose.

64915

### Categorization Form

A. Plaintiff's Name: **Scott Jackson**

B. Plaintiff's Case Number: **1:17-cv-3054**

C. Plaintiff's Counsel (Lead Firm Name): **Murray Law Firm**

D. Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☑

   Briefly describe claimed complication/outcome/injury: **fear of migration and death**

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury: _____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury: _____

Case 1:14-ml-02570-RLY-TAB   Document 10275-1   Filed 03/07/19   Page 4 of 18 PageID #: 69588
Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 3 of 5 PageID #: 64999

2

64916

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☐. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Case 1:14-ml-02570-RLY-TAB   Document 10275-1   Filed 03/07/19   Page 5 of 18 PageID #: 69589
Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 4 of 5 PageID #: 65000
64917

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: **Stephen B. Murray, Jr.**

Plaintiff's Counsel's Firm: **Murray Law Firm**

*Plaintiff reserves the right to supplement and/or amend this Categorization Form.

Plaintiff's Counsel's Signature:

4

# Kitty Beck

| | |
|---|---|
| **From:** | Cyndee DiMaggio |
| **Sent:** | Wednesday, December 19, 2018 10:45 AM |
| **To:** | COOK (CookFilterMDL@FaegreBD.com) |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Stephen Murray, Jr.; Devin Lowell; Kitty Beck; Cyndee DiMaggio |
| **Subject:** | IVC Case Categorization Submissions |
| **Attachments:** | Lowman, Sheryl Case Categorization Submission121918.pdf; Marowski, Kerry Case Categorization Submission121918.pdf; Mattson, Jerome Case Categorization Submission121918.pdf; Mauck, John Case Categorization Submission121918.pdf |

Please find attached the following Case Categorizations:

Sheryl Lowman
Kerry Marowski
Jerome Mattson
John Mauck



MURRAY LAW FIRM

Cyndee DiMaggio
Legal Assistant to Caroline Thomas White and Kenneth J. Wink, Jr.
MURRAY LAW FIRM
Poydras Center
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
Main: 504.525.8100
Facsimile:  504.584.5249
**CONFIDENTIAL INFORMATION**

This transmission and any attachments contain confidential or privileged information from the Murray Law Firm. The information is intended for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission may be prohibited. If you received this transmission in error, please notify the sender by replying to this transmission and deleting the message without disclosing it.  Thank you.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS
DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## CASE CATEGORIZATION SUBMISSION Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018.** Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan

only and is not admissible and is not to be considered relevant for any other purpose.
64915

### Categorization Form

A. Plaintiff's Name: **Kerry Marowski**

B. Plaintiff's Case Number: **1:16-cv-3436**

C. Plaintiff's Counsel (Lead Firm Name): **Murray Law Firm**

D. Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☑

   Briefly describe claimed complication/outcome/injury: **Emotional distress claim.**

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury:_____

Case 1:14-ml-02570-RLY-TAB   Document 10275-1   Filed 03/07/19   Page 10 of 18 PageID #: 69594
Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 3 of 5 PageID #: 64916

2
64916

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☐. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

64917

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:  **Stephen B. Murray, Jr.**

Plaintiff's Counsel's Firm:  **Murray Law Firm**

*Plaintiff reserves the right to supplement and/or amend this Categorization Form.

Plaintiff's Counsel's Signature:

4

# Kitty Beck

| | |
|---|---|
| **From:** | Cyndee DiMaggio |
| **Sent:** | Wednesday, December 19, 2018 11:06 AM |
| **To:** | COOK (CookFilterMDL@FaegreBD.com) |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Stephen Murray, Jr.; Devin Lowell; Kitty Beck; Cyndee DiMaggio |
| **Subject:** | IVC Case Categorization Submissions |
| **Attachments:** | Thomas, Vicki Case Categorization Submission121918.pdf; Tillman, John Case Categorization Submission121918.pdf; Trundy, Cheryl Case Categorization Submission121918.pdf; Vega, Joseph Case Categorization Submission121918.pdf; Wisdom, Tina Case Categorization Submission121918.pdf |

Please find attached the following Case Categorizations:

Vicki Thomas
John Tillman
Cheryl Trundy
Joseph Vega
Tina Wisdom



MURRAY LAW FIRM

**Cyndee DiMaggio**
Legal Assistant to Caroline Thomas White and Kenneth J. Wink, Jr.
MURRAY LAW FIRM
Poydras Center
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Main: 504.525.8100
Facsimile: 504.584.5249
**CONFIDENTIAL INFORMATION**

This transmission and any attachments contain confidential or privileged information from the Murray Law Firm. The information is intended for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission may be prohibited. If you received this transmission in error, please notify the sender by replying to this transmission and deleting the message without disclosing it. Thank you.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS
DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## CASE CATEGORIZATION SUBMISSION Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018.** Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan

only and is not admissible and is not to be considered relevant for any other purpose.
64915

### Categorization Form

A. Plaintiff's Name: **Tina Wisdom**

B. Plaintiff's Case Number: **1:17-cv-349**

C. Plaintiff's Counsel (Lead Firm Name): **Murray Law Firm**

D. Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☑

   Briefly describe claimed complication/outcome/injury: **Emotional distress claim.**

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury:_____

64916

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☐. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Case 1:14-ml-02570-RLY-TAB   Document 10275-1   Filed 03/07/19   Page 17 of 18 PageID #: 69601
Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 4 of 5 PageID #: 65000
64917

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: __Stephen B. Murray, Jr.__

Plaintiff's Counsel's Firm: __Murray Law Firm__

*Plaintiff reserves the right to supplement and/or amend this Categorization Form.

Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 5 of 5 PageID #: 65001

Plaintiff's Counsel's Signature:

4