## Kitty Beck

| | |
|---|---|
| **From:** | Cyndee DiMaggio |
| **Sent:** | Thursday, March 07, 2019 1:21 PM |
| **To:** | COOK (CookFilterMDL@FaegreBD.com); plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Stephen Murray, Jr.; Devin Lowell; Kitty Beck |
| **Subject:** | Cook Case Categorization Submissions |
| **Attachments:** | Wisdom, Tina Case Categorization Submission030719.pdf; Marowski, Kerry Case Categorization Submission030719.pdf; Jackson, Scott Case Categorization Submission030719.pdf |

We are supplementing previously-submitted Case Categorization Forms with additional medical records. Thank you.



MURRAY LAW FIRM

Cyndee DiMaggio
Legal Assistant to Caroline Thomas White and Kenneth J. Wink, Jr.
MURRAY LAW FIRM
Poydras Center
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
Main: 504.525.8100
Facsimile: 504.584.5249
**CONFIDENTIAL INFORMATION**

This transmission and any attachments contain confidential or privileged information from the Murray Law Firm. The information is intended for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission may be prohibited. If you received this transmission in error, please notify the sender by replying to this transmission and deleting the message without disclosing it. Thank you.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS
DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## CASE CATEGORIZATION SUBMISSION Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan

only and is not admissible and is not to be considered relevant for any other purpose.
64915

## Categorization Form

A. Plaintiff's Name: **Tina Wisdom**

B. Plaintiff's Case Number: **1:17-cv-349**

C. Plaintiff's Counsel (Lead Firm Name): **Murray Law Firm**

D. Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ✓

   Briefly describe claimed complication/outcome/injury: **Emotional distress claim.**

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury:_____

Case 1:14-ml-02570-RLY-TAB   Document 10275-2   Filed 03/07/19   Page 4 of 15 PageID #: 69606
Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 3 of 5 PageID #: 64999

64916

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☐. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Case 1:14-ml-02570-RLY-TAB   Document 10275-2   Filed 03/07/19   Page 5 of 15 PageID #: 69607
Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 4 of 5 PageID #: 65900
64917

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:   **Stephen B. Murray, Jr.**

Plaintiff's Counsel's Firm:  **Murray Law Firm**

Plaintiff's Counsel's Signature:

4

The MetroHealth System | 2500 MetroHealth Drive |
Cleveland OH 44109 | 216-778-7800 | 40200163

### All Radiology Results (05/11/07 - 05/11/07)

**INFERIOR VENA CAVA [32736336]**   Resulted: 05/11/07 1808, Result status: Final result

| Transcription | | |
|---|---|---|
| Type | | |
| DI | ID | |
| | 4492090 | |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficiency, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1000 |

**PLACEMENT IVC FILTER [32736337]**   Resulted: 05/11/07 1808, Result status: Final result

| Transcription | | |
|---|---|---|
| Type | | |
| DI | ID | |
| | 4492092 | |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficiency, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a

The MetroHealth System | 2500 MetroHealth Drive |
Cleveland OH 44109 | 216-778-7800 | 40200163

**All Radiology Results (05/11/07 - 05/11/07) (continued)**

**PLACEMENT IVC FILTER [32736337] (continued)**  Resulted: 05/11/07 1808, Result status: Final result

digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1050 |

**SURG-SUPER + INFER VENA CAVA [32736338]**  Resulted: 05/11/07 1808, Result status: Final result

Transcription

| Type | | ID | |
|---|---|---|---|
| DI | | 4492095 | |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficiency, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1056 |

**SURG-IVC FILTER PLACEMENT [32736339]**  Resulted: 05/11/07 1808, Result status: Final result

Transcription

The MetroHealth System | 2500 MetroHealth Drive |
Cleveland OH 44109 | 216-778-7800 | 40200163

### All Radiology Results (05/11/07 - 05/11/07) (continued)

**SURG-IVC FILTER PLACEMENT [32736339] (continued)**  Resulted: 05/11/07 1808, Result status: Final result

| Type | | ID | |
|---|---|---|---|
| DI | | 4492096 | |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficiency, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On: |
|---|---|---|
| | | 05/11/07 1057 |

**VASCULAR STUDIES REPORT [32729250]**  Resulted: 05/11/07 1234, Result status: Final result

**Transcription**

| Type | ID | Author |
|---|---|---|
| DI | 2A33_0003 | Moawad, John A., MD |

Signed by Moawad, John A., MD on 05/11/07 at 1234

Peripheral Venous Duplex

Name:               Wisdom Tina
MR Number:          0438395
DOB:                09/21/72
Date:               05/10/07

Interpreting Attending:  Moawad John, MD
Referring Physician:     DASARATHY, JAIVIDHYA (029876)
Performed By:            Stephanie E Millsop

Indications
Suspected DVT; edema

Interpretation

The MetroHealth System | 2500 MetroHealth Drive |
Cleveland OH 44109 | 216-778-7800 | 40200163

**All Radiology Results (05/11/07 - 05/11/07) (continued)**

**VASCULAR STUDIES REPORT [32729250] (continued)**     Resulted: 05/11/07 1234, Result status: Final result

Simultaneous real time imaging of venous blood flow using both
pulsed and color Doppler, as well as B-mode evaluation of the venous
system with compression techniques, was used to evaluate the deep
veins of the lower extremities. The study demonstrates the following
findings:

--t-

--t--

Findings

Right

Doppler color flow of the right leg demonstrates partial flow in the
popliteal vein indicating venous thrombosis.

Left

Normal color flow dynamics and compressibility of the deep veins of
the left leg with no evidence of venous thrombosis.

Summary

Deep venous thrombosis of the right leg involving the popliteal
vein.
This appears to be acute.
Normal deep vein scan of the left leg.


This report was interpreted, reviewed and electronically signed by
Moawad John, MD

??

??

??

??


MetroHealth Medical Center
Heart & Vascular Center
2500 MetroHealth Drive, Cleveland, Ohio 44109-1998
(216) 778-1221


Patient name: Wisdom Tina, ID: 0438395


**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
|  |  | 05/10/07 1241 |


**All Radiology Results (05/11/07 - 05/11/07)**

**INFERIOR VENA CAVA [32736336]**     Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

The MetroHealth System | 2500 MetroHealth Drive |
Cleveland OH 44109 | 216-778-7800 | 40200163

All Radiology Results (05/11/07 - 05/11/07) (continued)

**INFERIOR VENA CAVA [32736336] (continued)**  Resulted: 05/11/07 1808, Result status: Final result

| Type | ID |
|------|------|
| DI | 4492090 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|------|--------|--------------|
|      |        | 05/11/07 1000 |

**PLACEMENT IVC FILTER [32736337]**  Resulted: 05/11/07 1808, Result status: Final result

Transcription

| Type | ID |
|------|------|
| DI | 4492092 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

The MetroHealth System | 2500 MetroHealth Drive |
Cleveland OH 44109 | 216-778-7800 | 40200163

**All Radiology Results (05/11/07 - 05/11/07) (continued)**

**PLACEMENT IVC FILTER [32736337] (continued)**   Resulted: 05/11/07 1808, Result status: Final result

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1050 |

**SURG-SUPER + INFER VENA CAVA [32736338]**   Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | | ID | |
|---|---|---|---|
| DI | | 4492095 | |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficiency, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1056 |

**SURG-IVC FILTER PLACEMENT [32736339]**   Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | | ID | |
|---|---|---|---|

The MetroHealth System | 2500 MetroHealth Drive | Cleveland OH 44109 | 216-778-7800 | 40200163

### All Radiology Results (05/11/07 - 05/11/07) (continued)

**SURG-IVC FILTER PLACEMENT [32736339] (continued)**   Resulted: 05/11/07 1808, Result status: Final result

| DI | 4492096 | | |
|---|---|---|---|

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficiency, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1057 |

**VASCULAR STUDIES REPORT [32729250]**   Resulted: 05/11/07 1234, Result status: Final result

**Transcription**

| Type | ID | Author |
|---|---|---|
| DI | 2A33_0003 | Moawad, John A., MD |

Signed by Moawad, John A., MD on 05/11/07 at 1234

Peripheral Venous Duplex

Name:                Wisdom Tina
MR Number:           0438395
DOB:                 09/21/72
Date:                05/10/07

Interpreting Attending:  Moawad John, MD
Referring Physician:     DASARATHY, JAIVICHYA(029876)
Performed By:            Stephanie E Millsop

Indications
Suspected DVT; edema

Interpretation
Simultaneous real time imaging of venous blood flow using both pulsed and color Doppler, as well as B-mode evaluation of the venous

The MetroHealth System | 2500 MetroHealth Drive |
Cleveland OH 44109 | 216-778-7800 | 40200163

### All Radiology Results (05/11/07 - 05/11/07) (continued)

**VASCULAR STUDIES REPORT [32729250] (continued)**　　　Resulted: 05/11/07 1234, Result status: Final result

system with compression techniques, was used to evaluate the deep
veins of the lower extremities. The study demonstrates the following
findings:

--t--


--t--

Findings

Right

Doppler color flow of the right leg demonstrates partial flow in the
popliteal vein indicating venous thrombosis.

Left

Normal color flow dynamics and compressibility of the deep veins of
the left leg with no evidence of venous thrombosis.

Summary

Deep venous thrombosis of the right leg involving the popliteal
vein.
This appears to be acute.
Normal deep vein scan of the left leg.


This report was interpreted, reviewed and electronically signed by
Moawad John, MD

??

??

??

??

MetroHealth Medical Center
Heart & Vascular Center
2500 MetroHealth Drive, Cleveland, Ohio 44109-1998
(216) 778-1221


Patient name: Wisdom Tina, ID: 0438395


**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/10/07 1241 |


### All Radiology Results (05/11/07 - 05/11/07)

**INFERIOR VENA CAVA [32736336]**　　　Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

Type　　　　　　　　　　　　　　　　　　　　ID

The MetroHealth System | 2500 MetroHealth Drive |
Cleveland OH 44109 | 216-778-7800 | 40200163

### All Radiology Results (05/11/07 - 05/11/07) (continued)

**INFERIOR VENA CAVA [32736336] (continued)**  Resulted: 05/11/07 1808, Result status: Final result

| DI | 4492090 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | | Source | | Collected On: |
| --- | --- | --- | --- | --- |
| | | | | 05/11/07 1000 |

**PLACEMENT IVC FILTER [32736337]**  Resulted: 05/11/07 1808, Result status: Final result

Transcription

| Type | | | ID | |
| --- | --- | --- | --- | --- |
| DI | | | 4492092 | |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.