**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

## ORDER

Having considered Plaintiff's Motion for an Extension of Time to File Her Bill of Costs, as well as any response and reply, the Court is of the opinion that the motion should be GRANTED.

Plaintiff is hereby granted until and including March 15, 2019 to file her Bill of Costs.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana