UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: *Tonya Brand* 1:14-cv-6018-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

On March 8, 2019, Plaintiff filed a Motion for Extension of Time to File Bill of Costs. The court, having considered the motion (Filing No. 10278), finds it should be **GRANTED**. The time to file Plaintiff's Bill of Costs is hereby extended to March 15, 2019.

**SO ORDERED** this 12th day of March 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.