UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) | |
| _____ ) | 1:14-ml-02570-RLY-TAB |
| ) | |
| THIS DOCUMENT RELATED TO ALL ACTIONS ) ) | |

## SCHEDULING ORDER

A status hearing is set for **APRIL 29, 2019 at 1:30 p.m.**  Lead counsel shall appear before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 N.W. Martin Luther King, Jr., Blvd., **Evansville**, Indiana 47708.

**SO ORDERED** this 12th day of March 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record