UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**MOTION FOR LEAVE TO
FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a brief in excess of 35 pages, specifically The Cook Defendants' Memorandum in Support of Motion for Judgment as a Matter of Law.  This brief will be electronically filed today, March 12, 2019.  In support of this motion, the Cook Defendants state:

1.  Local Rule 7.1 provides that supporting briefs (excluding tables of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court.  *See* Local Rule 7-1.

2.  The Cook Defendants hereby request leave to file a brief in excess of 35 pages in support of The Cook Defendants' Motion for Judgment as a Matter of Law.

3.  The Cook Defendants require a memorandum of more than 35 pages to support their Motion for Judgment as a Matter of Law that includes detailed discussion and a broad scope of evidentiary issues related to expert opinions offered in this lengthy Bellwether trial.

US.122330943.02

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary for the reasons detailed above to request leave of court to exceed the 35-page maximum set forth in Local Rule 7-1(e)(2).

5. Cook will be able to adequately address the issues raised in 50 pages or less.

6. Pursuant to Local Rule 7-1(e)(3), Cook has included a table of contents, a statement of issues, and a table of authorities in its Memorandum in Support.

7. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a memorandum in excess of 35 pages in support of The Cook Defendants' Motion for Judgment as a Matter of Law.

Respectfully submitted,

Dated: March 12, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

Chuck Webber (# 0215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Telephone:  (612) 766-7000
Facsimile:  (612)766-1600
E-Mail: chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on March 12, 2019, a copy of the foregoing **MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES** was filed electronically.  Parties may access this filing through the Court's electronic records system.

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson

US.122330943.02