UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____

**MOTION FOR LEAVE TO
FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a brief in excess of 35 pages, specifically The Cook Defendants' Memorandum in Support of Motion for New Trial. This brief will be electronically filed today, March 12, 2019. In support of this motion, the Cook Defendants state:

1. Local Rule 7.1 provides that supporting briefs (excluding tables of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court. *See* Local Rule 7-1.

2. The Cook Defendants hereby request leave to file a brief in excess of 35 pages in support of The Cook Defendants' Motion for New Trial.

3. The Cook Defendants require a memorandum of more than 35 pages to support their Motion for New Trial that includes 4 individual grounds for a new trial, which are

necessary given the length of this Bellwether trial and the scope of evidentiary issues raised therein.

4.	The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary for the reasons detailed above to request leave of court to exceed the 35-page maximum set forth in Local Rule 7-1(e)(2).

5.	Cook will be able to adequately address the issues raised in 50 pages or less.

6.	Pursuant to Local Rule 7-1(e)(3), Cook has included a table of contents, a statement of issues, and a table of authorities in its Memorandum in Support.

7.	A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a memorandum in excess of 35 pages in support of The Cook Defendants' Motion for New Trial.

- 3 -

                    Respectfully submitted,

Dated: March 12, 2019        */s/ Andrea Roberts Pierson*
                                      Andrea Roberts Pierson (# 18435-49)
                                      Jessica Benson Cox (# 26259-49)
                                      FAEGRE BAKER DANIELS LLP
                                      300 North Meridian Street, Suite 2700
                                      Indianapolis, Indiana  46204
                                      Telephone: (317) 237-0300
                                      Facsimile:  (317) 237-1000
                                      E-Mail:  andrea.pierson@faegrebd.com
                                      E-Mail:  jessica.cox@faegrebd.com

                                      Chuck Webber (# 0215247)
                                      FAEGRE BAKER DANIELS LLP
                                      2200 Wells Fargo Center
                                      90 South Seventh Street
                                      Minneapolis, Minnesota   55402
                                      Telephone:  (612) 766-7000
                                      Facsimile:   (612)766-1600
                                      E-Mail: chuck.webber@faegrebd.com

                                      *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.122330793.02

- 4 -

## CERTIFICATE OF SERVICE

I certify that on March 12, 2019, a copy of the foregoing **MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES** was filed electronically.  Parties may access this filing through the Court's electronic records system.

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson