**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

---

This Document Relates to:

   *Brand v. Cook Medical, Inc. et al.,*
   Case No. 1:14-cv-06018-RLY-TAB

---

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER
SEAL THE COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF
MOTION FOR JUDGMENT AS A MATTER OF LAW AND EXHIBIT A THERETO**

This matter has come before the Court on The Cook Defendants' Motion to Maintain

Under Seal the Cook Defendants' Memorandum in Support of Motion for Judgment as a Matter

of Law and Exhibit A Thereto.  The Court, having reviewed the Cook Defendants' Motion to

Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the

relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **The Cook Defendants' Memorandum in Support**

**of Motion for Judgment as a Matter of Law** and **Exhibit A thereto** are to be maintained

*under seal.*

SO ORDERED this _____ day of _____, 2019.

---

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

US.122333460.03

Copies to all registered counsel of record via the Court's ECF system.

All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.122333460.03