IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

| Name | | Case No. |
|---|---|---|
| Lois Lewis | Civil Case # | 1:17-cv-1728 |
| John Mattingly | Civil Case # | 1:17-cv-4708 |
| Marissa Miller | Civil Case # | 1:17-cv-02880 |
| Michael Morrison | Civil Case # | 1:18-cv-1182 |
| Harold Pierite | Civil Case # | 1:17-cv-00357 |
| Jesus Quintana | Civil Case # | 1:18-cv-1169 |
| Niesa Rub-Azran | Civil Case # | 1:18-cv-1631 |
| Annette Sales-Orr | Civil Case # | 1:16-cv-2636 |
| Cherry Schuster | Civil Case # | 1:17-cv-4705 |
| Hector Estrella | Civil Case # | 1:18-cv-1196 |
| Daniel Laufer | Civil Case # | 1:18-cv-3163 |

**RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

COMES NOW the Plaintiffs named above, by counsel, and respectfully requests that this honorable Court deny the Defendant's Motion to Dismiss Pursuant to the Court's Case Categorization Order ("Motion to Dismiss"). The sanction of dismissal would be disproportionate to any claimed non-compliance and would cause undue prejudice to the Plaintiffs in this case. In support of this request, Plaintiffs state the following;

Plaintiffs first became aware of the assertion by Defendants that their cases were non-compliant on February 18, 2019 when Defense filed their Motion to Dismiss with this court. There was no previous attempt to meet and confer to resolve the issue, or inform Plaintiffs of any alleged deficiencies. Since becoming aware of the alleged deficiencies, Plaintiffs have worked diligently

1

to cure them and provide all information requested. Plaintiffs submitted their case categorization forms, by email, on March 13, 2019, attached here as Exhibit 1.

Plaintiffs respectfully submit that they are now in compliance with the Court's Case Categorization Order and that there is no just cause to dismiss their claims.

Respectfully submitted,

*/s/ C.J. Cuneo*
C.J. Cuneo
**ANDRUS WAGSTAFF**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Cj.cuneo@andruswagstaff.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ C.J. Cuneo*