# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION          MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process").  The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com.  Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record.  Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described.  For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.    Plaintiff's Name: _____ Lois D. Lewis _____

B.    Plaintiff's Case Number: _____ 1:17-cv-1728-TWP-TAB _____

C.    Plaintiff's Counsel (Lead Firm Name): Law offices of Ben C. Martin, Matthews & Associates and Heaviside Reed Zaic

D.    Categorization (check each that applies and briefly describe):

1.    <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

      Check here for Category 1: _____

2.    <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

      Check here for Category 2: _X__

      Briefly describe claimed complication/outcome/injury: _Emotional distress, mental anguish._

3.    <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

      Check here for Category 3: _____

      Briefly describe claimed complication/outcome/injury: _____

4.    <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

      Check here for Category 4: _____

      Briefly describe claimed complication/outcome/injury: _____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:_____.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

_____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.     Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          C.J. Cuneo

Plaintiff's Counsel's Firm:         Andrus Wagstaff, PC

Plaintiff's Counsel's Signature:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

---

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.    Plaintiff's Name:          John Mattingly

B.    Plaintiff's Case Number:          1:cv:17-cv-04708-RLY-TAB

                                              Law offices of Ben C. Martin, Matthews & Associates
C.    Plaintiff's Counsel (Lead Firm Name): and Heaviside Reed Zaic

D.    Categorization (check each that applies and briefly describe):

1.    Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

      Check here for Category 1:____    After due diligence, records were insufficient to categorize case.

2.    Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

      Check here for Category 2:____

      Briefly describe claimed complication/outcome/injury:_____

3.    Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

      Check here for Category 3:____

      Briefly describe claimed complication/outcome/injury:_____

4.    Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

      Check here for Category 4:____

      Briefly describe claimed complication/outcome/injury:_____

2

5. Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:____

Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:____

Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:____.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

_____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.      Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          C.J. Cuneo

Plaintiff's Counsel's Firm:          Andrus Wagstaff, PC

Plaintiff's Counsel's Signature:

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.  Plaintiff's Name:  Marissa Miller

B.  Plaintiff's Case Number:  1:17-cv-02880-WTL-MJD

C.  Plaintiff's Counsel (Lead Firm Name):  Law Offices of Ben C. Martin, Matthews & Associates and Heaviside Reed Zaic

D.  Categorization (check each that applies and briefly describe):

1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:_____

2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:__X__

    Briefly describe claimed complication/outcome/injury:  Emotional distress / mental anguish.

3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:_____

    Briefly describe claimed complication/outcome/injury:_____

4.  <u>Embedded and High Risk Cases</u>:  "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:_____

    Briefly describe claimed complication/outcome/injury:_____

5.  <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6.  <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7.  <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:_____.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

_____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.      Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          C.J. Cuneo
                                   _____

Plaintiff's Counsel's Firm:        Andrus Wagstaff, PC
                                   _____

Plaintiff's Counsel's Signature:   _____

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process").  The following requirements apply to the Categorization Process:

1.  Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com.  Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2.  Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record.  Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described.  For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3.  The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4.  This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.   Plaintiff's Name: _____Michael Morrison_____

B.   Plaintiff's Case Number: _____1:18-cv-01182-RLY-TAB_____

C.   Plaintiff's Counsel (Lead Firm Name): ___Law Offices of Ben C. Martin, Matthews & Associates and Heaviside Reed Zaic___

D.   Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:_____

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: _X___

    Briefly describe claimed complication/outcome/injury: _Emotional distress / mental anguish._

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:_____

    Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: _X___   Plaintiff will supplement medical records at a later date.

    Briefly describe claimed complication/outcome/injury: _Filter embedded_____

2

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:____

Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:____

Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: x___.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

_____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

> (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:  Strut perforation

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:

(h) infection;

Briefly describe claim of symptomatic injury:

(i) bleeding;

Briefly describe claim of symptomatic injury:

(j) death; and

Briefly describe claim of symptomatic injury:

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:

E.     Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        C.J. Cuneo

Plaintiff's Counsel's Firm:       Andrus Wagstaff, PC

Plaintiff's Counsel's Signature:

4



**Radiology Report**
Apache Junction Facility

**NAME:  Michael Morrison**
**D.O.B.:  07/27/1980**
**PATIENT #:  AZ184332**

**D.O.S.:  07/09/18**

PHYSICIAN: Ahmadi, Ramin
Phone:    (866) 697-2694
Fax :      (800) 653-2147
Canoga Park, CA 91304

**CT Abdomen without Contrast**

HISTORY:      Prior IVC placement 2005.

EXAMINATION, TECHNIQUE:     Unenhanced CT of the abdomen is provided for evaluation of the IVC filter utilizing transaxial and reconstructed sagittal and coronal images according to IVC imaging protocols. No oral or intravenous contrast is provided.

AEC is utilized with a DLP of 652.38.

FINDINGS:      No relevant prior studies or reports are currently available for comparison.

Hepatic size is satisfactory with normal attenuation noted. The unopacified bowel coils are unremarkable.

No significant adenopathy is demonstrated.

Gallbladder, pancreatic, splenic appearance is satisfactory.

Adrenal gland, renal findings are normal.

No abnormal fluid collections are noted.

FDA Certified
Accredited by the American College of Radiology

| Ahwatukee | Apache Junction | Casa Grande | Chandler | Gilbert | Maricopa | Phoenix Osbom | Tempe | Women's Center |
|---|---|---|---|---|---|---|---|---|
| Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: |
| 480.893.1004 | 480.288.6400 | 520.876.0297 | 480.963.4183 | 480.354.9200 | 520.568.6411 | 602.277.4111 | 480.820.2021 | 480.455.1860 |
| Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: |
| 480.893.0306 | 480.288.4079 | 520.876.0167 | 480.963.4184 | 480.354.9201 | 520.568.6312 | 602.277.1333 | 480.345.7080 | 480.455.1862 |



**AZ-TECH RADIOLOGY**

*Where Image Is Everything!*

## Radiology Report
### Apache Junction Facility

**NAME:  Michael Morrison**
**D.O.B.:  07/27/1980**
**PATIENT #:  AZ184332**

**D.O.S.:  07/09/18**

**PHYSICIAN: Ahmadi, Ramin**
**8501 Fallbrook Ave Ste 100**

**Canoga Park, CA 91304**

The IVC appears patent and of normal caliber.

An IVC filter is identified, with its proximal portion positioned approximately 10 mm from the region of the right renal vein, which is satisfactory. Satisfactory orientation is noted without significant tilt suggested.

In several images, one of the right inferior struts appears to project beyond the wall of the cava approximately 4.0 mm. The appearances are otherwise satisfactory. No deformity, or malposition of the struts is otherwise suggested. The caval caliber is satisfactory.

IMPRESSIONS:
1.  An IVC filter is identified and is satisfactorily positioned inferior to the region of the right renal vein, with normal orientation and angulation noted without evidence of tilt or migration.
2.  One of the posterior inferior struts of the filter does project approximately 4 mm beyond the region of the wall of the lumen of the IVC. There does not appear to be any deformity of this strut. Its tip may be located within or slightly beyond the actual wall of the cava.

Report dictated and electronically signed by: Davidson, Maurice A, DO
07/09/2018 12:32 PM

FDA Certified
Accredited by the American College of Radiology

| Ahwatukee | Apache Junction | Casa Grande | Chandler | Gilbert | Maricopa | Phoenix Osborn | Tempe | Women's Center |
|---|---|---|---|---|---|---|---|---|
| Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: | Phone: |
| 480.893.1004 | 480.288.6400 | 520.876.0297 | 480.963.4183 | 480.354.9200 | 520.568.6411 | 602.277.4111 | 480.820.2021 | 480.455.1860 |
| Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: | Fax: |
| 480.893.0306 | 480.288.4079 | 520.876.0167 | 480.963.4184 | 480.354.9201 | 520.568.6312 | 602.277.1333 | 480.345.7080 | 480.455.1862 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION         MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process").  The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com.  Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record.  Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described.  For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.   Plaintiff's Name:                          Harold Pierite, Sr.

B.   Plaintiff's Case Number:                   1:17-cv-003857-RLY-MJD

                                                Law Offices of Ben C. Martin, Matthews & Associates
C.   Plaintiff's Counsel (Lead Firm Name):  and Heaviside Reed Zaic

D.   Categorization (check each that applies and briefly describe):

1.   <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

     Check here for Category 1:_____

2.   <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

     Check here for Category 2:_X___

     Briefly describe claimed complication/outcome/injury:  Emotional distress / mental anguish.

3.   <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

     Check here for Category 3:_____

     Briefly describe claimed complication/outcome/injury:_____

4.   <u>Embedded and High Risk Cases</u>:  "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

     Check here for Category 4:_____

     Briefly describe claimed complication/outcome/injury:_____

2

5.  Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:____

Briefly describe claimed complication/outcome/injury:_____

6.  Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:____

Briefly describe claimed complication/outcome/injury:_____

7.  Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:____.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

_____

_____

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.      Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:            C.J. Cuneo
                                     _____

Plaintiff's Counsel's Firm:          Andrus Wagstaff, PC
                                     _____

Plaintiff's Counsel's Signature:     _____

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

---

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

## Categorization Form

A.   Plaintiff's Name:                              Jesus Quintana Rodriguez

B.   Plaintiff's Case Number:                 1:18-cv-001169-RLY-TAB

                                                              Law Offices of Ben C. Martin, Matthews & Associates
C.   Plaintiff's Counsel (Lead Firm Name):  and Heaviside Reed Zaic

D.   Categorization (check each that applies and briefly describe):

1.   <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

     Check here for Category 1:_____   After due diligence, records were insufficient to categorize case.

2.   <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

     Check here for Category 2:_____

     Briefly describe claimed complication/outcome/injury:  Emotional distress / mental anguish.

3.   <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

     Check here for Category 3:_____

     Briefly describe claimed complication/outcome/injury:_____

4.   <u>Embedded and High Risk Cases</u>:  "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

     Check here for Category 4:_____

     Briefly describe claimed complication/outcome/injury:_____

2

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:_____. **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

_____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.      Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          C.J. Cuneo
                                   _____

Plaintiff's Counsel's Firm:        Andrus Wagstaff, PC
                                   _____

Plaintiff's Counsel's Signature:   _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.    Plaintiff's Name:      Niesa T. Rub-Azran

B.    Plaintiff's Case Number:      1:18-cv-01631-RLY-TAB

C.    Plaintiff's Counsel (Lead Firm Name):   Law Offices of Ben C. Martin, Matthews & Associates and Heaviside Reed Zaic

D.    Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: _____

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: _X_

   Briefly describe claimed complication/outcome/injury: _Emotional distress/mental anguish_

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: _X_     Plaintiff will supplement medical records at a later date.

   Briefly describe claimed complication/outcome/injury: _Chronic anticoagulation_

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: _x_

   Briefly describe claimed complication/outcome/injury:_____

2

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:  X

Briefly describe claimed complication/outcome/injury:  Failed retrieval

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:

Briefly describe claimed complication/outcome/injury:

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:_____.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.     Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:         C.J. Cuneo
                                  _____

Plaintiff's Counsel's Firm:       Andrus Wagstaff, PC
                                  _____

Plaintiff's Counsel's Signature:  _____

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                  MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process").  The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com.  Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record.  Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described.  For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.    Plaintiff's Name:                                       Annette Sales-Orr

B.    Plaintiff's Case Number:                        1:16-cv-02636-RLY-DML

                                                                        Law Offices of Ben C. Martin, Matthews & Associates
C.    Plaintiff's Counsel (Lead Firm Name):   and Heaviside Reed Zaic

D.    Categorization (check each that applies and briefly describe):

1.    <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

Check here for Category 1:____

2.    <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

Check here for Category 2: X____

Briefly describe claimed complication/outcome/injury: Emotional distress / mental anguish.

3.    <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

Check here for Category 3: X____

Briefly describe claimed complication/outcome/injury: Long term anticoagulation therapy.

4.    <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

Check here for Category 4: X____

Briefly describe claimed complication/outcome/injury:_____

2

5.  Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:____

Briefly describe claimed complication/outcome/injury:_____

6.  Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:____

Briefly describe claimed complication/outcome/injury:_____

7.  Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:__X__.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
  Filter movement _____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
  Parts of filter confirmed to have "broken off". _____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

_____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: Chronic DVT's in lower extremities.

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.      Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          C.J. Cuneo

Plaintiff's Counsel's Firm:          Andrus Wagstaff, PC

Plaintiff's Counsel's Signature:

4



| UNCH | Orr, Annette Teresa |
|---|---|
| 500 Eastowne Drive | MRN: 100052239785, DOB: 6/20/1961, Sex: F |
| Chapel Hill NC 27514 | Encounter date: 6/21/2017 |
| Progress Notes | |

## Progress Notes - Progress Notes

### Progress Notes by Micah Joe Mooberry, MD at 06/21/17 1511

| Author: Micah Joe Mooberry, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 06/24/17 1233 | Encounter Date: 6/21/2017 | Status: Signed |
| Editor: Micah Joe Mooberry, MD (Physician) | | |

### Hematology Consult Note

**Requesting Physician : Kathryn Willoughby Brow***

**Primary Care Provider:  ANJALEE K DAVE, MD**

**Reason for Consult:** Recurrent VTEs with concern for failure of anticoagulants

**Assessment and Recommendations:**
Ms. Annette Teresa Orr is a 56 y.o. African American female with a complex medical history who we are seeing in consultation at the request of Kathryn Willoughby Brow* for further evaluation of multiple VTEs, with concern for failure of previous anticoagulants. Previously cared for by Dr. Stipanov in Tennessee.

1. Venous thromboembolism:  History as below. Hypercoagulable work up locally with low Protein C and S antigen levels in setting of acute thrombosis, so difficult to interpret.  May have Protein C or S deficiency, but results do not change management decisions as patient warrants long term anticoagulation based upon her VTE history alone.  As such, no need for further testing in my opinion.  No positive family history. Initial pulmonary emboli and DVTs appear to have been provoked, occuring in the peripartum and post-operative setting with subsequent placement of 2 IVC filters (one suprarenal, one infrarenal) which have almost certainly contributed to recurrent thrombosis events since that time (2002, 2003). Patient reports history of failure of warfarin, lovenox, arixtra and xarelto however it is impossible to know if any of her subsequent VTEs were 2/2 true medication failure as opposed to subtherapeutic dosing, given that we do not have information on drug levels obtained at that time of new thromboses and that many of these medications may have been underdosed in a morbidly obese patient (wt 124kg) with a history of gastric bypass surgery which can alter drug absorption, particularly the DOACs.  Per available records, there is evidence of new VTE on lovenox and arixtra but again we do not know for certain this was due to drug failure.  Most recently patient was started on Pradaxa which is suboptimal given lack of studies in weight extremes and in patients with previous gastric bypass.

Instead, would recommend transition back to lovenox or arixtra but with roughly 25% increase in dosing as is often recommended in the setting of VTE recurrence in cancer-associated VTE treated with LWMH. After extensive discussion with patient and her sister, recommended lovenox as first choice due to ease of measuring drug level. Recommended lovenox 150mg BID with peak anti-Xa level (3-4 hours after a dose) checked after at least 4 doses to ensure drug is therapeutic. Given no history of serious bleeding complications and frequent, recurrent VTEs, recommend dose to achieve a therapeutic anti-Xa level (on LMWH standard curve, not UFH as before) at or above the upper therapeutic range (ie 1.0-1.2 or above). Also counseled patient and her sister on asking ED physicians to obtain a LMWH anti-Xa level and d-dimer at time of presentation in the future to assess whether drug was therapeutic and confirm acuity of the clot. If instead patient and her local hematologist choose arixtra, would give BID dosing with 7.5mg in AM, 5mg at night. This may offer best protection from future clots but is more difficult to monitor than lovenox.  Would also check peak Arixtra level (send out to LabCorp) to ensure at or above upper therapeutic range (ie 1.20-1.26 mg/L or above) and obtain a drug level in the event of VTE recurrence.



UNCH
500 Eastowne Drive
Chapel Hill NC 27514
Progress Notes

Orr, Annette Teresa
MRN: 100052239785, DOB: 6/20/1961, Sex: F
Encounter date: 6/21/2017

## Progress Notes - Progress Notes (continued)

### Progress Notes by Micah Joe Mooberry, MD at 06/21/17 1511 (continued)

If one of these strategies fails despite drug levels in the expected range, would then try the other. If both fail, then options become much more limited. Could then add aspirin or other antiplatelet agent in conjunction with anticoagulation. Overall, would favor avoiding the DOACs given weight and potential absorption issues as per above. But if a DOAC is ultimately chosen would use apixaban at standard dosing and obtain peak/trough apixaban anti-Xa levels (send out to LabCorp) after 4-5 doses. Apixaban would be preferred as it is absorbed throughout the GI tract and not primarily proximally as Xarelto is. If drug levels are low, then could increase to non-standard 10 mg BID dosing. Finally, agree with obtaining venogram to assess more proximal venous system. If proximal chronic obstruction is noted, then perhaps venoplasty or other intervention could help improve venous outflow. I doubt that the IVC filters can be removed at this point given how long they have been in place. For now, no follow up scheduled with me at this time but would be happy to see her back as needed if I can be of further assistance.

Plan:
1. Recommend stopping pradaxa and transitioning to Lovenox or Arixtra as per above at 25% increased dosing. Patient to discuss with local hematologist.
2. Recommend check LMWH or Arixtra level after 4-5 doses to ensure at or above upper therapeutic range as per above.
3. If failure with one of these regimens despite desired drug levels, then could try the other or add antiplatelet agent.
4. Overall prefer to avoid DOACs given patient weight and gastric bypass, but if chosen would use apixaban as per above and check drug levels.
5. Agree with venogram to assess more proximal venous anatomy.
6. If the patient presents to medical attention with concern for new VTE, recommend obtaining corresponding drug level and D-dimer to help guide further management decisions.
7. No follow up scheduled at this time but happy to see back PRN if I can be of further assistance.
--------------------------------
I was present with Resident during the history and exam. I discussed the findings, assessment and plan with the Resident and agree with the findings and plan as documented in the Resident's note.

Very difficult case with no perfect answers. But overall, prefer injectable anticoagulants for reasons stated above. Warfarin does not seem like a good option given her erratic INRs in the past and reported failure. Discussed with patient in depth that the above recommended strategies do likely increase bleeding risk, as we are pushing the desired therapeutic range beyond what is typically done. But at this point, her clotting risk outweighs bleeding risk in my estimation. She voiced understanding and is in agreement.


Micah J. Mooberry, MD
--------------------------------


### History of presenting illness:
Annette Teresa Orr is a 56 y.o. African American female with a complex medical history who we are seeing in consultation at the request of Kathryn Willoughby Brow* for further evaluation of multiple VTEs, with concern for failure of previous anticoagulants.

Patient has a complicated clotting history that is difficult to fully interpret without access to numerous imaging and records. Per her report and chart review:



UNCH
500 Eastowne Drive
Chapel Hill NC 27514
Progress Notes

Orr, Annette Teresa
MRN: 100052239785, DOB: 6/20/1961, Sex: F
Encounter date: 6/21/2017

---

**Progress Notes - Progress Notes (continued)**

**Progress Notes by Micah Joe Mooberry, MD at 06/21/17 1511 (continued)**

1996 (Dr. Stipanov, Tennessee): Presented with chest pain and shortness of breath, diagnosed with PE in the post-partum setting.  No records available.  Per sister, patient had gone into labor at 28 weeks when infected cervical stitch placed for cervical incompetence had to be removed. Had reportedly been given a blood thinner because "she was clotting too much" initially in the delivery however then started bleeding profusely ultimately requiring an emergent hysterectomy due to post-partum hemorrhage. Completed 6 months of warfarin.

1997: Presented with chest pain and shortness of breath again, diagnosed again with PE (images and records not available) and restarted on additional 6 month course of warfarin therapy. This was also considered to be provoked in the setting of tonsillectomy as part of sleep apnea surgery.

1997-2002: No new VTEs, not on anticoagulation.

2002: IVC filter placed in anticipation of increased clot risk with planned gastric bypass surgery. No new clot prior to surgery however did develop DVT after surgery with subsequent PE despite IVC filter placement. Presumably restarted on anticoagulation at this time however details unknown.

2003: 2nd IVC filter placed superior to the previous IVC filter after patient continued to experience recurrent pulmonary emboli, this time thought to be coming primarily from clot established around the filter itself. Original filter had partially migrated and parts of it had broken off. Had discussion about removing the filter but this was determined to be higher risk than leaving it in. Believes she was placed back on warfarin at this point with lovenox bridge but reports INRs were often sub or supra-therapeutic and that dose was frequently dramatically increased over a series of days before becoming supra-therapeutic.

2003-2008: No new VTEs, remained on anticoagulation (with either wafarin or lovenox, unclear from records).

2008: DVT in RLE while on anticoagulation, lovenox per local hematologist, Dr. Brownlee, Novant Health. LMWH dose unknown.  Anti-Xa level at time of recurrent DVT not known.  Switched to Arixtra.

2008-2014: No new VTEs, remained on anticoagulation with Arixtra. Reportedly tolerated this well but was switched to Xarelto at some point for unclear reason.

2014: DVT in RLE while on Xarelto. No PE. Changed back to Arixtra.

Chronic DVT changes in bilateral LE by US 02/2016 (no records available for review).

BLE doppler US in 12/2016 with RLE popliteal DVT (?acute or chronic).  LLE without evidence of DVT.  No other chronic changes noted.  Doppler report available for review.

02/17/2017: Progression of RLE DVT while on Arixtra, 10mg daily per sister's report. No missed doses per patient.  New RLE DVT doppler report available for review.  Changed to lovenox 120mg BID with plan to check Xa levels regularly.  No records available to confirm anti-Xa levels were checked on that dosing.

04/11/2017: New LLE DVT while on lovenox.  LE doppler report confirming new LLE DVT available for review. No anti-Xa level sent at that time. Started on Pradaxa.

06/2017: Continues on Pradaxa.

---



UNCH
500 Eastowne Drive
Chapel Hill NC 27514
Progress Notes

Orr, Annette Teresa
MRN: 100052239785, DOB: 6/20/1961, Sex: F
Encounter date: 6/21/2017

## Progress Notes - Progress Notes (continued)

### Progress Notes by Micah Joe Mooberry, MD at 06/21/17 1511 (continued)

No history of upper extremity thrombosis, portal or hepatic vein thromboses, mesenteric vein thromboses or arterial thromboses. Hypercoaguable workup negative, APLAS tested x2 given miscarriages and preterm labor.

Ongoing risk factors include retained IVC filters x2 and morbid obesity.

No D-dimer levels or drug levels. Reports good medication compliance however is morbidly obese and has a history of gastric bypass making it uncertain whether patient achieved and maintained a therapeutic drug level. No bleeding complications in >10 years, with possible hematoma formation in arm and leg prior to that (while on warfarin).

### Review of Systems:
Ms. Orr is tolerating anticoagulation and denies recent bleeding complications.  A 12 systems ROS was reviewed and is otherwise negative except as outlined under HPI above.

### Allergies:
Albuterol; Aspirin; Beef containing products; Demerol; Erythromycin; Levaquin; Lotrel; Methadone; Monosodium glutamate; Nsaids (non-steroidal anti-inflammatory drug); Peanut; Prednisone; and Vancomycin analogues

### Medications:
Ms. Orr has a current medication list which includes the following prescription(s): acetazolamide, atorvastatin, fluoxetine, ipratropium, levalbuterol, levalbuterol, levothyroxine, mepolizumab, metformin, omeprazole, topiramate, bepotastine besilate, blood-glucose meter, cholecalciferol (vitamin d3), clonidine hcl, cyclobenzaprine, fluticasone, melatonin-lemon balm leaf extr, oxycodone-acetaminophen, polyethylene glycol, pregabalin, promethazine, and tiotropium.

### Medical History:
Major depression
Recurrent VTEs s/p 2 IVC filters
OSA
Eosinophilic asthma
H/o gastric bypass
Poor dentition
Cataracts
H/o basal cell carcinoma
Degenerative disk disease
Pseudotumor Cerebri
GERD
HTN
Hypothyroidism
Type 2 DM

### Social History:
Tobacco use: Denies tobacco use.
Alcohol use: Denies alcohol use.
On disability since 2003 due to recurrent VTEs.

### Family History:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.    Plaintiff's Name:                             Cherry Schuster

B.    Plaintiff's Case Number:                 1:17-cv-4705-RLY-TAB

                                                              Law Offices of Ben C. Martin, Matthews & Associates

C.    Plaintiff's Counsel (Lead Firm Name):   and Heaviside Reed Zaic

D.    Categorization (check each that applies and briefly describe):

1.    <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

      Check here for Category 1:_____   After due diligence, records were insufficient to categorize case.

2.    <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

      Check here for Category 2:_____

      Briefly describe claimed complication/outcome/injury:  Emotional distress / mental anguish.

3.    <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

      Check here for Category 3:_____

      Briefly describe claimed complication/outcome/injury:_____

4.    <u>Embedded and High Risk Cases</u>:  "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

      Check here for Category 4:_____

      Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:_____.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

_____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.     Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          C.J. Cuneo
_____

Plaintiff's Counsel's Firm:          Andrus Wagstaff, PC
_____

Plaintiff's Counsel's Signature:          _____

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process").  The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com.  Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record.  Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described.  For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.  Plaintiff's Name: _____

1:18-cv-01196-RLY-TAB

B.  Plaintiff's Case Number: _____

Hector Estrella

C.  Plaintiff's Counsel (Lead Firm Name): _____

Law Offices of Ben C. Martin, Matthews & Associates and Heaviside Reed Zaic

D.  Categorization (check each that applies and briefly describe):

1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:____

2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:_ X _

    Briefly describe claimed complication/outcome/injury: _Emotional distress / mental anguish._

3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:____

    Briefly describe claimed complication/outcome/injury:_____

4.  <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:____

    Briefly describe claimed complication/outcome/injury:_____

2

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: _____

   Briefly describe claimed complication/outcome/injury: _____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: _____

   Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:_ X _.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:

   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:

   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:

   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:

   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

3

> (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:  Multi-strut perforation

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:

(h) infection;

Briefly describe claim of symptomatic injury:

(i) bleeding;

Briefly describe claim of symptomatic injury:

(j) death; and

Briefly describe claim of symptomatic injury:

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:

E.      Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:         C.J. Cuneo

Plaintiff's Counsel's Firm:        Andrus Wagstaff, PC

Plaintiff's Counsel's Signature:

4



## GROSSMONT IMAGING

A PARTNERSHIP OF X-RAY MEDICAL GROUP AND
SHARP GROSSMONT HOSPITAL

8881 Fletcher Parkway, Suite 102
La Mesa, CA 91942
Phone:  619.461.1830
FAX:    619.258.8553

PATIENT:     ESTRELLA, HECTOR                    MRN:  255948
DOB:         04/21/1950                          ACC:  633117

REFERRING PHYSICIAN:  RAMIN AHMADI,
READING RADIOLOGIST: TERE  TROUT, M.D.

EXAM:  CT ABDOMEN W/O CONTRAST, 06/29/2018

REASON FOR EXAM: Assessment of IVC filter

TECHNIQUE: Scout topogram of abdomen/pelvis.
Axial CT images of the abdomen in region with IVC filter only. Radiation dose limiting
techniques were utilized including automated exposure control, and adjustment of mA and/or
kV to patient sizes according to ALARA (As Low As Reasonably Achievable) principles.

FINDINGS:
Evaluation of solid organs and bowel is limited without intravenous or enteric contrast.

An IVC filter is present with apex at L2 , 0.9cm below the level of the renal vein, with lower
most struts at the inferior L3 level.  The filter has no significant tilt and is oreinted along the long
axis of the IVC.  Four of the struts extend outside the IVC wall, two medially in the posterior
paraaortic space with the struts  extending 7mm and 8mm, and two laterally into adjacent
retroperitoneal fat with struts extending 9mm and 13mm.  None of the struts are fractured.

LOWER CHEST: Large hiatal hernia
LIVER/BILIARY TRACT: Normal appearance.
GALLBLADDER: Large calcified gallstones
PANCREAS: Normal appearance.
SPLEEN: Normal appearance.
KIDNEYS: Normal appearance.
ADRENALS: Normal appearance.
GASTROINTESTINAL TRACT: No substantial abnormality.
LYMPH NODES: Normal appearance.
VASCULATURE: Normal appearance.
BONES: Normal appearance.
No ascites, abnormal collection or pneumoperitoneum noted.
No other substantial abnormality.

IMPRESSION:

IVC filter placement as discussed above.

*Thank  you for your referral,*



# GROSSMONT IMAGING

A PARTNERSHIP OF X-RAY MEDICAL GROUP AND
SHARP GROSSMONT HOSPITAL

8881 Fletcher Parkway, Suite 102
La Mesa, CA 91942
Phone:  619.461.1830
FAX:     619.258.8553

PATIENT:      ESTRELLA, HECTOR                    MRN:  255948
DOB:            04/21/1950                              ACC:   633117

REFERRING PHYSICIAN:  RAMIN AHMADI,
READING RADIOLOGIST: TERE  TROUT, M.D.

EXAM:  CT ABDOMEN W/O CONTRAST, 06/29/2018

Tere Trout, MD
X-Ray Medical Group

CC: ONE CALL

-----------------------------------
*CT Detail: GE BrightSpeed*
*Total DLP(mGycm): 621.90B*

*# Region(HNCAPO) CTDI  vol(mGy) DLP(mGycm) Reference(HB)*

1. A22.89     621.90B

-----------------------------------
*Electronically signed by Tere Trout, MD on 06/29/2018 10:27*
*Dictated by Tere Trout, MD*
*Transcribed by xmg on 06/29/2018 10:28*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

## Categorization Form

A.    Plaintiff's Name:    Daniel Laufer

B.    Plaintiff's Case Number:    1:17-cv-03163-RLY-TAB

C.    Plaintiff's Counsel (Lead Firm Name):    Law Offices of Ben C. Martin, Matthews & Associates and Heaviside Reed Zaic

D.    Categorization (check each that applies and briefly describe):

   1.   <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

        Check here for Category 1:_____

   2.   <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

        Check here for Category 2:_X___

        Briefly describe claimed complication/outcome/injury:_Emotional distress / mental anguish._

   3.   <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

        Check here for Category 3:_____

        Briefly describe claimed complication/outcome/injury:_____

   4.   <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

        Check here for Category 4:_____

        Briefly describe claimed complication/outcome/injury:_____

2

5. Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:____

Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:____

Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:____.  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

_____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.    Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          C.J. Cuneo
_____

Plaintiff's Counsel's Firm:          Andrus Wagstaff, PC
_____

Plaintiff's Counsel's Signature:
_____

4