UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS  LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates Only to the Following Cases:

Action Schedules attached as Exhibits A, B, C, and D
_____

**UPDATED EXHIBIT A
TO
DEFENDANTS' SECOND AMENDED MOTION TO DISMISS
PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

**SCHEDULE OF PLAINTIFFS THAT HAVE FAILED TO PRODUCE A
CATEGORIZATION FORM**

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Aberman, Brenda | 1:17-cv-03341 | RICHARD J. PLEZIA & ASSOCIATES |
| Anders, Joseph Keith | 1:17-cv-01327 | BOWERSOX LAW FIRM, P.C. |
| Ashford, Patricia | 1:18-cv-03172 | OSBORNE & FRANCIS LAW FIRM, PLLC |
| Auerbach, Benjamin | 1:17-cv-04218 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| Austin, Warren | 1:18-cv-03205 | FEARS NACHAWATI, PLLC |
| Bain, Betty | 1:17-cv-03085 | MILSTEIN JACKSON FAIRCHILD & WADE, LLP |
| Baker, Jada | 1:17-cv-02435 | KEITH, MILLER, BUTLER, SCHNEIDER & PAWLIK |
| Baylor, Sammy | 1:16-cv-00542 | BRANCH LAW FIRM |
| Beal, Charles | 1:16-cv-02390 | LAW OFFICES OF HENRY S. QUEENER, III |
| Beard, Pamela | 1:17-cv-01559 | FITTS LAW FIRM, PLLC |
| Bidwell, Jack Alan | 1:16-cv-00330 | FARR, FARR, EMERICH, HACKETT, CARR & HOLMES P.A. |

| | | |
|---|---|---|
| Blithe, Kyle and James | 1:14-cv-06020 | TATE LAW GROUP |
| Botsford, Roger | 1:17-cv-01891 | DALLAS W. HARTMAN, P.C. |
| Campbell, Kurt & Tarjsha | 1:16-cv-00545 | BRANCH LAW FIRM |
| Castner, Kristopher | 1:18-cv-01409 | SNYDER AND WENNER, P.C. |
| Catchings, Fernita | 1:16-cv-02382 | GRAY & WHITE LAW |
| Cochran, Teresita | 1:18-cv-00098 | VAN WEY LAW, PLLC |
| Contreras, Amanda | 1:16-cv-02693 | MORRIS LAW FIRM |
| Cooper, James | 1:17-cv-04345 | MORRIS//ANDERSON |
| Cornew, John | 1:17-cv-00143 | ROXELL RICHARDS LAW FIRM |
| Cornin-Simeon, Pamela | 1:18-cv-01916 | GUAJARDO & MARKS, LLP |
| Craft, Kristi | 1:17-cv-04200 | MORRIS//ANDERSON |
| Craig, Joshua Rich | 1:17-cv-01697 | MORRIS//ANDERSON |
| Cremeans, Daris | 1:17-cv-00455 | FULMER SILL |
| Cropp, Benjamin Jr. | 1:18-cv-03003 | KIRKENDALL DWYER LLP |
| Cullum, Troy [ESTATE OF] | 1:18-cv-02739 | DI PIETRO PARTNERS, LLP |
| Cummings, Kennith | 1:17-cv-03311 | DAVIS BETHUNE & JONES, LLC |
| Cunningham, James Richard & Angela Jeanne | 1:16-cv-02279 | PIERCE SKRABANEK BRUERA, PLLC |
| Davidson, Ervin Eugene & Peggy Ann | 1:16-cv-02321 | LAW OFFICES OF HENRY S. QUEENER, III |
| Davis, Betsy | 1:18-cv-01879 | KIRKENDALL DWYER LLP |
| Davis, Carlos | 1:16-cv-02699 | GRUBER & GRUBER |
| DeAntonio, Mark | 1:18-cv-01283 | ANDRUS WAGSTAFF, PC |
| Dejesus, Yvonne | 1:16-cv-06035 | MAGLIO CHRISTOPHER & TOALE, P.A. |
| Delvalle, Sacha E. | 1:18-cv-02347 | SAUNDERS & WALKER, P.A. |
| Denison, Neiko and Glenn | 1:17-cv-04527 | DALLAS W. HARTMAN, P.C. |
| Dodd, Helene [ESTATE] | 1:17-cv-00537 | WARNER LAW OFFICES, PLLC |
| Duffy, Elizabeth & Gary | 1:17-cv-00254 | ROXELL RICHARDS LAW FIRM |
| Dukes, Shirley | 1:16-cv-03443 | PHELAN PETTY, PLC |
| Elazab, Bonnie | 1:17-cv-00417 | THOMAS B. CALVERT, A PROFFESSIONAL LAW CORPORATION |
| Fliestra, Stephanie | 1:17-cv-02239 | FITTS LAW FIRM, PLLC |
| Foley, Maureen A. | 1:17-cv-06074 | SUSAN E. LOGGANS & ASSOCIATES, P.C. |
| Fraga, Charley | 1:17-cv-06065 | NIEMEYER, GREBEL & KRUSE, LLC |
| French, Darin | 1:18-cv-00103 | VAN WEY LAW, PLLC |
| Futch, Janine | 1:16-cv-02103 | SNYDER AND WENNER, P.C. |

| | | |
|---|---|---|
| Galvez, Christopher | 1:18-cv-02309 | JOHNSON LAW GROUP |
| Gibson, Donald | 1:17-cv-06065 | NIEMEYER, GREBEL & KRUSE, LLC |
| Gil, Nilda | 1:18-cv-02498 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| Gonzales, Caroline & Jose J. | 1:17-cv-00337 | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC |
| Goodrow, Netitia | 1:17-cv-04692 | GUAJARDO & MARKS, LLP |
| Governale, Edna | 1:17-cv-00420 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| Grinnell, Lawrence R. | 1:16-cv-02311 | SNYDER AND WENNER, P.C. |
| Gross, Kevin & Bethany | 1:16-cv-00546 | BRANCH LAW FIRM |
| Guthrie-Varner, Kaytlyn | 1:16-cv-00547 | BRANCH LAW FIRM |
| Haag, Joseph D. Sr. & Sharon L. | 1:16-cv-02756 | STARK & STARK, P.C. |
| Hagadone, David & Kathy | 1:16-cv-00548 | BRANCH LAW FIRM |
| Halley, Belinda Sue | 1:17-cv-00971 | PIERCE SKRABANEK BRUERA, PLLC |
| Harris, Cynthia | 1:16-cv-02335 | BRANCH LAW FIRM |
| Hawes, Michael A. | 1:16-cv-00809 | HAUSFELD, LLP |
| Hayden, James & Carol | 1:17-cv-04443 | THORNTON LAW FIRM LLP |
| Hayes, Deandre & Shaynna | 1:16-cv-06032 | DIDRIKSEN LAW FIRM PLC |
| Hayes, Kevin S. and Eva | 1:18-cv-01996 | GOLDBERG & OSBORNE LLP |
| Heise, Charles & Barbara | 1:16-cv-01937 | LOWE LAW GROUP |
| Helmer, Elizabeth | 1:18-cv-00978 | KRAUSE & KINSMAN, LLC |
| Hightower, Oscar | 1:18-cv-00568 | NELSON BUMGARDNER, P.C. |
| Hines, James D. | 1:16-cv-03135 | STATHIS & LEONARDIS, LLC |
| Hollebeek, David and Julie | 1:16-cv-00174 | BRANCH LAW FIRM |
| Holmes, Patricia | 1:16-cv-02172 | ANDRUS WAGSTAFF, PC |
| Hopkins, Ronald | 1:16-cv-02656 | LOWE LAW GROUP |
| Horton, Glenda | 1:16-cv-00175 | BRANCH LAW FIRM |
| Hunter, David | 1:16-cv-06037 | THE DRISCOLL FIRM, P.C. |
| Irving, John F. | 1:16-cv-03468 | KEITH, MILLER, BUTLER, SCHNEIDER & PAWLIK |
| Jacobs, Shirley | 1:17-cv-06066 | NIEMEYER, GREBEL & KRUSE, LLC |
| James, Tanika C. | 1:17-cv-00041 | SHRADER & ASSOCIATES LLP |
| Jones, Richard and Deborah | 1:18-cv-02150 | REICH & BINSTOCK, LLP |
| Kay, Christine | 1:18-cv-06089 | EASTON & EASTON, LLP |
| Keeler, Travis | 1:18-cv-00223 | KRAUSE & KINSMAN, LLC |
| Keltee, Rogers William | 1:17-cv-00303 | GRAY & WHITE LAW |

| | | |
|---|---|---|
| Kenyon, Patrick | 1:17-cv-01479 | LOPEZ MCHUGH LLP |
| King, Crystal D. | 1:16-cv-02225 | ZONIES LAW LLC |
| King, Martrie [ESTATE] | 1:17-cv-06069 | THE DRISCOLL FIRM, P.C. |
| Kratochvil, Barbie Lynn | 1:17-cv-00457 | FULMER SILL |
| Ladig, Kim | 1:16-cv-02102 | SNYDER AND WENNER, P.C. |
| Lanzer, Jodi | 1:17-cv-00069 | GRAY & WHITE LAW |
| Lewis, Marie | 1:17-cv-00859 | SNYDER AND WENNER, P.C. |
| Major, Marilyn | 1:16-cv-02383 | GRAY & WHITE LAW |
| Marchionne, Mark | 1:18-cv-02245 | REICH & BINSTOCK, LLP |
| Mattingly, John | 1:17-cv-04708 | ANDRUS WAGSTAFF, PC |
| McCain, Stephanie Lanita | 1:17-cv-03969 | WARNER LAW OFFICES, PLLC |
| McNally, Rose Bennett | 1:17-cv-01853 | SARANGI LAW, LLC |
| Medeiros, Edward | 1:17-cv-02670 | JTB LAW GROUP, LLC |
| Middlebrooks, Shameicka | 1:16-cv-02149 | KIRKLIN SOH, LLP |
| Milke, Theresa [ESTATE OF] | 1:18-cv-00675 | SEIDMAN MARGULIS & FAIRMAN, LLP |
| Million, James | 1:17-cv-00530 | KIRKENDALL DWYER LLP |
| Mills, Lois N. | 1:16-cv-01614 | GIRARDI KEESE |
| Mooney, Carol Ann | 1:17-cv-01551 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| Moore, Seth | 1:17-cv-01358 | EXCOLO LAW PLLC |
| Moreno, Eduardo | 1:16-cv-02310 | SNYDER AND WENNER, P.C. |
| Morris, Kathleen | 1:17-cv-01806 | ROXELL RICHARDS LAW FIRM |
| Morris, Lela | 1:16-cv-01753 | MESHBESHER & SPENCE, LTD. |
| Mosby, Leroy Jr. | 1:17-cv-01911 | ANDRUS WAGSTAFF, PC |
| Nelsen, Rosalee | 1:16-cv-02328 | LAW OFFICES OF HENRY S. QUEENER, III |
| Neuhart, Pandora | 1:17-cv-01588 | JTB LAW GROUP, LLC |
| Oakley, Talisha | 1:18-cv-02837 | GUAJARDO & MARKS, LLP |
| O'Brien, Nicki | 1:18-cv-02500 | KIRKENDALL DWYER LLP |
| Odom, Ethel | 1:17-cv-00388 | KIRKENDALL DWYER LLP |
| Ogden, Judith | 1:16-cv-00551 | BRANCH LAW FIRM |
| Ogle, Dotsy | 1:16-cv-02326 | LAW OFFICES OF HENRY S. QUEENER, III |
| Okolish, Frank J. | 1:17-cv-00800 | FITTS LAW FIRM, PLLC |
| Paciocco, Louis V. | 1:17-cv-03100 | FINE LAW FIRM |
| Papierski, Chester | 1:17-cv-00434 | GRAY & WHITE LAW |
| Parker, Betty L. [ESTATE] | 1:17-cv-02715 | PIERCE SKRABANEK BRUERA, PLLC |

| | | |
|---|---|---|
| Parker, David | 1:17-cv-00692 | DOUGLAS, HAUN & HEIDEMANN, P.C. |
| Perdue, Mark J. | 1:17-cv-01820 | EXCOLO LAW PLLC |
| Peters, Angela | 1:18-cv-03094 | LEVY BALDANTE FINNEY & RUBENSTEIN, PC |
| Pezzotti, Lillian | 1:18-cv-02326 | MORRIS LAW FIRM |
| Phillips, Ricky T. | 1:17-cv-01456 | KIRKENDALL DWYER LLP |
| Quinones, Edwin | 1:16-cv-01635 | GIRARDI KEESE |
| Quintana, Jesus | 1:18-cv-01169 | ANDRUS WAGSTAFF, PC |
| Ray, Richard | 1:16-cv-01848 | FEARS NACHAWATI, PLLC |
| Reese, Beth | 1:18-cv-03520 | DI PIETRO PARTNERS, LLP |
| Rhone, Patricia | 1:16-cv-0087 | COWPER LAW |
| Richter, Maria & Carl | 1:17-cv-01578 | STARK & STARK, P.C. |
| Rodriguez, Alma | 1:17-cv-04171 | MORRIS//ANDERSON |
| Rollman, Nichole Rae | 1:16-cv-02317 | LAW OFFICES OF HENRY S. QUEENER, III |
| Rose, Justin | 1:18-cv-01410 | SNYDER AND WENNER, P.C. |
| Rosenblatt, Barry & Paige, Susan Hanch | 1:16-cv-02104 | SNYDER AND WENNER, P.C. |
| Ross, Cassandra | 1:16-cv-02385 | GRAY & WHITE LAW |
| Sandidge, William D. & Sherry | 1:16-cv-02061 | BRANCH LAW FIRM |
| Sauls, Lillie | 1:18-cv-00081 | THE SPENCER LAW FIRM |
| Schatzman, Galen Page | 1:18-cv-01833 | MORRIS//ANDERSON |
| Schermerhorn, Arthur Wayne and Andrena | 1:18-cv-00647 | MORRIS//ANDERSON |
| Schuster, Cherry | 1:17-cv-04705 | ANDRUS WAGSTAFF, PC |
| Scott, Olanda | 1:16-cv-00552 | BRANCH LAW FIRM |
| Shockley, Saleea C. | 1:17-cv-02611 | FULMER SILL |
| Skehan, Robert & Eunice | 1:16-cv-02045 | KEANE LAW LLC |
| Slobodjian, Eric J. | 1:17-cv-00218 | KIRKENDALL DWYER LLP |
| Smith, Sandy A. | 1:17-cv-01854 | SARANGI LAW, LLC |
| Smith, Slater | 1:16-cv-02899 | GRAY & WHITE LAW |
| Sollo, Florence | 1:17-cv-02269 | JACKSON ALLEN & WILLIAMS, LLP |
| Spindle, Linwood | 1:17-cv-02334 | FARRIS, RILEY, & PITT, L.L.P |
| Stafford, Sheila | 1:17-cv-00458 | FULMER SILL |
| Stephens, Donna Grace | 1:16-cv-02393 | |
| Stewart, Carmen | 1:18-cv-01840 | THE MONSOUR LAW FIRM |
| Stidham, Mary | 1:16-cv-03254 | BACHUS & SCHANKER, LLC |

| | | |
|---|---|---|
| Sylvain, Perry | 1:17-cv-04339 | MORRIS//ANDERSON |
| Taubler, Samuel Joseph & Debra | 1:16-cv-01640 | GIRARDI KEESE |
| Thomas, Mary (GA) | 1:16-cv-03521 | THE LUKE LAW FIRM |
| Thomson, Scott & Cheryl | 1:16-cv-02410 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| Trepus, Marvin | 1:18-cv-00412 | PIERCE SKRABANEK BRUERA, PLLC |
| Turner, Andrenette | 1:16-cv-03252 | BACHUS & SCHANKER, LLC |
| Valvo, Heather & Mike | 1:16-cv-01285 | GIRARDI KEESE |
| Vaughan, Larry John Jr. | 1:17-cv-04340 | MORRIS//ANDERSON |
| Walker, Teresa | 1:18-cv-00516 | KEITH, MILLER, BUTLER, SCHNEIDER & PAWLIK |
| Wells, Frederick T. | 1:16-cv-03058 | STARK & STARK, P.C. |
| Whitman, Mark C. and Jill | 1:17-cv-03805 | STARK & STARK, P.C. |
| Williams, Oritsematosan [ESTATE] | 1:17-cv-01347 | MCEWEN LAW FIRM LTD |
| Williams, Runell H. | 1:17-cv-00222 | SHRADER & ASSOCIATES LLP |
| Wills, Tammy and Gregory | 1:18-cv-00569 | NELSON BUMGARDNER, P.C. |
| Wood, Margaret | 1:17-cv-03317 | RICHARD J. PLEZIA & ASSOCIATES |
| Wynkoop, Shannon | 1:16-cv-03406 | DALIMONTE RUEB LAW GROUP, LLP |
| Zart, Frank J. | 1:18-cv-01461 | GOLDBERG & OSBORNE LLP |