UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION           MDL No. 2570
_____

This Document Relates Only to the Following Cases:

Action Schedules attached as Exhibits A, B, C, and D
_____

**EXHIBIT B
TO
DEFENDANTS' SECOND AMENDED MOTION TO DISMISS
PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

**SCHEDULE OF PLAINTIFFS THAT HAVE FAILED TO PRODUCE RECORDS IN SUPPORT OF THEIR CATEGORIZATION FORM**

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Ables, Suzanne | 1:17-cv-03043 | CURTIS LAW GROUP |
| Alexander, Cheryl | 1:16-cv-02680 | GRUBER & GRUBER |
| Alford, Margaret | 1:18-cv-00327 | CURTIS LAW GROUP |
| Allen, Catherine | 1:17-cv-03597 | CURTIS LAW GROUP |
| Anderson, Timothy | 1:17-cv-02667 | RICHARD J. PLEZIA & ASSOCIATES |
| Anger, Charles & Marilyn | 1:16-cv-01767 | BACHUS & SCHANKER, LLC |
| Armour, Sammie | 1:17-cv-01016 | CURTIS LAW GROUP |
| Atkins, Sheila | 1:18-cv-01056 | CURTIS LAW GROUP |
| Austin, Maureen | 1:18-cv-00381 | CURTIS LAW GROUP |
| Badger, Estell | 1:17-cv-00489 | CURTIS LAW GROUP |
| Baker, Jason | 1:17-cv-04026 | CURTIS LAW GROUP |
| Bisson, Doris | 1:18-cv-01864 | CURTIS LAW GROUP |
| Blair, Jr., Pearlie | 1:18-cv-01438 | BERTRAM & GRAF, L.L.C. |
| Booth, Kenneth D. [ESTATE] | 1:15-cv-06027 | THE MILLER FIRM LLC |
| Brady, Randall E. Sr. | 1:17-cv-02793 | MOTLEY RICE LLC |
| Breniman, Daryl | 1:16-cv-01252 | SHAW COWART, LLP |

| | | |
|---|---|---|
| Brown, Brenda | 1:18-cv-00383 | CURTIS LAW GROUP |
| Brown, Cooper | 1:16-cv-02350 | SHAW COWART, LLP |
| Brunet, Ada | 1:16-cv-02211 | THE GALLAGHER LAW FIRM PLLC |
| Bryant, John | 1:17-cv-04095 | CURTIS LAW GROUP |
| Cain, Lenard L. | 1:16-cv-02695 | GRUBER & GRUBER |
| Cappabianca, David | 1:17-cv-01627 | CURTIS LAW GROUP |
| Casebolt, Gregory W. | 1:16-cv-02698 | GRUBER & GRUBER |
| Cave, Sharon | 1:17-cv-01628 | CURTIS LAW GROUP |
| Caynor, Rhonda | 1:17-cv-03651 | GOMEZ TRIAL ATTORNEYS |
| Clark, Lorraine | 1:17-cv-03049 | CURTIS LAW GROUP |
| Cleek, Michael | 1:17-cv-04093 | CURTIS LAW GROUP |
| Cleghorn, Bryan T. | 1:16-cv-02710 | GRUBER & GRUBER |
| Coffman, Richard | 1:16-cv-03002 | GRUBER & GRUBER |
| Conley, Thomas | 1:17-cv-01629 | CURTIS LAW GROUP |
| Cook, Sharon | 1:15-cv-01605 | CURTIS LAW GROUP |
| Cooper, Chris | 1:17-cv-03600 | CURTIS LAW GROUP |
| Cooper, Michael | 1:18-cv-00757 | CURTIS LAW GROUP |
| Cordar, Johnny | 1:17-cv-04096 | CURTIS LAW GROUP |
| Cox, Janice | 1:16-cv-03324 | CURTIS LAW GROUP |
| Cox, Yolanda | 1:18-cv-01964 | CURTIS LAW GROUP |
| Crabill, Linda | 1:17-cv-02405 | SHAW COWART, LLP |
| Crumpton, Belma | 1:16-cv-01791 | CURTIS LAW GROUP |
| Curole, Shelly | 1:16-cv-02474 | CURTIS LAW GROUP |
| Davis, Alicina | 1:18-cv-01058 | CURTIS LAW GROUP |
| Dickens, Matthew | 1:17-cv-01239 | THE MILLER FIRM LLC |
| Dill, Marshall L. | 1:16-cv-03511 | GRUBER & GRUBER |
| **Dixon, Patricia** | **1:17-cv-03495** | **CELLINO & BARNES, P.C.** |
| Duquette, David | 1:17-cv-00020 | THE MILLER FIRM LLC |
| Dyer, Earlene R. | 1:16-cv-03299 | SHAW COWART, LLP |
| Elmore, Lynda & Edward Jr. | 1:16-cv-01224 | THE GALLAGHER LAW FIRM PLLC |
| Esmonde, Alan | 1:18-cv-01394 | CURTIS LAW GROUP |
| Evans, Charles | 1:15-cv-01604 | CURTIS LAW GROUP |
| Everly, Gary | 1:17-cv-04400 | CURTIS LAW GROUP |
| Evins, Arthur | 17-cv-01025 | CURTIS LAW GROUP |
| **Feather, Richard T.** | **1:18-cv-00405** | **CELLINO & BARNES, P.C.** |
| Ferguson, John | 1:18-cv-00022 | CURTIS LAW GROUP |
| Garcia, Jorge | 1:18-cv-00113 | CURTIS LAW GROUP |
| Gentry, Lewis | 1:18-cv-00762 | CURTIS LAW GROUP |

| | | |
|---|---|---|
| George, David E. | 1:17-cv-02957 | BERTRAM & GRAF, L.L.C. |
| Gilbert, Bessie L. | 1:16-cv-02712 | GRUBER & GRUBER |
| Gilbert, LaVerne & Joseph | 1:16-cv-02951 | BACHUS & SCHANKER, LLC |
| Gilbreath, Lawrence | 1:17-cv-04433 | CURTIS LAW GROUP |
| Gomez, Gabriel | 1:16-cv-02949 | BACHUS & SCHANKER, LLC |
| Gray, Denise | 1:16-cv-02700 | GRUBER & GRUBER |
| Green, Judith | 1:17-cv-03477 | THE MILLER FIRM LLC |
| Green, Mickie A. | 1:16-cv-02713 | LAW OFFICES OF HOWARD A. SNYDER |
| Griffin, Shirley | 1:17-cv-03120 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| Grimes, Joshua | 1:16-cv-02475 | CURTIS LAW GROUP |
| Grove, Annetta | 1:17-cv-02987 | DAVIS BETHUNE & JONES, LLC |
| Hackney, Tenia | 1:16-cv-03015 | GRUBER & GRUBER |
| Hagins, Harold V. Jr. | 1:16-cv-03089 | SHAW COWART, LLP |
| Hampton, Linda | 1:17-cv-03599 | CURTIS LAW GROUP |
| Hanf, Janie | 1:17-cv-04100 | CURTIS LAW GROUP |
| Hanna, Sandra A. | 1:17-cv-02173 | BUBALO GOODE SALES & BLISS, PLC |
| Hayes, Bruce | 1:18-cv-01666 | CURTIS LAW GROUP |
| Hedemann, Anthony | 1:18-cv-01395 | CURTIS LAW GROUP |
| Helsley, Brandon | 1:18-cv-00117 | CURTIS LAW GROUP |
| **Hendrix, Fred** | **1:18-cv-00930** | **MCGLYNN, GLISSON & MOUTON** |
| Hernandez, Timothy Ryan | 1:16-cv-03433 | MURRAY LAW FIRM |
| Hicks, James | 1:16-cv-03040 | GRUBER & GRUBER |
| Hogan, Evita | 1:16-cv-01762 | THE MILLER FIRM LLC |
| Hood, Charlene | 1:18-cv-01825 | CURTIS LAW GROUP |
| Horton, Wallace | 1:16-cv-02505 | BACHUS & SCHANKER, LLC |
| Hudson, Lue Ethel | 1:18-cv-00921 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Huerta, Yolanda | 1:16-cv-02701 | GRUBER & GRUBER |
| Hulin, Jeanyne | 1:16-cv-02714 | GRUBER & GRUBER |
| Ingram, Shante S. | 1:17-cv-02343 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Jackson, Turkessa | 1:17-cv-030502 | CURTIS LAW GROUP |
| Jester, Antoine Jr. | 1:16-cv-03446 | GRUBER & GRUBER |
| Johnson, Bettye | 1:18-cv-00764 | CURTIS LAW GROUP |
| Johnson, Kathy | 1:18-cv-01862 | CURTIS LAW GROUP |
| Jolley, Jevon | 1:16-cv-01534 | THE MILLER FIRM LLC |
| Keith, Cherrill | 1:18-cv-01470 | CURTIS LAW GROUP |

| | | |
|---|---|---|
| Kelley, Jack | 1:17-cv-02325 | CURTIS LAW GROUP |
| Kidd, Linda | 1:16-cv-03160 | CURTIS LAW GROUP |
| Kidder, Barbara | 1:17-cv-01705 | THE MILLER FIRM LLC |
| Kimbell, Candy | 1:17-cv-04204 | CURTIS LAW GROUP |
| Lacefield, Karen | 1:16-cv-02971 | GRUBER & GRUBER |
| Lamprey, Melissa | 1:17-cv-02323 | CURTIS LAW GROUP |
| Laufer, Daniel | 1:17-cv-03163 | ANDRUS WAGSTAFF, PC |
| Lowe, Robert | 1:18-cv-01064 | CURTIS LAW GROUP |
| Luscomb, Joann | 1:16-cv-02953 | BACHUS & SCHANKER, LLC |
| Martin, Patrick & Nelson, Marchell | 1:16-cv-02954 | BACHUS & SCHANKER, LLC |
| **Matoushek, Ann and Robert** | **1:17-cv-03563** | **CELLINO & BARNES, P.C.** |
| McCall, Kenda | 1:16-cv-03253 | BACHUS & SCHANKER, LLC |
| McCoy, Nasir | 1:17-cv-02324 | CURTIS LAW GROUP |
| Melton, Kenneth | 1:18-cv-00567 | THE MILLER FIRM LLC |
| Miller, Marissa | 1:17-cv-02880 | ANDRUS WAGSTAFF, PC |
| Mink, Ron | 1:18-cv-01179 | CURTIS LAW GROUP |
| Monk, Charles | 1:16-cv-03012 | GRUBER & GRUBER |
| Moore, John, Sr. | 1:17-cv-01633 | CURTIS LAW GROUP |
| Moore, Kelly | 1:17-cv-01634 | CURTIS LAW GROUP |
| Moses, Molly | 1:18-cv-02515 | CURTIS LAW GROUP |
| Myers, Russell | 1:17-cv-03064 | CURTIS LAW GROUP |
| Nunn, Chris | 1:18-cv-00088 | RICHARD J. PLEZIA & ASSOCIATES |
| Oden, Jon | 1:17-cv-04432 | CURTIS LAW GROUP |
| Ohler, Albert | 1:17-cv-01753 | THE MILLER FIRM LLC |
| Ojeda, Aldeheid | 1:17-cv-02703 | RICHARD J. PLEZIA & ASSOCIATES |
| O'Neal, Danny | 1:17-cv-02622 | CURTIS LAW GROUP |
| **Orszulak, Ronald S.** | **1:17-cv-04031** | **CELLINO & BARNES, P.C.** |
| Owens, Alaimo | 1:17-cv-02321 | CURTIS LAW GROUP |
| Owens, Eric | 1:16-cv-02973 | GRUBER & GRUBER |
| Parsons, James | 1:17-cv-01754 | THE MILLER FIRM LLC |
| Pauley, Tressa | 1:17-cv-03577 | RICHARD J. PLEZIA & ASSOCIATES |
| Payne, Bobbie & William T., Jr. | 1:16-cv-01801 | RILEY WILLIAMS & PIATT, LLC |
| Peacock, Robin | 1:17-cv-00159 | THE GALLAGHER LAW FIRM PLLC |
| Phillips, April | 1:15-cv-01609 | CURTIS LAW GROUP |
| Pierite, Harold | 1:17-cv-00357 | ANDRUS WAGSTAFF, PC |

| | | |
|---|---|---|
| Powers, Mark | 1:18-cv-00235 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Pritchett, Billy | 1:17-cv-03040 | CURTIS LAW GROUP |
| Quigley, Jason | 1:17-cv-03042 | CURTIS LAW GROUP |
| Radcliff, Larry | 1:18-cv-01407 | CURTIS LAW GROUP |
| Rawls, Sharon | 1:17-cv-04098 | CURTIS LAW GROUP |
| Reagan, Charles W. | 1:16-cv-02974 | GRUBER & GRUBER |
| Redman, Kathleen | 1:17-cv-03602 | CURTIS LAW GROUP |
| Reynolds, Daniel | 1:16-cv-03321 | CURTIS LAW GROUP |
| Roberson, Charlene | 1:17-cv-03316 | DAVIS BETHUNE & JONES, LLC |
| Robinson, Jason | 1:17-cv-01773 | THE MILLER FIRM LLC |
| Robinson, Robert (GT 2447) | 1:17-cv-02447 | CURTIS LAW GROUP |
| Robinson, Robert (GT 2623) | 1:17-cv-02623 | CURTIS LAW GROUP |
| Roy, Susan and Michael | 1:17-cv-02179 | BROWN & CROUPPEN, P.C. |
| Ryon, Levi A. | 1:16-cv-06038 | RICHARDSON RICHARDSON BOUDREAUX |
| Salerno, Thomas | 1:17-cv-00162 | THE GALLAGHER LAW FIRM PLLC |
| Saraceno, Gene | 1:16-cv-03031 | GRUBER & GRUBER |
| **Sarkisian, Zvart** | **1:17-cv-04607** | **CELLINO & BARNES, P.C.** |
| Scott, Darel & Goldie | 1:16-cv-01771 | BACHUS & SCHANKER, LLC |
| Scott, Roy and Helen V. | 1:18-cv-03559 | FEARS NACHAWATI, PLLC |
| Sears, Keith | 1:18-cv-01775 | CURTIS LAW GROUP |
| Smith, Christine | 1:18-cv-01863 | CURTIS LAW GROUP |
| Smith, Elizabeth A. | 1:18-cv-00114 | CURTIS LAW GROUP |
| Smith, Joseph | 1:16-cv-03159 | CURTIS LAW GROUP |
| Smith, Kathleen | 1:18-cv-01861 | CURTIS LAW GROUP |
| Spearman, Wendy | 1:18-cv-01860 | CURTIS LAW GROUP |
| Starr, John | 1:17-cv-04091 | CURTIS LAW GROUP |
| Staten, Dave | 1:16-cv-02956 | BACHUS & SCHANKER, LLC |
| Steele, Michael | 1:17-cv-01774 | THE MILLER FIRM LLC |
| Stewart, John | 1:17-cv-03318 | DAVIS BETHUNE & JONES, LLC |
| Stoddart, Roy | 1:18-cv-01400 | CURTIS LAW GROUP |
| Stover, Dorothy | 1:16-cv-02976 | GRUBER & GRUBER |
| Strickland, Derrick | 1:18-cv-01054 | CURTIS LAW GROUP |
| Studer, Andre | 1:17-cv-03825 | CURTIS LAW GROUP |
| Taylor, Gayle | 1:16-cv-02708 | GRUBER & GRUBER |
| Taylor, Kevin | 1:18-cv-00759 | CURTIS LAW GROUP |
| Taylor, Mary | 1:16-cv-02469 | THE TUTTLE LAW FIRM |
| Taylor, William Jr. | 1:17-cv-02624 | CURTIS LAW GROUP |

| | | |
|---|---|---|
| Thornton, Lillie | 1:17-cv-02450 | CURTIS LAW GROUP |
| Topping, Louise | 1:17-cv-02625 | CURTIS LAW GROUP |
| Trahan, Terry & Rene Jr. | 1:16-cv-01318 | THE MILLER FIRM LLC |
| Turner, Wilma | 1:18-cv-01061 | CURTIS LAW GROUP |
| Tyler, Renee | 1:16-cv-03034 | GRUBER & GRUBER |
| Tyndale, Faith | 1:18-cv-01057 | CURTIS LAW GROUP |
| Vasquez, Jeanette | 1:18-cv-01865 | CURTIS LAW GROUP |
| Vidourek, Marilyn & Herbert | 1:17-cv-00152 | THE GALLAGHER LAW FIRM PLLC |
| Wendt, William | 1:18-cv-03283 | THE MILLER FIRM LLC |
| Wiggins, Tyrone | 1:16-cv-02274 | THE GALLAGHER LAW FIRM PLLC |
| Williams, Amy | 1:17-cv-01790 | THE MILLER FIRM LLC |
| Williams, Gregory | 1:16-cv-01163 | GOMEZ TRIAL ATTORNEYS |
| Williams, Joyce | 1:17-cv-02776 | RICHARD J. PLEZIA & ASSOCIATES |
| Ziaja, Paul | 1:17-cv-04097 | CURTIS LAW GROUP |