UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates Only to the Following Cases:

Action Schedules attached as Exhibits A, B, C, and D

_____

**UPDATED EXHIBIT C
TO
DEFENDANTS' SECOND AMENDED MOTION TO DISMISS
PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

**SCHEDULE OF PLAINTIFFS THAT SUBMITTED CATEGORIZATION FORMS
FOLLOWING COOK DEFENDANTS' MOTION TO DISMISS**

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Adams, Susan | 1:17-cv-03591 | MARC J. BERN & PARTNERS, LLP |
| Adeyemi, Beverly | 1:17-cv-01528 | MARC J. BERN & PARTNERS, LLP |
| Allen, Joni | 1:18-cv-02772 | MARC J. BERN & PARTNERS, LLP |
| Allen, Penelope A. & Raydon B. | 1:16-cv-01183 | HENINGER GARRISON DAVIS, LLC |
| Alvey, Linda | 1:17-cv-03465 | MARC J. BERN & PARTNERS, LLP |
| Anderson, Annie J. | 1:19-cv-507 | MARC J. BERN & PARTNERS, LLP |
| Anderson, Patricia | 1:18-cv-03769 | McDONALD WORLEY, PC |
| Anthony, Shonita | 1:18-cv-00285 | WILSHIRE LAW FIRM PLC |
| Arnold-Shaver, Julie A. | 1:18-cv-00066 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Arnold-Shaver, Julie A. | 1:18-cv-00066 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Aryana, Courtney | 1:18-cv-00167 | MEYERS & FLOWERS, LLC |
| Baggett, Dollie L. | 1:18-cv-00338 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Bailey, Misty D. | 1:17-cv-03376 | MARC J. BERN & PARTNERS, LLP |
| Bailey, Monique | 1:17-cv-03396 | MARC J. BERN & PARTNERS, LLP |

| | | |
|---|---|---|
| Baker, David | 1:17-cv-03216 | WILSHIRE LAW FIRM PLC |
| Ballard, Jackie | 1:17-cv-04736 | MARC J. BERN & PARTNERS, LLP |
| Banuelos, Ruben Jr. | 1:18-cv-00222 | WILSHIRE LAW FIRM PLC |
| Barnes, Angela | 1:18-cv-01773 | THE LAW OFFICES OF JEFFREY S. GLASSMAN, LLC |
| Barrington, Karon V. | 1:18-cv-03267 | MEYERS & FLOWERS, LLC |
| Bass, Tralve W. | 1:17-cv-03466 | MARC J. BERN & PARTNERS, LLP |
| Bell, Bessie | 1:17-cv-00212 | THE POTTS LAW FIRM, LLP |
| Bell, Kathy | 1:18-cv-03887 | MARC J. BERN & PARTNERS, LLP |
| Bell, Samuel | 1:17-cv-03941 | MARC J. BERN & PARTNERS, LLP |
| Beltran, Debra | 1:17-cv-02922 | LAW OFFICES OF BAIRD BROWN |
| Bennett, Calvin | 1:19-cv-522 | MARC J. BERN & PARTNERS, LLP |
| Bennett, Latasha | 1:17-cv-01996 | MARC J. BERN & PARTNERS, LLP |
| Benson, Allen | 1:18-cv-01311 | WILSHIRE LAW FIRM PLC |
| Betters, Alice | 1:17-cv-04364 | MARC J. BERN & PARTNERS, LLP |
| Biank, Amy | 1:18-cv-00641 | MEYERS & FLOWERS, LLC |
| Bishop, John J. and Rhonda | 1:18-cv-00574 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Blair, Mary Lou | 1:17-cv-04105 | MARC J. BERN & PARTNERS, LLP |
| Blanche, Don | 1:17-cv-03408 | MARC J. BERN & PARTNERS, LLP |
| Blevins, Samuel | 1:16-cv-01934 | WILSHIRE LAW FIRM PLC |
| Boivin, Michael | 1:18-cv-00431 | THE POTTS LAW FIRM, LLP |
| Boruta, Halina & Robert Pilcher | 1:17-cv-01390 | LAW OFFICES OF JEFFREY S. GLASSMAN |
| Bourcier, Jason | 1:17-cv-03996 | HENINGER GARRISON DAVIS, LLC |
| Bourgeois, Majorie | 1:17-cv-01803 | MARC J. BERN & PARTNERS, LLP |
| Bowman, Rebecca | 1:17-cv-04042 | MARC J. BERN & PARTNERS, LLP |
| Boze, Joann | 1:17-cv-01268 | THE POTTS LAW FIRM, LLP |
| Bradford, Annie | 1:17-cv-03942 | MARC J. BERN & PARTNERS, LLP |
| Branch, Cynthia | 1:18-cv-02274 | LAW OFFICES OF BAIRD BROWN |
| Brandt-Beyer, Tanna | 1:17-cv-04425 | JOHNSON LAW GROUP |
| Branham, Nadene | 1:17-cv-01179 | MARC J. BERN & PARTNERS, LLP |
| Brim, Dorothy [ESTATE OF] | 1:18-cv-03390 | MARC J. BERN & PARTNERS, LLP |
| Britton, Emma Mary | 1:17-cv-00876 | MARC J. BERN & PARTNERS, LLP |
| Broughton, Diane | 1:18-cv-04020 | McDONALD WORLEY, PC |
| Brown, Adeline | 1:17-cv-02446 | LAW OFFICES OF BAIRD BROWN |
| Brown, Christine | 1:17-cv-01339 | ALONSO KRANGLE LLP |
| Brown, Ezill | 1:17-cv-04389 | MARC J. BERN & PARTNERS, LLP |
| Brown, Leo F. | 1:18-cv-00309 | MARC J. BERN & PARTNERS, LLP |
| Brown, Marie Mae [ESTATE] | 1:17-cv-03693 | MARC J. BERN & PARTNERS, LLP |
| Brown, Michael | 1:17-cv-03429 | MARC J. BERN & PARTNERS, LLP |

| | | |
|---|---|---|
| Brown, Virginia | 1:18-cv-02889 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Bujanda, Janet | 1:17-cv-04143 | SL CHAPMAN LLC |
| Bullock, Joanne | 1:17-cv-02687 | MARC J. BERN & PARTNERS, LLP |
| Burris, Frankie and David, Jr. | 1:18-cv-02344 | MEYERS & FLOWERS, LLC |
| Burrows, Markeem | 1:17-cv-01337 | ALONSO KRANGLE LLP |
| Butske, David | 1:17-cv-04518 | MARC J. BERN & PARTNERS, LLP |
| Calloway, Loretta | 1:17-cv-04017 | MARC J. BERN & PARTNERS, LLP |
| Campbell, Thomas | 1:17-cv-00759 | MARC J. BERN & PARTNERS, LLP |
| Campos, Joey | 1:17-cv-00232 | THE GOSS LAW FIRM, P.C. |
| Canales, Santos Jr. | 1:18-cv-01211 | MARC J. BERN & PARTNERS, LLP |
| Cavalier, Rod | 1:17-cv-01575 | MARC J. BERN & PARTNERS, LLP |
| Cervantes, Rick | 1:18-cv-01071 | THE POTTS LAW FIRM, LLP |
| Chambers, Adrian | 1:19-cv-00126 | WAGSTAFF & CARTMELL, LLP |
| Champion, John B. | 1:17-cv-03576 | MARC J. BERN & PARTNERS, LLP |
| Chrisman, Thomas W. | 1:17-cv-06065 | BABBITT & JOHNSON, P.A. |
| Clancy, Mark | 1:17-cv-02399 | WAGSTAFF & CARTMELL, LLP |
| Clark, Carolyn | 1:18-cv-03771 | McDONALD WORLEY, PC |
| Clark, Cory | 1:18-cv-02346 | HENINGER GARRISON DAVIS, LLC |
| Clark, Ozell | 1:17-cv-04358 | MARC J. BERN & PARTNERS, LLP |
| Clay, Earl | 1:18-cv-03566 | THE SNAPKA LAW FIRM |
| Clayton, Pamela | 1:17-cv-03468 | MARC J. BERN & PARTNERS, LLP |
| Clemens, Donna | 1:17-cv-04519 | MARC J. BERN & PARTNERS, LLP |
| Coats, Rosalie A. | 1:17-cv-03635 | MARC J. BERN & PARTNERS, LLP |
| Coffey, Linda | 1:19-cv-00242 | MCGLYNN, GLISSON & MOUTON |
| Cole, Alisa | 1:17-cv-03025 | LAW OFFICES OF BAIRD BROWN |
| Collins, Christopher | 1:18-cv-00034 | THE LAW OFFICES OF JEFFREY S. GLASSMAN, LLC |
| Collins, Rufus James | 1:17-cv-02969 | THE GOSS LAW FIRM, P.C. |
| Cook, Nathaniel | 1:17-cv-03380 | WILSHIRE LAW FIRM PLC |
| Cooper, Edward Bryant and Linda | 1:17-cv-04399 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Corley, Omel | 1:17-cv-03379 | MARC J. BERN & PARTNERS, LLP |
| Crawford, Stephen | 1:17-cv-03840 | MARC J. BERN & PARTNERS, LLP |
| Crittendon, Helga | 1:17-cv-03055 | THE POTTS LAW FIRM, LLP |
| Crump, Lacoyla | 1:17-cv-02796 | LAW OFFICES OF BAIRD BROWN |
| Daily, Geraldine | 1:17-cv-06066 | NIEMEYER, GREBEL & KRUSE, LLC |
| Dantzler, Dorothy | 1:17-cv-03943 | MARC J. BERN & PARTNERS, LLP |
| Davenport, Mabel | 1:17-cv-03829 | MARC J. BERN & PARTNERS, LLP |
| Davidson, Todd Curtis | 1:18-cv-00041 | WILSHIRE LAW FIRM PLC |
| Davidson, Toney | 1:16-cv-02265 | THE GOSS LAW FIRM, P.C. |

| | | |
|---|---|---|
| Davis, Anthony | 1:17-cv-04077 | MARC J. BERN & PARTNERS, LLP |
| Davis, Freda C. | 1:18-cv-01257 | ZONIES LAW LLC |
| Davis, Jessie | 1:17-cv-03403 | MARC J. BERN & PARTNERS, LLP |
| Davis, Loretta | 1:17-cv-03365 | MARC J. BERN & PARTNERS, LLP |
| Dean, James | 1:15-cv-01847 | HENINGER GARRISON DAVIS, LLC |
| Dellagatta, Donnie | 1:17-cv-03866 | MARC J. BERN & PARTNERS, LLP |
| Denard, Solita | 1:17-cv-03124 | MEYERS & FLOWERS, LLC |
| Denton, Archie | 1:17-cv-01516 | MARC J. BERN & PARTNERS, LLP |
| Denton, Janice | 1:17-cv-04668 | MARC J. BERN & PARTNERS, LLP |
| Dickey, Wallace Jr. & Gleta | 1:16-cv-02707 | HENINGER GARRISON DAVIS, LLC |
| Dominguez, Pedro | 1:17-cv-03874 | WILSHIRE LAW FIRM PLC |
| Donahoo, Dustin | 1:17-cv-01245 | MARC J. BERN & PARTNERS, LLP |
| Dooley, Penny R. & Herman | 1:17-cv-04217 | HENINGER GARRISON DAVIS, LLC |
| Dulski, Katherine | 1:19-cv-00153 | THE POTTS LAW FIRM, LLP |
| Dupree, Lori | 1:17-cv-03467 | MARC J. BERN & PARTNERS, LLP |
| Durrant, Jacquelyn | 1:17-cv-02259 | MURRAY LAW FIRM |
| Dwyer-Coco, Patricia | 1:17-cv-04357 | MARC J. BERN & PARTNERS, LLP |
| Edgington, Anna | 1:17-cv-03452 | MARC J. BERN & PARTNERS, LLP |
| Edwards, Billie and Nancy | 1:19-cv-00186 | FERRER POIROT & WANSBROUGH |
| Eitmann, Beverly | 1:18-cv-03345 | MARC J. BERN & PARTNERS, LLP |
| Elamine, Kathy | 1:17-cv-03991 | MARC J. BERN & PARTNERS, LLP |
| Emery, Nakia | 1:17-cv-00957 | FLINT LAW FIRM, LLC |
| Espinosa, Mary L. | 1:17-cv-03865 | KELLER ROHRBACK, L.L.P. |
| Estes, Betty | 1:17-cv-03683 | MARC J. BERN & PARTNERS, LLP |
| Estrella, Hector | 1:18-cv-01196 | ANDRUS WAGSTAFF, PC |
| Etheredge, Manda | 1:17-cv-03333 | LAW OFFICES OF BAIRD BROWN |
| Farrington, Faith | 1:17-cv-02985 | THE POTTS LAW FIRM, LLP |
| Fichtner, Brent | 1:18-cv-00286 | WILSHIRE LAW FIRM PLC |
| Fike, Everett [ESTATE OF] | 1:17-cv-02921 | LAW OFFICES OF BAIRD BROWN |
| Fink, Carol & Michael [ESTATE] | 1:17-cv-00695 | THE GOSS LAW FIRM, P.C. |
| Fisher, Mary J. | 1:17-cv-03695 | MARC J. BERN & PARTNERS, LLP |
| Flowers, Tonya | 1:17-cv-03366 | MARC J. BERN & PARTNERS, LLP |
| Folts, Terry | 1:17-cv-03618 | MARC J. BERN & PARTNERS, LLP |
| Forrester, Stephen Wayne | 1:17-cv-03254 | MARC J. BERN & PARTNERS, LLP |
| Foster, William | 1:18-cv-01040 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Franklin, Kurt | 1:18-cv-03025 | MARC J. BERN & PARTNERS, LLP |
| Freker, Candy | 1:17-cv-02774 | LAW OFFICES OF BAIRD BROWN |
| Friend, Eric | 1:18-cv-00370 | THE POTTS LAW FIRM, LLP |

| Frierson, Andrea N. | 1:18-cv-03436 | FEARS NACHAWATI, PLLC |
|---|---|---|
| Frost, Beverly | 1:17-cv-02742 | LAW OFFICES OF JEFFREY S. GLASSMAN |
| Fry, Whitney | 1:17-cv-04145 | SL CHAPMAN LLC |
| Gaddis, Yvette D. | 1:17-cv-03674 | MARC J. BERN & PARTNERS, LLP |
| Gause, Gary | 1:17-cv-04151 | MARC J. BERN & PARTNERS, LLP |
| Gibson, Jonetta | 1:16-cv-02752 | THE GOSS LAW FIRM, P.C. |
| Gilligan, Susanne | 1:17-cv-04208 | MARC J. BERN & PARTNERS, LLP |
| Glenn, Stephen | 1:17-cv-02789 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Goodwin, Penney | 1:17-cv-02775 | LAW OFFICES OF BAIRD BROWN |
| Gould, Keith | 1:17-cv-00898 | MARC J. BERN & PARTNERS, LLP |
| Gray, Lee D. | 1:17-cv-03486 | MARC J. BERN & PARTNERS, LLP |
| Griffin, Calvin D. | 1:16-cv-01822 | HENINGER GARRISON DAVIS, LLC |
| Griffin, Christy | 1:18-cv-02617 | MARC J. BERN & PARTNERS, LLP |
| Griffin, Dock | 1:17-cv-01524 | MARC J. BERN & PARTNERS, LLP |
| Guthrie, David P. Jr. | 1:17-cv-03454 | PROFITT & COX, LLP |
| Gutierrez, Luz | 1:17-cv-04707 | MARC J. BERN & PARTNERS, LLP |
| Haddad, Nathan | 1:17-cv-00690 | THE POTTS LAW FIRM, LLP |
| Hakim, Alfred | 1:18-cv-00793 | MARC J. BERN & PARTNERS, LLP |
| Hall, Cynthia | 1:19-cv-00136 | MCGLYNN, GLISSON & MOUTON |
| Hall, Stephen E. | 1:17-cv-04520 | MARC J. BERN & PARTNERS, LLP |
| Hammond, William | 1:18-cv-01350 | MARC J. BERN & PARTNERS, LLP |
| Hargrave, McWayne | 1:18-cv-00333 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Harlan, Booker T. Jr. | 1:18-cv-01312 | WILSHIRE LAW FIRM PLC |
| Harmon, Cedric | 1:18-cv-03773 | McDONALD WORLEY, PC |
| Harris, Cecelia | 1:18-cv-02899 | MCGLYNN, GLISSON & MOUTON |
| Harris, Douglas | 1:17-cv-03657 | MARC J. BERN & PARTNERS, LLP |
| Hartzog, Lorna | 1:17-cv-00018 | THE POTTS LAW FIRM, LLP |
| Hawkins, Tommy | 1:18-cv-02236 | MARC J. BERN & PARTNERS, LLP |
| Head, Gary Wayne | 1:17-cv-04348 | HENINGER GARRISON DAVIS, LLC |
| Heard, Juanita | 1:17-cv-04592 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Heeb, William | 1:17-cv-02672 | LAW OFFICES OF BAIRD BROWN |
| Herberholz, Nancy | 1:18-cv-03783 | McDONALD WORLEY, PC |
| Hesser, Michael | 1:18-cv-00241 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Hester, Latechia & Michael | 1:17-cv-01596 | HENINGER GARRISON DAVIS, LLC |
| Hodge, Kevin | 1:18-cv-04068 | FERRER POIROT & WANSBROUGH |
| Hodges, Everette Larry | 1:18-cv-02348 | HENINGER GARRISON DAVIS, LLC |

| | | |
|---|---|---|
| Hoffland, Charlene | 1:17-cv-03283 | LAW OFFICES OF BAIRD BROWN |
| Hofmann, James | 1:17-cv-03217 | WILSHIRE LAW FIRM PLC |
| Holcomb, Debora | 1:18-cv-01070 | MARC J. BERN & PARTNERS, LLP |
| Holland, Nancy | 1:17-cv-00897 | MARC J. BERN & PARTNERS, LLP |
| Holliday, Mary Ann | 1:18-cv-00534 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Holliday, Mary Ann | 1:18-cv-00534 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Hood, Betty | 1:18-cv-02883 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Hood, Betty | 1:18-cv-02883 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Hoofkin, Devan | 1:18-cv-02888 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Hopkins, Wade Lee | 1:17-cv-03880 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Howard, Devin | 1:17-cv-04001 | MARC J. BERN & PARTNERS, LLP |
| Hudson, Lue Ethel | 1:18-cv-00921 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Husman, Raymond | 1:17-cv-03752 | MARC J. BERN & PARTNERS, LLP |
| Ingram, Shante S. | 1:17-cv-02343 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Iuculano, Michael | 1:17-cv-00836 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Jackson, Felicia | 1:17-cv-03462 | MARC J. BERN & PARTNERS, LLP |
| Jackson, Henry | 1:17-cv-03388 | LAW OFFICES OF BAIRD BROWN |
| Jackson, Raymond & Shirley | 1:16-cv-02483 | CUBBON & ASSOCIATES CO., L.P.A. |
| James, Haywood [ESTATE OF] | 1:18-cv-00689 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Jenville, Gloria | 1:17-cv-03756 | MARC J. BERN & PARTNERS, LLP |
| Johnson, Curtis | 1:17-cv-03406 | MARC J. BERN & PARTNERS, LLP |
| Johnson, Darrell [ESTATE OF] | 1:18-cv-00960 | MEYERS & FLOWERS, LLC |
| Johnson, James S. | 1:18-cv-00612 | MARC J. BERN & PARTNERS, LLP |
| Johnson, Keeshawna | 1:17-cv-03382 | WILSHIRE LAW FIRM PLC |
| Johnson, Marlene | 1:17-cv-02994 | THE POTTS LAW FIRM, LLP |
| Johnson, Michael C. | 1:18-cv-01412 | MEYERS & FLOWERS, LLC |
| Johnson, Phyllis | 1:17-cv-03813 | MARC J. BERN & PARTNERS, LLP |
| Johnson, Vietta | 1:18-cv-03787 | McDONALD WORLEY, PC |
| Johnson, Wesley | 1:17-cv-01727 | THE GOSS LAW FIRM, P.C. |
| Jones, Charlie | 1:17-cv-04391 | MARC J. BERN & PARTNERS, LLP |
| Jones, Milton D. III | 1:17-cv-02610 | MARC J. BERN & PARTNERS, LLP |

| | | |
|---|---|---|
| Judge-Cody, Traneka | 1:16-cv-02330 | THE GOSS LAW FIRM, P.C. |
| Kalasunas, John & Margaret | 1:16-cv-01333 | HENINGER GARRISON DAVIS, LLC |
| Kapustar, Mike | 1:18-cv-02913 | MCGLYNN, GLISSON & MOUTON |
| Karnes, Denise M. | 1:17-cv-03696 | MARC J. BERN & PARTNERS, LLP |
| Kasten, Michael J. | 1:17-cv-03578 | MARC J. BERN & PARTNERS, LLP |
| Kelso, Jeanna | 1:16-cv-02395 | ZONIES LAW LLC |
| Kenney, Wallace | 1:17-cv-04106 | MARC J. BERN & PARTNERS, LLP |
| Kiggins, Kim | 1:17-cv-03836 | MARC J. BERN & PARTNERS, LLP |
| Kinard, Cynthia B. | 1:18-cv-01822 | MARC J. BERN & PARTNERS, LLP |
| Knight, Allene | 1:18-cv-03790 | McDONALD WORLEY, PC |
| Koelling, Peter and Jennifer | 1:17-cv-03659 | FINZ & FINZ, P.C. |
| Kuhn, Sharon | 1:18-cv-00038 | MARC J. BERN & PARTNERS, LLP |
| Lane, Cherlnell | 1:17-cv-02531 | WENDT LAW FIRM |
| LaRue, Derek S. | 1:18-cv-00925 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Laufer, Daniel | 1:17-cv-03163 | ANDRUS WAGSTAFF, PC |
| Lawler, Elizabeth | 1:16-cv-02257 | HENINGER GARRISON DAVIS, LLC |
| Lawson, Cynthia | 1:16-cv-01336 | THE GOSS LAW FIRM, P.C. |
| Leach, Nicholas | 1:18-cv-02854 | MARC J. BERN & PARTNERS, LLP |
| Lemottee, Edward | 1:17-cv-03433 | MARC J. BERN & PARTNERS, LLP |
| Levy, Charles | 1:17-cv-04521 | MARC J. BERN & PARTNERS, LLP |
| Lewis, David J. | 1:18-cv-02231 | MARC J. BERN & PARTNERS, LLP |
| Lewis, Donald E. | 1:18-cv-00916 | BERTRAM & GRAF, L.L.C. |
| Lewis, Lois D. | 1:17-cv-01728 | ANDRUS WAGSTAFF, PC |
| Lindsey, Rebecca | 1:18-cv-03309 | MEYERS & FLOWERS, LLC |
| Lonsdale, David | 1:18-cv-02602 | LAW OFFICES OF BAIRD BROWN |
| Lumsey, Kenya | 1:17-cv-03519 | MEYERS & FLOWERS, LLC |
| Luzinski, Fred | 1:17-cv-03469 | MARC J. BERN & PARTNERS, LLP |
| Lykes, Valerie & Thomas | 1:16-cv-01189 | HENINGER GARRISON DAVIS, LLC |
| Lynch, Joe | 1:17-cv-01525 | MARC J. BERN & PARTNERS, LLP |
| Maddelein, Susan | 1:17-cv-03487 | MARC J. BERN & PARTNERS, LLP |
| Maldonado, Rene | 1:18-cv-01087 | MARC J. BERN & PARTNERS, LLP |
| Malphus, Milton | 1:17-cv-03949 | MARC J. BERN & PARTNERS, LLP |
| Marks, Mary E. | 1:17-cv-03593 | MARC J. BERN & PARTNERS, LLP |
| Marsden, Bonnie | 1:18-cv-03521 | LAW OFFICES OF CHRISTOPHER K. JOHNSTON, LLC |
| Martin, Carl | 1:17-cv-01970 | HENINGER GARRISON DAVIS, LLC |
| Mason, Alexis | 1:18-cv-00866 | ZONIES LAW LLC |
| Mason, Mark Anthony | 1:19-cv-535 | DRIGGS, BILLS & DAY, PLLC |
| Mason, Natasha | 1:17-cv-02434 | WILSHIRE LAW FIRM PLC |

| | | |
|---|---|---|
| May, Louis E. | 1:17-cv-02432 | WILSHIRE LAW FIRM PLC |
| Mayberry, Walter | 1:17-cv--3564 | MARC J. BERN & PARTNERS, LLP |
| McCrear, Kymisha S. [ESTATE OF] | 1:18-cv-03564 | THE SNAPKA LAW FIRM |
| McDonald, Kevin | 1:17-cv-06065 | NIEMEYER, GREBEL & KRUSE, LLC |
| McDonald, Kevin Ray | 1:16-cv-01832 | BABBITT & JOHNSON, P.A. |
| McIntosh, Betty | 1:17-cv-04160 | MARC J. BERN & PARTNERS, LLP |
| Melton, Lisa Ann | 1:18-cv-03793 | McDONALD WORLEY, PC |
| Meyi, Tynisa | 1:17-cv-02762 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Miele, Laura | 1:17-cv-03688 | MARC J. BERN & PARTNERS, LLP |
| Miller, Marissa | 1:17-cv-02880 | ANDRUS WAGSTAFF, PC |
| Miller, Merri | 1:17-cv-03392 | MARC J. BERN & PARTNERS, LLP |
| Miller, Vicki | 1:17-cv-01447 | HENINGER GARRISON DAVIS, LLC |
| Mincy, Doris | 1:17-cv-03436 | MARC J. BERN & PARTNERS, LLP |
| Minogue, Patrick | 1:16-cv-00753 | HENINGER GARRISON DAVIS, LLC |
| Mitchell, Maxine H. | 1:18-cv-02724 | PRINCENTHAL & MAY, LLC |
| Mitchell, Sarah | 1:17-cv-03566 | MARC J. BERN & PARTNERS, LLP |
| Mobley, Nicky | 1:19-cv-231 | THE POTTS LAW FIRM, LLP |
| Mohr, Leonard C. | 1:17-cv-03833 | ZONIES LAW LLC |
| Mondello, Tindaro D. | 1:18-cv-00624 | MARC J. BERN & PARTNERS, LLP |
| Montgomery, Michael James and Lisa | 1:18-cv-03836 | MARC J. BERN & PARTNERS, LLP |
| Moore, Trina A. | 1:16-cv-01988 | HENINGER GARRISON DAVIS, LLC |
| Moore, Walter | 1:17-cv-03838 | MARC J. BERN & PARTNERS, LLP |
| Moreland, Jimmy | 1:17-cv-06065 | NIEMEYER, GREBEL & KRUSE, LLC |
| Morgan, Glenn W. | 1:18-cv-00918 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Morris, John H. [ESTATE OF] | 1:18-cv-02552 | MARC J. BERN & PARTNERS, LLP |
| Morrison, Michael | 1:18-cv-01182 | ANDRUS WAGSTAFF, PC |
| Morrison, Richard | 1:17-cv-01338 | ALONSO KRANGLE LLP |
| Mueller, Charles | 1:17-cv-04570 | MARC J. BERN & PARTNERS, LLP |
| Murray, William L. [FKA Elisha D. Bronner] | 1:18-cv-01022 | ZONIES LAW LLC |
| Myers, Sebrina | 1:17-cv-03438 | MARC J. BERN & PARTNERS, LLP |
| Nancarrow, Tracey | 1:17-cv-04211 | MARC J. BERN & PARTNERS, LLP |
| Neal, Clarine | 1:16-cv-02473 | CURTIS LAW GROUP |
| Neveu, Janice M. | 1:17-cv-03937 | MARC J. BERN & PARTNERS, LLP |
| Neway, Lois | 1:18-cv-03796 | McDONALD WORLEY, PC |
| Newbeck, Daniel | 1:18-cv-00667 | FLINT LAW FIRM, LLC |

| | | |
|---|---|---|
| Nicholls, Carol Anne | 1:18-cv-02826 | PRINCENTHAL & MAY, LLC |
| Nigh, Glendora | 1:17-cv-03815 | MARC J. BERN & PARTNERS, LLP |
| Nitz, Debra Ellen | 1:18-cv-02717 | THE GOSS LAW FIRM, P.C. |
| Oltromonto, Anthony | 1:17-cv-04352 | MARC J. BERN & PARTNERS, LLP |
| Ortiz, Ivan | 1:17-cv-01802 | MARC J. BERN & PARTNERS, LLP |
| Ortiz, Santiago | 1:18-cv-01097 | WILSHIRE LAW FIRM PLC |
| Osborne, Delores | 1:19-cv-00206 | MARC J. BERN & PARTNERS, LLP |
| Paine, Frank & Barbara | 1:16-cv-01186 | HENINGER GARRISON DAVIS, LLC |
| Pantone, Guy | 1:17-cv-03331 | MARC J. BERN & PARTNERS, LLP |
| Parker, Sandra | 1:17-cv-03277 | MARC J. BERN & PARTNERS, LLP |
| Parks, Jason | 1:17-cv-04214 | MARC J. BERN & PARTNERS, LLP |
| Pearce, Barry Catherine McLean | 1:17-cv-02974 | THE GOSS LAW FIRM, P.C. |
| Perry, Kevin S. | 1:18-cv-00619 | THE POTTS LAW FIRM, LLP |
| Peters, Gale June | 1:16-cv-03365 | MURRAY LAW FIRM |
| Phelps, Maurice | 1:17-cv-04020 | MARC J. BERN & PARTNERS, LLP |
| Phillippi, William R. [ESTATE] | 1:17-cv-03733 | MARC J. BERN & PARTNERS, LLP |
| Phillips, Sherrie | 1:18-cv-00549 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Phillips, William | 1:17-cv-02851 | LAW OFFICES OF BAIRD BROWN |
| Pierite, Harold | 1:17-cv-00357 | ANDRUS WAGSTAFF, PC |
| Pigman, Yvette | 1:19-cv-00239 | MCGLYNN, GLISSON & MOUTON |
| Pilcher, Glenda F. | 1:18-cv-01516 | THE FINNELL FIRM |
| Pitts, Earline | 1:17-cv-03992 | MARC J. BERN & PARTNERS, LLP |
| Pomije, Michelle | 1:19-cv-00081 | MARC J. BERN & PARTNERS, LLP |
| Powers, Mark | 1:18-cv-00235 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Rampley, Tracie | 1:18-cv-00310 | MARC J. BERN & PARTNERS, LLP |
| Ranson, Elizabeth | 1:17-cv-03407 | MARC J. BERN & PARTNERS, LLP |
| Reaves, Andrew | 1:17-cv-03463 | MARC J. BERN & PARTNERS, LLP |
| Redd, Cynthia | 1:17-cv-03476 | MARC J. BERN & PARTNERS, LLP |
| Redmond, Kimberly | 1:17-cv-03867 | MARC J. BERN & PARTNERS, LLP |
| Reid, Vernetta | 1:17-cv-02971 | THE GOSS LAW FIRM, P.C. |
| Rich, Percenie | 1:17-cv-02245 | MARC J. BERN & PARTNERS, LLP |
| Richardson, Khalia | 1:17-cv-03558 | MARC J. BERN & PARTNERS, LLP |
| Ricks, Erica | 1:17-cv-04039 | MARC J. BERN & PARTNERS, LLP |
| Riggins, Sylvia | 1:17-cv-02792 | MARC J. BERN & PARTNERS, LLP |
| Robbins, Melissa | 1:17-cv-04768 | MARC J. BERN & PARTNERS, LLP |
| Robinson, Kim | 1:17-cv-03658 | MARC J. BERN & PARTNERS, LLP |
| Rock, Aja N. | 1:18-cv-01812 | PRINCENTHAL & MAY, LLC |

| | | |
|---|---|---|
| Rodriguez, Viviano | 1:17-cv-02616 | LAW OFFICES OF BAIRD BROWN |
| Rogers, David L. | 1:17-cv-03783 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Romero, Carolyn | 1:18-cv-00282 | MEYERS & FLOWERS, LLC |
| Rosell, Lillie Marie | 1:17-cv-01767 | THE NATIONS LAW FIRM |
| Ross, Kathleen | 1:18-cv-03797 | McDONALD WORLEY, PC |
| Rostro, Gerardo | 1:18-cv-00346 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Royce, Mathew | 1:18-cv-00068 | MARC J. BERN & PARTNERS, LLP |
| Rub-Azran, Niesa Tiffany | 1:18-cv-01631 | ANDRUS WAGSTAFF, PC |
| Ruffing, Carol [ESTATE OF] | 1:18-cv-03547 | THE FINNELL FIRM |
| Ruffing, Carol [ESTATE OF] | 1:18-cv-03547 | THE FINNELL FIRM |
| Sales-Orr, Annette | 1:16-cv-02636 | ANDRUS WAGSTAFF, PC |
| Sanchez, Anthony | 1:18-cv-00919 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Santos, Ann | 1:17-cv-04562 | MARC J. BERN & PARTNERS, LLP |
| Saunders, Elsie | 1:17-cv-03204 | MARC J. BERN & PARTNERS, LLP |
| Schleigh, Kimberly A. | 1:17-cv-03753 | MARC J. BERN & PARTNERS, LLP |
| Schreiner, Gunther | 1:17-cv-04173 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Schultz, Diana | 1:19-cv-00269 | WEITZ & LUXENBERG, P.C. |
| Sealscott, Paige | 1:17-cv-02739 | LAW OFFICES OF JEFFREY S. GLASSMAN |
| Seiler-Brand, Margaret | 1:17-cv-04019 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Seither, Donna L. | 1:17-cv-04018 | MARC J. BERN & PARTNERS, LLP |
| Sharp, Marce | 1:18-cv-03374 | MCGLYNN, GLISSON & MOUTON |
| Sheals, Robert | 1:17-cv-03464 | MARC J. BERN & PARTNERS, LLP |
| Shelton, Janice | 1:17-cv-01526 | MARC J. BERN & PARTNERS, LLP |
| Shern, Phillip J. | 1:17-cv-03997 | MARC J. BERN & PARTNERS, LLP |
| Sherod, Annie | 1:17-cv-04360 | MARC J. BERN & PARTNERS, LLP |
| Shook, Carol | 1:17-cv-03754 | MARC J. BERN & PARTNERS, LLP |
| Sidner, Ann L. | 1:17-cv-01889 | JAMES, VERNON & WEEKS, P.A. |
| Sigers, Clintona | 1:17-cv-03171 | MARC J. BERN & PARTNERS, LLP |
| Simon, William | | McDONALD WORLEY, PC |
| Simons, Kathryn J. | 1:18-cv-02366 | THE POTTS LAW FIRM, LLP |
| Simpson, Carmen & David | 1:16-cv-02290 | HENINGER GARRISON DAVIS, LLC |
| Slagle-Schuck, Tamera | 1:18-cv-03628 | MARC J. BERN & PARTNERS, LLP |
| Smith, Bryant | 1:17-cv-04700 | MARC J. BERN & PARTNERS, LLP |
| Smith, Richard | 1:17-cv-02800 | LAW OFFICES OF BAIRD BROWN |

| Smith, Ronald | 1:17-cv-04762 | THE POTTS LAW FIRM, LLP |
|---|---|---|
| Smith, Yolanda | 1:18-cv-00197 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Sousa, Travis J. | 1:17-cv-01645 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Souza, Jeffrey | 1:18-cv-02705 | THE GOSS LAW FIRM, P.C. |
| Spruill, Henry | 1:17-cv-03806 | MARC J. BERN & PARTNERS, LLP |
| Stallworth, Kathleen | 1:17-cv-04767 | MARC J. BERN & PARTNERS, LLP |
| Steed, Cheryl | 1:17-cv-04041 | MARC J. BERN & PARTNERS, LLP |
| Stevens, Craig D. | 1:17-cv-02825 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Stewart, Monica | 1:17-cv-03809 | MARC J. BERN & PARTNERS, LLP |
| Stewart, Wyonal | 1:16-cv-06051 | THE SNAPKA LAW FIRM |
| Stone, Cathy J. | 1:17-cv-03621 | MARC J. BERN & PARTNERS, LLP |
| Stovall, Keyonna | 1:17-cv-04390 | MARC J. BERN & PARTNERS, LLP |
| Stricklen, Leroy | 1:18-cv-00283 | WILSHIRE LAW FIRM PLC |
| Stuer, Sherry | 1:18-cv-00104 | THE LAW OFFICES OF JEFFREY S. GLASSMAN, LLC |
| Sturm, Kenneth E. & Kathy | 1:17-cv-00219 | EYMANN ALLISON HUNTER JONES, P.S. |
| Suarez, Jose Luis | 1:19-cv-244 | THE GALLAGHER LAW FIRM PLLC |
| Sufka, Reuben | 1:17-cv-03594 | MARC J. BERN & PARTNERS, LLP |
| Sullivan, Robert and Diane | 1:18-cv-03085 | FEARS NACHAWATI, PLLC |
| Sunnenberg, Kathryn S. | 1:17-cv-03629 | MARC J. BERN & PARTNERS, LLP |
| Sutton, Jimmy Lee | 1:17-cv-03111 | MARC J. BERN & PARTNERS, LLP |
| Swartz, Angela M. | 1:17-cv-02958 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Szawlowski, Jerome | 1:18-cv-03398 | THE LAW OFFICES OF JEFFREY S. GLASSMAN, LLC |
| Talley, Alkesha | 1:17-cv-03983 | MEYERS & FLOWERS, LLC |
| Tavares, Robert J. | 1:16-cv-02989 | LAW OFFICES OF BAIRD BROWN |
| Taylor, Myron | 1:16-cv-02772 | THE GOSS LAW FIRM, P.C. |
| Taylor, Sharon | 1:17-cv-04353 | MARC J. BERN & PARTNERS, LLP |
| Taylor, Steven | 1:19-cv-00142 | FERRER POIROT & WANSBROUGH |
| Thomas, Cheryl | 1:17-cv-03595 | MARC J. BERN & PARTNERS, LLP |
| Thomas, Mary (VA) | 1:16-cv-01294 | WENDT LAW FIRM |
| Thompkins, Kelli | 1:17-cv-02879 | FERRER POIROT & WANSBROUGH |
| Tubbs, Jerry and Annia | 1:18-cv-02978 | LOPEZ MCHUGH LLP |
| Turner, Anita | 1:17-cv-03807 | MARC J. BERN & PARTNERS, LLP |
| Varela, Jennifer | 1:17-cv-02759 | LAW OFFICES OF BAIRD BROWN |

| | | |
|---|---|---|
| Vaughan, Barry | 1:18-cv-01389 | THE POTTS LAW FIRM, LLP |
| Walden, Sally | 1:17-cv-04702 | MARC J. BERN & PARTNERS, LLP |
| Walker, Ruchelle | 1:19-cv-484 | ROSENBAUM & ROSENBAUM, P.C. |
| Walker-Colins, Beverly | 1:17-cv-04070 | MARC J. BERN & PARTNERS, LLP |
| Wall, Vernon E. | 1:17-cv-04129 | MARC J. BERN & PARTNERS, LLP |
| Wallace, Daron | 1:17-cv-03155 | MARC J. BERN & PARTNERS, LLP |
| Walter, Anne L. | 1:19-cv-00301 | DRIGGS, BILLS & DAY, PLLC |
| Walter, Randy L. | 1:18-cv-02082 | MARC J. BERN & PARTNERS, LLP |
| Walters, Donna | 1:17-cv-01305 | MARC J. BERN & PARTNERS, LLP |
| Walters, Patricia | 1:17-cv-03409 | MARC J. BERN & PARTNERS, LLP |
| Washington, Lynell G. | 1:16-cv-02251 | HENINGER GARRISON DAVIS, LLC |
| Watkins, Marsha | 1:17-cv-01527 | MARC J. BERN & PARTNERS, LLP |
| Webb, Laura Duncan | 1:17-cv-04639 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Wedderburn, Arlene | 1:17-cv-03259 | MARC J. BERN & PARTNERS, LLP |
| Whetstone, Teresa | 1:17-cv-02671 | LAW OFFICES OF BAIRD BROWN |
| Whitson, Sylvia | 1:17-cv-04157 | MARC J. BERN & PARTNERS, LLP |
| Wilkins, Stephen | 1:17-cv-02923 | LAW OFFICES OF BAIRD BROWN |
| Willemain, Ruth & Peloquin, Paul | 1:17-cv-04441 | THORNTON LAW FIRM LLP |
| Williams, Daniel C. | 1:17-cv-03587 | MARC J. BERN & PARTNERS, LLP |
| Williams, Lee | 1:17-cv-03370 | MARC J. BERN & PARTNERS, LLP |
| Williams, Myrtle & Wilson | 1:17-cv-00679 | HENINGER GARRISON DAVIS, LLC |
| Wingo, Terry L. and Helen J. | 1:17-cv-03971 | HENINGER GARRISON DAVIS, LLC |
| Winters, Gary [ESTATE] | 1:17-cv-02255 | MARC J. BERN & PARTNERS, LLP |
| Wood, Ronald F. | 1:17-cv-03586 | MARC J. BERN & PARTNERS, LLP |
| Wood, Stephen W. | 1:18-cv-01808 | DANZIGER & DE LLANO, LLP |
| Woods, Betsy | 1:17-cv-00329 | MEYERS & FLOWERS, LLC |
| Woods, Lisa J. | 1:17-cv-04076 | MARC J. BERN & PARTNERS, LLP |
| Worley, Marlin Shelby | 1:18-cv-03109 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Worthington, Tina | 1:17-cv-03622 | MARC J. BERN & PARTNERS, LLP |
| Young, Roger | 1:17-cv-04522 | MARC J. BERN & PARTNERS, LLP |
| Zepeda, Justin | 1:18-cv-00707 | MEYERS & FLOWERS, LLC |