UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION          MDL No. 2570

_____

This Document Relates Only to the Following Cases:

Action Schedules attached as Exhibits A, B, C, and D

_____

**UPDATED EXHIBIT D
TO
DEFENDANTS' SECOND AMENDED MOTION TO DISMISS
PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

**SCHEDULE OF PLAINTIFFS THAT FILED FOLLOWING NOVEMBER 21, 2018,
THAT HAVE NOT SUBMITTED A CATEGORIZATION FORM**

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Abbott, Donald | 1:19-cv-00436 | TORHOERMAN LAW, LLC |
| Bachmann, Juergen | 1:19-cv-00169 | FEARS NACHAWATI, PLLC |
| Bordner, June | 1:19-cv-00140 | FEARS NACHAWATI, PLLC |
| Bowles, Troy A. | 1:18-cv-03944 | CHILDERS, SCHLUETER & SMITH, LLC |
| Bubb, James and Cynthia | 1:19-cv-00154 | FEARS NACHAWATI, PLLC |
| Carlton, Amey | 1:19-cv-00119 | FEARS NACHAWATI, PLLC |
| Culp, Amanda Renee | 1:19-cv-00162 | FEARS NACHAWATI, PLLC |
| Davis, Karen | 1:19-cv-00143 | FEARS NACHAWATI, PLLC |
| Dickt, Lydian | 1:19-cv-00165 | FEARS NACHAWATI, PLLC |
| Donahue, Shannon | 1:19-cv-00110 | NIEMEYER, GREBEL & KRUSE, LLC |
| Egan, James J. | 1:19-cv-00093 | FEARS NACHAWATI, PLLC |
| Embry, Darlena | 1:19-cv-00111 | FEARS NACHAWATI, PLLC |
| Gay, Errol and Carolyn | 1:19-cv-00144 | FEARS NACHAWATI, PLLC |
| Hogue, Donna | 1:19-cv-00211 | FEARS NACHAWATI, PLLC |
| Hope, Felicia | 1:19-cv-00092 | FEARS NACHAWATI, PLLC |
| Irons, Paul William | 1:19-cv-00129 | FEARS NACHAWATI, PLLC |

| | | |
|---|---|---|
| Johnson, Audrey Kay | 1:19-cv-00073 | FEARS NACHAWATI, PLLC |
| Johnson, Willie R. | 1:19-cv-00089 | FEARS NACHAWATI, PLLC |
| Joseph, Yolanda | 1:19-cv-00097 | FEARS NACHAWATI, PLLC |
| Kupinewicz, Teresa and Bob | 1:19-cv-00060 | FEARS NACHAWATI, PLLC |
| Lewis, Samuel H. and Spencer, Alma | 1:19-cv-00159 | FEARS NACHAWATI, PLLC |
| Linnell, Steven and Vickey | 1:19-cv-00083 | SARANGI LAW, LLC |
| Manford, Lyndon | 1:19-cv-00095 | FEARS NACHAWATI, PLLC |
| Mays, Talesia | 1:18-cv-03700 | LAW OFFICES OF CHRISTOPHER K. JOHNSTON, LLC |
| McCollum, Joyce | 1:19-cv-00070 | FEARS NACHAWATI, PLLC |
| Morton, Hurieya | 1:19-cv-00415 | THE MILLER FIRM LLC |
| Pace, Arthur | 1:19-cv-538 | JOHNSON LAW GROUP |
| Patterson, Joshua [ESTATE OF] | 1:18-cv-04011 | BERTRAM & GRAF, L.L.C. |
| Patton, Amien Mufeed | 1:19-cv-00124 | FEARS NACHAWATI, PLLC |
| Puffer, Jill M. and Robert | 1:19-cv-00118 | FEARS NACHAWATI, PLLC |
| Reynolds, Kris & Palmer, Heidi | 1:19-cv-00163 | FEARS NACHAWATI, PLLC |
| Schech, Jonathan | 1:19-cv-00057 | FEARS NACHAWATI, PLLC |
| Smith, Shaun | 1:18-cv-03813 | KIRKENDALL DWYER LLP |
| Spangler, Jessie and Mullins, Quentin Keith | 1:19-cv-00168 | FEARS NACHAWATI, PLLC |
| Stephens, Kristin Leigh | 1:19-cv-510 | GATHINGS LAW |
| Street, Conchita | 1:19-cv-523 | JOHNSON LAW GROUP |
| Vasquez, Myrna I. Santiago | 1:19-cv-00170 | FEARS NACHAWATI, PLLC |
| Vaughn, Demarcus | 1:18-cv-03910 | DI PIETRO PARTNERS, LLP |
| Wetherbee, Robert | 1:19-cv-00101 | FEARS NACHAWATI, PLLC |
| Wilbanks, Tracey and Calvin | 1:19-cv-00072 | FEARS NACHAWATI, PLLC |
| Williamson, Clayton R. | 1:19-cv-00074 | FEARS NACHAWATI, PLLC |
| Worwa, Malgorzata | 1:19-cv-00441 | TORHOERMAN LAW, LLC |