**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL INC., IVC FILTERS
AND MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to the Following Actions:

1:18-cv-00126; 1:18-cv-02279; 1:18-cv-02781; 1:18-cv-03197;
1:18-cv-03205; 1:18-cv-03211; 1:18-cv-03290; 1:18-cv-03333;
1:18-cv-03375; 1:18-cv-03435; 1:18-cv-03559; 1:18-cv-03563;
1:18-cv-03564; 1:18-cv-03566; 1:18-cv-03627; 1:18-cv-03629;
1:18-cv-03635; 1:18-cv-03683; 1:18-cv-03706; 1:18-cv-03711;
1:18-cv-03734; 1:18-cv-03928

**RESPONSE OF PLAINTIFF'S COUNSEL FOR**
**JOHNNY TAYLOR TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the Motion to Dismiss filed by Defendants on January 28, 2019, and would respectfully show the Court the following:

I.

Plaintiff's counsel filed this lawsuit on October 25, 2018. Since the filing of Plaintiff's lawsuit, counsel for Plaintiff has made numerous attempts by telephone and written correspondence (via Federal Express, U.S. First Class mail and U.S. Certified mail) over the last few months, but counsel has never received any response or return communication.

Because Plaintiff's counsel has been unsuccessful in contacting the Plaintiff, counsel is unable to respond and cure the PFS deficiency.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to successfully communicate with the Plaintiff in order to cure the PFS deficiency. While Counsel does not have written permission from Plaintiff to agree to a stipulation of dismissal of this claim, Counsel has no basis to contest such a dismissal at this time. However, in light of the inability of Plaintiff's counsel to confirm that Plaintiff is aware of the imminent dismissal of this claim, Plaintiff's counsel would request that this Court dismiss this matter without prejudice so that Plaintiff can have the opportunity re-file their claim.

Dated:  March 15, 2019                                 Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2019 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
