# EXHIBIT A - AFFIDAVIT OF BEN C. MARTIN (FILED UNDER SEAL)