# EXHIBIT A – SUPPLEMENTAL DECLARATION OF BEN C. MARTIN (FILED UNDER SEAL)