**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff (s)

BENJAMIN CROPP Jr.

Civil Case # 1:18-cv-03003-RLY-TAB

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff (s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Benjamin Cropp Jr.

2. Spousal Plaintiff/Deceased Party's spouse of other party making loss of consortium Claim:

3. Other Plaintiff and Capacity (i.e., administrator, executor, guardian, conservator):

    Maude Cropp

4. Plaintiff's/Deceased Part's state of residence at the time of Implant:

    Virginia

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Virginia

6. Plaintiff's/Deceased Party's current state of residence:

   Virginia

7. District Court and Division on which venue would be proper absent direct filing:

   Eastern District of Virginia

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 9-28

b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    [x] Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    February 9, 2006

12. Hospital(s) where Plaintiff was Implanted (including City and State):

    UVA University Hospital East
    Charlottesville, VA

13. Implant Physician(s):

    Alan H. Matsumoto, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I:     Strict Product Liability – Failure to Warn

3

☑ Count II:     Strick Products Liability – Design Defect

☑ Count III:    Negligence

☑ Count IV:     Negligence Per Se

☑ Count V:      Breach of Express Warranty

☑ Count VI:     Breach of Implied Warranty

☑ County VII:   Violations of Applicable ___VA_____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☐ Count IX:     Wrongful Death

☐ Count X:      Survival

☑ County XI:    Punitive Damages

☐ Other:        _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

Andrew F. Kirkendall and Alexander G. Dwyer

4

16. Address and bar information for Attorney Plaintiff(s):

4343 Sigma Road, Ste 200., Dallas, TX 75244

Andrew F. Kirkendall Texas Bar No. 24050882

Alexander G. Dwyer Texas Bar No. 24054271

RESPECTFULLY SUBMITTED this 11th day of March 2019.

By: */s/ Andrew F. Kirkendall*

> Andrew F. Kirkendall
> Texas Bar No. 24050882
> Alexander G. Dwyer
> Texas Bar No. 24054271
> Kirkendall Dwyer LLP
> 4343 Sigma Rd., Ste 200
> Dallas, TX 75244
> Phone: 214-271-4027
> Fax: 214-253-0629
> ak@kirkendalldwyer.com
> ad@kirkendalldwyer.com
>
> ***Attorney for Plaintiffs***

## Certificate of Service

I HEREBY CERTIFY THAT ON THIS 11TH DAY OF MARCH 2019, I ELECTRONICALLY TRANSMITTED THE ATTACHED DOCUMENT TO THE CLERK'S OFFICE USING THE CM/ECF SYSTEM FOR FILING AND TRANSMITTAL OF A NOTICE OF ELECTRONIC FILING.

Dated: March 11th, 2019

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*