IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Clifford Cornell

Civil Case No. 1:19-cv-888

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for Plaintiff  Clifford Cornell                .

Dated: 03/19/2019

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Blair B. Matyszczyk
Blair B. Matyszczyk, MO Bar #66067
2345 Grand Blvd, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
blair@bertramgraf.com

*__Attorney for Plaintiff__*

## CERTIFICATE OF SERVICE

      I hereby certify that on 03/19/2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Blair B. Matyszczyk
*Attorney for Plaintiff*