IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

| | | |
|---|---|---|
| Joseph D. Hagg, Sr. & Sharon L. | Civil Case # | 1:16-cv-02756 |
| Frederick T. Wells | Civil Case # | 1:17-cv-03058 |
| Mark C. and Jill Whitman | Civil Case # | 1:17-cv-03058 |
| Maria & Carl Richter | Civil Case # | 1:18-cv-01578 |

**RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

COMES NOW the Plaintiffs named above, by counsel, and respectfully requests that this honorable Court deny the Defendant's Motion to Dismiss Pursuant to the Court's Case Categorization Order ("Motion to Dismiss"). The sanction of dismissal would be disproportionate to any claimed non-compliance and would cause undue prejudice to the Plaintiffs in this case. In support of this request, Plaintiffs state the following;

Plaintiffs first became aware of the assertion by Defendants that their cases were non-compliant on March 14, 2019 when Defense filed their Second Amended Motion to Dismiss, pursuant to the Court's Case Categorization Order with this Court. Very regrettably, due to staff transition over the last few months, that caused an unfortunate clerical error, the forms were not completed by the prior deadline. Plaintiffs sincerely apologize for any inconvenience

and assure the Court that the issue has now been resolved. There was no previous attempt to meet and confer to resolve the issue, or inform Plaintiffs of any alleged deficiencies. Since becoming aware of the alleged deficiencies, Plaintiffs have worked diligently to immediately cure them and provide all information requested. Plaintiffs submitted their case categorization forms and supporting medical records, by email, on March 19, 2019, attached here as **Exhibit 1.**

Plaintiffs respectfully submit that they are now in compliance with the Court's Case Categorization Order and that there is no just cause to dismiss their claims.

Respectfully submitted,

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.
**STARK & STARK, P.C.**
993 Lenox Drive
Lawrenceville, NJ 08648
Telephone: (609) 895-7362
mps@stark-stark.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Martin P. Schrama*