## Raina Pettiford

| | |
|---|---|
| **From:** | Stefanie Colella-Walsh |
| **Sent:** | Monday, March 18, 2019 1:44 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Raina Pettiford; Karen R. Calandra |
| **Subject:** | Haag, Joseph D. Sr. & Sharon L. v. Cook Medical, Inc., et al. (IVC Filter) (1:16-cv-02756) - Categorization Form |
| **Attachments:** | St.Vincent Heart Center of Indiana RETRIEVAL Marked - 4815-4027-6285.pdf; Stark Scan.pdf; Haag Categorization Form.pdf |

Counsel,

Pursuant to the Court's Order on the Cook Defendants' Motion for Screening Order and Bellwether Plan (Doc. 9322), and in conjunction with the Parties' Order Regarding Case Categorization and Census (Doc. 9638), please find attached the categorization form and supporting medical records for Joseph Haag, Sr.

Thank you for your attention to this matter.

Best,
Stefanie

**STARK&STARK**

ATTORNEYS AT LAW

NEW JERSEY PENNSYLVANIA
NEW YORK



**Stefanie Colella-Walsh, Esq.**
*Shareholder*

993 Lenox Drive
Lawrenceville, NJ 08648
T: 609.219.7416
F: 609.895.7395
E-mail: scw@stark-stark.com
Assistant: Carol Carlson, 609.895.7334
www.Stark-Stark.com
www.NJLawBlog.com
www.MassTortsLawBlog.com



AMERICAN
ASSOCIATION for
JUSTICE

1

## Raina Pettiford

| | |
|---|---|
| **From:** | Stefanie Colella-Walsh |
| **Sent:** | Monday, March 18, 2019 2:19 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Raina Pettiford; Karen R. Calandra |
| **Subject:** | Richter, Maria & Carl. v. Cook Medical, Inc., et al. (IVC Filter) (1:17-cv-01578) - Categorization Form |
| **Attachments:** | Richter Categorization Form.pdf; RICHTER, MARIA Categorization Form - 4828-9948-3978.pdf |

Counsel,

Pursuant to the Court's Order on the Cook Defendants' Motion for Screening Order and Bellwether Plan (Doc. 9322), and in conjunction with the Parties' Order Regarding Case Categorization and Census (Doc. 9638), please find attached the categorization form and supporting medical records for Maria Richter.

Thank you for your attention to this matter.

Best,
Stefanie

| | |
|---|---|
| **STARK&STARK**<br>ATTORNEYS AT LAW<br>NEW JERSEY PENNSYLVANIA<br>NEW YORK<br> | **Stefanie Colella-Walsh, Esq.**<br>*Shareholder*<br><br>993 Lenox Drive<br>Lawrenceville, NJ 08648<br>T: 609.219.7416<br>F: 609.895.7395<br>E-mail: scw@stark-stark.com<br>Assistant: Carol Carlson, 609.895.7334<br>www.Stark-Stark.com<br>www.NJLawBlog.com<br>www.MassTortsLawBlog.com |



1

## Raina Pettiford

| | |
|---|---|
| **From:** | Stefanie Colella-Walsh |
| **Sent:** | Monday, March 18, 2019 3:04 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Raina Pettiford; Karen R. Calandra |
| **Subject:** | Wells, Frederick T. v. Cook Medical, Inc., et al. (IVC Filter) (1:16-cv-03058) - Categorization Form |
| **Attachments:** | Stark Scan.pdf; Stark Scan.pdf; Stark Scan.pdf; Wells Categorization Form.pdf |

Counsel,

Pursuant to the Court's Order on the Cook Defendants' Motion for Screening Order and Bellwether Plan (Doc. 9322), and in conjunction with the Parties' Order Regarding Case Categorization and Census (Doc. 9638), please find attached the categorization form and supporting medical records for Frederick Wells.

Thank you for your attention to this matter.

Best,
Stefanie

**STARK&STARK**

ATTORNEYS AT LAW



NEW JERSEY PENNSYLVANIA
NEW YORK

**Stefanie Colella-Walsh, Esq.**
*Shareholder*

993 Lenox Drive
Lawrenceville, NJ 08648
T: 609.219.7416
F: 609.895.7395
E-mail: scw@stark-stark.com
Assistant: Carol Carlson, 609.895.7334
www.Stark-Stark.com
www.NJLawBlog.com
www.MassTortsLawBlog.com



## Raina Pettiford

| | |
|---|---|
| **From:** | Stefanie Colella-Walsh |
| **Sent:** | Monday, March 18, 2019 3:59 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Raina Pettiford; Karen R. Calandra |
| **Subject:** | RE: Whitman, Mark C. & Jill v. Cook Medical, Inc., et al. (IVC Filter) (1:17-cv-03805) – Categorization Form |
| **Attachments:** | Stark Scan.pdf; Whitman Categorization Form.pdf; marked Whitman Penn IVC Filter Removal 5-5-17 - 4842-3700-6673.pdf |

Counsel,

Pursuant to the Court's Order on the Cook Defendants' Motion for Screening Order and Bellwether Plan (Doc. 9322), and in conjunction with the Parties' Order Regarding Case Categorization and Census (Doc. 9638), please find attached the categorization form and supporting medical records for Mark Christopher ("Chris") Whitman.

Thank you for your attention to this matter.

Best,
Stefanie

**STARK&STARK**
ATTORNEYS AT LAW
NEW JERSEY PENNSYLVANIA
NEW YORK



**Stefanie Colella-Walsh, Esq.**
*Shareholder*

993 Lenox Drive
Lawrenceville, NJ 08648
T: 609.219.7416
F: 609.895.7395
E-mail: scw@stark-stark.com
Assistant: Carol Carlson, 609.895.7334
www.Stark-Stark.com
www.NJLawBlog.com
www.MassTortsLawBlog.com



AMERICAN
ASSOCIATION for
JUSTICE