IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSES TO POST-TRIAL MOTIONS**

Plaintiff Tonya Brand respectfully moves the Court for an extension of time to file her responses to The Cook Defendants' Motion for Judgment as a Matter of Law and Motion for New Trial.

1. Plaintiff's responses are currently due on March 26, 2019.

2. Because of the length of the briefs and the complexity of the issues involved, Plaintiff's counsel will not be able to adequately address the issues within the time provided under Loc. R. 7-1(c)(3)(A).

3. This deadline has not been previously extended.

4. This extension will not interfere with any case deadlines.

5. Plaintiff requests an extension of 60 days, until and including May 24, 2019.

6. Defendants filed briefs in support of their Motion for Judgment as a Matter of Law and their Motion for New Trial in excess of 35 pages. The Memorandum in Support of the Motion

for Judgment as a Matter of Law is 39 pages, and the Memorandum in Support of the Motion for New Trial is 46 pages.

7. If permission is granted, Plaintiff will comply with all requirements of Loc. R. 7-1(e)(3).

WHEREFORE Plaintiff respectfully requests that the Court grant her an extension until May 24, 2019 to file her responses to The Cook Defendants' Motion for Judgment as a Matter of Law and Motion for New Trial.

Dated March 19, 2019.

Respectfully Submitted,

/s/ Joseph N. Williams
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin