IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
RESPONSE BRIEFS IN EXCESS OF THIRTY-FIVE PAGES**

In accordance with Local Rule 7/1(e) (2), Plaintiff respectfully moves this Court for an Order granting her leave to file response briefs in excess of 35 pages, specifically Plaintiff's responses to the Cook Defendants' Motion for Judgment as a Matter of Law and Motion for New Trial. Plaintiff's response briefs will be electronically filed, if Plaintiff's Motion for Extension is granted by the Court, on May 24, 2019.

The Cook Defendants filed briefs in support of their Motion for Judgment as a Matter of Law and their Motion for New Trial in excess of 35 pages. The Cook Defendants' Memorandum in Support of the Motion for Judgment as a Matter of Law is 39 pages, and the Memorandum in Support of the Motion for New Trial is 46 pages.

Local Rule 7.1 provides that response briefs (excluding table of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court. *See* Local Rule 7.1.

The undersigned counsel states that he has used his best efforts to present his arguments as efficiently as possible in response to Defendants' 39 page Memorandum in Support of Motion for Judgment as a Matter of Law, and Defendants' 46 page Memorandum in Support of the Motion for New Trial, but finds it necessary to request leave of Court to exceed the 35 page maximum set forth in Local Rule 7.1(e) (2).

While the Plaintiff will strive to be as concise as possible, given the complexity of the issues and the length of the briefs filed by the Defendants, Plaintiff respectfully requests leave to file briefs in excess of 35 pages, and specifically, to file briefs not to exceed 50 pages.

If permission is granted, Plaintiff will comply with all requirements of Loc. R. 7-1(e)(3) and 56(b), and the Plaintiff will include tables of contents and authorities.

A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant her leave to file Plaintiff's response to the Cook Defendants' Motion for Judgment as a Matter of Law that exceeds 35 pages, and Plaintiff's response to the Cook Defendants' Motion for New Trial that exceeds 35 pages.

Dated March 19, 2019.

Respectfully Submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

/s/ Michael W. Heaviside  
Michael W. Heaviside, Esq.  
Heaviside Reed Zaic, A Law Corporation  
910 17th Street NW, Suite 800  
Washington, DC 20006  
Telephone: (202) 233-1993  
Email: mheaviside@hrzlaw.com

/s/ Ben C. Martin  
Ben C. Martin, Esq.  
The Law Office of Ben C. Martin  
3710 Rawlins Street, Suite 1230  
Dallas, TX 75219  
Telephone: (214) 761-6614  
Facsimile: (214) 74407590  
Email: bmartin@bencmartin.com

/s/ David P. Matthews  
David P. Matthews, Esq.  
Matthew and Associates  
2509 Sackett St.  
Houston, TX 77098  
Telephone: (713) 522-5250  
Facsimile: (713) 535-7184

*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ben C. Martin  
Ben C. Martin