# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSES TO POST-TRIAL MOTIONS IN EXCESS OF THIRTY-FIVE PAGES

The Court, having considered Plaintiff's Motion for Leave to File Responses in excess of Thirty-Five Pages in Plaintiff's Response to the Cook Defendants' Motion for Judgment as a Matter of Law, and Plaintiff's Response to the Cook Defendants' Motion for New Trial.

The Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's motion is GRANTED.

It is therefore Ordered that Plaintiff is granted leave to file responses in excess of thirty-five pages in:

1. Plaintiff's Response to the Cook Defendants' Motion for Judgment as a Matter of Law; and

2. Plaintiff's Response to the Cook Defendants' Motion for New Trial.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana