**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **DANNY STEPHENS** ) | **MDL No. 1:14-ml-2570-RLY-TAB** |
| ) | **MDL No. 2570** |
| **v.** ) | |
| ) | |
| **COOK INCORPORATED;** ) | **Civil Case No. 1:19-cv-00955-RLY-TAB** |
| **COOK MEDICAL LLC;** ) | |
| **WILLIAM COOK EUROPE APS** ) | |

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure

and the Seventh Amendment of the U.S. Constitution.

Dated:  March 20, 2019                Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2019 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.


/s/ Michael T. Gallagher
Michael T. Gallagher

2