**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

## ORDER

Having considered Plaintiff's Amended Motion for an Extension of Time to File Responses to Post-Trial Motions, the Court is of the opinion that the motion should be GRANTED.

Plaintiff is hereby granted until and including May 24, 2019, to file her responses to the Cook Defendants' Motion for Judgment as a Matter of Law and Motion for New Trial.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana