# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
- 17-cv-270, included in 14-ml-2570
- 17-cv-2173, included in 14-ml-2570

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Leslie M. Cronen | Leslie M. Cronen |
| **Law Firm, Company, and/or Agency:** | Bubalo Good Sales & Bliss, PLC | Gary C. Johnson, PSC |
| **Address:** | 9300 Shelbyville Road, Suite 210<br>Louisville, KY 40222 | 9300 Shelbyville Road, Suite 609<br>Louisville, KY 40222 |
| **Primary E-mail:** | lcronen@garycjohnson.com | lcronen@garycjohnson.com |
| **Secondary E-mail(s):** |  | cfugate@garycjohnson.com |
| **Telephone Number:** | 502-753-1630 | 502-400-1447 |
| **Facsimile:** | 502-753-1601 | 859-268-7318 |

Date: 03/20/2019

s/ Leslie M. Cronen

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.