IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | § § § § § § § Case No.1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>*Brand v. Cook Medical, Inc. et al.,*<br>Case No. 1:14-cv-6018-RLY-TAB | § § § § § § |

**PLAINTIFF'S MOTION AND ORDER TO WITHDRAW PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO POST-TRIAL MOTIONS [DOC. 10334]**

COMES NOW Plaintiff, Tonya Brand and files Plaintiff's Motion and Order to Withdraw Plaintiff's Motion for Extension of Time to File Responses to Post-Trial Motions [Doc 10334], originally filed on March 19, 2019 as Document No. 10334.

**I.**

Plaintiff inadvertently misfiled Document No. 10334.

Plaintiff requests this Honorable Judge withdraw Document No. 10334.

Plaintiff further requests that the Court replace that document with Plaintiff's Amended Motion for Extension of Time to File Responses to Post-Trial Motions filed on March 20, 2019 as Document No. 10339.

1

Dated: March 21, 2019                                   Respectfully Submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Office of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184

*Plaintiffs' Co-Lead Counsel*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                             */s/ Ben C. Martin*
                                                             Ben C. Martin