IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Brand v. Cook Medical, Inc. et al.,*<br>Case No. 1:14-cv-6018-RLY-TAB | § § § § § § § § § § § § § | Case No.1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO POST-TRIAL MOTIONS [DOC. 10334]**

This comes before the Court on Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to File Responses to Post-Trial Motions [Doc 10334], originally filed on March 19, 2019 as Document No. 10334, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's motion is Granted.

It is therefore Ordered that Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to File Responses to Post-Trial Motions [Doc 10334], originally filed on March 19, 2019 as Document No. 10334., is withdrawn.

All of which is Ordered this _____ day of March, 2019.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

1

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.