# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

## ORDER

Having considered Plaintiff's Amended Motion for an Extension of Time to File Responses to Post-Trial Motions, the Court is of the opinion that the motion should be GRANTED.

Plaintiff is hereby granted until and including May 24, 2019, to file her responses to the Cook Defendants' Motion for Judgment as a Matter of Law and Motion for New Trial.

Date: 3/25/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.