IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS            Case No: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                     MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff(s):

MARILYN MEADOWS
SEAN MEADOWS

Civil Case # 1:19-cv-01117-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court for an Order to amend the Short Form Complaint filed on 03/20/2019 (Doc No. 213), within 21 days of the original filing and prior to Defendants service of an Answer.

1. Plaintiffs respectfully seek leave to file the attached short form complaint to correct a typo in item number 14. Counsel did not check off the box for Count VIII, Loss of Consortium. However, Plaintiffs intended to check off this box on behalf of Sean Meadows, Marilyn Meadow's spouse, who is claiming a loss of consortium.

2. Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiffs respectfully request that this Court grant Plaintiffs motion for leave to amend their Complaint and enter the attached Amended Short Form Complaint.

Dated: March 25, 2019

  /s/ Jonathan M. Sedgh
Jonathan M. Sedgh (JS9395)
Attorney for Plaintiffs
700 Broadway
New York, New York 10003
Phone: (212) 558-5500
Fax: (212) 363-2721
jsedgh@weitzlux.com

**Attorney for Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Jonathan M. Sedgh

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

MARILYN MEADOWS
SEAN MEADOWS
PLAINTIFF

Vs.

COOK INCORPORATED;
COOK MEDICAL LLC; AND
WILLIAM COOK EUROPE APS,
DEFENDANTS

Civil Case # 1:19-cv-01117

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Marilyn Meadows

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Sean Meadows

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

1

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Ohio

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Ohio

6. Plaintiff's/Deceased Party's current state of residence:

Ohio

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of Ohio

8. Defendants (Check Defendants against whom Complaint is made):

- ☑ Cook Incorporated
- ☑ Cook Medical LLC
- ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

- ☑ Diversity of Citizenship
- ☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28

b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - ☐ Cook Gunther Tulip® Vena Cava Filter
    - ☑ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other:

11. Date of Implantation as to each product:

    June 18, 2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Grant Medical Center – Columbus, OH

13. Implanting Physician(s):

    Ricardo Barbozo, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☑ Count I: Strict Products Liability – Failure to Warn
    - ☑ Count II: Strict Products Liability – Design Defect
    - ☑ Count III: Negligence
    - ☑ Count IV: Negligence Per Se

3

☑    Count V:    Breach of Express Warranty

☑    Count VI:    Breach of Implied Warranty

☑    Count VII:    Violations of Applicable <u>Ohio</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑    Count VIII:    Loss of Consortium

☐    Count IX:    Wrongful Death

☐    Count X:    Survival

☑    Count XI:    Punitive Damages

☐    Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐    Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

Jonathan M. Sedgh, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

Jonathan M. Sedgh, NY-4557260

WEITZ & LUXENBERG, PC, 700 Broadway, New York, NY 10003

4

Respectfully submitted,

**WEITZ & LUXENBERG, P.C.**

*/s/ Jonathan M. Sedgh*
Jonathan M. Sedgh, NY Atty. No. 4557260
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
jsedgh@weitzlux.com

*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/Jonathan M. Sedgh*

Jonathan M. Sedgh

IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC. IVC FILTERS        Case No: 1:14-ml-02570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiff(s)

MARILYN MEADOWS
SEAN MEADOWS

Civil Case # 1:1-cv-01117-RLY-TAB
_____

**<u>ORDER</u>**

      IT IS ORDERED that the Unopposed Motion for Leave to Amend the Complaint filed by Marilyn Meadows and Sean Meadows is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

      Signed this _____ day of March, 2019.

                                                    _____
                                                    Honorable Judge Richard L. Young
                                                    United States District Court Judge