IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Cases.

**ORDER ON MOTIONS TO SEAL**

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, the following motions to seal are granted.

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8653]

Cook Defendants' Motion to Maintain Under Seal Exhibits to the Cook Defendants' Memorandum in Support of Motion to Exclude Expert Opinions of Dr. Robert McMeeking [Filing No. 8656]

Cook Defendants' Motion to Maintain Under Seal Exhibit to the Cook Defendants' Memorandum in Support of Motion to Exclude Expert Opinions of Robert W. Johnson and James A. Mills [Filing No. 8662]

Cook Defendants' Motion to Maintain Under Seal Exhibits to the Cook Defendants' Memorandum in Support of Motion for Summary Judgment [Filing No. 8663]

Cook Defendants' Motion to Maintain Under Seal Exhibits to the Cook Defendants' Memorandum in Support of Motion to Exclude Expert Opinions of Dr. Gregory Gordon [Filing No. 8666]

The Cook Defendants' Motion to Maintain Documents Under Seal [Filing No. 8670]

Cook Defendants' Motion to Maintain Under Seal Exhibits to the Cook Defendants' Memorandum in Support of Motion to Exclude Specific Treating Physician Testimony [Filing No. 8675]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8680]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8709]

Cook Defendants' Motion to Maintain Under Seal Exhibit to Response to Plaintiffs' Motions to Exclude "Impermissible" Testimony of Dr. Mark Rheudasil, Dr. Thomas Morrison, Dr. Scott Keller, Dr. Phu Thai, and Dr. Richard Reisman [ Filing No. 8766]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8866]

Cook Defendants' Motion to Maintain Under Seal Exhibit A to the Cook Defendants' Opposition to Plaintiff Tonya Brand's Motion to Exclude the Testimony of Scott Robertson, Ph.D. [Filing No. 8872]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8887]

The Clerk shall maintain the following documents under seal pending further order.

Filing No. 8550
Filing No. 8655
Filing No. 8660 to 8660-20
Filing No. 8661
Filing No. 8664
Filing No. 8665
Filing No. 8669
Filing No. 5737
Filing No. 8674
Filing No. 8679
Filing No. 8701
Filing No. 8702
Filing No. 8704
Filing No. 8708
Filing No. 8738
Filing No. 8865
Filing No. 8871
Filing No. 8873
Filing No. 8874
Filing No. 8876
Filing No. 8878
Filing No. 8879
Filing No. 8881
Filing No. 8882
Filing No. 8884
Filing No. 8885

In addition, Filing No. 8660-21 shall be unsealed. Furthermore, Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 8705] is denied as moot as that motion appears to be a duplicate of Filing No. 8709.

Date: 3/26/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.