IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs Patricia Henderson

Civil Case #   1:19-cv-06095-RLY-TAB

---

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further shows the court as follows:

1. Plaintiff's/Deceased Party's Name:

   Patricia Henderson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   CA

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   CA

6.  Plaintiff's/Deceased Party's current state of residence:

    <u>CA</u>

7.  District Court and Division in which venue would be proper absent direct filing:

    <u>California Eastern District Court</u>

8.  Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical, LLC

    ☒ William Cook Europe APS

9.  Basis of Jurisdiction

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    <u>PARAGRAPHS 6 THROUGH 28</u>

    b.  Other allegations of jurisdiction and venue:

    <u>N/A</u>

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip Vena Cava Filter

    ☒ Cook Celect Vena Cava Filter

    ☐ Günther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of implantation as to each product:

    <u>11/18/2014</u>

12. Hospital(s) where Plaintiff was implanted (including City and State):

    <u>Shasta Regional Medical Center in Redding, CA</u>

13. Implanting Physician(s):

   <u>Dr. Thomas Bey</u>

14. Counts in the Master Complaint brought by Plaintiffs:

   ☒ Count I:      Strict Products Liability - Failure to Warn

   ☒ Count II:     Strict Products Liability - Design Defect

   ☒ Count III:    Negligence

   ☐ Count IV:     Negligence *Per Se*

   ☒ Count V:      Breach of Express Warranty

   ☒ Count VI:     Breach of Implied Warranty

   ☐ Count VII:    Violations of [INSERT APPLICABLE STATE] Prohibiting

   Consumer Fraud and Unfair and Deceptive Trade Practices

   ☐ Count VIII:   Loss of Consortium

   ☐ Count IX:     Wrongful Death

   ☐ Count X:      Survival

   ☒ Count XI:     Punitive Damages

   ☐ Other:        _____ (please state the facts supporting this Count

   in the space, immediately below)

   ☐ Other:        _____ (please state the facts supporting this Count

   in the space, immediately below)

   _____

15. Attorney for Plaintiffs:

   <u>Christopher T. Kirchmer</u>

16. Address and bar information for Attorney for Plaintiffs:

   <u>Christopher T. Kirchmer, Texas Bar No. 00794099l</u>

   <u>Provost ★ Umphrey Law Firm, L.L.P., 490 Park Street, P.O. Box 4905, Beaumont, TX 77701</u>

RESPECTFULLY SUBMITTED this 19th day of March, 2019.

**Provost★Umphrey Law Firm, L.L.P.**

By:_____

Christopher T. Kirchmer
Texas Bar No. 00794099
(admitted *pro hac vice*)
490 Park Street
P.O. Box 4905
Beaumont, TX 77701
(409) 835-6000 – Telephone
(409) 813-8614 – Facsimile
Ckirchmer@pulf.com – Email

*Attorney for Plaintiffs*


### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2019, a copy of the foregoing was served

electronically and notice of the service of this document will be sent to all parties by operation of

the Court's electronic filing system to the CM/ECF participants registered to receive service in

this matter. Parties may access the filing through the Court's system.


/s/*Christopher T. Kirchmer*_____