**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to:

Cause No. 1:14-cv-06018-RLY-TAB (Tonya Brand)
_____

**COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
OBJECTIONS TO PLAINTIFF'S AMENDED BILL OF COSTS**

      The Cook Defendants hereby move the Court for an extension of the due date to file their objections to Plaintiff's Bill of Costs, *see* Dkt. 10310, 10320, until April 12, 2019. Plaintiff's attorney Ben Martin has advised Cook's attorney by email that Plaintiff agrees to this extension.

**DISCUSSION**

      On March 15, 2019, pursuant to an extension of time granted by the Court, *see* Dkt. 10289, Plaintiff served her Bill of Costs and accompanying affidavit. *See* Dkt. 10310, 10311. Based on that filing date, Cook's response to the Bill of Costs is due March 29, 2019. *See* Local Rule 7-1(c)(3)(A). On March 18, Plaintiff filed a second Bill of Costs and accompanying declaration, providing additional information that had been omitted from the original Bill of Costs.

      As amended, Plaintiff's Bill of Costs seeks over $443,000 in costs, including nearly $200,000 for cost of exemplification and copying and over $230,000 for trial transcripts and the deposition transcripts of 51 deponents, many of whom did not testify at trial. Analyzing whether each of the claimed costs falls in a category authorized by federal law and whether the specific

costs claimed were necessary for the trial of this case has proven to be a complex and lengthy process, and Cook has concluded that its analysis of the appropriate objections to the requested costs will require more than the 14 days allotted by Rule 7-1 for response.

In addition, Cook's work in preparing objections was delayed by the fact that the amount of the costs sought and the supporting documentation for 18 of the deponents mentioned above was not served or filed until March 18, three days after the original Bill of Costs was filed.

The Cook Defendants therefore respectfully urge the Court to grant their unopposed motion to extend the deadline for filing their objections to Plaintiff's Bill of Costs to April 12, 2019. If the extension is granted, Cook will comply with all requirements of Loc. R. 7-1(e)(3).

Dated: March 28, 2019                                    Respectfully submitted,

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  joe.tanner@faegrebd.com
E-Mail:  nicholas.alford@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*