UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br><br> This Document Relates to: <br> *Michael Marshall* 1:17-cv-02495 | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for:

Plaintiff Michael Marshall.

DATED: March 28, 2019.

                                                          Respectfully submitted,

                                                           /s/ Matthew D. Schultz
                                                          Matthew D. Schultz, Esq., FL Bar # 640328
                                                          Levin, Papantonio, Thomas, Mitchell,
                                                          Rafferty & Proctor, P.A.
                                                          P.O. Box 12308 (32591-2308)
                                                          316 S. Baylen St., Suite 600
                                                          Pensacola, Florida 32502
                                                          mschultz@levinlaw.com
                                                          (850) 435-7140
                                                          (850) 435-7020 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    */s/ Matthew D. Schultz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)