# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Cause No. 1:14-cv-06018-RLY-TAB (Tonya Brand)

_____

## ORDER

This matter came before the Court on the unopposed motion of Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") for an order extending the deadline to file their objections to Plaintiff's Bill of Costs. Having duly considered the motion:

IT IS HEREBY ORDERED:

1.   That the Cook Defendants' motion is granted, and

2.   That the deadline for the Cook Defendants to file their objections to Plaintiff's Bill of Costs is extended to April 12, 2019

Dated: March 29, 2019

_____
Tim Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiff's Lead Counsel.

US.122578174.01