UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Michael Marshall* 1:17-cv-02495 | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

## ORDER

Plaintiff's Motion to Withdraw and Substitute Counsel is granted.

**IT IS HEREBY ORDERED** that Marlene J. Goldenberg and Stuart L. Goldenberg and the firm of GOLDENBERGLAW, PLLC are hereby withdrawn as counsel of record in this action and Matthew D. Schultz and the firm of LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY and PROCTOR, P.A. are hereby substituted as the above captioned Plaintiff's counsel of record.

DATED: 3/29/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.