IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    KIMBERLY KAMP
    1:17-cv-02144-RLY-TAB

## **MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

COMES NOW the Plaintiff, KIMBERLY KAMP, in the above-referenced action and moves that Ben C. Martin, and the firm LAW OFFICES OF BEN C. MARTIN, be substituted as counsel of record; and, in conjunction therewith that, Justin W. Fishback, Matthew J. Riley and Ethan Shaw, and the firm SHAW COWART LLP, be withdrawn as counsel of record in this action. The above-referenced Plaintiff as well as the attorneys of the LAW OFFICES OF BEN C. MARTIN and SHAW COWART LLP consent to the proposed substitution and withdrawal.

WHEREFORE, the Parties seek an Order substituting Ben C. Martin and the LAW OFFICES OF BEN C. MARTIN as attorney of record for the Plaintiff, Kimberly Kamp in the above-referenced matter.

Respectfully submitted,

| | |
|---|---|
| /s/ Ethan L. Shaw | /s/ Ben C. Martin |
| Ethan L. Shaw | Ben C. Martin, Bar No. 13052400 |
| **Shaw Cowart, LLP** | **The Law Offices of Ben C. Martin** |
| 1609 Shoal Creek Blvd, Suite 100 | 3710 Rawlins Street, Suite 1230 |
| Austin, Texas 78701 | Dallas, TX 75204 |
| Telephone: (512) 499-8900 | Telephone: (214) 761-6614 |
| Facsimile: (512) 320-8906 | Facsimile: (214) 744-7590 |
| elshaw@shawcowart.com | bmartin@bencmartin.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Ben C. Martin
Ben C. Martin