IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to

    KIMBERLY KAMP
    1:17-cv-02144-RLY-TAB

Plaintiff's Motion to Withdraw and Substitute Counsel is GRANTED.

IT IS HEREBY ORDERED that Justin W. Fishback, Matthew J. Riley and Ethan Shaw, and the firm SHAW COWART LLP are hereby withdrawn as counsel of record in this action, and Ben C. Martin, and the firm LAW OFFICES OF BEN C. MARTIN are hereby substituted as counsel of record in the above-referenced cause of action.

Signed this _____ day of _____, 2019.

                                                        _____
                                                        Honorable Richard L. Young
                                                        United States District Court
                                                        Southern District of Indiana