# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION,

Case No. 1:14-ml-2570-RLY-TAB MDL
No. 2570

This document relates to:
1:18-cv-02422-RLY-TAB

## ORDER

This cause having come on Plaintiff, MELISSA LITTLE, Motion To Permit The Withdrawal Of Counsel Jeffrey Meyer, from this matter as he has been released as attorney of record for Ms. Little:

IT IS HEREBY ORDERED that Jeffrey Meyer be removed as counsel of record for Plaintiff Melissa Little. Attorney Jerard M. Scanland remains counsel of record for Plaintiff

Date: 3/29/2019

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF. Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.