IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:18-cv-3172-RLY-TAB   Ashford

## ORDER

This matter is before the Court on Plaintiff's motion to withdraw as counsel of record without substitution for Plaintiff. [Filing No. 9705.] If Plaintiff is not communicating with her counsel or otherwise prosecuting this case, the proper course is not to simply have her counsel withdraw, but rather to dismiss the case. Plaintiff Patricia Ashford shall show cause, if any, within 14 days why her cause should not be dismissed.

Date: 3/29/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

Copy via U.S. Mail to:
Patricia Ashford
2878 West Lemay Avenue
West Valley City, UT  84119