# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:18-cv-00126; 1:18-cv-02779; 1:18-cv-02781; 1:18-cv-03197;
1:18-cv-03205; 1:18-cv-03211; 1:18-cv-03290; 1:18-cv-03333;
1:18-cv-03375; 1:18-cv-03435; 1:18-cv-03559; 1:18-cv-03563;
1:18-cv-03564; 1:18-cv-03566; 1:18-cv-03627; 1:18-cv-03629;
1:18-cv-03635; 1:18-cv-03683; 1:18-cv-03706; 1:18-cv-03711;
1:18-cv-03734; 1:18-cv-03928.

## COOK DEFENDANTS'
## MOTION TO WITHDRAW MOTION TO DISMISS FILED JANUARY 28, 2019

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook") move this Court to withdraw its Motion to Dismiss filed January 28, 2019 [Dkt. No. 10001] ("Motion to Dismiss") and states as follows:

1. On January 28, 2019, Cook filed the Motion to Dismiss multiple actions under Case Management Order No. 4, for failure to produce a plaintiff profile sheet.

2. Due to a clerical error, Cook filed its Amended Motion to Dismiss on January 29, 2019, replacing the exhibits to the Motion to Dismiss.

3. Cook re-filed the Amended Motion to Dismiss on January 29, 2019 [Dkt. No. 10007]. Dkt. No. 10007 is intended to replace Dkt. No. 10001.

WHEREFORE, Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS ask the Court to withdraw from the MDL docket the Motion to Dismiss filed January 28, 2019.

US.122578330.01

Respectfully submitted,

Dated: March 29, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegrebd.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

US.122578330.01