# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs
LILLIAN PEZZOTTI
Civil Case # 1:18-cv-02326-RLY-TAB

## **ORDER**

On this day came on to be considered Plaintiff's Motion for Leave to File an Amended Complaint and, after considering same, the Court GRANTS the motion. The amended complaint is deemed filed as of the date of this order.

Date: 3/29/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.