IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTSLIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s) LILLIAN PEZZOTTI

Civil Case # 1:18-cv-2326

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further shows the court as follows:

1. Plaintiff's/Deceased Party's Name:

   Lillian Pezzotti

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   Pennsylvania Eastern District Court

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated
   ☑ Cook Medical, LLC
   ☑ William Cook Europe APS

9. Basis of Jurisdiction
   ☑ Diversity of Citizenship
   ☐ Other: _____
   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):
    - ☐ Günther Tulip Vena Cava Filter
    - ☑ Cook Celect Vena Cava Filter
    - ☐ Günther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Date of implantation as to each product:

    March 21, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Crozer Chester Medical Center in Upland, PA

13. Implanting Physician(s):

    Kenneth Chang, M.D..

14. Counts in the Master Complaint brought by Plaintiffs:
    - ☑ Count I:     Strict Products Liability - Failure to Warn
    - ☑ Count II:    Strict Products Liability - Design Defect
    - ☑ Count III:   Negligence
    - ☑ Count IV:    Negligence *Per Se*
    - ☑ Count V:     Breach of Express Warranty
    - ☑ Count VI:    Breach of Implied Warranty

3

☑ Count VII:     Violations of Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:    Loss of Consortium

☐ Count IX:      Wrongful Death

☐ Count X:       Survival

☑ Count XI:      Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____(please state the facts supporting this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiffs:

JAMES A. MORRIS, JR.

16. Address and bar information for Attorney for Plaintiffs:

JAMES MORRIS, JR., CA Bar No. 296852

MORRIS LAW FIRM, 4111 W. Alameda Avenue, Suite 611, Burbank, CA 91505

Date: January 1, 2019

Respectfully submitted,

By: s/James A. Morris, Jr.
James A. Morris, Jr. (CA Bar No. 296852)
**MORRIS LAW FIRM**
4111 W. Alameda Avenue Suite 611
Burbank, CA 91505
(747) 283-1144
(747) 283-1143 (fax)
jmorris@jamlawyers.com
*Attorney for Plaintiff*