IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

ALEXANDER HODOR

Civil Case # 1:18-cv-3863-RLY-TAB

## ORDER

IT IS ORDERED that the Motion for Leave to File First Amended Short Form Complaint filed by Alexander Hodor is hereby GRANTED, and the Clerk of the Court is directed to file the First Amended Short Form Complaint into the record in this matter as of the date of this order.

Date: 3/29/2019

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.