IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mark Clancy, Cause No. 1:17-cv-02399

## ORDER

On this day came on for consideration Plaintiff's Motion to Withdraw the filing of Docket Number 10118 regarding Mark Clancy (1:17-cv-02399). After considering the Motion the Court concludes the Motion should be granted. Filing No. 10118 is hereby withdrawn from the docket.

SIGNED: 4/1/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.