IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to all Cases
(See Exhibit A)
Civil Case No. 1:14-ml-2570-RLY-TAB

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND BE REMOVED FROM CM/ECF**

Braden Beard of Hausfeld hereby moves the Court for leave to withdraw his appearance on all cases listed in Exhibit A, for which an appearance by the undersigned was entered in this action, on the basis that the undersigned will cease his job at the firm, effective April 2, 2019.  Richard S. Lewis and Steven Rotman of Hausfeld will continue to represent all the Plaintiffs in this action.  Further, the undersigned requests that the email address of bbeard@hausfeld.com be removed from the CM/ECF E-filing list.

RESPECTFULLY SUBMITTED April 2, 2019.

By:    /s/ Braden Beard

Braden Beard

Richard S. Lewis

Steven Rotman

HAUSFELD LLP

1700 K Street NW, Suite 650

Washington, DC 20006

Telephone:  (202) 540-7200

|   |   |
|---|---|
| 1 | Facsimile: (202) 540-7201 |
| 2 | Email: bbeard@hasufeld.com |
| 3 | rslewis@hausfeld.com |
| 4 | srotman@hausfeld.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Braden Beard
Braden Beard