IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to all Cases
(See Exhibit A)
Civil Case No. 1:14-ml-2570-RLY-TAB

**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND BE REMOVED FROM CM/ECF**

This matter came before the Court on the motion of Braden Beard to withdraw his appearance on behalf of all Plaintiffs identified in Exhibit A, attached. The Court, being duly advised, and finding that the Plaintiffs identified in Exhibit A will continue to be represented in this matter by Richard S. Lewis and Steven Rotman of Hausfeld, hereby Grants the motion. The appearance of Braden Beard in this action, and in all related cases identified in Exhibit A, is hereby withdrawn and the email address of bbeard@hausfeld.com will be removed from CM/ECF E-filing list.

Date: _____

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana