**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2570

_____

This Document Relates to:

  1:19-cv-00917

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS


Dated:   April 3, 2019                        /s/ Kip S. M. McDonald
                                             Andrea Roberts Pierson (# 18435-49)
                                             Kip S. M. McDonald (# 29370-49)
                                             FAEGRE BAKER DANIELS LLP
                                             300 North Meridian Street, Suite 2700
                                             Indianapolis, Indiana 46204
                                             Telephone: (317) 237-0300
                                             Facsimile: (317) 237-1000
                                             E-Mail:  andrea.pierson@faegrebd.com
                                             E-Mail:  kip.mcdonald@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald