# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Multiple Actions

## ORDER

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively "Cook") by its attorneys, Faegre Baker Daniels LLP, having filed a Motion to Withdraw Dkt. Nos. 10063 and 10182, the Court having reviewed the motion, now finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Cook's Motion to Withdraw Dkt. Nos. 10063 and 10182 is hereby granted. The Motion to Dismiss without Prejudice Pursuant to the Court's Categorization Order [Dkt. No. 10063] and Amended Motion to Dismiss Pursuant to the Court's Categorization Order [Dkt. No. 10182] are deemed withdrawn.

Date: 4/5/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiff's Co-Lead Counsel.

US.122578771.01