IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

1:17-cv-00222 Runell H. Williams

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Runell H. Williams.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Runell H. Williams against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs.

SO ORDERED this 9th day of April, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed to all counsel of record

1