**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>---<br><br>This Document relates to:<br><br>Civil Case # 1:17-cv-02029-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570<br><br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion to Vacate Order of Dismissal and Reinstate Case (Doc. [9980]). Plaintiff has requested the Court to vacate the dismissal of his case.

**IT IS ORDERED** that Plaintiff's motion (Doc. [9980]) is **GRANTED.** Accordingly, the Court hereby vacates the Order [8506] dismissing without prejudice Plaintiff Mark Layman's case and thereby reinstates his case.

Dated this 9th day of April, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed to all counsel of record

1