IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., <br> IVC FILTERS MARKING, <br> SALES PRACTICED AND <br> PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-02570-RLY-TAB <br><br> MDL No: 2570 |

This Document Relates to Plaintiff(s):

AMBER TAYLOR, as Personal Representative of the Estate of Dustin DeCann

Civil Case # 1:18−cv−00229−RLY−TAB

## ORDER

On this day came on for consideration Plaintiff's Motion [9983] to Vacate Order of Dismissal and Reinstate Case. Having considered the motion, the Court concludes the motion should be granted, without objection. It is, therefore,

ORDERED that such motion is GRANTED. Accordingly, the Court hereby vacates the Order dismissing without prejudice Plaintiff's case and thereby reinstates her case.

SO ORDERED this 10th day of April 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed to all counsel of record