AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| Lela Morris | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:16-cv-01753-RLY-TAB |
| Cook Incorporated, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Lela Morris                                                        .

Date:    04/10/2019                                 /s/ Genevieve M. Zimmerman
                                                              *Attorney's signature*

                                                  Genevieve M. Zimmerman (MN# 330292)
                                                          *Printed name and bar number*

                                                              Meshbesher & Spence, Ltd.
                                                              1616 Park Avenue
                                                              Minneapolis, MN 55404
                                                                      *Address*

                                                              gzimmerman@meshbesher.com
                                                                  *E-mail address*

                                                                  (612) 339-9121
                                                                *Telephone number*

                                                                  (612) 339-9188
                                                                    *FAX number*