IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to All Actions | |

# Plaintiff Steering Committee's Unopposed Motion to Amend the Case Management Plan (Only Concerning Plaintiffs' Leadership Structure)

The Plaintiff's Steering Committee, by liaison counsel, respectfully moves the Court to amend the Case Management Plan (current iteration at CMO #23) **only** to reflect changes in the composition of the PSC. In support, the PSC states the following:

1. The PSC respectfully requests that the Court appoint Jason J. Joy of Jason J. Joy & Associates, PLLC, and Christopher James Baker of Heard Law Firm, PLLC, to the PSC.

2. Messrs. Joy and Baker have completed the necessary paperwork for addition to the PSC, which is attached as Exhibits A and B.

3. In addition, the PSC requests that Keith Jackson be removed as a member of the PSC.

4. A new Case Management Order (i.e., the Eighth Amended Case Management Plan) that reflects the requested changes to the composition of the PSC is attached as Exhibit C.

5. The undersigned counsel has conferred with Cook's counsel, Andrea Pierson, and Cook has no objection to this motion.

**Wherefore**, the Plaintiff's Steering Committee respectfully requests the Court to grant this motion, remove Keith Jackson from the PSC, include Jason J. Joy and Christopher James Baker as members of the PSC, enter the attached proposed 8th Amended Case Management Plan to reflect these changes, and grant all further just and appropriate relief in the premises.

Respectfully submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:    jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
The Law Offices of Ben C. Martin
3219 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthews and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## Certificate of Service

I hereby certify that on April 11, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. Notice will be served on any non-CM/ECF registered parties by first class U.S. Mail, postage prepaid.

/s/ *Joseph N. Williams*
Joseph N. Williams