IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIAINA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

_____

This Documents Relates to All Actions

_____

### AFFIDAVIT OF QUALIFICATIONS OF JASON J. JOY, ESQ. FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

1. I, Jason J. Joy, Esq., respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. I have the willingness and ability to commit substantial time and resources to this matter, the ability to work cooperatively with others, professional experience in class actions, MDLs and mass tort litigation, extensive litigation, appellate and trial experience, and access to resources sufficient to advance the litigation in a timely manner.

3. As more fully set forth below, based on my experience, I would like to take a leadership role in this matter with respect to, inter alia, corporate liability and depositions as well as assist with document review, electronically stored information (ESI) and overall discovery, if, and when appropriate. I would also like to assist or participate in the bellwether trial(s), and appellate issues.

4. I am an attorney in good standing with the State Bar of Texas.  I have been admitted to practice since 2007.  I am admitted to practice in the United States District Court for the Southern District of Texas since 2010, the United States Court of Appeals for the Fifth Circuit since 2014,

the United States Federal Claims Court since 2018, and I have been admitted *pro hac vice* in numerous state and federal courts around the United States.

5. Prior to attending law school, I served on active duty as a U.S. Army Airborne Ranger, primarily as a rifleman and fire team leader in the 2nd Ranger Battalion, 75th Ranger Regiment, U.S. Special Operations Command. After receiving an honorable discharge, I attended Loyola College of Law in New Orleans and was admitted to the State Bar of Texas in 2007.

6. I am and have been the managing partner of Jason J. Joy & Associates, P.L.L.C. in Houston, Texas since 2009. I am also head of the firm's complex litigation and mass tort practices. Previously, I was an associate attorney at the Law Offices of J. Robert Davis, P.C. in Houston, from 2007 to 2008. Before that, I was a law clerk for Steve A. Bryant & Associates in Houston from 2005-2007.

7. I have extensive experience in large, complex cases, including MDLs and mass torts. This experience includes being lead counsel for over 2,000 cases *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL 2179), and I have argued numerous appeals to the U.S. Circuit Court of Appeals for the Fifth Circuit in that same (MDL 2179) litigation. I was lead or co-lead counsel for over 100 cases *In re Genetically Modified Rice Litigation* (MDL 1811) and related state court proceedings; co-lead counsel for over 50 cases in *Boyd Adams, et al vs. Canal Barge Company, Inc., et al,* No. 6:12-cv-00348 (USDC, Western District of Louisiana), a complex, environmental contamination case arising out of an allision on the Gulf Intracoastal Waterway and involving, inter alia, the Federal Tort Claims Act.

8. I have been lead or co-lead counsel in numerous civil and felony criminal trials, I have argued cases before the U.S. Circuit Court of Appeals for the Fifth Circuit, taken and defended

over 200 depositions, taken and defended over 60 expert depositions, served as lead or co-lead counsel in over 100 mediations, and I have recovered in excess of $130,000,000.00 for my clients.

10. I am a member of the American Association for Justice, the National Trial Lawyers Association, the Texas Trial Lawyers Association, and have been identified with distinction by several lawyer rating organizations including being designated as a Life Member of the Multi-Million Dollar Advocates Forum. My biography is on my website and is summarized and attached hereto as Exhibit A.

11. Jason J. Joy & Associates, P.L.L.C. is a national mass torts and serious injuries/wrongful death law firm located in Houston, Texas. Information about my firm is available at www.jasonjoylaw.com. Jason J. Joy & Associates, P.L.L.C. has sufficient financial resources to litigate in an MDL and has advanced millions of dollars to prosecute its cases since its founding.

12. I have substantial experience in tort and product-liability cases as well as large complex matters. I have worked cooperatively with both large groups of co-counsel as well as opposing counsel in order to achieve effective and efficient results for my clients. I am accustomed to working with and against counsel for plaintiffs and defendants in order to build consensus and to litigate disputes in efficient and effective manner in order to reduce disputes that come before the Court. I have the experience, resources, and willingness to commit to this matter and will participate substantively in its advancement.

13. Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. It would be an honor for me to serve on behalf of my own clients and for the common benefit of all Plaintiffs.

Dated: March 15, 2019.  /s/ Jason J. Joy
Jason J. Joy
Texas Bar No. 24058932
JASON J. JOY & ASSOCIATES, P.L.L.C.

909 Texas Street, Suite 1801  
Houston, Texas 77002  
Tel.:  (713) 221-6500  
Fax:   (713) 221-1717  
jason@jasonjoylaw.com