IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to All Actions | |

## AFFIDAVIT OF QUALIFICATIONS OF CHRISTOPHER JAMES BAKER FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

1. I, Christopher James Baker, respectfully submit this affidavit of qualifications in support of my application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation.

2. I have the willingness and ability to commit substantial time to this matter, the ability to work cooperatively with others, and the professional experience in MDLs and mass tort litigation—as well as general litigation, discovery, and jury-trial experience—to help advance this litigation. I also have access to sufficient resources to advance the litigation in a timely manner.

3. As set forth more fully below, based on my experience and commitment, I would like to take a leadership role in this matter with respect to corporate liability, law and briefing, and future trials as well as to assist with discovery and case categorization, if and when needed.

4. I am an attorney in good standing in the State Bar of Texas. I am permitted to practice in all Texas trial and appellate courts. I am admitted pro hac vice in numerous federal courts in the United States—both in connection with IVC Filter litigation and otherwise.

5. I am a trial attorney with the Heard Law Firm, PLLC, in Houston, Texas. Before joining the Heard Law Firm, PLLC, I was an associate with the global law firm of Norton Rose Fulbright in its Houston office. There I represented mostly Fortune 100 companies as part of the Energy and Infrastructure litigation group.

6. I have substantial experience in large, complex cases, including MDLs and mass torts. I am currently involved in IVC Filter litigation with cases in multiple MDL proceedings. *See In re Cordis Corporation et al IVC Filter Litigation* and *In re: Bard IVC Filters Products Liabilty Litigation* (MDL No. 2641). I am also involved in multiple other product-liability mass torts including hips and hernia mesh. *See In re: Stryker LFIT V40 Femoral Head Products Liability Litigation* (MDL No. 2768) and *In re: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation* (MDL No. 2782).

7. I also represent plaintiffs in complex personal injury cases such as an offshore platform operator who was severely burned when a gas-pipeline "pigging" unit malfunctioned and burned the plaintiff. *See Donald Champion v. Garden Banks Gas Pipeline, LLC et al,* No. 2:18-8217 in the Eastern District of Louisiana. I also represent victims of a defective furnace for a recreational vehicle that killed three people. *See Marissa Lynn Cooper et al v. Thor Industries, Inc. d/b/a Dutchmen Manufacturing, Inc. et al,* Cause No. 2017-12607 in the 151st District Court of Harris County, Texas.100

8. I am a member of the American Association for Justice and the Texas Trial Lawyers Association. I graduated *summa cum laude* from Texas Tech University School of Law. My biography is available through my firm's website and is attached as Exhibit A to this Affidavit.

9. The Heard Law Firm is a nationally known trial firm with various leadership positions in mass torts and an active single-event trial practice. The firm also has an active commercial litigation practice. More information about my firm is available at www.heardlawfirm.com. The Heard Law Firm has sufficient financial resources to litigate in an MDL and has advanced millions of dollars to prosecute its cases.

10. I have substantial experience in product-liability law, complex litigation, and national mass torts. I have worked for some time with the leadership of this MDL and have a very productive working relationship with them. I took an active role in preparing the most recent bellwether trial and supported the trial team. I have the experience, resources, and willingness necessary to commit to this matter and I will actively participate to advance the litigation.

11. Based on the foregoing, I respectfully request that this Court appoint me as a member of the PSC. It would be an honor to serve on behalf of my own clients and for the common benefit of all Plaintiffs.

Date: April 9, 2019.                     /s/ C.J. Baker
                                         C.J. Baker
                                         Texas Bar No. 24086719
                                         Heard Law Firm, PLLC
                                         2925 Richmond, Avenue
                                         Suite 1550
                                         Houston, Texas 77098
                                         Telephone: 713-665-1100
                                         cjbaker@heardlawfirm.com

# Exhibit A

# C.J. BAKER

**REQUEST A CONSULTATION (REQUEST-A-CONSULTATION/)**

 (HTTPS://WWW.HEARDLAWFIRM.COM/)    ATTORNEYS (ATTORNEYS/)    C.J. BAKER

← BACK TO PREVIOUS PAGE (ATTORNEYS/)

## EXPERIENCE MATTERS

### C.J. BAKER

C.J. Baker graduated summa cum laude from Texas Tech University School of Law in 2016, where he was one of the most successful advocacy competitors in the country. While maintaining a 3.8 GPA, C.J. claimed the championship and won "Best Brief" honors in the 2016 National Moot Court Competition, which pits the finest law school advocates in the country against one another. C.J. won "Best Advocate" honors en route to his championship in the National Pre-Trial Competition. He also won the State of Texas T.Y.L.A. State Moot Court competition in 2016. As a second-year law student, C.J. was a finalist in the American Bar Association National Appellate Advocacy Competition. Because of C.J.'s and his teammates' work, Texas Tech was ranked the #1 moot court program in the United States in 2016.

In the classroom, C.J. received Top Grade and Academic Distinction Awards in eleven classes, including Evidence, Civil Procedure, Complex Litigation, and Constitutional Law and Trial Advocacy, among others. Additionally, C.J. served as an Articles Editor on the Texas Tech Law Review and was awarded membership into the Order of the Coif and Order of the Barristers. C.J. graduated #3 in his class of 184.



While in law school, C.J. served as a judicial intern for The Honorable Jeff Bohm, Chief Judge, United States Bankruptcy Court, Houston, Texas. Upon graduation he was hired by Norton Rose Fulbright, where he litigated commercial disputes for large energy companies.

C.J. began work with Heard Law Firm in July 2018. He represents clients in a variety of cases involving catastrophic personal injury, wrongful death, product liability, commercial/contract disputes, and medical device and pharmaceutical litigation.

## GET THE JUSTICE & COMPENSATION YOU DESERVE
### CONTACT HEARD LAW FIRM TODAY

Filling out this form does not create an attorney-client relationship with Heard Law Firm. It is simply to put you in contact with our firm so that we can evaluate your potential claim. Do not provide any information that you consider confidential and would not want disclosed to third parties. If you would like to speak with us confidentially, please call us at 713-665-1100 (tel:7136651100).

Name *

Phone *

Email *

Are you a new client?

Message *

I'm not a robot
reCAPTCHA
Privacy - Terms

**REQUEST CONSULTATION**

(https://www.heardlawfirm.com/)

The information provided on this website is for educational purposes only and should not be relied on as legal advice. Legal advice cannot be given without full consideration of all relevant information relating to your individual situation.

## CONTACT INFORMATION

2925 Richmond Ave

Suite 1550

Houston, TX 77098

📞 1-800-906-0608

SEARCH HERE 🔍

## QUICK LINKS

**HOME (HTTPS://WWW.HEARDLAWFIRM.COM/)**

**PRACTICE AREAS (PRACTICE-AREAS/)**

**ATTORNEYS (ATTORNEYS/)**

**CONTACT US (CONTACT-US/)**

**FAQ (FAQ/)**

**CAREERS (CAREERS/)**

**PRIVACY POLICY (PRIVACY-POLICY/)**

**SITEMAP (SITEMAP/)**

**IN THE NEWS (IN-THE-NEWS/)**



© 2018 - 2019, All Rights Reserved.