IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-00664 | 1:19-cv-00672 | 1:19-cv-00955 |
| 1:19-cv-00665 | 1:19-cv-00673 | 1:19-cv-00964 |
| 1:19-cv-00666 | 1:19-cv-00674 | 1:19-cv-00965 |
| 1:19-cv-00667 | 1:19-cv-00675 | 1:19-cv-00967 |
| 1:19-cv-00668 | 1:19-cv-00676 | 1:19-cv-00977 |
| 1:19-cv-00669 | 1:19-cv-00848 | 1:19-cv-00979 |
| 1:19-cv-00670 | 1:19-cv-00952 | 1:19-cv-00983 |
| 1:19-cv-00671 | 1:19-cv-00954 | 1:19-cv-01005 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: April 11, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Roberts Pierson