## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

### THE COOK DEFENDANTS' MOTION TO REDACT AND SEAL EXCERPTS OF THE OFFICIAL TRANSCRIPT RELATED TO THE COOK DEFENDANTS' NET WORTH

The Cook Defendants[1], pursuant to Local Rule 80-2(b) and in accordance with this Court's Order Granting the Cook Defendants' Motion to Seal Court Proceedings for Discussion of Net Worth and to Redact Official Transcript [Dkt. 10051], hereby requests the redaction of all testimony or other evidence regarding the Cook Defendants' net worth from the transcript of the punitive damages phase of trial that took place on February 5, 2019 and that such evidence be sealed from public view. In support of this motion, the Cook Defendants state as follows:

1. On February 4, 2019, the Cook Defendants filed their Motion to Seal Court Proceedings for Discussion of Net Worth and to Redact Official Transcript [Dkt. 10046], which this Court granted February 5, 2019 ("Order to Seal and Redact") [Dkt. 10051].

2. On February 5, 2019, the punitive damages phase was commenced and concluded, during which evidence and argument regarding the Cook Defendants' net worth was presented.

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook").

1

3. Consistent with the Court's Order to Seal and Redact, when the Court Reporter prepared a transcript of the February 5, 2019 proceedings, she sealed approximately 3 pages of testimony related to the Cook Defendants' net worth.

4. The Cook Defendants received the transcript and the sealed excerpts on March 26, 2019.

5. Out of an abundance of caution, and consistent with Local Rule 80-2(b) and representations of the Cook Defendants' counsel to the Court during the February 5, 2019 proceedings, the Cook Defendants are filing this motion to redact and seal all portions of the February 5, 2019 transcript related to the Cook Defendants' net worth. Specifically, the Cook Defendants seek to seal portions of page 34 and page 101 discussing the Cook Defendants' net worth.

6. In the event the Court determines that its Order to Seal and Redact [Dkt. 10051] has already accomplished the procedure contemplated by Local Rule 80-2(b), the Cook Defendants respectfully request that this Motion be denied as moot.

7. If any further orders are necessary for the sealing of the portions of pages 34 and 101 of the February 5, 2019 transcript related to the Cook Defendants' net worth, the Cook Defendants respectfully request that such orders be entered now.

WHEREFORE, consistent with this Court's February 5, 2019 Order [Dkt. 10051], the Cook Defendants respectfully request that the information regarding the Cook Defendants' net worth be redacted and sealed from public view, and for all other just and proper relief.

Respectfully submitted,

Dated:  April 11, 2019

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (#26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

Charles F. Webber (# 215247)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota  55402
Telephone:  (612) 766-7000
Facsimile:   (612) 766-1600
E-Mail:  chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2019, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson