IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br>_____<br><br>This document Relates to Plaintiffs:<br>KRISTOPHER CASTNER, 1:18-cv-01409<br>JANINE FUTCH, 1:16-cv-02103<br>LAWRENCE GRINNELL, 1:16-cv-02311<br>KIMBERLY LADIG, 1:16-cv-02102<br>MARIE LEWIS, 1:17-cv-00859<br>EDUARDO MORENO, 1:16-cv-02310<br>JUSTIN ROSE, 1:18-cv-01410<br>BARRY ROSENBLATT, 1:16-cv-02104<br><br>_____ | NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**RESPONSE IN OPPOSITION TO DEFENDANTS' AMENDED MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

Plaintiffs, Kristopher Castner, Janine Futch, Lawrence Grinnell, Kimberly Ladig, Marie Lewis, Eduardo Moreno, Justin Rose, and Barry Rosenblatt, by and through counsel undersigned, respectfully request that the Court deny the Defendants' Motion to Dismiss without Prejudice pursuant to the Court's Case Categorization Order based on the following:

1. All plaintiffs' cases referenced above were filed prior to the Court's Case Categorization Order. Plaintiffs were injured as a defective Cook IVC filter. The deadline on these cases was missed because of a clerical error in counsel's firm. Undersigned counsel first learned of the missed deadline in the afternoon on Tuesday April 9, 2019. As soon as we were alerted of the error, we immediately contacted defense counsel and complied with the Case Categorization

Order. All Case Categorization forms and supporting medical records were transmitted to Defendants and to the plaintiffs lead counsel on April 9 and 10, 2019.

2. All information contained in the Case Categorization Forms had already been previously submitted to defendants in plaintiffs' profile forms (and any supplements thereto). Accordingly, while plaintiffs acknowledge and apologize for the late filing of the Case Categorization Forms, there is no prejudice to defendants.

3. The defendants have now received the Case Categorization Forms for the above Plaintiffs. While defendants have suffered no prejudice by the late filing, Plaintiffs may be irreparably harmed if their cases were dismissed.

WHEREFORE, plaintiffs respectfully request that this Court deny Defendants' Motion to Dismiss the above-captioned cases.

RESPECTFULLY SUBMITTED this 11th day of April, 2019.

**SNYDER AND WENNER, P.C.**

/s/ David A. Wenner
By_____
David A. Wenner, Esq.
2200 East Camelback Road, Suite 213
Phoenix, AZ  85016
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David A. Wenner
_____