# Jen Tomlinson

| | |
|---|---|
| **From:** | Brian A. Snyder |
| **Sent:** | Wednesday, April 10, 2019 11:14 AM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Jen Tomlinson; david@jurybias.com |
| **Subject:** | Kristopher Castner; 1:18-cv-1409; 1:14-ml-2570 |
| **Attachments:** | Categorization Form (CASTNER).pdf; RECORDS FOR MDL (Castner).pdf |

Please see the attached case categorization form for Kristopher Castner, as well as his medical records, which were previously disclosed

**Brian Snyder**
*Partner*
brian@snyderwenner.com
www.snyderwenner.com
www.personalinjurylawaz.com
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
P. (602) 224-0005 • F. (602) 381-8997


SNYDER & WENNER, PC
Protecting our community,
one case at a time.


Best Lawyers
BEST LAW FIRMS
U.S. News
PERSONAL INJURY
LITIGATION – PLAINTIFFS
TIER 1
PHOENIX
2018


Best Lawyers
BEST LAW FIRMS
U.S. News
MEDICAL MALPRACTICE
LAW – PLAINTIFFS
TIER 1
PHOENIX
2018

• Medical Malpractice • Trucking Accident Litigation •
• Commercial Vehicle Accident Litigation •
• Motorcycle Accident Litigation •

## Jen Tomlinson

| | |
|---|---|
| **From:** | Brian A. Snyder |
| **Sent:** | Tuesday, April 9, 2019 3:29 PM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Jen Tomlinson; david@jurybias.com |
| **Subject:** | Janine Futch Perez; 1:16-cv-02103; 1:14-ml-2570 |
| **Attachments:** | Categorization Form (FUTCH).pdf; RECORDS FOR MDL (Futch).pdf |

Please see the attached case categorization form for Janine Futch Perez, as well as her medical records, which were previously disclosed

**Brian Snyder**
*Partner*
brian@snyderwenner.com
www.snyderwenner.com
www.personalinjurylawaz.com
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
P. (602) 224-0005 • F. (602) 381-8947



SNYDER & WENNER, PC
Protecting our community,
one case at a time.

Best Lawyers BEST LAW FIRMS US News
PERSONAL INJURY
LITIGATION - PLAINTIFFS
TIER 1
PHOENIX
2018

Best Lawyers BEST LAW FIRMS US News
MEDICAL MALPRACTICE
LAW - PLAINTIFFS
TIER 1
PHOENIX
2018

• Medical Malpractice • Trucking Accident Litigation •
• Commercial Vehicle Accident Litigation •
• Motorcycle Accident Litigation •

1

# Jen Tomlinson

| | |
|---|---|
| **From:** | Brian A. Snyder |
| **Sent:** | Tuesday, April 9, 2019 3:23 PM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Jen Tomlinson; david@jurybias.com |
| **Subject:** | Lawrence Grinnell; 1:16-cv-02311; 1:14-ml-2570 |
| **Attachments:** | Categorization Form (GRINNELL).pdf |

Please see the attached case categorization submission for Mr. Grinnell

**Brian Snyder**
*Partner*
brian@snyderwenner.com
www.snyderwenner.com
www.personalinjurylawaz.com
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
P. (602) 224-0005 • F. (602) 381-8997




• Medical Malpractice • Trucking Accident Litigation •
• Commercial Vehicle Accident Litigation •
• Motorcycle Accident Litigation •

1

## Jen Tomlinson

| | |
|---|---|
| **From:** | Brian A. Snyder |
| **Sent:** | Tuesday, April 9, 2019 3:36 PM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Jen Tomlinson; david@jurybias.com |
| **Subject:** | Kimberly Marie Ladig; 1:16-cv-02102; 1:14-ml-2570 |
| **Attachments:** | Categorization Form (Ladig).pdf; RECORDS FOR MDL (Ladig).pdf |

Please see the attached case categorization form for Kimberly Marie Ladig, as well as her medical records, which were previously disclosed

**Brian Snyder**
*Partner*
brian@snyderwenner.com
www.snyderwenner.com
www.personalinjurylawaz.com
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
P. (602) 224-0005 • F. (602) 381-8997

SNYDER & WENNER, PC
Protecting our community,
one case at a time.




- Medical Malpractice • Trucking Accident Litigation •
- Commercial Vehicle Accident Litigation •
- Motorcycle Accident Litigation •

1

## Jen Tomlinson

| | |
|---|---|
| **From:** | Brian A. Snyder |
| **Sent:** | Tuesday, April 9, 2019 3:46 PM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Jen Tomlinson; david@jurybias.com |
| **Subject:** | Marie Lewis; 1:17-cv-859; 1:14-ml-2570 |
| **Attachments:** | Categorization Form (LEWIS).pdf; RECORDS FOR MDL (Lewis).pdf |

Please see the attached case categorization form for Marie Lewis, as well as her medical records, which were previously disclosed

**Brian Snyder**
*Partner*
brian@snyderwenner.com
www.snyderwenner.com
www.personalinjurylawaz.com
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
P. (602) 224-0005 • F. (602) 381-8997



SNYDER & WENNER, PC

Protecting our community,
one case at a time.



• Medical Malpractice • Trucking Accident Litigation •
• Commercial Vehicle Accident Litigation •
• Motorcycle Accident Litigation •

1

## Jen Tomlinson

| | |
|---|---|
| **From:** | Brian A. Snyder |
| **Sent:** | Tuesday, April 9, 2019 3:55 PM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Jen Tomlinson; david@jurybias.com |
| **Subject:** | Eduardo Moreno; 1:16-cv-02310; 1:14-ml-2570 |
| **Attachments:** | Categorization Form (MORENO).pdf; RECORDS FOR MDL (Moreno).pdf |

Please see the attached case categorization form for Eduardo Moreno, as well as his medical records, which were previously disclosed

**Brian Snyder**
*Partner*
brian@snyderwenner.com
www.snyderwenner.com
www.personalinjurylawaz.com
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
P. (602) 224-0005 • F. (602) 381-8997



SNYDER & WENNER, PC
Protecting our community,
one case at a time.



• Medical Malpractice • Trucking Accident Litigation •
• Commercial Vehicle Accident Litigation •
• Motorcycle Accident Litigation •

1

# Jen Tomlinson

| | |
|---|---|
| **From:** | Brian A. Snyder |
| **Sent:** | Wednesday, April 10, 2019 8:13 AM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Jen Tomlinson; david@jurybias.com |
| **Subject:** | Justin Rose; 1:18-cv-1410; 1:14-ml-2570 |
| **Attachments:** | Categorization Form (ROSE).pdf; RECORDS FOR MDL - Rose.pdf |

Please see the attached case categorization form for Justin Rose, as well as his medical records, which were previously disclosed

**Brian Snyder**
*Partner*
brian@snyderwenner.com
www.snyderwenner.com
www.personalinjurylawaz.com
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
P. (602) 224-0005 • F. (602) 381-8997



Snyder & Wenner, PC
Protecting our community,
one case at a time.



• Medical Malpractice • Trucking Accident Litigation •
• Commercial Vehicle Accident Litigation •
• Motorcycle Accident Litigation •

1

# Jen Tomlinson

| | |
|---|---|
| **From:** | Brian A. Snyder |
| **Sent:** | Tuesday, April 9, 2019 4:10 PM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Jen Tomlinson; david@jurybias.com |
| **Subject:** | Barry Rosenblatt; 1:16-cv-02104; 1:14-ml-2570 |
| **Attachments:** | Categorization Form (ROSENBLATT).pdf; RECORDS FOR MDL (Rosenblatt).pdf |

Please see the attached case categorization form for Barry Rosenblatt, as well as his medical records, which were previously disclosed

**Brian Snyder**
*Partner*
brian@snyderwenner.com
www.snyderwenner.com
www.personalinjurylawaz.com
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
P. (602) 224-0005 • F. (602) 381-8997



SNYDER & WENNER, PC

Protecting our community,
one case at a time.



• Medical Malpractice • Trucking Accident Litigation •
• Commercial Vehicle Accident Litigation •
• Motorcycle Accident Litigation •

1