| Name | Total | |
|---|---:|---:|
| Dr. Rebecca Betensky | $513.39 | |
| Tonya Brand | $399.40 | |
| Tyler Brand | $114.90 | |
| James Carlson | $4,165.50 | |
| Tamara Clemmer | $1,790.50 | |
| Meg Senker Donley | $2,210.23 | |
| Dr. Michael Ferrante | $1,450.00 | |
| Dr. Michael Fishbein | $177.19 | |
| Dr. Christy Foreman | $4,810.21 | |
| Dr. Jon Fryzek | $1,745.30 | |
| Dr. James Gardner | $1,612.61 | |
| Dr. David Gillespie | $4,995.65 | |
| Dr. Gregory Gordon | $60.50 | |
| Dr. Dennis Griffin | $2,934.60 | |
| Henrick Gyllun | $2,406.34 | |
| Kem Hawkins | $4,303.46 | |
| James Bernard Hunt | $1,974.25 | |
| Lykke Sylow Iversen | $2,362.20 | |
| Dr. John Kaufman | $2,741.39 | |
| Dr. Scott Keller | $78.00 | |
| Dr. Harlan Krumholz | $235.19 | |
| Dr. Alan Litsky | $137.45 | |
| Dr. Robert McMeeking | $850.04 | |
| Dr. Timothy Morris | $1,904.98 | |
| Dr. Thomas Morrison | $1,356.20 | |
| Mette Neiendam Nielsen | $2,044.59 | |
| Dr. Richard Reisman | $694.50 | |
| Dr. Kenneth Renkens | $1,370.40 | |
| Dr. Mark Rheudasil | $546.65 | |
| Dr. Scott Robertson | $8,177.03 | |
| Dr. Phu Thai | $268.09 | |
| Dr. Roman Uberoi | $9,114.95 | $67,545.69 |
| Scott Blanchard | $2,707.54 | |
| Mark Breedlove | $1,207.99 | |
| Dr. Jennifer Brown | $5,367.29 | |
| Brian Choules | $1,735.94 | |
| Jacob Clausen | $1,000.00 | |
| Bruce Fleck | $5,477.29 | |
| Mark Frye | $1,174.10 | |
| Rita Harden | $2,211.98 | |
| Theodore William Heise | $1,061.68 | |
| Per Hendriksen | $2,136.05 | |
| Anna Jessen | $1,137.68 | |
| April Lavender | $1,707.55 | |
| Arne Molgaard-Neilsen | $2,104.94 | |
| Tom Roberts | $2,205.94 | |

EXHIBIT A

| | | |
|---|---:|---:|
| Darrel Talbert | $3,148.42 | |
| Jesper Thyregod | $2,231.31 | |
| Dr. Paul Timperman | $5,535.79 | |
| William Voorhees | $2,191.95 | $44,343.44 |
| Total Disputes (Pink): | $111,889.13 | |

EXHIBIT A