| Vendor | Description | Amount | Total per Vendor |
|---|---|---|---|
| Courtroom Pixels | Consulting<br>Phone conference with Eric Nelson, Daniel Ambriz re: slides for Krumholz direct. Review outline for Krumholz direct. Create slides for Krumholz direct. Production phone call with Eric Nelson. Review Krumholz outline; extract list of exhibits for all outs. | $2,062.50 | |
| Courtroom Pixels | Airfare - round trip DFW / IND | $1,152.60 | |
| Courtroom Pixels | Travel / Lodging<br>Airefare (difference between first class and coach) | -$136.76 | |
| Courtroom Pixels | Consluting<br>Opening slide for Ben and Denman | $1,100.00 | |
| Courtroom Pixels | Consulting<br>Travel from Dallas to Indianapolis. On site graphics and presentation support. Work on Opening slides for Denman | $4,262.50 | |
| Courtroom Pixels | Lyft - Airport to Hotel | $29.87 | |
| Courtroom Pixels | Travel Time<br>Travel from Indianapolis to Dallas | $618.75 | |
| Courtroom Pixels | Travel / Lodging<br>Conrad Hotel - Jan 12-16 | $1,263.60 | |
| Courtroom Pixels | Airport to Hotel to Airport | $29.72 | |
| Courtroom Pixels | Aire fare - DFW to IND | $989.60 | |
| Courtroom Pixels | Air fare (change fee to arrive 2 days earlier to trial) | $261.00 | |
| Courtroom Pixels | Travel Time<br>Travel from DFW to IND. | $618.75 | |
| Courtroom Pixels | Lyft - Airport to Hotel | $24.97 | |
| Courtroom Pixels | Consulting<br>Air fare (change fee to leave 3 days earlier) | $200.00 | |
| Courtroom Pixels | Dinner - 02/01 GRANITE CITY | $68.30 | |
| Courtroom Pixels | Reimbursable Expenses<br>Lyft - Hotel to Airport | $16.02 | |
| Courtroom Pixels | Travel Time<br>Travel from IND to DFW | $550.00 | |
| Courtroom Pixels | Travel / Lodging<br>Conrad Hotel (01-30-2019 to 02-02-2019) | $921.70 | $14,033.12 |
| Courtroom Concepts | Video Digitizing - Digitizing deposition testimony, synching video to ASCH transcript. Finished product will run in Sanction | $2,600.00 | |
| Courtroom Concepts | Depo Case Building - Case building for pre sync'd depositions | $900.00 | |
| Courtroom Concepts | Case Management - Includes case review consultations by phone regarding visual strategy development, concepts, design development and case analysis. | $975.00 | |
| Courtroom Concepts | Depo Case Building - Case building for pre sync'd depositions | $5,000.00 | |
| Courtroom Concepts | Trial Consultant - Travel to meeting on 5-30-18 and 5-31-18. Responsible for all in-trial technology presentation display. Working directly with the attorneys during witness examination to provide a seamless display of all exhibits, demonstrative evidence and video deposition management. | $3,690.00 | $13,165.00 |
| Van Ausdall & Farrar | SUPPMISC - Folders | $31.50 | |
| Van Ausdall & Farrar | SUPPMISC - Folders | $78.00 | |
| Van Ausdall & Farrar | SCANNING - Hourly Labor | $122.50 | |
| Van Ausdall & Farrar | SUPPMISC - Folders | $34.50 | |
| Van Ausdall & Farrar | IMAGE03 - SCANNING (mixed) | $47.25 | |
| Van Ausdall & Farrar | SUPPMISC - Folders | $96.00 | |
| Van Ausdall & Farrar | SCANNING - HOURLY LABOR | $245.00 | |
| Van Ausdall & Farrar | SUPPMISC - Folders | $84.00 | |

| Vendor | Description | Amount | Total per Vendor |
|---|---|---:|---:|
| Van Ausdall & Farrar | SCANNING - Hourly Labor | $105.00 | |
| Van Ausdall & Farrar | SUPPMISC - 20# PAPER | $18.00 | |
| Van Ausdall & Farrar | SUPPMISC - Folder | $97.50 | |
| Van Ausdall & Farrar | SCANNING - HOURLY LABOR | $17.50 | |
| Van Ausdall & Farrar | SCANNING - hourly labor | $105.00 | |
| Van Ausdall & Farrar | INITIATION FEE | $2,000.00 | |
| Van Ausdall & Farrar | B/W BWP - Total 37,782 | $566.73 | |
| Van Ausdall & Farrar | Printer Rental | $5,090.51 | |
| Van Ausdall & Farrar | Color CLRP - Total 29,020 | $2,321.60 | $11,060.59 |
| Elite Document Technology | Binding: GBC | $480.00 | |
| Elite Document Technology | Print: Tabs - Custom | $185.00 | |
| Elite Document Technology | Project Management: Project Management [#61862] Manually selecting requested listed files in preparation for printing (47 Despondent folders), unzipping exhibits files | $440.00 | |
| Elite Document Technology | Project Management: Project Management [#61906] Extract data from client's media in preparation for printing | $30.00 | |
| Elite Document Technology | Project Management: Project Management [#61994] Extracted data from client's media, tagged for color docs in preparation for printing | $30.00 | |
| Elite Document Technology | Project Management: Project Management [#62046] Extracted data from client's media, tagging color in preparation for printing | $140.00 | |
| Elite Document Technology | Supply: Binder [0.5 inch] | $8.00 | |
| Elite Document Technology | Supply: Binder [1 inch] | $36.00 | |
| Elite Document Technology | Supply: Binder [1.5 inch] | $60.00 | |
| Elite Document Technology | Supply: Binder [2 inch] | $102.00 | |
| Elite Document Technology | Supply: File Folder | $421.25 | |
| Elite Document Technology | Supply: File Folder Labels | $33.50 | |
| Elite Document Technology | Supply: Red welds | $29.75 | |
| Elite Document Technology | Supply: Tabs - Standard Index | $104.30 | $2,099.80 |
| Office Depot Office Max | Printer Toner, Cartridge Color | $457.91 | $457.91 |
| Amazon.com | 1 of: ONLYU KCMY High Yield 046H Toner Cartridges Replacement for Canon 046 046H CRG 046 046H for Canon Color Image CLASS MF735Cdw LBP654Cdw MF731Cdw MF733Cdw Laser Printer - 4 Pack | $96.99 | |
| Amazon.com | 1 of: ONLYU KCMY High Yield 046H Toner Cartridges Replacement for Canon 046 046H CRG 046 046H for Canon Color Image CLASS MF735Cdw LBP654Cdw MF731Cdw MF733Cdw Laser Printer - 4 Pack | $102.49 | $199.48 |
| Platinum | 3-Ring Binder 1" [Clear View] | $6.00 | |
| Platinum | 3-Ring Binder 1.5" [Clear View] | $42.00 | |
| Platinum | 3-Ring Binder 2" [Clear View] | $32.00 | |
| Platinum | 3-Ring Binder 3" [Clear View] | $72.00 | |
| Platinum | 3-Ring Binder 4" [Clear View] | $384.00 | |
| Platinum | 3-Ring Binder 5" [Clear View] | $120.00 | |
| Platinum | Color Scans 8.5x11 | $147.90 | |
| Platinum | Custom Tabs | $312.30 | |
| Platinum | Eletronic Delivery - 1/O | $6.00 | |
| Platinum | Index Tabs | $579.54 | |
| Platinum | Project Archival Storage [per GB] | $14.40 | |
| Platinum | Technical Time: Conversion of Excel, Powerpoint and Word Documents | $43.75 | |
| Platinum | Technical Time: Manual Hand Time Manually Replacing Blue Slipsheets with Yellow slipsheets for all Subfolder Docs | $1,137.50 | $2,897.39 |
| | | **Grand Total** | **$43,913.29** |