| Non- Deposition Costs (A, B, D-G) | | | | |
|---|---|---|---|---|
| Cost Sought | Amount Sought | | Objection | Total Recoverable |
| Fees of the Clerk | $400 | | None | $400.00 |
| Fees for Service of the Summons and Complaint | $21.51 | | No documentation provided | $0.00 |
| Fees for Daily Trial Transcripts | $27,811.02 | | No evidence of necessity | $0.00 |
| Fees for Hearing Transcripts | $992.70 | | No evidence of necessity | $0.00 |
| Witness Fees | $1,482.24 | | None | $1,482.24 |
| Fees for Exemplification and Copies | $195,701.44 | | Not reasonable, necessary, and are for the convenience of counsel | $433.51 |

| C. Fees for Deposition Transcripts and Video Recordings | | | | | | |
|---|---|---|---|---|---|---|
| Cost Sought | Amount Sought | No evidence of necessity | No proof of pages | Per Page Costs Reduction | Ancillary deposition | Other objections | Total Recoverable |
| Dr. Rebecca Betensky | $1,668.79 | $1,668.79 | $1,668.79 | | $513.39 | | $0.00 |
| Allen Brand | $98.20 | $98.20 | $98.20 | | | | $0.00 |
| Tonya Brand | $3,583.40 | $3,583.40 | $3,583.40 | | $399.40 | | $0.00 |
| Tyler Brand | $749.60 | $749.60 | $749.60 | | $114.90 | | $0.00 |
| James Carlson | $7,006.90 | | | $927.10 | $4,165.50 | | $2,657.10 |
| Tamara Clemmer | $3,291.40 | $3,291.40 | | $1,273.85 | $1,790.50 | | $0.00 |
| Meg Senker Donley | $4,484.43 | $4,484.43 | $4,484.43 | | $2,210.23 | | $0.00 |
| Dr. Michael Ferrante | $2,410.00 | $2,410.00 | $2,410.00 | | $1,450.00 | | $0.00 |
| Dr. Michael Fishbein | $896.39 | | $896.39 | | $177.19 | | $0.00 |
| Dr. Christy Foreman | $8,130.96 | | | $2,062.25 | $4,810.21 | | $3,131.00 |
| Dr. Jon Fryzek | $3,106.85 | | | | $1,745.30 | | $1,431.55 |
| Dr. James Gardner | $3,230.91 | | | $777.45 | $1,612.61 | | $1,452.45 |
| Dr. David Gillespie | $7,834.40 | | | $1,449.05 | $4,995.65 | | $2,799.05 |
| Dr. Gregory Gordon | $2,152.50 | | $2,152.50 | | $60.50 | | $0.00 |
| Dr. Dennis Griffin | $4,884.15 | | | $1,540.30 | $2,934.60 | | $1,886.25 |
| Henrick Gyllun | $5,067.44 | | | $1,536.65 | $2,406.34 | | $2,471.65 |
| Kem Hawkins | $6,636.06 | | | $1,175.30 | $4,303.46 | | $2,300.40 |
| James Bernard Hunt | $2,632.60 | $2,632.60 | | $536.30 | $1,974.25 | | $0.00 |

EXHIBIT C

| Cost Sought | Amount Sought | No evidence of necessity | No proof of pages | Per Page Costs Reduction | Ancillary deposition | Other objections | Total Recoverable |
|---|---|---|---|---|---|---|---|
| Lykke Sylow Iversen | $4,722.20 | | | $1,387.00 | $2,362.20 | | $2,322.00 |
| Dr. John Kaufman | $5,584.29 | | | $1,529.35 | $2,741.39 | | $2,654.35 |
| Dr. Scott Keller | $415.50 | | $415.50 | | $78.00 | | $0.00 |
| Dr. Harlan Krumholz | $2,042.94 | | $2,042.94 | | $235.19 | | $0.00 |
| Dr. Alan Litsky | $1,119.60 | $1,119.60 | $1,119.60 | | $137.45 | | $0.00 |
| Dr. Robert McMeeking | $3,321.54 | | | | $850.04 | | $2,471.50 |
| Dr. Timothy Morris | $3,749.48 | | | $894.25 | $1,904.98 | | $1,734.25 |
| Dr. Thomas Morrison | $2,332.80 | | | $459.90 | $1,356.90 | | $919.20 |
| Mette Neiendam Nielsen | $2,993.82 | | | $1,237.35 | $2,044.59 | | $2,197.35 |
| Dr. Richard Reisman | $2,539.05 | | $2,539.05 | | $694.50 | | $0.00 |
| Dr. Kenneth Renkens | $2,522.90 | | | $489.10 | $1,370.40 | | $1,139.10 |
| Dr. Mark Rheudasil | $2,257.25 | | $2,257.25 | | $546.65 | | $0.00 |
| Dr. Scott Robertson | $13,859.61 | | | $2,784.95 | $8,177.03 | | $4,799.95 |
| Dr. Phu Thai | $1,457.84 | $1,457.84 | $1,457.84 | | $268.09 | | $0.00 |
| Dr. Roman Uberoi | $14,228.75 | | | $1,766.60 | $9,114.95 | | $3,216.60 |
| Scott Blanchard | $6,406.24 | $6,406.24 | | $1,788.50 | $2,707.54 | | $0.00 |
| Mark Breedlove | $3,664.24 | | | $1,332.25 | $1,207.99 | | $2,142.25 |
| Dr. Jennifer Brown | $10,606.09 | | | $3,168.20 | $5,367.29 | | $4,708.20 |
| Brian Choules | $5,901.24 | | | $2,179.05 | $1,735.94 | | $3,814.05 |
| Jacob Clausen | $1,390.00 | $1,390.00 | | | $1,000.00 | | $0.00 |
| Bruce Fleck | $10,376.49 | | | $3,456.55 | $5,477.29 | | $4,511.55 |
| Mark Frye | $3,106.85 | | | $1,427.15 | $1,174.10 | | $2,387.15 |
| Rita Harden | $4,931.88 | | | $1,419.85 | $2,211.98 | | $2,474.85 |
| Theodore William Heise | $3,525.43 | | | $1,303.05 | $1,061.68 | | $2,358.05 |
| Per Hendriksen | $4,659.15 | | | $1,244.65 | $2,136.85 | | $2,299.65 |
| Anna Jessen | $3,729.78 | | | $1,390.65 | $1,137.68 | | $1,390.65 |
| April Lavender | $5,010.05 | | | $1,496.50 | $1,707.55 | | $2,891.50 |
| Arne Molgaard-Neilsen | $5,487.24 | | | $2,200.95 | $2,104.94 | | $2,970.95 |
| Tom Roberts | $5,012.64 | | | $1,412.55 | $2,205.94 | | $2,562.55 |
| Darrel Talbert | $9,138.42 | | | $2,898.10 | $3,148.42 | | $5,438.10 |
| Jesper Thyregod | $5,079.01 | | | $1,449.05 | $2,231.31 | | $2,599.05 |
| Dr. Paul Timperman | $10,150.64 | | | $2,536.75 | $5,535.79 | | $4,266.75 |

EXHIBIT C

| Cost Sought | Amount Sought | No evidence of necessity | No proof of pages | Per Page Costs Reduction | Ancillary deposition | Other objections | Total Recoverable |
|---|---|---|---|---|---|---|---|
| William Voorhees | $3,664.24 | | | $1,047.55 | $2,191.95 | | $1,912.55 |

**TOTAL:** **$90,627.35**

EXHIBIT C