# EXHIBIT A

**LAW OFFICE OF**
**BEN C. MARTIN**
**3710 Rawlins St., Suite 1230**
**DALLAS, TEXAS 75204**

BEN C. MARTIN
  BOARD CERTIFIED:
    PERSONAL INJURY TRIAL LAW
    CIVIL TRIAL LAW
    TEXAS BOARD OF LEGAL SPECIALIZATION

THOMAS WM. ARBON
  BOARD CERTIFIED:
    PERSONAL INJURY TRIAL LAW
    TEXAS BOARD OF LEGAL SPECIALIZATION

TELEPHONE
(214) 761-6614

FACSIMILE
(214) 744-7590

JACOB A BOYD
ATTORNEY at Law

November 24, 2016

***Via Email Only****: doug.king@woodenmclaughlin.com*
Douglas B. King
Wooden McLaughlin
211 North Pennsylvania Street
One Indiana Square, Suite 1800
Indianapolis, IN 46204

    Re:    Cook IVC MDL 2570-Document Requests & Production

Dear Doug:

    This letter will serve as Plaintiffs' demand for documents and answers to written discovery requests that Cook has either not produced, or if produced has been objected to such that plaintiffs do not know if the discovery responses are otherwise complete or not.

The written discovery was served in the MDL by plaintiffs in the following form:

1. Plaintiffs' Master Set of Interrogatories, totaling 54 interrogatories—all objected to with no corresponding statement as to whether documents/answers are being withheld or what documents and/or information is being withheld;

2. Plaintiffs' Master Set of Requests For Production, totaling 64 requests for production—all objected to with no corresponding statement as to whether documents are being withheld or what specific documents are being withheld;

3. Plaintiffs' Second Request For Production, totaling 10 requests for production—all objected to and no corresponding statement as to whether any documents are being withheld or which documents are being withheld;

4. Plaintiffs' Third Request For Production, total 1 request—the request was objected to and no corresponding statement was made as to whether any documents are being withheld or which documents were being withheld.

Page **1** of **11**

Cook's broad and boilerplate objections to these specific discovery requests make it impossible for us to determine which portion of any request or interrogatory is not being answered fully, completely, and accurately. Thus, Plaintiffs are shooting in the dark when it comes to accurately determining whether Cook has produced everything responsive to the requests.

As noted above, in addition to objecting to every one of our requests for production and interrogatories, Cook did not specify those things it was withholding or whether it was withholding documents, and as such the Cook defendants are in violation of Fed. R. Civ. Pro. 34. Under Rule 34(b)(2)(B), the defendant must specify the objections to production, and under Rule 34(b)(2)(C) must indicate whether, pursuant to that objection, documents have been withheld.

As noted above, Cook has objected to each request for discovery/interrogatory served upon it--all 129-- with general objections also made by Cook as to each set of discovery. Cook incorporated its general objections as a boilerplate introductory sentence to every single response, stating "Cook incorporates by reference its Preliminary Statements, General Objections, and Definitions. Cook further objects…"

Plaintiffs demand that Cook withdraw each of its objections, general and specific, made in response to these 129 discovery requests.  Demand is also made that if any such objection remains that Cook follow the mandates of Rule 34.  Thus, we are seeking each and every document and answer to the interrogatories and requests for production Cook has not given us in response to the referenced written discovery--a total of 129 requests/interrogatories.

Once again, because Cook has not provided documents or answers to the discovery without placing objections in its response to the discovery requests, plaintiffs have absolutely no way to determine if Cook has withheld documents, what it has withheld, and what remains in its files that are responsive to this discovery.  Thus we make the request as stated above so that complete discovery responses to document requests and complete answers to interrogatories  which plaintiffs are entitled to receive are in fact received in response to the 129 requests and interrogatories served upon the Cook entities.

What we have outlined above is what we need Cook to do. What we outline below is a more specific list of documents we believe have been withheld or not produced by Cook without respect to the way Cook responded or objected to the discovery requests as above noted. The belief that the discovery responses of Cook are incomplete has been derived from a review of the records and data Cook has produced to date.  From that production and subsequent review, we have uncovered what we believe is, in many cases, an intentional withholding of documents while standing behind the objections to our requests. Whether intentional or not we have a right to full and accurate responses to our requests.

Please produce, identify by Bates number and file path, and otherwise respond to the items outlined below so that it can be readily determined where they are in what has been produced, or if not produced then they need to be produced.

1. Provide a date certain by when Cook plans to complete the rolling production of documents responsive to Plaintiffs' discovery requests and explicitly state the number of responsive documents that Defendants still reasonably expect to produce. Plaintiffs have asked for this information several times since the discovery requests were served and responses made--including again in the letter from David Matthews dated September 13, 2016, and plaintiffs have yet to receive a response nor have they received the documents;  Thus please look again at the referenced September 13, 2016, letter.

2. Produce complete copies of all documents created for, discussing, or concerning the VISTA education program and any other similar program designed or intended to support physicians, their societies, and other health professionals, as identified on CookMDL2570_0371681, CookMDL2570_0688947.

3. Produce copies of all the educational material for sales representative training including but not limited to the "Cook Code-Book, Anatomy Handouts, Rapid Review Anatomy Book, Knowledge Matters Binder and CD, SIR Interventional Radiology Sourcebook as identified in CookMDL2570_0431466 including substantially similar documents that may have been known by a different name at different times.

4. Produce a complete copy of the presentation "Unrestricted Celect Filter Introduction - US Launch" authored by Bruce Fleck and Jim Matthews and the associated "assessment" form(s) as identified in CookMDL2570_0427911.

5. Produce all organizational documents or charts depicting the structure and parties involved in Peripheral Intervention both globally and in the US for the time period of the first US Tulip 510k submission K983823 to the present.

6. Produce all scripts and actual recordings of "Venous Drive-Thru" podcasts or similar audio or video recordings related to the sale, marketing, and use of IVC filters.

7. Produce the complete Concur Database and all documents related to your use of Concur's cloud-based solutions. Please also provide a date certain for the completion of this production recognizing that your failure to produce this may impact the upcoming depositions of sales representatives and other witnesses.

8. The complete IRIS database and all documents related to your use of IRIS. Please also provide a date certain for the completion of this production recognizing that your failure to produce this may impact the upcoming depositions of sales representatives and other witnesses.

9. Produce all insurance policies and endorsements for coverage periods after 10/1/2014 to the present. Your previous production of insurance policy documents only encompassed the period of 10/1/2010 to 10/1/2014. Please also produce policies which predate 10/1/2010 or provide an explanation for your refusal to do so.

10. Identify and Produce all documents withheld on the basis of privilege, or redacted in whole or in part which relate to, or concern Dr. H.B. Smouse.

11. Produce a copy of all CD's prepared for sales representatives to deliver to physicians and health care professionals as referenced in multiple Cook internal marketing documents.

12. Produce all new hire training modules related to IVC filters as identified on CookMDL2570_0314449; this request includes but is not limited to modules identified by Course ID below and all modules in the same series of any of the below.

    a. SBU Curriculum

| CINC_CG001 | CINC_CG004 | CINC_CG005 | CINC_CMI011 |
|---|---|---|---|
| CINC_CMI018 | CINC_CMI019 | CINC_CMI020 | CINC_CMI021 |
| CINC_CMI022 | CINC_CMI023 | CINC_CMI024 | CINC_CMI025 |
| CINC_CMI026 | CINC_CMI027 | CINC_CMI028 | CINC_CMI029 |
| CINC_CMI030 | CINC_CMI031 | CINC_CMI032 | CINC_CMI036 |
| CINC_CMI038 | CINC_EMB001 | CINC_EMB004 | CINC_EMB005 |
| CINC_HBS001 | CINC_HBS002 | CINC_IR002 | CINC_IR003 |
| CINC_IR004 | CINC_PI001 | CINC_PI002 | CINC_PI004 |
| CINC_PI005 | CINC_PI006 | CINC_PI013 | CINC_PI015 |
| CINC_PI017 | CINC_PI029 | CINC_PI034 | CINC_PI036 |
| CINC_QA001 | CINC_QA003 | CINC_QA004 | CINC_VEN001 |
| CINC_VEN002 | CINC_VEN003 | CINC_AI001 | CINC_CC001 |
| CINC_CC002 | CINC_CC003 | CINC_CC004 | CINC_CC005 |
| CINC_CC006 | CINC_CC015 | CINC_CC016 | CINC_CG003 |
| CINC_CG007 | CINC_CMI005 | CINC_CMI033 | CINC_CMI034 |
| CINC_EMB002 | CINC_EMB003 | CINC_EMB006 | CINC_EMB007 |

| CINC_EMB008 | | | |
|---|---|---|---|

b. PI Curriculum

| CINC_IR003 | CINC_PI017 | CINC_IR001 | CIRL_EHS001 |
|---|---|---|---|
| CINC_PI036 | CINC_PI001 | CINC_PI005 | CINC_PI039 |
| CINC_PI051 | CINC_PI002 | CINC_PI003 | CINC_PI034 |
| CINC_PI020 | CINC_PI042 | CINC_PI043 | CINC_PI044 |
| CINC_PI045 | CINC_PI029 | CINC_PI049 | CINC_PI050 |
| CINC_PI013 | CINC_PI046A | CINC_PI046C | CINC_PI053 |
| CINC_VEN001 | CINC_VEN003 | CINC_VEN002 | CINC_PI004 |
| CINC_PI006 | CINC_AI006 | CINC_IR020 | CINC_IR021 |
| CINC_PI059 | CINC_HBS001 | CINC_HBS002 | |

13. Produce all sales course training modules related to IVC filters as identified on CookMDL2570_0383099 including but not limited to the modules identified by Course ID below and all modules in the same series of any of the below.

a. Course ID from CookMDL2570_0383099

| CINC_CG001 | CINC_CG004 | CINC_CG005 | CINC_CG011 |
|---|---|---|---|
| CINC_CMI011 | CINC_CMI019 | CINC_CMI020 | CINC_CMI036 |
| CINC_CMI038 | CINC_IR020 | CINC_IR021 | CINC_AI005 |
| CINC_IR022 | CINC_IR023 | CINC_IR024 | CINC_IR025 |
| CINC_HBS001 | CINC_HBS002 | CINC_PI001 | CINC_PI002 |
| CINC_PI003 | CINC_PI004 | CINC_PI005 | CINC_PI006 |
| CINC_PI012 | CINC_PI013 | CINC_PI015 | CINC_PI017 |
| CINC_PI020 | CINC_PI029 | CINC_PI034 | CINC_PI036 |
| CINC_PI039 | CINC_PI042 | CINC_PI043 | CINC_PI044 |
| CINC_PI045 | CINC_PI046A | CINC_PI046C | CINC_PI049 |
| CINC_PI050 | CINC_PI050AU | CINC_PI051 | CINC_PI053 |

| CINC_QA001 | CINC_QA003 | CINC_QA004 | CINC_PI056 |
| --- | --- | --- | --- |
| CINC_PI057 | CINC_PI058 | CINC_WCE001 | |

14. Produce data from the Global Product File (GPF) that identifies every IVC filter sold by Cook in any country or geographic region including all product catalogue numbers and reference part numbers for ALL versions of the, Gunther Tulip filter (tethered, stainless steel, and elgiloy versions), Celect filter, and Celect Platinum filter.

15. Produce complete responses to requests 7, 8, and 9 from Plaintiffs Second Request for Production. Your previous response to this request is inadequate in that only 47 documents were produced for all entities and only included annual reports from WCE for 2005-2010, Balance Sheets and Income Statements from Cook Inc. and Cook Medical Inc. from 2006-2015. Produce all documents responsive to these requests from 2000 to the present. These requests seek documents relevant to the net worth of the Cook entities and request is hereby made for the complete production of net worth information relevant to Cook entities.

16. Identify all reference part numbers (RPN) for any and all IVC filters you have manufactured, sold, tested or distributed from 1992 on the date the Gunther Tulip was first sold to the present.

17. Identify all RPN numbers for any filter product and related documents including complaints that have been withheld based on your general or specific objections to Plaintiffs discovery requests. This request includes complaint files from the paper files of Cook, as well as any database or computer used to store complaints such as jBase or Trackwise.

18. Identify the total number of complaints related to the reference part number IGTCFS-30 and all other RPNs for any version of the Gunther Tulip, Celect, or Celect Platinum.

19. Identify and produce all complaint files and documents on the IGTCFS-30 prefix of the Gunther Tulip.

20. Identify the product complaint and RPN number for the Tulip filter that was the subject of the article "Incorporation of the Gunter Temporary Inferior Vena Cava Filter into the Caval Wall" authored by Brent E. Burbridge et al., J Vasc Interv Radiol. 1996.

21. Identify the product complaints and RPN numbers for the Tulip filters which were the subject of the clinical studies included as appendices to Cook's 1998 and 2000 510k submissions, K983823 and K000855, respectively.

22. Identify all tables, charts, documents, databases which clearly list all complaint numbers and indicate whether the complaint was reported or not reported to the FDA as required by 21 C.F.R. 803.

23. Identify every basis on which you have redacted documents for reasons other than privilege and produce a list of bates numbers with file path information for **All** these documents.

24. Produce every document which has been withheld or redacted on the basis of proprietary content, ongoing clinical studies content, and Celect Platinum content, ***in complete un-redacted form***.

25. Produce complete **un-redacted** copies of the following redacted documents
    a. CookMDL2570_0594883- IVC Filter Project Team Minutes 11272007
    b. CookMDL2570_0600413- IVC Filter Team Minutes 022608
    c. CookMDL2570_0594881- IVC Filter Team Minutes 010808
    d. CookMDL2570_0594879-IVC Filter Project Team Meeting 1-22-2008
    e. CookMDL2570_0594924- IVC Filter Project Team Minutes 102407
    f. CookMDL2570_0435867- Minutes_filter_team_meeting_2006-01-17
    g. CookMDL2570_0594927- IVC Filter Project Team Meeting Minutes 091807
    h. CookMDL2570_0453411   Slides.ppt
    i. CookMDL2570_0303901   Post-meeting IVC filter/Venous Therapies Program updates
    j. CookMDL2570_0404154   RE: IVC Filter Studies/Registries
    k. CookMDL2570_0450453   IVC Filter IDE protocol for Pre-Sub Clean.pdf
    l. CookMDL2570_0453413   12-8-10 IVC Filter study.pptx
    m. CookMDL2570_0453410   VS: FDA slides-IVC Filter Meeting 8/10/12
    n. CookMDL2570_0453412   Task force slides-IVC Filter Meeting 8/10/12
    o. CookMDL2570_0554998   CAPA637_QRB-opf?lgning.pptx
    p. CookMDL2570_0620316   SV: Filter study
    q. CookMDL2570_0624940   TS110172-R.docx
    r. CookMDL2570_0625131   Artikel high cycle fastigue fracture
    s. CookMDL2570_0796823   CIVC study - adverse events
    t. CookMDL2570_0800986   My dear Arne
    u. CookMDL2570_0618242   SKMBT_C45007101708360.pdf
    v. CookMDL2570_0618267   SV: HASTER UDFYLDELSE AF FRIGIVELSE IGTCFS
    w. CookMDL2570_0618270   SV: HASTER UDFYLDELSE AF FRIGIVELSE IGTCFS
    x. CookMDL2570_0618243   50-10-07-IGTCFS--FEM.doc
    y. CookMDL2570_0618269   50-10-07-IGTCFS--FEM.doc
    z. CookMDL2570_0618272   50-10-07-IGTCFS--FEM.doc
    aa. CookMDL2570_0618241   VS: HASTER UDFYLDELSE AF FRIGIVELSE IGTCFS
    bb. CookMDL2570_0618268   51-10-07-IGTCFS--JUG.doc
    cc. CookMDL2570_0618244   51-10-07-IGTCFS--JUG.doc
    dd. CookMDL2570_0618271   51-10-07-IGTCFS--JUG.doc

    ee. CookMDL2570_0624939   VS: Minutes of ISO VP meeting and notice for next meeting and a filter test
    ff. CookMDL2570_0771330   IVC Filter IDE protocol for Pre-Sub Clean.pdf
    gg. CookMDL2570_0319188   CIVIC-VIVO.xlsx
    hh. CookMDL2570_0319188- Bruce Fleck 2007 Accomplishments.doc
    ii. CookMDL2570_0319188- 2013 Filter sales strategy
    jj. CookMDL2570_0782993- Email thread Re List of Tenting Complaints

26. Confirm that the email thread with beginning Bates of CookMDL2570_0878632 is complete and that no portion has been inadvertently deleted or left out.

27. Identify "MB Stepanek" and his/her role and relationship with Cook as indicated in CookMDL2570_0371882 (IVC Filter Team Minutes 022608.doc) and produce all documents related to or concerning "MB Stepanek."

28. Confirm that the custodial files from the custodians "CAPA" and "CAPA_Old" have been produced in their entirety or a date certain when they will be if they have not. Please also identify any other file custodians or file path locations containing documents similar to those found in "CAPA" and "CAPA_Old."

29. Explicitly state whether any complaint files have been withheld from Plaintiffs request for production #43, and produce all such complaints. This request is not to be answered subject to any blanket objection such as that stated in Cook's October 2, 2016 letter which stated "The 1997 complaint is the earliest complaint file that we identified consistent with our April 15, 2015, responses to the Master Request for production" which we now know to be vague, misleading, and obstructive.

30. Provide file path information for the following compliant files records and ALL other records which lack file path information.
    a. CookMDL2570_0912083
    b. CookMDL2570_0912084
    c. CookMDL2570_0912085
    d. CookMDL2570_0912086
    e. CookMDL2570_0912087
    f. CookMDL2570_0912088
    g. CookMDL2570_0912089
    h. CookMDL2570_0912090
    i. CookMDL2570_0912091
    j. CookMDL2570_0912092
    k. CookMDL2570_0912093
    l. CookMDL2570_0912094
    m. CookMDL2570_0912095
    n. CookMDL2570_0912096
    o. CookMDL2570_0912097
    p. CookMDL2570_0912098
    q. CookMDL2570_0912099
    r. CookMDL2570_0912100
    s. CookMDL2570_0912101

    t. CookMDL2570_0912102

31. Produce all current complaint files in their entirety including all MDR reports, all analysis, all images in the format in which they were received (if cook received a CD of DICOM images we want the CD reproduced, if Cook received .jpg files in an email we want the email and images), this request includes the following complaint files which reference images or the review of images but for which no images have been produced.
    a. PR 40313
    b. PR 81273
    c. PR 45453
    d. PR 83959
    e. C200307M/AUS

32. Produce all records within the defendant's production which are associated with the .fmea file extension in a format which is decipherable and can be opened and viewed with standard software. You previously refused to produce these files in a format that is viewable and representative of the records as viewed by the Defendants employees and agents in the normal course of business. The extracted text you have produced is not representative of the records as viewed by Cook employees, a portion of CookMDL2570_0579859 is depicted below to illustrate the issue with your production.

    a. CookMDL2570_0579859

```
b c d e f g h i j k                l
m  n  oa0 1 2 3 4 5 6 7 8 9 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z a c d e f g h i j k l m n o p q r s t u
 v w x y z R o o t   E n t r y i H 1 C O N T E N T S
M D 5 S U M S F 0 document status approved 2 PRINT OPTIONS output type print 2
a SELECTION ACTIVE BRANCH É½ 2 2 2       a COLUMN SEL
column2 2 a a SELECTION ITEM active h 2 2 2 2 x2 W row
record Tk origin   k T 2
a SELECTION ITEM T       link
branch record V active
a COLUMN SEL LINK u referrer V row a SELECTION ACTIVE BRANCH Q branch COLUMN print only hide label W C 3 W c 3  b0 visib
le W C b 3q l Cr W W 2 3 W u a COLUMN SEL
5 column   T Q CU U b a SETTINGS SEL
b 39 record Sk origin A keep visible 2
E is link 3e c Cf   3n l Co   0 AI schema version M app ver low b 3w UC Q 3r l q 3J I     b 3 W 3o l n u W Cv   3c W C V I
  CJ l 3 k A a SELECTION ACTIVE BRANCH Q I
R T m T l 3X T W YC 4 b 3l T Cm V a COLUMN SORT reverse c L COLUMN SORT        link È…
column rowreverse L a SELECTION ACTIVE BRANCH   branch
3a SELECTION ITEM link branch record active 3 C 3  C 9 8 a COLUMN SEL row
record W column origin 1 edit sel2 5 edit sel 9 editing keep visible COLUMN      desc    use list name   COLUMN visible  h
     À       a COLUMN SEL      row
record column origin active keep visible h C 19         1   a COLUMN SEL À edit sel2   edit sel   C a SELECTION ITEM Þ– act
ive      a COLUMN SEL
column 2 Z edit sel2 edit sel
ZEC row record Uk origin keep visible N F 12 Ó–        1
DLD a COLUMN SEL        edit sel2
edit sel   F a SELECTION ITEM Þ– active   Ú 2
a COLUMN SEL
rowrecord column origin keep visible    kp 19   1 Advancing wire through the membrane
17 Membrane is leaking  Severe leaking may occur and cause overconsumption of fluids   U
```

33. Produce all responsive image files and other relevant files which have been "misidentified as junk" and were to have been produced "within the next week or so" as stated in James Boyers letter dated November 2, 2016.

34. Produce hard copy duplicates of all discs (CD) of radiographic images kept by Arne M. Nielsen or any other Cook employee involved in the analysis and processing of product complaints. This request is made necessary by the fact that the documents produced from the CD's did not include the necessary executable files required to open and view the contents of the CDs.

35. Produce all DICOM images related to any and all product complaints in their native format; this request encompasses any future complaint files as well as those previously produced. To the extent Cook is in possession of native DICOM files but instead produced a PDF or Tiff representation of the images request is hereby made to native copies. The DICOM natives are needed so that they can be analyzed and viewed by Plaintiffs in the same manner and with the same benefit the Cook employees had access to via the use of native files and DICOM viewers including the ability to manipulate, measure and otherwise analyze images of filters which have perforated, fractured, migrated or had otherwise failed.

36. Produce all DICOM images related to any and all animal or clinical studies, trials or experiments performed at any of the Defendants or under the direction, control, or supervision of the Defendants, including but not limited to those performed at MED Institute or by any other CRO utilized by Cook in any of its studies on IVC filters.

37. Produce the *actual* histologic slides of the sheep tissue prepared for Cook's meeting with representatives of the FDA in which suggestion and argument concerning "tenting" vs. "perforation" of sheep Vena cavas was made.

38. Produce any and all documents that may be missing, withheld, or misidentified as junk files or non-responsive documents that are related to any product complaint already produced or to be produced in the future including but not limited to accurate reproduction of image files, MDR reports, or internal communication and analysis of any product complaint.

39. Produce any and all documents in which Cook IVC filters have been explicitly or implicitly stated, or thought to be, the primary cause or secondary cause of a patient's death, regardless of, and not limited by, Defendants' own determination of the legitimacy of the claim, including but not limited to documents and correspondence from the FDA, any foreign regulatory body, implanting physicians, radiologists, pathologists, and/or Cook personnel.

This letter is not intended to affect the ongoing dispute as has arisen about the privilege logs or lack thereof and the lack of specificity of privilege and work product assertions. Indeed we will be responding to recent correspondence from defense counsel concerning those issues in other emails and correspondence.

This letter is not intended to waive the right of plaintiffs to point out and assert the need for production of other documents we have requested that may come to the fore after review of documents provided in discovery.

This letter is not intended to affect the ongoing "complaint" production issue in which Magistrate Baker has told plaintiffs' counsel to request complaints from Cook in addition to the ones Cook has provided in discovery.

This letter is not intended to absolve the Defendants of their duty to supplement or correct its disclosure or response as required by Fed. R. Civ. Pro. 26.

Page **10** of **11**

Very truly yours,

Ben C. Martin
Law Offices of Ben C. Martin