# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:  All Actions

**ORDER ON PLAINTIFFS' MOTION TO REMAND AND TRANSFER VENUE**

On this day, the Court considered Plaintiffs' Motion to Remand and Transfer Venue.  After considering the Motion, other papers on file and hearing arguments of counsel, the Court GRANTS this Motion and further orders as follows:

1. Plaintiffs' Steering Committee ("PSC") shall have 90 days from the date of this Order to take any expert or fact depositions that the PSC deems will be useful to individual Plaintiffs upon remand;

2. On _____, 2019, the PSC shall provide the Court with a list of cases directly filed in the MDL and indicate each District Court and Division to which such direct-filed cases shall be transferred.

3. On _____, 2019, the Court will transfer all direct-filed cases from the MDL to the proper District Court and Division under 28 U.S.C. § 1404(a).

4. On _____, 2019, the Court will recommend that cases transferred to the MDL be remanded by the Judicial Panel on Multidistrict Litigation ("JPML") to the transferor districts (*see* JPML Rule 10.1(b) and 28 U.S.C. 1407(a)).

Dated:_____

                                                                                       _____
                                                                                       Honorable Richard L. Young
                                                                                       United States District Judge
                                                                                       Southern District of Indiana