**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**EXHIBIT A TO MOTION TO DISMISS
PLAINTIFF SCHEDULE**

| Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Bailey, Hessard Charles | 1:18-cv-04045 | 1/25/2019 | 1/31/2019 | 1 |
| Benge, Robert | 1:18-cv-03458 | 1/28/2019 | 1/31/2019 | 2 |
| Dixon, Cindy | 1:19-cv-539 | 3/3/2019 | 3/8/2019 | 3 |
| Donahue, Shannon | 1:19-cv-00110 | 2/11/2019 | 2/22/2019 | 4 |
| Embry, Darlena | 1:19-cv-00111 | 2/11/2019 | 2/20/2019 | 5 |
| Haney, Roy Allen | 1:18-cv-03725 | 1/28/2019 | 1/31/2019 | 6 |
| Hardy, Earl Edward | 1:18-cv-03967 | 1/16/2019 | 1/24/2019 | 7 |
| Hogue, Donna | 1:19-cv-00211 | 2/20/2019 | 2/26/2019 | 8 |
| Horn, Teresa Dawn | 1:18-cv-03455 | 1/28/2019 | 1/31/2019 | 9 |
| Johnson, Willie R. | 1:19-cv-00089 | 2/11/2019 | 2/20/2019 | 5 |
| Kreblin, Marilyn L. | 1:19-cv-00207 | 2/18/2019 | 2/22/2019 | 10 |
| Manford, Lyndon | 1:19-cv-00095 | 2/11/2019 | 2/20/2019 | 5 |
| Matthews, Robert J. Jr. | 1:18-cv-03456 | 1/28/2019 | 1/31/2019 | 11 |
| Newton, Maria Anna | 1:18-cv-03500 | 1/28/2019 | 1/31/2019 | 12 |
| Puffer, Jill M. and Robert | 1:19-cv-00118 | 2/11/2019 | 2/20/2019 | 5 |
| Schech, Jonathan | 1:19-cv-00057 | 2/7/2019 | 2/20/2019 | 5 |
| Schwenk, Phillip | 1:18-cv-03502 | 1/28/2019 | 1/31/2019 | 13 |
| Smith, Candy Joe | 1:18-cv-03729 | 12/28/2018 | 1/15/2019 | 14 |
| Sons, Andrea | 1:18-cv-03422 | 1/28/2019 | 1/31/2019 | 15 |

mrdanner.122788927.1.DOCX