IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | § § § § § § § § § Case No.1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to All Actions | |

**ORDER ON THE PLAINTIFFS' STEERING COMMITTEE (PSC)'S MOTION TO AMEND THE MARCH 16, 2016 ORDER ON RULES, POLICIES, PROCEDURES GUIDELINES RELATING TO ESTABLISHING COMMON BENEFIT FEE AND EXPENSE FUND**

This comes before the Court on Plaintiffs' Steering Committee (PSC) Motion to Amend the March 16, 2016 Order on Rules, Policies, Procedures Guidelines Relating to Establishing Common Benefit Fee and Expense Fund, which motion is on file and part of the Court's records.

The Court, having reviewed said motion and being duly advised in the premises, hereby finds that the PSC's motion is GRANTED.

It is therefore Order that Section IV (B) (3) of the March 16, 2016 Order on Rules, Policies, Procedures Guidelines Relating to Establishing Common Benefit Fee and Expense Fund is amended to reflect an increase in the assessments for common benefit attorneys' fees and costs to nine percent for attorneys' fee and five percent for expenses.

ORDERED this _____ day of _____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana