IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to

    KIMBERLY KAMP
    1:17-cv-02144-RLY-TAB

    Plaintiff's Motion to Withdraw and Substitute Counsel is GRANTED.

    IT IS HEREBY ORDERED that Justin W. Fishback, Matthew J. Riley and Ethan Shaw, and the firm SHAW COWART LLP are hereby withdrawn as counsel of record in this action, and Ben C. Martin, and the firm LAW OFFICES OF BEN C. MARTIN are hereby substituted as counsel of record in the above-referenced cause of action.

Date: 4/16/2019

                                          Tim A. Baker
                                          United States Magistrate Judge
                                          Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.