**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2570<br><br>HON. JUDGE RICHARD L. YOUNG<br><br>MAG. JUDGE: TIM A. BAKER |
| This Document Relates to:<br><br>*James Stipanovich and Connie Stipanovich v. Cook Medical, Inc., et al.*;<br><br>Case No. 1:16-cv-02858 | |

## AMENDED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting widow/Personal Representative Connie Stipanovich as plaintiff on behalf of the deceased Plaintiff, James Stipanovich and to memorialize this substitution on the amended Short Form Complaint.

1. Plaintiffs filed a products liability lawsuit against defendants on October 20, 2016.

2. Counsel for Plaintiffs was subsequently notified that Plaintiff James Stipanovich died on June 18, 2018.  A Notice and Suggestion of Death was filed on February 19, 2019.

3. Plaintiff James Stipanovich's product liability action against defendants survived his death and was/is not extinguished.

4. Connie Stipanovich, surviving widow and Trustee/Representative of the estate of Plaintiff James Stipanovich, is a proper party to substitute for plaintiff-decedent James Stipanovich and Connie Stipanovich and has proper capacity to proceed forward with the

surviving products liability claim on Plaintiffs' behalf, pursuant to Fed. R. Civ. P. 25(a)(1). Connie Stipanovich was appointed Trustee/Personal Representative of The James and Constance Stipanovich Trust upon the death of Plaintiff James Stipanovich. A copy of the pertinent pages of The James and Constance Stipanovich Trust are attached hereto as "Exhibit A."

5. Plaintiffs' Short Form Complaint ("SFC") should be amended to show Connie Stipanovich as the new party Plaintiff. A copy of the proposed amended SFC is attached hereto as "Exhibit B."

6. Undersigned counsel has conferred with defendants' counsel and none oppose this Motion.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff. Counsel for Plaintiff(s) further request that this Honorable Court grant that the SFC be amended to show the substituted Plaintiff and to order the clerk to file the amended SFC in the case docket.

Dated: April 1, 2019

Respectfully Submitted,

By: /s/ *Nathan Buttars*
Nathan Buttars, UT Bar # 13659
T. Aaron Stringer, UT Bar # 12681
LOWE LAW GROUP
6028 S. Ridgeline Drive, #200
Ogden, UT 84405
Tel: 801-917-8500
Fax: 801-917-8484
nate@lowelawgroup.com
aaron@lowelawgroup.com
*Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing *Motion to Substitute Party Plaintiff and Amend Complaint* has contemporaneously with or before filing been served on all parties or their attorneys on the Court's ECF System, which will send notification of such filing to all counsel of record.

Dated: April 1, 2019                                         /s/ Nathan Buttars