## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRIT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master File No. 1:14-ml-2570<br>MDL No.  2570 |
| THIS DOCUMENT RELATES TO:<br><br>*Shannon Donahue v. Cook, Inc., et al.,*<br><br>Case No.:  1:19-cv-00110 | |

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of the above captioned action **without prejudice**.   All parties shall bear their own fees and costs.

| | |
|---|---|
| **NIEMEYER, GREBEL & KRUSE, LLC** | **FAEGRE BAKER DANIELS LLP** |
| /s/ Michael S. Kruse<br>Michael S. Kruse<br>10 S. Broadway, Suite 1125<br>St. Louis, MO 63102<br>314/241-1919 (T)<br>314/665-3017 (F)<br>kruse@ngklawfirm.com<br><br>*Attorneys for Plaintiff* | /s/ Andrea Pierson<br>Andrea Pierson<br>Kip McDonald<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204<br>Andrea.pierson@faegrebd.com<br>Kip.McDonald@faegrebd.com<br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF Filing System this 16th day of April, 2019.

/s/ Michael S. Kruse