**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO THE COOK DEFENDANTS' OBJECTIONS TO
<u>PLAINTIFF'S AMENDED BILL OF COSTS</u>**

Plaintiff, by counsel, and without opposition from the Cook Defendants, respectfully requests the Court for an extension of time to file her response to the Cook Defendants' Objections to Plaintiff's Amended Bill of costs. In support of this unopposed motion, Plaintiff states the following:

1. Plaintiff's response is currently due on April 19, 2019.

2. This deadline has not been previously extended.

3. This extension will not interfere with any case deadlines.

4. Plaintiff requests an extension of 3 weeks, until and including May 10, 2019.

5. The undersigned counsel has discussed this proposed extension with counsel for the Cook Defendants, and the Cook Defendants do not oppose this motion.

6. This motion is not made for purposes of delay.

WHEREFORE Plaintiff respectfully requests that the Court grant her an extension until May 10, 2019, to file her response to the Cook Defendants' Objections to Plaintiff's Amended Bill of Costs.

Dated April 17, 2019.

Respectfully Submitted,

 */s/ Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com

*Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee*

*/s/ Michael W. Heaviside*
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@martinbaughman.com

*/s/ David P. Matthews*
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250

            Facsimile: (713) 535-7184

            *Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF SERVICE

 I hereby certify that on April 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

            */s/ Ben C. Martin*
            Ben C. Martin