**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-6018-RLY-TAB

## **ORDER**

Having considered Plaintiff's Unopposed Motion for Extension of Time to File a Response to the Cook Defendants' Objections to Plaintiff's Amended Bill of Costs, the Court is of the opinion that the motion should be GRANTED.

Plaintiff is hereby granted until and including May 10, 2019, to file her response to the Cook Defendants' Objections to Plaintiff's Amended Bill of Costs.

                                                                                                  _____
                                                                                                  RICHARD L. YOUNG, JUDGE
                                                                                                  United States District Court
                                                                                                  Southern District of Indiana