IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

| | | |
|---|---|---|
| John Mattingly | Civil Case # | 1:17-cv-4708 |
| Marissa Miller | Civil Case # | 1:17-cv-02880 |
| Leroy Mosby | Civil Case # | 1:17-cv-1911 |
| Harold Pierite | Civil Case # | 1:17-cv-00357 |
| Jesus Quintana | Civil Case # | 1:18-cv-1169 |
| Cherry Schuster | Civil Case # | 1:17-cv-4705 |
| Daniel Laufer | Civil Case # | 1:18-cv-3163 |

**RESPONSE IN OPPOSITION TO DEFENDANT'S SECOND AMENDED MOTION TO DISMISS PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

COMES NOW the Plaintiffs captioned above, by counsel, and respectfully requests that this honorable Court deny the Defendant's Second Amended Motion to Dismiss Pursuant to the Court's Case Categorization Order ( the "Motion") as it relates to the above captioned Plaintiffs. The sanction of dismissal would be disproportionate to any claimed non-compliance and would cause undue prejudice to the Plaintiffs in this case. In support of this request, Plaintiffs state the following;

On February 21, 2019, Defendants filed their Second Amended Motion to Dismiss in the above captioned cases, in addition to a number of other cases concerning plaintiffs not represented by Andrus Wagstaff, PC. Plaintiffs John Mattingly, Leroy Mosby, Jesus Quintana, and Cherry Schuster were listed in Exhibit A of the Motion for failure to produce a Case Categorization Form.

Case Categorization Forms and corresponding records have now been properly served on Defense, by email, as shown in "Exhibit 1", attached hereto. Plaintiffs Daniel Laufer, Marissa Miller, and Harold Pierite were listed in Exhibit B of the Motion for failing to produce medical records in support of their Case Categorization Forms. Plaintiffs have submitted to the Defense via email, attached hereto as "Exhibit 2" that said plaintiffs have suffered emotional injuries at this time and Counsel for these Plaintiffs is not in possession of any medical records relating to the emotion injuries referenced in the Case Categorization Forms.

Plaintiffs respectfully submit that they are now in compliance with the Court's Case Categorization Order and that there is no just cause to dismiss their claims.

Respectfully submitted,

*/s/ C.J. Cuneo* _____
C.J. Cuneo
**ANDRUS WAGSTAFF**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Cj.cuneo@andruswagstaff.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ C.J. Cuneo* _____