# EXHIBIT 1



C.J. Cuneo <cj.cuneo@andruswagstaff.com>

## Case Categorization forms - Exhibit B

**C.J. Cuneo** <cj.cuneo@andruswagstaff.com>  Tue, Apr 16, 2019 at 9:13 AM
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Hello,

Plaintiffs Daniel Laufer, Marissa Miller, and Harold Pierite were listed in Exhibit B in Cook's Amended Motion to Dismiss filed on March 14, 2019 for failing to produce medical records in support of their case categorization form. These plaintiffs are product in place cases with emotional injuries. We do not have medical records documenting these injuries at this time.

Thank you,

**C.J. Cuneo**
Attorney

Inline image 1
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Office: 303-376-6360
Fax: 303-376-6361
cj.cuneo@andruswagstaff.com
www.andruswagstaff.com

This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.