# EXHIBIT 2



C.J. Cuneo <cj.cuneo@andruswagstaff.com>

## Case Categorization forms
1 message

**C.J. Cuneo** <cj.cuneo@andruswagstaff.com>  Tue, Apr 16, 2019 at 8:15 AM
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com

Hello,

Attached, please find the case categorization forms and medical records for the following clients;

John Mattingly
Leroy Mosby
Jesus Quintana
Cherry Schuster


**C.J. Cuneo**
Attorney

Inline image 1
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Office: 303-376-6360
Fax: 303-376-6361
cj.cuneo@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

---

**11 attachments**

- **20171018 - Schuster, Cherry - OhioHealth Mansfield.pdf**
  718K
- **20190311 - Schuster, Cherry - Case Categorization Form (1).pdf**
  157K
- **20180326 - Quintana, Jesus - St. Francis Hosp. Med. Ctr..pdf**
  14346K
- **20190311 - Quintana, Jesus -  Case Categorization Form (1).pdf**
  194K
- **20190314 - Mosby, Leroy - Case Categorization Form.pdf**
  197K
- **20180622 - Mosby, Leroy - WellStar Kennestone Hosptial.pdf**
  525K
- **20170509 - Mosby, Leroy - WellStar Kennestone Med Ctr.pdf**
  5525K
- **20190311 - Mattingly, John - Case Categorization Form (1).pdf**
  204K

- **20180122 - Mattingly, John - Client produced packaging.pdf**
  81K

- **20160301 - Mattingly, John - Implant Sticker.pdf**
  361K

- **20160525 - Mattingly, John - St. Mary's Hospital.pdf**
  813K