# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## THE COOK DEFENDANTS' RESPONSE TO PLAINTIFF'S
## MOTION TO MAINTAIN DOCUMENTS UNDER SEAL [DKT. NO. 9358]

Plaintiff has filed **Plaintiff's Reply Brief in Support of Her Motion to Exclude the Testimony of John Fryzek, MPH, Ph.D. [Dkt. No. 9357]** and **Exhibit A [Dkt. No. 9357-1]** thereto *under seal.* Further, Plaintiff has filed Plaintiff's Motion to Maintain Documents Under Seal [Dkt. No. 9358] requesting that Plaintiff's Reply Brief and Exhibit A thereto be maintained *under seal.*

Plaintiff's Motion to Maintain Documents Under Seal moves the Court to "maintain under seal Plaintiff's Reply Brief" and "Exhibits (sic) A to Plaintiff's reply," asserting that "Plaintiff's Reply contains numerous references and quotations to material that has been designated as 'Confidential,' as well as Exhibit A." *See* Plaintiff's Motion to Maintain Documents Under Seal, at 1. Plaintiff further states that **Exhibit A [Dkt. No. 9357-1]** to her Reply Brief is "excerpts from plaintiff's brief on appeal" in *Helen Rush v. Wyeth, et al.* No. 07-1822, in the United States Court of Appeals for the Eighth Circuit. *See* Plaintiff's Reply Brief, at 3.

The Cook Defendants have reviewed Plaintiff's Reply Brief and Exhibit A. Contrary to Plaintiff's assertions, the Reply Brief and Exhibit A thereto do not appear to contain material that has been designated as "Confidential" by the Cook Defendants or by Plaintiff. Indeed, the purported purpose of Plaintiff's Reply Brief is to challenge the legal authorities cited by the Cook Defendants in their Response in opposition to Plaintiff's Motion to Exclude the Testimony of John Fryzek, MPH, Ph.D. *See* Plaintiff's Reply Brief, at 1. Further, the "excerpts from plaintiff's brief on appeal" in *Helen Rush v. Wyeth, et al.* No. 07-1822, in the United States Court of Appeals for the Eighth Circuit, attached as Exhibit A to Plaintiff's Reply Brief, do not appear to have been marked confidential or filed under seal with the Eighth Circuit. *See* Plaintiff's Reply Brief, Exhibit A. The Cook Defendants therefore reasonably believe that Plaintiff's Reply Brief and Exhibit A thereto do *not* need to be maintained under seal. Nevertheless, in deference to Plaintiff and out of an abundance of caution, the Cook Defendants respectfully request that the Court issue an Order directing the Clerk to maintain **Plaintiff's Reply Brief in Support of her Motion to Exclude the Testimony of John Fryzek, MPH, Ph.D. [Dkt. No. 9357]** and **Exhibit A [Dkt No. 9357-1]** thereto *under seal*.

A proposed Order Granting Plaintiff's Motion to Maintain Documents Under Seal [Dkt. No. 9358-1] was submitted with Plaintiff's Motion to Maintain Documents Under Seal [Dkt. No. 9358].

        Respectfully submitted,

Dated: April 17, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
J. Joseph Tanner (# 11856-49)
Nicholas B. Alford (# 31867-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: joe.tanner@faegrebd.com
E-Mail: nicholas.alford@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2019, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

        /s/ Andrea Roberts Pierson