**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:  All Actions

**COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFFS' MOTION TO REMAND AND TRANSFER VENUE**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for an extension of the due date to file their response to Plaintiffs' Motion to Remand and Transfer Venue (Dkt. 10,438) until June 10, 2019.  In support of this Motion, the Cook Defendants state:

1.  On April 12, 2019, Plaintiffs filed Plaintiffs' Motion to Remand and Transfer Venue.  (Dkt. 10,438.)  Based on that filing date, the Cook Defendants' response to Plaintiffs' Motion to Remand and Transfer Venue is currently due April 26, 2019.  *See* Local Rule 7-1(c)(3)(A).

2.  The Cook Defendants have determined that responding will require more than the 14-days allotted by Local Rule 7-1.  Plaintiffs' motion effectively seeks to end the MDL.  It thereby necessitates a careful and thorough response by the Cook Defendants.  Furthermore, motions to transfer venue pursuant to 28 U.S.C. § 1404(a) are fact intensive and require an assessment of multiple factors, which is fact and time intensive.

3.       The Cook Defendants therefore seek a 45-day extension to respond, which would extend the Cook Defendants' response deadline to June 10, 2019.

4.       The Cook Defendants' attorneys have consulted Plaintiffs' attorneys about this requested extension, and Plaintiffs' attorney, Joseph N. Williams, has advised Cook's attorneys by email that Plaintiffs do not object to this extension.

WHEREFORE, the Cook Defendants respectfully request that the Court grant their unopposed motion to extend the deadline for filing their response to Plaintiffs' Motion to Remand and Transfer Venue to June 10, 2019.

Dated: April 17, 2019                         Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700
E-mail:  stephen.bennett@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                        */s/ Andrea Roberts Pierson*