## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

### ORDER MAINTAINING DOCUMENT DKT. NO. 9590 AND EXHIBITS A-C [DKT. NOS. 9591-1 THROUGH 9591-3] AND D-E [DKT. NOS. 9592-1 THROUGH 9592-2] THERETO UNDER SEAL

This matter has come before the Court on Plaintiff's Motion to Maintain Documents Under Seal [Dkt. No. 9593] and The Cook Defendants' Brief in Support of Plaintiff's Motion to Maintain Documents Under Seal. The Court, having reviewed Plaintiff's Motion and the Cook Defendants' Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that: (1) **Plaintiff's Response to New Post-Sale Warning Argument in the Cook Defendants' Reply in Support of Motion for Summary Judgment [Dkt. No. 9590]** is to be filed and maintained *under seal;* and (2) **Plaintiff's Exhibits A-C [Dkt. Nos. 9591-1 through 9591-3] and D-E [Dkt. Nos. 9592-1 through 9592-2] to Plaintiffs' Response** are to be maintained *under seal.*

SO ORDERED this ____ day of _____, 2019.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.121973635