**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

    1:17-cv-03890
    1:18-cv-00620

---

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff, Denise Ybarra
    Plaintiff, Peter Alfaro

Dated: April 18, 2019

/s/ *James T. Capretz*
James T. Capretz (CA Bar No. 44442)
Don K. Ledgard (CA Bar No. 208350)
CAPRETZ & ASSOCIATES
4667 MacArthur Blvd., Suite 310
Newport Beach, California 92660
Telephone: (949) 724-3000
Facsimile: (949) 757-2635
E-Mail: jcapretz@capretz.com
E-Mail: dledgard@capretz.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 18, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

/s/ *James T. Capretz*
