> APPROVED. Case is dismissed without prejudice.
> Dated: 4/19/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff: PATRICIA RHONE<br><br>Civil Case No.: 1:16-cv-00087-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Judge: Hon. Richard L. Young |

## STIPULATION OF DISMISSAL [FRCP 41(A)]

Plaintiff Patricia Rhone and Defendants Cook Inc., et al., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: April 15, 2019      **COWPER LAW**

/s/ *C. Moze Cowper*
By: C. Moze Cowper
Attorneys for Plaintiff PATRICIA RHONE

Dated: April 15, 2019      **FAEGRE BAKER DANIELS LLP**

/s/ *Kip S.M. McDonald*
By: Kip S.M. McDonald
Attorneys for Defendants COOK INCORPORATED, COOK MEDICAL LLC, and WILLIAM COOK EUROPE ApS

1