APPROVED. Case is dismissed without prejudice.
Dated: 4/22/19

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRIT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master File No. 1:14-ml-2570<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br><br>*Shannon Donahue v. Cook, Inc., et al.,*<br><br>Case No.: 1:19-cv-00110 | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of the above captioned action **without prejudice**. All parties shall bear their own fees and costs.

| **NIEMEYER, GREBEL & KRUSE, LLC** | **FAEGRE BAKER DANIELS LLP** |
|---|---|
| /s/ Michael S. Kruse<br>Michael S. Kruse<br>10 S. Broadway, Suite 1125<br>St. Louis, MO 63102<br>314/241-1919 (T)<br>314/665-3017 (F)<br>kruse@ngklawfirm.com<br><br>*Attorneys for Plaintiff* | /s/ Andrea Pierson<br>Andrea Pierson<br>Kip McDonald<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204<br>Andrea.pierson@faegrebd.com<br>Kip.McDonald@faegrebd.com<br>*Attorneys for Defendants* |