# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## ORDER MAINTAINING UNDER SEAL EXHIBIT C [DKT. NO. 9598-1] TO PLAINTIFF'S RESPONSE TO THE COOK DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PAY COOK EXPERT DR. RAMAN UBEROI'S DEPOSITION FEE

This matter has come before the Court on Plaintiff's Motion to Maintain Documents Under Seal [Dkt. No. 9599] and The Cook Defendants' Brief in Support of Plaintiff's Motion to Maintain Documents Under Seal. The Court, having reviewed Plaintiff's Motion and the Cook Defendants' Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that **Plaintiff's Exhibit C [Dkt. No. 9598-1]** to Plaintiff's Response to the Cook Defendants' Motion to Compel Plaintiff to Pay Cook Expert Dr. Raman Uberoi's Deposition Fee is to be maintained *under seal.*

SO ORDERED this ____ day of _____, 2019.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.122056278