**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:  All Actions
_____

**COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFFS' STEERING COMMITTEE (PSC)'S
MOTION TO AMEND THE MARCH 16, 2016 ORDER ON RULES, POLICIES,
PROCEDURES, GUIDELINES RELATING TO ESTABLISHING
<u>COMMON BENEFIT FEE AND EXPENSE FUND</u>**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for an extension of the due date to file their response to Plaintiffs' Steering Committee (PSC)'s Motion to Amend the March 16, 2016 Order on Rule, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund (Dkt. 10,442) until May 1, 2019.  In support of this Motion, the Cook Defendants state:

1. On April 12, 2019, Plaintiffs' Steering Committee filed Plaintiffs' Steering Committee (PSC)'s Motion to Amend the March 16, 2016 Order on Rule, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund (Dkt. 10,442). Pursuant to Local Rule 7-1(c)(3)(A), the Cook Defendants' response is currently due Friday, April 26, 2019.

2. The Cook Defendants require a brief extension of the deadline to respond thoughtfully and thoroughly to Plaintiffs' Steering Committee's motion. The Cook Defendants do not make this Motion for the purpose of undue delay.

3. The Cook Defendants therefore seek a brief extension to respond, to and including May 1, 2019.

4. The Cook Defendants' counsel have contacted Plaintiffs' counsel about this Motion, but as of this filing the parties have not been able to confer about extending the deadline to May 1, 2019.

WHEREFORE, the Cook Defendants respectfully request that the Court grant their motion to extend the deadline for filing their response to Plaintiffs' Steering Committee (PSC)'s Motion to Amend the March 16, 2016 Order on Rule, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund to May 1, 2019.

Dated: April 23, 2019                                Respectfully submitted,

                                                     */s/ Andrea Roberts Pierson*
                                                     Andrea Roberts Pierson (# 18435-49)
                                                     FAEGRE BAKER DANIELS LLP
                                                     300 North Meridian Street, Suite 2700
                                                     Indianapolis, Indiana 46204
                                                     Telephone: (317) 237-0300
                                                     Facsimile: (317) 237-1000
                                                     E-Mail: andrea.pierson@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
E-mail: stephen.bennett@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*