UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:  All Actions

### [PROPOSED] ORDER

On April 23, 2019, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed their Motion for Extension of Time to File Response to Plaintiffs' Steering Committee (PSC)'s Motion to Amend the March 16, 2016 Order on Rule, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund.  The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook Defendants' Motion.

**IT IS THEREFORE ORDERED** that the Cook Defendants' deadline to respond to Plaintiffs' Steering Committee (PSC)'s Motion to Amend the March 16, 2016 Order on Rule, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund be extended to **May 1, 2019**.

**SO ORDERED** this _____ day of _____, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record