UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    *Brand v. Cook Medical, Inc. et al.,*
    Case No. 1:14-cv-06018-RLY-TAB

**ORDER MAINTAINING DOCUMENT DKT. NO. 9765 AND
EXHIBITS 1-13 [DKT. NOS. 9765-1 THROUGH 9765-13] THERETO UNDER SEAL**

    This matter has come before the Court on Plaintiff's Motion to Maintain Documents Under Seal [Dkt. No. 9766] and The Cook Defendants' Brief in Support of Plaintiff's Motion to Maintain Documents Under Seal.  The Court, having reviewed Plaintiff's Motion and the Cook Defendants' Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

    IT IS THEREFORE ORDERED that **Plaintiff's Trial Brief [Dkt. No. 9765] and Plaintiff's Exhibits 1-13 [Dkt. Nos. 9765-1 through 9765-13] thereto** are to be maintained *under seal.*

    SO ORDERED this \_\_\_\_ day of _____, 2019.

                                                  Tim A. Baker
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.122057656