IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:  All Actions

**COOK DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO COOK DEFENDANTS' MOTION FOR 3-DAY EXTENSION OF TIME**

The issue presented by the motion for extension of time at issue is this: *should the Cook Defendants[1] be give three additional business days to prepare a response to a pending motion to increase the common benefit allocation by 75%, and should the Court hear the motion on April 29 or May 9, 2019*.  The Cook Defendants respectfully submit that the requested three-day extension is reasonable and will not prejudice Plaintiffs in light of the following facts:

1.      The Plaintiffs' Steering Committee (PSC)'s Motion to Amend the March 16, 2016 Order on Rule, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund (Dkt. 10,442) ("Motion To Amend") effectively requests that the common benefit fund allocation be *increased by 75%*.  The motion recites detailed allegations about the participation of numerous lawyers in hundreds of depositions and other activities in this MDL, which Plaintiffs claim were unexpected, but which Plaintiffs contend were reasonably incurred. Cook requires more than 10 days to verify Plaintiffs' allegations in the Motion to Amend and to

---

[1] Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants").

respond to the numerous statements in the motion that allegedly justify the requested *75% increase*.

2.      Plaintiffs suggest in the Motion To Amend that similar allocations have occurred in other multi-district litigation as justification for the requested *75% increase*. The Cook Defendants are currently gathering information regarding the allocations in numerous other MDLs to evaluate and research the reasonableness of those statements, and preparing that information for the Court requires an additional three business days, at a minimum.

3.      Plaintiffs suggest that any response to the Motion to Amend would be untimely. Pursuant to Local Rule 7-1(c)(3)(A), the Cook Defendants' response would be due on April 26, 2019, and their motion for extension of time thus is timely under the local rule. However, under CMO 18 responses are due 7 days before the Court's status conference. To the extent that filing a motion for time *one day* after the deadline under CMO 18 to request a mere *three-day* extension of time to file a responsive brief was belated, the Cook Defendants submit that the tardiness is excusable given the conflict with Local Rule 7-1(c)(3)(A) and the breadth of information at issue. (*See* Order Granting Plaintiff's Motion for Extension of Time, Dkt. 10289, granting Plaintiff's request for extension of time after Plaintiff missed the Local Rule 54-1 deadline by ten days.)

Ultimately, the issue before the Court on Plaintiffs' Motion To Amend is an important one, and not one to be rushed or taken lightly. There is no prejudice to Plaintiffs by the requested enlargement, and the Cook Defendants have no objection to argument on the Motion To Amend at the Court's May 9, 2019, status conference. Plaintiffs' Response does not suggest any prejudice to postponing argument on the Motion To Amend to May 9, 2019.

WHEREFORE, the Cook Defendants respectfully request that the Court grant their motion to extend the deadline for filing their response to Plaintiffs' Steering Committee (PSC)'s Motion

to Amend the March 16, 2016 Order on Rule, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund to May 1, 2019.

Dated: April 24, 2019        Respectfully submitted,

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700
E-mail:  stephen.bennett@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*

US.122914900.01