IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2570<br><br>HON. JUDGE RICHARD L. YOUNG<br><br>MAG. JUDGE: TIM A. BAKER |
| This Document Relates to:<br><br>*James Stipanovich and Connie Stipanovich v. Cook Medical, Inc., et al.*;<br><br>Case No. 1:16-cv-02858 | |

## ORDER

Considering the foregoing Motion to Substitute and Amend Complaint:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that **CONNIE STIPANOVICH**, on behalf of the decedent, **JAMES STIPANOVICH**, be substituted as the proper party plaintiff herein and that the Clerk of Court docket the First Amended Short Form Complaint in this case as of the date of this order.

Date: 4/25/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.