UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Sharon Jenkins 1:18-cv-3507-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ORDER OF DISMISSAL

On March 29, 2019, Magistrate Judge Baker ordered Plaintiff Sharon Jenkins to show cause, within 14 days, why her case should not be dismissed for failure to prosecute. (Filing No. 10387). Plaintiff has failed to do so. Accordingly, Plaintiff's case is hereby **DISMISSED without prejudice**. Plaintiff's counsel's motion to withdraw (Filing No. 9860) is **GRANTED**.

**SO ORDERED** this 25th day of April 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy mailed to:
Sharon Jenkins
538 Rose St.
Morgantown, VA  26501