UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC        )
FILTERS MARKETING, SALES              )   1:14-ml-02570-RLY-TAB
PRACTICES AND PRODUCT                 )   MDL No. 2570
LIABILITY LITIGATION                  )
_____)

This Document Relates to:

1:18-cv-02602; 1:18-cv-02640; 1:18-cv-02643;
1:18-cv-02649; 1:18-cv-02677; 1:18-cv-02768;
1:18-cv-02806; 1:18-cv-02822; 1:18-cv-02836;
1:18-cv-02848; and 1:18-cv-02851
_____

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
### (Filing No. 9551)

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the cases listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted. In response to Cook's Motion, only Oscar Arnold, 1:18-cv-02822 and Nettie Foster, 1:18-cv-02851 have filed PPFs. Accordingly, Cook's Motion (Filing No. 9551) is **GRANTED in part and DENIED in part**. It is **GRANTED** with respect to:

- 1:18-cv-02602, David Lonsdale;

- 1:18-cv-02640, Jewell Myers;

- 1:18-cv-02643, Catina Turner;

1

- 1:18-cv-02649, Jacqueline Kinyanjui;

- 1:18-cv-02677, Mercedes N. Logue;

- 1:18-cv-02768, Dewey Irving;

- 1:18-cv-02806; Steven Kendall;

- 1:18-cv-02836, William Bibus; and

- 1:18-cv-02848, Gloria Lowe.

Dismissal is **WITHOUT PREJUDICE**. Cook's Motion is **DENIED** with respect to:

- 1:18-cv-02822, Oscar Arnold and

- 1:18-cv-02851, Nettie Foster.

**SO ORDERED** this 25th day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.