# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

### ORDER MAINTAINING DOCUMENTS DKT. NO. 9897 AND DKT. NO. 9895 AND EXHIBITS DKT. NO. 9897-1 AND DKT. NO. 9895-1 THERETO UNDER SEAL

This matter has come before the Court on Plaintiff's Motion to Maintain Documents Under Seal [Dkt. No. 9903] and The Cook Defendants' Brief in Support of Plaintiff's Motion to Maintain Documents Under Seal.  The Court, having reviewed Plaintiff's Motion and the Cook Defendants' Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that:

(1) **Plaintiff's Bench Brief Seeking Instruction for Opening Statement Regarding This Court's Order Granting Cook Defendants' Omnibus Motions** *in Limine* **(NEW) No. 44 [Dkt. No. 9897] and Plaintiff's Exhibit Dkt. No. 9897-1 thereto are to be** *maintained under seal*; and

(2) **Plaintiff's Bench Brief Seeking Instruction for Opening Statement Regarding This Court's Order Granting Cook Defendants' Omnibus Motions** *in Limine* **(NEW) No. 44 [Dkt. No. 9895] and Plaintiff's Exhibit Dkt. No. 9895-1 thereto are to be** *filed and maintained under seal.*

US.122058363

SO ORDERED this \_\_\_\_ day of _____, 2019.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.122058363