UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC ) | | |
| FILTERS MARKETING, SALES ) | 1:14-ml-02570-RLY-TAB | |
| PRACTICES AND PRODUCT ) | MDL No. 2570 | |
| LIABILITY LITIGATION ) | | |
| _____ ) | | |

This Document Relates to:

1:17-cv-03817; 1:18-cv-01710; 1:18-cv-01712;
1:18-cv-01713; 1:18-cv-01738; 1:18-cv-01761;
1:18-cv-01762; 1:18-cv-01766; 1:18-cv-01837;
1:18-cv-02098; 1:18-cv-02153; 1:18-cv-02157;
1:18-cv-02176; 1:18-cv-02177; 1:18-cv-02184;
1:18-cv-02192; 1:18-cv-02195; 1:18-cv-02268;
1:18-cv-02356; 1:18-cv-02399; 1:18-cv-02403;
1:18-cv-02459; 1:18-cv-02515; and
1:18-cv-02536.
_____

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**
**(Filing No. 9390)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the twenty actions listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted. In response to Cook's Motion, only Debra Hill, 1:18-cv-2356-RLY-DML, filed a PPF. Accordingly, Cook's Motion (Filing No. 9390) is **GRANTED in part and DENIED in part**. It is **GRANTED** with respect to:

- 1:17-cv-03817, Linda Ott;

1

- 1:18-cv-01710, Mickie Gifford and Donald Senya;
- 1:18-cv-01712, Kara Heiser;
- 1:18-cv-01713, James Remice;
- 1:18-cv-01738, Robert McNamara;
- 1:18-cv-01761, Jeanette G. and Kenneth Henke;
- 1:18-cv-01762, Carol Ann and Ronald G. Fetchko;
- 1:18-cv-01766, Nancy Mitchell and Louis McGill;
- 1:18-cv-01837, Faye and Michael T. Halterman;
- 1:18-cv-02098, Cindy Lou and Alan Eugene Titus;
- 1:18-cv-02153, Patricia Fields;
- 1:18-cv-02157, Vickie and Charles Cuzzort;
- 1:18-cv-02176, Kevin Milk;
- 1:18-cv-02177, Gwendolyn and William Denson;
- 1:18-cv-02184, Misty Dawn Martinez;
- 1:18-cv-02192, Shantil Tyler;
- 1:18-cv-02195, Leonard Brown;
- 1:18-cv-02268, Jake Darnell;
- 1:18-cv-02399, Brendan and Elise Ferreira;
- 1:18-cv-02403, Lisa Joy;
- 1:18-cv-02459, Monica Yvette Bilbro;
- 1:18-cv-02515, Molly Moses; and

- 1:18-cv-02536, Benjamin Martinson.

Dismissal is **WITHOUT PREJUDICE**. Cook's Motion is **DENIED** with respect to 1:18-cv-02356, Debra Hill.

**SO ORDERED** this 25th day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.