UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br> _____ <br><br> This Document Relates to: <br> *Brand v. Cook Medical, Inc. et al.* <br> 1:14-cv-6018-RLY-TAB <br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO THE COOK DEFENDANTS' OBJECTIONS TO PLAINTIFF'S AMENDED BILL OF COSTS**

Plaintiff moves for an extension of time to file a Response to the Cook Defendants' Objections to Plaintiff's Amended Bill of Costs. The court, having considered the Motion in its entirety and being duly advised, **GRANTS** Plaintiff's Motion. (Filing No. 10458).

**IT IS THEREFORE ORDERED** that Plaintiff's deadline to respond to the Cook Defendants' Objections to Plaintiff's Amended Bill of Costs is extended to **May 10, 2019**.

**SO ORDERED** this 25th day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.