UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:   All Actions _____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     1:14-ml-02570-RLY-TAB<br>    MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION TO REMAND AND TRANSFER VENUE**

On April 17, 2019, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed their Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion to Remand and Transfer Venue.  The court, having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook Defendants' Motion (Filing No. 10462).

**IT IS THEREFORE ORDERED** that the Cook Defendants' deadline to respond to Plaintiffs' Motion to Remand and Transfer Venue be extended to **June 10, 2019**.

**SO ORDERED** this 25th day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.