UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC       )
FILTERS MARKETING, SALES             )      1:14-ml-02570-RLY-TAB
PRACTICES AND PRODUCT                )      MDL No. 2570
LIABILITY LITIGATION                 )
_____      )

This Document Relates to:

1:17-cv-01025; 1:18-cv-02657; 1:18-cv-02694;
1:18-cv-02705; 1:18-cv-02913; 1:18-cv-02950;
1:18-cv-02959; 1:18-cv-03000; 1:18-cv-03002;
1:18-cv-03011; 1:18-cv-03035; 1:18-cv-03172;
1:18-cv-03188.
_____

## ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
### (Filing No. 9746)

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the cases listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted. Clarence Ferguson has since filed a PPF; the remaining Plaintiffs have not. Accordingly, the Cook's Defendants' Motion (Filing No. 9746) is **GRANTED in part** and **DENIED in part**. It is **GRANTED** with respect to:

- Arthur Evins, 1:17-cv-01025;
- Tomika Lowe, 1:18-cv-02657;
- Maisha Wilson, 1:18-cv-02694;
- Jeffrey Souza, 1:18-cv-02705;
- Mike Kapustar, 1:18-cv-02913;

1

- Jes Wilson, 1:18-cv-02959;
- Jan Johnson, 1:18-cv-03000;
- Deborah F. Williams, 1:18-cv-03002;
- Floyd Kesner, 1:18-cv-03011;
- Walter J. and Tammi Angevine, 1:18-cv-03035;
- Ronald Hughes, 1:18-cv-03188.

This dismissal is **without prejudice**. The Motion is **DENIED** with respect to Clarence Ferguson, 1:18-cv-02950, and **DENIED AS MOOT** as to Patricia Ashford, 1:18-cv-03172.

**SO ORDERED** this 25th day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.