UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to:   All Actions _____ | )<br>)   1:14-ml-02570-RLY-TAB<br>)   MDL No. 2570<br>)<br>)<br>)<br>)<br>) |

**ORDER ON THE COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S MOTION TO AMEND THE MARCH 16, 2016 ORDER ON RULES, POLICIES, PROCEDURES, GUIDELINES RELATING TO ESTABLISHING COMMON BENEFIT FEE AND EXPENSE FUND**

On April 23, 2019, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed their Motion for Extension of Time to File Response to Plaintiffs' Steering Committee's ("PSC") Motion to Amend the March 16, 2016 Order on Rule, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund to and including May 1, 2019.  PSC has no objection to this Motion so long as the Cook Defendants' file their Response by April 26, 2019.  The court, having considered the Motion and Plaintiffs' Opposition, now **GRANTS in part (**Filing No. 10516) the Cook Defendants' Motion for Extension of Time.

**IT IS THEREFORE ORDERED** that the Cook Defendants' deadline to respond to PSC's Motion to Amend the March 16, 2016 Order on Rule, Policies, Procedures,

1

Guidelines Relating to Establishing Common Benefit Fee and Expense Fund be extended to **April 26, 2019**. Argument regarding the PSC's Motion to Amend may be addressed at the court's April 29 status conference.

**SO ORDERED** this 25th day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.