# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master File No. 1:14-ml-02570<br>MDL No. 2570 |
| **THIS DOCUMENT RELATES TO:**<br><br>Shawna Colwell<br>Case No. 1:18-cv-00386<br><br>v.<br><br>Cook Incorporated, et al. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the parties hereby jointly stipulate that the above-captioned action is voluntarily dismissed without prejudice. Plaintiff may refile her case in the MDL. If Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana, in MDL 2570, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

| | |
|---|---|
| */s/ Sindhu Daniel* | */s/ Andrea Pierson* |
| Sindhu Daniel | Andrea Pierson |
| Baron & Budd, P.C. | Kip McDonald |
| 3102 Oak Lawn Ave. | 300 North Meridian Street |
| Suite 1100 | Suite 2700 |
| Dallas, TX 75219 | Indianapolis, IN 46204 |
| (214) 521-3605 | Email: andrea.pierson@faegrebd.com |
| Email: sdaniel@baronbudd.com | Email: kip.mcdonald@gaegrebd.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Sindhu. Daniel*
Sindhu Daniel