UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:

1:18-cv-00126; 1:18-cv-02779;
1:18-cv-02781; 1:18-cv-03197;
1:18-cv-03205; 1:18-cv-03211;
1:18-cv-03290; 1:18-cv-03333;
1:18-cv-03375; 1:18-cv-03435;
1:18-cv-03559; 1:18-cv-03563;
1:18-cv-03564; 1:18-cv-03566;
1:18-cv-03627; 1:18-cv-03629;
1:18-cv-03635; 1:18-cv-03683;
1:18-cv-03706; 1:18-cv-03711;
and 1:18-cv-03928.
_____

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
**(Filing No. 10007)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the cases listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted. Earl Clay and Kingie McCrear have since filed PPFs; the remaining Plaintiffs have not. Accordingly, the Cook's Defendants' Motion (Filing No. 10007) is **GRANTED in part** and **DENIED in part**. It is **GRANTED** with respect to:

- Margaret Scott, 1:18-cv-00126;

- Gary Allen, 1:18-cv-03635;

- Lori Lamb, 1:18-cv-02779;

- Gary Kent, 1:18-cv-02781;

- Gregory A. Marx, 1:18-cv-03197;

- Warren Austin, 1:18-cv-03205;

- Shaquana McCutchen, 1:18-cv-03211;

- Johnny Taylor, 1:18-cv-03290;

- Ira Lee Cook, 1:18-cv-03333;

- Theresa Cecile Ramsey, 1:18-cv-03375;

- Shelita Gavin, 1:18-cv-03435;

- Roy and Helen V. Scott, 1:18-cv-03559;

- Angela Henneghan as Conservatrix for Robert Kind, 1:18-cv-03563;

- Nancy Wilson, 1:18-cv-03627;

- Celilia O'Meara, 1:18-cv-03629;

- Jeffrey Bomia, 1:18-cv-03683;

- Jeanne Buisman, 1:18-cv-03706;

- Thomas Montague, 1:18-cv-03711; and

- Brandy Slusher, 1:18-cv-03928.

This dismissal is **without prejudice**. The Motion is **DENIED** with respect to Earl Clay, 1:18-cv-03564 and Kingie L. McCrear, Individually and as Representative of the Estate of Kymisha S. McCrear, 1:18-cv-03566.

**SO ORDERED** this 25th day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.