IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-00845 | 1:19-cv-01204 | 1:19-cv-01233 |
| 1:19-cv-01134 | 1:19-cv-01206 | 1:19-cv-01235 |
| 1:19-cv-01156 | 1:19-cv-01209 | 1:19-cv-01238 |
| 1:19-cv-01174 | 1:19-cv-01212 | |
| 1:19-cv-01183 | 1:19-cv-01215 | |
| 1:19-cv-01188 | 1:19-cv-01230 | |
| 1:19-cv-01195 | 1:19-cv-01231 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: April 26, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson