UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br> _____ <br><br> This Document Relates to all actions <br><br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

## SCHEDULING ORDER

The court sets the following hearings/conferences before the Honorable Richard L. Young, in Room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204:

- **MAY 9, 2019 at 10:00 a.m.** – Status hearing

- **JUNE 13, 2019 at 1:30 p.m.** – Status hearing

- **JULY 11, 2019 at 10:00 a.m.** – Status hearing

The following hearing will be held in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708:

- **AUGUST 15, 2019 at 10:00 a.m.** - Status hearing

All conferences will be held in person.  The court anticipates only lead counsel need appear for hearings, though any counsel, with a filed Notice of Appearance, may

attend. Lead counsel are directed to email a joint agenda 10 days in advance of scheduled hearings to Tina Doyle, Courtroom Deputy.

**SO ORDERED** this 26th day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record