UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) )  1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) |

1:15-cv-00237;  1:16-cv-01964;
1:16-cv-00087;  1:16-cv-02278;
1:16-cv-00954;  1:16-cv-02862;
1:16-cv-01134;  1:17-cv-00014;
1:16-cv-01198;  1:17-cv-00154;
1:16-cv-01473;  1:17-cv-00157;

_____

**ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE**
**(Filing No. 6440)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS request that the court dismiss the cases listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted.

The court, having reviewed the same, now **GRANTS** the Cook Defendants' Motion (Filing No. 6440) **in part**. The following cases are **DISMISSED without prejudice**:

- Ria Childers, 1:16-cv-01473;
- Raymond Hedlund, 1:16-cv-01134;
- Janet Jones, 1:17-cv-00014;
- Frank R. and Debra A. Kovesdy, 1:16-cv-01964;
- John Kozak, 1:16-cv-00954;

1

- Terry B. and Pamela J. Kline, 1:15-cv-00237.

The remaining cases listed above have been previously dismissed. Accordingly, Cook's Motion is **DENIED as MOOT** with respect to those cases:

- Roseanna Barber, 1:16-cv-1198;
- Garrett Dennis, 1:16-cv-2278;
- Esther and Gregory Maurer, 1:17-cv-0057;
- Christopher Politi, 1:17-cv-00154;
- Patricia Rhone, 1:16-cv-00087; and
- Linda Marie and Roland Smith, 1:16-cv-2862.

**SO ORDERED** this 26th day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.