UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: *Bonnie Stanley* 1:17-cv-1931-RLY-TAB _____ | ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ORDER ON PLAINTIFF'S MOTION TO VACATE COURT ORDER DISMISSING PLAINTIFF'S CASE

Plaintiff Bonnie Stanley moves to vacate the dismissal of her case under the court's Order Dismissing 113 Pending "No Injury" Cases. (Filing No. 8506). Plaintiff, who has undergone two failed attempts to retrieve the IVF filter, maintains she was placed on the list by mistake and had no notice that her case was subject to dismissal. Having reviewed the parties' submissions, the court finds her Motion (Filing No. 9960) should be **GRANTED**. Accordingly, the court hereby **VACATES** the Order to the extent that it dismisses Plaintiff Stanley's case. *Stanley v. Cook Medical LLC et al.*, 1:17-cv-1931-RLY-TAB, is hereby reinstated.

**SO ORDERED** this 26th day of April 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.