*Survey of Common Benefit Fund Percentages in Drug and Medical Device MDLs*

| Case | Total Assessment % | Split |
|---|---|---|
| *In re Prempro Prods. Liab. Litig.*, Case No. 4:03-cv-01507-BRW (MDL No. 1507), PPO No. 6 [Dkt. No. 570] (E.D. Ark. Mar. 30, 2005) | 3-5%[1] | None Stated |
| *In re Human Tissue Prods. Liab. Litig.*, No. 2:06-cv-00135-WJM-MF (MDL No. 1763), PTO No. 4 [Dkt. No. 166] (D.N.J. Nov. 15, 2006) | 3-6%[2] | None Stated |
| *In re Ortho Evra Prods. Liab. Litig.*, Case No. 1:06-cv-40000-DAK (MDL No. 1742), 3d Am. CMO No. 9 [Dkt. No. 375] (N.D. Ohio July 23, 2009) | 3-6%[3] | 1.5-4% fees / 1.5-2% costs |
| *In re: Zimmer Durom Hip Cup Prods. Liab. Litig.*, Case No. 2:09-cv-04414-SDW-SCM (MDL No. 2158), CMO No. 3 [Dkt. No. 33] (D.N.J. Jan. 21, 2011) | 4% | 2% fees / 2% costs |
| *In re Oral Sodium Phosphate Solution–Based Prods. Liab. Action*, Case No. 1:09-sp-80000-DAP (MDL 2066), Order Regarding Common Benefit Fees and Expenses [Dkt. No. 175] (N.D. Ohio, Aug. 2, 2010) | 4% | 2% fees / 2% costs |
| *In re Sulzer Hip Prosthesis & Knee Prosthesis Liab. Litig.*, 268 F. Supp. 2d 907 (N.D. Ohio 2003) | 4.8%[4] | |

---

[1] Assessment varied depending upon whether the case was in federal (5%) or state (3%) court.

[2] Assessment varied depending upon whether the case was in federal (6%) or state (3%) court.

[3] Assessment varied depending upon timing of participation and was increased from initial 3% (1.5% fees / 1.5% costs) assessment to 6% for specific category of cases only ("post-label change" cases); all other cases subject to 3% assessment. *Cf. In re Ortho Evra Prods. Liab. Litig.*, Case No. 1:06-cv-40000-DAK (MDL No. 1742), [Dkt. No. 389] (N.D. Ohio Oct. 21, 2009).

[4] Assessment was derived based on total payment as stated in *In re Vioxx Products Liab. Litig.*, 760 F. Supp. 2d 640, 654 (E.D. La. 2010).

| Case | Total Assessment % | Split |
|---|---|---|
| *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig.*, 553 F. Supp. 2d 442 (E.D. Pa. 2008) | 4-6%[5] | None stated |
| *In re Bausch & Lomb Contact Lens Solution Prods. Liab. Litig.*, Case No. 2:06-MN-77777-DCN (MDL No. 1785), 2008 WL 2330571 (D.S.C. May 21, 2008) | 4-6%[6] | 4% fees / 2% costs |
| *In re Trasylol Prods. Liab. Litig.*, Case No. 1:08-md-01928 (MDL No. 1928), PTO No. 8 [Dkt. No. 270] (S.D. Fla. Sept. 19, 2008) | 4-6%[7] | 3% fees / 3% costs |
| *In re: Stryker Rejuvenate and ABG II Hip Implant Prods. Liab. Litig.*, Case No. 0:13-md-02441-DWF-FLN (MDL No. 2441), PTO No. 18 [Dkt. No. 327] (D. Minn. May 28, 2014) | 4-6%[8] | 3-5% fees / 1% costs |
| *In re Chantix (Varenicline) Prods. Liab. Litig.*, Case No. 2:09-cv-02039-IPJ (MDL No. 2092), PTO No. 7 [Dkt. No. 81] (N.D. Ala. June 2, 2010); *id.* at Am. PTO No. 7 [Dkt. No. 682] (N.D. Ala. Dec. 18, 2012) | 4-8%[9] | 4-6% fees / 2-3% costs |
| *In re: Bextra and Celebrex Marketing Sales Practices and Prod. Liab. Litig.*, No. 3:05-md-01699-CRB (MDL No. 1699), [Dkt. No. 2507] (N.D. Cal. July 7, 2008) | 4-12%[10] | 4[11]-10% fees / 2% costs |

---

[5] Assessment varied depending upon whether the case was in federal (6%) or state (4%) court. Assessment was reduced from 9% for federal cases and 6% for state cases. *See In re Diet Drugs*, 553 F. Supp. 2d at 490-91.

[6] Assessment varied depending upon whether claim was for economic loss (4%) or for personal injury (6%).

[7] Assessment varied depending upon whether claim was for economic loss (4%) or any other claim (6%).

[8] Assessment varied depending upon timing of participation.

[9] Assessment varied depending upon whether the case was in federal (6%) or state (6-8%) court, and state court assessment varied depending upon timing of participation.

[10] Assessment varied depending upon timing of participation, whether the case was within the MDL, whether the case resolved under the specific "Skin Injury Settlement Program," and the timing of any notice of the claim under that program.

[11] A flat 4% (no split specified) assessment was imposed on cases resolved under the "Skin Injury Settlement Program" under specifically defined circumstances, otherwise the assessment ranged from 8-

| Case | Total Assessment % | Split |
|---|---|---|
| *In re: Zoloft (Sertraline Hydrochloride) Prods. Liab. Litig.*, Case No. 2:12-md-02342-CMR (MDL No. 2342), PTO No. 29 [Dkt. No. 520] (E.D. Pa. July 19, 2013) | 5% | 4% fees / 1% costs |
| *In re: Darvocet, Darvon and Propoxyphene Prods. Liab. Litig.*, Case No. 2:11-md-02226-DCR (MDL No. 2226), [Dkt. No. 874] (E.D. Ky. Jan. 12, 2012) | 5% | None stated |
| *In re: C. R. Bard, Inc. Pelvic Repair Systems, Prods. Liab. Litig.*, Case No. 2:10-md-02187 (MDL No. 2187), PTO No. 84 (S.D. W.Va. Aug. 26, 2013) | 5% | None stated |
| *In re: Cook Medical, Inc. Pelvic Repair Systems Prods. Liab. Litig.*, Case No. 2:13-md-02440 (MDL No. 2440), PTO No. 12 [Dkt. No. 44] (S.D. W. Va. Oct. 28, 2013) | 5% | None stated |
| *In re: Ethicon, Inc. Pelvic Repair Systems Prods. Liab. Litig.*, Case No. 2:12-md-02327 (MDL No. 2327), PTO No. 62 [Dkt. No. 747] (S.D. W. Va. Aug. 26, 2013) | 5% | None stated |
| *In re: Boston Scientific Corp. Pelvic Repair System Prods. Liab. Litig.*, Case No. 2:12-md-2326 (MDL No. 2326), PTO No. 52 [Dkt. No. 508] (S.D. W. Va. Aug. 26, 2013) | 5% | None stated |
| *In re: American Medical Systems, Inc., Pelvic Repair System Prods. Liab. Litig.*, Case No. 2:12-md-2325 (MDL No. 2325), PTO No. 77 [Dkt. No. 833] (S.D. W. Va. Aug. 26, 2013) | 5% | None stated |

---

12% (6-10% fees / 2% costs) depending upon timing of participation and whether the case was within the MDL.

| Case | Total Assessment % | Split |
|---|---|---|
| *In re: Coloplast Corp., Pelvic Support Systems Prods. Liab. Litig.*, Case No. 2:12-md-02387 (MDL No. 2387), PTO # 32 [Dkt. No. 124] (S.D. W. Va. Aug. 26, 2013) | 5% | None stated |
| *In re Mentor Corp. ObTape Transobturator Sling Prods. Liab. Litig.*, No. 4:08-md-2004 (MDL No. 2004) [Dkt. No. 493] (M.D. Ga. Aug. 9, 2012) | 5% | 3% fees / 2% costs |
| *In re Invokana (Canagliflozin) Prods. Liab. Litig.*, No. 3:16-md-02750-BRM-LHG (MDL No. 2750), CMO No. 6 [Dkt. No.58] (D.N.J. Mar. 21, 2017) | 5-12%[12] | 3-9% fees / 2-3% costs |
| *In re Gadolinium Based Contrast Agents Prods. Liab. Litig.*, 1:08-gd-50000 (MDL No. 1909), PTO No. 2 [Dkt No. 277] (N.D. Ohio Feb. 20, 2009) | 6% | 5% fees / 1% costs |
| *In re Heparin Prods. Liab. Litig.*, No. 1:08-hc-60000 (MDL No. 1953) Am. PTO No. 6 [Dkt. No. 45] (N.D. Ohio Nov. 6, 2008) | 6% | 3% fees / 3% costs |
| *In re: Pradaxa (Dabigatran Etexilate) Prods. Liab. Litig.*, Case No. 3:12-md-02385-DRH-SCW (MDL No. 2385), CMO #16 [Dkt. No. 61] (S.D. Ill. Nov. 13, 2012) | 6% | 4% fees / 2% costs |
| *In re: DePuy Orthopaedics, Inc. ASR Hip Implant Prods. Liab. Litig.*, Case No. 1:10-md-2197 (MDL No. 2197), [Dkt. No. 674] (N.D. Ohio Mar. 3, 2014) | 6% | 5% fees / 1% costs |
| *In re: Rezulin Prods. Liab. Litig.*, Case No. 00 CIV. 2843(LAK) (MDL No. 1348), 2002 WL 441342 (S.D.N.Y. March 20, 2002) | 6% | None stated |

---

[12] Assessment varied depending upon timing of participation, the particular injury involved, and the timing of case resolution.

| Case | Total Assessment % | Split |
|---|---|---|
| *In re St. Jude Medical, Inc., Silzone Heart Valves Prods. Liab. Litig.*, MDL No. 1396, 2002 WL 1774232 (D. Minn. Aug. 1, 2002) | 6% | None stated |
| *In re: Baycol Prods. Litig.*, MDL No. 1431, 2002 WL 32155266 (D. Minn. June 14, 2002) | 6% | 4% fees / 2% costs |
| *In re: Propulsid Prods. Liab. Litig.*, Case No. 2:00-md-01355-EEF-KWR (MDL 1355), PTO No. 16 [Dkt. No. 474] (E.D. La. Dec. 27, 2001) | 6% | None Stated |
| *In re Biomet M2A Magnum Hip Implant Prods. Liab. Litig.*, Civil Action No. 3:12-md-02391 (MDL No. 2391), [Dkt. No. 1317] (N.D. Ind. Feb. 3, 2014); *id.* [Dkt. No. 3022] (N.D. Ind. Dec. 7, 2015) | 6% | 5% fees / 1% costs |
| *In re: Ethicon, Inc., Power Morcellator Prods. Liab. Litig.*, No. 2:15-md-02652 (MDL No. 2652), [Dkt. No. 289], (D. Kan. Sept. 8, 2016) | 6% | None stated |
| *In re Sorin 3T Heater-Cooler System Prods. Liab. Litig. (No. II)*, No. 1:18-md-02816-JEJ-SES (MDL No. 2816), [Dkt. No. 68], (M.D. Pa. June 19, 2018) | 6% | 2% fees / 4% costs |
| *In re Stryker LFIT V40 Femoral Head Prods. Liab. Litig.*, 1:17-md-2768-IT (MDL No. 2768), MDL Order No 13 [Dkt. No. 941] (D. Mass. Feb. 1, 2019) | 6% | 4% fees / 2% costs |
| *In re Protegen Sling and Vesica System Prods. Liab. Litig.*, Case No. 1:01-01387 (MDL No. 1387), 2002 WL 31834446 (D. Md. April 12, 2002) | 6-9%[13] | None stated |

---

[13] Assessment varied depending upon whether the case was in federal (9%) or state (6%) court.

| Case | Total Assessment % | Split |
|---|---|---|
| *In re Fosamax Prods. Liab. Litig.*, Case No. 1:06-md-1789-JFK-JCF (MDL No. 1789), CMO No. 17 [Dkt. No. 857] (S.D.N.Y. Jan. 5, 2010) | 6-9% [14] | 3-6% fees / 3% costs |
| *In re Yasmin and Yaz (Drospirenone) Mktg., Sales Practices & Relevant Prods. Liab. Litig.*, Case No. 3:09-md-02100-DRH-PMF (MDL No. 2100), CMO No. 14 [Dkt. No. 1042] (S.D. Ill. March 25, 2010) | 6-11% [15] | 4-9% fees / 2% costs |
| *In re: Wright Medical Technology, Inc., Conserve Hip Implant Prods. Liab. Litig.*, Case No. 1:12-md-2329-WSD (MDL No. 2329), CMO No. 4 [Dkt. No. 432] (N.D. Ga. Feb. 15, 2013) | 7% | 3.5% fees / 3.5% costs |
| *In re Avandia Mktg., Sales Pract. & Prods. Liab. Litig.*, Case No. 2:07-md-1871 (MDL No. 1871), PTO No. 70 [Dkt. No. 495-1] (E.D. Pa. Aug. 26, 2009) | 7% | 4% fees / 3% costs |
| *In re Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Prods. Liab. Litig.*, Case No. 1:17-md-2775 (MDL No. 2775), CMO No. 2 [Dkt. No. 170] (D. Md. Aug. 23, 2017) | 7% | 5% fees / 2% costs |
| *In re Vioxx Prod. Liab. Litig.*, 760 F. Supp. 2d 640 (E.D. La. 2010) | 7.5% | 6.5% fees / 1% costs |
| *In re: Zimmer Nexgen Knee Implant Prods. Liab. Litig.*, Case No. 1:11-cv-05468 (MDL No. 2272), Am. PTO No. 5 [Dkt. No. 740] (N.D. Ill. Feb. 21, 2013) | 8% | 5% fee / 3% costs |

---

[14] Assessment varied depending upon timing of participation.

[15] Assessment varied depending upon timing of participation and was later increased from initial 6% (4% fees / 2% costs) assessment to 11% (9% fees / 2% costs), but only for specific category of cases based on unopposed motion. *See In re Yasmin and Yaz (Drospirenone) Mktg., Sales Practices & Relevant Prods. Liab. Litig.*, Case No. 3:09-md-02100-DRH-PMF (MDL No. 2100), CMO No. 63 [Dkt. No. 1042] (S.D. Ill. June 23, 2014).

| Case | Total Assessment % | Split |
|---|---|---|
| *In re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Prods. Liab. Litig.*, Case No. 2:14-mn-02502-RMG (MDL No. 2502), CMO No. 27 [Dkt. No. 712] (D.S.C. Jan. 22, 2015) | 8% | 5% fees / 2% costs |
| *In re: Fosamax (Alendronate Sodium) Prods. Liab. Litig. (No. II)*, Case No. 3:08-cv-00008-FLW-LHG (MDL No. 2243), [Dkt. No. 3138] (D.N.J. Jan. 29, 2014) | 8% | 5% fees / 3% costs |
| *In re New England Compounding Pharmacy, Inc. Prods. Liab. Litig.*, No. MDL 13-02419-RWZ, 2014 WL 3974077 (D. Mass. Aug. 12, 2014) | 8% | None stated |
| *In re Farxiga (Dapagliflozin) Prods. Liab. Litig.*, No. 1:17-md-02776-LGS (MDL No. 2776), PTO No. 9 [Dkt. No. 59] (S.D.N.Y. July 19, 2017) | 8% | 5% fees / 3% costs |
| *In re Plavix Mktg., Sales Practices & Prods. Liab. Litig.*, No. 3:13-cv-02418-FLW-TJB (MDL No. 2418), CMO No. 5 [Dkt. No. 296] (D.N.J. Sept. 18, 2017) | 8% | 6% fees / 2% costs |
| *In re Bard IVC Filters Prods. Liab. Litig.*, No. 2:15-md-2641 (MDL No. 2641), [Dkt. No. 372] (D. Ariz. Dec. 18, 2015) | 8% | 6% fees / 2% costs |
| *In re Taxotere (Docetaxel) Prods. Liab. Litig.*, No. 2:16-md-02740 (MDL No. 2740), PTO No. 19 [Dkt. No. 262] (E.D. La. Feb. 23, 2017) | 8% | 6% fees / 2% costs |
| *In re Actos (Pioglitazone) Prods. Liab. Litig.*, Case No. 6:11-md-02299-RFD-PJH (MDL No. 2299), [Dkt. No. 5850] (W.D. La. Sept. 1, 2015) | 8.6% (plus $25,000,000.00 for costs) | 8.6% fees / $25,000,000.00 costs |

| Case | Total Assessment % | Split |
|---|---|---|
| *In re Fluoroquinolone Prods. Liab. Litig.*, No. 0:15-md-02642-JRT (MDL No. 2642), PTO No. 14 [Dkt. No. 380] (D. Minn. Feb. 16, 2017) | 8-12%[16] | 5-9% fees / 3% costs |
| *In re Ablify (Aripiprazole) Prods. Liab. Litig.*, No. 3:16-md-02734 (MDL No. 2734) [Dkt. No. 848] (N.D. Fla. April 11, 2018) | 9% | None stated |
| *In re Benicar (Olmesartan) Prods. Liab. Litig.*, No. 1:15-md-02606 (MDL No. 2606), CMO No. 40 [Dkt. No. 1215] (D.N.J. Oct. 25, 2018) | 9.5% | 6.5% fees / 3% costs |
| *In re Levaquin Prods. Liab. Litig.*, No. 0:08-md-1943 (MDL No. 1943), 2d Am. PTO No. 3 [Dkt. No. 6259] (D. Minn. Apr. 23, 2013) | 9.5% | None stated |
| *In re Propecia (Finasteride) Prods. Liab. Litig.*, Case No. 1:12-md-02331-JG-PK (MDL No. 2331), PPO No. 9 [Dkt. No. 186] (E.D.N.Y. Aug. 26, 2014) | 10% | 6% fees / 4% costs |
| *In re Davol, Inc./C. R. Bard, Inc., Polypropylene Hernia Mesh Prods. Liab. Litig.*, 2:18-md-02846-EAS-KAJ (MDL No. 2846), CMO No. 11 [Dkt. No. 70] (S.D. Ohio Dec. 11, 2018) | 10% | 7% fees / 3% costs |
| *In re Zofran (Ondanesetron) Prods. Liab. Litig.*, 1:15-md-02567 (MDL No. 2567), MDL Order No. 23 [Dkt. No. 696] (D. Mass. Apr. 27, 2017) | 11% | 8% fees / 3% costs |
| *In re Fresenius Granuflo/Naturalyte Dialysate Prods. Liab. Litig.*, No. 1:13-md-2428 (MDL No. 2428), Am. CMO No. 14 [Dkt. No. 1769] (D. Mass Sept. 9, 2016) | 11% | 7% fees / 4% costs |

---

[16] Assessment varied depending upon timing of participation.

| Case | Total Assessment % | Split |
|---|---|---|
| *In re Kugel Mesh Hernia Patch Prods. Liab. Litig.*, 1:07-md-1842 (MDL No. 1842), PPO No. 22 [Dkt. No. 2415] (D.R.I. Dec. 18, 2009) | 12% | 8% fees / 4% costs |
| *In re Bair Hugger Forced Air Warming Devices Prods. Liab. Litig.*, Case No. 0:15-md-2666, PTO No. 9, [Dkt. No. 47] (D. Minn. May 25, 2016) | 12-18%[17] | 10-16% fees / 2% costs |
| *In re NuvaRing Prods. Liab. Litig.*, Case No. 4:08-md-01964-RWS (MDL No. 1964), Amended CMO No. 3 [Dkt. No. 1129] (E.D. Mo. Dec. 9, 2011) | 15.5% | 11% fees / 4.5% costs |
| *In re Guidant Corp. Implantable Defibrillators Prod. Liab. Litig.*, No. MDL 05-1708 DWF/AJB, 2008 WL 682174, at *16 (D. Minn. Mar. 7, 2008), *amended in part*, No. MDL 05-1708 DWF/AJB, 2008 WL 3896006 (D. Minn. Aug. 21, 2008) | 18.54% | 14.375% fees / 4.166% costs |
| *In re: Tylenol (Acetaminophen) Mktg., Sales, Practices and Prods. Liab. Litig.*, Case No. 2:13-md-02436-LS (MDL No. 2436), Modified CMO No. 12 [Dkt. No. 435] (E.D. Pa. Feb. 22, 2017) | 19% | 9% fees / 10% costs |
| *In re Testosterone Replacement Therapy Prods. Liab. Litig.*, Case No. 1:14-cv-1748 (MDL No. 2545), Am. CMO No. 16 [Dkt. No. 2902] (N.D. Ill. Oct. 26, 2018) | 19.5% | 14.5% fees / 5% costs |
| *In re Depuy Orthopaedics, Inc., Pinnacle Hip Implant Prods. Liab. Litig.*, Case No. 3:11-md-02244 (MDL No. 2244), [Dkt. No. 924] (N.D. Tex. Dec. 9, 2018) | 25% | 18.5% fees / 6.5% costs |

---

[17] Assessment varied depending upon timing of participation.