

**IVC Filters**
**Mass Tort Litigation Advertising**
Monthly Trends, 2015 - 2017
March 20, 2018

**Executive Summary**

### Television

- From January 2015 through December 2017, nearly 170,000 television advertisements soliciting claims related to alleged injuries caused by inferior vena cava (IVC) filter devices were broadcast in the United States on local broadcast networks in 210 media markets and on 10 national broadcast networks, 8 Spanish-language networks, and more than 80 national cable networks.

- It is estimated that advertising sponsors spent about $64 million to broadcast these ads.

- An average of 4,700 IVC filter litigation ads were broadcast every month or 154 ads per day during this period at an average estimated cost of $1.8 million per month or $58,000 per day.

- Nearly 115,000 of these ads ads were broadcast in 2016 at an estimated cost of $42 million – the most of any year during this time period.

- The most IVC filter litigation ads per month ran in the spring and summer of 2016. The greatest amount of monthly spending on this advertising was also during this time period.

### Radio

- There were nearly as many advertisements on major radio stations in the top American media markets soliciting IVC filter litigation claims from 2015 through 2017 as there were television ads: 146,000 radio ads versus 169,000 TV ads.

- Much less was spent on the radio ads, however – about $3.6 million – reflecting the lower cost when compared with TV ad rates.

- IVC filter lawsuit radio advertising began in July 2015 and the most ads ran in January 2017.

### Internet Display Advertising

- There were very few internet display advertisements on major local websites in the largest media markets soliciting IVC filter claims during this time period.

- Of the 132 ads captured, 105 appeared in July and August 2016 – two of the six months in which these ads appeared during this three year period.

### Newspaper

- Only a single newspaper advertisement related to IVC filter litigation – a June 2016 ad in *The Houston Chronicle* – was captured in the major market newspapers from 2015 through 2017.



## Table of Contents

| Subject | Pages |
|---|---|
| 1. TV Advertising | 3 - 4 |
| Monthly trends in the number of local and national television advertisements soliciting claims related to the inferior vena cava (IVC) filter device and the estimated spending on those ads. | |
| 2. Radio Advertising | 5 - 6 |
| Monthly trends in the number of local radio advertisements in the 85 largest media markets in the United States and the estimated spending on those ads. | |
| 3. Internet Display Advertising | 7 |
| Monthly trends in the number of display advertisements soliciting legal claims related to inferior vena cava (IVC) filters on major local websites in the 50 largest media markets in the United States. | |



## Monthly Advertising Volumes



IVC Filter Mass Tort TV Advertising, Jan 2015 – Dec 2017

| Market | Est. Ad Spending | Number of Ads | Market | Est. Ad Spending | Number of Ads |
|---|---|---|---|---|---|
| Jan 2015 | $27,300 | 15 | Jan 2017 | $1,284,780 | 4,654 |
| Feb 2015 | $45,770 | 28 | Feb 2017 | $1,186,750 | 3,932 |
| Mar 2015 | $12,630 | 65 | Mar 2017 | $1,951,880 | 4,087 |
| Apr 2015 | $8,720 | 59 | Apr 2017 | $1,819,120 | 3,296 |
| May 2015 | $24,130 | 31 | May 2017 | $1,169,790 | 2,455 |
| Jun 2015 | $174,350 | 138 | Jun 2017 | $905,550 | 2,160 |
| Jul 2015 | $928,110 | 1,136 | Jul 2017 | $500,110 | 2,168 |
| Aug 2015 | $922,470 | 1,982 | Aug 2017 | $534,650 | 2,227 |
| Sep 2015 | $1,659,500 | 3,577 | Sep 2017 | $483,210 | 1,923 |
| Oct 2015 | $1,692,660 | 4,344 | Oct 2017 | $724,460 | 1,857 |
| Nov 2015 | $1,939,450 | 4,784 | Nov 2017 | $878,230 | 1,543 |
| Dec 2015 | $1,940,510 | 6,164 | Dec 2017 | $584,620 | 1,341 |
| Jan 2016 | $3,521,540 | 9,401 | **TOTAL** | **$63,542,350** | **168,745** |
| Feb 2016 | $4,617,300 | 9,562 | | | |
| Mar 2016 | $5,220,000 | 11,205 | | | |
| Apr 2016 | $4,529,730 | 12,714 | | | |
| May 2016 | $6,143,220 | 13,245 | | | |
| Jun 2016 | $6,523,870 | 13,786 | | | |
| Jul 2016 | $3,135,050 | 12,471 | | | |
| Aug 2016 | $3,041,170 | 11,981 | | | |
| Sep 2016 | $1,750,590 | 7,275 | | | |
| Oct 2016 | $1,345,290 | 5,018 | | | |
| Nov 2016 | $1,037,180 | 4,208 | | | |
| Dec 2016 | $1,278,660 | 3,913 | | | |

\* Data covers the number of television advertisements soliciting claims related to inferior vena cava (IVC) filters on local broadcast networks in 210 media markets, on 10 national broadcast networks and more than 80 national cable networks.

*Source:* Data provided to X Ante for analysis by Kantar Media CMAG



Television

## Annual Totals & Monthly Averages

|  | 2015 | 2016 | 2017 | 2015-17 |
|---|---|---|---|---|
| **Number of Ads** | | | | |
| Annual total | 22,323 | 114,779 | 31,643 | 168,745 |
| Monthly average | 1,860 | 9,565 | 2,637 | 4,687 |
| **Est. Ad Spending** | | | | |
| Annual total | 9,375,600 | $42,143,600 | $12,023,150 | $63,542,350 |
| Monthly average | $781,300 | $3,511,967 | $1,001,929 | $1,765,065 |

## Months with Most & Fewest Ads Broadcast

| Most Ads | Number of Ads | Fewest Ads | Number of Ads |
|---|---|---|---|
| Jun 2016 | 13,786 | Jan 2015 | 15 |
| May 2016 | 13,245 | Feb 2015 | 28 |
| Apr 2016 | 12,714 | May 2015 | 31 |
| Jul 2016 | 12,471 | Apr 2015 | 59 |
| Aug 2016 | 11,981 | Mar 2015 | 65 |
| Mar 2016 | 11,205 | Jun 2015 | 138 |
| Feb 2016 | 9,562 | Jul 2015 | 1,136 |
| Jan 2016 | 9,401 | Dec 2017 | 1,341 |
| Sep 2016 | 7,275 | Nov 2017 | 1,543 |
| Dec 2015 | 6,164 | Oct 2017 | 1,857 |

## Months with Most & Least Ad Spending

| Most Ad Spending | Est. Ad Spending | Least Ad Spending | Est. Ad Spending |
|---|---|---|---|
| Jun 2016 | $6,523,870 | Apr 2015 | $8,720 |
| May 2016 | $6,143,220 | Mar 2015 | $12,630 |
| Mar 2016 | $5,220,000 | May 2015 | $24,130 |
| Feb 2016 | $4,617,300 | Jan 2015 | $27,300 |
| Apr 2016 | $4,529,730 | Feb 2015 | $45,770 |
| Jan 2016 | $3,521,540 | Jun 2015 | $174,350 |
| Jul 2016 | $3,135,050 | Sep 2017 | $483,210 |
| Aug 2016 | $3,041,170 | Jul 2017 | $500,110 |
| Mar 2017 | $1,951,880 | Aug 2017 | $534,650 |
| Dec 2015 | $1,940,510 | Dec 2017 | $584,620 |

Radio

## Monthly Advertising Volumes

IVC Filter Mass Tort Radio Advertising, Jan 2015 – Dec 2017



| Market | Est. Ad Spending | Number of Ads | Market | Est. Ad Spending | Number of Ads |
|---|---|---|---|---|---|
| Jan 2015 | $0 | 0 | Jan 2017 | $169,561 | 11,638 |
| Feb 2015 | $0 | 0 | Feb 2017 | $51,476 | 5,431 |
| Mar 2015 | $0 | 0 | Mar 2017 | $234,096 | 9,416 |
| Apr 2015 | $0 | 0 | Apr 2017 | $165,649 | 5,430 |
| May 2015 | $0 | 0 | May 2017 | $45,091 | 2,296 |
| Jun 2015 | $0 | 0 | Jun 2017 | $83,141 | 3,014 |
| Jul 2015 | $17,718 | 604 | Jul 2017 | $101,611 | 3,708 |
| Aug 2015 | $27,370 | 757 | Aug 2017 | $89,634 | 4,026 |
| Sep 2015 | $16,702 | 606 | Sep 2017 | $37,687 | 2,327 |
| Oct 2015 | $17 | 1 | Oct 2017 | $25,799 | 1,967 |
| Nov 2015 | $34,139 | 2,258 | Nov 2017 | $19,279 | 1,433 |
| Dec 2015 | $167,474 | 7,944 | Dec 2017 | $37,140 | 1,724 |
| Jan 2016 | $210,882 | 6,918 | **TOTAL** | **$3,600,200** | **145,591** |
| Feb 2016 | $228,517 | 7,764 | | | |
| Mar 2016 | $192,937 | 6,599 | | | |
| Apr 2016 | $108,109 | 3,069 | | | |
| May 2016 | $147,263 | 6,251 | | | |
| Jun 2016 | $330,480 | 10,815 | | | |
| Jul 2016 | $156,701 | 4,579 | | | |
| Aug 2016 | $294,460 | 10,043 | | | |
| Sep 2016 | $216,381 | 8,142 | | | |
| Oct 2016 | $176,753 | 6,249 | | | |
| Nov 2016 | $74,420 | 3,163 | | | |
| Dec 2016 | $139,713 | 7,419 | | | |

---

* Data covers the number of radio advertisements soliciting claims related to inferior vena cava (IVC) filters on major radio stations in the 85 largest media markets in the United States.

*Source:* Data provided to X Ante for analysis by Media Monitors



## Annual Totals & Monthly Averages

|  | 2015 | 2016 | 2017 | 2015-17 |
|---|---|---|---|---|
| **Number of Ads** | | | | |
| Annual total | 12,170 | 81,011 | 52,410 | 145,591 |
| Monthly average | 1,014 | 6,751 | 4,368 | 4,044 |
| **Est. Ad Spending** | | | | |
| Annual total | $263,420 | $2,276,616 | $1,060,164 | $3,600,200 |
| Monthly average | $21,952 | $189,718 | $88,347 | $100,006 |

## Months with Most & Fewest Ads Broadcast

| Most Ads | Number of Ads | Fewest Ads | Number of Ads |
|---|---|---|---|
| Jan 2017 | 11,638 | Jan 2015 | 0 |
| Jun 2016 | 10,815 | Feb 2015 | 0 |
| Aug 2016 | 10,043 | Mar 2015 | 0 |
| Mar 2017 | 9,416 | Apr 2015 | 0 |
| Sep 2016 | 8,142 | May 2015 | 0 |
| Dec 2015 | 7,944 | Jun 2015 | 0 |
| Feb 2016 | 7,764 | Oct 2015 | 1 |
| Dec 2016 | 7,419 | Jul 2015 | 604 |
| Jan 2016 | 6,918 | Sep 2015 | 606 |
| Mar 2016 | 6,599 | Aug 2015 | 757 |

## Months with Most & Least Ad Spending

| Most Ad Spending | Est. Ad Spending | Least Ad Spending | Est. Ad Spending |
|---|---|---|---|
| Jun 2016 | $330,480 | Jan 2015 | $0 |
| Aug 2016 | $294,460 | Feb 2015 | $0 |
| Mar 2017 | $234,096 | Mar 2015 | $0 |
| Feb 2016 | $228,517 | Apr 2015 | $0 |
| Sep 2016 | $216,381 | May 2015 | $0 |
| Jan 2016 | $210,882 | Jun 2015 | $0 |
| Mar 2016 | $192,937 | Oct 2015 | $17 |
| Oct 2016 | $176,753 | Sep 2015 | $16,702 |
| Jan 2017 | $169,561 | Jul 2015 | $17,718 |
| Dec 2015 | $167,474 | Nov 2017 | $19,279 |

## Monthly Advertising Volumes

IVC Filter Mass Tort Internet Display Advertising, Jan 2015 – Dec 2017



| Market | Number of Ads |
| --- | --- |
| Jan 2015 | 0 |
| Feb 2015 | 0 |
| Mar 2015 | 0 |
| Apr 2015 | 0 |
| May 2015 | 0 |
| Jun 2015 | 0 |
| Jul 2015 | 0 |
| Aug 2015 | 0 |
| Sep 2015 | 0 |
| Oct 2015 | 0 |
| Nov 2015 | 14 |
| Dec 2015 | 0 |

| Market | Number of Ads |
| --- | --- |
| Jan 2016 | 0 |
| Feb 2016 | 0 |
| Mar 2016 | 0 |
| Apr 2016 | 0 |
| May 2016 | 7 |
| Jun 2016 | 4 |
| Jul 2016 | 52 |
| Aug 2016 | 53 |
| Sep 2016 | 0 |
| Oct 2016 | 0 |
| Nov 2016 | 0 |
| Dec 2016 | 0 |

| Market | Number of Ads |
| --- | --- |
| Jan 2017 | 0 |
| Feb 2017 | 2 |
| Mar 2017 | 0 |
| Apr 2017 | 0 |
| May 2017 | 0 |
| Jun 2017 | 0 |
| Jul 2017 | 0 |
| Aug 2017 | 0 |
| Sep 2017 | 0 |
| Oct 2017 | 0 |
| Nov 2017 | 0 |
| Dec 2017 | 0 |
| **TOTAL** | **132** |

### Annual Totals & Monthly Averages

|  | 2015 | 2016 | 2017 | 2015-17 |
| --- | --- | --- | --- | --- |
| **Number of Ads** | | | | |
| Annual total | 14 | 116 | 2 | 132 |
| Monthly average | 1 | 10 | <1 | 4 |

---

* Data reflects monitoring of display advertisements soliciting legal claims related to inferior vena cava (IVC) filters on major local websites in the 50 largest media markets in the United States.

*Source:* Data provided to X Ante for analysis by Media Monitors

