# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

MARILYN L. KREBLIN
Civil Case No. 1:19-cv-00207-RLY-TAB

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COMES NOW, Plaintiff MARILYN L. KREBLIN, by and through counsel, file this Response to Defendants' Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated and William Cook Europe ApS (collectively, the "Cook Defendants") Motion to Dismiss and would show the Court that Ms. Kreblin's case should not be dismissed.

Ms. Kreblin's completed and verified Plaintiff Profile Sheet was submitted to Defendants via the Secure File Transfer site and notice was provided via e-mail to CookFilterMDL@FaegreBD.com on April 22, 2019.  *See* **Exhibit 1**, confirmation of Plaintiff Profile Sheet submission and email to Cook Defendants dated April 22, 2019.

| | |
|---|---|
| Dated: April 26, 2019 | Respectfully submitted,<br><br> /s/ *Matthew R. Lopez*<br>Ramon Rossi Lopez<br>Matthew R. Lopez<br>Amorina P. Lopez<br>LOPEZ MCHUGH LLP<br><br>Attorneys for Plaintiffs |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Matthew R. Lopez*
Matthew R. Lopez

# Exhibit 1

# Melissa Jones

**From:** mjones@lopezmchugh.com
**Sent:** Monday, April 22, 2019 12:49 PM
**To:** CookFilterMDL@faegrebd.com
**Subject:** CookFilterMDL

**You have received 1 secure file from mjones@lopezmchugh.com.**
Use the secure link below to download.

Attached please find the Plaintiff Profile Sheet for Marilyn Kreblin. Thank you.

**Secure File Downloads:**
Available until: **28 April 2019**

Click link to download:

**Kreblin, Marilyn_PPS Final.pdf**
151.19 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

1

# Melissa Jones

| | |
|---|---|
| **From:** | Melissa Jones |
| **Sent:** | Monday, April 22, 2019 12:52 PM |
| **To:** | cookfiltermdl@faegrebd.com |
| **Subject:** | Kreblin, Marilyn L. v. Cook Incorporated, et al. |

Counsel:

Please be advised that the Plaintiff Profile Form has been uploaded to the FTP site.

Thank you,

Melissa Jones
Certified Paralegal



CALIFORNIA ● PENNSYLVANIA ● NEW JERSEY
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(877) 737-8525 - Toll Free
(949) 812-5786 - Direct Dial
(949) 737-1501 - Telephone
(949) 737-1504 – Facsimile
mjones@LopezMcHugh.com
www.LopezMcHugh.com

 **Please consider the environment before printing this email**

Privileged and Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information and/or attorney work-product, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.