IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Cases.

**ORDER ON MOTIONS TO SEAL**

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, the following motions to seal are granted.

- Cook Defendants' Motion to Maintain Under Seal Exhibits to the Cook Defendants' Verified Memorandum in Support of Motion in Limine Regarding Certain of Plaintiff's Designations of Dr. Reisman's Deposition Testimony and Cook's Counsel's Questions of Witnesses During Discovery [Filing No. 8888]

- Cook Defendants' Motion to Maintain Under Seal Exhibits to the Cook Defendants' Memorandum in Support of Omnibus Motions in Limine (Previously Decided and Renewed) and Exhibits Thereto [Filing No. 8891]

- Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Omnibus Memorandum in Support of Newly Filed Motions in Limine and Exhibits Thereto [Filing No. 8896]

- Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9053]

- Cook Defendants' Motion to Maintain Under Seal Response to Plaintiff's Motion in Limine Regarding the FDA's 510(K) Clearance of the Celect IVC Filter and it's "Low Complaint Rate" and to Exclude or Limit the Expert Testimony of Christy Foreman, MBE and Exhibits Thereto [Filing No. 9068]

- Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9079]

- Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9125]

- Cook Defendants' Motion to Maintain Under Seal Exhibit to the Cook Defendants' Response to Plaintiff's Daubert Motion to Exclude "Impermissible" Testimony of Dr. Mark Rheudasil [Filing No. 9131]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9134]

Cook Defendants' Motion to Maintain Under Seal Cook Defendants' Response to Plaintiffs' Motion to Exclude the Testimony of Jon Fryzek, MPH, Ph.D. and Exhibits Thereto [Filing No. 9139]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9141]

Cook Defendants' Motion to Maintain Under Seal Cook Defendants' Response in Opposition to Plaintiff's Motion to Exclude or Limit the Testimony of Bennett L. Leventhal, M.D. and Exhibits Thereto [Filing No. 9152]

The Clerk shall maintain the following documents under seal pending further order.

Filing No. 8883
Filing No. 8889
Filing No. 8894
Filing No. 9052
Filing No. 9062
Filing No. 9078
Filing No. 9124
Filing No. 9128
Filing No. 9129
Filing No. 9130
Filing No. 9132
Filing No. 9136
Filing No. 9140
Filing No. 9148

Date: 4/29/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.