# EXHIBIT A

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Sunday, April 28, 2019 11:46 AM |
| **To:** | 'Hall, Angela Kelver'; 'Pierson, Andrea Roberts'; 'cookfiltermdl@faegrebd.com'; 'Angelino, Blake A.' |
| **Subject:** | RE: Bailey, Hessard - Cook PPS |
| **Attachments:** | Bailey, Hessard - PPF.pdf; Bailey, Hessard Authorization.pdf |

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Hessard Bailey, with attached documentation and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Hessard Bailey:  (1) Plaintiff Profile Sheet; (2) Medical records; and (3) Executed Cook medical authorizations.

Thank you.

**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
**Office:** (214) 761-6614
**Fax:** (214) 744-7590
**Email:** cguerra@martinbaughman.com

1

**Send File**

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Bailey, Hessard - PPF.pdf (626.38 KB)
- Bailey, Hessard Authorization.pdf (1,194.60 KB)
- 1.IVC filter placement.pdf (51.83 KB)
- 2.Filter ID.pdf (150.92 KB)
- 3.CT Scan.pdf (493.73 KB)
- File #524478--Novant Health.pdf (91.68 KB)

*\* You will receive a copy of this e-mail.*

©2000-2019 Accellion, Inc. All Rights Reserved.