IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS            Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff:

    HESSARD CHARLES BAILEY
    1:18-cv-04045-RLY-TAB

_____

### ORDER DENYING DEFENDANTS' MOTION TO DISMISS

The matter, having come before the Court on Defendants' Motion to Dismiss for lack of a

Plaintiff Profile Sheet and executed medical authorizations, and for good cause shown, that the

Defendants' Motion should be DENIED.

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss is DENIED.


_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana