# EXHIBIT A

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Sunday, April 28, 2019 6:09 PM |
| **To:** | 'Hall, Angela Kelver'; 'Pierson, Andrea Roberts'; 'cookfiltermdl@faegrebd.com'; 'Angelino, Blake A.' |
| **Subject:** | RE: Benge, Robert - Cook PPS |
| **Attachments:** | Benge, Robert - PPS.pdf; Cook Medical Authorizations.pdf |

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Robert Benge, with attached documentation and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Robert Benge: (1) Plaintiff Profile Sheet; (2) Medical records; and (3) Executed Cook medical authorizations.

Thank you.

**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
**Office:** (214) 761-6614
**Fax:** (214) 744-7590
**Email:** cguerra@martinbaughman.com

**Send File**

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- BENGE ROBERT MARY RUTAN HOSPITAL BR.pdf (1,430.12 KB)
- BENGE ROBERT SAINT RITAS MEDICAL CENTER BILLING BR.pdf (311.42 KB)
- Implant Op Report.pdf (815.58 KB)
- Sticker Page.pdf (18.30 KB)
- MRI.pdf (5,668.16 KB)
- CT Scan.pdf (1,154.77 KB)
- CT Scan 12-4-17.pdf (100.16 KB)
- BENGE ROBERT MARY RUTAN HOSP MR.pdf (15,924.51 KB)
- BENGE ROBERT SAINT RITAS MEDICAL CENTER MR (1).pdf (13.28 KB)
- BENGE ROBERT SAINT RITAS MEDICAL CENTER MR.pdf (8,739.34 KB)

*You will receive a copy of this e-mail.*

©2000-2019 Accellion, Inc. All Rights Reserved.

## Send File

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Benge, Robert - PPS.pdf (792.99 KB)
- Cook Medical Authorizations.pdf (1,152.06 KB)

*\* You will receive a copy of this e-mail.*

©2000-2019 Accellion, Inc. All Rights Reserved.