# EXHIBIT A

| | |
|---|---|
| **From:** | Christina Guerra |
| **To:** | Hall, Angela Kelver; Pierson, Andrea Roberts; cookfiltermdl@faegrebd.com; Angelino, Blake A. |
| **Subject:** | RE: Roy Haney - Cook PPS |
| **Date:** | Thursday, April 25, 2019 6:31:00 PM |
| **Attachments:** | Haney, Roy - PPS.pdf |
| | Cook Authorization.pdf |

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Roy Haney, with attached documentation and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Roy Haney: (1) Plaintiff Profile Sheet; (2) Medical records; and (3) Executed Cook medical authorizations.

Thank you.

**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
**Office:** (214) 761-6614
**Fax:** (214) 744-7590
**Email:** cguerra@martinbaughman.com

**Send File**

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Haney, Roy - PPS.pdf (1,026.82 KB)
- Cook Authorization.pdf (1,171.32 KB)
- HANEY ROY NORWALK HOSPITAL MR.pdf (363.23 KB)
- Haney, Roy - Valley Health System.pdf (139.74 KB)
- University of Virginia Medical Center.Medical.pdf (164.02 KB)
- University of Virginia medical Center.Radiology Report.pdf (55.91 KB)
- Valley Health - Winchester Medical Center.Radiology Repor ....pdf (4,296.63 KB)
- Valley Health for Dr. Matthew J. Borkon, MD.Medical chart.pdf (13,913.90 KB)

* You will receive a copy of this e-mail.

©2000-2019 Accellion, Inc. All Rights Reserved.