# EXHIBIT A

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Sunday, April 28, 2019 12:13 PM |
| **To:** | 'Hall, Angela Kelver'; 'Pierson, Andrea Roberts'; 'cookfiltermdl@faegrebd.com'; 'Angelino, Blake A.' |
| **Subject:** | RE: Newton, Maria-Anne - Cook PPS |
| **Attachments:** | Newton, Maria-Anne.pdf; Cook Medical Authorization.pdf |

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Maria-Anne Newton, with attached documentation and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Maria-Anne Newton: (1) Plaintiff Profile Sheet; (2) Medical records; and (3) Executed Cook medical authorizations.

Thank you.

**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
**Office:** (214) 761-6614
**Fax:** (214) 744-7590
**Email:** cguerra@martinbaughman.com

**Send File**

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Newton, Maria-Anne.pdf (626.30 KB)
- Cook Medical Authorization.pdf (1,136.42 KB)
- NEWTON MARIA CROUSE HOSP MR.pdf (36.39 KB)
- NEWTON MARIA ANNE CROUSE HOSPITAL MR.pdf (5,824.28 KB)
- CNY Diagnosti Imaging Associates.Radiology Report CT Scan ....pdf (40.85 KB)
- Vena Cava Filter Insertion.pdf (82.82 KB)

*You will receive a copy of this e-mail.*

©2000-2019 Accellion, Inc. All Rights Reserved.