# EXHIBIT A

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Sunday, April 28, 2019 1:10 PM |
| **To:** | 'Hall, Angela Kelver'; 'Pierson, Andrea Roberts'; 'cookfiltermdl@faegrebd.com'; 'Angelino, Blake A.' |
| **Subject:** | RE: Schwenk, Philip - Cook PPS |
| **Attachments:** | Schwenk, Philip - PPS.pdf; Cook Authorization.pdf |

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Philip Schwenk, with attached documentation and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Philip Schwenk:  (1) Plaintiff Profile Sheet; (2) Medical records; and (3) Executed Cook medical authorizations.

Thank you.

**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
**Office:** (214) 761-6614
**Fax:** (214) 744-7590
**Email:** cguerra@martinbaughman.com

**Send File**

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Schwenk, Philip - PPS.pdf (664.71 KB)
- Cook Authorization.pdf (1,223.57 KB)
- SCHWENK PHILIP CENTRACARE SAINT CLOUD HOSPITAL BR.pdf (65.13 KB)
- SCHWENK PHILLIP CENTRACARE HEALTH SAINT CLOUD HOSPITAL MR.pdf (96.33 KB)
- SCHWENK PHILLIP CENTRACARE HLTH ST CLOUD HOSP MR.pdf (165.23 KB)
- St. Cloud Hospital.pdf (764.95 KB)
- Suburban Imaging - Blaine.Radiology CT Report.pdf (38.88 KB)

*\* You will receive a copy of this e-mail.*

©2000-2019 Accellion, Inc. All Rights Reserved.