UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS   LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:
TOM SALERNO, 1:17-cv-00162

_____

## STIPULATION OF DISMISSAL

Comes now, Plaintiff, Tom Salerno, and Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS, in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Tom Salerno in this action against Cook Incorporated, Cook Medical LLC and William Cook Europe APS are dismissed without prejudice. To the extent not barred by statute, such as the statute of limitations or repose, Plaintiff may refile his case in the MDL.  If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana, in MDL 2570, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**ATTORNEYS FOR
PLAINTIFF TOM SALERNO**

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 - Facsimile
Andrea.pierson@faegrebd.com

**ATTORNEY FOR COOK INCORPORATED, COOK MEDICAL LLC AND WILLIAM COOK EUROPE APS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2019, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: April 29, 2019

                                          /s/ Michael T. Gallagher
                                          Michael T. Gallagher
                                          Federal ID: 5395
                                          The Gallagher Law Firm
                                          2905 Sackett Street
                                          Houston, Texas 77098
                                          (713) 222-8080
                                          (713) 222-0066 - Facsimile
                                          donnaf@gld-law.com