IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

ANDREA SONS
1:18-cv-03422-RLY-TAB

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS**

COMES NOW, Plaintiff, Andrea Sons, by and through counsel, and files this Response in Opposition to Defendants' Cook Incorporated, Cook Medical LLC, formerly known as Cook Medical Incorporated and William Cook Europe ApS (collectively, the "Cook Defendants") Motion to Dismiss (Doc. 10441), and would show this Honorable Court that Plaintiff, Andrea Sons's case should not be dismissed because the Plaintiff has submitted a completed Plaintiff Profile Sheet and executed medical authorizations.

Plaintiff, Andrea Sons's completed and verified Plaintiff Profile Sheet was submitted to Defendants via the Secure File Transfer site, and notice was also provided via email to CookFilterMDL@FaegreBD.com on April 28, 2019.  *See* **Exhibit A**, confirmation of Plaintiff Profile Sheet submission and email to the Cook Defendants dated April 28, 2019.

Dated: April 29, 2019

/s/ Ben C. Martin
Ben C. Martin, Bar No. 13052400
**Martin Baughman, PLLC**
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Ben C. Martin
Ben C. Martin