# EXHIBIT A

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Sunday, April 28, 2019 2:08 PM |
| **To:** | 'Hall, Angela Kelver'; 'Pierson, Andrea Roberts'; 'cookfiltermdl@faegrebd.com'; 'Angelino, Blake A.' |
| **Subject:** | RE: Sons, Andrea - Cook PPS |
| **Attachments:** | Sons, Andrea - PPS.pdf; Cook Authorization.pdf |

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Andrea Sons, with attached documentation and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Andrea Sons: (1) Plaintiff Profile Sheet; (2) Medical records; and (3) Executed Cook medical authorizations.

Thank you.

**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
**Office:** (214) 761-6614
**Fax:** (214) 744-7590
**Email:** cguerra@martinbaughman.com

1

**Send File**

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Sons, Andrea - PPS.pdf (656.10 KB)
- Cook Authorization.pdf (1,214.59 KB)
- Kaiser Permanete.Billing.pdf (11,639.01 KB)
- Kaiser Permanente.pdf (721.30 KB)
- Sunnyside Medical Center.pdf (1,473.36 KB)
- Implant Op Report 3-3-06.pdf (86.32 KB)
- Imaging Review, Dr. Ryan 12-29-16.pdf (43.41 KB)

*You will receive a copy of this e-mail.*

©2000-2019 Accellion, Inc. All Rights Reserved.