IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:17-cv-03999 | 1:19-cv-01149 | 1:19-cv-01167 | 1:19-cv-01223 |
| 1:19-cv-00542 | 1:19-cv-01150 | 1:19-cv-01168 | 1:19-cv-01224 |
| 1:19-cv-00551 | 1:19-cv-01151 | 1:19-cv-01175 | 1:19-cv-01225 |
| 1:19-cv-00555 | 1:19-cv-01152 | 1:19-cv-01176 | 1:19-cv-01226 |
| 1:19-cv-00869 | 1:19-cv-01153 | 1:19-cv-01177 | 1:19-cv-01227 |
| 1:19-cv-00969 | 1:19-cv-01154 | 1:19-cv-01178 | 1:19-cv-01228 |
| 1:19-cv-01107 | 1:19-cv-01159 | 1:19-cv-01180 | 1:19-cv-01229 |
| 1:19-cv-01108 | 1:19-cv-01160 | 1:19-cv-01190 | 1:19-cv-01252 |
| 1:19-cv-01109 | 1:19-cv-01162 | 1:19-cv-01201 | 1:19-cv-01254 |
| 1:19-cv-01120 | 1:19-cv-01165 | 1:19-cv-01203 | 1:19-cv-01258 |
| 1:19-cv-01132 | 1:19-cv-01166 | 1:19-cv-01222 | 1:19-cv-01270 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: April 29, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Kip S. M. McDonald