UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed without prejudice.
Dated: 4/29/2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS  LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:
TYRONE WIGGINS, 1:16-cv-02274

_____

### STIPULATION OF DISMISSAL

Comes now, Plaintiff, Tyrone Wiggins, and Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS, in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Tyrone Wiggins in this action against Cook Incorporated, Cook Medical LLC and William Cook Europe APS are dismissed without prejudice. To the extent not barred by statute, such as the statute of limitations or repose, Plaintiff may refile his case in the MDL. If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana, in MDL 2570, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**ATTORNEYS FOR PLAINTIFF
TYRONE WIGGINS**