IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                             MDL No. 2570

This Document Relates to Plaintiff(s)
MIKE SHERIDAN

Civil Case No. 1:17-cv-03609-RLY-TAB

### ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF

CAME ON to be heard David W. Bauman and Padberg, Corrigan & Appelbaum's Motion for Withdrawal and Substitution of Counsel for Plaintiff Mike Sheridan, and the Court is of the opinion that same is meritorious and should be granted; it is, therefore,

ORDERED that David P. Matthews' and Matthews & Associates, 2905 Sackett St., Houston, TX 77098, is substituted as attorney of record for Plaintiff Mike Sheridan in place and stead of David W. Bauman and Padberg, Corrigan & Appelbaum, effective immediately; It is further

ORDERED that David W. Bauman and Padberg, Corrigan & Appelbaum are withdrawn as attorney of record for Plaintiff Mike Sheridan and are relieved of the duties and responsibility of counsel for Plaintiff Mike Sheridan effective immediately.

Date:  4/30/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.