IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____
In Re: COOK MEDICAL, INC. IVC FILTERS           Case No: 1:14-ml-02570-RLY-TAB
MARKETING, SALES PRACTICES AND                                MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____
This Document Relates to Plaintiff(s)

MARILYN MEADOWS
SEAN MEADOWS

Civil Case # 1:19-cv-01117-RLY-TAB
_____

**ORDER**

      IT IS ORDERED that the Unopposed Motion for Leave to Amend the Complaint filed by Marilyn Meadows and Sean Meadows is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter as of the date of this order.

Date: 4/30/2019

                                              _____
                                              Tim A. Baker
                                              United States Magistrate Judge
                                              Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.