IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

This Document Relates to Plaintiff(s)

MARILYN MEADOWS
SEAN MEADOWS
PLAINTIFF

Vs.

COOK INCORPORATED;
COOK MEDICAL LLC; AND
WILLIAM COOK EUROPE APS,
DEFENDANTS

Civil Case # 1:19-cv-01117

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Marilyn Meadows

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Sean Meadows

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

1

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Ohio

5.     Plaintiff's/Deceased Party's state of residence at the time of injury:

Ohio

6.     Plaintiff's/Deceased Party's current state of residence:

Ohio

7.  District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of Ohio


8.  Defendants (Check Defendants against whom Complaint is made):

       ☑     Cook Incorporated

       ☑     Cook Medical LLC

       ☑     William Cook Europe ApS

9.  Basis of Jurisdiction:

       ☑     Diversity of Citizenship

       ☐     Other: _____

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28


b.  Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐        Cook Gunther Tulip® Vena Cava Filter

    ☑        Cook Celect® Vena Cava Filter

    ☐        Gunther Tulip Mreye

    ☐        Cook Celect Platinum

    ☐        Other:

11. Date of Implantation as to each product:

June 18, 2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

Grant Medical Center – Columbus, OH

13. Implanting Physician(s):

Ricardo Barbozo, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑    Count I:    Strict Products Liability – Failure to Warn

    ☑    Count II:    Strict Products Liability – Design Defect

    ☑    Count III:    Negligence

    ☑    Count IV:    Negligence Per Se

☑    Count V:      Breach of Express Warranty

☑    Count VI:     Breach of Implied Warranty

☑    Count VII:    Violations of Applicable <u>Ohio</u> Law Prohibiting Consumer
Fraud and Unfair and Deceptive Trade Practices

☑    Count VIII:   Loss of Consortium

☐    Count IX:     Wrongful Death

☐    Count X:      Survival

☑    Count XI:     Punitive Damages

☐    Other:        _____ (please state the facts supporting
this Count in the space, immediately below)

☐    Other:        _____ (please state the facts supporting
this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Jonathan M. Sedgh, Esq.
_____

16. Address and bar information for Attorney for Plaintiff(s):

Jonathan M. Sedgh, NY-4557260
_____

WEITZ & LUXENBERG, PC, 700 Broadway, New York, NY 10003
_____

_____

4

Respectfully submitted,

**WEITZ & LUXENBERG, P.C.**

*/s/ Jonathan M. Sedgh*
Jonathan M. Sedgh, NY Atty. No. 4557260
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
jsedgh@weitzlux.com

***Attorney for Plaintiffs***

5