UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) )   1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:

Annette Sales-Orr, 1:16-cv-02636
Mary Thomas (GA), 1:16-cv-03521
Elizabeth Duffy, 1:17-cv-00254
Ivan Ortiz, 1:17-cv-01802
Herman Purvis, 1:17-cv-02556
Marie Wilson, 1:17-cv-03337
Ernest Muhammad, 1:17-cv-03542
Dorothy Stroech, 1:17-cv-03543
Juanita Heard, 1:17-cv-04592
Jimmie Nixon, 1:17-cv-04693
Brent Fichtner, 1:18-cv-00286
Henry Austin, 1:18-cv-01313
Robert Davis, 1:18-cv-01375
William Wendt, 1:18-cv-03283
_____

**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY**

Plaintiffs move for leave to file a surreply in response to the Cook Defendants'

Reply in Support of Motion for Judgment on the Pleadings Based on Federal Preemption

in Bird's Nest Filter Cases.  There being no objection, the Motion (Filing No. 9950) is

1

**GRANTED**.  Plaintiffs shall file their surreply[1] within five days of the date of this Order.

**SO ORDERED** this 30th day of April 2019.

                                              RICHARD L. YOUNG, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] Before the court granted Plaintiffs leave to file their surreply, they filed the same.  (Filing No. 9951).  That filing is hereby **STRICKEN**.