UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, )))))) | |
| _____ ) | 1:14-ml-02570-RLY-TAB |
| ) | |
| THIS DOCUMENT RELATED TO ALL ACTIONS )) | |

**Entry on Conference held April 29, 2019**

**Before the Hon. Richard L. Young, Judge**

The parties appear for the conference set this date. Plaintiffs appear by Joe Williams, Ben Martin, Dave Matthews and Mike Heaviside; Defendants appear by Andrea Pierson, Steve Bennett, and Jessica Cox.

The court hears argument from the counsel. Rulings shall issue by separate order.

Distributed Electronically to Registered Counsel of Record