UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) <br> ) 1:14-ml-02570-RLY-TAB <br> ) MDL No. 2570 <br> ) |
| This Document Relates to: | ) <br> ) <br> ) |

1:18-cv-01148; 1:18-cv-01153; 1:18-cv-01171; 1:18-cv-01201;
1:18-cv-01276; 1:18-cv-01281; 1:18-cv-01282; 1:18-cv-01283;
1:18-cv-01394; 1:18-cv-01407; 1:18-cv-01415; 1:18-cv-01666;
1:18-cv-01775; 1:18-cv-01861; 1:18-cv-01862; 1:18-cv-01865;
1:18-cv-01870; 1:18-cv-01930; 1:18-cv-01949; 1:18-cv-01963;
1:18-cv-01964; 1:18-cv-02067.

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
**(Filing No. 9066)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") has not been submitted. Some, but not all, Plaintiffs filed Responses to the motion and some, but not all, filed PPSs.

The following 13 cases have submitted their PPS following the filing of Cook's motion to dismiss and, therefore, Cook's motion to dismiss is **DENIED** for these cases. They are:

1. Thomas R. Bailey                               1:18-cv-02067
2. Zachary Raymond Bennett                        1:18-cv-01148
3. Douglas Carmichael and Rebecca Vair            1:18-cv-01276
4. Mitzie Dugan-Goodpaster                        1:18-cv-01415

1

    5.  Alan Esmonde                                      1:18-cv-01394

    6.  Judith and Billy Hicks                      1:18-cv-01949

    7.  Fred Johnson                                      1:18-cv-01963

    8.  Kathy Johnson                                    1:18-cv-01862

    9.  Travis LeCroy Luke                            1:18-cv-01153

    10. Larry Radcliff                                    1:18-cv-01407

    11. Eric Raymond Silvia                      1:18-cv-01281

    12. Andru-Scot Spangler                    1:18-cv-01282

    13. Jeanette Vasquez                              1:18-cv-01865

This leaves 9 cases for which the Cook Defendants seek dismissal.  In those cases with no PPS on file, Cook's Motion to Dismiss (Filing No. 9066) is **GRANTED** pursuant to Third Amended Case Management Order No. 4.  Plaintiff may refile his/her case in the MDL.  If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana, in MDL 2570, this dismissal will automatically convert to a dismissal with prejudice.  All parties shall bear their own fees and costs.  Those cases are:

    1.  Yolanda Cox                                      1:18-cv-01964

    2.  Mark DeAntonio                                1:18-cv-01283

    3.  Desiree Gunter                                    1:18-cv-01870

    4.  Bruce Hayes                                        1:18-cv-01666

    5.  Eric T. Johnson                                    1:18-cv-01171

    6.  Nancy Lanham                                    1:18-cv-01930

    7.  Keith Sears                                          1:18-cv-01775

8. Kathleen Smith — 1:18-cv-01861

9. Gwendolyn Wilder — 1:18-cv-01201

The motion is **DENIED AS MOOT** as to the following cases:

1. Mark Funk — 1:18-cv-02041

2. Michal R. Johnson — 1:18-cv-01284

3. William Rich — 1:18-cv-01871

**SO ORDERED** this 30th day of April, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record