# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
1:15-cv-01609; 1:16-cv-01791; 1:16-cv-02474; 1:16-cv-02475; 1:16-cv-02680;
1:16-cv-02695; 1:16-cv-02698; 1:16-cv-02700; 1:16-cv-02701; 1:16-cv-02708;
1:16-cv-02710; 1:16-cv-02712; 1:16-cv-02714; 1:16-cv-02971; 1:16-cv-02973;
1:16-cv-02974; 1:16-cv-02976; 1:16-cv-03002; 1:16-cv-03012; 1:16-cv-03015;
1:16-cv-03031; 1:16-cv-03034; 1:16-cv-03040; 1:16-cv-03159; 1:16-cv-03160;
1:16-cv-03321; 1:16-cv-03324; 1:16-cv-03446; 1:16-cv-03511; 1:17-cv-00489;
1:17-cv-01016; 1:17-cv-01627; 1:17-cv-01628; 1:17-cv-01629; 1:17-cv-01633;
1:17-cv-01634; 1:17-cv-02321; 1:17-cv-02323; 1:17-cv-02324; 1:17-cv-02325;
1:17-cv-02447; 1:17-cv-02450; 1:17-cv-02622; 1:17-cv-02624; 1:17-cv-02625;
1:17-cv-03040; 1:17-cv-03042; 1:17-cv-03043; 1:17-cv-03052; 1:17-cv-03064;
1:17-cv-03597; 1:17-cv-03599; 1:17-cv-03600; 1:17-cv-03602; 1:17-cv-03825;
1:17-cv-04026; 1:17-cv-04091; 1:17-cv-04093; 1:17-cv-04095; 1:17-cv-04096;
1:17-cv-04098; 1:17-cv-04100; 1:17-cv-04204; 1:17-cv-04400; 1:17-cv-04432;
1:17-cv-04433; 1:18-cv-00022; 1:18-cv-00114; 1:18-cv-00117; 1:18-cv-00327;
1:18-cv-00381; 1:18-cv-00383; 1:18-cv-00757; 1:18-cv-00759; 1:18-cv-00762;
1:18-cv-00764; 1:18-cv-01054; 1:18-cv-01056; 1:18-cv-01057; 1:18-cv-01058;
1:18-cv-01061; 1:18-cv-01064; 1:18-cv-01179; 1:18-cv-01394; 1:18-cv-01395;
1:18-cv-01400; 1:18-cv-01407; 1:18-cv-01470; 1:18-cv-01666; 1:18-cv-01775;
1:18-cv-01860; 1:18-cv-01861; 1:18-cv-01862; 1:18-cv-01863; and
1:18-cv-01964

# EXHIBIT A

| Plaintiff | Case Number |
|---|---|
| Phillips, April | 1:15-cv-01609 |
| Crumpton, Belma | 1:16-cv-01791 |
| Curole, Shelly | 1:16-cv-02474 |
| Grimes, Joshua | 1:16-cv-02475 |
| Alexander, Cheryl | 1:16-cv-02680 |
| Cain, Lenard L. | 1:16-cv-02695 |
| Casebolt, Gregory W. | 1:16-cv-02698 |
| Gray, Denise | 1:16-cv-02700 |
| Huerta, Yolanda | 1:16-cv-02701 |
| Taylor, Gayle | 1:16-cv-02708 |
| Cleghorn, Bryan T. | 1:16-cv-02710 |
| Gilbert, Bessie L. | 1:16-cv-02712 |
| Hulin, Jeanyne | 1:16-cv-02714 |
| Lacefield, Karen | 1:16-cv-02971 |
| Owens, Eric | 1:16-cv-02973 |
| Reagan, Charles W. | 1:16-cv-02974 |
| Stover, Dorothy | 1:16-cv-02976 |
| Coffman, Richard | 1:16-cv-03002 |
| Monk, Charles | 1:16-cv-03012 |
| Hackney, Tenia | 1:16-cv-03015 |
| Saraceno, Gene | 1:16-cv-03031 |
| Tyler, Renee | 1:16-cv-03034 |
| Hicks, James | 1:16-cv-03040 |
| Smith, Joseph | 1:16-cv-03159 |
| Kidd, Linda | 1:16-cv-03160 |
| Reynolds, Daniel | 1:16-cv-03321 |
| Cox, Janice | 1:16-cv-03324 |
| Jester, Antoine Jr. | 1:16-cv-03446 |
| Dill, Marshall L. | 1:16-cv-03511 |
| Badger, Estell | 1:17-cv-00489 |
| Armour, Sammie | 1:17-cv-01016 |
| Cappabianca, David | 1:17-cv-01627 |
| Cave, Sharon | 1:17-cv-01628 |
| Conley, Thomas | 1:17-cv-01629 |
| Moore, John, Sr. | 1:17-cv-01633 |
| Moore, Kelly | 1:17-cv-01634 |
| Owens, Alaimo | 1:17-cv-02321 |
| Lamprey, Melissa | 1:17-cv-02323 |
| McCoy, Nasir | 1:17-cv-02324 |

| | |
|---|---|
| Kelley, Jack | 1:17-cv-02325 |
| Robinson, Robert (GT 2447) | 1:17-cv-02447 |
| Thornton, Lillie | 1:17-cv-02450 |
| O'Neal, Danny | 1:17-cv-02622 |
| Taylor, William Jr. | 1:17-cv-02624 |
| Topping, Louise | 1:17-cv-02625 |
| Pritchett, Billy | 1:17-cv-03040 |
| Quigley, Jason | 1:17-cv-03042 |
| Ables, Suzanne | 1:17-cv-03043 |
| Jackson, Turkessa | 1:17-cv-03052 |
| Myers, Russell | 1:17-cv-03064 |
| Allen, Catherine | 1:17-cv-03597 |
| Hampton, Linda | 1:17-cv-03599 |
| Cooper, Chris | 1:17-cv-03600 |
| Redman, Kathleen | 1:17-cv-03602 |
| Studer, Andre | 1:17-cv-03825 |
| Baker, Jason | 1:17-cv-04026 |
| Starr, John | 1:17-cv-04091 |
| Cleek, Michael | 1:17-cv-04093 |
| Bryant, John | 1:17-cv-04095 |
| Cordar, Johnny | 1:17-cv-04096 |
| Rawls, Sharon | 1:17-cv-04098 |
| Hanf, Janie | 1:17-cv-04100 |
| Kimbell, Candy | 1:17-cv-04204 |
| Everly, Gary | 1:17-cv-04400 |
| Oden, Jon | 1:17-cv-04432 |
| Gilbreath, Lawrence | 1:17-cv-04433 |
| Ferguson, John | 1:18-cv-00022 |
| Smith, Elizabeth A. | 1:18-cv-00114 |
| Helsley, Brandon | 1:18-cv-00117 |
| Alford, Margaret | 1:18-cv-00327 |
| Austin, Maureen | 1:18-cv-00381 |
| Brown, Brenda | 1:18-cv-00383 |
| Cooper, Michael | 1:18-cv-00757 |
| Taylor, Kevin | 1:18-cv-00759 |
| Gentry, Lewis | 1:18-cv-00762 |
| Johnson, Bettye | 1:18-cv-00764 |
| Strickland, Derrick | 1:18-cv-01054 |
| Atkins, Sheila | 1:18-cv-01056 |
| Tyndale, Faith | 1:18-cv-01057 |
| Davis, Alicina | 1:18-cv-01058 |

| | |
|---|---|
| Turner, Wilma | 1:18-cv-01061 |
| Lowe, Robert | 1:18-cv-01064 |
| Mink, Ron | 1:18-cv-01179 |
| Esmonde, Alan | 1:18-cv-01394 |
| Hedemann, Anthony | 1:18-cv-01395 |
| Stoddart, Roy | 1:18-cv-01400 |
| Radcliff, Larry | 1:18-cv-01407 |
| Keith, Cherrill | 1:18-cv-01470 |
| Hayes, Bruce | 1:18-cv-01666 |
| Sears, Keith | 1:18-cv-01775 |
| Spearman, Wendy | 1:18-cv-01860 |
| Smith, Kathleen | 1:18-cv-01861 |
| Johnson, Kathy | 1:18-cv-01862 |
| Smith, Christine | 1:18-cv-01863 |
| Cox, Yolanda | 1:18-cv-01964 |