UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

## ORDER GRANTING THE COOK DEFENDANTS' MOTION TO REDACT AND SEAL EXCERPTS OF THE OFFICIAL TRANSCRIPT RELATED TO THE COOK DEFENDANTS' NET WORTH

This matter has come before the Court on The Cook Defendants' Motion to Redact and Seal Excerpts of the Official Transcript Related to the Cook Defendants' Net Worth. The Court, having reviewed the Cook Defendants' motion and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that the portions of the February 5, 2019 Official Transcript related to the Cook Defendants' net worth shall be redacted and sealed from public view.

SO ORDERED this 30th day of April, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.