IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Cases.

**ORDER ON MOTIONS TO SEAL**

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, the following motions to seal are granted.

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9174]

Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Memorandum in Opposition to Plaintiff's Motion to Exclude or Limit the Expert Testimony of David Gillespie, M.D. and Exhibits Thereto [Filing No. 9177]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9183]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9187]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9188]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9193]

Cook Defendants' Motion to Maintain Under Seal Cook Defendants' Response to Plaintiff's Motion to Limit the Testimony of Kenneth Renkens, M.D. and Exhibits Thereto [Filing No. 9202]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9241]

Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Response in Opposition to Plaintiff's Omnibus Motions in Limine and Exhibits Thereto [Filing No. 9247]

Cook Defendants' Motion to Maintain Under Seal Exhibit to the Cook Defendants' Response in Opposition to Plaintiff's Motion in Limine to Exclude or Limit Argument

and Evidence that Retrievable and/or Celect and/or IVC Filters Generally Save Lives or Capture Blood Clots [Filing No. 9251]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9259]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9262]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9264]

Cook Defendants' Motion to Maintain Under Seal Exhibit to Cook Defendants' Memorandum in Opposition to Plaintiff's Motion to Exclude or Limit the Testimony of Raman Uberoi, M.D. [Filing No. 9270]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9278]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9291]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9305]

The Clerk shall maintain the following documents under seal pending further order.

| Filing No. 9170 | Filing No. 9166 | Filing No. 9258 |
| Filing No. 9171 | Filing No. 9167 | Filing No. 9261 |
| Filing No. 9172 | Filing No. 9168 | Filing No. 9265 |
| Filing No. 9173 | Filing No. 9176 | Filing No. 9266 |
| Filing No. 9175 | Filing No. 9178 | Filing No. 9303 |
| Filing No. 9147 | Filing No. 9179 | Filing No. 9304 |
| Filing No. 9149 | Filing No. 9180 | Filing No. 9263 |
| Filing No. 9151 | Filing No. 9181 | Filing No. 9272 |
| Filing No. 9153 | Filing No. 9185 | Filing No. 9273 |
| Filing No. 9154 | Filing No. 9156 | Filing No. 9274 |
| Filing No. 9155 | Filing No. 9190 | Filing No. 9275 |
| Filing No. 9158 | Filing No. 9191 | Filing No. 9276 |
| Filing No. 9159 | Filing No. 9192 | Filing No. 9277 |
| Filing No. 9160 | Filing No. 9201 | Filing No. 9279 |
| Filing No. 9161 | Filing No. 9240 | Filing No. 9269 |
| Filing No. 9162 | Filing No. 9245 | Filing No. 9288 |
| Filing No. 9163 | Filing No. 9249 | Filing No. 9289 |
| Filing No. 9165 | Filing No. 9257 | Filing No. 9290 |

Date:  5/1/2019

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.