UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to: All Actions _____ | )<br>)   1:14-ml-02570-RLY-TAB<br>)   MDL No. 2570<br>)<br>)<br>)<br>) |

**ORDER DISMISSING CATEGORY 1 CASES**

Pursuant to the court's Screening Order and Bellwether Selection Plan (Filing No. 9322), the following Category 1 Cases[1] are hereby **DISMISSED WITH PREJUDICE**:

- 1:15-cv-01076, Nancy G. and Jesus Lopez-Saenz;
- 1:15-cv-01239, Frederick and Martha Harris;
- 1:16-cv-00990, Stanley Adkins;
- 1:16-cv-01022, John David Mijares;
- 1:16-cv-01764, Brenda Kubica;
- 1:16-cv-02257, Elizabeth Lawler;
- 1:16-cv-02319, Patricia Diberardo;
- 1:16-cv-02801, Daniel & Melissa Cline;
- 1:16-cv-03201, Betty McDaniel;
- 1:16-cv-03296, Ivan Babb;
- 1:17-cv-00611, Mark R. Hawley;
- 1:17-cv-02259, Jacquelyn Durrant;
- 1:17-cv-02804, Jenny Smith;
- 1:17-cv-03106, Kathleen Grooms;
- 1:17-cv-03204, Elsie Saunders;

---

[1] Category 1 are defined as: "Cases where the Plaintiffs' profile sheet and further follow-up shows that the Gunther Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

- 1:17-cv-03259, Arlene Wedderburn;
- 1:17-cv-03396, Monique Bailey;
- 1:17-cv-03460, Anthony Ponzio;
- 1:17-cv-04106, Wallace Kenney;
- 1:17-cv-04144, Ramona Lauderman;
- 1:17-cv-04358, Ozell Clark;
- 1:17-cv-04476, Shanikqua Jefferson;
- 1:17-cv-04728, Lena R. Stephens;
- 1:18-cv-00574, John J. and Rhonda Bishop;
- 1:18-cv-00925, Derek S. LaRue;
- 1:18-cv-02583, Collette Taylor;
- 1:18-cv-03628, Tamera Slagle-Schuck;
- 1:18-cv-03836, Michael James and Lisa Montgomery

**SO ORDERED** this 1st day of May 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.