**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND           Case No: 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to:
1:15-cv-01609; 1:16-cv-01791; 1:16-cv-02474; 1:16-cv-02475; 1:16-cv-02680;
1:16-cv-02695; 1:16-cv-02698; 1:16-cv-02700; 1:16-cv-02701; 1:16-cv-02708;
1:16-cv-02710; 1:16-cv-02712; 1:16-cv-02714; 1:16-cv-02971; 1:16-cv-02973;
1:16-cv-02974; 1:16-cv-02976; 1:16-cv-03002; 1:16-cv-03012; 1:16-cv-03015;
1:16-cv-03031; 1:16-cv-03034; 1:16-cv-03040; 1:16-cv-03159; 1:16-cv-03160;
1:16-cv-03321; 1:16-cv-03324; 1:16-cv-03446; 1:16-cv-03511; 1:17-cv-00489;
1:17-cv-01016; 1:17-cv-01627; 1:17-cv-01628; 1:17-cv-01629; 1:17-cv-01633;
1:17-cv-01634; 1:17-cv-02321; 1:17-cv-02323; 1:17-cv-02324; 1:17-cv-02325;
1:17-cv-02447; 1:17-cv-02450; 1:17-cv-02622; 1:17-cv-02624; 1:17-cv-02625;
1:17-cv-03040; 1:17-cv-03042; 1:17-cv-03043; 1:17-cv-03052; 1:17-cv-03064;
1:17-cv-03597; 1:17-cv-03599; 1:17-cv-03600; 1:17-cv-03602; 1:17-cv-03825;
1:17-cv-04026; 1:17-cv-04091; 1:17-cv-04093; 1:17-cv-04095; 1:17-cv-04096;
1:17-cv-04098; 1:17-cv-04100; 1:17-cv-04204; 1:17-cv-04400; 1:17-cv-04432;
1:17-cv-04433; 1:18-cv-00022; 1:18-cv-00114; 1:18-cv-00117; 1:18-cv-00327;
1:18-cv-00381; 1:18-cv-00383; 1:18-cv-00757; 1:18-cv-00759; 1:18-cv-00762;
1:18-cv-00764; 1:18-cv-01054; 1:18-cv-01056; 1:18-cv-01057; 1:18-cv-01058;
1:18-cv-01061; 1:18-cv-01064; 1:18-cv-01179; 1:18-cv-01394; 1:18-cv-01395;
1:18-cv-01400; 1:18-cv-01407; 1:18-cv-01470; 1:18-cv-01666; 1:18-cv-01775;
1:18-cv-01860; 1:18-cv-01861; 1:18-cv-01862; 1:18-cv-01863; and
1:18-cv-01964

## ORDER DISMISSING 95 PENDING CASES

Based upon the agreement of the parties and consideration of the parties' Stipulation Dismissing 95 Pending Cases by the Court the 95 cases captioned above, and listed in Exhibit A, are dismissed without prejudice. These plaintiffs may refile their cases in MDL 2570, in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. No Plaintiff listed in Exhibit A, however, may refile his or her case if the future claim is based solely on one of the injuries, complications, or

outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in MDL 2570 under this order on the basis of that future injury.

Date: 5/02/2019

*(signature)*
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system. Service on all nonregistered counsel of record to be made by Plaintiffs' Lead Counsel