IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to: All Actions

_____

## CORRECTING ENTRY

It has come to the court's attention that there is an error in Order dismissing 95 pending cases entered May 2, 2019 (Docket No. 10594).  The following cases were previously dismissed on April 30, 2019 at Docket No. 10582 and are not included in the dismissal order of 5/02/19:

1:18-cv-1666-RLY-TAB

1-18-cv-1775-RLY-TAB

1-18-cv-1861-RLY-TAB

1-18-cv-1964-RLY-TAB

**SO ORDERED** this 2nd day of May 2019**.**

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record