IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

### ORDER VACATING CASE MANAGEMENT ORDER # 24
### (BELLWETHER SELECTION PLAN PROTOCOL)

It has come to the court's attention that there are two Case Management Orders numbered 24 on the docket. (*See* Filing Nos. 10512 (Eighth Amended Case Management Order) and 10593 (Bellwether Selection Plan Protocol)). Accordingly, Case Management Order # 24 (Bellwether Selection Plan Protocol) is **VACATED**.

**SO ORDERED** this 2nd day of May 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.