UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No: 1:14-m1-2570-RLY-TAB
MDL No. 2570

**This Document Relates to:**

*Sacha E. Delvalle*
**Case: 1:18-cv-02347-RLY-TAB**
_____/

### PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

On November 21, 2018, the Court entered an Order requiring Plaintiff to complete and serve Categorization Forms to email addresses, cookFilterMDL@FAegreBD.com and plaintiffscoleadcounselmdla.gmail.com, before December 22, 2018.

Sacha E. Delvalle complied with that order on December 07, 2018 by serving a completed categorization form with corresponding medical records to the above email addresses. Plaintiff sent the attached email with the attached Categorization Form attached to the email. *See Exhibit A.*

Defendants move to dismiss the Sacha E. Delvalle case on the basis "Plaintiffs has failed to produce a categorization form". However, as can be seen from the attached exhibits, Sacha E. Delvalle fully complied with the Court's Categorization Order. Therefore, the Court should deny the motion to dismiss the Sacha E. Delvalle case.

WHEREFORE, Plaintiff moves the Court to deny Defendants' Motion to Dismiss the Sacha E. Delvalle case.

Respectfully Submitted,

/s/ Joseph H. Saunders
Joseph H. Saunders, Esq.
SAUNDERS & WALKER, P.A.
3491 Gandy BLVD. N. STE 200
Pinellas Park, Florida 33781
Telephone: (727) 579-4500
Facsimile: (727) 577-9696
Emails: Joe@saunderslawyers.com
Margy@saunderslawyers.com
Efrem@saunderslawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, a copy of the foregoing Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's Electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Joseph H. Saunders

Case 1:14-mb-02570-RLY-TAB Document 10598 Filed 05/02/19 Page 2 of 2 PageID #: 60052
Case 1:18-cv-02347-RLY-TAB Document 20 Filed 04/15/19 Page 2 of 2 PageID #: 92

2