UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., INC FILTERS
MARKETING, SALES PRACTICES AND      Case No: **1:14-m1-2570-RLY-TAB**
PRODUCTS LIABILITY LITIGATION

_____   MDL No. 2570

This Document Relates to Plaintiff

SACHA E. DELVALLE

_____   Civil Case No: 1:18-cv-02347

_____

## PLAINTIFF'S RESPONSE TO ORDER REGARDING
## CASE CATEGORIZATION AND CENSUS

_____

**Pursuant to** the Court's Order on the Cook Defendants' Motion for Screening Order and Bellwether Plan (Doc. 9322), Plaintiff, SACHA E. DELVALLE, files Plaintiff's Response to Order Regarding Case Categorization and Census.

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2019, a copy of the foregoing Plaintiff's Response to Order Regarding Case Categorization and Census was sent electronically via email to CookFilterMDL@FaegreBD.com and Plaintiffscoleadcounselmdl@gmail.com.

**EXHIBIT A**

                Respectfully Submitted,

                /s/ Joseph H. Saunders
                Joseph H. Saunders, Esq.
                SAUNDERS & WALKER, P.A.
                3491 Gandy BLVD. N. STE 200
                Pinellas Park, Florida 33781
                Telephone: (727) 579-4500
                Facsimile: (727) 577-9696
                Emails: Joe@saunderslawyers.com
                Margy@saunderslawyers.com
                Efrem@saunderslawyers.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 12, 2019, a copy of the foregoing Response of Sacha E. Delvalle to Defendants' Motion to Dismiss Without Prejudice Pursuant to the Court's Case Categorization Order was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                /s/ Joseph H. Saunders

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

Sacha E. Delvalle, 1:18-cv-02347-RLY-TAB

## CASE CATEGORIZATION SUBMISSION

### Categorization Form

A. Plaintiff's Name: Sacha E. Delvalle

B. Plaintiff's Case Number: 1:18-cv-02347-RLY-TAB

C. Plaintiff's Counsel (Lead Firm Name): Saunders & Walker, P.A.

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process.

   Check here for Category 1:____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ____

   Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for coagulation on a permanent or long-term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ____

Briefly describe claimed complication/outcome/injury: _____

4. <u>Embedded and High-Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: _____

   Briefly describe claimed complication/outcome/injury: _____

5. <u>Failed Retrieval and Complication Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: **X**

   Briefly describe claimed complication/outcome/injury: **Failed retrieval attempt.**

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: **X**

   Briefly describe claimed complication/outcome/injury: **Significant tilting of the IVC filter with penetration of 2 of the legs and perforation of one of the legs.**

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: **X** Circle all sub-categories that apply below:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of any clinically significant/symptomatic injury diagnosed in a medical record:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of any clinically significant/symptomatic injury diagnosed in a medical record:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

2

Case 1:14-ml-02570-RLY-TAB   Document 10598-1   Filed 05/02/19   Page 5 of 19 PageID #:
80057
Case 1:18-cv-02347-RLY-TAB   Document 10-2   Filed 04/15/19   Page 5 of 19 PageID #: 37

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of any clinically significant/symptomatic injury diagnosed in a medical record:

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of any clinically significant/symptomatic injury diagnosed in a medical record:

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of any clinically significant/symptomatic injury diagnosed in a medical record:

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of any clinically significant/symptomatic injury diagnosed in a medical record: **Large saddle embolus.**

(g) DVT or other blood clot caused by filter;

Briefly describe claim of any clinically significant/symptomatic injury diagnosed in a medical record:

(h) infection;

Briefly describe claim of any clinically significant/symptomatic injury diagnosed in a medical record:

(i) bleeding; and

Briefly describe claim of any clinically significant/symptomatic injury diagnosed in a medical record:

3

(j) death; and

Briefly describe claim of any clinically significant/symptomatic injury diagnosed in a medical record:

_____

(k) open-removal and/or open-heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of any clinically significant/symptomatic injury diagnosed in a medical record:

_____

E. Certification: The undersigned counsel states that he or she has reviewed Plaintiff's case, including all available medical records and imaging records and reports. Based on that review, the undersigned counsel certifies that the Plaintiff's case was categorized above in the highest category available based on the supporting specific medical record attached hereto.

The undersigned counsel declares under the penalty of perjury that the foregoing is true and correct.

Plaintiff's Counsel Name:      Joseph H. Saunders

Plaintiff's Counsel's Firm:     Saunders & Walker, P.A.

Plaintiff's Counsel's Signature: _____

4

|  |  |  |
|---|---|---|
|  | Patient Name: | **DELVALLE, SACHA EUGENA** |
|  | DOB: 4/11/1980  Age: 27 years  Sex: Female | |
| **Blodgett Campus** | MRN: | 001439077 |
| 1840 Wealthy Street SE | FIN: | 926304707117 |
|  | Admitted: | 4/27/2007 |
| Grand Rapids, MICHIGAN 49506- | Discharged: | 4/27/2007 |
|  | Patient Type: | Emergency |
| Attending Provider:   Physician,ECS | | |

## Computed Tomography Report

| Ordering Provider | Procedure Name | Accession Number | Exam Date/Time |
|---|---|---|---|
|  | CT Abdomen and Pelvis with IV Contrast | CT-07-040953 | 4/27/2007 18:44 EDT |

**Reason For Exam**
(CT Abdomen and Pelvis with IV Contrast) abd pain s/p bariatric surg 4/12 r/o abscess

**Findings**

DELVALLE, SACHA EUGENA
**Examination:**   CT Abdomen and Pelvis with IV Contrast
**Date/Time:** 04/27/07
**History:** Abdominal pain postop.

**Findings:**  Postoperative changes of Roux-en-Y gastric bypass.  No postsurgical complication is identified.  Tulip IVC filter is tilted posteriorly.  Two of the legs anteriorly appear to extend past the confines of the IVC but likely are tenting the wall.  Wedge shaped atelectasis or infiltrate in the right base posteriorly likely represents a prior pulmonary infarct and is not significantly changed since PE study 10/01/06.  Small splenule anterior to the spleen.  Remainder negative.

**Impression:**  Postoperative changes of gastric bypass procedure without significant postoperative complication.


MGD/lke

Dictated By:  Doherty, Michael G MD,  04/27/07 19:09
Images and Interpretation Reviewed and Electronically Signed By:  Doherty, Michael G MD,  04/27/07 22:49
Transcriptionist: LKE  04/27/07 19:15, Technologist: AW,MAC
Resident:

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

| | |
|---|---|
| Patient Name: | DELVALLE, SACHA EUGENA |
| DOB: | 4/11/1980 |
| MRN: | 001439077 |
| FIN: | 926304707137 |

Blodgett Campus
1840 Wealthy Street SE

Grand Rapids, MICHIGAN 49506-

## Computed Tomography Report

| Ordering Provider | Procedure Name | Accession Number | Exam Date/Time |
|---|---|---|---|
| Lauria,Nicholas John | CT Abdomen and Pelvis wo IV Contrast | CT-17-063375 | 5/18/2017 01:45 EDT |

**Reason For Exam**
(CT Abdomen and Pelvis wo IV Contrast) abd pain

**Findings**
EXAMINATION: CT Abdomen and Pelvis without IV Contrast
EXAM DATE: 5/18/2017 1:45 AM

TECHNIQUE: Standard protocol CT imaging of the abdomen and pelvis was performed without intravenous contrast.

INDICATION: abd pain
COMPARISON: 1/27/2017

ENCOUNTER: Not applicable

_____

CT ABDOMEN AND PELVIS FINDINGS:

Lung Bases: Normal.

Liver: Normal.

Gallbladder and Biliary Tree: No calcified gallstones.   Normal gallbladder wall.

Spleen: Normal.

Pancreas: Normal.

Adrenals: Normal.

Kidneys and Ureters: There is a stable nonobstructing 2 to 3 mm interpolar left renal stone. No additional urolithiasis. Renal morphologies are intact for technique.

Lymph Nodes: No enlarged mesenteric or retroperitoneal  lymph nodes.

Bowel: There is no evidence of bowel obstruction or inflammatory change of the bowel or mesentery. There is a large amount of fecal material seen throughout moderately distended colon in an essentially continuous column from the cecum to the rectum.

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

| | |
|---|---|
| Patient Name: | DELVALLE, SACHA EUGENA |
| DOB: | 4/11/1980 |
| MRN: | 001439077 |
| FIN: | 926304707137 |

Blodgett Campus
1840 Wealthy Street SE

Grand Rapids, MICHIGAN 49506-

## Computed Tomography Report

| Ordering Provider | Procedure Name | Accession Number | Exam Date/Time |
|---|---|---|---|
| Lauria,Nicholas John | CT Abdomen and Pelvis wo IV Contrast | CT-17-063375 | 5/18/2017 01:45 EDT |

**Findings**
Now visualized is overlap of one of the arms of the patient's IVC filter into the region of the mid horizontal portion of the duodenum. This may or may not be truly intraluminal and it may or may not be symptomatic to the patient. Patient is status post gastric bypass and the excluded stomach is nondilated. I suspect this finding is incidental and unrelated to the patient's acute presentation as there is no inflammatory change present here. There is no evidence of obstruction present along this segment.

Vessels: No abdominal aortic aneurysm. Within the limits of the exam, the IVC filter shows no evidence of fragmentation or disruption otherwise.

Peritoneum: No ascites or free air.

Retroperitoneum: No mass.

Reproductive Organs: No evidence of mass. IUD remains appropriately positioned within the uterus.

Bladder: Unremarkable.

Skeletal: There is no lytic or blastic bone lesion.

Abdominal Wall: Unremarkable.

The sensitivity for detecting lesions is markedly decreased without intravenous contrast.

---

IMPRESSION:

1. No acute appearing finding of the abdomen or pelvis identified to account for the patient's reported symptoms.
2. No evidence of bowel obstruction but there is significant fecal burden seen throughout the colon as discussed.
3. Stable nonobstructing left renal stone.
4. Suspected incidental and likely clinically insignificant interval displacement of one of the arms of the IVC filter abutting the region of the duodenum now. Please see above discussion.

Dictated By:  Coiner, Leonard Gilbert MD,  05/18/17 01:47
Images and Interpretation Reviewed and Electronically Signed By:  Coiner, Leonard Gilbert MD,  05/18/17 02:00
Transcriptionist:, Technologist: BPW
Resident:

---

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

| | | |
|---|---|---|
| | Patient Name: | DELVALLE, SACHA EUGENA |
| | DOB: | 4/11/1980 |
| Butterworth Campus | MRN: | 001439077 |
| 100 Michigan Street NE | FIN: | 926304701203 |
| Grand Rapids, MICHIGAN 49503- | | |

## Computed Tomography Report

| Ordering Provider | Procedure Name | Accession Number | Exam Date/Time |
|---|---|---|---|
| | CT Angio Thorax | CT-11-061983 | 7/25/2011 14:21 EDT |

**Reason For Exam**
(CT Angio Thorax) tachycardia, left calf pain, right atrial dilation onf Echo, h/o PE

**Findings**
Examination: CT Angio Chest

Date: 7/25/2011

Indication: Shortness of breath, question of PE

Comparison: CT angio chest dated July 3, 2011
Technique: Helical CT acquisition is performed from the thoracic inlet through the costophrenic sulci following intravenous administration of contrast. Coronal 3-D MIP reconstructed images are included for interpretation.

Findings: There is no axillary, mediastinal, or hilar adenopathy. The aorta and great vessels are normal. The heart size is within normal limits.

There is a large saddle embolus which straddles the bifurcation of the main pulmonary artery and a large volume of embolus extends into the right and left main pulmonary arteries and into the lobar pulmonary arteries predominantly supplying the lower lobes.

The tracheobronchial structures are normal. The lungs remain clear being free from consolidation, mass, infiltrate, or evidence for infarction. There is mild dependent bibasilar atelectasis. There are no pleural or pericardial effusions. The visualized extent of the upper abdomen remains stable. No destructive osseous lesions are present.

Impression: Saddle pulmonary embolus.

Critical results were reported to Bernard Eisenga, M.D. at the time of dictation.

Dictated By: Buchach, Christopher Michael MD, 07/25/11 14:31
Images and Interpretation Reviewed and Electronically Signed By: Buchach, Christopher Michael MD, 07/25/11 16:55
Transcriptionist: CN  07/25/11 14:38, Technologist: SKN
Resident:

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

Case 1:14-ml-02570-RLY-TAB   Document 10598-1   Filed 05/02/19   Page 11 of 19 PageID #:
Case 1:18-cv-02347-RLY-TAB   Document 10-1   Filed 04/15/19   Page 11 of 19 PageID #: 43
80008

Patient Name:    DELVALLE, SACHA EUGENA
DOB:             4/11/1980
MRN:             001439077
FIN:             926304707137

Blodgett Campus
1840 Wealthy Street SE

Grand Rapids, MICHIGAN 49506-

# Consultation Notes

**IR - Consult Note**

Patient: DELVALLE, SACHA EUGENA    MRN: 001439077    FIN: 926304707137
Age: 37 years    Sex: Female    DOB: 04/11/80
Associated Diagnoses:  None
Author:  Wilson, Bryant Thomas

**Basic Information**
  **Patient information:**
  No guardian specified,
  Total Inpatient Days: 1
  , Anticipated Discharge Date
  **No anticipated discharge date found.**
  **Source of history:** Self, Medical record.
  **Present at bedside:** Family member.
  **History limitation:** None.
  **Referral source:** Cone, Amanda Lynn.

**Chief Complaint**
  Reason for consult
  IVCF abnormality; please eval

**History of Present Illness**
  37 year old female with a history of roux en y gastric bypass, known to our service for an IVCF placed in 2007. At that time, it was unable to removed shortly thereafter due to being tilted, embedded in the wall of the IVC with an arm of the filter abnormally placed.

  -presented with a 3 day history of abdominal pain with nausea and vomiting
  -pain is in her lower abdomen, radiating to her flanks
  -subjective chills, no documented fevers
  -non bloody vomiting x2, multiple episodes of nonbloody diarrhea
  -history of chronic diarrhea
  -also c/o hematuria without recent menstration
  -recently reportedly hospitalized in Lansing with a CVA
  -during w/u a CT was performed, results recorded below, with incidental findings regarding an arm of the filter being displaced

  -presently, patient is anxious, with symptoms not significantly changed

**Review of Systems**
  Constitutional: Chills, No fever.
  Eye: No blurring, No double vision.
  Ear/Nose/Mouth/Throat: No nasal congestion, No sore throat.
  Respiratory: No shortness of breath, No cough.
  Cardiovascular: Peripheral edema (mild), No chest pain.

---

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

Print Date and Time:
8/2/2017  14:59 EDT         DELVALLE, SACHA EUGENA              Page 22 of 357

| | | |
|---|---|---|
| Patient Name: | DELVALLE, SACHA EUGENA | |
| DOB: | 4/11/1980 | |
| MRN: | 001439077 | |
| FIN: | 926304707137 | |

**Blodgett Campus**
1840 Wealthy Street SE

Grand Rapids, MICHIGAN 49506-

---

# Consultation Notes

Gastrointestinal: Nausea, Vomiting, Diarrhea, No constipation, No hematemesis.
Genitourinary: Hematuria, No dysuria.
Hematology/Lymphatics: Bruising tendency.
Musculoskeletal: Back pain: In the lower region.
Integumentary: No rash, No breakdown.
Neurologic: No confusion, No numbness, No tingling, No headache.
Psychiatric: Anxious about possibility of procedures, No depression.

Health Status
  **Allergies: Include Allergy profile**
    <u>Allergic Reactions (Selected)</u>
      *Severity Not Documented*
        Bee stings- No reactions were documented.
        Penicillin- Throat closes and hives.
        Zithromax- No reactions were documented.
    <u>Nonallergic Reactions (Selected)</u>
      *Severity Not Documented*
        Seasonal- Eye red and watery, sneezing, throat itches and stuffy.
  **Current medications: (Selected)**
    <u>Inpatient Medications</u>
      *Ordered*
        ARIPiprazole 10 mg oral tablet: 10 mg is equal to 1 tab(s), PO, daily, Routine, Start: 05/18/17 9:00:00, Tab
        DULoxetine 30 mg oral delayed release capsule: 90 mg is equal to 3 cap(s), PO, daily, Routine, Start: 05/18/17 9:00:00, DRC
        Flonase 50 mcg/inh nasal spray: 100 mcg, 2 spray(s), Nasal-BOTH nostril(s), daily, Routine, PRN nasal congestion, Start: 05/18/17 5:37:00, Spray
        METOPRolol succinate 25 mg oral tablet, extended release: 25 mg is equal to 1 tab(s), PO, daily, Routine, Start: 05/18/17 9:00:00, ERT
        Norco 10 mg-325 mg oral tablet: 1-2 tab(s), PO, q4hr, Routine, PRN pain, Start: 05/18/17 5:36:00, Tab
        ProtoNIX: 40 mg is equal to 1 tab(s), PO, daily, Routine, Start: 05/18/17 9:00:00, ECT
        QUEtiapine 200 mg oral tablet: 600 mg is equal to 3 tab(s), PO, qhs, Routine, Start: 05/18/17 21:00:00, Tab
        acetaminophen PO: 650 mg is equal to 2 tab(s), PO, q4hr, Routine, PRN mild pain, Start: 05/18/17 5:43:00, Tab
        albuterol CFC free 90 mcg/inh inhalation aerosol: 1-2 puff(s), INH, q6hr, Routine, PRN shortness of breath or wheezing, Start: 05/18/17 5:36:00, Inhaler
        bisacodyl supp PR: 10 mg is equal to 1 supp(s), PR, daily, Routine, PRN constipation, Start: 05/18/17 6:09:00, Supp
        cyclobenzaprine: 5 mg is equal to 1 tab(s), PO, tid, Routine, PRN muscle spasm, Start: 05/18/17 5:37:00, Tab
        diazepam: 10 mg is equal to 2 tab(s), PO, qid, Routine, PRN muscle spasm, Start: 05/18/17 5:37:00, Tab
        lactulose 0.67 Gm/mL Oral Syrup 30 mL UD: 20 Gm, 30 mL, PO, daily, Routine, Start: 05/18/17 9:00:00, Syrup
        naloxone IV: 0.1 mg is equal to 0.25 mL, IVPush, q 2min, Routine, PRN see comments, Start: 05/18/17 5:43:00, Inj
        ondansetron IV: 4 mg is equal to 2 mL, IVPush, q6hr, Routine, PRN nausea, Start: 05/18/17 5:43:00, Vial
        ondansetron ODT Tab: 4 mg is equal to 1 tab(s), PO, q6hr, Routine, PRN nausea, Start: 05/18/17 5:43:00, Dis Tab
        polyethylene glycol Oral Powder: 17 Gm is equal to 1 packet(s), PO, daily, Routine, PRN constipation, Start: 05/18/17 6:09:00, Pwd
        pregabalin: 25 mg is equal to 1 cap(s), PO, tid, Routine, Start: 05/18/17 9:00:00, Cap
        rivaroxaban PO: 20 mg is equal to 1 tab(s), PO, qpm, Routine, Start: 05/18/17 17:00:00, Tab
        senna-docusate 8.6 mg-50 mg PO Tab: 1 tab(s), PO, bid, Routine, Start: 05/18/17 9:00:00, Tab
        sodium chloride 0.9% IV 1,000 mL: mL, 1,000, IV, Routine, 125 mL/hr, Start: 05/18/17 5:43:00, 8 hour(s), 182.4, kg

---

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

Patient Name:　　DELVALLE, SACHA EUGENA
DOB:　　4/11/1980
MRN:　　001439077
FIN:　　926304707137

**Blodgett Campus**
1840 Wealthy Street SE

Grand Rapids, MICHIGAN 49506-

---

## Consultation Notes

    traMADol PO (immediate release): 50 mg is equal to 1 tab(s), PO, q12hr, Routine, PRN moderate pain, Start: 05/18/17 5:43:00, Tab
*Suspended*
    lisinopril: 10 mg is equal to 1 tab(s), PO, daily, Routine, Start: 05/18/17 9:00:00, Tab
<u>Documented Medications</u>
*Documented*
    Abilify 10 mg oral tablet: 10 mg = 1 tab(s), PO, daily
    Advair Diskus 100 mcg-50 mcg inhalation powder: 1 puff(s), INH, bid
    DULoxetine 30 mg oral delayed release capsule: 30 mg = 1 cap(s), PO, daily, TOTAL DOSE = 90mg
    DULoxetine 60 mg oral delayed release capsule: 60 mg = 1 cap(s), PO, daily, TOTAL DOSE = 90mg
    Epipen Auto Injector: 0.3 mg, IM, ONCE, PRN anaphylaxis
    Flexeril 5 mg oral tablet: 5 mg = 1 tab(s), PO, tid, PRN muscle spasm, FLEXERIL -OR- DIAZEPAM, Tab
    Flonase 50 mcg/inh nasal spray: 2 spray(s), Nasal-BOTH nostril(s), daily, PRN nasal congestion
    Imitrex 100 mg oral tablet: 100 mg = 1 tab(s), PO, as ordered, PRN for migraine headache, may repeat dose once in 2 hours, Tab
    Lyrica 25 mg oral capsule: 25 mg, PO, tid
    METOPRolol succinate 25 mg oral tablet, extended release: 25 mg = 1 tab(s), PO, daily, Do Not Crush, ERT
    Med Rec Tech history complete for admission:
    Norco 10 mg-325 mg oral tablet: 1-2 tab(s), PO, q4hr, PRN for pain, every 4-6 hours PRN pain, 0 Refill(s)
    Prenatal Plus oral tablet: 1 tab(s), PO, daily
    Protonix 40 mg oral delayed release tablet: 40 mg = 1 tab(s), PO, daily, Do not crush, ECT
    QUEtiapine 300 mg oral tablet: 600 mg = 2 tab(s), PO, qhs
    Ventolin HFA 90 mcg/inh inhalation aerosol: 1-2 puff(s), INH, q6hr, PRN shortness of breath or wheezing, RESCUE INHALER
    Xarelto 20 mg oral tablet: 20 mg, PO, qpm, take with food
    diazepam 10 mg oral tablet: 10 mg = 1 tab(s), PO, qid, PRN muscle spasm, FLEXERIL -OR- DIAZEPAM
    lisinopril 10 mg oral tablet: 10 mg = 1 tab(s), PO, daily

Problem List (Medical only)
  Borderline personality disorder
  DVT
  GERD (gastroesophageal reflux disease)
  History of asthma
  Bipolar disorder
  Anxiety and depression
  Morbid obesity
  PE - Pulmonary embolism
  Schizophrenia
  Sciatica
  Seizures

Histories
  Medical History:
  Roux-en-Y gastric bypass in 2007
  Morbid obesity

---

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

| | | |
|---|---|---|
| Patient Name: | | DELVALLE, SACHA EUGENA |
| DOB: | | 4/11/1980 |
| MRN: | | 001439077 |
| FIN: | | 926304707137 |

Blodgett Campus
1840 Wealthy Street SE

Grand Rapids, MICHIGAN 49506-

## Consultation Notes

Recurrent DVT/PE s/p IVC filter on Xarelto
Bipolar disorder
Borderline personality disorder with hx suicide attempts
Psychogenic nonepileptic seizure disorder
GERD
Asthma
Anxiety
Depression

Family History:
Father deceased at age 48 due to DM complications
Mother with HTN, HLD, COPD, Hx breast cancer

Procedure history:
EGD Biopsy
Gastric Bypass
IVC filter placement, unable to removed due to tilting and abnormal imbedded arm of the filter

Social History: Denies history of tobacco, alcohol, or illicit drug use. Does note that she is a Jehovah's witness and does not accept blood products


Physical Examination
  VS/Measurements
  Most Recent Vitals (ST)

| | | |
|---|---|---|
| **Temperature** | 36.7 | (09:13) |
| **Systolic Blood Pressure** | 123 | (09:13) |
| **Diastolic Blood Pressure** | 77 | (09:13) |
| **Pulse** | 97 | (09:13) |
| **SpO2** | 97 | (09:13) |
| **Respiratory Rate** | 16 | (09:13) |

,
  Vital Signs (last 36 hours)

| VITALS | LAST CHARTED | | MIN | | MAX | |
|---|---|---|---|---|---|---|
| Temp Celsius | 36.7 | (05/18 09:13) | 36.3 | (05/18 08:54) | 36.7 | (05/18 09:13) |
| Pulse | 97 | (05/18 09:13) | 88 | (05/18 02:59) | 97 | (05/18 09:13) |
| Respiration | 16 | (05/18 09:13) | 14 | (05/18 08:54) | 18 | (05/17 23:59) |
| NIBP | 123/77 | (05/18 09:13) | 117/52 | (05/18 05:48) | 136/70 | (05/18 02:59) |
| Today's Wt | 182.4 | (05/18 02:59) | 182.4 | (05/18 02:59) | 182.4 | (05/18 02:59) |
| Pulse Ox | 97 | (05/18 09:13) | 97 | (05/18 09:13) | 100 | (05/18 08:54) |

,

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

Patient Name:     DELVALLE, SACHA EUGENA  
DOB:     4/11/1980  
MRN:     001439077  
FIN:     926304707137  

Blodgett Campus  
1840 Wealthy Street SE  

Grand Rapids, MICHIGAN 49506-

---

# Consultation Notes

Daily Weight     05/18/17  
Weight(KG)     182.4  

General: Alert and oriented, No acute distress.  
Eye: Pupils are equal, round and reactive to light, Normal conjunctiva.  
HENT: Normocephalic, Normal hearing, Oral mucosa is moist.  
Neck: Supple.  
Respiratory: Respirations are non-labored, Symmetrical chest wall expansion.  
Cardiovascular: Normal peripheral perfusion, Trace LE edema bilaterally.  
Gastrointestinal: Soft, Non-tender.  
Musculoskeletal: No deformity.  
Integumentary: Warm, Dry, Pink.  
Neurologic: Alert, Oriented.  
Cognition and Speech: Oriented, Speech clear and coherent.  
Psychiatric: Cooperative, Appropriate mood & affect.  

Review / Management  
  Laboratory Results  

BMP 05/18/17 Na+ 135 K+ 5.4 Cl- 103 HCO3 17 BUN 75 Cr 1.96 Glu 105 Tot Ca 8.6,  
Basic Coagulation - No results in the last 24 hours,  
CBC 05/18/17; Platelets   334; Hgb     11.2 L; WBC     9.28; Hct     32.1 L,  
Cardiology - No results in the last 72 hours.  

Radiology results  
Radiology Interpretation  
<u>Radiology results in last 36 hrs (requires Impression and signature)</u> :  

CT  

CT Abdomen and Pelvis wo IV Contrast - 05/18/17 02:00 ( Coiner, Leonard Gilbert )  
IMPRESSION:1. No acute appearing finding of the abdomen or pelvis identified to account for the patient's reported symptoms.2. No evidence of bowel obstruction but there is significant fecal burden seen throughout the colon as discussed.3. Stable nonobstructing left renal stone.4. Suspected incidental and likely clinically insignificant interval displacement of one of the arms of the IVC filter abutting the region of the duodenum now. Please see above discussion.  

Radiology reviewed: Radiology results reviewed, Image independently reviewed, Discussed with radiologist (Dr Mustert)  

Impression and Plan  
  37 year old female with a history of roux en y gastric bypass, known to our service for a history of recurrent DVT, IVCF placed 4/11/2007  
-the case and imaging were reviewed with Dr Mustert  
-on 4/30/2007, the filter was unable to be removed as it was embedded  

---

Confidentiality of this medical record shall be maintained except when use or disclosure  
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

Patient Name: DELVALLE, SACHA EUGENA
80008
DOB: 4/11/1980
MRN: 001439077
FIN: 926304707137

Blodgett Campus
1840 Wealthy Street SE

Grand Rapids, MICHIGAN 49506-

## Consultation Notes

- reviewing the current and prior CT's, the described changes appear relatively stable over time and are considered unlikely to be contributing to her current symptoms
- would not recommend attempt at removal
- if there remains concern that the filter is contributing to her abd pain, could consider a GI consult to see if they would be able to visualize the duodenum endoscopically (not sure if they are capable of doing this in setting of roux en y), to eval if there is any evidence the filter arm has penetrated into the duodenum
- defer to IM

IR will s/o
Thank you for the consultation and please call with questions.

Bryant Wilson, PA-C
479-8046

(Electronically Signed on 05/18/17 at 10:33)
_____
Wilson, Bryant Thomas, PA-C

(Electronically Signed on 05/18/17 at 11:55)
_____
Mustert, Bryan Ross, MD,
D: 05/18/17   T:

_____

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

Print Date and Time:
8/2/2017 14:59 EDT           DELVALLE, SACHA EUGENA                Page 27 of 357

| | |
|---|---|
| Patient Name: | DELVALLE, SACHA EUGENA |
| DOB: | 4/11/1980 |
| **MRN:** | **001439077** |
| FIN: | 926304707115 |

**Blodgett Campus**
1840 Wealthy Street SE

Grand Rapids, MICHIGAN 49506-

## Interventional Radiology Report

| Ordering Provider | Procedure Name | Accession Number | Exam Date/Time |
|---|---|---|---|
| | IR Perc Retrieval of Foreign Body Vasc | SP-07-009259 | 4/30/2007 12:36 EDT |
| | IR Venography Inferior Vena Cava | SP-07-009276 | 4/30/2007 12:38 EDT |

**Reason For Exam**
(IR Perc Retrieval of Foreign Body Vasc) no longer needed
(IR Venography Inferior Vena Cava) filter removal

**Findings**

DELVALLE, SACHA EUGENA
**Examination:** Inferior Vena Cava Venography and Percutaneous Retrieval of Foreign Body.
**Clinical Information:** 27-year-old female with history of IVC filter placed prophylactically prior to gastric bypass. The patient presents for removal of IVC filter.
**Operations:**
1. Intravenous conscious sedation with Versed and Fentanyl, administered in my presence, with monitoring performed by special procedures nursing staff. Sedation is provided for approximately 48 minutes.
2. Right transfemoral venous catheterization of IVC below level of IVC filter.
3. AP cavography.
4. Attempted removal of IVC filter, without success.
**Primary Operator:** Bryan Mustert, MD

**Procedure:** Informed consent was obtained. The patient was placed on the fluoroscopy table in supine position. The skin over the right neck was prepped and draped in standard sterile fashion. Lidocaine 1% was infiltrated into the subcutaneous tissues for local anesthesia. Access was gained to the right jugular vein under sonographic guidance. A hard copy of the sonographic image was obtained. A sheath was advanced into the infrarenal cava. AP cavography was obtained. Subsequently, attempts were made utilizing multiple different loop snares as well as a tip deflecting wire in attempts to engage the cephalad hook of the filter. This was, unfortunately, unsuccessful. The sheath was then removed and hemostasis achieved. The patient tolerated the procedure well without immediate complication.

**Findings:** AP cavography demonstrates no evidence of caval thrombus. The filter was significantly tilted posteriorly and the hook of the IVC filter against the wall of the IVC. Additionally, a solitary leg appeared to be likely within the right renal vein versus extraluminal. Unfortunately, the position of the cephalad hook did

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

Patient Name: **DELVALLE, SACHA EUGENA**
DOB: 4/11/1980
MRN: **001439077**
FIN: 926304707115

**Blodgett Campus**
1840 Wealthy Street SE

Grand Rapids, MICHIGAN 49506-

## Interventional Radiology Report

| Ordering Provider | Procedure Name | Accession Number | Exam Date/Time |
|---|---|---|---|
| | IR Perc Retrieval of Foreign Body Vasc | SP-07-009259 | 4/30/2007 12:36 EDT |
| | IR Venography Inferior Vena Cava | SP-07-009276 | 4/30/2007 12:38 EDT |

**Findings**
not allow for engagement of this hook so that the filter could be removed. The filter will remain in place as a permanent IVC filter.

**Impression:** Negative IVC venogram other than the fact that a filter leg may be in the right renal vein and the filter hook likes posteriorly against the wall of the IVC. This precluded removal of the Tulip IVC filter secondary to the inability to engage the cephalad hood.

BRM/pkh

Dictated By: Mustert, Bryan R MD, 04/30/07 15:08
Images and Interpretation Reviewed and Electronically Signed By: Mustert, Bryan R MD  05/01/07 08:21
Transcriptionist: PKH  04/30/07 19:35, Technologist: DMN,SRV,DRZ
Resident:

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

Print Date and Time:
1/3/2018 10:02 EST                    DELVALLE, SACHA EUGENA                    Page 4 of 51

# Efrem Fernandez

| | |
|---|---|
| **From:** | Efrem Fernandez |
| **Sent:** | Friday, December 07, 2018 10:22 AM |
| **To:** | 'plaintiffcoleadcounselmdl@gmail.com'; CookFilterMDL (CookFilterMDL@FaegreBD.com) |
| **Cc:** | 'Margaret Walker'; 'Christina Guerra'; Joseph Saunders |
| **Subject:** | Sacha E. Delvalle v Cook Incorporated et. al Case No. 1:18-cv-02347-RLY-TAB- Case Categorization Form Submission |
| **Attachments:** | Medical Records for case categorization submission.zip; Categorization Form - Delvalle, Sacha.pdf |

Counsel,

Per CMO-6, please see the attached Case Categorization Form for Plaintiff Sacha E. Delvalle.

Please let me know if you have any questions.

Thank you,

*Efrem Fernandez*
*Paralegal*
*Saunders & Walker, P.A.*
*3491 Gandy Blvd. North, Ste 200*
*Pinellas Park, FL 33781*
*P:(727) 579-4500*
*F:(727) 577-9696*
*Efrem@Saunderslawyers.com*

Confidentiality Notice: This electronic mail transmission may contain legally privileged and/or confidential information. This communication originates from the law firm of Saunders & Walker P.A. and is protected under the Electronic Communication Privacy Act, 18 U.S.C. § 2510-2521. Do not read this if you are not the person(s) named. Any use, distribution, copying, or disclosure by any other person is strictly prohibited. If you received this transmission in error, please notify the sender by telephone (1-800-748-7115), or send an electronic mail message to the sender and destroy the original transmission and its attachments without reading or saving in any manner. Do not deliver, distribute or copy this message and/or any attachment and, if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.