# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB  
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

| Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Stephens, Donna Grace | 1:16-cv-02393 | 2/14/2017 | 2/9/2018 | 33 |
| Bolton, Michelle Marie | 1:16-cv-02527 | 2/14/2017 | 1/24/2018 | 4 |
| Griffin, Dock | 1:17-cv-01524 | 6/8/2017 | 1/24/2018 | 6 |
| Shelton, Janice | 1:17-cv-01526 | 6/8/2017 | 1/24/2018 | 6 |
| Perdue, Mark J. | 1:17-cv-01820 | 6/30/2017 | 1/24/2018 | 26 |
| Cummings, Kennith | 1:17-cv-03311 | 1/15/2018 | 2/22/2018 | 10 |
| Brown, Michael | 1:17-cv-03429 | 10/26/2017 | 1/24/2018 | 6 |
| Dupree, Lori | 1:17-cv-03467 | 10/27/2017 | 1/24/2018 | 6 |
| Richardson, Khalia | 1:17-cv-03558 | 11/3/2017 | 1/24/2018 | 6 |
| Robinson, Kim | 1:17-cv-03658 | 11/13/2017 | 1/24/2018 | 6 |
| Vincigerra, Sussana | 1:17-cv-03662 | 11/13/2017 | 1/24/2018 | 6 |
| Karnes, Denise M. | 1:17-cv-03696 | 11/15/2017 | 1/24/2018 | 6 |
| Husman, Raymond | 1:17-cv-03752 | 11/17/2017 | 1/24/2018 | 6 |
| Schleigh, Kimberly A. | 1:17-cv-03753 | 11/17/2017 | 1/24/2018 | 6 |
| Turner, Anita | 1:17-cv-03807 | 11/20/2017 | 1/24/2018 | 6 |
| Redmond, Kimberly | 1:17-cv-03867 | 11/23/2017 | 1/24/2018 | 6 |
| Bradford, Annie | 1:17-cv-03942 | 11/27/2017 | 1/24/2018 | 6 |
| Shern, Phillip J. | 1:17-cv-03997 | 11/30/2017 | 1/24/2018 | 6 |
| Wall, Vernon E. | 1:17-cv-04129 | 12/7/2017 | 1/24/2018 | 6 |
| Johnson, Penny | 1:17-cv-04740 | 1/26/2018 | 2/2/2018 | 18 |
| Novel, Wendy | 1:17-cv-06064 | 4/7/2017 | 1/24/2018 | 24 |
| Carter, Sandra Marie | 1:17-cv-06069 | 6/30/2017 | 1/24/2018 | 8 |
| Johnson, James S. | 1:18-cv-00612 | 4/2/2018 | 4/5/2018 | 17 |
| Meyers-Irwin, Brooke Marie and Irwin, Graeme | 1:18-cv-01280 | 5/29/2018 | 6/15/2018 | 22 |
| Robertson, Latasha | 1:18-cv-01396 | 6/4/2018 | 6/15/2018 | 28 |
| Thierer III, Edward | 1:18-cv-02091 | 8/23/2018 | 9/20/2018 | 34 |

mrdanner.123033441.1.DOCX

| Novelo, Arthur | 1:18-cv-02198 | 7/18/2018 | 8/15/2018 | 25 |
|---|---|---|---|---|
| Brown, Timothy | 1:18-cv-02200 | 8/17/2018 | 9/20/2018 | 7 |
| Galvez, Christopher | 1:18-cv-02309 | 8/27/2018 | 9/20/2018 | 13 |
| Lamb, Oliver [ESTATE OF] | 1:18-cv-02330 | 8/30/2018 | 9/20/2018 | 20 |
| Dreadin, Rose Marie | 1:18-cv-02636 | 9/26/2018 | 10/10/2018 | 11 |
| Louchen, Dawn | 1:18-cv-02638 | 9/26/2018 | 10/10/2018 | 21 |
| Souther, Donna | 1:18-cv-02659 | 9/27/2018 | 10/10/2018 | 32 |
| Renteria, Jeanette | 1:18-cv-02780 | 10/10/2018 | 12/18/2018 | 27 |
| Gonzalez, George Luis & Amie | 1:18-cv-02827 | 10/15/2018 | 10/18/2018 | 14 |
| Adams, Gregory | 1:18-cv-03357 | 11/30/2018 | 12/18/2018 | 1 |
| Farnham, Diana | 1:18-cv-03503 | 12/11/2018 | 1/15/2019 | 12 |
| Musick, Phyllis | 1:18-cv-03634 | 12/20/2018 | 1/15/2019 | 23 |
| Guerrero, Alberto Tomas | 1:18-cv-03636 | 12/20/2018 | 1/16/2019 | 16 |
| Smith, Shaun | 1:18-cv-03813 | 1/4/2019 | 1/16/2019 | 31 |
| Barraza, Julia | 1:18-cv-03850 | 1/7/2019 | 1/15/2019 | 3 |
| Bowles, Troy A. | 1:18-cv-03944 | 1/25/2019 | 2/22/2019 | 5 |
| Rogers, Sarah Ellen [ESTATE OF] | 1:18-cv-04094 | 1/30/2019 | 2/22/2019 | 29 |
| Green, Nelson | 1:18-cv-06090 | 4/12/2018 | 5/18/2018 | 15 |
| Irons, Paul William | 1:19-cv-00129 | 2/13/2019 | 2/20/2019 | 2 |
| Skidmore, Douglas | 1:19-cv-00160 | 3/26/2019 | 3/28/2019 | 30 |
| Bachmann, Juergen | 1:19-cv-00169 | 2/15/2019 | 2/20/2019 | 2 |
| Kucinski, Jeffrey | 1:19-cv-00855 | 3/29/2019 | 4/12/2019 | 19 |
| Cotton, Willie | 1:19-cv-00884 | 4/1/2019 | 4/12/2019 | 9 |
| Williams, Hattie | 1:19-cv-00885 | 4/1/2019 | 4/12/2019 | 9 |
| Wilson, Ronald | 1:19-cv-00887 | 4/1/2019 | 4/12/2019 | 9 |
| Phillips, Reca and Cornell, Clifford | 1:19-cv-00888 | 4/1/2019 | 4/12/2019 | 9 |
| Shelton, Howard | 1:19-cv-00892 | 4/1/2019 | 4/12/2019 | 9 |
| Welsh, Kathryn | 1:19-cv-00893 | 4/1/2019 | 4/12/2019 | 9 |