**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 1**</u>

FaegreBD.com

FAEGRE BAKER
DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

December 18, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com; afurness@fnlawfirm.com

   **Re:**  <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Adams, Gregory ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to <u>CookFilterMDL@FaegreBD.com</u>. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: <u>https://sft.faegrebd.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

## EXHIBIT B TO MOTION TO DISMISS
## NOTICE LETTERS

### Sub-Exhibit 2

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

February 20, 2019

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

<div style="border:1px solid black; display:inline-block;">**For MDL Plaintiffs**</div>

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com; afurness@fnlawfirm.com

  **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Bachmann, Juergen
- Carlton, Amey
- Davis, Karen
- Egan, James J.
- Embry, Darlena
- Hope, Felicia
- Irons, Paul William
- Johnson, Audrey Kay
- Johnson, Willie R.
- Joseph, Yolanda
- Kupinewicz, Teresa and Bob
- Manford, Lyndon
- McCollum, Joyce
- Patton, Amien Mufeed
- Puffer, Jill M. and Robert
- Schech, Jonathan

Matthew R. McCarley                                                                    2/20/2019

- Vasquez, Myrna I. Santiago
- Wetherbee, Robert
- Wilbanks,  Tracey and Calvin
- Williamson, Clayton R.

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

Blake Angelino


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 3**</u>

# FAEGRE BAKER
## DANIELS

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Michael T. Gallagher
THE GALLAGHER LAW FIRM PLLC
2905 Sackett Street
Houston, TX 77098
donnaf@gld-law.com

   **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Michael T. Gallagher:

According to our records, we have not received the Plaintiff Profile Sheet for Barraza, Julia ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to <u>CookFilterMDL@FaegreBD.com</u>. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: <u>https://sft.faegrebd.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc: Michael Heaviside - mheaviside@hrzlaw.com
  Ben Martin – bmartin@bencmartin.com
  David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 4**</u>

**FAEGRE BAKER DANIELS**

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |

Wendy R. Fleishman
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
wfleishman@lchb.com; ebeltran@lchb.com; jcolburn@lchb.com;
aschnitzer@lchb.com

> **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Wendy R. Fleishman:

According to our records, we have not received the Plaintiff Profile Sheet for Bolton, Michelle
Marie ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4),
Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to
CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-
mail please submit them using the following Secure File Transfer site:
https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5)
days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 5**

FaegreBD.com

## FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

February 22, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

```
┌─────────────────────────┐
│ For MDL Plaintiffs      │
└─────────────────────────┘
```

M. Brandon Smith
CHILDERS, SCHLUETER & SMITH, LLC
1932 North Druid Hills Road
Suite 100
Atlanta, GA 30319
bsmith@cssfirm.com

      **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear M. Brandon Smith:

According to our records, we have not received the Plaintiff Profile Sheet for Bowles, Troy A. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 6**</u>

FaegreBD.com

**FAEGRE BAKER
DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
|---|

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com

   Re: <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Alvey, Linda
- Arthur, John
- Bailey, Misty D.
- Bailey, Monique
- Bell, Samuel
- Betters, Alice
- Blair, Mary Lou
- Blake, Tamera
- Bowman, Rebecca
- Bradford, Annie
- Brown, Ezill
- Brown, Marie Mae [ESTATE]
- Brown, Michael
- Bullock, Joanne
- Butske, David

Debra J. Humphrey                                                                    1/24/2018

- Calloway, Loretta
- Champion, John B.
- Clark, Ozell
- Clayton, Pamela
- Clemens, Donna
- Coats, Rosalie A.
- Copeland, Marquita
- Corley, Omel
- Crawford, Stephen
- Dantzler, Dorothy
- Davenport, Mabel
- Davis, Anthony
- Davis, Jessie
- Davis, Loretta
- Dellagatta, Donnie
- Denton, Archie
- Dupree, Lori
- Dwyer-Coco, Patricia
- Edgington, Anna
- Elamine, Kathy
- Estes, Betty
- Fisher, Mary J.
- Flowers, Tonya
- Folts, Terry
- Gaddis, Yvette D.
- Gause, Gary
- Gilligan, Susanne
- Goodman, Valerie
- Gray, Lee D.
- Griffin, Dock
- Hall, Stephen E.
- Harlow, Wanda
- Harris, Douglas
- Holmes, Angelee
- Howard, Devin
- Husman, Raymond
- Jackson, Felicia
- Jenville, Gloria

Debra J. Humphrey                                                    1/24/2018

- Johnson, Phyllis
- Jones, Charlie
- Jones, Milton D. III
- Karnes, Denise M.
- Kasten, Michael J.
- Kenney, Wallace
- Kiggins, Kim
- Levy, Charles
- Luzinski, Fred
- Maddelein, Susan
- Malphus, Milton
- Marks, Mary E.
- Mayberry, Walter
- McIntosh, Betty
- Miele, Laura
- Miller, Merri
- Mincy, Doris
- Mitchell, Sarah
- Moore, Walter
- Myers, Sebrina
- Nancarrow, Tracey
- Neveu, Janice M.
- Nigh, Glendora
- Oltromonto, Anthony
- Palmer, Kayla
- Pantone, Guy
- Parker, Sandra
- Parks, Jason
- Phelps, Maurice
- Phillippi, William R. [ESTATE]
- Pitts, Earline
- Ranson, Elizabeth
- Reaves, Andrew
- Redd, Cynthia
- Redmond, Kimberly
- Richardson, Khalia
- Ricks, Erica
- Riggins, Sylvia

Debra J. Humphrey                                                    1/24/2018

- Robinson, Kim
- Schleigh, Kimberly A.
- Seither, Donna L.
- Sheals, Robert
- Shelton, Janice
- Shern, Phillip J.
- Sherod, Annie
- Shook, Carol
- Spruill, Henry
- Steed, Cheryl
- Stewart, Monica
- Stone, Cathy J.
- Stovall, Keyonna
- Sufka, Reuben
- Sunnenberg, Kathryn S.
- Sutton, Jimmy Lee
- Taylor, Sharon
- Thomas, Cheryl
- Turner, Anita
- Valentine, William
- Vincigerra, Sussana
- Walden, Sally
- Wall, Vernon E.
- Wallace, Daron
- Walters, Donna
- Walters, Patricia
- Whitson, Sylvia
- Williams, Daniel C.
- Williams, Lee
- Wood, Ronald F.
- Woods, Lisa J.
- Worthington, Tina
- Young, Roger

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site:

Debra J. Humphrey                                                                    1/24/2018


https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5)
days, Cook may move to dismiss Plaintiff's case.


Very truly yours,


Angela Kelver Hall


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 7**</u>

US.120331968.01

# FAEGRE BAKER DANIELS

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

September 20, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

> For MDL Plaintiffs

Matthew R. McCarley
FEARS NACHAWATI, PLLC
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com;  afurness@fnlawfirm.com

    **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Brown, Timothy ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
Ben Martin – bmartin@bencmartin.com
David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 8**</u>

US.120331968.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

Angela Kelver Hall
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
|---|

John J. Driscoll
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
john@thedriscollfirm.com; greg@thedriscollfirm.com

      **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear John J. Driscoll:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Aguilar, Alma Delia
- Allen, Lumas [ESTATE]
- Atkins, Anthony
- Barton, Stephanie N.
- Blankenship, Ronald Dale
- Bradley, Brinda
- Bryan, Lakeen F.
- Carter, Sandra Marie
- Chatman, Cedric N.
- Clay, Carolyn
- Collins, Cleona Mae
- Converse, John
- Ferriso, Frederick
- Gunther, Margaret P.
- Hawkins, Whitney
- Hedrick, Ethel Lorrina [ESTATE]

John J. Driscoll                                                                              1/24/2018

- Hevener, Angela Korean
- Hurt, Cynthia
- Jackson, Frances [ESTATE]
- Johnson, Ronald D. [ESTATE]
- Knaflich, Janet
- McCoy, Veronique
- Moran, Laquita
- Porter, George N.
- Pursley, Keri
- Quinn, A'Keria Nicole
- Routh, Clarence
- Stout, Terri
- Taylor, Linda M.
- Turquitt, Michael W.
- Vaughn, James C
- Walker, Vanessa
- White, Kevin D.
- Woods, Brenda A.
- Yonts, Wanda A.

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 9**</u>

US.120331968.01

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

April 12, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

```
For MDL Plaintiffs
```

Blair B. Matyszczyk
BERTRAM & GRAF, L.L.C.
4717 Grand Avenue
Suite 800
Kansas City, MO 64112
benbertram@bertramgraf.com; bianca@bertramgraf.com;
jeremy@bertramgraf.com; blair@bertramgraf.com

      **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Blair B. Matyszczyk:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Cotton, Willie
- Herndon, Emmie
- Kucinski, Jeffrey
- Phillips, Reca and Cornell, Clifford
- Shelton, Howard
- Welsh, Kathryn
- Williams, Hattie
- Wilson, Ronald

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL.

Blair B. Matyszczyk                                                              4/12/2019


If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.


Very truly yours,


Blake Angelino


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 10**</u>

US.120331968.01

**FAEGRE BAKER DANIELS**

FaegreBD.com                                                                    USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 22, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

> For MDL Plaintiffs

Shawn G. Foster
DAVIS BETHUNE & JONES, LLC
1100 Main Street
Suite 2930
Kansas City, MO 64105
sfoster@dbjlaw.net; gdavis@dbjlaw.net; vrenshaw@dbjlaw.net;
lmcwhorter@dbjlaw.net

   **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Shawn G. Foster:

According to our records, we have not received the Plaintiff Profile Sheet for Cummings, Kennith ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 11**

**FAEGRE BAKER DANIELS**

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

October 10, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com;  afurness@fnlawfirm.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Dreadin, Rose Marie ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS</u>
<u>NOTICE LETTERS</u>**

**<u>Sub-Exhibit 12</u>**

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

> For MDL Plaintiffs

Ben C. Martin
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlins Street
Suite 1230
Dallas, TX 75219
bmartin@bencmartin.com;  karin.scheehle@gknet.com;
tarbon@bencmartin.com;  cguerra@bencmartin.com

   **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Ben C. Martin:

According to our records, we have not received the Plaintiff Profile Sheet for Farnham, Diana ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc: Michael Heaviside  - mheaviside@hrzlaw.com
  Ben Martin – bmartin@bencmartin.com
  David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

———————————————————————

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

———————————————————————

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 13**</u>

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

September 20, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Basil E. Adham
JOHNSON LAW GROUP
2925 Richmond Ave.
Suite 1700
Houston, TX 77098
IVC@johnsonlawgroup.com

       **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Basil E. Adham:

According to our records, we have not received the Plaintiff Profile Sheet for Galvez, Christopher ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION      MDL No. 2570

---

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 14**</u>

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

October 18, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

┌─────────────────────────┐
│ **For MDL Plaintiffs** │
└─────────────────────────┘

Matthew R. McCarley
FEARS NACHAWATI, PLLC
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com;  afurness@fnlawfirm.com

     **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Gonzalez, George Luis & Amie ("Plaintiff").  Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com.  If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL.  If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside  - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 15</u>**

US.120331968.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

May 18, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

| For MDL Plaintiffs |
| --- |

Christopher T. Kirchmer
PROVOST & UMPHREY LAW FIRM LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77701
ckirchmer@pulf.com

   **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Christopher T. Kirchmer:

According to our records, we have not received the Plaintiff Profile Sheet for Green, Nelson ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 16**

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 16, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

Bobby Saadian
WILSHIRE LAW FIRM PLC
3055 Wilshire Blvd.
12th Floor
Los Angeles, CA 90010
matthew@wilshirelawfirm.com; masstorts@wilshirelawfirm.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Bobby Saadian:

According to our records, we have not received the Plaintiff Profile Sheet for Guerro, Alberto ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 17**</u>

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

April 05, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com

     **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Johnson, James S.
- Mondello, Tindaro D.

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Debra J. Humphrey                                                                                          4/5/2018


Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 18**

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 02, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

Kirk J. Goza
GOZA & HONNOLD, LLC
11181 Overbrook Road
Suite 200
Leawood, KS 66211
kgoza@gohonlaw.com

      **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Kirk J. Goza:

According to our records, we have not received the Plaintiff Profile Sheet for Johnson, Penny ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 19**</u>

US.120331968.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

April 12, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

Blair B. Matyszczyk
BERTRAM & GRAF, L.L.C.
4717 Grand Avenue
Suite 800
Kansas City, MO 64112
benbertram@bertramgraf.com; bianca@bertramgraf.com;
jeremy@bertramgraf.com; blair@bertramgraf.com

      **Re:**    Cook MDL Plaintiff Profile Deficiency

Dear Blair B. Matyszczyk:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Cotton, Willie
- Herndon, Emmie
- Kucinski, Jeffrey
- Phillips, Reca and Cornell, Clifford
- Shelton, Howard
- Welsh, Kathryn
- Williams, Hattie
- Wilson, Ronald

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL.

Blair B. Matyszczyk                                                                                           4/12/2019


If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.


Very truly yours,


Blake Angelino


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 20**</u>

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

September 20, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

> For MDL Plaintiffs

Ben C. Martin
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlins Street
Suite 1230
Dallas, TX 75219
bmartin@bencmartin.com;  karin.scheehle@gknet.com;
tarbon@bencmartin.com;  cguerra@bencmartin.com

> **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Ben C. Martin:

According to our records, we have not received the Plaintiff Profile Sheet for Lamb, Oliver [ESTATE OF] ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
    Ben Martin – bmartin@bencmartin.com
    David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 21**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

October 10, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

> **For MDL Plaintiffs**

Matthew R. McCarley
FEARS NACHAWATI, PLLC
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com;  afurness@fnlawfirm.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Louchen, Dawn ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 22**

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

June 15, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com; afurness@fnlawfirm.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Meyers-Irwin, Brooke Marie ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 23**</u>

FaegreBD.com

## FAEGRE BAKER
### DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 15, 2019

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

> For MDL Plaintiffs

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

      **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Musick, Phyllis ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to <u>CookFilterMDL@FaegreBD.com</u>. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: <u>https://sft.faegrebd.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 24**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |

Roland K. Tellis
BARON & BUDD PC
15910 Ventura Boulevard
Suite 1600
Encino, CA 91436
Rtellis@baronbudd.com; ezucker@baronbudd.com;
lbaughman@baronbudd.com

   **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Roland K. Tellis:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Gettman, Barbara
- Hakim, Alfred
- Holdgreve, Dale
- Johnson, Henry
- Livingston, Detrice
- Novel, Wendy

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Roland K. Tellis                                                      1/24/2018

Very truly yours,

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 25</u>**

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

August 15, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

> **For MDL Plaintiffs**

Matthew R. McCarley
FEARS NACHAWATI, PLLC
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com; afurness@fnlawfirm.com

       **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Novelo, Arthur ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 26**

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |

Keith L. Altman
EXCOLO LAW PLLC
26700 Lahser Road
Suite 401
Southfield, MI 48033
kaltman@excololaw.com;mcushingberry@excololaw.com

      **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Keith L. Altman:

According to our records, we have not received the Plaintiff Profile Sheet for Perdue, Mark J. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 27</u>**

US.120331968.01

# FAEGRE BAKER DANIELS

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

December 18, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

> **For MDL Plaintiffs**

Nicholas R. Farnolo
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road
Suite 305
Melville, NY 11747
nfarnolo@napolilaw.com

   **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Nicholas R. Farnolo:

According to our records, we have not received the Plaintiff Profile Sheet for Renteria, Jeanette ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc: Michael Heaviside - mheaviside@hrzlaw.com
  Ben Martin – bmartin@bencmartin.com
  David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 28**

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

June 15, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

> For MDL Plaintiffs

William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com; JGomez@Curtis-LawGroup.com

      **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear William B. Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for Robertson, Latasha ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 29**

FaegreBD.com

## FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

February 22, 2019

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |

Ben C. Martin
THE LAW OFFICE OF BEN C. MARTIN
3710 Rawlins Street
Suite 1230
Dallas, TX 75219
bmartin@bencmartin.com; karin.scheehle@gknet.com;
tarbon@bencmartin.com; cguerra@bencmartin.com

      **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Ben C. Martin:

According to our records, we have not received the Plaintiff Profile Sheet for Rogers, Sarah Ellen [ESTATE OF] ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 30**

FaegreBD.com

## FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

March 28, 2019

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

> **For MDL Plaintiffs**

Benjamin A. Bertram
BERTRAM & GRAF, L.L.C.
2345 Grand Blvd.
Suite 1925
Kansas City, MO 64108
benbertram@bertramgraf.com; afeliciano@bertramgraf.com;
jeremy@bertramgraf.com; blair@bertramgraf.com

      **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Benjamin A. Bertram:

According to our records, we have not received the Plaintiff Profile Sheet for the following
Plaintiffs:

- Mack, Winifred
- Rini, Pearlie
- Skidmore, Douglas
- Thompson, Sheila
- Weissman, Mary Candice
- Wilder, Edwin

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to
dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to
<u>CookFilterMDL@FaegreBD.com</u>. If the documents are too large to send as attachments to an e-
mail please submit them using the following Secure File Transfer site:
<u>https://sft.faegrebd.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5)
days, Cook may move to dismiss Plaintiff's case.

Benjamin A. Bertram                                                          3/28/2019

Very truly yours,

Blake Angelino


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 31**

# FAEGRE BAKER DANIELS

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 16, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

> **For MDL Plaintiffs**

Andrew F. Kirkendall
KIRKENDALL DWYER LLP
4343 Sigma Road
Suite 200
Dallas, TX 75244
ak@kirkendalldwyer.com; akirkendall@kirkendalldwyer.com;
adwyer@kirkendalldwyer.com; anelson@kirkendalldwyer.com;
cmcnabb@kirkendalldwyer.com

> **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Andrew F. Kirkendall:

According to our records, we have not received the Plaintiff Profile Sheet for Smith, Shaun ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 32**

FaegreBD.com

# FAEGRE BAKER
# DANIELS

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

October 10, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
4925 Greenville Ave.
Suite 715
Dallas, TX 75206
mccarley@fnlawfirm.com;  afurness@fnlawfirm.com

      **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Souther, Donna ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 33**</u>

US.120331968.01

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**


February 09, 2018

**VIA FIRST CLASS MAIL**

┌─────────────────────────┐
│ **For MDL Plaintiffs** │
└─────────────────────────┘

Donna Grace Stephens
229 Idlewood Rd.
Pittsburgh, PA 15235

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Donna Grace Stephens:

According to our records, we have not received your Plaintiff Profile Sheet. Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss your case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss your case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

## EXHIBIT B TO MOTION TO DISMISS
## NOTICE LETTERS

### Sub-Exhibit 34

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

September 20, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |
| --- |

Basil E. Adham
JOHNSON LAW GROUP
2925 Richmond Ave.
Suite 1700
Houston, TX 77098
IVC@johnsonlawgroup.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Basil E. Adham:

According to our records, we have not received the Plaintiff Profile Sheet for Thierer III, Edward ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com