UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) <br> ) 1:14-ml-02570-RLY-TAB <br> ) MDL No. 2570 <br> ) |
| This Document Relates to: | ) <br> ) <br> ) |

1:16-cv-02393; 1:16-cv-02527; 1:17-cv-01524; 1:17-cv-01526;
1:17-cv-01820; 1:17-cv-03311; 1:17-cv-03429; 1:17-cv-03467;
1:17-cv-03558; 1:17-cv-03658; 1:17-cv-03662; 1:17-cv-03696;
1:17-cv-03752; 1:17-cv-03753; 1:17-cv-03807; 1:17-cv-03867;
1:17-cv-03942; 1:17-cv-03997; 1:17-cv-04129; 1:17-cv-04740;
1:17-cv-06064; 1:17-cv-06069; 1:18-cv-00612; 1:18-cv-01280;
1:18-cv-01396; 1:18-cv-02091; 1:18-cv-02198; 1:18-cv-02200;
1:18-cv-02309; 1:18-cv-02330; 1:18-cv-02636; 1:18-cv-02638;
1:18-cv-02659; 1:18-cv-02780; 1:18-cv-02827; 1:18-cv-03357;
1:18-cv-03503; 1:18-cv-03634; 1:18-cv-03636; 1:18-cv-03813;
1:18-cv-03850; 1:18-cv-03944; 1:18-cv-04094; 1:18-cv-06090;
1:19-cv-00129; 1:19-cv-00160; 1:19-cv-00169; 1:19-cv-00855;
1:19-cv-00884; 1:19-cv-00885; 1:19-cv-00887; 1:19-cv-00888;
1:19-cv-00892; 1:19-cv-00893.

**[PROPOSED] ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook's Motion to Dismiss is **GRANTED**. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his/her case in the Southern District of Indiana. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs. Those cases are:

1. Stephens, Donna Grace, 1:16-cv-02393
2. Bolton, Michelle Marie, 1:16-cv-02527

3. Griffin, Dock, 1:17-cv-01524

4. Shelton, Janice, 1:17-cv-01526

5. Perdue, Mark J., 1:17-cv-01820

6. Cummings, Kennith, 1:17-cv-03311

7. Brown, Michael, 1:17-cv-03429

8. Dupree, Lori, 1:17-cv-03467

9. Richardson, Khalia, 1:17-cv-03558

10. Robinson, Kim, 1:17-cv-03658

11. Vincigerra, Sussana, 1:17-cv-03662

12. Karnes, Denise M., 1:17-cv-03696

13. Husman, Raymond, 1:17-cv-03752

14. Schleigh, Kimberly A., 1:17-cv-03753

15. Turner, Anita, 1:17-cv-03807

16. Redmond, Kimberly, 1:17-cv-03867

17. Bradford, Annie, 1:17-cv-03942

18. Shern, Phillip J., 1:17-cv-03997

19. Wall, Vernon E., 1:17-cv-04129

20. Johnson, Penny, 1:17-cv-04740

21. Novel, Wendy, 1:17-cv-06064

22. Carter, Sandra Marie, 1:17-cv-06069

23. Johnson, James S., 1:18-cv-00612

24. Meyers-Irwin, Brooke Marie and Irwin, Graeme, 1:18-cv-01280

25. Robertson, Latasha, 1:18-cv-01396

26. Thierer III, Edward, 1:18-cv-02091

27. Novelo, Arthur, 1:18-cv-02198

28. Brown, Timothy, 1:18-cv-02200

29. Galvez, Christopher, 1:18-cv-02309

30. Lamb, Oliver [ESTATE OF], 1:18-cv-02330

31. Dreadin, Rose Marie, 1:18-cv-02636

32. Louchen, Dawn, 1:18-cv-02638

33. Souther, Donna, 1:18-cv-02659

34. Renteria, Jeanette, 1:18-cv-02780

35. Gonzalez, George Luis & Amie, 1:18-cv-02827

36. Adams, Gregory, 1:18-cv-03357

37. Farnham, Diana, 1:18-cv-03503

38. Musick, Phyllis, 1:18-cv-03634

39. Guerrero, Alberto Tomas, 1:18-cv-03636

40. Smith, Shaun, 1:18-cv-03813

41. Barraza, Julia, 1:18-cv-03850

42. Bowles, Troy A., 1:18-cv-03944

43. Rogers, Sarah Ellen [ESTATE OF], 1:18-cv-04094

44. Green, Nelson, 1:18-cv-06090

45. Irons, Paul William, 1:19-cv-00129

46. Skidmore, Douglas, 1:19-cv-00160

47. Bachmann, Juergen, 1:19-cv-00169

48. Kucinski, Jeffrey, 1:19-cv-00855

49. Cotton, Willie, 1:19-cv-00884

50. Williams, Hattie, 1:19-cv-00885

51. Wilson, Ronald, 1:19-cv-00887

52. Phillips, Reca and Cornell, Clifford, 1:19-cv-00888

53. Shelton, Howard, 1:19-cv-00892

54. Welsh, Kathryn, 1:19-cv-00893

**SO ORDERED** this ____day of May, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana