IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This document relates to:
JACQUELYN DURRANT
Civil Case No. 1:17-cv-2259

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ON PLAINTIFF'S MOTION TO VACATE COURT ORDER DISMISSING PLAINTIFF'S CASE

Plaintiff Jacquelyn Durrant moves to vacate the dismissal of her case under the court's Order Dismissing Category 1 Cases (Filing No. 10588). Having reviewed the parties' submissions, the court finds her Motion should be **GRANTED.** Accordingly, the court hereby **VACATES** the Order to the extent that it dismisses Plaintiff Durrant's case. *Durrant v. Cook Medical LLC et al.*, 1:17-cv-2259, is hereby reinstated.

**SO ORDERED** this _____ day of _____, 2019    _____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana