# Devin Lowell

| | |
|---|---|
| **From:** | Kitty Beck |
| **Sent:** | Thursday, February 07, 2019 3:07 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Devin Lowell; Cyndee DiMaggio |
| **Subject:** | Cook Case Categorization Submissions |
| **Attachments:** | Durrant, Jacquelyn Case Categorization Submission.pdf; Peters, Gale Case Categorization Submission1.pdf |

Counsel,

Please see attached submission forms on our clients Gale June Peters and Jacquelyn Durrant.  Due to clerical error, these submissions were not included with our previous submitted forms.  We plan to file an Opposition to the Motion to Dismiss, but wanted to get these to you as soon as possible.

Thank you.

*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*^*

Kitty Beck
Assistant to Stephen B. Murray, Jr.
Murray Law Firm
Suite 2150 Poydras Center
650 Poydras Street
New Orleans, Louisiana  70130
T: 504.525.8100
F: 504.584.5249

Please consider the environment before printing this email 



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## **CASE CATEGORIZATION SUBMISSION Instructions**

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan

only and is not admissible and is not to be considered relevant for any other purpose.

# Categorization Form

A. Plaintiff's Name: _____

B. Plaintiff's Case Number: _____

C. Plaintiff's Counsel (Lead Firm Name): _____

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:\_\_\_\_

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:____

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:____.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:		_____

Plaintiff's Counsel's Firm:		_____

Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 5 of 5 PageID #: 63261
Plaintiff's Counsel's Signature:

4

# Diagnostic Imaging Report

**Utah Valley Regional Medical Center**
1034 North 5th West
Provo, Utah 84604
Phone (801) 357-7850

Gordon D. Brown, M.D.   Dennis K. Heaston, M.D.   Rodney C. Petersen, M.D.   Carl M. Black, M.D.
Brent C. Chandler, M.D.   Jeffery S. McClellan, M.D.   Gary M. Watts, M.D.   John S. Collins, M.D.
Wendell A. Gibby, M.D.   E. Bruce McIff, M.D.   S. Douglas Wing, M.D.   Roy C. Hammond, M.D.
Val D. Dunn, M.D.   Kimball B. Taylor, M.D.   Daniel J. Hatch, M.D.   Kurtis R Kendell M.D.   Ryan B Nielsen M.D.

```
Ordering MD:  MCIFF, E. BRUCE              Pt Phn:  (801) 377-0700
PCP MD:       UNKNOWN PHYSICIAN            Pt Adr:  1318 W 890 S
Admit DX:     UNKNOWN                               PROVO, UT  84601
Room #:                                    DOB:     06/23/58
```

----

```
NAME:  DURRANT, JACQUELYN DANSIE           STATUS:  *** FINALIZED REPORT ***
EXAM:  SP Vngrm Ven Cava Inf S&I           DATE:    03/27/2006.0124
RSN1:  FILTER
RSN2:  Unavailable
```

Exam: Inferior vena cavagram and IVC filter retrieval

Indication: 47-year-old female, who has been on Coumadin for previous DVT. The Coumadin was discontinued for back surgery. She is beyond the postoperative period and is ready to restart Coumadin. Filter retrieval is requested

Physician: Nielsen
Access: Right internal jugular vein
Contrast: 30 mL Isovue-300
Complications: None immediate

Technique: After obtaining informed consent concerning the risks and benefits of the procedure, the patient was prepped and draped in sterile fashion. The skin was anesthetized with lidocaine. Ultrasound was used to identify the right internal jugular vein, which is patent. Under direct ultrasound guidance, using a micropuncture technique, access was obtained into the right internal jugular vein. A 5 French sheath was placed. Under fluoroscopic guidance, a 0.035" Benson wire was advanced into the inferior vena cava. A 5 French Contra catheter was placed. An inferior vena cavogram was performed, which demonstrates a normal IVC. There is no IVC or filter thrombus. The catheter and sheath were removed, and a 9 French sheath inside an 11 French sheath was advanced into the inferior vena cava. A 25 mm snare was used to snare the hook of the filter. The 9 French sheath and subsequently the 11 French sheath were advanced over the filter, which collapsed without difficulty. The filter was removed. Through the 11 French sheath, an inferior venacavogram was performed which demonstrates no evidence of dissection or caval injury. The sheath was removed. Hemostasis was obtained using direct pressure. The patient tolerated the procedure without difficulty.

Impression:

Guenther tulip IVC filter retrieval.

----

```
                                           RAD #:   118383
Authenticating MD:  NIELSEN, RYAN B        MR  #:   11-83-83
Transcriber:        SR                     ENC #:   39452735
DURRANT, JACQUELYN DANSIE    SP Vngrm Ven Cava Inf S&I      27 MAR 06.0124
```