# Devin Lowell

| | |
|---|---|
| **From:** | Devin Lowell |
| **Sent:** | Friday, May 03, 2019 2:13 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Kitty Beck; Cyndee DiMaggio |
| **Subject:** | Corrected Cook Categorization Submission |
| **Attachments:** | Durrant, Jacquelyn Case Categorization Submission - Corrected.pdf |

Counsel,

Please see attached submission form for our client Jacquelyn Durrant. Due to clerical error, her previous submission was listed as a Category 1. The attached submission represents a correct categorization of her case, and we plan to file a Motion to Vacate the recent dismissal order as it applies to her case.

Regards,



Devin Lowell, Associate
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 593-6988
Fax (504) 584-5249
Mobile: (785) 614-1531
dlowell@murray-lawfirm.com

**CONFIDENTIAL INFORMATION**

This transmission and any attachments contain confidential or privileged information from the Murray Law Firm.  The information is intended for the use of the individual or entity named on this transmission.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission may be prohibited.  If you received this transmission in error, please notify the sender by replying to this transmission and deleting the message without disclosing it.  Thank you.



EXHIBIT C