IN THE UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No.: 1:14-ml-02570-RLY-TAB
MDL No. 2570

YVONNE DEJESUS )
)
    Plaintiff, )
v. )
)
)  This Document Relates To:
COOK MEDICAL, INC. ET. AL., )  Case No. 8:16-cv-1406-EAK-AEP
)
)
    Defendants. )
                                           /

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DEJESUS**

    The undersigned counsel along with her respective law firm of Maglio Christopher & Toale, P.A., who jointly represent the Plaintiff, Yvonne DeJesus, with counsel James Zouras and his respective law firm of Stephan Zouras, LLP, hereby seeks leave to withdraw as counsel and her law firm's representation of the Plaintiff in accordance with N.D. Ind. L.R. 83-7.  In support of this Motion, counsels state as follows:

1. Maglio Christopher & Toale, PA and Stephan Zouras, LLP jointly represent the Plaintiff and filed suit on behalf of the Plaintiff on June 3, 2016.

2. Attorney James Zouras and his firm Stephan Zouras, LLP have previously appeared as counsel for Plaintiff and will remain counsel to Plaintiff in this matter.

WHEREFORE, the undersigned counsel and Maglio Christopher & Toale, P.A., respectfully request that the Court enter an Order allowing undersigned counsel withdrawal from representation in this matter.

Dated: May 4, 2019

Respectfully Submitted,

/s/ *Christina E. Unkel*
**Christina E. Unkel, Esq.**
Florida Bar No. 99203
**MAGLIO CHRISTOPHER & TOALE, P.A.**
1605 Main Street, Suite 710
Sarasota, FL 34236
Phone: 888-952-5242
Fax: 877-952-5042
Primary Email: cunkel@mctlawyers.com
Secondary Email: abrooks@mctlawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 4, 2019, a true and correct copy of the foregoing was served electronically and notice of the document will be sent to all parties by operation of the Court's electronic filing system through the CM/ECF System to all participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Christina E. Unkel*
**Christina E. Unkel, Esq.**
Florida Bar No. 99203