# UNITED STATES DISTRICT COURT
Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   )
)
) See Exhibit A
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| Name: | Ben C. Martin | Ben C. Martin |
| Law Firm, Company, and/or Agency: | LAW OFFICES OF BEN C. MARTIN | MARTIN BAUGHMAN, PLLC |
| Address: | 3710 Rawlins Street, Suite 1230<br>Dallas, Texas 75219 | 3710 Rawlins Street, Suite 1230<br>Dallas, Texas 75219 |
| Primary E-mail: | bmartin@bencmartin.com | bmartin@martinbaughman.com |
| Secondary E-mail(s): | cguerra@bencmartin.com | cguerra@martinbaughman.com |
| Telephone Number: | 214/761-6614 | 214/761-6614 |
| Facsimile: | 214/744-7590 | 214/744-7590 |

Date: 05/04/2019          s/ Ben C. Martin

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.