# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:18-cv-00282 | 1:19-cv-01296 | 1:19-cv-01306 | 1:19-cv-01348 |
| 1:18-cv-01325 | 1:19-cv-01297 | 1:19-cv-01307 | 1:19-cv-01374 |
| 1:18-cv-02841 | 1:19-cv-01298 | 1:19-cv-01308 | 1:19-cv-01379 |
| 1:19-cv-01255 | 1:19-cv-01300 | 1:19-cv-01321 | 1:19-cv-01382 |
| 1:19-cv-01291 | 1:19-cv-01302 | 1:19-cv-01323 | 1:19-cv-01384 |
| 1:19-cv-01292 | 1:19-cv-01303 | 1:19-cv-01325 | 1:19-cv-01395 |
| 1:19-cv-01293 | 1:19-cv-01304 | 1:19-cv-01342 | 1:19-cv-01397 |
| 1:19-cv-01294 | 1:19-cv-01305 | 1:19-cv-01347 | 1:19-cv-01399 |
| 1:19-cv-01295 | | | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: May 6, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson