# EXHIBIT A

# MARTIN BAUGHMAN, PLLC

# COOK MDL CASE LIST

| NAME | CASE NO. |
|---|---|
| 1. Adam, Kimberly | 1:18-cv-00800-RLY-TAB |
| 2. Adolf, David | 1:18-cv-00801-RLY-TAB |
| 3. Alexander, Cecelia | 1:16-cv-00435-RLY-TAB |
| 4. Allen, Tina | 1:19-cv-01762-RLY-TAB |
| 5. Alliss, Lisa | 1:18-cv-00802-RLY-TAB |
| 6. Alvarado, Cynthia | 1:19-cv-01362-RLY-TAB |
| 7. Amaya, Reina | 1:16-cv-01838-RLY-TAB |
| 8. Amnote, Robin | 1:17-cv-00549-RLY-TAB |
| 9. Angus, Cindy | 1:14-cv-06002-RLY-TAB |
| 10. Ayers, Naomi | 1:14-cv-02570-RLY-TAB |
| 11. Bailey, Hessard | 1:18-cv-04045-RLY-TAB |
| 12. Bailey, Richard | 1:17-cv-06075-RLY-TAB |
| 13. Baker, Archie | 1:18-cv-01606-RLY-TAB |
| 14. Banks, Terasa | 1:18-cv-00803-RLY-TAB |
| 15. Barnett, Kelly | 1:17-cv-02674-RLY-TAB |
| 16. Barrett, LaToya | 1:17-cv-00128-RLY-TAB |
| 17. Beamon, Cassandra | 1:17-cv-03656-RLY-TAB |
| 18. Beckner, Onica | 1:15-cv-00715-RLY-TAB |
| 19. Bell, Austin | 1:16-cv-03274-RLY-TAB |
| 20. Benauer, Randy | 1:17-cv-01150-RLY-TAB |
| 21. Benge, Robert | 1:18-cv-03458-RLY-TAB |
| 22. Bennett, Shelley | 1:15-cv-01769-RLY-TAB |
| 23. Blondeau, Joanna | 1:17-cv-00795-RLY-TAB |
| 24. Bobo, Alisha | 1:14-cv-06001-RLY-TAB |
| 25. Borgens, Angelo | 1:18-cv-02451-RLY-TAB |
| 26. Brady, Milann | 1:17-cv-04402-RLY-TAB |
| 27. Briles, Jacob | 1:17-cv-02427-RLY-TAB |
| 28. Bronson, Tammy | 1:17-cv-01781-RLY-TAB |
| 29. Brouse, Thomas, Jr. | 1:17-cv-02463-RLY-TAB |
| 30. Brown, Thomas | 1:18-cv-00814-RLY-TAB |
| 31. Bruss, Nickolas | 1:15-cv-00566-RLY-TAB |

| # | Name | Case Number |
|---|---|---|
| 32. | Burgess, Carol | 1:16-cv-00814-RLY-TAB |
| 33. | Bustamante, Diane | 1:18-cv-02800-RLY-TAB |
| 34. | Chambers, Megan Gray | 1:16-cv-06031-RLY-TAB |
| 35. | Chapman, Zach | 1:14-cv-00998-RLY-TAB |
| 36. | Cherry, Timothy | 1:18-cv-03504-RLY-TAB |
| 37. | Clark, Cynthia | 1:18-cv-00804-RLY-TAB |
| 38. | Cole, Jeanne | 1:17-cv-04732-RLY-TAB |
| 39. | Collins, Kenyon | 1:18-cv-00827-RLY-TAB |
| 40. | Colon, Luis | 1:18-cv-00807-RLY-TAB |
| 41. | Comley, Heidi | 1:17-cv-01122-RLY-TAB |
| 42. | Conner, Dana | 1:18-cv-02472-RLY-TAB |
| 43. | Craig, Caitlin | 1:17-cv-00731-RLY-TAB |
| 44. | Crehen, Judith | 1:18-cv-03356-RLY-TAB |
| 45. | Cutlip, Jeffrey | 1:16-cv-02238-RLY-TAB |
| 46. | Darida, Sandra | 1:15-cv-01445-RLY-TAB |
| 47. | Dean, Thomas J. III | 1:18-cv-00830-RLY-TAB |
| 48. | DeBord, Robert | 1:16-cv-01518-RLY-TAB |
| 49. | Demsko, Jane Marie | 1:18-cv-00221-RLY-TAB |
| 50. | Deo, Michael David | 1:18-cv-00828-RLY-TAB |
| 51. | Deschenes, Judith | 1:14-cv-01451-RLY-TAB |
| 52. | Dinger, Kristin | 1:16-cv-00440-RLY-TAB |
| 53. | Dyer, Eileen | 1:18-cv-00817-RLY-TAB |
| 54. | Ellingesen, Christopher | 1:16-cv-02308-RLY-TAB |
| 55. | Epps, Kelvin | 1:18-cv-00820-RLY-TAB |
| 56. | Eslick, Karen | 1:14-cv-06011-RLY-TAB |
| 57. | Evans, Steven | 1:17-cv-01118-RLY-TAB |
| 58. | Farnham, Diana | 1:18-cv-03503-RLY-TAB |
| 59. | Faust, David | 1:17-cv-01762-RLY-TAB |
| 60. | Fernandez, Mary | 1:17-cv-03661-RLY-TAB |
| 61. | Ferrer, Jonathan | 1:19-cv-01111-RLY-TAB |
| 62. | Foley, Ursula | 1:18-cv-00831-RLY-TAB |
| 63. | Forbus, Roberta | 1:16-cv-02286-RLY-TAB |
| 64. | Fulk, Kimberly Dawn | 1:15-cv-00763-RLY-TAB |
| 65. | George, Preston Jay | 1:15-cv-01176-RLY-TAB |
| 66. | Gharib, Rawia | 1:18-cv-03501-RLY-TAB |
| 67. | Gibbs, Forrest | 1:17-cv-01785-RLY-TAB |
| 68. | Gibson, Susan Padgett | 1:18-cv-00839-RLY-TAB |
| 69. | Gilliam, Janice | 1:17-cv-02545-RLY-TAB |
| 70. | Gray, Carol C. | 1:18-cv-02227-RLY-TAB |
| 71. | Greenberg, Marvin | 1:18-cv-00156-RLY-TAB |
| 72. | Guinto, Jesusa | 1:15-cv-06022-RLY-TAB |
| 73. | Haag, Kathryn | 1:17-cv-01107-RLY-TAB |
| 74. | Haas, Frederick | 1:17-cv-00816-RLY-TAB |
| 75. | Hall, Timothy | 1:16-cv-01083-RLY-TAB |

| | |
|---|---|
| 76. Haney, Roy | 1:18-cv-03725-RLY-TAB |
| 77. Hansen, Jaleigh | 1:16-cv-03309-RLY-TAB |
| 78. Harris, James Allen | 1:15-cv-01943-RLY-TAB |
| 79. Harris, Kourtney | 1:14-cv-00736-RLY-TAB |
| 80. Hart, Billy, Jr. | 1:16-cv-02829-RLY-TAB |
| 81. Hatchett, Rosemary | 1:18-cv-03369-RLY-TAB |
| 82. Hauer, Jerome | 1:17-cv-02977-RLY-TAB |
| 83. Hayes, Charles, II | 1:16-cv-06042-RLY-TAB |
| 84. Hess, Robert, T | 1:16-cv-03312-RLY-TAB |
| 85. Higgins, Jesse | 1:16-cv-00728-RLY-TAB |
| 86. Horn, Teresa Dawn | 1:18-cv-03455-RLY-TAB |
| 87. James, Steven Allen | 1:16-cv-02253-RLY-TAB |
| 88. Jara, Anthony | 1:19-cv-01560-RLY-TAB |
| 89. Jarvis, Lori | 1:18-cv-01920-RLY-TAB |
| 90. Johansen, Marie | 1:18-cv-03358-RLY-TAB |
| 91. Johnson, Frederick | 1:18-cv-02611-RLY-TAB |
| 92. Johnson, Eric T. | 1:18-cv-01171-RLY-TAB |
| 93. Kamp, Kimberly | 1:17-cv-02144-RLY-TAB |
| 94. Kelley, Loretta | 1:18-cv-00908-RLY-TAB |
| 95. Kempf, Lynda | 1:18-cv-00840-RLY-TAB |
| 96. Kennedy, Kristin | 1:16-cv-03275-RLY-TAB |
| 97. Kramer, Jeremy | 1:17-cv-00131-RLY-TAB |
| 98. Koopman, Mark Frederick | 1:16-cv-00599-RLY-TAB |

| # | Name | Case Number |
|---|------|-------------|
| 99. | Lamb, Oliver | 1:18-cv-02330-RLY-TAB |
| 100. | Lancaster, William | 1:17-cv-01760-RLY-TAB |
| 101. | Lang, Jacqueline | 3:17-cv-00180-RLY-TAB |
| 102. | Langer, Scott Andrew | 1:16-cv-02379-RLY-TAB |
| 103. | Lee, Anna | 1:17-cv-00111-RLY-TAB |
| 104. | Lemmon, Nicole | 1:16-cv-01837-RLY-TAB |
| 105. | Lewis, Bryan | 1:18-cv-00842-RLY-TAB |
| 106. | LoBue, Anthony | 1:17-cv-00582-RLY-TAB |
| 107. | Long, Alex | 1:13-cv-00986-RLY-TAB |
| 108. | Lowther-Berman, Roseanne | 1:17-cv-06087-RLY-TAB |
| 109. | Matthews, Robert, Jr. | 1:18-cv-03456-RLY-TAB |
| 110. | McDuffy, Carol | 1:17-cv-02919-RLY-TAB |
| 111. | Maxwell-McKellop, Catherine | 1:16-cv-02095-RLY-TAB |
| 112. | Meaux, David | 1:18-cv-00844-RLY-TAB |
| 113. | Mercer, Susan | 1:17-cv-00256-RLY-TAB |
| 114. | Metro, Daniel | 1:13-cv-01048-RLY-TAB |
| 115. | Mishoe, Monte | 1:16-cv-00433-RLY-TAB |
| 116. | Mohr, Todd | 1:17-cv-04424-RLY-TAB |
| 117. | Morgan, Amber | 1:19-cv-01496-RLY-TAB |
| 118. | Moultrie, Jennifer | 1:16-cv-00437-RLY-TAB |
| 119. | Nelson, Barbara | 1:15-cv-01754-RLY-TAB |
| 120. | Newton, Maria Anna | 1:18-cv-03500-RLY-TAB |
| 121. | Owens, Autumn | 1:18-cv-01458-RLY-TAB |
| 122. | Padget, Amanda | 1:14-cv-06009-RLY-TAB |
| 123. | Page, Terry, Jr. | 1:17-cv-00921-RLY-TAB |
| 124. | Parker, Michael, G. | 1:15-cv-00597-RLY-TAB |
| 125. | Parsley, Christina | 1:17-cv-00543-RLY-TAB |
| 126. | Parsley, Teresa | 1:18-cv-00834-RLY-TAB |
| 127. | Parson, Alonda | 1:18-cv-00846-RLY-TAB |
| 128. | Payne, Susan | 1:17-cv-00762-RLY-TAB |
| 129. | Pearson, Crystal Anne | 1:16-cv-01839-RLY-TAB |
| 130. | Pemberton, Patricia Ann | 1:16-cv-00432-RLY-TAB |
| 131. | Penree, Michael | 1:17-cv-01225-RLY-TAB |
| 132. | O'Farrow, Letitia Perry | 1:14-cv-06005-RLY-TAB |
| 133. | Pestana, Gail | 1:17-cv-00112-RLY-TAB |
| 134. | Pfleiderer, Debbie | 1:15-cv-00479-RLY-TAB |
| 135. | Pierce, Alan | 1:18-cv-02862-RLY-TAB |
| 136. | Pinson, Timothy | 1:18-cv-00822-RLY-TAB |
| 137. | Puchalski, Jennifer | 1:17-cv-01223-RLY-TAB |
| 138. | Rahe, Peggy | 1:17-cv-00267-RLY-TAB |

| | | |
|---|---|---|
| 139. | Rambo, Richard | 1:15-cv-00568-RLY-TAB |
| 140. | Rappleye, George | 1:18-cv-00835-RLY-TAB |
| 141. | Redmon, Tiffany | 1:15-cv-00567-RLY-TAB |
| 142. | Renninger, Gregory | 1:17-cv-01121-RLY-TAB |
| 143. | Rickson, Candace | 1:18-cv-00836-RLY-TAB |
| 144. | Rine, Michael | 1:17-cv-02571-RLY-TAB |
| 145. | Riva, Jill | 1:16-cv-00439-RLY-TAB |
| 146. | Robinson, Jackie | 1:18-cv-00799-RLY-TAB |
| 147. | Robinson, Linder | 1:19-cv-01763-RLY-TAB |
| 148. | Rogers, Sarah Ellen | 1:18-cv-04094-RLY-TAB |
| 149. | Roiz, Jose | 1:17-cv-00262-RLY-TAB |
| 150. | Runion, Leslie | 1:15-cv-01132-RLY-TAB |
| 151. | Sadler, Lonnie Ray | 1:15-cv-00852-RLY-TAB |
| 152. | Schlitz, Lynda Kay | 1:18-cv-01193-RLY-TAB |
| 153. | Schwenk, Phillip | 1:18-cv-03502-RLY-TAB |
| 154. | Scott, Judith | 1:17-cv-00115-RLY-TAB |
| 155. | Seibert, John Stewart | 1:18-cv-02522-RLY-TAB |
| 156. | Sessions, Andrew | 1:17-cv-01120-RLY-TAB |
| 157. | Sexton, Harold | 1:16-cv-00771-RLY-TAB |
| 158. | Shafer, Daniel | 1:13-cv-01946-RLY-TAB |
| 159. | Shaw, Alexis Miranda | 1:15-cv-01021-RLY-TAB |
| 160. | Shields, Paul | 1:16-cv-00577-RLY-TAB |
| 161. | Siedel, Steve | 1:18-cv-00837-RLY-TAB |
| 162. | Smith, Kenneth Earl | 1:17-cv-00408-RLY-TAB |
| 163. | Smith, Larry Lee | 1:18-cv-00838-RLY-TAB |
| 164. | Sons, Andrea | 1:18-cv-03422-RLY-TAB |
| 165. | Steele, Stephen | 1:18-cv-01413-RLY-TAB |
| 166. | Stover, Barbara | 1:17-cv-02120-RLY-TAB |
| 167. | Stroh, Richard | 1:16-cv-02665-RLY-TAB |
| 168. | Plant-Tanner, Cynthia | 1:17-cv-00252-RLY-TAB |
| 169. | Thompson, Parker | 1:16-cv-01337-RLY-TAB |
| 170. | Thompson, Nicole | 1:19-cv-01120-RLY-TAB |
| 171. | Thorson, Brandon | 1:16-cv-03226-RLY-TAB |
| 172. | Tickner, Pat | 1:15-cv-06021-RLY-TAB |
| 173. | Tornambe, Loretta | 1:16-cv-00813-RLY-TAB |
| 174. | Torres, Manuel | 1:18-cv-00158-RLY-TAB |
| 175. | Umbaugh, Paul M. | 1:18-cv-02178-RLY-TAB |
| 176. | Underwood, Terry | 1:18-cv-03499-RLY-TAB |
| 177. | Versluis, Scott | 1:17-cv-00266-RLY-TAB |
| 178. | Vinnik, Charles Alan | 1:16-cv-03273-RLY-TAB |
| 179. | Voyles, Joel Allen | 1:15-cv-01159-RLY-TAB |

| | | |
|---|---|---|
| 180. | Walker, James | 1:18-cv-02212-RLY-TAB |
| 181. | Weglarz, John | 1:19-cv-01252-RLY-TAB |
| 182. | Westphal, Sandra Lou | 1:18-cv-00513-RLY-TAB |
| 183. | Wetherbee, Kimberly | 1:17-cv-01985-RLY-TAB |
| 184. | White, Thomas III | 1:15-cv-01020-RLY-TAB |
| 185. | Whitten, Connie | 1:15-cv-00555-RLY-TAB |
| 186. | Wickard, Jennifer | 1:17-cv-01113-RLY-TAB |
| 187. | Williams, Barbara | 1:16-cv-03048-RLY-TAB |
| 188. | Wilson, Rick | 1:18-cv-00634-RLY-TAB |
| 189. | Wood, David | 1:18-cv-01046-RLY-TAB |
| 190. | Zernov, Jeffrey Peter | 1:17-cv-00130-RLY-TAB |