# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>JUDGE Richard L. Young<br><br>MAG. JUDGE Tim A. Baker |
| **This Document Relates to:**<br><br>*MICHELLE MARIE BOLTON v. COOK INCORPORATED, et al.;*<br>Civil Action No.: 1:16-cv-02527-RLY-TAB | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed.R.Civ. 41(a)(1)(A)(i), Plaintiff Michelle Marie Bolton hereby dismisses with prejudice all claims or causes of action against all Defendants in this case, filed by short-form complaint in Civil Action No. 1:16-cv-2527 on September 22, 2016.

No Court Order is required to dismiss this action pursuant to Fed.R.Civ. 41(a)(1)(A)(i) because no party to this specific action has filed an answer or moved for summary judgment.

DATED:  May 6, 2019

                                                  Respectfully submitted,

                                                  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:  */s/ Wendy R. Fleishman*
      Wendy R. Fleishman
      250 Hudson Street, 8th Floor
      New York, NY  10013-1413
      Telephone: (212) 355-9500
      Facsimile: (212) 355-9592
      wfleishman@lchb.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties

DATED:  May 6, 2019                                              */s/ Wendy R. Fleishman*

1723018.1                                          -2-