IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

**EXHIBIT A TO MOTION TO DISMISS**
**PLAINTIFF SCHEDULE**

| Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Winifred Mack | 1:19-cv-00019 | 3/18/2019 | 3/28/2019 | 1 |
| Sheila Thompson | 1:19-cv-00158 | 3/26/2019 | 3/28/2019 | 1 |
| Emmie Herndon | 1:19-cv-00890 | 4/1/2019 | 4/12/2019 | 2 |
| Pamela S. Birmingham | 1:19-cv-01180 | 3/23/2019 | 4/12/2019 | 3 |