**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 1**

# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

▸ **Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

March 28, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

Benjamin A. Bertram
BERTRAM & GRAF, L.L.C.
2345 Grand Blvd.
Suite 1925
Kansas City, MO 64108
benbertram@bertramgraf.com; afeliciano@bertramgraf.com;
jeremy@bertramgraf.com; blair@bertramgraf.com

    **Re:**   Cook MDL Plaintiff Profile Deficiency

Dear Benjamin A. Bertram:

According to our records, we have not received the Plaintiff Profile Sheet for the following
Plaintiffs:

- Mack, Winifred
- Rini, Pearlie
- Skidmore, Douglas
- Thompson, Sheila
- Weissman, Mary Candice
- Wilder, Edwin

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to
dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to
CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-
mail please submit them using the following Secure File Transfer site:
https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5)
days, Cook may move to dismiss Plaintiff's case.

Benjamin A. Bertram                         -2-                              3/28/2019

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 2**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ⌄ UK ⌄ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ⌄ Suite 4300
Chicago ⌄ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

April 12, 2019

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

| For MDL Plaintiffs |

Blair B. Matyszczyk
BERTRAM & GRAF, L.L.C.
4717 Grand Avenue
Suite 800
Kansas City, MO 64112
benbertram@bertramgraf.com; bianca@bertramgraf.com;
jeremy@bertramgraf.com; blair@bertramgraf.com

   Re: <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Blair B. Matyszczyk:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Cotton, Willie
- Herndon, Emmie
- Kucinski, Jeffrey
- Phillips, Reca and Cornell, Clifford
- Shelton, Howard
- Welsh, Kathryn
- Williams, Hattie
- Wilson, Ronald

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL.

Blair B. Matyszczyk                              -2-                              4/12/2019

If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 3**</u>

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

April 12, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

John A. Dalimonte
DALIMONTE RUEB LAW GROUP, LLP
85 Devonshire Street
Suite 1000
Boston, MA 02109
john@drlawllp.com

>      **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear John A. Dalimonte:

According to our records, we have not received the Plaintiff Profile Sheet for Birmingham, Pamela S. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside – mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com