UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) <br> ) 1:14-ml-02570-RLY-TAB <br> ) MDL No. 2570 <br> ) <br> ) <br> ) |
| This Document Relates to: | ) |

1:19-cv-00019; 1:19-cv-00158; 1:19-cv-00890; 1:19-cv-01180.

### [PROPOSED] ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook's Motion to Dismiss is **GRANTED**. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his/her case in the Southern District of Indiana. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs. Those cases are:

1. Winifred Mack
2. Sheila Thompson
3. Emmie Herndon
4. Pamela S. Birmingham

**SO ORDERED** this _____ day of May, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana