IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case dismissed with prejudice.
> Dated: 5/07/19
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>JUDGE Richard L. Young<br><br>MAG. JUDGE Tim A. Baker |
| **This Document Relates to:**<br><br>*MICHELLE MARIE BOLTON v. COOK INCORPORATED, et al.;*<br>Civil Action No.: 1:16-cv-02527-RLY-TAB | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed.R.Civ. 41(a)(1)(A)(i), Plaintiff Michelle Marie Bolton hereby dismisses with prejudice all claims or causes of action against all Defendants in this case, filed by short-form complaint in Civil Action No. 1:16-cv-2527 on September 22, 2016.

No Court Order is required to dismiss this action pursuant to Fed.R.Civ. 41(a)(1)(A)(i) because no party to this specific action has filed an answer or moved for summary judgment.

DATED: May 6, 2019

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Wendy R. Fleishman*
Wendy R. Fleishman
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
wfleishman@lchb.com