IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Cases.

**ORDER ON MOTIONS TO SEAL**

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, the following motions to seal are granted.

> Cook Defendants' Motion to Maintain Under Seal Exhibits to Cook Defendants' Reply in Support of Motion to Exclude Expert Opinions of Robert W. Johnson and James A. Mills [Filing No. 9351]
>
> Cook Defendants' Motion to Maintain Under Seal Exhibit to Cook Defendants' Reply in Support of Motion to Exclude Testimony of James Carlson, Ph.D. [Filing No. 9354]
>
> Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9358]
>
> Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Reply in Support of Their Motion to Exclude Expert Opinions of Dr. Harlan Krumholz and Exhibits Thereto [Filing No. 9367]
>
> Cook Defendants' Motion to Maintain Under Seal Exhibit to the Cook Defendants' Reply in Support of Motion to Exclude Expert Opinions of Dr. Gregory Gordon [Filing No. 9370]
>
> Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Reply Memorandum in Support of Motion for Summary Judgment and Exhibits Thereto [Filing No. 9381]
>
> Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9593]
>
> Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9599]
>
> Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9766]

Plaintiff's Motion to Maintain Documents Under Seal [Filing No. 9903]

Cook Defendants' Motion to Maintain Under Seal The Cook Defendants' Memorandum in Support of Motion for Judgment as a Matter of Law and Exhibit A Thereto [Filing No. 10296]

Cook Defendants' Motion to Maintain Under Seal The Cook Defendants' Memorandum in Support of Motion for New Trial and Exhibit A Thereto [Filing No. 10298]

The Clerk shall maintain the following documents under seal pending further order.

| | |
|---|---|
| Filing No. 9350 | Filing No. 9591 |
| Filing No. 9353 | Filing No. 9592 |
| Filing No. 9357 | Filing No. 9598 |
| Filing No. 9365 | Filing No. 9765 |
| Filing No. 9369 | Filing No. 9895 |
| Filing No. 9371 | Filing No. 9897 |
| Filing No. 9371-5 | Filing No. 10295 |
| Filing No. 9371-8 | Filing No. 10297 |

In addition, the following documents were filed under seal. However, because no party has moved to maintain these filings under seal, these documents shall be unsealed at this time.

9371-1
9371-2
9371-3
9371-4
9371-6
9371-7

Date: 5/8/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.