IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Mack v. Cook Incorporated, et al.*

Civil Case No. 1:19-cv-00019

## **PLAINTIFF'S RESPONE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Plaintiff Winifred Mack ("Plaintiff"), by and through her counsel of record, and files this Response in Opposition to Defendants' Motion to Dismiss (Doc #12). Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss and, in support thereof, states as follows:

1) Defendants' filed their Motion to Dismiss on May 6, 2019, based on their assertion that a Plaintiff Profile Sheet ("PPS") and other related documents had not been produced.

2) Plaintiff served a PPS, signed PPS authorizations, and Responsive Documents on May 6, 2019. A copy of the transmittal e-mail is attached hereto as Exhibit A.

3) Because Plaintiff has produced her PPS, signed PPS authorizations, and Responsive Documents, dismissal would be a harsh remedy.

4) Plaintiff's untimely submission of her PPS and related materials was not intentional but was, instead, due to some communications issues related to contact information that have now been addressed.

Based on the foregoing, Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss.

Dated: May 8, 2019	Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
benbertram@bertramgraf.com

*__Attorney for Plaintiff__*

## CERTIFICATE OF SERVICE

I hereby certify that on May 08, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

    /s/ Benjamin A. Bertram
*Attorney for Plaintiff*