# EXHIBIT A

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Sunday, May 5, 2019 1:19 PM |
| **To:** | 'Hall, Angela Kelver'; 'Pierson, Andrea Roberts'; 'cookfiltermdl@faegrebd.com'; 'Angelino, Blake A.' |
| **Subject:** | RE: Farnham, Diana - Cook PPS |
| **Attachments:** | PPS - Farnham, Diana.pdf; Cook Medical Authorization.pdf |

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Diane Farnham, with attached documentation and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Diane Farnham:  (1) Plaintiff Profile Sheet; (2) Medical records; and (3) Executed Cook medical authorizations.

Thank you.

**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
**Office:** (214) 761-6614
**Fax:** (214) 744-7590
**Email:** cguerra@martinbaughman.com

## Send File

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- PPS - Farnham, Diana.pdf (623.49 KB)
- Cook Medical Authorization.pdf (1,208.92 KB)
- FARNHAM DIANA BAYCARE MORTON PLANT HOSPITAL MR.pdf (159.27 KB)
- FARNHAM DIANA BAYCARE MORTON PLANT HOSPITAL MR - Part II.pdf (159.27 KB)
- FARNHAM DIANA MORTON PLANT HOSP MR.pdf (13,228.98 KB)
- Morton Plant Hospital.pdf (13,233.87 KB)
- University Center Imaging.Radiology Report CT Scan.pdf (123.28 KB)

*\* You will receive a copy of this e-mail.*

©2000-2019 Accellion, Inc. All Rights Reserved.