# EXHIBIT A

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Sunday, May 5, 2019 2:28 PM |
| **To:** | 'Hall, Angela Kelver'; 'Pierson, Andrea Roberts'; 'cookfiltermdl@faegrebd.com'; 'Angelino, Blake A.' |
| **Subject:** | RE: Rogers, Sarah Ellen - Cook PPS |
| **Attachments:** | Rogers, Sarah - PPS.pdf; Cook Medical Authorization.pdf |

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Rogers, Sarah Ellen, with attached documentation and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Rogers, Sarah Ellen:  (1) Plaintiff Profile Sheet; (2) Medical records; and (3) Executed Cook medical authorizations.

Thank you.

**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
**Office:** (214) 761-6614
**Fax:** (214) 744-7590
**Email:** cguerra@martinbaughman.com

1

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Sunday, May 5, 2019 2:28 PM |
| **To:** | 'Hall, Angela Kelver'; 'Pierson, Andrea Roberts'; 'cookfiltermdl@faegrebd.com'; 'Angelino, Blake A.' |
| **Subject:** | RE: Rogers, Sarah Ellen - Cook PPS |
| **Attachments:** | Rogers, Sarah - PPS.pdf; Cook Medical Authorization.pdf |

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Rogers, Sarah Ellen, with attached documentation and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Rogers, Sarah Ellen:  (1) Plaintiff Profile Sheet; (2) Medical records; and (3) Executed Cook medical authorizations.

Thank you.

**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
**Office:** (214) 761-6614
**Fax:** (214) 744-7590
**Email:** cguerra@martinbaughman.com