IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    SARAH ELLEN ROGERS, DECEASED
    1:18-cv-04094-RLY-TAB

## **ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

The matter, having come before the Court on Defendants' Motion to Dismiss for lack of a Plaintiff Profile Sheet and executed medical authorizations, and for good cause shown, that the Defendants' Motion should be DENIED.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is DENIED.

 

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana