UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) ) |
| This Document Relates to: | ) |

1:18-cv-03422; 1:18-cv-03455; 1:18-cv-03456;
1:18-cv-03458; 1:18-cv-03500; 1:18-cv-03502;
1:18-cv-03725; 1:18-cv-03729; 1:18-cv-03967;
1:18-cv-04045; 1:19-cv-00057; 1:19-cv-00089;
1:19-cv-00095; 1:19-cv-00110; 1:19-cv-00111;
1:19-cv-00118; 1:19-cv-00207; 1:19-cv-00211;
1:19-cv-00539.

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
(Filing No. 10441)

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") has not been submitted. Some, but not all, Plaintiffs filed Responses to the motion and some, but not all, filed PPSs.

The following 12 cases have submitted their PPS following the filing of Cook's motion to dismiss and, therefore, Cook's motion to dismiss is **DENIED** for these cases. They are:

1. Sons, Andrea              1:18-cv-03422
2. Benge, Robert             1:18-cv-03458
3. Newton, Maria Anna        1:18-cv-03500
4. Schwenk, Phillip          1:18-cv-03502

| | | |
|---|---|---|
| 5. | Haney, Roy Allen | 1:18-cv-03725 |
| 6. | Bailey, Hessard Charles | 1:18-cv-04045 |
| 7. | Schech, Jonathan | 1:19-cv-00057 |
| 8. | Johnson, Willie R. | 1:19-cv-00089 |
| 9. | Embry, Darlena | 1:19-cv-00111 |
| 10. | Puffer, Jill M. and Robert | 1:19-cv-00118 |
| 11. | Kreblin, Marilyn L. | 1:19-cv-00207 |
| 12. | Hogue, Donna | 1:19-cv-00211 |

This leaves 6 cases for which the Cook Defendants seek dismissal. In those cases with no PPS on file, Cook's Motion to Dismiss (Filing No. 10441) is **GRANTED** pursuant to Third Amended Case Management Order No. 4. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his/her case in the Southern District of Indiana. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs. Those cases are:

| | | |
|---|---|---|
| 1. | Horn, Teresa Dawn | 1:18-cv-03455 |
| 2. | Matthews, Robert J. Jr. | 1:18-cv-03456 |
| 3. | Smith, Candy Joe | 1:18-cv-03729 |
| 4. | Hardy, Earl Edward | 1:18-cv-03967 |
| 5. | Manford, Lyndon | 1:19-cv-00095 |
| 6. | Dixon, Cindy | 1:19-cv-00539 |

The motion is **DENIED AS MOOT** as to the following cases:

1. Shannon Donahue                                       1:19-cv-00110

**SO ORDERED** this 9th day of May, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record