IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to: All Actions

**ORDER SETTING DEADLINE FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CATEGORY 2 CASES AND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT ON REMAINING CATEGORY 2 CASES**

This Order outlines the deadline for voluntary dismissal of cases which categorized as Category 2 and, for cases that do not voluntarily dismiss, the deadlines applicable to a motion for summary judgment on cases that categorized as category 2.

1. By **May 20, 2019**, Plaintiffs who categorized as Category 2 who are voluntarily dismissing without prejudice shall dismiss using the stipulation attached to this Order as Exhibit A.

2. By **May 27, 2019,** Cook shall file briefing seeking to dismiss remaining Category 2 cases which have not been voluntarily dismissed.[1]

3. By **June 6, 2019**, Plaintiffs shall file any responsive briefing to Cook's briefing seeking dismissal of remaining Category 2 cases.

4. The Court will hear argument on Category 2 cases at the **June 13, 2019**, case management conference.

5/09/2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

[1] Nothing in this Order shall preclude the later filing of additional dispositive motions that may be applicable to cases subject to this briefing schedule.

Distribution to all electronically registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' lead counsel.