# EXHIBIT A

| Description | Brand Cost Submission 03/2019 | Revised Brand Cost Submission 05/2019 | Brand Cost Submission Using Judicial Conference Rate | Cook's Cost Submission |
|---|---|---|---|---|
| **Filing Fee** | $400.00 | $400.00 | $400.00 | $400.00 |
| **Witness Fee** | $1,482.24 | $1,482.24 | $1,482.24 | $1,482.24 |
| **Interpreters** | $11,426.65 | $11,426.65 | $11,426.65 | No Objection |
| **Service and Summons** | $21.51 | $21.51 | $21.51 | $0.00 |
| **Trial Transcript** | $27,811.02 | $27,811.02 | $27,811.02 | $0.00 |
| **Hearing Transcript Total** | $992.70 | $992.70 | $992.70 | $0.00 |
| Hearing Transcript 9/25/17 | $262.80 | $262.80 | $262.80 | $0.00 |
| Hearing Transcript 10/22-23/18 | $468.90 | $468.90 | $468.90 | $0.00 |
| Hearing Transcript 11/13/18 | $261.00 | $261.00 | $261.00 | $0.00 |
| **Deposition Transcript Cost Total** | $233,970.44 | $125,305.15 | $115,862.40 | $88,311.50 |
| Dr. Rebecca Betensky | $1,668.79 | $1,155.40 | $1,155.40 | $0.00 |
| Scott Blanchard | $6,406.24 | $3,698.70 | $3,283.50 | $0.00 |
| Allen Brand | $98.20 | $98.20 | $98.20 | $0.00 |
| Tonya Brand | $3,583.40 | $1,270.60 | $1,270.60 | $0.00 |
| Tyler Brand | $749.60 | $634.70 | $634.70 | $0.00 |
| Mark Breedlove | $3,664.24 | $2,456.25 | $2,142.25 | $2,142.25 |
| Jennifer Brown | $10,606.09 | $5,168.80 | $4,708.20 | $4,708.20 |
| James Carlson | $7,006.90 | $4,116.80 | $3,730.20 | $2,657.10 |
| Brian Choules | $5,901.24 | $4,165.30 | $3,814.05 | $3,814.05 |
| Jacob Clausen | $1,390.00 | $390.00 | $390.00 | $0.00 |
| Tamara Clemmer | $3,291.40 | $1,500.50 | $1,273.45 | $0.00 |
| Meg Donley | $4,484.43 | $1,774.20 | $1,704.20 | $0.00 |
| Mr. Michael Ferrante | $2,410.00 | $960.00 | $960.00 | $0.00 |
| Dr. Michael Fishbein | $896.39 | $719.20 | $719.20 | $0.00 |
| Bruce Fleck | $10,376.49 | $4,829.20 | $4,511.55 | $4,511.55 |
| Dr. Christy Foreman | $8,130.96 | $3,390.75 | $3,236.00 | $3,131.00 |
| Mark Frye | $3,106.85 | $2,633.10 | $2,387.15 | $2,387.15 |
| Dr. Jon Fryzek | $3,106.85 | $1,431.55 | $1,431.55 | $1,431.55 |
| Dr. James Gardner | $3,230.91 | $1,518.30 | $1,452.45 | $1,452.45 |
| Dr. David Gillespie | $7,834.40 | $2,838.75 | $2,799.05 | $2,799.05 |
| Dr. Gregory Gordon | $2,152.50 | $2,092.00 | $2,092.00 | $0.00 |
| Dr. Dennis Griffin | $4,884.15 | $2,538.00 | $2,404.70 | $1,886.25 |
| Henrick Gyllun | $5,067.44 | $2,661.10 | $2,471.65 | $2,471.65 |
| Rita Harden | $4,931.88 | $2,619.90 | $2,474.85 | $2,474.85 |
| Kem Hawkins | $6,636.06 | $2,332.50 | $2,300.40 | $2,300.40 |
| Theodore Heise | $3,525.43 | $2,463.75 | $2,358.05 | $2,358.05 |
| Per Hendricksen | $4,659.15 | $2,523.15 | $2,299.65 | $2,299.65 |
| James Bernard Hunt | $3,111.45 | $1,598.05 | $1,394.15 | $0.00 |
| Lyke Sylow Iversen | $4,722.20 | $2,360.00 | $2,322.00 | $2,322.00 |
| Anna Jessen | $3,729.78 | $2,592.10 | $2,280.00 | $1,390.65 |
| Dr. John Kaufman | $5,584.29 | $2,842.90 | $2,654.35 | $2,654.35 |
| Dr. Scott Keller | $415.50 | $337.50 | $337.50 | $0.00 |
| Dr. Harlan Krumholz | $2,042.94 | $1,807.75 | $1,807.75 | $0.00 |
| April Lavender | $5,010.05 | $3,302.50 | $2,891.50 | $2,891.50 |
| Dr. Alan Litsky | $1,119.60 | $982.15 | $982.15 | $0.00 |
| Dr. Robert McMeeking | $3,321.54 | $2,471.50 | $2,471.50 | $2,471.50 |
| Dr. Timothy Morris | $3,749.48 | $1,944.50 | $1,734.25 | $1,734.25 |
| Dr. Thomas Morrison | $2,332.80 | $976.50 | $919.20 | $919.20 |
| Arne Molgaard-Nielson | $5,487.24 | $4,342.30 | $3,790.95 | $2,970.85 |
| Mette Niendam Nielson | $2,993.82 | $2,301.25 | $2,197.35 | $2,197.35 |
| Dr. Richard Reisman | $2,539.05 | $1,844.55 | $1,844.55 | $0.00 |
| Dr. Kenneth Renkens | $2,522.90 | $1,152.50 | $1,139.10 | $1,139.10 |
| Dr. Mark Rheudasil | $2,257.25 | $1,710.60 | $1,710.60 | $0.00 |
| Tom Roberts | $5,012.64 | $2,806.70 | $4,799.95 | $2,562.55 |
| Dr. Scott Robertson | $13,859.61 | $6,283.30 | $2,562.55 | $4,799.95 |
| Darrel Talbert | $9,138.42 | $5,990.00 | $5,438.10 | $5,438.10 |
| Dr. Phu Thai | $1,457.84 | $1,189.75 | $1,189.75 | $0.00 |
| Jesper Thyregod | $5,079.01 | $2,847.70 | $2,599.05 | $2,599.05 |
| Dr. Paul Timperman | $10,150.64 | $4,714.85 | $4,266.75 | $4,266.75 |
| Dr. Raman Uberoi | $14,228.75 | $4,813.80 | $4,513.80 | $3,216.60 |
| William Voohes | $4,303.65 | $2,111.70 | $1,912.55 | $1,912.55 |
| **Exemplification & Copy Costs Total** | $195,701.44 | $165,146.55 | $165,146.55 | $433.51 |
| Courtroom Pixels | $50,613.37 | $44,421.64 | $44,421.64 | $0.00 |
| Courtroom Concepts | $75,587.00 | $71,897.00 | $71,897.00 | $0.00 |

| | | | | |
|---|---:|---:|---:|---:|
| Van Ausdall & Farrar, Inc. | $16,586.08 | $16,586.08 | $16,586.08 | $0.00 |
| Elite Depositions | $29,892.02 | $29,892.02 | $29,892.02 | $0.00 |
| Medical Total | $2,349.81 | $2,349.81 | $2,349.81 | $433.51 |
| Photocopy Rental | $5,090.51 | $0.00 | $0.00 | $0.00 |
| Toner Amazon | $199.48 | $0.00 | $0.00 | $0.00 |
| Platinum Intelligent Data | $14,513.17 | $0.00 | $0.00 | $0.00 |
| Shredding Services | $870.00 | $0.00 | $0.00 | $0.00 |
| | | | | |
| **GRANT TOTAL** | **$471,806.00** | **$332,585.82** | **$323,143.07** | **$90,627.25** |