# EXHIBIT B

| request num | client num | project | name | facility name | facility charge | processing fee | per page fee | postage fee | Total Fees |
|---|---|---|---|---|---|---|---|---|---|
| 18-001441 | 200035 | IVC FIlter | Brand | Emory Saint Josephs Hospital of Atlanta | $ 6.50 | $ 39.95 | | | $ 46.45 |
| 18-001893 | 200035 | IVC FIlter | Brand | Emory Saint Josephs Hospital of Atlanta - Billing | | $ 39.95 | | | $ 39.95 |
| 18-001894 | 200035 | IVC FIlter | Brand | Emory Saint Josephs Hospital of Atlanta - Radiology | | $ 39.95 | | $ 33.74 | $ 73.69 |
| 18-002243 | 200035 | IVC FIlter | Brand | Northside Hospital Atlanta | $ 29.15 | $ 39.95 | $ 15.00 | | $ 84.10 |
| | | | | | | | | | $ 244.19 |

06/08/17	Ciox Health – Records request – Resurgens Centralized Radiology (Brand)	$2.49

# LEXITAS

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

**Invoice - 390933**

Federal Tax ID  47-2852736
Invoice Date: 10/08/2013
**Invoice Due: 10/28/2013**

Cause No.  |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET                                                            - VS -
SUITE 1230
DALLAS, TX 75219

| | |
|---|---|
| Deliver To : **MANDIE MILTON** | Your File No: |
| Pertaining To : **TONYA BRAND**            Claim No : | Our File No : 375399 |

| Our Services Ordered By : | Location: |
|---|---|
| LAW OFFICES OF BEN C. MARTIN, LLP | DR. KEITH A. LEVINE - BILLING |
| BEN MARTIN | 601 PROFESSIONAL DRIVE |
| 3710 RAWLINS STREET | SUITE A |
| SUITE 1230 | BILLING RECORDS CUSTODIAN |
| DALLAS, TX 75219 | LAWRENCEVILLE, GA 30045 |

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $18.00 | $18.00 |
| Client Copy - Per Page | 1 | $0.25 | $0.25 |
| **Invoice Totals** | | | **$73.25** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

| ___ Visa | Card Number _____ | Expiration _____ |
|---|---|---|
| ___ Mastercard | Invoices Invoice - 390933_____ | |
| ___ AMEX | Signature _____ | Date _____ |

**LEXITAS**

**Invoice - 390980**

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

Federal Tax ID  47-2852736
Invoice Date: 10/08/2013
**Invoice Due: 10/28/2013**

Cause No.  |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET         - VS -
SUITE 1230
DALLAS, TX 75219

Deliver To : **MANDIE MILTON**                                                                                          Your File No:
Pertaining To : **TONYA BRAND**              Claim No :                                                   Our File No : **375388**

Our Services Ordered By :                                Location:
LAW OFFICES OF BEN C. MARTIN, LLP         ST. JOSEPH'S HOSPITAL - MEDICAL
BEN MARTIN                                                ATN: RELEASE OF INFORMATION
3710 RAWLINS STREET                                  5665 PEACHTREE DUNWOODY RD. NE
SUITE 1230                                                   ATLANTA, GA 30342
DALLAS, TX 75219

| **Fee Description** | **Quantity** | **Rate** | **Extended** |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $34.76 | $34.76 |
| Client Copy - Per Page | 4 | $0.25 | $1.00 |
| **Invoice Totals** | | | **$90.76** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

___ Visa            Card Number  _____        Expiration  _____
___ Mastercard      Invoices     Invoice - 390980
___ AMEX            Signature    _____        Date        _____

**LEXITAS**

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

**Invoice - 391754**

Federal Tax ID  47-2852736
Invoice Date: 10/16/2013
**Invoice Due: 11/05/2013**

Cause No.  |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET                                - VS -
SUITE 1230
DALLAS, TX 75219

Deliver To : **MANDIE MILTON**                                                                      Your File No:
Pertaining To : **TONYA BRAND**                     Claim No :                                  Our File No : **375389**

Our Services Ordered By :                          Location:
LAW OFFICES OF BEN C. MARTIN, LLP                  NORTHSIDE HOSPITAL CANCER CENTER
BEN MARTIN                                         1000 JOHNSON FERRY RD NE
3710 RAWLINS STREET                                ATTN:RELEASE OF INFORMATION
SUITE 1230                                         MEDICAL RECORDS
DALLAS, TX 75219                                   ATLANTA, GA 30342

| **Fee Description** | **Quantity** | **Rate** | **Extended** |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $74.62 | $74.62 |
| Client Copy - Per Page | 37 | $0.25 | $9.25 |
| **Invoice Totals** | | | **$138.87** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

___ Visa              Card Number  _____       Expiration  _____
___ Mastercard        Invoices     Invoice - 391754_____
___ AMEX              Signature    _____       Date        _____

**LEXITAS**

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

**Invoice - 392363**

Federal Tax ID  47-2852736
Invoice Date: 10/21/2013
**Invoice Due: 11/10/2013**

Cause No.  |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET                          - VS -
SUITE 1230
DALLAS, TX 75219

Deliver To : **MANDIE MILTON**                                                                    Your File No:
Pertaining To : **TONYA BRAND**               Claim No :                                          Our File No : 375393

Our Services Ordered By :                     Location:
LAW OFFICES OF BEN C. MARTIN, LLP             EASTSIDE MEDICAL CENTER
BEN MARTIN                                    P.O. BOX 922788
3710 RAWLINS STREET                           ATTN: RELEASE OF INFORMATION
SUITE 1230                                    MEDICAL RECORDS
DALLAS, TX 75219                              NORCROSS, GA 30010

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $97.13 | $97.13 |
| Client Copy - Per Page | 61 | $0.25 | $15.25 |
| **Invoice Totals** | | | **$167.38** |

REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

___ Visa              Card Number  _____        Expiration _____
___ Mastercard        Invoices     Invoice - 392363_____
___ AMEX              Signature    _____        Date       _____

# LEXITAS

**Invoice - 392767**

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

Federal Tax ID  47-2852736
Invoice Date: 10/24/2013
**Invoice Due: 11/13/2013**

Cause No.  |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET                                    - VS -
SUITE 1230
DALLAS, TX 75219

| | |
|---|---|
| Deliver To : **MANDIE MILTON** | **Your File No:** |
| Pertaining To : **TONYA BRAND**     Claim No : | Our File No : **375397** |

| Our Services Ordered By : | Location: |
|---|---|
| LAW OFFICES OF BEN C. MARTIN, LLP | GWINNETT MEDICAL CENTER - BILLING |
| BEN MARTIN | P.O. BOX 1190 |
| 3710 RAWLINS STREET | ATTN: CORRESPONDANCE |
| SUITE 1230 | LAWRENCEVILLE, GA 30046 |
| DALLAS, TX 75219 | |

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| **Invoice Totals** | | | **$55.00** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

| ___ Visa | Card Number _____ | Expiration _____ |
|---|---|---|
| ___ Mastercard | Invoices  Invoice - 392767 | |
| ___ AMEX | Signature _____ | Date _____ |

# LEXITAS

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

**Invoice - 394442**
Federal Tax ID  47-2852736
Invoice Date: 11/12/2013
**Invoice Due: 12/02/2013**

Cause No.  |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET                                - VS -
SUITE 1230
DALLAS, TX 75219

Deliver To : **MANDIE MILTON**                                                                                                        Your File No:
Pertaining To : **TONYA BRAND**                            Claim No :                                              Our File No : **375395**

Our Services Ordered By :                                   Location:
LAW OFFICES OF BEN C. MARTIN, LLP                           KAISER PERMANENTE - BILLING
BEN MARTIN                                                  3495 PIEDMONT RD
3710 RAWLINS STREET                                         BLDG 9
SUITE 1230                                                  LEGAL DEPT
DALLAS, TX 75219                                            ATLANTA, GA 30305

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Client Copy - Per Page | 33 | $0.25 | $8.25 |
| **Invoice Totals** | | | **$63.25** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

___ Visa                    Card Number _____        Expiration _____
___ Mastercard              Invoices    Invoice - 394442_____
___ AMEX                    Signature _____          Date _____

# LEXITAS

**Invoice - 395778**

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

Federal Tax ID 47-2852736
Invoice Date: 11/25/2013
**Invoice Due: 12/15/2013**

Cause No. |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET                           - VS -
SUITE 1230
DALLAS, TX 75219

Deliver To : **MANDIE MILTON**                                                                                           Your File No:
Pertaining To : **TONYA BRAND**                       Claim No :                                       Our File No : **375401**

Our Services Ordered By :                    Location:
LAW OFFICES OF BEN C. MARTIN, LLP            ST. JOSEPH'S HOSPITAL - BILLING
BEN MARTIN                                   5665 PEACHTREE DUNWOODY RD, NE
3710 RAWLINS STREET                          ATTN:  BUSINESS OFFICE
SUITE 1230                                   BILLING RECORDS CUSTODIAN
DALLAS, TX 75219                             ATLANTA, GA 30342

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $0.00 | $0.00 |
| Client Copy - Per Page | 4 | $0.25 | $1.00 |
| **Invoice Totals** | | | **$56.00** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

___ Visa            Card Number  _____        Expiration _____
___ Mastercard      Invoices     Invoice - 395778
___ AMEX            Signature    _____        Date       _____

# LEXITAS

**Invoice - 395986**

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

Federal Tax ID 47-2852736
Invoice Date: 11/26/2013
**Invoice Due: 12/16/2013**

Cause No. |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET                    - VS -
SUITE 1230
DALLAS, TX 75219

Deliver To : **MANDIE MILTON**                                                                          **Your File No:**
Pertaining To : **TONYA BRAND**                         Claim No :                                      Our File No : **375396**

Our Services Ordered By :                               Location:
LAW OFFICES OF BEN C. MARTIN, LLP                       EASTSIDE MEDICAL CENTER - BILLING
BEN MARTIN                                              P.O. BOX 923508
3710 RAWLINS STREET                                     BILLING RECORDS CUSTODIAN
SUITE 1230                                              NORCROSS, GA 30092
DALLAS, TX 75219

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $114.80 | $114.80 |
| Client Copy - Per Page | 69 | $0.25 | $17.25 |
| **Invoice Totals** | | | **$187.05** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

___ Visa            Card Number  _____        Expiration  _____
___ Mastercard      Invoices     Invoice - 395986
___ AMEX            Signature    _____        Date        _____

**LEXITAS**

**Invoice - 397146**

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

Federal Tax ID  47-2852736
Invoice Date: 12/12/2013
**Invoice Due: 01/01/2014**

Cause No.  |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET                    - VS -
SUITE 1230
DALLAS, TX 75219

Deliver To : **MANDIE MILTON**                                                                                           **Your File No:**
Pertaining To : **TONYA BRAND**               Claim No :                                                     Our File No : **375392**

Our Services Ordered By :                      Location:
LAW OFFICES OF BEN C. MARTIN, LLP               GWINNETT MEDICAL CENTER - MEDICAL
BEN MARTIN                                      1000 MEDICAL CENTER BLVD.
3710 RAWLINS STREET                             ATTN: MEDICAL RECORDS
SUITE 1230                                      LAWRENCEVILLE, GA 30045
DALLAS, TX 75219

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $19.00 | $19.00 |
| Client Copy - Per Page | 29 | $0.25 | $7.25 |
| **Invoice Totals** | | | **$81.25** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

___ Visa           Card Number _____      Expiration _____
___ Mastercard     Invoices    Invoice - 397146_____
___ AMEX           Signature   _____      Date _____

**LEXITAS**

**Invoice - 398696**

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

Federal Tax ID  47-2852736
Invoice Date: 12/31/2013
**Invoice Due: 01/20/2014**

Cause No.  |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET                     - VS -
SUITE 1230
DALLAS, TX 75219

Deliver To : **MANDIE MILTON**                                                                 Your File No:
Pertaining To : **TONYA BRAND**              Claim No :                          Our File No : **375394**

Our Services Ordered By :                    Location:
LAW OFFICES OF BEN C. MARTIN, LLP            KAISER PERMANENTE
BEN MARTIN                                   RELEASE OF INFORMATION
3710 RAWLINS STREET                          4000 DEKALB TECHNOLOGY PKWY
SUITE 1230                                   BUILDING 200 SUITE 200
DALLAS, TX 75219                             ATLANTA, GA 30340

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $51.80 | $51.80 |
| Client Copy - Per Page | 3,540 | $0.25 | $885.00 |
| **Invoice Totals** | | | **$991.80** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

___ Visa            Card Number  _____    Expiration  _____
___ Mastercard      Invoices     Invoice - 398696_____
___ AMEX            Signature    _____    Date        _____

# LEXITAS

**Invoice - 477621**

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

Federal Tax ID 47-2852736
Invoice Date: 12/15/2015
**Invoice Due: 01/04/2016**

Cause No. |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET
SUITE 1230
DALLAS, TX 75219

- VS -

| | |
|---|---|
| Deliver To : **CHRISTINA GUERRA** | Your File No: |
| Pertaining To : **TONYA BRAND**    Claim No : | Our File No : **451116** |

Our Services Ordered By :
LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET
SUITE 1230
DALLAS, TX 75219

Location:
ST. JOSEPH'S HOSPITAL - MEDICAL
ATN: RELEASE OF INFORMATION
5665 PEACHTREE DUNWOODY RD. NE
ATLANTA, GA 30342

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $110.87 | $110.87 |
| Client Copy - Per Page | 19 | $0.25 | $4.75 |
| **Invoice Totals** | | | **$170.62** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

___ Visa                  Card Number _____    Expiration _____
___ Mastercard            Invoices     Invoice - 477621_____
___ AMEX                  Signature _____      Date _____

# LEXITAS

**Invoice - 524202**

Federal Tax ID 47-2852736
Invoice Date: 10/17/2016
**Invoice Due: 11/06/2016**

P.O. Box 734298
Dept. 3002
Dallas, TX 75373-4298
800.497.7618
800.311.8300 (fax)

Cause No. |

LAW OFFICES OF BEN C. MARTIN, LLP
BEN MARTIN
3710 RAWLINS STREET                                    - VS -
SUITE 1230
DALLAS, TX 75219

Deliver To : **TRACY PACE**                                                                                       Your File No:
Pertaining To : **JESSICA NESS**           Claim No :                                                   Our File No : **467077**

Our Services Ordered By :                               Location:
LAW OFFICES OF BEN C. MARTIN, LLP                       WELLSPAN YORK HOSPITAL - RADIOLOGY
BEN MARTIN                                              1001 S. GEORGE STREET
3710 RAWLINS STREET                                     ATTN: MEDICAL RECORDS
SUITE 1230                                              YORK, TX 17403
DALLAS, TX 75219

| Fee Description | Quantity | Rate | Extended |
|---|---|---|---|
| Base Fee | 1 | $55.00 | $55.00 |
| Prepaid Expenses | 1 | $310.78 | $310.78 |
| Client Copy - Per Page | 72 | $0.25 | $18.00 |
| Digital X-Ray - Per Film | 12 | $10.00 | $120.00 |
| Color Copy - Per Page | 111 | $1.00 | $111.00 |
| **Invoice Totals** | | | **$614.78** |

**REMITTANCE - PLEASE INCLUDE A COPY OF THIS INVOICE OR OUR INVOICE NUMBER WITH YOUR PAYMENT**
Payment is accepted by check or credit card. Please provide invoice numbers if paying multiple invoices with one remittance.
Accounts over 90 days old will be subject to interest charges of 1.5% per month and a 10% surcharge on prepaid fees for future invoices.

___ Visa             Card Number _____      Expiration _____
___ Mastercard       Invoices    Invoice - 524202_____
___ AMEX             Signature _____    Date _____

# Noble Resource Corporation

P.O. BOX 3540
Alpharetta, GA 30023
800-490-5007
678-513-0073 (fax)

**Invoice For Medical Records**   From: 406

PAID 04/02/2018

| Bill To | Records Shipped To |
|---|---|
| Law Offices of Ben C. Martin<br>3710 Rawlins Street<br>Suite 1230<br>Dallas, TX 75219 | Law Offices of Ben C. Martin<br>3710 Rawlins Street<br>Suite 1230<br>Dallas, TX 75219 |

| Invoice Number |
|---|
| 290860 |

| Invoice Date |
|---|
| 1/14/2018 |

| Patient Name | Your File Number | Page count |
|---|---|---|
| Tonya Brand | | 102 |

| Description | Quantity | Rate | Class | Amount |
|---|---|---|---|---|
| Search Fee | | 25.88 | 406 Polaris Spine & Neuro | 25.88 |
| Copy Fee first 20 pages | 20 | 0.97 | 406 Polaris Spine & Neuro | 19.40 |
| Copy Fee page 21-100 | 80 | 0.83 | 406 Polaris Spine & Neuro | 66.40 |
| Copy Fee pages 100+ | 2 | 0.66 | 406 Polaris Spine & Neuro | 1.32 |
| postage | | 6.65 | 406 Polaris Spine & Neuro | 6.65 |

| | |
|---|---|
| Total | $119.65 |
| Payments/Credits | -$119.65 |
| Balance Due | $0.00 |

## Pay Your Invoice:

**ONLINE**   at www.nobleresourcecorp.com, click on "pay an invoice"

**BY CHECK**   Payable to Noble Resource Corporation. Mail to PO Box 3540 Alpharetta, GA 30023 along with a copy of your invoice.

**BY PHONE**   Call 800-490-5007

Our Federal Tax Identification:
Tax ID 81-0583779

We Accept Visa, Mastercard, Discover and American Express.

The enclosed information was reproduced by Noble Resource Corporation. Noble Resource Corporation is under an agreement with this facility to process authorized requests for copies of medical records.

Payment is due upon receipt of this invoice. A service charge of 1.5% per month (annual rate 18%) will be charged if not paid within 30 days from the date of this invoice.