IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    DOUGLAS SKIDMORE
    Civil Case No. 1:19-cv-000160-RLY-TAB

**PLAINTIFF'S RESPONE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

    COMES NOW, Plaintiff Douglas Skidmore ("Plaintiff"), by and through his counsel of record, and files this Response in Opposition to Defendants' Motion to Dismiss (Doc. 10600). Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss and, in support thereof, states as follows:

    1)    Defendants' filed their Motion to Dismiss on May 2, 2019, because a Plaintiff Profile Sheet ("PPS") and other related documents had not been produced.

    2)    Plaintiff's completed and verified PPS, signed medical authorizations, and responsive documents, were submitted to Defendants via the Secure File Transfer site and notice was also provided via e-mail to CookFilterMDL@FaegreBD.com on May 9, 2019.  A copy of the email confirming PPS submission and notice to Defendants on May 9, 2019, is attached hereto as "Exhibit A."

    3)    Because Plaintiff has produced his completed PPS, signed PPS authorizations, and responsive documents, his case should not be dismissed.

Based on the foregoing, Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss.

Dated:  May 10, 2019

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

    /s/ Benjamin A. Bertram
*Attorney for Plaintiff*

# **EXHIBIT A**