IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:17-cv-01327-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

JOSEPH KEITH ANDERS

**MOTION**

Plaintiff moves the court for an order vacating the dismissal of his action entered on May 8, 2019, Docket Number 12.

Plaintiff was unaware that the categorization form was required to be produced to defendant on or before December 22, 2018 because that order did not appear in plaintiff's individual case docket. Plaintiff now knows that all such orders may be entered in the master docket only.

Late on the afternoon of May 8, 2018 plaintiff's counsel's paralegal checked plaintiff's individual case docket and discovered the dismissal order. Plaintiff's counsel was out of the office on other business until late morning of May 9, 2019.

Upon learning of the dismissal order, Plaintiff's counsel prepared the Categorization Form and has now served it upon Defendant Cook at CookFilterMDL@FaegreBD.com and Plaintiff's Leadership at plaintiffscoleadcounselmdl@gmail.com. Plaintiff's injuries are categorized as Category 4 "embedded and high-risk cases" because his physician has informed him that the risk of retrieval of the IVC filter outweighs the benefits of retrieval.

1

Plaintiff has completed his Plaintiff Fact Sheet and his Plaintiff Profile Form and has cured all asserted deficiencies as of July 10, 2017.

Plaintiff has sought in good faith to timely complete all of his court-ordered obligations in pursuit of his litigation and has now completed and served the Categorization Form.

Plaintiff therefore requests the court enter an order vacating the dismissal of his case and reinstating his case in the MDL.

Dated: May 13, 2019.

Respectfully submitted,

**Bowersox Law Firm, P.C.**
 */s/ Jeffrey A. Bowersox*
Jeffrey A. Bowersox, OSB No. 81442
**Bowersox Law Firm, P.C.**
3 Centerpointe Drive, Suite 190
Lake Oswego, OR 97035
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
Jeffrey@bowersoxlaw.com
*Lead Counsel for Plaintiff*