## AFFIDAVIT OF KYLE MAULDEN

| | |
|---|---|
| **STATE OF TEXAS** | § § |
| **COUNTY OF HARRIS** | § § § § |

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION

Kyle Maulden, after being duly sworn upon his oath, makes this affidavit in support of Plaintiff's Motion for Reconsideration and states the following:

1. "My name is Kyle Maulden. I am over the age of twenty-one (21) years, and competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this affidavit, and each of the facts and statements are true and correct.

2. I am employed by ScoNet, Inc. as a regional information technology director. My company provides information technology services to Bruera Law Firm. Part of the services we provide includes hosting of the Outlook Exchange electronic mail system. Given the amount of potential spam and junk emails that businesses receive in this day and age, we provide a spam filter to prevent suspected spam from reaching the inboxes of our clients.

3. In this case, the Court orders and notices from this Court were filtered into the spam system. These orders did not reach the inbox of Bruera Law Firm as a result. The emails were filtered by the system as suspected spam."

FURTHER, AFFIANT SAITH NOT.

Page | 1

_____
Kyle Maulden

SUBSCRIBED AND SWORN TO BEFORE ME on this 9th day of May, 2019, to certify which witness my hand and seal of office.



CHASTITTY GONZALEZ
Notary Public, State of Texas
Comm. Expires 10-04-2022
Notary ID 131748778

_____
Notary Public in and for the State of Texas

My Commission Expires: 10-04-2022