only and is not admissible and is not to be considered relevant for any other purpose.

# Categorization Form

A. Plaintiff's Name: **Betty L. Parker**

B. Plaintiff's Case Number: **1:17-cv-02715**

C. Plaintiff's Counsel (Lead Firm Name): **Sofia E. Bruera/Pierce Skrabanek Bruera, PLLC**

D. Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:____

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:____

   Briefly describe claimed complication/outcome/injury:_____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:____

   Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: **X**

   Briefly describe claimed complication/outcome/injury: **IVC filter is embedded**

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:____

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:____. **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:   **Sofia E. Bruera**
_____

Plaintiff's Counsel's Firm:   **Bruera Law Firm, PLLC**
_____

Case 1:14-ml-02570-RLY-TAB   Document 10648-2   Filed 05/13/19   Page 4 of 6 PageID #:
85395
Case 1:14-ml-02570-RLY-TAB   Document 9838-1   Filed 11/21/18   Page 5 of 5 PageID #:
65991

Plaintiff's Counsel's Signature:

4

Ministry Saint Joseph's Hospital
Marshfield, WI

MHN: 731715
Patient: Mrs Betty L Parker
Gender: Female    Birthdate: 11/03/1934
Rad Angiography
Service: 01/26/2015
Thomas E Gallant MD

Printed: 03/08/16
At:       15:19

* COPY *

Procedure: RETRIEVAL INTRAVASC VENA CAVA - (Requested by Thomas E Gallant MD)

## Exam
ATTEMPTED IVC FILTER REMOVAL ON 01/26/2015

## Clinical Indications
Ovarian carcinoma. Initially, an optional filter was placed prior to her original surgery because of the presence of DVT. Now five months later, the filter is no longer required.

## Technique
With the patient supine on our angiographic table, the right neck and anterior chest wall were thoroughly prepped with a Chlorhexidine alcohol solution and sterilely draped. Under direct ultrasound guidance and local Xylocaine anesthesia, a 21-gauge, thin-wall needle was advanced into the right internal jugular vein above the site of the chest port. A 0.018" guide wire was introduced and advanced down the vein, and a small skin nick was made at the needle insertion site. A 5 Fr Teflon sheath was placed into the vein over the wire. Through this sheath and over a 0.035" guide wire, a 5 Fr pigtail catheter was advanced through the heart and down the inferior vena cava and positioned at the iliac venous confluence. A single injection of contrast was made there to verify the absence of thrombus within the filter. The diagnostic catheter and sheath were removed over the guide wire, and the retrieval sheath for the IVC filter was introduced over the wire and positioned just above the filter. The retrieval noose and catheter were then advanced through the sheath, and substantial manipulation ensued. We could not engage the filter hook with the noose. The pigtail catheter was then re-introduced through that sheath over the guide wire and used to manipulate down alongside the filter where it was in closer proximity to the caval wall. A different noose and retrieval catheter were introduced, and considerable effort ensued with this system in a similar fashion. A right coronary guiding catheter was then substituted for the retrieval catheter in order to achieve a better angle relative to the filter. Ultimately, a combination of a Trefoil retrieval snare and the right coronary guiding catheter were used extensively. Although we could manipulate around the filter and around the hook, we could never engage the hook for removal. After almost one hour of fluoroscopy time, further efforts were abandoned, and the catheter and sheath were removed. Good hemostasis was achieved at the puncture site with manual compression and a D-Stat patch.

30 cc of Iopamidol 300 were used in total for the procedure today. 55 minutes of fluoroscopy and 38,309 cGy/cm2 of radiation exposure were recorded.

## Findings
The inferior vena cava and the filter are free of thrombus and are well positioned in the cava. The filter is slightly tilted relative to the long axis of the cava, but the apex of the filter and the hook are well away from the wall. Although we could manipulate our catheter around the hook, we could never engage it. As sometimes happens, there is probably ingrowth of tissue around the hook which is preventing our being able to engage the noose in the hook. This filter is a perfectly acceptable permanent filter, as it

Ministry Saint Joseph's Hospital
Marshfield, WI

MHN: 731715
Patient: Mrs Betty L Parker
Rad Angiography, Page 2

* COPY *

will remain as a permanent filter in Mrs Parker's case.

**Impression**
Unsuccessful attempt at IVC filter removal.

Thomas E Gallant MD/rz
Interventional Radiology Section
Radiology

Dictated: 01/26/2015 at 11:01
Transcribed: 01/26/2015 at 11:26

Electronically signed by Gallant, Thomas E MD on 01/27/2015 08:26.