Monday, May 13, 2019 at 9:40:11 AM Central Daylight Time

| | |
|---|---|
| **Subject:** | RE: IVC Filter cases |
| **Date:** | Monday, May 13, 2019 at 9:39:20 AM Central Daylight Time |
| **From:** | Angelino, Blake A. |
| **To:** | Sofia Bruera |
| **CC:** | Rhonda Herbert |
| **Attachments:** | image001.png, image002.png, image003.jpg |

Thanks Sofia, I'll take a look.

**Blake A. Angelino** | blake.angelino@FaegreBD.com | **D:** +1 312 356 5145 | **C:** +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

---

**From:** Sofia Bruera <Sofia@brueralaw.com>
**Sent:** Monday, May 13, 2019 9:34 AM
**To:** Angelino, Blake A. <blake.angelino@FaegreBD.com>
**Cc:** Rhonda Herbert <Rhonda@brueralaw.com>
**Subject:** FW: IVC Filter cases

Blake, see below.

**Sofia E. Bruera**



_____
_____

**T:** 832-430-4000 **F:** 832-558-3523 **A:** 3100 Timmons Ln, Suite 310, Houston, TX 77027
**www.brueralaw.com**

This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.

---

**From:** Rhonda Herbert <Rhonda@brueralaw.com>
**Date:** Thursday, May 9, 2019 at 4:26 PM
**To:** "Blake.Angelina@faegrebd.com" <Blake.Angelina@faegrebd.com>
**Cc:** Sofia Bruera <Sofia@brueralaw.com>
**Subject:** IVC Filter cases

Please find attached the completed Case Categorization Form and related medical/injury records for each of the following cases:

-Cunningham, James (1:16-cv-02279)
-Halley, Belinda Sue (1:17-cv-00971)
-Parker, Betty L. (1:17-cv-02715)
-Trepus, Marvin (1:18-cv-00412)

Please let us know if additional information is needed.  Thanks!!


Rhonda K. Herbert
Paralegal

   

m: 832-430-4000  d: 281-369-4448  p/f: 832-558-3523  a: 3100 Timmons Lane, Suite 310, Houston, TX 77027
w: www.brueralaw.com  e: rhonda@brueralaw.com

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS A PRIVILEGED ATTORNEY CLIENT COMMUNICATION, WORK PRODUCT AND/OR CONFIDENTIAL COMMUNICATION. THIS INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY IT IS ADDRESSED TO. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.