only and is not admissible and is not to be considered relevant for any other purpose.

# Categorization Form

A. Plaintiff's Name: _____James Cunningham_____

B. Plaintiff's Case Number: _____1:16-cv-02279_____

C. Plaintiff's Counsel (Lead Firm Name): __Sofia E. Bruera/Piece Skrabanek Bruera, PLLC__

D. Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:____

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:____

    Briefly describe claimed complication/outcome/injury:_____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:____

    Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:____

    Briefly describe claimed complication/outcome/injury:_____

Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 3 of 5 PageID #: 64916

2

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:__**X**__

   Briefly describe claimed complication/outcome/injury:__**IVC filter tilt and migration**__

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:__**X**__.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:
   **A single leg of IVC filter appears to be outside the lumen of the IVC  filter**

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:     **Sofia E. Bruera**_____

Plaintiff's Counsel's Firm:    **Bruera Law Firm, PLLC**_____

Plaintiff's Counsel's Signature: /s/ Sofia E. Bruera

4

```
DENTON REGIONAL MEDICAL CENTER        Name: CUNNINGHAM,JAMES R
3535 South I 35-E                     Phys: Rojas,George A   DO
Denton, Texas 76210                   DOB: 06/13/1976   Age: 38      Sex: M
                                      Acct: G00112968409  Loc: G.422 A
PHONE #: 940-384-3640                 Exam Date: 08/26/2014 Status: ADM IN
  FAX #: 940-384-4724                 Radiology No:
                                      Unit No: G000380860
```

EXAMS:                                                    CPT CODE:
001267747 PORTABLE ABDOMEN; 1 VIEW                        74000

Technique: KUB

Ordering Physician: George A Rojas

Clinical history: "Looking for IVC filter"

Comparison: CT abdomen/pelvis 20 August 2014

Findings: Nonspecific, nonobstructed bowel gas pattern. No large intra-abdominal masses or abnormal calcifications are identified. There is a right common femoral vascular catheter seen with catheter tip overlying the distal aspect of the SI joint. IVC filter is seen overlying the midabdomen with the tip near the superior endplate of L2. A single leg is seen extending superolateral, likely outside the lumen of the cava consistent with the prior CT. Osseous structures appear grossly unremarkable.

Impression:

IVC filter overlying the expected location of the cava. A single leg appears to be outside the lumen of the IVC.

Right common femoral vascular catheter noted in the right groin region

Nonspecific, nonobstructive bowel gas pattern.

RL:  3535

_____

Electronically signed by: JASON W SHARP
Date:    08/26/14
Time:    13:10


        ** Electronically Signed by JASON W M.D. SHARP **
        **          on 08/26/2014 at 1310              **
              Reported and signed by: SHARP, JASON W M.D.




PAGE  1                    Signed Report                    (CONTINUED)

Patient:CUNNINGHAM, JAMES R    MRN:G000380860   Encounter:G00112968409   Page 1 of 2

```
DENTON REGIONAL MEDICAL CENTER      Name: CUNNINGHAM,JAMES R
3535 South I 35-E                   Phys: Rojas,George A   DO
Denton, Texas 76210                 DOB: 06/13/1976   Age: 38      Sex: M
                                    Acct: G00112968409  Loc: G.422 A
  PHONE #: 940-384-3640             Exam Date: 08/26/2014 Status: ADM IN
    FAX #: 940-384-4724             Radiology No:
                                    Unit No: G000380860


   EXAMS:                                          CPT CODE:
   001267747 PORTABLE ABDOMEN; 1 VIEW              74000
      <CONTINUED>
```

```
   CC: Farhan A Khan MD; Vijaya Kommineni MD; Bruce Linden M.D.

   Dictated Date/Time: 08/26/2014 (1308)
   Technologist: BLANCA FLORES, RT(R); Krstin N. Suthard, ST
   Transcribed Date/Time: 08/26/2014 (1310)
   Transcriptionist: E.PHY.JWS
   Electronic Signature Date/Time: 08/26/2014 (1310)
   Orig Print D/T: S: 08/26/2014 (1311)
                                         BATCH NO: N/A

      PAGE  2                       Signed Report
```