only and is not admissible and is not to be considered relevant for any other purpose.

# Categorization Form

A. Plaintiff's Name: __**Belinda Sue Halley**_____

B. Plaintiff's Case Number: __**1:17-cv-00971**_____

C. Plaintiff's Counsel (Lead Firm Name): __**Sofia E. Bruera/Pierce Skrabanek Bruera, PLLC**__

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: **X**___

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:____

   Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:____

   Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4:____

   Briefly describe claimed complication/outcome/injury:_____

Case 1:14-ml-02570-RLY-TAB   Document 10644-2   Filed 05/13/19   Page 2 of 3 PageID #: 64916
Case 1:14-ml-02570-RLY-TAB   Document 9638-1   Filed 11/21/18   Page 3 of 5 PageID #: 64423

2

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:____

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:____.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:    **Sofia E. Bruera**_____

Plaintiff's Counsel's Firm:   **Bruera Law Firm, PLLC**_____

Case 1:14-ml-02570-RLY-TAB   Document 9836-1   Filed 11/21/18   Page 5 of 5 PageID #: 65051

Plaintiff's Counsel's Signature: /s/ *Sofia E. Bruera*

4

Patient Name: HALLEY, BELINDA S  
Date of Birth: 6/29/1957

MRN: 13984620; 18798  
FIN: 13984620021

*Transcribed*

**MODERATE SEDATION/INVASIVE PROCEDURE HISTORY & PHYSICAL EVALUATION FORM**

① ● ● ● ● ● *lab*

DATE: JAN 22 2010   TIME: 1157
PROCEDURE: IVC Filter Removal @ 1300

PRE-PROCEDURE DIAGNOSIS: Venous Stasis

CHIEF COMPLAINT/PRESENT ILLNESS
INDICATIONS FOR PROCEDURE: Finished c filter

AIRWAY: ___ WNL

CARDIOVASCULAR: ___ WNL

RESPIRATORY: ___ WNL

OTHER:

HISTORY OF ANY ADVERSE/ALLERGIC DRUG
ALLERGY: NKDA

ASA RISK ASSESSMENT (circle one)
- I - A healthy patient  (circled)
- II - A patient with mild systemic disease
- III - A patient with severe systemic disease
- IV - A patient with incapacitating systemic disease that is a constant threat to life
- V - A moribund patient not expected to survive without the operation/procedure

I have discussed the plan for moderate sedation and the procedure including options, risks and alternatives with
☑ patient ☐ family.

☑ Patient is an appropriate candidate for moderate sedation.
☐ Patient is NOT an appropriate candidate for moderate sedation.

PRE-PROCEDURE SIGNATURE OF PHYSICIAN: [signature]
Date: 01-22-10   Time: 1300h

**VITAL SIGNS:**
Temp: 97   Pulse: 50   Resp: 18   BP: 116/68
Baseline O2 saturation: 100%
Level of Consciousness: ☑ alert   ☐ drowsy
☐ confused   ☐ unresponsive   ☐ other
NPO since: 8am
Pregnant: ☐ yes ☑ no ☐ na   Consent agreed: ☑ yes ☐ no
Comments:

Nurse's Signature: [signature]

**PROCEDURE:**
Anesthesiologist/Assistant: ___ NA
Estimated Blood Loss: ___ NA   <20cc
Specimen Removed: ___ NA   Celect IVC filter

Description and findings:
2 accesses required
R IJV
Filter out

POST PROCEDURE DIAGNOSIS: ___ Same as Pre-Op

POST PROCEDURE CONDITION: ___ Stable
Filter out

INSTRUCTIONS TO PATIENT (MEDICATIONS, DIET, ACTIVITIES, FOLLOW-UP):
___ See At-Home Guidelines for Outpatients.
___ See Post-Procedure Orders

POST-PROCEDURE SIGNATURE OF PHYSICIAN: [signature]
Date: 01-22-10   Time: 1820h

INT-605 rev. 12-21-09

13984620021   F/ 52Y   DOB: 06/29/57
HALLEY, BELINDA S
MD: GORNICHEC MD, RUSSEL   ADM: 01/22/10

**INTEGRIS** *Health.*

10028269

Facility: IBMC   Page 6 of 53

00097

# Interventional

| Procedure: | Date/Time of Exam: | Ordering Physician: | Accession: |
|---|---|---|---|
| IR Trnscth Retr Intravas FB | 1/22/2010 18:39 CST | Gornichec MD,Russell Scot | IR-10-0000699 |

**Result :**
Formation of an in situ snare was required. The filter was removed with great difficulty. Post filter removal angiography shows no extravasation of contrast nor any narrowing of the inferior vena cava.

IMPRESSION:

Very difficult but successful filter removal.

.

.
If you have questions regarding this report, please call 405-949-4132
Omnipaque 300 50ml
    total amount of contrast (ml) used 155
Conscious Sedation was used for this exam
    total conscious sedation time in minutes: 247

********** F I N A L ********** F I N A L ********** F I N A L **********
*Exam Interpreted By:   Grieme MD, Bryan R  MD - Radiologist*

*Transcribed By:*
*Electronic Signature:   Grieme MD, Bryan R  MD - Radiologist*
*Signed:   01/29/10 16:31*
*Technologist(s): BROWH1,BELLDR*

Report last revised on 1/29/2010 16:31 CST by Grieme MD,Bryan R

---

| Procedure: | Date/Time of Exam: | Ordering Physician: | Accession: |
|---|---|---|---|
| IR Inferior Vena Cavagram | 1/22/2010 18:39 CST | Gornichec MD,Russell Scot | IR-10-0000700 |

**Reason For Exam**
(IR Inferior Vena Cavagram) Venous Stasis Disease 459.81

**Result :**
==INFERIOR VENA CAVAGRAM; INFERIOR VENA CAVA FILTER RETRIEVAL.==

Written informed consent was obtained prior to the procedure.

The patient was placed supine on the special procedures table. Intravenous conscious sedation was administered by our department nurse under my supervision. The right neck was scanned with ultrasound. The right internal jugular vein was found to be widely patent and easily compressible. Images were saved. The right neck was then prepped with Chloroprep and the patient draped in a standard sterile fashion.

---

L=Low H=High C=Critical *=Abnormal F=Footnote c=Corrected ^=New Result #=Sex/Age Change

| Pt Name: | **HALLEY, BELINDA S** | | | **INTEGRIS** |
|---|---|---|---|---|
| Age/DOB/Sex: | 58 years | 6/29/1957 | Female | Ethnicity: |
| Med Rec #: | **13984620; 18798** | | | **INTEGRIS Baptist Medical Center** |
| Financial #: | 13984620021 | | | **3300 NW Expressway** |
| Admin/Disch: | 1/22/2010 | | 1/22/2010 | **Oklahoma City, OK 73112-4418** |
| Attending Phy: | Gornichec MD,Russell Scot | | | Print Date/Time:   2/24/2016 15:21 CST |
| | | | | Print ID:  Austin,Starla Michelle |
| Location: | B ENDO | | | www.integrisok.com |
| Report Request ID: | 74125062 | | Page 45 of 53 | |

# Interventional

| Procedure: | Date/Time of Exam: | Ordering Physician: | Accession: |
|---|---|---|---|
| IR Inferior Vena Cavagram | 1/22/2010 18:39 CST | Gornichec MD,Russell Scot | IR-10-0000700 |

**Result :**

Under ultrasound guidance, the right internal jugular vein was accessed with a 22-gauge vascular needle, subsequently converted to a 10 French sheath. A 5 French diagnostic catheter was advanced over a Glidewire to the inferior vena cava, distal to the position of the inferior vena cava filter. Biplane inferior venacavography was performed. These images demonstrate no evidence of any clot within the cava or filter. The filter does appear to be tilted.

The diagnostic catheter and Glidewire were removed and replaced with a wire loop snare device. The tip of the filter was found to be embedded in the wall of the inferior vena cava. The hook could not initially be snared. A second set access into the right internal jugular vein was required. Formation of an in situ snare was required. The filter was removed with great difficulty. Post filter removal angiography shows no extravasation of contrast nor any narrowing of the inferior vena cava.

IMPRESSION:

Very difficult but successful filter removal.

  .
  .
If you have questions regarding this report, please call 405-949-4132
Omnipaque 300 50ml
    total amount of contrast (ml) used 155
Conscious Sedation was used for this exam
    total conscious sedation time in minutes: 247

                    ********** F I N A L ********** F I N A L ********** F I N A L **********
*Exam Interpreted By:   Grieme MD, Bryan R  MD - Radiologist*

*Transcribed By:*
*Electronic Signature:   Grieme MD, Bryan R  MD - Radiologist*
*Signed:   01/29/10 16:31*
*Technologist(s): BROWH1,BELLDR*

---

L=Low H=High C=Critical *=Abnormal F=Footnote c=Corrected ^=New Result #=Sex/Age Change

| | | | |
|---|---|---|---|
| Pt Name: | **HALLEY, BELINDA S** | | **INTEGRIS** |
| Age/DOB/Sex: | 58 years   6/29/1957   Female | Ethnicity: | |
| Med Rec #: | **13984620; 18798** | **INTEGRIS Baptist Medical Center** | |
| Financial #: | 13984620021 | **3300 NW Expressway** | |
| Admin/Disch: | 1/22/2010          1/22/2010 | **Oklahoma City, OK 73112-4418** | |
| Attending Phy: | Gornichec MD,Russell Scot | Print Date/Time:  2/24/2016 15:21 CST | |
| | | Print ID:  Austin,Starla Michelle | |
| Location: | B ENDO | www.integrisok.com | |
| Report Request ID: | 74125062          Page 46 of 53 | | |

# CAT Scan

| | | | |
|---|---|---|---|
| Procedure:<br>CT R/O Renal Stone | Date/Time of Exam:<br>1/21/2010 09:48 CST | Ordering Physician:<br>Bryan,Billy R | Accession:<br>CT-10-0003826 |

**Result:**
TECHNIQUE:   Axial computed tomographic images were obtained with the patient prone from the upper abdomen through the pubic symphysis without the administration of IV or oral contrast. Images are reviewed under soft tissue and lung windows.

FINDINGS:
ABDOMEN:
No hydroureter, hydronephrosis, nephrolithiasis or ureteral calculi are present.

Intra-abdominal organs are unremarkable in size, on this non contrast exam.  Postsurgical change of splenectomy, gastric bypass, cholecystectomy, and IVC filter. Small and large bowel are normal caliber. A few of the IVC filter prongs appear outside of the IVC lumen. Scattered soft tissue density in the left upper quadrant are splenules. A 1.9 cm anterior abdominal wall midline defect contains 3.5 x 2 cm sac of mesenteric fat only. No pathologic lymphadenopathy or inflammatory processes are present. Diffuse abdominal aortoiliac atherosclerotic disease.

PELVIS:
No ureteral or urinary bladder calculi. The appendix is not visualized. Total abdominal hysterectomy. Diverticulosis without diverticulitis. Moderate degenerative change of the lumbar spine.

IMPRESSION:
1. No obstructive uropathy.
2. The appendix is not visualized, however no inflammatory processes are present in the right lower quadrant.

Report called to Dr. Bryan at 10: 11 January 21, 2010.

.
.
If you have questions regarding this report, please call 405-949-4132
Conscious Sedation was not used for this exam

********** *F I N A L* ********** *F I N A L* ********** *F I N A L* **********
Exam Interpreted By:   McCoy MD, Justin Lane  MD - BMC Radiology Reside
                      McCoy MD, Justin Lane MD - BMC Radiology Reside
                      Transcribed By:
                      Electronic Signature:   Evans MD, Mark  MD - Radiology
                      Signed:   01/21/10 10:36
                      Technologist(s): PLUNJL

---

L=Low H=High C=Critical *=Abnormal F=Footnote c=Corrected ^=New Result #=Sex/Age Change

| | | | |
|---|---|---|---|
| Pt Name: | **HALLEY, BELINDA S** | | **INTEGRIS** *Health* |
| Age/DOB/Sex: | 58 years     6/29/1957     Female | Ethnicity: | |
| Med Rec #: | **13984620; 18798** | **INTEGRIS Baptist Medical Center** | |
| Financial #: | 13984620020 | **3300 NW Expressway** | |
| Admin/Disch: | 1/21/2010          1/21/2010 | **Oklahoma City, OK 73112-4418** | |
| Attending Phy: | Bryan,Billy R | Print Date/Time:   2/24/2016 15:20 CST | |
| | | Print ID:  Austin,Starla Michelle | |
| Location: | B ED | www.integrisok.com | |
| Report Request ID: | 74124931             Page 36 of 44 | | |