only and is not admissible and is not to be considered relevant for any other purpose.

# Categorization Form

A. Plaintiff's Name: **Marvin Trepus**

B. Plaintiff's Case Number: **1:18-cv-00412**

C. Plaintiff's Counsel (Lead Firm Name): **Sofia E. Bruera/Pierce Skrabanek Bruera, PLLC**

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:____

    Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:____

    Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: **X**

    Briefly describe claimed complication/outcome/injury: **IVC filter strut remains embedded in body**

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:____

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:____.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:     **Sofia E. Bruera**_____

Plaintiff's Counsel's Firm:     **Bruera Law Firm, PLLC**_____

Case 1:14-ml-02570-RLY-TAB   Document 10855-2   Filed 05/13/19   Page 4 of 9 PageID #:
                                         65061
Case 1:14-ml-02570-RLY-TAB   Document 9658-1   Filed 11/21/18   Page 5 of 5 PageID #:
                                         65442

Plaintiff's Counsel's Signature: _____

4

PO NUMBER: _____  DATE: 11-1-13

SITE: **IVC** Filter Placement

| Item | | Office Use | | Item | | Office Use |
|---|---|---|---|---|---|---|
| Mfg Name | Cook® Celect® Vena Cava Filter | | | Mfg Name | | |
| Catalog # | REF IGTCFS-65-1-UNI-CELECT | | I | Catalog # | | |
| Lot/Serial # | Health Care Center: Evergreen Healthcare | | M | Lot/Serial # | | |
| | Implantation Date: 11-1-13 | | P | | | |
| | Patient Identification | | L | | | |
| | William Cook Europe DK-4632 Bjæverskov www.cookmedical.com  LOT E3049428 | | A N T   C A R D | | | |
| Item | | | | Item | | |
| Mfg Name | | | | Mfg Name | | |
| Catalog # | | | | Catalog # | | |
| Lot/Serial # | | | | Lot/Serial # | | |

| Item | | Item | |
|---|---|---|---|
| Mfg Name | | Mfg Name | |
| Catalog # | | Catalog # | |
| Lot/Serial # | | Lot/Serial # | |

| Item | | Item | |
|---|---|---|---|
| Mfg Name | | Mfg Name | |
| Catalog # | | Catalog # | |
| Lot/Serial # | | Lot/Serial # | |

| Item | | Item | |
|---|---|---|---|
| Mfg Name | | Mfg Name | |
| Catalog # | | Catalog # | |
| Lot/Serial # | | Lot/Serial # | |

Materials used to prepare implant:          Materials used to prepare implant:
(   ) NaCl                                  (   ) NaCl
(   ) Other                                 (   ) Other
Lot # _____        Lot # _____
Expiration date: _____       Expiration date: _____

Comments: _____

SIGNATURE: _____

EvergreenHealth   Kirkland, WA 98034

**SURGICAL SERVICES IMPLANT SHEET**
FORM ID SUR 277
Approved 06/12
Item ID I101375

8003782527  RM#: 5112  10/29/2013
TREPUS, MARVIN F
PHYS: SER, PETER MD
(425) 899-2560
01/05/1934  79Y  M                00191546

Pink - Business Office

MR

00001



EvergreenHealth
12040 NE 128th St.
Kirkland, WA 98034
(425) 899-1000

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Trepus, Marvin F | | | | |
| MRN: | 00191546 | | | Admit: | n/a   n/a |
| DOB/Age/Sex: | 1/5/1934 | 83 years | M | Disch: | n/a   n/a |
| FIN: | 8003782527; 8006686730; 8005672339; | | | Location: | n/a |
| | 8003831213; 8006836602; 8005685437; | | | Admitting: | Marshall,Nancy A MD ; Campbell,Richard J,MD ; |
| | 8004824791; 8006224145; 8005392844; | | | | Whorton,Adrian M MD ; Younggren,Bradley |
| | 8005218875; 8005160514; 8005328016 | | | | Nels,MD ; Stowe,David G PA-C ; Mazzoncini Jr, |

DOC - DI-Diagnostic Tests PERT

Joseph P MD ; Huddy,Karlyn G MD ; Gross,
Austin M MD ; Parikh,Sanjiv R MD ; Sood,
Narender MD

1. Diffuse enlargement of the right iliopsoas muscle which is of a central low density. The differential considerations are resolving hematoma or infection.
2. Reactive left inguinal adenopathy, which may be infectious.
3. Stable right adrenal probable adenoma.
4. No hernia.

RADIA

SITE ID: 021

Electronically Signed by: Hart, Randi on (11/22/2013 8:14:06 PM)

---

DOCUMENT NAME:            CT Chest, Abdomen, Pelvis
SERVICE DATE/TIME:        9/18/2015 11:56 PDT
RESULT STATUS:            Auth (Verified)
PERFORM INFORMATION:      Chong,Maria MD (9/18/2015 11:56 PDT)
SIGN INFORMATION:

**CT CHEST, ABDOMEN, PELVIS**
https://gepacsapp.evergreenhealthcare.org/loadStudy.jsp?user_name=AnonymousUser&password&rsa=true&accession_number=4296327 HNAM URL

**CT CHEST, ABDOMEN, PELVIS**
Performed on:      09/18/2015 11:56
Ordering Physician: Itagaki, Michael W Physician-Radiologis
Accession:         4296327

EvergreenHealth Kirkland, WA

EXAM:
CT CHEST, ABDOMEN AND PELVIS WITHOUT IV CONTRAST

EXAM DATE: 9/18/2015 11:56 AM.

CLINICAL HISTORY: Missing IVC filter strut. Status post removal of

---

LEGEND: *=Corrected,   @=Abnormal,  C=Critical,   L=Low,   H=High,   f=Footnote,   #=Interpretive Data,   R= Ref Lab
**Confidential Health Information Enclosed**   This report is for the sole use of the intended recipient(s) and may contain confidential and privileged information, the disclosure of which is governed by applicable law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify us immediately and destroy the related message.

Report Request ID:   20093293            Page 56 of 233            Print Date/Time:   8/3/2017 14:57 PDT

00043



EvergreenHealth
12040 NE 128th St.
Kirkland, WA 98034
(425) 899-1000

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Trepus, Marvin F | | Admit: | n/a | n/a |
| MRN: | 00191546 | | Disch: | n/a | n/a |
| DOB/Age/Sex: | 1/5/1934   83 years   M | | Location: | n/a | |
| FIN: | 8003782527; 8006686730; 8005672339; 8003831213; 8006836602; 8005685437; 8004824791; 8006224145; 8005392844; 8005218875; 8005160514; 8005328016 | | Admitting: | Marshall,Nancy A MD ; Campbell,Richard J,MD ; Whorton,Adrian M MD ; Younggren,Bradley Nels,MD ; Stowe,David G PA-C ; Mazzoncini Jr, Joseph P MD ; Huddy,Karlyn G MD ; Gross, Austin M MD ; Parikh,Sanjiv R MD ; Sood, Narender MD | |

DOC - DI-Diagnostic Tests PERT

the IVC filter.   Check for retained foreign body in chest or duodenum.

COMPARISONS:  CT Abdomen and Pelvis 02/24/2015, CT chest 06/02/2008.

TECHNIQUE: 5 mm helical CT imaging was performed through the chest, abdomen, and pelvis. IV contrast: None given. Enteric contrast: None given Reconstructions: Coronal and sagittal.

FINDINGS:
CT Chest: Lungs/Pleura: There are peripheral reticular opacities, worse in the lung bases, overall appears increased from prior CT chest.
4 mm subplueral nodular density, right lateral lung base image 79, series 4, unchanged.  There are probably distal traction bronchiectasis in the lower lobes.
There are severy  tiny calcifications 1-2 mm,   calcified nodules or pulmonary ossifications in the lungs, most notable in the lower lobes.  No effusions.

Mediastinum: No radiopaque foreign bodies are demonstrated within the region of the heart. There are vascular calcifications in the thoracic aorta and coronaries.    There is a very small amount of air in the pulmonary artery main.

Other: Thyroid enlargement with small nodules are noted up to 9 mm.  Prevous lower cervical spine fusion plate is partially imaged.

CT Abdomen: Noncontrast images of the solid organ evaluation is limited demonstrates prior cholecystectomy.  Liver and spleen are not enlarged.
Prior GE junction surgical changes are noted.

Pancreas is atrophic with fatty replacement.

There is contrast excretion into the collecting system and ureters from  recent procedure.  Bilateral renal cysts are  noted, largest, 5.3 x 7.6 cm right mid lateral kidney.   Nonspecific  perinerphic

LEGEND: *=Corrected,    @=Abnormal,  C=Critical,   L=Low,    H=High,   f=Footnote,    #=Interpretive Data,    R= Ref Lab
Confidential Health Information Enclosed    This report is for the sole use of the intended recipient(s) and may contain confidential and privileged information, the disclosure of which is governed by applicable law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify us immediately and destroy the related message.



EvergreenHealth
12040 NE 128th St.
Kirkland, WA 98034
(425) 899-1000

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Trepus, Marvin F | | Admit: | n/a | n/a |
| MRN: | 00191546 | | Disch: | n/a | n/a |
| DOB/Age/Sex: | 1/5/1934    83 years    M | | Location: | n/a | |
| FIN: | 8003782527; 8006686730; 8005672339; 8003831213; 8006836602; 8005685437; 8004824791; 8006224145; 8005392844; 8005218875; 8005160514; 8005328016 | | Admitting: | Marshall,Nancy A MD ; Campbell,Richard J,MD ; Whorton,Adrian M MD ; Younggren,Bradley Nels,MD ; Stowe,David G PA-C ; Mazzoncini Jr, Joseph P MD ; Huddy,Karlyn G MD ; Gross, Austin M MD ; Parikh,Sanjiv R MD ; Sood, Narender MD | |

DOC - DI-Diagnostic Tests PERT

stranding is noted.  No hydronephrosis.  Adrenals are unchanged, in appearance.

IVC filter has been removed. No radiopaque foreign bodies are seen within the IVC or adjacent dudenum

There are vascular calcifications in the aorta and iliac arteries
No free air or fluid collections.
There is a small periumbilical hernia containing fat.

CT Pelvis: Contrast filled moderately distended bladder is noted with visualization of the prosthetic urethera.  Noncontrast images of pelvic organs are limited, grossly unchanged.
Colonic diverticulosis  is  noted.

There are subcutaneous amorphous stranding in the anterior abdominal wall, likely from injection.  Injection granuloma is noted in the gluteal fat.

Bones:  Minimal anterolisthesis of L4-L5 noted. There is multilevel degenerative changes in the thoracic spine, and old rib fractures are seen.

IMPRESSION:
CT Chest:
1. No suspicious radiopaque foreign body in the chest.
2. In comparison to 06/2/2008 chest CT, peripheral subpleural reticular opacities appear increased, concerning for increasing fibrosis.
3. Small right thyroid nodule.

CT Abdomen and Pelvis:
1. In  comparison to 02/24/2015, removal of the IVC filter. No suspicious retained radiopaque foreign body in the IVC or adjacent duodenum.
2. Multiple renal cysts.
3. Colonic diverticulosis.

LEGEND: *=Corrected,    @=Abnormal,   C=Critical,    L=Low,    H=High,    f=Footnote,    #=Interpretive Data,    R= Ref Lab
Confidential Health Information Enclosed    This report is for the sole use of the intended recipient(s) and may contain confidential and privileged information, the disclosure of which is governed by applicable law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify us immediately and destroy the related message.

| | | | |
|---|---|---|---|
| Report Request ID:  20093293 | | Page 58 of 233 | Print Date/Time:    8/3/2017 14:57 PDT |

00045



EvergreenHealth
12040 NE 128th St.
Kirkland, WA 98034
(425) 899-1000

| | | | | | |
|---|---|---|---|---|---|
| Patient: | Trepus, Marvin F | | | | |
| MRN: | 00191546 | | | Admit: | n/a    n/a |
| DOB/Age/Sex: | 1/5/1934 | 83 years | M | Disch: | n/a    n/a |
| FIN: | 8003782527; 8006686730; 8005672339; | | | Location: | n/a |
| | 8003831213; 8006836602; 8005685437; | | | Admitting: | Marshall,Nancy A MD ; Campbell,Richard J,MD ; |
| | 8004824791; 8006224145; 8005392844; | | | | Whorton,Adrian M MD ; Younggren,Bradley |
| | 8005218875; 8005160514; 8005328016 | | | | Nels,MD ; Stowe,David G PA-C ; Mazzoncini Jr, |
| | | | | | Joseph P MD ; Huddy,Karlyn G MD ; Gross, |
| | | | | | Austin M MD ; Parikh,Sanjiv R MD ; Sood, |
| | | | | | Narender MD |

DOC - DI-Diagnostic Tests PERT

Result discussed with Dr. Itagaki, and Parikh, 09/18/2015.

RADIA
Referring Provider Line: 855-371-0425

SITE ID: 003

Electronically Signed by: CHONG, MARIA on (9/19/2015 8:38:33 AM)

---

| | |
|---|---|
| DOCUMENT NAME: | CT Head |
| SERVICE DATE/TIME: | 7/14/2015 15:13 PDT |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Atkins,David A MD (7/14/2015 15:13 PDT) |
| SIGN INFORMATION: | |

**CT HEAD W/O CONTRAST**
https://gepacsapp.evergreenhealthcare.org/loadStudy.jsp?user_name=AnonymousUser&password&rsa=true&accession_number=4249783 HNAM URL

**CT HEAD W/O CONTRAST**
Performed on:        07/14/2015 15:13
Ordering Physician: Campbell, Richard J MD
Accession:          4249783

                EvergreenHealth Kirkland, WA

EXAM:
CT HEAD

EXAM DATE: 7/14/2015 03:13 PM.

CLINICAL HISTORY: Headache. Recent vocal cord surgery

COMPARISON: 04/21/2013.

---

LEGEND:  *=Corrected,    @=Abnormal,   C=Critical,    L=Low,    H=High,    f=Footnote,    #=Interpretive Data,    R= Ref Lab
**Confidential Health Information Enclosed**    This report is for the sole use of the intended recipient(s) and may contain confidential and privileged information, the disclosure of which is governed by applicable law. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please notify us immediately and destroy the related message.