UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br> _____ <br> This Document Relates to: <br> All Actions <br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ENTRY FOR MAY 9, 2019**

**RICHARD L. YOUNG, JUDGE**

The parties appeared for a status conference.  The court heard argument on Plaintiffs' objections to the court's Case Management Order # 25 (Bellwether Selection Plan Protocol), issued on May 2, 2019.  (Filing No. 10599).  Specifically, Plaintiffs objected to footnote 1 which stated they waived Lexecon for all Tulip and Celect bellwether pool cases, stating they have not had time to verify with counsel whether they waived Lexecon.  The court informed Plaintiffs that prior to bellwether selection, all cases in the bellwether pool shall have Lexecon waivers.  Plaintiffs also objected to Cook's discovery pool selection of Category 5 and 6 lists, which total approximately 1400 cases.  (*See* Filing No. 9322).  The court granted Plaintiffs ten days to respond to Cook's Category 5 and 6 lists.  Lastly, the court approved and signed Cook Defendants' Motion to Dismiss (Filing No. 10441) and issued an Order Setting Deadline for

Voluntary Dismissal Without Prejudice of Category 2 Cases and Briefing Schedule for Motion for Summary Judgment on Remaining Category 2 Cases.

**SO ORDERED** this 13th day of May 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.