**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-01068 | 1:19-cv-01405 | 1:19-cv-01443 |
| 1:19-cv-01070 | 1:19-cv-01406 | 1:19-cv-01466 |
| 1:19-cv-01074 | 1:19-cv-01409 | 1:19-cv-01471 |
| 1:19-cv-01078 | 1:19-cv-01410 | 1:19-cv-01472 |
| 1:19-cv-01080 | 1:19-cv-01413 | 1:19-cv-01473 |
| 1:19-cv-01144 | 1:19-cv-01415 | 1:19-cv-01474 |
| 1:19-cv-01145 | 1:19-cv-01416 | 1:19-cv-01475 |
| 1:19-cv-01368 | 1:19-cv-01424 | |
| 1:19-cv-01404 | 1:19-cv-01428 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS

| | |
|---|---|
| Dated:  May 13, 2019 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  kip.mcdonald@faegrebd.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald