IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-01068 | 1:19-cv-01405 | 1:19-cv-01443 |
| 1:19-cv-01070 | 1:19-cv-01406 | 1:19-cv-01466 |
| 1:19-cv-01074 | 1:19-cv-01409 | 1:19-cv-01471 |
| 1:19-cv-01078 | 1:19-cv-01410 | 1:19-cv-01472 |
| 1:19-cv-01080 | 1:19-cv-01413 | 1:19-cv-01473 |
| 1:19-cv-01144 | 1:19-cv-01415 | 1:19-cv-01474 |
| 1:19-cv-01145 | 1:19-cv-01416 | 1:19-cv-01475 |
| 1:19-cv-01368 | 1:19-cv-01424 | |
| 1:19-cv-01404 | 1:19-cv-01428 | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: May 13, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Roberts Pierson