**EXHIBIT A**

# Christina Guerra

| | |
|---|---|
| **From:** | Christina Guerra |
| **Sent:** | Monday, May 13, 2019 6:49 PM |
| **To:** | 'Hall, Angela Kelver'; 'Pierson, Andrea Roberts'; 'cookfiltermdl@faegrebd.com'; 'Angelino, Blake A.' |
| **Subject:** | RE: Oliver Lamb, Deceased - Cook PPS |
| **Attachments:** | Lamb, Oliver - PPS.pdf; Cook Medical Authorization.pdf |

Dear Counsel:

Attached please find a Plaintiff Profile Sheet for Oliver Lamb, with attached documentation and executed Cook Medical Authorizations.

We will also download to the Cook website the following pertaining to Oliver Lamb: (1) Plaintiff Profile Sheet; (2) Medical records; and (3) Executed Cook medical authorizations.

Thank you.

**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
**Office:** (214) 761-6614
**Fax:** (214) 744-7590
**Email:** cguerra@martinbaughman.com

## Send File

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Lamb, Oliver - PPS.pdf (816.62 KB)
- Cook Medical Authorization.pdf (1,136.47 KB)
- Implant Op Report 07.31.2016_Lamb, Oliver.pdf (58.39 KB)
- MR_North Florida Regional Med. Cntr. (125 pgs)_Lamb, Oliv ....pdf (4,460.40 KB)
- Death Certificate.pdf (113.07 KB)
- Sticker Page.pdf (32.09 KB)

*You will receive a copy of this e-mail.*

©2000-2019 Accellion, Inc. All Rights Reserved.