UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | 1:14-ml-02570-RLY-TAB |

**SCHEDULING ORDER**

A selection hearing is set for **MAY 23, 2019 at 3:00 p.m. (Eastern time).** Lead counsel shall appear before the Honorable Richard L. Young, Judge, in room 238 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204.

**SO ORDERED** this 14th day of May 2019.

Distributed Electronically to Registered Counsel of Record