# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND  Case No. 1:14-ml-2570-RLY-TAB  
PRODUCTS LIABILITY LITIGATION  MDL No. 2570

This Document Relates to:

 1:2017cv01559  
 1:2017cv02239  
 1:2017cv00800

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    PAMELA BEARD;  
    STEPHANIE FLIETSTRA; and  
    FRANK J. OKOLISH

Dated:  May 14, 2019  
    /s/ Bryant Fitts  
    Texas State Bar No.: 24040904  
    Fitts Law Firm, PLLC  
    4801 Richmond Avenue  
    Houston, Texas 77027  
    Office: (713) 871-1670  
    Fax: (713) 583-1492  
    E-Mail: bfitts@fittslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Bryant Fitts