IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

JOSEPH KEITH ANDERS
Case No.: 1:17-cv-01327-RLY-TAB

**DECLARATION OF JEFFREY BOWERSOX IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER ORDER OF DISMISSAL AND TO REINSTATE CASE**

I, Jeffrey A. Bowersox, hereby declare under penalty of perjury as follows:

1.  I am the attorney employed by Joseph Keith Anders in the above-captioned matter.

2.  Before filing plaintiff Anders' case, my law firm completed and submitted the ECF training certification form to the Southern District of Indiana US Court. (Exhibit 1 to Bowersox Declaration, *Email dated April 20, 2017*)

3.  The following day, on April 21, 2017 Ms. McLellan provided access to the case opening functionality for the ECF account belonging to me. (Exhibit 2 to Bowersox Declaration, *Email dated April 21, 2017*)

4.  Thereafter on Wednesday April 26, 2017 the *Anders v. Cook, Inc.et al.* complaint was filed through the ECF system on my behalf by my paralegal. (Exhibit 3 to Bowersox Declaration, *Email dated April 26, 2017*)

5.  On April 26, 2017 my "Notice of Appearance" was filed in the *Anders v. Cook, Inc.* case. (Exhibit 4 to Bowersox Declaration, *Email dated April 26, 2017*)

1

6. On April 27, 2017 I received a notice from the court entitled "Magistrate Judge's Notice of Availability to Exercise Jurisdiction Issued." (Exhibit 5 to Bowersox Declaration, *Email dated April 27, 2017*)

7. On April 27, 2017 I also received a "Notice of Reassignment" of the case to Judge Richard L. Young and was provided a new case number to be used in all future filings in the matter. (Exhibit 6 to Bowersox Declaration, *Email dated April 27, 2017*)

8. On May 4, 2017 I received an "Amended Order" establishing policies and procedures. (Exhibit 7 to Bowersox Declaration, *Email dated May 4, 2017*)

9. On May 4, 2017 I also received a docket text remark indicating that the *Anders v. Cook, Inc.* pending action had been transferred as a member action to MDL 2570. That email had 19 pages of notices of electronic service and notice that electronic service had not been made to certain persons. (Exhibit 8 to Bowersox Declaration, *Email dated May 4, 2017*)

10. On June 1, 2017 I received an electronic notice from the US District Court for the Southern District of Indiana regarding a revised civil cover sheet. (Exhibit 9 to Bowersox Declaration, *Email dated June 1, 2017*)

11. Thereafter I did not receive any email notification from the US District Court related to *Anders v. Cook, et al.* until May 8, 2019 at which time the order dismissing the Anders case was sent.

12. I did not receive any email through the ECF system providing me with a copy of defendant's motion to dismiss Mr. Anders' case for failure to provide a case categorization form.

13. The first notice I received that defendant had filed a motion seeking dismissal of Mr. Anders' case was a May 8, 2019 ECF email indicating that an order dismissing Mr. Anders' case had been entered.

14. I was traveling and did not see that email, however coincidentally, my paralegal, Kimberly Riedl, checked plaintiff's individual case docket and discovered the dismissal order on that same day. Because I was traveling, I first received actual notice on May 9, 2019.

15.     At my request, Ms. Riedl contacted the ECF department at the Southern District of Indiana to ask the docket clerk why my law firm was not receiving email from the court through the ECF system.

16.     The docket clerk could not provide Ms. Riedl with a definitive answer but instead asked whether we would like the email address we used regenerated for filing to the ECF email address on record for plaintiff's counsel (which the clerk confirmed was Jeffrey@bowersoxlaw.com).

17.     Since the docket clerk "regenerated" the notice of dismissal email to my on-file email address on May 10, 2019, all electronic filings in the master docket have now been received by plaintiff's counsel. Prior to the clerk regenerating the email as just described, plaintiff's counsel was not receiving court-generated email related to any filing in the master docket.

18.     In many MDL actions in which my firm participates, individual adverse action motions must be served by the parties individually upon opposing counsel.

19.     Upon learning of the dismissal order, Plaintiff's counsel prepared the Categorization Form and has now served it upon Defendant Cook at CookFilterMDL@FaegreBD.com and Plaintiff's Leadership at plaintiffscoleadcounselmdl@gmail.com. Plaintiff's injuries are categorized as Category 4 "embedded and high-risk cases" because his physician has informed him that the risk of retrieval of the IVC filter outweighs the benefits of retrieval.

20.     Plaintiff has long ago completed his Plaintiff Fact Sheet and his Plaintiff Profile Form and has cured all asserted deficiencies as of July 10, 2017.

21.     Plaintiff has sought in good faith to timely complete all of his court-ordered obligations in pursuit of his litigation and has now completed and served the Categorization Form.

Dated: May 15, 2019.

                                                **Bowersox Law Firm, P.C.**

                                                */s/ Jeffrey A. Bowersox*
Jeffrey A. Bowersox, OSB No. 81442
**Bowersox Law Firm, P.C.**
3 Centerpointe Drive, Suite 190
Lake Oswego, OR 97035
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
Jeffrey@bowersoxlaw.com
***Lead Counsel for Plaintiff***