# EXHIBIT 1

## Jeffrey Bowersox

| | |
|---|---|
| **From:** | Kim Riedl |
| **Sent:** | Thursday, April 20, 2017 12:54 PM |
| **To:** | insd_cmecf@insd.uscourts.gov |
| **Cc:** | Jeffrey Bowersox |
| **Subject:** | Attorney Training Certificate |
| **Attachments:** | Training Certification.pdf |

Please see attached training certification form. Thank you.


Kimberly A. Riedl
Litigation Paralegal
Bowersox Law Firm, P.C.
6960 SW Varns Street
Suite 200
Portland, OR 97223
503.452.5858
503.345.6893 fax
Kim@BowersoxLaw.com
www.BowersoxLaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY VIA RETURN EMAIL, AND DESTROY THIS EMAIL AND ANY ATTACHMENTS THERETO.


**SECURITY WARNING**
Because email messages sent between you and BOWERSOX LAW FIRM, P.C. ("BLF")and its employees are transmitted over the internet, BLF cannot assure that such messages are secure. You should be careful in transmitting information to BLF that you consider confidential. If you are uncomfortable with such risks, you may decide not to use email to communicate with BLF. Although you may be sending an email message to a specific BLF employee, other BLF employees may review these messages. Additionally, your email messages to BLF may, consistent with BLF's regulatory requirements and retention polices, be retained.

**In-Bound Email Filtered**: Any incoming reply to this e-mail communication or other e-mail communication to us will be electronically filtered for "spam" and/or "viruses." That filtering process may result in the reply or other e-mail communications to us being quarantined (i.e., potentially not received at our site at all) and/or delayed in reaching us. For that reason, we cannot guarantee that we will receive your reply or other e-mail communications to us and/or that we will receive the same in a timely manner. Accordingly, you should consider sending communications to us which are particularly important or time-sensitive by means other than e-mail.  Our telephone and facsimile numbers are listed above.