**EXHIBIT 2**

## Jeffrey Bowersox

| | |
|---|---|
| From: | Amy_McClellan@insd.uscourts.gov on behalf of insd_cmecf@insd.uscourts.gov |
| Sent: | Friday, April 21, 2017 9:26 AM |
| To: | Jeffrey Bowersox |
| Cc: | Kim Riedl |
| Subject: | Certification for Case Opening |

Thank you for your interest in Electronic Case Opening. Based on your training certification, I've provided access to the case opening functionality for the ECF (e-filing) accounts belonging to the attorneys listed at the bottom of your certification. Effective today, you may begin filing new civil cases online in the Southern District of Indiana for those attorneys. If you've been logged in to the attorney's ECF account already today, you may need to refresh the webpage (or clear the browser's cache) before you will be able to access the Open a Civil Case link under the Civil menu in CM/ECF.

Before opening any new case electronically, it is important that you consult and print the case opening instructions, which are available on the court's case opening webpage:
http://www.insd.uscourts.gov/ECF/electronic_case_opening.htm

Please feel free to contact the court with any questions. Thank you.

Court Services Team
United States District Court
46 East Ohio Street
Indianapolis, Indiana 46204
317-229-3700

1