# EXHIBIT 3

**Jeffrey Bowersox**

| | |
|---|---|
| **From:** | insd_cmecf@insd.uscourts.gov |
| **Sent:** | Wednesday, April 26, 2017 2:08 PM |
| **To:** | nef@insd.uscourts.gov |
| **Subject:** | Activity in Case 1:17-cv-01327-TWP-MJD Anders v. COOK INCORPORATED et al Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTICE\*\*\*The electronically filed document(s) may be viewed once at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).**

**U.S. District Court**
**Southern District of Indiana**
**Office of the Clerk**
**(317)229-3700**
**www.insd.uscourts.gov**

**Notice of Electronic Filing**

The following transaction was entered by Bowersox, Jeffrey on 4/26/2017 at 5:07 PM EDT and filed on 4/26/2017

| | |
|---|---|
| **Case Name:** | Anders v. COOK INCORPORATED et al |
| **Case Number:** | 1:17-cv-01327-TWP-MJD |
| **Filer:** | Joseph Keith Anders |
| **Document Number:** | 1 |
| **Judges Assigned:** | Tanya Walton Pratt (presiding), Mark J. Dinsmore (referral) |

**Docket Text:**
**COMPLAINT against All Defendants, filed by All Plaintiffs. (Filing fee $400, receipt number 0756-4333657) (Attachments: # (1) Civil Cover Sheet)(Bowersox, Jeffrey)**

**1:17-cv-01327-TWP-MJD Notice has been electronically mailed to:**

Jeffrey A. Bowersox    jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

**1:17-cv-01327-TWP-MJD Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP insdStamp_ID=989432984 [Date=4/26/2017] [FileNumber=5193212-0]
[31008f718c62d321d9722a4b22517289ccc81ebaf8206112fd2a7e0e79337d8bb85c3
8b9e8db791fa5bd2680b961261b32d914410c609eeedd26935d176c8992]]

**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=4/26/2017] [FileNumber=5193212-1]
[3abf9307381de2c96c92d6977fb0b0d1979f7d3a98da859f23b3e7447c4f37a4c691f
1cc2822c580892e29e8cf07384b353deaaf1ddc491101c67d36ba6bddd6]]