# EXHIBIT 4

**Jeffrey Bowersox**

| | |
|---|---|
| From: | insd_cmecf@insd.uscourts.gov |
| Sent: | Wednesday, April 26, 2017 2:09 PM |
| To: | nef@insd.uscourts.gov |
| Subject: | Activity in Case 1:17-cv-01327-TWP-MJD Anders v. COOK INCORPORATED et al Notice of Appearance |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTICE\*\*\***The electronically filed document(s) may be viewed *once* at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).

U.S. District Court
Southern District of Indiana
Office of the Clerk
(317)229-3700
www.insd.uscourts.gov

## Notice of Electronic Filing

The following transaction was entered by Bowersox, Jeffrey on 4/26/2017 at 5:08 PM EDT and filed on 4/26/2017

| | |
|---|---|
| **Case Name:** | Anders v. COOK INCORPORATED et al |
| **Case Number:** | 1:17-cv-01327-TWP-MJD |
| **Filer:** | Joseph Keith Anders |
| **Document Number:** | 2 |

**Docket Text:**
**NOTICE of Appearance by Jeffrey A. Bowersox on behalf of Plaintiff Joseph Keith Anders. (Bowersox, Jeffrey)**


**1:17-cv-01327-TWP-MJD Notice has been electronically mailed to:**

Jeffrey A. Bowersox     jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

**1:17-cv-01327-TWP-MJD Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=4/26/2017] [FileNumber=5193221-0]

[26f06010f335b7f3a3763edfab04531e11a3a31b797826f9c3ccd925668786f7dbc71f4caf655b5c060b5a6bb84bc33d3903c544cf33d1208314a9d49d5da717]]