Case 1:14-ml-02570-RLY-TAB   Document 10674-6   Filed 05/15/19   Page 1 of 3 PageID #: 80513

# EXHIBIT 5

**Jeffrey Bowersox**

---

| | |
|---|---|
| **From:** | insd_cmecf@insd.uscourts.gov |
| **Sent:** | Thursday, April 27, 2017 7:36 AM |
| **To:** | nef@insd.uscourts.gov |
| **Subject:** | Activity in Case 1:17-cv-01327-TWP-MJD ANDERS v. COOK INCORPORATED et al Magistrate Judge's Notice of Availability to Exercise Jurisdiction |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTICE\*\*\*The electronically filed document(s) may be viewed once at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).**

U.S. District Court
Southern District of Indiana
Office of the Clerk
(317)229-3700
www.insd.uscourts.gov

**Notice of Electronic Filing**

The following transaction was entered on 4/27/2017 at 10:35 AM EDT and filed on 4/27/2017
**Case Name:**     ANDERS v. COOK INCORPORATED et al
**Case Number:**   1:17-cv-01327-TWP-MJD
**Filer:**
**Document Number:** 3

**Docket Text:**
**MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (MAT)**


**1:17-cv-01327-TWP-MJD Notice has been electronically mailed to:**

Jeffrey A. Bowersox     jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

**1:17-cv-01327-TWP-MJD Notice has not been electronically mailed to:**
COOK INCORPORATED
.


WILLIAM COOK EUROPE APS
.

1

COOK MEDICAL LLC