# EXHIBIT 6

**Jeffrey Bowersox**

| | |
|---|---|
| From: | insd_cmecf@insd.uscourts.gov |
| Sent: | Thursday, April 27, 2017 8:32 AM |
| To: | nef@insd.uscourts.gov |
| Subject: | Activity in Case 1:17-cv-01327-RLY-TAB ANDERS v. COOK INCORPORATED et al Reassignment Letter - MDL Cook |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTICE***The electronically filed document(s) may be viewed once at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).

U.S. District Court
Southern District of Indiana
Office of the Clerk
(317)229-3700
www.insd.uscourts.gov

## Notice of Electronic Filing

The following transaction was entered on 4/27/2017 at 11:31 AM EDT and filed on 4/27/2017
**Case Name:**     ANDERS v. COOK INCORPORATED et al
**Case Number:**    1:17-cv-01327-RLY-TAB
**Filer:**
**Document Number:** 4

**Docket Text:**
**NOTICE of Reassignment pursuant to General Order dated July 13, 2016 of Case to Judge Richard L. Young and Magistrate Judge Tim A. Baker. Judge Tanya Walton Pratt, Magistrate Judge Mark J. Dinsmore no longer assigned to the case. Please include the new case number, 1:17-cv-1327-RLY-TAB, on all future filings in this matter. (MAT)**


**1:17-cv-01327-RLY-TAB Notice has been electronically mailed to:**

Jeffrey A. Bowersox     jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

**1:17-cv-01327-RLY-TAB Notice has not been electronically mailed to:**
COOK INCORPORATED
.


WILLIAM COOK EUROPE APS
.

COOK MEDICAL LLC

COOK MEDICAL LLC