# EXHIBIT 7

**Jeffrey Bowersox**

| | |
|---|---|
| **From:** | insd_cmecf@insd.uscourts.gov |
| **Sent:** | Thursday, May 04, 2017 1:28 PM |
| **To:** | nef@insd.uscourts.gov |
| **Subject:** | Activity in Case . DUCOTE v. COOK INCORPORATED et al Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTICE\*\*\***The electronically filed document(s) may be viewed **once** at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).

**U.S. District Court**
**Southern District of Indiana**
**Office of the Clerk**
**(317)229-3700**
www.insd.uscourts.gov

## Notice of Electronic Filing

The following transaction was entered on 5/4/2017 at 4:28 PM EDT and filed on 5/4/2017
**Case Name:**       BALL v. COOK INCORPORATED et al
**Case Number:**    1:17-cv-01320-RLY-TAB
**Filer:**
**Document Number:** 5

**Docket Text:**
**Amended Order Establishing Policies and Procedures. Signed by Judge Richard L. Young on 5/4/2017. (JRT)**

**Case Name:**       ANDERS v. COOK INCORPORATED et al
**Case Number:**    1:17-cv-01327-RLY-TAB
**Filer:**
**Document Number:** 5

**Docket Text:**
**Amended Order Establishing Policies and Procedures. Signed by Judge Richard L. Young on 5/4/2017. (JRT)**

**Case Name:**       DUCOTE v. COOK INCORPORATED et al
**Case Number:**    1:17-cv-01328-RLY-TAB
**Filer:**
**Document Number:** 6

**Docket Text:**
**Amended Order Establishing Policies and Procedures. Signed by Judge Richard L. Young on 5/4/2017. (JRT)**

| | |
|---|---|
| **Case Name:** | GREEN v. COOK INCORPORATED et al |
| **Case Number:** | 1:17-cv-01329-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 6 |

**Docket Text:**
**Amended Order Establishing Policies and Procedures. Signed by Judge Richard L. Young on 5/4/2017. (JRT)**

**1:17-cv-01320-RLY-TAB Notice has been electronically mailed to:**

David M. Peterson     dmp@petersonlawfirm.com, bet@petersonlawfirm.com, nsc@petersonlawfirm.com

**1:17-cv-01320-RLY-TAB Notice has not been electronically mailed to:**

COOK INCORPORATED

COOK MEDICAL LLC

WILLIAM COOK EUROPE APS

**1:17-cv-01327-RLY-TAB Notice has been electronically mailed to:**

Jeffrey A. Bowersox     jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

**1:17-cv-01327-RLY-TAB Notice has not been electronically mailed to:**

COOK INCORPORATED

COOK MEDICAL LLC

WILLIAM COOK EUROPE APS

**1:17-cv-01328-RLY-TAB Notice has been electronically mailed to:**

A. Layne Stackhouse     layne@shraderlaw.com, jtrigo@shraderlaw.com

**1:17-cv-01328-RLY-TAB Notice has not been electronically mailed to:**

COOK INCORPORATED

COOK MEDICAL LLC

WILLIAM COOK EUROPE APS

**1:17-cv-01329-RLY-TAB Notice has been electronically mailed to:**

Ahmed S. Diab     adiab@gomeztrialattorneys.com, jwilliams@thegomezfirm.com, kbarton@gomeztrialattorneys.com, nstoneman@gomeztrialattorneys.com

**1:17-cv-01329-RLY-TAB Notice has not been electronically mailed to:**

COOK INCORPORATED

COOK MEDICAL LLC

WILLIAM COOK EUROPE APS

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=5/4/2017] [FileNumber=5206462-0] [
3f9d5eb293d34545e83764669ccbed06dda66533c5ca755145984479790ce560e0f2b3
c7496da9b00e0f85e7168e7ea41e9b8a4314bdee10b162ab10466f37a7]]