# EXHIBIT 8

**Jeffrey Bowersox**

| | |
|---|---|
| **From:** | insd_cmecf@insd.uscourts.gov |
| **Sent:** | Thursday, May 04, 2017 1:31 PM |
| **To:** | nef@insd.uscourts.gov |
| **Subject:** | Activity in Case 1:14-ml-02570-RLY-TAB IN RE: COOK MEDICAL INC. Remark |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTICE\*\*\*The electronically filed document(s) may be viewed once at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).**

**U.S. District Court**
**Southern District of Indiana**
**Office of the Clerk**
**(317)229-3700**
www.insd.uscourts.gov

**Notice of Electronic Filing**

The following transaction was entered on 5/4/2017 at 4:31 PM EDT and filed on 5/4/2017
**Case Name:**     IN RE: COOK MEDICAL INC.
**Case Number:**     1:14-ml-02570-RLY-TAB
**Filer:**
**Document Number:** 4552(No document attached)

**Docket Text:**
**Remark - Pending Action SD/IN 1:17-cv-1327-RLY-TAB Transferred as a Member Action to MDL 2570 on 5/4/2017. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-01327-RLY-TAB (JRT)**

**Case Name:**     ANDERS v. COOK INCORPORATED et al
**Case Number:**     1:17-cv-01327-RLY-TAB
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
**Remark - Pending Action SD/IN 1:17-cv-1327-RLY-TAB Transferred as a Member Action to MDL 2570 on 5/4/2017. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-01327-RLY-TAB (JRT)**

**1:14-ml-02570-RLY-TAB Notice has been electronically mailed to:**

Irwin B. Levin (Terminated)     ilevin@cohenandmalad.com, jsmock@cohenandmalad.com

1

John Joseph Tanner    jjtanner@bakerd.com, susan.trenary@bakerd.com

Frederick R. Hovde    rhovde@hovdelaw.com, twhitehead@hovdelaw.com

Nancy Hersh    nhersh@hershlaw.com, general@hershlaw.com

Willard J. Moody, Jr    will@moodyrrlaw.com, courtney@moodyrrlaw.com, jhogins@moodyrrlaw.com, renee@moodyrrlaw.com

Turner W. Branch    tbranch@branchlawfirm.com, afunk@branchlawfirm.com, bleeway@branchlawfirm.com, doshea@branchlawfirm.com, ksmith@branchlawfirm.com, psanchez@branchlawfirm.com

Andrea Roberts Pierson    andrea.pierson@faegrebd.com, deborah.miller@faegrebd.com

Sandy A. Liebhard    liebhard@bernlieb.com, jkeller@bernlieb.com, twollek@bernlieb.com

Todd C. Comeaux    TC@comeauxlawfirm.com, jadonna@murphylawfirm.com, kacia@murphylawfirm.com

Rand P. Nolen    rand_nolen@fleming-law.com, pam_myers@fleming-law.com

Phillip Bohrer    phil@bohrerbrady.com

Wolfgang Mueller    wolf@wolfmuellerlaw.com, jan@wolfmuellerlaw.com

Jeff S. Gibson (Terminated)    jgibson@cohenandmalad.com, bhovey@cohenandmalad.com, jbergeron@cohenandmalad.com

Charles F. Webber    chuck.webber@faegrebd.com, brian.zabawa@faegrebd.com

James Stephen Bennett    stephen.bennett@faegrebd.com, diane.nestleroad@faegrebd.com

Steven B. Rotman    srotman@hausfeld.com

Christopher A. Seeger    cseeger@seegerweiss.com

Yvonne M. Flaherty    ymflaherty@locklaw.com, brgilles@locklaw.com, rnzubiate@locklaw.com, sgpatchen@locklaw.com

Anne Kramer Ricchiuto    anne.ricchiuto@FaegreBD.com, sherri.tucker@faegrebd.com

Andrew Lorin Campbell    andrew.campbell@bakerd.com

James A. Morris    jmorris@jamlawyers.com, clozano@jamlawyers.com, rflores@jamlawyers.com, sgreenberg@jamlawyers.com

Annesley H DeGaris    adegaris@degarislaw.com, asapone@degarislaw.com

Jennifer A. Moore    jmoore@gminjurylaw.com

Justin L. Lawrence    justin@lawrencelaws.com, documents@lawrencelaws.com

Donald A. Migliori     dmigliori@motleyrice.com, dlmurray@motleyrice.com

David P. Matthews     matthewsivc@thematthewslawfirm.com, dmatthews@thematthewslawfirm.com, jrhoades@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com, mchavez2@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

Jessica Benson Cox     jessica.cox@faegrebd.com, cathi.snapp@faegrebd.com, jan.davis@faegrebd.com

Howard L. Nations     charles@howardnations.com, buck@howardnations.com, shelley@howardnations.com

Joseph N. Williams     jwilliams@rwp-law.com, eamos@rwp-law.com, jonwilli@gmail.com, mllewellyn@rwp-law.com

Thomas P. Cartmell     tcartmell@wcllp.com, m.goldwasser@wcllp.com

Kevin M. Fitzgerald     kfitzgerald@lewissaul.com

Timmy K. Goss     tim@freeseandgoss.com, aedinbyrd@freeseandgoss.com, rich@freeseandgoss.com, yvette@freeseandgoss.com

Timothy J. Freiberg     freiberglaw@gmail.com

Douglass A. Kreis     dkreis@awkolaw.com, athane@awkolaw.com, croberts@awkolaw.com

Charles Wade Miller     charles@hop-law.com, john@hop-law.com, kay@hop-law.com

David S. Corwin     dcorwin@scwstl.com, bprice@scwstl.com

TaKeena Monette Thompson (Terminated)     tthompson@cohenandmalad.com, bhovey@cohenandmalad.com

Matthew E. Munson     matt.munson@beasleyallen.com, renee.lindsey@beasleyallen.com

Victoria Redstone Calhoon     victoria.calhoon@faegrebd.com

James Piatt     jpiatt@rwp-law.com, eamos@rwp-law.com, mllewellyn@rwp-law.com

John T. Schlafer     john.schlafer@faegrebd.com, CookFilterFileclerk@FaegreBD.com, rochelle.symons@faegrebd.com

Matthew R. Lopez     mlopez@lopezmchugh.com, agarrett@lopezmchugh.com, alopez@lopezmchugh.com, beast@lopezmchugh.com, mjones@lopezmchugh.com, mwass@lopezmchugh.com

Jasper Ward     jasper@jonesward.com

Henry G. Garrard, III     hgg@bbgbalaw.com, bb@bbgbalaw.com, btm@bbgbalaw.com, kow@bbgbalaw.com, lbp@bbgbalaw.com, sla@bbgbalaw.com, slh@bbgbalaw.com, tdt@bbgbalaw.com

Josh B. Wages     jbw@bbgbalaw.com, slh@bbgbalaw.com

Leslie M. Cronen     lcronen@bubalolaw.com, clwebb@bubalolaw.com, kellcessor@bubalolaw.com,

shauge@bubalolaw.com

Michael T. Gallagher     donnaf@gld-law.com, pamm@gld-law.com

Ryan F. Stephan     rstephan@stephanzouras.com, adahl@stephanzouras.com, cfoster@stephanzouras.com, ehalverson@stephanzouras.com, jzouras@stephanzouras.com, kbowers@stephanzouras.com

Brian S. Katz     brian@brianskatz.com, bkatz@flintfirm.com, nichole@brianskatz.com

John A. Dalimonte     john@drlawllp.com, johndalimonte@yahoo.com

Ben C. Martin (Terminated)     bmartin@bencmartin.com, cguerra@bencmartin.com, jboyd@bencmartin.com, jgarner@bencmartin.com, mmilton@bencmartin.com, tarbon@bencmartin.com

Russell T. Button     rbutton@bencmartin.com, mmilton@bencmartin.com, tgilliland@bencmartin.com

Abigale Rhodes Green     agreen@gminjurylaw.com, attorneyservice@gminjurylaw.com

Sheila M. Bossier     sbossier@bossier-law.com, kthomas@bossier-law.com

Joseph R. Johnson     jjohnson@babbitt-johnson.com, dcodding@babbitt-johnson.com

Michael T. Mertz     mmertz@hurley-law.com, bholmes@hurley-law.com, kdastrup@hurley-law.com

John J. Driscoll     john@thedriscollfirm.com, tiffany@thedriscollfirm.com

Anne Medlin Lowe     alowe@rwp-law.com, mllewellyn@rwp-law.com

Randi Kassan     rkassan@thesandersfirm.com

Troy A. Brenes (Terminated)     tbrenes@breneslawgroup.com, jsabol@breneslawgroup.com

James G. O'Brien     jim@toledolaw.com

Teresa C. Toriseva     justice@torisevalaw.com

Charles Rene Houssiere, III     choussiere@hdhtex.com, Jreznickova@hdhtex.com, rkauffman@hdhtex.com

Nicholas Blake Alford     Nicholas.Alford@FaegreBD.com, deborah.miller@faegrebd.com

Lucas J. Foust     lfoust@foustlaw.net, secretary@foustlaw.net

Bard K. Brian     bardbrian99@msn.com, mjeffords@bardbrianlawyer.com

George Jerre Duzane     gjduzlaw@comcast.net

Matthew R. McCarley (Terminated)     mccarley@fnlawfirm.com, charlotte@fnlawfirm.com, kdavis@fnlawfirm.com, vcanizales@fnlawfirm.com

Thomas H. Terry, III     tterry@tterry-law.com

Ramon R Lopez    rlopez@lopezmchugh.com, bmeyers@lopezmchugh.com

James Lee, Jr    jlee@leemurphylaw.com, darriaga@leemurphylaw.com

Erin C. Murphy    emurphy@leemurphylaw.com, darriaga@leemurphylaw.com

Angela Spears    angie@rosenspearslaw.com, ladon@rosenspearslaw.com

Julia Reed Zaic    julia@hrzlaw.com, Laura@hrzlaw.com, awright@hrzlaw.com

Laura E. Smith    laura@hrzlaw.com, awright@hrzlaw.com, julia@hrzlaw.com

Robert M. Hammers, Jr    rob@schneiderhammers.com

Patrick H. Reilly    patrick.reilly@faegrebd.com, dianne.armstroff@faegrebd.com

Randal A. Kauffman    rkauffman@hdhtex.com, lblevins@hdhtex.com

Mark A. Tate    tlgservice@tatelawgroup.com

James E. Shipley, Jr    jshipley@tatelawgroup.com, anichols@tatelawgroup.com

Nathan Craig Van Der Veer    nate@frplegal.com, hgillis@frplegal.com

Stephanie C. Kucera    skucera@bdlawmt.com, sstief@bdlawmt.com

Shezad Malik    drmalik@shezadmalik.com, ryan@shezadmalik.com

Michael Heaviside    mheaviside@hrzlaw.com, awright@hrzlaw.com

Kathleen Rachel Hersh-Boyle    khershboyle@hershlaw.com, general@hershlaw.com

Brian James Holmes    bholmes@hurley-law.com, cdifranco@hurley-law.com

Joshua Dallas Miller    justice@torisevalaw.com

Alex Davis    alex@jonesward.com

Patrick Micheal Regan    pregan@reganfirm.com, ekerns@reganfirm.com

Thomas W. Arbon    tarbon@bencmartin.com, cguerra@bencmartin.com, jboyd@bencmartin.com

David Michael Langevin    dave@westrikeback.com, ram@westrikeback.com

Rhett A. McSweeney    ram@westrikeback.com, dave@westrikeback.com, kate@westrikeback.com, mark@westrikeback.com, meaghan@westrikeback.com, melanie@westrikeback.com

Anna Rutigliano    anna.rutigliano@FaegreBD.com, rochelle.symons@faegrebd.com

William Curtis    bcurtis@curtis-lawgroup.com, acancino@curtis-lawgroup.com, aveitenheimer@curtis-lawgroup.com, jgomez@curtis-lawgroup.com, mburt@curtis-lawgroup.com, vhall@curtis-lawgroup.com

John Pinckney Harloe, III      john@freeseandgoss.com, brenda@freeseandgoss.com

Richard J. Rosenblum      rrosenblum@rubin-machado.com, srubin@rubin-machado.com

Brian Dratch      bdratch@njcounsel.com

Timothy A. Litzenburg      tlitzenburg@millerfirmllc.com, jseldomridge@millerfirmllc.com, kunderwood@millerfirmllc.com

Kristy M. Arevalo      kma@mccunewright.com, ama@mccunewright.com, cmf@mccunewright.com

Benjamin Todd Cochran      ben@lawyernc.com, TML@lawyernc.com

Russell Wills Budd      rbudd@baronbudd.com, awilson@baronbudd.com, glinsenb@baronbudd.com, kmoore@baronbudd.com, mhaynie@baronbudd.com, ralaniz@baronbudd.com

Kelly Elizabeth Reardon      kreardon@reardonlaw.com

Christopher Thomas Kirchmer      ckirchmer@pulf.com, alee@pulf.com

M. Blair Clinton      bclinton@hgdlawfirm.com

Brian Keith Jackson      kj@rileyjacksonlaw.com, jbailey@rileyjacksonlaw.com

Jeff Ryan Gaddy      jgaddy@levinlaw.com, rwoods@levinlaw.com, tgilbert@levinlaw.com

Robert Sadler Bailey      sbailey@baileygreer.com

Laura Lynne Voght      lvoght@attorneykennugent.com, kwinkleman@attorneykennugent.com

Rosemarie Riddell Bogdan      rrbivccook@1800law1010.com, kawivccook@1800law1010.com, mmhivccook@1800law1010.com

Scott Brady      scott@bohrerbrady.com, greta@bohrerbrady.com

Graham B. LippSmith      glippsmith@klwtlaw.com, janderson@klwtlaw.com, nsmith@klwtlaw.com

Gregory David Rueb      greg@rminjurylaw.com, megan@rminjurylaw.com

Patrick Thomas Fennell      pfennell@crandalllaw.com, chargenrader@crandalllaw.com, rwood@crandalllaw.com

Jennifer Nolte Williams      jwilliams@jacksonallenfirm.com, bwiginton@jacksonallenfirm.com

Paul L. Stoller      paul.stoller@gknet.com, deborah.yanazzo@gknet.com

Jaclyn L. Anderson      janderson@klwtlaw.com

Christopher Moze Cowper      mcowper@cowperlaw.com

Nathan A. Buttars     nate@lowelawgroup.com

George Tharin Williamson     gwilliamson@farr.com

Matthew David Schultz     mschultz@levinlaw.com, tgilbert@levinlaw.com

A. Layne Stackhouse     layne@shraderlaw.com, jtrigo@shraderlaw.com

Wendy R. Fleishman     wfleishman@lchb.com, dseltz@lchb.com, jleitnerzieff@lchb.com, mdecker@lchb.com, shabonimana@lchb.com

Michael Brandon Smith     bsmith@cssfirm.com, gstanton@cssfirm.com, kackerman@cssfirm.com, lwheale@cssfirm.com

Jason Paul Johnston     Jason.Johnston@zimmreed.com, Tina.Olson@zimmreed.com

Todd Eugene Hilton     hilton@stuevesiegel.com, joyce@stuevesiegel.com, mcclellan@stuevesiegel.com, olivas@stuevesiegel.com, perez@stuevesiegel.com, williams@stuevesiegel.com

Steven C. Ruth     ivc@getjustice.com, sruth@getjustice.com

John C. Duane     jduane@motleyrice.com, clwhetstone@motleyrice.com, jhill@motleyrice.com

Joshua Sean Kincannon     jkincannon@lomurrofirm.com, joshkincannon@gmail.com

Joseph A. Osborne     josborne@oa-lawfirm.com, ggiovanni@oa-lawfirm.com, rbell@oa-lawfirm.com

Michael J. Hart     mjhart@scwstl.com

Jon C. Conlin     jconlin@corywatson.com, ivc@corywatson.com

Karen Puccio     kpuccio@corywatson.com, ivc@corywatson.com

Melissa Mielke     mmielke@skikos.com, jtucci@skikos.com

David C. DeGreeff     ddegreeff@wcllp.com, dconwell@wcllp.com

Eric M. Terry     eric@thlawyer.com, kpostol@thlawyer.com, kstephens@thlawyer.com

Stuart E. Scott     sscott@spanglaw.com, ecampbell@ecf.courtdrive.com, ecampbell@spanglaw.com, pfrietchen@ecf.courtdrive.com, pfrietchen@spanglaw.com, sschebek@ecf.courtdrive.com, sschebek@spanglaw.com, sscott@ecf.courtdrive.com

Jaime E. Moss     moss@lkmlawfirm.com, torres@lkmlawfirm.com

Laurie Kamerrer     kamerrer@lkmlawfirm.com, torres@lkmlawfirm.com

Jennifer A. Lenze     jlenze@lkmlawfirm.com, torres@lkmlawfirm.com

Jan Marie Conlin     jmc@ciresiconlin.com, dll@ciresiconlin.com, dmo@ciresiconlin.com, mgd@ciresiconlin.com

Melissa A. Goodman     mag@ciresiconlin.com, dmo@ciresiconlin.com

Jeff Seldomridge   jseldomridge@millerfirmllc.com, kunderwood@millerfirmllc.com

Max Petrunya    mpetrunya@peircelaw.com, adudley@peircelaw.com

Daniel Aaron Rihn    arihn@peircelaw.com, mrossi@peircelaw.com, runger@peircelaw.com

Samuel Mason Wendt    sam@wendtlaw.com, micaela@wendtlaw.com

Clarence Mark Whitehead    cmw@whiteheadfirm.com, anna@whiteheadfirm.com

John Mark Kell    mkell@kelllawfirm.com, mark.kell@kelllampinlaw.com

Lucas James Ude    lucas@kelllampinlaw.com, lisa@kelllawfirm.com

Danielle Leah Rodriguez    danielle@lawrencelaws.com, rodriguezd1@nku.edu

Monte Bond    mbond@tautfestbond.com, jglitz@tautfestbond.com, kbarron@tautfestbond.com, nnicholson@tautfestbond.com, scarr@tautfestbond.com

David Matthew Haynie    mhaynie@baronbudd.com, awilson@baronbudd.com, kmoore@baronbudd.com, ralaniz@baronbudd.com

Braden Alexander Beard    bbeard@hausfeld.com, adorsey@hausfeld.com

Richard W. Schulte    rschulte@yourlegalhelp.com, cartim@yourlegalhelp.com, jgebelle@yourlegalhelp.com

Jonathan Sedgh    jsedgh@weitzlux.com, ecochrane@weitzlux.com, lschultz@weitzlux.com

Lauren Bronson    lbronson@newmanbronson.com, ks@newmanbronson.com

D. Todd Mathews    todd@gorijulianlaw.com, masstortenotices@gorijulianlaw.com

Jeremy J. Pichon    jeremy@dswplaw.com, docket@dswplaw.com

Richard Sanford Lewis    rlewis@hausfeld.com, adorsey@hausfeld.com

Ahmed S. Diab    adiab@gomeztrialattorneys.com, jwilliams@thegomezfirm.com, kbarton@gomeztrialattorneys.com, nstoneman@gomeztrialattorneys.com

Mark Christopher Aubuchon    maubuchon@kelllawfirm.com, lisa@kelllawfirm.com, mark.aubuchon@kelllampinlaw.com

Marlene Jaye Goldenberg    mjgoldenberg@goldenberglaw.com, csand@goldenberglaw.com

Elizabeth L. Dudley    liz@lizdudleylaw.com

Kevin J. Boissoneault    kboisson@gallonlaw.com, mwiltshire@gallonlaw.com

Michael D. Bell    mbell@gallonlaw.com, mwiltshire@gallonlaw.com

Jonathan M. Ashton    jashton@gallonlaw.com, mwiltshire@gallonlaw.com

Asim M. Badaruzzaman    abadaruzzaman@seegerweiss.com, hsafdar@seegerweiss.com, nmclean@seegerweiss.com

T. Matthew Leckman    mleckman@pbmattorneys.com, thartman@pbmattorneys.com

Everette Scott Verhine    scott@verhine.biz, lisa@verhine.biz

Jeffrey S. Grand    jgrand@seegerweiss.com

Emily M. Peacock    epeacock@olsmanlaw.com, bnadolski@olsmanlaw.com

Kelsey Louise Stokes    kelsey_stokes@fleming-law.com, adrian_martin@fleming-law.com

Richard James Serpe    rserpe@serpefirm.com

Stuart Lee Goldenberg    slgoldenberg@goldenberglaw.com, csand@goldenberglaw.com

Ethan L. Shaw    elshaw@shawcowart.com, scole@shawcowart.com, tpessoa@shawcowart.com

Thomas T. Merrigan    tom@sweeneymerrigan.com, kimberly@sweeneymerrigan.com, tucker@sweeneymerrigan.com

Matthew J. Riley    mriley@shawcowart.com, scole@shawcowart.com

Justin W. Fishback    jfishback@shawcowart.com, scole@shawcowart.com

Philip A. Pendergrass, Jr    philip@schneiderhammers.com

Keith David Griffin    kgriffin@girardikeese.com, akurke@girardikeese.com

Peter E. Goss    pgoss@goss-lawfirm.com, jcampain@goss-lawfirm.com

Seth S. Webb    sethw@getbc.com, SaraV@getbc.com, andeem@getbc.com

Nicholas R. Farnolo    nfarnolo@napolilaw.com, fcox@napolilaw.com

Emily Ward Roark    emily@bryant.law, christina@bryant.law

Mark P. Bryant    mark@bryant.law, christina@bryant.law

Dean A. Goetz    dgoetz12@gmail.com, staciegoetzlaw@gmail.com

Andrew William Callahan    acallahan@flintfirm.com, debbied@flintfirm.com, kelly@flintfirm.com, susie@flintfirm.com

Roopal P. Luhana    luhana@chaffinluhana.com, cohn@chaffinluhana.com, szumla@chaffinluhana.com

J. Christopher Elliott    celliott@coloradolaw.net, allison.brown@coloradolaw.net, krysta.hand@coloradolaw.net

Pamela A. Borgess    pborgess@borgesslaw.com, ebrogan@borgesslaw.com

Carasusana B. Wall    cara@toledolaw.com, amy@toledolaw.com

Chad M. Tuschman    ctuschman@wdtlaw.org, rkigar@wdtlaw.org

Michael J. Walsh    mwalsh@walshwoodard.com, cculmone@walshwoodard.com, mmartineau@walshwoodard.com

Christina E. Unkel    cunkel@mctlawyers.com, erika@mctlawyers.com

Jonathan D. Peck    jonathan@lowelawgroup.com, jonathan.peck.esq@gmail.com

John S. Selinger    john@selingerlaw.com, glory@selingerlaw.com

Jacob Edward Levy    jlevy@grayandwhitelaw.com, cjones@grayandwhitelaw.com, kmcwhorter@grayandwhitelaw.com

Ryan A. Keane    ryan@keanelawllc.com, alex@keanelawllc.com

James B. Zouras    jzouras@stephanzouras.com, adahl@stephanzouras.com, cfoster@stephanzouras.com, kbowers@stephanzouras.com

Kenneth Soh    ksoh@kirklinsoh.com, jkirklin@kirklinsoh.com

Jonathan S. Mann    jonm@pittmandutton.com, pdh-efiling@pittmandutton.com

Bobby Saadian    matthew@wilshirelawfirm.com

Chris T. Hellums    chrish@pittmandutton.com, pdh-efiling@pittmandutton.com, rebeccah@pittmandutton.com

Benjamin A. Bertram    benbertram@bertramgraf.com, tiffany@bertramgraf.com

Rolf Fiebiger    rfiebiger@johnsonbecker.com, sgray@johnsonbecker.com

Kyle Jared Pozan    kpozan@hmelegal.com

Robert John McLaughlin    rmclaughlin@hmelegal.com

Carter David Grant    cgrant@hmelegal.com

Ben Michael Shrader    bshrader@hmelegal.com

Genevieve Mary Zimmerman    gzimmerman@meshbesher.com, hsternquist@meshbesher.com

John Reily Crone (Terminated)    john.crone@andruswagstaff.com, jenni.mobley@andruswagstaff.com

Ashleigh Elizabeth Raso     araso@meshbesher.com, gzimmerman@meshbesher.com, hsternquist@meshbesher.com, mbrylow@meshbesher.com

David A. Wenner     jen@snyderwenner.com, david@juryscientist.com

Basil E. Adham     IVC@johnsonlawgroup.com

Brian John Perkins     bjp@meyers-flowers.com, ajz@meyers-flowers.com, kaz@meyers-flowers.com

Joseph Jacob Zonies     jzonies@zonieslaw.com, gbentley@zonieslaw.com, jcox@zonieslaw.com, sshaver@zonieslaw.com

Michael S. Kruse     kruse@ngklawfirm.com, toth@ngklawfirm.com

Rachel Beth Abrams     rabrams@levinsimes.com, bsund@levinsimes.com, jcwilletts@levinsimes.com, kbalauat@levinsimes.com, rmccauley@levinsimes.com

Henry S Queener     hqueener@queenerlaw.com, stisdale@queenerlaw.com

Daniel S. Gruber     dgruber@gruberlawfirm.com, hmartindale@gruberlawfirm.com, rhernandez@gruberlawfirm.com

Howard A. Snyder     howard@howardsnyderlaw.com, hmartindale@gruberlawfirm.com

Gregory Dalton Bentley     gbentley@zonieslaw.com, jcox@zonieslaw.com, jzonies@zonieslaw.com, sshaver@zonieslaw.com

Sofia E. Bruera     sofia@psbfirm.com, melanie@psbfirm.com

Donald Patrick McKenna, Jr     don@hwnn.com, lynne@hwnn.com

T. Aaron Stringer     aaron@lowelawgroup.com, tastringer@gmail.com

Peyton P. Murphy     peyton@murphylawfirm.com, jadonna@murphylawfirm.com, kacia@murphylawfirm.com

Margaret M. Branch     mbranch@branchlawfirm.com, afunk@branchlawfirm.com, bleeway@branchlawfirm.com, psanchez@branchlawfirm.com

Jacob A Boyd     jboyd@bencmartin.com, cguerra@bencmartin.com

David B Rheingold     drheingold@rheingoldlaw.com, mdweck@rheingoldlaw.com

James B Tuttle     jbtesq@nycap.rr.com, barbparker@nycap.rr.com

Christopher M. Houlihan     choulihan@riscassidavis.com, kking@riscassidavis.com, sstokes@riscassidavis.com

Bobby J. Bell, Jr     bob@hollis-wright.com, brooklyna@hollis-wright.com

Brian Douglas Weinstein     service@weinsteincouture.com, brian@weinsteincouture.com

Amir M. Kahana     AMK@kahanalaw.com, katherine@kahanalaw.com, samyu@kahanalaw.com, taylor@kahanalaw.com

Kyle Alison Cubbon     kylecubbon@cubbon.com

Charles T. Paglialunga     chuck@phlawfirm.com, james.humann@phlawfirm.com

Craig Rosenbaum     cr@rosenbaumnylaw.com, ec@rosenbaumnylaw.com, kk@rosenbaumnylaw.com

Barry D.J. Levy     bdl@oal-law.com, axf@oal-law.com, cas@oal-law.com

Marc D. Portlock     mportlock@stathisleonardis.com, gkapcsandi@stathisleonardis.com

Amanda Washington     amanda@mcglynnglisson.com, roxanne@mcglynnglisson.com

Stephen Barnett Murray, Jr     smurrayjr@murray-lawfirm.com, aonstott@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, kbeck@murray-lawfirm.com

Robert Roy Luke     legal@lukefirm.com, lindsey@lukefirm.com

Daniel Barton     dbarton@bartonlawgroup.com, lea@bartonlawgroup.com

Andrew E. McGraw     amcgraw@levinlaw.com, mgriffin@levinlaw.com

Michael George Phelan     mphelan@phelanpetty.com, dwood@phelanpetty.com

Martin P. Schrama     mschrama@stark-stark.com, ccarlson@stark-stark.com, lrickett@stark-stark.com, scw@stark-stark.com

Terence John Sweeney     sweeneylawfirm@optonline.net, tsweeneylawfirm@gmail.com

Baird A. Brown     bairdbrownlaw@gmail.com

Melanie J. Garner     mgarner@lockslaw.com, gdanzi@lockslaw.com

Gregory Neil McEwen     gmcewen@mcewenlaw.com, abaligrodzki@mcewenlaw.com, mschmid@mcewenlaw.com

John T. Kirtley, III     jkirtley@lawyerworks.com, ivcfiling@lawyerworks.com, molvera@lawyerworks.com

Deborah Palmer     dkpalmer@varnumlaw.com, seburr@varnumlaw.com

John D. Sileo     jack@johnsileolaw.com, casey@johnsileolaw.com, noele@johnsileolaw.com

Peter J. Flowers     pjf@meyers-flowers.com, amr@meyers-flowers.com, kaz@meyers-flowers.com

Randall J. Gudmundson     rgudmundson@kbhglaw.com, service@kbhglaw.com

Michael Ray Webber     mwebber@kbhglaw.com, service@kbhglaw.com

Wilfried Hermann Florin    whf@florinroebig.com, sschlesinger@florinroebig.com

Eric Peter Czelusta    eczelusta@florinroebig.com, sschlesinger@florinroebig.com

Merritt Elizabeth Cunningham    mcunningham@smithstag.com, ilanier@smithstag.com, tcousans@smithstag.com

Michael Stag    mstag@smithstag.com, ilanier@smithstag.com, nmartin@smithstag.com

Andrew J. Hill, III    ajh@bbgbalaw.com, tdt@bbgbalaw.com

Patrick H. Garrard    phg@bbgbalaw.com

James B. Matthews, III    jbm@bbgbalaw.com, tdt@bbgbalaw.com

Kirk J. Goza    kgoza@gohonlaw.com, mlowrey@gohonlaw.com

Brian A Goldstein    brian.goldstein@cellinoandbarnes.com, denise.kinghorn@cellinoandbarnes.com, michael.williams@cellinoandbarnes.com

Stuart Marshall Salsbury    ssalsbury@salsburysullivanlaw.com, shanley@salsburysullivanlaw.com

Kevin Patrick Sullivan    ksullivan@salsburysullivanlaw.com, shanley@salsburysullivanlaw.com

Kathryn Snapka    ksnapka@snapkalaw.com, abrunkenhoefer@snapkalaw.com, agomez@snapkalaw.com, chenderson@snapkalaw.com, dmoreno@snapkalaw.com, jurquhart@snapkalaw.com, tthomas@snapkalaw.com

Karolina Sylvia Southard    ksouthard@lawdbd.com, rvanderberg@lawdbd.com

Sean T. Keith    skeith@arkattorneys.com, kitty@arkattorneys.com, mboling@arkattorneys.com

Edward Blizzard    eblizzard@blizzardlaw.com, bhauer@blizzardlaw.com

Patricia Lynn Campbell    pcampbell@potts-law.com, nchambers@potts-law.com

William F. Blankenship, III    bill@blankenshiplaw.com, jeanette@blankenshiplaw.com

Michael G. Daly    mdaly@pbmattorneys.com, staylor@pbmattorneys.com

Oluwaseun Adetoun Adeyemi    masstorts@roxellrichards.com, adeyemiseun89@gmail.com, rr@roxellrichards.com

Roxell Ann Richards    rr@roxellrichards.com, masstorts@roxellrichards.com

Andrew F. Kirkendall    akirkendall@kirkendalldwyer.com

Alexander G. Dwyer    adwyer@kirkendalldwyer.com, msclafani@kirkendalldwyer.com

John D. Allison    jdallison@eahjlaw.com, kbergland@eahjlaw.com

David Randolph Smith    drs@drslawfirm.com, marlena@drslawfirm.com

J. Curt Tanner    ctanner@corywatson.com, ivc@corywatson.com

Thomas B. Calvert    tom@calvertaplc.com, carole@calvertaplc.com

Randall Howard Stefani    rstefani@ahlerslaw.com, astokely@ahlerslaw.com

Katie Eidson Griffin    katie@sill-law.com, david@sill-law.com

Emily A. Kolbe    ekolbe@ahlerslaw.com, astokely@ahlerslaw.com

Jeffrey D. Lipman    lipmanlawfirm@aol.com

Amy M. Carter    acarter@sgpblaw.com, nlewis@sgpblaw.com

Graham Lee Newman    gnewman@csa-law.com, bsluce@csa-law.com

Lynnette Simon Marshall    lmarshall@wvpersonalinjury.com, pwhitlock@wvpersonalinjury.com

Robert Bruce Warner    bwarner@wvpersonalinjury.com, pwhitlock@wvpersonalinjury.com

Mark Edward Berns    berns@onderlaw.com, schoemehl@onderlaw.com

Melanie Knies Schmickle    pharma@swmwlaw.com, melanie@swmwlaw.com

Gregory J. Pals    greg@thedriscollfirm.com, tiffany@thedriscollfirm.com

Nathan Arvel Duncan    nathan@dhhlawfirm.com, tammy@dhhlawfirm.com

Debra J. Humphrey    dhumphrey@bernllp.com, acolella@bernllp.com, jcappelli@bernllp.com, jrogers@bernllp.com, kabraham@bernllp.com, kwang@bernllp.com, ldecarlo@bernllp.com, ldenny@bernllp.com, pkula@bernllp.com

Christopher Kyle Johnston    kyle@masstortslaw.com

Zachary Paul McFarlane    zmcfarlane@fittslawfirm.com, mhardy@fittslawfirm.com

David M. Peterson    dmp@petersonlawfirm.com, bet@petersonlawfirm.com, nsc@petersonlawfirm.com

Roland K Tellis    rtellis@baronbudd.com, rbudd@baronbudd.com

Evan M Zucker    ezucker@baronbudd.com, jcampbell@baronbudd.com

**1:14-ml-02570-RLY-TAB Notice has not been electronically mailed to:**

BARD PERIPHERAL VASCULAR, INC.


C.R. BARD, INC.

DOES I-XXX

ROE CORPORATIONS XXI-XL

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Arthur F Hoge , III
Mee Mee Hoge & Epperson PLLP
1900 NW EXPY STE 1400
OKLAHOMA CITY, OK 73118

BILL MILLER

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

CARLENE E COVINGTON

CARRIE R. CAPOUELLEZ
LOPEZ MCHUGH LLP
214 FLYNN AVENUE
MOORESTOWN, NJ 08057

CYNTHIA GUZMAN

Caleb Hoff Didriksen , III
Didriksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

Carl A Woods , III
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

Cory Holley Driggers

MORRIS CARY ANDREWS TALMADGE & DRIGGERS
P.O. Box 1649
Dothan, AL 36302

Craig D. Henderson
The Snapka Law Firm
P.O. Box 23017
Corpus Christi, TX 78403

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

DOROTHY CUSHLEY

Daniel Snyder
Attorney at Law
1000 S W Broadway Suite 1500
Portland, OR 97205

David Carl Anderson
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

David L. Grebel
NIEMEYER AND GREBEL
10 S. Broadway
Suite 1125
St. Louis, MO 63102

ENOCH SURLES

Elizabeth Alice Mote
Kitrick, Lewis & Harris, Co., L.P.A.
455 Hutchinson Avenue, Suite 100
Columbus, OH 43235-8630

GRAYDEN KELLOGG

GREGORY DENTON


HEIDI OUBRE


Heather H. Harrison
Faegre Baker Daniels LLP
311 S. Wacker Drive
Suite 4400
Chicago, IL 60606


JAMES SEAL


JESSICA REYNOLDS


JOHN CORNEW
409 E Maple Ave
Lindenwold, NJ 08021


Jack Edward Urquhart
The Snapka Law Firm
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78401


James David Martin
COPELAND FRANCO SCREWS & GILL PA
PO Box 347
Montgomery, AL 36101-0347


James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129-


James W. Childress
CHILDRESS AND AHLHEIM, LLC
1010 Market St.
Suite 500
St. Louis, MO 63101


Janet Ward Black
Ward Black Law
208 West Wendover Avenue
Greensboro, NC 27401


Jay Harris
Harris, Reny & Torzewski

3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Jennifer P Henry
Thompson & Knight LLP
801 Cherry Street, Unit #1
Fort Worth, TX 76107

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Kahla R Hurley
Mee Mee Hoge & Epperson PLLP
1900 NW EXPY STE 1400
OKLAHOMA CITY, OK 73118

Kimberly Lambert Adams
LEVIN PAPANTONIO THOMAS ETC PA - PENSACOLA FL
316 S BAYLEN ST STE 400
PENSACOLA, FL 32502


LEOBARDO LOPEZ GUZMAN


MICHAEL BRANHAM


MICHELLE NICHOLSON


Marian S. Rosen
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

Mark Mathew Kitrick
Kitrick, Lewis & Harris Co LPA - 2
445 Hutchinson Ave., Suite 100

Columbus, OH 43235

Mark R. Niemeyer
NIEMEYER AND GREBEL
10 S. Broadway
Suite 1125
St. Louis, MO 63102

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Michael G. Glass
Rappaport Glass Greene & Levine LLP
1355 Motor Parkway
Hauppauge, NY 11749

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Paul Telhiard Boudreaux
Richardson Richardson Boudreaux
7447 S LEWIS AVE
TULSA, OK 74136

Peter Andrew Miller
Miller Legal LLC
175 S Pantops Drive
Third Floor
Charlottesville, VA 22911

Peter C Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

Philip Sholtz
THE DRISCOLL FIRM, P.C.
211 N. Broadway
40th Floor
St. Louis, MO 63102

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

Robert David Segall
COPELAND FRANCO SCREWS & GILL
PO Box 347
Montgomery, AL 36107-0347

SANDRA MICHEAU


Scott Kehlenbrink
CHILDRESS AND AHLHEIM, LLC
1010 Market St.
Suite 500
St. Louis, MO 63101

TIMOTHY BEASLEY


W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

WILLIAM BENTON EDWARDS


WILNAR JEANNE JULMISTE
ANDERSON GLENN LLP - BOCA RATON FL
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**1:17-cv-01327-RLY-TAB Notice has been electronically mailed to:**

Jeffrey A. Bowersox     jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

**1:17-cv-01327-RLY-TAB Notice has not been electronically mailed to:**

COOK INCORPORATED


COOK MEDICAL LLC


WILLIAM COOK EUROPE APS