**EXHIBIT 9**

# Jeffrey Bowersox

---

**From:** insd_cmecf@insd.uscourts.gov
**Sent:** Thursday, June 01, 2017 8:46 AM
**To:** nef@insd.uscourts.gov
**Subject:** The U. S. District Court for the Southern District of Indiana *** REVISED CIVIL COVER SHEET ***

**This is an announcement e-mail message generated by Court action through the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\* THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA \*\*\***

Thank you for your participation in the court's Electronic Case Filing program. As a registered attorney, you may occasionally receive email updates from the court.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Revised Civil Cover Sheet

Effective June 1, 2017, the Civil Cover Sheet (Form JS-44) has been updated to add a new civil nature of suit (NOS) code 835, Patent - Abbreviated New Drug Application (ANDA). The revised Civil Cover Sheet can be found in the Civil Case Forms Section on the Court's website. When filing any new case, please ensure the updated Civil Cover Sheet is being utilized.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

For more information, visit the court's web ite at www.insd.uscourts.gov