IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB  MDL No. 2570 |

This Document Relates to Plaintiff(s)

JOSEPH KEITH ANDERS
Case No.: 1:17-cv-01327-RLY-TAB

### DECLARATION OF KIMBERLY RIEDL IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER ORDER OF DISMISSAL AND TO REINSTATE CASE

I, Kimberly Riedl, being first duly sworn depose and say:

1. I am a paralegal at Bowersox Law Firm, P.C., the firm employed by Joseph Keith Anders in the above-referenced matter.

2. On May 8, 2019 I logged on to the Southern District of Indiana Federal Court ECF site to check on the status of our client's case (Case No. 1:17-cv-01327).

3. There was a docket entry made earlier that day entitled Order on the Cook Defendants' Second Amended Motion to Dismiss. I downloaded that document to our client's file as I had not previously received an email notice about the dismissal. Moreover, our firm was never served with Defendant's Motion to Dismiss, Second Motion to Dismiss or the Second Amended Motion to Dismiss.

4. I also downloaded Document 11, Notice of Withdrawal of Appearance that was filed on August 9, 2018 in the master docket and spread to our case because we had not received any email notification about that filing.

5.   The last email we had received from the federal court on our case was an electronic Notice dated June 1, 2017 regarding a revised civil cover sheet.

6.   On the date that I first discovered the Order of Dismissal, Mr. Bowersox was traveling. I discussed the dismissal with him on May 9, 2019 when he returned to the office.

7.   On Friday, May 10, 2019, under the direction of attorney Jeffrey Bowersox, I logged into the Southern District of Indiana Federal Court ECF site in preparation of filing plaintiff's Motion requesting that the court vacate the May 8, 2019 dismissal for failure to prosecute.

8.   I filed the Motion in the case-specific docket, 1:17-cv-01327-RLY-TAB on May 10, 2019.

9.   Despite this filing, our office did not receive an email confirmation back from the court that the filing had been accepted.

10.   At Mr. Bowersox's request, I contacted the ECF department at the Southern District of Indiana and asked the docket clerk why our law firm was not receiving email from the court through the ECF system.

11.   When I inquired as to why we did not receive an email notification the clerk could not provide me with a definitive answer. The clerk asked whether we would like her to regenerate the email for that filing to the ECF email address on record for our office (which she confirmed was jeffrey@bowersoxlaw.com) and I advised that we wanted the email sent for our records/file.

12.   The clerk regenerated an email on the motion to dismiss, and from that point on, our office began receiving all filing confirmations from the court related to the master docket.

13.   Before the clerk regenerated the email address as just described, our firm was not receiving court-generated email related to filings in the master docket.

14. I hereby declare that the above statements are true to then best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury. I make this declaration in support of Plaintiff's Motion to Reconsider Order of Dismissal and to Reinstate Case 1:17-cv-01327-RLY-TAB [Master Doc #. 10641; Case Specific Doc # 13].

Dated: May 15, 2019.

_____
Kimberly Riedl