IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    JEFFREY KUCINSKI
    Civil Case No. 1:19-cv-00855-RLY-TAB

**PLAINTIFF'S RESPONE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

    COMES NOW, Plaintiff Jeffrey Kucinski ("Plaintiff"), by and through his counsel of record, and files this Response in Opposition to Defendants' Motion to Dismiss (Doc. 10600). Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss and, in support thereof, states as follows:

    1)    Defendants' filed their Motion to Dismiss on May 2, 2019, because a Plaintiff Profile Sheet ("PPS") and other related documents had not been produced.

    2)    Plaintiff's completed and verified PPS, signed medical authorizations, and responsive documents, were submitted to Defendants on May 8, 2019. A copy of the email confirming PPS submission on May 8, 2019, is attached hereto as "Exhibit A."

    3)    Because Plaintiff has produced his completed PPS, signed PPS authorizations, and responsive documents, his case should not be dismissed.

    Based on the foregoing, Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss.

Dated:  May 15, 2019	Respectfully submitted,

            **BERTRAM & GRAF, L.L.C.**

            /s/ Benjamin A. Bertram
            Benjamin A. Bertram, MO Bar #56945
            2345 Grand Boulevard, Suite 1925
            Kansas City, MO 64108
            Telephone: (816) 523-2205
            Facsimile:  (816) 523-8258
            benbertram@bertramgraf.com

            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

    /s/ Benjamin A. Bertram
*Attorney for Plaintiff*