IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    JEFFREY KUCINSKI
    Civil Case No. 1:19-cv-00855-RLY-TAB

## NOTICE OF ERRATA

COMES NOW, Plaintiff Jeffrey Kucinski ("Plaintiff"), by and through his counsel of record, and files this Notice of Errata with regard to his Response in Opposition to Defendants' Motion to Dismiss (Doc. 10676). Exhibit A to Plaintiff's Response in Opposition (Doc. 10676-1) omitted the email confirming submission of his PPS and related materials on May 8, 2018, and instead is a one-page document entitled "Exhibit A." The corrected document, which includes the email confirming PPS submission on May 8, 2018, is attached hereto as "Exhibit A."

Dated: May 15, 2019        Respectfully submitted,

                              **BERTRAM & GRAF, L.L.C.**

                              /s/ Benjamin A. Bertram
                              Benjamin A. Bertram, MO Bar #56945
                              2345 Grand Boulevard, Suite 1925
                              Kansas City, MO 64108
                              Telephone: (816) 523-2205
                              Facsimile: (816) 523-8258
                              benbertram@bertramgraf.com

                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 15, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        /s/ Benjamin A. Bertram
        *Attorney for Plaintiff*