IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    JEFFREY KUCINSKI
    Civil Case No. 1:19-cv-00855-RLY-TAB

## PLAINTIFF'S SECOND NOTICE OF ERRATA

COMES NOW, Plaintiff Jeffrey Kucinski ("Plaintiff"), by and through his counsel of record, and files this Second Notice of Errata with regard to his Response in Opposition to Defendants' Motion to Dismiss (Doc. 10676). Exhibit A to Plaintiff's Response in Opposition (Doc. 10676-1) omitted the email confirming submission of his PPS and related materials on May 8, 2019, and instead was a one-page document entitled "Exhibit A." Plaintiff filed a Notice of Errata (Doc. 10677) and attempted to attach as "Exhibit A" (Doc. 10677-1) the corrected document, which was supposed to include the email confirming PPS submission on May 8, 2019. For some reason, Exhibit A to Plaintiff's First Notice of Errata was also a one-page document entitled "Exhibit A," which also omitted the email confirming PPS submission on May 8, 2019.

Plaintiff now, in his Second Notice of Errata, promises the parties and the Court that the Exhibit A attached to this filing, does include the email confirming PPS submission on May 8, 2019.

Dated:  May 15, 2019              Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

    /s/ Benjamin A. Bertram
*Attorney for Plaintiff*