# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:17-cv-00685 | 1:19-cv-01486 | 1:19-cv-01507 |
| 1:17-cv-03143 | 1:19-cv-01487 | 1:19-cv-01508 |
| 1:17-cv-03910 | 1:19-cv-01489 | 1:19-cv-01510 |
| 1:17-cv-03912 | 1:19-cv-01497 | 1:19-cv-01516 |
| 1:17-cv-03918 | 1:19-cv-01498 | 1:19-cv-01517 |
| 1:17-cv-04752 | 1:19-cv-01499 | 1:19-cv-01518 |
| 1:18-cv-00053 | 1:19-cv-01500 | 1:19-cv-01519 |
| 1:18-cv-02053 | 1:19-cv-01501 | 1:19-cv-01520 |
| 1:19-cv-01376 | 1:19-cv-01502 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: May 16, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson