**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:  All Actions | |

**COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO THE COOK DEFENDANTS' MOTION IN SUPPORT OF A CASE MANAGEMENT ORDER REGARDING COORDINATION WITH STATE COURT LITIGATION**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for an extension of the due date to file their reply to Plaintiffs' Response in Opposition to the Cook Defendants' Motion in Support of a Case Management Order Regarding Coordination with State Court Litigation (Dkt. 10,653) until June 10, 2019.  In support of this Motion, the Cook Defendants state:

1. On May 13, 2019, Plaintiffs filed Plaintiffs' Response in Opposition to the Cook Defendants' Motion in Support of a Case Management Order Regarding Coordination with State Court Litigation (Dkt. 10,653).  Pursuant to Local Rule 7-1(c)(3)(A), the Cook Defendants' reply is due May 20, 2019.  However, pursuant to CMO 18, the Cook Defendants' reply is due June 10, 2019—three-days before the June 13, 2019 status conference.  For clarity, the Cook Defendants request that the Court order that the reply deadline is June 10, 2019.

2. All briefing will be complete in accordance with the deadlines set forth in CMO 18. Consequently, granting this motion will not cause any delay and the motion regarding coordination with state court litigation will be ripe for argument at the June 13, 2019 status conference.

3. The Cook Defendants' have contacted Plaintiffs' counsel about this issue, and the Plaintiffs do not object to a June 10, 2019 reply deadline.

WHEREFORE, the Cook Defendants respectfully request that the Court grant their Motion to extend the deadline for filing their reply to Plaintiffs' Response in Opposition to the Cook Defendants' Motion in Support of a Case Management Order Regarding Coordination with State Court Litigation to June 10, 2019.

Dated: May 16, 2019

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700
E-mail:  stephen.bennett@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*