# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:  All Actions

## [PROPOSED] ORDER

On May 16, 2019, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed their Unopposed Motion for Extension of Time to File Reply to Plaintiffs' Response in Opposition to the Cook Defendants' Motion in Support of a Case Management Order Regarding Coordination with State Court Litigation.  The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook Defendants' Motion.

**IT IS THEREFORE ORDERED** that the Cook Defendants' deadline to reply to Plaintiffs' Response in Opposition to the Cook Defendants' Motion in Support of a Case Management Order Regarding Coordination with State Court Litigation is **June 10, 2019**.

**SO ORDERED** this _____ day of _____, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record