IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
   1:15-cv-02039-RLY-TAB
   Plaintiff Charles Williams

**UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND
FOR LEAVE TO AMEND COMPLAINT**

Counsel, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting as plaintiff Robertine Williams on behalf of her deceased brother, Charles Williams.

1. Charles Williams filed a products liability lawsuit against Defendants on December 23, 2015, in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2. Charles Williams passed away on December 20, 2017 in Fresno County, California.

3. On September 20, 2018, Judge D.J. Kazanjian, in the Probate Division of the Superior Court for Fresno County, California appointed Robertine Williams as special administrator of her deceased brother's estate. A true and correct copy of the Order is attached hereto as Exhibit A.

4. Federal Rule of Civil Procedure 25(c) is procedural mechanism designed to facilitate continuation of action when interest in lawsuit is transferred and does not affect substantive rights of parties. See Travelers Ins. Co. v. Broadway W. St. Assocs. (S.D.N.Y. 1995), 164 FRD 154.

5. There is no time limit for FRCP 25(c) motion and determination is solely within discretion of court. See <u>USI Props. Corp. v. M.D. Constr. Co. (D.P.R. 1999), 186 FRD 255</u>, vacated, <u>(1st Cir. P.R. 2000), 230 F3d 489, 48 Fed R Serv 3d (Callaghan) 334</u>.

6. Robertine Williams further seeks leave to file the attached short form complaint to substitute herself as Plaintiff on behalf of decedent Charles Williams (see Amended Short Form Complaint, attached hereto as Exhibit B).

7. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

8. Based on the foregoing, Robertine Williams requests that this Court grant her request for substitution as Plaintiff in this action and for leave to file the Amended Short Form Complaint and direct the Clerk to file the attached Short Form Complaint.

Dated:   May 16, 2019

/s/ C. Moze Cowper
C. Moze Cowper, Esq.
**Cowper Law, LLP**
**10880 Wilshire Blvd., Ste. 1840**
**Los Angeles, CA 90024**
Texas Bar # 2495180; NJ # 00452001;
D.C # 1048045

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ C. Moze Cowper
C. Moze Cowper, Esq.

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | TELEPHONE AND FAX NOS. | FOR COURT USE ONLY |
|---|---|---|
| AMY BYRNE<br>GUTH & CHANGARIS<br>474 Century Park Drive, Suite 300<br>Yuba City, CA 95991   amy@guthchangaris.com | (530) 674-9841 | **FILED**<br>SEP 20 2018<br>FRESNO SUPERIOR COURT<br>By _____ DEPUTY<br><br>RECEIVED<br>8/9/2018 2:23 PM<br>FRESNO COUNTY SUPERIOR COURT<br>By: Teresa Avina, Deputy |
| ATTORNEY FOR *(Name)*: ROBERTINE WILLIAMS | | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Fresno<br>STREET ADDRESS: 1130 O Street, Third Floor<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Fresno, CA 93721-2220<br>BRANCH NAME: B.F. Sisk Courthouse | | |
| ESTATE OF *(Name)*:<br>CHARLES WILLIAMS<br>  DECEDENT | | |

**ESTATE OF** *(Name)*: CHARLES WILLIAMS — DECEDENT

CASE NUMBER: 18CEPR00811

## ORDER FOR PROBATE

**ORDER APPOINTING**
- ☐ Executor
- ☐ Administrator with Will Annexed
- ☐ Administrator
- ☒ Special Administrator

- ☒ ~~Order Authorizing Independent Administration of Estate~~
  - ☐ with full authority  ☒ ~~with limited authority~~

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. Date of hearing: ~~EX PARTE~~ SEP 20 2018   Time: 9:00 am   Dept./Room: 303   Judge: D.J. KAZANJIAN

**THE COURT FINDS**

2. a. All notices required by law have been given.
   b. Decedent died on *(date)*: 12/20/17
      (1) ☒ a resident of the California county named above.
      (2) ☐ a nonresident of California and left an estate in the county named above.
   c. Decedent died
      (1) ☒ intestate
      (2) ☐ testate
      and decedent's will dated: _____ and each codicil dated: _____
      was admitted to probate by Minute Order on *(date)*: _____

**THE COURT ORDERS**

3. *(Name)*: ROBERTINE WILLIAMS
   is appointed personal representative:
   a. ☐ executor of the decedent's will
   b. ☐ administrator with will annexed
   c. ☐ administrator
   d. ☒ special administrator
      (1) ☐ with general powers
      (2) ☒ with special powers as specified in Attachment 3d(2)
      (3) ☐ without notice of hearing
      (4) ☒ letters will expire on *(date)*: 8/2/2021
   and letters shall issue on qualification.

4. a. ☐ Full authority is granted to administer the estate under the Independent Administration of Estates Act.
   b. ☒ ~~Limited authority is granted to administer the estate under the Independent Administration of Estates Act (there is no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).~~

5. a. ☒ Bond is not required.
   b. ☐ Bond is fixed at: $ _____ to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $ _____ are ordered to be placed in a blocked account at *(specify institution and location)*: _____
      and receipts shall be filed. No withdrawals shall be made without a court order. ☐ Additional orders in Attachment 5c.
   d. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court order.

6. ☒ *(Name)*: RICK P. SMITH   is appointed probate referee.

Date: ~~illegible~~

JUDGE OF THE SUPERIOR COURT
☒ SIGNATURE FOLLOWS LAST ATTACHMENT

7. ☒ Number of pages attached: 1

Form Approved by the Judicial Council of California
DE-140 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]

CEB | Essential Forms
ceb.com

**ORDER FOR PROBATE**

Probate Code, §§ 8006, 8400

ORDER APPOINTING SPECIAL ADMINISTRATOR
ESTATE OF CHARLES E. WILLIAMS, 18CEPR00811

ATTACHMENT 3d(2)

The Special Administrator is granted the power to:

1. Act and sign any and all documents on Decedent's behalf with regard to the lawsuit filed in the US District Court, Southern District of Indiana against Cook Medical, Inc.;

2. Negotiate, allow, collect, approve, deny, or otherwise handle any and all settlement offers; and,

3. Open an estate bank account, upon Court order following report by special administrator of status of litigation proceeds.

_9/20/18_
Date

_[signature]_
Judge of the Superior Court

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>**MDL No. 2570** |

This Document Relates to Plaintiff(s)
**CHARLES WILLIAMS**

Civil Case # 1:15-cv-02039-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Charles Williams

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:



3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Robertine Williams, Special Administrator

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

California

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

California

6. Plaintiff's/Deceased Party's current state of residence:

California

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of California – Fresno Division

8. Defendants (Check Defendants against whom Complaint is made):

- ✓ Cook Incorporated
- ✓ Cook Medical LLC
- ✓ William Cook Europe ApS

9. Basis of Jurisdiction:

- Diversity of Citizenship

☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Jurisdiction: Paragraphs 6 through 26

Venue: Paragraphs 27 through 28

b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

- ✓ Günther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum

Other:

11. Date of Implantation as to each product:

March 12, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. Agnes Medical Center, Fresno, CA

13. Implanting Physician(s):

Dr. Paul Speece

14. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I: Strict Products Liability – Failure to Warn
- ✓ Count II: Strict Products Liability – Design Defect
- ✓ Count III: Negligence
- ☐ Count IV: Negligence Per Se
- ✓ Count V: Breach of Express Warranty
- ✓ Count VI: Breach of Implied Warranty

3

- ☐ Count VII: Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  Count VIII: Loss of Consortium

- ☐ Count IX: Wrongful Death

- ☐ Count X: Survival

- ✓ Count XI: Punitive Damages

- ✓ Other: **Manufacturing Defect** (please state the facts supporting this Count in the space, immediately below)

- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

1. Manufacturing Defect:  Defendants manufactured, prepared, compounded, assembled, processed, marketed, labeled, distributed, and sold the Cook Gunther-Tulip® Filter that was implanted into Plaintiff. The Cook Gunther-Tulip® Filter implanted in Plaintiff contained a manufacturing defect when it left the Defendants' possession.  The device differed from said Defendants' intended result and/or from other ostensibly identical units of the same product line. Plaintiff and Plaintiff's health care providers used the device in a manner that was reasonably foreseeable to Defendants.  As a result of this condition, the product injured Plaintiff and failed to perform as safely as the ordinary consumer would expect when used in a reasonably foreseeable manner. The Cook Gunther-Tulip®'s defect was a substantial factor in causing Plaintiff's harm. As a direct and proximate result of the Cook Gunther Tulip® Filter's manufacturing defect,

4

      Plaintiff has suffered and will continue to suffer serious physical injuries, economic loss, loss of enjoyment of life, disability, and other losses, in an amount to be determined at trial.

15. Attorney for Plaintiff(s):

C. Moze Cowper, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

C. Moze Cowper (NJ #00452001) (TX #24095180) (DC #1048045)

Cowper Law LLP

10880 Wilshire Boulevard, Suite 1840

Los Angeles, California 90024

                Respectfully submitted,

                /s/ C. Moze Cowper
                C. Moze Cowper, Esq.
                (NJ #00452001)
                (TX #24095180)
                (DC #1048045)
                **COWPER LAW LLP**
                10880 Wilshire Boulevard
                Suite 1840
                Los Angeles, California 90024
                Telephone: 877.529.3707
                Facsimile: 877.284.0980
                mcowper@cowperlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                /s/ C. Moze Cowper