UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAOPLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

### AFFIDAVIT OF LICEA D. SIMS

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Licea D. Sims, the undersigned affiant, who being by me duly sworn, on her oath stated:

"My name is Licea D. Sims. I am over 21 years of age, of sound mind, and capable of making this affidavit. I have personal knowledge of the facts set out in this affidavit, and they are true and correct. I am making this affidavit in support of Plaintiff Lillie Sauls' Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims for Failure to Submit Case Categorization Form and Motion to Reinstate (the Motion) in the above-referenced cause number.

"I am employed as the senior paralegal at The Spencer Law Firm. My work is supervised by Bonnie E. Spencer and by the firm's litigation counsel. As an employee I was assigned work on specific cases regarding injuries caused by a Cook Medical IVC Filter and to monitor any case related activity in MDL 2570.

"In addition to MDL 2570, The Spencer Law Firm represents numerous plaintiffs in other MDLs. I was assigned the task of monitoring the various notices of filings in multiple MDLs to determine whether they apply to our specific cases. These incoming notices sometimes number into hundreds of notices per day. In order to more effectively monitor the court filings, I set up my email in such a way that I received all notices from the MDLs to a single folder which was reviewed daily in most instances. My review consisted of the filing summary which was displayed in a reading pane so that I could read the summary and make a determination whether the filing was relevant to our specific case. It had been my experience that whenever a Court enters an order affecting a specific case the

**EXHIBIT A**

notice was sent under the case specific cause number as well as the main MDL case number, thus prompting me to open the document and review the filing for that specific case. I did not realize that in this MDL the notices of filings and orders were served under the general MDL only and that you needed to open each document to determine if it was applicable to a particular case.

"Around June 25, 2018, I downloaded and reviewed Defendants' Motion for Screening Order and Bellwether Selection Plan. Based on the language of Defendants' motion, I believed that (1) Plaintiffs' and Defendants' lead counsel would review the medical records that had already been submitted to them via the Plaintiff Profile Form and would classify the cases *for purposes of bellwether selection* per their definitions and (2) Plaintiff's case-specific counsel would receive a notice of noncompliance and a 30 day compliance period to remedy any issues. After the filing of Defendants' motion, I anticipated receiving a notice of deficiency if anything were missing from the submission of the Plaintiff Profile Form. Additionally, I reviewed the entries searching for any reference to the case specific cause number for Lillie Sauls while not realizing that all notices affecting Ms. Sauls' case would be entered under the general MDL number. Because I was looking for anything referencing our client's cause number, I inadvertently overlooked the Court's November 21, 2018 order requiring each Plaintiff to file the Case Categorization form.

"Because I was unaware of the November 21 Order, I did not realize that Defendants Second Amended Motion to Dismiss Pursuant to the Court's Case Categorization Order filed on February 21, 2019 was applicable to Lillie Sauls' case.

"On May 9, 2019 I was reviewing MDL notices. I came upon the May 8, 2019 notice that an order was entered granting Defendants' Second Amended Motion to Dismiss. Upon seeing the language in the notice that cases were dismissed for failure to serve a Categorization Form by the December 22, 2018 deadline, I downloaded the order to try and determine 1) whether this firm ever received a notice of deficiency; and 2) whether Plaintiff's case was on the list of dismissals. It was at that time that I realized I had been overlooking notices that were in fact applicable to Lillie Sauls' case.

"Had I been aware of the November 21, 2018 Order, I would have completed the Categorization Form and submitted it per the Courts order as I had all information in my possession to do so."

Further Affiant sayeth not.

_____
Licea D. Sims

2

SUBSCRIBED AND SWORN TO BEFORE ME on the 15th day of May, 2019, to certify which witness my hand and seal of office.

_____
Notary Public
In and For the State of Texas

ELIZABETH GILLESPIE
My Notary ID # 11272981
Expires July 16, 2022

3