UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAOPLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570

This Document Relates to: Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

In completing this Plaintiff Profile Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

Caption: Lillie Sauls v. Cook Incorporated et al        Date: 02/07/18
Docket No.:     1:14-ml-2570-RLY-TAB
Plaintiff(s) attorney and Contact information:
David L. Augustus (davidaugustus@spencer-law.com)
Kimberlyann A. Robards (kimrobards@spencer-law.com
The Spencer Law Firm
4635 Southwest Freeway, Suite 900, Houston, Texas 77027
Phone: 713-961-7770; Fax: 713-961-5336

## II. PLAINTIFF INFORMATION

1.  Please State:
    a.  Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable):  Lillie Mae Sauls
    b.  If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: N/A
        [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC filter.]
2.  Spouse: _____N/A_____                                        Loss of Consortium? ☐ Yes ☐ No
3.  Date of birth: _____
4.  Date of death (if applicable): ___N/A
5.  Social Security No.: __
6.  Current Address: _____

**EXHIBIT C**

a.  If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| 4015 Darlinghurst Houston, Texas 77045 | 2005-2010 |
|  |  |
|  |  |

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.
   N/A

8. Do you have children? [X]Yes ☐No

If yes, please provide the following information with respect to each child:

| Name and Address of Child | DOB | Is the Child Dependent on You? |
|---|---|---|
| Rodney S. Sauls – Estranged No address available | 11/21/1973 | No |
| Lynndora T. Harrison 6255 W. Airport Blvd #15C Houston, Texas 77035 | 03/24/1990 | No |
|  |  |  |
|  |  |  |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:
   N/A

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.
    High school graduate.

11. Are you claiming damages for lost wages: ☐Yes [X]No

12. If so, for what time period: ___ N/A

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

| Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
|---|---|---|---|
|  | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

| N/A | N/A | N/A | N/A |
|-----|-----|-----|-----|
| N/A | N/A | N/A | N/A |

    a.    Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes [X]No

    b.    If so, state the year you filed and whether the bankruptcy trustee *[has]* been notified of your pending claim.
        N/A

14.    Have you ever served in any branch of the military? ☐Yes [X]No

    a.    If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:
        N/A

15.    Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes [X]No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:
    N/A

16.    Do you have a computer? [X]Yes ☐No

17.    If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?
☐Yes [X]No ☐Not Applicable

### III. DEVICE INFORMATION

1. Date of Implant: November 2, 2009
2. Reason for Implant: Protection from blood clots
3. Brand Name: Cook Celect Filter Set Jugular Approach
4. Mfr.: William Cook Europe ApS
5. Lot Number: E2422147
6. Placement Physician (Name/Address): David Shin, M.D.
7. Medical Facility (Name/Address): Foundation Surgical Hospital of Houston f/k/a University General Hospital, 7501 Fannin, Houston, Texas 77054

(This section to be used if more than one filter is at issue)

1. Date of Implant: N/A
2. Reason for Implant: N/A
3. Brand Name: N/A
4. Mfr.: N/A
5. Lot Number: N/A
6. Placement Physician (Name/Address): N/A
7. Medical Facility (Name/Address): N/A

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?
☐Yes [X]No ☐Not Applicable

    a.    If yes, please identify any such device(s) or product(s). __None__
    b.    When was this device or product implanted in you? __N/A__
    c.    Provide the name, address and phone number of the physician(s) who implanted this other device or product? __N/A__
    d.    Provide the name and address of facilities where the other device or product *[was]* implanted in you? __N/A__

    e.    State your understanding of why was the other device or product *[was]* implanted in you? __N/A__

- *Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): __N/A__
2. Type of retrieval: __N/A__
3. Retrieval physician (Name/Address): __N/A__
4. Medical Facility (Name/Address): __N/A__
5. Reason for Retrieval: __N/A__

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A

## V. OUTCOME ATTRIBUTED TO DEVICE

| [X] Migration | [X] Other Predisposition for kidney stones and infection |
|---|---|

| | |
|---|---|
| [X] Tilt | ☐ Other |
| [X] Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| [X] Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| [X] Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

  CT Imagining during 08/2016 hospitalization  by ___Thai Duc Dang MD___
(e. g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:
  Often and without warning, a large knot comes up in my right kidney which causes severe pain for which I have to take pain medicine.  It also causes decreased kidney function.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age __66__ Height 5'9"__ Weight __178__
2. Provide your: Age Weight (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you. Age __59__ Height 5'9"__ Weight __389 lb__
3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2005-2007 - I don't remember exactly | Heart catheterization at St. Luke's Hospital Medical Center – Dr. Rahoon Rashid |
| June, 2009 | Hospitalization for hysterectomy. |
| | |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. **Before the implantation** of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

  ☐Yes [X]No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| November, 2009 | Gastric bypass surgery performed by Garth Davis, MD at University General Hospital |
| February, 2013 | Went into cardiac afib and given a life vest defibrillator at St. Luke Medical Center |
| April, 2013 | Had a pacemaker implanted at St. Luke's Medical Center by Mortizati cardiovascular surgeon |
| August, 2016 | Hospitalized for kidney issues at St. Luke's Medical Center |
|  |  |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Phillip Ho, MD – Urologist | 15655 Cypress Wood Medical Dr. Ste. 100 Houston, TX 77014 | August 2016 – present |
| Charles Hallman, MD – Cardiologist | 1101 Bates Ave. Houston, TX 77030 | August 2016 – present |
| Aashish Pandya, MD – Renal Specialist | 6624 Fannin St # 2200 Houston, TX 77030 | January 2012 – present |
| Jennifer Finch, MD – Renal Specialist | 6624 Fannin St # 2200 Houston, TX 77030 | January 2012 – present |
| Katherine Timmins, MD – Renal Specialist | 6624 Fannin St # 2200 Houston, TX 77030 | January 2012 – present |

7. Since the date that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

☐Yes [X]No

Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).
_I have extreme difficulties sleeping, walking, bending and using the restroom_

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter: ___1___

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter: ___0___

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐Yes [X]No | | |
| Crohn's Disease<br>☐Yes [X]No | | |
| Factor V Leiden<br>☐Yes [X]No | | |
| Protein Deficiency<br>☐Yes [X]No | | |
| Spinal fusion/back sx<br>☐Yes [X]No | | |
| Anti-thrombin deficiency<br>☐Yes [X]No | | |
| Prothrombin mutation<br>☐Yes [X]No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date Range | Health Problem or Surgery |
|---|---|
| 2007-present | COPD |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

    Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present? ☐Yes [X]No

    If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:
    _____N/A_____

13. Do you now or have you ever smoked tobacco products? ☐Yes [X]No

    If yes: How long have/did you smoke?  N/A

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| Voltaren 1% Gel | Joint pain | 04/2015-10/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Levothyroxine Sodium 112mcg | Thyroid activity | 08/2015-09/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Digoxin 125mcg | Management of congestive heart failure | 12/2016-10/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Lidocain 5% patch | Pain management for right side pain in the kidney area. | 04/2016-01/2018 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Lyrica | Treatment of nerve pain | 01/2017-09/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Lantus Solostar | Treatment of diabetes | 08/2016-01/2018 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Humalog Kwikpen | Treatment of diabetes | 08/2016-01/2018 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Amiodarone HCL 200 mg | Treatment of ventricular fibrillation | 02/2016-12/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Torsemide 20 mg | Treatment of fluid retention | 08/2016-12/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Duloxetine HCL 60mg | Treatment of depression and nerve pain. | 12/2015-09/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Lisinopril 2.5 mg | Treatment of high blood pressure and heart failure | 09/2015-06/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Omeprazole 20 mg | Treatment of GERD | 09/2015-12/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Allopurinol 300 mg | Uric acid reducer | 08/2017-01/2018 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Nitrostat .4mg | Treatment of chest pain | 04/2016-09/2016 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Atorvastatin Calcium 40 mg | Treatment of high cholesterol | 11/2016-12/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Potassium chloride | Treatment of low potassium | 12/2016-10/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |

| Prednisone 20mg | Treatment of degenerative disc disease | 03/2017-08/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| --- | --- | --- | --- |
| Albuterol Sulfate | Treatment of asthma | 02/2017-12/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Metoprolol Succinate 200 mg | Treatment of high blood pressure and chest pain | 12/2016-11/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Magnesium Oxide 240 mg | Treatment for low magnesium in the blood | 02/2017-10/2017 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Spironolactone 25mg | Treatment for fluid retention | 12/2017-02/2018 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Warfarin sodium 2mg | Treatment of blood clots | 12/2017-02/2018 | Kelsey Pharmacy 2727 West Holcombe Blvd Houston, Texas 77025 |
| Metolazone 2.5 mg | Fluid retention | 2014-02/2018 | CVS Pharmacy 8550 W. Airport Blvd. Houston, Texas 77071 |

### IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes [X]No. If yes, specify:

    a. Court in which lawsuit/claim was filed or initiated: ___N/A___

    b. Case/Claim Number: ___N/A___

    c. Nature of Claim/Injury: N/A

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? [X]Yes ☐No. If yes, specify:

    a. Date (or year) of application: ___2004___

    b. Type of benefits sought: ___Social Security Disability___

    c. Agency/Insurer from which you sought the benefits: ___Social Security Administration___

    d. The nature of the claimed injury/disability: ___Heart condition___

    e. Whether the claim was accepted or denied: ___Accepted___

3.  Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| Lynndora Harrison | 6255 W. Airport Blvd #15C Houston, Texas 77035 | Daughter |
| Billy Williams | 2410 Alcove Foster Drive Fresno, Texas 77545 | God Son |
| Gwen Williams | 2410 Alcove Foster Drive Fresno, Texas 77545 | God Daughter-in-law |
| Eldora Christian | 5036 Wynnetka Ave. Houston, Texas 77021 | Friend |
| Agnes Williams | 4341 Alvin St. Houston, Texas 77051 | God Daughter |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section I.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1.  If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
    Applies to me and: ☐the documents are attached OR ☐I have no documents OR [X]Does not apply to me

2.  If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
    Applies to me and: ☐the documents are attached OR ☐I have no documents OR [X]Does not apply to me

3.  Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
    Applies to me and: [X]the documents are attached OR ☐I have no documents OR ☐Does not apply to me

4.  Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
    Applies to me and: ☐the documents are attached OR ☐I have no documents OR [X]Does not apply to me

5.  Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work

      product privileged or that are between your counsel in this case and Cook or Cook's counsel.
           Applies to me and: ☐the documents are attached OR ☐I have no documents OR [X]Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)
           Applies to me and: ☐the documents are attached OR [X]I have no documents OR ☐Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.
           Applies to me and: [X]the documents are attached OR ☐I have no documents OR ☐Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.
           Applies to me and: ☐the documents are attached OR ☐I have no documents OR [X]Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.
           Applies to me and: ☐the documents are attached OR ☐I have no documents OR [X]Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders.
           Applies to me and: [X]the documents are attached OR ☐I have no documents OR ☐Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, _Lillie m. Sauls_ declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _02/07/18_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____Lilli M. Sauls_____
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____ declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Claimant]