IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
Glenda F. Pilcher

Civil Case #1:18-CV-01516

### **STIPULATION OF DISMISSAL OF CATEGORY 2 CASES**

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the cases listed in the attached Exhibit A, are dismissed without prejudice, with each party to bear its own costs. These plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. No Plaintiff listed in Exhibit A, however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated: May 16, 2019

Respectfully submitted,

THE FINNELL FIRM

/s/ Robert K. Finnell
Robert K. Finnell, GA Bar #261575
P. O. Box 63
Rome, GA 30162-0062
Telephone: 706.235.7272
Facsimile: 706.235.9461
bob@finnellfirm.com

Attorney or Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECT participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Robert K. Finnell
      Attorney for Plaintiff