**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:16-cv-02636   Annette Sales-Orr            1:18-cv-01631 Niesa Rub-Azran
1:17-cv-01911   Leroy Mosby
1:17-cv-04705   Cherry Schuster
1:18-cv-01182   Michael Morrison
1:18-cv-01196   Hector Estrella

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above captioned Plaintiffs.

Dated:   May 16, 2019

/s/ C.J. Cuneo
C.J. Cuneo (CO Bar #52041)
Andrus Wagstaff, PC
7171 W Alaska Drive
Lakewood, Colorado 80226
Telephone: (303) 376-6360
Fax: (303) 376-6361
cj.cuneo@andruswagstaff.com

/s/ John A. Dalimonte
John A. Dalimonte
Admitted Pro Hac Vice, MA Bar No. 554554)
Dalimonte Reub Stoller, LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053
john@drlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ C.J. Cuneo

US.120263840.01