# **EXHIBIT A**

# Ben Bertram

| | |
|---|---|
| **From:** | benbertram@bertramgraf.com |
| **Sent:** | Thursday, May 16, 2019 7:30 PM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |

**You have received 1 secure file from benbertram@bertramgraf.com.**
Use the secure link below to download.

To submit documents, please do the following.

Step 1: Enter your email address in the "From" box, above.

Step 2: Press the "Choose File" button and select the documents you wish to send from your computer. Internet Explorer users who wish to send multiple documents will need to either attach files one at a time or place the files in a compressed (.zip) folder prior to attaching.

Step 3: Once all of your documents are selected and listed in the "Files" box, delete this message and enter your own transmittal message.

Step 4: Click send.

If you have any problems with this process, email your questions to CookFilterMDL@FaegreBD.com. We will respond as soon as possible.

**Secure File Downloads:**
Available until: **22 May 2019**

Click link to download:

> **Welsh, Kathryn_PPS, Authorizations, Repsonsive documents.zip**
> 9.32 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by <u>Accellion</u>

# Ben Bertram

| | |
|---|---|
| **From:** | Ben Bertram |
| **Sent:** | Thursday, May 16, 2019 7:36 PM |
| **To:** | Cook Filter MDL |
| **Cc:** | Jeremy DeGraeve; Bianca Fennix; Kandy McKee |
| **Subject:** | Welsh v. Cook Incorporated, et al.; Case No. 1:19-cv-00893-RLY-TAB; Service of PPS, Authorizations, & Responsive Documents |

Counsel:

Please see the email notification below confirming submission of the following documents:

1)   Plaintiff Profile Sheet – Kathryn Welsh;
2)   PPS Authorizations;
3)   Table of Contents – Responsive Documents; and
4)   Responsive Documents.

If you have any issues downloading or opening the documents, please let us know.

Thanks,


**Benjamin A. Bertram**
Attorney | Bertram & Graf, L.L.C.
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
benbertram@bertramgraf.com
www.bertramgraf.com

Office: 816.523.2205 | Direct: 816.595.1274 | Fax: 816.523.8258



The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call (816) 523-2205.

**From:** benbertram@bertramgraf.com <benbertram@bertramgraf.com>
**Sent:** Thursday, May 16, 2019 7:30 PM

**To:** CookFilterMDL@faegrebd.com
**Subject:** CookFilterMDL

**You have received 1 secure file from <ins>benbertram@bertramgraf.com</ins>.**
Use the secure link below to download.

To submit documents, please do the following.

Step 1: Enter your email address in the "From" box, above.

Step 2: Press the "Choose File" button and select the documents you wish to send from your computer. Internet Explorer users who wish to send multiple documents will need to either attach files one at a time or place the files in a compressed (.zip) folder prior to attaching.

Step 3: Once all of your documents are selected and listed in the "Files" box, delete this message and enter your own transmittal message.

Step 4: Click send.

If you have any problems with this process, email your questions to <ins>CookFilterMDL@FaegreBD.com</ins>. We will respond as soon as possible.

**Secure File Downloads:**
Available until: **22 May 2019**

Click link to download:

    **<ins>Welsh, Kathryn_PPS, Authorizations, Repsonsive documents.zip</ins>**
    9.32 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by <ins>Accellion</ins>