**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**

**1:18-cv-01396; ROBERTSON, LATASHA**

**PLAINTIFF'S RESPONSE TO COOK DEFENDANTS' MOTION TO DISMISS**

Plaintiff files this Response to the Motion to Dismiss [DOC 10600] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"). In support of this Motion, the Plaintiff states:

1. On May 2, 2019 the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including one Plaintiff represented by the Curtis Law Group, for failure to provide a Plaintiff Profile Sheet. Attached as **Exhibit A** is the notice letter sent by the Cook Defendants, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3. Plaintiff has timely responded, within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on May 2, 2019.

4.    Plaintiff Latasha Robertson served her Profile Sheet on May 15, 2019 to Defendants. See attached Exhibit B.

WHEREFORE, Plaintiff respectfully requests that the Court deny the Cook Defendants' Motion to Dismiss and for all other just and appropriate relief as it pertains to Latasha Robertson, case 1:18-cv-01396, as she has submitted her Profile Sheet making the issue of not having a submitted PPS now moot.

Dated: May 17, 2019.

        Respectfully submitted,

        */s/ William B. Curtis*
        WILLIAM B. CURTIS
        Texas State Bar No. 00783918
        12225 Greenville Avenue, Suite 750
        Dallas, TX  75243
        Telephone (214) 890-1000
        Facsimile (214) 890-1010
        Email: bcurtis@curtis-lawgroup.com

        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, a copy of the foregoing Plaintiff's Response to Defendants Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co- Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *William B. Curtis*