# EXHIBIT B

**Josmary Gomez**

| | |
|---|---|
| **From:** | Susan Johnson |
| **Sent:** | Wednesday, May 15, 2019 8:57 PM |
| **To:** | cookfiltermdl@faegreBD.com |
| **Cc:** | Josmary Gomez |
| **Subject:** | Cook IVC MDL 2570: plaintiff profile sheet- Latasha Robertson (curing deficiency) |

Counsel,

Today I uploaded to your FTP site Plaintiff Latasha Robertson's profile sheet, signed authorizations and medical records. This cures the deficiency issued on 06/15/2018.

Thank you,

SUSAN JOHNSON
PARALEGAL



12225 GREENVILLE AVE. SUITE 750
DALLAS, TX 75243
DIRECT: (214) 890-1012
MAIN: (214) 890-1000
FAX: (214) 890-1010
sjohnson@Curtis-LawGroup.com
www.curtis-lawgroup.com