IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>    1:15-cv-02039-RLY-TAB<br>    Plaintiff Charles Williams | |

> Motion granted. The amended short form complaint is deemed filed as of the date of this order.
>
> Tim A. Baker
> U.S. Magistrate Judge
> May 17, 2019

**UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND
FOR LEAVE TO AMEND COMPLAINT**

Counsel, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting as plaintiff Robertine Williams on behalf of her deceased brother, Charles Williams.

1. Charles Williams filed a products liability lawsuit against Defendants on December 23, 2015, in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2. Charles Williams passed away on December 20, 2017 in Fresno County, California.

3. On September 20, 2018, Judge D.J. Kazanjian, in the Probate Division of the Superior Court for Fresno County, California appointed Robertine Williams as special administrator of her deceased brother's estate. A true and correct copy of the Order is attached hereto as Exhibit A.

4. Federal Rule of Civil Procedure 25(c) is procedural mechanism designed to facilitate continuation of action when interest in lawsuit is transferred and does not affect substantive rights of parties. See <u>Travelers Ins. Co. v. Broadway W. St. Assocs. (S.D.N.Y. 1995), 164 FRD 154</u>.

5. There is no time limit for FRCP 25(c) motion and determination is solely within discretion of court. See USI Props. Corp. v. M.D. Constr. Co. (D.P.R. 1999), 186 FRD 255, vacated, (1st Cir. P.R. 2000), 230 F3d 489, 48 Fed R Serv 3d (Callaghan) 334.

6. Robertine Williams further seeks leave to file the attached short form complaint to substitute herself as Plaintiff on behalf of decedent Charles Williams (see Amended Short Form Complaint, attached hereto as Exhibit B).

7. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

8. Based on the foregoing, Robertine Williams requests that this Court grant her request for substitution as Plaintiff in this action and for leave to file the Amended Short Form Complaint and direct the Clerk to file the attached Short Form Complaint.

Dated: May 16, 2019

*/s/ C. Moze Cowper*
C. Moze Cowper, Esq.
**Cowper Law, LLP**
**10880 Wilshire Blvd., Ste. 1840**
**Los Angeles, CA 90024**
Texas Bar # 2495180; NJ # 00452001; D.C # 1048045

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ C. Moze Cowper*
C. Moze Cowper, Esq.