IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>**MDL No. 2570** |

This Document Relates to Plaintiff(s)
**CHARLES WILLIAMS**

Civil Case # 1:15-cv-02039-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Charles Williams

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:


3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Robertine Williams, Special Administrator

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

California

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

California

6. Plaintiff's/Deceased Party's current state of residence:

California

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of California – Fresno Division

8. Defendants (Check Defendants against whom Complaint is made):

- ✓ Cook Incorporated
- ✓ Cook Medical LLC
- ✓ William Cook Europe ApS

9. Basis of Jurisdiction:

- Diversity of Citizenship

☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Jurisdiction: Paragraphs 6 through 26

Venue: Paragraphs 27 through 28

b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ✓ Günther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum

Other:

11. Date of Implantation as to each product:

March 12, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. Agnes Medical Center, Fresno, CA

13. Implanting Physician(s):

Dr. Paul Speece

14. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I: Strict Products Liability – Failure to Warn
- ✓ Count II: Strict Products Liability – Design Defect
- ✓ Count III: Negligence
- ☐ Count IV: Negligence Per Se
- ✓ Count V: Breach of Express Warranty
- ✓ Count VI: Breach of Implied Warranty

3

- ☐ Count VII: Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  Count VIII: Loss of Consortium

- ☐ Count IX: Wrongful Death

- ☐ Count X: Survival

- ✓ Count XI: Punitive Damages

- ✓ Other: **Manufacturing Defect** (please state the facts supporting this Count in the space, immediately below)

- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

1. Manufacturing Defect:  Defendants manufactured, prepared, compounded, assembled, processed, marketed, labeled, distributed, and sold the Cook Gunther-Tulip® Filter that was implanted into Plaintiff. The Cook Gunther-Tulip® Filter implanted in Plaintiff contained a manufacturing defect when it left the Defendants' possession.  The device differed from said Defendants' intended result and/or from other ostensibly identical units of the same product line. Plaintiff and Plaintiff's health care providers used the device in a manner that was reasonably foreseeable to Defendants.  As a result of this condition, the product injured Plaintiff and failed to perform as safely as the ordinary consumer would expect when used in a reasonably foreseeable manner. The Cook Gunther-Tulip®'s defect was a substantial factor in causing Plaintiff's harm. As a direct and proximate result of the Cook Gunther Tulip® Filter's manufacturing defect,

<u>Plaintiff has suffered and will continue to suffer serious physical injuries, economic loss, loss of enjoyment of life, disability, and other losses, in an amount to be determined at trial.</u>

15. Attorney for Plaintiff(s):

<u>C. Moze Cowper, Esq.</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>C. Moze Cowper (NJ #00452001) (TX #24095180) (DC #1048045)</u>

<u>Cowper Law LLP</u>

<u>10880 Wilshire Boulevard, Suite 1840</u>

<u>Los Angeles, California 90024</u>

Respectfully submitted,

<u>/s/ C. Moze Cowper</u>
C. Moze Cowper, Esq.
(NJ #00452001)
(TX #24095180)
(DC #1048045)
**COWPER LAW LLP**
10880 Wilshire Boulevard
Suite 1840
Los Angeles, California 90024
Telephone: 877.529.3707
Facsimile: 877.284.0980
mcowper@cowperlaw.com