**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Eveleine Lee
Civil Case No.:  1:18-cv-00797-RLY-TAB

### STIPULATION OF DISMISSAL OF CATEGORY 2 CASE

Above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-referenced case is dismissed without prejudice, with each party to bear its own costs.  This Plaintiff may refile her case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs.  If Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.  Plaintiff, however, may not refile her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in her individual case in this Court.  To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated this 17th of May, 2019.

[SIGNATURE ON NEXT PAGE]

Respectfully submitted,

| | |
|---|---|
| /s/Joshua D. Christian | /s/ James Stephen Bennett |
| Joshua D. Christian | James Stephen Bennett |
| Christian & Davis, LLC | FAEGRE BAKER DANIELS LLP |
| P.O. Box 332 | 110 W. Berry Street, Suite 2400 |
| Greenville, SC 29602 | Fort Wayne, IN 46802 |
| Phone: (864)232-7363 | Tel: 264-460-1725 |
| Fax: (864)370-3731 | Fax: 317-237-1000 |
| jchristian@christmasanddavis.com | Stephen.Bennett@FaegreBD.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that on 17th of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Joshua D. Christian
Joshua D. Christian
