# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that
is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed
in accordance with the requirements and guidelines set forth in the applicable Case Management
Order.

## I. CASE INFORMATION

**Caption:** McCain v. Cook Medical, Inc     **Date:** November 17, 2017
**Docket No.:** 1:17-cv-03969
**Plaintiff(s) attorney and Contact information:**
Lynnette Simon Marshall
Warner Law Offices, PLLC
227 Capitol Street
Charleston, WV 25301
304-345-6789

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s),
      including maiden name (if applicable): Stephanie Lanita McCain
   b. If you are completing this form in a representative capacity (e.g., on behalf of the
      estate of a deceased person), please list your full name and your relationship to the
      person listed in 1(a) above: N/A
      [If you are completing this form in a representative capacity, please respond to the
      remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: N/A     Loss of Consortium? ☐Yes ☐No
3. Date of birth: ▇▇▇▇▇▇
4. Date of death (if applicable): N/A
5. Social Security No.: ▇▇▇▇▇
6. Current Address: ▇▇▇▇▇▇▇▇▇▇▇▇▇
   a. If you have lived at this address for less than ten (10) years, provide each of your
      prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| ▇▇▇▇▇▇ | 02/2001 - 11/2011 |
|  |  |
|  |  |

1

Case 1:14-ml-02570-RLY-TAB Document 4226 Filed 04/05/17 Page 3 of 25 PageID #: 9787

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

(b) Ronald McCain, JR. 08/27/1994

8. Do you have children? ☐ Yes ☑ No

If yes, please provide the following information with respect to each child:

| Name and Address of Child | DOB | Is the Child Dependent on You? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

N/A

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

Specialist - Education Leadership - Mississippi College

11. Are you claiming damages for lost wages? ☐ Yes ☑ No

12. If so, for what time period: _____

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

| Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
|---|---|---|---|
| Jackson Public Schools | Teacher | 03/2010 - 12/2013 | $45,000 annually |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☑No

b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

_____

14. Have you ever served in any branch of the military? ☐Yes ☑No

a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

_____

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes ☑No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

_____

_____

16. Do you have a computer? ☑Yes ☐No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☑Yes ☐No ☐Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: 03/23/2012
2. Reason for Implant: Recurrent DVT while on Coumadin
3. Brand Name: Celect
4. Mfr. Cook
5. Lot Number: E2872942
6. Placement Physician (Name/Address): Dr. David D. Thomasson, St. Dominic Jackson Memorial Hospital
7. Medical Facility (Name/Address): St. Dominic Jackson Memorial Hospital, 969 Lakeland Dr., Jackson, MS 39216

(This section to be used if more than one filter is at issue)

This section is not applicable to Plaintiff

1. Date of Implant: _____
2. Reason for Implant: _____
3. Brand Name: _____
4. Mfr. _____
5. Lot Number: _____
6. Placement Physician (Name/Address): _____
7. Medical Facility (Name/Address): _____

3

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?   This section is not applicable to Plaintiff

    a.  If yes, please identify any such device(s) or product(s). _____

    b.  When was this device or product implanted in you? _____

    c.  Provide the name, address and phone number of the physician(s) who implanted this other device or product? _____

    d.  Provide the name and address of facilities where the other device or product implanted in you? _____

    e.  State your understanding of why was the other device or product implanted in you? _____

*• Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

  1.  Date of retrieval (including any attempts): This section is not applicable to Plaintiff
  2.  Type of retrieval: _____
  3.  Retrieval physician (Name/Address): _____
  4.  Medical Facility (Name/Address): _____
  5.  Reason for Retrieval: _____

(This section to be used if more than one retrieval attempted)

  1.  Date of retrieval (including any attempts): This section is not applicable to Plaintiff
  2.  Type of retrieval: _____
  3.  Retrieval physician (Name/Address): _____
  4.  Medical Facility (Name/Address): _____
  5.  Reason for Retrieval: _____

  1.  Date of retrieval (including any attempts): This section is not applicable to Plaintiff
  2.  Type of retrieval: _____
  3.  Retrieval physician (Name/Address): _____
  4.  Medical Facility (Name/Address): _____
  5.  Reason for Retrieval: _____

  1.  Date of retrieval (including any attempts): This section is not applicable to Plaintiff
  2.  Type of retrieval: _____
  3.  Retrieval physician (Name/Address): _____
  4.  Medical Facility (Name/Address): _____
  5.  Reason for Retrieval: _____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☐ Other |
| ☐ Tilt | ☐ Other |
| ☑ Vena Cava Perforation | ☑ Other  A posterior strut is embedded in the anterior cortical margin of L3 vertebral body |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

CT Scan Abdomen and Pelvis with Contrast (Venogram Protocol)    by   Robert Wineman (Dr. Seshadri Raju, MD)

(e.g. imaging studies, surgery, doctor visits)

    by  _____

    by  _____

    by  _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Four struts project outside wall of IVC: posterior strut is embedded in anterior cortical margin of L3 vertebral body;

medial strut projects into lumen of aorta; anterior strut abuts posterior margin of third portion of duodenum;

and lateral strut protrudes immediately anterior to adjacent ureter; constant pain; and swelling in legs and feet.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age  __46__  Height  __5'6"__  Weight  __170__
2. Provide your: Age  __40__  Weight  __175__  (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2007, 2009, 2010 | St. Dominic Hospital<br>969 Lakeland Drive<br>Jackson, MS 39216 |
| | |
| | |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. <u>Before the implantation</u> of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

☑Yes ☐No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) | |
|---|---|---|
| 2012 - 2017 | St. Dominic Hospital<br>969 Lakeland Drive<br>Jackson, MS 39216 | Jackson Oncology Associates<br>2969 Curran Drive, North, Suite 200<br>Jackson, MS 39216 |
| 2015 - 2017 | The Rane Center<br>971 Lakeland Drive, Suite 401<br>Jackson, MS 39216 | |
| 2017 | River Oaks Hospital<br>1030 River Oaks Drive<br>Jackson, MS 39208 | |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

Case 1:14-ml-02570-RLY-TAB   Document 4206   Filed 04/09/17   Page 8 of 25 PageID #: 9792

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

☐Yes ☑No

Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

_____

_____

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
Unknown (approximately 10)

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
Unknown (approximately 4)

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐Yes ☑No |  |  |
| Crohn's Disease<br>☐Yes ☑No |  |  |
| Factor V Leiden<br>☐Yes ☑No |  |  |
| Protein Deficiency<br>☐Yes ☑No |  |  |
| Spinal fusion/back sx<br>☐Yes ☑No |  |  |

Case 1:14-ml-02570-RLY-TAB Document 10703-1 Filed 05/17/19 Page 9 of 25 PageID #:
80701
Case 1:14-ml-02570-RLY-TAB Document 4226 Filed 03/29/17 Page 9 of 25 PageID #: 9793

| Anti-thrombin deficiency ☐Yes ☑No | | |
|---|---|---|
| Prothrombin mutation ☐Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date,
describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date Range | Health Problem or Surgery |
|---|---|
| 2007 | DVT / PE |
| 2009 | DVT |
| 2010 | DVT / PE |
| 04/2012 | DVT / PE |
| 05/2015 | DVT |
| 12/2015 | Hysterectomy |
| 04/2017 | DVT |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to
this question:

Have you experienced, been diagnosed with or received psychiatric or psychological
treatment of any type, including therapy, for any mental health conditions including
depression, anxiety or other emotional or psychiatric disorders during the three (3) years
prior to the filing of this lawsuit through the present?  ☐Yes ☑No

If yes, specify condition, date of onset, medication/treatment, treating physician and
current status of condition:

_____

_____

_____

13. Do you now or have you ever smoked tobacco products?  ☐Yes ☑No

    If yes: How long have/did you smoke? _____

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| Coumadin | Anticoagulant | 2006 - present (approximate) | Kroger 1811 W Government St. Brandon, MS 39042 |
| Zonegran | Migraine Treatment | Unknown | Same as above |
| Nodolor | Migraine Treatment | Unknown | Same as above |
| Norco | Pain | Unknown | Same as above |
| | | | |
| | | | |
| | | | |

## IX.  PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes ☑No.  If yes, specify:

    a.  Court in which lawsuit/claim was filed or initiated:_____

    b.  Case/Claim Number:_____

    c.  Nature of Claim/Injury:_____

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☐Yes ☑No.  If yes, specify:

    a.  Date (or year) of application:_____

    b.  Type of benefits sought: _____

    c.  Agency/Insurer from which you sought the benefits:_____

    d.  The nature of the claimed injury/disability: _____

e. Whether the claim was accepted or denied: _____

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☑ Does not apply to me

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
   Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☑ Does not apply to me

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
   Applies to me and: ☑ the documents are attached OR ☐ I have no documents OR ☐ Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☑ Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☑ Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)

Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

Applies to me and: ☑ the documents are attached OR ☐ I have no documents OR ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☑ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.

Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☑ Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, __Stephanie McCain__, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __[intentionally left blank]__ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____

[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____

[Signature of Consortium Plaintiff]

1582633-3 (10909-0412)

12

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*

IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet,** you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

### I. CASE INFORMATION

**Caption:** Estate of Helene Yvonne Dodd                    **Date:** 03/21/2017

**Docket No.:** 1:17-cv-00537-RLY-TAB

**Plaintiff(s) attorney and Contact information:**

Lynnette Simon Marshall

Warner Law Offices, PLLC

227 Capitol Street

Charleston, WV 25301

### II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Helene Yvonne Dodd (Maiden Name: DeBrular)
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: Ronnie Lee Dodd
      [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Ronnie L. Dodd                    Loss of Consortium?  ☑Yes ☐No
3. Date of birth: ▓▓▓▓▓▓
4. Date of death (if applicable): 02/23/2015
5. Social Security No.: ▓▓▓▓▓▓
6. Current Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
|  |  |
|  |  |
|  |  |

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

Ronnie and Helene Dodd were married on May 26, 1975 and they were married until her death.

8. Do you have children? ☑Yes ☐No

If yes, please provide the following information with respect to each child:

| Name and Address of Child | DOB | Is the Child Dependent on You? |
|---|---|---|
| Ronnie Lee Dodd, II | 05/02/1982 | No |
| Darren Dodd | 05/19/1985 | No |
| | | |
| | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:
N/A

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

12th Grade High School

11. Are you claiming damages for lost wages? ☑Yes ☐No

12. If so, for what time period: remaining work life expectancy from date of death

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

| Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
|---|---|---|---|
| North Central Regional Jail | Booking Clerk | 2006 - 02/22/2015 | $19,000 annually |
| | | | |
| | | | |
| | | | |

a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☑No

b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

N/A

14. Have you ever served in any branch of the military? ☐Yes ☑No

a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

N/A

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes ☑No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

N/A

16. Do you have a computer? ☑Yes ☐No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☐Yes ☑No ☐Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: 11/19/2010
2. Reason for Implant: Unable to anticoagulate and high risk of pulmonary emboli
3. Brand Name: Celect
4. Mfr. Cook
5. Lot Number: E2594072
6. Placement Physician (Name/Address): Patricia Stoltzfus, WVU Medicine, 1 Stadium Drive, Morgantown, WV 26505
7. Medical Facility (Name/Address): WVU Medicine, 1 Stadium Drive, Morgantown, WV 26505

(This section to be used if more than one filter is at issue)

1. Date of Implant: This section is not applicable to Plaintiff
2. Reason for Implant:
3. Brand Name:
4. Mfr.
5. Lot Number:
6. Placement Physician (Name/Address):
7. Medical Facility (Name/Address):

3

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

    a. If yes, please identify any such device(s) or product(s). This section is not applicable to Plaintiff

    b. When was this device or product implanted in you? _____

    c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? _____

    d. Provide the name and address of facilities where the other device or product implanted in you? _____

    e. State your understanding of why was the other device or product implanted in you?
_____

*• Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

    1. Date of retrieval (including any attempts): This section is not applicable to Plaintiff

    2. Type of retrieval: _____

    3. Retrieval physician (Name/Address): _____

    4. Medical Facility (Name/Address): _____

    5. Reason for Retrieval: _____

(This section to be used if more than one retrieval attempted)

    1. Date of retrieval (including any attempts): This section is not applicable to Plaintiff

    2. Type of retrieval: _____

    3. Retrieval physician (Name/Address): _____

    4. Medical Facility (Name/Address): _____

    5. Reason for Retrieval: _____

    1. Date of retrieval (including any attempts): This section is not applicable to Plaintiff

    2. Type of retrieval: _____

    3. Retrieval physician (Name/Address): _____

    4. Medical Facility (Name/Address): _____

    5. Reason for Retrieval: _____

    1. Date of retrieval (including any attempts): This section is not applicable to Plaintiff

    2. Type of retrieval: _____

    3. Retrieval physician (Name/Address): _____

    4. Medical Facility (Name/Address): _____

    5. Reason for Retrieval: _____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Death secondary to acute coronary thrombosis |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Death Certificate _____ by Dr. Frederic Humphrey _____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

This section is not applicable to Plaintiff

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>:  Age 62 at death  Height _____  Weight _____
2. Provide your:  Age 57_____  Weight 143_____ (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

3.  In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s).  Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2008 | Lung collapsed - hospitalized at St. Joseph, Parkersburg, WV |
| 2010 | Pneumonia, Life Support - WVU Medicine, Morgantown, WV |
|  |  |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4.  Before the implantation of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

    ☐Yes ☑No

5.  In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s).  Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2010 or 2011 | MRSA WVU Medicine, Morgantown, WV |
| 2011 | Went to Pittsburgh, PA hospital to see about getting lung transplant but did not have lung transplant done |
| 2011 - 2015 | COPD therapy, Camden Clark Hospital, Parkersburg, WV |

6.  To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Teresita P. De Josef, MD | 111 Lafayette Street, #201 St. Marys, WV 26170 | |
| | | |
| | | |
| | | |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

☑Yes ☐No    Plaintiff went to physical therapy related to COPD at Camden Clark Hospital

Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your *Cook Inferior Vena Cava Filter(s)*.

_____

_____

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:

_____

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:

_____

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus ☐Yes ☑No | | |
| Crohn's Disease ☐Yes ☑No | | |
| Factor V Leiden ☐Yes ☑No | | |
| Protein Deficiency ☐Yes ☑No | | |
| Spinal fusion/back sx ☐Yes ☑No | | |

| Anti-thrombin deficiency □Yes ☑No | | |
|---|---|---|
| Prothrombin mutation □Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date  Range | Health Problem or Surgery |
|---|---|
| | COPD |
| | Back Pain |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?   □Yes ☑No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

_____

_____

_____

13. Do you now or have you ever smoked tobacco products? ☑Yes ☐No

If yes: How long have/did you smoke? 20 Years

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes ☑No.  If yes, specify:

   a. Court in which lawsuit/claim was filed or initiated: N/A

   b. Case/Claim Number:

   c. Nature of Claim/Injury:

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☐Yes ☑No.  If yes, specify:

   a. Date (or year) of application: N/A

   b. Type of benefits sought:

   c. Agency/Insurer from which you sought the benefits:

   d. The nature of the claimed injury/disability:

    e.  Whether the claim was accepted or denied:_____

3.    Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| Ronnie L. Dodd, Sr. | 511 First Street<br>Pennsboro, WV 26415 | Husband |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

---

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1.    If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.

    Applies to me and: ☑the documents are attached OR ☐I have no documents OR ☐Does not apply to me

2.    If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

    Applies to me and: ☑the documents are attached OR ☐I have no documents OR ☐Does not apply to me

3.    Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.

    Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)

Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

Applies to me and: ☑the documents are attached OR ☐I have no documents OR ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.

Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☐ Does not apply to me

Case 1:14-ml-02570-RLY-TAB   Document 3247-1   Filed 12/16/16   Page 13 of 36 PageID #: 7942

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

   Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, *Ronnie L. Dodd*, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ March 21, 2017 _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

*Ronnie C Dodd*
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, *Ronnie L. Dodd* declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ March 21, 2017 _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

*Ronnie L. Dodd*
[Signature of Consortium Plaintiff]

1582633-3 (10909-0412)

12