# EXHIBIT B



Jenni Suhr <jenni.suhr@andruswagstaff.com>

---

## Case Categorization Forms

1 message

---

**C.J. Cuneo** <cj.cuneo@andruswagstaff.com>                                     Fri, May 17, 2019 at 11:01 AM
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Cc: Darlene Ambrosine <darlene.ambrosine@andruswagstaff.com>, Jenni Suhr <jenni.suhr@andruswagstaff.com>

Hello,

Attached, please find the case categorization forms for Plaintiffs Helene Dodd (estate) and Stephanie McCain. If you need anything futher, please let me know.

Thank you,

**C.J. Cuneo**
Attorney

Inline image 1
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Office: 303-376-6360
Fax: 303-376-6361
cj.cuneo@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*

---

**2 attachments**



📄 **20190517 - Dodd, Helene - Case Categorization (Cat 2, 7) (1).pdf**
3723K

📄 **20190514 - McCain, Stephanie - Case Categorization (Cat 3, 7) (1).pdf**
1199K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process").  The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com.  Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record.  Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described.  For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.    Plaintiff's Name:                                      Estate of Helene Dodd

B.    Plaintiff's Case Number:                         17-cv-00537

                                                                         Law Offices of Ben C. Martin, Matthews & Associates
C.    Plaintiff's Counsel (Lead Firm Name):   and Heaviside Reed Zaic

D.    Categorization (check each that applies and briefly describe):

   1.   Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

        Check here for Category 1:____

   2.   Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

        Check here for Category 2:  X

        Briefly describe claimed complication/outcome/injury:  Emotional distress / mental anguish.

   3.   Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

        Check here for Category 3:____

        Briefly describe claimed complication/outcome/injury:_____

   4.   Embedded and High Risk Cases:  "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

        Check here for Category 4:____

        Briefly describe claimed complication/outcome/injury:_____

2

5.   Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6.   Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7.   Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: X   .  **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

_____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: Death potentially caused by DVT resulting from filter. Further investigation in progress.

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury: Death potentially caused by DVT resulting from filter. Further investigation in progress.

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.      Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          C.J. Cuneo

Plaintiff's Counsel's Firm:          Andrus Wagstaff, PC

Plaintiff's Counsel's Signature:

4

**WEST VIRGINIA DEPARTMENT OF HEALTH & HUMAN RESOURCES**
**BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION**
**PHYSICIANS / MEDICAL EXAMINER'S CERTIFICATE OF DEATH**
**ROOM 165, 350 CAPITOL STREET, CHARLESTON, WV 25301**

003348

STATE FILE NUMBER

**DECEDENT**
44

| 1 DECEDENT'S NAME (First, Middle, Last) | | 2 SEX | 3 DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|
| HELENE YVONNE DODD | | F | 02-23-2015 |

| 4 SOCIAL SECURITY NUMBER | 5a AGE-Last Birthday (Years) | 5b UNDER 1 YEAR Months / Days | 5c UNDER 1 DAY Hours / Minutes | 6 DATE OF BIRTH (Month, Day, Year) | 7 BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| 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 | 62 | | | 12-02-1952 | Parkersburg, WV |

| 8 WAS DECEDENT EVER IN US ARMED FORCES? (Yes or no) | 9a PLACE OF DEATH (Check only one, see instructions on other side) |
|---|---|
| No | HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA  OTHER: ☐ Nursing Home ☒ Residence ☐ Other (Specify) |

| 9b FACILITY NAME (If not institution give street and number) | 9c CITY, TOWN OR LOCATION OF DEATH | 9d COUNTY OF DEATH |
|---|---|---|
| 511 First Street | Pennsboro | Ritchie |

| 10 MARITAL STATUS—Married Never Married Widowed Divorced (Specify) | 11 SURVIVING SPOUSE (If wife give maiden name) | 12a DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life) | 12b KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| Married | Ronnie L. Dodd | Booking Clerk  586 | WV Regional Jail Authority  947 |

| 13a RESIDENCE—STATE | 13b COUNTY | 13c CITY, TOWN OR LOCATION | 13d STREET AND NUMBER |
|---|---|---|---|
| WV | Ritchie | Pennsboro | 511 First Street |

| 13e INSIDE CITY LIMITS? (Yes or no) | 13f ZIP CODE | 14 WAS DECEDENT OF HISPANIC ORIGIN? (Specify No or Yes—If yes, specify Cuban, Mexican, Puerto Rican, etc.) | 15 RACE—American Indian, Black, White, etc. (Specify) | 16 DECEDENT'S EDUCATION (Specify only highest grade completed) |
|---|---|---|---|---|
| Yes | 26415 | No | White | Elementary/Secondary (0-12): 12  College (1-4 or 5+): |

**PARENTS**

| 17 FATHER'S NAME (First, Middle, Last) | 18 MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| Charles Brady DeBrular | Oma Boyce |

**INFORMANT**

| 19a INFORMANT'S NAME (Type/Print) | 19b MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| Ronnie L. Dodd | 511 First Street, Pennsboro, WV 26415 |

**DISPOSITION**

| 20a METHOD OF DISPOSITION | 20b PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 20c LOCATION—City or Town, State |
|---|---|---|
| ☒ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | Greenwood Cemetery | Greenwood, WV |

| 21 SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH | 22 NAME AND ADDRESS OF FACILITY |
|---|---|
| Noel Sturm | _____ Funeral Home  P. O. Box 485  Pennsboro, WV 26415 |

**PRONOUNCING PHYSICIAN ONLY**
ITEMS 24-26 MUST BE COMPLETED BY PERSON WHO PRONOUNCES DEATH

| 23a Complete items 23a only when certifying physician is not available at time of death to certify cause of death | 23b To the best of my knowledge death occurred at the time, date and place stated  Signature and Title ▶ | 23c DATE SIGNED (Month, Day, Year) |
|---|---|---|

| 24 TIME OF DEATH | 25 DATE PRONOUNCED DEAD (Month, Day, Year) | 26 WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? (Yes or no) |
|---|---|---|
| 1902 P M | 2-23-2015 | NO |

**CAUSE OF DEATH**

27 PART I. Enter the diseases, injuries or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) ▶ | a. Acute Myocardial Infarction  DUE TO (OR AS A CONSEQUENCE OF) | Immediate |
| Sequentially list conditions if any leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST | b. Acute Coronary Thrombosis  DUE TO (OR AS A CONSEQUENCE OF) | Immediate |
| | c. Arteriosclerotic Heart Disease  DUE TO (OR AS A CONSEQUENCE OF) | Chronic |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I | 28a WAS AN AUTOPSY PERFORMED? (Yes or no) | 28b WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or no) |
|---|---|---|
| COPD | NO | |

| 29 MANNER OF DEATH | 30a DATE OF INJURY (Month, Day, Year) | 30b TIME OF INJURY M | 30c INJURY AT WORK? (Yes or no) | 30d DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be Determined | | | | |

| | 30e PLACE OF INJURY – At home, farm, street, factory, office building, etc. (Specify) | 30f LOCATION (Street and Number or Rural Route Number, City or Town, State) |
|---|---|---|

**CERTIFIER**

31a CERTIFIER (Check only one)
☐ CERTIFYING PHYSICIAN (Physician certifying cause of death when another physician has pronounced death and completed item 23)
To the best of my knowledge death occurred due to the cause(s) and manner as stated
☒ PRONOUNCING AND CERTIFYING PHYSICIAN (Physician both pronouncing death and certifying to cause of death)
To the best of my knowledge death occurred at the time, date and place and due to the cause(s) and manner as stated
☐ MEDICAL EXAMINER/CORONER
On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and manner as stated

| 31b SIGNATURE AND TITLE OF CERTIFIER | 31c DATE SIGNED (Month, Day, Year) |
|---|---|
| Andrew F. Humphrey  Dr F. Humphrey | 2-26-15 |

| 32 NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (ITEM 27) (Type/Print) |
|---|
| 209 Limbaugh Ave - Pennsboro, W.Va. 26415 |

**REGISTRAR**

| 33 REGISTRAR'S SIGNATURE | 34 DATE FILED (Month, Day, Year) |
|---|---|
| Lela Walker | MAR 03 2015 |

FORM VS 002 (Rev 7/2005)

STATE COPY

Official Copy



| 1 STADIUM DRIVE MORGANTOWN WV 26505 | DODD,HELENE YVONNE MRN: 013534946 DOB: 12/2/1952, Sex: F Adm: 11/16/2010, D/C: 12/8/2010 |

WVU Hospitals and University Health Associates

## Procedure Notes (continued)

### Procedures signed by Zimmerman, Pamela M, MD at 11/22/10 2004  (continued)

```
TECHNICIAN'S COMMENTS:  No evidence for pseudo or hematoma.  Incidental
finding of free floating clot still seen in right CFV.

CONCLUSION:  No pseudoaneurysm or hematoma.  Right Common Femoral Vein DVT
free floating thrombus.


Pamela M Zimmerman, MD
Assistant Professor, Division of Endovascular Surgery
WVU Department of Surgery

PZ/lel/1565306; D: 11/22/2010 13:21:44; T: 11/22/2010 18:21:57

cc: Harakh Dedhia MD
    INBASKET
```

Electronically signed by Zimmerman, Pamela M, MD at 11/22/10 2004

---

## OR Surgeon Notes

### OR Surgeon by Stoltzfus, Patricia at 11/19/10 1439

| Author: Stoltzfus, Patricia | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 11/19/10 1524 | Date of Service: 11/19/10 1439 | Status: Addendum |
| Editor: Stoltzfus, Patricia | | |
| Related Notes: Original Note by Knotts, Erica filed at 11/19/10 1441 | | |

**PROCEDURE:** IVC filter placement
**INDICATION:** Unable to anticoagulate and high risk of pulmonary emoboli
**OPERATORS:** Patricia Stoltzfus, MD (staff); Erica Knotts, PA-C
**FINDINGS:** IVC filter placement through left femoral vein access.  New 12f triple lumen catheter placed in left femoral vein. Full dictation to follow.
**COMPLICATIONS:** None

---

### Encounter-Level Documents:
There are no encounter-level documents.

## Imaging Results

Resulted: 12/10/10 1116, Result status: Final result

### XR AP MOBILE CHEST [32961261] (Normal)

MRN: 013534946
DODD, HELENE YVONNE
CSN: 13397814
DOB: 12/2/1952   ADM DT: //



### WEST VIRGINIA UNIVERSITY HOSPITALS
Morgantown, West Virginia

# STAFF NOTES

NS-032(R6/07)

| Date | Time | Service |
|------|------|---------|

11·19·10    13:30    IR Rm. 12    IVC Filter Placement

Dr. Stollerfus          Scott B. ____ RT(R)(VI)

REF:  IGTCFS-65-FEM-CELECT-PERM
LOT:  E2594072
DESC: Cook® Celect® Filter Set Femoral Approach



Official Copy

**WVU Medicine**
WVU Hospitals and University Health Associates

1 STADIUM DRIVE
MORGANTOWN WV 26505
LMR REPORT

DODD,HELENE YVONNE
MRN: 013534946
DOB: 12/2/1952, Sex: F
Enc. Date: 12/10/14

## Admission Diagnoses / Reasons for Visit (ICD-9-CM) (continued)

| Code | Description | Comments |
|------|-------------|----------|
| 724.1 | Pain in thoracic spine | |

## Final Diagnoses (ICD-9-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|------|-------------|-----|----|----|-----|
| 724.1 [Principal] | Pain in thoracic spine | | | | |
| 786.50 | Chest pain, unspecified | | | | |
| 829.0 | Closed fracture of unspecified bone | | | | |
| 493.20 | Chronic obstructive asthma, unspecified | | | | |
| 401.9 | Unspecified essential hypertension | | | | |
| 425.4 | Other primary cardiomyopathies | | | | |
| 300.00 | Anxiety state, unspecified | | | | |
| 453.40 | Acute venous embolism and thrombosis of unspecified deep vessels of lower extremity | | | | |
| 482.42 | Methicillin resistant pneumonia due to Staphylococcus aureus | | | | |
| 053.9 | Herpes zoster without mention of complication | | | | |
| 011.90 | Unspecified pulmonary tuberculosis, confirmation unspecified | | | | |
| 733.90 | Disorder of bone and cartilage, unspecified | | | | |
| 412 | Old myocardial infarction | | | | |
| 737.10 | Kyphosis (acquired) (postural) | | | | |
| V15.82 | Personal history of tobacco use, presenting hazards to health | | | | |
| V58.65 | Encounter for long-term (current) use of steroids | | | | |

## Discharge Information - Patient Record Only

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---------------------|----------------------|----------------------|-------------------|------|
| None | None | None | None | Pain Mgmt-Suncrest |

Reviewed On: **12/10/2014** By: **Waldraff, June Louise, ANP**

## Allergies as of 12/10/2014

| | Noted | Reaction Type | Reactions |
|---|-------|---------------|-----------|
| **Latex** | 11/16/2010 | | Other Adverse Reaction (Add comment) |
| blisters | | | |
| **Adhesive Tape** | 11/17/2010 | | |
| Skin tears easily, please use only paper tape | | | |
| DELETED: **Nkda [No Known Drug Allergies]** | 11/17/2010 | | |

## Current Immunizations                                         Reviewed on 11/9/2011

| Name | Date |
|------|------|
| **INFLUENZA VACCINE IM** | 10/15/2012, 11/9/2011 |
| **INFLUENZA VIRUS VACCINE (ADMIN)** | 1/10/2011 |

## Home Medication Documentation Review Audit (Reverse Chronological Order)

Reviewed by Waldraff, June Louise, ANP (Nurse Practitioner) on 12/10/14 at 1422

Official Copy

 1 STADIUM DRIVE
MORGANTOWN WV 26505

WVU Hospitals and University Health Associates

DODD,HELENE YVONNE
MRN: 013534946
DOB: 12/2/1952, Sex: F
Adm: 11/16/2010, D/C: 12/8/2010

**Procedure Notes (continued)**

**Procedures signed by Zimmerman, Pamela M, MD at 11/22/10 2004  (continued)**

Pseudo:  No.
Vein patent:  Yes.


SFA:  85 cm/s.
Pseudo:  No.
Vein patent:  Yes.


AV fistula:  No.


LEFT
Distal ext iliac:  84 cm/s.
Pseudo:  No.
Vein patent:  Yes.


CFA:  123 cm/s.
Pseudo:  No..
Vein patent:  Yes.


PFA:  Not visualized due to triple lumen bandage covering site.


SFA:  Not visualized due to triple lumen bandage covering site.


AV fistula:  No.


TECHNICIAN'S COMMENTS:  No evidence for pseudo or hematoma.  Incidental
finding of free floating clot still seen in right CFV.


CONCLUSION:  No pseudoaneurysm or hematoma.  Right Common Femoral Vein DVT
free floating thrombus.



Pamela M Zimmerman, MD
Assistant Professor, Division of Endovascular Surgery
WVU Department of Surgery

PZ/lel/1565306; D: 11/22/2010 13:21:44; T: 11/22/2010 18:21:57


cc: Harakh Dedhia MD
    INBASKET




Electronically signed by Zimmerman, Pamela M, MD at 11/22/10 2004



Official Copy

1 STADIUM DRIVE
MORGANTOWN WV 26505

WVU Hospitals and University Health Associates

DODD,HELENE YVONNE
MRN: 013534946
DOB: 12/2/1952, Sex: F
Adm: 11/16/2010, D/C: 12/8/2010

## Procedure Notes (continued)

### Operative Report

#### OR Surgeon by Stoltzfus, Patricia at 11/19/10 1439

| | | |
|---|---|---|
| Author: Stoltzfus, Patricia | Service: (none) | Author Type: Physician |
| Filed: 11/19/10 1524 | Date of Service: 11/19/10 1439 | Status: Addendum |
| Editor: Stoltzfus, Patricia | | |
| Related Notes:   Original Note by Knotts, Erica filed at 11/19/10 1441 | | |

**PROCEDURE:** IVC filter placement
**INDICATION:** Unable to anticoagulate and high risk of pulmonary emoboli
**OPERATORS:** Patricia Stoltzfus, MD (staff); Erica Knotts, PA-C
**FINDINGS:** IVC filter placement through left femoral vein access.  New 12f triple lumen catheter placed in left femoral vein. Full dictation to follow.
**COMPLICATIONS:** None

Electronically signed by Knotts, Erica at 11/19/10 1441
Electronically signed by Stoltzfus, Patricia at 11/19/10 1524
Electronically signed by Stoltzfus, Patricia at 11/19/10 1524

---

#### Encounter-Level Documents:
There are no encounter-level documents.

#### Order-Level Documents:
There are no order-level documents.

#### Encounter-Level Documents:
There are no encounter-level documents.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

# Categorization Form

A.  Plaintiff's Name:  Stephanie McCain

B.  Plaintiff's Case Number:  17-cv-03969

C.  Plaintiff's Counsel (Lead Firm Name):  Law Offices of Ben C. Martin, Matthews & Associates and Heaviside Reed Zaic

D.  Categorization (check each that applies and briefly describe):

1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:_____

2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:_____

    Briefly describe claimed complication/outcome/injury:  Emotional distress / mental anguish.

3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: X

    Briefly describe claimed complication/outcome/injury:  Stenosis

4.  <u>Embedded and High Risk Cases</u>:  "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:_____

    Briefly describe claimed complication/outcome/injury:_____

5. Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:____

Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:____

Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:_X__.  **Circle all sub-categories that apply below**:

| (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy); |
|---|

Briefly describe claim of symptomatic injury:
_Occlusive clot within the center of lumen._____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:
_____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

> (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Perforation of aorta, vertebral body and duodenum.

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

> (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: Bilateral chronic DVT._____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.      Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        C.J. Cuneo

Plaintiff's Counsel's Firm:       Andrus Wagstaff, PC

Plaintiff's Counsel's Signature:

4

## SESHADRI RAJU, M.D., P.A.

### VENOUS, LYMPHATIC AND ENDOVASCULAR SURGERY

Seshadri Raju, M.D., F.A.C.S.                                                      Erin Murphy, M.D.

**REVIEW OF SYSTEMS**: General: NS; Skin: NS; Neck: NS; Respiratory: NS; Cardiovascular: NS; Genitourinary: NS; Musculoskeletal: leg pain and swelling; Neurological: NS; Hemato-Immunologic: reports normal thrombophilia panel.

**PAST MEDICAL HISTORY**: HTN, DVT, PE, migraines, osteoarthritis, histoplasmosis, asthma, ITP, low platelets, reports: hysterectomy w cyst removed: 12/11/2015, Tonsils, lung biopsy, ex-lap and endometrial ablation

LVEF not documented.Also see update on clip board.

**FAMILY AND SOCIAL HISTORY**: denies drinking; denies smoking;

**ALLERGIES**: heparin, Hives and/or rash, Latex, Natural Rubber, Hives and/or rash, Levaquin, Hives and/or rash, Zithromax and Hives and/or rash

**CURRENT MEDS:**
1. Folbic 2.5 mg-25 mg-2 mg tablet, 1 PO qd
2. Xarelto 15 mg tablet, 1 tab po bid

**EXAMINATION:**

**VITAL SIGNS:**
          B/P- 123/96
          Pulse- 88
          Weight- 177.00
          Height- 66
    **Left Lower Extremity Clinical Findings:**
General skin changes - no hyperpigmentation, dermatitis or cellulitis.
General swelling - Grade 0 - none.
Pulses - present full and equal and foot appears well perfused.

    **(Venous Clinical Severity Score, 0-30:**
Number of ulcers - (0) - none.
Size of ulcer - (0) - none.
Duration of ulcer - (0) - none.
Skin pigmentation - (0) - none, focal low intensity(tan).
Swelling - (0) - none.
Varicose veins - (0) - none.
Inflammation - (0) - none.
Induration - (0) - none.
Pain - (3) - daily, regular pain meds, severe limitation.
Stockings - (1) - use intermittently.)

    The total VCSS for the left leg is 4.

    **Right Lower Extremity Clinical Findings:**
General skin changes - no hyperpigmentation, dermatitis or cellulitis.
General swelling - Grade 0 - none.
Pulses - present full and equal and foot appears well perfused.

    (Venous Clinical Severity Score, 0-30:
Number of ulcers - (0) - none.

Patient: MCCAIN, STEPHANIE    MRNO: 30591    DOB: 08/13/1971   -   Continued
Size of ulcer - (0) - none.
Duration of ulcer - (0) - none.
Skin pigmentation - (0) - none, focal low intensity(tan).
Swelling - (0) - none.
Varicose veins - (0) - none.
Inflammation - (0) - none.
Induration - (0) - none.
Pain - (3) - daily, regular pain meds, severe limitation.
Stockings - (1) - use intermittantly.)

The total VCSS for the right leg is 4.


**DECISION MAKING:**

**DIAGNOSIS:**

1. Pain, limbs/Bilateral, Not Documented
2. Other specified soft tissue disorders, Active
3. Abnormal Findings On Diagnostic Imaging Of Other Specified Body Structures, Active
4. Other disorders of sulfur-bearing amino-acid metabolism, New


**DIAGNOSTIC TESTS:**

**FOLLOWUP:** Return Visit in 6 Months

**Treatment Stategy:** (04/11/2016) R>L:sw up to grade 4. no sw on exam. reports constant pain, nothing new. VPP/veno shows narrowed diam and deep seg ref. see progress note for incidental CT findings. Had RATLH for pelvis mass (benign).  Dr Graham and Dr Raju both agree that patient is too high risk for venous surgery Specifically, too high risk for IVC filter removal due to new acute clot near filter and history of approx 10 clots including PE while on coumadin. extensive discussion with Dr Graham, Raju and with patient regarding this.  While filter has tines outside the cava including prox to ureter and aorta there are no sx mandating retrieval in light of high risk.  In addition, the risk of her clotting any iliac stents is very high given her hx - curently would reuire filter retrieval or crushing plus stenting to relieve sx.  Would get much worse if she clots her stent.  Graham put her at high risk of future DVT and PE.


_____
Electronically signed by Erin Murphy, MD 04/11/2016 16:35:07

**Report   MCCAIN, STEPHANIE LANITA   NM LYMPHANGIOGRAM
BILAT   11/6/2015   NM**
\*\*\*\*\*\*\*\*\*\*   FINAL REPORT   \*\*\*\*\*\*\*\*\*\*
Examination:   NM   LYMPHOSCINTIGOGRAM/LYMPHANGIOGRAM OF THE LOWER
EXTREMITY, BILATERAL

History:   \E\S\E\PAIN   SWELLING   PVD

*Date:   Nov 06, 2015 08:22:00 AM*

Technique: 638 uCi   technetium 99m sulfur colloid was administered
subdermally in the first web space of the left foot. 642 uCi
technetium 99m sulfur colloid was administered subdermally in the
first web space of the right foot. After the injection, the patient
was instructed to ambulate for about 20 minutes at which point
patient returned and Anterior and Posterior planar imaging of the
bilateral lower extremities from the level of the pelvic inlet
through the toes was performed (the scan takes about 18 to 20 minutes
beginning at the pelvis/groin and progressing towards the feet).

Findings:

There is no time delay in lymphatic system transit on either side.

The intensity of radiotracer uptake and number of lymph nodes within
*the groin and pelvis is bilaterally symmetric and therefore normal.*

The intensity of radiotracer uptake within the lymphatic systems is
*bilaterally symmetric and therefore normal.*

There is no pooling of radiotracer on either side.

IMPRESSION:
Normal study. No evidence of lymphatic insufficiency.

This document has been reviewed and electronically signed Wineman,
Robert
on 11/06/2015 08:38:59

**Report   MCCAIN, STEPHANIE LANITA**
`*********` FINAL REPORT   `*********`
Exam:   XR VENOGRAM BI/

Date of Exam:   Nov 05, 2015 12:24:00 PM

Reason for Study:   PAIN   SWELLING   PVD

Findings: On insertion of 25-gauge needles into the dorsum of the right and left the feet a sending venograms performed.

Within the right leg deep venous system of the calf unremarkable. Superficial venous collaterals with incompetent perforators seen. At the right popliteal vein level there is evidence of chronic DVT with synechiae involve. The femoral veins on the right have recannulated from prior DVT and synechiae identified. Synechiae identified at the common femoral vein level as well has within the pelvis. Large pelvic collaterals present.

Within the left leg the deep venous system of the calf unremarkable. Superficial venous collaterals present. Evidence of chronic DVT left popliteal vein and left femoral vein evident with synechiae. Enlarged greater saphenous veins seen as a collateral vessel. The left iliac vein appears to be occluded and large collaterals are present in the pelvis.

IMPRESSION: Evidence of bilateral chronic DVT of femoral and popliteal veins bilaterally. Stenosis an occlusive disease of iliac veins also present.

This document has been reviewed and electronically signed McPherson, M.D., Scott H
on 11/05/2015 14:25:29

Printed information

## Report   MCCAIN, STEPHANIE LANITA    ACT VENOGRAM ABD PEL
## W   11/6/2015   CT

\*\*\*\*\*\*\*\*\*\*   FINAL REPORT   \*\*\*\*\*\*\*\*\*\*
EXAM: CT SCAN OF THE ABDOMEN AND PELVIS WITH CONTRAST (VENOGRAM
PROTOCOL)

Date:   Nov 06, 2015 10:09:42 AM

Indication:   PAIN   SWELLING   PVD . Celect retrievable
IVC filter was placed on March 23, 2012.

Comparison:   none

Technique:

Axial 5mm thick images were obtained from the diaphragm through the
perineum after the administration of IV contrast timed for a delayed
phase venogram study. Coronal and sagittal reconstructions were also
obtained.

Findings:

There is a Celect retrievable IVC filter in place, located just below
the renal veins. 4 of the struts project outside the wall of the IVC.
A posterior strut is embedded in the anterior cortical margin of L3
vertebral body with adjacent mild sclerosis. A medial strut projects
into the lumen of the aorta, but there is no evidence of clot, aorta
wall thickening, dissection, or periaortic stranding. An anterior
strut abuts the posterior margin of the third portion of the duodenum
without definite involvement. Finally, a lateral strut protrudes
immediately anterior to the adjacent unremarkable appearing and
contrast opacified ureter.

There is nearly occlusive clot within the IVC below the filter, with
clot measuring 4.2 x 0.9 x 1.4 cm.

On the left side, there is nearly occlusive clot within the mid and
distal left common iliac vein. The vein above the clot near the IVC
verification demonstrates moderate narrowing down to 7 mm (56%
narrowing). Remainder of the vein is narrowed down to 1 cm diameter.
Left external iliac vein is without evidence of clot but is mildly
diffusely narrowed down to 9 mm minimum diameter (36% narrowing).
Internal iliac and common femoral veins appear unremarkable.

On the right side, there is mild to moderate diffuse clot within the
right common iliac vein without occlusion, best seen on coronal image
57. There is diffuse narrowing of the right common iliac vein down to
8 mm minimum diameter (50% narrowing). Right external iliac vein is
without evidence of clot but is mildly diffusely narrowed down to 9
mm minimum diameter (36% narrowing). Internal iliac and common
femoral veins appear unremarkable.

No collateral veins are detected.

No arterial stenosis, aneurysm, or atherosclerotic change is seen
within the abdomen or pelvis.

Lung bases are clear.

Solid abdominal organs demonstrate a normal delayed phase enhancement
pattern. No soft tissue masses, inflammation, adenopathy, ascites, or
obvious GI tract pathology is seen within the abdomen or pelvis.
Appendix is normal.

Gallbladder demonstrates vicarious excretion of contrast from a
recent iodine examination. No gallbladder or biliary pathology is
detected.

Both renal collecting systems are opacified from a recent iodine
examination. There is normal variant complete duplication of the left
collecting system without hydronephrosis or other collecting system
abnormality on either side. Urinary bladder is also fill with
contrast from a recent exam and shows no evidence of mass or wall
thickening.

Within the pelvis, the uterus demonstrates no evidence of a lesion
and shows homogeneous enhancement. There is a circumscribed pure
fluid density cyst that appears to arise from the left ovary/adnexa
measuring 11 x 9.3 x 8.0 cm. This lesion measured 6.7 x 5.1 x 5.8 cm
on CT exam August 15, 2009. There is a smaller cyst in the right
ovary measuring 3 cm maximum diameter , mildly greater than fluid
density. No adnexal masses are seen. Trace free fluid in the
cul-de-sac is present.

Negative for acute or aggressive osseous abnormality.

IMPRESSION:
Inferior to an IVC filter, there is DVT within the IVC and bilateral
common iliac veins. The clot is nearly occlusive and is within the
center of the lumen suggesting that this is recent clot formation.

Celect retrievable IVC filter is located just below the renal veins.
IVC filter struts extend into the aorta, L3 vertebral body, abut the
third portion of the duodenum, and project close to the adjacent
ureter. This is a chronic finding with no associated ac
 ute abnormalities.

Moderate diffuse narrowing of both common iliac veins and mild
diffuse narrowing of both external iliac veins.

11 cm fluid density left adnexal/ovarian cyst. Based on the size and
slow growth of this lesion since 2009, a low grade cystic ovarian
tumor is not excluded. Nonemergent gynecological surgical consult is
recommended.

3 cm right ovarian cyst, new from prior. This is compatible with a
physiologic cyst.

Duplicated left collecting system incidentally noted.

This document has been reviewed and electronically signed Wineman,
Robert
on 11/06/2015 14:08:47