IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Jeffrey L. Morgan (deceased)_____

Civil Case # 1:19-cv-1886

---

# FIRST AMENDED SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Jeffrey L. Morgan (deceased)_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Joseph D. Morgan, as Independent Executor of the Estate of Jeffrey L. Morgan_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Illinois_____

Page 1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Illinois_____

6. Plaintiff's/Deceased Party's current state of residence:

Illinois_____

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Missouri, Eastern Division_____

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6-26 (Jurisdiction)_____

Paragraphs 27-28 (Venue)_____

b. Other allegations of jurisdiction and venue:

The Cook IVC filter device at issue was implanted in St. Louis, Missouri, and venue absent direct filing is therefore proper in the United States District Court for the Eastern District of Missouri, Eastern Division_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

☒ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

_____

11. Date of Implantation as to each product:

    August 5, 2009_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Barnes-Jewish Hospital_____

    St. Louis, Missouri_____

13. Implanting Physician(s):

    Brian G. Rubin, M.D._____

14. Counts in the Master Complaint brought by Plaintiff:

    ☒ Count I:       Strict Products Liability – Failure to Warn

    ☒ Count II:      Strict Products Liability – Design Defect

    ☒ Count III:     Negligence

    ☒ Count IV:      Negligence Per Se

    ☒ Count V:       Breach of Express Warranty

    ☒ Count VI:      Breach of Implied Warranty

    ☒ Count VII:     Violations of Applicable <u>Missouri</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐ Count VIII:    Loss of Consortium

    ☒ Count IX:      Wrongful Death

&boxtimes;  Count X:       Survival

&boxtimes;  Count XI:      Punitive Damages

☐  Other: _____ (please state the facts supporting

this Count in the space, immediately below)

☐  Other: _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiff:

Wes S. Larsen_____

16. Address and bar information for Attorney for Plaintiff:

James, Vernon & Weeks, P.A., 1626 Lincoln Way, Coeur d'Alene, Idaho 83814

Idaho Bar No. 9134; Washington State Bar No. 45299; Montana Bar No. 13509;

Utah Bar No. 14572_____

DATED this 17th day of May, 2019.

                                                    Respectfully Submitted,

                                                    JAMES, VERNON & WEEKS, P.A.

_____
Wes S. Larsen
1626 Lincoln Way
Coeur d'Alene, ID 83814
Ph: (208) 667-0683
Fax: (208) 664-1684
Email: wes@jvwlaw.net

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

_____
Wes S. Larsen