SIN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Cause No.     1:14-cv-06018-RLY-TAB (Tonya Brand)
_____

**ORDER ON THE COOK DEFENDANTS'
MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION
REGARDING PLAINTIFF'S AMENDED BILL OF COSTS**

This matter has come before the Court on Defendants' Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") Motion for Leave to File Supplemental Submission Regarding Plaintiff's Amended Bill of Costs, filed May 17, 2019. The Court, having reviewed Cook Defendants' Motion finds that good cause exists, and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that Cook may submit on or before June 17, 2019, a supplemental submission on the issue of costs.

SO ORDERED this ___day of _____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana