# EXHIBIT A

| Category 2 Cases |||
|---|---|---|
| **Plaintiff** | **Cause No.** | **Lead Counsel** |
| Adams, Jeffrey & Suzanne | 1:16-cv-03328 | BABBITT & JOHNSON, P.A. |
| Barbar, Lillian & Willie | 1:16-cv-02864 | BABBITT & JOHNSON, P.A. |
| Bennett, Robert T. | 1:16-cv-03068 | BABBITT & JOHNSON, P.A. |
| Bolton, Kenneth H. | 1:16-cv-02896 | BABBITT & JOHNSON, P.A. |
| Caldwell, Christopher S. | 1:16-cv-02620 | BABBITT & JOHNSON, P.A. |
| Chinnock, William & Gloria | 1:16-cv-01671 | BABBITT & JOHNSON, P.A. |
| Cooper, Terry | 1:16-cv-02212 | BABBITT & JOHNSON, P.A. |
| Czaporowski, John & Lucette | 1:16-cv-02833 | BABBITT & JOHNSON, P.A. |
| Gurule, Levi P. | 1:17-cv-00896 | BABBITT & JOHNSON, P.A. |
| Holloway, Kenneth C. | 1:16-cv-02993 | BABBITT & JOHNSON, P.A. |
| Hooper, Gene | 1:17-cv-03882 | BABBITT & JOHNSON, P.A. |
| Justin, Thomas | 1:16-cv-03317 | BABBITT & JOHNSON, P.A. |
| Lambert, Robert | 1:16-cv-03237 | BABBITT & JOHNSON, P.A. |
| Lewis, Walter W. | 1:16-cv-00243 | BABBITT & JOHNSON, P.A. |
| Mencarelli, John Eugene Sr. & Karen F. | 1:16-cv-01966 | BABBITT & JOHNSON, P.A. |
| Montano, Charlotte & Sam | 1:17-cv-00166 | BABBITT & JOHNSON, P.A. |
| Mosher, Joyce | 1:16-cv-01695 | BABBITT & JOHNSON, P.A. |
| Nichols, Gaye | 1:17-cv-03549 | BABBITT & JOHNSON, P.A. |
| Parker, Martha | 1:16-cv-02863 | BABBITT & JOHNSON, P.A. |
| Peetz, Robert & Mai | 1:16-cv-01968 | BABBITT & JOHNSON, P.A. |
| Powell, Patricia | 1:16-cv-02996 | BABBITT & JOHNSON, P.A. |
| Riegle, Alan & Linda | 1:16-cv-02437 | BABBITT & JOHNSON, P.A. |
| Robinson, Edward L. | 1:17-cv-00571 | BABBITT & JOHNSON, P.A. |
| Scavron, Tina M. & Len | 1:16-cv-02360 | BABBITT & JOHNSON, P.A. |
| Snyder, Jerrin | 1:16-cv-01994 | BABBITT & JOHNSON, P.A. |
| Steward, Desean L. | 1:16-cv-02897 | BABBITT & JOHNSON, P.A. |
| Turner, Jerry W. & Dolores | 1:16-cv-02255 | BABBITT & JOHNSON, P.A. |
| Wahoske, Mark A. & Stacy | 1:16-cv-02040 | BABBITT & JOHNSON, P.A. |
| Williams, Rickie | 1:17-cv-02150 | BABBITT & JOHNSON, P.A. |