UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
See Exhibit A for Action Schedule

## STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the cases listed in the attached Exhibit A, are dismissed without prejudice, with each party to bear its own costs. These plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. No Plaintiff listed in Exhibit A, however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated this 20th of May, 2019.

Respectfully submitted,

| | |
|---|---|
| s/ Merritt E. Cunningham<br>Michael G. Stag (LA Bar 23314)<br>Merritt E. Cunningham (LA Bar 32843)<br>STAG LIUZZA, LLC<br>365 Canal St., Ste. 2850<br>New Orleans, LA 70130<br>Phone: (504) 593-9600<br>Fax: (504) 593-9601<br>Email: mstag@stagliuzza.com<br>       mcunningham@stagliuzza.com<br>ATTORNEYS FOR PLAINTIFFS | /s/ James Stephen Bennett<br>James Stephen Bennett<br>FAEGRE BAKER DANIELS LLP<br>110 W. Berry Street, Suite 2400<br>Fort Wayne, IN 46802<br>Tel: 264-460-1725<br>Fax: 317-237-1000<br>Stephen.Bennett@FaegreBD.com<br>ATTORNEY FOR DEFENDANTS |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2019, I electronically filed the foregoing Certificate of Service with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Merritt E. Cunningham
Merritt E. Cunningham