**Exhibit A**

| John Ensworth | 1:18-cv-00507 |
|---|---|
| Christi Wilson | 1:17-cv-01562 |