IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-RAB
PRODUCTS LIABILITY LITIGATION     MDL No. 2570
_____

This Document Relates to Plaintiff(s)
<u>Edwin Fort, IV</u>

Civil Case: <u>1:18-cv-290</u>

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference. Plaintiff(s) further show the court as follows:

1.    Plaintiff/Deceased Party:

<u>Edwin Fort, IV</u>

2.    Spouse Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

<u>Marsha Fort</u>

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

<u>N/A</u>

4.    Plaintiff's/Deceased Party's state of residence at the time of implant:

<u>Pennsylvania</u>

5.    Plaintiff's/Deceased Party's state of residence at the time of the injury:

<u>Pennsylvania</u>

6.    Plaintiff's/Deceased Party's current state of residence:

Revised: 1/4/13

Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Pennsylvania

8. Defendant (Check Defendants against whom Complaint is made):

☒ Cook Incorporated

☒ Cook Medical LLC

☒ William Cook Europe ApS

9. Basis of Jurisdiction

☒ Diversity of Citizenship

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 1 through 8;11 of the Master Complaint.

b. Other allegations of jurisdiction and venue

A substantial portion of the events leading to Plaintiff's injuries arose in Pennsylvania making venue proper.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Gunther Tulip ® Vena Cava Filter

☒ Cook Celect ® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

2

11. Date of Implantation as to each product:

    07/21/2014

12. Hospital(s) where Plaintiff was implanted (including City and State)

    Abington Memorial Hospital in Abington, PA

13. Implanting Physician(s):

    Dr. Richard Friedenheim

14. Counts in the Master Complaint brought by Plaintiff(s)

    ☒ Count I: Strict Products Liability-Failure to warn

    ☒ Count II: Strict Products Liability-Design Defect

    ☒ Count III: Negligence

    ☒ Count IV: Negligence Per Se

    ☒ Count V: Breach of Express Warranty

    ☒ Count VI: Breach of Implied Warranty

    ☒ Count VII: Violations of Applicable Pennsylvania

    ☒ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☒ Count VIII: Loss of Consortium

    ☐ Count IX: Wrongful Death

    ☐ Count X: Survival

    ☒ Count XI: Punitive Damages

3

<u>January 31, 2018</u>　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By: /s/ Willard J. Moody_____
　　　　　　　　　　　　　　　　　　　Willard J. Moody, Jr., Esquire (VSB #22866)
　　　　　　　　　　　　　　　　　　　THE MOODY LAW FIRM, INC.
　　　　　　　　　　　　　　　　　　　500 Crawford Street, Suite 200
　　　　　　　　　　　　　　　　　　　Portsmouth, VA 23704
　　　　　　　　　　　　　　　　　　　(757) 393-4093
　　　　　　　　　　　　　　　　　　　will@moodyrrlaw.com
　　　　　　　　　　　　　　　　　　　TRIAL ATTORNEY

　　　　　　　　　　　　　　　　　　　Jonathan A. Hogins, Esquire (VSB #83982)
　　　　　　　　　　　　　　　　　　　THE MOODY LAW FIRM, INC.
　　　　　　　　　　　　　　　　　　　500 Crawford Street, Suite 200
　　　　　　　　　　　　　　　　　　　Portsmouth, VA 23704
　　　　　　　　　　　　　　　　　　　(757) 393-4093
　　　　　　　　　　　　　　　　　　　jhogins@moodyrrlaw.com

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR THE PLAINTIFFS

4