IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

BRENDA JACKSON

Civil Case # 1:19-cv-01946-RLY-TAB

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend the Complaint filed by Brenda Jackson is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record

Date: 5/20/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.