# EXHIBIT A

| CATEGORY 2 CASES | | |
|---|---|---|
| Plaintiff | Cause No. | Lead Counsel |
| Robert Leja and Anna Leja | 1:16-cv-02447-RLY-TAB | Flint Law Firm, LLC |