IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

BRENDA JACKSON

PLAINTIFF

Civil Case # 1:19-cv-01946

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Brenda Jackson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Brenda Jackson

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

North Carolina

5.      Plaintiff's/Deceased Party's state of residence at the time of injury:

North Carolina

6.      Plaintiff's/Deceased Party's current state of residence:

North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Middle District of North Carolina

8. Defendants (Check Defendants against whom Complaint is made):

☑      Cook Incorporated

☑      Cook Medical LLC

☑      William Cook Europe ApS

9. Basis of Jurisdiction:

☑      Diversity of Citizenship

        Other: _____

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28

b.  Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

                          Cook Gunther Tulip® Vena Cava Filter

      ☑       Cook Celect® Vena Cava Filter

                          Gunther Tulip Mreye

                          Cook Celect® Platinum

                          Other:

_____

11. Date of Implantation as to each product:

February 19, 2011
_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Novant Health Presbyterian Medical Center – Charlotte, NC
_____

_____

13. Implanting Physician(s):

Gregory Joseph, MD
_____

14. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☑ | Count I: | Strict Products Liability – Failure to Warn |
| ☑ | Count II: | Strict Products Liability – Design Defect |
| ☑ | Count III: | Negligence |
| ☑ | Count IV: | Negligence Per Se |

☑        Count V:        Breach of Express Warranty

☑        Count VI:       Breach of Implied Warranty

☑        Count VII:      Violations of Applicable <u>North Carolina</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

         Count VIII:     Loss of Consortium

         Count IX:       Wrongful Death

         Count X:        Survival

☑        Count XI:       Punitive Damages

         Other:          _____ (please state the facts supporting this Count in the space, immediately below)

         Other:          _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Jonathan M. Sedgh, Esq.
_____

16. Address and bar information for Attorney for Plaintiff(s):

   Jonathan M. Sedgh, NY-4557260
_____

   WEITZ & LUXENBERG, PC, 700 Broadway, New York, NY 10003
_____

_____

4

Respectfully submitted,

**WEITZ & LUXENBERG, P.C.**

*/s/ Jonathan M. Sedgh*

Jonathan M. Sedgh, NY Atty. No. 4557260
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
jsedgh@weitzlux.com

***Attorney for Plaintiffs***