WILENTZ, GOLDMAN & SPITZER P.A.
Attorneys at Law
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, New Jersey  07095
(732) 636-8000
Attorneys for Plaintiff(s)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>Lisa Castro And Luis Melendez | |

Civil Case # 1:18-cv-00217

**STIPULATION TO REINSTATE COMPLAINT OF LISA CASTRO AND LUIS MELENDEZ AS TO ALL NAMED DEFENDANTS**

This matter in the above action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that; Plaintiffs, Lisa Castro and Luis Melendez shall have their complaint reinstated as to all named defendants.

/s/Joshua S. Kincannon
Joshua S. Kincannon
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Tel: 732-855-6141
Fax: 732-726-6541
Kincannon@witlentz.com
ATTORNEY FOR PLAINTIFF

/s/ James Stephen Bennett
James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
Tel: 264-460-1725
Fax: 317-237-1000
Stephen.Bennett@FaegreBD.com
ATTORNEY FOR DEFENDANTS

#10624564.1