**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>Case No. 1:14-ml-2570-RLY-TAB |

This Document relates to:

Civil Case # 1:16-cv-03523-RLY-TAB

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff Marion Martin Jr., by and through undersigned counsel, and pursuant to FRCP 25(a) and 15(a)(2), and moves the Court to substitute Geraldine Martin as Personal Representative of the Estate of Marion Martin Jr., deceased, for Plaintiff Marion Martin Jr. Further, Plaintiff moves to for leave to file the attached First Amended Short Form Complaint. In support of this motion, Plaintiff states the following:

1. Plaintiff Marion Martin Jr. originally filed a Short Form Complaint against Defendants on December 30, 2016, in the Southern District of Indiana, MDL No. 2570. Plaintiff Marion Martin Jr. sought relief as the recipient of the IVC filter at issue.

2. On December 5, 2018, Plaintiff Marion Martin Jr. passed away.

3. Geraldine Martin was appointed as Personal Representative of the Estate of Marion Martin Jr., of which the Certificate of Appointment is attached as Exhibit B to the Amended Short Form Complaint

4. Federal Rule of Civil Procedure 25(a)(1) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for

substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit 1, which substitutes Geraldine Martin as Plaintiff.

6. The death certificate of Marion Martin Jr. is attached as Exhibit A to the Amended Short Form Complaint.

7. The Suggestion of Death for Marion Martin Jr. was filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit 1.

DATED: 05/20/2019

BY PLAINTIFFS' ATTORNEY,

By: /s/ Marlene J. Goldenberg
Marlene J. Goldenberg
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
mjgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Marlene J. Goldenberg*