Exhibit A

# DEATH CERTIFICATION

STATE FILE NUMBER : 139-18-046277

DECEDENT'S NAME: *MARION WESLEY MARTIN JR*
AKA's: NA
ARMED FORCES: YES
DATE OF BIRTH:
TYPE OF PLACE OF DEATH: HOSPITAL- INPATIENT
NAME AND ADDRESS OF PLACE OF DEATH: PALMETTO HEALTH BAPTIST, COLUMBIA, SC 29220
PLACE OF DISPOSITION: BIBLE LIGHT HOLINESS CEMETERY
DISPOSITION LOCATION: RIDGEWAY, SOUTH CAROLINA
METHOD OF DISPOSITION: BURIAL
DECEDENT'S RESIDENCE: 1022 HOOD ROAD, RIDGEWAY, FAIRFIELD COUNTY, SC, 29130
PLACE OF BIRTH: SOUTH CAROLINA
SURVIVING SPOUSE'S NAME: GERALDINE EDGER
FATHER'S NAME: MARION W MARTIN SR
MOTHER'S NAME PRIOR TO FIRST MARRIAGE: HATTIE BELL SQUIREWELL
INFORMANT'S NAME: GERALDINE MARTIN
MAILING ADDRESS:
FUNERAL HOME: NELSON'S FUNERAL HOME, LLC, 270 N DOGWOOD AVE, RIDGEWAY, SC, 29130
FUNERAL DIRECTOR: EDDIE J NELSON
EMBALMER'S NAME: EDDIE J NELSON
ACTUAL OR PRESUMED DATE OF DEATH : DECEMBER 05, 2018
ACTUAL OR PRESUMED TIME OF DEATH: 2050
CAUSE OF DEATH - PART I
DISTRIBUTIVE SHOCK

SEX: MALE
SOCIAL SECURITY NUMBER:

AGE: 69 YEARS
COUNTY OF DEATH: RICHLAND

MARITAL STATUS: MARRIED

RELATIONSHIP: FAMILY MEMBER

LICENSE NUMBER: 1592
LICENSE NUMBER: 1592
MANNER OF DEATH : NATURAL

OTHER SIGNIFICANT CONDITIONS - PART II:
NA

CORONER CONTACTED? NO
DATE OF INJURY: NA
PLACE OF INJURY: NA
LOCATION OF INJURY: NA
HOW THE INJURY OCCURRED?
NA

AUTOPSY PERFORMED? NO    AUTOPSY AVAILABLE? NA
TIME OF INJURY: NA    INJURY AT WORK? NA

CERTIFIER NAME AND TITLE: MD MITUL ASHOK PATEL    LICENSE NUMBER: 34713
CERTIFIER'S ADDRESS: TAYLOR AT MARION, COLUMBIA, SC, 29220
DATE FILED: DECEMBER 11, 2018
DATE OF ISSUANCE: DECEMBER 11, 2018
SPECIAL INSTRUCTIONS :
NA

SC07371977

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

David E. Wilson, Jr.
Acting Director

Angelia P. Saleeby
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 04/09/2018

