# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>Case No. 1:14-ml-2570-RLY-TAB |

This Document relates to:

Civil Case # 1:16-cv-03523-RLY-TAB

## **ORDER**

IT IS ORDERED that Plaintiff's Motion to Substitute Party and Amend the Short Form Complaint filed by Geraldine Martin, as Personal Representative of the Estate of Marion Martin Jr., be and the same is hereby GRANTED. The Clerk of Court is directed to substitute Geraldine Martin as Plaintiff of record in Case No. 1:16-cv-03523-RLY-TAB.

Dated this ___ day of , 2019.