# EXHIBIT A

| | |
|---|---|
| Mayeux, Mrs. Barbara G. | 1:16-cv-02292 |
| Leonard-Banford, Mrs. Catherine | 1:16-cv-02293 |
| Burley, Mr. Frank | 1:16-cv-02697 |
| Owens, Mr. Ryan | 1:16-cv-02729 |
| Irwin, Mr. Joshua | 1:16-cv-03041 |
| Webb, Ms. Marie | 1:16-cv-03320 |
| Bluem, Ms. Patricia L. | 1:17-cv-00486 |
| Laughlin, Mrs. Michele Marie | 1:17-cv-01632 |
| Ramsey, Mr. Lonnie F. | 1:17-cv-01635 |
| Manning, Ms. Pamela | 1:17-cv-03041 |
| LoGrasso, III, Mr. Michael | 1:17-cv-03047 |
| Clark, Ms. Lorraine | 1:17-cv-03049 |
| Blackshear, Ms. Connie Lee | 1:17-cv-03598 |
| Long, Mr. Stephen G. | 1:17-cv-03601 |
| Walter, Ms. Nancy | 1:17-cv-03604 |
| Weech, Ms. Shanique | 1:17-cv-04403 |
| D'Amico, Ms. Ashley | 1:18-cv-00758 |
| Vola, Mr. Salvatore | 1:18-cv-01062 |