Exhibit B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff SALEEA SHOCKLEY

Civil Case # 1:17-cv-02611

**DECLARATION OF DAVID WHITENER IN SUPPORT OF MOTION FOR RECONSIDERATION RE [10622] ORDER ON MOTION TO DISMISS PLAINITFF'S CLAIMS FOR FAIOLURE TO SUBMIT CASE CATEGORIZATION FORM AND REQUEST TO REINSTATE CASE**

I, David Whitener, hereby declare under penalty of perjury as follows:

1. I am the managing paralegal at Sill Law Group, PLLC, in the above-captioned matter. I have worked in the legal profession for over 30 years, with 26 of those years devoted completely to the management of federal MDL litigations and also state coordinated litigations in California.

2. I was assigned the IVC Filter cases in early December 2016. I have timely caused the Short Form complaint to be served in this case, along with serving the Plaintiff Fact Sheet, Medical Record Designation and medical records, at the direction of Katie Griffin, attorney of record in this case.

3. Since these cases had reached a point in the litigation timeline where complaints had been filed and served, and client-specific discovery had been completed and since this MDL docket is one of the heaviest ECF filing dockets I've seen in my 26 years of practice, I created a Rule for the ECF notifications for this MDL which caused all ECF notifications to be

automatically sent to a subfolder where they could be reviewed all together on a periodic basis.

4. On or about December 18, 2018, the IVC Filter cases were transferred to a new paralegal in our office, Shawna Carl. Prior to transferring the IVC Filter cases to her, I failed to do a last review of the docket, which caused our firm to inadvertently miss the initial December 22, 2018, deadline set by this court to submit Case Categorization forms for our clients.

5. After I transferred the IVC Filter cases to the new paralegal, I discovered on or about May 15, 2019, that Ms. Carl had a misunderstanding regarding her responsibility in reviewing these dockets in that she had not been reviewing them for purposes of confirming our clients were meeting court-imposed deadlines. See Decl. of Shawna Carl.

6. Thereafter, once this misunderstanding was discovered, we worked diligently to remedy the situation and provided the categorization form and accompanying medical records to defendants on May 16, 2019.

I, David Whitener, declare under penalty of perjury that the foregoing is true and correct; dated this 20th day of May, 2019.

_David Whitener_ (signature)

David Whitener