Exhibit A

## David Whitener

| | |
|---|---|
| **From:** | David Whitener |
| **Sent:** | Thursday, May 16, 2019 5:21 PM |
| **To:** | CookFilterMDL@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Katie Griffin; Tara Tabatabaie; Shawna Carl |
| **Subject:** | Case Categorization Form:  Stafford, Sheila, 1:17-cv-00458 |
| **Attachments:** | 17-cv-00458_Case Categorization Form_Stafford.pdf; 17-cv-00458_Stafford, Sheila-Med Records_ISO_Categorization Form.pdf |

Per the Court's May 7th Order, we are submitting the Case Categorization Form, along with supporting medical records, for the case referenced above, within the 15 day deadline provided by the Court.


David Whitener
*Paralegal*



**Sill Law Group, PLLC**
1101 N Broadway Ave, Ste. 102
Oklahoma City, OK 73103
(405) 509-6300 x106 – phone
(855) 329-8276 – toll free
(800) 978-1345 – fax
david@sill-law.com


This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This e-mail message, including any attachments hereto, contains confidential, privileged information from a law firm intended solely for the addressee. Please do not read, copy or disseminate this e-mail, or accompanying attachments unless you are both the addressee and the intended recipient. **To our clients:  if you share this email with anyone else, you may be waiving the attorney-client privilege.**  If you are not both the addressee and the intended recipient, or have otherwise received this message in error, please call us at (405) 509-6300 and ask to speak with the message sender. Also, please forward the message back to us and delete the message from your inbox and deleted items folder. Thank you.