Exhibit C

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTSLIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff Sheila Stafford

Civil Case # 1:17-cv-00458

**DECLARATION SHAWNA CARL IN SUPPORT OF MOTION FOR
RECONSIDERATION RE [10622] ORDER ON MOTION TO DISMISS PLAINITFF'S
CLAIMS FOR FAILURE TO SUBMIT CASE CATEGORIZATION FORM AND
REQUEST TO REINSTATE CASE**

I, Shawna Carl, hereby declare under penalty of perjury as follows:

1.      I am making this Declaration in support of, and as an exhibit to, the Plaintiff's

Motion for Reconsideration, the Court's Order granting Defendants Motion to Dismiss

Without Prejudice, the Plaintiff's injury claim [Dkt. 10622] in the above styled MDL and

associated Plaintiff individual Court case file.

2.      I am a paralegal having been hired by the Sill Law Group on the 7th of

December, 2018, and following the training provided by the firm to its law office programs

and procedures I was assigned to assist in all matters within the firm as those needs and

projects became known or arose.

3.      On the 18th of December 2018, I was signed up to the firms ECF notifications.

4.     Based on some misunderstanding of the assignment in this litigation, the Court's orders regarding categorization of the Plaintiffs were not discovered until the evening of May 15, 2019.

5.     Once this oversight was discovered, the issue was brought to the attention of David Whitener, the managing paralegal, and the supervising attorneys and a thorough docket search was made in both the MDL and the Plaintiffs associated court case file.

6.     Subsequently, and following the previous directives made by the Court, we satisfied the requirements imposed by the Court and promptly completed the Defendants Categorization Forms, providing them with the corresponding supporting medical documentation on May 16, 2019; this medical documentation having been previously provided to the Defendants, along with the previously provided Plaintiff Profile and Fact Sheets.

7.     Thus this inadvertent oversight was not due to a blatant disregard for the Court's Orders and only due to an assignment misunderstanding leading to the harm of the Plaintiffs' cases.

Shawna Carl

2