**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Thomas D. Johnson- 1:17-cv-4701

## STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

Above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that this case is dismissed without prejudice, with each party to bear its own costs. This plaintiff may refile his case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. No Plaintiff may refile his case if the future claim is based on one of the injuries, complications, or outcomes identified by the Plaintiff in his individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated this 20th day of May, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ *John C. Duane* | /s/ James Stephen Bennett |
| John C. Duane | James Stephen Bennett |
| MOTLEY RICE LLC | FAEBRE BAKER DANIELS LLP |
| 28 Bridgeside Blvd | 1100 W. Berry Street, Suite 2400 |
| Mount Pleasant, SC 29464 | Fort Wayne, IN 46802 |
| Tel: 843-216-9237 | Tel: 264-460-1725 |
| Fax: 843-216-9450 | Fax: 317-237-1000 |
| jduane@motleyrice.com | Stephen.Bennett@FaegreBD.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *John C. Duane*
John C. Duane