IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    EMMIE HERNDON
    Civil Case No. 1:19-cv-00890-RLY-TAB

## **PLAINTIFF'S RESPONE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

    COMES NOW, Plaintiff Emmie Herndon ("Plaintiff"), by and through her counsel of record, and files this Response in Opposition to Defendants' Motion to Dismiss (Doc. 10615). Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss and, in support thereof, states as follows:

    1)    Defendants' filed their Motion to Dismiss on May 6, 2019, because a Plaintiff Profile Sheet ("PPS") and other related documents had not been produced.

    2)    Plaintiff's completed and verified PPS and responsive documents were submitted to Defendants via e-mail to CookFilterMDL@FaegreBD.com on May 6, 2019.

    3)    Plaintiff's signed PPS authorizations were submitted to Defendants via the same email address on May 20, 2019.  Copies of the above-referenced email submissions are attached hereto as "Exhibit A."

    4)    Because Plaintiff has produced her completed PPS, signed PPS authorizations, and responsive documents, this case should not be dismissed.

Based on the foregoing, Plaintiff respectfully requests that this Court deny Defendants' Motion to Dismiss.

Dated:  May 20, 2019                                  Respectfully submitted,

                                              **BERTRAM & GRAF, L.L.C.**

                                              /s/ Benjamin A. Bertram
                                              Benjamin A. Bertram, MO Bar #56945
                                              2345 Grand Boulevard, Suite 1925
                                              Kansas City, MO 64108
                                              Telephone: (816) 523-2205
                                              Facsimile:  (816) 523-8258
                                              benbertram@bertramgraf.com

                                              ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Benjamin A. Bertram
*Attorney for Plaintiff*