# EXHIBIT A
## ACTION SCHEDULE-- STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## CATEGORY 2 CASES

| CASE NAME | CASE NUMBER |
|---|---|
| Jamie Fraley v. Cook Inc., et al. | **1:17-cv-03928** |
| Dennis and Janet Galloway v. Cook Inc., et al. | **1:18-cv-01504** |
| Natalie and Robert Fleshman v. Cook Inc., et al. | **1:18-cv-03001** |
| Martha Mayo v. Cook Inc., et al. | **1:19-cv-00109** |
| Teina and Melvin Howard v. Cook Inc., et al. | **1:19-cv-00204** |