# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br><br>Case No. 1:14-ml-2570-RLY-TAB |
| THIS DOCUMENT RELATES TO: | Judge Richard L. Young |
| *Plaintiff Steven Green*<br>Case No.: 1:15-cv-01683 | Magistrate Judge Tim A. Baker |
| *Plaintiff Mary Hollingsworth*<br>Case No.: 1:16-cv-00999 | |
| *Plaintiff David Mowrer*<br>Case No.: 1:16-cv-01053 | |

## ORDER

Plaintiff's Motion for Substitution of counsel is granted.

IT IS HEREBY ORDERED that David Matthew Haynie, formerly of the firm of BARON & BUDD, P.C., be withdrawn as counsel of record in this action and Sindhu S. Daniel of the firm of BARON & BUDD, P.C., be substituted as counsel of record for Plaintiff.

Dated: _____

_____
PRESIDING JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1