IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br><br>This Document Relates to:<br>1:16-cv-00551-SEB-DKL |

This Document Relates to Plaintiff(s)

Judith Ogden

## PLAINTIFF'S MOTION TO VACATE DISMISSAL

**NOW COMES** Plaintiff, JUDITH OGDEN, by and through her attorney, CRAIG D. BROWN and moves this Honorable Court for an order vacating the dismissal of her action entered on May 8, 2019, and in support of said motion, states as follows:

On May 8, 2019, Plaintiff's Case was dismissed for failure to provide a Categorization Form. Upon review of the Court's order, Plaintiff's counsel discovered that Plaintiff's case was inadvertently and mistakenly categorized as a non-injury case and as a result, no Categorization Form was tendered. Upon further review, it has come to Plaintiff's counsel's attention that such categorization was in error as Plaintiff did in fact suffer injury when an attempt to remove the filter was unsuccessful.

Upon recently learning of the error, Plaintiff's counsel prepared the appropriate Categorization Form and has now served it, upon Defendant Cook at CookFilterMDL@GaegreBD.com and Plaintiff's Leadership at plaintiffscoleadcounselmdl@gmail.com. This Categorization Form, along with supporting medical records, is attached hereto as Exhibit A. Based on the supporting medical records, Plaintiff believes her injuries are categorized as Category 4 "embedded and high-risk cases" because her

physician indicated that the filter is subintimally embedded and cannot be removed (see Exhibit A).

Plaintiff respectfully asks this Court for its consideration and in so weighing the harm to Plaintiff in comparison to the prejudice suffered by Defendant, find that the dismissal has caused irreparable harm and is much more significant than the prejudice suffered by defendant when Plaintiff inadvertently failed to tender the categorization form because Plaintiff's case had been inadvertently classified as a non-injury case when in reality her case is a Category 4 "embedded and high-risk case."

**WHEREFORE** Plaintiff requests the Court enter an order vacating the dismissal of her case and reinstating her case in the MDL.

Dated: May 20, 2019

Respectfully Submitted,
**MEYERS & FLOWERS, LLC**

By: /s/ Craig D. Brown
Craig Brown (IL Bar No. 6210554)
3 N. Second Street, Suite 300
St. Charles, IL 60174
E-mail: cdb@meyers-flowers.com
Tel: (630) 333-6374
Fax: (630) 845-8982

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 20, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                         By: /s/ Craig D. Brown
                                               Craig Brown (IL Bar No. 6210554)
                                             3 N. Second Street, Suite 300
                                             St. Charles, IL 60174
                                             E-mail: cdb@meyers-flowers.com
                                             Tel: (630) 333-6374
                                             Fax: (630) 845-8982