# EXHIBIT A

**Categorization Form**

A.  Plaintiff's Name:  __Judith Ogden_____

B.  Plaintiff's Case Number:  __1:16-cv-00551_____

C.  Plaintiff's Counsel (Lead Firm Name):  __Meyers & Flowers, LLC_____

D.  Categorization (check each that applies and briefly describe):

1.  <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:____

2.  <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:____

    Briefly describe claimed complication/outcome/injury:_____

3.  <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:____

    Briefly describe claimed complication/outcome/injury:_____

4.  <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ✓

    Briefly describe claimed complication/outcome/injury: <u>Attempted removal failed and was</u> advised the filter could not be removed.

1

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

    Check here for Category 5: ✓

    Briefly describe claimed complication/outcome/injury:  Failed attempted removal

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    Check here for Category 6:____

    Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    Check here for Category 7:____.  **Circle all sub-categories that apply below**:

    (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

    Briefly describe claim of symptomatic injury:
    _____

    (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

    Briefly describe claim of symptomatic injury:
    _____

    (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

    Briefly describe claim of symptomatic injury:
    _____

    (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

    (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

    (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

    (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

    (h) infection;

Briefly describe claim of symptomatic injury:_____

    (i) bleeding;

Briefly describe claim of symptomatic injury:_____

    (j) death; and

Briefly describe claim of symptomatic injury:_____

    (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:     _Peter J. Flowers_____

Plaintiff's Counsel's Firm:     _Meyers & Flowers, LLC_____

# Revere Health
formerly known as Central Utah Clinic
**1055 N. 500 W.**
**Provo, UT  84604**
801-429-8000

Patient: JUDITH J. OGDEN  
       1159 N 560 W  
       OREM, UT 84057

MRN: 24269  
DOB: 01/24/1945  
Age:    72  
Gender:  F

Encounter Date: 06/03/2013

```
 - SP PLACE FILTER/CATH VENA CAVA
CC:

   MAIN(TIMPANOGOS REGIONAL HOSP)     Name: OGDEN,JUDITH J
   750 West 800 North                 Phys: Jackson,Robert T   MD
   Orem, UT                           DOB: 01/24/1945  Age: 68      Sex: F
   84057                              Acct: Z00610645511  Loc: Z.SDH9 A
   PHONE #: 801-714-6520              Exam Date: 06/03/2013 Status: ADM IN
     FAX #: 801-714-6529              Radiology No: 00128015
 .                                    Unit No: Z000067674


   EXAMS                                    START DATE/TIME
 000542604 SP PLACE FILTER/CATH VEN 06/03/13   1518

         REFERRING PHYSICIAN:  Robert Jackson

      EXAMINATION:  - SP PLACE FILTER/CATH VENA CAVA

       Inferior venacavogram, bilateral renal venograms, and IVC filter
      placement

      HISTORY: Osteoarthritis planned total knee replacement.

      Informed consent was obtained.  The right groin was prepped and draped
      in sterile fashion.  Via a right common femoral vein approach, a 5
      French sheath was placed into the external iliac vein.  A pelvic
      venogram was normal. Subsequently, a 5 French pigtail catheter was
      placed into the distal IVC and an inferior vena cavogram performed.
      This demonstrated a normal sized patent cava.  Subsequently a 5 French
      Cobra catheter was used to selectively catheterize the left renal
      veins.  There were no venous anomalies.  The left renal vein is the
      most inferior.  Subsequently, a Cook Celect IVC filter was deployed in
      with its apex at the lower most renal vein at the L2 level.  A
      followup cavogram demonstrated that the filter was deployed normally
      and functional.

      The patient tolerated the procedure well without immediate
      complication.  Sublimaze and Versed were used for conscious sedation
      and analgesia.
```

Printed By: 214582       1 of 3       6/19/17 1:48:42 PM

Patient:     JUDITH J. OGDEN
Encounter:   Jun 3 2013 7:30AM     MRN:    24269

```
Procedures performed:
1. Left renal vein catheterization: 36011--LT
2. Inferior venacavogram: 75825
3. IVC filter placement: 37620
4. IVC filter placement, supervision and interpretation:: 75940
5. Moderate conscious sedation: 99144

   IMPRESSION: Successful IVC filter placement.


   ** Electronically Signed by M.D. Richard T. Jackson **
   **            on 06/03/2013 at 1545                  **
            Reported and signed by: Richard T. Jackson, M.D.




PAGE  1                     Signed Report                  (CONTINUED)


 MAIN(TIMPANOGOS REGIONAL HOSP)      Name: OGDEN,JUDITH J
 750 West 800 North                  Phys: Jackson,Robert T   MD
 Orem, UT                            DOB: 01/24/1945   Age: 68      Sex: F
 84057                               Acct: Z00610645511  Loc: Z.SDH9 A
 PHONE #: 801-714-6520               Exam Date: 06/03/2013 Status: ADM IN
   FAX #: 801-714-6529               Radiology No: 00128015
 .                                   Unit No: Z000067674

 EXAMS                            START DATE/TIME
 000542604 SP PLACE FILTER/CATH VEN 06/03/13  1518
     <Continued>
```

Patient:      JUDITH J. OGDEN
Encounter:    Jun 3 2013 7:30AM     MRN:      24269

CC: Walstir Fonseca MD; Robert T Jackson, M.D.

Dictated Date/Time: 06/03/2013 (1544)
Technologist: JOHNSTUN,BRYCE
Transcribed Date/Time: 06/03/2013 (1545)
Transcriptionist: DR.JACRI2
Electronic Signature Date/Time: 06/03/2013 (1545)
Printed Date/Time: 06/03/2013 (1549) BATCH NO: N/A

PAGE   2                    Signed Report

        printed by: 214582         06/19/2017 13:48

Pt: JUDITH OGDEN    MRN: Z56689    Attending: Jackson H, Richard

## Lab

### Hematology

| Hgb (gm/dl) (12.0 - 18.0) | Hct (%) (37.0 - 55.0) | RBC (MIL/MM3) (4.8 - 6.2) | WBC (th/mm3) (4.8 - 10.8) | Plat (thousands) (140.0 - 450.0) |
|---|---|---|---|---|
| 11.4 | 34.5 | 3.8 | 5.5 | 294 |

### Other Chemistries

| Glu (mg/dl) (60.0 - 110.0) | BUN (mg/dl) (8.0 - 20.0) | Creat (mg/dl) (0.1 - 9.0) | BUN:Creat (1:x) (10.0 - 20.0) |
|---|---|---|---|
| 85 | 16 | 1.2 | 13.3 |

### Coagulation

| PT (sec) (10.8 - 13.8) | INR (PTT:PT) (0.5 - 2.0) |
|---|---|
| 10.9 | 0.9 |

### Electrolytes

| Na (meq/l) (135.0 - 146.0) | K (meq/l) (3.8 - 5.1) | Cl (meq/l) (101.0 - 111.0) | CO2 (mmol/L) (23.0 - 29.0) | Ca (mg/dl) (9.0 - 10.5) |
|---|---|---|---|---|
| 141 | 4.7 | 107 | 25 | 9.5 |

## Medication

| Date | Time | Drug | Dosage | Unit | Route |
|---|---|---|---|---|---|
| 06/03/2013 | 09:45:25 | FENTANYL | 50 | mcg | IV |
| 06/03/2013 | 09:45:30 | VERSED | 2 | mg | IV |

## Equipment

| Time | Manufacturer | Description | Size | Part Number |
|---|---|---|---|---|
| 09:57 | Merit | TUBING MERIT 20379 | 12IN | HPF100E |
| 09:57 | Merit | TUBING MERIT 20379 | 12IN | HPF100E |
| 09:57 | Merit | TUBING MERIT 20379 | 12IN | HPF100E |
| 09:57 | Merit | TUBING MERIT 150323 | 48IN | HPF480E |
| 09:57 | Merit | CV MANIFOLD MERIT K0905443 577086 | | K09-05443 |
| 09:57 | Cordis J&J | INFINITY PIGTAIL ANGLED 145 353929 | 5F x 110cm | 534652S |
| 09:57 | Cook | COOK FIXED CORE SAFE TJ 145 (519200) | .035 X 145 | G00542 |
| 10:10 | Cook | GUNTHER TULIP CELECT FEM 723190 | 8.5F X 50 | G33016 |

## Assessments

Assessment Type: Final Case    Date : 06/03/2013    Time : 10:12:30

Study Date: 06/03/2013    "CATHS"    Study #: , DOB:01/24/1945    3 of 6

# Revere Health
formerly known as Central Utah Clinic
**1055 N. 500 W.
Provo, UT 84604**
801-429-8000

Patient: JUDITH J. OGDEN  
    1159 N 560 W  
    OREM, UT 84057

MRN: 24269  
DOB: 01/24/1945  
Age: 72  
Gender: F

Encounter Date: 07/22/2013

```
  - SP VENA CAVA CATH
CC:

  MAIN(TIMPANOGOS REGIONAL HOSP)        Name: OGDEN,JUDITH J
  750 West 800 North                    Phys: Jackson,Robert T    MD
  Orem, UT                              DOB: 01/24/1945  Age: 68       Sex: F
  84057                                 Acct: Z00610741666  Loc: Z.CL
  PHONE #: 801-714-6520                 Exam Date: 07/22/2013 Status: DEP SDC
    FAX #: 801-714-6529                 Radiology No: 00128015
.                                       Unit No: Z000067674


  EXAMS                                 START DATE/TIME
000547660 SP VENA CAVA CATH             07/22/13   1246

        REFERRING PHYSICIAN:  Robert Jackson

        EXAMINATION:  Inferior vena cavogram, left renal venogram, with
        attempted IVC filter removal

        HISTORY: 68-year-old who had a prophylactic filter placed in June
        prior to bilateral total knee arthroplasties.  She presents for
        removal.

        The rationale, nature, risks, and alternatives of this procedure were
        discussed with the patient and her daughter and informed consent
        obtained.

        She was placed supine on the interventional table and the right neck
        prepped and draped in sterile fashion.  Using ultrasound guidance, a
        21-gauge needle was advanced into the low right IJ.  A 0.018 wire was
        advanced into the superior vena cava and a 5 French catheter placed.
        Subsequently, the inferior vena cava was catheterized through the
        filter and numerous inferior vena cavagrams obtained.  This
        demonstrated significant tilting of the filter.  The apex lies in a
        left renal vein, probably the circumaortic portion.  The of the filter
        is subintimally embedded.  The left renal vein was catheterized.  The
        apex could not be dislodged out of the vein.  There is no clot in the
        filter.  The filter could not be removed.

        The patient tolerated the procedure well without immediate
```

Patient:      JUDITH J. OGDEN
Encounter:    Jul 22 2013 12:55PM     MRN:      24269

```
complication.  Sublimaze and Versed were used for moderate conscious
sedation.

Procedures performed:

1. Left renal vein catheterization:  36011
IVC filter removal:  37193
US guidance:  76937

   IMPRESSION: Unsuccessful IVC filter retrieval.  The filter is
   significantly tilted with the apex in a left renal vein and the hook
   embedded.


     ** Electronically Signed by Brent T Layton M.D. **
     **            on 07/22/2013 at 1303              **
             Reported and signed by: Brent T Layton M.D.




PAGE  1                     Signed Report                    (CONTINUED)


   MAIN(TIMPANOGOS REGIONAL HOSP)    Name: OGDEN,JUDITH J
   750 West 800 North                Phys: Jackson,Robert T   MD
   Orem, UT                          DOB: 01/24/1945   Age: 68      Sex: F
   84057                             Acct: Z00610741666  Loc: Z.CL
   PHONE #: 801-714-6520             Exam Date: 07/22/2013 Status: DEP SDC
     FAX #: 801-714-6529             Radiology No: 00128015
.                                   Unit No: Z000067674


   EXAMS                          START DATE/TIME
   000547660 SP VENA CAVA CATH    07/22/13  1246
       <Continued>
```

Patient:      JUDITH J. OGDEN
Encounter:    Jul 22 2013 12:55PM    MRN:     24269

CC: Walstir Fonseca MD; Robert T Jackson, M.D.

Dictated Date/Time: 07/22/2013 (1255)
Technologist: JOHNSTUN,BRYCE
Transcribed Date/Time: 07/22/2013 (1303)
Transcriptionist: DR.LAYBR
Electronic Signature Date/Time: 07/22/2013 (1303)
Printed Date/Time: 07/22/2013 (1309) BATCH NO: N/A

PAGE   2                          Signed Report

       printed by:  214582        06/19/2017 13:48