IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br><br>This Document Relates to:<br>1:16-cv-00551-SEB-DKL |

This Document Relates to Plaintiff(s)

Judith Ogden

### ORDER GRANTING PLAINTIFF JUDITH OGDEN'S MOTION TO VACATE DISMISSAL

**THIS COURT**, having reviewed Plaintiff's Motion to Vacate Dismissal related to this Court's order entered on May 8, 2019 for failure to submit Case Categorization Form, the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made hereby finds that Plaintiff's Motion should be GRANTED. It is therefore ordered:

ORDERED that the Motion to Vacate Dismissal is GRANTED;

ORDERED that Cause No. 1:16-cv-00551-SEB-DKL is hereby reinstated. The Court directs the Clerk to take all steps necessary to reinstate the case on the Court's Docket.

SIGNED this _____ day of _____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana