## EXHIBIT A

| Plaintiff | Cause No. |
|---|---|
| Green, Steven | 1:15-cv-01683 |
| Hollingsworth, Mary | 1:16-cv-00999 |
| Mowrer, David | 1:16-cv-01053 |