IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Plaintiff Max D. Berry

Civil Case # 1:17-CV-1724-RLY-TAB

## STIPULATION OF DISMISSAL OF CATEGORY 2 CASE

The above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the case listed above is dismissed without prejudice, with each party to bear its own costs. Plaintiff may refile his case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiff may not refile his case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Date:  May 20, 2019              Respectfully submitted,

                                 /s/Nicole K.H. Maldonado
                                 Nicole K.H. Maldonado (CA Bar No. 207715)
                                 *Admitted to USDC Southern Indiana*
                                 Michael L. Baum, Esq.  (CA Bar No. 119511)
                                 BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
                                 10940 Wilshire Blvd., 17th Floor
                                 Los Angeles, CA 90024
                                 (310) 207-3233 Tel  //  (310) 820-7444 Fax
                                 nmaldonado@baumhedlundlaw.com
                                 mbaum@baumhedlundlaw.com

                                 ***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2019, a copy of the foregoing STIPULATION OF DISMISSAL OF CATEGORY 2 CASE was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                      /s/ Nicole K.H. Maldonado