**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

ARTHUR L. HOWARD

Civil Case #   1:18-cv-01315-RLY-TAB

**STIPULATION OF DISMISSAL OF CATEGORY 2 CASES**

Above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-referenced case is dismissed without prejudice, with each party to bear its own costs. This plaintiff may refile their case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiff, however, may not refile his case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated this 20th of May, 2019.

Respectfully submitted,

| | |
|---|---|
| *s/ David P. Matthews* | /s/ James Stephen Bennett |
| David P. Matthews, Bar No. 13206200 | James Stephen Bennett |
| MATTHEWS & ASSOCIATES | FAEGRE BAKER DANIELS LLP |
| 2905 Sackett Street | 110 W. Berry Street, Suite 2400 |
| Houston, TX 77098 | Fort Wayne, IN 46802 |
| Tel:  (713) 522-5250 | Tel: 264-460-1725 |
| Fax:  (713) 535-7184 | Fax: 317-237-1000 |
| matthewsivc@thematthewslawfirm.com | Stephen.Bennett@FaegreBD.com |
| dmatthews@thematthewslawfirm.com | ATTORNEY FOR DEFENDANTS |
| ATTORNEY FOR PLAINTIFF | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on 20th of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ David P. Matthews
      David P. Matthews