# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br><br>Case No. 1:14-ml-2570-RLY-TAB |
| THIS DOCUMENT RELATES TO: | Judge Richard L. Young |
| *Plaintiff Brian Giddens*<br>Case No.: 1:16-cv-00996 | Magistrate Judge Tim A. Baker |
| *Plaintiff Lizabeth Layton*<br>Case No.: 1:16-cv-01001 | |

## NOTICE OF APPEARANCE AND MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM

COMES NOW the Plaintiffs in the above-referenced actions and moves that Sindhu S. Daniel of the firm of BARON & BUDD, P.C., be substituted as counsel of record; and, in conjunction therewith, that David Matthew Haynie, formerly of the firm of Baron & Budd, P.C., be withdrawn as counsel of record in this action.

WHEREFORE, Sindhu S. Daniel hereby enters her appearance in these actions as counsel for Plaintiffs.

Dated: May 21, 2019        RESPECTFULLY SUBMITTED:

/s/Sindhu S. Daniel
Sindhu S. Daniel
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Tel.: 214-521-3605
Fax: 214-520-1181
sdaniel@baronbudd.com

*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

/s/Sindhu S. Daniel
Sindhu S. Daniel

*Counsel for Plaintiff*