UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 2570 ) ) Case No. 1:14-ml-2570-RLY-TAB ) ) |
| THIS DOCUMENT RELATES TO: | ) Judge Richard L. Young ) |
| *Plaintiff Brian Giddens* Case No.: 1:16-cv-00996 | ) Magistrate Judge Tim A. Baker ) ) |
| *Plaintiff Lizabeth Layton* Case No.: 1:16-cv-01001 | ) ) ) ) ) ) ) |

## ORDER

Plaintiff's Motion for Substitution of counsel is granted.

IT IS HEREBY ORDERED that David Matthew Haynie, formerly of the firm of BARON & BUDD, P.C., be withdrawn as counsel of record in this action and Sindhu S. Daniel of the firm of BARON & BUDD, P.C., be substituted as counsel of record for Plaintiff.

Dated: _____

_____
PRESIDING JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1