## EXHIBIT A

| Plaintiff | Cause No. |
|---|---|
| Giddens, Brian | 1:16-cv-00996 |
| Layton, Lizabeth | 1:16-cv-01001 |