**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2570<br><br>Case No. 1:14-ml-2570-RLY-TAB |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Richard L. Young |
| *Plaintiff Brian Giddens*<br>Case No.: 1:16-cv-00996 | ) ) ) | Magistrate Judge Tim A. Baker |
| *Plaintiff Lizabeth Layton*<br>Case No.: 1:16-cv-01001 | ) ) ) ) ) ) | |

## WITHDRAWAL OF STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

Above-titled Plaintiffs withdraw the Stipulation of Dismissal (Dkt. 10743 in 1:14-ml-02570-RLY-TAB; Dkt. 73 in 1:16-cv-00996-RLY-TAB; Dkt. 74 in 1:16-cv-01001-RLY-TAB).

This Stipulation of Dismissal was filed in error.

Dated this 21st of May, 2019.                    Respectfully submitted,

/s/ *Sindhu S. Daniel*
Sindhu S. Daniel
(NJ Bar No. 010711996)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on 21st of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                /s/ Sindhu S. Daniel
                                                Sindhu S. Daniel