# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

| | |
|---|---|
| Mosby, Leroy Jr. | 1:17-cv-01911 |
| Schuster, Cherry | 1:17-cv-04705 |
| Quintana, Jesus | 1:18-cv-01169 |

---

## STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the cases listed in the attached Exhibit A, are dismissed without prejudice, with each party to bear its own costs. These plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. No Plaintiff listed here, however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated this 21st of May, 2019.

Respectfully submitted,

/s/ C.J. Cuneo
C.J. Cuneo
**ANDRUS WAGSTAFF**
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
cj.cuneo@andruswagstaff.com
*ATTORNEY FOR PLAINTIFFS*

/s/ James Stephen Bennett
James Stephen Bennett
**FAEGRE BAKER DANIELS LLP**
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
Tel: 264-460-1725
Fax: 317-237-1000
Stephen.Bennett@FaegreBD.com
*ATTORNEY FOR DEFENDANTS*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on 21st of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ C.J. Cuneo
C.J. Cuneo