# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 2570 ) ) Case No. 1:14-ml-2570-RLY-TAB ) ) |
| THIS DOCUMENT RELATES TO: | ) Judge Richard L. Young ) |
| *Plaintiff Brian Giddens* Case No.: 1:16-cv-00996 | ) Magistrate Judge Tim A. Baker ) ) |
| *Plaintiff Lizabeth Layton* Case No.: 1:16-cv-01001 | ) ) ) ) ) |

## ORDER GRANTING WITHDRAWAL OF STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

CAME NOW for consideration the above-titled Plaintiffs' motion for Withdrawal of Stipulation of Dismissal of Category 2 Cases (Dkt. 10743 in 1:14-ml-02570-RLY-TAB; Dkt. 73 in 1:16-cv-00996-RLY-TAB; Dkt. 74 in 1:16-cv-01001-RLY-TAB). Counsel for Plaintiffs state that this Stipulation of Dismissal was filed in error.

Upon consideration of the Plaintiffs' motion, the Court GRANTS the Plaintiffs' Withdrawal of the Stipulation of Dismissal.

Dated: _____

_____
PRESIDING JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on 21st of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  /s/ Sindhu S. Daniel
                                                  Sindhu S. Daniel