UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## CASE CATEGORIZATION SUBMISSION Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan

only and is not admissible and is not to be considered relevant for any other purpose.

# Categorization Form

A. Plaintiff's Name: Theresa Milke  _____

B. Plaintiff's Case Number: 1:18-cv-00675  _____

C. Plaintiff's Counsel (Lead Firm Name): Seidman Margulis & Fairman, LLP  _____

D. Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:\_\_\_\_

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:__**XXXX**__     **Filter tilted, possible protrusion into vena cava wall**

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:____.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: **Daniel R. Seidman     /s/ Daniel R. Seidman**

Plaintiff's Counsel's Firm: **Seidman Margulis & Fairman, LLP**

Plaintiff's Counsel's Signature: /s/ Daniel R. Seidman

4

Patient Name: MILKE, THERESA ( )   MRN: 7818                              Page 1 of 2

| CHMC ▸ Reports ▸ Cardiology ▸ All dates | Advocate Christ Medical Center<br>4440 West 95th Street, Oak Lawn, IL 60453<br>(708) 425-8000 |
|---|---|

| Patient Name | MILKE, THERESA | MRN | 7818 | Date of Birth | | Gender | FEMALE | Phone # | (630)697-0290 |
|---|---|---|---|---|---|---|---|---|---|
| Height | 172.72 cm 09/14/2015 | Allergies | | Motrin; risperiDONE; Tape; | | | | | |
| Weight | 73 kg 09/14/2015 | | | | | | | | |

| Test Description: | Cardiac Cath - Nouri Al-Khaled | | | |
|---|---|---|---|---|
| Performed By | AL-KHALED-MD, NOURI | Event Id | 19381098484 | |
| Date Dictated | 09/14/2015 21:42 PM | Status | AUTH | |

DATE: 09/14/2015

PROCEDURES:
1. Inferior vena cava angiography.
2. Left femoral vein venography with left iliac vein runoff.
3. Placement of a catheter in the third order left femoral vein coming from the right side crossing over to the left side.
4. Intravascular ultrasound of the left common femoral vein, left external iliac vein, and left common iliac vein.
5. Intravascular ultrasound of the right common iliac vein, right external iliac vein.

DESCRIPTION OF PROCEDURE: The patient arrived to the cardiac catheterization lab. The right groin was prepped in normal sterilization technique. Initially, we attempted to engage the femoral vein on the left side using ultrasound in the upper one-third of the thigh, which we did but unfortunately, probably due to significant occlusive disease, the wire was not moving up enough to place a sheath. So, decision was made to go from the right groin.

The right common femoral vein was engaged using Seldinger technique. The 5-French catheter was placed in. The rim catheter was used to engage the ostium of the left common iliac vein. After which, the Terumo Glidewire was advanced into the femoral vein across the external and common femoral vein and placed in the mid thigh area, over which a long 100 cm Glide catheter was placed. Then, the wire was exchanged to the long Wooly wire. After which, an 8-French short sheath was placed in the right common femoral vein. The intravascular ultrasound was done after angiography. The angiography was initially done with the rim catheter of the inferior vena cava. The injection of the femoral vein was done with a Glide catheter and the intravascular ultrasound was done accordingly.

VENOGRAPHY:
1. Inferior vena cava was done by injection of the lower vena cava. The actual excellent flow was noted. The IVC filter was noted in place and somewhat tilted. There is question about a protrusion of the arm of the filter into the vena cava wall, but there was no occlusive clot noted.
2. Venography of the left femoral vein showed the patency of the vein. Then, there is almost a complete occlusion actually very tight stenoses involving the common femoral vein, the external femoral vein and the common iliac vein. The collateral flow were noted from the left leg to the right leg
3. Intravascular ultrasound of the left femoral vein showed patency of the vein. However when we arrived at the level of the femoral vein into the external and common, there is a very tight stenosis, with synechia noted. The intravascular ultrasound that was done showed the measurement of the left common femoral vein of the 10 x 14 in the distal segment. In the proximal segment, there was 3.4 x 7 6. There is severe stenosis of the left external iliac vein and the proximal and distal parts, and also on the left common iliac vein. The ostium of the left common iliac vein was in the range about 40 mm sq, 3 x 15. The left common iliac vein measured 15 x 17. The inferior vena cava measured 9 5 x 26
4. Right iliac vein shows no significant occlusive disease in the right side at all with ultrasound and no synechia. The right external iliac vein measured 10 x 17.
5. The patient developed pleuritic pain which she has been having for 2 days, since she has been having a dry cough which is suggestive of a possible pleurisy, and I decided not to intervene at this time. We will bring the patient back for an intervention. She will see me in the office after discharge in 7 to 10 days. Consultation was made with Dr Sunbul

IN SUMMARY: The patient will be brought back in for stenting of the left common femoral vein, left external iliac vein and elt common iliac vein. We may have to elect to do either a popliteal approach or a small saphenous vein approach We will discuss this again with the patient after she comes to the office

DATE AND TIME Nouri Al-Khaled, M D

NA/MEDO-#207087
DD: 09/14/2015 18 00:13 DT 09/14/2015 21.42.19

ADVOCATE CHRIST MEDICAL CENTER

CARDIAC CATHETERIZATION MILKE, THERESA C
MRN#: 000007818
ROOM
ACCT#. 56373991 1Cardiac CathElectronically Signed On 09/18/2015 05:43 PM

AL-KHALED-MD, NOURI

Patient Name: MILKE,THERESA MRN: 7818
Last Updated: 09/14/2015 21:42 PM

**MILKE, THERESA C**
MRN : CMC-001483895   DOB :
FM Discharge Summary
Report generated at 10/15/15 18.39

Report requested by TEST, CAREFX14

Result Type:
Result Date:
Result Status:
Result Title:
Performed by:
Verified by:

Discharge Summary Report
10/12/2015 12:59
Auth (Verified)
FM Discharge Summary
RYGIEL-DO, VALERIE on 10/12/2015 13:15
RYGIEL-DO, VALERIE on 10/13/2015 09:02

FM Discharge Summary

Patient: MILKE, THERESA C MRN: CMC-000007818 FIN: 564081180
Age: 60 years Sex: FEMALE DOB: 04/29/55
Associated Diagnoses: None
Author: RYGIEL-DO, VALERIE
Discharge Summary
Attending physician: Dr. Feijoo (Drs Smith and Bennett covering)
Date of Admission: 10/07/2015
Date of Discharge: 10/12/2015
Discharge diagnoses: DVT
Procedures performed: Angiogram (10/12/15)
Consultations: Cardiology (Al-Khaled), Hematology (Muhafzah)
Chief Complaint: Bilateral leg and groin pain
PMH: Recurrent DVT s/p IVC filter, htn, copd, bipolar disorder, depression, CVA, substance abuse, pseudoseizure, chronic pain, nicotine dependence
Admission information:
Patient had IVC angiography (Dr. Al-Khaled) on 8/14 and on admission had bilateral cramping groin pain that comes and goes ever since but it has worsened in the prior 5-7 days acutely, R>L. Per cath report, her L femoral vein was not able to be used as an insertion point so the R side was used for access. She was found to have almost complete occlusion and severe stenosis of the L common femoral vein, L external femoral vein, and L comm iliac vein but intravascualr US showed patency (R iliac showed no occlusive disease). She was apparently complaining of pleuritic chest pain for 2 days at the time of the cath so no itervention was performed. Pulm (Dr. Sunbuli) was consulted and per his consult note treatted the patient for a COPD flare with prednisone and antibiotics. Plan is for stenting of the L common femoral vein, L external iliac veing, and L common iliac vein which she reports is scheduled for 10/12/15 with Dr. Al-Khaled. She is on coumadin for a history of DVTs and also has an IVC filter in place. She follows with coumadin clinic and reports she has been therapeutic at her last 2 visits. Her INR on presentation was 3.3. She does stop her coumadin and take lovenox for the 5 days prior to any procedures at the pain clinic.
Hospital Course:
Patient was admitted to the floors and medically managed for her DVT until her scheduled stent on 10/12/15 with Dr. Al-Khaled. On 10/8/15 a rapid response was called for ams but patient was found to be having a pseudoseizure and was stable. symptoms resolved, ct of

Page 1 of 3

**MILKE, THERESA C**
MRN : CMC-001483895    DOB :
FM Discharge Summary
Report generated at 10/15/15 18:39                                                           Report requested by TEST, CAREFX14

```
Follow up instructions: Patient is to follow up with Cardiology in 1-2 weeks, with AC
clinic 10/16/15 at 11:20am, and with FMC 10/16/15 Dr. Rosenberg at 1:40pm
Valerie Rygiel, PGY-1
```
Signature Line

```
Electronically Signed On 10/13/2015 09:02 AM
_____

RYGIEL-DO, VALERIE



Electronically Signed On 10/13/2015 09:42 AM
_____

BENNETT-MD, STEPHEN G
```

*Clinical Summary-RTF*
*10/16/2015 1:40PM*

**Patient:** THERESA C. MILKE
**MRN:** 2117410
**DOB:**

Sleep disturbances

Suicide attempt

Varicose veins of lower limb with inflammation

## Past Surgical History

History of Cholecystectomy

History of Hysterectomy
- 1988:SupraCervical (for postpartum hemorrhage)

History of Interruption Inferior Vena Cava Greenfield Filter Placement

## Smoking Status

Current every day smoker

## Medications

### Current Medications:

| Medication | Instructions |
|---|---|
| Advair Diskus 500-50 MCG/DOSE Inhalation Aerosol Powder Breath Activated | INHALE 1 PUFF TWICE DAILY. |
| Albuterol Sulfate (2.5 MG/3ML) 0.083% Inhalation Nebulization Solution | USE 1 UNIT DOSE EVERY 4-6 HOURS AS NEEDED FOR WHEEZING . |
| ClonazePAM 0.5 MG Oral Tablet | TAKE 1 TABLET 3 TIMES DAILY. |
| Colace 100 MG Oral Capsule | TAKE 1 CAPSULE TWICE DAILY. |
| Combivent Respimat 20-100 MCG/ACT Inhalation Aerosol Solution | INHALE 1 PUFFS 3 TIMES DAILY |
| Dilaudid 2 MG Oral Tablet (HYDROmorphone HCl) | TAKE 1 TABLET EVERY 3 TO 4 HOURS AS NEEDED FOR PAIN. |
| Enoxaparin Sodium 80 MG/0.8ML Subcutaneous Solution | INJECT 0.7 ML Every twelve hours |
| Escitalopram Oxalate 20 MG Oral Tablet (Lexapro) | TAKE 1 TABLET DAILY. |
| Folic Acid 1 MG Oral Tablet | TAKE 1 TABLET DAILY. |
| Hydrochlorothiazide 25 MG Oral Tablet | TAKE 1 TABLET DAILY. |
| Klor-Con M10 10 MEQ Oral Tablet Extended Release | TAKE 1 TABLET DAILY. |
| Levothyroxine Sodium 200 MCG Oral Tablet | TAKE 1 TABLET DAILY. |

Patient Name: MILKE, THERESA (04/29/1955) MRN: 1483895                                  Page 1 of 1

| CHMC ▶ Reports ▶ Radiology ▶ All dates | Advocate Christ Medical Center<br>4440 West 95th Street, Oak Lawn, IL 60453<br>(708) 425-8000 |
|---|---|

| Patient Name | MILKE,THERESA | MRN | 1483895 | Date of Birth | | Gender | FEMALE | Phone # | (630)697-0290 |
|---|---|---|---|---|---|---|---|---|---|
| Height | 175.26 cm 10/07/2015 | Allergies | Motrin; risperiDONE; Tape; | | | | | | |
| Weight | 68.3 kg 10/08/2015 | | | | | | | | |

| Test Description: IR IVC FILTER PLACEMENT W IMAGING | | | | |
|---|---|---|---|---|
| Performed By | VanDrunen, Lindsey M | Event Id | 13282591605 | |
| Date Dictated | 11/21/2012 13:42 PM | Status | AUTH | |

**Reason For Exam**
acute on chronic DVT LLE, failed coumadin.

**RADRPT**
CLINICAL HISTORY: 57-year-old female with list all medical problems presents with lower extremity deep venous thrombosis. The patient can not be anticoagulated due to high risk for bleeding.

PROCEDURE PERFORMED: Vena cavogram and Vena Caval Filter Placement

INTERVENTIONALISTS:
STAFF: Dr. Sebouh Gueyikian

CONSENT: The risks, benefits and alternatives to the procedure were explained to the patient and informed written consent was obtained.

SEDATION: None

PROCEDURE/FINDINGS:

The right internal jugular vein was accessed with amicropuncture needle using ultrasound guidance, after infiltration of the skin and deep tissues with local anesthetic. Ultrasound image show the tip of the needle is in a patent and compressible vein.

Using this access, the introducer sheath of the caval filter was introduced, under fluoroscopy, over the guidewire and its tip positioned in the inferior vena cava near its confluence with the common iliac veins left common iliac vein, contrast injected and a vena cavogram was performed. The vena cava is patent and continuous to the right atrium. It is of normal caliber in size with no clot or stenosis seen. The level of the renal veins was identified.

The catheter was exchanged over the guidewire for the introducer sheath of the caval filter. Then, the Cook Gunther Tulip vena caval filter was introduced and successfully deployed in the infrarenal vena cava.

Post filter deployment radiograph shows the filter has a satisfactory position and configuration.

The introducer sheath was removed. Hemostasis was achieved by manual compression over the puncture site.

The patient tolerated the procedure well with no immediate complications.

This procedure was performed using ultrasound and fluoroscopy.
Fluoroscopy was used with a total time of 1.3 minutes.
Dr. Gueyikian was present.

SUMMARY: Vena caval filter placement as discussed above. This filter is a retrievable filter and may be safely removed if medically desired or may be left in place as a permanent filter.**** F I N A L ****

Transcribed By: TP
11/21/12 4:40 pm

Dictated By: GUEYIKIAN-MD, SEBOUH MD

Electronically Reviewed and Approved By: GUEYIKIAN-MD, SEBOUH MD 11/21/12 4:40 pm

Patient Name: MILKE,THERESA MRN: 1483895
Last Updated: 11/21/2012 13:42 PM