UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:18-cv-00675 |
| This Document Relates to Plaintiff | MDL No. 2570 |
| ESTATE OF THERESA MILKE | |

**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO SUBMIT CASE CATEGORIZATION FORM**

I, Daniel R. Seidman, hereby declare under penalty of perjury as follows:

1. I am making this Declaration in support of Plaintiff's Motion for Reconsideration of the Court's Order dismissing Plaintiff's claim without prejudice, File No. 10622, in the above-captioned matter.

2. I had previously created an email Rule for master case documents to automatically be placed in an Outlook folder.

3. Per local rules, documents related to deadlines and motions to dismiss against Plaintiff were filed in the master docket, as opposed to the individual docket.

4. I inadvertently failed to notice the deadlines to submit Plaintiff's Categorization Form.

5. Once I discovered the failure, the required forms were submitted on May 21, 2019.

Dated: May 21, 2019

                                     By:    /s/ Daniel R. Seidman
                                                      Attorney for Plaintiff

Daniel R. Seidman
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
f: (224) 603-8345
No. 6308142
dseidman@seidmanlaw.net