BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Matthew E. Munson
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103-4160
Phone:  (334) 269-2343
Attorneys for Plaintiff(s)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>Tomika Lowe | |

Civil Case # 1:18-cv-02657

---

**STIPULATION TO REINSTATE COMPLAINT OF TOMIKA LOWE
AS TO ALL NAMED DEFENDANTS**

---

This matter in the above action having been considered by and between the parties, it is hereby stipulated and agreed that; Plaintiff, Tomika Lowe shall have her complaint reinstated as to all named defendants.

| /s/ Matthew E. Munson | /s/ James Stephen Bennett |
|---|---|
| Matthew E. Munson | James Stephen Bennett |
| Post Office Box 4160 | FAEGRE BAKER DANIELS LLP |
| 218 Commerce Street | 110 W. Berry Street, Suite 2400 |
| Montgomery, Alabama 36103-4160 | Fort Wayne, IN 46802 |
| Phone: (334) 269-2343 | Tel: 264-460-1725 |
| Matt.munson@beasleyallen.com | Fax: 317-237-1000 |
| ATTORNEY FOR PLAINTIFF | Stephen.Bennett@FaegreBD.com |
| | ATTORNEY FOR DEFENDANTS |