IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:18-cv-00922-RLY-TAB
    1:19-cv-00848-RLY-TAB
    1:18-cv-00923-RLY-TAB
    1:17-cv-00648-RLY-TAB
    1:18-cv-01808-RLY-TAB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the following Plaintiffs:

| | |
|---|---|
| Bobbitt, Owen Dale | Prim, Shearickel D. |
| Griffin, Robert W. | Wood, Stephen William. |
| Marchman, Patricia | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ Douglass A. Kreis
    Douglass A. Kreis
    AYLSTOCK, WITKIN, KREIS &
        OVERHOLTZ, PLLC
    Email: DKreis@awkolaw.com
    17 East Main Street, Suite 200
    Pensacola, Florida 32502
    Phone: (850) 202-1010
    Facsimile: (850) 916-7449

    *Counsel for Plaintiffs*