IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:17-cv-00447 (John E. Stone);
1:17-cv-01090 (Bernice E. Wells)

---

**STIPULATION OF DISMISSAL OF CATEGORY 2 CASES**

---

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the cases captioned above, are dismissed without prejudice, with each party to bear its own costs. These plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If any Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. No Plaintiff captioned above, however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated this 21ˢᵗ day of May 2019.

Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer A. Moore | /s/ James Stephen Bennett |
| JENNIFER A. MOORE | JAMES STEPHEN BENNETT |
| MOORE LAW GROUP, PLLC | FAEGRE BAKER DANIELS LLP |
| 1473 South 4ᵗʰ Street | 110 W. Berry Street, Suite 2400 |
| Louisville, KY  40208 | Fort Wayne, IN 46802 |
| (502) 717-4080 | Tel: 264-460-1725 |
| (502) 717-4086 *fax* | Fax: 317-237-1000 |
| jennifer@moorelawgroup.com | Stephen.Bennett@FaegreBD.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2019, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Southern District of Indiana, Indianapolis Division, using the CM/ECF system, which will send notification of such filing to all parties.

                                       /s/ Jennifer A. Moore
                                       *Counsel for Plaintiff*