IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:17-cv-00447 (John E. Stone);
1:17-cv-01090 (Bernice E. Wells)

## [PROPOSED] ORDER DISMISSING 2 PENDING CASES

Based upon the agreement of the parties and consideration of the parties' Stipulation Dismissing 2 Pending Cases by the Court, the two (2) cases captioned above are dismissed without prejudice. These plaintiffs may refile their cases in MDL 2570, in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. Plaintiffs may not refile his or her case if the future claim is based solely on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in MDL 2570 under this Order on the basis of that future injury.

Date:

_____
Judge Richard L. Young
United States District Court Judge
Southern District of Indiana