# Exhibit "A"

# Alexa F. Galloway

| | |
|---|---|
| **From:** | Patricia Paz |
| **Sent:** | Thursday, May 16, 2019 2:31 PM |
| **To:** | Cook Filter MDL; Plaintiffs Leadership |
| **Cc:** | blake.angelino@FaegreBD.com; Keith Griffin; Alexa F. Galloway |
| **Subject:** | Cook IVC Filter cases |
| **Attachments:** | CCF_Edwin Quinones.pdf; CCF_Heather Valvo.pdf; CCF_Lois MIills.pdf; CCF_Samuel Taubler.pdf |

Dear Counsel,

Please find attached the completed Case Categorization Form and related medical and injury records for each of the following cases;
    Valvo, Heather (1:16-cv-01285)
    Taubler, Samuel Joseph (1:16-cv-01640)
    Mills, Lois N. (1:16-cv-01614)
    Quiñones, Edwin (1:16-cv-01635)

Please advise if you should need anything else.

Thank you.

Patty Paz
**Girardi | Keese**
1126 Wilshire Boulevard
Los Angeles, CA 90017
p: 213.977.0211 x 635
f: 213.481.1554

CONFIDENTIALITY NOTICE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.