# Exhibit "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is

required to certify the respective outcomes, complications, and injuries claimed by submitting

specific medical records evidencing the claimed complication, outcomes, and injuries info one of

seven categories outlined by the Court in its Order ("Categorization Process"). The following

requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**.
   Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and
   on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that
   fails to submit this Form by the deadline may be subject to dismissal upon motion by a
   party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the
   Categorization Form, with the understanding that only the "highest" alleged category
   will be considered for purposes of the census ordered by the Court and that each
   category alleged requires a specific medical record. Once the appropriate category is
   marked, the claimed outcome/complication/injury must be briefly described. For
   example, the description can be "asymptomatic perforation," "failed retrieval attempt,"
   "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u>
   confirming the injury/complication/category selected, with the relevant line or portion
   highlighted. Submission of an entire medical file, or references to previously produced
   records are also not permitted and shall be treated as a non-compliance with the Court's
   Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order
   on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan
   only and is not admissible and is not to be considered relevant for any other purpose.

## Categorization Form

A.  Plaintiff's Name:                                  Samuel Taubler

B.  Plaintiff's Case Number:              1:16-cv-01640

C.  Plaintiff's Counsel (Lead Firm Name): Girardi & Keese

D.  Categorization (check only one and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:_____

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:_____

    Briefly describe claimed complication/outcome/injury:_____

3.  Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:_____

    Briefly describe claimed complication/outcome/injury:_____

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:_____

    Briefly describe claimed complication/outcome/injury:_____

5.  Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

    Check here for Category 5: __X__

    Briefly describe claimed complication/outcome/injury: Attempted removal without success on 5/2/2012.

6.  Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    Check here for Category 6: _____

    Briefly describe claimed complication/outcome/injury:_____

7.  Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    Check here for Category 7: __X__ . **Circle all sub-categories that apply below:**

    (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

    Briefly describe claim of symptomatic injury:

    _____

    (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

    Briefly describe claim of symptomatic injury:

    _____

    (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

    Briefly describe claim of symptomatic injury:

    _____

    (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
    Briefly describe claim of symptomatic injury:

    _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

3

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _The filter caused tear in the vena cava._

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.   Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:      Keith D. Griffin

Plaintiff's Counsel's Firm:      Girardi & Keese

Plaintiff's Counsel's Signature:

## JEFFERSON REGIONAL MEDICAL CENTER
### Cardiovascular & Thoracic Surgery

| Patient Name: | TAUBLER, SAMUEL J | | |
|---|---|---|---|
| Med Rec: | 596501 | DOB: | 02/20/1960 |
| Account: | 3518042480 | Location: | JSS |
| Admit Date: | 02/07/2012 | MedSvc: | JSS |
| Attending Physician: | PHITAYAKORN, CHET | | |

DATE OF PROCEDURE: 02/07/2012
SURGEON:  CHET PHITAYAKORN, M.D.
ASSISTANT:

PREOPERATIVE DIAGNOSIS: Recurrent deep venous thrombosis lower extremity and impending abdominal surgery in the next three days.

POSTOPERATIVE DIAGNOSIS: Recurrent deep venous thrombosis lower extremity and impending abdominal surgery in the next three days.

ANESTHESIA:

PROCEDURE PERFORMED: Insertion of removable inferior vena cava filter into the right femoral vein.

DESCRIPTION OF PROCEDURE: After satisfactory routine prep and drape was done, 1 percent Xylocaine was used for infiltration in the right groin. Micropuncture was made into the femoral vein. Good free flow of blood. Stylet was inserted. Dilator was inserted. Angled guidewire 0.035 was inserted up into the abdominal aorta, exchanged to an 8 French sheath to the level of L3 and L4. Inferior venogram was performed. It showed the tip was above the common iliac vein below the renal vein in a good position. The Tulip removable filter then was assembled and advanced and then deployed at the inferior vena cava below the renal vein above the iliac vein. It hooked into the inferior vena cava in a very good position. Applicator then was removed. The skin puncture site was stapled with staples and the patient tolerated it well.


CC:
CP/sae
D-02/07/2012 12:47:43
T-02/08/2012 10:53:27
JOB#-3927946
D#-3270685


Signed by PHITAYAKORN, CHET, MD on  08-Feb-2012 16:24:23 -05:00

- 1 -



# JEFFERSON
## REGIONAL MEDICAL CENTER

### Intraoperative/Endoscopy Record

Case Number: 99600

| |
|---|
| TAUBLER, SAMUEL J |
| Age: 51    DOB: Feb 20, 1960 |
| Sex: M |
| MR #: 596501 |
| Acct #: 3518042480 |
| Pt. Type: JSC |

OXYGEN DELIVERY METHOD:    NA

## SPECIMENS / CULTURES

DESCRIPTION
No Specimen

## SPONGE / TOWEL / SHARPS / INSTRUMENT COUNTS

PERFORMS REQUIRED COUNTS:    Y

| COUNT TYPE | SPONGES/ TOWELS | NEEDLES/ SHARPS/ MISC. | INSTRUMENTS | CIRCULATOR | SCRUB |
|---|---|---|---|---|---|
| Preop | Baseline | Baseline | NA | Bobnes, Deborah J., RN | DiLembo,Philip R. |
| Closing 1 | Correct | Correct | NA | Clark, Caye C., RN | DiLembo,Philip R. |
| NA | | | | | |

## IMPLANTS

IMPLANT?   Y

| COMMENT | ACTUAL QUANTITY USED | LOT NUMBER | SERIAL NUMBER | MANUFACTURER | CATALOG NUMBER | SITE |
|---|---|---|---|---|---|---|
| FILTER VENA CAVA CELECT UNI | 1 | E2795390 | | Cook | G48378 | Right Groin |

Postop Destination:    PACU

Signed by PHITAYAKORN, CHET, MD on 10-Feb-2012 06:45:21 -0500

Patient Identification/Verification
of Case Record by Physician:


QR0166

## JEFFERSON REGIONAL MEDICAL CENTER
### Cardiovascular & Thoracic Surgery

| Patient Name: | TAUBLER, SAMUEL J | | |
|---|---|---|---|
| Med Rec: | 596501 | DOB: | 02/20/1960 |
| Account: | 3518604743 | Location: | 5NTH |
| Admit Date: | 05/02/2012 | MedSvc: | MSS |
| Attending Physician: | PHITAYAKORN, CHET | | |

DATE OF PROCEDURE: 05/02/2012
SURGEON:   CHET PHITAYAKORN, M.D.
ASSISTANT:

PREOPERATIVE DIAGNOSIS: Post insertion inferior vena cava filter.

POSTOPERATIVE DIAGNOSIS: Post insertion inferior vena cava filter.

PROCEDURES PERFORMED:

1. Inferior venogram.
2. Attempt to remove inferior vena cava filter without any success.
3. Insertion of right chest tube due to perforation of the superior vena cava with the guidewire.
4. Insertion of central venous pressure line.

ANESTHESIA:

PROCEDURE DESCRIPTION: After satisfactory routine prep and drape then was done, 1 percent Xylocaine was used for infiltration in the right side the neck. Micropuncture was made into the internal jugular vein. Guidewire then was inserted and then exchanged to a 5-French sheath. Angled guidewire was manipulated down into the inferior vena cava. It was noted to have some obstruction at the junction to the subclavian vein. Then the guidewire was passed down and the dye was injected. It was noted that there was dye extravasation into the chest. The guidewire then was removed. The 5-French sheath then was removed. The patient during this time hypotension, from the blood pressure of 90 to about 70. It was decided to put a chest tube on the right side. Routine prep and drape then was done. One percent Xylocaine was used for infiltration in the fourth intercostal space. A 36 chest tube then was inserted. Draining only about 200 mL of the bright red blood and the fluoroscopic x-ray was done. It showed the right lung was clear. Then suture was applied to the chest tube. Due to the patient had a small intravenous, a central venous pressure line was inserted into the right groin with routine prep and drape done. A 16 Angiocath was inserted into the femoral vein. Catheter inserted. Central venous pressure then inserted. Then the patient was run to the central venous pressure line. The patient was very stable and the chest tube is not draining any more blood. It was decided to proceed, go to the left side. One percent Xylocaine used for infiltration after routine prep and drape was already done before to the left internal jugular vein. Micropuncture was made into internal jugular vein. Good free flow of blood. Stylet was inserted. Guidewire then followed down into the inferior vena cava and followed with 8-French sheath all the way down. Then the snare was used to snare the inferior vena cava filter. Dye was injected into inferior venogram. It showed the inferior vena cava filter was tilted to the left side, attached to the inferior vena cava. After many attempts unable to snare the inferior vena cava filter, a triple

- 1 -

# JEFFERSON REGIONAL MEDICAL CENTER
## Cardiovascular & Thoracic Surgery

| Patient Name: | TAUBLER, SAMUEL J | | |
|---|---|---|---|
| Med Rec: | 596501 | DOB: | 02/20/1960 |
| Account: | 3518604743 | Location: | 5NTH |
| Admit Date: | 05/02/2012 | MedSvc: | MSS |
| Attending Physician: | PHITAYAKORN, CHET | | |

lumen snare then was used. Also unable to snare the inferior vena cava filter. After many, many attempts and unable to snare, it was decided to stop the procedure. The inferior vena cava dye was injected. No perforation. The catheter then was removed. During this time, the patient was stable. His blood pressure running with the vasopressor approximately about 100-110. The puncture site then was stapled with staples and a dressing applied. The chest tube is draining only about 200 mL to 250 mL.

CC:
CP/amr
D-05/02/2012 17:13:30
T-05/05/2012 20:04:48
JOB#-3987689
D#-3317291

Signed by PHITAYAKORN, CHET, MD on 06-May-2012 09:46:41 -04:00

- 2 -

# JEFFERSON REGIONAL MEDICAL CENTER
## Cardiology Consult

| Patient Name: | TAUBLER, SAMUEL J | | |
|---|---|---|---|
| Med Rec: | 596501 | DOB: | 02/20/1960 |
| Account: | 3518604743 | Location: | JSC |
| Admit Date: | 05/02/2012 | MedSvc: | JSS |
| Attending Physician: | PHITAYAKORN, CHET | | |

CONSULTATION TO:   Chantal E. Trice, CRNP
DATE OF REQUEST:   05/02/2012

HISTORY OF PRESENT ILLNESS: This is an 52-year-old male with a very complex past medical history. He has a history of coronary artery disease with a LIMA to the diagonal, SVG to the LAD, SVG to the OM, OM1 and OM2 and SVG to the PDA and mitral valvuloplasty, a St. Jude AICD for cardiomyopathy and an ejection fraction of 30 percent, paroxysmal atrial fibrillation, Hodgkin's disease with splenectomy, pancreatitis, left subclavian stenosis, DVT in December of 2011 in the lower extremity and an IVC filter placed in 2012. He presents today as an outpatient for scheduled removal of the IVC filter
though Dr. Phitayakorn had failed in the attempt though he had tried multiple accesses. There was a small tear in the vena cava. He does presently have a chest tube to the right upper lobe. He has bilateral dressings in the right and left IJ, which are dry and intact. I see no visible signs of hematoma. He is on the hypotensive side. His estimated blood loss in the Operating Room was 400. Currently his blood pressure is running in the 80s after narcotic administration for postoperative pain, which currently he is complaining of 8:10. He is in a normal sinus rhythm and I will obtain an EKG.

PAST MEDICAL HISTORY:

1. As noted above.
2. Deep vein thrombosis.
3. IVC filter.
4. Hodgkin's.
5. Coronary artery disease with CABG.
6. Mitral valve annuloplasty. St. Jude AICD.
7. Paroxysmal atrial fibrillation.
8. Anticoagulation was held.
9. Lipids.
10. Splenectomy.
11. Pancreatitis.
12. Left subclavian stenosis.
13. His ejection fraction is 30 percent.

REVIEW OF SYSTEMS: A twelve-point review of systems is negative except as noted. His aspirin and Coumadin have been held for this procedure.

MEDICATIONS AS AN OUTPATIENT INCLUDE:

1. Aldactone 25 mg p.o. daily.
2. Nitrostat 0.4 mg p.o. daily.
3. Coumadin 5 mg p.o. nightly, held.
4. Coreg 6.25 p.o. b.i.d.
5. Tylenol 325/25 as needed at bedtime.

- 1 -

## JEFFERSON REGIONAL MEDICAL CENTER
### Cardiology Consult

| Patient Name: | TAUBLER, SAMUEL J | | |
|---|---|---|---|
| Med Rec: | 596501 | DOB: | 02/20/1960 |
| Account: | 3518604743 | Location: | JSC |
| Admit Date: | 05/02/2012 | MedSvc: | JSS |
| Attending Physician: | PHITAYAKORN, CHET | | |

6. Prilosec 20 mg p.o. daily.
7. Cozaar 25 mg p.o. daily.
8. Digoxin 0.125 mg orally.
9. Xanax 0.25 b.i.d. p.r.n.
10. Celexa 20 mg p.o. daily.
11. Bumex 2 mg p.o. daily.

ALLERGIES: HE HAS NO KNOWN ALLERGIES

FAMILY HISTORY: Noncontributory.

SOCIAL HISTORY: He does not smoke. He uses alcohol socially.

REVIEW OF SYSTEMS: Twelve-point review of systems is negative except as noted.

PHYSICAL EXAMINATION:
GENERAL: Currently he is in the immediate postoperative period.
VITAL SIGNS: He is normal sinus rhythm on the monitor with sats in the 99 with O2 by face mask. His blood pressure is 90/67 with a Dobutamine drip. His pulse is 77 and regular, respirations are 20 and easy. He is in postoperative pain.
HEENT: He is atraumatic, normocephalic. Pupils are equal and reactive to light. Sclerae without any injection.
NECK: Supple. He has bilateral dressings on the IJs in an attempted access. They are dry and intact. His neck is without any hematoma. I do not appreciate any lymphadenopathy. His trachea is midline.
CARDIOVASCULAR: His rate and rhythm are regular. S1, S2. I do not appreciate any murmurs, rubs, or gallops. Point of maximal impulse is not displaced.
LUNGS: Clear to auscultation. He has good expansion of the thorax on deep inspiration. He has a chest tube draining frank heme on the right upper lobe.
ABDOMEN: Soft. Bowel sounds are present in all four quadrants. No hepatosplenomegaly. No rebound tenderness. No bruits or masses.
EXTREMITIES: Lower extremities without any cyanosis or clubbing. No edema. No calf tenderness.
NEURO: He is alert and oriented though somewhat groggy. He is sedate post pain medication.

LABORATORY DATA: BUN is 28, creatinine is 1.2. White count 10.3, Hemoglobin and hematocrit 13.8 and 40.9, platelets 302.

His chest x-ray is pending.

His total OR fluid is 4850. He is already diuresed 2600 in the recovery room.

ASSESSMENT AND PLAN:

- 2 -

## JEFFERSON REGIONAL MEDICAL CENTER
### Cardiology Consult

| Patient Name: | TAUBLER, SAMUEL J | | |
|---|---|---|---|
| Med Rec: | 596501 | DOB: | 02/20/1960 |
| Account: | 3518604743 | Location: | JSC |
| Admit Date: | 05/02/2012 | MedSvc: | JSS |
| Attending Physician: | PHITAYAKORN, CHET | | |

1. Postoperative Day #0 of failed attempt for removal of IVC filter with a small tear in the vena cava. No hematoma. Chest tube is intact.
2. Coronary artery disease, coronary artery bypass graft.
3. History of deep vein thrombosis.
4. Paroxysmal atrial fibrillation, cardiomyopathy, implantable cardiac defibrillator.
5. Hodgkin's.
6. Left subclavian stenosis history.
7. Maintain blood pressure, watch for volume overload. Strict I and O.
8. Check an automatic implantable cardiac defibrillator.
9. We also can follow up with an echocardiogram.
10. I will obtain an EKG and discuss with Dr. Rubin.

DICTATED BY CHANTAL TRICE, CRNP / DANIEL RUBIN, M.D.
CC:
CET/clm
D-05/02/2012 11:05:28
T-05/02/2012 11:54:40
JOB#3987303
D#-3315700


Signed by RUBIN, DANIEL A., MD on  16-May-2012 14:09:47 -04:00

Jefferson Regional Medical Center
565 Coal Valley Road
Pittsburgh, PA 15236-0119
(412) 469-5000

DIAGNOSTIC IMAGING DEPARTMENT
(412) 469-5718

Diagnostic Imaging Report

Patient  TAUBLER, SAMUEL     MRN:   596501
Date of Birth:   02/20/1960    Account Number:     3518604743
Attending Provider:      CHET PHITAYAKORN  Date of Service:        05/05/2012
Ordering Provider:      CHET PHITAYAKORN  Location:       5NTH 510401
Dictating Provider:      BRANDON CHAN M.D. May  6 2012  4:23A      Medical Service:          MSS
Gender:      Male    Acc No:      2725523


        Filed by _____
(2725523)(RESULT) CHEST PORTABLE SEPARATE RESULT?()
ASI BEGIN:
START RESULTS:

***Final Report***


ACCESSION: (2725523)
SPECIAL CASE: (\)
TEACHING CASE: (\)
ACR CODE: (\)
EXAMINATION:       RAD CHEST PORTABLE (May  5 2012 )(ACCNO: 2725523)
        Reason: CHEST TUBE REMOVAL
INDICATION:   PROCEDURE: CHEST PORTABLE
 52 years old Male, with CHEST TUBE REMOVAL;
ADDITIONAL  None.
COMPARISON: 5/5/12 6:25 a.m..

FINDINGS:        Right chest tube removed.  No pneumothorax.

No other significant change.

CONCLUSION:       CONCLUSION :
No pneumothorax.

CC:  CHET PHITAYAKORN

Dictated By:   BRANDON CHAN M.D. May  6 2012  4:23A

Electronically Signed By:       BRANDON CHAN M.D. at May  6 2012  4:21A

Transcribed By:     May  6 2012  4:21A

READING DOCTOR: (030692)

READING DATE: (05/06/2012 04:21AM)
RELEASE RESULTS: (Y)
TRANSCRIBED BY: (RADWH)
END VIEW:
ASI END:

Jefferson Regional Medical Center
565 Coal Valley Road
Pittsburgh, PA 15236-0119
(412) 469-5000

DIAGNOSTIC IMAGING DEPARTMENT
(412) 469-5718

Diagnostic Imaging Report


Patient  TAUBLER, SAMUEL     MRN:   596501
Date of Birth:    02/20/1960     Account Number:     3518604743
Attending Provider:    CHET PHITAYAKORN  Date of Service:         05/05/2012
Ordering Provider:     CHET PHITAYAKORN  Location:        5NTH 510401
Dictating Provider:    BRANDON CHAN M.D. May  5 2012 11:11P     Medical Service:        MSS
Gender:    Male     Acc No:     2725462


        Filed by _____
(2725462)(RESULT) CHEST PORTABLE SEPARATE RESULT?()
ASI BEGIN:
START RESULTS:

***Final Report***


ACCESSION: (2725462)
SPECIAL CASE: (\)
TEACHING CASE: (\)
ACR CODE: (\)
EXAMINATION:      RAD CHEST PORTABLE (May  5 2012 )(ACCNO: 2725462)
        Reason: PULM EVAL
INDICATION:   PROCEDURE: CHEST PORTABLE
 52 years old Male, with PULM EVAL;
 ADDITIONAL  None.
COMPARISON: 5/4/12.

FINDINGS:    Unremarkable anterior sternotomy.       Right chest tube stable.  Minimal decreasing right
lateral chest wall decreasing emphysema.


Right IJV line with tip in SVC.
Cardiomediastinal silhouette is moderately enlarged. Right sided pacemaker with wire leads in the right
ventricle.


Trachea midline and without narrowing.

Increasing inflation with a small hypoinflation remaining with diffuse airspace disease still remaining likely
increasing.

Bony structures are unremarkable given patients age, and body habitus..

CONCLUSION:       CONCLUSION :
Increasing inflation with a small hypoinflation remaining with diffuse airspace disease still remaining likely increasing.

CC:  CHET PHITAYAKORN

Dictated By:     BRANDON CHAN M.D. May  5 2012 11:11P

Electronically Signed By:        BRANDON CHAN M.D. at May  5 2012 11:09P

Transcribed By:      May  5 2012 11:09P

READING DOCTOR: (030692)
READING DATE: (05/05/2012 11:09PM)
RELEASE RESULTS: (Y)
TRANSCRIBED BY: (RADWH)
END VIEW:
ASI END:

Jefferson Regional Medical Center
565 Coal Valley Road
Pittsburgh, PA 15236-0119
(412) 469-5000

DIAGNOSTIC IMAGING DEPARTMENT
(412) 469-5718

Diagnostic Imaging Report

Patient  TAUBLER, SAMUEL    MRN:   596501
Date of Birth:   02/20/1960    Account Number:     3518604743
Attending Provider:   CHET PHITAYAKORN   Date of Service:     05/04/2012
Ordering Provider:     WILLIAM R. SIMS   Location:     ICCU 200301
Dictating Provider:     TODD GOODNIGHT M.D. May  4 2012 10:58A  Medical Service:     MSS
Gender:     Male   Acc No:     2725069

Filed by _____
(2725069)(RESULT) CHEST PORTABLE SEPARATE RESULT?()
ASI BEGIN:
START RESULTS:

***Final Report***

ACCESSION: (2725069)
SPECIAL CASE: (\)
TEACHING CASE: (\)
ACR CODE: (\)
EXAMINATION:     RAD CHEST PORTABLE (May  4 2012 )(ACCNO: 2725069)
        Reason: EVALUATE HEMOTHORAX
INDICATION:   History of hemothorax

Comparison: 5/3/12

Technique: Single view chest radiograph

FINDINGS: Tubes and lines are unchanged.

There is no pneumothorax.  Summary status emphysema is present.

Bilateral patchy consolidation is unchanged.  Right hemidiaphragm is elevated and there is a probable small effusion. The lung volumes are shallow.

CONCLUSION:     Probable small right pleural effusion.

CC: WILLIAM R. SIMS, CHET PHITAYAKORN

Dictated By:   TODD GOODNIGHT M.D. May  4 2012 10:58A

Electronically Signed By:     TODD GOODNIGHT M.D. at May  4 2012 10:58A

Jefferson Regional Medical Center
565 Coal Valley Road
Pittsburgh, PA 15236-0119
(412) 469-5000

DIAGNOSTIC IMAGING DEPARTMENT
(412) 469-5718

Diagnostic Imaging Report

Patient TAUBLER, SAMUEL     MRN:   596501
Date of Birth:   02/20/1960     Account Number:     3518604743
Attending Provider:     CHET PHITAYAKORN   Date of Service:     05/03/2012
Ordering Provider:     CHET PHITAYAKORN   Location:     ICCU 200301
Dictating Provider:     PHILIP WILDENHAIN M.D. May  3 2012  8:33A  Medical Service:     MSS
Gender:     Male     Acc No:     2724487

        Filed by _____
(2724487)(RESULT) CHEST PORTABLE SEPARATE RESULT?()
ASI BEGIN:
START RESULTS:

***Final Report***

ACCESSION: (2724487)
SPECIAL CASE: (\)
TEACHING CASE: (\)
ACR CODE: (\)
EXAMINATION:     RAD CHEST PORTABLE (May  3 2012 )(ACCNO: 2724487)
        Reason: R CT
INDICATION:   Chest pain, weakness

Comparison: Portable chest dated 5//2012.

Technique: AP portable upright chest

FINDINGS: A defibrillator overlies the right chest.  There is also a catheter noted on the right which is unchanged as well.  The patient is status post median sternotomy.  A right thoracostomy tube is in place. There is no pneumothorax.

The heart is not enlarged and there is no congestive failure, pleural effusion, or left-sided pneumothorax. Minimal basilar atelectatic changes are seen bilaterally unchanged from the prior study.  The contour of the hilar regions the mediastinal structures is unchanged.

CONCLUSION:     1. There is no right-sided pneumothorax.  Some subcutaneous emphysema persists along the right lower chest.
2. Bilateral lower lobe atelectasis stable when compared to the reference study.

CC:  CHET PHITAYAKORN

Dictated By:     PHILIP WILDENHAIN M.D. May  3 2012  8:33A

Electronically Signed By:          PHILIP WILDENHAIN M.D. at May  3 2012  8:33A

Transcribed By:          May  3 2012  8:33A

READING DOCTOR: (033183)
READING DATE: (05/03/2012 08:33AM)
RELEASE RESULTS: (Y)
TRANSCRIBED BY: (RADWH)
END VIEW:
ASI END:

Jefferson Regional Medical Center
565 Coal Valley Road
Pittsburgh, PA 15236-0119
(412) 469-5000

DIAGNOSTIC IMAGING DEPARTMENT
(412) 469-5718

Diagnostic Imaging Report

Patient  TAUBLER, SAMUEL    MRN:   596501
Date of Birth:   02/20/1960    Account Number:    3518604743
Attending Provider:   CHET PHITAYAKORN  Date of Service:    05/02/2012
Ordering Provider:   CHET PHITAYAKORN  Location:    ICCU 200301
Dictating Provider:   LATIKA SINHA M.D. May  2 2012 12:12P    Medical Service:    JSS
Gender:    Male   Acc No:    2724113

       Filed by _____
(2724113)(RESULT) CHEST PORTABLE SEPARATE RESULT?()
ASI BEGIN:
START RESULTS:

***Final Report***

ACCESSION: (2724113)
SPECIAL CASE: (\)
TEACHING CASE: (\)
ACR CODE: (\)
EXAMINATION:    RAD CHEST PORTABLE (May  2 2012 )(ACCNO: 2724113)
       Reason: PORTABLE CHEST X-RAY - OR
INDICATION:    OR film

Comparison: 12/5/10

Technique: Portable upright

FINDINGS: There is increased asymmetric opacity involving the right lung. There is increased vascularity
noted bilaterally. The heart size is within normal limits. Patient status post median sternotomy. There is a
right-sided chest tube. There is also a right-sided pacer and a catheter in the right side, unchanged since
2008

CONCLUSION:    Asymmetric increased opacity involving the right hemithorax. Lines and tubes,
unchanged, as described above. There is increased vascularity bilaterally

CC:  CHET PHITAYAKORN

Dictated By:    LATIKA SINHA M.D. May  2 2012 12:12P

Electronically Signed By:    LATIKA SINHA M.D. at May  2 2012 12:12P

Transcribed By:    May  2 2012 12:12P

Jefferson Regional Medical Center
565 Coal Valley Road
Pittsburgh, PA 15236-0119
(412) 469-5000

DIAGNOSTIC IMAGING DEPARTMENT
(412) 469-5718

Diagnostic Imaging Report

Patient TAUBLER, SAMUEL     MRN:   596501
Date of Birth:   02/20/1960     Account Number:      3518604743
Attending Provider:     CHET PHITAYAKORN   Date of Service:        05/02/2012
Ordering Provider:      CHET PHITAYAKORN   Location:      ICCU 200301
Dictating Provider:     LATIKA SINHA M.D. May  2 2012 12:08P        Medical Service:       JSS
Gender:        Male     Acc No:        2724143

        Filed by _____
(2724143)(RESULT) CHEST PORTABLE SEPARATE RESULT?()
ASI BEGIN:
START RESULTS:

***Final Report***

ACCESSION: (2724143)
SPECIAL CASE: (\)
TEACHING CASE: (\)
ACR CODE: (\)
EXAMINATION:     RAD CHEST PORTABLE (May  2 2012 )(ACCNO: 2724143)
        Reason: PNEUMOTHORAX
INDICATION:     Evaluate for pneumothorax

Comparison: Done earlier in the same day

Technique: Single portable upright

FINDINGS: There is a right sided pacer, in good position. There is also a catheter noted in the right, unchanged from 2008. There is median sternotomy.
There is a right-sided chest tube noted.
There is haziness involving the entire right hemithorax, improved significantly compared to the study done earlier. New interval findings of subcutaneous emphysema on the right lower chest

CONCLUSION:     Improvement in aeration involving the right hemithorax

CC:  CHET PHITAYAKORN

Dictated By:    LATIKA SINHA M.D. May  2 2012 12:08P

Electronically Signed By:     LATIKA SINHA M.D. at May  2 2012 12:08P

Transcribed By:     May  2 2012 12:08P

## JEFFERSON REGIONAL MEDICAL CENTER
### Pulmonary/CCM Consult

| Patient Name: TAUBLER, SAMUEL J | | | |
|---|---|---|---|
| Med Rec: | 596501 | DOB: | 02/20/1960 |
| Account: | 3518604743 | Location: | ICCU |
| Admit Date: | 05/02/2012 | MedSvc: | MSS |
| Attending Physician: PHITAYAKORN, CHET | | | |

CONSULTATION TO:   EMIL A. DELIERE, M.D.
ATTENDING MD:   PHITAYAKORN, CHET
DATE OF REQUEST:  05/02/2012

Mr. Taubler is a 52-year-old gentleman who was in 2008 suffered a deep venous thrombosis with a pulmonary embolism which was treated in the standard fashion. He also has coronary disease, post bypass grafting. He has a history of lymphoma and is a 1/2 pack per day cigarette smoker but has a benign exam which will be discussed later. The details as to why such was placed initially is not available at this time but he had an inferior vena caval filter placed when he had his initial thromboembolic phenomenon. An attempt was made to remove such today but, unfortunately, this proved to be ineffective as the study had to be aborted secondary to what is felt to be a tear in his superior vena cava from the guidewire. Approximately 400 mL blood loss was felt to have occurred. He is been stable from a blood pressure standpoint, currently in the PAC Unit NAD is about to be transferred to the Intensive Care Unit. Unfortunately, a chest x-ray has not yet been obtained. His chemistries show a low-grade with a BUN and creatinine of 28 and 1.2 respectively although some concern is an anion gap of 18. This is currently unexplained as this occurred prior to his surgical intervention. He had a hemoglobin on admission of 17.

PHYSICAL EXAMINATION:
GENERAL: The patient is postoperative at this point in time. He is awake, but is relatively lethargic yet.
NECK: Is currently without jugular venous distention or adenopathy but multiple bandages have been applied.
CHEST: Examination reveals good airflow bilaterally without expiratory prolongation, wheezing, rales, or other signs referable to airways disease.
CARDIAC: Exam shows post bypass graft scarring. No gallop or murmur is heard.
ABDOMEN: Benign.
EXTREMITIES: Show no clubbing, cyanosis or edema including the site of the initial deep venous thrombosis.

IMPRESSION:

1.   Superior vena caval injury from guidewire for attempt of removal of inferior vena caval filter.
2. Post filter placement for previous thromboembolic phenomenon.
3. Smoker but no evidence of airways disease.
4. Coronary artery disease, post bypass grafting.
5. History of lymphoma.

PLAN: We will await the chest x-ray with interest. Close attention to his

## JEFFERSON REGIONAL MEDICAL CENTER
### Pulmonary/CCM Consult

| Patient Name: | TAUBLER, SAMUEL J | | |
|---|---|---|---|
| Med Rec: | 596501 | DOB: | 02/20/1960 |
| Account: | 3518604743 | Location: | ICCU |
| Admit Date: | 05/02/2012 | MedSvc: | MSS |
| Attending Physician: | PHITAYAKORN, CHET | | |

hematocrit and hemoglobin have to be paid as well as his blood pressure. A chest tube has been placed for drainage of any extravasation of blood into the pleural cavity but this is currently draining only strawberry-colored material.

CC:
EAD/clm
D-05/02/2012 10:17:00
T-05/02/2012 11:17:12
JOB#-3987254
D#-3315666

Signed by DELIERE, EMIL A., MD on  03-May-2012 14:13:00 -04:00

- 2 -