## AFFIDAVIT OF KEITH D. GRIFFIN

**STATE OF CALIFORNIA** §
§
**COUNTY OF LOS ANGELES** §
§
§

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION

Keith D. Griffin, after being duly sworn upon his oath, makes this affidavit in support of Plaintiff's Motion for Reconsideration and states the following:

1. I am an attorney of the law firm of Girardi | Keese, attorneys of record for Plaintiffs herein. I have personal knowledge of the facts set forth herein and if called upon as a witness I would be competent to testify thereto. Each of the facts and statements herein are true and correct. I make this affidavit in support of Plaintiff's Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims For Failure to Submit a Case Categorization Form.

2. On May 8, 2019, my staff learned that this case had been dismissed per the Court's order. Prior to receiving this dismissal order, I believed that this case was in good standing with the Court. We had submitted Plaintiff's fact sheet and medical records on May 16, 2019.

3. Due to a clerical oversight by a former temp paralegal at my office, my office did not submit the categorization form and corresponding records. The temp paralegal had been covering the monitoring of IVC EFC filings, including reviewing the filings and preparing necessary forms for the individual cases, during the time in which my fulltime paralegal was on maternity leave. Her emails were forwarded to him during her absence.

4. The law firm had been receiving several hundred emails regarding this case and other mass tort MDLs and regrettably the Order regarding production of the Categorization Form was overlooked.

5. To make matters worse, the Defendant's Motion to Dismiss for Failure to File the Case Categorization Form was filed on the temp paralegal's last day of employment and the day before my permanent paralegal's return from maternity leave. The Motion went unreported and unopposed.

6. Upon learning of the oversight and the Dismissal Order, my office promptly completed the Case Categorization Forms and submitted the same with the relevant medical records on May 16, 2019. I am informed and believed that this case is now in full clerical compliance with all necessary submissions on file.

7. I apologize to the Court and counsel for this oversight and given the opportunity will ensure that mistakes such as this do not happen in the future.

8. I respectfully offer to the Court that any prejudice or delay to opposing counsel in receiving this information would be greatly outweighed by the dismissal of this case without a determination on the merits.

FURTHER, AFFIANT SAITH NOT.

_____
KEITH D. GRIFFIN

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of ___Los Angeles___ )

On _May 22, 2019_ before me, _Maria L. Carlos, Notary Public_,
      Date                                         Here Insert Name and Title of the Officer

personally appeared _Keith D. Griffin_
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Maria L. Carlos_
             Signature of Notary Public

*Seal:* MARIA L. CARLOS, Notary Public – California, Los Angeles County, Commission # 2229856, My Comm. Expires Feb 26, 2022

Place Notary Seal Above

──────── OPTIONAL ────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Affidavit in Support of Plaintiff's Motion for Reconsideration_
Document Date: _May 22, 2019_ Number of Pages: _(Affidavit - 2 pgs.)_
Signer(s) Other Than Named Above: _None_

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _Keith D. Griffin_
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☒ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907