# Exhibit "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected <u>must</u> be supported by attaching <u>specific medical record(s)</u> confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

## Categorization Form

A.   Plaintiff's Name:                              Heather Valvo

B.   Plaintiff's Case Number:            1:16-cv-01285

C.   Plaintiff's Counsel (Lead Firm Name): Girardi & Keese

D.   Categorization (check only one and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:_____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:_____

   Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:_____

   Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4:_____

   Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: **X**

Briefly describe claimed complication/outcome/injury: Two failed attempts for removal in 2009, successful/complex retrieval in 2015.

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: _____

Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: **X** . **Circle all sub-categories that apply below:**

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

_____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: Prior to removal, CT scan shows one prong protruding abunting the lower pole of the right kidney.

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.      Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        Keith D. Griffin

Plaintiff's Counsel's Firm:        Girardi & Keese

Plaintiff's Counsel's Signature:

4

**Henry Mayo Newhall Memorial Hospital**
**23845 McBean Parkway Valencia California 91355**

Printed on:

| | |
|---|---|
| Name:  VALVO,HEATHER | Ord Dr:  WICKRAMASINGHE, HIMANSHU V M.D. |
| Pt #:    V00004579615 | Adm Dr: UMALI,MARIA |
| MR #:  M000114795 | |
| Age:   28          Sex: F | Room#: MS05 P20444-1 |

Procedure Location: SPECIAL PROCEDURES
Date Procedure Ordered:    01/30/09          Order#: 0130-0001   Report#: 0130-0229

***Signed***

PROCEDURE: SP IVC FILTER PLACEMENT

IVC FILTER PLACEMENT

EXAMINATION DATE AND TIME:  Jan 30, 2009 6:09:00 PM

COMPARISON: None.

REASON FOR STUDY:  pulmonary embolism

MEDICATIONS: Versed 2 mg IV, fentanyl 100 mcg IV

TECHNIQUE: The risks, benefits, alternatives to the procedure were discussed in depth with the patient. Signed consent was then obtained. The patient was laid supine on the angiographic table. The right groin was prepped and draped in usual sterile fashion. Using ultrasound guidance identification of a patent right common femoral vein was performed. This area was anesthetized with 1% lidocaine. Using standard micropuncture technique access into the right common femoral vein was performed. A 0.018 guidewire was inserted without difficulty. A 4 French sheath followed. The microwire was exchanged for a 0.035 Benson guidewire and a pigtail catheter was then positioned at the confluence of the iliac veins.

An IVC gram was performed which demonstrates patency of the IVC. There is no evidence of clot, stenosis or occlusion. A retrievable Gunther pull-up filter was then placed at the level of the renal veins. No immediate complications were encountered. Hemostasis was achieved with 15 minutes of manual compression.

| Richard Goldman, M.D., Medical Director | Louis Adler, M.D. | Matthew Charms, M.D. |
|---|---|---|
| Jason Deutsch, M.D. | Gerald Roth, M.D. | Ted Hittle, M.D. |
| David Chou, M.D. | Daniel Kirsch, M.D. | Ira Smalberg, M.D. |
| Anil Wadhwani, M.D. | Bruce Yawitz, M.D. | Peter Joyce, M.D. |

## Henry Mayo Newhall Memorial Hospital
### 23845 McBean Parkway Valencia California 91355

Printed on:

| | |
|---|---|
| Name:  VALVO,HEATHER R | Ord Dr:   MORAN,JULIETA M.D. |
| Pt #:   V00013280665 | Adm Dr: |
| MR #:  M000114795 | |
| Age:   34          Sex: F | Room#: ED3 |
| DOB: 10/23/1980 | |
| Procedure Location: ULTRASOUND | |
| Date Procedure Ordered:  06/14/15 | Order#: 0614-0009    Report#: 0614-0242 |

JANE DASCALOS M.D./TR:          Date:06/14/15  Time:1543

| Richard Goldman, M.D., Medical Director | Srinivas Peddi, M.D. | Ted Hittle, M.D. |
|---|---|---|
| Omar Sahagun, M.D. | Gerald Roth, M.D. | Ira Smalberg, M.D. |
| Ian Levin, M.D. | Daniel Kirsch, M.D. | Jane Dascalos, M.D. |
| Joshua Hanelin, M.D. | Bruce Yawitz, M.D. | James Hill, M.D. |

Page 2

**Henry Mayo Newhall Memorial Hospital**
**23845 McBean Parkway Valencia California 91355**

Printed on:

Name: VALVO,HEATHER                     Ord Dr:  WICKRAMASINGHE, HIMANSHU V M.D.
Pt #:    V00004727312                        Adm Dr:
MR #:  M000114795
Age:   28              Sex: F              Room#: RAD

Procedure Location: SPECIAL PROCEDURES
Date Procedure Ordered:       03/13/09            Order#: 0313-0006   Report#: 0313-0165

***Signed***

PROCEDURE: SP INFERIOR VENA CAVA W/SERIAL

IVC FILTER REMOVAL

EXAMINATION DATE AND TIME: Mar 13, 2009 1:14:00 PM

COMPARISON: None.

REASON FOR STUDY:  IVC RETRIEVAL

Physicians: Khanna

MEDICATIONS:    Versed 4 mg IV, fentanyl 200 mammograms IV.

TECHNIQUE:   The risks, benefits, alternatives to the procedure were discussed in
depth with the patient. Risks such as bleeding, infection, vascular injury,
vascular perforation, inability to retrieve the filter were discussed in depth
with the patient. IV conscious sedation were also identified. Signed consent
was then obtained.

Spot imaging over the abdomen demonstrates a comfortable at filter which is tilted
towards the right. On the initial IVC deployment. The filter was straight in
its alignment. It is now tilted. The patient was laid supine on the
angiographic table. The right neck was prepped and draped in usual sterile
fashion. Using standard micropuncture and ultrasound guidance access into the
right internal jugular vein was performed. A microwire was inserted without
difficulty and a 5 French dilator and sheath followed. A 5 French pigtail was
positioned within the right common iliac vein and IVC gram was performed which

| Richard Goldman, M.D., Medical Director | Louis Adler, M.D. | Matthew Charms, M.D. |
|---|---|---|
| Jason Deutsch, M.D. | Gerald Roth, M.D. | Ted Hittle, M.D. |
| David Chou, M.D. | Daniel Kirsch, M.D. | Ira Smalberg, M.D. |
| Anil Wadhwani, M.D. | Bruce Yawitz, M.D. | Peter Joyce, M.D. |

**Henry Mayo Newhall Memorial Hospital**
**23845 McBean Parkway Valencia California 91355**

Printed on:

| | | |
|---|---|---|
| Name:  VALVO,HEATHER | Ord Dr:  WICKRAMASINGHE, HIMANSHU V M.D. | |
| Pt #:   V00004727312 | Adm Dr: | |
| MR #: M000114795 | | |
| Age:   28 | Sex: F | Room#: RAD |

Procedure Location: SPECIAL PROCEDURES
Date Procedure Ordered:    03/13/09          Order#: 0313-0006    Report#: 0313-0165

does not demonstrate any evidence of clot, stenosis or occlusion.

Sequential dilatations of the venotomy site were performed to 11 French was
performed. A retrieval set was used to try and remove the filter. Despite
multiple attempts, multiple catheters in the use of 2 snares I was unable to
retrieve the filter. I believe that since the filter is tilted the bulk is
embedded in the IVC wall. At this time the risks outweigh the benefits of the
removal. All wires and catheters were removed from the patient. Hemostasis was
achieved with 10 minutes of manual compression of the neck.
FINDINGS:

The IVC filter is tilted at this time. On the initial deployment. The filter was
upright without tilt in its orientation.

Patent right interval jugular vein

IMPRESSION: Inability to retrieve the IVC filter. I believe that due to the
filter's tilt, the hook is embedded in the IVC wall. Despite multiple snares,
wires and catheters - the filter was unable to be retrieved. The risks outweigh
the benefits in a prolonged attempt to retrieve this filter. Therefore all
wires and catheters were removed from this patient.

_____

SANJEEV KHANNA M.D.


:SANJEEV KHANNA M.D. 03/13/09 1518

| | | |
|---|---|---|
| Richard Goldman, M.D., Medical Director | Louis Adler, M.D. | Matthew Charms, M.D. |
| Jason Deutsch, M.D. | Gerald Roth, M.D. | Ted Hittle, M.D. |
| David Chou, M.D. | Daniel Kirsch, M.D. | Ira Smalberg, M.D. |
| Anil Wadhwani, M.D. | Bruce Yawitz, M.D. | Peter Joyce, M.D. |

Page 2

## Henry Mayo Newhall Memorial Hospital
### 23845 McBean Parkway Valencia California 91355

Printed on:

| | |
|---|---|
| Name: VALVO,HEATHER | Ord Dr:  WICKRAMASINGHE, HIMANSHU V M.D. |
| Pt #:   V00004727312 | Adm Dr: |
| MR #: M000114795 | |
| Age:   28          Sex: F | Room#: RAD |

Procedure Location: SPECIAL PROCEDURES
Date Procedure Ordered:      03/13/09              Order#: 0313-0006    Report#: 0313-0165

| Richard Goldman, M.D., Medical Director | Louis Adler, M.D. | Matthew Charms, M.D. |
|---|---|---|
| Jason Deutsch, M.D. | Gerald Roth, M.D. | Ted Hittle, M.D. |
| David Chou, M.D. | Daniel Kirsch, M.D. | Ira Smalberg, M.D. |
| Anil Wadhwani, M.D. | Bruce Yawitz, M.D. | Peter Joyce, M.D. |

**Henry Mayo Newhall Memorial Hospital**
**23845 McBean Parkway Valencia California 91355**

Printed on:

| | | | |
|---|---|---|---|
| Name: VALVO,HEATHER | | Ord Dr: WICKRAMASINGHE, HIMANSHU V M.D. | |
| Pt #: V00004579615 | | Adm Dr: UMALI,MARIA | |
| MR #: M000114795 | | | |
| Age: 28 | Sex: F | Room#: MS05 P20444-1 | |

Procedure Location: SPECIAL PROCEDURES
Date Procedure Ordered:    01/30/09          Order#: 0130-0001    Report#: 0130-0229

FINDINGS: The IVC does not demonstrate any evidence of clot, stenosis or occlusion.

IMPRESSION: Successfull placement of a retrievable Gunther tulip IVC filter. This was placed at the level of the renal veins.

SANJEEV KHANNA M.D.

;SANJEEV KHANNA M.D. 01/30/09 1816

| | | |
|---|---|---|
| Richard Goldman, M.D., Medical Director | Louis Adler, M.D. | Matthew Charms, M.D. |
| Jason Deutsch, M.D. | Gerald Roth, M.D. | Ted Hittle, M.D. |
| David Chou, M.D. | Daniel Kirsch, M.D. | Ira Smalberg, M.D. |
| Anil Wadhwani, M.D. | Bruce Yawitz, M.D. | Peter Joyce, M.D. |

Page 2

### Henry Mayo Newhall Memorial Hospital
### 23845 McBean Parkway Valencia California 91355

Printed on:

| | |
|---|---|
| Name:  VALVO,HEATHER | Ord Dr:  WICKRAMASINGHE, HIMANSHU V M.D. |
| Pt #:     V00004781783 | Adm Dr: |
| MR #:  M000114795 | |
| Age:    28          Sex: F | Room#: RAD |

Procedure Location: SPECIAL PROCEDURES
Date Procedure Ordered:     03/26/09          Order#: 0326-0009    Report#: 0329-0156

### ***Signed***

PROCEDURE: SP INFERIOR VENA CAVA W/SERIAL

SP INFERIOR VENA CAVA W/SERIAL

EXAMINATION DATE AND TIME:  Mar 27, 2009 10:45:00 AM

COMPARISON: None.

REASON FOR STUDY:  28-year-old female history of deep vein thrombosis and PE. She had failed attempt at IVC Filter retrieval. She represents now for second attempt.

PROCEDURE:

1. Cavagram.

2. Failed retrieval of IVC Filter.

3. Fluoroscopic guidance.

4. Ultrasound guidance for venous access.

Physician Wadhwani

COMPLICATIONS:    None

ASA classification: 2.

| Richard Goldman, M.D., Medical Director | Louis Adler, M.D. | Matthew Charms, M.D. |
|---|---|---|
| Jason Deutsch, M.D. | Gerald Roth, M.D. | Ted Hittle, M.D. |
| David Chou, M.D. | Daniel Kirsch, M.D. | Ira Smalberg, M.D. |
| Anil Wadhwani, M.D. | Bruce Yawitz, M.D. | Peter Joyce, M.D. |

**Henry Mayo Newhall Memorial Hospital**
**23845 McBean Parkway Valencia California 91355**

Printed on:

| | | |
|---|---|---|
| Name:  VALVO,HEATHER | Ord Dr:  WICKRAMASINGHE, HIMANSHU V M.D. | |
| Pt #:  V00004781783 | Adm Dr: | |
| MR #: M000114795 | | |
| Age:   28 | Sex: F | Room#: RAD |

Procedure Location: SPECIAL PROCEDURES
Date Procedure Ordered:     03/26/09          Order#: 0326-0009     Report#: 0329-0156

Operative note: After informed consent, the right neck was prepped and draped in
standard sterile fashion.  1% lidocaine was used for local anesthesia. The
right internal jugular vein was accessed with micropuncture needle under
ultrasound guidance. The tract was dilated, and a 5 French multisidehole
straight catheter was advanced into the infrarenal cava. Cavogram was performed
in THE AP projection. The catheter was then exchanged for a 11 French sheath
over a J-wire. Through this, initial attempts were made to advance the snare
retrieval device to capture the hook without success. Subsequently, alternative
methods were utilized to capture the hook, including a reverse curve visceral
catheter TO redirected tip of the filter, as well as a large loop snare
utilizing the reverse catheter, and 035 Glidewire technique. Both of these
alternative techniques failed, suggesting that the hook is embedded within the
wall of the vein. At this time it was decided to terminate further attempts.

FINDINGS:

1. Initial cavagram demonstrates the IVC to be patent. There is no significant
clot within the indwelling filter. As before, the filter is tilted, with the
apex directed medially.

2. Failed attempt retrieving IVC Filter despite utilizing a multiple alternative
techniques as described above. Despite maneuvering the filter, the filter would
reposition into its original orientation.  I believe this is related to
ingrowth of the hook of the filter into the adjacent wall. Given the high risk
of caval injury, further attempts were terminated.

IMPRESSION: Failed attempts retrieving the IVC filter. There is no significant
clot within the filter on the initial cavagram.

| | | |
|---|---|---|
| Richard Goldman, M.D., Medical Director | Louis Adler, M.D. | Matthew Charms, M.D. |
| Jason Deutsch, M.D. | Gerald Roth, M.D. | Ted Hittle, M.D. |
| David Chou, M.D. | Daniel Kirsch, M.D. | Ira Smalberg, M.D. |
| Anil Wadhwani, M.D. | Bruce Yawitz, M.D. | Peter Joyce, M.D. |

Page 2

**Henry Mayo Newhall Memorial Hospital**
**23845 McBean Parkway Valencia California 91355**

Printed on:

| | |
|---|---|
| Name: VALVO,HEATHER | Ord Dr:   WICKRAMASINGHE, HIMANSHU V M.D. |
| Pt #:   V00004781783 | Adm Dr: |
| MR #: M000114795 | |
| Age:   28          Sex: F | Room#: RAD |

Procedure Location: SPECIAL PROCEDURES
Date Procedure Ordered:     03/26/09          Order#: 0326-0009     Report#: 0329-0156

---

ANIL N. WADHWANI M.D.


:ANIL N. WADHWANI M.D. 03/29/09 1446

| | | |
|---|---|---|
| Richard Goldman, M.D., Medical Director | Louis Adler, M.D. | Matthew Charms, M.D. |
| Jason Deutsch, M.D. | Gerald Roth, M.D. | Ted Hittle, M.D. |
| David Chou, M.D. | Daniel Kirsch, M.D. | Ira Smalberg, M.D. |
| Anil Wadhwani, M.D. | Bruce Yawitz, M.D. | Peter Joyce, M.D. |

Page 3



**TOWER IMAGING VALENCIA**

*Imaging by Specialists*

23929 McBean Parkway, Bldg F. – Ste. 109, Valencia, CA 91355 · Tel: (661) 753-5400 · Fax: (661) 753-5401
www.towerimaging-valencia.com

Signed

UMALI, MARIA S. M.D.
VALVO,HEATHER R/DOE: 04/27/15  1/2

Patient:        VALVO,HEATHER R
DOB:            10/23/1980
MRN:            M000114795
Exam ID:        0427-0009 VC/CT ABD PELV WO CONT
Exam DT:        04/27/15

CT EXAMINATION OF THE ABDOMEN AND PELVIS WITHOUT IV CONTRAST

EXAMINATION DATE AND TIME:    Apr 27, 2015 12:33:00 PM

COMPARISON:   2/26/2015

REASON FOR STUDY:    RLQ ABDOMINAL PAIN

COMMENT:    Unenhanced CT examination of the abdomen and pelvis is performed.
Using a Philips 64 channel CT scanner, data is obtained through the abdomen and
pelvis and reconstructed into 3 mm thick axial and 3 mm thick coronal images.
No intravenous contrast was administered.  Oral contrast was administered.

The total DLP in mGy*cm is 1372.7.
Series number    CTDI in mGy
2                        25.6

Scout view shows an IVC filter in place. As before, one of the prongs is

Tower Imaging Valencia, 23929 McBean Parkway Suite 109, Valencia, CA 91355
(661) 753-5400 Ph (661) 753-5401 Fax
MRI · CT · Ultrasound · X-Ray · Fluoroscopy · DEXA



# TOWER IMAGING VALENCIA

*Imaging by Specialists*

23929 McBean Parkway, Bldg F. – Ste. 109, Valencia, CA 91355 · Tel: (661) 753-5400 · Fax: (661) 753-5401
www.towerimaging-valencia.com

directed toward the right kidney.

The lung bases are clear.

The liver is enlarged measuring 21 cm. Fatty infiltration of the liver is noted.

The spleen, pancreas, gallbladder, both adrenal glands and both kidneys are normal.

The bowel shows scattered colonic diverticula. There is no evidence of diverticulitis. Specifically, the diverticulitis noted previously has resolved. A normal appendix is noted.

No abnormal lymphadenopathy is identified.

The aorta is normal in course and caliber.

The urinary bladder is distended with urine and appears unremarkable.

The uterus is absent.

No suspicious osteolytic or osteoblastic lesions are identified.

IMPRESSION: There is no evidence of acute pathology in the abdomen or pelvis. Incidental findings are described above.

ROTH,GERALD M.D.

04/27/15  1241

Thank you for the courtesy of this referral.

**Henry Mayo Newhall Memorial Hospital**
**23845 McBean Parkway Valencia California 91355**

Printed on:

| | |
|---|---|
| Name:  VALVO,HEATHER R | Ord Dr:  MORAN,JULIETA M.D. |
| Pt #:    V00013280665 | Adm Dr: |
| MR #:  M000114795 | |
| Age:    34          Sex: F | Room#: ED3 |
| DOB: 10/23/1980 | |
| Procedure Location: CAT SCAN | |
| Date Procedure Ordered:  06/14/15 | Order#: 0614-0057   Report#: 0615-0070 |

**\*\*\*Signed\*\*\***

CT ABD PELV W CONT

DATE:  Jun 14, 2015 06:57:00 PM

REASON FOR STUDY:   Abdominal Pain

COMPARISON:   Previous CT scan of the abdomen and pelvis dated 4/27/2015

Technique: Enhanced CT examination of the abdomen and pelvis is performed.
Using a Philips multi channel CT scanner, data is obtained through the abdomen
and pelvis and reconstructed into 5 mm thick axial and 3 mm thick coronal
images.  100 cc of Omnipaque 350 was administered.  Oral contrast material was
administered.

Total DLP: 2852.3 mGy*cm
Series 1: 0.08 mGy CTDI
Series 2: 27. 8 mGy CTDI
Series 3: 28.1 mGy CTDI

FINDINGS:

The lung bases are clear. No basilar infiltrates pleural effusions. There is
partially imaged fluid collection in the right lower chest wall that may be the
lower portion of a breast prosthesis.

The liver demonstrates severe diffuse fatty infiltration with hepatomegaly.
Liver measures over 20 cm in coronal length. No definite significant focal

| Richard Goldman, M.D., Medical Director | Srinivas Peddi, M.D. | Ted Hittle, M.D. |
|---|---|---|
| Omar Sahagun, M.D. | Gerald Roth, M.D. | Ira Smalberg, M.D. |
| Ian Levin, M.D. | Daniel Kirsch, M.D. | Jane Dascalos, M.D. |
| Joshua Hanelin, M.D. | Bruce Yawitz, M.D. | James Hill, M.D. |

Page 1

**Henry Mayo Newhall Memorial Hospital**
**23845 McBean Parkway Valencia California 91355**

Printed on:

| | |
|---|---|
| Name: VALVO,HEATHER R | Ord Dr:   MORAN,JULIETA M.D. |
| Pt #:   V00013280665 | Adm Dr: |
| MR #: M000114795 | |
| Age:   34          Sex: F | Room#: ED3 |
| DOB: 10/23/1980 | |
| Procedure Location: CAT SCAN | |
| Date Procedure Ordered:  06/14/15 | Order#: 0614-0057     Report#: 0615-0070 |

hepatic abnormalities are identified. The spleen is at the upper limits of
normal for size just under 12 cm in coronal length. The gallbladder is
nondistended obviously inflamed and is without calcified gallstones. The
pancreas has a normal contour. The stomach and duodenum appear unremarkable.
There is no evidence of ascites.

The adrenal glands appear grossly unremarkable. Both kidneys are normal in
size, shape and position and are without hydronephrosis or urolithiasis or a
significant mass.

There is no evidence of retroperitoneal lymphadenopathy. There is an inferior
vena cava filter in place. One prong of the filter protrudes anterolaterally
from the IVC and abuts the lower pole of the right kidney. This could be a
cause of chronic discomfort or hematuria. This has not changed since a previous
examination of 4/27/2015.

The small bowel is of normal appearance. There are nondistended and there is no
obvious inflammation. The colon has a normal appearance as well. The appendix
is well-visualized and is noninflamed. There is diverticulosis of the left
colon and sigmoid colon without evidence of active inflammation.

Images through the pelvis demonstrate a 3 cm right ovarian cyst. The patient is
a previous hysterectomy. The urinary bladder appears unremarkable. The osseous
structures are intact.

IMPRESSION:

This patient has severe diffuse fatty infiltration of the liver with

| | | |
|---|---|---|
| Richard Goldman, M.D., Medical Director | Srinivas Peddi, M.D. | Ted Hittle, M.D. |
| Omar Sahagun, M.D. | Gerald Roth, M.D. | Ira Smalberg, M.D. |
| Ian Levin, M.D. | Daniel Kirsch, M.D. | Jane Dascalos, M.D. |
| Joshua Hanelin, M.D. | Bruce Yawitz, M.D. | James Hill, M.D. |

Page 2

**Henry Mayo Newhall Memorial Hospital**
**23845 McBean Parkway Valencia California 91355**

Printed on:

| | |
|---|---|
| Name:  VALVO,HEATHER R | Ord Dr:   MORAN,JULIETA M.D. |
| Pt #:    V00013280665 | Adm Dr: |
| MR #:  M000114795 | |
| Age:     34                    Sex: F | Room#: ED3 |
| DOB: 10/23/1980 | |
| Procedure Location: ULTRASOUND | |
| Date Procedure Ordered: 06/14/15 | Order#: 0614-0009   Report#: 0614-0242 |

***Signed***

TRANSABDOMINAL AND TRANSVAGINAL ULTRASOUND EXAMINATION OF THE FEMALE PELVIS

EXAMINATION DATE AND TIME:    Jun 14, 2015 03:33:00 PM

COMPARISON:   5/3/2015

REASON FOR STUDY:   Abdominal Pain

COMMENT:   Transabdominal and transvaginal examination of the pelvis is performed. Transit

Prior hysterectomy.

The right ovary is sonographically normal measuring 2.4 cm.

The left ovary is sonographically normal measuring 2.3 cm.

Arterial flow was documented to the left ovary. The technologist was unable to detect  arterial flow to the right ovary after several attempts. Venous flow to the right ovary was detected.

No evidence for free fluid.

IMPRESSION:   The technologist was unable to detect arterial flow to the right ovary after several attempts. Venous flow to the right ovary was detected. Therefore, recommend clinical correlation to exclude right ovarian torsion.

| Richard Goldman, M.D., Medical Director | Srinivas Peddi, M.D. | Ted Hittle, M.D. |
|---|---|---|
| Omar Sahagun, M.D. | Gerald Roth, M.D. | Ira Smalberg, M.D. |
| Ian Levin, M.D. | Daniel Kirsch, M.D. | Jane Dascalos, M.D. |
| Joshua Hanelin, M.D. | Bruce Yawitz, M.D. | James Hill, M.D. |

**Henry Mayo Newhall Memorial Hospital**
**23845 McBean Parkway Valencia California 91355**

Printed on:

| | |
|---|---|
| Name:  VALVO,HEATHER R | Ord Dr:  MORAN,JULIETA M.D. |
| Pt #:  V00013280665 | Adm Dr: |
| MR #:  M000114795 | |
| Age:  34          Sex: F | Room#: ED3 |
| DOB: 10/23/1980 | |
| Procedure Location: CAT SCAN | |
| Date Procedure Ordered:  06/14/15 | Order#: 0614-0057    Report#: 0615-0070 |

hepatomegaly.

There is an IVC filter with a prong extending beyond the IVC and abutting the lower pole of right kidney. This could be a cause of chronic discomfort.

There is diverticulosis of the colon without evidence of active inflammation.

Dr. Maynard provided a preliminary interpretation to the emergency room at 7:05 p.m..

_____

JOHN G. MARDIAT M.D./TR:          Date:06/15/15  Time:0834

| | | |
|---|---|---|
| Richard Goldman, M.D., Medical Director | Srinivas Peddi, M.D. | Ted Hittle, M.D. |
| Omar Sahagun, M.D. | Gerald Roth, M.D. | Ira Smalberg, M.D. |
| Ian Levin, M.D. | Daniel Kirsch, M.D. | Jane Dascalos, M.D. |
| Joshua Hanelin, M.D. | Bruce Yawitz, M.D. | James Hill, M.D. |

Page 3

Official Copy


**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL
450 BROADWAY STREET
REDWOOD CITY CA 94063

VALVO,HEATHER
MRN: 32391997
DOB: 10/23/1980, Sex: F
Enc. Date: 07/21/15

---

**PROGRESS NOTES**

---

Progress Notes by Kuo, William Tom, MD at 7/21/2015 7:59 AM

| Author: Kuo, William Tom, MD | Service: Interventional Radiology | Author Type: Physician |
| Filed: 7/27/2015 3:16 PM | Note Time: 7/21/2015 7:59 AM | Status: Signed |
| Editor: Katz, Danielle Ashley, NP (Nurse Practitioner) | | |

**Stanford Interventional Radiology Consult**
Primary Care:
Umali, Maria Sandra
(General)
Umali Medical Clinic
22621 Lyons Ave
Newhall CA 91321
Phone: 661-964-0597
Fax: 661-964-0598

7/27/2015

Re: Heather Valvo, DOB 10/23/1980, MRN 32391997

Thank you for your referral of Heather Valvo. She was seen in our clinic today, 7/27/2015, in consultation for complex filter retrieval.

Briefly, Heather Valvo is a 34 Year old female with history of pulmonary embolism and IVC filter placement. In January 2009, she underwent cesarean section for delivery of twins at 38 weeks gestation. Following a healthy delivery, she was discharged home. Approximately 1 week later, Ms. Valvo began experiencing "pneumonia-like" symptoms, and she went to the ED where she was diagnosed with acute pulmonary embolism. On 1/30/2009, she underwent IVC filter placement at Henry Mayo Memorial Hospital in Valencia, California. She was started on Lovenox injections and transitioned to Coumadin. She recalls there was some difficulty remaining in therapeutic INR range, and she was routinely supratherapeutic. She also experienced hair-loss which she attributed to the Coumadin. She recalls that her anticoagulation was discontinued approximately 2-3 months later.

On 3/13/2009 and 3/26/2009, she underwent attempted IVC filter retrieval at Henry Mayo Memorial Hospital, but these attempts were unsuccessful. Following this, she was told her filter would need to stay in permanently. She does not recall receiving any subsequent anticoagulation. She denies any residual symptoms from her prior pulmonary embolism. Recently, she underwent laparoscopic knee surgery and a hysterectomy without complications. Approximately 2 years ago, Ms. Valvo began to feel severe abdominal pain in her right lower quadrant. These episodes were sudden in onset, and she presented to her local ER on several occasions. After initial CT scans were performed, she was told her symptoms were related to ovarian cysts. Last Summer, she presented to the ER with another severe pain episode. After another CT scan, there was finally mention that her retained IVC filter had penetrated through the IVC wall and was a probable cause of her chronic pain. She then consulted with a local physician, she believes a vascular surgeon, who explained that filter removal would not be possible.

She recently underwent workup for right knee pain, and during the MRI, she felt her right-sided pain becoming worse. She was afraid the filter could have moved during the MRI scan. Today, she complains of constant right lower quadrant pain that becomes worse with any physical activity, and she is unable to exercise or be active. This pain is quite upsetting to her, and she believes this is from her indwelling filter. After conducting extensive online research, they discovered the Stanford Filter Clinic. They are grateful to be here today and eager to



**Official Copy**

**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL
450 BROADWAY STREET
REDWOOD CITY CA 94063

VALVO,HEATHER
MRN: 32391997
DOB: 10/23/1980, Sex: F
Enc. Date: 07/21/15

---

## PROGRESS NOTES (continued)

Progress Notes by Kuo, William Tom, MD at 7/21/2015 7:59 AM (continued)

have the filter removed. They drove here today from Valencia, California with their twin children.

### Past Medical History

| Diagnosis | Date |
|---|---|
| • Sleep apnea | |
| • Pulmonary emboli | |
| • Hypothyroid | |

### Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Laparoscopic total hysterectomy | | 6/2014 |
| • Hx tubal ligation | | 10/2009 |
| • Hx cesarean section | | 1/2009 |
| • Hx knee arthroscopy | | 12/2013 |
| • Ivc filter retrieval | | 7/23/2015 |
| *Performed by KUO, WILLIAM T at STANFORD HOSPITAL CATH LAB.* | | |

### Social History

Occupation: Homemaker
Household: Lives with her husband and twin children; they are identical male/female twins conceived through IVF

History

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Not on file |
| • Alcohol Use: | No |

Current outpatient prescriptions: ARIPiprazole (ABILIFY) 10 mg TABS; Guanfacine 2 mg TABS; levothyroxine (SYNTHROID) 175 mcg tablet; methylphenidate (CONCERTA) 36 mg TR24

### Allergies:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Lupron [Leuprolide] | Swelling |
| *Throat swelling. SOB.* | |
| • Fish Oil | Swelling |
| *Other reaction(s): Difficulty Breathing* | |
| *Pt states throat closes up, unable to breathe* | |
| • Morphine | Nausea, Vomiting and Headache |

**Allergic to IV Contrast:** no

**Exam:** BP 117/80 mmHg | Pulse 87 | Temp(Src) 37.2 °C (99 °F) (Oral) | Resp 18 | Ht 1.646 m (5' 4.8") | Wt 124 kg (273 lb 5.9 oz) | BMI 45.77 kg/m2 | SpO2 97% General appearance: Well appearing, in no acute distress. Chest exam: Lungs - CTA, no wheezes; Heart exam - RRR. Abdominal exam: soft, non-tender; BS positive, no hepatomegaly, no splenomegaly. She feels deep RLQ pain with movement. Examination of the extremities reveals no peripheral edema and no phlegmasia.

---



Official Copy

**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL
450 BROADWAY STREET
REDWOOD CITY CA 94063

VALVO,HEATHER
MRN: 32391997
DOB: 10/23/1980, Sex: F
Enc. Date: 07/21/15

---

**PROGRESS NOTES (continued)**

Progress Notes by Kuo, William Tom, MD at 7/21/2015 7:59 AM (continued)

**Lab Results**

| Basename | Value | Date |
|----------|-------|------|
| WBC | 5.9 | 07/21/2015 |
| HGB | 14.4 | 07/21/2015 |
| HCT | 42.0 | 07/21/2015 |
| PLT | 261 | 07/21/2015 |
| INR | 1.0 | 07/21/2015 |
| CR | 0.8 | 07/21/2015 |

**Imaging:** Outside x-rays from January 30, 2009; March 13, 2009; March 24, 2009; March 26, 2009; April 27, 2015 and June 14, 2015 were reviewed. The images shown an infrarenal Gunther-Tulip IVC filter with tip embedded along the left caval wall. On the most recent CT scan from June 14, 2015, the filter apex is impaled through the left posterior caval wall. The right renal artery courses superiorly and medially to the apex. There is severe multifocal leg penetration into the retroperitoneum, adjacent vertebral body, and right renal hilum. There is no acute DVT.

I, William T Kuo, MD, performed a substantive portion of an E/M visit face-to-face with the same patient on the same date of service with the Advanced Practice Provider (APP). I was personally involved in reviewing and conducting elements of the history, physical exam and/or medical decision making including the information as described below:

**Assessment and Plan:** In summary, Mrs. Valvo is a 34 Year old with a chronically embedded IVC filter complicated by severe multifocal penetration resulting in lifestyle-limiting abdominal pain. Since she has long recovered from her prior PE, with no VTE recurrence after a course of therapeutic anticoagulation and no VTE recurrence following routine surgical procedures, we agree that IVC filtration is no longer required. From our assessment, she is a good candidate to undergo complex filter retrieval here at Stanford. In fact, filter retrieval is desired in this young patient to prevent further risks associated with longterm implantation and to reduce thrombotic risks associated with a permanent filter. In addition, filter removal would alleviate any pain associated with her penetrating filter components.

All of the risks, benefits and alternatives to the procedure were discussed in detail and informed consent was obtained. In addition, consent for the Stanford Filter Registry was also obtained. All questions were fully answered, and we will schedule her for Thursday under general anesthesia. She will also meet with our anesthesia team on the morning of her procedure.

If you have any questions regarding her care, please feel free to contact us anytime.

Kind Regards,

Danielle A Katz, NP

WILLIAM T. KUO, MD, FSIR, FCCP, FSVM

Stanford Interventional Radiology
300 Pasteur Drive, M/C 5642
Stanford, CA 94305



**Official Copy**

### Stanford
**HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL
450 BROADWAY STREET
REDWOOD CITY CA 94063

VALVO,HEATHER
MRN: 32391997
DOB: 10/23/1980, Sex: F
Adm: 7/23/2015

---

**OPERATIVE NOTE**

Operative Note by Kishore, Sirish, MD at 7/23/2015 1:52 PM

| Author: Kishore, Sirish, MD | Service: Interventional Radiology | Author Type: Fellow |
|---|---|---|
| Filed: 7/23/2015 2:00 PM | Note Time: 7/23/2015 1:52 PM | Status: Signed |
| Editor: Kishore, Sirish, MD (Fellow) | | |

### Interventional Radiology
### Post Operative Note

Today's date: July 23, 2015
Time: 1:52 PM
Clinical History: Post-partum PE requiring IVC filter placement in 2009. The patient was only placed on anticoagulation for 2-3 weeks, however, there is no evidence of lower extremity DVT
Informed Consent was obtained.

.Procedure Performed: Complex IVC filter retrieval and IVC plasty.
.IR Attending: Kuo
.IR Trainee: Kishore
Brief description of procedure: The right neck was prepped and draped in the usual sterile fashion. The right internal jugular vein was accessed under ultrasound guidance. A 14F sheath was placed in the right internal jugular vein. Using a combination of rigid forceps to perform blunt dissection as well as a laser sheath and the wire loop technique, the IVC filter was successfully removed. Follow up venography demonstrated mild vasospasm in the region of the filter apex with mild stenosis. The decision was made to venoplasty the IVC with a 20 mm x 6 cm balloon.

Complications: None

The above is a very brief procedure note. The full details of the procedure can be found in the dictated interventional radiology report to follow, which can be found in Centricity or the radiology section of Epic. If you have immediate questions, please page the Fellow of record.

Electronically Signed by Kishore, Sirish, MD at 7/23/2015 2:00 PM

---

## Surgery Log Information

**General Information**

| Date: 7/23/2015 | Time: 11:46 AM | Status: Posted |
|---|---|---|
| Location: STANFORD HOSPITAL CATH LAB | Room: CATH AMC 02 | Service: Interventional Radiology |
| Patient class: OP Surgery/Procedure | Case classification: Elective | |

**Case Tracking Events**

| Event | Time In |
|---|---|
| Patient Arrival to Registration | 10:04 AM |
| Patient Registration Complete | 10:19 AM |
| Pre-op Started | |
| CAPR/AMC Pre-op started | 11:17 AM |
| Pre-Op Nurse Prep Complete | 11:32 AM |
| Go Sticker Done | 11:32 AM |
| Cancellation - time of discharge | |
| Room Set Up Started | 11:40 AM |
| Patient Room In | 11:46 AM |

Official Copy



## Stanford
### HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL
450 BROADWAY STREET
REDWOOD CITY CA 94063

VALVO,HEATHER
MRN: 32391997
DOB: 10/23/1980, Sex: F
Adm: 7/23/2015

### CLINIC VISIT (continued)

🛡 STANFORD
U N I V E R S I T Y
M E D I C A L   C E N T E R

300 Pasteur Drive
Stanford California 94305-5699

Procedure • Cath/Angio Procedure Log

| Totals | |
|---|---|
| Post-study Assessment Statement | per anesthesia |

### Vital Signs

| Time | SpO2 (%) | HR (BPM) | BP (mmHg) | Insp CO2 (mmHg) | Exp CO2 (mmHg) | RR (per min) | Temp (°C) | LOC | Comment |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### Baseline Pain Assessment

| | | |
|---|---|---|
| Pain | | No |
| Scale of 1 - 10 | | 0 |
| Patient status | | Verbal |

### Post Procedure Pain Assessment
### Pre Procedure Pulses
### Post Procedure Pulses
### Radiology Summary

| Total Runs | |
|---|---|
| Total Cine Frames | |

| | Cine | Archive | CD |
|---|---|---|---|
| Identification (ID) | | | |

| | Diagnostic | Interventional | Total |
|---|---|---|---|
| Fluoro Time (minutes) | | 14.4 | 14.4 |

| | Exam Record DAP | Exam Fluoro DAP | Exam Total DAP |
|---|---|---|---|
| Dose Area Product (cGycm2) | | | |

### Contrast-M

| Time | Contrast | Amount (ml) | | Comment |
|---|---|---|---|---|
| 1:20 PM | Isovue 300-100 ml | 55 | | |

ACT Reference Ranges:

Greater Than 100 seconds – Less Than 500 seconds

### Intraprocedure ACT Events
### Medication Events-M

| Start | Stop | Medication | Amount | Ordered by | Given by | Comment |
|---|---|---|---|---|---|---|
| 12:21 PM | | 1% Lidocaine with Bicarb | 6 ml | Wi Kuo MD | Wi Kuo | |

Patient Name: VALVO, HEATHER
MRN: 3239199-7

Study Date: 7/23/2015
Admission ID: 131080727982

Page 2 of 7



**Official Copy**

**Stanford**
**HEALTH CARE**

STANFORD MEDICINE

STANFORD HOSPITAL
450 BROADWAY STREET
REDWOOD CITY CA 94063

VALVO,HEATHER
MRN: 32391997
DOB: 10/23/1980, Sex: F
Adm: 7/23/2015

## CLINIC VISIT (continued)

**STANFORD**
UNIVERSITY
MEDICAL CENTER
300 Pasteur Drive
Stanford, California 94305-5550

Procedure • Cath/Angio Procedure Log

| | | | Subcut | | | MD | |
|---|---|---|---|---|---|---|---|
| 12:35 PM | | | Heparin IA | 6,000 units | Will Kuo MD | | given by anesthesia |

### Medication Summary-M

| Medication | Route | Administration Unit | Total Administered | Billing Code | Type |
|---|---|---|---|---|---|
| 1% Lidocaine with Bicarb | Subcut | ml | 6 ml | | Local Anesthetic |
| Heparin | IA | units | 6,000 units | | Anticoagulant |

### Complications

| Time | Complication | Comment |
|---|---|---|
| 1:30 PM | None | |

### Event Log-M

| Time | Summary | Comment |
|---|---|---|
| 11:31:08 AM | Phase: Baseline | |
| 11:33:08 AM | Case Event Type:Interventional PV,Physician:Kuo,Will | |
| 11:33:32 AM | Procedure: IVC Filter Removal | |
| 11:40:43 AM | | Procedure Room Ready |
| 11:46:49 AM | | Patient Arrives to Procedure Room |
| 11:46:58 AM | | Armband Checked & On Patient |
| 11:46:59 AM | | Patient on Table |
| 11:47:00 AM | | Velcro belt applied for patient safety |
| 11:47:03 AM | | Anesthesia team at bedside |
| 11:47:03 AM | | See anesthesia record for VS/meds/LOC/Airway/Vent settings |
| 11:47:08 AM | | Dr. Modi anesthesia present |
| 11:47:18 AM | | Pre-procedure Teaching Performed |
| 11:47:18 AM | | Patient Verbalized Understanding of Procedure |
| 11:47:18 AM | | Consent Signed And On Chart |
| 11:47:18 AM | | H & P On The Chart |
| 11:47:18 AM | | Interdisciplinary Plan of Care Instituted |
| 11:47:21 AM | | Patient Allergies: Morphine, fish oil, Lupron |
| 11:47:48 AM | | Baseline Pain Assessment Completed |
| 11:47:55 AM | | Pre-Case Conscious Sedation Assessment Done |
| 11:48:00 AM | | Presedation Assessment Verified by Procedure MD/Anesthesiologist |
| 12:04:29 PM | | 16fr foley insertion per L.Maalbay,RN.  Clear yellow fluid noted. |
| 12:06:59 PM | | Lab Results Verified |
| 12:07:03 PM | | Preprocedure ultrasound completed |
| 12:07:06 PM | | Patient Prepped with Chlorhexidine and Draped |
| 12:07:10 PM | | Fellow/Resident Arrived: |
| 12:13:18 PM | | Attending Physician Arrived |

Patient Name: VALVO, HEATHER
MRN: 32391997

Study Date: 7/23/2015
Admission ID: 131080727962

Page 3 of 7



Official Copy

**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL
450 BROADWAY STREET
REDWOOD CITY CA 94063

VALVO,HEATHER
MRN: 32391997
DOB: 10/23/1980, Sex: F
Adm: 7/23/2015



**CLINIC VISIT (continued)**

**STANFORD** 300 Pasteur Drive
U N I V E R S I T Y  Stanford, California 94305-5500
M E D I C A L  C E N T E R  Procedure • Cath/Angio Procedure Log
Stanford Hospitals • Clinics
Lu ∴ John Packard Children's Hospital

| Time | Item | Note |
|---|---|---|
| 12:13:18 PM | | Time Out Called, Boarding Pass Completed (*) |
| 12:14:03 PM | | Case Start |
| 12:19:09 PM | 143158 Isovue-300 - 100 mL Iopamidol Injection 61% (NDC 0270-1315-35) | |
| 12:19:15 PM | 307647 80" x 90" Reinforced Heavy Duty Table Cover, with Iso-Bac | |
| 12:19:23 PM | 455371 Custom Radiology Pack (BSUSV)245 | |
| 12:19:25 PM | 298508 MPS 5F Set Nitinol Reg GW | |
| 12:19:28 PM | 60470 Latexfree Probe Covers, 13x122 cm, 5 x 48" non latex folded sterile | |
| 12:19:32 PM | 250030 16x 40" Fluoroscopy Drape, banded bag, adh strip | |
| 12:19:42 PM | 11004 .035x168cm 7cm Str Amplatz Super Stiff GW | |
| 12:19:58 PM | | (Site-Rite Probe Sheath Kit, contains a packet of gel, two bands |
| 12:19:58 PM | 51917 Site-Rite Probe Sheath Kit, contains a packet of gel, two bands and a prefolded sheath (6 in. x 48 i | |
| 12:20:03 PM | 14 Fr x 45 14F x 45cm Check-Flo | |
| 12:20:32 PM | | Local Anesthetic to Right Neck |
| 12:21:00 PM | 1% Lidocaine with Dilona Subcut 6 ml | |
| 12:21:19 PM | 41458 Dilator 10F x 20cm .038 | |
| 12:22:01 PM | 363700 RADPAD SHIELDS | |
| 12:22:27 PM | | RIJ access w US |
| 12:24:22 PM | | sheath insertion |
| 12:24:38 PM | 344074 Ensnare 12-20mm x 120cm | |
| 12:26:50 PM | | Rigid forceps opened to table |
| 12:30:43 PM | | rigid forceps inserted |
| 12:34:48 PM | | Heparin Bolus |
| 12:35:03 PM | Heparin IA 6,000 units | given by anesthesia |
| 12:39:17 PM | | preparing to calibrate Laser |
| 12:41:01 PM | 407154 12Fr GlideLight Laser Sheath | |
| 12:43:07 PM | 37513 6F x 5.5cm Brite Tip | |
| 12:46:03 PM | | Laser utilized |
| 12:56:28 PM | 15054 Dx 6F x 65cm Omni Flush Soft-Vu | |
| 12:56:50 PM | 255513 .035 x 260cm Angled Glidewire | |
| 12:56:51 PM | 295454 Torque Device .010-.038 | |
| 1:12:49 PM | | IVC filter removed |
| 1:14:23 PM | 57321 20/30 INDEFLATOR Inflation Device 30atm 20cc | |
| 1:15:58 PM | 430085 Atlas Gold OTW PTA Dilatation Catheter 20mmx2cmx80cm | |
| 1:18:33 PM | | Balloon inflation IVC |
| 1:21:07 PM | | Sheath removed manual pressure held |
| 1:28:32 PM | | Hemostasis obtained |
| 1:28:32 PM | | Case End |
| 1:29:30 PM | Procedure: IVC PTA | |
| 1:30:03 PM | Procedure: IVC Filter Removal | |
| 1:30:21 PM | Complication: None | |

Patient Name: VALVO, HEATHER
MRN: 3239199-7

Study Date: 7/23/2015
Admission ID: 131090722982

Page 4 of 7



Official Copy

**Stanford**
**HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL
450 BROADWAY STREET
REDWOOD CITY CA 94063

VALVO,HEATHER
MRN: 32391997
DOB: 10/23/1980, Sex: F
Enc. Date: 07/21/15

---

**CLINIC VISIT (continued)**

Scan on 7/28/2015  9:44 AM by Bernard, Rhonda : Pathology (below)

Stanford Hospital and Clinics
TISSUE EXAM REQUEST FORM

VALVO, HEATHER
AKA:
DOB:10/23/1980 MRN:32391997
HAR:156900463  ADM:7/23/15

131090727962

Anatomic Pathology • (650)723-7211 • Fax (650)725-7469
Room M2110 • 300 Pasteur Drive • Stanford, CA 94305

THIS AREA FOR PATHOLOGY USE ONLY

SHS-15-31702
DOB: 10/23/1980

VALVO, HEATHER
MM # 32391997 07/23/2015
IVC FILTER

2015 JUL 23 PM 02:12

MEDICAL RECORD COPY

---

Orders Tissue Exam - Received on 7/28/2015

---

**END OF REPORT**

---