# EXHIBIT A

| | |
|---|---|
| **From:** | Joseph N. Williams <jwilliams@rwp-law.com> |
| **Sent:** | Monday, May 20, 2019 11:48 AM |
| **To:** | Tina_Doyle@insd.uscourts.gov; Amy_Holtz@insd.uscourts.gov |
| **Cc:** | Ben Martin; Michael Heaviside; dmatthews@thematthewslawfirm.com; Pierson, Andrea Roberts; Bennett, James Stephen; Cox, Jessica Benson; Mary Llewellyn |
| **Subject:** | In re: Cook Medical (bellwether selection) |
| **Attachments:** | Bench Brief on Lexecon Rights of Direct Filed Plaintiffs.pdf; Lexecon Brief Exhibit A - Armstrong Short Form.pdf; Lexecon Brief Exhibit B - Fort Short Form.pdf |

Dear Tina & Amy (I know Tina is on vacation and wanted to make sure this message got to the Court),

Pursuant to Judge Young's order at our last status conference, Plaintiffs' Leadership reached out to all MDL counsel and asked (1) whether Cook's categorization lists were correct, and (2) whether plaintiffs would waive *Lexecon* so that their case could be tried as a bellwether case.

On question 1, we received approximately 25 corrections, which I sent over to Ms. Pierson this past Friday.

On question 2, we have been advised that no plaintiff is willing to waive their *Lexecon* rights. Given Cook's PowerPoint from the previous status conference that accused Plaintiffs of *Lexecon* "gamesmanship," we have put together a bench brief setting out the legal and factual basis for plaintiffs' refusal to waive. I've attached that brief here (Mary will be filing it on the master docket here shortly).

In sum, the master complaint and short form complaints both included language that preserved each plaintiff's statutory right to try their cases in their home jurisdictions. Specifically, the master complaint states that the proper venue for "remand and trial" is each plaintiff's home jurisdiction. The short form complaint sets out where each case would have been filed "absent direct filing." Furthermore, the Court recognized these rights in CMO #5, which required all cases (including direct-filed cases) to waive *Lexecon* to participate in the original discovery pool that generated the *Hill, Gage,* and Brand cases. This is all fleshed out in the attached brief.

Given plaintiffs' position, we would like to discuss this issue with everyone prior to our scheduled meeting on Thursday.

Sincerely,

joe

Joe Williams
Riley Williams & Piatt, LLC
317.633.5270

1