# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: DePUY ORTHOPAEDICS, INC ASR HIP IMPLANT PRODUCTS | MDL Docket No. 1:10 md 2197 |
| This Document Relates To:<br><br>ALL CASES. | **CASE MANAGEMENT ORDER NO. 2** |

## I. SCOPE OF THE ORDER

This Order shall apply to all Plaintiffs and their counsel for actions relating to DePuy Products that are currently pending in MDL No. 2197, hereinafter subject to transfer to these proceedings, or that have been or will be filed in the Court (collectively, "the MDL proceedings") and all Defendants and their counsel in the MDL proceedings.

## II. DIRECT FILING OF CASES INTO MDL NO. 2197

In order to eliminate delays associated with transfer of cases in or removed to other federal district courts to this Court, and to promote judicial efficiency, any plaintiff whose case would be subject to transfer to MDL 2197 may file his or her case directly in the MDL proceedings in the Northern District of Ohio.

Each case filed directly in MDL 2197 that emanates from a district outside the Northern District of Ohio will be filed in MDL 2197 for pretrial proceedings only, consistent with the Judicial Panel on Multidistrict's December 3, 2010, Transfer Order. (Doc. No. 1.)

Upon completion of all pretrial proceedings applicable to a case directly before this Court, pursuant to this Order, this Court, pursuant to 28 U.S.C. § 1404(a), will transfer that case to a federal district court of proper venue, as defined in 28 U.S.C. §

1391, based on the recommendations of the parties to that case.

The inclusion of any action in *In re: DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation,* MDL No. 2197, whether such action was or will be filed originally or directing in the Northern District of Ohio, shall not constitute a determination by this Court that jurisdiction or venue is proper in this district.

The fact that a case was directly filed in MDL 2197 pursuant to this Order will have no impact on the choice of law to be applied.

All attorneys with cases in MDL 2197 shall familiarize themselves with the **Notice to Attorneys involved in MDL Docket No. 2197,** which addresses attorney admission, electronic filing, and PACER (Public Access to Court Electronic Records) accounts. **(Doc. No. 5.)**

                        *S/ David A. Katz*
                        DAVID A. KATZ
                        U. S. DISTRICT JUDGE