IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## COOK DEFENDANTS' MOTION FOR ENTRY OF
## AMENDED BELLWETHER SELECTION PLAN PROTOCOL

The Cook Defendants respectfully move for the entry of Amended Case Management Order #25 (Bellwether Selection Plan Protocol). In support, the Cook Defendants state as follows:

1. On October 2, 2018, the Court entered the Order on the Cook Defendants' Motion for Screening Order and Bellwether Selection Plan. (Dkt. 9322)

2. On May 2, 2019, in preparation for bellwether selections, the Court entered Case Management Order #25 (Bellwether Selection Plan Protocol) (Dkt. 10599).

3. For the reasons described more fully in the Cook Defendants' Response To Plaintiff's Bench Brief Concerning Application Of Lexecon, the Cook Defendants respectfully request that the Court enter the proposed Amended Case Management Order #25 (Bellwether Selection Plan Protocol) attached as Exhibit A.

4. Specifically, the Cook Defendants respectfully propose that the Court's Bellwether Selection Plan be amended to include additional language related to strikes at Paragraph 8, and that deadlines within the plan be adjusted to conform to the Court's May 23, 2019, selection of the Discovery Pool.

WHEREFORE, the Cook Defendants request the Court enter Amended Case Management Order #25 (Bellwether Selection Plan Protocol) attached as Exhibit A.

Dated: May 23, 2019

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  Andrea.Pierson@FaegreBD.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile:  (260) 460-1700
E-Mail:  Stephen.Bennett@FaegreBD.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, a copy of the foregoing "Cook Defendants' Motion for Entry of Amended Bellwether Selection Plan Protocol" was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson