IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Civil Case #: 1:18-cv-1393
     Darlene Bruno

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Darlene Bruno, pursuant to FRCP 15(a)(2), requests leave to file her First Amended Short Form Complaint based on the following:

1. This is a products liability case in which Plaintiff seeks damages for injuries allegedly sustained as a result of being implanted with a defective and unreasonably dangerous Inferior Vena Cava ("IVC") filter manufactured by Defendants.

2. Plaintiff's counsel has learned that the Inferior Vena Cava Filter's product type was inaccurately identified on the previously filed Short Form Complaint.

3. Plaintiff seeks leave to file the attached "First Amended Short Form Complaint" to correct the Inferior Vena Cava Filter's product type from the Cook Celect Platinum to the Cook Celect.

4. "A party may amend its pleading only with the opposing party's written consent or the Court's leave. The court should freely give leave when justice so requires." Rule 15(a)(2), Fed. R. Civ. P.; *Forman v. Davis,* 371 U.S. 178, 182 (1962).

    5.    Plaintiff's counsel has conferred with defense counsel, and Defendants do not oppose this motion.

    6.    No party will be prejudiced by allowing Plaintiff to amend the Complaint.

**WHEREFORE,** Plaintiff prays that this Motion be granted, that Plaintiff be granted leave to file her First Amended Short Form Complaint, and for such other appropriate relief.

Dated: May 23, 2019

Respectfully submitted,

*/s/ David C. DeGreeff*
Thomas P. Cartmell     MO Bar #45366
(admitted pro hac vice)
David C. DeGreeff     MO Bar #55019
(admitted pro hac vice)
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2371 (fax)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electron Filing.

*/s/ David C. DeGreeff*