IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Civil Case #: 1:18-cv-1393
    Darlene Bruno

### [PROPOSED ORDER] GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

IT IS ORDERED that Plaintiff's Unopposed Motion For Leave to File Amended Complaint is hereby GRANTED.

Signed this _____ day of _____, 2019.

                                               Honorable Judge Tim A. Baker
                                               United States Magistrate Judge
                                               Southern District of Indiana