UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
|---|---|
| This Document Relates to Plaintiff:<br><br>BRENDA WARFIELD | Civil Case No.: 1:16-cv-535-RLY-TAB |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF BRENDA WARFIELD

Pursuant to S.D. Ind. L.R. 83-7, counsel for Brenda Warfield, WILENTZ, GOLDMAN & SPITZER, PA, hereby request the Court for an Order allowing JOSHUA S. KINCANNON, ESQ. and the firm WILENTZ, GOLDMAN & SPITZER, P.C. to withdraw as counsel of record for Brenda Warfield. In support thereof, counsel states the following:

1. This action was filed on March 9, 2016, on behalf of Brenda Warfield, alleging injuries due to a Cook Celect IVC filter.

2. In February 2018, Plaintiff's counsel was informed by Brenda Warfield's daughter, LaTonia Warfield, that Brenda Warfield had recently passed away intestate, and an administrator had not yet been appointed.

3. Counsel informed LaTonia Warfield what steps needed to be taken to continue the action on behalf of Brenda Warfield's estate.

4. Counsel followed up with LaTonia Warfield in the following months regarding the status of Brenda Warfield's estate and to obtain a copy of the death certificate.

5. In May 2018, based on the information provided by LaTonia Warfield, counsel did not believe a wrongful death claim would be viable and explained same to LaTonia

#10639091.1

Warfield. Counsel additionally continued to explain to LaTonia Warfield the steps she needed to take if she wanted to continue the action on behalf of Brenda Warfield's estate. Counsel never received the death certificate or the documents necessary to continue the case from LaTonia Warfield.

6. Plaintiff's counsel attempted to contact LaTonia Warfield telephonically on numerous occasions. The vast majority of the time, LaTonia Warfield's telephone was off, and the voicemail was full. Counsel successfully reached LaTonia Warfield in May 2018, explaining the steps needed to continue the case on behalf of Brenda Warfield's estate. LaTonia Warfield stated she wanted to think about whether to proceed with her mother's claim. Counsel has not heard from LaTonia Warfield since.

7. Plaintiff's counsel sent a follow-up letter via certified and regular mail on June 11, 2018, and both copies were returned to counsel's office marked "return to sender – vacant – unable to forward". *See Exhibit A.*

8. Plaintiff's counsel sent a letter via certified and regular mail to LaTonia Warfield's last known address on January 17, 2019, advising her to contact counsel's office within seven (7) days or JOSHUA S. KINCANNON and WILENTZ, GOLDMAN & SPITZER would withdraw as counsel. *See Exhibit B.*

9. Due to the lack of cooperation and communication from LaTonia Warfield on behalf of Brenda Warfield's estate, a compelling reason exists for the Court to permit JOSHUA S. KINCANNON, ESQ. and the law firm of WILENTZ, GOLDMAN & SPITZER, P.A., to withdraw as counsel in this case.

10. Given that counsel's withdrawal will leave Plaintiff without representation, counsel notes that there is not trial set in this matter and there are no pending motions.

LaTonia Warfield's last known address is 2897 N. Druid Hills Road #297, Atlanta, GA 30329 and her last known telephone number is (678) 399-9371.

11. A copy of this filed motion will be served upon LaTonia Warfield at her last known address as referenced above.

WHEREFORE, counsel respectfully moves the Court for an Order withdrawing JOSHUA S. KINCANNON, ESQ. and the law firm of WILENTZ, GOLDMAN & SPITZER, P.A. from representation of Plaintiff Brenda Warfield. A proposed Order has been filed herewith.

Respectfully submitted,

**WILENTZ, GOLDMAN & SPITZER, P.A.**

/s JOSHUA S. KINCANNON
JOSHUA S. KINCANNON, ESQ.
90 Woodbridge Center Drive, Ste. 900
Box 10
Woodbridge, NJ 07095
Tele.: 732.636.8000
Fax.: 732.726.6541
Jkincannon@wilentz.com

Dated: May 23, 2019