## CERTIFICATE OF SERVICE

I hereby certify that, on this date, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

Additionally, on this date, I caused a copy of the foregoing to be served via certified and regular mail on the following party:

>LaTonia Warfield
>2897 N. Druid Hills Road #297
>Atlanta, GA 30329

By: /s/ JOSHUA S. KINCANNON
JOSHUA S. KINCANNON

Dated: May 23, 2019