# Exhibit A

Case 1:14-ml-02570-RLY-TAB Document 10812-2 Filed 05/23/19 Page 2 of 2 PageID #: 81227

