# Exhibit B

Case 1:14-ml-02570-RLY-TAB Document 10812-3 Filed 05/23/19 Page 2 of 4 PageID #: 81229

# LOMURRO, MUNSON, COMER, BROWN & SCHOTTLAND, LLC

ATTORNEYS AT LAW
MONMOUTH EXECUTIVE CENTER
4 PARAGON WAY
SUITE 100
FREEHOLD, NEW JERSEY 07728
(732) 414-0300
FAX (732) 431-4043

Website:
WWW.LOMURROLAW.COM

**Joshua S. Kincannon, Esq.**
Direct Dial - (732) 414-0358
NJ Attorney ID: 034052000

jkincannon@lomurrofirm.com
Reply to Freehold
Dept. Fax - (732) 431-4043

January 17, 2019

**VIA CERTIFIED AND REGULAR MAIL**
LaTonia Warfield
2897 N. Druid Hills Rd.
#297
Atlanta, GA 30329

Re: In Re: Cook Medical, Inc., IVC Filters Marketing,
Sales Practices and Product Liability Litigation
Master Case No.: 1:14-ml-2570-RLY-TAB
Brenda Warfield v. Cook Medical, Inc., et al
Individual Case No.: 1:16-cv-535-RLY-TAB

Dear Ms. Warfield:

We have attempted to contact you on multiple occasions by telephone and written correspondence in order to determine if you wish to proceed with your mother's IVC filter claim and outlined the necessary steps to be taken. To date, we have not received a response from you regarding the status of your mother's estate, nor regarding your desire to proceed with your mother's case.

<u>Unless we have this information within seven (7) days from the date of this letter, we will file a motion to withdraw from your mother's case and your ability to recover will be detrimentally and irreparably damaged. In other words, your failure to assist us in our representation on behalf of your mother's estate may forever prevent you from being able to receive compensation on behalf of your mother's claim.</u>

Please contact me **immediately** at (732) 414-0300 upon receipt of this correspondence so that we can discuss your mother's claim and the best path forward. Thank you in advance for your time and attention to this matter.

Very truly yours,

JOSHUA S. KINCANNON

JSK/slm

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark Here
JAN 17 2019

Sent To La Tonia Warfield
Street and Apt. No., or PO Box No. 2897 N. Druid Hills Rd., #297
City, State, ZIP+4® Atlanta, GA 30329

7017 1450 0000 7410 9873

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions