UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>BRENDA WARFIELD | Civil Case No.: 1:16-cv-535-RLY-TAB |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter has come before the Court upon Plaintiff's Counsel's *Motion to Withdraw as Counsel of Record*. The Court, being duly advised, hereby finds that this Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that JOSHUA S. KINCANNON, ESQ. and the law firm of WILENTZ, GOLDMAN & SPITZER, P.A. shall be withdrawn as counsel of record in this action.

SO ORDERED this _____ day of _____, 2019.

HONORABLE RICHARD L. YOUNG
United States District Court
Southern District of Indiana