O'Leary, Shelton, Corrigan, Peterson,
Dalton & Quillin, LLC
1034 S. Brentwood Blvd. Penthouse 1-A, 3rd Fl.
St. Louis, MO 63117
Phone: (314) 405-900-
Attorneys for Plaintiff(s)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>Charlene Steele | |
| Civil Case # 1:18-cv-02995 | |

___

**STIPULATION TO REINSTATE COMPLAINT OF CHARLENE STEELE
AS TO ALL NAMED DEFENDANTS**
___

This matter in the above action having been considered by and between the parties, it is hereby stipulated and agreed that; Plaintiff, Charlene Steele shall have her complaint reinstated as to all named defendants.

| | |
|---|---|
| /s/Michael J. Quillin | /s/ James Stephen Bennett |
| Michael J. Quillin | James Stephen Bennett |
| O'Leary, Shelton, Corrigan, Peterson, | FAEGRE BAKER DANIELS LLP |
| Dalton & Quillin, LLC | 110 W. Berry Street, Suite 2400 |
| 1034 S. Brentwood Blvd. | Fort Wayne, IN 46802 |
| Penthouse 1-A, 3rd Fl. | Tel: 264-460-1725 |
| St. Louis, MO 63117 | Fax: 317-237-1000 |
| Phone: (314) 405-9000 | Stephen.Bennett@FaegreBD.com |
| Quillin@OSCLaw.com | ATTORNEY FOR DEFENDANTS |
| ATTORNEY FOR PLAINTIFF | |