## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
See Exhibit A for Action Schedule

## STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the cases listed in the attached Exhibit A, are dismissed without prejudice, with each party to bear its own costs. These plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. No Plaintiff listed in Exhibit A, however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated this 24th of May 2019.

Respectfully submitted,

By:  /s/ Debra J. Humphrey
Debra J. Humphrey, Esq.
MARC J BERN & PARTNERS LLP
60 E. 42nd St., Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-1064
DHumphrey@Bernllp.com
Attorney for Plaintiffs

/s/ James Stephen Bennett
James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
Tel: 264-460-1725
Fax: 317-237-1000
Stephen.Bennett@FaegreBD.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on 24th of May 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Debra Humphrey*
Debra Humphrey

-3-

# EXHIBIT A

| NAME | CASE NO. | LAW FIRM |
|------|----------|----------|
| Anderson, Annie J. | 1:19-cv-00507 | MARC J. BERN & PARTNERS, LLP |
| Arthur, John | 1:17-cv-03461 | MARC J. BERN & PARTNERS, LLP |
| Bailey, Misty D. | 1:17-cv-03376 | MARC J. BERN & PARTNERS, LLP |
| Bass, Tralve W. | 1:17-cv-03466 | MARC J. BERN & PARTNERS, LLP |
| Bell, Samuel | 1:17-cv-03941 | MARC J. BERN & PARTNERS, LLP |
| Betters, Alice | 1:17-cv-04364 | MARC J. BERN & PARTNERS, LLP |
| Bradford, Annie | 1:17-cv-03942 | MARC J. BERN & PARTNERS, LLP |
| Brim, Dorothy [ESTATE OF] | 1:18-cv-03390 | MARC J. BERN & PARTNERS, LLP |
| Brown, Michael | 1:17-cv-03429 | MARC J. BERN & PARTNERS, LLP |
| Bullock, Joanne | 1:17-cv-02687 | MARC J. BERN & PARTNERS, LLP |
| Butske, David | 1:17-cv-04518 | MARC J. BERN & PARTNERS, LLP |
| Calloway, Loretta | 1:17-cv-04017 | MARC J. BERN & PARTNERS, LLP |
| Canales, Santos Jr. | 1:18-cv-01211 | MARC J. BERN & PARTNERS, LLP |
| Champion, John B. | 1:17-cv-03576 | MARC J. BERN & PARTNERS, LLP |
| Clayton, Pamela | 1:17-cv-03468 | MARC J. BERN & PARTNERS, LLP |
| Coats, Rosalie A. | 1:17-cv-03635 | MARC J. BERN & PARTNERS, LLP |
| Copeland, Marquita | 1:17-cv-03592 | MARC J. BERN & PARTNERS, LLP |
| Crawford, Stephen | 1:17-cv-03840 | MARC J. BERN & PARTNERS, LLP |
| Dantzler, Dorothy | 1:17-cv-03943 | MARC J. BERN & PARTNERS, LLP |
| Davenport, Mabel | 1:17-cv-03829 | MARC J. BERN & PARTNERS, LLP |
| Davis, Jessie | 1:17-cv-03403 | MARC J. BERN & PARTNERS, LLP |
| Dellagatta, Donnie | 1:17-cv-03866 | MARC J. BERN & PARTNERS, LLP |
| Denton, Janice | 1:17-cv-04668 | MARC J. BERN & PARTNERS, LLP |
| Dupree, Lori | 1:17-cv-03467 | MARC J. BERN & PARTNERS, LLP |
| Dwyer-Coco, Patricia | 1:17-cv-04357 | MARC J. BERN & PARTNERS, LLP |
| Edgington, Anna | 1:17-cv-03452 | MARC J. BERN & PARTNERS, LLP |
| Elamine, Kathy | 1:17-cv-03991 | MARC J. BERN & PARTNERS, LLP |
| Estes, Betty | 1:17-cv-03683 | MARC J. BERN & PARTNERS, LLP |
| Fisher, Mary J. | 1:17-cv-03695 | MARC J. BERN & PARTNERS, LLP |
| Flowers, Tonya | 1:17-cv-03366 | MARC J. BERN & PARTNERS, LLP |
| Gaddis, Yvette D. | 1:17-cv-03674 | MARC J. BERN & PARTNERS, LLP |
| Gause, Gary | 1:17-cv-04151 | MARC J. BERN & PARTNERS, LLP |
| Gilligan, Susanne | 1:17-cv-04208 | MARC J. BERN & PARTNERS, LLP |
| Goodman, Valerie | 1:17-cv-03654 | MARC J. BERN & PARTNERS, LLP |
| Gray, Lee D. | 1:17-cv-03486 | MARC J. BERN & PARTNERS, LLP |
| Griffin, Dock | 1:17-cv-01524 | MARC J. BERN & PARTNERS, LLP |
| Gutierrez, Luz | 1:17-cv-04707 | MARC J. BERN & PARTNERS, LLP |
| Hakim, Alfred | 1:18-cv-00793 | MARC J. BERN & PARTNERS, LLP |
| Hall, Stephen E. | 1:17-cv-04520 | MARC J. BERN & PARTNERS, LLP |

| Holmes, Angelee | 1:17-cv-03557 | MARC J. BERN & PARTNERS, LLP |
|---|---|---|
| Hornback, David | 1:17-cv-01304 | MARC J. BERN & PARTNERS, LLP |
| Husman, Raymond | 1:17-cv-03752 | MARC J. BERN & PARTNERS, LLP |
| Jackson, Felicia | 1:17-cv-03462 | MARC J. BERN & PARTNERS, LLP |
| Jenville, Gloria | 1:17-cv-03756 | MARC J. BERN & PARTNERS, LLP |
| Johnson, James S. | 1:18-cv-00612 | MARC J. BERN & PARTNERS, LLP |
| Jones, Charlie | 1:17-cv-04391 | MARC J. BERN & PARTNERS, LLP |
| Karnes, Denise M. | 1:17-cv-03696 | MARC J. BERN & PARTNERS, LLP |
| Kasten, Michael J. | 1:17-cv-03578 | MARC J. BERN & PARTNERS, LLP |
| Kiggins, Kim | 1:17-cv-03836 | MARC J. BERN & PARTNERS, LLP |
| Kinard, Cynthia B. | 1:18-cv-01822 | MARC J. BERN & PARTNERS, LLP |
| Luzinski, Fred | 1:17-cv-03469 | MARC J. BERN & PARTNERS, LLP |
| Mayberry, Walter | 1:17-cv--3564 | MARC J. BERN & PARTNERS, LLP |
| McIntosh, Betty | 1:17-cv-04160 | MARC J. BERN & PARTNERS, LLP |
| Miele, Laura | 1:17-cv-03688 | MARC J. BERN & PARTNERS, LLP |
| Miller, Merri | 1:17-cv-03392 | MARC J. BERN & PARTNERS, LLP |
| Mitchell, Sarah | 1:17-cv-03566 | MARC J. BERN & PARTNERS, LLP |
| Mueller, Charles | 1:17-cv-04570 | MARC J. BERN & PARTNERS, LLP |
| Myers, Sebrina | 1:17-cv-03438 | MARC J. BERN & PARTNERS, LLP |
| Nancarrow, Tracey | 1:17-cv-04211 | MARC J. BERN & PARTNERS, LLP |
| Neveu, Janice M. | 1:17-cv-03937 | MARC J. BERN & PARTNERS, LLP |
| Nigh, Glendora | 1:17-cv-03815 | MARC J. BERN & PARTNERS, LLP |
| Oltromonto, Anthony | 1:17-cv-04352 | MARC J. BERN & PARTNERS, LLP |
| Parker, Sandra | 1:17-cv-03277 | MARC J. BERN & PARTNERS, LLP |
| Parks, Jason | 1:17-cv-04214 | MARC J. BERN & PARTNERS, LLP |
| Ranson, Elizabeth | 1:17-cv-03407 | MARC J. BERN & PARTNERS, LLP |
| Redmond, Kimberly | 1:17-cv-03867 | MARC J. BERN & PARTNERS, LLP |
| Richardson, Khalia | 1:17-cv-03558 | MARC J. BERN & PARTNERS, LLP |
| Robinson, Kim | 1:17-cv-03658 | MARC J. BERN & PARTNERS, LLP |
| Schleigh, Kimberly A. | 1:17-cv-03753 | MARC J. BERN & PARTNERS, LLP |
| Seither, Donna L. | 1:17-cv-04018 | MARC J. BERN & PARTNERS, LLP |
| Sheals, Robert | 1:17-cv-03464 | MARC J. BERN & PARTNERS, LLP |
| Shelton, Janice | 1:17-cv-01526 | MARC J. BERN & PARTNERS, LLP |
| Shern, Phillip J. | 1:17-cv-03997 | MARC J. BERN & PARTNERS, LLP |
| Shook, Carol | 1:17-cv-03754 | MARC J. BERN & PARTNERS, LLP |
| Smith, Bryant | 1:17-cv-04700 | MARC J. BERN & PARTNERS, LLP |
| Steed, Cheryl | 1:17-cv-04041 | MARC J. BERN & PARTNERS, LLP |
| Stewart, Monica | 1:17-cv-03809 | MARC J. BERN & PARTNERS, LLP |
| Stovall, Keyonna | 1:17-cv-04390 | MARC J. BERN & PARTNERS, LLP |
| Sufka, Reuben | 1:17-cv-03594 | MARC J. BERN & PARTNERS, LLP |
| Sunnenberg, Kathryn S. | 1:17-cv-03629 | MARC J. BERN & PARTNERS, LLP |

| Taylor, Sharon | 1:17-cv-04353 | MARC J. BERN & PARTNERS, LLP |
|---|---|---|
| Turner, Anita | 1:17-cv-03807 | MARC J. BERN & PARTNERS, LLP |
| Walters, Donna | 1:17-cv-01305 | MARC J. BERN & PARTNERS, LLP |
| Walters, Patricia | 1:17-cv-03409 | MARC J. BERN & PARTNERS, LLP |
| Woods, Lisa J. | 1:17-cv-04076 | MARC J. BERN & PARTNERS, LLP |
| Worthington, Tina | 1:17-cv-03622 | MARC J. BERN & PARTNERS, LLP |
| Young, Roger | 1:17-cv-04522 | MARC J. BERN & PARTNERS, LLP |
|  |  |  |