**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| **IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) | **MDL No. 1:14-ml-2570-RLY-TAB** **MDL No. 2570** |
| **This Document Relates to:** ) **See Exhibit A for Action Schedule** ) | |

**STIPULATION OF DISMISSAL OF CATEGORY 2 CASES**

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe APS agree that the cases listed in the attached Exhibit A are dismissed without prejudice, with each party to bear its own costs.  These plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs.  If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.  No Plaintiff listed in Exhibit A, however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court.  To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in the Southern District of Indiana under this Order on the basis of that future injury.

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**ATTORNEYS FOR PLAINTIFFS LISTED ON EXHIBIT A**

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 - Facsimile
Andrea.pierson@faegrebd.com

**ATTORNEY FOR COOK INCORPORATED, COOK MEDICAL LLC AND WILLIAM COOK EUROPE APS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: May 24, 2019

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com