**EXHIBIT A**

| | |
|---|---|
| Mester, Eva & Michael | 1:16-cv-02277 |
| Mellott, Richard | 1:17-cv-00151 |
| Barraza, Julia | 1:18-cv-03850 |
| Allen, David | 1:18-cv-03854 |