# EXHIBIT A

**From:** Tina_Doyle@insd.uscourts.gov
**Sent:** Tuesday, January 29, 2019 12:48 PM
**To:** Joe Williams; Pierson, Andrea Roberts; Webber, Chuck; Ben Martin (bmartin@bencmartin.com); Jones, Bruce; denman@heardlawfirm.com
**Cc:** Yoke, Victoria A.; Daniel Ambriz
**Subject:** Finals
**Attachments:** Final Inst. in Brand.docx; Verdict form.docx

Please see attached.

Tina Doyle
Courtroom Deputy to
Judge Richard L. Young
United States District Court
Southern District of Indiana
(812) 434-6414

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONYA BRAND, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COOK MEDICAL, LLC, COOK )<br>INCORPORATED, AND WILLIAM )<br>COOK EUROPE, )<br>)<br>Defendants. )<br>) | 1:14-cv-6018-RLY-TAB |

## VERDICT FORM

1. Has the Plaintiff proven, by a preponderance of the evidence, that the design of the Celect IVC filter was defective?

    Yes _____        No _____

If your answer to Question 1 is "yes," then go to Question 2. If your answer to Question 1 is "no," then the foreperson should sign and date this form.

2. Has Plaintiff proven, by a preponderance of the evidence, that the Celect IVC filter's defective design was the proximate cause of the loss, injury, or damage to Plaintiff?

    Yes _____        No _____

1

If your answer to Question 2 is "yes," then go to Questions 3 and 4. If your answer to Question 2 is "no," then the foreperson should sign and date this form.

3. Has Cook proven, by a preponderance of the evidence, that Plaintiff knowingly and voluntarily exposed herself to the danger she has complained of?

      Yes \_\_\_\_                       No \_\_\_\_

4. Has Cook proven, by a preponderance of the evidence, that some other unforeseeable cause was the sole legal cause of loss, injury, or harm to Plaintiff?

      Yes \_\_\_\_                       No \_\_\_\_

If you answered "yes" to Question 3 or Question 4, then your verdict is for Cook and you should sign and date this verdict form.

If you answered "no" to Question 3 and Question 4, please answer Question 5.

5. We, the jury, find for Plaintiff in the following amounts:

   (a) Damages for reasonable and necessary medical expenses in the past in the amount of:

      $_____;

   (b) Damages for reasonable and necessary medical expenses in the future in the amount of:

      $_____;

(c) Damages for past physical pain and suffering in the amount of:

$_____;

(d) Damages for future pain and suffering in the amount of:

$_____;

(e) Damages for past mental anguish in the amount of:

$_____;

(f) Damages for future mental anguish in the amount of:

$_____;

(g) Damages for disfigurement in the amount of:

$_____.

**Total Damages:** $_____.

**The Foreperson should sign and date this Verdict Form.**

_____        Dated: _____
Foreperson's Signature