UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION             MDL No. 2570

---

This Document Relates to:
    *Brand v. Cook Medical, Inc.* et al.,
    Case No. 1:14-cv-6018- RLY-TAB

---

**COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE REPLY MEMORANDA IN SUPPORT OF COOK'S MOTIONS FOR JMOL AND
<u>NEW TRIAL</u>**

    Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7(c)(4), the Cook Defendants[1] hereby move the Court to extend the deadline to file their reply in support of Defendants' Motions for New Trial (Dkt. 10292) and Motion for JMOL (Dkt. 10291) by 30 days, through and including June 30, 2019.  Plaintiff filed and served her Oppositions to those motions on May 24, 2019 (Dkts. 10850 and 10852).   Accordingly, Cook Defendants' current reply deadline is May 31, 2019.  In support of extending this deadline, Cook Defendants state:

1.    Plaintiff's Oppositions together contain nearly 100 pages of argument and another 120 pages of exhibits.  Even with herculean effort, Cook Defendants believe they would be hard-pressed to adequately respond to the issues and arguments raised by the current May 31st deadline, and they believe that the Court will benefit from the improved quality of the arguments and discussion in the Cook replies if Cook's attorneys have additional time to prepare the replies.

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants" or "Cook").

1

Good cause therefore exists for this Court to grant Cook Defendants' request for extending the deadline to file and serve their replies in support of the JMOL and New Trial Motions.

2.      Cook requests an extension of 30 days, until and including June 30, 2019, to file their replies.  Cook's attorneys believe that this extension is necessary and sufficient to fully brief the arguments raised in Plaintiff's responses to Cook's posttrial motions.

3.      Cook Defendants' deadline to reply has not been previously extended, and this request for extension is not made for purposes of undue delay nor will it affect any other current case deadline.

4.      Cook's attorneys have contacted Plaintiff's attorneys about this motion and have been advised that Plaintiff does not object to the requested extension.

5.      If permission, is granted, Plaintiff will comply with all requirements of Loc. R. 7-1(e)(3).

WHEREFORE Cook Defendants respectfully request that the Court Grant them an extension until June 30, 2019, to file their replies in support of their motions for JMOL and New Trial. A proposed Order granting this motion, reflecting the extensions for the Cook Defendants answer, is attached hereto.

Dated: May 28, 2019                          Respectfully submitted,

                                             /s/  *Andre Roberts Pierson*
                                             _____

                                             Andrea Roberts Pierson
                                             FAEGRE BAKER DANIELS LLP
                                             300 North Meridian Street, Suite 2700
                                             Indianapolis, Indiana  46204
                                             Telephone:        (317) 237-0300
                                             Facsimile:        (317) 237-1000
                                             andrea.pierson@faegrebd.com

                                             *Attorney for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel does hereby certify that she has on the 28th day of May, 2019

served a true and correct copy of the above and forgoing on counsel of record via CM/ECF

filing.

/s/ *Andrea Roberts Pearson*

3