# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
  *Brand v. Cook Medical, Inc.* et al.,
  Case No. 1:14-cv-6018- RLY-TAB

## **PROPOSED ORDER**

Having considered the Cook Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Oppositions in this matter, the motion is **GRANTED.**

**IT IS ORDERED** that the Cook Defendants' replies in support of their Defendants' Motion for New Trial (Dkt. 10292) and Motion for JMOL (Dkt. 10291) shall be due on or before June 30, 2019.

This _____ day of June, 2019

_____
Richard L. Young, Chief Judge
United States District Court
Southern District of Indiana