**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to 64 Category 2 Cases Pending as of May 24, 2019 That Have Not Stipulated To Dismiss Voluntarily (*See* Exhibit A) | |

**COOK DEFENDANTS' MOTION FOR JUDGMENT
ON THE PLEADINGS IN 64 CATEGORY 2
<u>CASES FOR FAILURE TO STATE A CLAIM</u>**

The Cook Defendants[1] move to dismiss pursuant to Fed. R. Civ. P. 12(c) the 64 pending Category 2 that have not voluntarily dismissed their cases because their claims fail as a matter of law for the reasons set forth in the accompanying memorandum of law. These cases are listed in filing order in the attached **Exhibit A**. The Cook Defendants also ask the Court to enter dismissals in all the Category 2 cases where voluntary stipulations to dismiss have been filed.[2]

With respect to re-filing in the event of a future injury, the Court should allow re-filing only in the Southern District of Indiana within the applicable statute of limitations period (i.e. the same process in the Category 2 stipulated dismissals that are pending before the Court and that the Court adopted when it dismissed 95 Category 2 Cases (*see* Dkt. 10632)). As part of its Order, the

---

[1] The defendants are Cook Incorporated, Cook Medical LLC (*f/k/a* Cook Medical Incorporated), and William Cook Europe ApS and are referred to collectively herein as "Cook" or the "Cook Defendants."

[2] *See* Dkts. 10688, 107012, 10705, 10708-10, 10713, 10716, 10718, 10722, 10728-29, 10731, 10735, 10737-38, 10747, 10752-53, 10844-10848.

Court should also discourage Plaintiffs from filing any Category 2 in the future as they are inherently meritless.

Respectfully submitted,

Dated:  May 28, 2019

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (#26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204-1750
Telephone:     (317) 237-0300
Facsimile:      (317) 237-1000
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802-2322
Telephone:     (260) 424-8000
Facsimile:      (260) 460-1700
Stephen.Bennett@FaegreBD.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2019, a copy of the foregoing Cook Defendants' Motion for Judgment On The Pleadings In Category 2 Cases For Failure To State A Claim was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *Andrea Roberts Pierson*

US.12393616