# EXHIBIT A

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| King, Marybeth | 1:16-cv-00341 | THE MILLER FIRM LLC |
| Shields, Paul | 1:16-cv-00577 | MARTIN BAUGHMAN, PLLC |
| Boyles, Michael D. & Connie Arlene | 1:16-cv-00784 | LAWRENCE & ASSOCIATES, LLC |
| Wells, Margaret | 1:16-cv-01044 | DEGARIS & ROGERS, LLC |
| Paschal, Linda | 1:16-cv-01076 | BARON & BUDD, P.C. |
| Lawson, Cynthia | 1:16-cv-01336 | THE GOSS LAW FIRM, P.C. |
| Kelly, Deborah | 1:16-cv-01769 | BACHUS & SCHANKER, LLC |
| Reed, Mark & Dorise | 1:16-cv-02074 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| Kidd, Jennifer L. | 1:16-cv-02299 | FLEMING, NOLEN & JEZ, L.L.P. |
| Caldwell, Christopher S. | 1:16-cv-02620 | BABBITT & JOHNSON, P.A. |
| Hummel, Carol | 1:16-cv-02851 | RISCASSI & DAVIS, P.C. |
| Turner, Andrenette | 1:16-cv-03252 | BACHUS & SCHANKER, LLC |
| Albrecht, Zackariah Alan | 1:16-cv-03429 | MURRAY LAW FIRM |
| Marowski, Kerry | 1:16-cv-03436 | MURRAY LAW FIRM |
| Ryon, Lloyd D. | 1:16-cv-06039 | RICHARDSON RICHARDSON BOUDREAUX |
| Malone, Edrick | 1:16-cv-06040 | THE DRISCOLL FIRM, P.C. |
| Lenahan, Bill | 1:17-cv-00023 | MATTHEWS & ASSOCIATES |
| Lee, Anna | 1:17-cv-00111 | MARTIN BAUGHMAN, PLLC |
| Tanner-Plant, Cynthia | 1:17-cv-00252 | MARTIN BAUGHMAN, PLLC |
| Wisdom, Tina | 1:17-cv-00349 | MURRAY LAW FIRM |
| Simmons, Janet | 1:17-cv-00576 | CELLINO & BARNES, P.C. |
| Antonacci, Heidi | 1:17-cv-00652 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| Wickard, Jennifer | 1:17-cv-01113 | MARTIN BAUGHMAN, PLLC |
| Malugin, Bobby | 1:17-cv-01470 | BARON & BUDD, P.C. |
| Glenn, Alta L. | 1:17-cv-01641 | SWEENEY MERRIGAN LAW |
| Lancaster, William | 1:17-cv-01760 | MARTIN BAUGHMAN, PLLC |
| Wetherbee, Kimberly | 1:17-cv-01985 | MARTIN BAUGHMAN, PLLC |
| Kerekes, Sean | 1:17-cv-02633 | SWEENEY MERRIGAN LAW |
| Miller, Dean | 1:17-cv-02699 | RICHARD J. PLEZIA & ASSOCIATES |
| Gardner, Estella | 1:17-cv-03004 | THE DRISCOLL FIRM, P.C. |
| Key, Charles | 1:17-cv-03005 | THE DRISCOLL FIRM, P.C. |
| Warmouth, Deborah & Billy J. | 1:17-cv-03260 | DAVIS BETHUNE & JONES, LLC |
| Alvarez, Teresa | 1:17-cv-03272 | JACKSON ALLEN & WILLIAMS, LLP |
| Roberson, Charlene | 1:17-cv-03316 | DAVIS BETHUNE & JONES, LLC |
| Mayernik, Sandra | 1:17-cv-03321 | RICHARD J. PLEZIA & ASSOCIATES |
| Schwantes, Arlyn | 1:17-cv-03420 | RICHARD J. PLEZIA & ASSOCIATES |
| Shirokey, Connie | 1:17-cv-03534 | PADBERG, CORRIGAN & APPLEBAUM |
| Beamon, Cassandra | 1:17-cv-03656 | MARTIN BAUGHMAN, PLLC |
| Sanchez, Paul and Irene | 1:17-cv-04028 | CELLINO & BARNES, P.C. |
| Potter, Barbara | 1:17-cv-04162 | CELLINO & BARNES, P.C. |
| Stanley, Craig R. | 1:17-cv-04355 | ROBERT PIERCE & ASSOCIATES, P.C. |
| Warford, Jimmy and Doris | 1:17-cv-04429 | CELLINO & BARNES, P.C. |
| Cake, Joseph and Sarah | 1:17-cv-04619 | CELLINO & BARNES, P.C. |
| King, Martie | 1:17-cv-06069 | THE DRISCOLL FIRM, P.C. |

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Rose, Penny | 1:17-cv-06069 | THE DRISCOLL FIRM, P.C. |
| Routh, Clarence | 1:17-cv-06069 | THE DRISCOLL FIRM, P.C. |
| Rubicine, Frank A. | 1:18-cv-00510 | THE DRISCOLL FIRM, P.C. |
| Collins, Kenyon Allen | 1:18-cv-00827 | MARTIN BAUGHMAN, PLLC |
| Meaux, David | 1:18-cv-00844 | MARTIN BAUGHMAN, PLLC |
| Motta, Ruth | 1:18-cv-01291 | CELLINO & BARNES, P.C. |
| Graham, Carla | 1:19-cv-00173 | THE DRISCOLL FIRM, P.C. |
| Morton, Hurieya | 1:19-cv-00415 | THE MILLER FIRM LLC |
| Bunner II, Roger Carl | 1:19-cv-01036 | THE DRISCOLL FIRM, P.C. |
| Cockrell, Jerry | 1:19-cv-01037 | THE DRISCOLL FIRM, P.C. |
| Dickey, Vicki | 1:19-cv-01038 | THE DRISCOLL FIRM, P.C. |
| Franklin, Dennis | 1:19-cv-01042 | THE DRISCOLL FIRM, P.C. |
| Jordan, James | 1:19-cv-01068 | THE DRISCOLL FIRM, P.C. |
| Remo, Glenda | 1:19-cv-01074 | THE DRISCOLL FIRM, P.C. |
| Sanchas, Mattie | 1:19-cv-01078 | THE DRISCOLL FIRM, P.C. |
| Sears, Donald | 1:19-cv-01080 | THE DRISCOLL FIRM, P.C. |
| Severa, Gary | 1:19-cv-01144 | THE DRISCOLL FIRM, P.C. |
| Ware, Betty | 1:19-cv-01145 | THE DRISCOLL FIRM, P.C. |
| Petersen, Roger and Paula | 1:19-cv-01235 | THE MILLER FIRM LLC |
| Cooper, Lois | 1:19-cv-01703 | THE MILLER FIRM LLC |