# EXHIBIT C

# Nestleroad, Diane S.

| | |
|---|---|
| **From:** | Cox, Jessica Benson |
| **Sent:** | Friday, May 24, 2019 4:05 PM |
| **To:** | Ben Martin (bmartin@bencmartin.com) (bmartin@bencmartin.com); Joseph N. Williams (jwilliams@rwp-law.com) |
| **Cc:** | Pierson, Andrea Roberts; Bennett, James Stephen; Angelino, Blake A. |
| **Subject:** | Cook-IVC Filter-Category 2 Case List |
| **Attachments:** | Category 2 Cases - 5-24-19.xlsx |

Ben and Joe,

Hope you all are having a nice Friday afternoon. Per the Court's May 9th Order, we will be filing a motion to dismiss the cases currently pending in the MDL that are categorized as a "2" on Tuesday. Attached is the list of cases that we show as currently pending in the MDL that have categorized as a "2." Please let me know if you have any changes or additions to the list.

Ben, I also noticed there were 9 or so on here that were your cases. Would you be willing to voluntarily dismiss those? Let me know! Happy to take those off the list if so!

Hope you all have a nice holiday weekend.

-JBC

1