IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-01284 | 1:19-cv-01689 | 1:19-cv-01705 |
| 1:19-cv-01313 | 1:19-cv-01694 | 1:19-cv-01707 |
| 1:19-cv-01322 | 1:19-cv-01695 | 1:19-cv-01711 |
| 1:19-cv-01331 | 1:19-cv-01696 | 1:19-cv-01714 |
| 1:19-cv-01363 | 1:19-cv-01698 | 1:19-cv-01721 |
| 1:19-cv-01364 | 1:19-cv-01699 | 1:19-cv-01724 |
| 1:19-cv-01387 | 1:19-cv-01700 | 1:19-cv-01726 |
| 1:19-cv-01389 | 1:19-cv-01703 | 1:19-cv-01673 |
| 1:19-cv-01560 | 1:19-cv-01704 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  May 29, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald