**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-01284 | 1:19-cv-01689 | 1:19-cv-01705 |
| 1:19-cv-01313 | 1:19-cv-01694 | 1:19-cv-01707 |
| 1:19-cv-01322 | 1:19-cv-01695 | 1:19-cv-01711 |
| 1:19-cv-01331 | 1:19-cv-01696 | 1:19-cv-01714 |
| 1:19-cv-01363 | 1:19-cv-01698 | 1:19-cv-01721 |
| 1:19-cv-01364 | 1:19-cv-01699 | 1:19-cv-01724 |
| 1:19-cv-01387 | 1:19-cv-01700 | 1:19-cv-01726 |
| 1:19-cv-01389 | 1:19-cv-01703 | 1:19-cv-01673 |
| 1:19-cv-01560 | 1:19-cv-01704 | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated: May 29, 2019 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegrebd.com<br>E-Mail: kip.mcdonald@faegrebd.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson