UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br> _____ <br><br> This Document Relates to: <br> All Actions <br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ENTRY FOR MAY 23, 2019**

**RICHARD L. YOUNG, JUDGE**

Pursuant to Case Management Order # 25, the parties appeared to select cases from the joint Celect Bellwether Pool list and the joint Tulip Bellwether Pool list, designated as Exhibits A and B respectively. Plaintiffs agreed to go forward notwithstanding their contention that they have not waived *Lexecon*. (*See* Filing No. 10715, Plaintiffs' Steering Committee's Bench Brief on *Lexecon* and the Bellwether Selection Process). The issue is not fully briefed—Plaintiffs were given seven days to file a Reply—and will be addressed at the June 13, 2019 status conference.

The court used random selection to identify 24 cases from Categories 5 and 6; 8 Celect and 16 Tulip. Specifically, using http://www.random.org., the court generated random numbers within the range of unique numbers assigned to the Celect Bellwether Pool and the Tulip Bellwether Pool lists. After choosing the cases and orally notifying

1

counsel of the same, the court printed out a copy of each list; the Celect list and Tulip list were designated as Exhibits C and D respectively.

**SO ORDERED** this 29th day of May 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.