UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ <br><br>This Document Relates to: <br>All Actions <br>_____ | ) ) ) ) ) ) ) ) ) )  1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME**

On May 16, 2019, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, filed their Unopposed Motion for Extension of Time to File Reply to Plaintiffs' Response in Opposition to the Cook Defendants' Motion in Support of a Case Management Order Regarding Coordination with State Court Litigation.  The court, having considered the same, **GRANTS** the Cook Defendants' Motion (Filing No. 10681).

**IT IS THEREFORE ORDERED** that the Cook Defendants' deadline to reply to Plaintiffs' Response in Opposition to the Cook Defendants' Motion in support of a Case Management Order Regarding Coordination with State Court Litigation is **June 10, 2019**. **SO ORDERED** this 29th day of May 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.