UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ <br><br> This Document Relates to: <br> Tomika Lowe, 1:18-cv-2657 _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ORDER REINSTATING COMPLAINT OF TOMIKA LOWE**

**(Filing No. 10750)**

Pursuant to the stipulation of the parties, the Complaint of Tomika Lowe is reinstated as to all named defendants.

**SO ORDERED** this 29th day of May 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1