UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br>_____<br><br>This Document Relates to:<br>Lisa Castro and Luis Melendez,<br>1:18-cv-217<br>_____ | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

**ORDER REINSTATING COMPLAINT OF LISA CASTRO AND LUIS MELENDEZ**

**(Filing No. 10720)**

Pursuant to the stipulation of the parties, the Complaint of Lisa Castro and Luis Melendez is reinstated as to all named defendants.

**SO ORDERED** this 29th day of May 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1