# EXHIBIT A

**Kitty Patterson**
___

| | |
|---|---|
| **From:** | Kitty Patterson |
| **Sent:** | Monday, February 06, 2017 2:43 PM |
| **To:** | 'CookIVCFMDL@woodmclaw.com' |
| **Cc:** | Sean Keith; Mason Boling |
| **Subject:** | John F. Irving, case # 16-3468 |
| **Attachments:** | Irving PFS.pdf; Irving PPF.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'CookIVCFMDL@woodmclaw.com' | |
| | Sean Keith | Delivered: 2/6/2017 2:43 PM |
| | Mason Boling | Delivered: 2/6/2017 2:43 PM |

Counselors:

Attached please find our **Plaintiff Profile Form, Plaintiff Fact Sheet, Authorizations** and **supporting medical records** for our client, John F. Irving, case # 1:16-cv-3468. I have also uploaded these documents to the file transfer address provided in case Management Order No 6.

Please let me know if you have any questions.

Thank you very much.

*Kitty Patterson*
**Case Manager for**
**Sean Keith & Mason Boling**



Your Trusted Team When it Counts.

479.621.0006 | 224 South 2nd St. | Rogers, AR 72756
http://www.arkattorneys.com
Facebook.com/ArAttorneys


This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this Email is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone 1-479-621-0006 or by e-mailing the sender, and destroy the original message.