# EXHIBIT B

**Kitty Patterson**

| | |
|---|---|
| **From:** | Kitty Patterson |
| **Sent:** | Tuesday, May 02, 2017 12:59 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'jwilliams@rwp-law.com'; 'mheaviside@hrzlaw.com'; 'bmartin@bencmartin.com'; 'dmatthews@thematthewslawfirm.com' |
| **Cc:** | Mason Boling |
| **Subject:** | John Irving case # 16-3468 |
| **Attachments:** | Categorization Form.pdf |

| Tracking: | Recipient | Delivery |
|---|---|---|
| | 'CookFilterMDL@FaegreBD.com' | |
| | 'jwilliams@rwp-law.com' | |
| | 'mheaviside@hrzlaw.com' | |
| | 'bmartin@bencmartin.com' | |
| | 'dmatthews@thematthewslawfirm.com' | |
| | Mason Boling | Delivered: 5/2/2017 12:59 PM |

Counselors:

Per the Second Amended Case Management Order #13, attached please find the Categorization Form and supporting medical record for our client John Irving.

Please let me know if you have any questions.

Thank you very much.

*Kitty Patterson*

**Case Manager for**
**Sean Keith & Mason Boling**



Your Trusted Team When it Counts.

479.621.0006 | 224 South 2nd St. | Rogers, AR 72756
http://www.arkattorneys.com
Facebook.com/ArAttorneys

This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this Email is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone 1-479-621-0006 or by e-mailing the sender, and destroy the original message.

1