# EXHIBIT C

## Kitty Patterson

| | |
|---|---|
| **From:** | Kitty Patterson |
| **Sent:** | Friday, August 18, 2017 2:48 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com' |
| **Cc:** | Sean Keith; Mason Boling |
| **Subject:** | Jada Baker, case # 1:17-cv-02435-RLY-TAB |

Counselors:
I have uploaded our PPS, authorizations, medical records and Categorization Form to your records collection site.  (see below)

Please let me know if you have any questions.


*Kitty Patterson*
**Case Manager for
Sean Keith & Mason Boling**



Your Trusted Team When it Counts.

479.621.0006 | 224 South 2nd St. | Rogers, AR 72756
http://www.arkattorneys.com
Facebook.com/ArAttorneys


This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this Email is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone 1-479-621-0006 or by e-mailing the sender, and destroy the original message.


**From:** kitty@arkattorneys.com [mailto:kitty@arkattorneys.com]
**Sent:** Friday, August 18, 2017 2:45 PM
**To:** CookFilterMDL@faegrebd.com
**Subject:** CookFilterMDL

You have received 6 secure files from **Kitty@arkattorneys.com**.
Use the secure links below to download.

1

Counselors:

Attached please find our client, Jada Baker's, case # 1:17-cv-02435-RLY-TAB, PPS, signed Authorizations, Medical Records and Categorization Form.

Please let me know if you have any issues.

Kitty Patterson
Keith, Miller, Butler, Schneider & Pawlik
479-621-0006

**Secure File Downloads:**
Available until: **24 August 2017**

Click links to download:

> **Baker - Categorization Form.pdf**
> 665.21 KB
>
> **Baker - Filter Removal Records.pdf**
> 692.15 KB
>
> **Baker - Implant Record.pdf**
> 1.46 MB
>
> **Baker - NW Cardiology Records.pdf**
> 861.23 KB
>
> **Baker - NW Med Center Records.pdf**
> 1.55 MB
>
> **Baker - PPS and Auths.pdf**
> 8.75 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

2