# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Plaintiff **JOHN F. IRVING**, Civil Case # 1:16-cv-03468
Plaintiff **JADA BAKER**, Civil Case # 1:17-cv-02435
Plaintiff **TERESA WALKER**, Civil Case # 1-18-cv-00516

### DECLARATION OF BEN C. MARTIN

**STATE OF** Texas       )
                         ) ss.
**COUNTY OF** Dallas     )

The Declarant, Ben C. Martin, having been duly sworn, states under oath:

1. I am co-lead counsel in Cook IVC filter MDL 2570.

2. On May 28, 2019, Sean T. Keith contacted me regarding the dismissal of the above-captioned cases.

3. Mr. Keith stated that his law firm had not received communications from Plaintiffs' Leadership, whether by email or otherwise.

4. I have reviewed the plaintiffs' email list and confirmed that neither Mr. Keith nor any member of his firm is listed.

5. Therefore, Mr. Keith and his firm would not have received any communication from Plaintiffs' Leadership regarding the Categorization Forms or possible dismissal.

FURTHER AFFIANT SAYETH NAUGHT.

I, Ben C. Martin, attest under oath and penalty of perjury that the foregoing is true and correct.

1

Dated: May 29, 2019

                                    *[signature]*
                                    _____
                                    Ben C. Martin
                                    Martin | Baughman
                                    3710 Rawlins Street, Suite #1230
                                    Dallas, Texas 75219
                                    Phone: 214-761-6614
                                    bmartin@martinbaughman.com

On this 29th day of May, 2019, before me, the undersigned Notary Public, duly commissioned and acting in and for the County and State aforesaid, personally appeared Ben C. Martin, who stated that he had executed this document for the consideration and purposes therein mentioned and set forth.

                                    *[signature]*
                                    _____
                                    Notary Public

My Commission Expires:

9/24/2019

DAHLIA B. WEBER
Notary Public, State of Texas
My Commission Expires
September 24, 2019

2