# EXHIBIT F

# Mason Boling

| | |
|---|---|
| **From:** | Sean Keith |
| **Sent:** | Wednesday, May 29, 2019 3:15 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Kitty Patterson; Mason Boling |
| **Subject:** | Baker, Jada 1:17-cv-02435-RLY-TAB |
| **Attachments:** | Baker, Jada FINAL Categorization Form.pdf |

Please find the Final Categorization with attached medical records for Jada Baker 1:17-cv-02435-RLY-TAB.

### Sean T. Keith

Partner - Drug & Device Injury | Personal Injury



Your Trusted Team When it Counts.

479.621.0006 | 224 South 2nd St. | Rogers, AR 72756
http://www.arkattorneys.com
Facebook.com/ARKattorneys

**Click to Listen to our Podcast "Inside Look at Legal"**

This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this Email is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone 1-479-621-0006 or by e-mailing the sender, and destroy the original message.

## Mason Boling

| | |
|---|---|
| **From:** | Sean Keith |
| **Sent:** | Wednesday, May 29, 2019 3:17 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Kitty Patterson; Mason Boling |
| **Subject:** | Irving, John 1:16-cv-3468-RLY-TAB |
| **Attachments:** | Irving, John FINAL Categorization Form.pdf |

Please find attached the Final Categorization Forms with supporting medical records for John Irving 1:16-cv-3468-RLY-TAB.

Sean T. Keith

Partner - Drug & Device Injury | Personal Injury



Your Trusted Team When it Counts.

479.621.0006 | 224 South 2nd St. | Rogers, AR 72756
http://www.arkattorneys.com
Facebook.com/ARKattorneys

Click to Listen to our Podcast "Inside Look at Legal"

This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this Email is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone 1-479-621-0006 or by e-mailing the sender, and destroy the original message.

# Mason Boling

| | |
|---|---|
| **From:** | Sean Keith |
| **Sent:** | Wednesday, May 29, 2019 3:19 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Kitty Patterson; Mason Boling |
| **Subject:** | Walker, Teresa 1:18-cv-00516-RLY-TAB |
| **Attachments:** | Walker, Teresa FINAL Categorization From.pdf |

Please find the final categorization form for Teresa Walker 1:18-cv-00516-RLY-TAB with supporting medical records.

Sean T. Keith

Partner - Drug & Device Injury | Personal Injury



Your Trusted Team When it Counts.

479.621.0006 | 224 South 2nd St. | Rogers, AR 72756
http://www.arkattorneys.com
Facebook.com/ARKattorneys

**Click to Listen to our Podcast "Inside Look at Legal"**

This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. The information contained in this Email is intended only for use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone 1-479-621-0006 or by e-mailing the sender, and destroy the original message.