**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

| | |
|---|---|
| 1:16-cv-01285 | 1:17-cv-01327 |
| 1:16-cv-01640 | 1:17-cv-02611 |
| 1:16-cv-02279 | 1:17-cv-02715 |
| 1:17-cv-00455 | 1:18-cv-00081 |
| 1:17-cv-00457 | 1:18-cv-00412 |
| 1:17-cv-00458 | 1:18-cv-00675 |
| 1:17-cv-00971 | 1:19-cv-01130 |

**COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO
FILE A RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTIONS
TO RECONSIDER/VACATE THE COURT'S ORDER ON THE
<u>COOK DEFENDANTS' SECOND AMENDED MOTION TO DISMISS</u>**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for an extension of the due date to file their responses in opposition to Plaintiffs' Motions to Reconsider/Vacate the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss (Dkt. 10641, 10642, 10643, 10644, 10645, 10674, 10686, 10723, 10724, 10725, 10726, 10734, 10749, 10758, and 10759) until June 3, 2019.  In support of this Motion, the Cook Defendants state:

1. On May 8, 2019, the Court entered its Order on the Cook Defendants' Second Amended Motion to Dismiss (Dkt. 10622), dismissing dozens of cases that were noncompliant with categorization.

2. Between May 13, 2019, and May 22, 2019, Plaintiffs filed 15 motions to reconsider/vacate the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss (Dkt. 10622). The 15 motions were filed by seven different Plaintiffs' firms.

3. Pursuant to CMO 18, the due date for all of Cook Defendants' responses is June 6, 2019—seven days before the June 13, 2019 status conference. Conversely, pursuant to Local Rule 7-1(c)(3)(A), the Cook Defendants' responses to these motions would be due within 14 days of service. However, because Plaintiffs' motions were not filed at the same time, the due dates for the Cook Defendants' responses pursuant to the local rule are staggered between May 28, 2019, and June 5, 2019.

4. The tension between the local rule and CMO 18 creates some confusion. For clarity, the Cook Defendants request that the Court set the deadline for all responses on June 3, 2019.

5. While most of the motions raise similar arguments, especially those filed by the same firm, Cook will need to respond to the case-specific arguments and issues on a case-by-case basis.

6. A June 3, 2019 deadline for the Cook Defendants' responses will give Plaintiffs adequate opportunity to reply. All briefing will therefore be complete in accordance with the deadlines set forth in CMO 18. Consequently, granting this motion will not cause any delay and Plaintiffs' motions to reconsider/vacate will be ripe for argument at the June 13, 2019 status conference.

WHEREFORE, the Cook Defendants respectfully request that the Court grant their Motion to extend the deadline for filing their responses to Plaintiffs' Motions to Reconsider/Vacate the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss to June 3, 2019, in accordance with CMO 18.

Dated:  May 29, 2019	Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com

James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson