IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    HEIDI ANTONACCI
    Civil Case No. 1:17-cv-00652

**PLAINTIFF'S RESPONE IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGEMENT ON THE PLEADINGS**

COMES NOW, Plaintiff Heidi Antonacci ("Plaintiff"), by and through her counsel of record, and files this Response in Opposition to Defendants' Motion for Judgment on the Pleadings (Doc. 10856). Plaintiff respectfully requests that this Court deny Defendants' Motion and, in support thereof, states as follows:

    1)    Defendants' filed their Motion for Judgement on the Pleadings on May 28, 2019, based on their contention that Plaintiff is a Category 2 claimant based on the Categorization Form(s) and records that they had received.

    2)    Plaintiff submitted her first Categorization Form on December 22, 2018, alleging a Category 2 injury because there was not a Category on the Form that addressed other types of physical injuries, including documented insertion site pain and ongoing pain in the area where IVC filter insertion occurred.

3) Category 2 is defined as "Cases where only non-physical injuries, such as worry, stress, or fear of future injury have been alleged."

4) Plaintiff does allege mental distress but has also experienced insertion-site pain in the area where the filter was implanted.

5) Plaintiff submitted a supplemental Categorization Form on January 30, 2019, which attached medical records discussing right lower quadrant pain after IVC filter placement. An email sent to defense counsel on February 19, 2019, discussing the situation with this case, is attached hereto as "Exhibit A."

6) One of the records included in Plaintiff's submission on January 30, 2019, included an MRI with a clinical history of "[P]ain in the right groin after IVC filter placement."

7) On March 23, 2019, Plaintiff contacted counsel and indicated that an IVC filter removal procedure had been scheduled for 4/1/2019.

8) The removal procedure scheduled for 4/1/2019 was cancelled and, as of the date of this response, it has not been rescheduled.

Because Plaintiff has produced records demonstrating pain in the right groin after IVC filter placement, alleges a physical injury, and mental distress related to the pain that she attributes to the filter, her case does not fall squarely within the definition of Category 2.

Based on the foregoing, Plaintiff respectfully requests that this Court deny Defendants' Motion for Judgment on the Pleadings.

Dated: May 29, 2019       Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108

>Telephone: (816) 523-2205
>Facsimile:  (816) 523-8258
>benbertram@bertramgraf.com
>
>***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

    /s/ Benjamin A. Bertram
*Attorney for Plaintiff*