IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    MARK REED
    Civil Case No. 1:16-cv-02074

**PLAINTIFF'S RESPONE IN OPPOSITION TO DEFENDANTS'
MOTION FOR JUDGEMENT ON THE PLEADINGS**

COMES NOW, Plaintiff Mark Reed ("Plaintiff"), by and through his counsel of record, and files this Response in Opposition to Defendants' Motion for Judgment on the Pleadings (Doc. 10856). Plaintiff respectfully requests that this Court deny Defendants' Motion and, in support thereof, states as follows:

1) Defendants' filed their Motion for Judgement on the Pleadings on May 28, 2019, based on their contention that Plaintiff is a Category 2 claimant based on the Categorization Form(s) and records that they had received.

2) Plaintiff submitted his first Categorization Form on December 22, 2018, alleging a Category 2 injury because there was not a Category on the Form that addressed other types of physical injuries, including documented insertion site pain and ongoing pain in the area where IVC filter insertion occurred.

3) Category 2 is defined as "[C]ases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

4) Plaintiff does allege mental distress but has also experienced insertion-site pain in the area where the filter was implanted.

5) Plaintiff submitted a supplemental Categorization Form on January 30, 2019, which attached a medical record discussing the following: "he is status post IVC filter with significant right groin pain … he rates it at 10/10 when it is really bad."

Because Plaintiff has produced records demonstrating pain in the right groin status post IVC filter placement, alleges a physical injury, and mental distress related to the pain that he attributes to the filter, his case does not fall squarely within the definition of Category 2.

Based on the foregoing, Plaintiff respectfully requests that this Court deny Defendants' Motion for Judgment on the Pleadings.

Dated: May 29, 2019        Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Benjamin A. Bertram
*Attorney for Plaintiff*