# EXHIBIT A

Simmons v. Cook Incorporated, et al., 1:17-cv-00576
Sanchez v. Cook Incorporated, 1:17-cv-04028
Potter v. Cook Incorporated, 1:17-cv-04162
Warford v. Cook Incorporated, 1:17-cv-04429
Cake v. Cook Incorporated, 1:17-cv-04619
Motta v. Cook Incorporated, 1:18-cv-01291