IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to Plaintiff(s)
DAVID GUTHRIE

 Civil Case No. 1:17-cv-03454-TWP-TAB
_____

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff DAVID GUTHRIE.


Dated:  May 30, 2019             *s/ David P. Matthews*
                                 David P. Matthews, Bar No. 13206200
                                 **Matthews & Associates**
                                 2905 Sackett Street
                                 Houston, TX 77098
                                 Telephone:  (713) 522-5250
                                 Facsimile:  (713) 535-7184
                                 matthewsivc@thematthewslawfirm.com
                                 dmatthews@thematthewslawfirm.com

                                 *Lead Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

**David Carl Anderson**
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

**Justin Kyle Brackett**
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

**David J Britton**
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

**George Jerre Duzane**
1675 Liberty Lane
Gallatin, TN 37066

**Richard A. Freese**
Freese & Goss
1901 6th Ave N, Ste 3120
Birmingham, AL  35203

**Jay Harris**
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

**Curtis Hoke**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Wilnar Jeanne Julmiste**
ANDERSON GLENN LLP
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

**Joseph A. Napiltonia**
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

**Marian S. Rosen**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Joseph G. Sauder**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Anthony James Urban**
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Brian J. Urban**
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

*s/ David P. Matthews*