# EXHIBIT A



6028 S. Ridgeline Drive, Suite 200<br>
Ogden, UT 84405<br>
Office: (385) 298-0175<br>
Fax: (801) 656-0997

May 29, 2019

Joseph Williams
RILEY WILLIAMS & PIATT, LLC
jwilliams@rwp-law.com

**RE:** *Lexecon* **for case # 1:16-cv-02937-RLY-TAB,** *Elliott et al. v. Cook, Inc., et al.*

Dear Mr. Williams,

On 05/15/2019, I received Plaintiffs Leadership's reminder email asking for whether Category 5 & 6 plaintiffs waived *Lexecon* or not. The next day, on 05/16/2019, I responded to Leadership's inquiry by stating that the plaintiffs in our firm's single Category 5 case, listed above, chose <u>not</u> to waive *Lexecon*. This was a choice our firm and Plaintiffs made independent of Plaintiffs Leadership counsel.

When I subsequently spoke with defense counsel about this case and one other unrelated and newly-filed case, I hope that I made this decision clear. If there was confusion, I apologize for my part.

Sincerely,

/s/ Nathan Buttars, Attorney
Nate@lowelawgroup.com

Confidentiality Notice: This communication (and any attachments) contains information that may be/is confidential and privileged. The information is intended for the exclusive use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are notified that any use, review, disclosure, copying, or action related to this information is strictly prohibited. Inadvertent communication error shall not compromise or waive any privilege or confidentiality. If you have received this communication in error, please immediately notify the sender by telephone or reply email and delete the original message from your system without making copies.