# EXHIBIT B

# O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN
## L L C

May 29, 2019

Michael J. Quillin
Attorney at Law
quillin@osclaw.com
314-405-9000

**VIA EMAIL:  jwilliams@rwp-law.com**
Joseph N. Williams
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204

Re:  *Lexecon* Waiver

Dear Joe,

This letter is to confirm that the PSC sent me an email on May 9, 2019 asking whether or not we would waive *Lexecon* on behalf of our clients and our decision (as indicated in our response to the PSC's email) was that we would not waive *Lexecon*.  To be clear, this decision was ours to make and we freely chose not to waive *Lexecon*.

Please do not hesitate to contact me if you have any questions or concerns regarding the foregoing.

Very truly yours,

O'LEARY, SHELTON, CORRIGAN,
PETERSON, DALTON & QUILLIN, LLC

By: _____
Michael J. Quillin