# EXHIBIT C

**BARON B BUDD, P.C.®**

DALLAS | AUSTIN | BATON ROUGE | NEW ORLEANS
CHICO | LOS ANGELES | SAN DIEGO
NEW JERSEY | NEW YORK | WASHINGTON, D.C.

Home Office:
800.222.2766         3102 Oak Lawn Avenue
tel 214.521.3605                  Suite 1100
fax 214.520.1181         Dallas, TX 75219-4281

May 29, 2019

To Whom It May Concern:

I received an email from the MDL co-lead plaintiff counsel on May 9, 2019. In that email, we were asked whether we waived *Lexecon* rights on our Category 5 and 6 cases. On May 15, 2019, my colleague, Thomas M. Sims, responded to co-lead counsel's email advising that we would not waive *Lexecon* on those cases.

A few days later, I received a voicemail from Jessica Cox. I spoke with Ms. Cox on May 21, 2019. My focus in that call was to discuss two cases that needed amended categorization forms (Lizabeth Layton and Brian Giddens, both properly Category 7 cases). Ms. Cox's stated purpose was to confirm that they agreed with me that they incorrectly listed Verneta Horne (a Category 5/6 case) as a Celect case when in fact it is a Tulip. Ms. Cox asked me for information about *Lexecon* waivers in the *Horne* case specifically, and I recall only telling her that we do not waive *Lexecon* at this time for that case. Her next question was if we would be open to discussions in the future regarding this and other Category 5/6 cases, and my response was a general statement that we are always happy to meet and confer on matters such as these, but at this time we are not waiving *Lexecon* in the *Horne* case. I do not recall saying anything about conversations (or the lack thereof) with my clients.

Sincerely,

BARON & BUDD, P.C.

*Anna Natali Rol*

Anna N. Rol
Attorney