# EXHIBIT E

| From: | Nate Buttars |
| --- | --- |
| To: | cguerra@martinbaughman.com; Joseph N. Williams; mheaviside@hrzlaw.com; "bmartin@bencmartin.com"; dmatthews@thematthewslawfirm.com |
| Cc: | Marlene Fogel; Aaron Stringer |
| Subject: | Lowe Law Group: Cat. 5 & 6 info |
| Date: | Thursday, May 16, 2019 2:14:18 PM |
| Attachments: | image001.png |

All:

The information on the Category 5 & 6 spreadsheets is correct.
Lowe Law Group has:

- One client/case on the Cat. 5&6 TULIP list for Roogie Elliott, which is correct. This plaintiff does *not* want to waive *Lexecon*.

| 210 | Elliott, Roogie & Betty | 1:16-cv-02937 | LOWE LAW GROUP | Günther Tulip™ | 5 |

- Zero clients/cases on the Cat. 5&6 CELECT list, which is also correct.

- Also, we have a newly-filed case as of 5/3/19 (case # 1:19-cv-01807) where the plaintiff (Janice Mecham) was implanted with a TULIP and her case is a **Cat. 5** unless/until we can show that the struts extended 3mm+ beyond the wall for a Cat. 7, but we don't yet have imaging to show that. We plan on submitting the Categorization Form for this case by the 30-day deadline.

Please let me know if you need further info or clarification on this.

Thank you,
Nate

Nathan Buttars, Attorney

LOWE | LAW GROUP

6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
phone: 385-298-0175
fax: 801-656-0997
nate@lowelawgroup.com
www.lowelawgroup.com

This electronic communication does not create nor does it constitute an attorney-client relationship.
Confidentiality Notice: This message (and any attachments) is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message.
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.
--This e-mail is covered under the Electronic Communications Privacy Act, 18 USC 2510-2521.