# EXHIBIT F

**From:** Michael Quillin <Quillin@osclaw.com>
**Date:** May 16, 2019 at 10:28:01 AM CDT
**To:** Ben Martin <bmartin@martinbaughman.com>, "cguerra@martinbaughman.com" <cguerra@martinbaughman.com>
**Cc:** James Corrigan <Corrigan@osclaw.com>
**Subject: RE: Cook MDL 2570**

Also, in response to your question regarding accuracy of the lists, I believe we have a couple cases missing from the lists:

| Eberly, Leslie | Celect | 6 |
|---|---|---|
| Steele, Charlene | Gunther Tulip | 6 |

Lastly, I've asked defense to agree to a stipulation of dismissal on the Dan O'Neill case (1:16-cv-01137), and I'm waiting to hear back from them.  We have reason to believe it may have been misidentified as a Cook filter (and is actually a Cordis filter) so we obviously don't want that to get picked as a bellwether.

Let us know if you have any questions or need any further information from us.

If you could confirm receipt of these emails, that would be appreciated.

Thanks.

Mike Quillin

**Michael J. Quillin**
Attorney at Law
**O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC**
The University Tower | 1034 S. Brentwood Blvd.
Penthouse 1-A. 23rd Floor| St. Louis, MO 63117
Office: 314.405.9000 | Fax: 314.405.9999
Cell: 314.413.2020

quillin@osclaw.com
www.osclaw.com


**From:** Michael Quillin
**Sent:** Thursday, May 16, 2019 10:20 AM
**To:** 'Ben Martin' <bmartin@martinbaughman.com>; 'cguerra@martinbaughman.com' <cguerra@martinbaughman.com>
**Cc:** James Corrigan <Corrigan@osclaw.com>
**Subject:** RE: Cook MDL 2570

To clarify which cases we're referring to (in not waiving *Lexecon*), below are the cases on the Category 5/6 lists you provided for which whom we are counsel / co-counsel:

| | | | | | |
|---|---|---|---|---|---|
| 318 | Hedlund, Raymond | 1:16-cv-01134 | GORI JULIAN & ASSOCIATES | Günther Tulip™ | 6 |
| 435 | Lona, Jose | 1:16-cv-01136 | GORI JULIAN & ASSOCIATES | Günther Tulip™ | 6 |
| 529 | O'Neill, Dan | 1:16-cv-01137 | GORI JULIAN & ASSOCIATES | Günther Tulip™ | 6 |
| 618 | Sanchez, Thomas | 1:16-cv-01138 | GORI JULIAN & ASSOCIATES | Günther Tulip™ | 6 |
| 178 | Davis, Donald E. | 1:18-cv-01381 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 200 | Durheim, Carl | 1:17-cv-04719 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 311 | Haynes, Catherine E. | 1:18-cv-03841 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 443 | Mackay, Donald | 1:18-cv-01027 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 705 | Tokoph, Yvonne | 1:18-cv-02235 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 706 | Tran, Phat | 1:17-cv-04660 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 2 | Aderinoye, Eileen and Kazeem | 1:17-cv-02806 | ONDER, SHELTON, O'LEARY & PETERSON, LLC | Günther Tulip™ | 5 |

| | | | | | |
|---|---|---|---|---|---|
| 178 | Davis, Donald E. | 1:18-cv-01381 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 200 | Durheim, Carl | 1:17-cv-04719 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 311 | Haynes, Catherine E. | 1:18-cv-03841 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 443 | Mackay, Donald | 1:18-cv-01027 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 705 | Tokoph, Yvonne | 1:18-cv-02235 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 706 | Tran, Phat | 1:17-cv-04660 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | Günther Tulip™ | 6 |
| 2 | Aderinoye, Eileen and Kazeem | 1:17-cv-02806 | ONDER, SHELTON, O'LEARY & PETERSON, LLC | Günther Tulip™ | 5 |

**From:** Michael Quillin
**Sent:** Thursday, May 16, 2019 9:45 AM
**To:** Ben Martin <bmartin@martinbaughman.com>; cguerra@martinbaughman.com
**Cc:** James Corrigan <Corrigan@osclaw.com>
**Subject:** RE: Cook MDL 2570

O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC, on behalf of its clients, do not waive *Lexecon*.

Let us know if anything further is needed in this regard.

Thanks.

Mike Quillin


**Michael J. Quillin**
Attorney at Law
**O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC**
The University Tower | 1034 S. Brentwood Blvd.
Penthouse 1-A. 23rd Floor| St. Louis, MO 63117
Office: 314.405.9000 | Fax: 314.405.9999
Cell: 314.413.2020

quillin@osclaw.com
www.osclaw.com


**From:** Ben Martin [mailto:bmartin@martinbaughman.com]
**Sent:** Friday, May 10, 2019 11:24 PM
**To:** Elizabeth Dudley <liz@lizdudleylaw.com>
**Cc:** Christina Guerra <cguerra@martinbaughman.com>; layne@shraderlaw.com; Ahmed Diab <adiab@gomeztrialattorneys.com>; Alex Davis <alex@jonesward.com>; Allison Garrett <agarrett@lopezmchugh.com>; Amelia Wilson <awilson@baronbudd.com>; Amorina Lopez <alopez@lopezmchugh.com>; Angel Lee <alee@provostumphrey.com>; Angela Spears <angie@rosenspearslaw.com>; Anna Higgins <anna@whiteheadfirm.com>; Thomas Valet <TValet@rapplaw.com>; Annesley H. DeGaris <adegaris@degarislaw.com>; Ashton Smith <ashton@jonesward.com>; Bill Curtis <bcurtis@curtis-lawgroup.com>; Bob Boatman <rwb@gknet.com>; Brian Dratch <bdratch@njcounsel.com>; Brooke L. Meyers <bmeyers@lopezmchugh.com>; Calle Mendenhall <calle@freeseandgoss.com>; Candace Capilongo <ccapilongo@thematthewslawfirm.com>; Charles Bailey <charles.bailey@howardnations.com>; Charles Houssiere III <choussiere@hdhtex.com>; Chelsey Rapp <chelsey@macleanfirm.com>; Chinyere Pigot <cpigot@weitzlux.com>; Chris Kirchmer <ckirchmer@provostumphrey.com>; Christopher Kirchmer <ckirchmer@pulf.com>; Christopher Moze Cowper <mcowper@cowperlaw.com>; Christopher Seeger <cseeger@seegerweiss.com>; Clarence Mark Whitehead <cmw@whiteheadfirm.com>; Courtney Moody <courtney@moodyrrlaw.com>; D.Todd Matthews <todd@gorijulianlaw.com>; Daniel MacDonald <dmacdonald@baronbudd.com>; Daniel Rihn <arihn@peircelaw.com>; Danielle Rodriguez <danielle@lawrencelaws.com>; David Britton <brittonlaw@comcast.net>; David Corwin <dcorwin@scwstl.com>; David DeGreeff <ddegreeff@wcllp.com>; David Matthews <dmatthews@thematthewslawfirm.com>; Denise Codding <dcodding@babbitt-johnson.com>; Donald Migliori <dmigliori@motleyrice.com>; Dr. Shezad Malik <drmalik@shezadmalik.com>; E. Craig Daue <ecdaue@bdlawmt.com>; Elizabeth A. Peterson <eapeterson@locklaw.com>; Elizabeth Cochrane <ecochrane@weitzlux.com>; Ellen Kerns <ekerns@reganfirm.com>; Emily Roark <emily@bryant.law>; Eric Terry <eric@thlawyer.com>; Ericka Campbell <ecampbell@spanglaw.com>; Everette Verhine <scott@verhine.biz>; Frederick Hovde <rhovde@hovdelaw.com>; George Tharin Williamson <gwilliamson@farr.com>; Graham B. LippSmith <glippsmith@klwtlaw.com>; Greg Rueb <greg@rminjurylaw.com>; Heather Smith <hsmith@riscassidavis.com>; Howard Nations <howard.nations@howardnations.com>; Jaclyn Anderson <janderson@klwtlaw.com>; Jacqueline Colclough <jcolclough@reganfirm.com>; Jaime Moss <moss@lkmlawfirm.com>; James Piat <jpiatt@rwp-law.com>; James Zouras <jzouras@stephanzouras.com>; Jan Conlin <jmc@ciresiconlin.com>; Jason Paul Johnston <jason.johnston@zimmreed.com>; Jasper Ward

<jasper@jonesward.com>; Jay Harris <toledojustice@bex.net>; Jeff Gaddy <jgaddy@levinlaw.com>; Jeff Seldomridge <jseldomridge@millerfirmllc.com>; Jennifer Lenze <jlenze@kimlawfirm.com>; Jennifer Orendi <jenorendi@gmail.com>; Jennifer Williams <jwilliams@jacksonallenfirm.com>; Jeremy Pichon <jeremy@dswplaw.com>; Jessica Beyer <jessica@lawyernc.com>; Joe Johnson <jjohnson@babbitt-johnson.com>; Joe Williams <jwilliams@price-law.com>; John Dalimonte <johndalimonte@kdlaw.net>; John Harloe <john@freeseandgoss.com>; Jon Conlin <jconlin@corywatson.com>; Jonathan Ashton <jashton@gallonlaw.com>; Jonathan Hogins <jhogins@moodyrrlaw.com>; Jonathan Sedgh <jsedgh@weitzlux.com>; Joseph Osborne <josborne@oa-lawfirm.com>; Joshua Miller <jdm@torisevalaw.com>; Joshua Sean Kincannon <jkincannon@lomurrofirm.com>; Julia Reed Zaic <julia@hrzlaw.com>; Julie Rhoades <jrhoades@thematthewslawfirm.com>; Justin Fishback <jfishback@shawcowart.com>; Justin L. Lawrence <justin@lawrencelaws.com>; Karen Collins <karen@lawyernc.com>; Kathleen Hersh-Boyle <khershboyle@hershlaw.com>; Kathy Smith <ksmith@branchlawfirm.com>; Keith David Griffin <kgriffin@girardikeese.com>; Keith Jackson <kj@rileyjacksonlaw.com>; Kelly Reardon <kreardon@reardonlaw.com>; Kelsey Louise Stokes <kelsey_stokes@fleming-law.com>; Kimberly Adams <kadams@levinlaw.com>; Kris Clark Thomas <kthomas@bossier-law.com>; Kristy M. Arevalo <kma@mccunewright.com>; Laura Baughman <lbaughman@martinbaughman.com>; Laura Lynne Voght <lvoght@attorney.kennugent.com>; Laura Smith <laura@hrzlaw.com>; Lauren Bronson <lbronson@newmanbronson.com>; Laurie Kamerrer <kamerrer@lkmlawfirm.com>; Lincoln Combs <lincoln.combs@gknet.com>; Lizy Santiago <lsantiago@thematthewslawfirm.com>; Lyon Chadwick <lyon@drslawfirm.com>; Majed Nachawati <mn@fnlawfirm.com>; Marian Rosen <marian@rosenspearslaw.com>; Marilyn Wass <mwass@lopezmchugh.com>; Mark Chavez <mchavez@thematthewslawfirm.com>; Marlene Jaye Goldenberg <mjgoldenberg@goldenberglaw.com>; Matt Schultz <mschultz@levinlaw.com>; Matthew Clinton <bclinton@hgdlawfirm.com>; Matthew Haynie <mhaynie@baronbudd.com>; Matthew Lopez <mlopez@lopezmchugh.com>; Matthew McCarley <mccarley@fnlawfirm.com>; Max Petrunya <mpetrunya@peircelaw.com>; Megan Hickey <mhickey@reganfirm.com>; Melissa Goodman <mag@ciresiconlin.com>; Melissa Mielke <mmielke@skikos.com>; Michael Bell <mbell@gallonlaw.com>; Michael Brandon Smith <bsmith@cssfirm.com>; Michael Decker <mdecker@lchb.com>; Michael Hart <mjhart@scwstl.com>; Michael Heaviside <mheaviside@hrzlaw.com>; Michael J. Walsh <mwalsh@walshwoodard.com>; Monte Bond <mbond@tautfestbond.com>; Nancy Hersh <nhersh@hershlaw.com>; Nicholas Farnolo <nfarnolo@napolilaw.com>; Pat Sanchez <psanchez@branchlawfirm.com>; Patrick Michael Regan <pregan@reganfirm.com>; Phillip Bohrer <phil@bohrerbrady.com>; Ramon Lopez <rlopez@lopezmchugh.com>; Rand Nolen <rand_nolen@fleming-law.com>; Richard James Serpe <rserpe@serpefirm.com>; Richard Rosenbaum <rrosenblum@rubin-machado.com>; Richard Sanford Lewis <rlewis@hausfeld.com>; Richard Schulte <rschulte@yourlegalhelp.com>; Robert Bailey <sbailey@baileygreer.com>; Russell Budd <rbudd@baronbudd.com>; Samuel Mason Wendt <sam@wendtlaw.com>; Sandy Liebhard <liebhard@bernlieb.com>; Sara Vedral <skturman@hotmail.com>; Scott Brady <scott@bohrerbrady.com>; Scotty MacLean <smaclean@macleanfirm.com>; Shannon Clark <slc@gknet.com>; Sheila Bossier <sbossier@bossier-law.com>; shelley Blas <shelley.blas@howardnations.com>; Sophie Williams <sophie.williams@howardnations.com>; Stephanie Albers <salbers@hrzlaw.com>; ivc <ivc@getjustice.com>; Stuart Lee Goldenberg <slgoldenberg@goldenberglaw.com>; T Mathis <tmathis@baronbudd.com>; T. Matthew Leckman <mleckman@pbattorneys.com>; Teresa Toriseva <ceo@torisevalaw.com>; Thomas Sims <tsims@baronbudd.com>; Tim Goss <tim@freeseandgoss.com>; Timothy A. Litzenburg <tlitzenburg@millerfirmllc.com>; Timothy Freiberg <freiberglaw@gmail.com>; Todd Hilton <hilton@stuevesiegel.com>; Tom Arbon <tarbon@martinbaughman.com>; Tom Cartmell <tcartmell@wcllp.com>; Troy Brenes <tbrenes@breneslawgroup.com>; Wendy Fleishman

<wfleishman@lchb.com>; Will Moody <will@moodyrrlaw.com>; Wolfgang Mueller <wolf@wolfmuellerlaw.com>; Yvonne Flaherty <ymflaherty@locklaw.com>; Timothy Bolton <tbolton@martinbaughman.com>; Monya Schwartz <mschwartz@thematthewslawfirm.com>; Deborah Yanazzo <deborah.yanazzo@gknet.com>; john@drlawllp.com; mjones@lopezmchugh.com; Melissa Sun <msun@babbitt-johnson.com>; andrea@drlawllp.com; Joe Williams <jwilliams@rwp-law.com>; Bill Blankenship <bill@blankenshiplaw.com>; Sue Elliott <selliott@wjnklaw.com>; Karen Smith, Paralegal <bobbymoak402@att.net>; Shawna Fugate <Shawnaf@gld-law.com>; Nate Scearcy <nscearcy@potts-law.com>; Patricia Campbell <pcampbell@potts-law.com>; Sarah Taylor <staylor@pbmattorneys.com>; Jessica Glitz <jglitz@tautfestbond.com>; celliott@coloradolaw.net; greg@thedriscollfirm.com; sschebek@spanglaw.com; Jason Voelke <jvoelke@martinbaughman.com>; cjbaker@heardlawfirm.com; denman@heardlawfirm.com; abrown@heardlawfirm.com; Barbara Price <BPrice@heardlawfirm.com>; acarter@sgpblaw.com; nlewis@sgpblaw.com; Eric Mausner <Eric@whiteheadfirm.com>; Melissa Hague <hague@lawgsp.com>; Nikki Jackson <njackson@tatelawgroup.com>; Kim Truongle <Kim.Truongle@howardnations.com>; Matt Skikos <mskikos@skikos.com>; Darilyn Simon <dsimon@skikos.com>; Julie Tucci <jtucci@skikos.com>; Arati Furness <afurness@fnlawfirm.com>; Stacey Cole <scole@shawcowart.com>; kevin@jonesward.com; Wendy Espitia <wendy@drlawllp.com>; Efrem Fernandez <efrem@saunderslawyers.com>; jcwillet@levinsimes.com; rabrams@levinsimes.com; jjohnson@levinsimes.com; Marcia Rey <mrey@levinsimes.com>; arol@baronbudd.com; Del Valle, Edna <edelvalle@anapolweiss.com>; Spizer, Gregory S. <gspizer@anapolweiss.com>; paul@rrbok.com; rick@rplezialaw.com; jduane@motleyrice.com; D. Humphrey <dhumphrey@bernllp.com>; Andrew W. Callahan <acallahan@flintfirm.com>; Anna Dammann <adammann@hmelegal.com>; kwang@bernllp.com; acolell@bernllp.com; bshrader@hmelegal.com; Micaela R. Staley <micaela@wendtlaw.com>; pwetherall@wetherallgroup.com; wkell@tatelawgroup.com; marktate@tatelawgroup.com; dledgard@capretz.com; rrbivccook@1800law1010.com; Pablo Corona <pablo@jasonjoylaw.com>; Deborah Zal-Ellis <deborah@jasonjoylaw.com>; Denise Ramirez <DRamirez@heardlawfirm.com>; Roger Mandel <rmandel@jeevesmandellawgroup.com>; Sander L. Esserman <Esserman@sbep-law.com>; Monica L. Moore <moore@sbep-law.com>; Justin Dunlap <justin@hotzerunkle.com>; mtiger@youmancaputo.com; Westberg@mwrlawfirm.com; BAdham@johnsonlawgroup.com; creed@johnsonlawgroup.com; tran@mwrlawfirm.com; elshaw@shawcowart.com; patrick.beirne@lawrencefirm.com; 6127590.887615@NETORG437733.onmicrosoft.com; jason@jasonjoylaw.com; michael@jasonjoylaw.com; colin@jasonjoylaw.com; sdaniel@baronbudd.com; moconnor@beusgilbert.com; paul@drlawllp.com; Anthony Godfrey <agodfrey@martinbaughman.com>; BET@petersonlawfirm.com; jdk@meyerkordlaw.com; jss@meyerkordlaw.com; Michael Quillin <Quillin@osclaw.com>; Lauren Sutton <Sutton@osclaw.com>; mmertz@hurley-law.com; djackson@hausfeld.com; jstuemke@sgptrial.com; christina@heardlawfirm.com; kruse@ngklawfirm.com

**Subject:** Re: Cook MDL 2570

Thank you. Liz. We will keep a log. Anyone with cases on the list please respond accordingly by the 16th on Lexecon waiver yes or no and whether Cook's categorization of 5,6 is accurate or not. Remember—if you've check the box for category 7 then it is a category 7 case—not a 5 or 6.

Thanks again.

Sent from my iPad

On May 10, 2019, at 9:06 PM, Elizabeth Dudley <liz@lizdudleylaw.com> wrote:

Dudley clients will not be waiving lexicon rights.

Sincerely,
ED

On Thu, May 9, 2019 at 11:42 AM Christina Guerra <cguerra@martinbaughman.com> wrote:

Counsel,

Last Friday you received an e-mail from MDL leadership regarding categorization form issues and a discussion of Lexecon waiver for all Category 5&6 cases. This is a follow-up on these issues, and there is a deadline for us to report back to the Court on May 19, 2019. Therefore, **we need a response from each of you on or before Thursday, May 16, 2019.**

Here's the deal:

(1) The Court has ordered all Plaintiffs' counsel to inspect Cook's category 5&6 Celect and Tulip lists (which we sent to you last Friday) and (a) ensure that each of your cases that are listed on the category 5&6 lists have been properly categorized at each specific plaintiff's highest category; and, (b) determine whether you have category 5 or 6 cases that were **not** listed on Cook's category 5&6 spreadsheets.

(2) <u>Lexecon waiver</u>: the judge made clear that he does not want any case included in the bellwether discovery pool that wherein the plaintiff <u>does not</u> specifically waive his/her Lexecon right to try their case in their home venue. If you have a case (or cases) in which your client does **<u>not</u>** waive Lexecon, then please send us the name of that client, their case number, the venue in which the case was originally filed, product, and category stating that Lexecon is not waived. **Advise us by e-mail whether or not your category 5 & 6 cases waive Lexecon.** If we do not hear from you by May 16, 2019, there **is a risk that the Court will determine your clients <u>have</u> waived their Lexecon rights.** What this means is that your client's case would be tried in the Southern District of Indiana, Evansville Division should it ever be tried.

**Note #1: the correct category on *Cook's spreadsheets* should be the <u>highest</u> category listed for a specific plaintiff. In other words, if you have checked boxes for categories 4, 5, and 6, the spreadsheet should list that case as a category 6.**

**Note #2: if you have a category 5 or 6 case (or cases) that were not included on Cook's list, please send us the case categorization form for each excluded plaintiff.**

**Note #3: at the risk of being pedantic, do <u>not</u> send us cases that have been checked as a category 7 case <u>even if</u> that same plaintiff also checked box 5 or 6.**

<u>Action item #1</u>: please give us a list of any case that is not on Cook's category 5&6 lists but should be included **and** any case that is listed as a category 5 or 6 case on Cook's lists that should not be on that list.

<u>Action item #2</u>: advise us by e-mail whether or not your category 5 or 6 cases waive Lexecon.

Thank you all. For your prompt attention to this e-mail. There is a hard deadline for you to send us all of this information by **May 16, 2019.**

Sincerely,

Ben

Mike

Dave

Joe