IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Action:

1:16-cv-06040-RLY-TAB

*Malone, Edrick v. Cook Incorporated, et al.*

### PLAINTIFF EDRICK MALONE'S OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants have filed a motion for judgment on the pleadings with respect to "Category 2" cases. Doc. 10856. Defendants' request included the claims of Edrick Malone. Doc. 10856-1 at 2.

Edrick Malone is not a Category 2 case; he is a Category 7 case. Plaintiffs have recently furnished Defendants with documentation demonstrating, *inter alia*, perforation of Mr. Malone's IVC filter. See Exhibit 1.

Accordingly, the Court should deny the motion as it relates to Edrick Malone.

WHEREFORE, Plaintiff Edrick Malone respectfully requests the Court DENY Defendants' motion for judgment on the pleadings as it relates to his case, and for such other and further relief as this Court deems just and proper.

Dated: May 31, 2019                                          Respectfully Submitted,

                                                                                  **THE DRISCOLL FIRM, P.C.**

1

2

By:    <u>*/s/ Gregory J. Pals*</u>
        Gregory J. Pals #48820 (MO)
        211 N. Broadway, 40th Floor
        St. Louis, MO 63102
        Tel: (314) 932-3232
        Fax: (314) 932-3233
        greg@thedriscollfirm.com
        *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                        */s/ Gregory J. Pals*