| | |
|---|---|
| **From:** | Gregory J. Pals |
| **Sent:** | Friday, May 31, 2019 9:40 AM |
| **To:** | Cook Filter MDL; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Jesse Carney; Tiffany Kelly |
| **Subject:** | re: Amended Case Categorization Submission; Edrick Malone, 1:16-cv-06040 |
| **Attachments:** | Edrick Malone Case Categorization Form.docx; Malone, Edrick_Key Highlighted Records.pdf; Edrick MALONE.pdf |

Attached please find an amended Case Categorization Submission for Edrick Malone, individual case number 1:16-cv-06040.  The case is now Category 7.  We appreciate yo updating your records.

Kindly allow these materials to serve as supplemental discovery disclosures as well.

Gregory J. Pals, Esq.
The Driscoll Firm P.C.
211 N. Broadway, 40th Floor
St. Louis, MO  63102
Main:  314-932-3232
Direct:  314-328-2181
Fax:  314-932-3233
greg@thedriscollfirm.com