IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570
_____

| | |
|---|---|
| 1:16-cv-01285 | 1:17-cv-01327 |
| 1:16-cv-01640 | 1:17-cv-02611 |
| 1:16-cv-02279 | 1:17-cv-02715 |
| 1:17-cv-00455 | 1:18-cv-00081 |
| 1:17-cv-00457 | 1:18-cv-00412 |
| 1:17-cv-00458 | 1:18-cv-00675 |
| 1:17-cv-00971 | 1:19-cv-01130 |

_____

## ORDER

On May 29, 2019, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed their Motion for Extension of Time to File a Response in Opposition to Plaintiffs' Motions to Reconsider/Vacate the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss. The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook Defendants' Motion (Filing No. 10886).

**IT IS THEREFORE ORDERED** that the Cook Defendants' deadline to respond to

Plaintiffs' Motions to Reconsider/Vacate the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss is **June 3, 2019**.

**SO ORDERED** this day of 31st day of May 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record