**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS**
**DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND RLY-TAB PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-MDL No. 2570 |

This Document Relates to:

Teresa Alvarez

Civil Action No.: 1:17-cv-03272-RLY-TAB

### STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-referenced case is dismissed without prejudice, with each party to bear its own costs. This plaintiff may refile her case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiff, however, may not refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the Plaintiff in her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated this 3rd day of June, 2019

Respectfully Submitted,

| | |
|---|---|
| /s/ Jennifer Nolte | /s/ James Stephen Bennett |
| John H. "Trey" Allen, III – Trial/Lead Counsel | James Stephen Bennett |
| Jennifer Nolte | FAEGRE BAKER DANIELS LLP |
| ALLEN & NOLTE, PLLC | 110 W. Berry Street, Suite 2400 |
| 3838 Oak Lawn Avenue, Suite 1100 | Fort Wayne, IN 46802 |
| Dallas, Texas 75219 | Tel: (264) 460-1725 |
| Tel: (214) 521-2300 | Fax: (317) 237-1000 |
| Fax: (214) 452-5637 | stephen.bennett@faegrebd.com |
| trey@allennolte.com | **Attorneys for Defendants** |
| jnolte@allennolte.com | |
| **Attorneys for Plaintiff** | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2019, a true and correct copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Jennifer Nolte