IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to:
Case Nos.     1:17-cv-03258 (Plaintiff Beverly Davis)
              1:17-cv-03414 (Plaintiff Elizabeth Fryman)
              1:17-cv-03355 (Plaintiff Richard Holcomb)
              1:17-cv-03567 (Plaintiff Richard Leamons)
              1:17-cv-03313 (Plaintiff Delores Machtolff)
              1:17-cv-03568 (Plaintiff Jesse Ricks)
              1:17-cv-03316 (Plaintiff Charlene Roberson)
              1:17-cv-03356 (Plaintiff Adin Shade)
              1:17-cv-03415 (Plaintiff Tim Timmerman)
              1:17-cv-03260 (Plaintiff Deborah Warmoth)
              1:17-cv-03416 (Plaintiff Anna Wood)

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for the above-named Plaintiffs.

Dated: June 3, 2019

                                    Respectfully Submitted,

                                    **DAVIS, BETHUNE & JONES, LLC**

                                    By: */s/ Grant L. Davis*
                                         Grant L. Davis     MO #34799
                                         1100 Main Street, Suite 2930
                                         Kansas City, MO 64105
                                         (816) 421-1600
                                         (816) 472-5972 Fax
                                         gdavis@dbjlaw.net

                                         Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ *Grant L. Davis*
Attorney for Plaintiffs