IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    CHARLENE ROBERSON
    Civil Case No. 17-cv-03316

### PLAINTIFF'S RESPONE IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGEMENT ON THE PLEADINGS

COMES NOW, Plaintiff Charlene Roberson ("Plaintiff"), by and through her counsel of record, and files this Response in Opposition to Defendants' Motion for Judgment on the Pleadings (Doc. 10856). Plaintiff respectfully requests that this Court deny Defendants' Motion and, in support thereof, states as follows:

    1)    Defendants' filed their Motion for Judgement on the Pleadings on May 28, 2019, based on their contention that Plaintiff is a Category 2 claimant based on the Categorization Form(s) and records that they had received.

    2)    Plaintiff submitted his first Categorization Form on December 22, 2018, alleging a Category 2 injury.

    3)    Category 2 is defined as "[C]ases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

4)   Plaintiff underwent a CT scan of the abdomen on March 9, 2019, which revealed filter strut perforation.

5)   Plaintiff's counsel did not receive the report from this CT scan until May 29, 2019.

6)   Plaintiff submitted an Amended Categorization Form on May 31, 2019, which attached a copy of the March 9, 2019, CT scan. A copy of this email submission is attached hereto as "Exhibit A."

Because Plaintiff has produced an amended Categorization Form, and medical records demonstrating filter strut perforation, this is no longer a Category 2 case.

Based on the foregoing, Plaintiff respectfully requests that this Court deny Defendants' Motion for Judgment on the Pleadings.

Dated:  June 3, 2019

Respectfully submitted,

**DAVIS, BETHUNE & JONES, LLC**

/s/ Grant Davis
Grant Davis, MO Bar #34799
Ted Ruzicka, MO Bar #63584
1100 Main Street, Suite 2930
Kansas City, MO 64105
Telephone: (816) 421-1600
Facsimile:  (816) 472-5972
gdavis@dbjlaw.net
truzicka@dbjlaw.net

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 3, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

            /s/ Grant Davis
            *Attorney for Plaintiff*