**Kip Hensley**

| | |
|---|---|
| **From:** | Ted Ruzicka |
| **Sent:** | Friday, May 31, 2019 8:50 AM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | plaintiffscoleadcounselmdl@gmail.com; Kip Hensley; Melissa Nolte |
| **Subject:** | Charlene Roberson |
| **Attachments:** | ROBERSON^CHARLENE.PDF; 20190531090051309.pdf |

Counsel:

Please find attached an amended categorization form and report from a CT scan of the abdomen that was performed on March 9, 2019. The report reveals filter strut perforation. Based on these findings, this is no longer a Category 2 case.

Let me know if you have any questions or would like to discuss further.

Sincerely,



**TED RUZICKA**
**DAVIS BETHUNE JONES**

E TRUZICKA@DBJLAW.NET
O 816.421.1600  W DBJLAW.NET
1100 MAIN ST #2930,
KANSAS CITY, MO 64105



EXHIBIT A