# EXHIBIT B

Case 1:14-ml-02570-RLY-TAB   Document 10919-2   Filed 06/03/19   Page 1 of 5 PageID #: 81865

Feb. 20. 2017  1:56PM       No. 5747   P. 2
1/20/2015  9:58 AM   FROM: Redacted823-2653 New York Oncology Hematology   TO: 9,, 1 516 272 6720       PAGE:  002 OF  007



**New York Oncology Hematology**

69 Prospect Avenue
Hudson, New York 12534
Phone (518) 822-8484 • Fax (518)822-9336
www.newyorkoncology.com

Patient: BARBIE L. KRATOCHVIL
Location: Hudson
DOB:
Attending Physician: Linda C. DeMarco MD

MRN:
Seen By: Amy Boehme NP
Date: 07/09/2015

PRIMARY DIAGNOSES:
1. The patient with an underlying hypercoagulable state, laboratory evaluation in the past has been negative; however she has May-Thurner syndrome with stenotic left iliac vein, status post PTA and stenting with good results. 02/20/12; IVC filter was placed during that admission as well at AMC.
2. Systemic lupus, on PLAQUENIL.
3. The patient switched back from XARELTO, to COUMADIN in view of developing lower extremity lymphedema from XARELTO
4. Iron deficiency anemia; the patient is intolerant to oral FERROUS ; the patient has microcytic anemia today, but is tolerant of this level of anemia.
5. Possible celiac sprue based on history; she has difficulty with celiac sprue dietary compliance and as continued iron deficiency.
6. Poor venous access.
7. Bilateral lower extremity edema and history of CNS symptoms of unclear etiology.
8. Nerve compression, right lumbar sacral region with epidural(?); injections that were unsuccessful.
9. Upcoming arthroscopic evaluation right knee: scheduled for 9/10 but she has postponed this yet again.

Interval history: This is a 35-year-old obese white female who is here for a very delayed six month follow up. She has hd social issues in her life which have prevented her from coming to her appointments. She has been non compliant with her office visits and sometimes having her INRs drawn. We discussed the importance of coming in for office visits as well as maintain a therapeutic INR. Her INR today is 1.3. She states that she stopped her Coumadin 2 days ago as she was to have a tooth pulled. She never notified us of this and she was reminded that she needs to let us know if she stops her Coumadin for any reason as well as for surgical procedure.

She has multiple complaints today: mainly her fatigue and her lower extremity edema. In light of her subtherapeutic INR I am ordering lower extremity Dopplers to rule out a clot.

At her last office visit she was found to be iron deficient and was to come in for IV Venofer but never showed. Her Hgb has worsened to 10.6 today.
She was told to follow up with GYN.

She will require presurgical clearance for an arthroscopic procedure of the right knee or any other surgical or dental procedures. As she will require Coumadin/Lovenox bridge pre-procedure, and Lovenox/Coumadin bridge post procedures.

Sometime last year the patient underwent an injection to her spine which apparently was unsuccessful. In fact, she states that doctor "hit the nerve," and she continues to have pain in a sciatic-type fashion. Because of this pain, he is not going to do further injections. The patient did successfully transfer her XARELTO to the LOVENOX and back. However, she does not like the use of XARELTO. It caused her some lower extremity lymphedema and therefore was switched back to Coumadin.

MEDICAL ONCOLOGY • HEMATOLOGY
Linda C. Demarco, M.D. • Salim G. Contractor, M.D. • Peter X. Lamparello, M.D
Amy Elizabeth Boehme Silver, N.P.

RADIATION ONCOLOGY
Todd H. Doyle, M.D. • Tim D. Olds, M.D. • Arsyl D. De Jesus, M.D.

Page 3 of 6
07/09/2015
Amy Boehme NP
RE: BARBIE KRATOCHVIL  DOB:03/03/1980

three sons and one daughter at home; the daughter is aged 4; three sons, ages 6, 10, and 11. She smokes a pack of cigarettes a day of cigarettes, does drink alcohol.

**MENSTRUAL HISTORY:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ She was 21 at her first childbirth. ▇▇▇

**FAMILY HISTORY:** The patient's mother has recurrent phlebitis and thrombosis, apparently has factor V Leiden deficiency. She has three sisters, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Father died of head trauma at age 48; mother is aged 52.

**REVIEW OF SYSTEMS:** 14 systems were reviewed with the patient. The patient denies fever, chills, night sweats, chest pain, shortness of breath, cough, hemoptysis, dysphasia, nausea, vomiting, hematemesis, diarrhea, constipation, melena, hematochezia, abnormal vaginal bleeding, dysuria, hematuria, joint pain or swelling, bone pain, headache or other neurologic complaints, weight loss or depression. All other systems are negative except as per the HPI.

**PHYSICAL EXAMINATION:** The patient is a well-developed, well-nourished middle aged female, in no acute distress. Vital signs today show BP is 100/66, pulse is 81, respirations are 18, temperature is 98.1 degrees, and weight is 91.2 kilograms. HEENT demonstrates no scleral icterus or pallor to the conjunctivae. Oropharynx is intact. Neck is supple without JVD or adenopathy. Cor demonstrates regular rate and rhythm. No gallops, murmurs, or rubs. Pulmonary: Clear to auscultation bilaterally without wheezes, rhonchi, or rales. GI demonstrates positive bowel sounds, soft, nontender, and nondistended. Extremities demonstrate positive pulses and negative clubbing or cyanosis. She has 1+ bilateral lower extremity edema: right leg greater than left. There is no pain to either calf upon palpation bilaterally. There are no gross neurologic problems, motor or sensory. There are no skin abnormalities. Psyche is intact.

**LABORATORY DATA:** Laboratory values shown below.

**IMPRESSION/PLAN:**
1. The patient will require Coumadin to Lovenox bridging pre-arthroscopic surgery, and Lovenox to Coumadin bridging post procedure. She has used Lovenox before so this should not be an issue. Details will be available once we have a date for her surgery. This has been placed on hold yet again.

   ==Patient also stopped her Coumadin x 2 days== as she was to have a tooth pulled. She was reminded that under no circumstance should she stop her Coumadin without informing us first. All surgical and dental procedures need to be cleared by us.

   ==She was again reminded about her poor compliance issues. She was told that she needed to follow up as scheduled.==

2. She'll take 9mg x 3 days then Continue on 8/9mg alt. except for Wednesdays she takes 6mg.

3. Diagnosis of lupus but does not currently have a lupus anticoagulant; this may have been intermittent whenever she had blood clotting or miscarriages.

5. The patient had three miscarriages of seven pregnancies, and one year ago, extensive DVT, right lower extremity, possible PE, now with filter and a stent placement in the left iliac vein, apparently on life-long COUMADIN; this is related to the May-Thurner syndrome with stenotic left iliac vein, status post PTA and stent placement.

6. Iron deficiency anemia; the patient was told of her iron deficiency. In the past she has refused oral or IV IRON; she has poor venous access for IV IRON. She is tolerating her microcytic anemia. She is now in agreement to IV Venofer and hopefully we can start her in this next week. She will follow up with her third weekly dose.



Barbie Kratochvil Account: 92431 DOS: 12/11/2012
The Vascular Group, PLLC
117 Mary's Avenue, Suite 202
Kingston, NY 12401
Tel. (845) 338-1992

Name: Barbie Kratochvil
MRN:
DOB:
DOS: 12/11/2012
Examiner: Stephanie S Saltzberg, MD
PCP:

Mrs. Kratochvil returns in follow-up today regarding her known left lower extremity DVT. She is still on Coumadin under the care of Dr. Andrade, her Hematologist. She reports she has been undergoing GI work-up for stomach pain all of the time by Dr. Packard. She also recently had her tubes tied. She underwent a venous duplex in the office today which demonstrates no evidence of DVT. She has chronic thrombus 1.4 cm. from the greater saphenous vein. She has chronic thrombus in the small saphenous vein. She continues to smoke. She is intermittently compliant with compression socks. She does have a known Lupus anticoagulant and Factor V Leiden.

PHYSICAL EXAMINATION:
Vitals: See below.
Left lower extremity is warm and well perfused. There is no evidence of significant edema, cellulitis or ulceration. She has no phlegmasia. She has a palpable pulse.

ASSESSMENT AND PLAN:
I had a discussion with Mrs. Kratochvil in the presence of my nurse, Linda Peterson. She will continue Coumadin under the management of Dr. Andrade. She will continue to follow up with Dr. Pickard for her GI work-up. We have again advised her to stop smoking. She does have an IVC filter which she has refused removal for in the past. We will follow-up with her in three months time for her next left venous duplex and clinical evaluation. She is aware of the clinical signs and symptoms that would warrant immediate medical attention.

Stephanie S. Saltzberg, MD

SSS/jer

MEDICATIONS:
Post-Visit Medications:
*(not actively managed)*
Plaquenil Sulfate 200 mg tablet BID
Topamax 25 mg tablet TID
Protonix 40 mg delayed release tablet QD
Claritin 10 mg tablet QD

PHYSICAL EXAMINATION:
- self-reported.
Calculated BMI:
Smoking Status (MU): Current every day smoker - Moderate cigarette smoker (10-19 cigs/day)

ALLERGIES AND MED CONCERNS
Postvisit:
  latox - ALLERGY
  OxyCONTIN - ALLERGY
  predniSONE - ALLERGY
  benzocaine topical - ALLERGY
  Augmentin - ALLERGY

cc:
Riolin Andrade, M.D.
William F Browne, MD
Andrew Packard, MD

Digitally Signed on 12/21/2012 12:40:36 PM

1/1                                                                                     escribeHOST

Barbie Kratochvil Account: 92431 DOS: 03/13/2012
The Vascular Group, PLLC
117 Mary's Avenue, Suite 202
Kingston, NY 12401
Tel. (845) 338-1992

**Name:** Barbie Kratochvil
**MRN:**
**DOB:**
**DOS:** 03/13/2012
**Examiner:** Stephanie S Saltzberg, MD

Mrs. Kratochvil returns in follow-up today. We saw her for her left leg deep venous thrombosis for which she is anticoagulated and had undergone an IVC filter placement, left iliac vein stent and lysis.

She does have a previous history of phlebitis. She also reports that she was borderline protein C during pregnancy. She also has lupus and is Factor V Leiden positive. She reports that her mother has protein C and S and Factor V Leiden and that her sister has lupus. She is also a smoker.

She is now being followed by Dr. Andrado for her anticoagulation, which is therapeutic. She has not yet worn compression socks.

She did not undergo a hypercoagulable work-up.

PHYSICAL EXAMINATION:
On physical examination, her height is 5'6", her weight is 218 lb.
Her left leg has no significant edema. It is warm and well perfused. The compartments are soft. She has no ulcerations or cellulitis.

ASSESSMENT:
Mrs. Kratochvil had a significant left leg deep venous thrombosis in the setting of a possible hypercoagulable disorder. In addition, she has lupus and she is a smoker.

I had a long discussion with her in the presence of my nurse, Linda Peterson, regarding the possibility of removing her retrievable vena cava filter. The risks, benefits and alternatives including perforation, contrast allergy, nephrotoxicity, and bleeding were discussed. The alternatives of keeping the filter with the filter possibly becoming thrombosed resulting in permanent swelling and ulceration were also discussed. At this point in time, she does not wish to undergo any intervention because she has four children and is scared of any complications. She is aware of the risks of keeping foreign device in a young patient with a possible hypercoagulable disorder and she wishes to keep the IVC filter in place. She will continue with anticoagulation.

We have again stressed the need for her to wear a thigh high compression sock. We have given her a prescription to have a hypercoagulable work-up performed. She will follow-up with us in one months' time for her next venous duplex and clinical evaluation. She will continue to follow-up with Dr. Andrade for anticoagulation management. She is aware of the clinical signs and symptoms that would warrant immediate medical attention. This entire discussion was in the presence of my nurse, Linda Peterson.

Stephanie S. Saltzberg, MD
SSS/rd

cc:
Riofin Andrade, M.D.
William F Browne, MD

Digitally Signed on 03/26/2012 11:19:54 AM

1/1
escribeHOST