# EXHIBIT D



# BAILEY
## MEDICAL CENTER

**Bailey Medical Center**
10502 North 110th East Ave.
Owasso, OK 74055
(918) 376-8000

| | |
|---|---|
| **Patient Name:** | STAFFORD, SHEILA DAWN |
| **Xray Number:** | ▮▮▮▮▮ |
| **DOB:** | ▮▮▮▮ |
| **Gender:** | F |
| **Exam Date:** | 3/24/2009 |
| **Refering Physician:** | GOROSPE,LUIS V |

**UID:** ▮▮▮▮▮▮

---

Reason for Exam:  Status post gastric bypass; inferior vena cava filter placed preoperatively.  Patient now presents for attempted vena cava filter removal.

**INFERIOR VENCAVOGRAM WITH ATTEMPTED INFERIOR VENA CAVA FILTER REMOVAL:**

Following obtainment of informed consent, the patient was placed supine upon the examination table, and the anterior inferior right neck region prepped and draped in the usual sterile fashion.  Utilizing real-time sonographic guidance, and following subcutaneous infiltration of 2-3 ml of 1% Lidocaine without complication in the region of intended venipuncture, a 21-gauge micropuncture needle was placed from the standard anterior inferior percutaneous approach into the internal jugular vein and guidewire advanced through the central venous system.  The guidewire was then removed and serial dilatation to 10-French was performed and a retrieval catheter placed over a guidewire into the inferior vena cava.  Inferior venacavogram was performed which reveals probable subintimal extension of the superior aspect of the Tulip inferior vena cava filter.  No evidence for intraluminal filling defect or other abnormality is present.  Multiple attempts were then performed at snare recovery of the inferior vena cava filter but without success.  This most likely is associated with subendothelial extension of the retrieval hook at the superior aspect of the inferior vena cava filter medially.  The retrieval attempt was abandoned and the catheter removed and hemostasis obtained at the puncture site about the anterior inferior right neck region.  The patient tolerated the procedure well without complication and was sent to the Recovery Room in stable condition without complaint.  Conscious sedation was performed with intravenous administration of 2.0 mg of Versed and 100 micrograms of Fentanyl during continuous monitoring by the nursing staff without complication.

IMPRESSION:
(1) Inferior vena cava filter noted in good position but with its superior tip and retrieval hook not in communication with flowing contrast within the lumen.  This most likely is associated with subendothelial extension of the retrieval hook.
(2) Unsuccessful attempted endovascular retrieval of inferior vena cava filter.
(3) No immediate post procedure complication has been encountered.


GAD:kt/MedCor
DD: 3/24/09
DT: 3/24/09


Films read by GEOFFREY A DAY, M.D. (Radiologist)

---

STAFFORD, SHEILA DAWN: Page 1 of 2

Report Generated: 3/25/2009 at 4:40:53 PM

Services Provided By:
Diagnostic Imaging Associates, Inc
PO Box 973038
Dallas, TX 75397