# EXHIBIT F



# SUMMA Health System
**Wadsworth-Rittman Hospital**

## CONSULTATION REPORT

**CONSULTANT:** Dr. Bewton

**REQUESTED BY:** Dr. Borges

**REASON FOR CONSULT:** Stroke

**ACTION DESIRED:**
- ☐ Consult and follow patient with attending
- ☐ Special Procedure Only

**FINDINGS:**

**Physician Signature and Date**

**DATE AND TIME OF CONSULTANT NOTIFICATION:** 10/7/13 1643   **SPOKE TO:** Eila

**VIA:** ☑ PHONE  ☐ OFFICE  ☑ ANSWERING SERVICE  **BY** CR (INITIALS)

Summa Wadsworth-Rittman Hospital 195 Wadsworth Road Wadsworth, O'

MEDACT

Medical Record - Yellow Copy    Physicia  BORGES PAU
ER CALL DR EXP 10/07/13 B/D

M 57 AKRON, OH

312-1

1152010 (3/10)