UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Constantine Venizelos**, counsel for **Sherry Sandidge on behalf of the Estate of William Sandidge**, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Constantine Venizelos**
**Constant Legal Group LLP**
**PO Box 161151**
**Cleveland, OH 44116**
216.849.3326
dean@constantllp.com

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　**Southern District of Indiana**

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
　　**Constantine Venizelos**
　　**Constant Legal Group LLP**
　　**PO Box 161151**
　　**Cleveland, OH 44116**