# Constant
# LEGAL GROUP

April 4, 2019

U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

Re: PHV Motion and Order

Dear Clerk,

Enclosed please find a Motion and Order to Appear Pro Hac Vice. Additionally, I have enclosed a Certificate of Good Standing from the Supreme Court of Ohio and a $100.00 check.

Please do not hesitate to contact me with any questions.

Thank you for your time.

Sincerely,

Constantine Venizelos