**Constant**
**LEGAL GROUP**
PO Box 161151
Cleveland, OH 44116



U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

RECEIVED

MAY 3 1 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

46204$1999 C009