IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                              1:14-ml-02570-RLY-TAB
SALES PRACTICED AND                               MDL No: 2570
PRODUCTS LIABILITY LITIGATION MDL

_____


This Document Relates to Plaintiff(s):
Pamela Beard


Civil Case # 1:17-cv-01559

_____


**ORDER**

On this day came on for consideration Plaintiff's Motion [_____] to Vacate Order of Dismissal and Reinstate Case. Having considered the motion, the Court concludes the motion should be granted, without objection. It is, therefore,

ORDERED that such motion is GRANTED. Accordingly, the Court hereby vacates the Order dismissing without prejudice Plaintiff's case and thereby reinstates her case.


SO ORDERED this _____ day of _____ 2019.


_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern Distrcit of Indiana


Distributed to all counsel of record