**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case No. 1:14-ml-2470-RLY-TAB |

| | |
|---|---|
| This Document Relates to Plaintiff ROBIN PEACOCK | 1:17-cv-00159-RLY-TAB |

**PLAINTIFF'S MOTION TO VACATE DISMISSAL**

**COMES NOW**, Plaintiff, ROBIN PEACOCK, by and through her attorney, Michael T. Gallagher, and moves this Honorable Court for an order vacating the dismissal of her action entered on May 8, 2019, and in support of said Motion, states as follows:

**I.**

On December 20, 2018, Plaintiff's counsel submitted the Case Categorization form listing plaintiff as a Category 2 case, which is a case alleging mental distress and embedment. Specifically, the injury is "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."  Thereafter Defendant filed a Motion to Dismiss asking that plaintiff's case, along with many others, be dismissed because she was a category 2 submission that had not provided any supporting medical records.

After submitting the case categorization form on December 20, 2018, Plaintiff's counsel obtained new records showing the filter migrated.  Upon receiving the records, Plaintiff's counsel submitted an Amended Case Categorization Form listing plaintiff as a Category 6 case.  The

Amended Case Categorization Form and supporting medical records were submitted to Defendants on April 26, 2019 via email to CookFilterMDL@FaegreBD.com.

## II.

At the time of the submission of the Amended Case Categorization Form, due to a clerical error, Plaintiff's counsel did not reach out to defense counsel and ask that the plaintiff be removed from the pending Motion to Dismiss.  The motion to dismiss was based on the plaintiff being categorized as a category 2 and failing to provide any medical records supporting that category. On April 26, 2019, the category was changed to a category 6 by submission of an Amended Case Categorization Form and the required medical records, which were provided at the time of the submission.

Plaintiff respectfully asks this Court for its consideration and in so weighing the harm to Plaintiff in comparison to the prejudice suffered by Defendants, find that the dismissal has caused irreparable harm and is much more significant than the prejudice suffered by Defendants.

**WHEREFORE,** Plaintiff requests the Court enter an order vacating the dismissal of her case and reinstating her case in the MDL.


Dated:  June 4, 2019                                    Respectfully submitted,

                                                        /s/ Michael T. Gallagher
                                                        Michael T. Gallagher
                                                        Federal ID: 5395
                                                        The Gallagher Law Firm
                                                        2905 Sackett Street
                                                        Houston, Texas 77098
                                                        (713) 222-8080
                                                        (713) 222-0066 - Facsimile
                                                        donnaf@gld-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2019 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.


<u>/s/ Michael T. Gallagher</u>
Michael T. Gallagher