IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case No. 1:14-ml-2470-RLY-TAB |
| This Document Relates to Plaintiff ROBIN PEACOCK | Case No. 1:17-cv-00159-RLY-TAB |

**ORDER GRANTING PLAINTIFF**
**ROBIN PEACOCK'S MOTION TO VACATE DISMISSAL**

**THIS COURT**, having reviewed Plaintiff's Motion to Vacate Dismissal related to this Court's Order entered on May 8, 2019 for failure to submit medical records in support of her Case Categorization Form, the parties having received due notice of and having the opportunity to be heard, and this Court having considered all submissions made hereby, finds that Plaintiff's Motion should be GRANTED.  It is therefore:

ORDERED that Plaintiff's Motion to Vacate Dismissal is GRANTED;

ORDERED that Case No. 1:17-cv-00159-RLY-TAB is hereby reinstated.  The Court directs the Clerk to take all steps necessary to reinstate the case on the Court's Docket.

Signed this _____ day of _____, 2019.

DATED: _____          _____
                                     RICHARD L. YOUNG, JUDGE
                                     United States District Court
                                     Southern District of Indiana