UNITED STATES DISTRICT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE RICHARD YOUNG |
| ) | |

**This Document Relates to:**
*DIAZ v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:18-cv-02944*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Migdalia Diaz and Alicia Cole respectfully move this court to substitute Alicia Cole, the plaintiff's daughter, as the Personal Representative for the Estate of Migdalia Diaz Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Migdalia Diaz's case was filed on or about October 24, 2018 (*DIAZ v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGAITON.;* Case No. *1:18-cv-02944*).

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

    a. On or about September 24, 2018, Defendant Cook, Inc., et al. was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On or about March 19, 2019 Plaintiffs' counsel was informed that Migdalia Diaz. passed away on or about January 27, 2019.

4. Migdalia Diaz's action against Defendants survives her death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about June 5, 2019.

6. Plaintiff thus moves to substitute Alicia Cole, as Personal Representative for the Estate of Migdalia Diaz., Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Alicia Cole, as Personal Representative for the Estate of Migdalia Diaz., Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Migdalia Diaz is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Migdalia Diaz and Alicia Cole, respectfully request the Court grant Plaintiffs' Motion to Substitute Alicia Cole, as Personal Representative for the Estate of Migdalia Diaz., Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: June 5, 2019                              Respectfully submitted,

                                                                  By: */s/ Monte Bond*

                                                                  MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

*s/ Jessica Glitz*
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
jglitz@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: June 5, 2019

                                       Respectfully Submitted,

                                       **Tautfest Bond, PLLC**

                                       *s/ Monte Bond*
                                       Monte Bond No. 02585625
                                       **Tautfest Bond, PLLC**
                                       5151 Belt Line Rd.,
                                       Suite 1000, Dallas, TX 75254
                                       Telephone: (214) 617-9998
                                       Facsimile: (214) 853-4281
                                       mbond@tautfestbond.com

                                       *s/ Jessica Glitz*
                                       Jessica Glitz No. 24076095
                                       **Tautfest Bond, PLLC**
                                       5151 Belt Line Rd.,
                                       Suite 1000, Dallas, TX 75254
                                       Telephone: (214) 617-9998
                                       Facsimile: (214) 853-4281
                                       jglitz@tautfestbond.com

                                       *Attorneys for Plaintiff*