UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE RICHARD YOUNG |
| ) ) ) ) ) | |

**This Document Relates to:**
*DIAZ v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:18-cv-02944*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Alicia Cole, on behalf of the Estate of Migdalia., is substituted for Plaintiff Migdalia Diaz in the above captioned cause.

Date: _____         _____

Hon. Richard Young
United States Magistrate Judge
Southern District of Indiana