IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>JOSEPH KEITH ANDERS<br>Case No.: 1:17-cv-01327-RLY-TAB | |

**DECLARATION OF JEFFREY BOWERSOX IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PALINTIFF'S MOTION TO RECONSIDER ORDER OF DISMISSAL AND TO REINSTATE CASE**

I, Jeffrey A. Bowesox, being first duly sworn depose and say:

1. I am the attorney employed by Joseph Keith Anders in the above-captioned matter.

2. Attached as Exhibit 1(A) is a screenshot of my Microsoft Outlook folder related to the IVC/Cook Medical case following a search for all email sent to me by the court's ECF system from April 26, 2017 through May 13, 2019. As can be seen from the screenshot Exhibit, I received no email from the court's ECF system after June 1, 2017 until May 10, 2019.

1

      3.      I hereby declare that the above statements are true to then best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury. I make this declaration in support of Plaintiff's Motion to Reconsider Order of Dismissal and to Reinstate Case 1:17-cv-01327-RLY-TAB [Master Doc #. 10641; Case Specific Doc # 13].

Dated: June 5, 2019.

**Bowersox Law Firm, P.C.**

*/s/ Jeffrey A. Bowersox*
Jeffrey A. Bowersox, OSB No. 81442
**Bowersox Law Firm, P.C.**
3 Centerpointe Drive, Suite 190
Lake Oswego, OR 97035
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
Jeffrey@bowersoxlaw.com
***Lead Counsel for Plaintiff***