# EXHIBIT 1(A)

