IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>JOSEPH KEITH ANDERS<br>Case No.: 1:17-cv-01327-RLY-TAB | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS TO VACATE AND/OR RECONSIDER THE COURT ORDER DISMISSING HIS CASE FOR FAILURE TO SUBMIT CASE CATEGORIZATION FORM**

**THIS COURT**, having reviewed Plaintiff's Motions to Vacate and/or Reconsider the Court Order Dismissing His Case for Failure to Submit Case Categorization Form, and the court having considered the motion, the supporting and opposing memorandum of the parties, and being fully advised, finds that plaintiff was not served via the ECF system and that plaintiff's Motion should be granted. It is therefore:

ORDERED that the dismissal order dated May 8, 2019 related to plaintiff's case is hereby vacated and plaintiff's case is reinstated to the active docket MDL Case No 1:14-ml-2570-RLY-TAB.

ORDERED that within thirty days of entry of this order plaintiff shall submit to Defendant Cook at CookFilterMDL@FaegreBD.com and Plaintiff's Leadership at plaintiffscoleadcounselmdl@gmail.com a physician report or declaration supporting plaintiff's Category 4 categorization.

Dated: _____

_____
RICHARD L. YOUING, JUDGE
United States District Court
Southern District of Indiana

Service of this proposed order will be made electronically on all ECF-registered counsel of records via email generated by the court's ECF system.