IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

JOSEPH KEITH ANDERS
Case No.: 1:17-cv-01327-RLY-TAB

**PLAINTIFF'S MOTION REQUESTING ORAL ARGUMENT ON HIS MOTION FOR RECONSIDERATION OF
ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO SUBMIT CASE CATEGORIZATION FORM**

Pursuant to S.D. Ind. L.R. 7.5, Plaintiff respectfully moves the Court to allow oral argument on Plaintiff's Motion for Reconsideration of Order Dismissing Plaintiff's Claims for Failure to Submit Case Categorization Form (the "Motion for Reconsideration").

Oral argument on the Motion for Reconsideration would assist the Court in assessing the merits of Plaintiff's arguments that the case should not be dismissed pursuant to FRCP 41(b) and would ensure that the Court has all the necessary information before it to rule on the Motion for Reconsideration.

Plaintiff requests that each side be permitted fifteen (15) minutes to present their oral arguments.

Dated: June 5, 2019.

Respectfully submitted,

**Bowersox Law Firm, P.C.**
 /s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, OSB No. 81442
**Bowersox Law Firm, P.C.**
3 Centerpointe Drive, Suite 190
Lake Oswego, OR 97035
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
Jeffrey@bowersoxlaw.com
*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

By:   /s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, OSB No. 81442
**Bowersox Law Firm, P.C.**
3 Centerpointe Drive, Suite 190
Lake Oswego, OR 97035
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
Jeffrey@bowersoxlaw.com
*Lead Counsel for Plaintiff*