IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:17-ml-2570-RLY-TAB
MDL NO. 2570

This document relates to:
JACQUELYN DURRANT
Civil Case No. 1:17-cv-2259

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF JACQUELYN DURRANT

I, Jacquelyn Durrant, pursuant to 28 U.S.C. § 1746, do declare the following to be true and correct to the best of my knowledge:

1. On September 16, 2008, I had surgery in an attempt to remove my Cook Günther Tulip Vena Cava Filter device. This attempt failed, and I was informed the filter was irretrievable.

2. I first learned that the tilt, migration, and failed retrieval of my Cook Günther Tulip Vena Cava Filter device was potentially a result of a manufacturing defect in said device in approximately April of 2016.

3. I learned of the manufacturing defect in said device when I viewed a television commercial regarding the lawsuits against the Cook Defendants for injuries caused by defective IVC filters.

4. Prior to April 2016, and to the best of my knowledge, no doctor ever informed me that the tilt, migration, and/or the failed surgical retrieval of my Cook Günther Tulip Vena Cava Filter device may have been caused by any defect with the design or manufacture of the device.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2019

*Jacquelyn Durrant*
Jacquelyn Durrant