IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Actions:

1:17-cv-00455
1:17-cv-00457
1:17-cv-00458
1:17-cv-02611

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTIONS TO REINSTATE AND MOTIONS FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO SUBMIT CASE CATEGORIZATION FORMS**

Plaintiffs Sheila Stafford, Barbie Lynn Kratochvil, Daris Cremeans and Saleea Shockley (collectively, "Plaintiffs") respectfully move the Court for an extension of the due date to file their replies to the Cook Defendants' Response in Opposition (Dkt. 10919) to Plaintiffs' Motions to Reconsider the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss (Dkt. 10723, 10724, 10725, and 10726) until June 14, 2019. In support of this Motion, Plaintiffs state:

1. On May 8, 2019, the Court entered its Order on the Cook Defendants' Second Amended Motion to Dismiss (Dkt. 10622).

2. On May 20, 2019, Plaintiffs filed their Motions for Reconsideration of the Court's Order Dismissing Plaintiffs' Claims for Failure to Submit Case Categorization Form and Motions to Reinstate ("Plaintiffs' Motions for Reconsideration") (Dkt. 10723, 10724, 10725, and 10726).

3. On June 3, 2019, the Cook Defendants filed a combined response in opposition to Plaintiffs' Motions for Reconsideration (Dkt. 10919).

1

4.      Pursuant to CMO 18, the due date for any reply is June 10, 2019 – three days before the June 13, 2019 status conference.  Additionally, pursuant to Local Rule 7-1(c)(3)(B), Plaintiffs' reply to the Cook Defendants' response in opposition would be due within seven days of service.

5.      The issues raised in the Cook Defendants' Response in Opposition will require Plaintiffs to respond to case-specific arguments and allegations requiring extensive research as to certain individual cases.

6.      Pursuant to Local Rule 6-1(a)(4), the Cook Defendants are not opposing the extension of time requested based on the parties' understanding that the issue will be addressed on the briefs.

7.      Specifically, neither Plaintiffs nor Defendants are requesting oral argument, thus forgoing the opportunity to present this matter at a future status conference. Therefore, granting this motion will not cause any delay in the prosecution of these cases.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion to extend the deadline for filing their replies to the Cook Defendants' Response in Opposition to Plaintiffs' Motions for Reconsideration to June 14, 2019.

Dated:  June 5, 2019                        Respectfully Submitted,
                                            **SILL LAW GROUP PLLC**

                                            By:     */s/ Katie Griffin*
                                                    Katie Griffin (OK Bar No. 30829)
                                                    1101 N. Broadway Ave., Suite 102
                                                    Oklahoma City, Oklahoma 73103
                                                    Email:  katie@sill-law.com
                                                    Tel: (405) 509-6300
                                                    Fax: (405) 509-6268

                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Katie Griffin

Katie Griffin