IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                            MDL No. 2570

_____

This Document Relates to the following Actions:

1:17-cv-00455
1:17-cv-00457
1:17-cv-00458
1:17-cv-02611

## [PROPOSED] ORDER

On June 5, 2019, Plaintiffs Sheila Stafford, Barbie Lynn Kratochvil, Daris Cremeans and Saleea Shockley (collectively, "Plaintiffs"), filed their Motion for Extension of Time to File a Reply Brief in Support of Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Plaintiffs' Claims for Failure to Submit Case Categorization Form and Motion to Reinstate (hereinafter "Plaintiffs' Motion").   The Court, having considered Plaintiffs' Motion in its entirety and being duly advised, **GRANTS** Plaintiffs' Motion.

**IT IS THEREFORE ORDERED** that the Plaintiffs' deadline to file their replies to the Cook Defendants' response in opposition to Cook Defendants' Response in Opposition to Plaintiffs' Motions to Reconsider the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss is **June 14, 2019**.

**SO ORDERED** this ___ day of June, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed electronically to registered counsel of record.