UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO PLAINTIFF:** <br><br> *Betty Bain* <br><br> Individual case No. 1:17-cv-3085 | Case No. 1:14-ml-2570-RLY <br> MDL No. 2570 |

### DELCARATION OF LEVI M. PLESSET IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION

Levi M. Plesset, after being duly sworn upon his oath, makes this affidavit in support of Plaintiff's Motion for Reconsideration and states the following:

1. I am an attorney of the law firm of Milstein, Jackson, Fairchild & Wade, LLP, attorneys of record for Plaintiff herein. I have personal knowledge of the facts set forth herein and if called upon as a witness, I would be competent to testify thereto. Each of the facts and statements herein are true and correct. I make this affidavit in support of Plaintiff's Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims for Failure to Submit a Case Categorization Form.

2. On June 3, 2019, my staff learned that this case had been dismissed per the Court's order. Prior to receiving this dismissal order, I believed that this case was in good standing with the Court. We had submitted Plaintiff's fact sheet and medical records on October 3, 2017.

3. Due to a clerical oversight by my office, we did not submit the categorization form and corresponding records per the Court's May 7, 2019 Order.

4. The law firm had been receiving several hundred emails regarding this case and other mass tort MDLs and regrettably the Order regarding production of the Categorization Form was overlooked.

5. Upon learning of the oversight and the Dismissal Order, my office promptly completed the Case Categorization Forms and submitted the same with the relevant medical records on June 4, 2019. I am informed and believed that this case is now in full clerical compliance with all necessary submissions on file.

6. I apologize to the Court and counsel for this oversight and given the opportunity will ensure that mistakes such as this do not happen in the future.

7. I respectfully offer to the Court that any prejudice or delay to opposing counsel in receiving this information would be greatly outweighed by the dismissal of this case without a determination on the merits.

_____
Levi M. Plesset