| | |
|---|---|
| **From:** | Irma Silva |
| **To:** | "CookFilterMDL@FaegreBD.com" |
| **Cc:** | Melissa Fox; Andrea Brazel |
| **Subject:** | MDL No. 2570 - Case Categorization Submission |
| **Date:** | Tuesday, June 04, 2019 10:56:11 AM |
| **Attachments:** | IVC Filter Case Categorization (Bain, Betty).pdf |

Counsel:

Attached is the Case Categorization Form for claimant Betty Bain. Please feel free to contact the undersigned if there are any issues. Thank you.

**Irma Silva**
Mass Tort Legal Assistant
**Milstein Jackson Fairchild & Wade, LLP**
10250 Constellation Boulevard Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600 ext. 168
Facsimile: (310) 396-9635
www.mjfwlaw.com

isilva@mjfwlaw.com

| | |
|---|---|
| From: | Irma Silva |
| To: | "plaintiffscoleadcounselmdl@gmail.com" |
| Cc: | Melissa Fox; Andrea Brazel |
| Subject: | MDL No. 2570 - Case Categorization Submission |
| Date: | Tuesday, June 04, 2019 10:56:38 AM |
| Attachments: | IVC Filter Case Categorization (Bain, Betty).pdf |

Counsel:

Attached is the Case Categorization Form for claimant Betty Bain. Please feel free to contact the undersigned if there are any issues. Thank you.

**Irma Silva**
**Mass Tort Legal Assistant**
**Milstein Jackson Fairchild & Wade, LLP**
10250 Constellation Boulevard Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 396-9600 ext. 168
Facsimile: (310) 396-9635
www.mjfwlaw.com

isilva@mjfwlaw.com