**Categorization Form**

A.     Plaintiff's Name:             _____Bain Betty_____

B.     Plaintiff's Case Number:       __1:17-cv-03085_____

C.     Plaintiff's Counsel (Lead Firm Name):  __Milstein Jackson Fairchild & Wade, LLP_____

D.     Categorization (check each that applies and briefly describe):

    1.   <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

        Check here for Category 1:_____

    2.   <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

        Check here for Category 2:_____

        Briefly describe claimed complication/outcome/injury:_____

    3.   <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

        Check here for Category 3:_____

        Briefly describe claimed complication/outcome/injury:_____

    4.   <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

        Check here for Category 4:_X____

        Briefly describe claimed complication/outcome/injury: <u>Filter fracture with retained fragment unable to retrieve_____</u>

5.  Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

    Check here for Category 5:_____

    Briefly describe claimed complication/outcome/injury:_____

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    Check here for Category 6:_____

    Briefly describe claimed complication/outcome/injury:_____

7.  Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    Check here for Category 7:_____.  **Circle all sub-categories that apply below**:

    (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

    Briefly describe claim of symptomatic injury:
    _____

    (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

    Briefly describe claim of symptomatic injury:
    _____

    (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

    Briefly describe claim of symptomatic injury:
    _____

    (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.      Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:           __Levi Plesset_____

Plaintiff's Counsel's Firm:          Milstein Jackson Fairchild & Wade, LLP

Plaintiff's Counsel's Signature: _____

4

## PRODUCT IMPLANT REGISTER

Date: _8/23/09_

SS #: _4 6 6-1 9-1 2 0 2_          Phone: (702) _567-2759_

Address: _41 Mackay Street_          City, State, Zip: _HD, NV 89015_

Ordering Physician: _Dr. F. Imtiaz_

Operating Physician: _Dr. P. Bernstein_

Technologist/RN's: _E. Retodo, RN / C. Batson - Tech_

Implant Date _8/23/09_          Start Time _0935_          End Time _0946_

Manufacturer _Cook_          Product Code _____

Lot Number _E2389912_

Procedure _IVC Filter Placement_

| REF: | IGTCFS-65-UNI-CELECT-PERM |
|------|---------------------------|
| LOT: | E2389912 |
| DESC: | Cook® Celect® Filter Set Femoral and Jugular Approach |

_deployed successfully_

## St. Rose Dominican Hospital
**CHW**
A Member of Catholic Healthcare West

**PRODUCT IMPLANT REGISTER**

M666 (03/03)

PATIENT IDENTIFICATION
   Pt#:     56399868   MR#: 378570
   BAIN ,BETTY S
   02/11/1957 , F   52   08/23/09
   ADR: IMTIAZ-MD, FRRUKH   Rm:
   PDR:                     Bd:
                            B55



**DESERT RADIOLOGISTS**

2020 Palomino Lane #100, Las Vegas, NV 89106, (702) 759-8600
3920 S. Eastern Ave. #100, Las Vegas, NV 89119, (702) 794-2100
7200 Cathedral Rock Dr. #230, Las Vegas, NV 89128, (702) 759-4300
2811 W. Horizon Ridge Pkwy., Henderson, NV 89052, (702) 759-4500
4880 S. Wynn Road, Las Vegas, NV 89103, (702) 759-4600

# MEDICAL IMAGING REPORT
## Report Status:  FINAL

| | | | | |
|---|---|---|---|---|
| Patient Name: | **BAIN, BETTY S** | DOB: **2/11/57** | Age: 56Y | Sex: F |
| MRN: | **449056** | Service Location: XR HORIZON | | |
| | | Account Number: 000049394 | | |

| | | |
|---|---|---|
| Ordering Physician: | TUDOR JIANU, MD | Accession Number: 1664748 |
| | 8420 S EASTERN AVE STE 101 | Service Date/Time: 9/4/2013  7:32AM |
| | LAS VEGAS, NV 89123 | Order Number: 002814155 |
| | | Study: '000463 XR L SPINE 4 OR MORE VW |

**ORIGINAL**
STEPHEN HOYE, MD  9/4/13  8:12 am

Five-view lumbar spine

CLINICAL HISTORY:Low back pain.

TECHNIQUE: Lumbar spine, five views (AP, lateral, sacral, and oblique views).

FINDINGS:

Bone mineralization is decreased. No acute fracture or gross malalignment. Grade 1 anterolisthesis of L5 on S1.
Lower lumbar facet arthropathy which is most notable at L5-S1 and to a lesser degree in the additional lower
lumbar spinal levels. Cannot entirely exclude pars defects at L5. Degenerative interspace narrowing at L4-5 and
L5-S1. IVC filter with one of the tines of the filter fractured.

IMPRESSION:

1. Degenerative changes of the lumbar spine without acute osseous abnormality.
2. IVC filter with fracture of one of the tines of the IVC filter

Thank you for referring your patient to Desert Radiologists.

CC Physicians:

**Report produced by voice recognition. Electronically signed by:**
Radiologist: STEPHEN HOYE, MD

Date Signed:  9/4/13  8:12

CONFIDENTIALITY NOTICE

This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure or no disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient or the employer or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately by phone and return the original message to us by mail. Thank you.

| | | | |
|---|---|---|---|
| Date Printed: | 9/4/2013 | Page 1 of 1 | Recipient: JIANU, TUDOR |

# HealthCare Partners

**Medical Group**          Oncology/Hematology

## MEDICAL ONCOLOGY

**Chinemerem F. Abanonu, M.D.**
**Carlos Araujo, M.D.**
**Stephani Christensen, M.D.**
**Dimitrios Diamandidis, M.D.**
**Vikas Gupta, M.D.**
**Liawaty Ho, M.D.**
**Shahid Malik, M. D.**
**Nikolaos Touroutoglou, M.D.,Ph.D., FACP**
**Xiantuo (Tim) Wu, M.D., Ph.D.**
**Rixin Zhou, M.D., PhD.**
**Kira Campos, MSN, FNP-BC**
**Courtney Loper, PA-C, MPAS**
**John Sayler, PA-C, MPAS**

3006 So. Maryland Pkwy, Ste 205
Las Vegas, NV 89109
(702) 735-7154
(702) 735-7153 Fax

2851 N. Tenaya Way, Ste 101
Las Vegas, NV 89128
(702) 735-7154
(702) 869-8103 Fax

8285 W. Arby Avenue, Ste 100B
Las Vegas, NV 89113
(702) 735-7154
(702) 405-1860 Fax

Centennial Hills Medical Office
6850 No. Durango, Ste 120
Las Vegas, NV 89149
(702) 735-7154
(702) 515-3599 Fax

Pahrump Office
1151 So. Highway 160
Pahrump, NV 89048
(702) 735-7154
(702) 735-7153 Fax

## RADIATION ONCOLOGY

**David Pomerantz, M.D.**
8285 W. Arby Avenue, Ste 100A
Las Vegas, NV 89113
(702) 735-7154
(702) 405-1862 Fax

9-23-16

REG: Betty Bain
DOB: 2-11-1957

To Whom It May Concern:

Ms. Betty Bain is a patient of mine from 6-2006 to current. She has Protein S Deficiency and Recurrent DVT. She had an IVC filter placed at St. Rose Delima Hospital in 6-2006 and is unable to have that filter removed.

If you have any questions, please feel free to contact my office.

Thank You,

Shahid Malik, M.D.