| | |
|---|---|
| **From:** | Erin Barlow |
| **To:** | "CookFilterMDL@FaegreBD.com" |
| **Cc:** | Melissa Fox |
| **Subject:** | Cook Medical IVC Filter Plaintiff Profile Sheet - Betty Bain |
| **Date:** | Tuesday, October 03, 2017 2:20:48 PM |

To Whom It May Concern:

I am writing to inform you that I uploaded IVC Filter Plaintiff Betty Bain's Plaintiff Profile Sheet and Executed Medical Authorizations to the website noted on Amended CMO 6.

Best,
Erin

Erin Barlow
Mass Tort Legal Assistant
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Boulevard, Suite 1400
Los Angeles, CA  90067
T: (310) 396-9600  ext. 178
Toll Free: (855) 909-9933
F: (310) 396-9635
www.mjfwlaw.com

This email, and any information and/or files transmitted with it, may contain confidential information that is legally privileged and is intended solely for the use of the individual or entity to whom they are addressed. No privilege or right to confidentiality is waived by this email transmission. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, dissemination, distribution, or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this email in error please notify the sender by reply email at ebarlow@mjfwlaw.com and destroy the original transmission and its attachments without reading or saving them in any manner. Thank you.