**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

LOIS COOPER

Civil Case No. 1:19-cv-01703

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION FOR JUDGEMENT ON THE PLEADINGS**

COMES NOW, Plaintiff Lois Cooper ("Plaintiff"), by and through her counsel of record, and files this Response in Opposition to Defendants' Motion for Judgment on the Pleadings (Doc. 10856). Plaintiff respectfully requests that this Court deny Defendants' Motion and, in support thereof, states as follows:

1) Defendants' filed their Motion for Judgement on the Pleadings on May 28, 2019, based on their contention that Plaintiff is a Category 2 claimant based on the Categorization Form(s) and records that they had received.

2) Plaintiff's case was filed on April 29, 2019. Plaintiff submitted her Categorization Form per the Court's Order, alleging a Category 2 injury.

3. Category 2 is defined as "[C]ases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

4.	Plaintiff does allege mental distress but also alleges that the IVC Filter is attached to other organs and has been told that the IVC Filter is not removable, and as such, her injuries extend beyond mental distress.[1]

5.	Cook's reliance on the Categorization form is misplaced. Cook cannot use the Categorization form as grounds for a Motion for Judgment on the Pleadings. The Categorization form clearly states that it "is not admissible and is not to be considered relevant for any other purpose."

6.	Cook misconstrues Plaintiff's Plaintiff Profile Form ("PPF"). It is clear from the PPF that Plaintiff has suffered from injuries that do not squarely fit into Category 2. The PPF notes that Plaintiff's IVC filter is "attached to other organs."

Because Cook cannot rely on the Categorization form and the PPF does not assert only mental distress, this case does not fall squarely within the definition of Category 2.

Based on the foregoing, Plaintiff respectfully requests that this Court deny Defendants' Motion for Judgment on the Pleadings.

Dated: Thursday, June 06, 2019	**THE MILLER FIRM, LLC**

*/s/ Jeff T. Seldomridge*
Jeff T. Seldomridge, VSB # 89552
108 Railroad Ave.
Orange, VA 22960
Phone: (866) 529-3323
Fax: (540) 672-3055
jseldomridge@millerfirmllc.com

*Attorney for Plaintiff*

---

[1] Under the Outcome Attributed to Device section in the Plaintiff Profile Form, Plaintiff alleges that the IVC filter is attached to other organs and that it can not be removed.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                    /s/ *Jeff T. Seldomridge*
                                    Attorney for Plaintiff