IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-01664 | 1:19-cv-01835 | 1:19-cv-01847 |
| 1:19-cv-01676 | 1:19-cv-01838 | 1:19-cv-01848 |
| 1:19-cv-01678 | 1:19-cv-01840 | 1:19-cv-01849 |
| 1:19-cv-01825 | 1:19-cv-01843 | 1:19-cv-01850 |
| 1:19-cv-01827 | 1:19-cv-01844 | 1:19-cv-01854 |
| 1:19-cv-01830 | 1:19-cv-01845 | 1:19-cv-01855 |
| 1:19-cv-01833 | 1:19-cv-01846 | 1:19-cv-01857 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  June 6, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald