AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| TINA WISDOM | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-349 |
| COOK MEDICAL, INC. ET AL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TINA WISDOM.

Date:    06/06/2019

/s/Devin A. Lowell
*Attorney's signature*

DEVIN A. LOWELL #LA36555
*Printed name and bar number*

650 POYDRAS ST.
STE. 2150
NEW ORLEANS, LA 70130

*Address*

dlowell@murray-lawfirm.com
*E-mail address*

(504) 525-8100
*Telephone number*

(504) 584-5249
*FAX number*