# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    Shields, Paul; Case No. 1:16-cv-00577
    Lee, Anna; Case No. 1:17-cv-00111
    Tanner-Plant, Cynthia; Case No. 1:17-cv-00252
    Wickard, Jennifer; Case No. 1:17-cv-01113
    Lancaster, William; Case No. 1:17-cv-01760
    Wetherbee, Kimberly; Case No. 1:17-cv-01985
    Beamon, Cassandra; Case No. 1:17-cv-03656
    Collins, Kenyon Allen; Case No. 1:18-cv-00827
    Meaux, David; Case No. 1:18-cv-00844

## MARTIN BAUGHMAN'S PARTIAL OPPOSITION
## TO COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS
## IN 64 CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM

On May 9, 2019, the Court set forth a schedule to address potential dismissal of cases categorized as Category 2, i.e., "[c]ases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged." Dkt. 10632, at 1 (setting schedule); Dkt. 9638-1, at 2 (defining Category 2). By May 20, 2019, Plaintiffs could voluntary dismiss Category 2 cases without prejudice; after that date, the Court would entertain Defendants' motion seeking dismissal of any remaining Category 2 cases. Dkt. 10632, at 1.

Martin Baughman (the "Firm") currently represents nine clients whose cases have been categorized as Category 2. *See* Dkt. 10856-1. As discussed more fully below, the Firm does not oppose dismissal of six of those nine cases, so long as such dismissal is without prejudice, but the Firm does oppose dismissal of three cases which have recently been re-categorized as

Category 4 and Category 7.  With respect to the plaintiffs represented by Martin Baughman, Defendants' motion should therefore be granted in part and denied in part.

**<u>Non-Opposition Concerning Six Cases</u>**

The following cases have been, and remain, categorized as Category 2:

Lee, Anna; Case No. 1:17-cv-00111
Tanner-Plant, Cynthia; Case No. 1:17-cv-00252
Wickard, Jennifer; Case No. 1:17-cv-01113
Lancaster, William; Case No. 1:17-cv-01760
Collins, Kenyon Allen; Case No. 1:18-cv-00827
Meaux, David; Case No. 1:18-cv-00844

Defendants have moved for dismissal of these cases "with prejudice as to all claims, injuries, complications, and outcomes alleged in Plaintiffs' short-form complaints, PPS forms, and Categorization Forms to date," but without prejudice as to "re-filing in the event of a future injury," so long as such re-filing is done "in the Southern District of Indiana within the applicable statute of limitations period."  Dkt. 10857, at 21.  As Defendants point out, this is effectively "the same process in the Category 2 stipulated dismissals," *id.*, which permitted voluntary dismissal with prejudice as to claims "based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case" being voluntarily dismissed, but without prejudice as to future claims based on "a legally cognizable injury [that] occurs in the future within the statute of limitations after that injury occurs" so long as such future claims are re-filed "in the Southern District of Indiana," Dkt. 10632-1.

The Firms' non-opposition to Defendants' motion with respect to these six cases depends on the caveat that dismissal here will have the same effect as though the Firm had stipulated to these cases' dismissal: that dismissal will be without prejudice to future, not-yet-averred, and not-time-barred claims.  Subject to that caveat, Martin Baughman does not oppose dismissal of the six abovementioned cases.

**Opposition Concerning Three Cases**

Shields, Paul; Case No. 1:16-cv-00577

On June 5, 2019, the Firm submitted an amended Case Categorization Form (CCF) for Plaintiff Paul Shields, upgrading his categorization to Category 4. Medical records show that Plaintiff was advised in August 2015 that the risk of attempted removal was significant "due to the long elaps [sic] time since placement." Upon consideration of those risks, Plaintiff concluded that the risk of retrieval outweighed the benefit. Because this case is no longer categorized as Category 2, it should not be dismissed for failure to allege a physical injury. (The amended CCF and accompanying records have been attached as Exhibit A.)

Wetherbee, Kimberly; Case No. 1:17-cv-01985

On June 5, 2019, the Firm submitted an amended CCF for Plaintiff Kimberly Wetherbee, upgrading her categorization to Category 7(e). Plaintiff's consulting radiologist has concluded that "[a]ll 4 primary anchoring struts perforate the IVC wall"; imaging demonstrates that these perforations extend 3 or more mm outside the wall of the IVC. Because this case is no longer categorized as Category 2, it should not be dismissed for failure to allege a physical injury. (The amended CCF and accompanying radiology report and imaging records have been attached as Exhibit B.)

Beamon, Cassandra; Case No. 1:17-cv-03656

On June 5, 2019, the Firm submitted an amended CCF for Plaintiff Cassandra Beamon, upgrading her categorization to Category 7(e). Plaintiff's consulting radiologist has concluded that "[a]ll 4 primary anchoring struts perforate the IVC wall" and has further concluded that "[t]he anterolateral strut impinges on and perforates the medial aspect of the R kidney"; imaging demonstrates that these perforations extend 3 or more mm outside the wall of the IVC. Because

this case is no longer categorized as Category 2, it should not be dismissed for failure to allege a physical injury.  (The amended CCF and accompanying radiology report and imaging records have been attached as Exhibit C.)

**Conclusion**

For the reasons discussed above, Defendants' motion should be granted with respect to Case Nos. 1:17-cv-00111, 1:17-cv-00252, 1:17-cv-01113, 1:17-cv-01760, 1:18-cv-00827, and 1:18-cv-00844, but should be denied with respect to Case Nos. 1:16-cv-00577, 1:17-cv-01985, and 1:17-cv-03656.

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin, Bar No. 13052400
Thomas Wm. Arbon, Bar No. 01284275
**Martin Baughman, PLLC**
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@martinbaughman.com
tarbon@martinbaughman.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin