# EXHIBIT A

# Categorization Form

A.  Plaintiff's Name: <u>Paul Shields</u>

B.  Plaintiff's Case Number: <u>1:16-cv-00577-RLY-TAB</u>

C.  Plaintiff's Counsel (Lead Firm Name): <u>Law Offices of Ben C. Martin</u>

D.  Categorization (check each that applies and briefly describe):

   1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

      Check here for Category 1: ____

   2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

      Check here for Category 2: ____

      Briefly describe claimed complication/outcome/injury: _____

   3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

      Check here for Category 3: ____

      Briefly describe claimed complication/outcome/injury: _____

   4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

      Check here for Category 4: <u>✓</u>

      Briefly describe claimed complication/outcome/injury: <u>See below</u>

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:\_\_\_\_.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

    Plaintiff's Counsel Name:      Thomas Wm. Arbon_____

    Plaintiff's Counsel's Firm:      Law Offices of Ben C. Martin_____

    Plaintiff's Counsel's Signature:    /s/ Thomas Wm. Arbon_____

*Paul Shields*
*1:16-cv-00577-RLY-TAB*
<u>Case Categorization Form - Continuation Sheet</u>

**D.4**      Plaintiff was advised on 8/18/2015 that risk of filter removal outweighed benefit

CSF FT JESSE
BLOOMINGTON IL 61701
Notes

SHIELDS,PAUL T
MRN: 05548362
DOB: 3/28/1966, Sex: M
Enc. Date: 05/15/15

**Progress Notes by Vanle, Jesse L, MD at 5/15/2015 11:31 AM (continued)**

| | | |
|---|---|---|
| PLATELETCNT | 159 | 2/10/2015 |
| MCV | 89.7 | 2/10/2015 |

No results found for this basename: CHOLESTEROL, TRIGLYCRIDES, HDLCHOLESTE, LDL

No results for input(s): BNP, BNPPOCT in the last 72 hours.

Jesse L Vanle, MD
5/15/2015

Electronically signed by Vanle, Jesse L, MD at 5/15/2015 12:08 PM

**Progress Notes by Vanle, Jesse L, MD at 8/18/2015  2:13 PM**

| | | |
|---|---|---|
| Author: Vanle, Jesse L, MD | Service: (none) | Author Type: Physician |
| Filed: 8/18/2015  2:37 PM | Note Time: 8/18/2015  2:13 PM | Note Type: Progress Notes |
| Status: Signed | Editor: Vanle, Jesse L, MD (Physician) | |

### CV SURGERY BLOOMINGTON OFFICE VISIT

Primary Care Physician: BENJAMIN I SHEPHERD, MD

**Chief Complaint:**   PE. IVC filter

**History of Present Illness:**

Patient of Dr Sheppard. Evaluated by Dr Lome for cardiac care. Automobile accident in 2/2014. Life flight to Loyola. Treated with IVC filter for DVT and PE. F/U in Loyola for possible IVC filter removal in past. Told that due to insurance reason, procedure not to be carried out at Loyola. Loss to f/u.
Here for evaluation of possible ivc filter removal. C/O chronic leg pain and weakness. Left facial pain with numbness. Still on lovenox for PE, DVT since 2/2014. C/O intermittent right upper abdominal sharp pain with movement and bending position. Hematuria. Being evaluated by gi in Morris.
Record from Loyola reviewed. Type of IVC filter placed not identified. IVC filter removal rec in first year after placement. Its been 16 months since this was placed. However, due to possible perforation. Abdominal pain may be related to Filter.
Discussed at length regarding IVC filter removal and risks.
RTO 8/18/15: CT 5/28/15-IVC filter in place. U/S NO DVT. CT chest-No PE. Discussed at length with patient regarding findings. IVC filter in place. However, discussion of removal with increase risks due to Long elaps time period since placement.
Still with occasional GI bleed. Patient not sure he wants to accept risks of surgical removal of IVC filter.
Advised to take asa 81 mg/day if patient to have Lovenox D/C. At this time, Lovenox is no longer needed. However, patient to discuss this with DR Shepherd.
**Assessment and Plan:**

Printed on 12/16/2015 10:09 AM                                                                                                                 Page 4

000004

CSF FT JESSE  
BLOOMINGTON IL 61701  
Notes

SHIELDS, PAUL T  
MRN: 05548362  
DOB: 3/28/1966, Sex: M  
Enc. Date: 08/18/15

**Progress Notes by Vanle, Jesse L, MD at 8/18/2015 2:13 PM (continued)**

OK to be off lovenox. However, need to discuss this with Dr Shepherd.
If Discontinue Lovenox, take asa 81 mg/day. Keep IVC filter in for now. Patient not sure he wants to accept risks of IVC filter removal.
Risks and benefits including, but not exclusive to anesthesia, medical complication, infection, bleeding, allergic reaction, Thrombosis, embolization, MI, Stroke, renal failure, aneurysm, nerve injury, transfusion, death etc.. explained.
Not ready to accept risks. Patient to call if he change his thought.

**Objective:**
**Past Medical History Positives**

| Diagnosis | Date |
|---|---|
| • Asthma | |

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Other surgical history<br>   IVC filter | | |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Shellfish Allergy | Anaphylaxis and Swelling |

No family history on file.
Social
History

**Substance Use Topics**

| | |
|---|---|
| • Smoking status: | Current Every Day Smoker -- 0.10 packs/day for 20 years |
|    Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |
|    Comment: currently smokes 3 cigarettes per day. | |
| • Alcohol Use: | No |

History

**Social History Narrative**

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaminophen (Q-PAP) 500 MG PO TABS | Take 1,000 mg by mouth every 6 hours as needed for Pain. | | |
| • docusate sodium 100 MG PO CAPS | Take 100 mg by mouth 2 times daily. | | |
| • enoxaparin (LOVENOX) 120 MG/0.8ML SC SOLN | 120 mg by Subcutaneous route daily. | | |
| • ONDANSETRON 4 MG PO TAB-DISPERSE | | | 0 |
| • orphenadrine 100 MG PO TAB-SR-12HR | Take 100 mg by mouth 2 times daily as needed for | | |

Printed on 12/16/2015 10:09 AM

Page 5

000005