# EXHIBIT B

## Categorization Form

A.     Plaintiff's Name: <u>Kimberly Wetherbee</u>

B.     Plaintiff's Case Number: <u>1:17-cv-1985</u>

C.     Plaintiff's Counsel (Lead Firm Name): <u>Law Offices of Ben C. Martin</u>

D.     Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:\_\_\_\_

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:\_\_\_\_

    Briefly describe claimed complication/outcome/injury:_____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:\_\_\_\_

    Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:\_\_\_\_

    Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:____

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ✓ . **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

*Case Categorization Form - Kimberly Wetherbee*      3

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: See below

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:

(h) infection;

Briefly describe claim of symptomatic injury:

(i) bleeding;

Briefly describe claim of symptomatic injury:

(j) death; and

Briefly describe claim of symptomatic injury:

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:      Thomas Wm. Arbon

Plaintiff's Counsel's Firm:    Law Offices of Ben C. Martin

Plaintiff's Counsel's Signature:    /s/ Thomas Wm. Arbon

*Kimberly Wetherbee*
*1:17-cv-1985*
**Case Categorization Form - Continuation Sheet**

**D.7(e)**

Plaintiff's consulting radiologist has concluded that "[a]ll 4 primary anchoring struts struts perforate the IVC wall"; imaging demonstrates that these perforations extend 3 or more mm outside the wall of the IVC.

May 24, 2019

Ben C. Martin
Martin Baughman PLLC
3710 Rawlins Street  Suite 1230
Dallas, TX  75219

Re:  IVCF Review – KIMBERLY WETHERBEE

Dear Mr. Martin,

At your request, I have reviewed the medical records and the imaging files that your office forwarded regarding the above patient. My findings and recommendations are as follows:

**Cook Gunther-Tulip IVC Filter**

*CT Abd/Pelvis CT w/o IV Contrast 10-9-2015 (University Hospitals Geauga Medical Center)*

HISTORY:  DVT while on anticoagulation.  IVCF placed 8-5-2005, at University Hospitals via a R femoral approach.  Clot was noted in the L iliac veins and in the lower portion of the IVC at the time of IVCF placement.

FINDINGS:  Filter ID is based on CT images and implantation records.  The filter is a Cook Gunther-Tulip retrievable IVC filter with the retrieval hook directed cephalad.  The filter is positioned infrarenal at the L2 level.  No significant tilt.  ==All 4 primary anchoring struts perforate the IVC wall.==  The anterolateral strut impinges on and the R gonadal vein and lies in very close proximity to the proximal R ureter.  The posterior struts impinge on the underlying L2-3 disc and on the anterior portion of the R psoas muscle.  The anteromedial strut lies in very close proximity to overlying duodenum.  Filter struts appear intact.  No pericaval thrombus or hematoma.  No embolized filter fragments are identified on the imaging provided.  Cannot evaluate for caval thrombosis, clot within the filter or caval wall thickening without IV contrast.  However, prominent venous collaterals are present in the abdominal wall and in the abdomen itself, raising a suspicion of caval and/or iliac vein thrombosis.

RECOMMENDATIONS:  A high-quality digital KUB and a high-quality Abd/Pelvic CT, performed <u>with IV contrast,</u> should be obtained to further evaluate strut integrity and progression of strut perforation since 2015.  **Filter should be removed if the patient can be safely anticoagulated or no longer requires anticoagulation therapy.**

Please don't hesitate to contact me if I can be of further help in this matter.

Sincerely,

```
Im: 37/79                                                      WETHERBEE KIMBERLY A
Se: 80364                                                                  01914271
                                                                          5/31/1968 F
                                                              TW685288630^GA-36470037
                                                                                    0
                                                         CT ABDOMEN AND PELVIS WO CONTRAST
                                                             MPR, STONE PROTOCOL, Coronal
                                                             MPR, STONE PROTOCOL, Coronal

R                                                                                      L



WL: 60  WW: 360 [D]                                                       460mA 120kV
T: 3.0mm L: 133.6mm                                                 10/9/2015 2:20:51 PM
```

Im: 70/166
Se: 2
Case 1:14-ml-02570-RLY-TAB   Document 10950-2   Filed 06/06/19   Page 8 of 9 PageID #: 82043
A
WETHERBEE KIMBERLY A
01914271
5/31/1968 F
TW685288630^GA-36470037
0
CT ABDOMEN AND PELVIS WO CONTRAST
STONE PROTOCOL
STONE PROTOCOL
R
L
WL: 60 WW: 360 [D]
T: 3.0mm L: 325.5mm
361mA 120kV
10/9/2015 2:20:51 PM
P

