# EXHIBIT 1

**Categorization Form**

A. Plaintiff's Name: _____ Lillie Sauls _____

B. Plaintiff's Case Number: _____ 1:18-CV-00081 _____

C. Plaintiff's Counsel (Lead Firm Name): ___ David L. Augustus, The Spencer Law Firm ____

D. Categorization (check each that applies and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:_____

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:___X_____

    Briefly describe claimed complication/outcome/injury:  Plaintiff must have the filter closely watched and have periodic xrays to insure that the filter has not migrated further, become damaged or caused kidney stones or infections. This is a constant source of worry, and stress for the Plaintiff as it could cause future injury and jeopardize her health.

3.  Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an un-retrieved or irretrievable filter."

    Check here for Category 3:_____

    Briefly describe claimed complication/outcome/injury:_____

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:__X_____

    Briefly describe claimed complication/outcome/injury:  Plaintiff must have the filter closely watched and have periodic x-rays to insure that the filter has not migrated further,

1

<u>become damaged or caused kidney stones or infections. This is a constant source of worry, and stress for the Plaintiff as it could cause future injury and jeopardize her health. Plaintiff has been advised that she is not a candidate to remove the filter given her comorbid conditions.</u>

5.      Failed Retrieval and Complicated Retrieval Cases1: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6.      Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: _____

Briefly describe claimed complication/outcome/injury:

7.      Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:___**X**____.  **Circle all sub-categories that apply below:**

(a)      IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter   insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
_____

(b)      filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
_____

(c)      filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
_____

**[(d)]**   filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

Briefly describe claim of symptomatic injury:
_The IVC Filter migrated from the IVC to the renal vein that has caused a pelviectasis, reduction in kidney function, and pain.  The filter cannot be removed radiographically.  She is at risk for kidney stones and infection._

**[(e)]**   penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:  _The IVC Filter perforated the IVC and the prong protruded into the right renal pelvis, causing pelviectasis, reduction in kidney function, and pain.  The filter cannot be removed radiographically.  She is at risk for kidney stones and infection._

(f)   recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: _____

(g)   DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: _____

(h)   infection;

Briefly describe claim of symptomatic injury: _____

(i)   bleeding;

Briefly describe claim of symptomatic injury: _____

(j)   death; and

Briefly describe claim of symptomatic injury: _____

(k)   open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _____

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:   ___David L. Augustus_____

Plaintiff's Counsel's Firm:   __The Spencer Law Firm_____

Plaintiff's Counsel's Signature:   _____

4

University General Hospital.
**7501 Fannin**
**Houston, TX 77054**

| Time | | Description |
|---|---|---|
| 8:46:45 AM | | DILATOR REMOVED /WIRE REMOVED |
| 8:46:50 AM | | COOK IVC FILTER SHEATH IN OTW |
| 8:47:45 AM | | FILTER SHEATH ADVANCED TO SITE |
| 8:48:08 AM | | IVC FILTER ADVANCED PER COOK IVC SHEATH |
| 8:49:03 AM | | IVC FILTER DEPLOYED |
| 8:49:26 AM | SpO2 100%; HR 92 bpm; 110/64/84 NBP; RR 11/min | |
| 8:49:48 AM | | POST DEPLOYMENT VENOGRAM OBTAINED |
| 8:50:02 AM | | Catheter Removed |
| 8:50:34 AM | | No bleeding or hematoma present prior to sheath removal. |
| 8:51:28 AM | | Case End |
| 8:51:31 AM | | Hemostasis obtained. |
| 8:51:46 AM | | Venous sheath pulled,manual pressure applied by: MD |
| 8:51:54 AM | | Pain scale rating: SEE ANESTHESIA NOTE |
| 8:52:05 AM | | Sterile Dressing Applied to the Site by: GRIMES, CVT |
| 8:53:20 AM | | Pain scale rating: UNRESPONSIVE, SEE ANESTHESIA NOTE |
| 8:53:36 AM | | Patient transferred to stretcher with assistance from staff. |
| 8:53:50 AM | | Patient Transferred to: KEITHA, RN |
| 8:57:08 AM | | Electronic Signature(Log Out): |
| 8:57:08 AM | | WADE, RN |

## Supplies Summary
Other - David Shin

| Time | Size | Manufacturer | Item Name (Model) | Serial Number | Lot Number | Part Number | Billing Code | Comment |
|---|---|---|---|---|---|---|---|---|
| 8:32AM | | | 5Fr Supersheath 11cm w/wire | | | 16035-05B | 4759247 | |
| 8:35AM | 5 Fr | Merit Medical | UHF Pigtail 5 Fr | | | G690240 | 4772349 | |
| 8:38AM | 180cm Straight | | Glide Wire Straight 180cm | | | Gr3503 | 4757688 | |
| 8:39AM | 5 Fr | | Angled Taper Glidecath | | | G508 | 4772539 | |

REF:  IGTCFS-65-JUG-CELECT-PERM
LOT:  E2422147
DESC:  Cook® Celect® Filter Set Jugular Approach

## Contrast Summary-M

| Contrast | Total (ml) |
|---|---|
| Omnipaque | 20 |

---

Patient Name: SAULS, LILLIE
MRN: 01-68-40

Study Date: 11/2/2009
Admission ID:  00000330910



ST. LUKE'S MEDICAL CENTER HIM
6720 Bertner Street, 4-292
Houston TX 77030

SAULS,LILLIE MAE
MRN: 01312101
DOB: 3/6/1951, Sex: F
Adm: 8/22/2016, D/C: 8/24/2016

---

### ED Provider Notes - ED Notes (continued)

**ED Provider Notes by Dark, Cedric Kristopher, MD at 8/22/2016 11:55 AM (Date of Service Note Date/Time) (continued)**

Commonly known as TOPROL-XL
**multivitamin per tablet**
**nitroglycerin 0.4 MG SL tablet**
Commonly known as: NITROSTAT
**omeprazole 20 mg Tbec**
Take 20 mg by mouth daily.
**potassium chloride SA 20 MEQ tablet**
Commonly known as: K-DUR,KLOR-CON
**spironolactone 25 MG tablet**
Commonly known as: ALDACTONE
**torsemide 20 MG tablet**
Commonly known as: DEMADEX
**vitamin B-12 1000 MCG tablet**
Generic drug: cyanocobalamin
**warfarin 2 MG tablet**
Commonly known as COUMADIN

### Plan

Orthostatic vitals show increase in HR>10bpm upon standing and also shows reproduced symptoms
K 2.5
Trop 0.05
XCreatinine 2.85
BNP 216
Hb 13.4

CT with:
Mild right hydronephrosis, which may be caused by protrusion of a IVC filter prong into right renal pelvis.
Punctate nonobstructive stone in left kidney.
Status post cholecystectomy, gastric bypass and hysterectomy.

XR shows:
DISCUSSION: mild cardiac prominence and questionable cardiomegaly are noted. No focal infiltrate or consolidation. Left chest pacemaker in place. No effusion or pneumothorax.

Dark, Cedric Kristopher, MD
08/22/16 1435

3:00 PM:

---

Generated by ZZGJ01 at 10/23/17 3:52 PM

ST LUKES MEDS 000014



ST. LUKE'S MEDICAL CENTER HIM
6720 Bertner Street, 4-292
Houston TX 77030

SAULS,LILLIE MAE
MRN: 01312101
DOB: 3/6/1951, Sex: F
Adm: 8/22/2016, D/C: 8/24/2016

---

## ED Provider Notes - ED Notes (continued)

**ED Provider Notes by Dark, Cedric Kristopher, MD at 8/22/2016 11:55 AM (Date of Service Note Date/Time) (continued)**

The patient's case, including relevant laboratory and radiologic testing, was discussed with Dr. Dhir at approximately 3:00 PM.
The patient was accepted for admission. (Tele)

Dark, Cedric Kristopher, MD
08/22/16 1500

Electronically signed by Dark, Cedric Kristopher, MD at 8/22/2016  2:35 PM
Electronically signed by Dark, Cedric Kristopher, MD at 8/22/2016  3:00 PM
**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 8/22/2016 3:00 PM | Dark, Cedric Kristopher, MD | Physician | Addend |
| 8/22/2016 2:35 PM | Dark, Cedric Kristopher, MD | Physician | Sign |

Attribution information within the note text is not available.

---

## Progress Notes - Physician's Notes

**"Progress Notes by Dang, Thai Duc, MD at 8/22/2016 4:09 PM (Date of Service Note Date/Time)"**

| Author: Dang, Thai Duc, MD | Service: Internal Medicine | Author Type: Physician |
|---|---|---|
| Filed: 8/22/2016 4:13 PM | Status: Signed | Editor: Dang, Thai Duc, MD (Physician) |

Pt seen and examined. H/o gastric bypass, nonichemic cmp ef 29%, + stress test - planned cath 9/6, afib on coumadin presented for profuse diarrhea for 2 wks, hypotensive in rehab today.  In ED, found to have renal failure, low K and migrated IVC filter to level of R kidney w/ mild hydronephrosis.
Plan:
- slow IVF
- replete K
- check stool cutlure, cdiff, qualitative fat.
- IVC not retrievable, high risk. Will d/w cards.
- keep on tele

Electronically signed by Dang, Thai Duc, MD at 8/22/2016  4:13 PM
**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 8/22/2016 4:13 PM | Dang, Thai Duc, MD | Physician | Sign |

Attribution information within the note text is not available.

---

**"Progress Notes by Nathani, Muhammed Gulzar, MD at 8/23/2016 1:52 PM (Date of Service Note Date/Time)"**

| Author: Nathani, Muhammed Gulzar, MD | Service: Gastroenterology | Author Type: Physician |
|---|---|---|
| Filed: 8/23/2016 1:52 PM | Status: Signed | Editor: Nathani, Muhammed Gulzar, MD (Physician) |

### GI staff attestation:

**Patient seen, examined and discussed with staff. Resident's note to follow.**

Generated by ZZGJ01 at 10/23/17  3:52 PM

Page 14

ST LUKES MEDS 000015



CHI St. Luke's
Health

ST. LUKE'S MEDICAL CENTER HIM
6720 Bertner Street, 4-292
Houston TX 77030

SAULS,LILLIE MAE
MRN: 01312101
DOB: 3/6/1951, Sex: F
Adm: 8/22/2016, D/C: 8/24/2016

### Progress Notes - Physician's Notes (continued)

**"Progress Notes by Nathani, Muhammed Gulzar, MD at 8/23/2016 1:52 PM (Date of Service Note Date/Time)" (continued)**

Briefly--
Patient with recurrent abdominal pain with new onset diarrhea. Doing better today . Stool studies are pending. Will continue with current Rx. Await stool studies. If negative and symptoms continue or recur, will consider a colon exam. If C Diff positive, will start Rx and then follow up as Op

Recommend continuing present plan.

**Muhammed G Nathani, MD, FACP, FACG**
**Gastroenterology/Kelsey-Seybold**

Electronically signed by Nathani, Muhammed Gulzar, MD at 8/23/2016 1:52 PM
**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 8/23/2016 1:52 PM | Nathani, Muhammed Gulzar, MD | Physician | Sign |

Attribution information within the note text is not available.

**"Progress Notes by Dang, Thai Duc, MD at 8/23/2016 3:12 PM (Date of Service Note Date/Time)"**

Author: Dang, Thai Duc, MD
Filed: 8/23/2016 3:20 PM

Service: Internal Medicine
Status: Signed

Author Type: Physician
Editor: Dang, Thai Duc, MD (Physician)

### Kelsey-Seybold IM Staff Progress Note

Length of Stay #1

#### Hospital Course:
Lillie Mae Sauls is an 65 y.o. female presented on 8/22/2016 for hypotension found to have acute renal failure with severe hypokalemia. Incidentally, she is noted to have an IVC (reported to bne placed in 2009) that possibly has perforated with IVC at the level of the kidney

#### Active Problems:
Principal Problem:
 Diarrhea
Active Problems:
 Hypokalemia
 Hypotension, iatrogenic
 Positive cardiac stress test
 Chronic systolic heart failure (HCC)
 Type 2 diabetes mellitus with hyperglycemia (HCC)
 Presence of IVC filter, possible IVC perforation

#### Plan:
- diarrhea. It stopped. cdiff neg. Stool studies pending.

ST LUKES MEDS 000016



**CHI St. Luke's Health**

ST. LUKE'S MEDICAL CENTER HIM
6720 Bertner Street, 4-292
Houston TX 77030

SAULS,LILLIE MAE
MRN: 01312101
DOB: 3/6/1951, Sex: F
Adm: 8/22/2016, D/C: 8/24/2016

---

Progress Notes - Physician's Notes (continued)

**"Progress Notes by Dang, Thai Duc, MD at 8/23/2016 3:12 PM (Date of Service Note Date/Time)" (continued)**

- hypotension. Improved a bit. Resumed toprol at low dose

- hypokalemia. From diurectics and diarrhea. Give more K today

- acute renal failure. Likely prerenal. Improving w/ fluids

- possible IVC filter perforation. Await Dr Hallman's evaluation to see if intervention is required.

- positive stress test. No sx at this time. Cath should be delayed due to renal failure

- DMII. Had AM hypoglycemia. detemir held this AM. Decrease dose at night

- chronic systolic heart failure. euvolemic at this time despite midly elevated BNP. Stop IVF

- DVT prophylaxis: coumadin
- comorbidities: previous TIA, nonobstructive CAD, asthma, gout, HTN, OSA on bipap, hypothyroidism

Thai Duc Dang, MD
8/23/2016
Kelsey-Seybold Hospitalist
713-442-0120

---

**Chief complaint:**
Chief Complaint
Patient presents with
- Shortness of Breath
- Chest Pain

**New Events:** Paced on tele. Still with some occasional chest pain. No more diarrhea

**ROS:**
GEN: no discomfort, weakness
CV: No chest pain, palpitations
PULM: No DOE, cough
NEURO: No headache, difficulty walking

**Objective:**
**Vital Signs:** reviewed

Filed Vitals:

|  | 08/23/16 0710 | 08/23/16 0900 | 08/23/16 1102 | 08/23/16 1500 |
|---|---|---|---|---|
| BP: | 99/47 | 98/55 | 98/54 | 94/58 |

---

ST LUKES MEDS 000017



**ST. LUKE'S MEDICAL CENTER HIM**
6720 Bertner Street, 4-292
Houston TX 77030

SAULS,LILLIE MAE
MRN: 01312101
DOB: 3/6/1951, Sex: F
Adm: 8/22/2016, D/C: 8/24/2016

---

**Progress Notes - Physician's Notes (continued)**

**"Progress Notes by Nathani, Muhammed Gulzar, MD at 8/24/2016 1:25 PM (Date of Service Note Date/Time)" (continued)**

Patient seen, examined and discussed with staff. Agree with resident's note.

Briefly--

Patient with diarrhea and abdominal pain, that has now improved. Etiology of pain is unclear. Stool tests are pending. There is a concern that the IVC filter has perforated and encroaching into kidneys and may be contributing to pain. It would be reasonable to see Bariatric surgery team as OP. Consider lap at some point

Recommend continuing present plan.


**Muhammed G Nathani, MD, FACP, FACG**
**Gastroenterology/Kelsey-Seybold**

Electronically signed by Nathani, Muhammed Gulzar, MD at 8/24/2016 1:28 PM
Revision History

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 8/24/2016 1:28 PM | Nathani, Muhammed Gulzar, MD | Physician | Sign |

Attribution information within the note text is not available.

---

**Progress Notes - Progress Notes**

**"Progress Notes by Gurwara, Shawn, MD at 8/23/2016 2:34 PM (Date of Service Note Date/Time)"**

Author: Gurwara, Shawn, MD          Service: Gastroenterology          Author Type: Resident
Filed: 8/23/2016 2:53 PM             Status: Addendum                  Editor: Gurwara, Shawn, MD (Resident)
Cosigner: Nathani, Muhammed Gulzar, MD at
8/25/2016 1:25 PM

**KELSEY SEYBOLD PROGRESS NOTE**

**Admission Date: 8/22/2016**
**Hospital Day: 1**

**Patient ID:**
Lillie Mae Sauls is a 65 y.o. female, admitted with for acute renal failure with severe hypokalemia

Consulted for diarrhea. Pt with antibiotic use at least twice in last 7 months.

**Subjective:**
Pt reports no BM since yesterday afternoon. Pt reports she continues to have right sided abdominal pain, feels like "knots pulling" in her abdomen. Pain; however, is more controlled this morning with pain medication, which also is likely causing constipation. Denies bloating, N/V, hematemesis, melena,

---

Generated by ZZGJ01 at 10/23/17 3:52 PM                                    Page 24

ST LUKES MEDS 000025



**CHI St. Luke's Health**

| | |
|---|---|
| ST. LUKE'S MEDICAL CENTER HIM<br>6720 Bertner Street, 4-292<br>Houston TX 77030 | SAULS,LILLIE MAE<br>MRN: 01312101<br>DOB: 3/6/1951, Sex: F<br>Adm: 8/22/2016, D/C: 8/24/2016 |

---

### Discharge Summaries - Encounter Notes (continued)

**"Discharge Summaries by Dang, Thai Duc, MD at 8/24/2016 11:25 AM (Date of Service Note Date/Time)" (continued)**

- Iron deficiency anemia                                              6/6/2013
  *had carcinoid in the rectal polyp that was removed by colonscopy*
- A-fib (HCC)
  *Cardioversion 1/2013- temporarily converted to sinus but a-fib recurred*
- Spondylosis, lumbosacral
- Sickle cell trait (HCC)                                             6/1/2013
- TIA (transient ischemic attack)
- Breast CA (HCC)
- COPD (chronic obstructive pulmonary disease) (HCC)
- Diabetic neuropathy (HCC)
- History of fall

**Consultations:**
1. GI
2. CVS - Dr Hallman
3. Urology

**Procedures Performed:**
1. CT AP - Mild right hydronephrosis, which may be caused by protrusion of a IVC filter prong into right renal pelvis

**Pending studies:** none

**Hospital Course:**
**Lillie Mae Sauls presented on 8/22/2016 for** worsening diarrhea for past 2 wks but it stopped without antidiarrheal during this admission.  She was found to have acute renal failure suspect mostly due to prerenal azotemia; it improved w/ IVF, trended from 2.8 --> 1.9%.  She likely has underlying CKD w/ Cr 1.4%.  She will resume all her diuretics on 8/26 and repeat BMP on 8/29.  She is scheduled to have a cardiac cath on 9/6/2016.

She also presented w/ hypotension, SBP in 80s. It resolved after IVF.  She was resumed on toprol and aldactone at discharge.

I am not certain about her complains of abdominal pain which she describes at a "knot" that cause her to have flatus and improves after she massages it.  She feels that it improves w/ bentyl. She can take it, at most 3 times daily.

The most concerning finding is that the IVC filter appears to have perforated her IVC and has extended into the R renal pelvis.  This filter cannot be removed radiographically.  I have discussed care with Drs Hallman and Ho.  No urgent intervention is required at this time.  The filter is not expected to migrate any further.  She will have a predisposition for kidney stones and infection.  She is aware of the problems associated with the filter and knows that it will be monitored closely.

I decreased her insulin usage due to episodes of hypoglycemia while in hospital.

---

**ST LUKES MEDS 000034**

**K Kelsey-Seybold Clinic**

| | | |
|---|---|---|
| | MEYERLAND MEDICAL RECORD<br>560 Meyerland Plaza<br>Houston TX 77096<br>KSC COMPLETE CHART | Sauls, Lillie Mae<br>MRN: 00726323, DOB: 3/6/1951, Sex: F<br>Encounter date: 9/13/2016 |

---

## All Notes (continued)

### Progress Notes by Ho, Philip L, MD at 9/13/2016 10:50 AM (continued)    Version 1 of 1

| Author: Ho, Philip L, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 9/13/2016 11:13 AM | Encounter Date: 9/13/2016 | Status: Signed |
| Editor: Ho, Philip L, MD (Physician) | | |

**Patient Name:** Lillie Sauls
**Visit Date:** 9/13/2016
**MRN#:** 00726323
**DOB:** 3/6/1951

**Assessment and Plan:**

Lillie Sauls is a 65 year old female with history of CAD, VTach/defibrillator, with history of DVT with IVC filter found to have extruded into right renal pelvis, no apparent hydronephrosis, no calcification on IVC filter prong
--discussed imaging findings again; no post-renal etiology for ARF given lack of hydronephrosis (will follow up on final read of renal ultrasound by radiologist); no urologic intervention needed at this time
--will need evaluation by cardiology for defibrillator evaluation and for consultation to vascular surgery for possible IVC filter removed (appointment with Dr. Ghalichi in 10/2016)
--will refer to GI for persistent diarrhea; review of CT imaging for IVC filter extrusion possibly into GI tract?
--Return to clinic in 2 months

--All of the patient's questions and concerns were addressed

| Chief Complaint: | IVC filter into collecting system |
|---|---|

**History of Present Illness:**

Lillie Sauls is a 65 year old female returns today for evaluation of IVC filter erosion into right kidney. She was last seen on 8/24/2016 at BSLMC when she was found to have IVC filter erosion into right renal pelvis. She was admitted for diarrhea, AKI.

Since discharge, she still has issues with diarrhea and RLQ pain. No hematuria, no fevers. She had a KUB showing small stones and renal ultrasound today.

She has a history of defibrillator for history of VTach. She was initially planned to get ablation by Dr. Mortazavi. She is currently back on her Coumadin.

*HPI from 8/24/2016 at BSLMC*
Ms. Sauls is a 65 year old female with multiple comorbidities including CAD (h/o Vtach, with defibrillator implanted), CKD, CHF, DVTs (IVC filter in 2009, on coumadin), DM, history of gastric bypass admitted for diarrhea, abdominal pain, hypotension and AKI, CT AP showing IVC filter with protrusion into right renal pelvis, punctate left non-obstructing renal stone.
She has had no hematuria, no UTIs and denies any flank pain. No significant urologic history.

**Review of Systems:** A complete 12 System review negative or as indicated in HPI and patient questionnaire

---

**K Kelsey-Seybold Clinic**

MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096
KSC COMPLETE CHART

Sauls, Lillie Mae
MRN: 00726323, DOB: 3/6/1951, Sex: F
Encounter date: 9/13/2016

---

**All Notes (continued)**

**Progress Notes by Ho, Philip L, MD at 9/13/2016 10:50 AM (continued)**          Version 1 of 1

There is mild right hydronephrosis but no radiopaque stone is seen. One of the IVC filter prongs protrudes into right renal pelvis, potentially causing partial obstruction. There is a punctate nonobstructive stone at the upper pole of the left kidney, no left hydronephrosis.

No evidence of bowel obstruction, or abnormal bowel wall thickening. Status post gastric bypass. Appendix is normal. Note evaluation of bowel is suboptimal in the absence of IV and oral contrast.

In the pelvis, bladder is somewhat distended. Uterus is absent. No adnexal mass.

There is no ascites, free air, or adenopathy. There is atherosclerotic disease. Osseous structures demonstrate degenerative changes.

Impression:

Mild right hydronephrosis, which may be caused by protrusion of a IVC filter prong into right renal pelvis.

Punctate nonobstructive stone in left kidney.

Status post cholecystectomy, gastric bypass and hysterectomy.

Findings discussed with Dr. Dark.

---

Attribution Key
Attribution information is not available for this note.

---

**Questionnaires**

URO PATIENT HEALTH REVIEW

| Why are you seeing the doctor today? | **having health issue with right kidney** |

**Kelsey-Seybold Clinic** | MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096
KSC COMPLETE CHART | Sauls, Lillie Mae
MRN: 00726323, DOB: 3/6/1951, Sex: F
Encounter date: 11/17/2016

---

**All Notes (continued)**

**Progress Notes by Ho, Philip L, MD at 11/17/2016  8:32 AM (continued)**                    Version 2 of 2

Lillie Sauls is a 65 year old female with history of CAD, VTach/defibrillator, with history of DVT with IVC filter found to have extruded into right renal pelvis, no apparent hydronephrosis, no calcification on IVC filter prong, right flank pain
--CT stone protocol to evaluate for stone
--Return to clinic after imaging

--All of the patient's questions and concerns were addressed

---

| Chief Complaint: | IVC filter into collecting system |
|---|---|

**History of Present Illness:**

Lillie Sauls is a 65 year old female returns today for evaluation of IVC filter erosion into right kidney. She was last seen on 8/24/2016 at BSLMC when she was found to have IVC filter erosion into right renal pelvis

Since last visit she has seen GI and Vascular surgery, Dr. Hallman, both who did not recommend further intervention given her lack of symptoms and her significant co-morbidities.

She recently had CABG x 2 9/27/2016 by Dr. Hallman.  She is doing well. She also has been on O2 since surgery. She was in rehab and developed bilateral DVTs. She left rehab 11/7/2016. She can't breathe on her own. No blood in the urine.  She has some flank pain. Pain comes and goes. She is warfarin and ASA.

**HPI from 9/13/2016**
Lillie Sauls is a 65 year old female returns today for evaluation of IVC filter erosion into right kidney. She was last seen on 8/24/2016 at BSLMC when she was found to have IVC filter erosion into right renal pelvis. She was admitted for diarrhea, AKI.

Since discharge, she still has issues with diarrhea and RLQ pain. No hematuria, no fevers. She had a KUB showing small stones and renal ultrasound today.

She has a history of defibrillator for history of VTach. She was initially planned to get ablation by Dr. Mortazavi. She is currently back on her Coumadin.

**HPI from 8/24/2016 at BSLMC**
Ms. Sauls is a 65 year old female with multiple comorbidities including CAD (h/o Vtach, with defibrillator implanted), CKD, CHF, DVTs (IVC filter in 2009, on coumadin), DM, history of gastric bypass admitted for diarrhea, abdominal pain, hypotension and AKI, CT AP showing IVC filter with protrusion into right renal pelvis, punctate left non-obstructing renal stone.
She has had no hematuria, no UTIs and denies any flank pain. No significant urologic history.

---

**Review of Systems:** A complete 12 System review negative or as indicated in HPI and patient questionnaire

---

**Physical Exam:**
**Vital Signs:**
Visit Vitals
- LMP                                      10/20/2004 (Approximate)

---

**Kelsey-Seybold Clinic**

MEYERLAND MEDICAL RECORD
560 Meyerland Plaza
Houston TX 77096
KSC COMPLETE CHART

Sauls, Lillie Mae
MRN: 00726323, DOB: 3/6/1951, Sex: F
Encounter date: 12/1/2016

---

**Vitals (continued)**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 112/72 | 60 | 98.3 °F (36.8 °C) | 18 | 5' 7" (1.702 m) |

| Wt | LMP |
|---|---|
| 200 lb (90.7 kg) | 10/20/2004 (Approximate) |

---

**All Notes**

**Progress Notes by Ho, Philip L, MD at 12/1/2016  8:37 AM**                                    Version 1 of 1

| Author: Ho, Philip L, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 12/1/2016  8:49 AM | Encounter Date: 12/1/2016 | Status: Signed |
| Editor: Ho, Philip L, MD (Physician) | | |

**Patient Name:** Lillie Mae Sauls
**Visit Date:** 12/1/2016
**MRN#:** 00726323
**DOB:** 3/6/1951

---

**Assessment and Plan:**

Lillie Sauls is a 65 year old female with history of CAD, VTach/defibrillator, with history of DVT with IVC filter found to have extruded into right renal pelvis, no apparent hydronephrosis, no calcification on IVC filter prong, right flank pain, CT showing no right stone

--**Return to clinic in 6 months with pre-clinic KUB**
--**hydration**

--All of the patient's questions and concerns were addressed

---

**Chief Complaint:**                    **IVC filter erosion into right renal pelvis**

---

**History of Present Illness:**

Lillie Sauls is a 65 year old female returns today for evaluation of IVC filter erosion into right kidney with mild right flank pain.

She has been doing well since last visit. No significant pain. No left sided pain. No hematuria. She is still recovering from her heart surgery.  She is on supplemental O2.

*HPI from 11/17/2016*
Lillie Sauls is a 65 year old female returns today for evaluation of IVC filter erosion into right kidney. She was last seen on 8/24/2016 at BSLMC when she was found to have IVC filter erosion into right renal pelvis

Since last visit she has seen GI and Vascular surgery, Dr. Hallman, both who did not recommend further intervention given her lack of symptoms and her significant co-morbidities.

She recently had CABG x 2 9/27/2016 by Dr. Hallman. She is doing well. She also has been on O2 since surgery. She was in rehab and developed bilateral DVTs. She left rehab 11/7/2016. She can't breathe on her own. No blood in the urine. She has some flank pain. Pain comes and goes. She is warfarin and ASA.

*HPI from 9/13/2016*
Lillie Sauls is a 65 year old female returns today for evaluation of IVC filter erosion into right kidney. She was last seen on 8/24/2016 at BSLMC when she was found to have IVC filter erosion into right renal pelvis. She was admitted for diarrhea, AKI.



ST. LUKE'S MEDICAL CENTER HIM
6720 Bertner Street, 4-292
Houston TX 77030

SAULS,LILLIE MAE
MRN: 01312101
DOB: 3/6/1951, Sex: F
Adm: 8/22/2016, D/C: 8/24/2016

---

### Consults - Encounter Notes (continued)

**"Consults by Ho, Philip Levy, MD at 8/24/2016 10:49 AM (Date of Service Note Date/Time)" (continued)**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 8/24/2016 | 68* | 7-21 mg/dL | Final |
| 5/31/2013 | 32* | 10 - 26 MG/DL | Final |

No components found with this basename: cr

**Glucose**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 5/31/2013 | 66* | 70 - 110 MG/DL | Final |

No results found for this basename: pt

**PTT**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 7/21/2013 | 26.9 | 25.8-34.5 sec | Final |

**INR**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 8/24/2016 | 2.8 | <=5.9 | Final |
| 5/31/2013 | 2.0 | | Final |

*RECOMMENDED COUMADIN/WARFARIN INR THERAPY RANGES
STANDARD DOSE: 2.0-3.0 Includes: PROPHYLAXIS for venous thrombosis,
 systemic embolization; TREATMENT for venous thrombosis and/or
 pulmonary embolus.
HIGH RISK: Target INR is 2.5-3.5 for patients with mechanical
 heart valves.*

**Assessment and Plan:**

65 year old female with multiple co-morbidities with IVC filter prong protrusion into right renal pelvis with mild pelviectasis, no stones on prong, left non-obstructing renal stone, asymptomatic with no hematuria
--discussed findings with patient
--no urgent need for intervention given lack of hematuria, significant dilation or stones
--IVC filter removal, if she would be a surgical candidate, would need to be assessed by vascular surgery given that there appear to be multiple prongs extruding through IVC laterally and anteriorly
--otherwise, will follow as outpatient for signs of bleeding, infection, stones
--discussed with Dr. Dang

Philip Levy Ho, MD

Electronically signed by Ho, Philip Levy, MD at 8/24/2016 11:01 AM

---

BSLMC 000090



ST. LUKE'S MEDICAL CENTER HIM
6720 Bertner Street, 4-292
Houston TX 77030

SAULS,LILLIE MAE
MRN: 01312101
DOB: 3/6/1951, Sex: F
Adm: 8/22/2016, D/C: 8/24/2016

---

## Imaging - Results (continued)

### CT abdomen/pelvis without iv contrast (continued)
Resulted: 08/22/16 1344, Result status: Final result

PATIENT ID:  01312101

CT of the abdomen and pelvis, without contrast

Clinical History:  Flank pain

Technique: CT of the abdomen and pelvis is performed without intravenous contrast administration.

Comparison Film:  June 25, 2009

Discussion:

There are a few tiny nonspecific nodules at the lung bases.

Status post cholecystectomy. The central bile duct is prominent, but unchanged. A stable subcentimeter hypodensity in segment 7 is probably a cyst, no other discrete liver lesion is identified on this noncontrast exam.

Spleen, pancreas, adrenal glands appear unremarkable.

There is mild right hydronephrosis but no radiopaque stone is seen. One of the IVC filter prongs protrudes into right renal pelvis, potentially causing partial obstruction. There is a punctate nonobstructive stone at the upper pole of the left kidney, no left hydronephrosis.

No evidence of bowel obstruction, or abnormal bowel wall thickening. Status post gastric bypass. Appendix is normal. Note evaluation of bowel is suboptimal in the absence of IV and oral contrast.

In the pelvis, bladder is somewhat distended. Uterus is absent. No adnexal mass.

There is no ascites, free air, or adenopathy. There is atherosclerotic disease. Osseous structures demonstrate degenerative changes.

Impression:

Mild right hydronephrosis, which may be caused by protrusion of a IVC filter prong into right renal pelvis.

Punctate nonobstructive stone in left kidney.

Status post cholecystectomy, gastric bypass and hysterectomy.

Findings discussed with Dr. Dark.

Signed: Shi, Ann MD
Report Verified Date/Time: 08/22/2016 13:42:21

Reading Location: SLH B1 C013X Ortho Consult Reading Room
     Electronically signed by: ANN A SHI, M.D. on 08/22/2016 01:44 PM

---

### RHYTHM STRIP - SCAN
Resulted: 08/26/16 1540, Result status: Final result

Filed on:          08/26/16 1550

---

## Lab - Lab, Pathology and Cytology Results

### CBC with platelet count + automated diff
Resulted: 08/22/16 1232, Result status: Final result

Filed on:          08/22/16 1232
Narrative:
The following orders were created for panel order CBC with platelet count + automated diff.
Procedure          Abnormality     Status

BSLMC 000108

**K Kelsey-Seybold Clinic**

| | | |
|---|---|---|
| MEYERLAND MEDICAL RECORD<br>560 Meyerland Plaza<br>Houston TX 77096<br>KSC COMPLETE CHART | Sauls, Lillie Mae<br>MRN: 00726323, DOB: 3/6/1951, Sex: F<br>Encounter date: 9/14/2017 | |

---

**All Results (continued)**

**Vitals**

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 102/60 | 70 | 97.6 °F (36.4 °C) | 16 | 5' 7" (1.702 m) |

| Wt | LMP |
|---|---|
| 194 lb (88 kg) | 10/20/2004 (Approximate) |

**All Notes**

**Progress Notes by Ho, Philip L, MD at 9/14/2017  2:05 PM**                                   Version 1 of 1

| Author: Ho, Philip L, MD | Service: (none) | Author Type: Physician |
|---|---|---|
| Filed: 9/14/2017  2:43 PM | Encounter Date: 9/14/2017 | Status: Signed |
| Editor: Ho, Philip L, MD (Physician) | | |

**Patient Name:** Lillie Mae Sauls
**Visit Date:** 9/14/2017
**MRN#:** 00726323
**DOB:** 3/6/1951

**Assessment and Plan:**

Lillie Sauls is a 66 year old female with history of CAD, VTach/defibrillator, with history of DVT with IVC filter found to have extruded into right renal pelvis, no apparent hydronephrosis, no calcification on IVC filter prong, right flank pain, CT showing no right stone; recent UA showing no blood/infection[PH.1]; recent hospitalization where she was told prong of IVC filter was in renal vein[PH.2]
--[PH.1]discussed that she is not a surgical candidate to remove the IVC filter given her CAD, as discussed on previous visits; surgical risk would be too high[PH.3]
--she has severe pain from her collar bone; norco 5/325 x 15.[PH.4]
--Return to clinic in 12/2017 as scheduled[PH.5]
--she will bring CD of OSH RUS to clinic[PH.6]


--All of the patient's questions and concerns were addressed


**Chief Complaint:**[PH.1]        **Recent hospitalization**[PH.2]


**History of Present Illness:**

Lillie Mae Sauls is a 66 year old female returns today for evaluation of[PH.1] recent hospitalization[PH.2]. She was last seen on[PH.1] 6/1/2017[PH.2] when[PH.1] she was doing well.

She was admitted to Memorial Hermann SE where she had dehydration, renal failure, fractured collar bone, glucose 318, afib.[PH.2] She was discharged this Monday.[PH.7] She didn't see any visible hematuria. She was told the IVC had invaded the vein of her kidney.[PH.2] No flank pain.[PH.5]

She has severe pain in her collar bone and won't see Dr. Chisolm until tomorrow.[PH.4]

*HPI from 6/1/12017*[PH.1]
Lillie Mae Sauls is a 66 year old female returns today for evaluation of  **IVC filter erosion into right renal pelvis** . She was last seen on













**Licea Sims**

| | |
|---|---|
| **From:** | Licea Sims <liceasims@spencer-law.com> |
| **Sent:** | Wednesday, May 15, 2019 3:31 PM |
| **To:** | cookfiltermdl@faegrebd.com; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | 'davidaugustus@spencer-law.com'; kimrobards@spencer-law.com |
| **Subject:** | Cause No. 1:18-cv-00081-RLY-TAB; Lillie Sauls v. Cook Incorporated et al |
| **Attachments:** | Categorization Form.pdf |

| Tracking: | Recipient | Read |
|---|---|---|
| | cookfiltermdl@faegrebd.com | |
| | 'plaintiffscoleadcounselmdl@gmail.com' | |
| | 'davidaugustus@spencer-law.com' | Read: 5/15/2019 3:59 PM |
| | kimrobards@spencer-law.com | |
| | Kim Robards | Read: 5/15/2019 4:44 PM |

Please find attached Lillie Sauls Categorization Form and applicable medical records.

Licea D. Sims, Paralegal

The Spencer Law Firm

4635 Southwest Freeway, Suite 900

Houston, Texas 77027

Telephone:  713-961-7770

Facsimile:  713-961-5336

liceasims@spencer-law.com

- THE SPENCER LAW FIRM E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law.

This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

**Licea Sims**

| | |
|---|---|
| **From:** | Licea Sims <liceasims@spencer-law.com> |
| **Sent:** | Wednesday, May 22, 2019 1:41 PM |
| **To:** | cookfiltermdl@faegrebd.com; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | 'davidaugustus@spencer-law.com'; kimrobards@spencer-law.com |
| **Subject:** | RE: Cause No. 1:18-cv-00081-RLY-TAB; Lillie Sauls v. Cook Incorporated et al |
| **Attachments:** | Categorization Form.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | cookfiltermdl@faegrebd.com | |
| | 'plaintiffscoleadcounselmdl@gmail.com' | |
| | 'davidaugustus@spencer-law.com' | Read: 5/22/2019 1:43 PM |
| | kimrobards@spencer-law.com | |
| | Kim Robards | Read: 5/22/2019 1:46 PM |

Please find Lillie Sauls' Categorization Form originally sent to you on May 15.  Please confirm receipt of same.  Thank you.

Licea D. Sims, Paralegal

The Spencer Law Firm

4635 Southwest Freeway, Suite 900

Houston, Texas 77027

Telephone:  713-961-7770

Facsimile:  713-961-5336

liceasims@spencer-law.com

- THE SPENCER LAW FIRM E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.

**From:** Licea Sims [mailto:liceasims@spencer-law.com]
**Sent:** Wednesday, May 15, 2019 3:31 PM
**To:** cookfiltermdl@faegrebd.com; 'plaintiffscoleadcounselmdl@gmail.com'
**Cc:** 'davidaugustus@spencer-law.com'; kimrobards@spencer-law.com
**Subject:** Cause No. 1:18-cv-00081-RLY-TAB; Lillie Sauls v. Cook Incorporated et al

Please find attached Lillie Sauls Categorization Form and applicable medical records.

Licea D. Sims, Paralegal
The Spencer Law Firm
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Telephone:  713-961-7770
Facsimile:  713-961-5336
liceasims@spencer-law.com

- THE SPENCER LAW FIRM E-MAIL NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail is a violation of federal criminal law. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means. Nothing contained in this message or in any attachment shall satisfy the requirements for a writing, and nothing contained herein shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act or any other statute governing electronic transactions.