UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAOPLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

**PLAINTIFF LILLIE SAULS' REQUEST FOR ORAL ARGUMENT AND TO APPEAR BY TELEPHONE ON HER MOTION FOR RECONSIDERATION and MOTION TO REINSTATE**

Plaintiff Lillie Sauls respectfully requests the Court hear oral argument on her Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims for Failure to Submit Case Categorization Form and Motion to Reinstate [Dkt. 10622]. Plaintiff additionally requests her counsel be allowed to appear by telephone upon granting oral argument.

Plaintiff believes oral argument will help the Court understand the factual basis for the relief requested. Plaintiff believes that oral argument on her motion should take five to seven minutes.

Dated: June 6, 2019                     Respectfully submitted,

                                        THE SPENCER LAW FIRM

                                        _____
                                        David L. Augustus
                                        Bar No. 24036159
                                        E-mail: davidaugustus@spencer-law.com
                                        Kimberlyann A. Robards
                                        Bar No. 24086249
                                        E-mail: kimrobards@spencer-law.com
                                        4635 Southwest Freeway, Suite 900
                                        Houston, Texas 77027
                                        Telephone: (713) 961-7770
                                        Facsimile: (713) 961-5336

                                        ***Attorneys for Plaintiff Lillie Sauls***

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2019, I electronically filed this document with the clerk of the court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

_____
David L. Augustus