AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| KERRY MAROWSKI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-03436 |
| COOK MEDICAL, INC. ET AL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KERRY MAROWSKI                                                                                                          .

Date:  06/06/2019                                             /s/Devin A. Lowell
                                                                         *Attorney's signature*

                                                         DEVIN A. LOWELL #LA36555
                                                            *Printed name and bar number*

                                                                   650 POYDRAS ST.
                                                                      STE. 2150
                                                              NEW ORLEANS, LA 70130
                                                                         *Address*

                                                          dlowell@murray-lawfirm.com
                                                                    *E-mail address*

                                                                   (504) 525-8100
                                                                 *Telephone number*

                                                                   (504) 584-5249
                                                                    *FAX number*