IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:17-ml-2570-RLY-TAB
MDL NO. 2570

This document relates to:
TINA WISDOM
Civil Case No. 1:17-cv-349

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF TINA WISDOM

I, Tina Wisdom, do declare the following to be true and correct to the best of my knowledge:

1. I was implanted with a Cook Günther Tulip Vena Cava Filter on May 11, 2007.

2. In 2015, a Dr. Garcia at Metrohealth Medical Center, 2500 Metrohealth Dr., Cleveland OH 44109, informed me that the filter was now embedded in my vena cava.

3. In 2018, Dr. Jose Navia at the Cleveland Clinic informed me that the filter was likely irretrievable.

4. I have been unable to personally obtain written records of the above.

5. The presence of the filter embedded in my body causes me severe emotional distress.

6. I am afraid that the filter will migrate or the legs of the filter will fracture and cause damage to my internal organs.

7. I believe the filter device is a ticking time bomb inside my body.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2019

*Tina Wisdom* (signature)
Tina Wisdom

EXHIBIT B