IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:17-ml-2570-RLY-TAB
MDL NO. 2570

This document relates to:
KERRY MAROWSKI
Civil Case No. 1:16-cv-03436

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF KERRY MAROWSKI

I, Kerry Marowski, do declare the following to be true and correct to the best of my knowledge:

1. On March 23, 2007, I had a Cook Günther Tulip Vena Cava Filter implanted prior to another surgery.

2. Sometime later, an interventional radiologist at Yale Medical Center informed me that the filter had become embedded and was now irretrievable. I cannot recall the date on which I was told this.

3. In April of 2016, I learned that the filter may have become embedded as a result of defective design or manufacture. I learned this from a television commercial regarding a lawsuit against the Cook Defendants.

4. The embedded filter causes me severe emotional distress.

5. I fear that the filter will fracture and migrate throughout my body, causing further internal damage.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2019

*[signature]*
Kerry Marowski

**EXHIBIT B**