# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

 Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
 Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
 William Cook Europe ApS

Dated: June 7, 2019

/s/ Brian J. Paul
Brian J. Paul (#22501-29)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: brian.paul@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Brian J. Paul