# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case. No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

| Case Nos. | |
|---|---|
| | 1:17-cv-03591 (Plaintiff Susan Adams) |
| | 1:17-cv-01528 (Plaintiff Beverly Adeyemi) |
| | 1:18-cv-02772 (Plaintiff Joni Allen) |
| | 1:17-cv-03465 (Plaintiff Linda Alvey) |
| | 1:18-cv-00429 (Plaintiff Jeremy Anderson) |
| | 1:17-cv-04551 (Plaintiff Joseph Bailey) |
| | 1:17-cv-04736 (Plaintiff Jackie Ballard) |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the aboved-named Plaintiffs.

Dated: June 7, 2019

Respectfully submitted,

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 7, 2019, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*

Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*
