# Robert Peirce & Associates, P.C.
## ATTORNEYS AT LAW

Robert N. Peirce, Jr.
Robert N. Peirce, III (KY, OH, WV)
Robert F. Daley (OH, WV)
Joseph Bellissimo
D. Aaron Rihn (WV)
A. Michael Gianantonio
Elizabeth A. Chiappetta (WV)
Brandon P. Neuman (WV)
Scott M. Simon
Max Petrunya (WV)
Adrian J. DeGori
Mark D. Troyan (WV)
Katelyn Dornburg (WV)

2500 Gulf Tower • 707 Grant Street • Pittsburgh, PA 15219-1918
Telephone: 412-281-7229 • Telefax: 412-281-4229 • Toll Free: 1-800-543-9859

797494

November 28, 2017

Attention: Medical Records Librarian
Penn Highlands Dubois
100 Hospital Avenue
Dubois, PA 15801

Re: Craig R. Stanley
DOB: 03/17/19557   3-17-57
SSN: XXX-XX-7553

Dear Sir/Madam:

This office has been retained to represent the interests of Craig R. Stanley in a potential claim. It is our understanding that Craig R. Stanley has been treated at your facility. We would, therefore, appreciate your providing us with a copy of the **MRI report regarding the MRI that was performed on November 9, 2017**. An Authorization concerning the release of this information is enclosed.

If your fee for photocopying is going to exceed $50.00, please fax a pre-bill to my attention, prior to completing our request, as we may reduce our request. Please forward these records to our Pittsburgh address, as noted at the top of this correspondence.

Should you have any questions concerning this matter, please do not hesitate t contact me. Thank you for your anticipated cooperation in this matter.

Sincerely,

DANIELLE DALEY
Paralegal

/dd
Enclosure

RECEIVED
DEC 0 5 2017

12

**Penn Highlands Healthcare**
100 Hospital Ave   DuBois, PA 15801
Fax:

December 5, 2017
Page 1
Imaging Report

# CRAIG R STANLEY
Male  DOB: 03/17/1957            000797494                    Home: (814) 929-5371

**11/09/2017 - Imaging Report: CT Angio Abdomen + Pelvis**
**Provider: GEResults Proxy**
**Location of Care: Penn Highlands Healthcare**
**This document contains external references**

```
Patient: CRAIG R STANLEY
ID: Unsolicited_Results 000797494
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CT Angio Abdomen + Pelvis (126309722)
   RADRPT                "Result Below..."
      RESULT: CT Angio Abdomen + Pelvis
   Ordering Physician: 93858 - REGULSKI, JODI
   Resulting Facility: Penn Highlands DuBois


      PROCEDURE                  EXAM DATE/TIME              ACCESSION
******STATUS******

    CT Angio Abdomen +           11/9/2017 13:50 EST         01-CT-17-0020980
Auth (Verified)
    Pelvis

    Report
    CT ANGIOGRAM OF THE ABDOMEN/PELVIS.

    Up-to-date CT equipment and radiation dose reduction techniques were
    employed. CTDIvol: 26.6 - 45.1 mGy. DLP: 3026 mGy-cm.

    PROTOCOL:
    Multiple contiguous axial CT scans of the abdomen/pelvis are obtained
    with coronal reformations after intravenous administration of contrast
    material. The exact contrast dosage can be found in medical record.

    FINDINGS:
    The lung bases are clear. The liver, pancreas, and bilateral adrenal
    glands are unremarkable. A 6 mm calcific focus is identified within the
    dependent gallbladder lumen compatible stone. There is no associated
    gallbladder wall thickening or pericholecystic fluid to suggest
    cholecystitis. The spleen is partially absent with remnant splenic
    tissue present within the splenic bed. The right kidney is
    unremarkable. 2 small tiny cortical renal cysts are visualized within
    the left kidney. A 2 mm, nonobstructing calcification is visualized in
    the left mid ureter (series 4, image #63) is. There is no associated
    hydronephrosis. The bladder is minimally distended. There is no
    abdominal or pelvic lymphadenopathy. There is minimal calcific
    atherosclerosis of the abdominal aorta.

    An IVC filter is present within the infrarenal IVC with legs projecting
    in extraluminal location. Incidentally noted is a retroaortic left
    renal vein. Additionally there is a accessory ventral renal vein. No
    definite clot is visualized within the IVC.

    There is a nonobstructed bowel gas pattern. Fecal debris is present
    throughout the colon and rectum. There is diverticulosis of the distal
```

Penn Highlands Healthcare
100 Hospital Ave   DuBois, PA 15801
Fax:

December 5, 2017
Page 2
Imaging Report

**CRAIG R STANLEY**
Male  DOB: 03/17/1957                    000797494

Home: (814) 929-5371

sigmoid colon. There is a hernia through the external oblique lumbar musculature adjacent to the left 11th rib this contains noninflamed descending colon. The appendix is normal. There is an omental fat-containing umbilical hernia.

Orthopedic hardware transfixes multiple remote pelvic fractures. Subsequently there is callus formation sclerosis, and heterotopic

ossification visualized throughout the bilateral gluteal regions.

IMPRESSION:
1. Presence of infrarenal IVC filter with legs extending in an extraluminal location. This finding may make retrieval difficult or unachievable. There is a circumaortic left renal vein.
2. Nonobstructing 2 mm calcification within the left mid ureter. Finding is likely chronic. No associated hydronephrosis.
3. Cholelithiasis without cholecystitis.
4. Diverticulosis without diverticulitis.

```
    PROCEDURE                EXAM DATE/TIME           ACCESSION
******STATUS******

    CT Angio Abdomen +        11/9/2017 13:50 EST     01-CT-17-0020980
Auth (Verified)
    Pelvis

    Report
    Workstation: PACS-RAD-1-1401
    ***** Final *****

    Dictated by:    IORFIDO, STEPHEN, DO
    Dictated DT/TM: 11/09/2017 4:40 pm

    Signed (Electronic Signature):  11/09/2017 4:55 pm
    Transcribed by: SI
```

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 11/09/2017 4:59 PM

---

(1) Order result status: Final
Collection or observation date-time: 11/09/2017 13:25:15
Requested date-time:
Receipt date-time:
Reported date-time: 11/09/2017 16:58:50
Referring Physician:
Ordering Physician: GEResults Proxy (geresultsproxy)
Specimen Source: RAD&Rad Type
Source: Unsolicited_Results
Filler Order Number: 01-CT-17-0020980
Lab site: 01-CT-17-0020980, HNA_ACCN

**Penn Highlands Healthcare**  
100 Hospital Ave   DuBois, PA 15801  
Fax:

*December 5, 2017*  
Page 3  
Imaging Report

**CRAIG R STANLEY**  
Male  DOB: 03/17/1957                                 000797494

Home: (814) 929-5371

**Filed automatically (without signature) on 11/09/2017 at 4:59 PM**

---

**Penn Highlands Healthcare**
100 Hospital Ave   DuBois, PA 15801
Fax:

December 5, 2017
Page 1
Imaging Report

# CRAIG R STANLEY
Male  DOB: 03/17/1957                    000797494

Home: (814) 929-5371

**11/09/2017 - Imaging Report: CT Angio Abdomen + Pelvis**
**Provider: GEResults Proxy**
**Location of Care: Penn Highlands Healthcare**
**This document contains external references**

```
Patient: CRAIG R STANLEY
ID: Unsolicited_Results 000797494
Note: All result statuses are Final unless otherwise noted.

Tests: (1) CT Angio Abdomen + Pelvis (126309722)
   RADRPT                    "Result Below..."
      RESULT: CT Angio Abdomen + Pelvis
    Ordering Physician: 93858 - REGULSKI, JODI
    Resulting Facility: Penn Highlands DuBois


     PROCEDURE               EXAM DATE/TIME            ACCESSION
******STATUS******

     CT Angio Abdomen +      11/9/2017 13:50 EST       01-CT-17-0020980
Auth (Verified)
     Pelvis


     Report
     CT ANGIOGRAM OF THE ABDOMEN/PELVIS.

     Up-to-date CT equipment and radiation dose reduction techniques were
     employed. CTDIvol: 26.6 - 45.1 mGy. DLP: 3026 mGy-cm.

     PROTOCOL:
     Multiple contiguous axial CT scans of the abdomen/pelvis are obtained
     with coronal reformations after intravenous administration of contrast
     material. The exact contrast dosage can be found in medical record.

     FINDINGS:
     The lung bases are clear. The liver, pancreas, and bilateral adrenal
     glands are unremarkable. A 6 mm calcific focus is identified within the
     dependent gallbladder lumen compatible stone. There is no associated
     gallbladder wall thickening or pericholecystic fluid to suggest
     cholecystitis. The spleen is partially absent with remnant splenic
     tissue present within the splenic bed. The right kidney is
     unremarkable. 2 small tiny cortical renal cysts are visualized within
     the left kidney. A 2 mm, nonobstructing calcification is visualized in
     the left mid ureter (series 4, image #63) is. There is no associated
     hydronephrosis. The bladder is minimally distended. There is no
     abdominal or pelvic lymphadenopathy. There is minimal calcific
     atherosclerosis of the abdominal aorta.

     An IVC filter is present within the infrarenal IVC with legs projecting
     in extraluminal location. Incidentally noted is a retroaortic left
     renal vein. Additionally there is a accessory ventral renal vein. No
     definite clot is visualized within the IVC.

     There is a nonobstructed bowel gas pattern. Fecal debris is present
     throughout the colon and rectum. There is diverticulosis of the distal
```

**Penn Highlands Healthcare**  December 5, 2017
100 Hospital Ave   DuBois, PA 15801                                      Page 2
Fax:                                                                Imaging Report

# CRAIG R STANLEY
Male  DOB: 03/17/1957                000797494            Home: (814) 929-5371

sigmoid colon. There is a hernia through the external oblique lumbar musculature adjacent to the left 11th rib this contains noninflamed descending colon. The appendix is normal. There is an omental fat-containing umbilical hernia.

Orthopedic hardware transfixes multiple remote pelvic fractures. Subsequently there is callus formation sclerosis, and heterotopic

ossification visualized throughout the bilateral gluteal regions.


IMPRESSION:
1. Presence of infrarenal IVC filter with legs extending in an extraluminal location. This finding may make retrieval difficult or unachievable. There is a circumaortic left renal vein.
2. Nonobstructing 2 mm calcification within the left mid ureter. Finding is likely chronic. No associated hydronephrosis.
3. Cholelithiasis without cholecystitis.
4. Diverticulosis without diverticulitis.


    PROCEDURE              EXAM DATE/TIME              ACCESSION
******STATUS******

   CT Angio Abdomen +      11/9/2017 13:50 EST         01-CT-17-0020980
Auth (Verified)
   Pelvis

   Report
   Workstation: PACS-RAD-1-1401
   ***** Final *****


   Dictated by:    IORFIDO, STEPHEN, DO
   Dictated DT/TM: 11/09/2017 4:40 pm

   Signed (Electronic Signature):  11/09/2017 4:55 pm
   Transcribed by: SI

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 11/09/2017 4:59 PM

---

(1) Order result status: Final
Collection or observation date-time: 11/09/2017 13:25:15
Requested date-time:
Receipt date-time:
Reported date-time: 11/09/2017 16:58:50
Referring Physician:
Ordering Physician: GEResults Proxy (geresultsproxy)
Specimen Source: RAD&Rad Type
Source: Unsolicited_Results
Filler Order Number: 01-CT-17-0020980
Lab site: 01-CT-17-0020980, HNA_ACCN

**Penn Highlands Healthcare**  
100 Hospital Ave   DuBois, PA 15801  
Fax:

*December 5, 2017*  
Page 3  
Imaging Report

**CRAIG R STANLEY**  Home: (814) 929-5371
Male  DOB: 03/17/1957                    000797494

**Filed automatically (without signature) on 11/09/2017 at 4:59 PM**

___