IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.  1:18-cv-03887 (Plaintiff Kathy Bell)
1:17-cv-01996 (Plaintiff Latasha Bennett)
1:19-cv-00522  (Plaintiff Calvin Bennett)
1:17-cv-04105 (Plaintiff Mary Blair)
1:17-cv-03408 (Plaintiff Don B. Blanche)
1:17-cv-01803 (Plaintiff Marjorie Bourgeois)
1:17-cv-04042 (Plaintiff Rebecca Bowman)
1:17-cv-01179  (Plaintiff Nadene Branham)

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the aboved-named Plaintiffs.

Dated: June 7, 2019

Respectfully submitted,

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*