IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

IN RE:

COOK MEDICAL INC., IVC FILTERS          Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

_____          MDL No. 2570

This document Relates to Plaintiff(s)

ROSE MCNALLY
Case Number: 1:17-cv-1853-RLY-TAB

_____

**ORDER GRANTING MOTION FOR RECONSIDERATION AND REINSTATEMENT**

The Court, after considering the Plaintiff's Motion for Reconsideration as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT the Court's Order dismissing Plaintiff's case is vacated, and Plaintiff's case is reinstated.

Entered this _____ day of _____, 2019 into the United States District Court for the Southern District of Indiana.

_____
HON. RICHARD L. YOUNG