# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

---

In completing this **Plaintiff Profile Form**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

Caption: Wisdom v. Cook Medical, Inc., et al     Date: 2/2/17
Docket No.: 1:17 cv 349
Plaintiff(s) attorney and Contact information:
Stephen B. Murray, Jr.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Ph: (504) 525 8100; Fax: (504) 584 5249; Email: smurrayjr@murray lawfirm.com

## II. PLAINTIFF INFORMATION

Name: Tina Wisdom
Spouse: N/A                                     Loss of Consortium? ☐ Yes ☒ No
Address: 4330 Jennings Road Apt. 247, Cleveland, OH 44109
Date of birth: 09/21/1972
Social Security No.: ███ 2218

## III. DEVICE INFORMATION[1]

Date of Implant: 5/11/2007
*Reason for Implant:* To prevent blood clots.
Brand Name: Gunther Tulip                        Mfr. Cook
Lot Number: Unknown
Placement Physician: Unknown
Medical Facility: MetroHealth Medical Center, 2500 MetroHealth Drive, Cleveland, Ohio 44109

---

[1] Note: In lieu of device information, the relevant procedure/operating records may be provided, as long as all requested information is fully legible on the face of said records.

EXHIBIT A

Date of Implant: _____
*Reason for Implant*: _____
Brand Name: _____ Mfr. _____
Implanting Physician: _____
Medical Facility: _____

• Attach medical evidence of product identification.

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

Date of retrieval (including any attempts): N/A _____
*Type of retrieval*: N/A _____
Retrieval physician: N/A _____
Medical Facility: N/A _____
Reason for Retrieval: N/A _____

Date of retrieval (including any attempts): N/A _____
*Type of retrieval*: N/A _____
Retrieval physician: N/A _____
Medical Facility: N/A _____
Reason for Retrieval: N/A _____

Date of retrieval (including any attempts): N/A _____
*Type of retrieval*: N/A _____
Retrieval physician: N/A _____
Medical Facility: N/A _____
Reason for Retrieval: N/A _____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☐ Other _____ |
| ☐ Tilt | ☐ Other _____ |
| ☐ Vena Cava Perforation | ☐ Other _____ |
| ☐ Fracture | ☐ Other _____ |
| ☒ Device is unable to be retrieved | ☐ Other _____ |
| ☐ Bleeding | ☐ Other _____ |
| ☐ Organ Perforation | ☐ Other _____ |

## VI. HOW OUTCOME(S) ATTRTIBUTED TO DEVICE DETERMINED

Doctor Visits _____ by MetroHealth, 2500 Metrohealth Dr., Cleveland, OH 44109
(e.g, imagine studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all current complaints you attribute to the device:
anxiety, fear of death, filter irretrievable

## VIII. PAST HISTORY

**Number of Deep Vein Thromboses:** At least 4   **Number of Pulmonary Emboli:** Possibly 1

Prior to, or following placement of the device, have you ever had or been diagnosed with:

- ☐ Lupus
- ☐ Crohn's Disease
- ☐ Factor V Leiden
- ☐ Protein Deficiency
- ☐ Spinal fusion or other back procedures
- ☐ Anti-thrombin deficiency
- ☐ Prothrombin mutation

Are you claiming damages for lost wages:  ☐ Yes   ☒ No
If so, for what time period: _____
Have you filed for bankruptcy from 5 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?:  ☐ Yes  ☒ No
If so, when, and has the bankruptcy trustee been notified of your pending claim?
_____

Do you have a computer?  ☒ Yes  ☐ No

If so, are you a member of Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?
☒ Yes  ☐ No

Page 3 of 6

Please provide all user names, handles, login names, or IDs and/or email addresses associated with each type of social media used. Please do not include any passwords:

_____

### IX. LIST ALL TREATING PHYSICIANS FROM TEN (10) YEARS PRIOR TO THE DATE OF FIRST PLACEMENT OF THE INFERIOR VENA CAVA FILTER, TO THE PRESENT. INCLUDE ALL PRIMARY CARE PHYSICIANS, INTERVENTIONAL RADIOLOGISTS, VASCULAR SURGEONS, HEMATOLOGISTS, PSYCHIATRISTS, PSYCHOLOGISTS, OR ANY OTHER SPECIALISTS.

**Primary Care Physicians:**

Name: MetroHealth Brooklyn Health Ctr

Address: 5208 Memphis Ave, Cleveland, OH 44144

Approximate Period of Treatment: 2014-2017

Name: MetroHealth

Address: 2500 Metrohealth Dr., Cleveland, OH 44109

Approximate Period of Treatment: 2005-Present

**Interventional Radiologists, Vascular Surgeons and/or Hematologists**

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

**Psychiatrists/Phsychologists (Complete this answer only if making a claim for emotional/psychological injury other than usual "pain and suffering and mental anguish"):**

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

*Attach additional pages as needed to identify other health care providers you have seen.*

**AUTHORIZATIONS**

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

**VERIFICATION**

I, __Tina Wisdom_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __3/9/17_____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Claimant]

**VERIFICATION OF LOSS OF CONSORTIUM (if applicable)**

I, __N/A_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __N/A_____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]