UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ | ) ) ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATED TO ALL ACTIONS | | |

## SCHEDULING ORDER

Upon request of counsel, the hearing scheduled for June 13, 2019 will now begin at **10:00 a.m**. instead of the previously scheduled time of 1:30 p.m. before the Honorable Richard L. Young, in Room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204.

**SO ORDERED** this 10th day of June 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record