IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL NO. 2570

This document relates to:
TINA WISDOM
Civil Case No. 1:17-cv-349

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### MOTION TO SEAL

NOW INTO COURT comes Plaintiff Tina Wisdom to file this Motion to Seal the Exhibit

A to her Response in Opposition to Defendant's Motion for Judgment on the Pleadings. The

exhibit, Dkt. No. 10956-1, includes confidential personal information pursuant to Fed. R. Civ. P.

5.2, and was inadvertently filed as an unredacted version. A redacted version of the Exhibit has

been filed at Dkt. No. 10989.

For the Forgoing reasons, the Plaintiff asks this Court to SEAL the document filed at Dkt.

No. 10956-1.

Respectfully submitted,

DATED: June 10, 2019

MURRAY LAW FIRM
*/s/Devin A. Lowell*
Devin A. Lowell (LA Bar No. 36555)
Stephen B. Murray, Jr. (LA Bar No. 23877)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 525-8100
dlowell@murray-lawfirm.com
smurrayjr@murray-lawfirm.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ *Devin A. Lowell*