IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

---

In completing this **Plaintiff Profile Form**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Kerry Marowksi v. COOK MEDICAL, INC. IVC FILTERS MARKETING, ET AL   **Date:** 04/06/2017
**Docket No.:** 1:16-cv-03436-TWP-MPB
**Plaintiff(s) attorney and Contact information:**
Stephen B. Murray, Jr.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Ph: (504) 525-8100; Fax: (504) 584-5249; Email: smurrayjr@murray-lawfirm.com

## II. PLAINTIFF INFORMATION

**Name:** Kerry Marowski
**Spouse:** N/A                                    **Loss of Consortium?** ☐ Yes ☒ No
**Address:** 798 Reef Rd., Fairfield, CT 06824
**Date of birth:** ███
**Social Security No.:** ███ 8896

## III. DEVICE INFORMATION[1]

**Date of Implant:** 3/23/2007
*Reason for Implant:* As a precautionary measure prior to surgery
**Brand Name:** Gunther Tulip                              **Mfr.** Cook
**Lot Number:** 1820374
**Placement Physician:** Dr. Thomas Rutherford
**Medical Facility:** Yale-New Haven Hospital, 20 York St, New Haven, CT 06510

---

[1] Note: In lieu of device information, the relevant procedure/operating records may be provided, as long as all requested information is fully legible on the face of said records.

Page 1 of 6


EXHIBIT A

Date of Implant: N/A
*Reason for Implant*: N/A
Brand Name: N/A                                                                        Mfr. N/A
Implanting Physician: N/A
Medical Facility: N/A

• Attach medical evidence of product ídentification.

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

Date of retrieval (including any attempts): N/A
*Type of retrieval*: N/A
Retrieval physician: N/A
Medical Facility: N/A
Reason for Retrieval: N/A

Date of retrieval (including any attempts): N/A
*Type of retrieval*: N/A
Retrieval physician: N/A
Medical Facility: N/A
Reason for Retrieval: N/A

Date of retrieval (including any attempts): N/A
*Type of retrieval*: N/A
Retrieval physician: N/A
Medical Facility: N/A
Reason for Retrieval: N/A

## V. OUTCOME ATTRIBUTED TO DEVICE

| | | | |
|---|---|---|---|
| ☐ | Migration | ☐ | Other _____ |
| ☐ | Tilt | ☐ | Other _____ |
| ☐ | Vena Cava Perforation | ☐ | Other _____ |
| ☐ | Fracture | ☐ | Other _____ |
| ☒ | Device is unable to be retrieved | ☐ | Other _____ |
| ☐ | Bleeding | ☐ | Other _____ |
| ☐ | Organ Perforation | ☐ | Other _____ |

## VI. HOW OUTCOME(S) ATTRTIBUTED TO DEVICE DETERMINED

Doctor visit at Yale _____ by Don't remember _____
(e.g, imagine studies, surgery, doctor visits)
_____ by _____
_____ by _____
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all current complaints you attribute to the device:
Chest pain
_____
_____
_____

## VIII. PAST HISTORY

**Number of Deep Vein Thromboses:** 1     **Number of Pulmonary Emboli:** 2

Prior to, or following placement of the device, have you ever had or been diagnosed with:

- ☐ Lupus
- ☐ Crohn's Disease
- ☐ Factor V Leiden
- ☐ Protein Deficiency
- ☐ Spinal fusion or other back procedures
- ☐ Anti-thrombin deficiency
- ☐ Prothrombin mutation

Are you claiming damages for lost wages:  ☐ Yes   ☒ No
If so, for what time period: _____
Have you filed for bankruptcy from 5 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?:  ☐ Yes  ☒ No
If so, when, and has the bankruptcy trustee been notified of your pending claim?
_____

Do you have a computer?  ☒ Yes  ☐ No

If so, are you a member of Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?
☒ Yes  ☐ No

Please provide all user names, handles, login names, or IDs and/or email addresses associated with each type of social media used. Please do not include any passwords:

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ _____

**IX. LIST ALL TREATING PHYSICIANS FROM TEN (10) YEARS PRIOR TO THE DATE OF FIRST PLACEMENT OF THE INFERIOR VENA CAVA FILTER, TO THE PRESENT. INCLUDE ALL PRIMARY CARE PHYSICIANS, INTERVENTIONAL RADIOLOGISTS, VASCULAR SURGEONS, HEMATOLOGISTS, PSYCHIATRISTS, PSYCHOLOGISTS, OR ANY OTHER SPECIALISTS.**

**Primary Care Physicians:**

Name: Dr. Yee Chuan Ang

Address: 800 Washington St., Boston, MA 02111

Approximate Period of Treatment: current

Name: Dr. Thomas Rutherford

Address: 1 Tampa General Circle, Tampa, FL 33606-3571

Approximate Period of Treatment: current

**Interventional Radiologists, Vascular Surgeons and/or Hematologists**

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

**Psychiatrists/Phsychologists (Complete this answer only if making a claim for emotional/psychological injury other than usual "pain and suffering and mental anguish"):**

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

Name: N/A

Address: N/A

Approximate Period of Treatment: N/A

*Attach additional pages as needed to identify other health care providers you have seen.*

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, __Kerry Marowski__, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __4/6/17__ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

__K.S. M_____
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]