EXHIBIT "1"



Evelyn Shaw <evelyn@bighornlaw.com>

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

**Evelyn Shaw** <evelyn@bighornlaw.com>    Thu, May 16, 2019 at 12:31 PM
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Cc: Peter Wetherall <pwetherall@wetherallgroup.com>, Nathan Morris <nathan@bighornlaw.com>, Kimball Jones <kimball@bighornlaw.com>, Ali Garcia <ali@bighornlaw.com>
Bcc: galenschatzmanfb48@projects.filevine.com, joshuacraig30c0@projects.filevine.com, jamescooperb603@projects.filevine.com, arthurschermerhornivcfilter@projects.filevine.com, perrysylvain2108@projects.filevine.com, larryvaughanc2d6@projects.filevine.com, kristicraftz142779@projects.filevine.com, almarodriguez1cc4@projects.filevine.com, Christina Guerra <cguerra@martinbaughman.com>

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| Plaintiff | Case Number |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly. Thank you.

Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com

"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

**8 attachments**

📄 Craig, Joshua catagorization form.cook medical.pdf

- Cooper, James catagorization form.cook medical.pdf
  975K
- Schatzman, Galen Page catagorization form.cook medical.pdf
  1316K
- Rodriguez, Alma catagorization form.cook medical.pdf
  1494K
- Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf
  2216K
- Craft, Kristy _ catagorization form.cook medical (1).pdf
  1179K
- Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf
  1308K
- Sylvain, Perry_ catagorization form.cook medical (1).pdf
  1011K

ali@bighornlaw.com

| | |
|---|---|
| **From:** | ali@bighornlaw.com |
| **Sent:** | Thursday, May 16, 2019 12:57 PM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | evelyn@bighornlaw.com |
| **Subject:** | COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB |
| **Attachments:** | Sylvain, Perry_ catagorization form.cook medical (1).pdf; Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf; Craft, Kristy _ catagorization form.cook medical (1).pdf; Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf; Rodriguez, Alma catagorization form.cook medical.pdf; Schatzman, Galen Page catagorization form.cook medical.pdf; Craig, Joshua catagorization form.cook medical.pdf; Cooper, James catagorization form.cook medical.pdf |
| **Flag Status:** | Flagged |

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| | |
|---|---|
| **Alma Rodriguez** | 1:17-cv-04171-RYL-TAB |
| **Kristi Craft** | 1:17-cv-04200-JMS-DML |
| **Larry Vaughan** | 1:17-cv-04340-RLY-TAB |
| **Perry Sylvain** | 1:17-cv-04339-RLY-TAB |
| **Arthur Schermerhorn** | 1:18-cv-00647-SEB-DML |
| **James Cooper** | 1:17-cv-04345-RLY-TAB |
| **Joshua Craig** | 1:17-cv-01697-RLY-TAB |
| **Galen Schatzman** | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly. Thank you.

*Evelyn Shaw, Paralegal*
*BIGHORN LAW, LLC*
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com

"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."



Evelyn Shaw <evelyn@bighornlaw.com>

---

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

---

**Evelyn Shaw** <evelyn@bighornlaw.com>
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Bcc: joshuacraig30c0@projects.filevine.com

Thu, May 16, 2019 at 12:35 PM

I attach a Categorization Form for the following Plaintiff:

Joshua Craig         1:17-cv-01697-RLY-TAB

Please update your files and notify the court accordingly. Thank you.

Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com



"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

📄 **Craig, Joshua catagorization form.cook medical.pdf**
940K

## Categorization Form

A.     Plaintiff's Name:      Joshua Craig

B.     Plaintiff's Case Number:      1:17-cv-01697-RLY-TAB

C.     Plaintiff's Counsel (Lead Firm Name): **Morris//Anderson**

D.     Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."
Check here for Category 1:____

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."
Check here for Category 2:____
Briefly describe claimed complication/outcome/injury:_____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."
Check here for Category 3:____
Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."
Check here for Category 4: __X__
Briefly describe claimed complication/outcome/injury: Large filling defect is noted within the filter consistent with a large thrombus. The inferior vena cava filter was not removed subsequently..

5. <u>Failed Retrieval and Complicated Retrieval Cases[1]</u>: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: _X_

   Briefly describe claimed complication/outcome/injury: Attempted Removal of IVC filter but was found on cavography to have extensive thrombus within the filter. Return for repeat cavagram and possible removal at that time

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ____

   Briefly describe claimed complication/outcome/injury: ____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: _X_ . **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   occluding thrombus in the IVC after filter implantation

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:

   ____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:

   ____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;
Given the clot burden the decision was made to defer retreival.
Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: **Garry Trinh**

**Nathan Morris**

Plaintiff's Counsel's Firm: **Morris//Anderson**

```
RAPIDES GENERAL HOSPITAL        Name: CRAIG,JOSHUA
Radiology Department            Phys: Long,William David  MD
211 4th St                      DOB: 12/03/1981  Age: 29      Sex: M
Alexandria, LA 71301            Acct: E00038552540  Loc: UNK
PHONE #: (318)769-3160          Exam Date: 05/26/2011 Status: UNK
  FAX #: (318)769-3685          Radiology No:
                                Unit No: E000585623
```

EXAMS:
  001662059 VENOGRAPHY, IVC*,
  001662060 US GUIDE FOR VASC ACCESS,
  001662081 INTRO CATH, SVC/IVC

HISTORY: IVC filter placed prophylactically for patient high risk for DVT secondary to pelvic fracture. The patient here for IVC filter removal and fully anticoagulated.

PROCEDURE: VENOGRAM

PROCEDURE IN DETAIL: Informed consent was obtained an the patient brought to the interventional radiology suite and placed supine. At this time, the right neck was prepped and draped in the normal sterile fashion. After local anesthesia was obtained, access into the right internal jugular vein was performed with direct ultrasound guidance and a micropuncture needle wire was advanced difficulty. At this time a short 5-French sheath was placed and wire was advanced into the inferior vena cava under direct fluoroscopic guidance and through the previous placed filter. A straight flush catheter was then advanced into the infrarenal IVC and diagnostic cavography was performed. At this time all sheaths, catheters and wires were removed and hemostasis was obtained with manual pressure and patient discharged to the recovery room in stable condition without evidence of immediate post procedure complication.

FINDINGS:
Inferior vena cava filter is present within the infrarenal IVC. Large filling defect is noted within the filter consistent with a large thrombus. The inferior vena cava filter was not removed subsequently.

IMPRESSION:
1. The patient brought for removal of IVC filter but was found on cavography to have extensive thrombus within the filter. Despite this, the cava was widely patent and brisk flow was present. It was recommended the patient continue anticoagulation for 3 months and returned for repeat cava gram and possible filter removal at that time.

            ** Electronically Signed by M.D. William David Long **
            **          on 06/09/2011 at 1710                   **
               Reported and signed by: William David Long, M.D.

PAGE  1           Signed Report Printed From PCI          (CONTINUED)

PLTFF JOSHUA CRAIG 000001

```
RAPIDES GENERAL HOSPITAL        Name: CRAIG,JOSHUA RICH
Radiology Department            Phys: Long,William David  MD
211 4th St                      DOB: 12/03/1981   Age: 29      Sex: M
Alexandria, LA 71301            Acct: E00039265679  Loc: UNK
PHONE #: (318)769-3160          Exam Date: 10/06/2011 Status: UNK
  FAX #: (318)769-3685          Radiology No:
                                Unit No: E000585623


EXAMS:
   001714681 INTRO CATH, SVC/IVC,
   001714682 US GUIDE FOR VASC ACCESS

HISTORY:    Removal IVC filter placed prophylactically

PROCEDURE:  Attempted removal of the inferior vena cava filter

PROCEDURE IN DETAIL:  After informed consent was obtained the patient
was brought to the Interventional Radiology Suite and placed supine.
Difficulty into the inferior vena cava.  At this time a straight flush
marking catheter was advanced into the IVC and cavography was
performed.  No filling defect or other abnormality was identified and
at this time multiple attempts were made to retrieve the catheter. The
catheter was successfully engaged but could not be removed from the
inferior vena cava wall safely.  Therefore the filter was left in
place and all sheaths, catheters and wires were removed. Hemostasis
obtained with manual pressure and patient was discharged in stable
condition without evidence of immediate post procedure complication.

IMPRESSION: Status post unsuccessful attempt to remove the inferior
vena cava filter.




          ** Electronically Signed by M.D. William David Long **
          **            on 10/14/2011 at 1806                  **
             Reported and signed by: William David Long, M.D.




CC: William David Long MD

Dictated Date/Time: 10/14/2011 (1539)
Technologist: RPR; SKB
Transcribed Date/Time: 10/14/2011 (1539)
Transcriptionist: RAD.VR/RAD.VR
Electronic Signature Date/Time: 10/14/2011 (1806)
Orig Print D/T: S: 10/14/2011 (1807)
Reprint D/T: 10/03/2016 (0914)          BATCH NO: N/A

PAGE   1            Signed Report Printed From PCI
```

PLTFF JOSHUA CRAIG 000002