IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL NO. 2570

This document relates to:
KERRY MAROWSKI
Civil Case No. 1:16-cv-03436

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO SEAL

NOW INTO COURT comes Plaintiff Kerry Marowski to file this Motion to Seal the Exhibit A (Attachment #1) to her Response in Opposition to Defendant's Motion for Judgment on the Pleadings. The exhibit, Dkt. No. 10958-1, includes confidential personal information pursuant to Fed. R. Civ. P. 5.2, and was inadvertently filed as an unredacted version. A redacted version of the Exhibit has been filed at Dkt. No. 10995.

For the Forgoing reasons, the Plaintiff asks this Court to SEAL the document filed at Dkt. No. 10958-1.

Respectfully submitted,

DATED: June 10, 2019

                                                       MURRAY LAW FIRM
                                                      */s/Devin A. Lowell*
                                                      Devin A. Lowell (LA Bar No. 36555)
                                                      Stephen B. Murray, Jr. (LA Bar No. 23877)
                                                      650 Poydras Street, Suite 2150
                                                      New Orleans, Louisiana 70130
                                                      (504) 525-8100
                                                      dlowell@murray-lawfirm.com
                                                      smurrayjr@murray-lawfirm.com
                                                      *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Devin A. Lowell*