IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This document relates to:
KERRY MAROWSKI
Civil Case No. 1:16-cv-03436

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER ON MOTION TO SEAL**

CONSIDERING the Plaintiff's Motion to Seal Document,

IT IS ORDERED that the Plaintiff's Motion to Seal be GRANTED and the unredacted document at Docket No. 10958-1 be SEALED.

**SO ORDERED** this _____ day of _____, 2019   _____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana