EXHIBIT "1"



Evelyn Shaw <evelyn@bighornlaw.com>

---

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

---

**Evelyn Shaw** <evelyn@bighornlaw.com>  Thu, May 16, 2019 at 12:31 PM
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Cc: Peter Wetherall <pwetherall@wetherallgroup.com>, Nathan Morris <nathan@bighornlaw.com>, Kimball Jones <kimball@bighornlaw.com>, Ali Garcia <ali@bighornlaw.com>
Bcc: galenschatzmanfb48@projects.filevine.com, joshuacraig30c0@projects.filevine.com, jamescooperb603@projects.filevine.com, arthurschermerhornivcfilter@projects.filevine.com, perrysylvain2108@projects.filevine.com, larryvaughanc2d6@projects.filevine.com, kristicraftz142779@projects.filevine.com, almarodriguez1cc4@projects.filevine.com, Christina Guerra <cguerra@martinbaughman.com>

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| Plaintiff | Case Number |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly.  Thank you.

--
Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com



"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business.  Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

---

**8 attachments**

📄 Craig, Joshua catagorization form.cook medical.pdf

940K

📄 Cooper, James catagorization form.cook medical.pdf
975K

📄 Schatzman, Galen Page catagorization form.cook medical.pdf
1316K

📄 Rodriguez, Alma catagorization form.cook medical.pdf
1494K

📄 Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf
2216K

📄 Craft, Kristy _ catagorization form.cook medical (1).pdf
1179K

📄 Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf
1308K

📄 Sylvain, Perry_ catagorization form.cook medical (1).pdf
1011K

ali@bighornlaw.com

| | |
|---|---|
| **From:** | ali@bighornlaw.com |
| **Sent:** | Thursday, May 16, 2019 12:57 PM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | evelyn@bighornlaw.com |
| **Subject:** | COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB |
| **Attachments:** | Sylvain, Perry_ catagorization form.cook medical (1).pdf; Vaughan, Larry John, Jr._ catagorization form.cook medical (1).pdf; Craft, Kristy _ catagorization form.cook medical (1).pdf; Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf; Rodriguez, Alma catagorization form.cook medical.pdf; Schatzman, Galen Page catagorization form.cook medical.pdf; Craig, Joshua catagorization form.cook medical.pdf; Cooper, James catagorization form.cook medical.pdf |
| **Flag Status:** | Flagged |

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| | |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly. Thank you.

*Evelyn Shaw, Paralegal*
**BIGHORN LAW, LLC**
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com

"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

1



Evelyn Shaw <evelyn@bighornlaw.com>

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

**Evelyn Shaw** <evelyn@bighornlaw.com>  
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com  
Bcc: kristicraftz142779@projects.filevine.com

Thu, May 16, 2019 at 12:31 PM

I attach a Categorization Form for the following Plaintiff:

**Kristi Craft**     1:17-cv-04200-JMS-DML

Please update your files and notify the court accordingly. Thank you.

--
Evelyn Shaw, Paralegal  
BIGHORN LAW, LLC  
9345 W. Sunset Road  
Suite 100  
Las Vegas Nevada 89148  
P: 702-333-1111 ext. 115  
Direct Fax: (702) 537-7021  
Main Fax: 702-507-0092  
evelyn@bighornlaw.com  
morrisandersonlaw.com



"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

📄 **Craft, Kristy _ catagorization form.cook medical (1).pdf**  
1179K

## Categorization Form

A. Plaintiff's Name: Kristi Craft

B. Plaintiff's Case Number: 1:17-cv-04200-JMS-DML

C. Plaintiff's Counsel (Lead Firm Name): **Morris//Anderson**

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."
Check here for Category 1:____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."
Check here for Category 2:____
Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."
Check here for Category 3:____
Briefly describe claimed complication/outcome/
injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."
Check here for Category 4:____
Briefly describe claimed complication/outcome/
injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ____

   Briefly describe claimed complication/outcome/injury: _____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: X

   Briefly describe claimed complication/outcome/injury: <u>Iliac vein was occlusive and no flow was going through.</u>

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: X . **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury: _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury: _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury: _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: Not able to direct the catheter down the iliac vein as the patient had developed a pulmonary embolus.

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: Large amount of thrombus still present below the vena cava filter in the vena cava.

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: **Garry Trinh**

**Nathan Morris**

Plaintiff's Counsel's Firm: **Morris//Anderson**



**FLOYD MEDICAL CENTER**
304 TURNER McCALL BLVD. ROME, GEORGIA 30165

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient: | CRAFT, KRISTI M | | | | | |
| MRN: | F0894034 | | | Admit/Disch.: | 12/30/2013 | 1/8/2014 |
| FIN: | F1336400125 | | | Admitting: | ROBITSHEK,DANIEL -MD | |
| DOB/Age/Sex: | 1/16/1976 | 40 years | Female | Attending: | MAKADIA,RAKESH J | |
| Location: | 4CN; 451; 1 | | | Submitting: | n/a | |

### Physician Documentation

Document Name:   Operative Report
Document Status:   Auth (Verified)
Performed By:   MOLNAR,JONATHON -MD (1/4/2014 08:08 EST)
Signed By:   MOLNAR,JONATHON -MD (1/10/2014 08:33 EST)
Authenticated By:   MOLNAR,JONATHON -MD (1/10/2014 08:33 EST)

**FMC Operative Report**

```
                    FLOYD MEDICAL CENTER
                    304 Turner McCall Blvd
                    Rome, Georgia 30165

                       OPERATIVE REPORT

                                            Craft, Kristi M
                                           MR# 0000894034
                                               01336400125
                                            DOB 01/16/1976
                                            Room 4CN451 1


DATE OF OPERATION:       01/04/2014

SURGEON:                 Jonathon Molnar, MD

PREOPERATIVE DIAGNOSIS:
DVT with likely May-Thurner syndrome.

POSTOPERATIVE DIAGNOSIS:
DVT with likely May-Thurner syndrome.

PROCEDURES:
Thrombolysis recheck and repositioning of catheter.

ANESTHESIA:
Sedation.

COMPLICATIONS:
No complications occurred.

DRAINS:
No drains were placed.
```

LAB LEGEND: @=Corrected, A=Abnormal, C=Critical, L=Low, H=High, *=Footnotes, R=Ref Lab
Lab Medical Director: Dr. Steven G. Hom CLIA# 11D0256788
Report Request ID:   32566204          Page 8 of 73          Printed Date/Time:   10/18/2016 09:37 EDT

PLTFF_Kristi Craft_BATES# 000001



**FLOYD MEDICAL CENTER**
304 TURNER McCALL BLVD. ROME, GEORGIA 30165

| | | | | | |
|---|---|---|---|---|---|
| Patient: | CRAFT, KRISTI M | | | | |
| MRN: | F0894034 | | | Admit/Disch.: | 12/30/2013   1/8/2014 |
| FIN: | F1336400125 | | | Admitting: | ROBITSHEK,DANIEL -MD |
| DOB/Age/Sex: | 1/16/1976 | 40 years | Female | Attending: | MAKADIA,RAKESH J |
| Location: | 4CN; 451; 1 | | | Submitting: | n/a |

### Physician Documentation

SUMMARY OF CASE:
The patient is a 37-year-old woman undergoing thrombolysis by my partner, Dr. Prault, who needed a recheck for her ongoing thrombolysis. She underwent thrombolysis overnight. She was brought to the endovascular room in the morning and placed on the table in the prone position. The catheter and sheath were prepped and draped in the standard sterile fashion. Subtraction images were made through the catheter, and this showed just some filling into the femoral vein where there was still some thrombus present, and it was clear that the iliac vein was occlusive and no flow was going through here. There was a little bit of contrast that injected through the end of the catheter into the vena cava, and it appeared that there was still some thrombus there as well. A Storq wire was placed through the wire, and an angled glide catheter was placed over the wire after the UniFuse catheter was removed. Subtraction imaging in the vena cava with the catheter showed a large amount of thrombus still present below the vena cava filter in the vena cava. At this point a UniFuse catheter was placed extending from the distal iliac veins, meaning near the femoral head all the way into the vena cava, and we will continue with thrombolysis. The catheter position was assured, the plunger was placed, and tPA was set up through the catheter, and heparin was set up through the sheath. Sterile occlusive dressings were placed, and the patient was returned to the CCU in stable condition.

Jonathon Molnar, MD
1084163 : the
DD 01/04/2014   08:08 A : DT 01/06/2014 10:57 A
685277

cc:   Jonathon Molnar, MD

OPERATIVE REPORT
Craft, Kristi M

LAB LEGEND: @=Corrected, A=Abnormal, C=Critical, L=Low, H=High, *=Footnotes, R=Ref Lab
Lab Medical Director: Dr. Steven G. Horn CLIA# 11D0256788
Report Request ID:   32566204                    Page 9 of 73                    Printed Date/Time:   10/18/2016 09:37 EDT

PLTFF_Kristi Craft_BATES# 000002

HARBIN CLINIC, LLC •, Rome GA 30165-1698

CRAFT, KRISTI M (id #292520, dob: 01/16/1976)
Fax Server                  1/10/2014 11:27:36 AM   PAGE   1/002   Fax Server

## REDMOND REGIONAL MEDICAL CENTER

PATIENT:      CRAFT, KRISTI                PHYSICIAN:   Trent L Prault MD
ACCOUNT#:     M00114889059                 ADMIT:       01/08/2014
UNIT#:        M000603990                   DISCHARGE:
DOB:          01/16/1976

### OPERATIVE REPORT

Date of Operation: 01/09/2014

**PREOPERATIVE DIAGNOSIS:**
Iliocaval deep venous thrombosis.

**POSTOPERATIVE DIAGNOSIS:**
Iliocaval deep venous thrombosis.

**PROCEDURE PERFORMED:**
AngioVac vena cava thrombectomy.

**SURGEON:**
Trent Prault, MD

**COSURGEON:**
Dhru Giriard, MD

**ANESTHESIA:**
General endotracheal.

**INDICATIONS:**
Kristi is a 37-year-old female with an iliocaval DVT. She is brought to the endo suite for attempted extraction with the AngioVac.

**FINDINGS:**
The cava itself was cleared. I was not able to direct the catheter down the iliac vein as the patient had developed pulmonary embolus; therefore, we elected to try to go after the pulmonary embolus instead.

**DESCRIPTION OF PROCEDURE:**
Consent was obtained. The patient was taken to the operating room, placed supine on the operating table. General endotracheal anesthesia induced without complication. The neck, abdomen, and groins were prepped and draped in the usual sterile fashion. Using ultrasound guidance, I cannulated the right internal jugular vein with a needle. Wire was placed down through the heart into the IVC under fluoroscopic guidance. I then put the Tulip filter removal sheath down into the cava, performed venacavogram. The filter was free of thrombus and there was quite a bit of space between the top of the thrombus and the filter. We discussed whether or not to go ahead and remove before going on pump, we felt that it would facilitate things to be easy, but given the fact that the clot had not moved in 3 weeks that it should be fine; therefore, I removed the filter. We then exchanged over this wire for 26-French Gore Dry sheath down into the IVC. We then cannulated the right common femoral vein for our return line and upsized for an 18-French infusion cannula. The AngioVac device was then pushed down from the right IJ down to the IVC. We were watching with TEE guidance at this time and at that point, before getting ready to suck, there appeared

Page 1 of 2

**DRAFT COPY**

PLTFF_Kristi Craft_BATES# 000003

HARBIN CLINIC, LLC - , Rome GA 30165-1698

CRAFT, KRISTI M (Id #292520, dob: 01/16/1976)
Fax Server                    1/10/2014 11:27:36 AM    PAGE    2/002    Fax Server

PT: CRAFT, KRISTI  UNIT#: M000603990  ACCOUNT#: M00114889059

to be some thrombus in the atrium. I went ahead and made a pass with the AngioVac device down through the IVC. We then performed a cavogram and noted that the cava was clear. We again watched on TEE, we could see this thrombus in the atrium. We pulled everything back and put the device in the atrium and aspirated while watching on TEE and could not; we sucked for a long time. Our flow rates were a little bit low, but we could never get this clot to come out through the AngioVac. After several passes and several tries, we could no longer see the clot on TEE and noted in the pulmonary artery. I again was able to get a wire up into the right pulmonary artery from the IJ, but I could not pass the AngioVac cannula up into the pulmonary artery. We then decided to try to come from the groin, so we removed the infusion cannula over a wire and placed another 26-French Dry sheath up from the right common femoral artery. We put our reinfusion catheter into our sheath in the IJ. We then came up from the other side. I was able float a Swan catheter up in the pulmonary artery, exchanged through a catheter from an 0.018 wire to an 0.035 wire. It should be noted that, and I not have mentioned yet, but during this entire time, the patient remained hemodynamically stable and never had any problems with oxygenation. While we were trying to extract it, she did start to shows some signs of some mildly elevated right heart pressure, but was remaining stable. We made several attempts to get the cannula into the pulmonary artery from the groin. We lost our wire access a couple of times. We were able to regain it. We did finally get the catheter up into the main PA and ran it and had good flow volumes, but removed only a small amount of thrombus, not much was actually captured. At that point, we had been on the table for quite some time, we elected to conclude the procedure. Wires and cannulas and catheters were all removed. A pursestring suture was placed around the cannulation site in the neck. The sheath was pulled and pressure was held. We pulled the sheath from the groin, held pressure, ended up putting a 3-0 nylon suture in the skin and held pressure until stable. At the time of this dictation, the patient was left intubated. She will be taken tomorrow for Trendelenburg procedure. Dr. Jarrard felt that because she is so hemodynamically stable, oxygenating well, and is cold and coagulopathic at this point, the safest thing to do would be to wait, get her to the ICU, warm her up, and take her in the morning. I forgot to mention before removing the femoral sheath, I performed another cavogram and deployed a Tulip filter, IVC filter just below the renal veins. At the time of this dictation, the patient was on her way to the recovery room. She has a little bit of a hematoma in the neck, but with elevation of the head and some more pressure, it will be fine.

DD: 01/09/2014 17:39:30
DT: 01/09/2014 21:35:15
Dictation ID / Confirmation #: 731357 / 608759

Page 2 of 2                          DRAFT COPY

**VASCULAR LAB**
Venous Study: Reason For Study:
Z86.711 Personal history of pulmonary embolism
Z86.
718 Personal history of other venous thrombosis and embolism

Exam Description: Venous - LE, Extended

Tech Limits:

Interpretation:
Right: Normal compressibility and Doppler waveforms of the deep veins in the right lower extremity.
Left: Partially compressible left common femoral, femoral, popliteal, proximal great saphenous, small saphenous and 1 of 2 gastrocnemius veins.
Reduced spontaneous, phasic and augmented venous flow in the left common femoral and femoral veins by Doppler waveforms.
Reflux noted in the left popliteal and small saphenous veins.

Impression:
Right: No evidence of deep vein thrombosis or venous obstruction in the right lower extremity assessed veins.
Left: Partially-occlusive chronic superficial vein thrombosis of the left proximal great saphenous and small saphenous veins by duplex ultrasound scan.
Partially-occlusive chronic calf vein thrombosis of the left 1 of 2 gastrocnemius vein by duplex ultrasound scan.
Partially-occlusive chronic deep vein thrombosis of the left common femoral and femoral veins by duplex ultrasound scan.
Partially-occlusive chronic deep vein thrombosis of the left popliteal vein by duplex ultrasound scan.
Valvular incompetence of the left popliteal and small saphenous veins.

No flowsheet data found.

**ASSESSMENT AND PLAN**
Kristi Craft is a 40Yrs old female patient who presents with chronic LLE edema, heaviness, aching and pain. Pt with extensive venous history. On CT no evidence of IVC or iliac vein thrombosis. IVC filter in place. Pt with hx of LLE DVT. Discussed with patient that symptoms are likely attributable to post phlebitic syndrome. Recommend trying again compression stockings. Pts shooting pain more likely related to sciatica. Recommend pt try PT and or discuss further treatment with pain physician

Rx for 20-30mmHg knee high and panty hose compression stockings given to pt
Recommend that pt elevate her left leg above level of heart during day and at rest. Avoid prolonged standing or sitting.
RTC in 3 months with LLE reflux study
**VISIT DIAGNOSIS**
1.   Post-phlebitic syndrome


Amanda Hasseltine, APN
Vascular Surgery 9650

PLTFF_Kristi Craft_BATES# 000005