EXHIBIT "1"



Evelyn Shaw <evelyn@bighornlaw.com>

---

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

---

**Evelyn Shaw** <evelyn@bighornlaw.com>
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Cc: Peter Wetherall <pwetherall@wetherallgroup.com>, Nathan Morris <nathan@bighornlaw.com>, Kimball Jones <kimball@bighornlaw.com>, Ali Garcia <ali@bighornlaw.com>
Bcc: galenschatzmanfb48@projects.filevine.com, joshuacraig30c0@projects.filevine.com, jamescooperb603@projects.filevine.com, arthurschermerhornivcfilter@projects.filevine.com, perrysylvain2108@projects.filevine.com, larryvaughanc2d6@projects.filevine.com, kristicraftz142779@projects.filevine.com, almarodriguez1cc4@projects.filevine.com, Christina Guerra <cguerra@martinbaughman.com>

Thu, May 16, 2019 at 12:31 PM

---

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| | |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly.   Thank you.

--

Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
**9345 W. Sunset Road**
**Suite 100**
**Las Vegas Nevada 89148**
**P: 702-333-1111 ext. 115**
**Direct Fax: (702) 537-7021**
**Main Fax: 702-507-0092**
evelyn@bighornlaw.com
morrisandersonlaw.com



"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

---

**8 attachments**

 **Craig, Joshua catagorization form.cook medical.pdf**

**Cooper, James catagorization form.cook medical.pdf**
975K

**Schatzman, Galen Page catagorization form.cook medical.pdf**
1316K

**Rodriguez, Alma catagorization form.cook medical.pdf**
1494K

**Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf**
2216K

**Craft, Kristy _ catagorization form.cook medical (1).pdf**
1179K

**Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf**
1308K

**Sylvain, Perry_ catagorization form.cook medical (1).pdf**
1011K

ali@bighornlaw.com

| | |
|---|---|
| **From:** | ali@bighornlaw.com |
| **Sent:** | Thursday, May 16, 2019 12:57 PM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | evelyn@bighornlaw.com |
| **Subject:** | COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB |
| **Attachments:** | Sylvain, Perry_ catagorization form.cook medical (1).pdf; Vaughan, Larry John, Jr._ catagorization form.cook medical (1).pdf; Craft, Kristy _ catagorization form.cook medical (1).pdf; Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf; Rodriguez, Alma catagorization form.cook medical.pdf; Schatzman, Galen Page catagorization form.cook medical.pdf; Craig, Joshua catagorization form.cook medical.pdf; Cooper, James catagorization form.cook medical.pdf |
| **Flag Status:** | Flagged |

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| | |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly.  Thank you.

*Evelyn Shaw, Paralegal*
*BIGHORN LAW, LLC*
**9345 W. Sunset Road**
**Suite 100**
**Las Vegas Nevada 89148**
**P: 702-333-1111 ext. 115**
**Direct Fax: (702) 537-7021**
**Main Fax: 702-507-0092**
evelyn@bighornlaw.com
morrisandersonlaw.com

"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business.  Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

1



Evelyn Shaw <evelyn@bighornlaw.com>

---

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB
1 message

---

**Evelyn Shaw** <evelyn@bighornlaw.com>                                            Thu, May 16, 2019 at 12:31 PM
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Bcc: almarodriguez1cc4@projects.filevine.com

I attach a Categorization Form for the following Plaintiff:

**Alma Rodriguez**              **1:17-cv-04171-RYL-TAB**

Please update your files and notify the court accordingly.  Thank you.

--
Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
**9345 W. Sunset Road**
**Suite 100**
**Las Vegas Nevada 89148**
**P: 702-333-1111 ext. 115**
**Direct Fax: (702) 537-7021**
**Main Fax: 702-507-0092**
**evelyn@bighornlaw.com**
**morrisandersonlaw.com**



"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

📄 **Rodriguez, Alma catagorization form.cook medical.pdf**
1494K

## Categorization Form

A.    Plaintiff's Name:                    Alma Rodriguez

B.    Plaintiff's Case Number:             1:17-cv-04171-RLY-TAB

C.    Plaintiff's Counsel (Lead Firm Name): **Morris//Anderson**

D.    Categorization (check each that applies and briefly describe):

1.    Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."
Check here for Category 1:_____

2.    Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."
Check here for Category 2:_____
Briefly describe claimed complication/outcome/injury:_____

3.    Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."
Check here for Category 3:_____
Briefly describe claimed complication/outcome/injury:_____

4.    Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."
Check here for Category 4:_____
Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:__X__. **Circle all sub-categories that apply below:**

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

___Filter Migration causing adjacent soft tissues changes and stranding with mild compression of the artery and veins.

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: IVC filter was eroding through the lumen of the interior vena cava projecting over the L3-L4 vertebral bodies - Along with mesenteric stranding around the extruded filter legs.

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        **Garry Trinh**

                                 **Nathan Morris**

Plaintiff's Counsel's Firm:       **Morris//Anderson**

Patient Name: RODRIGUEZ, ALMA
Date of Birth: 5/28/1966

MRN: SHM4846912
FIN: SHM0000009139759

* Auth (Verified) *

### SUMMERLIN HOSPITAL MEDICAL CENTER
### 657 TOWN CENTER DRIVE
### LAS VEGAS, NV 89144

## R A D I O L O G Y   R E P O R T

FRANCIS DELVECCHIO M.D.
EMERGENCY M.D.

**Patient:** RODRIGUEZ, ALMA               Med Rec#: 4846912

**Date:** 03/29/12          VID: 01203405       ACCT#: 9139759

**DOB:** 05/28/1966         VT: ER             Room#: EDA-3

53473526        Study: CT ABD PELVIS W/CON

CT ABDOMEN PELVIS WITH CONTRAST

HISTORY: Abdominal pain

COMPARISON: 3/4/2012

TECHNIQUE: After the uneventful intravenous administration of nonionic iodinated
contrast, thin section axial CT images were obtained from the lung bases to the
pubis symphysis. Thin section coronal images were reconstructed from the axial
data set. All images were reviewed and interpreted.

CONTRAST: Optiray 350, 100 ml IV. With oral contrast.

FINDINGS:
Chest: Lung bases are clear. No pleural effusion or pneumothorax.

Abdomen: The liver, adrenals, kidneys, spleen, and pancreas are unremarkable.
Status post cholecystectomy with mild prominence of the common bile duct. Again,
there is an infrarenal IVC filter in place with 4 of the filter struts appears to
be outside the lumen of the IVC. This is not change when compared to prior study.
The anterior strut appears to have minimal soft tissue prominence surrounding the
strut, unchanged. Abdominal aorta is unremarkable. The large bowel and small bowel
are unremarkable. There is no free fluid or free air identified. No
lymphadenopathy. Bladder is unremarkable.

The conclusions in this report are based on radiologic findings;
correlation with clinical status of patient is essential.

Read by: TREY PHAM, M.D.
Released by: TREY PHAM, M.D.
**Desert Radiologists**
**SUMMERLIN MEDICAL CENTER 233-7300**

VR
D. 03/29/2012
T. 03/29/2012  03:19

**PAGE # 1**
VARIABLE TEXT

Facility: SHM Center

PLTFF RODRIGUEZ, ALMA 000001

Patient Name  RODRIGUEZ, ALMA
Date of Birth: 5/28/1966

MRN: SHM4846912
FIN: SHM0000009139759

* Auth (Verified) *

SUMMERLIN HOSPITAL MEDICAL CENTER
657 TOWN CENTER DRIVE
LAS VEGAS, NV 89144

R A D I O L O G Y   R E P O R T

FRANCIS DELVECCHIO M.D.
EMERGENCY M.D.

Patient: RODRIGUEZ, ALMA                     Med Rec#:  4846912

Date: 03/29/12          VID:  01283405       ACCT#:   9139759

DOB: 05/28/1966         VT:  ER              Room#:  SDA-3

53473526   Study: CT ABD PELVIS W/CON

IMPRESSION:
No acute intra-abdominal process.

The conclusions in this report are based on radiologic findings;
correlation with clinical status of patient is essential.

Read by: TREY PHAM, M.D.
Released by: TREY PHAM, M.D.
Desert Radiologists
SUMMERLIN MEDICAL CENTER 233-7300

VR
D.  03/29/2012
T.  03/29/2012  03:19
PAGE # 2
VARIABLE TEXT

PLTFF RODRIGUEZ, ALMA 000002

EMERGENCY
757 WESTWOOD PLAZA
LOS ANGELES CA 90095-8358

RODRIGUEZ, ALMA
MRN: 4362189
DOB: 5/28/1966, Sex: F
Adm: 3/29/2012, D/C: 3/30/2012

## Orders (continued)

**CT Abdomen Pelvis w Contrast [52877296] (continued)**
No screening form exists for this order.

Patient Name (Please Print): _____

Patient Signature: _____   Date: _____

Performing Technologist (Please Print): _____

Performing Technologist Signature: _____   Date: _____

---

### CT Abdomen Pelvis w Contrast (Order 52877297)
Result

Status  Final result
3/30/2012  2:00 PM

**CT Abdomen Pelvis w Contrast [52877297]** | Resulted: 03/30/12 1400, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Roe, Jada Lane 03/30/12 0551 | Resulted by | Kadell, Barbara<br>Al-Tariq, Quazi Zubair<br>Nguyen, Michael John, MD |
| Performed | 03/30/12 0551 - 03/30/12 0551 | Resulting lab: | UCLA RADIOLOGY |

Narrative
WET READ (Al-Tariq 27184): There is no evidence of small bowel
obstruction. The large bowel appears within normal limits. The
appendix is visualized and has a measured thickness of approximately
6 mm. It is opacified with contrast and contains a small amount of
air. There is no periappendiceal fat stranding. There is however a
moderate amount of free fluid within the pelvis and endometrial
canal. A crenulated follicle is seen within the left ovary. The
uterus is globular and heterogeneous in appearance. The patient is
status post cholecystectomy. The common bile duct is dilated,
measuring up to 1.1 cm. There is no intrahepatic biliary ductal
dilatation. There is no evidence of obstructing stone or
periampulary mass. The main pancreatic duct is nondilated. An
infrarenal IVC filter is in place.

***Final Read***
CT of the Abdomen Without and With and CT of the Pelvis With
Intravenous Contrast  March 30, 2012
HISTORY: Rule out small bowel obstruction
INDICATION  As above
COMPARISON  none
TECHNIQUE  On the Siemens multirow-detector scanner, a volumetric
pre- and post-contrast scan is reconstructed to 5 mm images through
the abdomen followed by a scan through the pelvis with the uneventful
intravenous administration of 115 ml Omnipaque 350.
FINDINGS:
A limb of the IVC Filter extends outside the lumen of the inferior
vena cava and extends into the adjacent mesentery causing adjacent
soft tissue changes and stranding with mild compression of the
superior mesenteric artery and veins (series 3image 42)
There is no evidence of small bowel obstruction. The large bowel
appears within normal limits.
The appendix is visualized and has a measured thickness of
approximately 6 mm. It is opacified with contrast and contains a
small amount of air. There is no periappendiceal fat stranding.
There is, however, a mild to moderate amount of free fluid within the
pelvis and endometrial canal. A crenulated follicle is seen within
the left ovary.
The uterus is globular and heterogeneous in appearance. The patient
is status post cholecystectomy. The common bile duct is dilated,
measuring up to 1.1 cm. There is no intrahepatic biliary ductal
dilatation. There is no evidence of obstructing stone or
periampulary mass
The main pancreatic duct is nondilated.
The remainder of the upper abdominal viscera and solid organs are
otherwise unremarkable
Limited evaluation of the chest is grossly unremarkable.

---

Generated on 4/18/2017 11:51 AM

PLTFF RODRIGUEZ, ALMA 000003

EMERGENCY
757 WESTWOOD PLAZA
LOS ANGELES CA 90095-8358

RODRIGUEZ,ALMA
MRN: 4362189
DOB: 5/28/1966, Sex: F
Adm: 3/29/2012, D/C: 3/30/2012

## Orders (continued)

**CT Abdomen Pelvis w Contrast [52877297] (continued)**                          Resulted: 03/30/12 1400, Result status: Final result

Impression:
IMPRESSION:
1. A single limb of the IVC Filter extends outside the lumen of the inferior vena cava and extends into the adjacent mesentery causing prominent adjacent soft tissue changes and stranding with mild compression of the superior mesenteric artery and veins.
2. Status post cystectomy with a dilated common bile duct. No obvious obstructing stone or lesion identified.
3. Findings discussed with Dr. Marshall Morgan at 1200 on March 30, 2012.
I, Barbara Kadell , M.D., have reviewed this radiological study personally and I am in full agreement with the findings of the report presented here.

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 03/30/12 0551 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - UCLARad | UCLA RADIOLOGY | Model Lab Director | Westwood<br>Los Angeles CA | 04/13/11 2306 - Present |

**CT Abdomen Pelvis w Contrast [IMG794] (Order 52877297)**
Order                                                                        Status  Final result
                                                                             3/30/2012 2:00 PM

**CT Abdomen Pelvis w Contrast [52877296]**

Electronically signed by: Interface, Rad Conversion on 03/30/12 0551        Status  **Completed**
Ordering user: Interface, Rad Conversion 03/30/12 0551
Authorized by: Roe, Jada Lane                          Ordering provider: Roe, Jada Lane
Frequency: Once 03/30/12 0551 - 1 Occurrences
**Screening Form**

# SCREENING FORM
## CSN: error

No screening form exists for this order.

Patient Name (Please Print): _____

Patient Signature: _____     Date: _____

Performing Technologist (Please Print): _____

Performing Technologist Signature: _____     Date: _____

**CT Abdomen Pelvis w Contrast (Order 52877297)**
Result                                                                       Status  Final result
                                                                             3/30/2012 2:00 PM

**CT Abdomen Pelvis w Contrast [52877297]**                                 Resulted: 03/30/12 1400, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Roe, Jada Lane  03/30/12 0551 | Resulted by | Kadell, Barbara<br>Al-Tariq, Quazi Zubair<br>Nguyen, Michael John, MD |
| Performed<br>Narrative: | 03/30/12 0551 - 03/30/12 0551 | Resulting lab: | UCLA RADIOLOGY |

Generated on 4/18/2017 11:51 AM                                              Page 6

PLTFF RODRIGUEZ, ALMA 000004

RR INP LEGACY CONV
757 WESTWOOD PLAZA
LOS ANGELES CA 90095-8358

RODRIGUEZ, ALMA
MRN: 4362189
DOB: 5/28/1966, Sex: F
Enc. Date: 04/04/12

Encounter-Level Documents - 04/04/2012

Scan on 4/4/2012 0000 · Inpatient Consultation (below)

Health System

RODRIGUEZ, ALMA
Female, 45 years, DOB: 28-May-1966
MRN: 4362189

### Inpatient Consultation
Inpatient, Westwood
Admitted 4 Apr 2012 06:56

000493AFO-5

Date of Service        4-Apr-2012 00:00        Department Specialty   SURGERY-General Surgery

CONSULTING PHYSICIAN:
Steven Farley M.D. (P21612), Vascular Surgery

REQUESTING SERVICE
Emergency Department

HISTORY OF PRESENT ILLNESS
This is a 45 year old female who has a history of experiencing an automobile accident 1 year ago in Las Vegas, in which she sustained some spine fractures as well as intraabdominal bleeding requiring an exploratory laparotomy and an IVC filter placement. Over the past several months, the patient has been experiencing new abdominal pain, which she characterizes as sharp in nature, which has been increasing in severity, particularly over the past month. The patient reports that her pain is also exacerbated when she bends over and when she eats. She also reports that nothing particularly makes her pain better. The patient is from Las Vegas and is in the Los Angeles area with her daughter for spring break and presented to UCLA on 03/30/2012 due to aggravated exacerbation of her baseline abdominal pain. The patient had a CT scan done here, at this ER and was initially read as a negative scan. As a result, the patient was discharged back to home in the care of her family. After the scan had a final read with the attending, it was noted that a single limb of her IVC filter was extending outside of the lumen of the IVC extending into the adjacent mesentery causing prominent adjacent soft tissue changes as well as stranding. It was also noted that the limb of the IVC filter was causing a mild compression of the superior mesenteric artery and vein. As a result, the patient was contacted at home and asked to return to the UCLA ER for further evaluation. The patient currently denies any nausea, vomiting, chest pain, or shortness of breath. She also reports having regular bowel movements and no difficulty urinating.

PAST MEDICAL HISTORY:
There are no chronic medical issues with this patient.

MEDICATIONS
None.

ALLERGIES:
Penicillin.

SURGICAL HISTORY,
The patient has a history of C4 C5 fusion as well as an exploratory laparotomy, cholecystectomy. All these operations were associated with her automobile accident 1 year ago.

SOCIAL HISTORY·
She denies smoking, drinking, or any illicit drug use. She is a resident of Las Vegas and is in the Las Angeles area visiting her brother along with her daughter for her daughter's spring break.

FAMILY HISTORY
Mother died of liver cancer.

REVIEW OF SYSTEMS:
A 14-point review of systems was done with no pertinent positives outside those mentioned in the history of present illness

PHYSICAL EXAM:
Vital signs: Temperature 97.5, BP 128/85, heart rate 89, respiratory rate 16, and O2 saturation 100% on room air. General: The patient is a well-developed, well-nourished female, appearing stated age, lying on a gurney, in no acute distress. Chest: Clear to auscultation bilaterally. Heart: Regular rate and rhythm. Abdomen: Soft. The patient is moderately tender in all 4 abdominal quadrants, most specifically in her epigastric area. There is no rebound tenderness. There is no guarding

Printed by at  13-Apr-2012 10:07                    000493AF0-5                Page 1 of 2

PLTFF RODRIGUEZ, ALMA 000005

RR INP LEGACY CONV
757 WESTWOOD PLAZA
LOS ANGELES CA 90095-8358

RODRIGUEZ, ALMA
MRN: 4362189
DOB: 5/28/1966, Sex: F
Enc. Date: 04/04/12

Inpatient Consultation

RODRIGUEZ ALMA
Female, 45 years, DOB: 28-May-1966
MRN: 4362189

Inpatient, Westwood
Admitted 4-Apr-2012 06.56

Abdomen is nondistended. There are positive bowel sounds. Extremities: Warm and well perfused. There are 2+ pulses in all extremities bilaterally.

IMAGING
CT scan: Single limb of IVC filter extends outside of the lumen of the IVC extending into adjacent mesentery causing prominent adjacent soft tissue changes and stranding, with mild compression of the superior mesenteric artery and vein.

LABORATORY DATA
Pending

ASSESSMENT AND PLAN
This is a 45-year old female with a history of automobile accident 1 year ago, requiring operations with subsequent development of right lower extremity deep venous thrombosis, requiring an inferior vena cava filter placement at the time of initial injury. The patient now has single limb of the inferior vena cava filter extending outside the lumen of the inferior vena cava, causing soft tissue changes in the adjacent mesentery as well as mild compression of the superior mesenteric artery and vein. Plan at this time is to observe the patient in the Emergency Department for now and most likely admit the patient to the Internal Medicine Service for referral to interventional radiology for removal of her inferior vena cava filter with any needed additional procedures. We will continue to monitor the patient's vital signs as well as follow up on her laboratory data and continue to do serial abdominal exams. The vascular surgery service will follow for now. The above assessment and plan was discussed with the vascular fellow, Dr. Wesley Lew, as well as the attending, Dr. Steven Farley.

Dictated by Michael Bundy, D.D.S. [p26190] at 4-Apr-2012 02:16

Transcribed by Spheris [spheris] at 4-Apr-2012 03:04
    Transcribed document id 1920836
    Confirmation number 1920836
    Reference number 204040880300200

Received at 4-Apr-2012 03:05

Electronically signed by Michael James Bundy DDS [p26190] at 5-Apr-2012 04:02

Addendum by Steven Michael Farley MD [p21612] at 13-Apr-2012 08:36
    I examined the patient, reviewed the CT scan and formulated the plan. The IVC filter demonstrates penetration through the wall of the IVC and there is evidence of mesenteric stranding around the the extruded filter legs. These findings have been reported to cause abdominal pain and removal of the filter is recommended by a percutaneous approach

        CC    Steven Farley, M.D.

PLTFF RODRIGUEZ, ALMA 000006