# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.      1:17-cv-03693 (Plaintiff Marie Mae Brown)

                     1:17-cv-04389 (Plaintiff Ezill Brown)

                     1:18-cv-00309  (Plaintiff Leo F. Brown)

                     1:19-cv-00552 (Plaintiff Ethel Butler)

                     1:17-cv-00759 (Plaintiff Thomas Campbell)

                     1:17-cv-01575 (Plaintiff Rod Cavalier)

## <u>NOTICE OF APPEARANCE</u>

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the aboved-named Plaintiffs.

Dated: June 10, 2019

Respectfully submitted,

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*

2