EXHIBIT "1"

**G**mail
*by Google*

Evelyn Shaw <evelyn@bighornlaw.com>

---

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

---

**Evelyn Shaw** <evelyn@bighornlaw.com>
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Cc: Peter Wetherall <pwetherall@wetherallgroup.com>, Nathan Morris <nathan@bighornlaw.com>, Kimball Jones <kimball@bighornlaw.com>, Ali Garcia <ali@bighornlaw.com>
Bcc: galenschatzmanfb48@projects.filevine.com, joshuacraig30c0@projects.filevine.com, jamescooperb603@projects.filevine.com, arthurschermerhornivcfilter@projects.filevine.com, perrysylvain2108@projects.filevine.com, larryvaughanc2d6@projects.filevine.com, kristicraftz142779@projects.filevine.com, almarodriguez1cc4@projects.filevine.com, Christina Guerra <cguerra@martinbaughman.com>

Thu, May 16, 2019 at 12:31 PM

---

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| | |
|---|---|
| **Alma Rodriguez** | **1:17-cv-04171-RYL-TAB** |
| **Kristi Craft** | **1:17-cv-04200-JMS-DML** |
| **Larry Vaughan** | **1:17-cv-04340-RLY-TAB** |
| **Perry Sylvain** | **1:17-cv-04339-RLY-TAB** |
| **Arthur Schermerhorn** | **1:18-cv-00647-SEB-DML** |
| **James Cooper** | **1:17-cv-04345-RLY-TAB** |
| **Joshua Craig** | **1:17-cv-01697-RLY-TAB** |
| **Galen Schatzman** | **1:18-cv-01833-WTL-TAB** |

Please update your files and notify the court accordingly.  Thank you.

--

Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
**9345 W. Sunset Road**
**Suite 100**
**Las Vegas Nevada 89148**
**P: 702-333-1111 ext. 115**
**Direct Fax: (702) 537-7021**
**Main Fax: 702-507-0092**
evelyn@bighornlaw.com
morrisandersonlaw.com



"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business.  Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

**8 attachments**

 **Craig, Joshua catagorization form.cook medical.pdf**

940K

Cooper, James catagorization form.cook medical.pdf
975K

Schatzman, Galen Page catagorization form.cook medical.pdf
1316K

Rodriguez, Alma catagorization form.cook medical.pdf
1494K

Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf
2216K

Craft, Kristy _ catagorization form.cook medical (1).pdf
1179K

Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf
1308K

Sylvain, Perry_ catagorization form.cook medical (1).pdf
1011K

ali@bighornlaw.com

| | |
|---|---|
| **From:** | ali@bighornlaw.com |
| **Sent:** | Thursday, May 16, 2019 12:57 PM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | evelyn@bighornlaw.com |
| **Subject:** | COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB |
| **Attachments:** | Sylvain, Perry_ catagorization form.cook medical (1).pdf; Vaughan, Larry John, Jr._ catagorization form.cook medical (1).pdf; Craft, Kristy _ catagorization form.cook medical (1).pdf; Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf; Rodriguez, Alma catagorization form.cook medical.pdf; Schatzman, Galen Page catagorization form.cook medical.pdf; Craig, Joshua catagorization form.cook medical.pdf; Cooper, James catagorization form.cook medical.pdf |
| **Flag Status:** | Flagged |

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| | |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly.  Thank you.

*Evelyn Shaw, Paralegal*
*BIGHORN LAW, LLC*
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com

"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business.  Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."



Evelyn Shaw <evelyn@bighornlaw.com>

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

**Evelyn Shaw <evelyn@bighornlaw.com>**                                      Thu, May 16, 2019 at 12:34 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Bcc: arthurschermerhornivcfilter@projects.filevine.com

I attach a Categorization Form for the following Plaintiff:

**Arthur Schermerhorn**          **1:18-cv-00647-SEB-DML**

Please update your files and notify the court accordingly.   Thank you.

--
Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com

"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business.  Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

 **Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf**
2216K

## Categorization Form

A.    Plaintiff's Name:          Aurthur Wayne Schemerhorn

B.    Plaintiff's Case Number:   118-cv-00647-seb-dml

C.    Plaintiff's Counsel (Lead Firm Name): **Morris//Anderson**

D.    Categorization (check each that applies and briefly describe):

   1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."
   Check here for Category 1:_____

   2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."
   Check here for Category 2:_____
   Briefly describe claimed complication/outcome/injury:_____

   3.  Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."
   Check here for Category 3: X___
   Briefly describe claimed complication/outcome/
   injury: Anticoagulation for 6 years until removal

   4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."
   Check here for Category 4:_____
   Briefly describe claimed complication/outcome/
   injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "**(a)** Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: X

Briefly describe claimed complication/outcome/injury: 2 failed retrieval attempts, embedded filter, complex retrieval/Unusual Procedure.

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: ____

Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: X . **Circle all sub-categories that apply below:**

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
Chronic appearing partial occlusion of the infrarenal IVC below filter site.

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: 2 failed removal attempts due to persistent thrombosis

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.    Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:                    **Garry Trinh**

**Nathan Morris**

Plaintiff's Counsel's Firm:                   **Morris//Anderson**

Seton Medical Center
1900 Sullivan Ave
Daly City, CA 94015

**Seton Medical Center**

| SCHERMERHORN, ARTHUR | | MRN 63-94-52 | Gender MALE | DOB 01/19/1959 |
|---|---|---|---|---|

## Radiology Report

| Accession SMC0483088 | Ordered By MICHAEL GIROLAMI | Read By CARL KIM | | Collection Date Mar 14 2012 1:29PM |
|---|---|---|---|---|

**Tests Ordered**

SP 75825 INF VENA CAVAGRAM,;SP 75825 INF VENA CAVAGRAM,

**General Comments**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

SP 75825 INF VENA CAVAGRAM,                                          Resulted: 03/14/12 01:29 PM
SP 75825 INF VENA CAVAGRAM, IMAGE
SP 75825 INF VENA CAVAGRAM       SEE BELOW

EXAM: INFERIOR VENACAVAGRAM
HISTORY: Evaluation for possible IVC filter removal
COMPARISON: None available.
FINDINGS: The risks, benefits and alternatives of the procedure were
carefully discussed with the patient, and informed consent was obtained.
The patient placed on the angiographic table in a supine position and the
right neck was prepped and draped in a sterile fashion. The skin overlying the right internal jugular vein was then anesthetized utilizing
local infiltration of 1% lidocaine. Under direct ultrasound guidance, 21
gauge micropuncture access was obtained into the right internal jugular
vein. Serial dilatation was performed over a wire with placement of a
5-French pigtail catheter into the inferior vena cava. And inferior vena
cava gram was performed which demonstrated large volume thrombus within
the inferior vena cava filter, therefore as decided not to retrieve the
filter at this time. The patient is currently on anticoagulation and
reevaluation of the filter will be performed in 6 weeks time. The
catheter was removed and hemostasis achieved. The patient tolerated the
procedure well without immediate complication. 75825, 36010.
Medications:
1. Fentanyl 75 mcg IV.
2. Versed 1 mg IV.
3. Zofran 4 mg IV.

| SCHERMERHORN, ARTHUR | 63-94-52 | SMC0483088 |
|---|---|---|

Last Updated: 09/30/2016 08:31a PDT    PRELIMINARY REPORT           Page 3 of 4
This document contains private and confidential health information protected by state and federal law.

Seton Medical Center
1900 Sullivan Ave
Daly City, CA 94015

**Seton Medical Center**
1900 Sullivan Ave · Daly City, CA 94015

| SCHERMERHORN, ARTHUR | | MRN 63-94-52 | Gender MALE | DOB 01/19/1959 |
|---|---|---|---|---|

IMPRESSION: An inferior venacavagram performed through a right internal
jugular vein accessed demonstrates a large volume clot within the
inferior vena cava filter. Filter retrieval was not performed at this
time. This can be reevaluated in 6 weeks after a course of anticoagulation.
Total fluoro time: 3 minutes 7 seconds.
                        Dictated: CARL KIM MD
                        Reviewed, signed by: CARL KIM MD


Seton Medical Center~1900 Sullivan Ave.~Daly City CA 9

| SCHERMERHORN, ARTHUR | 63-94-52 | SMC0483088 | |
|---|---|---|---|

Last Updated: 09/30/2016 08:31a PDT      **PRELIMINARY REPORT**                    Page 4 of 4

This document contains private and confidential health information protected by state and federal law.

PLTFF_Arthur Schermerhorn_ BATES# 000002

**Seton Medical Center**
1900 Sheltim Ave, - Daly City, CA 94015

Seton Medical Center
1900 Sullivan Ave
Daly City, CA 94015

| SCHERMERHORN, ARTHUR | MRN 63-94-52 | Gender MALE | DOB 01/19/1959 |
|---|---|---|---|

## Radiology Report

| Accession SMC0491059 | Ordered By CARL KIM | Read By CARL KIM | Collection Date May 9 2012 10:21AM |
|---|---|---|---|

**Tests Ordered**

SP 75825 INF VENA CAVAGRAM, ;SP 75825 INF VENA CAVAGRAM,

**General Comments**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | | Resulted: 05/09/12 10:21 AM | |

SP 75825 INF VENA CAVAGRAM,
SP 75825 INF VENA CAVAGRAM, IMAGE
SP 75825 INF VENA CAVAGRAM         SEE BELOW

EXAM: INFERIOR VENA CAVA FILTER RETRIEVAL
HISTORY: Inferior vena cava filter
COMPARISON: 03/14/2012, 10/27/2011
FINDINGS: The risks, benefits and alternatives of the procedure were
carefully discussed with the patient, and informed consent was obtained.
The patient placed on the angiographic table in a supine position and the
right neck was prepped and draped in a sterile fashion. The skin overlying the right internal jugular vein was then anesthetized utilizing
local infiltration of 1% lidocaine. Under direct ultrasound guidance, 21
gauge single wall access was obtained into the right internal jugular
vein. Serial dilatation was performed over a wire and the right atrium
and superior vena cava were crossed with placement of a 5-French straight
catheter into the inferior vena cava. A contrast injection demonstrated
trapped thrombus within the inferior vena cava filter. Therefore, it was
decided not to remove the filter at this time. Well-formed collaterals
were seen bypassing the cava.
IMPRESSION: An inferior vena cava gram demonstrates persistent thrombus
within the IVC filter. This is likely well organized thrombus at this
time, I believe is unlikely to resolve. These findings were discussed
with the patient following the procedure. 75825, 76937, 36010.
Total fluoro time: 3 minutes 11 seconds.

| SCHERMERHORN, ARTHUR | 63-94-52 | SMC0491059 | |
|---|---|---|---|

Last Updated: 09/30/2016 08:31a PDT       PRELIMINARY REPORT       Page 2 of 5
This document contains private and confidential health information protected by state and federal law.

**Seton Medical Center**
1900 Sullivan Ave · Daly City CA 94015

Seton Medical Center
1900 Sullivan Ave
Daly City, CA 94015

| SCHERMERHORN, ARTHUR | MRN 63-94-52 | Gender MALE | DOB 01/19/1959 |
|---|---|---|---|

Dictated: CARL KIM MD
Reviewed, signed by: CARL KIM MD

Seton Medical Center~1900 Sullivan Ave.~Daly City CA 9

| SCHERMERHORN, ARTHUR | 63-94-52 | SMC0491059 | |
|---|---|---|---|

Last Updated: 09/30/2016 08:31a PDT      PRELIMINARY REPORT                Page 3 of 5
This document contains private and confidential health information protected by state and federal law.

PLTFF_Arthur Schermerhorn_ BATES# 000004

Print This Page | Close This Window

Name: Arthur W. Schermerhorn | DOB: 1/19/1959 | MRN: 25420936 | PCP: Jeffrey David Millman, MD

## IR CV IR BODY PROCEDURE - Details

## Study Result

**Impression**

Inferior vena cava (IVC) filter retrieval

Procedural Personnel
Primary: Kuo, William Tom, MD
Fellow: Goettl, Christopher S, MD

Pre-procedure diagnosis: IVC filter, chronic thrombosis of IVC and iliac veins
Post-procedure diagnosis: Same
Indication(s): No indications documented.
Additional clinical history: Arthur W Schermerhorn is a 59 Year old male with a history of hemorrhagic stroke, VTE, and IVC filter placement. In October 2011, he presented to the hospital and was diagnosed with a TIA, felt to be related to his recently diagnosed atrial fibrillation. He was provided an Aspirin and was discharged from the hospital with instructions to follow-up with his PCP the following day. Upon follow-up, he was started on Pradaxa anticoagulation and that evening he developed a severe headache, that he recalls as feeling like his head was going to "blow-up". He presented to the hospital and was diagnosed with a massive hemorrhagic stroke requiring emergent craniotomy. Following surgery, he was immobile and hospitalized for several months. In late October, he was noted to have significant left leg swelling and Mr. Schermerhorn was able to express pain in the leg. Imaging revealed a left lower extremity DVT and pulmonary embolism. Given his recent hemorrhagic stroke, anticoagulation was discontinued and on 10/27/2011, he underwent IVC filter placement at Seton Hospital in Daly City, California. He ultimately made a remarkable recovery following his prolonged hospitalization. On 2/22/2012, he underwent successful cranioplasty, although he continues to have debilitating nerve pain along an incision site. On 3/14/2012, he underwent attempts IVC filter retrieval at Seton Medical Center in Daly City, California which revealed large thrombus burden within the IVC. Retrieval was not attempted at that time and anticoagulation with Coumadin was initiated with plans for him to return several weeks later. On 5/9/2012, he underwent an additional attempt at IVC filter retrieval but this again revealed persistent thrombus within the IVC and retrieval was not pursued. Following this attempt, he was told his filter would stay in indefinitely. Mr. Schermerhorn has been on Coumadin since 2012 without additional bleeding issues and reports his INR levels are mostly within range. His atrial fibrillation is well managed on Flecenide. From his understanding, following successful filter retrieval, his local doctors will likely keep him on anticoagulation due to his atrial fibrillation.
Shortly after his initial stroke and hospitalization, he had significant lower extremity swelling which gradually improved with time. He has left lower extremity varicose veins which have been present "forever" and denies any new abdominal or prominent pelvic varicose veins. He walks about 2 1/2 miles most days without issue. However, he does not pursue other physical activities due to fear that he may cause damage to his filter. Through his wife's own research, they learned about the Stanford Filter Clinic and requested additional consultation regarding possible retrieval. He remains on Coumadin. He is here for complex filter

retrieval today with Dr. Kuo.

Complications: None

**IMPRESSION:**

**1. Successful complex retrieval of an embedded Celect IVC filter.**

**2. Residual chronic stenoses of the infrarenal IVC and left common iliac vein were not fully treated today due to lack of life-style limiting PTS.**

Plan:

Discharge home later this evening if no complications. Follow up phone call in one week, and follow up with primary care provider in 1 month.

---

PROCEDURE SUMMARY:
- Venous access with ultrasound guidance
- IVC venography
- IVC filter retrieval with fluoroscopic guidance

PROCEDURE DETAILS:

PRE-PROCEDURE
Relevant imaging review: CT
Informed consent for the procedure was obtained and time-out was performed prior to the procedure.
Prophylactic antibiotic administered: None
Preparation (MIPS): Operators performed hand hygiene and wore sterile gloves, gown, and cap. Sterile prep with chlorhexidine scrub in standard sterile fashion.

Anesthesia/Sedation:
Level of anesthesia/sedation: Moderate sedation (conscious sedation)
Moderate sedation was achieved with IV medication administered by the physician or by the nurse with direct oversight by the physician during the procedure and the times and doses are accurately reflected in the patients medical record.
Physician/Patient face-to-face sedation start time: 3:04 PM
Physician/Patient face-to-face sedation end time: 4:16 PM
Duration of anesthesia/sedation: 72 minutes

I, William Kuo, attest that I personally was present for continuous 1:1 monitoring throughout the entire procedure and while sedation was being administered. The above times reflect physician/patient face-to-face time.

ACCESS GAINED
Local anesthesia was administered. The vessel was sonographically evaluated and judged appropriate for access. Real time ultrasound was used to visualize needle entry into the vessel and a permanent image was stored.
*Access vein ultrasound findings: Patent
Access vein side: Right
Vein accessed: Internal jugular vein
Access Wire: Amplatz
Access technique: 5F micropuncture set
*Additional findings: Patent right internal jugular vein.

IVC VENOGRAPHY

PLTFF_Arthur Schermerhorn_ BATES# 000006

Vein catheterized: IVC
Indication for venography: Document position of filter within the IVC and evaluate for intra-filter thrombus.
IVC patency: Patent
Filter position: Infrarenal IVC
Filter integrity: Intact
Intra-filter thrombus: Not present
Leg penetration: Not present
Hook position: Not embedded
Contrast used: Visipaque
Hand injection: Yes
Additional findings: Hook along the right infrarenal IVC. Chronic partial occlusion of the infrarenal IVC and left common iliac vein, with large lumbar collateral veins seen.

COMPLEX FILTER RETRIEVAL
Sheath Type: A single retrieval sheath was advanced.
Retrieval sheath size(s): 16Fr
The filter was captured, collapsed into the sheath, and removed in its entirety.
Filter capture technique: The rigid forceps were used to dissect the filter apex from the wall of the cava. The apex of the filter was engaged with the forceps and captured into the sheath. EnSnare was then used to capture the hook of the filter, and the filter was sheathed and removed.
Complex filter retrieval: Yes
Findings:

UNUSUAL PROCEDURE: Complex IVC filter retrieval with fluoroscopic guidance was performed with 1 hours of additional procedure time because of the technical difficulty of the procedure resulting from the embedded nature of the filter and its effects on the IVC, requiring substantial additional physical and mental effort.

VENOGRAM
Catheter tip position: Left Common iliac vein
Catheters used: Soft straight flush
Additional technique comments: hand injection
*Venogram collaterals:
Contrast used: Visipaque
Hand injection: Yes
*Findings: Chronic appearing partial occlusion of the infrarenal IVC below the filter site, with narrowing of the left common iliac vein and prominent lumbar and pelvic collateral vessels.

VENOGRAM
Catheter tip position: Left External iliac vein
Catheters used: Straight flush
Additional technique comments: hand injection
*Venogram collaterals:
Contrast used: Visipaque
Hand injection: Yes
*Findings: As above, chronic appearing partial occlusion of the infrarenal IVC below the filter site, with narrowing of the left common iliac vein and prominent lumbar and pelvic collateral vessels.

VENOPLASTY
Venoplasty performed: Yes
Venoplasty location: Left Common iliac, IVC
Balloon type: Atlas
Balloon diameter (mm): 20

Balloon length (mm): 40
Venoplasty total duration (min): 4
Contrast used: Visipaque
Hand injection: Yes
*Additional Findings: Waists seen at the left common iliac and IVC, improved after plasty.

VENOGRAM
Catheter tip position: IVC
Catheters used: Sheath
Additional technique comments: Sheath venogram from the infrarenal IVC.
*Venogram collaterals: Yes, reduced
Contrast used: Visipaque
Hand injection: Yes
*Findings: After plasty, improvement in the degree of infrarenal IVC and left common iliac narrowing, with improved flow through the left common iliac and IVC. Large lumbar collaterals and left gonadal vein not as prominently seen on completion venobram.

ACCESS CLOSURE
The sheath was removed and hemostasis was achieved with Absorbable suture, Dermabond, Steri-Strips and Manual compression. Sterile dressing(s) applied.
*Findings: Hemostasis achieved.

CONTRAST
Contrast agent: Isovue 300
Contrast volume: 53 cc

RADIATION DOSE
Fluoroscopy time (minutes): 23.5
Reference air kerma (mGy): 696
Kerma area product (mGy-cm2):

ADDITIONAL DETAILS
Additional description of procedure: None
Additional findings: None
Equipment details: None
Specimens removed: None
Estimated blood loss: No Data Recorded
Standardized report: SIR_IVCFilterRetrieval1.3

ATTESTATION
Attending: Kuo, William Tom, MD was present for the entire procedure. I reviewed the stored images and agree with the report as written..

**Narrative**
PROCEDURE:
There is no component information for this result.

## General Information

Resulted:
06/25/2018 10:31 AM
Ordered By:
William Tom Kuo, MD
Result Status:
Final result

## Categorization Form

A.   Plaintiff's Name: _Aurthur Wayne Schemerhorn_

B.   Plaintiff's Case Number: _118-cv-00647-seb-dml_

C.   Plaintiff's Counsel (Lead Firm Name): **Morris//Anderson**

D.   Categorization (check each that applies and briefly describe):

1.   Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."
Check here for Category 1:____

2.   Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."
Check here for Category 2:____
Briefly describe claimed complication/outcome/injury:_____

3.   Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."
Check here for Category 3: _X_
Briefly describe claimed complication/outcome/injury: _Anticoagulation for 6 years until removal_

4.   Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."
Check here for Category 4:____
Briefly describe claimed complication/outcome/injury:_____

5.  Failed Retrieval and Complicated Retrieval Cases[1]:  "**(a)** Cases where the plaintiff has undergone one or more failed retrieval procedures; and **(b)** Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: X

Briefly describe claimed complication/outcome/injury: 2 failed retreival attempts, embedded filter, complex retrieval/Unusual Procedure.

6.  Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7.  Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: X  . **Circle all sub-categories that apply below**:

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
Chronic appearing partial occlusion of the infrarenal IVC below filter site.

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
_____

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
_____

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: 2 failed removal attempts due to persistent thrombosis

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:                    **Garry Trinh**

                                                         **Nathan Morris**

Plaintiff's Counsel's Firm:                  **Morris//Anderson**

**Seton Medical Center**
Seton Medical Center
1900 Sullivan Ave
Daly City, CA 94015

| SCHERMERHORN, ARTHUR | MRN 63-94-52 | Gender MALE | DOB 01/19/1959 |
|---|---|---|---|

## Radiology Report

| Accession SMC0483088 | Ordered By MICHAEL GIROLAMI | Read By CARL KIM | Collection Date Mar 14 2012 1:29PM |
|---|---|---|---|

**Tests Ordered**

SP 75825 INF VENA CAVAGRAM, ;SP 75825 INF VENA CAVAGRAM,

**General Comments**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| SP 75825 INF VENA CAVAGRAM, | | | | Resulted: 03/14/12 01:29 PM | |
| SP 75825 INF VENA CAVAGRAM, IMAGE | | | | | |
| SP 75825 INF VENA CAVAGRAM | SEE BELOW | | | | |

EXAM: INFERIOR VENACAVAGRAM
HISTORY: Evaluation for possible IVC filter removal
COMPARISON: None available.
FINDINGS: The risks, benefits and alternatives of the procedure were
carefully discussed with the patient, and informed consent was obtained.
The patient placed on the angiographic table in a supine position and the
right neck was prepped and draped in a sterile fashion. The skin overlying the right internal jugular vein was then anesthetized utilizing
local infiltration of 1% lidocaine. Under direct ultrasound guidance, 21
gauge micropuncture access was obtained into the right internal jugular
vein. Serial dilatation was performed over a wire with placement of a
5-French pigtail catheter into the inferior vena cava. And inferior vena
cava gram was performed which demonstrated large volume thrombus within
the inferior vena cava filter. therefore as decided not to retrieve the
filter at this time. The patient is currently on anticoagulation and
reevaluation of the filter will be performed in 6 weeks time. The
catheter was removed and hemostasis achieved. The patient tolerated the
procedure well without immediate complication. 75825, 36010.
Medications:
1. Fentanyl 75 mcg IV.
2. Versed 1 mg IV.
3. Zofran 4 mg IV.

| SCHERMERHORN, ARTHUR | 63-94-52 | SMC0483088 |
|---|---|---|

This document contains private and confidential health information protected by state and federal law.

PLTFF_Arthur Schermerhorn_ BATES# 000001

Seton Medical Center
1900 Sullivan Ave
Daly City, CA 94015

**Seton Medical Center**
2000 Sullivan Ave. • Daly City, CA 94015

| SCHERMERHORN, ARTHUR | | | MRN 83-94-52 | Gender MALE | DOB 01/19/1959 |
|---|---|---|---|---|---|

IMPRESSION: An inferior venacavagram performed through a right internal
jugular vein accessed demonstrates a large volume clot within the
inferior vena cava filter. Filter retrieval was not performed at this
time. This can be reevaluated in 6 weeks after a course of
anticoagulation.
Total fluoro time: 3 minutes 7 seconds.

                        Dictated: CARL KIM MD
                        Reviewed, signed by: CARL KIM MD


Seton Medical Center~1900 Sullivan Ave.~Daly City CA 9

| SCHERMERHORN, ARTHUR | 63-94-52 | SMC0483088 | |
|---|---|---|---|

Last Updated: 09/30/2016 08:31a PDT    **PRELIMINARY REPORT**    Page 4 of 4
This document contains private and confidential health information protected by state and federal law.

PLTFF_Arthur Schermerhorn_ BATES# 000002

**Seton Medical Center**
1900 Suffolk Ave. · Daly City, CA 94015

Seton Medical Center
1900 Sullivan Ave
Daly City, CA 94015

| SCHERMERHORN, ARTHUR | | | MRN 63-94-52 | Gender MALE | DOB 01/19/1959 |
|---|---|---|---|---|---|

| **Radiology Report** | | | | | |
|---|---|---|---|---|---|
| Accession SMC0491059 | Ordered By CARL KIM | Read By CARL KIM | | Collection Date May 9 2012 10:21AM | |

**Tests Ordered**

SP 75825 INF VENA CAVAGRAM, ;SP 75825 INF VENA CAVAGRAM,

**General Comments**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| SP 75825 INF VENA CAVAGRAM, | | | | Resulted: 05/09/12 10:21 AM | |

SP 75825 INF VENA CAVAGRAM, IMAGE
SP 75825 INF VENA CAVAGRAM      SEE BELOW

EXAM: INFERIOR VENA CAVA FILTER RETRIEVAL
HISTORY: Inferior vena cava filter
COMPARISON: 03/14/2012, 10/27/2011
FINDINGS: The risks, benefits and alternatives of the procedure were
carefully discussed with the patient, and informed consent was obtained.
The patient placed on the angiographic table in a supine position and the
right neck was prepped and draped in a sterile fashion. The skin overlying the right internal jugular vein was then anesthetized utilizing
local infiltration of 1% lidocaine. Under direct ultrasound guidance, 21
gauge single wall access was obtained into the right internal jugular
vein. Serial dilatation was performed over a wire and the right atrium
and superior vena cava were crossed with placement of a 5-French straight
catheter into the inferior vena cava. A contrast injection demonstrated
trapped thrombus within the inferior vena cava filter. Therefore, it was
decided not to remove the filter at this time. Well-formed collaterals
were seen bypassing the cava.
IMPRESSION: An inferior vena cava gram demonstrates persistent thrombus
within the IVC filter. This is likely well organized thrombus at this
time. I believe is unlikely to resolve. These findings were discussed
with the patient following the procedure. 75825, 76937, 36010.
Total fluoro time: 3 minutes 11 seconds.

| SCHERMERHORN, ARTHUR | 63-94-52 | SMC0491059 | |
|---|---|---|---|

Last Updated: 09/30/2016 08:31a PDT      **PRELIMINARY REPORT**      Page 2 of 5

This document contains private and confidential health information protected by state and federal law.

Seton Medical Center
1900 Sullivan Ave
Daly City, CA 94015

**Seton Medical Center**

| SCHERMERHORN, ARTHUR | | MRN 63-94-52 | Gender MALE | DOB 01/19/1959 |
|---|---|---|---|---|

Dictated: CARL KIM MD
Reviewed, signed by: CARL KIM MD

Seton Medical Center~1900 Sullivan Ave.~Daly City CA 9

| SCHERMERHORN, ARTHUR | 63-94-52 | SMC0491059 | |
|---|---|---|---|

Last Updated: 09/30/2016 08:31a PDT    **PRELIMINARY REPORT**    Page 3 of 5

This document contains private and confidential health information protected by state and federal law.

PLTFF_Arthur Schermerhorn_ BATES# 000004

Print This Page | Close This Window

Name: Arthur W. Schermerhorn | DOB: 1/19/1959 | MRN: 25420936 | PCP: Jeffrey David Millman, MD

## IR CV IR BODY PROCEDURE – Details
### Study Result
**Impression**

Inferior vena cava (IVC) filter retrieval

Procedural Personnel
Primary: Kuo, William Tom, MD
Fellow: Goettl, Christopher S, MD

Pre-procedure diagnosis: IVC filter, chronic thrombosis of IVC and iliac veins
Post-procedure diagnosis: Same
Indication(s): No indications documented.
Additional clinical history: Arthur W Schermerhorn is a 59 Year old male with a history of hemorrhagic stroke, VTE, and IVC filter placement. In October 2011, he presented to the hospital and was diagnosed with a TIA, felt to be related to his recently diagnosed atrial fibrillation. He was provided an Aspirin and was discharged from the hospital with instructions to follow-up with his PCP the following day. Upon follow-up, he was started on Pradaxa anticoagulation and that evening he developed a severe headache, that he recalls as feeling like his head was going to "blow-up". He presented to the hospital and was diagnosed with a massive hemorrhagic stroke requiring emergent craniotomy. Following surgery, he was immobile and hospitalized for several months. In late October, he was noted to have significant left leg swelling and Mr. Schermerhorn was able to express pain in the leg. Imaging revealed a left lower extremity DVT and pulmonary embolism. Given his recent hemorrhagic stroke, anticoagulation was discontinued and on 10/27/2011, he underwent IVC filter placement at Seton Hospital in Daly City, California. He ultimately made a remarkable recovery following his prolonged hospitalization. On 2/22/2012, he underwent successful cranioplasty, although he continues to have debilitating nerve pain along an incision site. On 3/14/2012, he underwent attempts IVC filter retrieval at Seton Medical Center in Daly City, California which revealed large thrombus burden within the IVC. Retrieval was not attempted at that time and anticoagulation with Coumadin was initiated with plans for him to return several weeks later. On 5/9/2012, he underwent an additional attempt at IVC filter retrieval but this again revealed persistent thrombus within the IVC and retrieval was not pursued. Following this attempt, he was told his filter would stay in indefinitely. Mr. Schermerhorn has been on Coumadin since 2012 without additional bleeding issues and reports his INR levels are mostly within range. His atrial fibrillation is well managed on Flecenide. From his understanding, following successful filter retrieval, his local doctors will likely keep him on anticoagulation due to his atrial fibrillation.
Shortly after his initial stroke and hospitalization, he had significant lower extremity swelling which gradually improved with time. He has left lower extremity varicose veins which have been present "forever" and denies any new abdominal or prominent pelvic varicose veins. He walks about 2 1/2 miles most days without issue. However, he does not pursue other physical activities due to fear that he may cause damage to his filter. Through his wife's own research, they learned about the Stanford Filter Clinic and requested additional consultation regarding possible retrieval. He remains on Coumadin. He is here for complex filter

retrieval today with Dr. Kuo.

Complications: None

IMPRESSION.

1. Successful complex retrieval of an embedded Celect IVC filter.

2. Residual chronic stenoses of the infrarenal IVC and left common iliac vein were not fully treated today due to lack of life-style limiting PTS.

Plan:

Discharge home later this evening if no complications. Follow up phone call in one week, and follow up with primary care provider in 1 month.

_____

PROCEDURE SUMMARY:
- Venous access with ultrasound guidance
- IVC venography
- IVC filter retrieval with fluoroscopic guidance

PROCEDURE DETAILS:

PRE-PROCEDURE
Relevant imaging review: CT
Informed consent for the procedure was obtained and time-out was performed prior to the procedure.
Prophylactic antibiotic administered: None
Preparation (MIPS): Operators performed hand hygiene and wore sterile gloves, gown, and cap. Sterile prep with chlorhexidine scrub in standard sterile fashion.

Anesthesia/Sedation:
Level of anesthesia/sedation: Moderate sedation (conscious sedation)
Moderate sedation was achieved with IV medication administered by the physician or by the nurse with direct oversight by the physician during the procedure and the times and doses are accurately reflected in the patients medical record.
Physician/Patient face-to-face sedation start time: 3:04 PM
Physician/Patient face-to-face sedation end time: 4:16 PM
Duration of anesthesia/sedation: 72 minutes

I, William Kuo, attest that I personally was present for continuous 1:1 monitoring throughout the entire procedure and while sedation was being administered. The above times reflect physician/patient face-to-face time.

ACCESS GAINED
Local anesthesia was administered. The vessel was sonographically evaluated and judged appropriate for access. Real time ultrasound was used to visualize needle entry into the vessel and a permanent image was stored.
*Access vein ultrasound findings: Patent
Access vein side: Right
Vein accessed: Internal jugular vein
Access Wire: Amplatz
Access technique: 5F micropuncture set
*Additional findings: Patent right internal jugular vein.

IVC VENOGRAPHY

PLTFF_Arthur Schermerhorn_ BATES# 000006

Vein catheterized: IVC
Indication for venography: Document position of filter within the IVC and
evaluate for intra-filter thrombus.
IVC patency: Patent
Filter position: Infrarenal IVC
Filter integrity: Intact
Intra-filter thrombus: Not present
Leg penetration: Not present
Hook position: Not embedded
Contrast used: Visipaque
Hand injection: Yes
Additional findings: Hook along the right infrarenal IVC. Chronic partial
occlusion of the infrarenal IVC and left common iliac vein, with large
lumbar collateral veins seen.

COMPLEX FILTER RETRIEVAL
Sheath Type: A single retrieval sheath was advanced.
Retrieval sheath size(s): 16Fr
The filter was captured, collapsed into the sheath, and removed in its
entirety.
Filter capture technique: The rigid forceps were used to dissect the
filter apex from the wall of the cava. The apex of the filter was engaged
with the forceps and captured into the sheath. EnSnare was then used to
capture the hook of the filter, and the filter was sheathed and removed.
Complex filter retrieval: Yes
Findings:

UNUSUAL PROCEDURE: Complex IVC filter retrieval with fluoroscopic guidance
was performed with 1 hours of additional procedure time because of the
technical difficulty of the procedure resulting from the embedded nature
of the filter and its effects on the IVC, requiring substantial additional
physical and mental effort.

VENOGRAM
Catheter tip position: Left Common iliac vein
Catheters used: Soft straight flush
Additional technique comments: hand injection
*Venogram collaterals:
Contrast used: Visipaque
Hand injection: Yes
*Findings: Chronic appearing partial occlusion of the infrarenal IVC below
the filter site, with narrowing of the left common iliac vein and
prominent lumbar and pelvic collateral vessels.

VENOGRAM
Catheter tip position: Left External iliac vein
Catheters used: Straight flush
Additional technique comments: hand injection
*Venogram collaterals:
Contrast used: Visipaque
Hand injection: Yes
*Findings: As above, chronic appearing partial occlusion of the infrarenal
IVC below the filter site, with narrowing of the left common iliac vein
and prominent lumbar and pelvic collateral vessels.

VENOPLASTY
Venoplasty performed: Yes
Venoplasty location: Left Common iliac, IVC
Balloon type: Atlas
Balloon diameter (mm): 20

Balloon length (mm): 40
Venoplasty total duration (min): 4
Contrast used: Visipaque
Hand injection: Yes
*Additional Findings: Waists seen at the left common iliac and IVC, improved after plasty.

VENOGRAM
Catheter tip position: IVC
Catheters used: Sheath
Additional technique comments: Sheath venogram from the infrarenal IVC.
*Venogram collaterals: Yes, reduced
Contrast used: Visipaque
Hand injection: Yes
*Findings: After plasty, improvement in the degree of infrarenal IVC and left common iliac narrowing, with improved flow through the left common iliac and IVC. Large lumbar collaterals and left gonadal vein not as prominently seen on completion venobram.

ACCESS CLOSURE
The sheath was removed and hemostasis was achieved with Absorbable suture, Dermabond, Steri-Strips and Manual compression. Sterile dressing(s) applied.
*Findings: Hemostasis achieved.

CONTRAST
Contrast agent: Isovue 300
Contrast volume: 53 cc

RADIATION DOSE
Fluoroscopy time (minutes): 23.5
Reference air kerma (mGy): 696
Kerma area product (mGy-cm2):

ADDITIONAL DETAILS
Additional description of procedure: None
Additional findings: None
Equipment details: None
Specimens removed: None
Estimated blood loss: No Data Recorded
Standardized report: SIR_IVCFilterRetrieval1.3

ATTESTATION
Attending: Kuo, William Tom, MD was present for the entire procedure. I reviewed the stored images and agree with the report as written..

**Narrative**
PROCEDURE:
There is no component information for this result.

## General Information

Resulted:
06/25/2018 10:31 AM
Ordered By:
William Tom Kuo, MD
Result Status:
Final result