EXHIBIT "1"



Evelyn Shaw <evelyn@bighornlaw.com>

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

**Evelyn Shaw** <evelyn@bighornlaw.com>        Thu, May 16, 2019 at 12:31 PM
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Cc: Peter Wetherall <pwetherall@wetherallgroup.com>, Nathan Morris <nathan@bighornlaw.com>, Kimball Jones <kimball@bighornlaw.com>, Ali Garcia <ali@bighornlaw.com>
Bcc: galenschatzmanfb48@projects.filevine.com, joshuacraig30c0@projects.filevine.com, jamescooperb603@projects.filevine.com, arthurschermerhornivcfilter@projects.filevine.com, perrysylvain2108@projects.filevine.com, larryvaughanc2d6@projects.filevine.com, kristicraftz142779@projects.filevine.com, almarodriguez1cc4@projects.filevine.com, Christina Guerra <cguerra@martinbaughman.com>

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| Plaintiff | Case Number |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly. Thank you.

Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com



"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

8 attachments

 Craig, Joshua catagorization form.cook medical.pdf

- 940K
- Cooper, James catagorization form.cook medical.pdf
  975K
- Schatzman, Galen Page catagorization form.cook medical.pdf
  1316K
- Rodriguez, Alma catagorization form.cook medical.pdf
  1494K
- Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf
  2216K
- Craft, Kristy _ catagorization form.cook medical (1).pdf
  1179K
- Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf
  1308K
- Sylvain, Perry_ catagorization form.cook medical (1).pdf
  1011K

Case 1:14-ml-02570-RLY-TAB   Document 11004-1   Filed 06/10/19   Page 4 of 15 PageID #: 82434

ali@bighornlaw.com

| | |
|---|---|
| From: | ali@bighornlaw.com |
| Sent: | Thursday, May 16, 2019 12:57 PM |
| To: | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| Cc: | evelyn@bighornlaw.com |
| Subject: | COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB |
| Attachments: | Sylvain, Perry_ catagorization form.cook medical (1).pdf; Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf; Craft, Kristy _ catagorization form.cook medical (1).pdf; Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf; Rodriguez, Alma catagorization form.cook medical.pdf; Schatzman, Galen Page catagorization form.cook medical.pdf; Craig, Joshua catagorization form.cook medical.pdf; Cooper, James catagorization form.cook medical.pdf |
| Flag Status: | Flagged |

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| | |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly. Thank you.

*Evelyn Shaw, Paralegal*
**BIGHORN LAW, LLC**
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com

"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

1



Evelyn Shaw <evelyn@bighornlaw.com>

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

**Evelyn Shaw** <evelyn@bighornlaw.com>  Thu, May 16, 2019 at 12:34 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Bcc: galenschatzmanfb48@projects.filevine.com

I attach a Categorization Form for the following Plaintiff:

Galen Schatzman           1:18-cv-01833-WTL-TAB

Please update your files and notify the court accordingly. Thank you.

--
Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com

"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

📄 Schatzman, Galen Page catagorization form.cook medical.pdf
1316K

## Categorization Form

A.  Plaintiff's Name: Galen Page Schatzman

B.  Plaintiff's Case Number: 1:18- cv-01833-WTL-TAB

C.  Plaintiff's Counsel (Lead Firm Name): **Morris//Anderson**

D.  Categorization (check each that applies and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."
    Check here for Category 1:\_\_\_\_

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."
    Check here for Category 2:\_\_\_\_
    Briefly describe claimed complication/outcome/injury:_____

3.  Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."
    Check here for Category 3:\_\_\_\_
    Briefly describe claimed complication/outcome/ injury:_____

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."
    Check here for Category 4:\_\_\_\_
    Briefly describe claimed complication/outcome/ injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: __X__

   Briefly describe claimed complication/outcome/injury: __2 unsuccessful retreival attempts__ due to tilting and high risk.

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ____

   Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: __X__.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:

   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:

   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:

   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: IVC filter dislodgement (tilt)- Perforated inferior vena cava

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: _____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: Deep Vein Thrombosis

(h) infection;

Briefly describe claim of symptomatic injury: _____

(i) bleeding;

Briefly describe claim of symptomatic injury: Retroperitoneal bleeding secondary to IVC filter

(j) death; and

Briefly describe claim of symptomatic injury: _____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        **Garry Trinh**

                                              **Nathan Morris**

Plaintiff's Counsel's Firm:        **Morris//Anderson**

White River Health System
# White River Medical Center
1710 Harrison Street
Batesville, AR 72501
870-262-1200
870-262-1257
**Radiology Report**

**Patient:**
## SCHATZMAN, GALEN

**Completed:** 04/19/13 1205
**Acct #:** WW0021153885
**MR #:** WM00215109
**DOB/AGE/SEX:** 01/14/1957 / 56 / M
**Room/Bed:** 2120-A **Location:** WW FLR2E
**Accession:** 802308.001
**Exam:** CT Abd/Pelvis W Contrast **Reason:** severe right lower abd pain with guarding
**Ordering Provider:** Lamkin, Anthony MD
**Attending Provider:** Jeffrey, Jay MD
**CC:** Jeffrey MD, Jay; Lamkin MD, Anthony; Lamoureaux, Donald; McCann MD, Ronald
**Report Number:** RAD0419-0289

**CT OF THE ABDOMEN AND PELVIS:**
Study is done with IV contrast and oral contrast.

**FINDINGS:** The patient has fluid around the right colon, inflammatory changes in the retroperitoneum, extending back to the aorta and IVC. There is an IVC filter. A posterior limb of this filter perforates through the IVC. I do not see active extravasation of contrast. There are prominent nodes seen in the retroperitoneum. None of these retroperitoneal changes are seen above the IVC filter. Liver and spleen are normal. Pancreas is normal.

**IMPRESSION:**
Findings are most consistent with some venous blood from the IVC irritating the retroperitoneum and causing the fluid adjacent to the right colon. This would also explain the small retroperitoneal nodes. The patient's INR is 3.2. The patient is to be admitted, INR corrected, and the filter removed with surgical backup available.

**End of Report**
Dictated by: McCann MD, Ronald 04/19/13 1254
Transcriptionist: Deborah Finley 04/19/13 2059
Signed by: McCann MD, Ronald 05/06/13 1538
<Electronically signed by Ronald McCann MD>

2:
Left ankle surgery.
3:
Greenfield filter placement.
MEDICATIONS: Atenolol, citalopram, Synthroid, Coumadin 3.375 mg daily started on 02/25/13; Axiron, Suboxone.
**ALLERGIES: INDOMETHACIN.**
HABITS: He does not smoke.

REVIEW OF SYSTEMS:
As above. No nausea or vomiting. No back pain. His skin is tender to touch in the right lower quadrant as described above. No difficulty urinating.

PHYSICAL EXAMINATION:
GENERAL: Answers questions appropriately.
VITAL SIGNS: Temperature 98; pulse 55; blood pressure 126/78; respirations 16; O2 saturation 93%; body weight 185 pounds.
SKIN: Warm and dry.
HEENT: Atraumatic. Sclerae anicteric.
LUNGS: Unlabored breathing. No accessory muscles.
ABDOMEN: Obese and nondistended.

LABORATORY AND X-RAY:
WBC 4.7; hemoglobin and hematocrit at admission 13.2 and 41.1, today 12 and 36.6. He has received no blood transfusions. Platelet 227; PT/INR on admission was 33 and 3.2, today, 21.7 and 1.9. Amylase and lipase normal at admission. Creatinine 1.1 consistent with chronic kidney disease stage II; total bili, AST, ALT, alk phos is normal. Sodium 138; potassium 4.1; chloride 103.

CT scan images have been reviewed. See those reports.

ASSESSMENT/PLAN:
1:
Abnormal CT scan with malposition of the vena cava filter with retroperitoneal bleeding. The patient does not require blood transfusion. Surgical backup on admission has been requested. I have discussed with the patient that if intervention radiology is unsuccessful in removing the filter that I would recommend transfer to tertiary center for surgical excision. There is no acute surgical intervention indicated.
2:
Hypertension.
3:
Bradycardia. Cardiology consult has been requested.


End of Report
Dictated by: Jeffrey MD, Jay 04/22/13 2031
Transcriptionist: Kimberly Morrow 04/22/13 2227
<Electronically signed by Jay Jeffrey MD> 04/22/13 2330

PLTFF GALEN PAGE SCHATZMAN000002

White River Health System
## White River Medical Center
1710 Harrison Street
Batesville, AR 72501
870-262-1200
870-262-1257
**Radiology Report**

Patient:
## SCHATZMAN, GALEN

**Completed:** 04/23/13 0856
**Acct#:** WW0021153885
**MR#:** WM00215109
**DOB/AGE/SEX:** 01/14/1957 / 56 / M
**Room/Bed:** 2120-A **Location:** WV FLR2E
**Accession:** 803836.001
**Exam:** Diagnostic Flouro **Reason:** removal of IVC
**Ordering Provider:** Khan, Qaisar MD
**Attending Provider:** Jeffrey, Jay MD
**CC:** Jeffrey MD, Jay; Khan MD, Qaisar; Lamoureaux, Donald; McClain MD, Charles
**Report Number:** RAD0428-0009

### ATTEMPTED IVC REMOVAL

TECHNIQUE: Informed written consent was obtained. Access to the right internal jugular vein was gained with ultrasound and an 18-gauge needle. This was up-sized over a stiff Bentson wire to the dilator and removal sheath system for a Gunther-Tulip filter. Attempts to engage the filter were unsuccessful despite multiple attempts. The initial snare included in the kit was used. A triple-snare ev3 was used. Directional catheters, such as 5-French Kumpe and 5-French Bernstein, were used. An endoscopic stone basket was directed to the left renal vein. At various points an inferior venacavagram was performed, which showed the IVC filter to be tilted. This was known at the time of placement, but the inferior venacavagram also revealed the hook to be tilted down towards the mouth of the right renal vein.

An access was gained to the right common femoral vein. A wire was passed alongside the right lateral aspect of the filter where an 8-mm balloon was then inflated and used to redirect the hook towards this central IVC lumen. These maneuvers were unsuccessful as well.

The procedure time was approaching over 90 minutes to 2 hours and fluoroscopy time was 39 minutes 11 seconds. The procedure was then discontinued. The sheath in the groin and at the neck were removed and hemostasis was achieved. Followup visits to the patient revealed no hematoma at the neck or groin, and the patient has tolerated the procedure well.

A CT scan of the abdomen and pelvis was obtained to evaluate the IVC bleed. This showed improvement with no new hemorrhage accumulating after the attempts at filter removal. I have discussed this case with UAMS Interventional Radiology. The patient is instructed to contact Theresa, the scheduling nurse, for an outpatient visit and evaluation to schedule an episode where UAMS Interventional Radiology might bring additional methods to remove this filter.

Overall, the patient tolerated the procedure well. No immediate complications are noted. The patient has been restarted on his Coumadin and will be discharged home.

PLTFF GALEN PAGE SCHATZMAN000003

White River Health System
## White River Medical Center
1710 Harrison Street
Batesville, AR 72501
870-262-1200
870-262-1294
### Discharge Summary

Patient:
## SCHATZMAN, GALEN
Completed: 04/26/13 1205
Acct#: WV0021153885 Date of Admission: 04/19/13 Discharge date 04/26/13
MR#: WM00215109
DOB/AGE/SEX: 01/14/1957/56/M
Room/Bed: 2120-A Location: WV FLR2E
CC: Jeffrey, Jay MD; Lamoureaux, Don DO; VILLAGRA, MIGUEL MD
Report Number: MR0430-0209


ADMISSION DATE:    04/19/2013
DISCHARGE DATE:    04/26/2013 12:29
ATTENDING PHYSICIAN: Jay Jeffrey, M.D.

### FINAL DIAGNOSES:
1.
Retroperitoneal bleeding secondary to IVC filter, resolving.
2.
Deep vein thrombosis on anticoagulation.

### HISTORY:
This is a 56-year-old with recent history of acute deep vein thrombosis of the lower extremity secondary to immobilization due to fracture who came in complaining of diffuse abdominal pain. He has a history of being on Coumadin and also he has a history of IVC filter placement two months ago.

### HOSPITAL COURSE:
He was admitted to the surgical services. He underwent actually further work-up including a physical exam showing diffuse abdominal pain, but no parietal irritation signs. He also, included vital signs, temperature 98, heart rate 55, blood pressure 126/78, respirations 16. the patient actually developed also, complication of bradycardia probably related to beta-blocker atenolol which we stopped so cardiology was consulted for this. Also, further work-up included abdominal pelvic computed tomography scan that showed some venous blood from the IVC irritating the retroperitoneum and causing some fluid adjacent to the right colon. The patient's INR was 3.2. At that moment and because of that, he was admitted to the hospital.

Also, further workup included an IR consultation by Dr. McClain who tried and attempted to remove the filter, but he was unable to do it. Also, surgery got involved with the case as the primary team and they consulted endovascular surgery in Little Rock due to the possibility if further bleeding, he might need removal through surgery. However, they recommended that the patient remains preferably with the filter in and avoid major procedure due to high risk.

The patient during admission was treated with pain medication and also, hemoglobin was monitored. Hemoglobin was stable. INR improved after stopping the Coumadin. It dropped to 1.3. Follow-up computed tomography scan was showed an improvement in the hemorrhage noted in the abdomen coming from the inferior vena cava. The patient did well with gradual improvement of the pain.

He was decided to go home. As an alternative plan, he will follow up in IR in Little Rock just in case he might need removal of the filter, but at this point, the treatment was to resume anticoagulation with Coumadin which we resumed initially at 2.5 mg. Baseline INR was 1 in that moment and then we increased to 3.5 and INR was still at 1. So because in light of the recent bleeding, we recommended to continue just on 3.5 and he will recheck within four days on Monday with primary care physician for further adjustment. He will also, get a monitoring of INR because he lives away from primary doctor and there is no way sometimes to check INR in that clinic. So for better follow-up, he will get INR monitor. So discharge planning is working on that at this moment. Also, the patient will also get the number of Little Rock Interventional Radiology for the follow-up on the filter just in case he might need removal of it. But at this point, the recommendation will be six months of anticoagulation aiming an INR of 2 to 2.5 with slowly increasing in the dose of Coumadin that will be my recommendation for the primary doctor to follow-up on this patient.

DISPOSITION:
1:
He was sent home in condition stable.
2:
Prognosis fair.
3:
Activity as tolerated.
4:
Follow-up appointment with interventional radiology in Little Rock for further care of the filter.
5:
He was prescribed warfarin 3.5 mg p.o. daily and he will follow-up INR in one day with primary care provider.
6:
Also, he will get an INR monitor for home monitoring.
7:
Also, we prescribed him citalopram 10 mg once a day at a decreasing dose to start on Monday every other day; the following week three times a week, and the following week twice a week and then he will stop.


End of Report
Dictated by: VILLAGRA, MIGUEL 04/26/13 1205
Transcriptionist: Merrie Zank 04/30/13 1229
<Electronically signed by MIGUEL VILLAGRA MD> 05/05/13 1805

PLTFF GALEN PAGE SCHATZMAN000005



**UAMS MEDICAL CENTER**
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

4301 West Markham
Little Rock, AR 72205
Facility Phone: 501-686-5750

| | | | |
|---|---|---|---|
| **Patient:** | SCHATZMAN, GALEN P | **MRN:** | 001759543 |
| **Admit/Disch.:** | 06/06/2013/06/06/2013 | **Requesting Service:** | INTERVENT RAD |
| **Location:** | INTERVENT RAD | **Admitting:** | |
| **Account #:** | 0175954313157 | **Attending:** | MEEK, MARY ELIZABETH |
| **DOB/Age/Sex:** | 01/14/1957/56 years/Female | **Referring:** | NO PCP REQUIRED, |
| **Accession #:** | IR-13-013704 | | |

## Interventional Radiology

| Exam | Exam Date/Time | Ordering Physician |
|---|---|---|
| IR VNV VENA CAVA FILTER REMOVAL | 06/06/2013 13:07:02 CDT | MEEK, MARY ELIZABETH |

## Reason for Exam

tilted ivc filter

## Report

Examination Performed: Inferior vena cava filter removal

Indication: Perforated inferior vena cava filter causing pain

Consent: After risks and benefits were explained to the patient informed consent was obtained. Risks included need for emergent surgery, migration or fracture of the filter, significant postprocedural bleeding, or worsening pain.

Intra procedural Medications: Moderate sedation was performed using 4 mg of Versed and 20 50 mcg of Fentanyl by a trained independent observer for 1 hour under the direction of the physician.

Lidocaine 10 ml

Fluoroscopy Time: 30.2 minutes

Contrast used: Visipaque 120 ml

Procedure: The patient is placed in a supine position on the angiographic table the right neck was prepped draped in the usual sterile fashion. The skin was anesthetized lidocaine. Then under

Chart Request ID: 2953425        Page 1 of 3        Verified Date: 6/14/2013 12:33 AM

PRINTED BY: hd052363        DATE: 5/12/2017
PLTFF GALEN SCHATZMAN000006

4301 West Markham
Little Rock, AR 72205

Patient: SCHATZMAN, GALEN P
Admit/Disch.: 06/06/2013/06/06/2013
Location: INTERVENT RAD//
Account #: 0175954313157
DOB/Age/Sex: 01/14/1957/56 years/Female
Accession #: IR-13-013704

MRN: 001759543
Requesting Service: INTERVENT RAD
Admitting:
Attending: MEEK, MARY ELIZABETH
Referring: NO PCP REQUIRED,

## Interventional Radiology

**Exam**
IR VNV VENA CAVA FILTER REMOVAL

**Exam Date/Time**
06/06/2013 13:07:02 CDT

**Ordering Physician**
MEEK, MARY ELIZABETH

direct ultrasound guidance a micropuncture set was used access the right internal jugular vein and a 5-French angiographic sheath was placed. A flush catheter was placed in the inferior vena cava below the level of the filter and inferior vena cava injection was performed.

Findings: Injection of the inferior vena cava shows the filter to be tilted with one of the legs protruding from the inferior vena cava. The filter apex appears to be adjacent to the right renal vein.

Intervention: A 16-French angiographic sheath was placed into the inferior vena cava above the level of the filter. Then several directional catheters with both to low tight and the loop type snares were used to attempt to engage the hook but ultimately this was unsuccessful. The curve catheter was used to try and gently turned the filter away from the wall of the inferior vena cava but this was also unsuccessful. Therefore a snare over looped guidewire technique was employed. An Omni flush catheter was manipulated below the filter through one of the struts. Wire was then directed retrograde through the opposite side of the filter and the wire was snared and pull through. The snare was placed over both ends of the wire and used to gain control of the neck of the filter. The filter was then manipulated into the 16-French sheath. The flush catheter was then manipulated back into the inferior vena cava below the level of where the filter previously was and both AP and steep oblique injections of the inferior vena cava were performed which showed no evidence of thrombosis, contrast extravasation, or significant narrowing. The vascular sheath was removed. The patient's vital signs remained stable. Hemostasis was achieved using manual compression.

Complications: None