# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.   1:17-cv-04519  (Plaintiff Donna Clemens)
                1:17-cv-03470  (Plaintiff Marriann Cleveland)
                1:17-cv-03379  (Plaintiff Omel R. Corley)
                1:19-cv-00546  (Plaintiff Rosalind Crumlin)
                1:17-cv-03365  (Plaintiff Loretta Davis)
                1:17-cv-04077  (Plaintiff Anthony Davis)
                1:19-cv-01512  (Plaintiff Zachary Dennis)
                1:17-cv-01516  (Plaintiff Archie Denton)

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the aboved-named Plaintiffs.

Dated: June 10, 2019

                                                                  Respectfully submitted,

                                                               */s/ Joseph J. Cappelli*
                                                              Joseph J. Cappelli (PA. 55166)

                                                          **Marc J. Bern & Partners LLP**
                                                          101 West Elm Street, Suite 215
                                                                  Conshohocken, PA 19428
                                                           Telephone: (610) 941- 4444
                                                            Facsimile: (610) 941 - 9880
                                                           E-Mail: JCappelli@bernllp.com
                                                                      *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*
