# EXHIBIT "1"



Evelyn Shaw <evelyn@bighornlaw.com>

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

**Evelyn Shaw** <evelyn@bighornlaw.com>  Thu, May 16, 2019 at 12:31 PM
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Cc: Peter Wetherall <pwetherall@wetherallgroup.com>, Nathan Morris <nathan@bighornlaw.com>, Kimball Jones <kimball@bighornlaw.com>, Ali Garcia <ali@bighornlaw.com>
Bcc: galenschatzmanfb48@projects.filevine.com, joshuacraig30c0@projects.filevine.com, jamescooperb603@projects.filevine.com, arthurschermerhornivcfilter@projects.filevine.com, perrysylvain2108@projects.filevine.com, larryvaughanc2d6@projects.filevine.com, kristicraftz142779@projects.filevine.com, almarodriguez1cc4@projects.filevine.com, Christina Guerra <cguerra@martinbaughman.com>

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| | |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly. Thank you.

--
Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com



"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

8 attachments

📄 Craig, Joshua catagorization form.cook medical.pdf

- 940K
- Cooper, James catagorization form.cook medical.pdf
  975K
- Schatzman, Galen Page catagorization form.cook medical.pdf
  1316K
- Rodriguez, Alma catagorization form.cook medical.pdf
  1494K
- Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf
  2216K
- Craft, Kristy _ catagorization form.cook medical (1).pdf
  1179K
- Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf
  1308K
- Sylvain, Perry_ catagorization form.cook medical (1).pdf
  1011K

ali@bighornlaw.com

| | |
|---|---|
| From: | ali@bighornlaw.com |
| Sent: | Thursday, May 16, 2019 12:57 PM |
| To: | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| Cc: | evelyn@bighornlaw.com |
| Subject: | COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB |
| Attachments: | Sylvain, Perry_ catagorization form.cook medical (1).pdf; Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf; Craft, Kristy _ catagorization form.cook medical (1).pdf; Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf; Rodriguez, Alma catagorization form.cook medical.pdf; Schatzman, Galen Page catagorization form.cook medical.pdf; Craig, Joshua catagorization form.cook medical.pdf; Cooper, James catagorization form.cook medical.pdf |
| Flag Status: | Flagged |

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| | |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly. Thank you.

*Evelyn Shaw, Paralegal*
*BIGHORN LAW, LLC*
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com

"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."



Evelyn Shaw <evelyn@bighornlaw.com>

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

**Evelyn Shaw** <evelyn@bighornlaw.com>  Thu, May 16, 2019 at 12:35 PM
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Bcc: larryvaughanc2d6@projects.filevine.com

I attach a Categorization Form for the following Plaintiff:

Larry Vaughan                1:17-cv-04340-RLY-TAB

Please update your files and notify the court accordingly. Thank you.

--
Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com

"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

📄 **Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf**
1308K

## Categorization Form

A. Plaintiff's Name: Larry John Vaughan Jr.

B. Plaintiff's Case Number: 1:17-cv-04340-RLY-TAB

C. Plaintiff's Counsel (Lead Firm Name): **Morris//Anderson**

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."
Check here for Category 1: ____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."
Check here for Category 2: ____
Briefly describe claimed complication/outcome/injury: ____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."
Check here for Category 3: X
Briefly describe claimed complication/outcome/injury: Anticoagulation for 6+ months

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."
Check here for Category 4: ____
Briefly describe claimed complication/outcome/injury: ____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: X

   Briefly describe claimed complication/outcome/injury: Migration- 1 filter leg extends into the accessory lower renal vein which has a retroaortic course

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:____. **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          **Garry Trinh**

                                              **Nathan Morris**

Plaintiff's Counsel's Firm:          **Morris//Anderson**

(727) 823-1234    BAYFRONT HEALTH- ST. PETERSBURG

Name:    VAUGHAN JR, LARRY J                              DOB: 2/6/1978        MRN 1376024
Attending Phy: JOHNSON MD,JEFFERY LEE                     Sex:  Male           FIN: 26104908

## DISCHARGE

of August 4, 2009, the patient was noted to have a deteriorating level of consciousness with change in pupil size. He was intubated for airway control and seen by Dr. Jobe urgently, who then took him to surgery for a decompressive hemicraniectomy due to malignant edema. It was a right temporal lobectomy. Tube feeding was started on August 5, 2009, and continued mainly throughout his hospitalization. He was noted to have mildly elevated glucose levels, which covered with a sliding scale. He continued to be densely hemiplegic, but would follow commands. On the right, the chest tube was removed on August 7, 2009. She was gradually weaned from the ventilator and IVC filter was placed on August 10, 2009. For DVT prophylaxis, given his hemiplegia. The patient was extubated successfully on August 10, 2009. He was seen by speech, occupational, and physical therapy. He remained dysarthric and dysphagic and was not able to tolerate a swallow study until August 18, 2009, when he was then cleared for pureed diet. His NG was removed that day. He was transferred to NIU on August 13, 2009, continuing his rehab therapy. Plavix had been discontinued at the time of his craniectomy, but it was resumed as well as aspirin on August 14, 2009. During this time, the patient was evaluated by the rehab service and was approved for transfer to the unit on August 19, 2009. The patient will continue all current medications except for morphine. He will follow up with Dr. Jobe in 3 months time and cranioplasty will be arranged at that time. He will continue a sliding scale insulin coverage, but this will be changed to before meals and at night. He is on a pureed diet. His saturation is stable on 2 liters a minute at 95%.

Dictated By: _____

JEFFERY JOHNSON, M.D.

CBay Systems, Ltd. 91495387, 3191
Dictation Date: 08/19/2009 11:26
Transcription Date: 08/19/2009 14:40

Electronically Signed By:
JOHNSON, JEFFERY L,MD
08.20.2009 22:09

VAUGHAN JR, LARRY J        DOB  2/6/1978       FIN   26104908       Page 2 of 50   Printed   11/10/2016 08:12 EST

PLTFF_Larry John Vaughan JR_ BATES# 000001

(727) 823-1234        BAYFRONT HEALTH- ST. PETERSBURG

| | | |
|---|---|---|
| Name: VAUGHAN JR, LARRY J | DOB: 2/6/1978 | MRN 1376024 |
| Attending Phy: REISKIND MD, MARC A | Sex: Male | FIN: 26121822 |

## DISCHARGE

a pureed honey thick diet and progressed to a regular diet by the time of discharge. He had initially elevated liver enzymes that normalized by the time of discharge. He worked hard and had intensive therapy for 4 weeks. He required adjustments in medication to control his tone on the right side. He still had an elevated tone of an Ashworth 2, but it was improved on 80 mg a day of baclofen. The patient made significant gains and we were initially planning on having him discharged home, but his family and he elected to go to skilled facility.

CONDITION ON DISCHARGE: Improved.

DISCHARGE DIET: Regular.

ACTIVITIES: As tolerated at the wheelchair level.

DISCHARGE MEDICATIONS:
1. Symmetrel 100 mg q.a.m.
2. Tylenol 650 mg q.4h. p.r.n.
3. Aspirin 81 mg daily.
4. Baclofen 20 mg 4 times a day.
5. BuSpar 10 mg t.i.d.
6. Plavix 75 mg per day.
7. Inderal 20 mg t.i.d.
8. Trazodone 150 mg at bedtime.

FOLLOWUP: The patient is discharged to skilled facility. He will continue following with the attending physician there. He will need to continue with his aspirin and Plavix for 6 months for his stenting. He has an inferior vena cava filter in place for DVT. For PE prevention, the patient continued to receive physical therapy, occupational therapy, and speech language pathology continuing ____ his deficits. The patient continues to have limited in situ to the level of deficits. Please see discharge Hematology conference for further details.

MARC REISKIND, M.D.

CBay Systems, Ltd. 91573246, 3022
Dictation Date: 09/16/2009 08:14
Transcription Date: 09/16/2009 19:17

Electronically Signed By:
REISKIND, MARC A,M.D.
09.17.2009 07:43

Report: PAB120  
04/10/2017 15:07:35  
Requested By: ASAMUEL  

Radiology Results  
BAYFRONT HEALTH PORT CHARLOTTE  
2500 HARBOR BOULEVARD  
PORT CHARLOTTE FL 33952  

Cold: 803  
Page: 2  

# RADIOLOGY TEST INFORMATION

Type/source: RAD CT ABD & PELVIS W/O CONTRAST  
Medical Record Number: 0009058757  
Status: Final  
Result Date/Time: 03/30/2017 17:52  

Account: 4637641  
DOB: 02/06/1978  
Order Date: 03/30/2017  
Order Time: 13:12  

Patient Name: VAUGHAN, LARRY J  
Gender: MALE  
Order #: 176221190  
Admit Date: 03/30/2017  

PHYSICIANS Dictating: SRUR, MARCEL    Signature: SRUR, MARCEL  

RESULT TEXT  
fluid. The bowel has an unremarkable non-contrasted CT appearance without evidence of obstruction or inflammatory change.

- An IVC filter is seen in place. It is below the right renal vein. There is a dual drainage to the left kidney with a retroaortic vein and another vein in the normal anatomical course also above the IVC filter. One of the lack of the IVC filter appears to extend into the insertion of the lower left renal vein.

IMPRESSION:  
1. No acute abnormality within the limitation of a nonenhanced study  
2. IVC filter as discussed above below the level of the renal veins. However, one of the leg of the IVC filter extends into the accessory lower left renal vein which has a retroaortic course.

Transcriptionist: FIA.VR  
This report was electronically signed by: Dr. Marcel Srur at 03/30/2017 17:52(EST)

DD: 03/30/2017 13:12:00  Connectivity System User Dictated By: SRUR, MARCEL  
DT: 03/30/2017 17:52:17         Signed By: SRUR, MARCEL  
--------------------------------------------------