# EXHIBIT "1"



Evelyn Shaw <evelyn@bighornlaw.com>

---

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

---

**Evelyn Shaw** <evelyn@bighornlaw.com>  Thu, May 16, 2019 at 12:31 PM
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Cc: Peter Wetherall <pwetherall@wetherallgroup.com>, Nathan Morris <nathan@bighornlaw.com>, Kimball Jones <kimball@bighornlaw.com>, Ali Garcia <ali@bighornlaw.com>
Bcc: galenschatzmanfb48@projects.filevine.com, joshuacraig30c0@projects.filevine.com, jamescooperb603@projects.filevine.com, arthurschermerhornivcfilter@projects.filevine.com, perrysylvain2108@projects.filevine.com, larryvaughanc2d6@projects.filevine.com, kristicraftz142779@projects.filevine.com, almarodriguez1cc4@projects.filevine.com, Christina Guerra <cguerra@martinbaughman.com>

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| Plaintiff | Case Number |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly. Thank you.

--
Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
**9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092**
evelyn@bighornlaw.com
morrisandersonlaw.com



"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

**8 attachments**

📄 **Craig, Joshua catagorization form.cook medical.pdf**

- 940K
- Cooper, James catagorization form.cook medical.pdf
  975K
- Schatzman, Galen Page catagorization form.cook medical.pdf
  1316K
- Rodriguez, Alma catagorization form.cook medical.pdf
  1494K
- Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf
  2216K
- Craft, Kristy _ catagorization form.cook medical (1).pdf
  1179K
- Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf
  1308K
- Sylvain, Perry_ catagorization form.cook medical (1).pdf
  1011K

ali@bighornlaw.com

| | |
|---|---|
| From: | ali@bighornlaw.com |
| Sent: | Thursday, May 16, 2019 12:57 PM |
| To: | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| Cc: | evelyn@bighornlaw.com |
| Subject: | COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB |
| Attachments: | Sylvain, Perry_ catagorization form.cook medical (1).pdf; Vaughan, Larry John, Jr. _ catagorization form.cook medical (1).pdf; Craft, Kristy _ catagorization form.cook medical (1).pdf; Schermerhorn, Arthur - Catagorization Form _ Cook Medical.pdf; Rodriguez, Alma catagorization form.cook medical.pdf; Schatzman, Galen Page catagorization form.cook medical.pdf; Craig, Joshua catagorization form.cook medical.pdf; Cooper, James catagorization form.cook medical.pdf |
| Flag Status: | Flagged |

I attach completed Categorization Forms along with accompanying medical records for the following Plaintiffs:

| | |
|---|---|
| Alma Rodriguez | 1:17-cv-04171-RYL-TAB |
| Kristi Craft | 1:17-cv-04200-JMS-DML |
| Larry Vaughan | 1:17-cv-04340-RLY-TAB |
| Perry Sylvain | 1:17-cv-04339-RLY-TAB |
| Arthur Schermerhorn | 1:18-cv-00647-SEB-DML |
| James Cooper | 1:17-cv-04345-RLY-TAB |
| Joshua Craig | 1:17-cv-01697-RLY-TAB |
| Galen Schatzman | 1:18-cv-01833-WTL-TAB |

Please update your files and notify the court accordingly. Thank you.

*Evelyn Shaw, Paralegal*
**BIGHORN LAW, LLC**
9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com

"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business. Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

1



Evelyn Shaw <evelyn@bighornlaw.com>

## COOK MEDICAL, INC., IVC FILTERS PRODUCTS LIABILITY LITIGATION Case 1:14-ml-02570-RLY-TAB

1 message

**Evelyn Shaw** <evelyn@bighornlaw.com>  Thu, May 16, 2019 at 12:34 PM
To: cookfiltermdl@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Bcc: perrysylvain2108@projects.filevine.com

I attach a Categorization Form for the following Plaintiff:

**Perry Sylvain**        **1:17-cv-04339-RLY-TAB**

Please update your files and notify the court accordingly.  Thank you.

--
Evelyn Shaw, Paralegal
BIGHORN LAW, LLC
**9345 W. Sunset Road
Suite 100
Las Vegas Nevada 89148
P: 702-333-1111 ext. 115
Direct Fax: (702) 537-7021
Main Fax: 702-507-0092
evelyn@bighornlaw.com
morrisandersonlaw.com**



"This email and any attachments are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please contact the sender(s) at (702) 333-1111 and delete all copies from your system. It is not the intent of the sender to solicit any person or business.  Please note that any opinions in this email are solely those of the author and do not necessarily represent those of Morris Anderson Law. Any views or opinions are not to be considered legal advice. Should you need legal advice within Nevada please contact Morris Anderson Law. The Attorneys at Morris Anderson Law are licensed in Nevada. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage or loss caused by any virus transmitted by this email."

📎 **Sylvain, Perry_ catagorization form.cook medical (1).pdf**
1011K

## Categorization Form

A.  Plaintiff's Name: Perry Sylvain

B.  Plaintiff's Case Number: 1:17-cv-04339-RLY-TAB

C.  Plaintiff's Counsel (Lead Firm Name): **Morris//Anderson**

D.  Categorization (check each that applies and briefly describe):

   1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."
   Check here for Category 1:____

   2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."
   Check here for Category 2:____
   Briefly describe claimed complication/outcome/injury:_____

   3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."
   Check here for Category 3: X
   Briefly describe claimed complication/outcome/ injury: spams/scar in the inferior vena cava

   4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."
   Check here for Category 4: X
   Briefly describe claimed complication/outcome/ injury: Embedded filter hook

5. <u>Failed Retrieval and Complicated Retrieval Cases[1]</u>: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: <u>X</u>

   Briefly describe claimed complication/outcome/injury: <u>Top left tilt, Failed Micropunture Technique, Snare loop technique required.</u>

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ____

   Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: <u>X</u>. **Circle all sub-categories that apply below:**

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury: <u>Top Left tilt , further tilting while attempting to retreive.</u>

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

  (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

 Briefly describe claim of symptomatic injury:_____

  (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

 Briefly describe claim of symptomatic injury:_____

  (g) DVT or other blood clot caused by filter;

 Briefly describe claim of symptomatic injury:_____

  (h) infection;

 Briefly describe claim of symptomatic injury:_____

  (i) bleeding;

 Briefly describe claim of symptomatic injury:_____

  (j) death; and

 Briefly describe claim of symptomatic injury:_____

  (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

 Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

  Plaintiff's Counsel Name:  **Garry Trinh**

            **Nathan Morris**

  Plaintiff's Counsel's Firm:  **Morris//Anderson**

St. Joseph's Hospital
3001 W. Dr. Martin Luther King Jr. Blvd
Tampa, FL 33607-

## CT Scan

Persisting fevers.

COMPARISON: Prior CT chest March 20, 2013. Prior CT abdomen pelvis from March 22, 2013

TECHNIQUE: Multiple axial CT images of the Chest, Abdomen, and Pelvis without IV contrast were obtained, followed by 2D coronal reformats.

FINDINGS: Patient has a tracheostomy tube in the trachea. Mild mediastinal adenopathy has developed since the previous exam an underlying reactive adenopathy such as from pulmonary inflammation is suggested. Opacities remain at both lung bases as compared to the abdominal CT with pleural effusions again seen of moderate severity on the right and mild severity on the left. The opacities could reflect contusion, atelectasis or superimposed infiltrate. There is no pneumothorax. No gross fracture is seen. No pericardial effusion.

CT abdomen reveals resolution of prior fluid collection around the stomach fundus and spleen. Percutaneous gastrostomy tube is present. Previous free fluid in the pericolic gutters has resolved. Unenhanced appearance of the solid organs is now normal. IVC filter is seen in the IVC, tilted somewhat with its top to the left.

CT of pelvis shows no gross bowel distention, free fluid, or frank abscess, the sensitivity for abscess is limited by the lack of oral contrast administration. Foley catheter and air are seen in the urinary bladder. Small probe of the rectum appears to be present. Edema is seen in the subcutis fat superficially around both hips and in the bowel wall such as from mild anasarca. Orthopedic hardware and proximal femur is seen on each side up to the level of lesser trochanter.

IMPRESSION: PERSISTING PLEURAL FLUID COLLECTIONS AND AIRSPACE LUNG OPACITIES AS DISCUSSED ABOVE. MILD PROBABLE REACTIVE MEDIASTINAL ADENOPATHY. RESOLUTION OF PRIOR FLUID IN ABDOMEN AND PELVIS. NO BOWEL DISTENTION OR FRANK ABSCESS. ABSCESS SENSITIVITY IS REDUCED BY LACK OF ORAL CONTRAST.

INTERPRETED BY: David Randolph Babin   Finalized On: 04/09/2013 09:39

**CCHABP**
https://sjbpacs.baycare.org/ami/html/webviewer.html?viewall&un=IDXRAD&pw=GOPACS&ris_exam_id=19159771 HNAM URL

Service Date/Time:                                   3/20/2013 05:31 EDT

Patient name: SYLVAIN, PERRY M                              ACCT#: 00000033086658
                                                            CPI:102763202
Report Request ID: 148299092          Page 112 of 133   Print Date/Time: 10/13/2016 13:56 EDT

PLTTF_Perry Sylvain_Bates# 000001

St. Jose
3001 W
Tampa,

**Invasi**

Service Date/Time:

**SIVCFREM**

Accession #: 25626995   Exam Date/Time: 02/16/2017 12
IR IVC FILTER REMOVAL

EXAMINATION:

1. Ultrasound and fluoroscopic guided inferior vena cavogr

2. Ultrasound and fluoroscopic guided capture and retrieva inferior vena cava filter.

3. Repeat inferior vena cavogram after filter retrieval.

4. Touch up inferior vena cava venoplasty

5. Repeat inferior vena cavogram after venoplasty.

COMPARISON: IVC filter placement dated 3/22/2013

INDICATION: Multiple traumatic injuries. Intracerebral hem

St. Jose
3001 W
Tampa,

Invasi\

posterior caval wall.

Eventually, loop snare technique was used to try to free th
look from the vessel wall. This was performed using revers
catheter and exchange length Glidewire. Unfortunately, tra
loops near was completed resulted in further tilting of the f
rather then straightening of the filter.

At this point, a larger 14 French sheath was placed. Using
and air and bronchoscopic alligator forceps, eventually the
look was captured. Then, under fluoroscopic guidance the
placed over the filter hook. This can be seen on image 300
and 4. Eventually, the filter was able to be removed in total
this sheath under fluoroscopic guidance.

Images were obtained through the various stages. Then th
removed. It was seen to be intact. There was significant as
tissue particularly around the filter hook. Then, repeat infer
vena cavogram was performed in multiple projections. This
demonstrates no evidence for caval extravasation or injury
was however spasm and/or scar in the inferior vena cava r
expected position of the renal veins and just below. There