EXHIBIT "2"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND RLY-TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-<br><br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Perry Sylvan

Civil Case # 1:17-cv-04339-RLY-TAB

**DECLARATION OF EVELYN SHAW IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO SUBMIT CASE CATEGORIZATION FORM AND MOTION TO REINSTATE**

I, Evelyn Shaw, hereby declare under penalty of perjury as follows:

1. I am the paralegal at Morris//Anderson d/b/a Bighorn Law, LLC, in the above-captioned matter. I have worked in the legal profession for over 25 years, with two of those years devoted completely to the management of federal MDL litigations and also State coordinated litigations in Nevada.

2. I was assigned the IVC Filter cases in May of 2017. Since that time, I have timely caused a Short form Complaint to be served in this case, along with serving the Plaintiff Fact Sheet, CMO 13 Submission and medical records, at the direction of Garry B. Trinh, attorney of record in this case.

3. That as of April of 2018, notifications of all filings in this MDL litigation were inadvertently routed to a subfolder which resulted in our office and I missing the initial December 22, 2018 deadline set by this Court to submit Case Categorization forms for Plaintiff.

4. Following a check of the docket of this MDL, I discovered on or about May 15, 2019, that I had not been receiving ECF notifications from this MDL.

5. Once this error was discovered, I worked diligently to remedy the situation and comply with this Court's Order of May 7, 2019 by submitting the Case Categorization Form and previously provided medical records to the Defendants and Lead Plaintiffs' Counsel of this MDL on May 16, 2019.

6. The error in the (internal) routing of Cook IVC filter MDL e-mails I encountered which caused our late filings was unanticipated and unintended. Our missing of deadlines was not purposeful, but merely the result of my failure to notice the routing issue sooner.

I, Evelyn Shaw, declare under penalty of perjury that the foregoing is true and correct to my knowledge and belief.

DATED: June 7, 2019

_____
Evelyn Shaw
An Employee of Morris//Anderson d/b/a Bighorn Law, LLC