IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:17-cv-03534

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. This Plaintiff may refile his/her case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiff captioned above, however, may not refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the Plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

By: /s/ *David W. Bauman*
David W. Bauman
PADBERG, CORRIGAN & APPLEBAUM
48 Mt. Vernon Street
Suite 206
Winchester, MA 01890
Tel: (781) 721-4400
Email: dave@padberglaw.com

*Counsel for Plaintiff*

Dated: June 10, 2019

By: */s/ James Stephen Bennett*
FAEGRE BAKER DANIELS LLP
James Stephen Bennett
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
Tel: 264-460-1725
Fax: 317-237-1000
Email: Stephen.Bennett@FaegreBD.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: June 10, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ J. Stephen Bennett
J. Stephen Bennett