**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Lee, Anna, 1:17-cv-00111
Tanner-Plant, Cynthia 1:17-cv-00252
Wickard, Jennifer, 1:17-cv-01113
Lancaster William, 1:17-cv-01760
Collins, Kenyon Allen, 1:18-cv-00827
Meaux, David, 1:18-cv-00844

## STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned cases listed, are dismissed without prejudice, with each party to bear its own costs.  These Plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs.  If any of these Plaintiffs refiles his/her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice.  No plaintiff captioned above, however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court.  To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated: June 10, 2019

Respectfully submitted,

| | |
|---|---|
| */s/  Ben C. Martin* | */s/ James Stephen Bennett* |
| Ben C. Martin | James Stephen Bennett |
| MARTIN BAUGHMAN, PLLC | FAEGRE BAKER DANIELS LLP |
| 3710 Rawlins Street | 110 W. Berry Street, Suite 2400 |
| Suite 1230 | Fort Wayne, IN 46802 |
| Dallas, TX 75219 | Tel: 264-460-1725 |
| Tel:  214-761-6614 | Fax: 317-237-1000 |
| Email:  bmartin@bencmartni.com | Stephen.Bennett@FaegreBD.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ J. Stephen Bennett
J. Stephen Bennett