IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:16-cv-01336

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his/her case in the Southern District of Indiana. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

By: /s/ Henry S. Queener
LAW OFFICES OF HENRY S. QUEENER, III
213 5th Ave. North
Suite 200
Nashville, TN 37219
Tel: 615-933-9000
Email: HQueener@Queenerlaw.com

*Counsel for Plaintiff*

Dated: June 10, 2019

By: */s/ James Stephen Bennett*
FAEGRE BAKER DANIELS LLP
James Stephen Bennett
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
Tel: 264-460-1725
Fax: 317-237-1000
Email: Stephen.Bennett@FaegreBD.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: June 10, 2019

## CERTIFICATE OF SERVICE

  I hereby certify that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ J. Stephen Bennett_____
                J. Stephen Bennett