IN THE UNITED STATES DISTRICT COURT
OF SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISIOIN

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION<br><br>―――――――――――――――――――――<br><br>This Document Related to Plaintiff<br>RICHARD BAILEY<br>1:17-cv-06075-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>NOTICE OF APPEARANCE<br><br>**Clerk's Action Required** |

TO:   THE CLERK OF THE COURT

AND TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

    YOU AND EACH OF YOU will please take notice that Plaintiff Richard Bailey hereby enters his appearance in the above entitled action by the undersigned attorneys of record.

    DATED this 10th day of June, 2019.

    WEINSTEIN CAGGIANO PLLC

    */s/ Brian Weinstein*
    */s/ Alexandra Caggiano*
    Brian D. Weinstein, WSBA No. 24497
    brian@weinsteincaggiano.com
    Alexandra B. Caggiano, WSBA No. 47862
    alex@weinsteincaggiano.com
    601 Union Street, Suite 2420
    Seattle, Washington 98101

PLAINTIFF'S NOTICE OF APPEARANCE - 1

**WEINSTEIN CAGGIANO PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

Phone: (206) 508-7070
Fax: (206) 237-8650
Email: service@weinsteincaggiano.com
Counsel for Plaintiff

PLAINTIFF'S NOTICE OF APPEARANCE - 2

**WEINSTEIN CAGGIANO PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury under the laws of the State of Washington that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED at Seattle, Washington this 10th day of June, 2019.

                               *s/ Rachel J. Torell*

                               Rachel J. Torell
                               Legal Assistant

| | |
|---|---|
| Angela Spears<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 South Third Street<br>Las Vegas, NV 89101 |
| Anthony James Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | David J. Britton<br>Law Offices of David J. Britton<br>2209 N. 30th Street, Suite 4<br>Tacoma, WA 98403 |
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY 42001 | Jay Harris<br>Harris, Reny & Torzewski<br>Two Maritime Plaza, 3rd Floor<br>Toledo, OH 43604 |
| Brian J. Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | Justin Kyle Brackett<br>Tim Moore, Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 |
| Charles Rene Houssiere, III<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Blvd., Suite 800<br>Houston, TX 77056-3812 | Marian S. Rosen<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |
| Corrie Johnson Yackulic<br>Corrie Yackulic Law Firm PLLC<br>315 5th Avenue South, Suite 1000<br>Seattle, WA 98104-2682 | Peter C. Wetherall<br>Wetherall Group, Ltd.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |

PLAINTIFF'S NOTICE OF APPEARANCE - 3

**WEINSTEIN CAGGIANO PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

| | |
|---|---|
| 1 | George Jerre Duzane |
| | Duzane, Kooperman & Mondelli |
| 2 | 603 Woodland Street |
| | Nashville, TN 37206-4211 |

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue N orth
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Christopher D. Lee
Wooden & McLaughlin LLP
21 SE Third Street, Suite 900
Evansville, IN 47708