HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
OF SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISIOIN

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION<br><br>_____<br><br>This Document Related to Plaintiff<br>RICHARD BAILEY<br>1:17-cv-06075-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL |

TO:   THE CLERK OF THE COURT

AND TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE, pursuant to CR 71(d), of the following withdrawal of counsel on behalf of Plaintiff Richard Bailey:

**FORMER COUNSEL**:

WEINSTEIN COUTURE PLLC
Benjamin R. Couture, WSBA No. 39304
Brian D. Weinstein, WSBA No. 24497
Alexandra B. Caggiano, WSBA No. 47862
Weinstein Couture PLLC
601 Union Street, Suite 2420
Seattle, Washington 98101
Phone: (206) 508-7070

1  Fax: (206) 237-8650
   service@weinsteincouture.com
2
3  This withdrawal shall be effective immediately.

   DATED this 10th day of June, 2019.
4

5                          WEINSTEIN COUTURE PLLC

6                          *s/ Alexandra Caggiano*
                           Brian D. Weinstein, WSBA No. 24497
7                          brian@weinsteincouture.com
                           Alexandra B. Caggiano, WSBA No. 47862
8                          alex@weinsteincouture.com
                           Benjamin R. Couture, WSBA No. 39304
9                          601 Union Street, Suite 2420
                           Seattle, Washington 98101
10                         Phone: (206) 508-7070
                           Fax: (206) 237-8650
11                         Counsel for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL - 2

**WEINSTEIN COUTURE PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury under the laws of the State of Washington that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED at Seattle, Washington, this 10th day of June, 2019.

*s/ Rachel J. Torell*
Rachel J. Torell
Legal Assistant

| | |
|---|---|
| Angela Spears<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 | Cliff W. Marcek<br>Cliff W. Marcek, P.C.<br>700 South Third Street<br>Las Vegas, NV 89101 |
| Anthony James Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | David J. Britton<br>Law Offices of David J. Britton<br>2209 N. 30th Street, Suite 4<br>Tacoma, WA 98403 |
| Bard K. Brian<br>222 Kentucky Avenue, Suite 10<br>Paducah, KY 42001 | Jay Harris<br>Harris, Reny & Torzewski<br>Two Maritime Plaza, 3rd Floor<br>Toledo, OH 43604 |
| Brian J. Urban<br>Law Offices of Anthony Urban, P.C.<br>474 N. Centre Street, Third Floor<br>Pottsville, PA 17901 | Justin Kyle Brackett<br>Tim Moore, Attorney at Law, P.A.<br>305 East King St.<br>Kings Mountain, NC 28086 |
| Charles Rene Houssiere, III<br>Houssiere Durant & Houssiere, LLP<br>1990 Post Oak Blvd., Suite 800<br>Houston, TX 77056-3812 | Marian S. Rosen<br>Rosen & Spears<br>5075 Westheimer, Suite 760<br>Houston, TX 77056 |
| Corrie Johnson Yackulic<br>Corrie Yackulic Law Firm PLLC<br>315 5th Avenue South, Suite 1000<br>Seattle, WA 98104-2682 | Peter C. Wetherall<br>Wetherall Group, Ltd.<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148 |

1  George Jerre Duzane
   Duzane, Kooperman & Mondelli
2  603 Woodland Street
   Nashville, TN 37206-4211
3
   Joseph A. Napiltonia
4  Law Office of Joe Napiltonia
   213 Third Avenue North
5  Franklin, TN 37064

6  Lucas J. Foust
   Foust Law Office
7  1043 Stoneridge Drive, Suite 2
   Bozeman, MT 59718
8
   Wilnar J. Julmiste
9  Anderson Glenn LLP – Boca Raton, FL
   2201 NW Corporate Boulevard
   Suite 100
10 Boca Raton, FL 33431

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Christopher D. Lee
Wooden & McLaughlin LLP
21 SE Third Street, Suite 900
Evansville, IN 47708

11
12
13
14
15
16
17
18
19
20
21
22
23