1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
OF SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISIOIN

8

9

10

11

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL |

12

13

This Document Related to Plaintiff
JOSHUA HUFF
1:16-cv-03030-RLY-TAB

14

15

TO:  THE CLERK OF THE COURT

16

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

17

PLEASE TAKE NOTICE, pursuant to CR 71(d), of the following withdrawal of counsel on behalf of Plaintiff Joshua Huff:

18

19

**FORMER COUNSEL**:

20

WEINSTEIN COUTURE PLLC
Benjamin R. Couture, WSBA No. 39304
Brian D. Weinstein, WSBA No. 24497
Alexandra B. Caggiano, WSBA No. 47862
Weinstein Couture PLLC
601 Union Street, Suite 2420
Seattle, Washington 98101
Phone: (206) 508-7070
Fax: (206) 237-8650

21

22

23

1    service@weinsteincouture.com

2    This withdrawal shall be effective immediately.

3    DATED this 10th day of June, 2019.

4

5                            WEINSTEIN COUTURE PLLC

6                            *s/ Alexandra Caggiano*
                             Brian D. Weinstein, WSBA No. 24497

7                            brian@weinsteincouture.com
                             Alexandra B. Caggiano, WSBA No. 47862

8                            alex@weinsteincouture.com
                             Benjamin R. Couture, WSBA No. 39304

9                            601 Union Street, Suite 2420
                             Seattle, Washington 98101

10                           Phone: (206) 508-7070
                             Fax: (206) 237-8650

11                           Counsel for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

1

2

## <u>CERTIFICATE OF SERVICE</u>

3

I hereby certify under the penalty of perjury under the laws of the State of Washington that on

4

the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF

5

system, which will send notification of such filing to all counsel of record.

6

DATED at Seattle, Washington, this 10th day of June, 2019.

7

8

_s/ Rachel J. Torell_____
Rachel J. Torell
Legal Assistant

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**WEINSTEIN COUTURE PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650