UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC ) <br> FILTERS MARKETING, SALES ) <br> PRACTICES AND PRODUCT ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document Relates to: ) <br> *Cynthia Lawson* 1:16-cv-01336 ) <br> ) | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

## **MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

COMES NOW, The Goss Law Firm, P.C. in the above referenced action and moves that Peter E. Goss, and THE GOSS LAW FIRM, P.C. be withdrawn and dismissed as counsel of record in this action.

1. We were advised on September 6, 2016 by Ms. Lawson that she would like for Henry Queener and his co-counsel to represent her in this matter.

2. Mr. Queener entered his appearance on September 6, 2016 indicating his representation of Ms. Lawson.

3. The Goss Law Firm had taken no further action in this case until we were notified that Ms. Lawson had not yet produced her case categorization form.

4. After numerous emails and phone calls to Mr. Queener, it became obvious that Mr. Queener was not going to comply with the associated deadlines.

5. The Goss Law Firm then attempted to comply with Court's wishes.

As stated above, The Goss Law Firm, P.C. has been informed that plaintiff wishes to have Mr. Queener represent her and The Goss Law Firm, P.C. asks that the Motion to Withdraw be granted.

   */s/ Peter E. Goss*
Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, MO 64111
Tel: 816-527-8658
Fax: 816-336-1310
pgoss@thegosslawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record by way of the Court's CM/ECF filing system this 10th day of June, 2019.

*/s/Peter E. Goss*_____
Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, MO 64111
Tel: 816-527-8658
Fax: 816-336-1310
pgoss@thegosslawfirm.com