UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS
DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | 1:14-ml-02570-RLY-TAB |
| _____ | ) | MDL No. 2570 |
| | ) | |
| This Document Relates to: | ) | |
| *Cynthia Lawson* 1:16-cv-01336 | ) | |
| | ) | |
| _____ | ) | |

## <u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

This matter has come before the Court upon Plaintiff's Counsel's Motion to Withdraw as

counsel of Record.  The Court, being duly advised, hereby finds that this Motion should be granted.

It is therefore ordered that Peter E. Goss and The Goss Law Firm, P.C. shall be withdrawn

as counsel of record in this action.

So Ordered this _____ day of _____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana