IN THE UNITED STATES DISTRICT COURT
OF SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISIOIN

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTION LIABILITY LITIGATION<br><br>_____<br><br>This Document Related to Plaintiff<br>JOSHUA HUFF<br>1:16-cv-03030-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>NOTICE OF APPEARANCE<br><br>**Clerk's Action Required** |

TO:  THE CLERK OF THE COURT

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

YOU AND EACH OF YOU will please take notice that Plaintiff Joshua Huff hereby enters his appearance in the above entitled action by the undersigned attorneys of record.

DATED this 10th day of June, 2019.

WEINSTEIN CAGGIANO PLLC

*/s/ Brian Weinstein*
*/s/ Alexandra Caggiano*
Brian D. Weinstein, WSBA No. 24497
brian@weinsteincaggiano.com
Alexandra B. Caggiano, WSBA No. 47862
alex@weinsteincaggiano.com
601 Union Street, Suite 2420
Seattle, Washington 98101

PLAINTIFF'S NOTICE OF APPEARANCE - 1

**WEINSTEIN CAGGIANO PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Phone: (206) 508-7070
Fax: (206) 237-8650
Email: service@weinsteincaggiano.com
Counsel for Plaintiff

PLAINTIFF'S NOTICE OF APPEARANCE - 2

**WEINSTEIN CAGGIANO PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

## **CERTIFICATE OF SERVICE**

I hereby certify under the penalty of perjury under the laws of the State of Washington that on the date below, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED at Seattle, Washington this 10th day of June, 2019.

*s/ Rachel J. Torell*

Rachel J. Torell
Legal Assistant

PLAINTIFF'S NOTICE OF APPEARANCE - 3

**WEINSTEIN CAGGIANO PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON 98101
(206) 508-7070 - FACSIMILE (206) 237-8650