UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Cases | |

**MOTION FOR LEAVE TO
FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a brief in excess of 35 pages, specifically the Cook Defendants' Response to Plaintiffs' Motion to Remand and Transfer Venue.  This brief will be electronically filed today, June 10, 2019.  In support of this motion, the Cook Defendants state:

1. Local Rule 7.1 provides that supporting briefs (excluding tables of contents, tables of authorities, appendices, and certificates of service) may not exceed 35 pages without prior approval of the Court.  *See* Local Rule 7-1.

2. The Cook Defendants hereby request leave to file a brief in excess of 35 pages in support of the Cook Defendants' Response to Plaintiffs' Motion to Remand and Transfer Venue.

3. The response applies to Plaintiffs' request to remand and transfer all pending cases and requires a discussion of the arguments and law applicable to both remand and transfer, as those are separate statutory concepts, and also a discussion of the timing considerations if any cases are to be remanded or transferred.  Due to the complexity and importance of the issue, the relevant legal doctrines and arguments needed to be given due consideration.

US.123479000

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible but find it necessary for the reasons detailed above to request leave of court to exceed the 35-page maximum set forth in Local Rule 7-1(e)(2).

5. Cook will be able to adequately address the issues raised in 40 pages or less.

6. Pursuant to Local Rule 7-1(e)(3), Cook has included a table of contents and table of authorities in the Cook Defendants' Response to Plaintiffs' Motion to Remand and Transfer Venue.

7. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a brief in excess of 35 pages, specifically the Cook Defendants' Response to Plaintiffs' Motion to Remand and Transfer Venue.

Respectfully submitted,

Dated: June 10, 2019

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204-1750
Telephone:     (317) 237-0300
Facsimile:     (317) 237-1000
Andrea.Pierson@FaegreBD.com

- 3 -

>James Stephen Bennett (# 22869-02)
>FAEGRE BAKER DANIELS LLP
>110 West Berry Street, Suite 2400
>Fort Wayne, Indiana 46802-2322
>Telephone:    (260) 424-8000
>Facsimile:    (260) 460-1700
>Stephen.Bennett@FaegreBD.com
>
>*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

### CERTIFICATE OF SERVICE

I certify that on June 10, 2019, a copy of the foregoing **MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES** was filed electronically.  Parties may access this filing through the Court's electronic records system.

>*/s/ Andrea Roberts Pierson*
>Andrea Roberts Pierson