IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.     1:17-cv-03578   (Plaintiff Michael J. Kasten)
                  1:18-cv-00038   (Plaintiff Sharon Kuhn)
                  1:18-cv-02854   (Plaintiff Nicholas Leach)
                  1:17-cv-03433   (Plaintiff Edward LeMotte)
                  1:17-cv-04521   (Plaintiff Charles Levy)

### NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the aboved-named Plaintiffs.

Dated: June 10, 2019

                                                        Respectfully submitted,

                                                 */s/ Joseph J. Cappelli*
                                                 Joseph J. Cappelli (PA. 55166)

                                             **Marc J. Bern & Partners LLP**
                                             101 West Elm Street, Suite 215
                                                    Conshohocken, PA 19428
                                            Telephone: (610) 941- 4444
                                              Facsimile: (610) 941 - 9880
                                         E-Mail: JCappelli@bernllp.com
                                                       *Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*
