Exhibit 2

# David Whitener

| | |
|---|---|
| **From:** | Marilyn Wass <mwass@lopezmchugh.com> |
| **Sent:** | Tuesday, June 04, 2019 11:15 AM |
| **To:** | David Whitener |
| **Subject:** | FW: IMPORTANT Message Regarding Categorization Forms – Cook IVC Filter, MDL 2570 |

**From:** Christina Guerra <cguerra@bencmartin.com>
**Sent:** Tuesday, January 8, 2019 3:34 PM
**To:** A. Layne Stackhouse <layne@shraderlaw.com>; Adam Funk <afunk@branchlawfirm.com>; Ahmed Diab <adiab@gomeztrialattorneys.com>; Alex Davis <alex@jonesward.com>; Allison Garrett <AGarrett@lopezmchugh.com>; Amelia Wilson <awilson@baronbudd.com>; Amorina Lopez <ALopez@lopezmchugh.com>; Angel Lee <alee@provostumphrey.com>; Angela Spears <angie@rosenspearslaw.com>; Anna Higgins <anna@whiteheadfirm.com>; Thomas Valet <TValet@rapplaw.com>; Annesley H. DeGaris <adegaris@degarislaw.com>; Ashton Smith <ashton@jonesward.com>; Ben Martin <bmartin@bencmartin.com>; Bill Curtis <bcurtis@curtis-lawgroup.com>; Bob Boatman <rwb@gknet.com>; Braden Alexander Beard <bbeard@hausfeld.com>; Brian Dratch <bdratch@njcounsel.com>; Brian Holmes <bholmes@hurley-law.com>; LM West <bmeyers@lopezmchugh.com>; Calle Mendenhall <calle@freeseandgoss.com>; Candace Capilongo <ccapilongo@thematthewslawfirm.com>; Charles Bailey <charles.bailey@howardnations.com>; Charles Houssiere III <choussiere@hdhtex.com>; Chelsey Rapp <chelsey@macleanfirm.com>; Chinyere Pigot <cpigot@weitzlux.com>; Chris Kirchmer <ckirchmer@provostumphrey.com>; Christopher Kirchmer <ckirchmer@pulf.com>; Christopher Moze Cowper <mcowper@cowperlaw.com>; Christopher Seeger <cseeger@seegerweiss.com>; Clarence Mark Whitehead <cmw@whiteheadfirm.com>; Courtney Moody <courtney@moodyrrlaw.com>; D.Todd Matthews <todd@gorijulianlaw.com>; Daniel MacDonald <dmacdonald@baronbudd.com>; Daniel Rihn <arihn@peircelaw.com>; Danielle Rodriguez <danielle@lawrencelaws.com>; David Britton <brittonlaw@comcast.net>; David Corwin <dcorwin@scwstl.com>; David DeGreeff <ddegreeff@wcllp.com>; David Matthews <dmatthews@thematthewslawfirm.com>; Denise Codding <dcodding@babbitt-johnson.com>; Donald Migliori <dmigliori@motleyrice.com>; Dr. Shezad Malik <drmalik@shezadmalik.com>; E. Craig Daue <ecdaue@bdlawmt.com>; Elizabeth A. Peterson <eapeterson@locklaw.com>; Elizabeth Cochrane <ecochrane@weitzlux.com>; Elizabeth L. Dudley <liz@lizdudleylaw.com>; Ellen Kerns <ekerns@reganfirm.com>; Emily Roark <emily@bryant.law>; Eric Terry <eric@thlawyer.com>; Ericka Campbell <ecampbell@spanglaw.com>; Everette Verhine <scott@verhine.biz>; Frederick Hovde <rhovde@hovdelaw.com>; George Tharin Williamson <gwilliamson@farr.com>; Graham B. LippSmith <glippsmith@klwtlaw.com>; Greg Rueb <greg@rminjurylaw.com>; Gregory J. Pals <greg@thedriscollfirm.com>; Heather Smith <hsmith@riscassidavis.com>; Howard Nations <howard.nations@howardnations.com>; J. Christopher Elliott <celliott@coloradolaw.net>; Jaclyn Anderson <janderson@klwtlaw.com>; Jacqueline Colclough <jcolclough@reganfirm.com>; Jaime Moss <moss@lkmlawfirm.com>; James Piat <jpiatt@rwp-law.com>; James Zouras <jzouras@stephanzouras.com>; Jan Conlin <jmc@ciresiconlin.com>; Jason Paul Johnston <jason.johnston@zimmreed.com>; Jasper Ward <jasper@jonesward.com>; Jay Harris <toledojustice@bex.net>; Jeff Gaddy <jgaddy@levinlaw.com>; Jeff Seldomridge <jseldomridge@millerfirmllc.com>; Jennifer Lenze <jlenze@kimlawfirm.com>; Jennifer Orendi <jenorendi@gmail.com>; Jennifer Williams <jwilliams@jacksonallenfirm.com>; Jeremy Pichon <jeremy@dswplaw.com>; Jessica Beyer <jessica@lawyernc.com>; Joe Johnson <jjohnson@babbitt-johnson.com>; Joe Williams <jwilliams@price-law.com>; John Dalimonte <johndalimonte@kdlaw.net>; John Duane <jduane@motleyrice.com>; John Harloe <john@freeseandgoss.com>; Jon Conlin <jconlin@corywatson.com>; Jonathan Ashton <jashton@gallonlaw.com>; Jonathan Hogins <jhogins@moodyrrlaw.com>; Jonathan Sedgh <jsedgh@weitzlux.com>; Joseph Osborne <josborne@oa-lawfirm.com>; Joshua Miller <jdm@torisevalaw.com>; Joshua Sean Kincannon <jkincannon@lomurrofirm.com>; Julia Reed Zaic <julia@hrzlaw.com>; Julie Rhoades <jrhoades@thematthewslawfirm.com>; Justin Fishback <jfishback@shawcowart.com>; Justin L. Lawrence <justin@lawrencelaws.com>; Karen Collins <karen@lawyernc.com>;

Kathleen Hersh-Boyle <khershboyle@hershlaw.com>; Kathy Smith <ksmith@branchlawfirm.com>; Kedar Bhasker <kbhasker@branchlawfirm.com>; Keith David Griffin <kgriffin@girardikeese.com>; Keith Jackson <kj@rileyjacksonlaw.com>; Kelly Reardon <kreardon@reardonlaw.com>; Kelsey Louise Stokes <kelsey_stokes@fleming-law.com>; Kimberly Adams <kadams@levinlaw.com>; Kris Clark Thomas <kthomas@bossier-law.com>; Kristy M. Arevalo <kma@mccunewright.com>; Laura Baughman <lbaughman@baronbudd.com>; Laura Lynne Voght <lvoght@attorney.kennugent.com>; Laura Smith <laura@hrzlaw.com>; Lauren Bronson <lbronson@newmanbronson.com>; Laurie Kamerrer <kamerrer@lkmlawfirm.com>; Lincoln Combs <lincoln.combs@gknet.com>; Lizy Santiago <lsantiago@thematthewslawfirm.com>; Lyon Chadwick <lyon@drslawfirm.com>; Majed Nachawati <mn@fnlawfirm.com>; Marian Rosen <marian@rosenspearslaw.com>; Marilyn Wass <mwass@lopezmchugh.com>; Mark Chavez <mchavez@thematthewslawfirm.com>; Mark O'Connor <mark.oconnor@gknet.com>; Marlene Jaye Goldenberg <mjgoldenberg@goldenberglaw.com>; Matt Schultz <mschultz@levinlaw.com>; Matthew Clinton <bclinton@hgdlawfirm.com>; Matthew Haynie <mhaynie@baronbudd.com>; Matthew Lopez <mlopez@lopezmchugh.com>; Matthew McCarley <mccarley@fnlawfirm.com>; Max Petrunya <mpetrunya@peircelaw.com>; Megan Hickey <mhickey@reganfirm.com>; Melissa Goodman <mag@ciresiconlin.com>; Melissa Mielke <mmielke@skikos.com>; Michael Bell <mbell@gallonlaw.com>; Michael Brandon Smith <bsmith@cssfirm.com>; Michael Decker <mdecker@lchb.com>; Michael Hart <mjhart@scwstl.com>; Michael Heaviside <mheaviside@hrzlaw.com>; Michael J. Walsh <mwalsh@walshwoodard.com>; Michael Mertz <mmertz@hurley-law.com>; Monte Bond <mbond@tautfestbond.com>; Nancy Hersh <nhersh@hershlaw.com>; Nicholas Farnolo <nfarnolo@napolilaw.com>; Pat Sanchez <psanchez@branchlawfirm.com>; Patrick Michael Regan <pregan@reganfirm.com>; Paul Stoller <paul.stoller@gknet.com>; Phillip Bohrer <phil@bohrerbrady.com>; Ramon Lopez <RLopez@lopezmchugh.com>; Rand Nolen <rand_nolen@fleming-law.com>; Richard James Serpe <rserpe@serpefirm.com>; Richard Rosenbaum <rrosenblum@rubin-machado.com>; Richard Sanford Lewis <rlewis@hausfeld.com>; Richard Schulte <rschulte@yourlegalhelp.com>; Robert Bailey <sbailey@baileygreer.com>; Rosemarie Riddell Bogdan <rrbivccook@1800law1010.com>; Russell Budd <rbudd@baronbudd.com>; Samuel Mason Wendt <sam@wendtlaw.com>; Sandy Liebhard <liebhard@bernlieb.com>; Sara Vedral <skturman@hotmail.com>; Scott Brady <scott@bohrerbrady.com>; Scotty MacLean <smaclean@macleanfirm.com>; Shannon Clark <slc@gknet.com>; Sheila Bossier <sbossier@bossier-law.com>; Sheila Schebek <sschebek@spanglaw.com>; shelley Blas <shelley.blas@howardnations.com>; Sophie Williams <sophie.williams@howardnations.com>; Stephanie Albers <salbers@hrzlaw.com>; ivc <ivc@getjustice.com>; Stuart Lee Goldenberg <slgoldenberg@goldenberglaw.com>; T Mathis <tmathis@baronbudd.com>; T. Matthew Leckman <mleckman@pbmattorneys.com>; Teresa Toriseva <ceo@torisevalaw.com>; Thomas Sims <tsims@baronbudd.com>; Tim Goss <tim@freeseandgoss.com>; Timothy A. Litzenburg <tlitzenburg@millerfirmllc.com>; Timothy Freiberg <freiberglaw@gmail.com>; Todd Hilton <hilton@stuevesiegel.com>; Tom Arbon <tarbon@bencmartin.com>; Tom Cartmell <tcartmell@wcllp.com>; Ericka Campbell <ECampbell@spanglaw.com>; Troy Brenes <tbrenes@breneslawgroup.com>; Wendy Fleishman <wfleishman@lchb.com>; Will Moody <will@moodyrrlaw.com>; Wolfgang Mueller <wolf@wolfmuellerlaw.com>; Yvonne Flaherty <ymflaherty@locklaw.com>; Timothy Bolton <tbolton@bencmartin.com>; Monya Schwartz <mschwartz@thematthewslawfirm.com>; Sara Vedral <skturman@hotmail.com>; Deborah Yanazzo <deborah.yanazzo@gknet.com>; john@drlawllp.com; Melissa Jones <mjones@lopezmchugh.com>; Melissa Sun <msun@babbitt-johnson.com>; andrea@drlawllp.com; Joe Williams <jwilliams@rwp-law.com>; Bill Blankenship <bill@blankenshiplaw.com>; Jeanette Lule <jeanette@blankenshiplaw.com>; Sue Elliott <selliott@wjnklaw.com>; Karen Smith, Paralegal <bobbymoak402@att.net>; Shawna Fugate <Shawnaf@gld-law.com>; Nate Scearcy <nscearcy@potts-law.com>; Patricia Campbell <pcampbell@potts-law.com>; Sarah Taylor <staylor@pbmattorneys.com>; Jessica Glitz <jglitz@tautfestbond.com>; celliott@coloradolaw.net; greg@thedriscollfirm.com; sschebek@spanglaw.com; Jason Voelke <jvoelke@bencmartin.com>; cjbaker@heardlawfirm.com; denman@heardlawfirm.com; abrown@heardlawfirm.com; Barbara Price <BPrice@heardlawfirm.com>; acarter@sgpblaw.com; nlewis@sgpblaw.com; Eric Mausner <Eric@whiteheadfirm.com>; Melissa Hague <hague@lawgsp.com>; Nikki Jackson <njackson@tatelawgroup.com>; Kim Truongle <Kim.Truongle@howardnations.com>; Matt Skikos <mskikos@skikos.com>; Darilyn Simon <dsimon@skikos.com>; Julie Tucci <jtucci@skikos.com>; Arati Furness <afurness@fnlawfirm.com>; Stacey Cole <scole@shawcowart.com>; Anthony Godfrey <agodfrey@bencmartin.com>; kevin@jonesward.com; Wendy Espitia <wendy@drlawllp.com>; Efrem Fernandez <efrem@saunderslawyers.com>; jcwillet@levinsimes.com; rabrams@levinsimes.com; jjohnson@levinsimes.com; Marcia Rey <mrey@levinsimes.com>;

arol@baronbudd.com; Del Valle, Edna <edelvalle@anapolweiss.com>; Spizer, Gregory S. <gspizer@anapolweiss.com>; paul@rrbok.com; rick@rplezialaw.com; jduane@motleyrice.com; D. Humphrey <dhumphrey@bernllp.com>; Jennifer Williams <jwilliams@jacksonallenfirm.com>; Andrew W. Callahan <acallahan@flintfirm.com>; Anna Dammann <adammann@hmelegal.com>; kwang@bernllp.com; acolell@bernllp.com; bshrader@hmelegal.com; Micaela R. Staley <micaela@wendtlaw.com>; pwetherall@wetherallgroup.com; wkell@tatelawgroup.com; marktate@tatelawgroup.com; Don K. Ledgard <dledgard@capretz.com>; rrbivccook@1800law1010.com; Jason Joy <jason@jasonjoylaw.com>; David Goldberg <6127590.887615@NETORG437733.onmicrosoft.com>; Colin Wood <colin@jasonjoylaw.com>; Pablo Corona <pablo@jasonjoylaw.com>; Michael Barcus <michael@jasonjoylaw.com>; Deborah Zal-Ellis <deborah@jasonjoylaw.com>; denman@heardlawfirm.com; cjbaker@heardlawfirm.com; abrown@heardlawfirm.com; Barbara Price <BPrice@heardlawfirm.com>; Denise Ramirez <DRamirez@heardlawfirm.com>; Roger Mandel <rmandel@jeevesmandellawgroup.com>; Sander L. Esserman <Esserman@sbep-law.com>; Monica L. Moore <moore@sbep-law.com>; john@drlawllp.com; Wendy Espitia <wendy@drlawllp.com>; Justin Dunlap <justin@hotzerunkle.com>; mtiger@youmancaputo.com; Westberg@mwrlawfirm.com; BAdham@johnsonlawgroup.com; creed@johnsonlawgroup.com; tran@mwrlawfirm.com; elshaw@shawcowart.com; patrick.beirne@lawrencefirm.com; rrbivccook@1800law1010.com
**Subject:** RE: IMPORTANT Message Regarding Categorization Forms – Cook IVC Filter, MDL 2570

Counsel:  You are being sent this email as you are shown as having cases filed in the Cook MDL.

The court entered an order today regarding case categorization forms WITH MEDICAL RECORDS as required by the case categorization order entered on October 2, 2018.

The court's order from the bench today will be entered by written order that if any case filed in the MDL 2570 does not have a compliant case categorization form completed and served in accordance with prior categorization order with medical records by January 31, 2019, each such case will be dismissed.

Please be advised that if you have not served case categorization forms with appropriate records by January 31, 2019, your case will be dismissed.

Thank you.


Michael Heaviside
David Matthews
Ben C. Martin


Co-Lead Counsel MDL 2570

Ben C. Martin
*Board Certified in Personal Injury Trial Law & Civil Trial Law*
*by the Texas Board of Legal Specialization*
LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 761-6614