# Exhibit 3

# David Whitener

| | |
|---|---|
| **From:** | Joseph N. Williams <jwilliams@rwp-law.com> |
| **Sent:** | Saturday, June 08, 2019 8:10 AM |
| **To:** | jtb@jtblawgroup.com; jasper@jonesward.com; jseldomridge@millerfirmllc.com; jgaddy@levinlaw.com; jgibson@cohenandmalad.com; Jeffrey Bowersox; lipmanlawfirm@aol.com; jgrand@seegerweiss.com; jnolte@allennolte.com; jlenze@lkmlawfirm.com; jennifer@moorelawgroup.com; Jerard Scanland; jeremy@dswplaw.com; jglitz@tautfestbond.com; jperduejr@perdueandkidd.com; john@drlawllp.com; jduane@motleyrice.com; jdallison@eahjlaw.com; jack@johnsileolaw.com; trey@allennolte.com; john@thedriscollfirm.com; john.crone@andruswagstaff.com; john@selingerlaw.com; jserpe@serpejones.com; jkirtley@lawyerworks.com; jconlin@corywatson.com; Sedgh, Jonathan; jknoll@cohenandmalad.com; jonathan@lowelawgroup.com; jashton@gallonlaw.com; jonm@pittmandutton.com; jose@masstortslaw.com; joe@mbllc.com; Joseph Osborne; Ami Romanelli; rbell@realtoughlawyers.com; tcoe@realtoughlawyers.com; joe@saunderslawyers.com; jzonies@zonieslaw.com; Joe Johnson; jwages@bbga.com; jchristian@christiananddavis.com; justice@torisevalaw.com; jkincannon@wilentz.com; Julia Reed Zaic; jlamkin@jeffreysglassman.com; Justin Dunlap; justin@lawrencelaws.com; jfishback@shawcowart.com; ivc@corywatson.com; karen.schroeder@rburnettlaw.com; ksouthard@lawbd.com; katy@monsourlawfirm.com; khershboyle@hershlaw.com; ksnapka@snapkalaw.com; efrem@saunderslawyers.com; gbentley@zonieslaw.com; dcodding@babbitt-johnson.com; 5201272420@filings.docketbird.com; lmcquiddy@christiananddavis.com; jcox@zonieslaw.com; jkennedy@wilentz.com; Laura@hrzlaw.com; jelamkin@gmail.com; bburgess@bbga.com; documents@lawrencelaws.com; bburgess@bbga.com; mmcguckin@wilentz.com; kwaters@bbga.com; rvanderberg@lawbd.com; jennifer@monsourlawfirm.com; general@hershlaw.com; agomez@snapkalaw.com; nmontez@snapkalaw.com; chenderson@snapkalaw.com; dmoreno@snapkalaw.com; Katie Griffin; kay@vanweylaw.com; kaltman@excololaw.com; kgriffin@girardikeese.com; keith@pattonlaw.com; kreardon@reardonlaw.com; kelsey_stokes@fleming-law.com; ksoh@kirklinsoh.com; kwaters@wjnklaw.com; kboisson@gallonlaw.com; kfitzgerald@fitz-lawgroup.com; David Whitener; julie@vanweylaw.com; pharma@excololaw.com; ppaz@girardikeese.com; ecf@pattonlaw.com |
| **Cc:** | Ben Martin; Michael Heaviside (mheaviside@hrzlaw.com); David Matthews; Mary Llewellyn |
| **Subject:** | Fw: Cook MDL 2570: June 13th hearing -- Indianapolis (Group 5) |
| **Attachments:** | Rule 12(c) motion (Cat. 2 cases).pdf |

Counsel,

I apologize for the delay in sending this -- I have been waiting (and waiting) on Cook's lawyers to identify the motions they want heard at the June 13th hearing in Indianapolis so that I could let everyone know whether they need to attend. Here's the deal:

==(1) Some of you have not been receiving MDL-wide e-mails. After having my IT folks look into this, it appears that many of your spam filters are set to reject any e-mail with more than 100 recipients. To remedy that problem, we have created 11 e-mail lists, each containing less than 100 recipients. Hopefully this will remedy the problem. From now on, we will be sending 11 separate e-mails, each of which will be identical.==

(2) **Cook's Rule 12(c) motion on category 2 cases.** Cook plans to argue their Rule 12(c) motion for judgment on the pleadings on Category 2 cases (emotional injury only). As of the latest I know, there are 64 cases to which