# Exhibit 4

# David Whitener

| | |
|---|---|
| **From:** | David Whitener |
| **Sent:** | Tuesday, June 04, 2019 11:52 AM |
| **To:** | cguerra@martinbaughman.com |
| **Cc:** | Tara Tabatabaie; Katie Griffin |
| **Subject:** | Cook IVC |

Christina,

I'm writing at the suggestion of my long-time friend Marilyn Wass.   We are faced with the uphill battle of trying to have the judge reconsider on his recent ruling on the defendant's motions to dismiss.   Starting in December last year, due to some confusion around re-staffing issues the docket in this project went unreviewed until early May– and thus our cases were dismissed.

We did not receive any of the emails from the PSC advising us of the categorization forms/orders, and the subsequent motions to dismiss.

Would you please add our attorneys to your master list of plaintiffs' counsel.

We have filed motions for reconsideration that the defendants have opposed.   In their opposition they stated that the PSC had made representations to the court that the PSC had communicated with all plaintiffs' counsel regarding this entire issue.   Unfortunately for our firm and our clients, we were not on your emails regarding this issue.

I have cc'd the attorneys in our office working on IVC.   Please add them to your list.


David Whitener
*Paralegal*



**Sill Law Group, PLLC**
1101 N Broadway Ave, Ste. 102
Oklahoma City, OK 73103
(405) 509-6300 x106 – phone
(855) 329-8276 – toll free
(800) 978-1345 – fax
david@sill-law.com

This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This e-mail message, including any attachments hereto, contains confidential, privileged information from a law firm intended solely for the addressee. Please do not read, copy or disseminate this e-mail, or accompanying attachments unless you are both the addressee and the intended recipient. **To our clients:  if you share this email with anyone else, you may be waiving the attorney-client privilege.**  If you are not both the addressee and the intended recipient, or have otherwise received this message in error, please call us at (405) 509-6300 and ask to speak with the message sender. Also, please forward the message back to us and delete the message from your inbox and deleted items folder. Thank you.