# Exhibit 5

CONFIDENTIAL AND PROPRIETARY / PROPERTY OF MCM SERVICES GROUP, LLC



**SERVICES GROUP**
MARKETING · CONSULTING · MANAGEMENT

## Sill Law Group
Topic: **IVC Filters**
Media: **National Television**
Start Date: ~~11/16/15~~ *11/20/2015*
MCM Campaign: **SIL1511RJIVC**

*11/20/2015*

| NETWORK | LENGTH | DAYS | TIME PERIOD | Week of ~~11/16/2015~~ | TOTAL SPOTS | |
|---|---|---|---|---|---|---|
| COZI | :30 | Mon-Sun | 9am-8pm | 4 | 4 | |
| | | Mon-Sun | 8pm-12am | 4 | 4 | |
| Escape | :30 | Mon-Sun | 9am-6pm | 5 | 5 | |
| | | Mon-Sun | 6pm-12am | 5 | 5 | |
| Game Show | :30 | Mon-Fri | 3pm-7pm | 3 | 3 | |
| GetTV | :30 | Mon-Sun | 9am-4pm | 4 | 4 | |
| WGN America | :30 | Mon-Fri | 3pm-7pm | 3 | 3 | |
| **SYNDICATION** | | | | | | |
| Jerry Springer | :20 | Mon-Fri | Various | 1 | 1 | |
| Maury | :20 | Mon-Fri | Various | 1 | 1 | |
| **TOTAL** | | | | | 30 | $25,000 |

Schedule subject to commercial acceptance and inventory for sale.

MCM Services Group, LLC is authorized to place media on behalf of this client for all aspects of the schedule (including media contact, negotiation and stewardship).

Campaign includes 28 - 30 second spots and 2 - 20 second units on the media outlets listed above.
Schedule includes: Media buy/placement, and a two week use of creative ad work on above programs, 24/7 intake processing/call center; also access to MCM's lead management program.
Ad placement(s) subject to clearance & availability.

**CONFIDENTIALITY**
Advertiser understands that in MCM's provision of any Services, MCM or the advertiser may acquire, be exposed to or have access to "Confidential Information" concerning each other, their contacts and business practices.
The parties agree that they will not at any time discuss or disclose, use to their benefit, or otherwise reveal to any person or third party such confidential information, unless otherwise expressly authorized in writing by the other.
"Confidential Information" includes: (a) information relating to Law Firm leads or clients generated from advertising or the provision of the Services; (b) all information relating to sourcing and development of third party
advertising as well as methods and techniques related thereto or the pricing and marketing of either party's products and services; (c) MCM's "Contacts", including MCM's advertising sources, sellers, buyers, their
associates introducing such parties and any of their agents; (d) financial and payroll information, or other planning information relating to the operation of either party generally; (e) the identity, address and/or telephone,
fax and telex numbers, or list of customers, clients, law firms, contacts, agents, brokers, or sellers known as confidential sources, and, (f) other private and confidential information which is a special and unique
asset of either party or information which, if known to competitors, or others outside of either the Advertiser or MCM, would be harmful to either party.

**DISCLAIMER OF WARRANTIES**
Since the Advertiser approves all advertising design & creative, MCM MAKES NO WARRANTIES OR GUARANTEES AS TO THE ACCURACY OR COMPLETENESS OF ANY CONTENT PUBLISHED OR MADE ACCESSIBLE
AND DOES NOT WARRANT THE CONTENT IN THE APPROVED ADS OR THEIR COMPLIANCE WITH ANY APPLICABLE ADVERTISING RULES OR STATUTES.

Approved: _____ Date 11/17/15