# EXHIBIT C

# EXHIBIT C

*Hill* — Live Witnesses

## PLAINTIFF'S LIVE WITNESSES

| Witness | Role | Location |
|---|---|---|
| Dr. David Kessler | Expert | California |
| Dr. Michael Fishbein | Expert | California |
| Dr. James Gardner | Cook employee | Indiana |
| Bruce Fleck | Cook employee | Indiana |
| Dr. Robert McMeeking | Expert | California/Scotland |
| Per Hendrickson | Cook employee | Denmark |
| Darrell Talbert | Cook employee | Indiana |
| Dr. Alexander Marmureanu | Expert | California |
| Henrik Gyllun | Cook employee | Denmark |
| Russell Hill | Plaintiff's husband | Florida |
| Elizabeth Hill | Plaintiff | Florida |

## DEFENDANTS' LIVE WITNESSES

| Witness | Role | Location |
|---|---|---|
| Dr. Jon Fryzek | Expert | Maryland |
| Mark Breedlove | Cook employee | Indiana |
| Dr. Timothy Morris | Expert | California |
| Dr. Renu Virmani | Expert | Maryland |
| Harold Pellerite | Expert | Maryland |
| Dr. Anthony Venbrux | Expert | D.C. |
| Dr. Scott Robertson | Expert | California |
| Dr. Todd Baron | Expert | North Carolina |