**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to 64 Category 2 Cases
Pending as of May 24, 2019

_____

**EXHIBIT A**
**TO**
**COOK DEFENDANTS' REPLY IN SUPPORT OF**
**THEIR MOTION FOR JUDGMENT ON THE PLEADINGS**
**IN CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM**

**<u>PLAINTIFFS THAT DID NOT RESPOND TO THE COOK DEFENDANTS' MOTION</u>**

_____

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Boyles, Michael D. & Connie Arlene | 1:16-cv-00784 | LAWRENCE & ASSOCIATES, LLC |
| Paschal, Linda | 1:16-cv-01076 | BARON & BUDD, P.C. |
| Kelly, Deborah | 1:16-cv-01769 | BACHUS & SCHANKER, LLC |
| Turner, Andrenette | 1:16-cv-03252 | BACHUS & SCHANKER, LLC |
| Lenahan, Bill | 1:17-cv-00023 | MATTHEWS & ASSOCIATES |
| Malugin, Bobby | 1:17-cv-01470 | BARON & BUDD, P.C. |
| Miller, Dean | 1:17-cv-02699 | RICHARD J. PLEZIA & ASSOCIATES |
| Mayernik, Sandra | 1:17-cv-03321 | RICHARD J. PLEZIA & ASSOCIATES |
| Schwantes, Arlyn | 1:17-cv-03420 | RICHARD J. PLEZIA & ASSOCIATES |