# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to 64 Category 2 Cases
Pending as of May 24, 2019

_____

**EXHIBIT B**
**TO**
**COOK DEFENDANTS' REPLY IN SUPPORT OF**
**THEIR MOTION FOR JUDGMENT ON THE PLEADINGS**
**IN CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM**

**DRISCOLL PLAINTIFFS**

_____

- 2 -

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Gardner, Estella | 1:17-cv-03004 | THE DRISCOLL FIRM, P.C. |
| Key, Charles | 1:17-cv-03005 | THE DRISCOLL FIRM, P.C. |
| King, Martrie | 1:17-cv-06069 | THE DRISCOLL FIRM, P.C. |
| Rose, Penny | 1:17-cv-06069 | THE DRISCOLL FIRM, P.C. |
| Routh, Clarence | 1:17-cv-06069 | THE DRISCOLL FIRM, P.C. |
| Rubicine, Frank A. | 1:18-cv-00510 | THE DRISCOLL FIRM, P.C. |
| Graham, Carla | 1:19-cv-00173 | THE DRISCOLL FIRM, P.C. |
| Bunner II, Roger Carl | 1:19-cv-01036 | THE DRISCOLL FIRM, P.C. |
| Cockrell, Jerry | 1:19-cv-01037 | THE DRISCOLL FIRM, P.C. |
| Dickey, Vicki | 1:19-cv-01038 | THE DRISCOLL FIRM, P.C. |
| Franklin, Dennis | 1:19-cv-01042 | THE DRISCOLL FIRM, P.C. |
| Jordan, James | 1:19-cv-01068 | THE DRISCOLL FIRM, P.C. |
| Remo, Glenda | 1:19-cv-01074 | THE DRISCOLL FIRM, P.C. |
| Sanchas, Mattie | 1:19-cv-01078 | THE DRISCOLL FIRM, P.C. |
| Sears, Donald | 1:19-cv-01080 | THE DRISCOLL FIRM, P.C. |
| Severa, Gary | 1:19-cv-01144 | THE DRISCOLL FIRM, P.C. |
| Ware, Betty | 1:19-cv-01145 | THE DRISCOLL FIRM, P.C. |