IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.

    1:17-cv-03487  (Plaintiff Susan Maddelein)
    1:18-cv-01087  (Plaintiff Rene Maldonado)
    1:17-cv-03949  (Plaintiff Milton Malphus)
    1:17-cv-03593  (Plaintiff Mary E. Marks)
    1:17-cv-03392  (Plaintiff Merri Miller)

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the aboved-named Plaintiffs.

Dated: June 11, 2019

                                            Respectfully submitted,

                                            */s/ Joseph J. Cappelli*
                                            Joseph J. Cappelli (PA. 55166)

                                            **Marc J. Bern & Partners LLP**
                                            101 West Elm Street, Suite 215
                                            Conshohocken, PA 19428
                                            Telephone: (610) 941- 4444
                                            Facsimile: (610) 941 - 9880
                                            E-Mail: JCappelli@bernllp.com
                                            *Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*