IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.   1:19-cv-01417  (Plaintiff Lois Miller o/b/o Debra Riggs)
              1:17-cv-03436  (Plaintiff Doris M. Mincy)
              1:17-cv-03566  (Plaintiff Sarah L. Mitchell)
              1:18-cv-00624  (Plaintiff Tinardo Mondello)
              1:17-cv-03838  (Plaintiff Walter Moore)
              1:18-cv-02552  (Plaintiff John H. Morris)

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the aboved-named Plaintiffs.

Dated: June 11, 2019

                                      Respectfully submitted,

                                      */s/ Joseph J. Cappelli*
                                      Joseph J. Cappelli (PA. 55166)

                                      **Marc J. Bern & Partners LLP**
                                      101 West Elm Street, Suite 215
                                      Conshohocken, PA 19428
                                      Telephone: (610) 941- 4444
                                      Facsimile: (610) 941 - 9880
                                      E-Mail: JCappelli@bernllp.com
                                      *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*