IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.
　　1:18-cv-02242　(Plaintiff Earl Ogle)
　　1:17-cv-01802　(Plaintiff Ivan Ortiz)
　　1:19-cv-00206　(Plaintiff Delores Osborne)
　　1:17-cv-03958　(Plaintiff Kayla Palmer)
　　1:17-cv-03331　(Plaintiff Guy Pantone)
　　1:17-cv-04020　(Plaintiff Maurice Phelps)
　　1:17-cv-03733　(Plaintiff William Phillippi)
　　1:17-cv-03992　(Plaintiff Earline Pitts)

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Dated: June 11, 2019

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　  */s/ Joseph J. Cappelli*
　　　　　　　　　　　　　　　　　　Joseph J. Cappelli (PA. 55166)

　　　　　　　　　　　　　　　　　　**Marc J. Bern & Partners LLP**
　　　　　　　　　　　　　　　　　　101 West Elm Street, Suite 215
　　　　　　　　　　　　　　　　　　Conshohocken, PA 19428
　　　　　　　　　　　　　　　　　　Telephone: (610) 941- 4444
　　　　　　　　　　　　　　　　　　Facsimile: (610) 941 - 9880
　　　　　　　　　　　　　　　　　　E-Mail: JCappelli@bernllp.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*
