IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Case Nos.
      1:17-cv-04767  (Plaintiff Kathleen Stallworth)
      1:17-cv-03621  (Plaintiff Cathy J. Stone)
      1:17-cv-03111  (Plaintiff  Jimmy Sutton)
      1:17-cv-03595  (Plaintiff Cheryl Thomas)
      1:17-cv-04219  (Plaintiff Julia Tucker)
      1:17-cv-03559  (Plaintiff William Valentine)
      1:17-cv-03662  (Plaintiff Sussana Vincigerra)
      1:17-cv-04702  (Plaintiff Sally Walden)

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

                                          Respectfully submitted,

Dated: June 11, 2019                                      */s/ Joseph J. Cappelli*
                                                               Joseph J. Cappelli (PA. 55166)

                                                               **Marc J. Bern & Partners LLP**
                                                           101 West Elm Street, Suite 215
                                                                Conshohocken, PA 19428
                                                        Telephone: (610) 941- 4444
                                                         Facsimile: (610) 941 - 9880
                                                E-Mail: JCappelli@bernllp.com
                                                                  *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*