IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Case Nos.
  1:17-cv-04070  (Plaintiff Beverly Walker - Collins)
  1:17-cv-04129  (Plaintiff Vernon Wall)
  1:17-cv-03155  (Plaintiff Daron Wallace)
  1:18-cv-02082  (Plaintiff Randy Walter)
  1:17-cv-01527  (Plaintiff Marsha Watkins)
  1:17-cv-04157  (Plaintiff Sylvia Whitson)
  1:17-cv-03370  (Plaintiff Lee Williams)

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Respectfully submitted,

Dated: June 11, 2019

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*