AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| Barbara Vickers | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:16CV01120 |
| Cook Incorporated, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Barbara Vickers.

Date: 06.11.2019

M. Brandon Smith
*Attorney's signature*

GABAR 141418
*Printed name and bar number*

1932 N. Druid Hills Road Suite 200
Atlanta, GA 30303
*Address*

bsmith@cssfirm.com
*E-mail address*

(404) 419-9500
*Telephone number*

(404) 419-9501
*FAX number*