IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to Plaintiff:

    LARRY DUNCAN
    1:16-CV-00995-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Larry Duncan.

                                                 Respectfully submitted:

                                                **BARON & BUDD, P.C.**

                                                */s/ Sindhu S. Daniel*_____
                                                Sindhu S. Daniel, NJ Bar No. 010711996
                                                **BARON & BUDD, P.C.**
                                                3102 Oak Lawn Avenue, Suite 1100
                                                Dallas, TX 75219
                                                Telephone: (214) 521-3605
                                                Facsimile: (214) 520-1181
                                                sdaniel@baronbudd.com

                                                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Sindhu S. Daniel