UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAOPLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
**Cause No. 1:16-cv-01769**
**Deborah Kelly v. Cook Incorporated et al**

### ORDER GRANTING PLAINTIFF LILLIE SAULS' REQUEST FOR ORAL ARGUMENT AND REQUEST TO APPEAR TELEPHONICALLY

On this day, the Court considered Plaintiff Deborah Kelly's Request for Oral Argument on her Response in Opposition to Defendant's Motion for Judgement on the Pleadings in Category 2 cases for failure to state a claim.. After considering the Motion for Oral Argument the Court finds that the Motion should be GRANTED. It is therefore;

ORDERED that Oral Argument is hereby GRANTED. It is further

ORDERED that Oral Argument is set for June 13, 2019 at 10:00 am EST. It is further;

ORDERED that Plaintiff's Counsel is allowed to appear telephonically and the Court directs the Clerk to send Plaintiff's Counsel the requisite information to appear by telephone.

SIGNED this ___ day of _____ , 2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana