IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570

_____

This Document Relates to Plaintiff:

    BARBARA KORYAT, Individually and
    On Behalf of GEORGE KORYAT
    1:16-CV-01056-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Barbara Koryat, Individually and on behalf of George Koryat.

        Respectfully submitted:

        **BARON & BUDD, P.C.**

        */s/ Sindhu S. Daniel*_____
        Sindhu S. Daniel, NJ Bar No. 010711996
        **BARON & BUDD, P.C.**
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, TX 75219
        Telephone: (214) 521-3605
        Facsimile: (214) 520-1181
        sdaniel@baronbudd.com

        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 12, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                */s/ Sindhu S. Daniel*