IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Mark DiMarzio

Civil Case No. 1:18-cv-02588

## **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS OF MARK DIMARZIO**

Come now, Plaintiff Mark DiMarzio and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiff Mark DiMarzio in this action against Defendants Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS are dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Basil E. Adham
Basil E. Adham
TX Bar No. 24081742
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com
*ATTORNEY FOR PLAINTIFF*

AND

/s/ Jessica Benson Cox
Jessica Benson Cox
**FAEGRE BAKER DANIELS LLP**
300 N. Meridian St., #2700
Indianapolis, IN 46204
(317) 237-8274 Phone
*ATTORNEY FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Basil E. Adham
Basil E. Adham