IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Mark DiMarzio

Civil Case No. 1:18-cv-02588

## **ORDER**

Considering the parties' Stipulation of Dismissal With Prejudice of Plaintiff Mark DiMarzio.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Mark DiMarzio against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS are dismissed in their entirety with prejudice and each party shall bear its own costs.

Signed this _____ day of _____, 2019.

_____
Honorable Richard L. Young
United States District Court Judge