# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case Nos. | Case. No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

    1:18-cv-03887 (Plaintiff Kathy Bell)
    1:17-cv-01996 (Plaintiff Latasha Bennett)
    1:19-cv-00522 (Plaintiff Calvin Bennett)
    1:17-cv-04105 (Plaintiff Mary Blair)
    1:17-cv-03408 (Plaintiff Don B. Blanche)
    1:17-cv-01803 (Plaintiff Marjorie Bourgeois)
    1:17-cv-04042 (Plaintiff Rebecca Bowman)
    1:17-cv-01179 (Plaintiff Nadene Branham)

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Dated: June 12, 2019

                                                          Respectfully submitted,

                                                          */s/ Marc J. Bern*
                                                          Marc J. Bern (NY. 1859271)

                                                          **Marc J. Bern & Partners LLP**
                                                          60 East 42nd Street, Suite 950
                                                          New York, NY 10165
                                                          Telephone: (212) 702 - 5000
                                                          Facsimile: (212) 818 - 0164
                                                          E-Mail: MBern@bernllp.com

                                                          *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*