# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

Case Nos.

    1:17-cv-03693 (Plaintiff Marie Mae Brown)

    1:17-cv-04389 (Plaintiff Ezill Brown)

    1:18-cv-00309  (Plaintiff Leo F. Brown)

    1:19-cv-00552 (Plaintiff Ethel Butler)

    1:17-cv-00759 (Plaintiff Thomas Campbell)

    1:17-cv-01575 (Plaintiff Rod Cavalier)

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Dated: June 12, 2019

                                                             Respectfully submitted,

                                                      */s/ Marc J. Bern*
                                                      Marc J. Bern (NY. 1859271)

                                                **Marc J. Bern & Partners LLP**
                                                60 East 42nd Street, Suite 950
                                                         New York, NY 10165
                                               Telephone: (212) 702 - 5000
                                               Facsimile: (212) 818 - 0164
                                                  E-Mail: MBern@bernllp.com

                                                            *Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*