IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Case Nos.   1:18-cv-02617   (Plaintiff Christy Griffin)<br>1:18-cv-01350   (Plaintiff William Hammond)<br>1:17-cv-03270   (Plaintiff Wanda Harlow)<br>1:17-cv-03657   (Plaintiff Douglas Harris)<br>1:18-cv-00471   (Plaintiff Debra Haskins)<br>1:18-cv-02236   (Plaintiff Tommy Hawkins)<br>1:19-cv-00525   (Plaintiff Ann M. Hecht)<br>1:19-cv-00530   (Plaintiff Raymond Hile) | Case. No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Dated: June 12, 2019

Respectfully submitted,

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*
