IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

COOK MEDICAL INC., IVC FILTERS    Case No.: 1:18-cv-02780-RLY-TAB
MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

MDL No. 2570

This document Relates to Plaintiff(s)

JEANETTE RENTERIA
Case Number: 1:18-cv-02780

**PLAINTIFF JEANETTE RENTERIA'S
SUGGESTION OF DEATH OF PLAINTIFF JEANETTE RENTERIA**

The undersigned hereby gives notice that Plaintiff Jeanette Renteria is deceased. The undersigned has not yet been able to contact Ms. Renteria's next of kin, but when contact is made the undersigned will be seeking authority from the decedent's family to continue to pursue these claims.

**NAPOLI SHKOLNIK, LLC**

**By**:   /s/ Nicholas R. Farnolo
Nicholas R. Farnolo
400 Broadhollow Road
Melville, NY 11747
(212) 397-1000
nfarnolo@napolilaw.com
*ATTORNEY FOR PLAINTIFF*