**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

This Document Relates to:

*Jeanette Renteria*
Case: 1:18-cv-02780-RLY-TAB
_____/


**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

This matter was filed on September 10, 2018. On May 2, 2019, Defendants' filed a motion to dismiss this matter and several others (Doc. No. 10600). Between the period of the filing motion and the filing of this opposition, Plaintiff's counsel learned that Plaintiff Renteria has passed away. Plaintiff has not been responsive to counsel's attempts to contact her before the filing of this motion, but it was only when counsel sent a letter to a hospital local to the Plaintiff that counsel learned Plaintiff had passed away.

Upon learning of Plaintiff's apparent passing, counsel filed a suggestion of death and this opposition. Counsel also reached out to counsel for Cook, Inc. in an attempt to resolve this issue prior to the June 13, 2019 hearing, but has not yet heard back. Your undersigned would ask that this matter be stayed so that a potential next of kin can be located, rather than dismissed for lack of prosecution. A suggestion of death has been filed both in the MDL master docket and plaintiff's individual case number.

1

Respectfully Submitted,

/s/ Nicholas R. Farnolo
Nicholas R. Farnolo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747
(212)397-1000
nfarnolo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2019, a copy of the foregoing Plaintiff's Response in

Opposition to Defendants' Motion to Dismiss Without Prejudice was filed electronically, and

notice of filing of this document will be sent to all parties by operation of the Court's Electronic

filing system to CM/ECF participants registered to receive service in this matter.  Parties may

access this through the Court's system.

/s/ Nicholas R. Farnolo