UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions:

1:16-cv-03468       1:17-cv-02435
1:18-cv-00516

_____

**COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR RECONSIDERATION**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for an extension of the due date to file their response in opposition to Plaintiffs' Motion for Reconsideration of the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss (Dkt. 10885) until June 26, 2019. In support of this Motion, the Cook Defendants state:

1. On May 8, 2019, the Court entered its Order on the Cook Defendants' Second Amended Motion to Dismiss (Dkt. 10622), dismissing dozens of cases that were noncompliant with categorization, including the cases of Plaintiffs Irving, Baker, and Walker.

2. On May 29, 2019, Plaintiffs Irving, Baker, and Walker filed a Motion for Reconsideration of the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss (Dkt. 10622). The motion was filed by the law firm of Keith, Miller, Butler, Schneider & Pawlik. This motion is one of several others that have been filed by plaintiffs dismissed pursuant

to this order, and Cook has responded to several of these motion already and will be responding to the recently filed ones in due course.

3.      Pursuant to Local Rule 7-1(c)(3)(A), the Cook Defendants' response to this particular motion filed by these Plaintiffs is due June 12, 2019.

4.      Since the filing of Plaintiffs' motion, the Cook Defendants have engaged in talks with Plaintiffs' counsel regarding a possible resolution to this issue. In particular, this motion presents unique considerations not shared by the other motions to reconsider and/or vacate filed by other plaintiffs, and the Cook Defendants have been in discussions with both the PSC and these Plaintiffs' individual counsel regarding these issues. However, these discussions are ongoing and additional time is needed to determine if the parties will be able to resolve the issue or if the briefing will need to be completed and presented to the Court.

5.      Accordingly, the Cook Defendants request that the Court extend the deadline for their response to Plaintiffs' motion to June 26, 2019, and Plaintiffs' deadline to reply to July 8, 2019.

6.      The Cook Defendants have conferred with Plaintiffs' individual counsel regarding this motion, and Plaintiffs have no objection to it.

WHEREFORE, the Cook Defendants respectfully request that the Court grant their Motion to extend the deadline for filing their response to Plaintiffs' Motion for Reconsideration of the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss to June 26, 2019, and permit Plaintiffs to reply by July 8, 2019.

Dated:  June 12, 2019

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegrebd.com

James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegrebd.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.  Lead Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:16-cv-03468        1:17-cv-02435
1:18-cv-00516

## [PROPOSED] ORDER

On June 12, 2019, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed their Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Reconsideration. The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook Defendants' Motion.

**IT IS THEREFORE ORDERED** that the Cook Defendants' deadline to respond to Plaintiffs' Motion for Reconsideration of the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss is **June 26, 2019,** and that Plaintiff's reply will be due on **July 8, 2019**.

**SO ORDERED** this day of _____ day of _____, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

5

Distributed Electronically to Registered Counsel of Record