UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL 2570 |
| This Document Relates to: <br><br> DEBORAH KELLY, <br><br> Plaintiff(s), <br><br> v. <br><br> COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, <br><br> Defendant(s). | CIVIL ACTION NO. 1:16-cv-01769 |

### AMENDED MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS MOTION FOR PLEADINGS

TO THE HONORABLE JUDGE GOODWIN:

Plaintiff Deborah Kelly move this Court for leave to file an Amended Response to Defendants Motion for Pleadings. Plaintiff have attached the proposed Response to Defendants Pleadings to this Motion. For the following reasons, Plaintiff respectfully request the Court grant their Motion as timely:

1.  Plaintiff is Deborah Kelly, and Defendants are Cook Medical Inc.,

1

2. Plaintiff respectfully move this Court to grant leave to file a Response to Defendants Motion for Pleadings because Plaintiff Kelly still has harms and loses she relates to the Cook Select Platinum Filter.

3. Plaintiff's counsel was confused on how to Respond to the Defendant's Motion for Pleadings since it was not filed into Plaintiff's individual case.

4. Plaintiff filing of a Response to Defendants Motion for Pleadings is not in bad faith and is not for the purpose of delay. Plaintiff assures the Court that the filing of their Response to Defendants Motions for Pleadings will not unduly prejudice Defendants.

5. Plaintiff should be granted leave to file a Response to Defendants Motion for Pleadings.

6. Attached hereto is Plaintiff's Response to Defendants Motion for pleadings.

FOR THE REASONS, Plaintiff pray that is court grant their Amended Motion for Leave so that Plaintiff may file her Response to Defendants Motion for Pleadings, and for such other general Relief to which Plaintiff may be justly entitled.

Dated this 12th day of June 2019,

>*/s/J. Christopher Elliott*
>BACHUS & SCHANKER, LLC.
>J. Christopher Elliott, Esq.
>1899 Wynkoop Street, Suite 700
>Denver, CO 80202
>Tel: (303) 893-9800
>Fax: (303) 893-9900
>celliott@coloradolaw.net