St. Mary Corwin Hospital

PT: KELLY, DEBORAH J
DOB: 04/04/1956, 59, F
UNIT #: MM00674447
REPORT #: 0806-0573

ADM: 08/06/15 0613
LOC: MCCATH   (REG CLI)
ACCOUNT #: MA0000833833
Weger,Natalie Sofia DO

---

CATH/INVASIVE PROCEDURE

Signed

DATE OF SERVICE: 08/06/2015

PREOPERATIVE DIAGNOSES:
1. History of deep vein thrombosis.
2. Morbid obesity with impending morbid obesity surgery.

POSTOPERATIVE DIAGNOSES:
1. History of deep vein thrombosis.
2. Morbid obesity with impending morbid obesity surgery.

PROCEDURE: Inferior vena cava filter insertion.

ASSIST: Cath lab staff.

ESTIMATED BLOOD LOSS: None.

COMPLICATIONS: None.

SEDATION: 2 mg of IV Versed, 100 mcg of IV fentanyl given by me.

ANTIBIOTICS: None.

INDICATIONS FOR PROCEDURE: Deborah Kelly is a pleasant 59-year-old female who has a history of extensive DVT and PE requiring Coumadin therapy. She is going to be withheld from Coumadin therapy for an impending gastric bypass surgery and for prevention of fatal PE and prophylactic removable filter is indicated.

PROCEDURE IN DETAIL: What was done, Deborah Kelly was brought to St. Mary-Corwin Hospital Cath Lab. Informed consent was reiterated. Timeout confirmed her identity and operative site. She was prepped and draped in the usual sterile fashion. The right internal jugular vein was used for access. With ultrasound guidance, the micropuncture kit was placed. A local was instilled in the subcutaneous tissues. The bareback angled Glide catheter was used to traverse into the IVC and iliac vein. The venogram was performed, there was no clot. The cava was an appropriate size. Renal blush was seen. A Cook Celect jugular retrievable filter was now made ready

FACILITY: MC

---

Signed
CATH/INVASIVE PROCEDURE



[~ rep ct labl]
Page 1 of 2

PT: KELLY, DEBORAH J
REPORT #: 0806-0573

ACCOUNT #: MA0000833833
UNIT #: MM00674447

and their sheath was placed over a stiff Amplatz wire into the infrarenal vena cava.  Another vena cavagram was performed.  The filter was deployed in the usual fashion.  Completion vena cavogram was performed, demonstrating infrarenal position, good renal blush, no contrast extravasation.  The devices were removed.  Pressure was held on the neck.  A dry sterile dressing was placed.  The patient tolerated procedure well and can be discharged today.  Follow up with me in 6 weeks to allow for healing after gastric bypass and plans for retrieving the filter.


MEDQ-UK/JOB#603836/665333017

DICTATED BY: Weger,Natalie Sofia DO            D: 08/06/15 0846
                                               T: 08/06/15 1002 ZZZ
CO-SIGNER:
ELECTRONICALLY SIGNED BY: Weger,Natalie Sofia DO   S: 08/06/15 1028
ELECTRONICALLY CO-SIGNED BY:                   S:
ITS DELIVERY DATE/TIME: 08/06/15 1012

DISTRIBUTION LIST:
MOYANA - Nancy Louise Moya MD
WEGENA - Natalie Sofia Weger DO
**END**

                                               FACILITY: MC