**Parkview Medical Center**
**400 W 16th Street**
**Pueblo, CO 81003**
**719-584-4000**

**Operative Report**

Patient: KELLY, DEBORAH
DOB: 04/04/1956    Unit #: M000612780
Age: 59Y    Acct #: A00185952517
Sex: F    Room:    Loc: SDC
Adm Date: 12/11/2015

Surgeon: Kenneth Robert Madsen, M.D.
Assistant Surgeon:
Assistant:
Anesthetist:
Admitting Physician:
Attending Physician: Kenneth R. Madsen
PCP: Nancy Moya
Date of Procedure: 12/11/2015

PREOPERATIVE DIAGNOSIS: Indwelling IVC filter with history of high risk for venous thromboembolic disease.

POSTOPERATIVE DIAGNOSIS: Indwelling IVC filter with history of high risk for venous thromboembolic disease.

PROCEDURE:
Central venogram via the internal jugular vein.
Retrieval of inferior vena cava filter.

ANESTHESIA: General.

COMPLICATIONS: None.

ESTIMATED BLOOD LOSS: 5 mL.

INDICATION FOR THE PROCEDURE: Ms. Kelly has had an indwelling IVC filter for several months after undergoing bariatric surgery. IVC filter retrieval was indicated to avert any potential long-term complications from this prophylactic filter. Informed consent was obtained from the patient after a lengthy discussion about the potential risks and benefits of the intervention.

PROCEDURE DETAILS: She was taken to the operating room where a general anesthesia was administered without complications. The right shoulder had been marked as access was to be obtained in the right jugular vein and a timeout was taken. The neck was prepped with ChloraPrep and sterile drapes and towels in standard fashion with the shoulders being elevated on some towels with the head being extended slightly and rotated to the left. Care was taken to not overextend the neck or turn it too much.

Ultrasound guided technique was used to access the jugular vein with a single

EXHIBIT B

KELLY,DEBORAH J
M000612780
A00185952517

needlestick after injecting about 6 mL of lidocaine mixed with half percent Marcaine. This was done under the guidance of ultrasound and a micropuncture dilator and sheath were placed over a micropuncture wire after it had been inserted through the needle. The subcutaneous tract was then dilated up over a 0.035 wire with a 6-French sheath. A Kumpe catheter was then advanced over the wire and it was advanced down through the right atrium into the inferior vena cava without any difficulty. The wire was placed through the IVC filter without any obstruction and the Kumpe catheter was placed down into the base of the IVC filter and wire was retrieved. A central venogram was then performed with a hand injection of Isovue 300 contrast about 10 mL. This demonstrated very brisk flow through the IVC filter. The filter was centered nicely within the vena cava, and there was no evidence of significant thrombus within the filter.

At this point, the decision was made to proceed with IVC filter retrieval and this was done by upsizing the sheath to the 11 French sheath. A 12 French subcutaneous dilator was placed over the wire to predilate the tract into the jugular vein and then the 11 French Cook Celect IVC filter retrieval snare was placed up through this filter. The snare was used to capture the hook of the filter without any significant difficulty and then the sheaths were advanced down over the vena cava filter allowing the filter to be retracted back into the large sheath without difficulty. The sheath and filter were then removed from the large 11-French sheath leaving the 11-French sheath in place in the vena cava. A completion venogram was then performed with another 10 mL hand injection of Isovue contrast. This demonstrated very brisk opacification of the vena cava with excellent flow and no evidence of extravasation of contrast or vessel perforation or occlusion.

At this point, the 11-French sheath was removed, and the pressure was held at the neck puncture site for about 15 minutes and hemostasis was found to be adequate. Sterile dressings were applied and the patient was then awakened from anesthesia and taken back to the recovery room in stable condition.

---

Kenneth Robert Madsen, M.D.        Date/Time

KRM/jmd   Job ID: 635388
D: 12/11/2015 10:41:56MST     T: 12/11/2015 12:39:49MST

<Electronically signed by Kenneth R. Madsen MD> 12/12/15 0858

CC: