UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) ) |
| This Document Relates to: | ) |

1:19-cv-00019; 1:19-cv-00158;
1:19-cv-00890; 1:19-cv-01180.

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
**(Filing No. 10615)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the Court deny as moot Cook's May 6, 2019, Motion to Dismiss as completed Plaintiff Profile Sheets have been submitted.

The motion is **DENIED AS MOOT** as to the following cases:

1. Winifred Mack              1:19-cv-00019
2. Sheila Thompson            1:19-cv-00158
3. Emmie Herndon              1:19-cv-00890
4. Pamela S. Birmingham       1:19-cv-01180

**SO ORDERED** this 13th day of June, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana