IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND　　　　Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION　　　　　　　　　　　　MDL No. 2570
_____

This Document Relates to Plaintiff:

　　　　RONNIE IRVINE
　　　　1:16-CV-02893-RLY-TAB
_____

## NOTICE OF APPEARANCE

To:　　The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Ronnie Irvine.

　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　**BARON & BUDD, P.C.**


　　　　　　　　　　　　　　　　　　*/s/ Sindhu S. Daniel*_____
　　　　　　　　　　　　　　　　　　Sindhu S. Daniel, NJ Bar No. 010711996
　　　　　　　　　　　　　　　　　　**BARON & BUDD, P.C.**
　　　　　　　　　　　　　　　　　　3102 Oak Lawn Avenue, Suite 1100
　　　　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　　　　Telephone: (214) 521-3605
　　　　　　　　　　　　　　　　　　Facsimile: (214) 520-1181
　　　　　　　　　　　　　　　　　　sdaniel@baronbudd.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Sindhu S. Daniel*