UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC )
FILTER MARKETING, SALES ) 1:14-ml-02570-RLY-TAB
PRACTICES AND PRODUCT ) MDL No. 2570
LIABILITY LITIGATION )
_____ )
)
)
This Document Relates to: )

1:16-cv-02393; 1:16-cv-02527; 1:17-cv-01524; 1:17-cv-01526;
1:17-cv-01820; 1:17-cv-03311; 1:17-cv-03429; 1:17-cv-03467;
1:17-cv-03558; 1:17-cv-03658; 1:17-cv-03662; 1:17-cv-03696;
1:17-cv-03752; 1:17-cv-03753; 1:17-cv-03807; 1:17-cv-03867;
1:17-cv-03942; 1:17-cv-03997; 1:17-cv-04129; 1:17-cv-04740;
1:17-cv-06064; 1:17-cv-06069; 1:18-cv-00612; 1:18-cv-01280;
1:18-cv-01396; 1:18-cv-02091; 1:18-cv-02198; 1:18-cv-02200;
1:18-cv-02309; 1:18-cv-02330; 1:18-cv-02636; 1:18-cv-02638;
1:18-cv-02659; 1:18-cv-02780; 1:18-cv-02827; 1:18-cv-03357;
1:18-cv-03503; 1:18-cv-03634; 1:18-cv-03636; 1:18-cv-03813;
1:18-cv-03850; 1:18-cv-03944; 1:18-cv-04094; 1:18-cv-06090;
1:19-cv-00129; 1:19-cv-00160; 1:19-cv-00169; 1:19-cv-00855;
1:19-cv-00884; 1:19-cv-00885; 1:19-cv-00887; 1:19-cv-00888;
1:19-cv-00892; 1:19-cv-00893.

**<u>ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS</u>**
**(Filing No. 10600)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") has not been submitted.

In those cases with no PPS on file, Cook's Motion to Dismiss is granted pursuant to Third Amended Case Management Order No. 4. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his/her case in the MDL. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana, in MDL

2570, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs. Cook's Motion to Dismiss is **GRANTED** as to the following cases:

1. Griffin, Dock — 1:17-cv-01524
2. Shelton, Janice — 1:17-cv-01526
3. Brown, Michael — 1:17-cv-03429
4. Dupree, Lori — 1:17-cv-03467
5. Richardson, Khalia — 1:17-cv-03558
6. Robinson, Kim — 1:17-cv-03658
7. Vincigerra, Sussana — 1:17-cv-03662
8. Karnes, Denise M. — 1:17-cv-03696
9. Husman, Raymond — 1:17-cv-03752
10. Schleigh, Kimberly — 1:17-cv-03753
11. Turner, Anita — 1:17-cv-03807
12. Redmond, Kimberly — 1:17-cv-03867
13. Bradford, Annie — 1:17-cv-03942
14. Shern, Phillip J. — 1:17-cv-03997
15. Wall, Vernon E. — 1:17-cv-04129
16. Johnson, Penny — 1:17-cv-04740
17. Novel, Wendy — 1:17-cv-06064
18. Johnson, James S. — 1:18-cv-00612
19. Thierer III, Edward — 1:18-cv-02091
20. Novelo, Arthur — 1:18-cv-02198
21. Brown, Timothy — 1:18-cv-02200

| | | |
|---|---|---|
| 22. | Dreadin, Rose Marie | 1:18-cv-02636 |
| 23. | Louchen, Dawn | 1:18-cv-02638 |
| 24. | Gonzalez, George Luis & Amie | 1:18-cv-02827 |
| 25. | Adams, Gregory | 1:18-cv-03357 |
| 26. | Musick, Phyllis | 1:18-cv-03634 |
| 27. | Guerrero, Alberto Tomas | 1:18-cv-03636 |
| 28. | Smith, Shaun | 1:18-cv-03813 |
| 29. | Barraza, Julia | 1:18-cv-03850 |
| 30. | Bowles, Troy A. | 1:18-cv-03944 |
| 31. | Green, Nelson | 1:18-cv-06090 |
| 32. | Irons, Paul William | 1:19-cv-00129 |
| 33. | Williams, Hattie | 1:19-cv-00885 |

In those cases with a PPS on file or were previously dismissed, Cook's Motion to Dismiss is denied as moot. The motion is **DENIED AS MOOT** as to the following cases:

| | | |
|---|---|---|
| 1. | Stephens, Donna Grace | 1:16-cv-02393 |
| 2. | Bolton, Michelle Marie | 1:16-cv-02527 |
| 3. | Perdue, Mark J. | 1:17-cv-01820 |
| 4. | Cummings, Kennith | 1:17-cv-03311 |
| 5. | Carter, Sandra Marie | 1:17-cv-06069 |
| 6. | Meyers-Irwin, Brooke Marie and Irwin, Graeme | 1:18-cv-01280 |
| 7. | Robertson, Latasha | 1:18-cv-01396 |
| 8. | Galvez, Christopher | 1:18-cv-02309 |
| 9. | Lamb, Oliver [ESTATE OF] | 1:18-cv-02330 |

10. Souther, Donna                              1:18-cv-02659

11. Farnham, Diana                              1:18-cv-03503

12. Rogers, Sarah Ellen [ESTATE OF]   1:18-cv-04094

13. Skidmore, Douglas                         1:19-cv-00160

14. Bachmann, Juergen                        1:19-cv-00169

15. Kucinski, Jeffrey                             1:19-cv-00855

16. Cotton, Willie                                  1:19-cv-00884

17. Wilson, Ronald                                1:19-cv-00887

18. Phillips, Reca and Cornell, Clifford 1:19-cv-00888

19. Shelton, Howard                              1:19-cv-00892

20. Welsh, Kathryn                                1:19-cv-00893

The case of Renteria, Jeanette, 1:18-cv-02780, is **STAYED** for ninety (90) days based on the June 12, 2019 Notice of Suggestion of Death and Request to Stay (Dkt. 11090).

**SO ORDERED** this 13th day of June, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana