**EXHIBIT A**

Erin Breslin <paralegal3@ddpalaw.com>

---

## Plaintiff Profile Form - Re: Berkley Cullum as PR for the Estate of Troy Cullum - Case No.: 1:18-cv-2739

1 message

---

**Jennifer Sosby** <paralegal3@ddpalaw.com>  Fri, Oct 5, 2018 at 3:18 PM
To: CookFilterMDL@faegrebd.com

Good afternoon,

The Plaintiff Profile Form has been uploaded to the Cook Filter MDL website for your review.

Thank you,

Jennifer Sosby

Litigation Paralegal

**DI PIETRO PARTNERS, LLP**

901 East Las Olas Blvd., Suite 202

Ft. Lauderdale, FL 33301

Paralegal3@ddpalaw.com

954.712.3070 office l 954.337.3824 fax

www.ddpalaw.com

