**DI PIETRO | PARTNERS**
*Attorneys at Law*

# EXHIBIT B

Erin Breslin <paralegal3@ddpalaw.com>

---

## Cook Filter MDL
2 messages

---

**Erin Breslin** <paralegal3@ddpalaw.com>  Mon, Dec 10, 2018 at 3:09 PM
To: CookFilterMDL@faegrebd.com

Good Afternoon,

Please find the attached a copy of our client's Plaintiff Profile Form and Plaintiff Fact Sheet that were submitted to https://sft.faegrebd.com/envelope/CookFilterMDL as instructed to do so on the Amended Case Management Order No. 6. This relates to Case No.: 1:14-ml-2570-RLY-TAB (Hedlund, Raymond).

Please confirm receipt of this email and let me know if you need any additional information.

Sincerely,

*Erin Breslin*
*Litigation Paralegal*
**DI PIETRO PARTNERS, LLP**
paralegal3@ddpalaw.com
954.712.3070 office l 954.337.3824 fax
www.ddpalaw.com
901 East Las Olas Blvd., Suite 202
Fort Lauderdale, Florida 33301

**DI PIETRO | PARTNERS**
Attorneys at Law

Confidentiality Notice: The preceding email message is confidential. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message, and any information contained in the email may not be relied upon by any other party. This email shall not be forwarded, copied and redistributed in any way without the expressed written consent of the sender.

Please be advised that this email is a HIPAA (Health Insurance Portability and Accountability Act) compliant communication for the purposes of protecting patient PHI (Protected Health Information). For compliance purposes, protected information may be sent via protected attachments that require verification prior to access or links with limited access.

**2 attachments**

- **PFS Hedlund 6.50.22 PM.pdf**
  993K

- **PPF Hedlund 6.50.22 PM.pdf**
  184K