**DI PIETRO | PARTNERS**
Attorneys at Law

# EXHIBIT C

Erin Breslin &lt;paralegal3@ddpalaw.com&gt;

## Fwd: Cook Filter MDL
1 message

**Geavonna Lapmarado** &lt;receptionist@ddpalaw.com&gt;  Fri, Jun 14, 2019 at 11:28 AM
To: Erin Breslin &lt;paralegal3@ddpalaw.com&gt;

---------- Forwarded message ---------
From: **Laura Brinkmann** &lt;receptionist@ddpalaw.com&gt;
Date: Thu, Dec 27, 2018 at 4:18 PM
Subject: Cook Filter MDL
To: &lt;cookfilterMDL@faegrebd.com&gt;

Good Afternoon,

Please find the attached a copy of our client's Plaintiff Profile Form, Plaintiff Fact Sheet, HIPAA/PHI and Medical Records that were submitted to https://sft.faegrebd.com/envelope/CookFilterMDL as instructed to do so on the Amended Case Management Order No. 6. This relates to Case No.: 1:18-cv-3520-TWP-TAB (Reese, Beth)

Please confirm receipt of this email and let me know if you need any additional information.

Sincerely,--

Laura Brinkmann, Receptionist
receptionist@ddpalaw.com
954.712.3070 office |  954.337.3824 fax
901 E. Las Olas Blvd., Suite 202 | Ft. Lauderdale, FL 33301

**DI PIETRO | PARTNERS**
Attorneys at Law

Confidentiality Notice: The preceding email message is confidential. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message, and any information contained in the email may not be relied upon by any other party. This email shall not be forwarded, copied and redistributed in any way without the expressed written consent of the sender.

--

Geavonna Lapmarado, Receptionist
receptionist@ddpalaw.com
954.712.3070 office |  954.337.3824 fax
901 E. Las Olas Blvd., Suite 202 | Ft. Lauderdale, FL 33301

**DI PIETRO | PARTNERS**
Attorneys at Law

Confidentiality Notice: The preceding email message is confidential. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message, and any information contained in the email may not be relied upon by any other party. This email shall not be forwarded, copied and redistributed in any way without the expressed written consent of the sender.

4 attachments

- 📕 **reese hipaa(Bradford Reg. Med. Center)-0-203.pdf**
  176K
- 📕 **Beth Reese PPF-265-1104.pdf**
  1000K
- 📕 **Bradford Regional Medical Center - Records-.pdf**
  1959K
- 📕 **Beth Reese PFS.pdf**
  4608K