**EXHIBIT D**

Erin Breslin <paralegal3@ddpalaw.com>

## Cook IVC Filter MDL Case No.: 1:18-cv-3520 (Reese, Beth)
2 messages

**Erin Breslin** <paralegal3@ddpalaw.com>  Fri, Jun 14, 2019 at 12:29 PM
To: plaintiffscoleadcounselmdl@gmail.com, CookFilterMDL@faegrebd.com

Good Afternoon,

Please see the attached Categorization Form in regards to the above-referenced case.

Thank you,

*Erin Breslin*
*Litigation Paralegal*
**DI PIETRO PARTNERS, LLP**
paralegal3@ddpalaw.com
954.712.3070 office l 954.337.3824 fax
www.ddpalaw.com
901 East Las Olas Blvd., Suite 202
Fort Lauderdale, Florida 33301

Confidentiality Notice: The preceding email message is confidential. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message, and any information contained in the email may not be relied upon by any other party. This email shall not be forwarded, copied and redistributed in any way without the expressed written consent of the sender.

Please be advised that this email is a HIPAA (Health Insurance Portability and Accountability Act) compliant communication for the purposes of protecting patient PHI (Protected Health Information). For compliance purposes, protected information may be sent via protected attachments that require verification prior to access or links with limited access.

📄 **2019-06-14_Case Categorization Submission (Reese, Beth).pdf**
905K

DI PIETRO | PARTNERS
Attorneys at Law

Erin Breslin <paralegal3@ddpalaw.com>

## Cook IVC Filter MDL Case No.: 1:18-cv-2739 (Cullum, Berkley PR of The Estate of Troy Cullum)

1 message

**Erin Breslin** <paralegal3@ddpalaw.com>    Fri, Jun 14, 2019 at 12:29 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Cc: Nicole Martell <nicole@ddpalaw.com>

Good Afternoon,

Please see the attached Categorization Form in regards to the above-referenced case.

Thank you,

*Erin Breslin*
*Litigation Paralegal*
**DI PIETRO PARTNERS, LLP**
paralegal3@ddpalaw.com
954.712.3070 office l 954.337.3824 fax
www.ddpalaw.com
901 East Las Olas Blvd., Suite 202
Fort Lauderdale, Florida 33301

DI PIETRO | PARTNERS
Attorneys at Law

Confidentiality Notice: The preceding email message is confidential. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message, and any information contained in the email may not be relied upon by any other party. This email shall not be forwarded, copied and redistributed in any way without the expressed written consent of the sender.

Please be advised that this email is a HIPAA (Health Insurance Portability and Accountability Act) compliant communication for the purposes of protecting patient PHI (Protected Health Information). For compliance purposes, protected information may be sent via protected attachments that require verification prior to access or links with limited access.

📎 **2019-06-14_Categorization Submission (Cullum, Berkley).pdf**
577K

DI PIETRO | PARTNERS
Attorneys at Law

Erin Breslin <paralegal3@ddpalaw.com>

## Cook IVC Filter MDL Case No.: 1:18-cv-03403 (Hedlund, Raymond)
1 message

**Erin Breslin** <paralegal3@ddpalaw.com>   Fri, Jun 14, 2019 at 12:29 PM
To: CookFilterMDL@faegrebd.com, plaintiffscoleadcounselmdl@gmail.com
Cc: Nicole Martell <nicole@ddpalaw.com>

*Erin Breslin*
*Litigation Paralegal*
**DI PIETRO PARTNERS, LLP**
paralegal3@ddpalaw.com
954.712.3070 office l 954.337.3824 fax
www.ddpalaw.com
901 East Las Olas Blvd., Suite 202
Fort Lauderdale, Florida 33301

DI PIETRO | PARTNERS
Attorneys at Law

Confidentiality Notice: The preceding email message is confidential. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message, and any information contained in the email may not be relied upon by any other party. This email shall not be forwarded, copied and redistributed in any way without the expressed written consent of the sender.

Please be advised that this email is a HIPAA (Health Insurance Portability and Accountability Act) compliant communication for the purposes of protecting patient PHI (Protected Health Information). For compliance purposes, protected information may be sent via protected attachments that require verification prior to access or links with limited access.

📄 **2019-06-14_Categorization Submission (Hedlund) (1).pdf**
2242K