UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br>_____<br><br>This Document Relates to:<br><br>All Actions<br>_____ | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

**ENTRY FOR JUNE 13, 2019**

**RICHARD L. YOUNG, JUDGE**

The parties appeared for a status conference. Plaintiffs were represented in person by Joe Williams, Ben Martin, Dave Matthews, and Mike Heaviside and specific plaintiffs were represented by telephone by Greg Pals, Chris Elliott, Hazel Chang, and Kori Westbrook; Defendants were represented by Andrea Pierson, Jessica Cox, Brian Paul, Kip McDonald, and Eldin Hasic. The agenda included the following motions: (1) Plaintiffs' Steering Committee's Bench Brief on *Lexecon* and the Bellwether Selection Process; (2) Defendants' Motion for Entry of Amended Bellwether Selection Plan Protocol; (3) Defendants' Motion for Judgment on the Pleadings in Category 2 Cases for Failure to State a Claim; and (4) Defendants' Motions to Dismiss regarding lack of service of Plaintiffs' Profile Sheets. After hearing argument from counsel, the court issued the following rulings.

- The court **DENIED** Plaintiffs' Steering Committee's Bench Brief on *Lexecon*[1] and the Bellwether Selection Process (Filing No. 10715).  There is no direct-filing order entered in this case which contemplates that cases filed here directly shall be remanded to the individual plaintiff's home district for trial.  Moreover, the parties agree that the Southern District of Indiana is the proper venue under 28 U.S.C. § 1391.  Consequently, the court has complete authority over cases originally filed in this court, just as it would over any other case originally filed in this district.  This complete authority includes the authority to try such cases.  Accordingly, there is no "*Lexecon* right" in 23 of the 24 Bellwether Discovery Pool cases that were filed in this court, and the parties are instructed to continue working up those cases under the terms of the current Bellwether Selection Plan Protocol (CMO-25).

- The court took **UNDER ADVISEMENT** Defendants' Motion for Entry of Amended Bellwether Selection Plan Protocol (Filing No. 10787).  After hearing the court's ruling on the *Lexecon* issue, Defendants stated they would confer with Plaintiffs and file an amended proposed order.

- The court **GRANTED in part** and took **UNDER ADVISEMENT in part** Defendants' Motion for Judgment on the Pleadings in Category 2 Cases for Failure to State a Claim (Filing No. 10856).  Those cases listed in Exhibit A were **GRANTED**:

---

[1] *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Paschal, Linda | 1:16-cv-01076 | BARON & BUDD, P.C. |
| Kelly, Deborah | 1:16-cv-01769 | BACHUS & SCHANKER, LLC |
| Lenahan, Bill | 1:17-cv-00023 | MATTHEWS & ASSOCIATES |
| Malugin, Bobby | 1:17-cv-01470 | BARON & BUDD, P.C. |
| Miller, Dean | 1:17-cv-02699 | RICHARD J. PLEZIA & ASSOCIATES |
| Mayernik, Sandra | 1:17-cv-03321 | RICHARD J. PLEZIA & ASSOCIATES |
| Schwantes, Arlyn | 1:17-cv-03420 | RICHARD J. PLEZIA & ASSOCIATES |

Those listed in Exhibit B were taken **UNDER ADVISEMENT**:

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Gardner, Estella | 1:17-cv-03004 | THE DRISCOLL FIRM |
| Key, Charles | 1:17-cv-03005 | THE DRISCOLL FIRM |
| King, Martrie | 1:17-cv-06069 | THE DRISCOLL FIRM |
| Rose, Penny | 1:17-cv-06069 | THE DRISCOLL FIRM |
| Routh, Clarence | 1:17-cv-06069 | THE DRISCOLL FIRM |
| Rubicine, Frank A. | 1:18-cv-00510 | THE DRISCOLL FIRM |
| Graham, Carla | 1:19-cv-00173 | THE DRISCOLL FIRM |
| Bunner II, Roger Carl | 1:19-cv-01036 | THE DRISCOLL FIRM |
| Cockrell, Jerry | 1:19-cv-01037 | THE DRISCOLL FIRM |

| Dickey, Vicki | 1:19-cv-01038 | THE DRISCOLL FIRM |
| --- | --- | --- |
| Franklin, Dennis | 1:19-cv-01042 | THE DRISCOLL FIRM |
| Jordan, James | 1:19-cv-01068 | THE DRISCOLL FIRM |
| Remo, Glenda | 1:19-cv-01074 | THE DRISCOLL FIRM |
| Sanchas, Mattie | 1:19-cv-01078 | THE DRISCOLL FIRM |
| Sears, Donald | 1:19-cv-01080 | THE DRISCOLL FIRM |
| Severa, Gary | 1:19-cv-01144 | THE DRISCOLL FIRM |
| Ware, Betty | 1:19-cv-01145 | THE DRISCOLL FIRM |

The rest of the cases subject to Cook's Motion for Judgment on the Pleadings are **UNDER ADVISEMENT** and will be addressed by separate order.

- Defendants' Motions to Dismiss regarding lack of service of Plaintiffs' Profile Forms (Filing Nos. 10600 and 10615) will be addressed by separate order. The next status conference is scheduled for July 11, 2019.

**SO ORDERED** this 14th day of June 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.