UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Deborah Kelly, 1:16-cv-1769-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON PENDING MOTIONS**

At the status conference held on June 13, 2019, the court heard argument on Defendants' Motion for Judgment on the Pleadings (Filing No. 10865) relating to the Complaint filed by Plaintiff Deborah Kelly. The court granted that motion. Accordingly, Plaintiff's Motion for Leave to File a Response to Defendants' Motion for Judgment on the Pleadings (Filing No. 11064), Plaintiff's Amended Motion for Leave to File a Response to Defendants' Motion for Judgment on the Pleadings (Filing No. 11093), and Plaintiff's Request for Oral Argument and Request to Appear Telephonically (Filing No. 11065) are **DENIED as MOOT**.

**SO ORDERED** this 14th day of June 2019.

                                                                       RICHARD L. YOUNG, JUDGE
                                                                       United States District Court
                                                                       Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.