IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.
1:18-cv-01070  (Plaintiff Debora Holcomb)
1:17-cv-00897  (Plaintiff Nancy Holland)
1:17-cv-04073  (Plaintiff Shiquita Houff)
1:17-cv-04001  (Plaintiff Devin Howard)
1:17-cv-03406  (Plaintiff Curtis Johnson)
1:17-cv-03813  (Plaintiff Phyllis Johnson)
1:17-cv-02610  (Plaintiff Milton D. Jones III)

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Dated: June 17, 2019

Respectfully submitted,

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*
