IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Case Nos. | Case. No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

    1:17-cv-03578   (Plaintiff Michael J. Kasten)
    1:18-cv-00038   (Plaintiff Sharon Kuhn)
    1:18-cv-02854   (Plaintiff Nicholas Leach)
    1:17-cv-03433   (Plaintiff Edward LeMotte)
    1:17-cv-04521   (Plaintiff Charles Levy)

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Dated: June 17, 2019

                                              Respectfully submitted,

                                              */s/ Marc J. Bern*
                                              Marc J. Bern (NY. 1859271)

                                              **Marc J. Bern & Partners LLP**
                                              60 East 42nd Street, Suite 950
                                              New York, NY 10165
                                              Telephone: (212) 702 - 5000
                                              Facsimile: (212) 818 - 0164
                                              E-Mail: MBern@bernllp.com

                                              *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*