UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____ | )  )   1:14-ml-02570-RLY-TAB  )   MDL No. 2570  )  )  ) |

This Document Relates to:

*Luis A. Colon*
Case No. 1:18-cv-00807-RLY-TAB
*Forrest Gibbs*
Case No. 1:17-cv-001785-RLY-TAB
*Timothy Hall*
Case No. 1:16-cv-01083-RLY-TAB
*Jennifer Moultrie*
Case No. 1:16-cv-00437-RLY-TAB
*Michael Parker*
Case No. 1:15-cv-00597-RLY-TAB
*Patricia Pemberton*
Case No. 1:16-cv-00432-RLY-TAB
*Alexis Shaw*
Case No. 1:15-cv-01021-RLY-TAB
_____

**ORDER ON MOTION TO TRANSFER VENUE**

Pursuant to 28 U.S.C. section 1404(a), Plaintiffs Luis A. Colon, Forrest Gibbs, Timothy Hall, Jennifer Moultrie, Michael Parker, Patricia Pemberton, and Alexis Shaw, move for transfer of their cases for case-specific pretrial proceedings and for trial to the venue that would have been appropriate absent direct filing in the Southern District of Indiana. The court finds these cases are not ready for transfer. Only two bellwether cases have gone to trial, and they both involved the Celect filter, not the Tulip.

Moreover, the court entered a screening order and bellwether selection plan in October 2018. Three additional bellwether cases, which the court has not selected yet, remain to be tried. On this record, Plaintiffs' Motion (Filing No. 9694) must be **DENIED**.

**SO ORDERED** this 17th day of June 2019.

                                          RICHARD L. YOUNG, JUDGE
                                          United States District Court
                                          Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.