O'Leary, Shelton, Corrigan, Peterson,
Dalton & Quillin, LLC
1034 S. Brentwood Blvd. Penthouse 1-A, 3rd Fl.
St. Louis, MO 63117
Phone: (314) 405-900-
Attorneys for Plaintiff(s)

APPROVED.  Clerk is directed to reopen this matter.
Dated: 6/17/2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>Charlene Steele | |

Civil Case # 1:18-cv-02995

___

**STIPULATION TO REINSTATE COMPLAINT OF CHARLENE STEELE
AS TO ALL NAMED DEFENDANTS**
___

This matter in the above action having been considered by and between the parties, it is hereby stipulated and agreed that; Plaintiff, Charlene Steele shall have her complaint reinstated as to all named defendants.

/s/Michael J. Quillin
Michael J. Quillin
O'Leary, Shelton, Corrigan, Peterson,
Dalton & Quillin, LLC
1034 S. Brentwood Blvd.
Penthouse 1-A, 3rd Fl.
St. Louis, MO 63117
Phone: (314) 405-9000
Quillin@OSCLaw.com
ATTORNEY FOR PLAINTIFF

/s/ James Stephen Bennett
James Stephen Bennett
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
Tel: 264-460-1725
Fax: 317-237-1000
Stephen.Bennett@FaegreBD.com
ATTORNEY FOR DEFENDANTS