IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Plaintiffs:

**See Exhibit A**

## PLAINTIFFS' MOTION TO WITHDRAW

COME NOW the Plaintiffs listed on the attached Exhibit A, and move that David Matthew Haynie, and the firm FORESTER HAYNIE, PLLC, be withdrawn as counsel of record in the actions listed on the attached Exhibit A. Sindhu S. Daniel, and the firm BARON & BUDD, P.C., has filed a notice of appearance for the Plaintiffs listed on Exhibit A. Furthermore, the Plaintiffs as well as the attorneys of FORESTER HAYNIE, PLLC and BARON & BUDD, P.C. consent to the proposed withdrawal.

WHEREFORE, the Parties seek an Order to withdraw David Matthew Haynie, and the firm FORESTER HAYNIE, PLLC, as attorney of record for the Plaintiffs listed on the attached Exhibit A.

Respectfully submitted:

| | |
|---|---|
| */s/ Sindhu S. Daniel*_____ | */s/ Matthew Haynie*_____ |
| Sindhu S. Daniel | Matthew Haynie |
| NJ Bar No. 010711996 | TX Bar No. 24087692 |
| **BARON & BUDD, P.C.** | **FORESTER HAYNIE, PLLC** |
| 3102 Oak Lawn Avenue | 1701 N. Market Street |
| Suite 1100 | Suite 210 |
| Dallas, Texas 75219 | Dallas, Texas 75202 |
| Telephone: (214) 521-3605 | Telephone: (214) 210-2100 |
| sdaniel@baronbudd.com | matthew@foresterhaynie.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                       */s/ Sindhu S. Daniel*_____