IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to the following Plaintiffs:

    **See Exhibit A**

_____

### ORDER ON THE PLAINTIFFS' MOTION TO WITHDRAW

Plaintiffs' Motion to Withdraw is GRANTED.

IT IS HEREBY ORDERED that David Matthew Haynie and the firm FORESTER HAYNIE, PLLC are hereby withdrawn as counsel of record in the cause numbers listed on the attached Exhibit A.

Date:

 

_____
United States District Court
Southern District of Indiana