UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAOPLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
Plaintiff Berkley Cullum, Civil Case No. 1:18-CV-2739-RLY-MPB;
Plaintiff Raymond Hedlund, Civil Case No. 1:18-CV-3403-RLY-TAB;
Plaintiff Beth Reese, Civil Case No. 1:18-CV-3520-TWP-TAB

**ORDER GRANTING PLAINTIFFS' BETH REESE, RAYMOND HEDLUND AND BERKLEY CULLUM AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TROY CULLUM MOTION FOR RECONSIDERATION**

On this day, the Court considered Plaintiffs' Beth Reese, Raymond Hedlund and Berkley Cullum as Personal Representative of the Estate of Troy Cullum's Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims for Failure to Submit Case Categorization Form and Motion to Reinstate. After considering the Motion the Court finds that the Motion should be GRANTED. It is therefore;

ORDERED that the Motion for Reconsideration is hereby GRANTED. It is further

ORDERED that Cause No. 1:18-cv-2739-RLY-MPB, Cause No. 1:18-cv-3403-RLY-TAB; Cause No. 1:18-cv-3520-TWP-TAB is hereby reinstated. The Court directs the Clerk to take all steps necessary to reinstate the case on the Court's Docket.

SIGNED this ___ day of _____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana