IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
RLY-TAB
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-

MDL No. 2570

This Document Relates to the following cases:

1:18-cv-01833, Galen Page Schatzman v. Cook Incorporated et al.
1:17-cv-04339, Perry Sylvain v. Cook Incorporated et al.
1:17-cv-04345, James Cooper v. Cook Incorporated et al.
1:18-cv-00647, Arthur Wayne Schermerhorn v. Cook Incorporated et al.
1:17-cv-04200, Kristi Craft v. Cook Incorporated et al.
1:17-cv-04340, Larry John Vaughan, Jr. v. Cook Incorporated et al.
1:17-cv-01697, Joshua Rich Craig v. Cook Incorporated et al.
1:17-cv-04171, Alma Rodriguez v. Cook Incorporated et al.

**NOTICE OF APPEARANCE WITH SUBSTITUTION OF ATTORNEY**

TO:   The Clerk of Court and All Parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above-named Plaintiffs which includes: Galen Page Schatzman, Perry Sylvain, James Cooper, Arthur Wayne Schermerhorn, Arthur Wayne Schermerhorn, Larry John Vaughan, Jr., Joshua Rich Craig and Alma Rodriguez.  Further, please take notice that Morris//Anderson d/b/a Bighorn Law, LLC ("Bighorn Law"), by and through the undersigned counsel, respectfully notifies the Court of the Substitution of Attorney Kimball Jones of Bighorn Law for attorney Garry B. Trinh as attorney of record for the above referenced claims. Garry B. Trinh has left Bighorn Law.  Attorneys Kimball Jones will continue as counsel of record.

Dated:  June 17, 2019

Respectfully submitted,

**MORRIS//ANDERSON d/b/a Bighorn Law**


By:  /s/ *Kimball Jones*
**NATHAN R. MORRIS, ESQ.** Nevada Bar # 11040
**GARRY B. TRINH, ESQ.-**  Nevada Bar No.: 14289
Nathan@bighornlaw.com
Kimball@bignornlaw.com
716 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 17, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.  Further, parties may access this filing through the Court's electronic records system.

    /s/ Evelyn Shaw
    An Employee of Morris//Anderson d/b/a Bighorn Law, LLC