IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Cause No. 1:18-cv-02326
Lillian Pezzotti v. Cook Medical, Inc. et. al.

## ORDER GRANTING PLAINTIFF LILLIAN PEZZOTTI'S MOTION FOR RECONSIDERATION

On this day, the Court considered Plaintiff Lillian Pezzotti's Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims Without Prejudice for Failure to Submit Categorization Form and Motion to Reinstate. After considering the Motion the Court finds that the Motion should be GRANTED. It is therefore;

ORDERED that the Motion for Reconsideration is hereby GRANTED. It is further

ORDERED that Cause No. 1:18-cv-02326-RLY-TAB is hereby reinstated. The Court directs the clerk to take all steps necessary to reinstate the case on the Court's Docket.

SIGNED this ____ day of _____. 2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana