IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Cause No.  1:16-cv-02693
Amanda Contreras v. Cook Medical, Inc. et. al.

**PLAINTIFF AMANDA CONTRERAS' REQUEST FOR ORAL ARGUMENT
AND TO APPEAR BY TELEPHONE ON HER MOTION FOR
RECONSIDERATION and MOTION TO REINSTATE**

Plaintiff Amanda Contreras respectfully requests the Court hear oral argument on her Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims Without Prejudice for Failure to Submit Categorization Form and Motion to Reinstate [Dkt. 30]. Plaintiff additionally requests her counsel be allowed to appear by telephone upon granting oral argument.

Plaintiff believes oral argument will help the Court understand the factual basis for the relief requested.  Plaintiff believes that oral argument on her Motions should take five to seven minutes.

Dated:      **June 7, 2019**                    Respectfully submitted,

                                                **MORRIS LAW FIRM**


                                                James A. Morris, Esq. (SBN 296852)
                                                Shane Greenberg, Esq. (SBN 210932)
                                                4111 W. Alameda Ave., Suite 611
                                                Burbank, CA 91505
                                                Tel: (747) 283-1144
                                                Fax: (747) 283-1143
                                                *jmorris@jamlawyers.com*
                                                *sgreenberg@jamlawyers.com*

                                                *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I certify that on **June 7, 2019,** I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                */s/ James A. Morris, Jr.*

                                                James A. Morris, Jr.

## CERTIFICATE OF SERVICE

I certify that on **June 17, 2019,** a copy of the foregoing: PLAINTIFF AMANDA CONTRERAS' REQUEST FOR ORAL ARGUMENT AND TO APPEAR BY TELEPHONE ON HER MOTION FOR RECONSIDERATION AND MOTION TO REINSTATE has been e-filed on the main docket matter: 1:14-ml-2570.

/s/ *James A. Morris, Jr.*

_____

James A. Morris, Jr.