# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF INDIANA

## ELECTRONIC CASE FILING
### Attorney Registration Form

This form is used to register for an account on the Court's Electronic Case Filing (ECF) system. Registered attorneys will have privileges both to electronically file documents, and to receive electronic notice of case activity for civil and criminal cases assigned to the Electronic Case Filing system. Once registered with ECF, attorneys seeking access to electronically file new civil and miscellaneous cases will need to complete the Electronic Civil Case Opening Training Certification.

The following information is required for ECF registration:

First/Middle/Last Name: __John W. Chwarzynski, Jr.__

Attorney Bar ID #: __6327836__    State: __Illinois__

Firm Name: __Susan E. Loggans & Associates, P.C.__

Firm Address: __180 N. LaSalle Street, Suite 2640__

__Chicago, IL 60601__

Voice Phone Number: __(312) 201-8600__

FAX Phone Number: __(312) 201-1180__

Primary E-Mail Address: __thefirm@logganslaw.com__

Secondary E-Mail Address(es): _____

Basis under which attorney is permitted to practice law in the United States District Court for the Southern District of Indiana (check one):

☐ Admitted in INSD   ☐ Pro Hac Vice   ☐ Government Attorney   ☒ MDL Case

If Pro Hac Vice, Government Attorney, or MDL Case, indicate the cause number for which admission is pending or has been granted:

Cause Number: __1:14-ml 2570-RLY-TAB   MDL No. 2570__

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings via the Court's electronic filing system.

1. This system is for use only in cases permitted by the **U.S. District Court for the Southern District of Indiana.** It may be used to file documents electronically for all pending civil and criminal cases in the Southern District of Indiana. Please contact the Clerk's Office at (317) 229-3700, to schedule training.

2. Every motion and other paper (except exhibits, lists, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's ECF login and password issued by the court, serves in part as the attorney's signature, per Local Rule 5-7. Therefore, an attorney must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney to immediately notify the court. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's registration will not waive conventional service of paper filings; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of documents and orders in actions in which such attorney has not entered an appearance. An attorney's registration will constitute a waiver in law only of conventional service of electronically filed documents and orders. The attorney agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Attorneys must be active members of the bar of this Court to file documents electronically.

Please return this form with **original** signature to the Clerk's Office of the U.S. District Court for the Southern District of Indiana. The form may be submitted in .pdf format, via e-mail to the following address: insd_cmecf@insd.uscourts.gov. Please include "ECF Registration" and the attorney's name in the subject line.

**or** a hard-copy may be mailed to:

> U.S. District Court, Southern District of Indiana
> Attn: ECF Registration Processing
> 46 East Ohio Street, Room 105
> Indianapolis, IN 46204

Forms WILL NOT be accepted by facsimile unless it is an emergency, approved by the Clerk or Chief Deputy Clerk.

_____
Attorney's Signature

NOTE: The information below will be used to generate a unique Login for use in accessing the ECF system. Please provide a four-digit number that is easy to remember.

| J | Chwarzynski | 8600 |
|---|---|---|
| First Initial of First Name | Full Last Name | 4 Digit Number |