SEL/JWC/dah          6/7/19         16-071

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No.: 1:14-ml 2570-RLY-TAB
MDL No. 2570

This Document Relates:

Case No.: 1:17-cv-06074

Plaintiff: Foley, Maureen A.

v.

Defendant: Cook Medical

## MOTION TO VACATE DISMISSAL

Plaintiff, MAUREEN FOLEY, by and through her attorneys, SUSAN E. LOGGANS & ASSOCIATES, P.C., hereby moves this Honorable Court to vacate the dismissal entered against plaintiff on May 8, 2019. In support of this motion, plaintiff states as follows

1. Plaintiff was unaware that the categorization form was required to be produced to defendant on or before December 22, 2018 because that order did not appear in plaintiff's individual case docket. Plaintiff now knows that all such orders may be entered in the master docket only.

2.     Late on the afternoon of June 7, 2019, plaintiff's counsel's paralegal checked plaintiff's individual case docket and discovered the dismissal order.

3.    Upon learning of the dismissal order, Plaintiff's counsel prepared the Categorization Form and has now served it upon Defendant Cook at CookFilterMDL@FaegreBD.com and Plaintiff's Leadership at plaintiffscoleadcounselmdl@gmail.com. Plaintiff's injuries are categorized as Category 4, 5, and 7.

4.    Plaintiff has sought in good faith to timely complete all of her court-ordered obligations in pursuit of his litigation and has now completed and served the Categorization Form.

WHEREFORE, plaintiff, MAUREEN FOLEY, prays that the dismissal order entered on May 8, 2019 be vacated and her case be reinstated in the MDL.

_____
Attorney for Plaintiff

SUSAN E. LOGGANS & ASSOCIATES, P.C.
180 North LaSalle Street, Suite 2640
Chicago, IL 60601
(312)201-8600
Service by Facsimile: (312)201-1180
Service by E-mail:  thefirm@logganslaw.com
ARDC No.: 6327836