AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

MAUREEN FOLEY )
    *Plaintiff* )
    v. ) Case No. 1:17-cv-06074
COOK MEDICAL )
    *Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maureen Foley

Date: 6/10/19

*Attorney's signature*

John W. Chwarzynski, Jr., 6327836
*Printed name and bar number*

180 N. LaSalle Street, Suite 2640, Chicago, IL 60601
*Address*

thefirm@logganslaw.com
*E-mail address*

(312) 201-8600
*Telephone number*

(312) 201-1180
*FAX number*