INSD Change of Attorney Information *(Rev. 3/12)*

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

Submit by E-Mail

Save for E-Filing

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☒ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]     1: 2017-CV-06074

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Pat Condron<br>Don M. Sowers | Pat Condron<br>John W. Charzynski, Jr. |
| **Law Firm, Company, and/or Agency:** | Susan E. Loggans & Associates, P.C. | Susan E. Loggans & Associates, P.C. |
| **Address:** | 222 N. LaSalle St. #460<br>Chicago, IL 60601 | 180 N. LaSalle Street<br>Chicago, IL 60601 |
| **Primary E-mail:** | thefirm@logganslaw.com | thefirm@logganslaw.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | (312) 201-8600 | (312) 201-8600 |
| **Facsimile:** | (312) 201-1180 | (312) 201-1180 |

Date: 6/11/19                            s/ _____

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.