## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| **In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case. No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that C. Moze Cowper, counsel for Plaintiffs has changed his address for service of notices and documents or other contact information in the above-captioned action. The new address is:

    **COWPER LAW LLP**
    **815-A Brazos Street #514**
    **Austin, Texas 78701**
    Phone: (877) 529-3707
    Facsimile: (877) 284-098
    mcowper@cowperlaw.com

Dated: June 18, 2019

        Respectfully Submitted,

        **COWPER LAW LLP**

        */s/  C. Moze Cowper*
          C. Moze Cowper, Esq.

        815-A Brazos Street, #514
        Austin, Texas 78701
        Phone: (877) 529-3707
        Facsimile: (877) 284-0980
        mcowper@cowperlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

                                              */s/  C. Moze Cowper*
                                              C. Moze Cowper, Esq.