IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Cause No. 1:16-cv-02693
Amanda Contreras v. Cook Medical, Inc. et. al.

## ORDER GRANTING PLAINTIFF AMANDA CONTRERAS' REQUEST FOR ORAL ARGUMENT AND REQUEST TO APPEAR TELEPHONICALLY

On this day, the Court considered Plaintiff Amanda Contreras' Request for Oral Argument on her Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims Without Prejudice for Failure to Submit Categorization Form and Motion to Reinstate. After considering the Motion for Oral Argument the Court finds that the Motion should be GRANTED. It is further

ORDERED that Oral Argument is hereby GRANTED. It further

ORDERED that Oral Argument is set for _____, 2019 at _____. It is further;

ORDERED that Plaintiff's Counsel is allowed to appear telephonically and the Court directs the Clerk to send Plaintiff's Counsel the requisite information to appear by telephone.

SIGNED this _____ day of _____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana