IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-
RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

---

This Document Relates to the following cases:

1:18-cv-01833, Galen Page Schatzman  v. Cook Incorporated et al.
1:17-cv-04339, Perry Sylvain v. Cook Incorporated et al.
1:17-cv-04345, James Cooper v. Cook Incorporated et al.
1:18-cv-00647, Arthur Wayne Schermerhorn v. Cook Incorporated et al.
1:17-cv-04200, Kristi Craft v. Cook Incorporated et al.
1:17-cv-04340, Larry John Vaughan, Jr. v. Cook Incorporated et al.
1:17-cv-01697, Joshua Rich Craig v. Cook Incorporated et al.
1:17-cv-04171, Alma Rodriguez v. Cook Incorporated et al.

---

**PLAINTIFF GALEN PAGE SCHATZMAN'S REQUEST FOR ORAL ARGUMENT AND
TO APPEAR BY TELEPHONE ON HIS MOTION FOR RECONSIDERATION and
MOTION TO REINSTATE**

Plaintiff, GALEN PAGE SCHATZMAN, respectfully requests the Court to hear oral

argument on his Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claim for

Failure to Submit Categorization Form and Motion to Reinstate (*See* Dkt. #11001 in the MDL and

attached Exhibit #1).  Plaintiff additionally requests that his counsel be allowed to appear by

telephone upon granting oral argument.

Plaintiff believes oral argument will help the court understand the factual basis for the relief

requested.  plaintiff believes that oral argument on her motions should take only five (5) to ten (10)

minutes.

Dated:  June 19, 2019

Respectfully submitted,

**MORRIS//ANDERSON d/b/a Bighorn Law**


By:＿＿＿/s/ *Kimball Jones*＿＿＿＿＿
**NATHAN R. MORRIS, ESQ.** Nevada Bar # 11040
**GARRY B. TRINH, ESQ.-** Nevada Bar No.: 14289
Nathan@bighornlaw.com
Kimball@bignornlaw.com
716 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 19, 2019, I electronically filed the foregoing document with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.  Further, parties may access this

filing through the Court's electronic records system.


          /s/ Evelyn Shaw_____
          An  Employee  of  Morris//Anderson  d/b/a
          Bighorn Law, LLC