IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-
RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to the following cases:

1:18-cv-01833, Galen Page Schatzman  v. Cook Incorporated et al.


_____


**ORDER GRANTING PLAINTIFF GALEN PAGE SCHATZMAN'S REQUEST FOR
ORAL ARGUMENT AND REQUEST TO APPEAR TELEPHONICALLY**

On this day, the Court considered Plaintiff, GALEN PAGE SCHATZMAN, respectfully

Requests for oral argument on his Motion for Reconsideration of the Court's Order Dismissing

Plaintiff's Claim for Failure to Submit Categorization Form and Motion to Reinstate.  After

considering the Motion for Oral Argument the court finds that the Motion should be GRANTED.

It is further ORDERED that:

A.  Oral Argument is hereby GRANTED; and

B.  Oral Argument is set for _____, 2019 at _____ am/pm.

It is further ORDERED that Plaintiff's Counsel is allowed to appear telephonically and the

Court directs the Clerk to send Plaintiff's counsel the requisite information to appear by telephone.

SIGNED this _____ day of _____, 2019.


                                    _____
                                    RICHARD L. YOUNG, JUDGE
                                    United States District Court
                                    Southern District of Indiana

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.  Further, parties may access this filing through the Court's electronic records system.

/s/ Evelyn Shaw_____
An Employee of Morris//Anderson d/b/a Bighorn Law, LLC