IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND RLY-TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-<br><br>MDL No. 2570 |

This Document Relates to the following cases:

1:18-cv-01833, Galen Page Schatzman v. Cook Incorporated et al.
1:17-cv-04339, Perry Sylvain v. Cook Incorporated et al.
1:17-cv-04345, James Cooper v. Cook Incorporated et al.
1:18-cv-00647, Arthur Wayne Schermerhorn v. Cook Incorporated et al.
1:17-cv-04200, Kristi Craft v. Cook Incorporated et al.
1:17-cv-04340, Larry John Vaughan, Jr. v. Cook Incorporated et al.
1:17-cv-01697, Joshua Rich Craig v. Cook Incorporated et al.
1:17-cv-04171, Alma Rodriguez v. Cook Incorporated et al.

**PLAINTIFF JOSHUA RICH CRAIG'S REQUEST FOR ORAL ARGUMENT AND TO APPEAR BY TELEPHONE ON HIS MOTION FOR RECONSIDERATION and MOTION TO REINSTATE**

Plaintiff, JOSHUA RICH CRAIG, respectfully requests the Court to hear oral argument on his Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claim for Failure to Submit Categorization Form and Motion to Reinstate (*See* Dkt. #11001 in the MDL and attached Exhibit #1). Plaintiff additionally requests that his counsel be allowed to appear by telephone upon granting oral argument.

Plaintiff believes oral argument will help the court understand the factual basis for the relief requested. Plaintiff believes that oral argument on his motions should take only five (5) to ten (10) minutes.

Dated: June 19, 2019

Respectfully submitted,

**MORRIS//ANDERSON d/b/a Bighorn Law**

By:   /s/ *Kimball Jones*
**NATHAN R. MORRIS, ESQ.** Nevada Bar # 11040
**GARRY B. TRINH, ESQ.-**  Nevada Bar No.: 14289
Nathan@bighornlaw.com
Kimball@bignornlaw.com
716 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 19, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.  Further, parties may access this filing through the Court's electronic records system.

              /s/ Evelyn Shaw
              An Employee of Morris//Anderson d/b/a Bighorn Law, LLC