IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND RLY-TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-<br><br>MDL No. 2570 |

This Document Relates to the following cases:

1:17-cv-04339, Perry Sylvain v. Cook Incorporated et al.

**ORDER GRANTING PLAINTIFF PERRY SYLVAIN'S REQUEST FOR ORAL ARGUMENT AND REQUEST TO APPEAR TELEPHONICALLY**

On this day, the Court considered Plaintiff, PERRY SYLVAIN, respectfully Requests for oral argument on his Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claim for Failure to Submit Categorization Form and Motion to Reinstate. After considering the Motion for Oral Argument the court finds that the Motion should be GRANTED. It is further ORDERED that:

A. Oral Argument is hereby GRANTED; and

B. Oral Argument is set for _____, 2019 at _____ am/pm.

It is further ORDERED that Plaintiff's Counsel is allowed to appear telephonically and the Court directs the Clerk to send Plaintiff's counsel the requisite information to appear by telephone.

SIGNED this _____ day of _____, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 19, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.  Further, parties may access this filing through the Court's electronic records system.

                                               /s/ Evelyn Shaw
                                               An Employee of Morris//Anderson d/b/a Bighorn Law, LLC