IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

<u>JOSEPH KEITH ANDERS</u>
Case No.: 1:17-cv-01327-RLY-TAB

**PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE ON HIS
MOTION FOR RECONSIDERATION OF
ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO
SUBMIT CASE CATEGORIZATION FORM**

Plaintiff Joseph Keith Anders has previously requested Oral Argument [Doc 10936] on his Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims for Failure to Submit Case Categorization Form [Doc 10674]. A Reply Brief in response to Defendants' objections [Doc 10935] has also previously been filed.

Plaintiff now requests that his counsel be allowed to appear by telephone upon granting oral argument.

Dated: June 19, 2019.

Respectfully submitted,

**Bowersox Law Firm, P.C.**
 /s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, OSB No. 81442
**Bowersox Law Firm, P.C.**
3 Centerpointe Drive, Suite 190
Lake Oswego, OR 97035
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
Jeffrey@bowersoxlaw.com
***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

By:   /s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, OSB No. 81442
**Bowersox Law Firm, P.C.**
3 Centerpointe Drive, Suite 190
Lake Oswego, OR 97035
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
Jeffrey@bowersoxlaw.com
*Lead Counsel for Plaintiff*