IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB  MDL No. 2570 |

This Document Relates to Plaintiff(s)

<u>JOSEPH KEITH ANDERS</u>
Case No.: 1:17-cv-01327-RLY-TAB

**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR
ORAL ARGUMENT AND REQUEST TO APPEAR TELEPHONICALLY**

**THIS COURT**, considered Plaintiff's Request for Oral Argument on his Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims for Failure to Submit Case Categorization Form and Motion to Reinstate. After considering the Motion for Oral Argument, the Court finds that the Motion should be GRANTED.

It is further ORDERED that Oral Argument is set for _____, 2019 at _____. It is further

ORDERED that Plaintiff's Counsel is allowed to appear telephonically and the Court directs the Clerk to send Plaintiff's Counsel the requisite information to appear by telephone.

Dated: _____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service of this proposed order will be made electronically on all ECF-registered counsel of records via email generated by the court's ECF system.