**Melissa Tootle**

| | |
|---|---|
| **From:** | Melissa Tootle |
| **Sent:** | Tuesday, June 18, 2019 3:36 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Subject:** | Case # 1:17-cv-00417 Categorization Form |
| **Attachments:** | 19.06.18 Calvert-Cook enc Bonnie Elazab Categorization Form.pdf; 19.06.18 Plaintiff Elazab Categorization Form.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'CookFilterMDL@FaegreBD.com' | | |
| | 'plaintiffscoleadcounselmdl@gmail.( | | |
| | Tom Calvert | Delivered: 6/18/2019 3:36 PM | Read: 6/18/2019 3:53 PM |

Good afternoon:

Please see attached correspondence from Mr. Thomas Calvert in reference to the above captioned matter.

Thank you,

*Melissa L. Tootle*
Paralegal to Thomas B. Calvert
3850 North Causeway Boulevard
Two Lakeway-Suite 940
Metairie, LA 70002
Telephone: (504) 830-7610
Facsimile: (504) 830-7611



## THOMAS B. CALVERT
## A PROFESSIONAL LAW CORPORATION
3850 North Causeway Boulevard
Two Lakeway-Suite 940
Metairie, LA 70002
tom@calvertaplc.com

Telephone: (504) 830-7610                                   Facsimile: (504) 830-7611

June 18, 2019
*Via email*

RE:   Bonnie Elazab
      Case # 1:17-cv-00417

To Whom it May Concern:

    Enclosed please find Case Categorization Form of the plaintiff, Bonnie Elazab, in case number 1:17-cv-00417. We anticipate filing a motion to reinstate the case tomorrow. If you have any questions, please do not hesitate to contact me personally.

    Thank you for your attention and cooperation in this matter. I remain,

Sincerely yours,

Thomas B. Calvert

TBC:mlt
Enclosure

# Melissa Tootle

**From:** Mail Delivery Subsystem <MAILER-DAEMON@server907.appriver.com>
**To:** plaintiffscoleadcounselmdl@gmail.com; CookFilterMDL@FaegreBD.com
**Sent:** Tuesday, June 18, 2019 3:36 PM
**Subject:** Delivered: Case # 1:17-cv-00417 Categorization Form

## Your message has been delivered to the following recipients:

plaintiffscoleadcounselmdl@gmail.com

CookFilterMDL@FaegreBD.com

Subject: Case # 1:17-cv-00417 Categorization Form

**Melissa Tootle**

| | |
|---|---|
| **From:** | Cook Filter MDL <CookFilterMDL@FaegreBD.com> |
| **To:** | Melissa Tootle |
| **Sent:** | Tuesday, June 18, 2019 3:58 PM |
| **Subject:** | Read: Case # 1:17-cv-00417 Categorization Form |

Your message

To:
Subject: Case # 1:17-cv-00417 Categorization Form
Sent: Tuesday, June 18, 2019 4:59:06 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Tuesday, June 18, 2019 4:57:39 PM (UTC-05:00) Eastern Time (US & Canada).

1