FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
202 South Michigan Street ▾ Suite 1400
South Bend ▾ Indiana 46601-2020
Phone +1 574 234 4149
Fax +1 574 239 1900

March 28, 2017

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |

Thomas Calvert
Thomas B. Calvert, a Professional Law Corporation
3850 North Causeway Blvd.
Metairie, LA 70002
tom@calvertaplc.com

    **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Thomas Calvert:

We have received your Plaintiff Profile Form and Plaintiff Fact Sheet for Elazab, Bonnie ("Plaintiff"). Based on our review of the submission, the submission is deficient for the following reasons:

  •  V.  Plaintiff failed to complete the outcome attributed to device.

Please correct this deficiency and submit the missing information or documents to both Liz.Whitelegg@FaegreBD.com and CookFilterFileclerk@FaegreBD.com by 04/17/2017. If you fail to do so by 04/17/2017, Cook may move for appropriate relief under Fed. R. Civ. P. 37, including possible sanctions.

Very truly yours,

*[signature]*

Angela K. Hall

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

**PLAINTIFF'S EXHIBIT**
B