# Fwd: Cook IVC - Elazab, Bonnie

Tom Calvert

Fri 4/14/2017 5:06 PM

To:Carole Nungesser <carole@calvertaplc.com>;

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: "Whitelegg, Elizabeth S." <Liz.Whitelegg@faegrebd.com>
Date: 2017/04/14 15:45 (GMT-06:00)
To: Tom Calvert <tom@calvertaplc.com>
Cc: "Hall, Angela Kelver" <Angela.Hall@FaegreBD.com>
Subject: Cook IVC - Elazab, Bonnie

Attorney Calvert,

This confirms that we spoke on this date and I have corrected the deficiency noted in our 3/2/17 letter to you. No supplemental PPS is necessary.

Thanks - Liz

Elizabeth S. Whitelegg
*Senior Paralegal*
liz.whitelegg@FaegreBD.com    Download vCard
D: +1 574 239 1915 | F: +1 574 520 6163

**Faegre Baker Daniels LLP**
202 S. Michigan Street | Suite 1400 | South Bend, IN 46601, USA



PLAINTIFF'S EXHIBIT
C