SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
BONNIE ELAZAB and DEAN ELAZAB

CIVIL CASE # 1:17-cv-00417-RLY-TAB

## ORDER GRANTING PLAINTIFFS' BONNIE ELAZAB AND HER HUSBAND DEAN ELAZAB'S MOTION FOR RECONSIDERATION

On this day, the Court considered Plaintiffs', Bonnie Elazab and her husband Dean Elazab's, Motion for Reconsideration of the Court's Order Dismissing Plaintiffs' Claim for Failure to Submit Case Categorization Forms and Motion for Reinstatement of Case and Any and All Equitable Relief. After considering the Motion the Court finds that the Motion should be GRANTED. It is therefore;

ORDERED that the Motion for Reconsideration is hereby GRANTED. It is further

ORDERED that Cause No. 1:17-cv-00417-RLY-TAB is hereby reinstated. The Court directs the clerk to take all steps necessary to reinstate the case on the Court's Docket of case number 1:14-ml-2570.

SIGNED this ____ day of _____, 2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana