# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL INC., IVC FILTERS
AND MARKETING, SALES PRACTICES AND    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION         MDL No. 2570

_____

This Document Relates Only to the Following Actions:

| | | | |
|---|---|---|---|
| 1:19-cv-01389 | 1:19-cv-01552 | 1:19-cv-01626 | 1:19-cv-01548 |
| 1:19-cv-01363 | 1:19-cv-01488 | 1:19-cv-01908 | 1:19-cv-00938 |
| 1:19-cv-01198 | 1:19-cv-01322 | 1:19-cv-01870 | 1:19-cv-01313 |
| 1:19-cv-01364 | 1:19-cv-01539 | 1:19-cv-01812 | 1:19-cv-01627 |
| 1:19-cv-01284 | 1:19-cv-00924 | 1:19-cv-01551 | 1:19-cv-01814 |
| 1:19-cv-01331 | 1:19-cv-01628 | 1:19-cv-01811 | 1:19-cv-00929 |
| 1:19-cv-01625 | 1:19-cv-00927 | 1:19-cv-00647 | 1:19-cv-01795 |
| 1:19-cv-00661 | 1:19-cv-01932 | 1:19-cv-01881 | 1:19-cv-00541 |
| 1:19-cv-01556 | 1:19-cv-01540 | 1:19-cv-01911 | 1:19-cv-01933 |
| 1:19-cv-01851 | 1:19-cv-01631 | 1:19-cv-00847 | 1:19-cv-01935 |
| 1:19-cv-01387 | 1:19-cv-01936 | 1:19-cv-01796 | 1:19-cv-01813 |
| 1:19-cv-01202 | 1:19-cv-01624 | 1:19-cv-01629 | 1:19-cv-00923 |
| 1:19-cv-01934 | 1:19-cv-01553 | | |

_____

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE CASE CATEGORIZATION ORDER

COMES NOW Counsel for Plaintiffs listed on the attached Exhibit A, and without opposition from the Cook Defendants, respectfully requests the Court for an extension of time to comply with the Case Categorization Order.

Plaintiffs have conferred with Defendants on the issue and Defendants are not opposed to extending the deadline to submit case categorization forms for the cases listed on Exhibit A, to July 10, 2019.

1

WHEREFORE, Plaintiffs respectfully requests the Court to extend the case categorization form submission deadline for those cases listed on Exhibit A, to July 10, 2019.

Dated: June 19, 2019

Respectfully submitted,

*/s/ David P. Matthews*
David P. Matthews

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

*/s/ David P. Matthews*
David P. Matthews