# EXHIBIT A

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Allenbaugh, Judith Ann | 1:19-cv-01389 | 5/22/19 |
| Baird, Janet K. | 1:19-cv-01363 | 5/22/19 |
| Ball, Katie L. | 1:19-cv-01198 | 5/22/19 |
| Bell, Felecia D. [ESTATE OF] | 1:19-cv-01364 | 5/22/19 |
| Bentley, Denise S. | 1:19-cv-01284 | 5/22/19 |
| Boros, Kathleen L. | 1:19-cv-01552 | 5/22/19 |
| Bowden, Helen | 1:19-cv-01488 | 5/22/19 |
| Contello, Donnaann | 1:19-cv-01322 | 5/22/19 |
| Davis, Vincent L. | 1:19-cv-01539 | 5/22/19 |
| Davison, Anthony L. | 1:19-cv-00924 | 5/22/19 |
| Dubignon, Margaret L. | 1:19-cv-01626 | 5/22/19 |
| Eblin, Beatrice Kathy | 1:19-cv-01908 | 6/10/2019 |
| Eppinger, Donald A. | 1:19-cv-01870 | 6/7/2019 |
| Garcia, Richard L. | 1:19-cv-01812 | 6/3/2019 |
| Gardner, James W. | 1:19-cv-01551 | 5/22/19 |
| George, Wanda J. | 1:19-cv-01548 | 5/22/19 |
| Gonzalez, Jose J. | 1:19-cv-00938 | 5/22/19 |
| Griffin, Angela M. | 1:19-cv-01313 | 5/22/19 |
| Guillen, Arturo E. | 1:19-cv-01627 | 5/22/19 |
| Gunn, Willie Lee | 1:19-cv-01814 | 6/3/2019 |
| Hauck, Louis | 1:19-cv-01331 | 5/22/19 |
| Keeling, LaVerne K. | 1:19-cv-01625 | 5/22/19 |
| Kephart, Mary L. | 1:19-cv-00661 | 5/22/19 |
| Lachman, Pamela Sue | 1:19-cv-01556 | 5/22/19 |
| Lane, Patricia Fay | 1:19-cv-01851 | 6/5/2019 |
| Lang, Todrys | 1:19-cv-01628 | 5/22/19 |
| Locke, Lauren N. | 1:19-cv-00927 | 5/22/19 |
| Mason, Todd Alan | 1:19-cv-01932 | 6/12/2019 |
| Massey, Yvetta L. | 1:19-cv-01540 | 5/22/19 |
| Metcalf, Valerie D. | 1:19-cv-01631 | 5/22/19 |
| Morales, Aida L. | 1:19-cv-01811 | 6/3/2019 |
| Morningstar, Jon T. | 1:19-cv-00647 | 5/22/19 |
| Muff, Leonard | 1:19-cv-01881 | 6/10/2019 |
| Nielsen, Harald | 1:19-cv-01911 | 6/10/2019 |
| Patterson, Calder M. | 1:19-cv-00847 | 5/22/19 |
| Powell, Rodney L. | 1:19-cv-00929 | 5/22/19 |
| Prothe, Lester A. | 1:19-cv-01795 | 6/3/2019 |
| Raines, Dominick | 1:19-cv-00541 | 5/22/19 |

| | | |
|---|---|---|
| Reed, Alan R. | 1:19-cv-01933 | 6/12/2019 |
| Reynolds, Alice Marie | 1:19-cv-01935 | 6/12/2019 |
| Ruiz, Michelle D. | 1:19-cv-01387 | 5/22/19 |
| Severan, Merrion | 1:19-cv-01202 | 5/22/19 |
| Tennessee, Edith R. | 1:19-cv-01796 | 6/3/2019 |
| Thomas, William Allan | 1:19-cv-01629 | 5/22/19 |
| Vanderheggen, Concetta | 1:19-cv-01934 | 6/12/2019 |
| Villalobos, Dalia | 1:19-cv-01936 | 6/12/2019 |
| Washington, Demetrius C. | 1:19-cv-01624 | 5/22/19 |
| Wehunt, James | 1:19-cv-01813 | 6/3/2019 |
| White-Smith, Tiffany Y. | 1:19-cv-00923 | 5/22/19 |
| Wiles, Adam C. | 1:19-cv-01553 | 5/22/19 |