# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL INC., IVC FILTERS
AND MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION     MDL No. 2570

_____

This Document Relates Only to the Following Actions:

| | | | |
|---|---|---|---|
| 1:19-cv-01389 | 1:19-cv-01552 | 1:19-cv-01626 | 1:19-cv-01548 |
| 1:19-cv-01363 | 1:19-cv-01488 | 1:19-cv-01908 | 1:19-cv-00938 |
| 1:19-cv-01198 | 1:19-cv-01322 | 1:19-cv-01870 | 1:19-cv-01313 |
| 1:19-cv-01364 | 1:19-cv-01539 | 1:19-cv-01812 | 1:19-cv-01627 |
| 1:19-cv-01284 | 1:19-cv-00924 | 1:19-cv-01551 | 1:19-cv-01814 |
| 1:19-cv-01331 | 1:19-cv-01628 | 1:19-cv-01811 | 1:19-cv-00929 |
| 1:19-cv-01625 | 1:19-cv-00927 | 1:19-cv-00647 | 1:19-cv-01795 |
| 1:19-cv-00661 | 1:19-cv-01932 | 1:19-cv-01881 | 1:19-cv-00541 |
| 1:19-cv-01556 | 1:19-cv-01540 | 1:19-cv-01911 | 1:19-cv-01933 |
| 1:19-cv-01851 | 1:19-cv-01631 | 1:19-cv-00847 | 1:19-cv-01935 |
| 1:19-cv-01387 | 1:19-cv-01936 | 1:19-cv-01796 | 1:19-cv-01813 |
| 1:19-cv-01202 | 1:19-cv-01624 | 1:19-cv-01629 | 1:19-cv-00923 |
| 1:19-cv-01934 | 1:19-cv-01553 | | |

_____

## **ORDER**

Having considered Plaintiffs' Unopposed Motion for Extension of Time to Comply with the Case Categorization Order, the Court is of the opinion that the motion should be GRANTED.

Plaintiff is hereby granted until and including July 10, 2019 to submit case categorization forms for those cases listed on Exhibit A.

                                                                                                                                   _____
                                                                                                                                   RICHARD L. YOUNG, JUDGE
                                                                                                                                   United States District Court
                                                                                                                                   Southern District of Indiana