**From:**
**Subject:** FW: Important Information Regarding Cook MDL 2570
**Date:** June 18, 2019 at 9:29 AM
**To:** gmendoza@eastonlawfirm.com

---

**From:** Christina Guerra [mailto:cguerra@martinbaughman.com]
**Sent:** Tuesday, April 09, 2019 12:54 PM
**To:** layne@shraderlaw.com; Adam Funk; Ahmed Diab; Alex Davis; Allison Garrett; Amelia Wilson; Amorina Lopez; Angel Lee; Angela Spears; Anna Higgins; Thomas Valet; Annesley H. DeGaris; Ashton Smith; Ben Martin; Bill Curtis; Bob Boatman; Braden Alexander Beard; Brian Dratch; Brian Holmes; Brooke L. Meyers; Calle Mendenhall; Candace Capilongo; Charles Bailey; Charles Houssiere III; Chelsey Rapp; Chinyere Pigot; Chris Kirchmer; Christopher Kirchmer; Christopher Moze Cowper; Christopher Seeger; Clarence Mark Whitehead; Courtney Moody; D.Todd Matthews; Daniel MacDonald; Daniel Rihn; Danielle Rodriguez; David Britton; David Corwin; David DeGreeff; David Matthews; Denise Codding; Donald Migliori; Dr. Shezad Malik; E. Craig Daue; Elizabeth A. Peterson; Elizabeth Cochrane; Elizabeth L. Dudley; Ellen Kerns; Emily Roark; Eric Terry; Ericka Campbell; Everette Verhine; Frederick Hovde; George Tharin Williamson; Graham B. LippSmith; Greg Rueb; Gregory J. Pals; Heather Smith; Howard Nations; J. Christopher Elliott; Jaclyn Anderson; Jacqueline Colclough; Jaime Moss; James Piat; James Zouras; Jan Conlin; Jason Paul Johnston; Jasper Ward; Jay Harris; Jeff Gaddy; Jeff Seldomridge; Jennifer Lenze; Jennifer Orendi; Jennifer Williams; Jeremy Pichon; Jessica Beyer; Joe Johnson; Joe Williams; John Dalimonte; John Duane; John Harloe; Jon Conlin; Jonathan Ashton; Jonathan Hogins; Jonathan Sedgh; Joseph Osborne; Joshua Miller; Joshua Sean Kincannon; Julia Reed Zaic; Julie Rhoades; Justin Fishback; Justin L. Lawrence; Karen Collins; Kathleen Hersh-Boyle; Kathy Smith; Kedar Bhasker; Keith David Griffin; Keith Jackson; Kelly Reardon; Kelsey Louise Stokes; Kimberly Adams; Kris Clark Thomas; Kristy M. Arevalo; Laura Baughman; Laura Lynne Voght; Laura Smith; Lauren Bronson; Laurie Kamerrer; Lincoln Combs; Lizy Santiago; Lyon Chadwick; Majed Nachawati; Marian Rosen; Marilyn Wass; Mark Chavez; Mark O'Connor; Marlene Jaye Goldenberg; Matt Schultz; Matthew Clinton; Matthew Haynie; Matthew Lopez; Matthew McCarley; Max Petrunya; Megan Hickey; Melissa Goodman;

Melissa Mielke; Michael Bell; Michael Brandon Smith; Michael Decker; Michael Hart; Michael Heaviside; Michael J. Walsh; Michael Mertz; Monte Bond; Nancy Hersh; Nicholas Farnolo; Pat Sanchez; Patrick Michael Regan; Paul Stoller; Phillip Bohrer; Ramon Lopez; Rand Nolen; Richard James Serpe; Richard Rosenbaum; Richard Sanford Lewis; Richard Schulte; Robert Bailey; Rosemarie Riddell Bogdan; Russell Budd; Samuel Mason Wendt; Sandy Liebhard; Sara Vedral; Scott Brady; Scotty MacLean; Shannon Clark; Sheila Bossier; Sheila Schebek; shelley Blas; Sophie Williams; Stephanie Albers; ivc; Stuart Lee Goldenberg; T Mathis; T. Matthew Leckman; Teresa Toriseva; Thomas Sims; Tim Goss; Timothy A. Litzenburg; Timothy Freiberg; Todd Hilton; Tom Arbon; Tom Cartmell; Ericka Campbell; Troy Brenes; Wendy Fleishman; Will Moody; Wolfgang Mueller; Yvonne Flaherty; Timothy Bolton; Monya Schwartz; Sara Vedral; Deborah Yanazzo; john@drlawllp.com; mjones@lopezmchugh.com; Melissa Sun; andrea@drlawllp.com; Joe Williams; Bill Blankenship; Jeanette Lule; Sue Elliott; Karen Smith, Paralegal; Shawna Fugate; Nate Scearcy; Patricia Campbell; Sarah Taylor; Jessica Glitz; celliott@coloradolaw.net; greg@thedriscollfirm.com; sschebek@spanglaw.com; Jason Voelke; cjbaker@heardlawfirm.com; denman@heardlawfirm.com; abrown@heardlawfirm.com; Barbara Price; acarter@sgpblaw.com; nlewis@sgpblaw.com; Eric Mausner; Melissa Hague; Nikki Jackson; Kim Truongle; Matt Skikos; Darilyn Simon; Julie Tucci; Arati Furness; Stacey Cole; Anthony Godfrey; kevin@jonesward.com; Wendy Espitia; Efrem Fernandez; jcwillet@levinsimes.com; rabrams@levinsimes.com; jjohnson@levinsimes.com; Marcia Rey; arol@baronbudd.com; Del Valle, Edna; Spizer, Gregory S.; paul@rrbok.com; rick@rplezialaw.com; jduane@motleyrice.com; D. Humphrey; Jennifer Williams; Andrew W. Callahan; Anna Dammann; kwang@bernllp.com; acolell@bernllp.com; bshrader@hmelegal.com; Micaela R. Staley; pwetherall@wetherallgroup.com; wkell@tatelawgroup.com; marktate@tatelawgroup.com; dledgard@capretz.com; rrbivccook@1800law1010.com; Jason Joy; David Goldberg; Colin Wood; Pablo Corona; Michael Barcus; Deborah Zal-Ellis; denman@heardlawfirm.com; cjbaker@heardlawfirm.com; Barbara Price; Denise Ramirez; Roger Mandel; Sander L. Esserman; Monica L. Moore; john@drlawllp.com; Wendy Espitia; Justin Dunlap; mtiger@youmancaputo.com; Westberg@mwrlawfirm.com; BAdham@johnsonlawgroup.com; creed@johnsonlawgroup.com; tran@mwrlawfirm.com; elshaw@shawcowart.com; patrick.beirne@lawrencefirm.com; rrbivccook@1800law1010.com; 6127590.887615@NETORG437733.onmicrosoft.com; jason@jasonjoylaw.com; michael@jasonjoylaw.com; colin@jasonjoylaw.com; sdaniel@baronbudd.com; moconnor@beusgilbert.com; paul@drlawllp.com; Anthony Godfrey; BET@petersonlawfirm.com; jdk@meyerkordlaw.com; jss@meyerkordlaw.com; Quillin@osclaw.com; Sutton@osclaw.com; mtiger@youmancaputo.com; Samuel Mason Wendt
**Subject:** Important Information Regarding Cook MDL 2570

Dear MDL 2570 Plaintiff's Counsel:

Please review the attached correspondence from Steve Bennett with Faegre Baker Daniels regarding the case categorization forms and alleged deficiencies and noncompliance.

The letter is self explanatory and describes defense counsel's intentions regarding dismissal of several hundred cases filed in Cook MDL 2570.

We would urge you to review this letter carefully and look at the list of cases and see if you have any of them on it and act upon these matters very soon if you have a case or cases on that list. If you believe your case has been listed incorrectly or otherwise in error please determine your best course of action which may be:

1. Contacting defense counsel and discussing the situation and working to possibly get defense counsel to take your client's case off (or cases) off the list;

2. Filing whatever motion (or response to the letter) you deem best as essentially defense counsel

is asking the court to dismiss these cases; or,

3. Allowing dismissal to occur given the circumstances of your particular case--in other words that dismissal is appropriate.

Thank you.

Ben C Martin
Michael Heaviside
David Matthews
(co-lead counsel)

and

Joe Williams
(Liaison counsel)

**Christina Guerra – Sr. Paralegal (Mass Tort Litigation)**
for *Ben C. Martin, Laura Baughman, and Tom Wm. Arbon*
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
214/761-6614 (office)
214/744-7590 (fax)
cguerra@martinbaughman.com



Cook Medical - Letter t...sal.pdf