**From:** **Gabriel Mendoza** gmendoza@eastonlawfirm.com 📎
**Subject:** CASE CATEGORIZATION FORM; CASE NO. 1:14-ml-02570; Member Case No. 1:18-CV-06089
**Date:** June 20, 2019 at 10:34 AM
**To:** cookfiltermdl@faegrebd.com cookfiltermdl@faegreBD.com, plaintiffscoleadcounselmdl@gmail.com
**Cc:** Esther Almaraz ealmaraz@eastonlawfirm.com

Dear Sir or Madam:

Please see attached Case Categorization Form and Corresponding Medical Records for Plaintiff, Christine Kay, pursuant to the Court's order, Filing No. 9638.

Thank You.

~ Gabe



**GABRIEL M. MENDOZA, ESQ**
650 Town Center Drive, Suite 1850 | Costa Mesa, CA
*gmendoza@eastonlawfirm.com* | *www.eastonlawfirm.*
*office:* (714) 850-4590 | *fax:* (714) 850-1978

**Amera Hajali** (Assistant) — *ahajali@eastonlawfirm.c*






Categorization Form--…ay.pdf


Categorization Form-…ay.pdf

## Categorization Form

A.   Plaintiff's Name:                                      CHRISTINE KAY
B.   Plaintiff's Case Number:                         1:18-CV-06089-RLY-TAB
C.   Plaintiff's Counsel (Lead Firm Name):      EASTON & EASTON, LLP
D.   Categorization (check each that applies and briefly describe):

1.   Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

Check here for Category 1:_____

2.   Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

Check here for Category 2:_____

Briefly describe claimed complication/outcome/injury:_____

3.   Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

Check here for Category 3:_____

Briefly describe claimed complication/outcome/injury:_____

4.   Embedded and High-Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

Check here for Category 4: __√__

Briefly describe claimed complication/outcome/injury: **SEE ATTACHMENT 1**

5.   Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:_____

Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:_____

Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: __√__.   **Circle all sub-categories that apply below**:

(a)    IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b)    filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

(c)    filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d)    filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

(e)    penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: **SEE ATTACHMENT 1**

(f)    recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k)    open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.    Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          W. Douglas Easton, Esq.

Plaintiff's Counsel's Firm:          Easton & Easton, LLP

Plaintiff's Counsel's Signature:

## **ATTACHMENT 1**

Plaintiff has been assessed with an embedded Cook Gunther IVC Filter that was implanted and has been embedded in Plaintiff since approximately 2011. All four of the Filter struts have penetrated and perforated through the wall of the infrarenal inferior vena cava, and scar tissue has formed around them making retrieval extremely difficult such that the risks of retrieval outweigh the benefits, causing great worry, stress, and fear.

Imaging indicates the IVC filter is approximately 2 **cm** below the renal vein and that four (4) of the prongs appear to be extraluminal in location inferiorly, two (2) anterior and two (2) posterior.

**UC San Diego Health**

200 W. Arbor Dr.
UC San Diego Health
San Diego CA 92103

KAY,CHRISTINE
MRN: 25375635
DOB: 9/16/1952, Sex: F
Adm: 6/4/2011, D/C: 6/16/2011

## Results (continued)

## Results

Resulted: 06/13/11 1133, Result status: Final result

VASC-IVC FILTER [34797131]

| Performed: | 06/07/11 1733 - 06/07/11 1733 | Resulting lab: | RADIOLOGY |

Narrative:

CLINICAL HISTORY: Sacral fracture. High risk for DVT. Can not anticoagulate due to upcoming surgeries.

CONSENT: The procedure was explained to the patient as well as the risks and benefits. All questions were answered and the patient desired to proceed and signed consent for the procedure.

PROCEDURE:
1. US guided right IJ puncture
2. Inferior vena cavogram and bilateral renal venograms
3. Inferior vena cava filter placement
4. Moderate sedation

OPERATORS: B. Drinkwine, Fellow; S. Rose, Attending
CONTRAST: 50 mL Visipaque 320
FLUOROSCOPY TIME: 4.3 min, 51 mGy; 2375.5 uGym2
MEDICATIONS: Versed 1 mg, Fentanyl 100 mcg, local lidocaine
Moderate sedation was used for this procedure. Total sedation time was 30 minutes.

DESCRIPTION OF PROCEDURE:
The right neck was prepped and draped sterilely and the skin infiltrated with one percent lidocaine. The right IJ vein was accessed under US guidance with a micropuncture set. Via the transitional dilator, an 035 wire was advanced to the IVC. A 5 French flush catheter was placed at the distal IVC and DSA power injection cavogram performed. The catheter was exchanged for a C2 which was positioned alternatively in the right and left renal veins, and hand injection renal venograms performed.

Inferior vena cava and bilateral renal veins are patent without evidence of thrombus. No megacava or variant anatomy detected.

The access was dilated. Via the filter sheath, the Gunter Tulip filter was placed in the infrarenal inferior vena cava. The sheath was removed and pressure held until hemostasis was obtained.

IMPRESSION:

1. Potentially retrievable IVC filter placed in the infrarenal inferior vena cava.

Plan: The filter placed is potentially retrievable. If the patient no longer has indication for the filter within 2-3 months, she should be referred back to IR to be evaluated for filter retrieval.

Dr. Rose was present for the procedure, and has reviewed the images and the above report.

# UC San Diego Health

| | | |
|---|---|---|
| | 200 W. Arbor Dr. | KAY,CHRISTINE |
| | UC San Diego Health | MRN: 25375635 |
| | San Diego CA 92103 | DOB: 9/16/1952, Sex: F |
| | | Enc Date: 06/04/11 |

## Results (continued)

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 06/07/11 1733 |

## Results

Resulted: 06/10/11 0828, Result status: Final result

X-RAY FOREARM LEFT SIDE [34797130]

Ordering provider:   Badlani, Neil, MD  06/07/11 1619      Performed:      06/07/11 1758 - 06/07/11 1758
Resulting lab:       RADIOLOGY
Narrative:

HISTORY:
Left forearm pain, comparison to right forearm which has a fracture, operative preparation.

COMPARISON STUDIES:
Prior examinations are off the right forearm which has been plated for fractures with ulnar shortening..

FINDINGS:
Left forearm two views

The soft tissues are normal.  No fracture or dislocation is present.  The articulations are congruent.  The underlying bone is osteopenic.  Distal radial ulnar joint is congruent with neutral ulnar length.  The contralateral side shows approximately 1 cm of shortening of the ulna the distal radial ulnar articulation. Osteoarthritic changes are seen at the first carpal metacarpal joint.  There is mild radiocarpal osteoarthritis..

IMPRESSION:
Normal left forearm.  Discrepancy in ulnar length of approximately 1 cm from the right side..

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 06/07/11 1758 |

## Results

Resulted: 06/09/11 1633, Result status: Final result

X-RAY LUMBAR SPINE [34840884]

Performed:        06/08/11 1748 - 06/08/11 1748        Resulting lab:     RADIOLOGY
Narrative:

HISTORY:

ORIF of the lumbosacral spine with L5/S1 bolts.

COMPARISON STUDIES:
CT from 06/05/11 showing comminuted fracture of the sacrum and pubic rami.

FINDINGS:
.

South Orange County Surgical Medical Group • 24411 Health Center Drive, LAGUNA HILLS CA 92653-3651

## KAY, CHRISTINE (id #46554, dob: 09/16/1952)

### Encounters and Procedures

Clinical Encounter Summaries
**Encounter Date: 10/11/2016**
Patient

| | | | |
|---|---|---|---|
| **Name** | KAY, CHRISTINE (64yo, F) ID# 46554 | **Appt. Date/Time** | 10/11/2016 03:00PM |
| **DOB** | 09/16/1952 | **Service Dept.** | SOC Main Office |
| **Provider** | ROBERT DUENSING MD | | |
| **Insurance** | Med Primary: MEMORIALCARE MEDICAL GROUP - BLUE SHIELD OF CALIFORNIA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) Insurance # : XEE902352932 Policy/Group # : W0051752 PCP : GAIKWAD, SHILPA J Referring Provider Name : GAIKWAD, SHILPA J Prescription: ARGSDIR - Member is eligible. details | | |

Patient's Care Team

**Primary Care Provider (Primary Insurance):** GAIKWAD, SHILPA J: 34052 LA PLAZA STE 103, DANA POINT, CA 92629, Ph (949) 240-2555, Fax (949) 240-2121
**Referring Provider (Primary Insurance):** GAIKWAD, SHILPA J: 34052 LA PLAZA STE 103, DANA POINT, CA 92629, Ph (949) 240-2555, Fax (949) 240-2121

Patient's Pharmacies

**WESTCLIFF COMPOUNDING PHARMACY (ERX): 1901 WESTCLIFF DR. #3A, NEWPORT BEACH CA 92660, Ph (949) 272-0775, Fax (949) 272-0038**

Chief Complaint

Followup: Inferior vena cava filter in situ

HPI

the patient is a delightful woman who has been recently seen by my partner Dr. Dearing. She is seeking further information due to an indwelling IVC filter that was placed across the 4 1/2 years ago after she sustained multiple blunt trauma in a motor vehicle accident with multiple fatalities. She says this was placed at Scripps Hospital in San Diego. She says that she was unaware that she had an IVC filter in however during a recent diagnostic test she she learned about her IVC filter. After doing some research she has become concerned about the potential complications and is requesting retrieval of the filter. She has no specific symptoms however is concerned about the possibility of secondary complications. She states that this was a Gunther Tulip filter that she is aware of.

Allergies

Reviewed Allergies
MORPHINE: Cough

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 875 mg-potassium clavulanate 125 mg tablet** | 09/21/16 | filled |
| **carisoprodol 350 mg tablet** | 10/03/16 | filled |
| **clindamycin 150 mg capsule** | 09/29/16 | filled |
| **clindamycin 300 mg capsule** | 10/05/16 | filled |
| **estradiol 0.5 mg tablet** | 10/01/16 | filled |
| **fluconazole 150 mg tablet** | 10/06/16 | filled |
| **HYDROcodone 10 mg-acetaminophen 300 mg tablet** | 10/03/16 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 09/08/16 | filled |
| **levothyroxine 75 mcg tablet** | 08/08/16 | filled |

South Orange County Surgical Medical Group • 24411 Health Center Drive, LAGUNA HILLS CA 92653-3651

## KAY, CHRISTINE (id #46554, dob: 09/16/1952)

| | | |
|---|---|---|
| oxyCODONE 10 mg tablet | 09/16/16 | filled |
| oxyCODONE 15 mg tablet | 10/07/16 | filled |
| proGESTerone micronized 200 mg capsule | 10/01/16 | filled |

### Past Medical History

Reviewed Past Medical History

### Surgical History

Reviewed Surgical History
Orthopedic Surgery - 2011 - arm
Orthopedic Surgery - 2011 - back

### Family History

Reviewed Family History

### Social History

Reviewed Social History
Smoking Status: Never smoker

### ROS

Patient reports no significant weight loss, no fever, and no appetite loss. She reports no eye problems and no vision change. She reports no difficulty hearing and no ear problems. She reports no nose problems and no sinus problems. She reports no enlarged glands and no goiter/thyroid enlargement. She reports no chronic/frequent cough, no chest pain/pressure/discomfort, no swelling of the feet/ankles, no shortness of breath, and no palpitations. She reports no abdominal pain, no trouble swallowing, no indigestion/heartburn, no nausea or vomiting, no black or bloody stool, no constipation or diarrhea, no rectal pain/bleeding/swelling, no change in appetite, and no change in bowel habits. She reports no frequent or burning urination, no geting up to urinate, and no difficulty urinating. She reports no pain in leg or calf with walking and no bone/joint pain. She reports no dizziness/vertigo, no loss of vision, no numbness, no loss of consciousness, and no headaches. She reports no depression and no alcohol abuse. She reports no fatigue. She reports no bruising and no excessive bleeding.

### Document Review

kub abd reviewed.

### Vitals

| Ht: | 5 ft 6 in 10/11/2016 03:17 pm | Wt: | 116 lbs 10/11/2016 03:17 pm | BMI: | 18.7 10/11/2016 03:17 pm |
|---|---|---|---|---|---|
| BP: | 117/65 sitting L arm 10/11/2016 03:22 pm | Pulse: | 62 bpm 10/11/2016 03:22 pm | | |

### Physical Exam

Patient is a 64-year-old female.

comfortable, nad.
ble no edema

### Procedure Documentation

None recorded.

### Assessment / Plan

indwelling IVC filter Gunther Tulip type per patient.  This is been over 4 years of implantation.  I do not recommend retrieval of the filter.  I think at this time the risks outweighed the benefits of retrieval.  I reviewed the image and the radiologists findings with the patient.
she states she has an appointment with a physician at stanford next week
I have asked her to contact me for any further questions or concerns.

**1. Inferior vena cava filter in situ**
Z95.828: Presence of other vascular implants and grafts

### Return to Office

None recorded.

### Encounter Sign-Off

Encounter signed-off by Robert Duensing MD, 10/11/2016.

#188  P.005/012        10/16/2017  12:40        949 457 7900        From:SOCSMG

South Orange County Surgical Medical Group • 24411 Health Center Drive, LAGUNA HILLS CA 92653-3651

## KAY, CHRISTINE (id #46554, dob: 09/16/1952)

Encounter performed and documented by Robert Duensing MD
Encounter reviewed & signed by Robert Duensing MD on 10/11/2016 at 3:57pm

**Encounter Date: 09/22/2016**    (Last amended by Robert Duensing MD on 09/22/2016 at 4:00pm)
Patient

| | | | |
|---|---|---|---|
| **Name** | KAY, CHRISTINE (64yo, F) ID# 46554 | **Appt. Date/Time** | 09/22/2016 02:45PM |
| **DOB** | 09/16/1952 | **Service Dept.** | SOC Main Office |
| **Provider** | ROBERT DUENSING MD | | |
| **Insurance** | Med Primary: MEMORIALCARE MEDICAL GROUP - BLUE SHIELD OF CALIFORNIA (MEDICARE REPLACEMENT/ADVANTAGE - HMO)<br>Insurance # : XEE902352932<br>Policy/Group # : W0051752<br>PCP : GAIKWAD, SHILPA J<br>Referring Provider Name : GAIKWAD, SHILPA J<br>Prescription: ARGSDIR - Member is eligible. details | | |

Patient's Care Team

**Primary Care Provider (Primary Insurance):** GAIKWAD, SHILPA J: 34052 LA PLAZA STE 103, DANA POINT, CA 92629, Ph (949) 240-2555, Fax (949) 240-2121
**Referring Provider (Primary Insurance):** GAIKWAD, SHILPA J: 34052 LA PLAZA STE 103, DANA POINT, CA 92629, Ph (949) 240-2555, Fax (949) 240-2121

Patient's Pharmacies

**WESTCLIFF COMPOUNDING PHARMACY (ERX): 1901 WESTCLIFF DR. #3A, NEWPORT BEACH CA 92660, Ph (949) 272-0775, Fax (949) 272-0038**

Chief Complaint

Followup: Inferior vena cava filter in situ

HPI

the patient is a delightful woman who has been recently seen by my partner Dr. Dearing. She is seeking further information due to an indwelling IVC filter that was placed across the 4 1/2 years ago after she sustained multiple blunt trauma in a motor vehicle accident with multiple fatalities. She says this was placed at Scripps Hospital in San Diego. She says that she was unaware that she had an IVC filter in however during a recent diagnostic test she she learned about her IVC filter. After doing some research she has become concerned about the potential complications and is requesting retrieval of the filter. She has no specific symptoms however is concerned about the possibility of secondary complications. She states that this was a Gunther Tulip filter that she is aware of.

Allergies

Reviewed Allergies
MORPHINE: Cough

Medications

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 875 mg-potassium clavulanate 125 mg tablet** | 09/21/16 | filled |
| **estradiol 0.5 mg tablet** | 09/01/16 | filled |
| **fluconazole 150 mg tablet** | 09/20/16 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 09/08/16 | filled |
| **levothyroxine 75 mcg tablet** | 08/08/16 | filled |
| **oxyCODONE 10 mg tablet** | 09/16/16 | filled |
| **proGESTerone micronized 200 mg capsule** | 09/01/16 | filled |

Past Medical History
 Reviewed Past Medical History
Surgical History

South Orange County Surgical Medical Group • 24411 Health Center Drive, LAGUNA HILLS CA 92653-3651

## KAY, CHRISTINE (id #46554, dob: 09/16/1952)

Reviewed Surgical History
- Orthopedic Surgery - 2011 - arm
- Orthopedic Surgery - 2011 - back

### Family History

Reviewed Family History

### Social History

Reviewed Social History
Smoking Status: Never smoker

### ROS

Patient reports no significant weight loss, no fever, and no appetite loss. She reports no eye problems and no vision change. She reports no difficulty hearing and no ear problems. She reports no nose problems and no sinus problems. She reports no enlarged glands and no goiter/thyroid enlargement. She reports no chronic/frequent cough, no chest pain/pressure/discomfort, no swelling of the feet/ankles, no shortness of breath, and no palpitations. She reports no abdominal pain, no trouble swallowing, no indigestion/heartburn, no nausea or vomiting, no black or bloody stool, no constipation or diarrhea, no rectal pain/bleeding/swelling, no change in appetite, and no change in bowel habits. She reports no frequent or burning urination, no geting up to urinate, and no difficulty urinating. She reports no pain in leg or calf with walking and no bone/joint pain. She reports no dizziness/vertigo, no loss of vision, no numbness, no loss of consciousness, and no headaches. She reports no depression and no alcohol abuse. She reports no fatigue. She reports no bruising and no excessive bleeding.

### Document Review

**Discussed the following results:**
- HEALTH HISTORY - 09/16/16

### Vitals

09/22/2016 02:59 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in | **Wt:** 116 lbs | **BMI:** 18.7 |
| **BP:** 100/62 sitting L arm | **Pulse:** 88 bpm | |

### Physical Exam

Patient is a 64-year-old female.

**General Appearance:** General Appearance well developed and nourished and alert, oriented, and no acute distress.

**Head:** Head normocephalic.

**Neck:** Neck no lymphadenopathy, carotid bruits, or jugular venous distention and supple.

**Cardiovascular:** Pulses right dorsalis pedis R2+ and left dorsalis pedis L2+.

**Lungs:** Lungs clear to auscultation bilaterally.

**Abdomen:** Abdomen soft and no tenderness.

**Extremities:** Extremities no erythema, ecchymosis, telangiectasias, open ulcers, varicose veins, or R/L wound and normal pattern hair growth and edema absent.

**Neurological:** Neurological no focal neurologic deficit and gross sensation intact.

### Procedure Documentation

None recorded.

### Assessment / Plan

Indwelling IVC filter Gunther Tulip type per patient.  This is been over 4 years of implantation.  I do not recommend retrieval of the filter.  I think at this time the risks outweighed the benefits of retrieval.  She is requesting further anatomic information regarding the condition of her filter and therefore I recommended obtaining a plain x-ray/KUB.  She'll follow up with me after this imaging.

**1. Inferior vena cava filter in situ**
   Z95.828: Presence of other vascular implants and grafts
- XR, ABDOMEN -    Note to Imaging Facility: h/o ivc filter 4 yrs ago

### Return to Office
- Robert Duensing MD for VASCULAR ESTABLISHED PATIENT at SOC Main Office on 10/10/2016 at 10:30 AM

From:SOCSMG                          949-457-2900             10/16/2017 12:43         #188 P.008/012

South Orange County Surgical Medical Group • 24411 Health Center Drive, LAGUNA HILLS CA 92653-3651

## KAY, CHRISTINE (id #46554, dob: 09/16/1952)
Amendment Sign-Off
 Encounter signed-off by Robert Duensing MD, 09/22/2016.

Encounter performed and documented by Robert Duensing MD
Encounter reviewed & signed by Robert Duensing MD on 09/22/2016 at 3:39pm
Amendment closed by Robert Duensing MD on 09/22/2016 at 4:00pm

**Encounter Date: 09/07/2016**
Patient

| | | | |
|---|---|---|---|
| **Name** | KAY, CHRISTINE (63yo, F) ID# 46554 | **Appt. Date/Time** | 09/07/2016 03:30PM |
| **DOB** | 09/16/1952 | **Service Dept.** | SOC Main Office |
| **Provider** | DANIEL DEARING, MD | | |
| **Insurance** | Med Primary: MEMORIALCARE MEDICAL GROUP - BLUE SHIELD OF CALIFORNIA (MEDICARE REPLACEMENT/ADVANTAGE - HMO)<br>Insurance # : XEE902352932<br>Policy/Group # : W0051752<br>PCP : GAIKWAD, SHILPA J<br>Referring Provider Name : GAIKWAD, SHILPA J<br>Prescription: check now | | |

### Patient's Care Team

**Primary Care Provider (Primary Insurance):** GAIKWAD, SHILPA J: 34052 LA PLAZA STE 103, DANA POINT, CA 92629, Ph (949) 240-2555, Fax (949) 240-2121
**Referring Provider (Primary Insurance):** GAIKWAD, SHILPA J: 34052 LA PLAZA STE 103, DANA POINT, CA 92629, Ph (949) 240-2555, Fax (949) 240-2121

### Patient's Pharmacies

**WESTCLIFF COMPOUNDING PHARMACY (ERX): 1901 WESTCLIFF DR. #3A, NEWPORT BEACH CA 92660, Ph (949) 272-0775, Fax (949) 272-0038**

### Chief Complaint

• Discuss removal of IVC

### HPI

Christine is a 63 yo female who reports that she received a Cook Gunther Tulip IVC filter while she was hospitalized about 4.5 years ago after a severe motor vehicle crash with multi-trauma. She was not aware that the filter had been placed until recently when she received a MRI for back pain.
She is very concerned about developing problems related to the filter and wishes to have it removed.
She is primarily concerned about the filter perforating her IVC and penetrating other organs.

### Allergies

Reviewed Allergies
 MORPHINE: Cough

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **amoxicillin 875 mg-potassium clavulanate 125 mg tablet** | 08/30/16 | filled |
| **ciprofloxacin 500 mg tablet** | 09/06/16 | filled |
| **estradiol 0.5 mg tablet** | 09/01/16 | filled |
| **HYDROcodone 10 mg-acetaminophen 325 mg tablet** | 08/12/16 | filled |
| **levothyroxine 75 mcg tablet** | 08/08/16 | filled |
| **oxyCODONE-acetaminophen 10 mg-325 mg tablet** | 06/06/16 | filled |
| **proGESTerone micronized 200 mg capsule** | 09/01/16 | filled |

### Past Medical History

Reviewed Past Medical History

South Orange County Surgical Medical Group • 24411 Health Center Drive, LAGUNA HILLS CA 92653-3651

## KAY, CHRISTINE (id #46554, dob: 09/16/1952)

### Surgical History

Reviewed Surgical History
- Orthopedic Surgery - 2011 - arm
- Orthopedic Surgery - 2011 - back

### Family History

Reviewed Family History

### Social History

Reviewed Social History
Smoking Status: Never smoker

### ROS

Patient reports no significant weight loss, no fever, and no appetite loss. She reports no eye problems and no vision change. She reports no difficulty hearing and no ear problems. She reports no nose problems and no sinus problems. She reports no enlarged glands and no goiter/thyroid enlargement. She reports no chronic/frequent cough, no chest pain/pressure/discomfort, no swelling of the feet/ankles, no shortness of breath, and no palpitations. She reports no abdominal pain, no trouble swallowing, no indigestion/heartburn, no nausea or vomiting, no black or bloody stool, no constipation or diarrhea, no rectal pain/bleeding/swelling, no change in appetite, and no change in bowel habits. She reports no frequent or burning urination, no geting up to urinate, and no difficulty urinating. She reports no pain in leg or calf with walking and no bone/joint pain. She reports no dizziness/vertigo, no loss of vision, no numbness, no loss of consciousness, and no headaches. She reports no depression and no alcohol abuse. She reports no fatigue. She reports no bruising and no excessive bleeding.

### Document Review

**Discussed the following results:**
- HISTORIC MEDICAL RECORDS - 08/09/16
  - Notes - Dr. Gaikwad OV Note DOS: 8/9/16

### Vitals

|  |  |  |
|---|---|---|
| **Ht:** 5 ft 6 in 09/07/2016 05:01 pm | **Wt:** 116 lbs 09/07/2016 04:39 pm | **BMI:** 18.7 09/07/2016 05:01 pm |
| **BP:** 116/68 09/07/2016 05:01 pm | **Pulse:** 82 bpm 09/07/2016 05:01 pm |  |

### Physical Exam

Patient is a 63-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Ambulation: ambulating normally.

**Psychiatric:** Mental Status: normal mood and affect and active and alert and to time, place, and person.

**Head:** Head: normocephalic and atraumatic. Cranial Nerves: grossly intact.

**Eyes:** Pupils: PERRLA.

**ENMT:** ENT: normal. Oral: normal.

**Neck:** Neck: no masses or JVD and normal, trachea midline, and full range of motion.

**Lungs:** Auscultation: breath sounds normal.

**Cardiovascular:** Auscultation: RRR.

**Abdomen:** Inspection and Palpation: no tenderness, guarding, or masses and normal and non-distended. Groin: normal.

**Musculoskeletal::** Arm: normal. Leg: normal.

**Skin:** Inspection and palpation: no rash, lesions, ulcer, induration, nodules, jaundice, or abnormal nevi and good turgor.

**Back:** Thoracolumbar Appearance: normal curvature.

### Procedure Documentation

None recorded.

### Assessment / Plan

**1. Inferior vena cava filter in situ** - I have explained to the patient that she is well beyond the manufacturer's recommended retrieval interval for this filter

South Orange County Surgical Medical Group • 24411 Health Center Drive, LAGUNA HILLS CA 92653-3651

### KAY, CHRISTINE (id #46554, dob: 09/16/1952)

I have reassured her that major complications are rare with indwelling IVC filters
The highest risk will be for DVT formation
I have recommended against retrieval of the filter at this time
Unfortunately, she is very upset and disappointed about this
I have offered her a second opinion from one of my partners and will arrange for a follow up appointment with one of them
Thank you for this kind referral
Z95.828: Presence of other vascular implants and grafts

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Daniel Dearing, MD, 09/11/2016.

Encounter performed and documented by Daniel Dearing, MD
Encounter reviewed & signed by Daniel Dearing, MD on 09/11/2016 at 10:32pm

| PATIENT | FACILITY | ENCOUNTER | |
|---|---|---|---|
| **Christine Kay** | **Neil Soni MD** | **NOTE TYPE** | SOAP Note |
| DOB 09/16/1952 | T (949) 734-4335 | **SEEN BY** | Raif Iskander PA-C |
| AGE 64 yrs | F (949) 264-1083 | **DATE** | 12/27/2016 |
| SEX Female | 1431 Warner Ave | **AGE AT DOS** | 64 yrs |
| PRN KC156485 | Tustin, CA 92780 | Electronically signed by Raif Iskander PA-C at 12/27/2016 02:49 pm | |

## Chief complaint

(Appt time: 1:57 PM) (Arrival time: 2:19 PM)

---

### Patient identifying details and demographics

| FIRST NAME | Christine | SEX | Female | ETHNICITY | - |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | 09/16/1952 | PREF. LANGUAGE | - |
| LAST NAME | Kay | DATE OF DEATH | - | RACE | - |
| SSN | 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 | PRN | KC156485 | STATUS | Active patient |

#### CONTACT INFORMATION

| ADDRESS LINE 1 | 12 Seaview | CONTACT BY | - |
|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | christiek@icloud.com |
| CITY | Dana Point | | |
| STATE | CA | HOME PHONE | - |
| ZIP CODE | 92629 | MOBILE PHONE | (949) 481-8353 |
| | | OFFICE PHONE | - |
| | | OFFICE EXTENSION | |

#### FAMILY INFORMATION

| NEXT OF KIN | Cody L | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | Child | | |
| PHONE | 9493669889 | | |
| ADDRESS | - | | |

1/12/2017                    Encounter - Office Visit Date of service: 12/23/16 Patient: Christine Kay DOB: 09/16/1952 PRN: KC156485

## Insurance

### PRIMARY PAYER

| | | | |
|---|---|---|---|
| **PAYER** | Medicare | **INSURED ID NUMBER** | 563928350A |
| **PRIORITY** | Primary | **GROUP NUMBER** | - |
| **TYPE** | Other | **EMPLOYER NAME** | - |
| **RELATIONSHIP TO INSURED** | Self | **INSURANCE PAYMENT TYPE** | Copay |
| **START DATE** | 03/01/1992 | **PAYMENT TYPE** | Fixed |
| **END DATE** | - | **COPAY AMOUNT** | 0.00 |
| | | **STATUS** | Active |

### PRIMARY PAYER

| | | | |
|---|---|---|---|
| **PAYER** | Blue Shield of CA | **INSURED ID NUMBER** | 5639283SU |
| **PRIORITY** | Primary | **GROUP NUMBER** | - |
| **TYPE** | Other | **EMPLOYER NAME** | - |
| **RELATIONSHIP TO INSURED** | Self | **INSURANCE PAYMENT TYPE** | Copay |
| **START DATE** | 01/01/2015 | **PAYMENT TYPE** | Fixed |
| **END DATE** | - | **COPAY AMOUNT** | 0.00 |
| | | **STATUS** | Inactive |

### PAYMENT INFORMATION

| | | | |
|---|---|---|---|
| **PAYMENT PREFERENCE** | Primary Insurance | **DATE OF BIRTH** | 09/16/1952 |
| **PATIENT'S RELATIONSHIP TO GUARANTOR** | Self | **SEX** | Female |
| | | **SOCIAL SECURITY NUMBER** | 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 |
| **GUARANTOR NAME** | Christine Kay | **PRIMARY PHONE NUMBER** | (949) 481-8353 |
| **GUARANTOR ADDRESS** | 12 Seaview | **SECONDARY PHONE NUMBER** | - |
| | Dana Point, CA 92629 | | |

## Vitals for this encounter

No vitals recorded

## Vitals flowsheet - Christine Kay

| | 12/15/16 1:25 PM |
|---|---|
| Vitals | |
| Height | 165.1 cm |
| Weight | 52.16 kg |
| Pulse | 68 bpm |
| BMI | 19.14 |
| Temperature | 37 °C |
| BMI Percentile | |
| BP | 128/87 mmHg |
| Respiratory rate | |
| Pain | 8 |
| O2 Saturation | |
| Head Circumference | |

1/12/2017  Case 1:14-ml-02570-RLY-TAB  Document 11185-3  Filed 06/20/19  Page 17 of 23 PageID #:
Encounter – Office Visit Date of service: 12/23/16 Patient: Christine Kay DOB: 09/16/1952 PRN: KC156485
83266

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| Post-laminectomy syndrome | | |
| Lumbar radiculopathy | | |
| Cervical disc disorder | | |
| Spinal stenosis of lumbar region | | |
| Medication Norco Stop: 10/10/16 | | |
| Chronic pain syndrome | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| Patient has no known drug allergies | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

Case 1:14-ml-02570-RLY-TAB Document 11185-3 Filed 06/20/19 Page 18 of 23 PageID #: 83269

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Carisoprodol (Soma) 350 MG Oral Tablet | 1 po qd #30 | 12/06/16 - | - |
| ▬ Script: 01/03/17 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 30 | | | |
| Epinephrine (EpiPen 2-Pak) 0.3 MG/0.3ML Injection Solution Auto-injector | take as directed PRN for emergency | 09/21/15 - | - |
| ▬ Script: 09/21/15 Prescriber: Raif Iskander PA-C Refills: 4 Quantity: 2 | | | |
| Fluconazole 150 MG Oral Tablet | 1 po qd 7 days | - | - |
| ▬ Script: 07/02/16 Prescriber: Raif Iskander PA-C Refills: 0 | | | |
| ▬ Script: 09/06/16 Prescriber: Raif Iskander PA-C Refills: 3 Quantity: 7 | | | |
| ▬ Script: 12/27/16 Prescriber: Raif Iskander PA-C Refills: 3 Quantity: 7 | | | |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | 1 po q 4-6 #150 | - | - |
| Oxycodone w/ Acetaminophen (Percocet) 10-325 MG Oral Tablet | 1 po bid | - | - |
| ▬ Script: 11/08/16 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 60 | | | |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Ciprofloxacin HCl (Cipro) 500 MG Oral Tablet | 1 po bid #14 | - 10/25/16 | - |
| Ciprofloxacin HCl 500 MG Oral Tablet | 1 po bid | - 10/25/16 | - |
| ▬ Script: 09/06/16 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 14 | | | |
| Clindamycin HCl 150 MG Oral Capsule | 1 po bid #14 | - 01/03/17 | - |
| ▬ Script: 12/27/16 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 14 | | | |
| Hydrocodone-Acetaminophen (Norco) 10-325 MG Oral Tablet | 1 po qid | - 10/10/16 | Spinal stenosis of lumbar region |
| ▬ Script: 07/18/16 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 120 | | | |
| ▬ Script: 09/08/16 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 120 | | | |
| Methocarbamol (Robaxin) 500 MG Oral Tablet | 1 po qd | 11/07/16 - 12/15/16 | - |
| ▬ Script: 11/08/16 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 15 | | | |
| Morphine Sulfate 15 MG Oral Tablet | 1 po bid #30 | - 10/25/16 | - |
| ▬ Script: 10/20/16 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 30 | | | |
| OxyCODONE HCl 10 MG Oral Tablet | 1 po q 4-6 #150 | 09/30/15 - 07/18/16 | - |
| ▬ Script: 09/30/15 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 150 | | | |
| OxyCODONE HCl 10 MG Oral Tablet | 1 po q 4 hours | 12/09/16 - 12/15/16 | - |
| ▬ Script: 10/25/16 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 180 | | | |

1/12/2017
Case 1:14-ml-02570-RLY-TAB   Document 11185-3   Filed 06/20/19   Page 19 of 23 PageID #: 83270
Encounter – Office Visit Date of service: 12/27/16 Patient: Christine Kay DOB: 09/16/1952 PRN: KC156485

| OxyCODONE HCl 15 MG Oral Tablet | 1 po q 4-6 hours | 07/01/16 - 10/25/16 | - |
|---|---|---|---|

- Script: 07/01/16 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 150
- Script: 10/07/16 Prescriber: Raif Iskander PA-C Refills: 0 Quantity: 150

| Oxycodone w/ Acetaminophen (Percocet) 10-325 MG Oral Tablet | 1 po tid #90 patient having plastic surgery and will need for breakthrough | 09/19/15 - 07/18/16 | - |
|---|---|---|---|

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|

No immunizations recorded for this patient.

## Smoking History

| STATUS | EFFECTIVE DATE |
|---|---|
| Never smoker | 08/14/2015 |

## Past medical history

**MAJOR EVENTS**

Three back surgeries. 24 Pelvic fractures.

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

## Advance Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advance directives recorded for this patient. | |

## Subjective

The patient returns today for a routine scheduled follow up visit and a medication refill.  Reports doing pretty well at this time.   The current medications provide a substantial level of relief.  There have been no acute exacerbations or unusual spikes in the pain level, quality, or location.  There have been no changes to the PMHx, PSHx, SHx, or FHx.. ROS remains stable and unchanged.. Patient rates the pain at  8/10 during the past month.. Patient not working..
Has been having more anxiety over the last few weeks and has been loosing sleep over the IVC. She is wanting to get another opinion from another vascular surgeon,
She is not able to calm down and get any of the anxiety to calm down.

## Objective

Strength - Mild global weakness. Strength - Decreased core. Lumbar ROM - Reduced. Cervical and Lumbar Paraspinal tenderness. Mildly active trigger points - scattered throughout the neck and back.. Tone - elevated. Strength - Decreased core. Cervical ROM - Reduced. Lumbar ROM - Reduced.

Case 1:14-ml-02570-RLY-TAB   Document 11185-3   Filed 06/20/19   Page 20 of 23 PageID #: 83271

## Assessment

Diagnoses attached to this encounter:

Post-laminectomy syndrome [ICD-9: 722.80], [ICD-9: 722.80], [SNOMED: 27151001]

Lumbar radiculopathy [ICD-9: 724.4], [ICD-9: 724.4], [ICD-9: 724.4], [SNOMED: 128196005], [SNOMED: 46578006]

Cervical disc disorder [ICD-9: 722.91], [ICD-9: 722.91], [SNOMED: 425878001]

Spinal stenosis of lumbar region [ICD-9: 724.02], [SNOMED: 18347007]

Chronic pain syndrome [ICD-9: 338.4], [SNOMED: 373621006]

## Plan

Risks and the benefits of medications discussed at length. CTPMP reviewed and found to be appropriate. Routine monitoring with monthly follow up visits. Home exercise program and stretching discussed. Discussed activity modification and safety. Discussed a need to use other methods of dealing with pain including distraction techniques, meditation, and behavior modification.. New "Narcotic Agreement" reviewed with patient and signed.

Medications attached to this encounter:

Clindamycin HCl 150 MG Oral Capsule 1 po bid #14

prescription: qty 14 of 150 MG 1 po bid #14 (NO refills)

## Screenings/interventions/assessments

No screenings/interventions/assessments recorded.

## Observations

No observations recorded.

## Quality of care

No quality of care events recorded.

## Care plan

No care plan recorded.

practice fusion
Free cloud based EHR

To: "HEATHER BRIEN MD" From MemorialCare Imaging Pages: 3



## MEMORIALCARE®
### IMAGING CENTER

**MCIC - SAN CLEMENTE**
**675 CAMINO DE LOS MARES, SUITE 101**
**SAN CLEMENTE, CA 92673**
**(949)493-8799**

Patient Name: KAY, CHRISTINE
MR#: E471935
Date of Birth: 09-16-1952
Sex: F
Date of Exam: 10-17-2017

**Accession#:** RAM28135768
**Referring Physician:** BRIEN, HEATHER MD
**Patient Age: 65 years**
**Facility:** MCIC - SAN CLEMENTE - (949)493-8799

EXAM: CT ABDOMEN AND PELVIS W/ AND W/O CONTRAST

INDICATION: Evaluate IVC filter placement.

COMPARISON: Abdomen x-ray, 06/19/2017

TECHNIQUE: Using a multidetector helical CT scanner, thin slice acquisition was performed through the abdomen and pelvis before and after the intravenous administration of 75 cc Isovue-300 contrast. Enteric contrast was ingested. Multiplanar reformations were performed.

DOSE INFORMATION:
CT Dose Index Volume (CTDI vol): 4.7, 6.6, 5.4 mGy.
Total exam Dose Length Product (DLP): 561 mGy-cm. (Note: The above reported CTDIvol and DLP values are CT scanner radiation output related dose indices, and, as such, they do NOT represent actual patient dose estimates. A medical physicist should be consulted for specific questions regarding the radiation dose for this exam).

FINDINGS:

LUNG BASES: Unremarkable.

LIVER: The liver is normal in size with intrahepatic biliary dilatation and a few scattered small cysts, the largest measuring 1.2 cm in the left hepatic lobe.

GALLBLADDER/BILE DUCTS: Partially contracted gallbladder with extrahepatic biliary dilatation. The CBD measures 13 mm proximally and tapers to approximately 7 mm at the ampulla. 8 mm right and 6 mm left hepatic ducts also noted.

SPLEEN: Unremarkable.

PANCREAS: Unremarkable.

ADRENAL GLANDS: Unremarkable.

KIDNEYS/URETERS: 6 cm cyst, upper pole right kidney. No renal stones or hydronephrosis.

**Images and the report can be viewed on the RamSoft Imaging web portal.**
Date of Exam: 10-17-2017                                                                 Page 1 of 3

To: "HEATHER BRIEN MD" From: MemorialCare Imaging Pages: 3



**MEMORIALCARE®**
**IMAGING CENTER**

MCIC - SAN CLEMENTE
675 CAMINO DE LOS MARES, SUITE 101
SAN CLEMENTE, CA 92673
(949)493-8799

**Patient Name:** KAY, CHRISTINE
**MR#:** E471935
**Date of Birth:** 09-16-1952
**Sex:** F

**Accession#:** RAM28135768
**Referring Physician:** BRIEN, HEATHER MD
**Patient Age:** 65 years

BOWEL: A few diverticula in the sigmoid colon. Several loops of prominent fluid-filled small bowel in the lower abdomen/pelvis. No obvious significant mechanical obstruction. No significant mesenteric fluid or inflammation.

PERITONEUM: No ascites or free air.

ABDOMINAL WALL: No mass or hernia.

AORTA/VESSELS: An IVC filter is identified approximately 2 cm below the renal vein/IVC confluence. On axial images, 4 of the prongs appear to be extraluminal in location inferiorly, 2 anterior and 2 posterior. There is no adjacent hemorrhage or fluid and the significance of this finding is unclear. See conclusion below.

LYMPH NODES: No pathologically enlarged lymph nodes are identified.

URINARY BLADDER: Unremarkable.

PELVIC ORGANS: Surgically absent uterus. No pathologic adnexal masses or fluid.

OTHER: Partial compression fracture deformity of the T12 vertebra and old upper sacral fracture extending through the S2 vertebral body.

IMPRESSION:

1. Infrarenal IVC as described above with 4 of the fixation prongs appearing extra luminal along the inferior aspect of the filter. The significance of this finding is unclear as there is no adjacent hemorrhage, fluid or lymphadenopathy. A vascular-interventional consultation is recommended regarding this finding. Findings discussed with referring physician at approximately 11:30 a.m.
2. Intra and extrahepatic biliary dilatation. No obvious common duct stone or periampullary mass. Consider further evaluation with a radionuclide hepatobiliary scan as well as a GI consultation.
3. A few sigmoid diverticula and several loops of prominent fluid-filled small bowel in the lower abdomen/pelvis. No evidence of high-grade mechanical obstruction or ileus.
4. 6 cm right upper pole renal cyst with otherwise normal kidneys.
5. Minimal calcified plaque in the abdominal aorta.
6. Old partial compression fracture of T12 and upper sacral fracture.

RAF/HCC: No

Electronically Signed by ORSINI, THOMAS C MD at 10/17/2017 11:54:58 AM

**Images and the report can be viewed on the RamSoft Imaging web portal.**

To: "HEATHER BRIEN MD" From: MemorialCare Imaging Pages: 3

 **MEMORIALCARE®**
IMAGING CENTER

**MCIC - SAN CLEMENTE**
**675 CAMINO DE LOS MARES, SUITE 101**
**SAN CLEMENTE, CA 92673**
**(949)493-8799**

**Patient Name:** KAY, CHRISTINE
**MR#:** E471935
**Date of Birth:** 09-16-1952
**Sex:** F

**Accession#:** RAM28135768
**Referring Physician:** BRIEN, HEATHER MD
**Patient Age:** 65 years

CC: GAIKWAD, SHILPA M.D.

Thank you for your referral.

**Images and the report can be viewed on the RamSoft Imaging web portal.**
Date of Exam: 10-17-2017