**From:** Easton Law Offices info@eastonlawfirm.com
**Subject:** KAY v COOK
**Date:** February 21, 2018 at 1:08 PM
**To:** CookFilterMDL@FaegreBD.com
**Cc:** angela.hall@FaegreBD.com, bmartin@bencmartin.com, mheaviside@hrzlaw.com, dmatthews@thematthewslawfirm.com, Doug Easton dougeaston@me.com

Please find attached Christine Kay's "Plaintiff Profile Form" and Medical Authorizations. The rest of the attachments will be send using the secured site https://sft.faegrebd.com/envelope/CookFilterMDL



Kay Plaintiff Profile Form.pdf



Kay Medical Authorizations.pdf

~Becca



**REBECCA KLEIN**
*Legal Assistant to W. Douglas Easton*
650 Town Center Drive, Suite 1850 | Costa Mesa, CA 92
info@eastonlawfirm.com | www.eastonlawfirm.com
office: (714) 850-4590 | fax: (714) 850-1978




From: info@eastonlawfirm.com
Subject: CookFilterMDL
Date: February 21, 2018 at 1:11 PM
To: CookFilterMDL@faegrebd.com

## Send File

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Kay Medicare Ltr with lien.pdf (332.52 KB)
- Kay 10-17-17 CT Scan.pdf (79.56 KB)
- Iskander med recs.pdf (49,495.08 KB)
- Point Loma Convalescent Hospital recs.pdf (92,198.18 KB)
- South Orange County Surgical Medical Group recs.pdf (1,398.75 KB)
- UCSD Medical Center recs.pdf (6,595.26 KB)
- UCSD Thornton Hosp (Additional recs).pdf (2,174.80 KB)
- UCSD Thornton Hospital recs.pdf (5,641.89 KB)

*\* You will receive a copy of this e-mail.*

©2000-2018 Accellion, Inc. All Rights Reserved.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** KAY v COOK GROUP INCORPORATED  **Date:** February 20, 2018
**Docket No.:** MDL 2570

**Plaintiff(s) attorney and Contact information:**
EASTON & EASTON, LLP
W. DOUGLAS EASTON, CALIFORNIA STATE BAR NO.: 47721
GABRIEL M. MENDOZA, CALIFORNIA STATE BAR NO. 300821
650 Town Center Drive, Suite 1850, Costa Mesa, CA 92626
(714) 850-4590 - Telephone   (714) 850-1978 - Fax

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Christine Kay
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: _____
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Not applicable   Loss of Consortium? ☐Yes ☒No
3. Date of birth: September 16, 1952
4. Date of death (if applicable): Not applicable
5. Social Security No.: 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
6. Current Address: 23592 Windsong, #20F, Aliso Viejo, VCA 92656
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| 12B Corniche Drive, Dana Point, CA 92629 | 2006 to 2015 |
|  |  |
|  |  |

1

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

    Donald G. Farmer - deceased 2008; and

    Joseph Wilkerson - divorced 1971

8. Do you have children? ☒Yes ☐No

    If yes, please provide the following information with respect to each child:

    | Name and Address of Child | DOB | Is the Child Dependent on You? |
    |---|---|---|
    | Joseph Wilkerson | 05/03/1970 | No |
    | Cody Lonsway | 08/16/1975 | No |
    | | | |
    | | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

    Not applicable.

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

    High school graduate, San Clemente High School.

11. Are you claiming damages for lost wages: ☐Yes ☒No

12. If so, for what time period: Not applicable.

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

    | Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
    |---|---|---|---|
    | Plaintiff has been | retired since 1988 | | |
    | | | | |
    | | | | |
    | | | | |

2

a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐ Yes ☒ No

b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.
Not applicable

14. Have you ever served in any branch of the military? ☐ Yes ☒ No

    a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:
    Not applicablle

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐ Yes ☒ No

    If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:
    Not applicable

16. Do you have a computer? ☒ Yes ☐ No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?
☐ Yes ☒ No ☐ Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: June 7, 2011
2. Reason for Implant: To prevent DVT.
3. Brand Name: Gunter Tulip
4. Mfr. 16tcf-65-jug COOK
5. Lot Number: 2536029
6. Placement Physician (Name/Address): Benjaming John Drinkwine, M.D.
7. Medical Facility (Name/Address): University of California San Diego Medical Center
   200 West Arbor Drive, UC San Diego Health, San Diego, CA 92103

(This section to be used if more than one filter is at issue)

1. Date of Implant: Not applicable
2. Reason for Implant: 
3. Brand Name: 
4. Mfr. 
5. Lot Number: 
6. Placement Physician (Name/Address): 
7. Medical Facility (Name/Address): 

3

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

   a. If yes, please identify any such device(s) or product(s). No
   b. When was this device or product implanted in you? _____
   c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? _____
   d. Provide the name and address of facilities where the other device or product implanted in you? _____
   e. State your understanding of why was the other device or product implanted in you? _____

- ***Attach medical evidence of product identification***

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: Plaintiff has been told that her IVC filter is unretrievable but still exploring
3. Retrieval physician (Name/Address): potential surgical removal.
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☐ Other ___ |
| ☐ Tilt | ☐ Other ___ |
| ☑ Vena Cava Perforation | ☐ Other ___ |
| ☐ Fracture | ☐ Other ___ |
| ☑ Device is unable to be retrieved | ☐ Other ___ |
| ☐ Bleeding | ☐ Other ___ |
| ☐ Organ Perforation | ☐ Other ___ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

CT Abdomen and Pelvis by Memorial Care Imaging Center

(e.g. imaging studies, surgery, doctor visits)
Doctors visits by Robert Duensing, M.D. and Daniel Dearing, M.D.

Doctor visits by Raif W. Iskander, P.A.

Doctor visits by Heather W. Brien, M.D., F.A.C.S.

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

See attachment VII

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age 65   Height 5'4"   Weight 115 lbs
2. Provide your: Age 58   Weight 115 lbs   (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| See attachment VIII (3) | |
| | |
| | |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. <u>Before the implantation</u> of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

   ☒ Yes ☐ No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| See Attachment VIII (5) | |
| | |
| | |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| See Attachments VIII (5) | | |
| | | |
| | | |
| | | |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

   ☐ Yes ☒ No

   Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).
   Since learning of the IVC filter, plaintiff has curtailed all strenuous physical activity and is leading a mostly sedetary life.

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
   None

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
   Not applicable

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐ Yes ☒ No | | |
| Crohn's Disease<br>☐ Yes ☒ No | | |
| Factor V Leiden<br>☐ Yes ☒ No | | |
| Protein Deficiency<br>☐ Yes ☒ No | | |
| Spinal fusion/back sx<br>☒ Yes ☐ No | 06/08/2011 | UCSD Medical Center - Richard Todd Allen, M.D.<br>See Attachment VIII (5) |

7

| | | |
|---|---|---|
| Anti-thrombin deficiency<br>☐Yes ☒No | | |
| Prothrombin mutation<br>☐Yes ☒No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date Range | Health Problem or Surgery |
|---|---|
| | Not applicable. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

    Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present? ☒Yes ☐No

    If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

    Plaintiff has not recieved any formal treatment with a psychiatrist or psychologist, but since learning of the IVC filter, plaintiff has discussed her emotional distress with Dr. Iskander and Dr. Gaikwad and been counseled by them

8

13. Do you now or have you ever smoked tobacco products? ☐ Yes ☒ No

    If yes: How long have/did you smoke? Not applicable

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| Estrodial | Estrogen replacement | 2010 to Preset | Westcliff Pharmacy 1901 Westcliff Dr., #34 Newport Beach, CA 92660 |
| Progesterone | | 2010 to Present | Westcliff Pharmacy |
| Levothyroxine | Thyroid | 2010 to Present | WestCliff Pharmacy |
| Percocet | For pain | 2012 to Present | Westcliff Pharmacy |
| Soma | To relax | 2015 to Present | Westcliff Pharmacy |
| | | | |
| | | | |

## IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☒ Yes ☐ No. If yes, specify:

    a. Court in which lawsuit/claim was filed or initiated: San Diego County Superior Court

    b. Case/Claim Number: 37-2017-00020876-CU-MM-CTL

    c. Nature of Claim/Injury: Medical Negligence

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☒ Yes ☐ No. If yes, specify:

    a. Date (or year) of application: In the 1990's

    b. Type of benefits sought: SSI

    c. Agency/Insurer from which you sought the benefits: Government

    d. The nature of the claimed injury/disability: Neck problems

9

e. Whether the claim was accepted or denied: Accepted

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| Joseph Wilkerson | 4537 Portico Place<br>Encino, CA 91317 | Son |
| Cody Lonsway | 377 Zorro Lane<br>San Clemente, CA 92667 | Daughter |
| Easton & Easton | 650 Town Center Drive, Suite 1850<br>Costa Mesa, CA 92626 | Attorney |
|  |  |  |
|  |  |  |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
    Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
    ☑ Does not apply to me

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
    Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
    ☑ Does not apply to me

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
    Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
    ☐ Does not apply to me

10

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
    Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
    Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)
    Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.
    Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.
    Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.
    Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑ Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

    Applies to me and: ☑ the documents are attached OR ☐ I have no documents OR ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, Christine Kay, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated February 21, 2018 and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_Christie Kay_
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

12

## ATTACHMENT VII

Plaintiff was not timely told of the IVC filter placement or the need to have it removed when no longer needed. Consequently, it has remained in her from June 7, 2011 to present. When she did learn of its existence, the IVC filter has embedded in the tissue of the vena cava and is no longer retrievable without major life threatening surgery. Plaintiff has recently learned that the legs of the IVC filter have perforated through the vena cava at 4 locations which greatly increase the risks to plaintiff's health including potential organ perforation, and surgery seems inevitable, although most vascular surgeons are disinclined to perform the surgery because it is so life imperiling. She has now been told that the filter has been recalled, that it may fracture and go throughout her system and could kill her. She has also been told that it must be removed as it will continue to rub and abrade through the tissue until it perforates organs. She has also been told that it cannot be easily removed. Because of this she has great fear, anxiety, and worries every day that something may happen to the filter to more seriously injure and/or kill her. The recent additional knowledge that the IVC filter has perforated the vena cava at 4 separate locations has caused great additional worry, fear, anxiety, and emotional distress.

Plaintiff has recently consulted with John Moriarty, M.D. at UCLA Health who has indicated that plaintiff's life is imperilled without the IVC filter's removal but that there is a 50% chance of death during the procedure to remove it. Plaintiff has suffered great emotional distress due to this imperilment to her health and safety and faces a Hobson's Choice of removal with its risks of death or leaving it alone with its risks of death and injury.

## ATTACHMENT VIII (3)

1. Plaintiff was seriously injured in a motor vehicle accident in Mexico and was hospitalized there for a few days. She had ORIF surgery in Mexico on her right wrist and she was transferred to UCSD Medical Center on June 4, 2011. Plaintiff was mostly unconscious and delirious during this hospitalization and the name of the hospital in Mexico is not known to plaintiff.

2. UCSD Medical Center, 200 West Arbor Drive, San Diego, CA 9213 (Plaintiff was hospitalized there from June 4, 2011 to June 16, 2011; the IVC filter was implanted on June 7, 2011).

## ATTACHMENT VIII (5)

1. UCSD Medical Center, 200 West Arbor Drive, San Diego, CA 92103 (June 4, 2011 to June 16, 2011) (Implantation of IVC filter device on June 7, 2011) (Posterior stabilization at lumbosacral spine with instrumentation from L-4 to S-1 and Iliac Bolts on June 8, 2011);

2. Point Loma Convalescent Hospital, 3202 Duke Street, San Diego, CA 92110 (June 16, 2011 to July 22, 2011);

3. UCSD Thorton Hospital, 9300 Campus Point Drive, La Jolla, CA 92307 (January 27, 2012 to January 30, 2012) (Removal of hardware in spine);

4. Richard Todd Allen, M.D., 9350 Campus Point Drive, La Jolla, CA 92307 (Orthopedic surgeon);

5. Raif W. Iskander, P.A./Neil Soni, M.D./Sonisk Pain Center, 1431 Warner Avenue, Suite D, Tustin, CA 92780 (Pain management);

6. Robert Duensing, M.D. and Daniel Dearing, South Orange County Surgical Medical Group, 24411 Health Center Drive, Suite 350, Laguna Hills, CA 92653 (Vascular surgeons);

7. Shilpa J. Gaikwad, M.D., 34052 La Plaza, Dana Point, CA 92629 (Primary care physician);

8. Heather W. Brien, M.D., F.A.C.S., 361 Hospital Road, Suite 227, Newport Beach, CA 92663 (Vascular surgeon; and

9. John Moriarty, M.D., UCLA Health, Interventional Radiology Center, 100 Medical Plaza, Suite 100, Los Angeles, CA 90009 (Interventional radiologist).