IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALE PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br><br>MDL NO. 2570 |
| This Document Relates to:<br>Cause No. 1:18-CV-06089-RLY-TAB<br>Christine Kay v. Cook Medical, Inc. et al. | |

**ORDER GRANTING PLAINTIFF, CHRISTINE KAY'S,
MOTION FOR RECONSIDERATION**

On this day, the Court considered Plaintiff, CHRISTINE KAY's, Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims for Failure to Submit Case Categorization Form. After considering the Motion, the Court finds that the Motion should be GRANTED. It is therefore;

ORDERED that the Motion for Reconsideration is hereby GRANTED; It is further

ORDERED that Cause No. 1:18-CV-06089-RLY-TAB is hereby reinstated. The Court directs the Clerk to take all steps necessary to reinstate the case on the Court's Master Docket, Case No. 1:14-ml-02570-RLY-TAB and Member Docket, Case No. 1:18-CV-06089-RLY-TAB.

**SO ORDERED** this _____ day of _____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

This ORDER shall be served electronically on all ECF-registered counsel of record via email generated by the Court's ECF system