IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## ORDER REGARDING SERVICE TO COUNSEL OF RECORD

On October 7, 2016, [Filing No. 2771] and again on December 28, 2016, [Filing No. 3309] the Court issued orders in this MDL reminding counsel of their obligation under the rules to register for electronic filing. These orders further required Plaintiffs' Lead Counsel to serve any pro se party or counsel of record not registered for electronic filing with paper copies of all filings and orders. Furthermore, on April 26, 2017, the Court issued an order specifically identifying counsel who were not registered for electronic filing at that point in time and directing them to register within 10 days. While many attorneys on that list did register for electronic filing, several others have failed to do so. Since that time, additional attorneys have appeared in this litigation and also have failed to register for electronic filing.

At the June 13, 2019, monthly status hearing, Plaintiffs' lead counsel raised an issue about the burden imposed on them by the Court of serving copies of all filings and orders on non-registered counsel of record. Upon consideration of this issue, the Court finds that the most practical solution, as well as one consistent with the rules, is to have all service done electronically as contemplated by ECF. *See* S.D. Ind. L.R. 5-1, 5-2, and accompanying ECF Procedures. Accordingly, effective July 19, 2019, Plaintiffs' lead counsel will no longer be

required to make paper service of orders or other filings on counsel of record who are not registered for electronic filing. Any counsel who wants to be served must be registered by this date. Failure to register and receive electronic service will mean counsel will not receive service of any future filings. The failure to sign up for electronic filing will be deemed a violation of this Court's order and related rules, and non-registered counsel will be solely responsible for any adverse consequences that may result.

Date: 6/20/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Distribution to all non-registered counsel of record on the attached list via U.S. Mail.

David Carl Anderson
Anderson Law
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102

Jennifer M. Andrews
Naman Howell Smith & Lee LLC
306 West 7th Street, Suite 405
Fort Worth, TX 76102-4911

Nicole G. Andrews
Serpe Jones Andrews Callender & Bell
2929 Allen Parkway, Suite 1600
Houston, TX 77019

Timothy C. Bolton
Law Offices of Ben C. Martin
3710 Rawlins Street, Suite 1230
Dallas, TX 85219

Lonnie R. Braun
Thomas Braun Bernard & Burke, LLP
4200 Beach Drive, Suite 1
Rapid City, SD 57702

Maya G. Brenes
Brenes Law Group PC
16A Journey, Suite 200
Long Beach, CA 90802

David J. Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30th Street, Ste 4
Tacoma, WA 98403

Sharon Carlstedt Britton
Phelps Dunbar, LLP
100 S Ashley Drive, Suite 1900
Tampa, FL 33602-5311

James Craig Buchan
McAfee & Taft
Two W Second Street, Ste 1100
Tulsa, OK 74103

Alexandra B. Caggiano
WEINSTEIN COUTURE PLLC
601 Union Street, Suite 2420
Seattle, WA 98101

Carrie R. Capouellez
LOPEZ MCHUGH LLP
214 Flynn Avenue
Moorestown, NJ 08057

Richard A. Capshaw
Capshaw & Associates
3500 Maple Avenue, Suite 1100
Dallas, TX 75219

Iveliz Lizy Cardenas-Santiago
Matthews Assoc
2905 Sackett Street
Houston, TX 77098

Michael Lee Carr
Holden & Montejano
15 E 5th Street, Ste 3900
Tulsa, OK 74103

Peter S. Christiansen
Christiansen Law Offices
810 S. Casino Center Boulevard, Suite 104
Las Vegas, NV 89101

Matthew Dumont Clark
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Benjamin Robert Couture
WEINSTEIN COUTURE PLLC
601 Union Street, Suite 2420
Seattle, WA 98101

Marc G. Cowden
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

Heather K. D'Onofrio
THE D'ONOFRIO FIRM
10 Beatty Road, Suite 200
Media, PA 19063

Michael G. Daly
POGUST BRASLOW & MILLROOD LLC
161 Washington Street, Suite 940
Conshohocken, PA 19428

Caleb B. David
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339

Peter De La Cerda
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street, Suite 100
Dallas, TX 75204

Pedro de la Cerda
Edwards and de la Cerda PLLC
3031 Allen Street, Suite 100
Dallas, TX 75204

Caleb Hoff Didriksen, III
Didriksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

W. Douglas Easton
Easton & Easton, LLP
650 Town Center Drive, Suite 1850
Costa Mesa, CA 92626

Kevin L. Edwards
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street, Suite 100
Dallas, TX 75204

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280, Suite 240
Birmingham, AL 35223

Ephraim Samuel Geisler
Aylstock, Witkin, Kreis & Overholtz, Pllc
17 East Main Street, Suite 200
Pensacola, FL 32502

Tim K. Goss
Freese & Goss PLLC
3500 Maple Avenue, Suite 1100
Dallas, TX 75219

Nicholas Graham
Lopez McHugh LLP
100 Bayview Circle
Suite 5600
Newport Beach, CA 92660

Leslee Nicole Haas
Johnson, Trent & Taylor, LLP
919 Milam, Suite 1700
Houston, TX 77002

John Pinckney Harloe, III
FREESE & GOSS PLLC
3031 Allen Street
Dallas, TX 75204

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Robert R. Hearn
Phelps Dunbar, LLP
100 S Ashley Drive, Suite 1900
Tampa, FL 33602-5311

Curtis Hoke
The Miller Firm LLC
The Sherman Building, 108 Railroad Avenue
Orange, VA 22960

Steven Ernest Holden
Holden & Montejano
15 E 5th Street, Ste 3900
Tulsa, OK 74103

Anna Emem Imose
McAfee & Taft
Two W Second Street, Ste 1100
Tulsa, OK 74103

Wilnar Jeanne Julmiste
ANDERSON GLENN LLP
2201 NW Corporate Blvd, Ste 100
Boca Raton, FL 33431

Emily A. Kolbe
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309

Tarifa Belle Laddon
Faegre Baker Daniels LLP
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025

Timothy P. Lupardus
LUPARDUS LAW OFFICE
P. O. Box 1680
Pineville, WV 24874-1680

Steven R. Maher
MAHER GUILEY AND MAHER
631 West Morse Blvd., #200
Winter Park, FL 32789

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

John F McCormick, Jr.
Sherwood & McCormick
15 W 6th Street, Ste 2112
Tulsa, OK 74119

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Christopher Jordon Nassar
Rodolf & Todd
401 S Boston Avenue, Ste 2000
Tulsa, OK 74103

Steven J. Oberg
Lynn, Jackson, Shultz & Lebrun, PC
PO Box 8250
Rapid City, SD 57709-8250

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Rhett Conlon Parker
Phelps Dunbar, LLP
100 S Ashley Drive, Suite 1900
Tampa, FL 33602-5311

Keely Ann Perdue
Christiansen Law Offices
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101

Christian F. Pereira
Christian F. Pereira Law Offices
249 East Ocean Boulevard, Suite 814
Long Beach, CA 90802

Adam Daniel Pollock
Serpe Jones Andrews Callender & Bell
2929 Allen Parkway, Suite 1600
Houston, TX 77019

Terence R. Quinn
Goodsell Quinn, LLP
246 Founders Park Drive, Suite 201
PO Box 9249
Rapid City, SD 57709-9249

C. Timothy Reynolds
Steed Dunnill Reynolds Bailey Stephenson LLP
One Horizon Ridge
1010 W Ralph Hall Pkwy, 2nd Floor
Rockwall, TX 75032

Julie L. Rhoades
ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND
800 Commerce Street
Houston, TX 77002

Howard D. Ruddell
Faegre Baker Daniels LLP
11766 Wilshire Boulevard, Suite 750
Los Angeles, CA 90025

Lizy Santiago
ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND
800 Commerce Street
Houston, TX 77002

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Michael Anthony Secret
MCNEER HIGHLAND MCMUNN & VARNER
P. O. Drawer 2040
Clarksburg, WV 26302-2040

Theodore Clayton Sherwood
Sherwood & McCormick
15 W 6th Street, Ste 2112
Tulsa, OK 74119

Philip Sholtz
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102

David Lewis Shuman
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339

Michael Franklin Smith
McAfee & Taft
Two W Second Street, Ste 1100
Tulsa, OK 74103

Nathaniel Thomas Smith
Holden & Montejano
15 E 5th Street, Ste 3900
Tulsa, OK 74103

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Cassidy M. Stalley
Lynn, Jackson, Shultz & Lebrun, PC
PO Box 8250
Rapid City, SD 57709-8250

Randall Howard Stefani
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309

Roland K Tellis
BARON AND BUDD PC
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436

R. Todd Terry
Christiansen Law Offices
810 S. Casino Center Boulevard, # 104
Las Vegas, NV 89101

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Debra Tedeschi Varner
MCNEER HIGHLAND MCMUNN & VARNER
P. O. Drawer 2040
Clarksburg, WV 26302-2040

Carl A. Woods, III
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Evan M. Zucker
BARON AND BUDD PC
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436