UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: *Tonya Brand* 1:14-cv-6018-RLY-TAB _____ | |

**ORDER GRANTING THE COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME**

The Cook Defendants move for an extension of time to file their reply memoranda in support of their Motion for New Trial and Motion for Judgment as a Matter of Law to and including June 30, 2019. The court finds the motion (Filing No. 10855) should be **GRANTED**. The Cook Defendants' replies in support of their Motion for New Trial (Filing No. 10292) and Motion for Judgment as a Matter of Law (Filing No. 10291) shall be due on or before **June 30, 2019**.

**SO ORDERED** this 21st day of June 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.