UNITED STATES DISTRICT COURT
SOUTHERN DISTRIT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master File No. 1:14-ml-2570<br>MDL No. 2570 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Carla Moore v. Cook, Inc., et al.*<br>Case No. 1:19-cv-01635;<br><br>*Albert C. Ellis v. Cook, Inc., et al.*<br>Case No. 1:19-cv-01378; | |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), the parties in the above captioned actions hereby jointly stipulate to the dismissal of the above captioned actions **without prejudice**. All parties shall bear their own fees and costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, should these cases be subsequently refiled, they must be refiled in the Southern District of Indiana. If plaintiffs refile their case in any jurisdiction other than the Southern District of Indiana then this dismissal without prejudice will automatically convert to a dismissal with prejudice as to the case or cases filed outside of the Southern District of Indiana.

| | |
|---|---|
| **NIEMEYER, GREBEL & KRUSE, LLC** | **FAEGRE BAKER DANIELS LLP** |
| /s/ Michael S. Kruse<br>Michael S. Kruse<br>10 S. Broadway, Suite 1125<br>St. Louis, MO 63102<br>314/241-1919 (T)<br>314/665-3017 (F)<br>kruse@ngklawfirm.com | /s/ Andrea Pierson<br>Andrea Pierson<br>Kip McDonald<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204<br>Andrea.pierson@faegrebd.com<br>Kip.McDonald@faegrebd.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF Filing System this 21th day of June, 2019.

/s/ Michael S. Kruse