IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Daniel Kolb

 Civil Case # 1:19-cv-1448

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Daniel Kolb

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   West Virginia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   West Virginia

6. Plaintiff's/Deceased Party's current state of residence:

   West Virginia

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. Northern District of West Virginia, Wheeling

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 6 through 28, inclusive

   b. Other allegations of jurisdiction and venue:

      N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☑ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    October 7, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Reynolds Memorial Hopsital, Glen Dale, WV

13. Implanting Physician(s):

    Xingyi Que, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I:    Strict Products Liability – Failure to Warn

    ☑ Count II:   Strict Products Liability – Design Defect

    ☑ Count III:  Negligence

    ☑ Count IV:   Negligence Per Se

3

- ☑ Count V: Breach of Express Warranty
- ☑ Count VI: Breach of Implied Warranty
- ☑ Count VII: Violations of Applicable Pennslyvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☑ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    Caroline U. Hollingsworth, Esq. - Heninger Garrison Davis, LLC

16. Address and bar information for Attorney for Plaintiff(s):

Heninger Garrison Davis, LLC – 2224 1st Avenue North, Birmingham, AL 35203

Caroline U. Hollingsworth, Heninger Garrison Davis, LLC

                                          Respectfully submitted,

                                          /s/Caroline U. Hollingsworth
                                          Heninger Garrison Davis, LLC
                                          2224 1st Avenue North
                                          Birmingham, AL 35202
                                          TEL: 205-326-336 FAX: 205-326-3332
                                          caroline@hgdlawfirm.com

                                          ATTORNEY FOR PLAINTIFF