**CERTIFICATE OF SERVICE**

 I hereby certify that on June 5th, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

            /s/ Caroline U. Hollingsworth
            Caroline U. Hollingsworth, Esq.