AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Kathryn Best and James Best ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-ml-2570-RLY-TAB |
| Cook Incorporated, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Kathryn Best and James Best.

Date:   06/21/2019

/s/ Michael B. Leh
*Attorney's signature*

Michael B. Leh (PA Bar No. 42962)
*Printed name and bar number*

Locks Law Firm
601 Walnut Street, Suite 720 E.
Philadelphia, PA 19106
*Address*

mleh@lockslaw.com
*E-mail address*

(215) 893-0100
*Telephone number*

(215) 893-3434
*FAX number*

## **CERTIFICATE OF SERVICE**

I, Michael B. Leh, Esquire, hereby certify that a copy of the foregoing Entry of Appearance was served on all counsel this date via the electronic filing system of the U.S. District Court for the Southern District of Indiana.

                                                  LOCKS LAW FIRM

                                                  /s/ Michael B. Leh
                                                Melanie J. Garner, Esquire
                                                PA ID# 42962
                                                601 Walnut Street, Suite 720 East
                                                Philadelphia, PA 19106
                                                T (215) 893-0100
                                                F (215) 893-3444
                                                mleh@lockslaw.com
                                                Counsel for Plaintiffs