AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Linda Faye Cruff | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-ml-2570-RLY-TAB |
| Cook International, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Linda Faye Cruff.

Date: 06/21/2019

/s/ Michael B. Leh
*Attorney's signature*

Michael B. Leh (PA Bar No. 42962)
*Printed name and bar number*

Locks Law Firm
601 Walnut Street, Suite 720 E.
Philadelphia, PA 19106
*Address*

mleh@lockslaw.com
*E-mail address*

(215) 893-0100
*Telephone number*

(215) 893-3434
*FAX number*

## **CERTIFICATE OF SERVICE**

I, Michael B. Leh, Esquire, hereby certify that a copy of the foregoing Entry of Appearance was served on all counsel this date via the electronic filing system of the U.S. District Court for the Southern District of Indiana.

                LOCKS LAW FIRM

                /s/ Michael B. Leh
                Melanie J. Garner, Esquire
                PA ID# 42962
                601 Walnut Street, Suite 720 East
                Philadelphia, PA 19106
                T (215) 893-0100
                F (215) 893-3444
                mleh@lockslaw.com
                Counsel for Plaintiffs