**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF INDIANA**

**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB |
| | MDL No. 2570 |

This Document Relates to:

Case Nos.

> 1:19-cv-01417  (Plaintiff Lois Miller o/b/o Debra Riggs)
>
> 1:17-cv-03436  (Plaintiff Doris M. Mincy)
>
> 1:17-cv-03566  (Plaintiff Sarah L. Mitchell)
>
> 1:18-cv-00624  (Plaintiff Tinardo Mondello)
>
> 1:17-cv-03838  (Plaintiff Walter Moore)
>
> 1:18-cv-02552  (Plaintiff John H. Morris)

_____

## <u>NOTICE OF APPEARANCE</u>

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Dated: June 24, 2019

Respectfully submitted,

*/s/ Marc J. Bern*

Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Marc J. Bern*

Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**

60 East 42nd Street, Suite 950

New York, NY 10165

Telephone: (212) 702 - 5000

Facsimile: (212) 818 - 0164

E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*