## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

Case. No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

Case Nos.

| | |
|---|---|
| 1:18-cv-02242 | (Plaintiff Earl Ogle) |
| 1:17-cv-01802 | (Plaintiff Ivan Ortiz) |
| 1:19-cv-00206 | (Plaintiff Delores Osborne) |
| 1:17-cv-03958 | (Plaintiff Kayla Palmer) |
| 1:17-cv-03331 | (Plaintiff Guy Pantone) |
| 1:17-cv-04020 | (Plaintiff Maurice Phelps) |
| 1:17-cv-03733 | (Plaintiff William Phillippi) |
| 1:17-cv-03992 | (Plaintiff Earline Pitts) |

### NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Dated: June 24, 2019

Respectfully submitted,

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*