# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.
 1:19-cv-00081  (Plaintiff Michelle Pomije)
 1:18-cv-00310  (Plaintiff Tracie Rampley)
 1:17-cv-03463  (Plaintiff Andrew Reaves)
 1:17-cv-03476  (Plaintiff Cynthia Redd)
 1:17-cv-02245  (Plaintiff Percenie Rich)
 1:17-cv-04039  (Plaintiff Erica Ricks)
 1:17-cv-02792  (Plaintiff Sylvia Riggins)
 1:17-cv-04768  (Plaintiff Melissa Robbins)

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Dated: June 24, 2019

Respectfully submitted,

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*