IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) BONNIE ELAZAB and DEAN ELAZAB<br><br>CIVIL CASE # 1:17-cv-00417-RLY-TAB | |

## REPLY TO DEFENDANTS' OMNIBUS OPPOSITION TO MOTIONS TO RECONSIDER DISMISSALS OF THEIR CASES FILED BY TWENTY-SIX PLAINTIFFS

Defendant Cook's Omnibus Response was directed to the plaintiff, Bonnie Elazab, (Pleading No. 11189). The Opposition provides a list of events which Cook contends should have provided notice to all parties of the need to file a case categorization form. As noted in many pleadings filed with the Court, the issue is not that simple. In considering the eleven bullet points reflected in Cook's Opposition, it is clear that there was a deep concern on the part of Cook as to whether individual Plaintiffs who appeared on Exhibits "A" and "B," had adequate notice of the potential dismissal of their claims. In particular, the last bullet point is a clear acknowledgment on the part of Cook of its deep concern relative to notice. In fact, it demonstrates a level of frustration with the leadership of Plaintiffs' Steering Committee.

In what only could be considered, "a fail-safe" event relative to notice, Cook directs the Court's attention to an event on April 4, 2019 in which it states that leadership for Plaintiffs' Steering Committee advised Cook, as well as this Honorable Court, that individual notices were being provided to all plaintiffs who appeared on Exhibits "A" and "B". Unfortunately, undersigned

1

counsel did not receive any correspondence from Plaintiffs' leadership and/or Plaintiffs' Steering Committee until June 8, 2019. In that email, leadership for Plaintiffs' Steering Committee apologizes for deficiencies relative to spam filtering which prevented specific emails from reaching counsel for individual claimants.

In considering the role of Plaintiff's leadership, Judge Stanwood R. Duvalle, wrote in a scholarly article, *Considerations in Choosing Counsel for Multidistrict Litigation Cases and Mass Tort Cases*, 74 La. L. Rev. 391, "All counsel, both for the plaintiff and the defendant, must keep all of the lawyers involved in the litigation informed of all developments as quickly as possible and must consult with them regularly. This critical task keeps everyone "in the loop" and minimizes dissatisfaction, which will always be present. Therefore, liaison counsel and lead counsel must have excellent communication skills and a very strong work ethic, as these difficult cases are quite demanding in terms of the correspondence required." p. 394.

Finally, as noted in many of the papers filed with the Court relative to this specific issue, it is difficult to imagine how the reinstatement of this case, as well as others, would result in any prejudice to Defendant, Cook. It is respectfully submitted, that no prejudice would be advanced toward the Cook Defendant in the event this Court would grant the Motion for Reconsideration and reinstate this case.

WHEREFORE, considering the foregoing it is prayed, that the judgment of May 8, 2019, dismissing the claim of Bonnie Elazab and in turn the consortium claim of her husband Dean Elazab, without prejudice be vacated and set aside and that case 1:17-cv-00417 be reinstated for participation in the multi-district litigation.

Respectfully submitted:

THOMAS B. CALVERT
A PROFESSIONAL LAW CORPORATION

BY:     /s/ Thomas B. Calvert
        THOMAS B. CALVERT (LA Bar # 14129)
        3850 North Causeway Boulevard
        Suite 940-Two Lakeway
        Metairie, LA 70002
        Telephone: (504) 830-7610
        Facsimile: (504) 830-7611
        E-mail:    tom@calvertaplc.com

Counsel for plaintiffs, Bonnie Elazab and Dean Elazab

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                    /s/ Thomas B. Calvert
                    Thomas B. Calvert