## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Case Nos. | Case. No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

        1:17-cv-04767  (Plaintiff Kathleen Stallworth)
        1:17-cv-03621  (Plaintiff Cathy J. Stone)
        1:17-cv-03111  (Plaintiff  Jimmy Sutton)
        1:17-cv-03595  (Plaintiff Cheryl Thomas)
        1:17-cv-04219  (Plaintiff Julia Tucker)
        1:17-cv-03559  (Plaintiff William Valentine)
        1:17-cv-04702  (Plaintiff Sally Walden)

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Dated: June 24, 2019

                                                      Respectfully submitted,

                                                      */s/ Marc J. Bern*
                                                      Marc J. Bern (NY. 1859271)

                                                      **Marc J. Bern & Partners LLP**
                                                      60 East 42nd Street, Suite 950
                                                             New York, NY 10165
                                                    Telephone: (212) 702 - 5000
                                                    Facsimile: (212) 818 - 0164
                                                    E-Mail: MBern@bernllp.com

                                                         *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*