**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF INDIANA**

**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case. No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Case Nos.

      1:17-cv-03587  (Plaintiff Daniel C. Williams)

      1:18-cv-02090 (Plaintiff  Dorothy Williams)

      1:17-cv-02255 (Plaintiff Emma Winters o/b/o Gary Winters)

      1:17-cv-03586  (Plaintiff Ronald Wood)

_____

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this Court, I appear in this case  as counsel for the above-named Plaintiffs.

Dated: June 24, 2019

Respectfully submitted,

*/s/ Marc J. Bern*_____
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Marc J. Bern*
Marc J. Bern (NY. 1859271)

**Marc J. Bern & Partners LLP**
60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702 - 5000
Facsimile: (212) 818 - 0164
E-Mail: MBern@bernllp.com

*Counsel for Plaintiff(s)*

2