**IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

This Document Relates To:
Cause No. 1:18-cv-03003
Benjamin Cropp Jr. v. Cook Medical, Inc., et al

**PLAINTIFF BENJAMIN CROPP JR.' REQUEST FOR ORAL ARGUMENT
AND TO APPEAR BY TELEPHONE ON HIS MOTION FOR
RECONSIDERATION and MOTION TO REINSTATE**

Plaintiff Benjamin Cropp Jr. respectfully request the Court hear oral argument on his

Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims Without Prejudice

for Failure to Submit Categorization Form and Motion to Reinstate [Dkt. 10].  Plaintiff additionally

requests his counsel be allowed to appear by telephone upon granting oral argument.

Plaintiff believes oral argument will help the Court understand the factual basis for the

relief requested.  Plaintiff believes that oral argument on his Motions should take approximately

five to ten minutes.

Dated: June 21, 2019

Respectfully Submitted,

**Kirkendall Dwyer LLP**

/s/ Andrew F. Kirkendall
Andrew Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2019, I electronically filed the foregoing document with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


/s/ Andrew F. Kirkendall
Andrew F. Kirkendall
Kirkendall Dwyer LLP