IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND RLY-TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570<br><br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Eric Slobodjian v. Cook Medical, Inc., et al; (Civil Case #: 1:17-cv-00218)
Ethel Odom v. Cook Medical, Inc., et al; (Civil Case #: 1:17-cv-00388)
James Million v. Cook Medical, Inc., et al; (Civil Case # 1:17-cv-00530)
Ricky Phillips v. Cook Medical, Inc., et al; (Civil Case # 1:17-cv-01456)
Betsy Davis v. Cook Medical, Inc., et al; (Civil Case # 1:18-cv-01879)
Nicki O'Brien v. Cook Medical, Inc., et al; (Civil Case # 1:18-cv-02500)
Benjamin Cropp, Jr., v. Cook Medical, Inc., et al; (Civil Case # 1:18-cv-03003)

**DECLARATION OF ASHLEY NELSON IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO SUBMIT CASE CATEGORIZATION FORM AND MOTION TO RESUBMIT**

I, Ashley Nelson, hereby declare under penalty of perjury as follows:

1. I am the case manager at Kirkendall Dwyer LLP, in the above-captioned matter. I have worked in the legal profession for over two years, with about one of those years devoted to overseeing and monitoring all IVC filings.

2. I was assigned the IVC Filter cases in December of 2017 and inadvertently added the e-mail address aelson@kirkendalldwyer.com to receive the MDL ECF notifications instead of the proper address anelson@kirkendalldwyer.com.

3. Since December of 2017, the notifications of any filings in this IVC litigation was routed to the nonexistent email address and lead to our office and I missing the

December 22, 2018 deadline set by this Court to submit Case Categorization forms for Plaintiff.

4. Following a check of the docket of this MDL, Paralegal, Tiffany Burnside, discovered on or about June 13, 2019, the Order on the Cook Defendants' Second Amended Motion to Dismiss (Dkt. No. 10211). Ms. Burnside informed me of the filing.

5. When this error was discovered, I along with the help of Case Manager, Allison Smith, diligently worked to remedy the situation and comply with the Court's Order of May 7, 2019, by submitting the Case Categorization Form and previously provided medical records as directed by the Court. *See* Exhibits 1 and 2.

6. The error in the routing of Cook IVC filter MDL e-mails I encountered which caused our late filings was unanticipated and unintended. Our missing of deadlines was not purposeful, but merely the result of my failure to notice the e-mail address issue sooner.

I, Ashley Nelson, declare under penalty of perjury that the foregoing is true and correct to my knowledge and belief.

Dated: June 21, 2019

_____
Ashley Nelson
An Employee of Kirkendall Dwyer LLP