# EXHIBIT 1

# Allison Smith

| | |
|---|---|
| **From:** | Allison Smith |
| **Sent:** | Wednesday, June 5, 2019 2:04 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com' |
| **Subject:** | Benjamin Cropp Jr. Cook Categorization |
| **Attachments:** | Cropp Jr, Benjamin_Cook Categorization.docx |

Dear Counsel,

Please see the attached categorization form for Benjamin Cropp Jr., case number 1:18-cv-03003-RLY-TAB. Please let us know if there is anything else you need.

Regards,

*Allie Smith*

Case Manager
4343 Sigma Rd, Ste # 200
Dallas, TX. 75244
T: (214) 271-4027 EXT 7099| F: (214) 653-0629

