# EXHIBIT 2

# Transaction Log

Report Period: 05/01/2019 - 06/21/2019

| Id | Date | Case Number | Text |
|---|---|---|---|
| 5477967 | 06/13/2019 12:40:27 | | Updated person record: Alexander G. Dwyer Prid: 6672968 |
| 5477967 | 06/13/2019 12:40:28 | | e-mail address de-activated - cdu@kirkendalldwyer.com |
| 5477967 | 06/13/2019 12:40:28 | | e-mail address de-activated - msclafani@kirkendalldwyer.com |
| 5477970 | 06/13/2019 12:40:56 | | Updated person record: Alexander G. Dwyer Prid: 6672968 |
| 5477970 | 06/13/2019 12:40:57 | | e-mail address de-activated - cdu@kirkendalldwyer.com |
| 5477970 | 06/13/2019 12:40:57 | | e-mail address de-activated - msclafani@kirkendalldwyer.com |
| 5477994 | 06/13/2019 12:48:08 | | Updated person record: Alexander G. Dwyer Prid: 6672968 |
| 5477994 | 06/13/2019 12:48:09 | | e-mail address de-activated - cdu@kirkendalldwyer.com |
| 5477994 | 06/13/2019 12:48:09 | | e-mail address de-activated - msclafani@kirkendalldwyer.com |
| 5478005 | 06/13/2019 12:51:43 | | Updated person record: Alexander G. Dwyer Prid: 6672968 |
| 5478005 | 06/13/2019 12:51:43 | | e-mail address de-activated - msclafani@kirkendalldwyer.com |
| 5478005 | 06/13/2019 12:51:43 | | e-mail address altered - before:::aelson@kirkendalldwyer.com after:::anelson@kirkendalldwyer.com |
| 5478005 | 06/13/2019 12:51:43 | | e-mail address de-activated - cdu@kirkendalldwyer.com |

Total Number of Transactions: 13