**IN THE UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:
Cause No. 1:18-cv-01879
Betsy Davis v. Cook Medical, Inc., et al

**PLAINTIFF BETSY DAVIS'S REQUEST FOR ORAL ARGUMENT**
**AND TO APPEAR BY TELEPHONE ON HIS MOTION FOR**
**RECONSIDERATION and MOTION TO REINSTATE**

Plaintiff Betsy Davis respectfully request the Court hear oral argument on her Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims Without Prejudice for Failure to Submit Categorization Form and Motion to Reinstate [Dkt. 31]. Plaintiff additionally requests her counsel be allowed to appear by telephone upon granting oral argument.

Plaintiff believes oral argument will help the Court understand the factual basis for the relief requested. Plaintiff believes that oral argument on his Motions should take approximately five to ten minutes.

Dated:  June 21, 2019                                   Respectfully Submitted,

**Kirkendall Dwyer LLP**

/s/ Andrew F. Kirkendall
Andrew Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrew F. Kirkendall
      Andrew F. Kirkendall
      Kirkendall Dwyer LLP