# EXHIBIT 1

**Allison Smith**

| | |
|---|---|
| **From:** | Allison Smith |
| **Sent:** | Wednesday, June 5, 2019 2:19 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com' |
| **Subject:** | James Million Cook Categorization |
| **Attachments:** | Million, James_Cook Categorization.docx |

Dear Counsel,

Please see the attached categorization form for James Million, case number 1:17-cv-00530-SEB-MDL. Please let us know if there is anything else you need.

Regards,

*Allie Smith*

Case Manager
4343 Sigma Rd, Ste # 200
Dallas, TX. 75244
T: (214) 271-4027 EXT 7099 | F: (214) 653-0629

