**IN THE UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

This Document Relates To:
Cause No. 1:17-cv-00388
Ethel Odom v. Cook Medical, Inc., et al

---

**PLAINTIFF ETHEL ODOM'S REQUEST FOR ORAL ARGUMENT**
**AND TO APPEAR BY TELEPHONE ON HIS MOTION FOR**
**RECONSIDERATION and MOTION TO REINSTATE**

Plaintiff Ethel Odom respectfully request the Court hear oral argument on her Motion for

Reconsideration of the Court's Order Dismissing Plaintiff's Claims Without Prejudice for Failure

to Submit Categorization Form and Motion to Reinstate [Dkt. 15].  Plaintiff additionally requests

her counsel be allowed to appear by telephone upon granting oral argument.

Plaintiff believes oral argument will help the Court understand the factual basis for the

relief requested.  Plaintiff believes that oral argument on his Motions should take approximately

five to ten minutes.

Dated:  June 21, 2019

Respectfully Submitted,

**Kirkendall Dwyer LLP**

/s/ Andrew F. Kirkendall
Andrew Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, I electronically filed the foregoing document with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.


/s/ Andrew F. Kirkendall
Andrew F. Kirkendall
Kirkendall Dwyer LLP