IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates To: Cause No. 1:17-cv-00388 Ethel Odom v. Cook Medical, Inc., et al | |

**ORDER GRANTING PLAINTIFF ETHEL ODOM'S REQUEST FOR ORAL ARGUMENT AND REQUEST TO APPEAR TELEPHONICALLY**

On this day, the Court considered Plaintiff Ethel Odom's Request for Oral Argument on her Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims Without Prejudice for Failure to Submit Categorization Form and Motion to Reinstate. After considering the Motion for Oral Argument the Court finds that the Motion should be GRANTED. It is further

ORDERED that Oral Argument is hereby GRANTED. It is further

ORDERED that Oral Argument is set for _____, 2019 at _____. It is further;

ORDERED that Plaintiff's Counsel is allowed to appear telephonically and the Court directs the Clerk to send Plaintiff's Counsel the requisite information to appear by telephone.

SIGNED this ____ day of _____, 2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana