# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

| Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Coleman, Rita Lynn | 1:17-cv-00685 | 4/6/2017 | 5/6/2019 | 1 |
| Figures, Rhonda J. | 1:17-cv-03143 | 10/9/2017 | 5/6/2019 | 1 |
| Baker, Patricia | 1:17-cv-03910 | 11/27/2017 | 3/28/2019 | 2 |
| Bouchard, Michelle and Gary | 1:17-cv-03912 | 11/27/2017 | 5/6/2019 | 1 |
| Sides, Laurie | 1:17-cv-03916 | 11/27/2017 | 5/6/2019 | 1 |
| Ward, Lisa | 1:17-cv-03918 | 11/27/2017 | 5/6/2019 | 1 |
| Terry, Lydia and Allen | 1:17-cv-04752 | 1/29/2017 | 5/6/2019 | 1 |
| Glenberg, Charles and Helen Kulkin-Glenberg | 1:18-cv-00053 | 2/7/2018 | 5/6/2019 | 1 |
| Hakim, Alfred | 1:18-cv-00793 | 5/30/2019 | 5/3/2019 | 3 |
| Brandon, Ralph | 1:18-cv-02053 | 8/6/2018 | 5/6/2019 | 1 |
| Banks, Carolyn | 1:19-cv-00648 | 5/20/2019 | 5/6/2019 | 4 |
| Pelt, Jeanette [ESTATE] | 1:19-cv-00860 | 5/3/2019 | 4/12/2019 | 5 |
| Stephens, Danny | 1:19-cv-00955 | 4/8/2019 | 5/6/2019 | 6 |
| Madison, Angela | 1:19-cv-01034 | 4/15/2019 | 5/6/2019 | 7 |
| Bunner II, Roger Carl | 1:19-cv-01036 | 5/15/2019 | 5/6/2019 | 8 |
| Gulley, Desi | 1:19-cv-01118 | 4/19/2019 | 5/6/2019 | 7 |
| Ware, Betty | 1:19-cv-01145 | 5/22/2019 | 5/6/2019 | 8 |
| Giorgianni, Anthony J. | 1:19-cv-01178 | 4/22/2019 | 5/6/2019 | 9 |
| Nelson, James | 1:19-cv-01209 | 4/25/2019 | 5/6/2019 | 10 |
| Kosarik, Thomas | 1:19-cv-01224 | 4/25/2019 | 5/6/2019 | 9 |
| Bales, Joe Jr. | 1:19-cv-01270 | 4/29/2019 | 5/6/2019 | 11 |
| Hahner, Brett | 1:19-cv-01288 | 4/29/2019 | 5/6/2019 | 9 |
| Smith, John | 1:19-cv-01323 | 5/2/2019 | 5/23/2019 | 12 |
| Tursi, Leonard Anthony | 1:19-cv-01338 | 5/2/2019 | 5/23/2019 | 13 |
| Ellis, Albert C. | 1:19-cv-01378 | 5/6/2019 | 5/23/2019 | 14 |

| | | | | |
|---|---|---|---|---|
| Yeates, Tymer | 1:19-cv-01381 | 5/6/2019 | 5/23/2019 | 14 |
| Riggs, Debra [ESTATE] | 1:19-cv-01417 | 5/8/2019 | 5/23/2019 | 15 |
| Bledsoe, Betty | 1:19-cv-01500 | 6/12/2019 | 5/23/2019 | 16 |
| Conley, Hubert | 1:19-cv-01508 | 6/12/2019 | 5/23/2019 | 16 |
| Jones, Phyllis A. | 1:19-cv-01510 | 5/16/2019 | 5/23/2019 | 17 |
| Dennis, Zachary | 1:19-cv-01512 | 5/16/2019 | 5/23/2019 | 15 |
| Dillon, LaShonda | 1:19-cv-01519 | 6/12/2019 | 5/23/2019 | 16 |
| Dunkleberg, Donald | 1:19-cv-01526 | 6/12/2019 | 5/23/2019 | 16 |
| Gray, Rodney | 1:19-cv-01527 | 6/12/2019 | 5/23/2019 | 16 |