**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 1**</u>

US.119355742.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA • UK • CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

**Faegre Baker Daniels LLP**
311 South Wacker Drive • Suite 4300
Chicago • Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

May 06, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

> **For MDL Plaintiffs**

Nicholas R. Farnolo
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road
Suite 305
Melville, NY 11747
nfarnolo@napolilaw.com

  **Re:**  Cook MDL Plaintiff Profile Deficiency

Dear Nicholas R. Farnolo:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Bouchard, Michelle and Gary
- Brandon, Ralph
- Coleman, Rita Lynn
- Figures, Rhonda J.
- Glenberg, Charles and Helen Kulkin-Glenberg
- Sides, Laurie
- Terry, Lydia and Allen
- Ward, Lisa

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Nicholas R. Farnolo                                                                                    5/6/2019

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside  - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 2**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

Blake A. Angelino
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

March 28, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

> **For MDL Plaintiffs**

Nicholas R. Farnolo
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road
Suite 305
Melville, NY 11747
nfarnolo@napolilaw.com

     **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Nicholas R. Farnolo:

According to our records, we have not received the Plaintiff Profile Sheet for Baker, Patricia ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 3**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

May 03, 2019

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com;  acolella@bernllp.com;
aterron@bernllp.com;  anunez@bernllp.com;  jluna@bernllp.com;
kwang@bernllp.com

  **Re:**  <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for Hakim, Alfred ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:  Michael Heaviside - mheaviside@hrzlaw.com
     Ben Martin – bmartin@bencmartin.com
     David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 4**

FaegreBD.com

## FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

May 06, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

> **For MDL Plaintiffs**

Blair B. Matyszczyk
BERTRAM & GRAF, L.L.C.
4717 Grand Avenue
Suite 800
Kansas City, MO 64112
benbertram@bertramgraf.com; bianca@bertramgraf.com;
jeremy@bertramgraf.com; blair@bertramgraf.com

   **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Blair B. Matyszczyk:

According to our records, we have not received the Plaintiff Profile Sheet for Banks, Carolyn ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
    Ben Martin – bmartin@bencmartin.com
    David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 5</u>**

US.119355742.01

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

April 12, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

Baird A. Brown
LAW OFFICES OF BAIRD BROWN
3055 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90010
bairdbrownlaw@gmail.com

> **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Baird A. Brown:

According to our records, we have not received the Plaintiff Profile Sheet for Pelt, Jeanette [ESTATE OF] ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

———————————————————————

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

———————————————————————

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 6**</u>

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA • UK • CHINA

---

Blake A. Angelino
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

Faegre Baker Daniels LLP
311 South Wacker Drive • Suite 4300
Chicago • Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

May 06, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

> For MDL Plaintiffs

Michael T. Gallagher
THE GALLAGHER LAW FIRM PLLC
2905 Sackett Street
Houston, TX 77098
donnaf@gld-law.com

      **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Michael T. Gallagher:

According to our records, we have not received the Plaintiff Profile Sheet for Stephens, Danny ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 7</u>**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

Blake A. Angelino
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

May 06, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

> For MDL Plaintiffs

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

**Re:**   Cook MDL Plaintiff Profile Deficiency

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Gulley, Desi
- Hassler, Adina
- Madison, Angela

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Amanda L. Washington                                                                5/6/2019

Cc:    Michael Heaviside  - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS</u>**
**<u>NOTICE LETTERS</u>**

**<u>Sub-Exhibit 8</u>**

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

Blake A. Angelino
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

May 06, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

Gregory J. Pals
THE DRISOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
greg@thedriscollfirm.com

**Re:** Cook MDL Plaintiff Profile Deficiency

Dear Gregory J. Pals:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Bunner II, Roger Carl
- Cockrell, Jerry
- Jordan, James
- Ware, Betty

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Gregory J. Pals                                                                                      5/6/2019

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 9**</u>

**FAEGRE BAKER
DANIELS**

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

May 06, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |
| --- |

John A. Dalimonte
DALIMONTE RUEB LAW GROUP, LLP
85 Devonshire Street
Suite 1000
Boston, MA 02109
john@drlawllp.com

   **Re:**  <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear John A. Dalimonte:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Dixon, Juliana
- Everhardt, Victoria
- Giorgianni, Anthony J.
- Hahner, Brett
- Huddleston, Carmen
- Jackson, Alvin
- Kosarik, Thomas
- Lillie, Erica
- McCarthy, Cheryle
- Thomas, Kim M.
- Townsend, Carla

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-

John A. Dalimonte                                                              5/6/2019

mail please submit them using the following Secure File Transfer site:
https://sft.faegrebd.com/envelope/CookFilterMDL.  If you fail to submit a PPS within the five (5)
days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                   MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 10**</u>

US.119355742.01

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

May 06, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com;  afurness@fnlawfirm.com

     **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Nelson, James ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 11**

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

---

Blake A. Angelino
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

Faegre Baker Daniels LLP
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

May 06, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

Matthew R. Lopez
LOPEZ MCHUGH LLP
100 Bayview Circle
Suite 5600
Newport Beach, CA 92660
mlopez@lopezmchugh.com;  ALopez@lopezmchugh.com;
mjones@lopezmchugh.com;  rlopez@lopezmchugh.com

      **Re:**   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Matthew R. Lopez:

According to our records, we have not received the Plaintiff Profile Sheet for Bales, Joe Jr. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 12**

US.119355742.01

FaegreBD.com

## FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

May 23, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

> For MDL Plaintiffs

John A. Dalimonte
DALIMONTE RUEB LAW GROUP, LLP
85 Devonshire Street
Suite 1000
Boston, MA 02109
john@drlawllp.com

     **Re:**    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear John A. Dalimonte:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Hetland, Brenda
- Isenberg, Jeremy
- Smith, John

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

John A. Dalimonte

5/23/2019

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 13</u>**

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

May 23, 2019

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

| For MDL Plaintiffs |
| --- |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com; afurness@fnlawfirm.com

      **Re:**    <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Tursi, Leonard Anthony Sr. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 14**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

May 23, 2019

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

| For MDL Plaintiffs |
| --- |

Michael S. Kruse
NIEMEYER, GREBEL & KRUSE, LLC
10 S. Broadway
Suite 1125
St. Louis, MO 63102
kruse@ngklawfirm.com; grebel@ngklawfirm.com;
niemeyer@ngklawfirm.com

      **Re:**    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Michael S. Kruse:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Ellis, Albert C.
- Matthews, Anthony
- Yeates, Tymer

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Michael S. Kruse                                                                 5/23/2019

Very truly yours,

Blake Angelino

Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 15**

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

May 23, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

> **For MDL Plaintiffs**

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com; acolella@bernllp.com;
aterron@bernllp.com; anunez@bernllp.com; jluna@bernllp.com;
kwang@bernllp.com

     **Re:**   Cook MDL Plaintiff Profile Deficiency

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Dennis, Zachary
- Riggs, Debra [ESTATE OF]

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Debra J. Humphrey                                                                    5/23/2019


Very truly yours,

Blake Angelino


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 16**

# FAEGRE BAKER
## DANIELS

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

May 23, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
|---|

Benjamin A. Bertram
BERTRAM & GRAF, L.L.C.
2345 Grand Blvd.
Suite 1925
Kansas City, MO 64108
benbertram@bertramgraf.com; bianca@bertramgraf.com;
jeremy@bertramgraf.com; blair@bertramgraf.com

    **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Benjamin A. Bertram:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Avant, Barbara
- Bledsoe, Betty
- Brandon, Vicky
- Coleman, Sean
- Conley, Hubert
- Crowe, Chad
- Davenport, Maureen
- Davis, Mona
- Dillon, LaShonda
- Dubose, Todd
- Dunkleberg, Donald
- Gray, Rodney
- Hansen, Dale
- Harrison, Michele
- Hemberger, Kevin

Benjamin A. Bertram                                                          5/23/2019

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

Blake Angelino


Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 17</u>**

US.120331968.01

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct +1 312 356 5145

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main +1 312 212 6500
Fax +1 312 212 6501

May 23, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |
| --- |

Matthew R. McCarley
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
mccarley@fnlawfirm.com; afurness@fnlawfirm.com

> **Re:**  Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Matthew R. McCarley:

According to our records, we have not received the Plaintiff Profile Sheet for Jones, Phyllis A. ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com