IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates To:
Cause No. 1:17-cv-00218
Eric J. Slobodjian v. Cook Medical, Inc., et al

---

## PLAINTIFF ERIC SLOBODJIAN' REQUEST FOR ORAL ARGUMENT AND TO APPEAR BY TELEPHONE ON HIS MOTION FOR RECONSIDERATION and MOTION TO REINSTATE

Plaintiff Eric Slobodjian respectfully request the Court hear oral argument on his Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims Without Prejudice for Failure to Submit Categorization Form and Motion to Reinstate [Dkt. 17]. Plaintiff additionally requests his counsel be allowed to appear by telephone upon granting oral argument.

Plaintiff believes oral argument will help the Court understand the factual basis for the relief requested. Plaintiff believes that oral argument on his Motions should take approximately five to ten minutes.

|  |  |
|---|---|
| Dated: June 21, 2019 | Respectfully Submitted,<br><br>**Kirkendall Dwyer LLP**<br><br>/s/ Andrew F. Kirkendall<br>Andrew Kirkendall<br>Texas Bar No. 24050882<br>Alexander G. Dwyer<br>Texas Bar No. 24054271<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Ste 200<br>Dallas, TX 75244<br>Phone: 214-271-4027<br>Fax: 214-253-0629<br>ak@kirkendalldwyer.com<br>ad@kirkendalldwyer.com<br><br>***Attorney for Plaintiffs*** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrew F. Kirkendall
Andrew F. Kirkendall
Kirkendall Dwyer LLP