# EXHIBIT 1

# Allison Smith

| | |
|---|---|
| **From:** | Allison Smith |
| **Sent:** | Thursday, June 20, 2019 9:33 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Tiffany Burnside; Candice Mcnabb |
| **Subject:** | Eric Slobodjian Cook Categorization |
| **Attachments:** | Slobodjian, Eric_Cook Categorization.docx |

Dear Counsel,

Please see the attached categorization form for Eric Slobodjian, case number 1:17-cv-00218-RLY-TAB. Please let us know if there is anything else you need.

Regards,

Allie Smith

Case Manager
4343 Sigma Rd, Ste # 200
Dallas, TX. 75244
T: (214) 271-4027 EXT 7099 | F: (214) 653-0629



1