IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

See Exhibit A

**MOTION TO DISMISS
FOR FAILURE TO SERVE CASE CATEGORIZATION FORM**

Pursuant to Federal Rule of Civil Procedure 41(b), Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617), and Case Management Order 18, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, the "Cook Defendants"), respectfully request that the Court dismiss certain matters set forth herein. In support of this Motion, the Cook Defendants state as follows:

1. On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617) ("Categorization Form Order"). It ordered all plaintiffs that filed their case prior to May 3, 2019, that had not submitted a Case Categorization Form and specific medical record(s) in support to do so within 15 days:

> All Plaintiffs who have not complied with the January 31 deadline are ORDERED to categorize their cases using the form provided in Filing No. 9638-1, supported by specific medical documentation, and to submit the same to the Cook Defendants and Plaintiffs' Leadership, **within 15 days of the date of this Order**.

Categorization Form Order, 2.

US.123648619.01

2. "Failure to comply with [the Court's] Order shall result in **dismissal** of his or her case without prejudice" Categorization Form Order, 3.

3. The Cook Defendants served 46 plaintiffs with notice of their failure to serve a Categorization Form in compliance with the Court's Orders. Attached as Exhibit A is a list setting forth each individual case ripe for dismissal pursuant to Categorization Form Order based on the plaintiffs' failure to comply with the order.[1] On June 18, 2019, the Cook Defendants sent an email to each plaintiff's individual counsel and Plaintiffs' Lead Counsel notifying them that a Categorization Form had not been received and a motion to dismiss may be filed if a Categorization was not served within three days of the date of the email. A true and correct copy of each of these notice emails is attached as Exhibit B.

4. As of the 5:00 P.M. on date of filing of this Motion, the Cook Defendants have not received a completed Categorization from the Plaintiffs in the cases listed in Exhibit A.

5. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b) and Categorization Form Order, the Cook Defendants respectfully request that the cases listed in Exhibit A be dismissed.[2]

WHEREFORE, the Cook Defendants respectfully request that the Court dismiss the above-captioned matters, and for all other just and appropriate relief.

---

[1] Exhibit A sets forth each plaintiff's name, civil action number, the date the Categorization Form was due, and the date the notice of failure to serve a Categorization Form email was sent to the plaintiff's counsel and Plaintiffs' Lead Counsel.
[2] Additionally, this motion is being filed pursuant to CMO-18.

Dated: June 24, 2019

                                        Respectfully Submitted,

                                        /s/ Andrea Roberts Pierson
                                        Andrea Roberts Pierson
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2700
                                          Indianapolis, Indiana  46204
                                          Telephone:     (317) 237-0300
                                          Facsimile:      (317) 237-1000
                                          Andrea.Pierson@FaegreBD.com

                                        James Stephen Bennett, Co-Lead Counsel
                                        FAEGRE BAKER DANIELS LLP
                                        110 W. Berry Street, Suite 2400
                                        Fort Wayne, Indiana  46802
                                        Telephone:     (260) 424-8000
                                        Facsimile:      (260) 460-1700
                                        Stephen.Bennett@FaegreBD.com

                                        *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, a copy of the foregoing Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson