**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

**EXHIBIT A**
**TO**
**MOTION TO DISMISS FOR FAILURE TO SERVE CASE CATEGORIZATION FORM**

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Schech, Jonathan | 1:19-cv-00057 | FEARS NACHAWATI, PLLC |
| Kupinewicz, Teresa and Bob | 1:19-cv-00060 | FEARS NACHAWATI, PLLC |
| McCollum, Joyce | 1:19-cv-00070 | FEARS NACHAWATI, PLLC |
| Wilbanks, Tracey and Calvin | 1:19-cv-00072 | FEARS NACHAWATI, PLLC |
| Johnson, Audrey Kay | 1:19-cv-00073 | FEARS NACHAWATI, PLLC |
| Williamson, Clayton R. | 1:19-cv-00074 | FEARS NACHAWATI, PLLC |
| Johnson, Willie R. | 1:19-cv-00089 | FEARS NACHAWATI, PLLC |
| Hope, Felicia | 1:19-cv-00092 | FEARS NACHAWATI, PLLC |
| Egan, James J. | 1:19-cv-00093 | FEARS NACHAWATI, PLLC |
| Joseph, Yolanda | 1:19-cv-00097 | FEARS NACHAWATI, PLLC |
| Wetherbee, Robert | 1:19-cv-00101 | FEARS NACHAWATI, PLLC |
| Amey, Carlton | 1:19-cv-00119 | FEARS NACHAWATI, PLLC |
| Patton, Amien Mufeed | 1:19-cv-00124 | FEARS NACHAWATI, PLLC |
| Bordner, June | 1:19-cv-00140 | FEARS NACHAWATI, PLLC |
| Gay, Errol and Carolyn | 1:19-cv-00144 | FEARS NACHAWATI, PLLC |
| Dickt, Lydian | 1:19-cv-00165 | FEARS NACHAWATI, PLLC |
| Spangler, Jessie and Mullins, Quentin Keith | 1:19-cv-00168 | FEARS NACHAWATI, PLLC |
| Vasquez, Myrna I. Santiago | 1:19-cv-00170 | FEARS NACHAWATI, PLLC |
| Williams, Joshua Jordan | 1:19-cv-00232 | DYSART LAW FIRM |
| Holder, Vera aka Clinton, Vera [ESTATE OF] | 1:19-cv-00294 | GALLAGHER & KENNEDY, P.A. |
| Stephens, Kristin Leigh | 1:19-cv-510 | GATHINGS LAW |
| Huven, Karen | 1:19-cv-00899 | ROSENBAUM & ROSENBAUM, P.C. |
| Fierro, Cassandra K. | 1:19-cv-00904 | FEARS NACHAWATI, PLLC |
| Fisher, Robert and Thompson-Fisher, Anna | 1:19-cv-00905 | FEARS NACHAWATI, PLLC |
| Covington, Tyrone & Lameca D. | 1:19-cv-00961 | FEARS NACHAWATI, PLLC |
| Livers, Shawnee and Richard | 1:19-cv-01010 | FEARS NACHAWATI, PLLC |
| Harris, Maxine | 1:19-cv-01101 | ROSENBAUM & ROSENBAUM, P.C. |

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Morris, Jessie | 1:19-cv-01132 | OSBORNE & FRANCIS LAW FIRM, PLLC |
| Nelson, James | 1:19-cv-01209 | FEARS NACHAWATI, PLLC |
| Cook, George | 1:19-cv-01212 | FEARS NACHAWATI, PLLC |
| Scudieri, Terrence | 1:19-cv-01256 | LAW OFFICE OF PAUL MANKIN, APC |
| Bales, Joe Jr. | 1:19-cv-01270 | LOPEZ MCHUGH LLP |
| Johnson, Sherry | 1:19-cv-01337 | FEARS NACHAWATI, PLLC |
| Izzo, Todd | 1:19-cv-01340 | FEARS NACHAWATI, PLLC |
| McCall, Tanya | 1:19-cv-01341 | FEARS NACHAWATI, PLLC |
| Russell, Buddy Dean and Patricia | 1:19-cv-01358 | FEARS NACHAWATI, PLLC |
| Roemer, Julia Hope | 1:19-cv-01401 | DALIMONTE RUEB LAW GROUP, LLP |
| Ewing, Tammy | 1:19-cv-01412 | OSBORNE & FRANCIS LAW FIRM, PLLC |
| Fumanti, Sandra | 1:19-cv-01414 | OSBORNE & FRANCIS LAW FIRM, PLLC |
| Clark, Eric and Erica | 1:19-cv-01429 | FEARS NACHAWATI, PLLC |
| Applegate, Debra | 1:19-cv-01434 | FEARS NACHAWATI, PLLC |
| Rodriguez, Elisa | 1:19-cv-01614 | FEARS NACHAWATI, PLLC |
| Whalen, John | 1:19-cv-01623 | LOPEZ MCHUGH LLP |
| Mays, Talesia | 1:18-cv-03700 | LAW OFFICES OF CHRISTOPHER K. JOHNSTON, LLC |
| Vaughn, Demarcus | 1:18-cv-03910 | DI PIETRO PARTNERS, LLP |
| Splan, Elaine | 1:19-cv-06097 | CHRISTIANSEN LAW OFFICES |