**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION        MDL No. 2570

_____

**<u>Exhibit B</u>**
**<u>to</u>**
**<u>Motion to Dismiss for Failure to Serve Case Categorization Form</u>**

## Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Tuesday, June 18, 2019 12:54 PM |
| **To:** | mlopez@lopezmchugh.com; ALopez@lopezmchugh.com; mjones@lopezmchugh.com; rlopez@lopezmchugh.com |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **June 24, 2019**.

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Bales, Joe Jr. | 1:19-cv-01270 | 5/22/19 |
| Whalen, John | 1:19-cv-01623 | 5/22/19 |

Regards,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

## Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Tuesday, June 18, 2019 12:44 PM |
| **To:** | paul.stoller@gknet.com; felice.wortman@gnet.com |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Holder, Vera - 1:19-cv-00294 - Categorization Form Due Date: 5/22/19 |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case passed. On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617). The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for this case, Cook is going to file a motion to dismiss for failure to comply with the Court's Order. Cook is filing the motion to dismiss on **June 24, 2019**.

Regards,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

## Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Tuesday, June 18, 2019 12:52 PM |
| **To:** | kyle@masstortslaw.com; joe@masstortslaw.com |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Mays, Talesia - 1:18-cv-03700 - Categorization Form Due Date: 5/22/19 |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case passed. On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617). The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for this case, Cook is going to file a motion to dismiss for failure to comply with the Court's Order. Cook is filing the motion to dismiss on **June 24, 2019**.

Regards,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Tuesday, June 18, 2019 12:30 PM |
| **To:** | John Dalimonte |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **June 24, 2019**.

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Ahern (Smith), Aimee E. | 1:19-cv-01831 | 6/5/2019 |
| Allen, Wanda | 1:19-cv-01325 | 5/22/19 |
| Andrews, Robert | 1:19-cv-01747 | 6/3/2019 |
| Andrews, Robert | 1:19-cv-01747 | 5/22/19 |
| Andrews, Velma Lee | 1:19-cv-01697 | 5/22/19 |
| Apuzzo, Michael | 1:19-cv-01522 | 5/22/19 |
| Barnes, Kenneth | 1:19-cv-01489 | 5/22/19 |
| Bates, Melvin | 1:19-cv-01656 | 5/22/19 |
| Batty, John S. | 1:19-cv-01162 | 5/22/19 |
| Beacht, Gerald Wayne | 1:19-v-01159 | 5/22/19 |
| Becker, Rebecca J. | 1:19-cv-01748 | 6/3/2019 |

| | | |
|---|---|---|
| Becker, Rebecca J. | 1:19-cv-01748 | 5/22/19 |
| Bentivegna, Catherine | 1:19-cv-01307 | 5/22/19 |
| Bierbaum, Douglas Martin | 1:19-cv-01694 | 5/22/19 |
| Birmingham, Pamela S. | 1:19-cv-01180 | 5/22/19 |
| Bonilla, Jennifer | 1:19-cv-01749 | 6/3/2019 |
| Bonilla, Jennifer | 1:19-cv-01749 | 5/22/19 |
| Brock, Steven Zachary | 1:19-cv-01293 | 5/22/19 |
| Brown, Patrick Alan [ESTATE OF] | 1:19-cv-01702 | 5/22/19 |
| Byers, Homer L. | 1:19-cv-01750 | 6/3/2019 |
| Byers, Homer L. | 1:19-cv-01750 | 5/22/19 |
| Carey, Thomas | 1:19-cv-01228 | 5/22/19 |
| Charles, Robert Alan | 1:19-cv-01751 | 6/3/2019 |
| Charles, Robert Alan | 1:19-cv-01751 | 5/22/19 |
| Cherry, Roberta J. | 1:19-cv-01154 | 5/22/19 |
| Ciccone, John A. [ESTATE OF] | 1:19-cv-01225 | 5/22/19 |
| Cloney, Michael John | 1:19-cv-01825 | 6/5/2019 |
| Conley, Eddi J. | 1:19-cv-01149 | 5/22/19 |
| Cooks, Carisa K. | 1:19-cv-01486 | 5/22/19 |
| Crapps, Evelyn M. | 1:19-cv-01590 | 5/22/19 |
| Daniel, Michael | 1:19-cv-01297 | 5/22/19 |
| Davis, Michael Leon Jr. | 1:19-cv-01524 | 5/22/19 |
| Davis, Roy Jerome | 1:19-cv-01179 | 5/22/19 |
| Dixon, Juliana | 1:19-cv-01223 | 5/22/19 |
| Dudgeon, Janet | 1:19-v-01107 | 5/22/19 |
| Dupree, James T. Jr. | 1:19-cv-01827 | 6/5/2019 |
| El-Amin, Talib B. | 1:19-v-01673 | 5/22/19 |

2

| | | |
|---|---|---|
| Elerick, Michael James | 1:19-cv-01699 | 5/22/19 |
| Everhardt, Victoria | 1:19-cv-01160 | 5/22/19 |
| Ewing, Leo L. | 1:19-cv-01327 | 5/22/19 |
| Foster, Leo A. | 1:19-cv-01830 | 6/5/2019 |
| Fraley, Christopher and Katrina | 1:19-cv-00977 | 5/22/19 |
| Frazier, Stephen | 1:19-cv-01696 | 5/22/19 |
| Gaines, Shironica | 1:19-cv-01649 | 5/22/19 |
| Giorgianni, Anthony J. | 1:19-cv-01178 | 5/22/19 |
| Guy, Rita | 1:19-cv-01833 | 6/5/2019 |
| Hahner, Brett | 1:19-cv-01288 | 5/22/19 |
| Hall-Elert, Laurie | 1:19-cv-01321 | 5/22/19 |
| Hamlin, Nicholas James | 1:19-cv-01838 | 6/5/2019 |
| Haywood, Richard | 1:19-cv-01295 | 5/22/19 |
| Hendee, Ethyl F. | 1:19-cv-00969 | 5/22/19 |
| Henry, Dan Leslie II | 1:19-cv-01168 | 5/22/19 |
| Hetland, Brenda | 1:19-cv-01487 | 5/22/19 |
| Huddleston, Carmen | 1:19-cv-01152 | 5/22/19 |
| Isenberg, Jeremy | 1:19-cv-01305 | 5/22/19 |
| Jackson, Alvin | 1:19-cv-01229 | 5/22/19 |
| Jernigan, Jeffery L. | 1:19-cv-01304 | 5/22/19 |
| Johnson, Jack | 1:19-cv-01700 | 5/22/19 |
| Johnson, Van E. | 1:19-cv-01840 | 6/5/2019 |
| Jynes, Leroy | 1:19-cv-01835 | 6/5/2019 |
| Koerner, Edwina | 1:19-cv-01695 | 5/22/19 |
| Kosarik, Thomas | 1:19-cv-01224 | 5/22/19 |
| LaFleur, Kenneth R. | 1:19-cv-01300 | 5/22/19 |

| | | |
|---|---|---|
| Lamaris, Norma | 1:19-cv-01151 | 5/22/19 |
| Lampkins, Bernadine | 1:19-cv-01150 | 5/22/19 |
| Ledwell, Contessa | 1:19-cv-01843 | 6/5/2019 |
| Lillie, Erica | 1:19-cv-01290 | 5/22/19 |
| Ljucovic, Prenka | 1:19-cv-01844 | 6/5/2019 |
| Loewen, Allen | 1:19-cv-01406 | 5/22/19 |
| Malone, Tawana | 1:19-cv-01490 | 5/22/19 |
| Mastrorocco, Peter | 1:19-cv-01845 | 6/5/2019 |
| McCarthy, Cheryle | 1:19-cv-01175 | 5/22/19 |
| Meadows, Larry Garland | 1:19-cv-01846 | 6/5/2019 |
| Messina, Joan | 1:19-cv-01591 | 5/22/19 |
| Miller, Charlotte S. | 1:19-cv-01165 | 5/22/19 |
| Mills, Antoinette | 1:19-cv-01698 | 5/22/19 |
| Patrick, Dennis J. | 1:19-cv-01222 | 5/22/19 |
| Pearman, Willie Jr. | 1:19-cv-01153 | 5/22/19 |
| Pitt, James R. | 1:19-cv-01303 | 5/22/19 |
| Riles, Tori | 1:19-cv-01287 | 5/22/19 |
| Roberts, Charles | 1:19-cv-01108 | 5/22/19 |
| Roemer, Julia Hope | 1:19-cv-01401 | 5/22/19 |
| Ross, Lena | 1:19-cv-01176 | 5/22/19 |
| Rothlisberger, William Brian | 1:19-cv-01227 | 5/22/19 |
| Schafer, John Andrew | 1:19-cv-01589 | 5/22/19 |
| Schroeder, John | 1:19-cv-01298 | 5/22/19 |
| Schubert, Earl L. | 1:19-cv-01226 | 5/22/19 |
| Smith, John | 1:19-cv-01323 | 5/22/19 |
| Southall, Linda | 1:19-cv-01302 | 5/22/19 |

| | | |
|---|---|---|
| Spivey, Spencer | 1:19-cv-01701 | 5/22/19 |
| Standridge, Norma J. | 1:19-cv-01847 | 6/5/2019 |
| Stevens, Jacqueline G. | 1:19-cv-01848 | 6/5/2019 |
| Strausbaugh, Irvin R. (by Smith, Donna POA) | 1:19-cv-01177 | 5/22/19 |
| Sullivan, Roderick | 1:19-cv-01404 | 5/22/19 |
| Swint, Jason | 1:19-cv-01109 | 5/22/19 |
| Sykes, Teresa | 1:19-cv-01167 | 5/22/19 |
| Thieme, Frank | 1:19-cv-01294 | 5/22/19 |
| Thomas, Kim M. | 1:19-cv-01166 | 5/22/19 |
| Thomas, Roy Joseph [ESTATE OF] | 1:19-cv-01729 | 5/22/19 |
| Townsend, Carla | 1:19-cv-01286 | 5/22/19 |
| Walden, Henry | 1:19-cv-01348 | 5/22/19 |
| Walsh, Donna | 1:19-cv-01289 | 5/22/19 |
| Ward, Kenneth A. | 1:19-cv-01849 | 6/5/2019 |
| White, Eddie | 1:19-cv-01306 | 5/22/19 |
| Williams, Robert | 1:19-cv-01291 | 5/22/19 |
| Willis, Brenda | 1:19-cv-01347 | 5/22/19 |
| Wilson, Cindy M. | 1:19-cv-01850 | 6/5/2019 |
| Winters, Sarah | 1:19-cv-01308 | 5/22/19 |
| Woodard, Ty | 1:19-cv-01296 | 5/22/19 |
| Woods, Charles | 1:19-cv-01292 | 5/22/19 |

Regards,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Tuesday, June 18, 2019 12:37 PM |
| **To:** | mccarley@fnlawfirm.com; Arati Furness |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **June 24, 2019**.

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Troxler, Mark L. and Nancy C. | 1:19-cv-01804 | 6/3/2019 |
| Rodriguez, Elisa | 1:19-cv-01614 | 5/22/19 |
| Applegate, Debra | 1:19-cv-01434 | 5/22/19 |
| Clark, Eric and Erica | 1:19-cv-01429 | 5/22/19 |
| Russell, Buddy Dean and Patricia | 1:19-cv-01358 | 5/22/19 |
| McCall, Tanya | 1:19-cv-01341 | 5/22/19 |
| Izzo, Todd | 1:19-cv-01340 | 5/22/19 |
| Johnson, Sherry | 1:19-cv-01337 | 5/22/19 |
| Cook, George | 1:19-cv-01212 | 5/22/19 |
| Nelson, James | 1:19-cv-01209 | 5/22/19 |

1

| | | |
|---|---|---|
| Livers, Shawnee and Richard | 1:19-cv-01010 | 5/22/19 |
| Covington, Tyrone & Lameca D. | 1:19-cv-00961 | 5/22/19 |
| Fisher, Robert and Thompson-Fisher, Anna | 1:19-cv-00905 | 5/22/19 |
| Fierro, Cassandra K. | 1:19-cv-00904 | 5/22/19 |
| Vasquez, Myrna I. Santiago | 1:19-cv-00170 | 5/22/19 |
| Spangler, Jessie and Mullins, Quentin Keith | 1:19-cv-00168 | 5/22/19 |
| Dickt, Lydian | 1:19-cv-00165 | 5/22/19 |
| Gay, Errol and Carolyn | 1:19-cv-00144 | 5/22/19 |
| Bordner, June | 1:19-cv-00140 | 5/22/19 |
| Patton, Amien Mufeed | 1:19-cv-00124 | 5/22/19 |
| Amey, Carlton | 1:19-cv-00119 | 5/22/19 |
| Wetherbee, Robert | 1:19-cv-00101 | 5/22/19 |
| Joseph, Yolanda | 1:19-cv-00097 | 5/22/19 |
| Egan, James J. | 1:19-cv-00093 | 5/22/19 |
| Hope, Felicia | 1:19-cv-00092 | 5/22/19 |
| Johnson, Willie R. | 1:19-cv-00089 | 5/22/19 |
| Williamson, Clayton R. | 1:19-cv-00074 | 5/22/19 |
| Johnson, Audrey Kay | 1:19-cv-00073 | 5/22/19 |
| Wilbanks, Tracey and Calvin | 1:19-cv-00072 | 5/22/19 |
| McCollum, Joyce | 1:19-cv-00070 | 5/22/19 |
| Kupinewicz, Teresa and Bob | 1:19-cv-00060 | 5/22/19 |
| Schech, Jonathan | 1:19-cv-00057 | 5/22/19 |

Regards,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Tuesday, June 18, 2019 12:50 PM |
| **To:** | pmankin@paulmankin.com |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Scudieri, Terrence - 1:19-cv-01256 - Categorization Form Due Date: 5/22/19 |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for this case, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **June 24, 2019**.

Regards,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

1

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Tuesday, June 18, 2019 12:16 PM |
| **To:** | 'pete@christiansenlaw.com' |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Splan, Elaine - 1:19-cv06097 |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case passed. On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617). The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for this case, Cook is going to file a motion to dismiss for failure to comply with the Court's Order. Cook is filing the motion to dismiss on **June 24, 2019**.

Regards,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

1

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Tuesday, June 18, 2019 12:45 PM |
| **To:** | Lgathings@gathingslaw.com |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Stephens, Kristin Leigh - 1:19-cv-510 - Categorization Form Due Date: 5/22/19 |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for this case, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **June 24, 2019**.

Regards,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Tuesday, June 18, 2019 12:33 PM |
| **To:** | nicole@ddpalaw.com; paralegal3@ddpalaw.com |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Vaughn, Demarcus - 1:18-cv-03910 - Categorization Form Due 5/22/19 |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for this case, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **June 24, 2019**.

Regards,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

1

## Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Tuesday, June 18, 2019 12:36 PM |
| **To:** | cdysart@dysart-law.com |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Williams, Joshua Jordan - 1:19-cv-00232 - Categorization Form Due Date: 5/22/19 |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case passed. On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617). The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for this case, Cook is going to file a motion to dismiss for failure to comply with the Court's Order. Cook is filing the motion to dismiss on **June 24, 2019**.

Regards,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

1

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Tuesday, June 18, 2019 1:20 PM |
| **To:** | cr@rosenbaumnylaw.com; kk@rosenbaumnylaw.com; ec@rosenbaumnylaw.com |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed. On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617). The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order. Cook is filing the motion to dismiss on **June 24, 2019**.

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Bilello, Kenneth | 1:19-cv-01924 | 6/12/2019 |
| Harris, Maxine | 1:19-cv-01101 | 5/22/19 |
| Huven, Karen | 1:19-cv-00899 | 5/22/19 |

Regards,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

1