**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

**EXHIBIT A
TO
MOTION TO DISMISS FOR FAILURE TO SERVE CASE CATEGORIZATION FORM**

US.123648722.01

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Troxler, Mark L. and Nancy C. | 1:19-cv-01804 | FEARS NACHAWATI, PLLC |
| Stout, Shirley A. and Ed | 1:19-cv-01903 | FLINT LAW FIRM, LLC |
| Henninger, Katie S. | 1:19-cv-01914 | FLINT LAW FIRM, LLC |
| MacIsaac, Martha | 1:19-cv-01927 | MARTIN BAUGHMAN, PLLC |