IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT A TO RENEWED MOTION TO DISMISS
PLAINTIFF SCHEDULE**

| Plaintiff | Cause Number | Date of Court's Order | Docket Number | Court Order Extended PPS Deadline To: | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|---|
| Walton, Koula M. [ESTATE] | 1:17-cv-00811 | 3/12/2018 | 7824 | 4/26/2018 | 1 |
| Schoby, Louise | 1:17-cv-01020 | 3/12/2018 | 7824 | 4/26/2018 | 2 |
| Ramsey, Lonnie | 1:17-cv-01635 | 3/12/2018 | 7824 | 4/26/2018 | 2 |
| Perkovich, Jennifer and Paul | 1:17-cv-02315 | 3/12/2018 | 7824 | 4/26/2018 | 3 |
| Jatta, Jessica | 1:17-cv-02393 | 4/18/2018 | 8084 | 6/02/2018 | 4 |
| Bullock, Joanne | 1:17-cv-02687 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Sutton, Jimmy Lee | 1:17-cv-03111 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Wallace, Daron | 1:17-cv-03155 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Harlow, Wanda | 1:17-cv-03270 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Bailey, Misty D. | 1:17-cv-03376 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Ranson, Elizabeth | 1:17-cv-03407 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Walters, Patricia | 1:17-cv-03409 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Myers, Sebrina | 1:17-cv-03438 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Jackson, Felicia | 1:17-cv-03462 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Reaves, Andrew | 1:17-cv-03463 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Bass, Tralve W. | 1:17-cv-03466 | 3/12/2018 | 7823 | 4/26/2018 | 8 |
| Farris, Angela | 1:17-cv-03555 | 3/12/2018 | 7824 | 4/26/2018 | 6 |
| Mayberry, Walter | 1:17-cv-03564 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Champion, John B. | 1:17-cv-03576 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Wood, Ronald F. | 1:17-cv-03586 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Williams, Daniel C. | 1:17-cv-03587 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Copeland, Marquita | 1:17-cv-03592 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Marks, Mary E. | 1:17-cv-03593 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Sufka, Reuben | 1:17-cv-03594 | 3/12/2018 | 7824 | 4/26/2018 | 5 |

| | | | | | |
|---|---|---|---|---|---|
| Stone, Cathy J. | 1:17-cv-03621 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Worthington, Tina | 1:17-cv-03622 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Sunnenberg, Kathryn S. | 1:17-cv-03629 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Goodman, Valerie | 1:17-cv-03654 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Estes, Betty | 1:17-cv-03683 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Miele, Laura | 1:17-cv-03688 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Fisher, Mary J. | 1:17-cv-03695 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Shook, Carol | 1:17-cv-03754 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Jenville, Gloria | 1:17-cv-03756 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Stewart, Monica | 1:17-cv-03809 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Nigh, Glendora | 1:17-cv-03815 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Moore, Walter | 1:17-cv-03838 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Crawford, Stephen | 1:17-cv-03840 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Elamine, Kathy | 1:17-cv-03991 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Rettger, Michael A. | 1:17-cv-04025 | 3/12/2018 | 7824 | 4/26/2018 | 7 |
| Nancarrow, Tracey | 1:17-cv-04211 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Taylor, Sharon | 1:17-cv-04353 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Dwyer-Coco, Patricia | 1:17-cv-04357 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Stovall, Keyonna | 1:17-cv-04390 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Jones, Charlie | 1:17-cv-04391 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Hall, Stephen E. | 1:17-cv-04520 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Levy, Charles | 1:17-cv-04521 | 3/12/2018 | 7824 | 4/26/2018 | 5 |
| Bailey, Joseph | 1:17-cv-04551 | 3/12/2018 | 7823 | 4/26/2018 | 8 |
| Smith, Bryant | 1:17-cv-04700 | 3/12/2018 | 7823 | 4/26/2018 | 8 |
| Gutierrez, Luz | 1:17-cv-04707 | 3/12/2018 | 7823 | 4/26/2018 | 8 |
| Ballard, Jackie | 1:17-cv-04736 | 3/12/2018 | 7823 | 4/26/2018 | 8 |
| Gettman, Barbara | 1:17-cv-06064 | 3/12/2018 | 7824 | 4/26/2018 | 9 |
| Holdgreve, Dale | 1:17-cv-06064 | 3/12/2018 | 7824 | 4/26/2018 | 9 |
| Johnson, Henry | 1:17-cv-06064 | 3/12/2018 | 7824 | 4/26/2018 | 9 |
| Livingston, Detrice | 1:17-cv-06064 | 3/12/2018 | 7824 | 4/26/2018 | 9 |