# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION        MDL No. 2570

_____

## EXHIBIT B TO MOTION TO DISMISS
## NOTICE LETTERS

### Sub-Exhibit 1

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
|---|

John A. Dalimonte
DALIMONTE RUEB LAW GROUP, LLP
85 Devonshire Street
Suite 1000
Boston, MA 02109
john@drlawllp.com

      **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear John A. Dalimonte:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Insley, Thomas B. Sr.
- Walton, Koula M. [ESTATE]
- Wynkoop, Shannon

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

John A. Dalimonte                                                              1/24/2018

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 2**</u>

FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

> For MDL Plaintiffs

William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX 75243
bcurtis@curtis-lawgroup.com; JGomez@Curtis-LawGroup.com

      **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear William B. Curtis:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Alger, Lessie
- Allen, Catherine
- Baker, Jason
- Bryant, John
- Clark, Lorraine
- Cleek, Michael
- Cooper, Chris
- Cordar, Johnny
- Dumont, Paul
- Everly, Gary
- Fissell, Deborah
- Furney, Sherri
- Hampton, Linda
- Hanf, Janie
- Kimbell, Candy

William B. Curtis                                                                                          1/24/2018

- Lamprey, Melissa
- Lindy, Joanne
- McCoy, Nasir
- Moore, Kelly
- Myers, Russell
- O'Neal, Danny
- Owens, Alaimo
- Perry, Dolly
- Ramsey, Lonnie
- Rawls, Sharon
- Redman, Kathleen
- Schoby, Louise
- Shaikh, Nisar
- Starr, John
- Turner, Larry
- Walter, Nancy
- Williams, Christie
- Ziaja, Paul

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

## <u>EXHIBIT B TO MOTION TO DISMISS</u><br><u>NOTICE LETTERS</u>

### <u>Sub-Exhibit 3</u>

**FAEGRE BAKER DANIELS**

FaegreBD.com                                    USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

> **For MDL Plaintiffs**

Andrew William Callahan
FLINT LAW FIRM, LLC
222 East Park Street
Suite 500
Edwardsville, IL 62025
acallahan@flintfirm.com; susie@flintlaw.com

      **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Andrew William Callahan:

According to our records, we have not received the Plaintiff Profile Sheet for Perkovich, Jennifer and Paul ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS</u>**
**<u>NOTICE LETTERS</u>**

**<u>Sub-Exhibit 4</u>**

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

<div style="border:1px solid black; display:inline-block">**For MDL Plaintiffs**</div>

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Amanda@mcglynnglisson.com

       **Re:**    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Jatta, Jessica ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Angela Kelver Hall

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 5**</u>

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com

      **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Alvey, Linda
- Arthur, John
- Bailey, Misty D.
- Bailey, Monique
- Bell, Samuel
- Betters, Alice
- Blair, Mary Lou
- Blake, Tamera
- Bowman, Rebecca
- Bradford, Annie
- Brown, Ezill
- Brown, Marie Mae [ESTATE]
- Brown, Michael
- Bullock, Joanne
- Butske, David

Debra J. Humphrey                                                1/24/2018

- Calloway, Loretta
- Champion, John B.
- Clark, Ozell
- Clayton, Pamela
- Clemens, Donna
- Coats, Rosalie A.
- Copeland, Marquita
- Corley, Omel
- Crawford, Stephen
- Dantzler, Dorothy
- Davenport, Mabel
- Davis, Anthony
- Davis, Jessie
- Davis, Loretta
- Dellagatta, Donnie
- Denton, Archie
- Dupree, Lori
- Dwyer-Coco, Patricia
- Edgington, Anna
- Elamine, Kathy
- Estes, Betty
- Fisher, Mary J.
- Flowers, Tonya
- Folts, Terry
- Gaddis, Yvette D.
- Gause, Gary
- Gilligan, Susanne
- Goodman, Valerie
- Gray, Lee D.
- Griffin, Dock
- Hall, Stephen E.
- Harlow, Wanda
- Harris, Douglas
- Holmes, Angelee
- Howard, Devin
- Husman, Raymond
- Jackson, Felicia
- Jenville, Gloria

Debra J. Humphrey                                                    1/24/2018

- Johnson, Phyllis
- Jones, Charlie
- Jones, Milton D. III
- Karnes, Denise M.
- Kasten, Michael J.
- Kenney, Wallace
- Kiggins, Kim
- Levy, Charles
- Luzinski, Fred
- Maddelein, Susan
- Malphus, Milton
- Marks, Mary E.
- Mayberry, Walter
- McIntosh, Betty
- Miele, Laura
- Miller, Merri
- Mincy, Doris
- Mitchell, Sarah
- Moore, Walter
- Myers, Sebrina
- Nancarrow, Tracey
- Neveu, Janice M.
- Nigh, Glendora
- Oltromonto, Anthony
- Palmer, Kayla
- Pantone, Guy
- Parker, Sandra
- Parks, Jason
- Phelps, Maurice
- Phillippi, William R. [ESTATE]
- Pitts, Earline
- Ranson, Elizabeth
- Reaves, Andrew
- Redd, Cynthia
- Redmond, Kimberly
- Richardson, Khalia
- Ricks, Erica
- Riggins, Sylvia

Debra J. Humphrey                                                                    1/24/2018

- Robinson, Kim
- Schleigh, Kimberly A.
- Seither, Donna L.
- Sheals, Robert
- Shelton, Janice
- Shern, Phillip J.
- Sherod, Annie
- Shook, Carol
- Spruill, Henry
- Steed, Cheryl
- Stewart, Monica
- Stone, Cathy J.
- Stovall, Keyonna
- Sufka, Reuben
- Sunnenberg, Kathryn S.
- Sutton, Jimmy Lee
- Taylor, Sharon
- Thomas, Cheryl
- Turner, Anita
- Valentine, William
- Vincigerra, Sussana
- Walden, Sally
- Wall, Vernon E.
- Wallace, Daron
- Walters, Donna
- Walters, Patricia
- Whitson, Sylvia
- Williams, Daniel C.
- Williams, Lee
- Wood, Ronald F.
- Woods, Lisa J.
- Worthington, Tina
- Young, Roger

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site:

Debra J. Humphrey                                                    1/24/2018

https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

Angela Kelver Hall

Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

---

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 6**</u>

# FAEGRE BAKER DANIELS

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

**<u>VIA E-MAIL AND FIRST CLASS MAIL</u>**

| For MDL Plaintiffs |

Edward Blizzard
BLIZZARD & NABERS, L.L.P
440 Louisiana
Suite 170
Houston, TX 77002
eblizzard@blizzardlaw.com

      **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Edward Blizzard:

According to our records, we have not received the Plaintiff Profile Sheet for Farris, Angela ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 7**</u>

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Angela Kelver Hall**
**angela.hall@FaegreBD.com**
**Direct 574.239.1903**

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

Blair B. Matyszczyk
BERTRAM & GRAF, L.L.C.
4717 Grand Avenue
Suite 800
Kansas City, MO 64112
blair@bertramgraf.com; afeliciano@bertramgraf.com

   **Re:**  <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Blair B. Matyszczyk:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Frey, Steve
- Harbert, Kevin J.
- Pierson, Jermaine
- Rettger, Michael A.
- Strong, Margo S.
- York-Leskiw, Kelly Ann

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Blair B. Matyszczyk                                                          1/24/2018

Very truly yours,

Angela Kelver Hall

Angela Kelver Hall


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 8**</u>

FAEGRE BAKER
DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 02, 2018

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |
|---|

Debra J. Humphrey
MARC J. BERN & PARTNERS, LLP
60 East 42nd St.
Suite 950
New York, NY 10165
Dhumphrey@bernllp.com

Re:   Cook MDL Plaintiff Profile Deficiency

Dear Debra J. Humphrey:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Bailey, Joseph
- Ballard, Jackie
- Bass, Tralve W.
- Denton, Janice
- Forrester, Stephen Wayne
- Gutierrez, Luz
- Mueller, Charles
- Robbins, Melissa
- Santos, Ann
- Saunders, Elsie
- Sigers, Clintona
- Smith, Bryant
- Stallworth, Kathleen
- Walker-Colins, Beverly

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to

Debra J. Humphrey                                                    2/2/2018

dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

Angela Kelver Hall

Angela Kelver Hall


Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 9**</u>

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Angela Kelver Hall**
angela.hall@FaegreBD.com
Direct 574.239.1903

**Faegre Baker Daniels LLP**
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

January 24, 2018

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
|---|

Roland K. Tellis
BARON & BUDD PC
15910 Ventura Boulevard
Suite 1600
Encino, CA 91436
Rtellis@baronbudd.com; ezucker@baronbudd.com;
lbaughman@baronbudd.com

   **Re:**  Cook MDL Plaintiff Profile Deficiency

Dear Roland K. Tellis:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Gettman, Barbara
- Hakim, Alfred
- Holdgreve, Dale
- Johnson, Henry
- Livingston, Detrice
- Novel, Wendy

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Roland K. Tellis                                                           1/24/2018

Very truly yours,

*Angela Kelver Hall*

Angela Kelver Hall


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com