# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND RLY-TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to All Actions | |

## PROPOSED ORDER ON NOTICE OF WITHDRAWAL OF APPEARANCE OF RHYDDID WATKINS

THE COURT, having reviewed the motion for Rhyddid Watkins to withdraw as counsel of record for defendants Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical" or "Cook, Inc."), Cook Medical LLC (f/k/a Cook Medical Incorporated, and sometimes alleged to be doing business as "Cook Medical, Inc."), and William Cook Europe ApS (collectively, the "Cook Defendants"), and being fully advised in the premises thereof, hereby

GRANTS the motion, and

ORDERS that attorney Rhyddid Watkins be withdrawn as counsel of record in this case.

DONE THIS ___ day of June, 2019

BY THE COURT:

_____

United States District Court Judge