IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff (s)

Oscar Hightower, Civil Case No. 1:18-cv-568-RLY-MPB
Tammy Wills and Gregory Wills, Civil Case No. 1:18-cv-569-RLY-MPB

**PLAINTIFFS OSCAR HIGHTOWER AND TAMMY WILLS AND
GREGORY WILLS REQUEST FOR ORAL ARGUMENT
AND TO APPEAR BY TELEPHONE ON HIS MOTION FOR
RECONSIDERATION and MOTION TO REINSTATE**

Plaintiffs Oscar Hightower and Tammy and Gregory Wills respectfully request the Court hear oral argument on their Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims Without Prejudice for Failure to Submit Categorization Form and Motion to Reinstate [Dkt. 10211]. Plaintiffs additionally requests their counsel be allowed to appear by telephone upon granting oral argument.

Plaintiffs believe oral argument will help the Court understand the factual basis for the relief requested. Plaintiffs believe that oral argument on their Motions should take approximately five to ten minutes.

RESPECTFULLY SUBMITTED this 25th day of June, 2019

By: */s/ Timothy E. Grochocinski*

Timothy E. Grochocinski (Illinois No. 6295055)
tim@nbafirm.com
NELSON BUMGARDNER ALBRITTON P.C.
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
Phone: 708-675-1975
Fax: 708-675-1786

***Attorney for Plaintiffs***

## Certificate of Service

    I hereby certify that on June 25, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Timothy E. Grochocinski*