# EXHIBIT A

## Send File

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Hightower, Oscar.zip (15,769.29 KB)

*\* You will receive a copy of this e-mail.*

| | |
|---|---|
| **From:** | Kristine Hubert |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | Timothy Grochocinski; Joseph Oldaker |
| **Subject:** | Notice of Uploading records in regard to Oscar Hightower (1:18-cv-568) |
| **Date:** | Wednesday, March 28, 2018 2:38:00 PM |
| **Importance:** | High |

Counsel-

Please take notice that pursuant to Amended Case Management Order 6, the Plaintiff Profile Form, executed authorizations and medical records pertaining to Plaintiff Oscar Hightower have been uploaded at: http://sft.faegrebd.com/envelope/CookFilterMDL.

The files were uploaded today, 3/28/2018.

**Kristine N. Hubert** |Paralegal| P. 708.675.1580
Nelson Bumgardner Albritton P.C.|15020 S. Ravinia Ave., Suite 29| Orland Park, IL  60462
kris@nbafirm.com

**From:** kris@nbafirm.com
**To:** CookFilterMDL@faegrebd.com
**Subject:** CookFilterMDL
**Date:** Thursday, July 12, 2018 3:06:55 PM

**You have received 3 secure files from kris@nbafirm.com.**
Use the secure links below to download.

Counsel:

Attached per Amended Case Management Order No. 6, please find an Amended Profile Sheet along with supplemental medical records in regard to Plaintiff, Oscar Hightower (1:18-cv-568).

Thank you.

**Secure File Downloads:**
Available until: **18 July 2018**

Click links to download:

Hightower_Amended PPF.pdf
628.56 KB

Hightower_Khatti Report.pdf
60.33 KB

Khatti Study Images.pdf
1.99 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

| | |
|---|---|
| **From:** | Kristine Hubert |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | Timothy Grochocinski; Kristine Hubert |
| **Subject:** | Notice of Uploading records in regard to Oscar Hightower (1:18-cv-568) |
| **Date:** | Thursday, July 12, 2018 3:14:06 PM |
| **Attachments:** | image001.png |

Counsel-

Please take notice that pursuant to Amended Case Management Order 6, the Amended Plaintiff Profile Form and accompanying supplemental records pertaining to Plaintiff Oscar Hightower have been uploaded at: http://sft.faegrebd.com/envelope/CookFilterMDL.

The files were uploaded today, 7/12/2018.


**Kristine N. Hubert** /Paralegal/ P. 708.675.1580
Nelson Bumgardner Albritton P.C./15020 S. Ravinia Ave., Suite 29/ Orland Park, IL 60462
kris@nbafirm.com

Artboard 7 copy 9@2x