# EXHIBIT B

## Send File

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Wills_4.5.18.zip (26,472.80 KB)

*\* You will receive a copy of this e-mail.*

| | |
|---|---|
| **From:** | Kristine Hubert |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | Timothy Grochocinski; Joseph Oldaker |
| **Subject:** | Notice of Uploading records in regard to Wills (1:18-cv-569) |
| **Date:** | Thursday, April 5, 2018 1:19:00 PM |
| **Attachments:** | image001.png |
| **Importance:** | High |

Counsel-

Please take notice that pursuant to Amended Case Management Order 6, the Plaintiff Profile Form, executed authorizations and medical records pertaining to Plaintiffs Tammy and Gregory Wills (1:18-cv-00569) have been uploaded at: http://sft.faegrebd.com/envelope/CookFilterMDL.

The files were uploaded today, 4/5/2018.


**Kristine N. Hubert** /Paralegal/ P. 708.675.1580
Nelson Bumgardner Albritton P.C./15020 S. Ravinia Ave., Suite 29/ Orland Park, IL  60462
kris@nbafirm.com

