# EXHIBIT C

| From: | Kristine Hubert |
|---|---|
| To: | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| Cc: | Timothy Grochocinski; Kristine Hubert |
| Subject: | Cook IVC Filter MDL Case No.: 1:18-cv-569 (Wills, Tammy and Gregory) |
| Date: | Friday, June 21, 2019 9:47:16 AM |
| Attachments: | Case Categorization Form-Wills.zip |
| | image001.png |
| Importance: | High |

Good Morning,

Please find attached the Categorization Form and relevant medical records for the above-referenced case. Thank you.

**Kristine N. Hubert** /Paralegal/ P. 708.675.1975

Nelson Bumgardner Albritton P.C./15020 S. Ravinia Ave., Suite 29/ Orland Park, IL 60462

kris@nbafirm.com



**From:**       Kristine Hubert
**To:**         CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com
**Cc:**         Timothy Grochocinski; Kristine Hubert
**Subject:**    Cook IVC Filter MDL Case No.: 1:18-cv-568 (Hightower, Oscar)
**Date:**       Friday, June 21, 2019 9:49:50 AM
**Attachments:** Case Categorization Form_Hightower.zip
                image001.png
**Importance:**  High

Good Morning,

Please find attached the Categorization Form and relevant medical records for the above-referenced case.  Thank you.

**Kristine N. Hubert** /Paralegal/ P. 708.675.1975

Nelson Bumgardner Albritton P.C./15020 S. Ravinia Ave., Suite 29/ Orland Park, IL  60462

kris@nbafirm.com

