## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff (s)

Oscar Hightower, Civil Case No. 1:18-cv-568-RLY-MPB
Tammy Wills and Gregory Wills, Civil Case No. 1:18-cv-569-RLY-MPB

### ORDER GRANTING PLAINTIFFS OSCAR HIGHTOWER AND TAMMY WILLS AND GREGORY WILLS REQUEST FOR ORAL ARGUMENT REQUEST FOR ORAL ARGUMENT AND REQUEST TO APPEAR TELEPHONICALLY

On this day, the Court considered Plaintiffs Oscar Hightower and Tammy and Gregory Wills' Request for Oral Argument on their Motion for Reconsideration of the Court's Order Dismissing Plaintiffs' Claims Without Prejudice for Failure to Submit Categorization Form and Motion to Reinstate. After considering the Motion for Oral Argument the Court finds that the Motion should be GRANTED. It is further

ORDERED that Oral Argument is hereby GRANTED. It is further

ORDERED that Oral Argument is set for _____ 2019 at _____. It is further;

ORDERED that Plaintiff's Counsel is allowed to appear telephonically and the Court directs the Clerk to send Plaintiff's Counsel the requisite information to appear by telephone.

SIGNED this _____ day of _____, 2019.

_____
RICHARD L. YOUNG, Judge
United States District Court
Southern District of Indiana