THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

IN 460
21 JUN '19

$000.65
02 1P
0003190095   JUN 21 2019
MAILED FROM ZIP CODE 46204

Leslee Nicole Haas
Johnson, Trent & Taylor, LLP
919 Milam, Suite 1700
Houston, TX 77002

RECEIVED

JUN 24 2019

CLERK'S OFFICE
INDIANAPOLIS, INDIANA

77002-537825
46204>1999

NCF 17   06/21/19
FORWARD TIME EXP   RTN TO SEND
JOHNSON TRENT & TAYLOR LLP
919 MILAM ST STE 1500
HOUSTON TX 77002-5387

RETURN TO SENDER