THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

INDIANAPOLIS
IN 460
21 JUN '19
PM 1 L

02 1P   $ 000.65⁰
0003190095   JUN 21 2019
MAILED FROM ZIP CODE 46204

RECEIVED

JUN 24 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

C. Timothy Reynolds
Steed Dunnill Reynolds Bailey Stephenson LLP
One Horizon Ridge
1010 W Ralph Hall Pkwy, 2nd Floor
Rockwall, TX 75032

462 NDF 17885181020006/21/19
FORWARD TIME EXP RTN TO SEND
: STEED DUNNILL REYNOLDS BAILEY STEPHE
1717 MAIN ST STE 2950
DALLAS TX 75201-7329
RETURN TO SENDER

75032-665599
46204>1999