**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

    Gina M. Roberts

Civil Case #   1:19-cv-02482

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff:

    Gina M. Roberts

2. ~~Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:~~

 

3. ~~Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):~~

 

4. Plaintiff's state of residence at the time of implant:

    New York

5. Plaintiff's state of residence at the time of injury:

   _____New York_____

6. Plaintiff's current state of residence:

   _____New York_____

7. District Court and Division in which venue would be proper absent direct filing:

   ___United States District Court for the Eastern District of New York_____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: __6 - 28_____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Myere

    ☐ Cook Celect Platinum

    ☐ Other:
    _____

11. Date of Implantation as to each product:

    June 24, 2014_____
    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    _Huntington Hospital_ _____

    _Huntington, NY_____

13. Implanting physician(s):

    __Dr. Mark Gennaro_____

    _____

    _____

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

☒ Count V:   Breach of Express Warranty

☒ Count VI:  Breach of Implied Warranty

☒ Count VII: Violations of Applicable __New York____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX:  Wrongful Death

☐ Count X:   Survival

☒ Count XI:  Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   __Brian  A. Goldstein, Esq., Cellino & Barnes, P.C._____

16. Address and bar information for Attorney for Plaintiff(s):

   __2500 Main Place Tower, 350 Main Street, Buffalo, NY 14202-3725_____

   __New York State Bar No. 2715019_____

   _____

5

        Respectfully submitted,

        /s/ Brian A. Goldstein

        _____

        Brian A. Goldstein, Esq.
        **CELLINO & BARNES, PC**
        2500 Main Place Tower
        350 Main Street
        Buffalo, New York 14202-3725
        (716) 888-8888
        Fax: (716) 854-6291
        brian.goldstein@cellinoandbarnes.com

        *Lead Counsel for Plaintiffs*