**Milford Hospital**
300 Seaside Ave  Milford, CT 06460
(203) 876-4215

Patient: IRVING,JOHN F
D.O.B.:
Report Type: OPERATIVE REPORT
Dictated Date/Time: **11/10/11 1007**
Admit Date:

Unit #: M000000996

Dictating Physician: Esposito M.D.,David J
Attending: Esposito M.D.,David J
Discharge Date:

### Operative Report
Date of Operation:
**11/10/11**
Pre-Operative Diagnosis:
Status post placement of inferior vena caval filter.
Post-Operative Diagnosis:
Same
Operative Procedure:
Attempted removal of IVC filter via the right internal jugular vein and right common femoral vein
Surgeon:
Esposito, David J, M.D.
Assistant(s):
Paul Davis, M.D.
Anesthesia:
Local with sedation
Complications:
None
Findings:
Filter was unable to be removed, unable to get snare around proximal hook
Description of Procedure:
The patient is brought to the interventional radiology suite and placed in the supine position. Anesthesia administered conscious sedation during the procedure. The right neck and right groin were prepped and sterilely draped. 1% lidocaine was used as local anesthetic. Ultrasound guidance was used to identify the right internal jugular vein and it was punctured under ultrasound guidance. A wire was advanced in the superior vena cava under fluoroscopic guidance. An introducer sheath was passed and positioned just above the filter. IVC gram was performed and this revealed no evidence of thrombosis. A snare was passed through the introducer sheath with attempts to try and snare the proximal hook. Unfortunately, this was very difficult. Multiple attempts were done using different snares, balloons, and wires. After approximately 1.5 hours, the right common femoral artery was punctured and a wire and balloon were danced through the groin. Multiple attempts to try and pull off of the wall were unsuccessful. After over 2 hours of attempts, the procedure was aborted. The catheters and wires removed and hemostasis was secured with direct pressure. The patient tolerated the procedure well.

Esposito M.D.,David J                                      Nov 10, 2011 10:07

Dictated By: ESPOSDAV
Dictation Date/Time: 11/10/11 1007
ESPOSITO, DAVID J M.D.

Report #: 1110-0055

Dictated By: ESPOSDAV
Dictation Date/Time: 11/10/11 1007
Electronically signed by DAVID J ESPOSITO M.D.>Date/Time: 11/10/11 1007

Report #: 1110-0055

Dictated By: ESPOSDAV
Dictation Date/Time: 11/10/11 1007
ESPOSITO, DAVID J M.D.

Report #: 1110-0055

# Milford Hospital
## Diagnostic Imaging Department
300 Seaside Ave  Milford, CT  06460
(203) 876-4242

**Patient:** IRVING, JOHN F  **Unit #:** M000000996

**D.O.B.:**  **Age:** 58  **Location:** DTC

**Sex:** M  **PtType:** REGCLI  **Room #:**

**Report Type:** IMAGING REPORT  **Ordering:** ESPOSITO, DAVID J M.D.  **Study Date:** 11/10/11

**Exam:** INTERVENTIONAL PROCEDURE
**URN:** 807903.001

IVC gram and IVC filter removal attempt.

Impression: No evidence of thrombus identified in IVC.

Retrieval unsuccessful. Filter left in place.

Comment: This procedure was performed in conjunction with Dr. David Esposito. Please see his operative report regarding technical details. The venogram performed reveals no residual thrombus. The IVC filter cannot be removed despite multiple attempts utilizing multiple snares catheters and balloons. The patient tolerated the procedure well.

CPT code: 75961
Reason for exam: IVC Filter no longer required

Electronically Signed By:
DAVIS, PAULS M.D.

Transcribed Date/Time: 11/22/11 1822
Addendum Transcribed Date/Time:
CC: Esposito M.D., David J;

## **Addendum**

Transcribed Date/Time: 11/22/11 1822
Transcriptionist: PS
Addendum Transcribed Date/Time: 11/23/11 1502
Printed Date/Time:
Req #: 11-0057582                                             MH
Page: 1 of 2

Corrected CPT codes: 75961, 2 and 76937, 2

Addendum Signed by:
PAUL S DAVIS M.D.

Transcribed Date/Time: 11/22/11 1822
Transcriptionist: PS
Addendum Transcribed Date/Time: 11/23/11 1502
Printed Date/Time:
Req #: 11-0057582
Page: 2 of 2

MH