UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: Helene Dodd (Estate) 1:17-cv-537-RLY-TAB and Stephanie Lanita McCain 1:17-cv-3969-RLY-TAB _____ | ) ) ) ) ) | |

**ORDER REINSTATING COMPLAINTS OF HELENE DODD (ESTATE) and STEPHANIE LANITA MCCAIN**

**(Filing No. 10703)**

Pursuant to the stipulation of the parties, the Complaints of Helene Dodd (Estate) and Stephani Lanita McCain are reinstated as to all named defendants.

**SO ORDERED** this 26th day of June 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1