UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

**This Filing Relates to:**
**1:19-cv-2205-RLY-TAB  Sandidge**

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Constantine Venizelos**, counsel for **Sherry Sandidge on behalf of the Estate of William Sandidge**, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Constantine Venizelos**
**Constant Legal Group LLP**
**PO Box 161151**
**Cleveland, OH 44116**
**216.849.3326**
**dean@constantllp.com**

Dated: 6/26/2019

_T. BK_
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF