IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to the following Plaintiffs:

**Gettman, Barbara, Cause No.: 1:17-cv-06064-RLY-TAB**
**Hakim, Alfred, Cause No.: 1:17-cv-06064-RLY-TAB**
**Holdgreve, Dale, Cause No.: 1:17-cv-06064-RLY-TAB**
**Johnson, Henry, Cause No.: 1:17-cv-06064-RLY-TAB**
**Livingston, Detrice, Cause No.: 1:17-cv-06064-RLY-TAB**
**Novel, Wendy, Cause No.: 1:17-cv-06064-RLY-TAB**

_____

**PLAINTIFFS' RESPONSE TO THE COOK DEFENDANTS'**
**RENEWED MOTION TO DISMISS (DOC NO. 11232)**

COME NOW the above Plaintiffs and file this their Response to the Cook Defendants' Renewed Motion to Dismiss (Doc No. 11232), and would show the Court the following:

The above Plaintiffs were dismissed in their entirety with prejudice, with the exception of any claim arising from injury to Plaintiffs allegedly caused by a Cook IVC Filter that may occur in the future, by this Honorable Court on March 21, 2018 (Doc No. 7916).  See Order attached as Exhibit "A."

WHEREFORE, the Plaintiffs request this Court deny the Cook Defendants' Renewed Motion to Dismiss (Doc No. 11232) as to Plaintiffs Barbara Gettman, Alfred Hakim, Dale Holdgreve, Henry Johnson, Detrice Livingston, and Wendy Novel**.**

Respectfully submitted:

*/s/ Sindhu S. Daniel*_____
Sindhu S. Daniel
NJ Bar No. 010711996
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
sdaniel@baronbudd.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Sindhu S. Daniel*