IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570
_____

This Document Relates to the following Plaintiffs:

**Gettman, Barbara, Cause No.: 1:17-cv-06064-RLY-TAB**
**Hakim, Alfred, Cause No.: 1:17-cv-06064-RLY-TAB**
**Holdgreve, Dale, Cause No.: 1:17-cv-06064-RLY-TAB**
**Johnson, Henry, Cause No.: 1:17-cv-06064-RLY-TAB**
**Livingston, Detrice, Cause No.: 1:17-cv-06064-RLY-TAB**
**Novel, Wendy, Cause No.: 1:17-cv-06064-RLY-TAB**
_____

## ORDER

The above Plaintiffs were dismissed in their entirety with prejudice, with the exception of any claim arising from injury to Plaintiffs allegedly caused by a Cook IVC Filter that may occur in the future, on March 21, 2018 (Doc No. 7916). It is therefore,

Ordered that the Cook Defendants' Renewed Motion to Dismiss (Doc No. 11232) as to Plaintiffs Barbara Gettman, Alfred Hakim, Dale Holdgreve, Henry Johnson, Detrice Livingston, and Wendy Novel is denied**.**

Date:

_____
United States District Court
Southern District of Indiana