**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:19-cv-00119; 1:19-cv-01434; 1:19-cv-00140;
1:19-cv-01429; 1:19-cv-01212; 1:19-cv-00961;
1:19-cv-00165; 1:19-cv-00093; 1:19-cv-00904;
1:19-cv-00905; 1:19-cv-00144; 1:19-cv-00092;
1:19-cv-01340; 1:19-cv-00073; 1:19-cv-01337;
1:19-cv-00089; 1:19-cv-00097; 1:19-cv-00060;
1:19-cv-01010; 1:19-cv-01341; 1:19-cv-00070;
1:19-cv-01209; 1:19-cv-00124; 1:19-cv-01614;
1:19-cv-01358; 1:19-cv-00057; 1:19-cv-00168;
1:19-cv-01804; 1:19-cv-00170; 1:19-cv-00101;
1:19-cv-00072; 1:19-cv-00074.

**RESPONSE IN OPPOSITION TO DEFENDANTS' AMENDED MOTION TO DISMISS
WITHOUT PREJUDICE PURSUANT TO THE
COURT'S CATEGORIZATION ORDER**

COMES NOW the above Plaintiffs by and through their counsel, and respectfully request that this honorable court deny Defendants' Motion to Dismiss for Failure to Serve Case Categorization Form (Documents 11230, 11231) based on the following:

1.   All Plaintiffs' cases referenced were injured by a defective Cook IVC filter. The deadline on these cases were missed due to a clerical error in counsel's firm. As soon as we learned of the missed deadline we complied with the Case Categorization Order. All Case Categorization forms and supporting medicals were sent to Defendants and Plaintiff lead counsel on June 25, 2019 and June 26, 2019, see Exhibit 1.

2.     The Defendants now have received the Case Categorization Forms for the above Plaintiffs. While defendants have suffered no prejudice by the late submission, Plaintiffs may be irreparably harmed if their cases are dismissed.

Respectfully submitted,

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Rd
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEYS FOR THE PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Matthew R. McCarley*
**Matthew R. McCarley**