**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB MDL No. 2570 |

This Document Relates to the Following Actions:

1:19-cv-00119; 1:19-cv-01434; 1:19-cv-00140;
1:19-cv-01429; 1:19-cv-01212; 1:19-cv-00961;
1:19-cv-00165; 1:19-cv-00093; 1:19-cv-00904;
1:19-cv-00905; 1:19-cv-00144; 1:19-cv-00092;
1:19-cv-01340; 1:19-cv-00073; 1:19-cv-01337;
1:19-cv-00089; 1:19-cv-00097; 1:19-cv-00060;
1:19-cv-01010; 1:19-cv-01341; 1:19-cv-00070;
1:19-cv-01209; 1:19-cv-00124; 1:19-cv-01614;
1:19-cv-01358; 1:19-cv-00057; 1:19-cv-00168;
1:19-cv-01804; 1:19-cv-00170; 1:19-cv-00101;
1:19-cv-00072; 1:19-cv-00074.

<u>**EXHIBIT 1
TO
RESPONSE IN OPPOSITION TO DEFENDANTS' AMENDED MOTION TO DISMISS
WITHOUT PREJUDICE PURSUANT TO THE
COURT'S CATEGORIZATION ORDER**</u>

## Veronica McNeme

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:58 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | AMEY v. COOK INCORPORATED et al (1:19-cv-00119) |
| **Attachments:** | Amey, Carlton - Case Cat.pdf; Amey, Carlton - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.


Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

F★N
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver


*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

## Veronica McNeme

| | |
|---|---|
| **From:** | Veronica McNeme |
| **Sent:** | Tuesday, June 25, 2019 9:19 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Arati Furness; Jonathon Darby; Matthew McCarley; Craig Nakagai; Tarek Abbassi |
| **Subject:** | APPLEGATE v. COOK INCORPORATED et al (1:19-cv-1434) |
| **Attachments:** | Applegate, Debra - Case Cat.pdf; Applegate, Debra - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you.

**Veronica C. McNeme**
Mass Tort Paralegal
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

## Veronica McNeme

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 8:01 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | BORDNER v. COOK INCORPORATED et al (1:19-cv-00140) |
| **Attachments:** | Bordner, June - OpDocs.pdf; Bordner, June - Case Cat.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.


Thank you,

Tarek Abbassi



**Tarek C. Abbassi**
Attorney

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

## Veronica McNeme

| | |
|---|---|
| **From:** | Veronica McNeme |
| **Sent:** | Tuesday, June 25, 2019 9:17 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Arati Furness; Jonathon Darby; Matthew McCarley; Craig Nakagai; Tarek Abbassi |
| **Subject:** | CLARK et al v. COOK INCORPORATED et al (1:19-cv-1429) |
| **Attachments:** | Clark, Eric - Case Cat.pdf; Clark, Eric - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you.

**Veronica C. McNeme**
Mass Tort Paralegal
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

## Veronica McNeme

| | |
|---|---|
| **From:** | Veronica McNeme |
| **Sent:** | Tuesday, June 25, 2019 9:07 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Arati Furness; Jonathon Darby; Matthew McCarley; Craig Nakagai; Tarek Abbassi |
| **Subject:** | COOK v. COOK INCORPORATED et al (1:19-cv-01212) |
| **Attachments:** | Cook, George - OpDocs.pdf; Cook, George - Case Cat.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you.

**Veronica C. McNeme**
Mass Tort Paralegal
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**Veronica McNeme**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 8:15 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | COVINGTON et al v. COOK INCORPORATED et al (1:19-cv-00961) |
| **Attachments:** | Covington, Tyrone - Case Cat.pdf; Covington, Tyrone - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.


Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver


*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Veronica McNeme**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 8:04 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | DICKT v. COOK INCORPORATED et al (1:19-cv-00165) |
| **Attachments:** | Dickt, Lydian - OpDocs.pdf; Dickt, Lydian - Case Cat.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

F★N
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Veronica McNeme**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:50 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | EGAN v. COOK INCORPORATED et al (1:19-cv-00093) |
| **Attachments:** | Egan, James J. - Case Cat.pdf; Egan, James J. - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

FN
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**Veronica McNeme**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 8:11 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | FIERRO v. COOK INCORPORATED et al (1:19-cv-00904) |
| **Attachments:** | Fierro, Cassandra - OpDocs.pdf; Fierro, Cassandra - Case Cat.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.


Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

**F☆N**
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver


*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Veronica McNeme**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 8:13 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | FISHER et al v. COOK INCORPORATED et al (1:19-cv-00905) |
| **Attachments:** | Fisher, Robert - OpDocs.pdf; Fisher, Robert - Case Cat.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

F**★**N

FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 8:03 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | GAY et al v. COOK INCORPORATED et al (1:19-cv-00144) |
| **Attachments:** | Gay, Errol - Case Cat.pdf; Gay, Errol - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

**F★N**
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

## Jonathon Darby

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:48 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | HOPE v. COOK INCORPORATED et al (1:19-cv-00092) |
| **Attachments:** | Hope, Felicia - Case Cat.pdf; Hope, Felicia - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

F☆N
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**Jonathon Darby**

| | |
|---|---|
| **From:** | Veronica McNeme |
| **Sent:** | Tuesday, June 25, 2019 9:12 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Arati Furness; Jonathon Darby; Matthew McCarley; Craig Nakagai; Tarek Abbassi |
| **Subject:** | IZZO v. COOK INCORPORATED et al (1:19-cv-1340) |
| **Attachments:** | Izzo, Todd - Case Cat.pdf; Izzo, Todd - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you.

**Veronica C. McNeme**
Mass Tort Paralegal
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

## Jonathon Darby

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:43 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | JOHNSON v. COOK INCORPORATED et al (1:19-cv-00073) |
| **Attachments:** | Johnson, Audrey Kay - OpDocs.pdf; Johnson, Audrey Kay - Case Cat.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.


Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

F☆N
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver


*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

| | |
|---|---|
| **From:** | Veronica McNeme |
| **Sent:** | Tuesday, June 25, 2019 9:10 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Arati Furness; Jonathon Darby; Matthew McCarley; Craig Nakagai; Tarek Abbassi |
| **Subject:** | JOHNSON v. COOK INCORPORATED et al (1:19-cv-1337) |
| **Attachments:** | Johnson, Sherry - Case Cat.pdf; Johnson, Sherry - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you.

**Veronica C. McNeme**
Mass Tort Paralegal
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named*
*above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the*
*intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in*
*error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in*
*error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

---

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:47 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | JOHNSON v. COOK INCORPORATED et al (1:19-cv-00089) |
| **Attachments:** | Johnson, Willie R. - Case Cat.pdf; Johnson, Willie R. - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

F☆N
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:52 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | JOSEPH v. COOK INCORPORATED et al (1:19-cv-00097) |
| **Attachments:** | Joseph, Yolanda - Case Cat.pdf; Joseph, Yolanda - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

**F N**
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**Jonathon Darby**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:35 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | KUPINEWICZ et al v. COOK INCORPORATED et al (1:19-cv-00060) |
| **Attachments:** | Kupinewicz, Teresa - OpDocs.pdf; Kupinewicz, Teresa - Case Cat.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

**F☆N**
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 8:16 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | LIVERS et al v. COOK INCORPORATED et al (1:19-cv-01010) |
| **Attachments:** | Livers, Shawnee - Case Cat.pdf; Livers, Shawnee - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

F⬟N
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

---

| | |
|---|---|
| **From:** | Veronica McNeme |
| **Sent:** | Tuesday, June 25, 2019 9:14 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Arati Furness; Jonathon Darby; Matthew McCarley; Craig Nakagai; Tarek Abbassi |
| **Subject:** | MCCALL v. COOK INCORPORATED et al (1:19-cv-1341) |
| **Attachments:** | McCall, Tanya - Case Cat.pdf; McCall, Tanya - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you.

**Veronica C. McNeme**
Mass Tort Paralegal
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

## Jonathon Darby

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:36 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | MCCOLLUM v. COOK INCORPORATED et al (1:19-cv-00070) |
| **Attachments:** | McCollum, Joyce - OpDocs.pdf; McCollum, Joyce - Case Cat.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

**F N**
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

| | |
|---|---|
| **From:** | Veronica McNeme |
| **Sent:** | Tuesday, June 25, 2019 8:57 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai; Tarek Abbassi |
| **Subject:** | NELSON v. COOK INCORPORATED et al (1:19-cv-01209) |
| **Attachments:** | Nelson, James - Case Cat.pdf; Nelson, James - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you.

**Veronica C. McNeme**
Mass Tort Paralegal
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:59 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | PATTON v. COOK INCORPORATED et al (1:19-cv-00124) |
| **Attachments:** | Patton, Amien Mufeed - OpDocs.pdf; Patton, Amien Mufeed - Case Cat.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

**F⬟N**
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

## Jonathon Darby

| | |
|---|---|
| **From:** | Veronica McNeme |
| **Sent:** | Tuesday, June 25, 2019 9:21 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Arati Furness; Jonathon Darby; Matthew McCarley; Craig Nakagai; Tarek Abbassi |
| **Subject:** | Rodriguez v. COOK INCORPORATED et al (1:19-cv-1614) |
| **Attachments:** | Rodriguez, Elisa - Case Cat.pdf; Rodriguez, Elisa - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you.

**Veronica C. McNeme**
Mass Tort Paralegal
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**Jonathon Darby**

| | |
|---|---|
| **From:** | Veronica McNeme |
| **Sent:** | Tuesday, June 25, 2019 9:16 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Arati Furness; Jonathon Darby; Matthew McCarley; Craig Nakagai; Tarek Abbassi |
| **Subject:** | RUSSELL et al v. COOK INCORPORATED et al (1:19-cv-1358) |
| **Attachments:** | Russell, Buddy - Case Cat.pdf; Russell, Buddy - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you.

**Veronica C. McNeme**
Mass Tort Paralegal
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

---

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 8:10 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | SANTIAGO VASQUEZ v. COOK INCORPORATED et al (1:19-cv-00170) |
| **Attachments:** | Santiago Vasquez, Myrna - Case Cat.pdf; Santiago Vasquez, Myrna - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

**F★N**
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

---

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:32 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley |
| **Cc:** | Craig Nakagai |
| **Subject:** | SCHECH v. COOK INCORPORATED et al (1:19-cv-00057) |
| **Attachments:** | Schech, Jonathan - OpDocs.pdf; Schech, Jonathan - Case Cat.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney



214.890.0711 Main Phone
469.453.1086 Direct
214.890.0712 Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

---

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**Jonathon Darby**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 8:07 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | SPANGLER et al v. COOK INCORPORATED et al (1:19-cv-00168) |
| **Attachments:** | Spangler, Jessie - Case Cat.pdf; Spangler, Jessie - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

FN
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

## Jonathon Darby

| | |
|---|---|
| **From:** | Craig Nakagai |
| **Sent:** | Friday, May 3, 2019 2:09 PM |
| **To:** | Veronica McNeme; 'CookFilterMDL@FaegreBD.com'; Matthew McCarley; Jonathon Darby; Arati Furness |
| **Subject:** | TROXLER et al v. COOK INCORPORATED et al(1:19-cv-01804) |
| **Attachments:** | Troxler, Mark - 190503 Request to Waiver Service.pdf; Troxler, Mark - 190503 Short Form Complaint_Court Stamped.pdf |

Dear Counsel,

Please see the attached file stamped complaint and request to waive service for the above referenced case.

Thank you.

Best,
**Craig Nakagai**
**Legal Assistant**
Fears Nachawati Law Firm
**\*\*\*\* We have moved! We are now located at the address below \*\*\*\***
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

---

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:56 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | WETHERBEE v. COOK INCORPORATED et al (1:19-cv-00101) |
| **Attachments:** | Wetherbee, Robert - Case Cat.pdf; Wetherbee, Robert - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

F☆N
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

---

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:40 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | WILBANKS et al v. COOK INCORPORATED et al (1:19-cv-00072) |
| **Attachments:** | Wilbanks, Tracey - Case Cat.pdf; Wilbanks, Tracey - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.


Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

F★N
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver


*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**Jonathon Darby**

| | |
|---|---|
| **From:** | Tarek Abbassi |
| **Sent:** | Tuesday, June 25, 2019 7:45 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com; Arati Furness; Jonathon Darby; Veronica McNeme; Matthew McCarley; Craig Nakagai |
| **Subject:** | WILLIAMSON v. COOK INCORPORATED et al (1:19-cv-00074) |
| **Attachments:** | Williamson, Clayton - Case Cat.pdf; Williamson, Clayton - OpDocs.pdf |

Dear counsel,

Please see attached medical records and categorization form pursuant to court order for the above referenced case.

Thank you,

Tarek Abbassi

**Tarek C. Abbassi**
Attorney

F☆N
FEARS | NACHAWATI, PLLC

214.890.0711  Main Phone
469.453.1086  Direct
214.890.0712  Fax

5473 Blair Road
Dallas, TX 75231

www.fnlawfirm.com

Dallas · Fort Worth · Austin · San Antonio · Tampa · Denver

*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*