IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Plaintiff **JOHN F. IRVING**, Civil Case # 1:16-cv-03468
Plaintiff **JADA BAKER**, Civil Case # 1:17-cv-02435
Plaintiff **TERESA WALKER**, Civil Case # 1-18-cv-00516

### PLAINTIFFS' MOTION FOR ORAL ARGUMENT PURSUANT TO RULE 7-5

Plaintiffs John Irving, Jada Baker, and Teresa Walker respectfully submit this Motion for Oral Argument regarding the Motion for Reconsideration stating the following in support:

### REQUEST FOR ORAL ARGUMENT

The Plaintiffs' counsel have made clear to both defendants and plaintiff leadership that he would like to appear before this Court. Pursuant to local rule 7-5 plaintiffs would request an oral argument because the issues involving this matter are unique to each individual firm and drastic in their prejudicial nature to the individual plaintiffs if the motion to reconsider is not granted. It is not believed that oral argument by the undersigned on behalf of the three plaintiffs listed would take more than 15 to 20 minutes. Plaintiff has heard conflicting information regarding an oral hearing, defense stating it may take place at the next status hearing on July 11, 2019 and plaintiff leadership stating it may be a separate date.

Plaintiff would like to have the opportunity to appear in person before this Court and be given enough notice to make arrangements to travel to Indianapolis.

For these reasons, Plaintiffs respectfully move this honorable Court to vacate its order granting dismissal and reinstate these actions in MDL 2570.

Dated: June 28, 2019                                Respectfully submitted,

                                                          John F. Irving, Plaintiff
                                                          Jada Baker, Plaintiff
                                                          Teresa Walker, Plaintiff

                                      By:    /s/ Sean T. Keith
                                                 Sean T. Keith, ABA 93158
                                                 Keith, Miller, Butler,
                                                 Schneider & Pawlik, PLLC
                                                 224 S. 2nd St., Rogers, AR  72756
                                                 Ph. (479) 621-0006/Fax (479) 631-6890
                                                 skeith@arkattorneys.com

                                                 *Attorney for Plaintiffs*

## VERIFICATION

I, Sean T. Keith, counsel for Plaintiff, attest under oath and penalty of perjury that the foregoing is true and correct.

_____
Sean T. Keith

**STATE OF ARKANSAS**        )
                             ) ss.
**COUNTY OF BENTON**         )

Be it remembered that on this 28th day of June, 2019, before me, the undersigned Notary Public, duly commissioned and acting in and for the County and State aforesaid, personally appeared Sean T. Keith, who stated that he had executed this document for the consideration and purposes therein mentioned and set forth.

_____
Notary Public

My Commission Expires:

12/8/24

CATHERINE PATTERSON
BENTON COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires December 08, 2024
Commission No. 12402320

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, I filed the foregoing via the Court's electronic filing system, which shall send notice of the filing and a copy thereof to all counsel of record.

/s/ Sean T. Keith
Sean T. Keith