IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:19-cv-01652 | 1:19-cv-01719 | 1:19-cv-01775 | 1:19-cv-02168 |
| 1:19-cv-01658 | 1:19-cv-01722 | 1:19-cv-01979 | 1:19-cv-02170 |
| 1:19-cv-01674 | 1:19-cv-01723 | 1:19-cv-02053 | 1:19-cv-02171 |
| 1:19-cv-01675 | 1:19-cv-01730 | 1:19-cv-02120 | 1:19-cv-02174 |
| 1:19-cv-01691 | 1:19-cv-01771 | 1:19-cv-02154 | 1:19-cv-02178 |
| 1:19-cv-01713 | 1:19-cv-01773 | 1:19-cv-02158 | |
| 1:19-cv-01715 | 1:19-cv-01774 | 1:19-cv-02160 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:  July 1, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald