UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions only:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____

**MOTION FOR LEAVE TO
FILE A REPLY BRIEF IN EXCESS OF 20 PAGES**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook") respectfully move this Court for an order granting them leave to file a reply brief in excess of 20 pages, specifically The Cook Defendants' Reply Memorandum in Support of Motion for New Trial. This brief will be electronically filed today, July 1, 2019. In support of this motion, the Cook Defendants state:

1. Local Rule 7.1 provides that reply briefs (excluding tables of contents, tables of authorities, appendices, and certificates of service) may not exceed 20 pages without prior approval of the Court. *See* Local Rule 7-1.

2. The Cook Defendants hereby request leave to file a reply brief in excess of 20 pages in support of The Cook Defendants' Motion for New Trial.

3. The Cook Defendants require a memorandum of more than 20 pages to reply to Plaintiff's response to the Cook Defendants' Motion for New Trial. The original motion and the

US.123730294.02

- 2 -

response address four separate grounds for a new trial, and additional pages are necessary given the length of this Bellwether trial and the scope of evidentiary issues raised in the motion.

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary for the reasons detailed above to request leave of court to exceed the 20-page maximum set forth in Local Rule 7-1.

5. Cook will be able to adequately address the issues raised in 50 pages or less.

6. Pursuant to Local Rule 7-1(e)(3), Cook has included a table of contents, a statement of issues, and a table of authorities in its Reply Memorandum in Support.

7. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a reply memorandum in excess of 20 pages in support of The Cook Defendants' Motion for New Trial.

- 2 -
US.123730294.02

- 3 -

Respectfully submitted,

Dated: July 1, 2019

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

Chuck Webber (# 0215247)
Bruce Jones (#0179553)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota   55402
Telephone:  (612) 766-7000
Facsimile:  (612)766-1600
E-Mail: chuck.webber@faegrebd.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

I certify that on July 1, 2019, a copy of the foregoing **MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS 20 PAGES** was filed electronically. Parties may access this filing through the Court's electronic records system.

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson

US.123730294.02