**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

---

This Document Relates to:

   *Brand v. Cook Medical, Inc. et al.,*
   Case No. 1:14-cv-06018-RLY-TAB

---

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN
UNDER SEAL THE COOK DEFENDANTS' REPLY MEMORANDUM
<u>IN SUPPORT OF MOTION FOR NEW TRIAL</u>**

This matter has come before the Court on The Cook Defendants' Motion to Maintain

Under Seal The Cook Defendants' Reply Memorandum in Support of Motion for New Trial.

The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being

otherwise duly advised, finds that good cause exists and that the relief sought by the Cook

Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **The Cook Defendants' Reply Memorandum in**

**Support of Motion for New Trial** is to be maintained ***under seal.***

SO ORDERED this _____ day of _____, 2019.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.123732877.03