IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## WITHDRAWAL OF APPEARANCE

I, Kristy M. Arevalo, hereby file this Withdrawal of Appearance on behalf of Joseph G. Sauder, attorney for Plaintiffs. The Plaintiffs (Margaret Decoteau and Gregory Pattyn) will continue to be represented by the other counsel of record in this litigation, listed below.

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, the foregoing Withdrawal of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 2, 2019

*/s/ Kristy M. Arevalo*
Kristy M. Arevalo
McCune Wright Arevalo LLP
3281 East Guasti Road
Suite 100
Ontario, CA 91761
kma@mccunewright.com

*Attorney for Plaintiffs*