THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

02 1P **$ 000.65⁰**
0003190095 JUN 21 2019
MAILED FROM ZIP CODE 46204

PITNEY BOWES

**Cliff W. Marcek**
**Cliff W. Marcek, P.C.**
**700 S. Third St.**
**Las Vegas, NV 89101**

RECEIVED

JUL 01 2019

U.S. CLERKS OFFICE

NIXIE        891 FE 1         0006/27/19

RETURN TO SENDER
ATTEMPTED — NOT KNOWN
UNABLE TO FORWARD

BC: 46204199999        *2212-06427-21-38

ANK