THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

David J. Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30th Street, Ste 4
Tacoma, WA 98403

NIXIE        980    FE 1700       0006/28/19
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
    FWD
BC: 46204199999        *2212-06446-21-38