THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

IN 460
21 JUN '19
PM 1 L

$ 000.65
02 1P
0003190095    JUN 21 2019
MAILED FROM ZIP CODE 46204

RECEIVED
JUL 01 2019

Maya G. Brenes
Brenes Law Group PC
16A Journey, Suite 200
Long Beach, CA 90802

NIXIE    911   DE  1700
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD