THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

$ 000.65
02 1P
0003190095    JUN 21 2019
MAILED FROM ZIP CODE 46204

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280, Suite 240
Birmingham, AL 35223

RECEIVED
JUL 01 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

NIXIE      352 FE 1   00        0006/26/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF
46204>1999
35223-246965