# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>***Sandra Yerman v. Cook Medical, Inc., et al.***<br>**Case No.: 1:19-cv-00524-RLY-TAB** | Case No.: 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570<br><br>District Judge Richard L. Young<br>Magistrate Judge Tim A. Baker |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of the Plaintiff in this case be dismissed without prejudice, each party to bear its own costs.  Plaintiff is not communicating with her counsel or otherwise prosecuting this case despite multiple attempts by counsel to reach her through every possible communication method over the past several months.  The proper course is to now dismiss this case without prejudice.

Dated: July 2, 2019

**LOWE LAW GROUP**

By: /s/ *Nathan Buttars*
Nathan Buttars
T. Aaron Stringer
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Tel: 801-917-8500
Fax: 801-917-8484
Email: nate@lowelawgroup.com
aaron@lowelawgroup.com

Counsel for Plaintiffs

**FAEGRE BAKER DANIELS LLP**

By: /s/ *Kip S.M. McDonald*
Kip S.M. McDonald
Andrea Roberts Pierson
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
Main: 812-459-7486
Fax: 317-237-1000
Kip.mcdonald@faegrebd.com
Andrea.pierson@faegrebd.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2019, the foregoing *Stipulation of Dismissal* was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to and served upon all counsel of record by operation of the Court's electronic filing system.

/s/ *Nathan Buttars*