# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ML-2570-RLY-TAB<br>MDL No 2570 |
| HENRY F. SOUDER and MARTHA ANN SOUDER<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>　　　　Defendants. | Civil Case # 1:17-cv-01779-RLY-TAB |

## NOTICE AND SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby gives notice of the death of Plaintiff Henry F. Souder. Plaintiff attaches hereto and fully incorporates herein a copy of the Certificate of Death as Exhibit A. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Henry Souder's estate.

DATED:　　07/02/2019

Respectfully Submitted,

By: /s/ Marlene J Goldenberg
Marlene J. Goldenberg
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
mjgoldenberg@goldenberglaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019 a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED:     07/02/2019

By: /s/ Marlene J Goldenberg
Marlene J. Goldenberg
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
mjgoldenberg@goldenberglaw.com
*Counsel for Plaintiff*