Exhibit A

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
NOV 20 2018

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-18-173925

1. LEGAL NAME OF DECEASED: HENRY F. SOUDER SR
2. DATE OF DEATH: NOVEMBER 12, 2018
3. SEX: MALE
5. AGE — Last Birthday (Years): 85
6. BIRTHPLACE: HURST, TX
8. MARITAL STATUS AT TIME OF DEATH: ☒ Widowed
10b. APT. NO.: 10
10c. CITY OR TOWN: FORT WORTH
10d. COUNTY: TARRANT
10e. STATE: TEXAS
10f. ZIP CODE: 76137-6640
10g. INSIDE CITY LIMITS?: ☒ Yes
11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: COLUMBUS AGUSTUS SOUDER
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: LYDIA E. WILDER
13. PLACE OF DEATH: ☒ Nursing Home
14. COUNTY OF DEATH: TARRANT
15. CITY/TOWN, ZIP: FORT WORTH, 76137
16. FACILITY NAME: RIVERSIDE INN-MEMORY CARE
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: CHERI MCDUFF - DAUGHTER
19. METHOD OF DISPOSITION: ☒ Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: ERIC ALFORD, BY ELECTRONIC SIGNATURE - 10043
21. ☒ Unknown
22. PLACE OF DISPOSITION: ARWINE CEMETERY
23. LOCATION: HURST, TX
24. NAME OF FUNERAL FACILITY: GREENWOOD F H CREMATION - MOUNT OLIVET CHAPEL
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 2301 NORTH SYLVANIA AT N.E. 28TH ST, FORT WORTH, TX 76111
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: CHRIS MCGEE, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: NOVEMBER 19, 2018
29. LICENSE NUMBER: L5045
30. TIME OF DEATH: 12:43 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: CHRIS MCGEE 1401 BRIAR CROSSING DRIVE, DECATUR, TX 76234
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:
   a. IMMEDIATE CAUSE: SENILE DEGENERATIVE BRAIN DISEASE — Approximate interval Onset to death: YEARS

34. WAS AN AUTOPSY PERFORMED?: ☒ No
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH?: ☒ No

42a. REGISTRAR FILE NO.: 06 9120
42b. DATE RECEIVED BY LOCAL REGISTRAR: NOVEMBER 19, 2018
42c. REGISTRAR: REGISTRAR - TARRANT COUNTY CLERK, ELECTRONICALLY FILED
EDR NUMBER: 000002409247

VS-112 REV 1/2006

Barcode: QA1366027

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED NOV 26 2018

TARA DAS
STATE REGISTRAR



WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND