IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:17-cv-2877-RLY-TAB   Jones

## ORDER

On June 28, 2019, the Court received a letter from Plaintiff, pro se, even though he continues to be represented by counsel. The Plaintiff is advised that this letter will be forwarded, unread, to his counsel, who will decide whether and in what form to present the information contained in it to the Court. He is further advised that future communications such as this, relating to this or any other case before the Court, should be directed to his counsel who will present them to the Court in proper form, at counsel's discretion.

Date: 7/3/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.

Via U.S. Mail to:

| | |
|---|---|
| Howard L. Nations<br>THE NATIONS LAW FIRM<br>3131 Briarpark Drive, Suite 208<br>Houston, TX  77042<br>(with original correspondence) | Steven Lathel Jones<br>DC# J21218<br>Columbia Correctional Institution Annex<br>216 SE Correctional Way<br>Lake City, FL  32025 |