IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

CHRISTOPHER GIBBS, Plaintiff

Civil Case# 1:19-cv-1642-RLY-TAB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CHRISTOPHER GIBBS and DEFENDANTS, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, file this Stipulation of Dismissal With Prejudice, because:

This action was filed on April 23, 2019. Unbeknownst to Plaintiff's counsel in this specific cause, Christopher Gibbs is represented by another law firm, The Miller Law Firm, LLC, who filed another action in this MDL, Cause no. 1:18−cv−01263−RLY−TAB, filed on April 26, 2018, prior to this action being filed.

Accordingly, the parties agree to dismiss all of Plaintiff, Christopher Gibbs', claims, in this specific cause, No. 1:19-cv-1642-RLY-TAB, only, **with prejudice**, but **without prejudice** as to any claims Christopher Gibbs may have against any and all Defendants in Cause no. 1:18−cv−01263−RLY−TAB, filed in this MDL. Defendants agree to not raise an issue or claim preclusion affirmative defense, or a judicial estoppel affirmative defense, in the first action Cause no. 1:18−cv−01263−RLY−TAB, based on this dismissal.

All parties shall bear their own fees and costs.

Date: July 2, 2019

                        Respectfully submitted,

                        /s/ John T. Kirtley, III
                        FERRER, POIROT & WANSBROUGH

                        John T. Kirtley, III
                        Texas Bar No. 11534050
                        2603 Oak Lawn Avenue, Suite 300
                        P.O. Box 199109
                        Dallas, Texas 75219
                        (214) 521-4412 - Phone
                        (214) 526-6026 Fax
                        jkirtley@lawyerworks.com
                        (Asst. molvera@lawyerworks.com)
                        *Attorney-in-charge for Plaintiff,*
                        *Christopher Gibbs*

                        /s/ Andrea Roberts Pierson
                        Andrea Roberts Pierson (# 18435-49)
                        John T. Schlafer (# 28771-49)
                        FAEGRE BAKER DANIELS LLP
                        300 North Meridian Street, Suite 2700
                        Indianapolis, Indiana 46204
                        Telephone: (317) 237-0300
                        Facsimile: (317) 237-1000
                        Email: andrea.pierson@faegrebd.com
                        Email: john.schlafer@faegrebd.com
                        James Stephen Bennett (# 22869-02)
                        FAEGRE BAKER DANIELS LLP
                        110 W. Berry Street, Suite 2400
                        Fort Wayne, Indiana 46802
                        Telephone: (260) 424-8000
                        Facsimile: (260) 460-1700
                        stephen.bennett@faegrebd.com
                        *Counsel for Defendants,*
                        *Cook Incorporated, Cook Medical LLC (f/k/a Cook*
                        *Medical Incorporated), and William Cook Europe*
                        *ApS*