IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
TYMER YEATES
Civil Case No.: 1:19-cv-1381

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COMES NOW Plaintiff Tymer Yeates, by and through his undersigned counsel, and files this Response to Defendants' Motion to Dismiss (CM/ECF Doc. 11227) his action for failure to serve a Plaintiff Profile Sheet ("PPS") in accordance with Case Management Order No. 4.

Plaintiff's action should not be dismissed as Plaintiff's completed and verified PPS and medical authorizations were submitted to the Defendants via the Secure File Transfer site and email notice was provided to CookFilterMDL@FaegreBD.com on June 27, 2019. (See Exhibit 1, proof of submission and email to Cook Defendants). As Defendants have been now been served with a completed Plaintiff Profile Sheet, the Court should deny their Motion to Dismiss as it pertains to the above referenced Plaintiff.

/s/Michael S. Kruse
Michael S. Kruse, E.D. Mo. Bar # 57818MO
**NIEMEYER, GREBEL & KRUSE, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
Telephone: (314) 241-1919
Facsimile: (314) 665-3017
kruse@ngklawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served this 3rd day of July, 2019 by way of the Court's CM/ECF Filing System.

/s/ Michael S. Kruse