# EXHIBIT 1

# Michael Kruse

| | |
|---|---|
| From: | kruse@ngklawfirm.com |
| Sent: | Thursday, June 27, 2019 12:07 PM |
| To: | CookFilterMDL@faegrebd.com |
| Subject: | CookFilterMDL |

**You have received 5 secure files from kruse@ngklawfirm.com.**
Use the secure links below to download.

Attached is the completed PPS, authorizations, medical records and Exhibit A for Plaintiff Tymer Yeates (1:19-cv-01381). Additional medical records can be downloaded from the following Box link:

[REDACTED]

Best regards,

Michael

**Secure File Downloads:**
Available until: **03 July 2019**

Click links to download:

    **PPS-Yeates, Tymer.pdf**
    3.04 MB

    **Exhibit A-Yeates, Tymer.pdf**
    1.74 MB

    **McKay Dee Hospital_NO IVC STICKER (Purged).pdf**
    218.90 KB

    **McKay-Dee Hosp - RECS.pdf**
    65.92 MB

    **Ogden Regional Imaging Center.pdf**
    94.99 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

# Michael Kruse

| | |
|---|---|
| **From:** | Michael Kruse |
| **Sent:** | Thursday, June 27, 2019 12:24 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Subject:** | Tymer Yeates (1:19-cv-01381) |

The PPS and Exhibit A for Plaintiff Tymer Yeates (1:19-cv-01381).

Best regards,

Michael

Michael S. Kruse
**Niemeyer, Grebel & Kruse, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
(314) 241-1919 (phone)
(314) 665-3017 (fax)
www.ngklawfirm.com



The information transmitted in this e-mail message is intended only for the addressee and may contain CONFIDENTIAL and/or PRIVILEGED material.  Any interception, review, transmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is UNAUTHORIZED, prohibited by law and may subject such users to criminal or civil penalty.  If you received this communication in error, please (1) contact the sender above; (2) advise Niemeyer Grebel Kruse of such receipt; and (3) delete the communication completely from your computer or network system. All recipients are advised that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.