**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to Plaintiffs:

Leonard Anthony Tursi, 1:19-cv-01338
Phyllis A. Jones, 1:19-cv-01510
James Nelson, 1:19-cv-01209

### RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COMES NOW the above Plaintiffs by and through their counsel, and respectfully request that this honorable court deny Defendants' Motion to Dismiss (Documents 11227) based on the following:

1. All Plaintiffs' cases referenced were injured by a defective Cook IVC filter. Plaintiffs' counsel had temporary lost contact with these clients. Specifically, we recently received a response from Mr. Leonard Tursi who indicated he had been ill. He is working with our office to get the documents completed and signed within a week's time.

3. Ms. Phyllis Jones advised us she was away from home and needed her daughter's assistance with writing as she is unable to complete the forms on her own. Both Ms. Jones and her daughter have agreed to return the forms in the next few days.

4. Plaintiff's counsel has contacted Mr. James Nelson via text, email, phone and letter. We are still working to get ahold of Mr. Nelson.

2.  Plaintiff's counsel is requesting an additional thirty (30) days to serve Defendants with the Plaintiff Profile Forms. While defendants will not suffer any prejudice by the late submission, Plaintiffs may be irreparably harmed if their cases are dismissed.

Respectfully submitted,

*/s/ Arati C. Furness*
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Rd
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712
**ATTORNEY FOR THE PLAINTIFF(S)**

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, copy of the foregoing Response to Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Arati C. Furness*
**Arati C. Furness**