IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

CHRISTOPHER GIBBS, Plaintiff

Civil Case# 1:19-CV-1642-RLY-TAB

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court has considered the Parties' Stipulation of Dismissal With Prejudice.  Doc. 11291 .

**IT IS ORDERED** that the parties' Stipulation of Dismissal (Doc. 11291 ) is **granted.**

This case, CHRISTOPHER GIBBS v. Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS, No. 1:19-CV-1642-RLY-TAB, is hereby dismissed with prejudice, but without prejudice as to any claims CHRISTOPHER GIBBS may have against any and all Defendants in Cause no. 1:18-cv-1263, filed in this MDL.

Costs of Court shall be taxed against the party incurring same.

Dated this   5th   day of July, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana