# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

1:16-cv-3468
1:17-cv-1327

## APPEARANCE OF COUNSEL

To:  The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   July 8, 2019

*/s/ Eldin Hasic*
Eldin Hasic (#32627-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
E-Mail:  eldin.hasic@FaegreBD.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

              */s/ Eldin Hasic*