UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br>Jerome Milner and Mia Clinton, as beneficiaries of Vera Holder | Civil Case # 1:19-CV-00294<br><br>**NOTICE OF CHANGE OF FIRM AFFILIATION** |

**NOTICE IS HEREBY GIVEN** that effective April 1, 2019, undersigned Paul L. Stoller is no longer affiliated with Gallagher & Kennedy PA. Effective immediately, all filings, correspondence, and contacts should be addressed as follows:

> Paul L. Stoller
> DALIMONTE RUEB STOLLER, LLP
> 2425 East Camelback Road, Suite 500
> Phoenix, Arizona.  85016
> paul@drlawllp.com
> 602-888-2807

DATED this 8th day of July 2019.

DALIMONTE RUEB STOLLER, LLP


*/s/Paul L. Stoller*
Paul L. Stoller
*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*