THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS



02 1P
0003190095   JUN 21 2019
MAILED FROM ZIP CODE 46204

Kevin L. Edwards
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street, Suite 100
Dallas, TX 75204

RECEIVED
JUL 08 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

NIXIE    750    FE 1700    0007/04/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 46204199999    *2212-06008-21-38