THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS



$ 000.65
02 1P
0003190095   JUN 21 2019
MAILED FROM ZIP CODE 46204

John Pinckney Harloe, III
FREESE & GOSS PLLC
3031 Allen Street
Dallas, TX 75204

RECEIVED
JUL 08 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

NIXIE     750   DE 1700     0007/04/19
          RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 46204199999     *2212-06426-21-38