THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

RECEIVED
JUL 08 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA



$ 000.65
JUN 21 2019
MAILED FROM ZIP CODE 46204

Pedro de la Cerda
Edwards and de la Cerda PLLC
3031 Allen Street, Suite 100
Dallas, TX 75204

NIXIE        750    DE  1700         0007/04/19
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
BC: 46204199999         *1882-00623-04-25