THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS



IN 460
21 JUN '19
PM 7 L

02 1P   $ 000.65
0003190095   JUN 21 2019
MAILED FROM ZIP CODE 46204

Peter De La Cerda
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street, Suite 100
Dallas, TX 75204

RECEIVED

JUL 08 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

NIXIE        750    DE  1700       0007/04/19
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 46204199999       *1612-08647-21-36