THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS




$000.65
02 1P
0003190095   JUN 21 2019
MAILED FROM ZIP CODE 46204

**Steven R. Maher**
**MAHER GUILEY AND MAHER**

Return to Sender
Addressee not known
Unable to forward / Moved

RECEIVED

JUL 08 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA



07/04