# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) | ) ) |
| JESSE WARDRIP<br>Civil Case No. 1:17-cv-04739-RLY-TAB | ) ) ) |

## STIPULATION OF DISMISSAL

Comes now, Plaintiff, Jesse Wardrip, and Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS, in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Jesse Wardrip in this action against Cook Incorporated, Cook Medical LLC and William Cook Europe APS are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**ATTORNEYS FOR PLAINTIFF
JESSE WARDRIP**

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 - Facsimile
Andrea.pierson@faegrebd.com

**ATTORNEY FOR COOK INCORPORATED, COOK MEDICAL LLC AND WILLIAM COOK EUROPE APS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: July 9, 2019

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com
