IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Bunner, Roger, 1:19-cv-01036-RLY-TAB

## PLAINTIFF ROGER CARL BUNNER II'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Defendants have moved to dismiss this case, alleging Plaintiff has not served a Plaintiff Profile Form. Plaintiff respectfully requests additional time in which to prepare and serve the Plaintiff Profile Form.

This case was recently filed in March of this year. Plaintiff and his counsel subsequently experienced some logistics issues in communication.

Plaintiff and his counsel have recently been in communication, and they are following up with obtaining and serving the Plaintiff Profile Form for Plaintiff. Plaintiff respectfully requests an additional 30 days in which to do so. Cases should be resolved on the merits.

WHEREFORE, the foregoing Plaintiffs respectfully request the Order of the Court DENYING Defendants' motion to dismiss; for an additional 30 days in which to provide a Plaintiff Profile Form; and for such other and further relief as this Court deems just and proper.

Dated: July 9, 2019                                    Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

1

2

By:    */s/ Gregory J. Pals*
        Gregory J. Pals #48820 (MO)
        211 N. Broadway, 40th Floor
        St. Louis, MO 63102
        Tel: (314) 932-3232
        Fax: (314) 932-3233
        greg@thedriscollfirm.com
        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      */s/ Gregory J. Pals*