IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
ALBERT C. ELLIS
Civil Case No.: 1:19-cv-1381

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The Court should deny Defendants' Motion to Dismiss (CM/ECF Doc. 11227) the action of Albert C. Ellis for failure to serve a Plaintiff Profile Sheet ("PPS") as moot. A voluntary stipulation of dismissal without prejudice was previously filed in this action on June 21, 2019 (CM/ECF Doc. 11196).

/s/Michael S. Kruse
Michael S. Kruse, E.D. Mo. Bar # 57818MO
**NIEMEYER, GREBEL & KRUSE, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
Telephone: (314) 241-1919
Facsimile: (314) 665-3017
kruse@ngklawfirm.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served this 9th day of July, 2019 by way of the Court's CM/ECF Filing System.

/s/ Michael S. Kruse

1