UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB

This Document Relates to Plaintiff:

ALAN PRIVITERA
Civil Action No. 1:17-cv-03993

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 1:17-cv-03993. This dismissal does not affect case number 1:17-cv-03051, which shall remain in suit.

Dated this 9th of July 2019.

Respectfully submitted,

**MARC J. BERN & PARTNERS, LLP**

By: */s/ Debra J. Humphrey*
Debra J. Humphrey, Esq.
60 E. 42nd Street, Suite. 950
New York, NY 10165
Dhumphrey@bernllp.com
Tel. (212) 702-5000
Fax (212) 818-0164

**PETERSON & ASSOCIATES, P.C.**
*/s/ David M. Peterson*
David M. Peterson
801 W. 47th Street - Suite 107
Kansas City, Missouri 64112
Phone: 816-531-4440

1

                    Fax: 816-531-0660
                    dmp@petersonlawfirm.com
                    *Attorneys for Plaintiff*

                    **FAEGRE BAKER DANIELS LLP**
                    /s/ *James Stephen Bennett*_____
                    James Stephen Bennett
                    110 W. Berry Street, Suite 2400
                    Fort Wayne, IN 46802
                    Tel: 264-460-1725
                    Fax: 317-237-1000
                    Stephen.Bennett@FaegreBD.com
                    ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on July 9th, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

                    */s/ Debra J. Humphrey*_____
                    Debra J. Humphrey

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB |
| _____ | |
| This Document Relates to Plaintiff: | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| ALAN PRIVITERA Civil Action No. 1:17-cv-03993 | |
| _____ | |

Considering the parties' Joint Stipulation of Dismissal Without Prejudice of Plaintiff Alan Privitera. Doc _____,

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the parties' joint stipulation of dismissal without prejudice of Plaintiff Alan Privitera (Doc. _____) is **granted**. All claims of Plaintiff Alan Privitera against Defendant Cook Medical, Inc., in docket number 1:17-cv-03993 are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs. This order does not affect case number 1:17-cv-03051, which shall remain in suit.

Dated this _____ of _____, 2019.

_____
Richard L. Young
United States District Judge