IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**

1:17-cv-01020; Schoby, Louise
1:17-cv-01635; Ramsey, Lonnie

### PLAINTIFFS' RESPONSE TO COOK DEFENDANTS' RENEWED MOTION TO DISMISS

Plaintiffs file this Response to the Renewed Motion to Dismiss [DOC 11232] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"). In support of this Motion, the Plaintiffs state:

1. On June 24, 2019 the Cook Defendants filed their Renewed Motion to Dismiss against multiple Plaintiffs, including Plaintiffs represented by the Curtis Law Group, for failure to provide a Plaintiff Profile Sheet. Attached as **Exhibit A** is the notice letter sent by the Cook Defendants, giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3. Plaintiffs have timely responded, within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on June 24, 2019.

4. Plaintiff Lonnie Ramsey submitted her Categorization Form pursuant to the Court's Revised Second Amended Order Regarding Case Categorization Forms (DOC 10617). Ms. Ramsey was categorized as a Category 2 Plaintiff. Counsel for Plaintiffs and Counsel for Cook Defendants stipulated to dismiss Category 2 cases, including Lonnie Ramsey. See **Exhibit B** attached hereto [*Amended Stipulation of Dismissal of Category 2 Cases, DOC 10729, filed on May 20, 2019*].

5. Counsel recently learned that Plaintiff Louise Schoby passed away and is in communication with Ms. Schoby's daughter. Plaintiffs' counsel humbly asks the Court for an additional forty-five (45) days to obtain the necessary information from Ms. Schoby's daughter to accurately complete and produce her PPS.

WHEREFORE, Plaintiffs respectfully request that the Court deny the Cook Defendants' Renewed Motion to Dismiss and for all other just and appropriate relief. Counsel for the Cook Defendants had previously stipulated to Plaintiff Lonnie Ramsey's dismissal (1:17-cv-01635) as a Category 2 Plaintiff.

FURTHER Plaintiffs pray that the Court will grant an additional forty-five (45) days for Counsel to obtain information from Plaintiff Louis Schoby's daughter to be able to submit a complete PPS and for all other just and appropriate relief.

Dated: July 9, 2019.

Respectfully submitted,

*/s/ William B. Curtis*
WILLIAM B. CURTIS
Texas State Bar No. 00783918
12225 Greenville Avenue, Suite 750
Dallas, TX 75243
Telephone (214) 890-1000
Facsimile (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, a copy of the foregoing Plaintiffs' Response to Defendants Renewed Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *William B. Curtis*