**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | | |
|---|---|---|---|---|
| 1:18-cv-03644 | 1:19-cv-02024 | 1:19-cv-02032 | 1:19-cv-02132 | 1:19-cv-02144 |
| 1:19-cv-01991 | 1:19-cv-02026 | 1:19-cv-02033 | 1:19-cv-02133 | 1:19-cv-02145 |
| 1:19-cv-01992 | 1:19-cv-02027 | 1:19-cv-02119 | 1:19-cv-02136 | 1:19-cv-02146 |
| 1:19-cv-01993 | 1:19-cv-02028 | 1:19-cv-02234 | 1:19-cv-02137 | |
| 1:19-cv-01995 | 1:19-cv-02029 | 1:19-cv-02123 | 1:19-cv-02138 | |
| 1:19-cv-01997 | 1:19-cv-02030 | 1:19-cv-02125 | 1:19-cv-02141 | |
| 1:19-cv-02022 | 1:19-cv-02031 | 1:19-cv-02127 | 1:19-cv-02143 | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  July 10, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald