IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | | |
|---|---|---|---|---|
| 1:19-cv-02148 | 1:19-cv-02156 | 1:19-cv-02194 | 1:19-cv-02203 | 1:19-cv-02236 |
| 1:19-cv-02149 | 1:19-cv-02186 | 1:19-cv-02196 | 1:19-cv-02206 | 1:19-cv-02238 |
| 1:19-cv-02150 | 1:19-cv-02188 | 1:19-cv-02197 | 1:19-cv-02212 | 1:19-cv-02240 |
| 1:19-cv-02151 | 1:19-cv-02189 | 1:19-cv-02198 | 1:19-cv-02214 | |
| 1:19-cv-02152 | 1:19-cv-02191 | 1:19-cv-02199 | 1:19-cv-02219 | |
| 1:19-cv-02153 | 1:19-cv-02192 | 1:19-cv-02200 | 1:19-cv-02221 | |
| 1:19-cv-02155 | 1:19-cv-02193 | 1:19-cv-02202 | 1:19-cv-02222 | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  July 10, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson