UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

_____   I have **no pending cases** in the District Court for the Southern District of Indiana.

___√___   I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]            )
                                  )   1:14-ml-02570-RLY-TAB
                                  )
                                  )
                                  )

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office that the undersigned counsel has never been affiliated with the law firm of Dugan & Voland LLC. Therefore, to correct this error, the undersigned counsel respectfully requests the following changes:

|   | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Adrienne Franco Busby | Adrienne Franco Busby |
| **Law Firm, Company, and/or Agency:** | Dugan & Voland LLC | Faegre Baker Daniels LLP |
| **Address:** | 3334 Founders Road, Ste. B Indianapolis IN  46268 | 300 North Meridian Street Indianapolis IN  46204 |
| **Primary E-mail:** |  | adrienne.busby@faegrebd.com |
| **Secondary Email(s):** |  | sherri.tucker@faegrebd.com |
| **Telephone Number:** |  | 317-237-0300 |
| **Facsimile:** |  | 317-237-1000 |

Date:   7/9/2019                          Respectfully submitted,

                                          */s/  Adrienne Franco Busby*

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending.  This Notice must be filed in each pending case.