**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRIT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master File No. 1:14-ml-2570 MDL No.  2570 |
| THIS DOCUMENT RELATES TO: *Kevin Banks. v. Cook, Inc., et al.,* Case No.:  1:18-cv-2202 | |

**<u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of the action bearing the case number 1:18-cv-2202, *Kevin Banks v. Cook, Inc., et al*, **without prejudice**.   The aforementioned case is duplicative of a previously filed action, *Kevin Banks v. Cook, Inc.*, *et al,* case number 1:17-cv-01380, which Plaintiff Kevin Banks will continue to pursue.

All parties shall bear their own fees and costs.

**NIEMEYER, GREBEL & KRUSE, LLC**

/s/ Michael S. Kruse
Michael S. Kruse
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com

*Attorneys for Plaintiffs*

**FAEGRE BAKER DANIELS LLP**

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Kip McDonald
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
Andrea.Pierson@FaegreBD.com
Kip.McDonald@FaegreBD.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF Filing System this 10th day of July, 2019.

/s/ Michael S. Kruse