IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) | Civil Case#: 1:17-cv-03009-LJM-TAB |

LAUREN WEINSTEIN,

      Plaintiff,

vs-

COOK INCORPORATED, et al.,

      Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that Plaintiff, LAUREN WEINSTEIN hereby dismisses all claims in this matter only against DEFENDANTS, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

This action was filed on August 31, 2017, but unbeknownst to Plaintiff's counsel in this specific case, Lauren Weinstein is already represented by another law firm, Lowe Law Group, which filed another action in this MDL, Case no. 1:16-cv-02768-RLY-TAB, on October 13, 2016, prior to this action being filed. Accordingly, the parties agree to dismiss all of Plaintiff, Lauren Weinstein's, claims in this specific case, No. 1:17-cv-3009-RLY-TAB, only, with prejudice. This stipulation shall not affect the claims Plaintiff filed in Case no. 1:16-cv-02768-RLY-TAB, filed in this MDL. Defendants agree to not raise an issue or claim preclusion

affirmative defense, or a judicial estoppel affirmative defense, in the first action Case no. 1:16-cv-02768-RLY-TAB, based on this dismissal.

All parties shall bear their own fees and costs.

Dated: July 10, 2019

| MCEWEN LAW FIRM, LTD | FAEGRE BAKER DANIELS, LLP |
|---|---|
| By */s/Gregory N. McEwen*<br>Gregory N. McEwen, Esq.<br>5850 Blackshire Path<br>Inver Grove Heights, MN 55076<br>Phone: 651-224-3833<br>Fax: 651-223-5790<br>Email: gmcewen@mcewenlaw.com<br>*Attorney for Plaintiff* | By */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Phone: 317-237-0300<br>Fax: 317-237-1000<br>Email: Andrea.Pierson@FaegreBD.com<br><br>*Attorney for Cook Incorporated, et al.* |