IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>LAUREN WEINSTEIN,<br><br>　　　　Plaintiff,<br><br>vs-<br><br>COOK INCORPORATED, et al.<br><br>　　　　Defendants. | Civil Case#: 1:17-cv-03009-LJM-TAB |

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

The Court has considered the parties' Stipulation of Dismissal with Prejudice (Doc. _____.)

**IT IS HEREBY ORDERED** that the parties' Stipulation of Dismissal (Doc. _____) is **granted.** This case LAUREN WEINSTEIN v. Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, Case No. 1:17-cv-3009-RLY-TAB, is hereby dismissed with prejudice. This order shall not affect the claims Plaintiff filed in Case no. 1:16-cv-02768-RLY-TAB.

Dated this _____ day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge