IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Jeanette Pelt:

Civil Case #: 1:19-cv-00860-RLY-TAB

### RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO THE COURT'S CASE MANAGEMENT ORDER NO. 4

COME NOW the Plaintiff, Jeanette Pelt (Plaintiff), by and through her counsel, and submits this Response in Opposition to the Motion to Dismiss filed by Defendants on June 24, 2019 and respectfully demonstrates to the Court the following:

Counsel for Plaintiff received Defendants' Motion to Dismiss without Prejudice on June 24, 2019. Upon receipt of the Motion, Plaintiff's counsel immediately sought to comply with CMO No. 4 and ¶4 of the Motion and served plaintiff's Plaintiff Profile Sheet (PPS) on defendants per CMO No. 4 on July 10, 2019. See Exhibit 1.

The PPS was not provided sooner due to communication issues between Plaintiff's counsel and Plaintiff with regard to obtaining the required information to complete the PPS. Counsel for Plaintiff reached out to defendants' counsel for extensions of time to provide the PPS. Recently Plaintiff provided the missing information and counsel was able to complete the PPS (Exhibit 1).

The defendants have suffered no prejudice by receiving the PPS at this time. Plaintiff did not intentionally refuse to respond to CMO No. 4. Plaintiff may be irreparably harmed if her case were dismissed.

WHEREFORE, Plaintiff respectfully requests that the court deny Defendants' Motion to Dismiss Plaintiff's action.

DATED: July 10, 2019

Respectfully submitted,

    /s/ Baird A. Brown
Baird A. Brown (Bar No. 56627)
LAW OFFICES OF BAIRD BROWN, PC
3055 Wilshire Boulevard, Suite 980
P (213) 487-8880
F (213) 487-8884
bairdbrownlaw@gmail.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2019, copies of the Unopposed Motion For Leave to Amend Complaint and proposed order, were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

/s/ Baird A. Brown
Baird A. Brown