IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

*Clayton Kinsey v. Cook Medical Inc., et al.,*

Case No. 1:18-cv-01126-RLY-TAB

_____

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and

Defendants, pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that this

case is hereby dismissed without prejudice.  This stipulation for dismissal relates only to the

individual case captioned above, and is not intended to affect any other pending case.  The Parties,

by and through counsel of record, hereby move the Court for an Order dismissing this case without

prejudice, with each party to bear its own costs and expenses.

*/s/ David DeGreeff*
David C. DeGreeff
Wagstaff & Cartmell, LLP
4740 Grand Ave, Suite 300
Kansas City, MO 64112

*Attorneys for Plaintiff*

*/s/ Andrea R. Pearson*
Andrea Roberts Pierson
Faegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, David C. DeGreeff, hereby certify that on July 10, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ David C. DeGreeff