# EXHIBIT 1

# Giselle Cornejo

| | |
|---|---|
| **From:** | Giselle Cornejo |
| **Sent:** | Wednesday, July 10, 2019 6:16 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | David Rheingold; Steven Trinidad |
| **Subject:** | RE: MDL No. 2570- Cook IVC Filter - Categorization Forms |
| **Attachments:** | Auerbach - Categorization Form & medical records FINAL.pdf; Gil - Categorization Form & medical record.pdf; Governale - Categorization Form & medical records FINAL.pdf; Knight - Categorization Form & medical record.pdf; Mooney - Categorization Form & medical records.pdf; Thomson - Categorization Form & medical records.pdf |

Good afternoon,

Please find attached the completed categorization forms and relevant medical records for the following cases:

- Scott and Cheryl Thomson- Docket No.: 1:16-cv-02410
- Edna Governale- Docket No.: 1:17-cv-00420
- Carol Ann Mooney- Docket No. 1:17-cv-01551
- Benjamin Auerbach- Docket No.: 1:17-cv-04218
- Nilda Gil- Docket No.: 1:18-cv-02498
- Shanna Knight- Docket No.: 1:19-cv-01542

Please let us know if you require anything else.

Best,

Giselle Cornejo

**GISELLE CORNEJO**
PARALEGAL
**RHEINGOLD GIUFFRA RUFFO & PLOTKIN , LLP**
551 Fifth Avenue, Floor 29, New York, New York 10176
t.  212.684.1880 || ext. 8812 ||  f. 212.689.8156
gcornejo@rheingoldlaw.com || www.rheingoldlaw.com

This e-mail and any document(s) accompanying this transmittal contains information from Rheingold Giuffra Ruffo & Plotkin, LLP that is confidential and /or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the document(s) should be returned to this firm immediately. If you have received this transmittal in error, please notify this firm immediately at (212) 684-1880 or by return e-mail.