IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL

1:14-ml-02570-RLY-TAB
MDL No: 2570

This Document Relates to Plaintiffs:

Scott and Cheryl Thomson- Docket No.: 1:16-cv-02410

Edna Governale- Docket No.: 1:17-cv-00420

Carol Ann Mooney- Docket No. 1:17-cv-01551

Benjamin Auerbach- Docket No.: 1:17-cv-04218

Nilda Gil- Docket No.: 1:18-cv-02498

## ORDER

On this day, the Court considered the Plaintiffs' Motion to Vacate Dismissal and Reinstate Plaintiffs' Cases. Having considered the Motion, the Court concludes the Motion should be granted, without objection. It is, therefore,

ORDERED that such Motion is GRANTED. Accordingly, the Court hereby vacates the Order dismissing without prejudice Plaintiff s case and thereby reinstates these cases.

SO ORDERED this _____ day of _____ 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana