IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:17-cv-03968-RLY-TAB
    Patricia Katrausky

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Patricia Katrausky.

Date:  7/11/2019                                 Respectfully submitted,

/s/ *David C. DeGreeff*_____
David C. DeGreeff
MO Bar #: 55019
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1183
(816) 531-2372 - Facsimile
ddegreeff@wcllp.com

**ATTORNEYS FOR PLAINTIFF**

I hereby certify that on this 11th day of July, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *David C. DeGreeff*_____
David C. DeGreeff