# Exhibit A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Mark Marchionne v. Cook Incorporated, et al.* 1:18-cv-02245
*Richard Jones v. Cook Incorporated, et al.* 1:18-cv-02150

**DECLARATION OF ASHLEY TORRES IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING PLAINTIFFS' CLAIMS FOR FAILURE TO SUBMIT CASE CATEGORIZATION FORM AND MOTION TO REINSTATE**

I, Ashley Torres, hereby declare under penalty of perjury as follows:

1. I am the paralegal at Reich & Binstock, LLP, in the above-referenced cases. I have worked in the legal profession for over 7 years, with two of those years devoted to the management of federal MDL litigations and state coordinated litigations in Texas.

2. I was assigned the IVC filter cases in 2018. Since that time, I have timely caused a Short Form Complaint to be served in this case, along with serving the Plaintiff Profile Form and medical records at the direction of Robert J. Binstock, attorney of record in this case.

3. That notifications of all filings in this MDL litigation were inadvertently routed to a subfolder which resulted in our office and I missing the initial deadline set by this Court to submit Case Categorization Forms for Plaintiffs.

4. I discovered on July 10, 2019, that I had not been receiving notifications from this MDL.

5. Once this error was discovered, I worked diligently to remedy the situation and comply with this Court's Order of May 7, 2019 by submitting the Case Categorization Form and previously provided medical records to Defendants and Lead Plaintiffs' counsel of this MDL on July 10, 2019.

6. Our missing deadlines was not purposeful, but merely the result of my failure to notice the email routing issue sooner.

I, Ashley Torres, declare under penalty of perjury that the foregoing is true and correct to my knowledge and belief.

Dated: July 11, 2019

_____
Ashley Torres
An Employee of Reich & Binstock LLP