Exhibit B

# Ashley Torres

| | |
|---|---|
| **From:** | Ashley Torres |
| **Sent:** | Wednesday, July 10, 2019 2:31 PM |
| **To:** | plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | In Re: Cook IVC Filters Product Liability Litigation Categorization Forms |
| **Attachments:** | M. Marchionne- Categorization Form.pdf; M. Marchionne- Supporting Injury Records.pdf; R. Jones- Categorization Form.pdf; R. Jones- Supporting Injury Records.pdf |

Please see attached categorization forms and supporting records for the following plaintiffs:

Mark Marchionne 1:18-cv-02245
Richard Jones 1:18-cv-02150

Thank you,

*Ashley Torres*
Paralegal
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000 | Houston, Texas 77027
P: 713.622.7271   |   F: 713.623.8724
Direct: 281.768.4743
atorres@reichandbinstock.com





*CONFIDENTIALITY NOTICE*: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that disclosure, distribution, copying, or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please destroy the original transmission and its attachments without reading them or saving them to disk and  immediately notify Reich & Binstock, LLP by reply email or by phone at 713-622-7271.

# Ashley Torres

| | |
|---|---|
| **From:** | Ashley Torres |
| **Sent:** | Wednesday, July 10, 2019 2:31 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Subject:** | In Re: Cook IVC Filters Product Liability Litigation Categorization Forms |
| **Attachments:** | M. Marchionne- Categorization Form.pdf; M. Marchionne- Supporting Injury Records.pdf; R. Jones- Categorization Form.pdf; R. Jones- Supporting Injury Records.pdf |

Please see attached categorization forms and supporting records for the following plaintiffs:

Mark Marchionne 1:18-cv-02245
Richard Jones 1:18-cv-02150


Thank you,



Paralegal
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000 | Houston, Texas 77027
P: 713.622.7271  |  F: 713.623.8724
Direct: 281.768.4743
atorres@reichandbinstock.com



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that disclosure, distribution, copying, or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please destroy the original transmission and its attachments without reading them or saving them to disk and  immediately notify Reich & Binstock, LLP by reply email or by phone at 713-622-7271.