# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Mark Marchionne v. Cook Incorporated, et al.* 1:18-cv-02245
*Richard Jones v. Cook Incorporated, et al.* 1:18-cv-02150

## **ORDER**

On this day, the Court considered Plaintiffs' Request for Reconsideration of The Court's Order Dismissing Plaintiffs' Claims for Failure to Submit Categorization Form and Motion to Reinstate Plaintiffs' cases. Having considered the Motion, the Court concludes the Motion should be granted, without objection. It is, therefore,

ORDERED that such Motion is GRANTED. Accordingly, the Court hereby vacates the order dismissing without prejudice Plaintiffs' cases and hereby reinstates these cases.

SO ORDERED this _____day of_____2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana