IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS           Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                    MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:
    1:17-cv-4414-RLY-TAB
    Clayton Kinsey

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Clayton Kinsey.

Date:  7/11/2019

Respectfully submitted,

/s/ *Thomas P. Cartmell*
Thomas P. Cartmell
MO Bar #: 45366
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1183
(816) 531-2372 - Facsimile
tcartmell@wcllp.com

**ATTORNEYS FOR PLAINTIFF**

I hereby certify that on this 11th day of July, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Thomas P. Cartmell*
Thomas P. Cartmell