IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

Civil Case#: 1:18-cv-03822-RLY-TAB

This Document Relates to Plaintiff(s)

JAMES H. WRIGHT, JR.,

      Plaintiff,

vs-

COOK INCORPORATED, et al.

      Defendants.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule 41(a)(1)(A)(ii), it is hereby stipulated and agreed that Plaintiff, JAMES H. WRIGHT, JR. hereby dismisses all claims in this matter only against DEFENDANTS, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

This action was filed on December 5, 2018, but unbeknownst to Plaintiff's counsel in this specific case, James H. Wright, Jr. is already represented by another law firm, Potts Law Firm, which filed another action in this MDL, Case no. 1:18-cv-01514-RLY-TAB, on May 17, 2018, prior to this action being filed. Accordingly, the parties agree to dismiss all of Plaintiff, James H. Wright, Jr.'s, claims in this specific case, No. 1:18-cv-03822-RLY-TAB, only, without prejudice.  This stipulation shall not affect the claims Plaintiff filed in Case no. 1:18-cv-01514-RLY-TAB, filed in this MDL.  All parties shall bear their own fees and costs.

Dated: July 11, 2019

| | |
|---|---|
| JAMES, VERNON & WEEKS, P.A. | FAEGRE BAKER DANIELS, LLP |
| By____/s/Wes S. Larsen_____ <br> Wes S. Larsen <br> 1626 Lincoln Way <br> Coeur d'Alene, ID 83814 <br> Phone: 208-667-0683 <br> Fax: 208-664-1684 <br> Email: wes@jvwlaw.net | By____/s/Andrea Roberts Pierson____ <br> Andrea Roberts Pierson <br> 300 North Meridian Street, Suite 2700 <br> Indianapolis, IN 46204 <br> Phone: 317-237-0300 <br> Fax: 317-237-1000 <br> Email: Andrea.Pierson@FaegreBD.com |
| *Attorney for Plaintiff* | *Attorney for Cook Incorporated, et al.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF Filing System this 11th day of July, 2019.

___/s/Wes S. Larsen_____