IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| | Civil Case#: 1: 18-cv-03822-RLY-TAB |

This Document Relates to Plaintiff(s)

JAMES H. WRIGHT, JR.,

    Plaintiff,

vs-

COOK INCORPORATED, et al.

    Defendants.

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

The Court has considered the parties' Stipulation of Dismissal without Prejudice (Doc. _____.)

**IT IS HEREBY ORDERED** that the parties' Stipulation of Dismissal (Doc. _____) is **granted.** This case JAMES H. WRIGHT, JR. v. Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, Case No. 1: 18-cv-03822-RLY-TAB, is hereby dismissed without prejudice. This Order shall not affect the claims Plaintiff filed in Case no. 1: 18-cv-01514-RLY-TAB.

Dated this ____ day of July, 2019.

_____
United States District Judge