IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:19-cv-00057; 1:19-cv-00060; 1:19-cv-00070; 1:19-cv-00072;
1:19-cv-00073; 1:19-cv-00074; 1:19-cv-00089; 1:19-cv-00092;
1:19-cv-00093; 1:19-cv-00097; 1:19-cv-00101; 1:19-cv-00119;
1:19-cv-00124; 1:19-cv-00140; 1:19-cv-00144; 1:19-cv-00165;
1:19-cv-00168; 1:19-cv-00170; 1:19-cv-00232; 1:19-cv-00294;
1:19-cv-00510; 1:19-cv-00899; 1:19-cv-00904; 1:19-cv-00905;
1:19-cv-00961; 1:19-cv-01010; 1:19-cv-01101; 1:19-cv-01132;
1:19-cv-01209; 1:19-cv-01212; 1:19-cv-01256; 1:19-cv-01270;
1:19-cv-01337; 1:19-cv-01340; 1:19-cv-01341; 1:19-cv-01358;
1:19-cv-01401; 1:19-cv-01412; 1:19-cv-01414; 1:19-cv-01429;
1:19-cv-01434; 1:19-cv-01614; 1:19-cv-01623; 1:18-cv-03700;
1:18-cv-03910; 1:19-cv-06097

## [PROPOSED] ORDER ON (Dkt. 11230) THE COOK DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order Regarding Case Categorization Forms, Cooks Defendants' Motion to Dismiss is **GRANTED in part and DENIED as moot in part**.  To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may move to reinstate his/her case in the Southern District of Indiana within 30 days of entry of this Order.  The motion for reinstatement must attach a complete Case Categorization Form, and evidence that the specific records in support of the Case Categorization Form have been submitted to the Cook Defendants prior to filing the motion for reinstatement.  Absent a motion to reinstate within 30 days, the dismissal shall convert to a dismissal with prejudice.  If a motion for reinstatement is filed that does not include the Case

Categorization Form, or if the specific records required under the Court's Categorization and Screening Order (Dkt. 9322) have not been submitted to the Cook Defendants within 30 days of the order of dismissal, the motion for reinstatement shall be denied, and this dismissal shall immediately convert to a dismissal with prejudice.  If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice, in the event dismissal is not already with prejudice.

The following cases have no Categorization Form on file, and therefore Cook's Motion to Dismiss (Filing No. 11230) is **GRANTED.**

1. Williams, Joshua Jordan — 1:19-cv-00232
2. Stephens, Kristin Leigh — 1:19-cv-510
3. Huven, Karen — 1:19-cv-00899
4. Harris, Maxine — 1:19-cv-01101
5. Morris, Jessie — 1:19-cv-01132
6. Bales, Joe Jr. — 1:19-cv-01270
7. Roemer, Julia Hope — 1:19-cv-01401
8. Ewing, Tammy — 1:19-cv-01412
9. Fumanti, Sandra — 1:19-cv-01414
10. Whalen, John — 1:19-cv-01623
11. Mays, Talesia — 1:18-cv-03700
12. Vaughn, Demarcus — 1:18-cv-03910

US.123821953.01

2

The following cases have submitted their Court's Categorization Form following the filing of Cook's motion to dismiss and, therefore, Cook's motion to dismiss is **DENIED** for these cases.

1.  Schech, Jonathan                                  1:19-cv-00057
2.  Kupinewicz, Teresa and Bob                        1:19-cv-00060
3.  McCollum, Joyce                                   1:19-cv-00070
4.  Wilbanks, Tracey and Calvin                       1:19-cv-00072
5.  Johnson, Audrey Kay                               1:19-cv-00073
6.  Williamson, Clayton R.                            1:19-cv-00074
7.  Johnson, Willie R.                                1:19-cv-00089
8.  Hope, Felicia                                     1:19-cv-00092
9.  Egan, James J.                                    1:19-cv-00093
10. Joseph, Yolanda                                   1:19-cv-00097
11. Wetherbee, Robert                                 1:19-cv-00101
12. Amey, Carlton                                     1:19-cv-00119
13. Patton, Amien Mufeed                              1:19-cv-00124
14. Bordner, June                                     1:19-cv-00140
15. Gay, Errol and Carolyn                            1:19-cv-00144
16. Dickt, Lydian                                     1:19-cv-00165
17. Spangler, Jessie and Mullins, Quentin Keith       1:19-cv-00168
18. Vasquez, Myrna I. Santiago                        1:19-cv-00170
19. Holder, Vera aka Clinton, Vera [ESTATE OF]        1:19-cv-00294
20. Fierro, Cassandra K.                              1:19-cv-00904
21. Fisher, Robert and Thompson-Fisher, Anna          1:19-cv-00905

| | |
|---|---|
| 22. Covington, Tyrone & Lameca D. | 1:19-cv-00961 |
| 23. Livers, Shawnee and Richard | 1:19-cv-01010 |
| 24. Nelson, James | 1:19-cv-01209 |
| 25. Cook, George | 1:19-cv-01212 |
| 26. Scudieri, Terrence | 1:19-cv-01256 |
| 27. Johnson, Sherry | 1:19-cv-01337 |
| 28. Izzo, Todd | 1:19-cv-01340 |
| 29. McCall, Tanya | 1:19-cv-01341 |
| 30. Russell, Buddy Dean and Patricia | 1:19-cv-01358 |
| 31. Clark, Eric and Erica | 1:19-cv-01429 |
| 32. Applegate, Debra | 1:19-cv-01434 |
| 33. Rodriguez, Elisa | 1:19-cv-01614 |
| 34. Splan, Elaine | 1:19-cv-06097 |

**SO ORDERED** this _____ day of _____ 2019

Dated:_____      _____
                                                                            Hon. Richard L. Young
                                                                            United States District Judge
                                                                            Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' lead counsel.

US.123821953.01