IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:19-cv-01804; 1:19-cv-01903; 1:19-cv-01914; 1:19-cv-01927

## [PROPOSED] ORDER ON (Dkt. 11231) THE COOK DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order Regarding Case Categorization Forms, Cooks Defendants' Motion to Dismiss is **DENIED**. The following cases have submitted their Categorization Form following the filing of Cook's motion to dismiss and, therefore, Cook's motion to dismiss is **DENIED** for these cases.

1. Troxler, Mark L. and Nancy C.        1:19-cv-01804
2. Stout, Shirley A. and Ed              1:19-cv-01903
3. Henninger, Katie S.                    1:19-cv-01914
4. MacIsaac, Martha                       1:19-cv-01927

**SO ORDERED** this _____ day of _____ 2019

Dated:_____

                                          Hon. Richard L. Young
                                          United States District Judge
                                          Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.
Distribution to all non-registered counsel of record to be made by Plaintiffs' lead counsel.

US.123822232.01