UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) |
| This Document Relates to: | ) |

1:17-cv-00811; 1:17-cv-01020; 1:17-cv-01635; 1:17-cv-02315;
1:17-cv-02393; 1:17-cv-02687; 1:17-cv-03111; 1:17-cv-03155;
1:17-cv-03270; 1:17-cv-03376; 1:17-cv-03407; 1:17-cv-03409;
1:17-cv-03438; 1:17-cv-03462; 1:17-cv-03463; 1:17-cv-03466;
1:17-cv-03555; 1:17-cv-03564; 1:17-cv-03576; 1:17-cv-03586;
1:17-cv-03587; 1:17-cv-03592; 1:17-cv-03593; 1:17-cv-03594;
1:17-cv-03621; 1:17-cv-03622; 1:17-cv-03629; 1:17-cv-03654;
1:17-cv-03683; 1:17-cv-03688; 1:17-cv-03695; 1:17-cv-03754;
1:17-cv-03756; 1:17-cv-03809; 1:17-cv-03815; 1:17-cv-03838;
1:17-cv-03840; 1:17-cv-03991; 1:17-cv-04025; 1:17-cv-04211;
1:17-cv-04353; 1:17-cv-04357; 1:17-cv-04390; 1:17-cv-04391;
1:17-cv-04520; 1:17-cv-04521; 1:17-cv-04551; 1:17-cv-04700;
1:17-cv-04707; 1:17-cv-04736; and 1:17-cv-06064.

## [PROPOSED] ORDER ON THE COOK DEFENDANTS' RENEWED MOTION TO DISMISS
**(Filing No. 11232)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cooks Defendants' Motion to Dismiss is **GRANTED in part and DENIED in part**. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may move to reinstate his/her case in the Southern District of Indiana within 30 days of entry of this Order. The motion for reinstatement must attach a complete PPS, and evidence that the specific records in support of the PPS have been submitted to the Cook Defendants prior to filing the motion for reinstatement. Absent a motion to reinstate within 30 days, the dismissal

1

shall convert to a dismissal with prejudice. If a motion for reinstatement is filed that does not include the PPS, or if the specific records required under the Third Amended Case Management Order No. 4, have not been submitted to the Cook Defendants within 30 days of the order of dismissal, the motion for reinstatement shall be denied, and this dismissal shall immediately convert to a dismissal with prejudice. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice, in the event dismissal is not already with prejudice.

In the following cases with no PPS on file, Cook's Motion to Dismiss (Filing No. 11232) is **GRANTED** pursuant to Third Amended Case Management Order No. 4. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his/her case in the Southern District of Indiana. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

1. Walton, Koula M. [Estate]     1:17-cv-00811
2. Schoby, Louise                1:17-cv-01020
3. Ramsey, Lonnie                1:17-cv-01635
4. Perkovich, Jennifer and Paul  1:17-cv-02315
5. Jatta, Jessica                1:17-cv-02393
6. Bullock, Joanne               1:17-cv-02687
7. Sutton, Jimmy Lee             1:17-cv-03111
8. Wallace, Daron                1:17-cv-03155
9. Harlow, Wanda                 1:17-cv-03270

| | | |
|---|---|---|
| 10. | Bailey, Misty D. | 1:17-cv-03376 |
| 11. | Ranson, Elizabeth | 1:17-cv-03407 |
| 12. | Walters, Patricia | 1:17-cv-03409 |
| 13. | Myers, Sebrina | 1:17-cv-03438 |
| 14. | Jackson, Felicia | 1:17-cv-03462 |
| 15. | Reaves, Andrew | 1:17-cv-03463 |
| 16. | Bass, Tralve W. | 1:17-cv-03466 |
| 17. | Farris, Angela | 1:17-cv-03555 |
| 18. | Mayberry, Walter | 1:17-cv-03564 |
| 19. | Champion, John B. | 1:17-cv-03576 |
| 20. | Wood, Ronald F. | 1:17-cv-03586 |
| 21. | Williams, Daniel C. | 1:17-cv-03587 |
| 22. | Copeland, Marquita | 1:17-cv-03592 |
| 23. | Marks, Mary E. | 1:17-cv-03593 |
| 24. | Sufka, Reuben | 1:17-cv-03594 |
| 25. | Stone, Cathy J. | 1:17-cv-03621 |
| 26. | Worthington, Tina | 1:17-cv-03622 |
| 27. | Sunnenberg, Kathryn | 1:17-cv-03629 |
| 28. | Goodman, Valerie | 1:17-cv-03654 |
| 29. | Estes, Betty | 1:17-cv-03683 |
| 30. | Miele, Laura | 1:17-cv-03688 |
| 31. | Fisher, Mary J. | 1:17-cv-03695 |
| 32. | Shook, Carol | 1:17-cv-03754 |

| | | |
|---|---|---|
| 33. | Jenville, Gloria | 1:17-cv-03756 |
| 34. | Stewart, Monica | 1:17-cv-03809 |
| 35. | Nigh, Glendora | 1:17-cv-03815 |
| 36. | Moore, Walter | 1:17-cv-03838 |
| 37. | Crawford, Stephen | 1:17-cv-03840 |
| 38. | Elamine, Kathy | 1:17-cv-03991 |
| 39. | Rettger, Michael A. | 1:17-cv-04025 |
| 40. | Nancarrow, Tracey | 1:17-cv-04211 |
| 41. | Taylor, Sharon | 1:17-cv-04353 |
| 42. | Dwyer-Coco, Patricia | 1:17-cv-04357 |
| 43. | Stovall, Keyonna | 1:17-cv-04390 |
| 44. | Jones, Charlie | 1:17-cv-04391 |
| 45. | Hall, Stephen E. | 1:17-cv-04520 |
| 46. | Levy, Charles | 1:17-cv-04521 |
| 47. | Bailey, Joseph | 1:17-cv-04551 |
| 48. | Smith, Bryant | 1:17-cv-04700 |
| 49. | Gutierrez, Luz | 1:17-cv-04707 |
| 50. | Ballard, Jackie | 1:17-cv-04736 |

The motion is **DENIED AS MOOT** as to the following cases:

| | | |
|---|---|---|
| 1. | Gettman, Barbara | 1:17-cv-06064 |
| 2. | Holdgreve, Dale | 1:17-cv-06064 |
| 3. | Johnson, Henry | 1:17-cv-06064 |
| 4. | Livingston, Detrice | 1:17-cv-06064 |

5

**SO ORDERED** this ___ day of July, 2019.

                                                         _____
                                                         RICHARD L. YOUNG, JUDGE
                                                         United States District Court
                                                         Southern District of Indiana