THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS



IN 460
21 JUN '19
PM 2 L

$ 000.65
02 1P
0003190095    JUN 21 2019
MAILED FROM ZIP CODE 46204

David Carl Anderson
Anderson Law
711 Van Ness Ave Ste 220
San Francisco, CA 94102-3271

**RECEIVED**

JUL 05 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 46204199999    *1812-06052-21-38

9408922472180220    ANK
46204>1999