IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

WILSON et al v. COOK INCORPORATED et al
Civil Case #  1:18-cv-3627

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO DISMISS

Plaintiff Nancy Wilson, by and through her counsel of record, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, hereby moves this Court to reconsider and vacate its order of April 25, 2019 (Doc. No. 10541), granting Cook's Motion to Dismiss for failure to submit a Plaintiff Profile Sheet (Doc. No. 10007). In support of her motion, Plaintiff Nancy Wilson respectfully states as follows:

1. On January 28, 2019, Defendants Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants") filed their Motion to Dismiss against multiple plaintiffs, including the above-named plaintiff represented by McSweeney Langevin, for their failure to provide a Plaintiff Profile Sheet ("PPS") (Doc. No. 10007).

2. On January 31, 2019, Plaintiff Nancy Wilson served upon Defendants a completed Plaintiff Profile Sheet, Executed Authorizations, medical records and categorization forms pursuant to Third Amended CMO #4.

1

3. On February 1, 2019, Plaintiff Nancy Wilson filed a Response in Opposition to Defendants' Motion to Dismiss (Doc. No. 10031),   In support of her Response in Opposition to Motion to Dismiss, Plaintiff offered the delivery confirmation receipt for the Plaintiff Profile Sheet, Executed Authorizations, medical records and categorization forms that Plaintiff had served upon Defendants on January 31, 2019. *See* Doc. No. 10031, Ex. A.[1] Defendants did not file a Reply disputing that the Plaintiff Profile Sheet had been submitted.

4. On April 25, 2019, the Court granted Defendants' Motion to Dismiss Nancy Wilson's case without prejudice (Doc. No. 10541).  In reaching its ruling, the Court stated that Ms. Wilson's case was being dismissed "because a completed Plaintiff Profile Form ("PPF") has not been submitted." *Id*.

5. Rule 60 of the Federal Rules of Civil Procedure states, in part,

> (a) CORRECTIONS BASED ON CLERICAL MISTAKES; OVERSIGHTS AND OMISSIONS. The court may correct a clerical mistake or a mistake arising from an oversight or omission whenever one is found in a judgment, order, or other part of the record.

Fed. R. Civ. P. 60(a).  The record here is clear that Plaintiff Nancy Wilson submitted her Plaintiff Profile Sheet, Executed Authorizations, medical records and categorization forms on Defendants on January 31, 2019.  In its Order, the Court mistakenly identified Plaintiff Nancy Wilson as among plaintiffs who had failed to serve a Plaintiff Profile Sheet.  As a result, Ms. Wilson's case was dismissed without prejudice.

6. Notably, in the same Order which granted dismissal in this matter, the Court denied Cook's Motion to Dismiss Earl Clay, 1:18-cv-03564 and Kingie L. McCrear, 1:18-cv-03566 because the Plaintiffs opposed Cook's Motion to Dismiss and provided proof that a completed Plaintiff Profile Sheet had been served in those matters.  Here, like in Earl Clay and Kingie L.

---

[1] A true and correct copy of the delivery confirmation for the Plaintiff Profile Sheet, Executed Authorizations, medical records and categorization forms that Plaintiff served upon Defendants on January 31, 2019 is attached as Exhibit A.

McCrears' cases, Nancy Wilson filed a Motion in Opposition to the Motion to Dismiss with proof of submission on February 1, 2019 (Doc. No. 10031).

  WHEREFORE, Plaintiff respectfully requests that the Court reconsider and vacate its Order to Dismiss and allow her case to continue.

Dated: July 11, 2019

Respectfully submitted,

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney
MN Bar No. 269542
**McSweeney Langevin LLC**
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (877) 542-4646
Facsimile:  (612) 454-2678
ram@westrikeback.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 11, 2019, a copy of the forgoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                */s/ Rhett A. McSweeney*
                Rhett A. McSweeney