# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Nancy Wilson v. Cook Incorporated, et al.* 1:18-cv-03627

## ORDER

On this day, the Court considers Plaintiffs' Request for Reconsideration of the Court's Order Dismissing Plaintiffs' Claim for Failure to Submit a Completed Plaintiff Profile Sheet. Having considered the Motion, the Court concludes the Motion should be granted, without objection. It is, therefore,

ORDERED that such Motion is GRANTED. Accordingly, the Court hereby vacates the order dismissing without prejudice Plaintiffs' case and hereby reinstates this case.

SO ORDERED this _____ day of _____ 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana