IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    1:16-cv-02693 (Plaintiff Amanda Contreras)

## NOTICE OF APPEARANCE

To:    The Clerk of the Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above-named Plaintiff.

Date: July 11, 2019

Respectfully submitted,

**MORRIS LAW FIRM**

By:/s/James A. Morris
James A. Morris (CA SBN 296852
Shane E. Greenberg (CA SBN 210932)
**MORRIS LAW FIRM**
4111 W. Alameda Avenue Suite 611
Burbank, CA 91505
(747) 283-1144
(747) 283-1143 (facsimile)
jmorris@jamlawyers.com
sgreenberg@jamlawyers.com

*Attorneys for Plaintiff Amanda Contreras*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ James A. Morris