UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAOPLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

### SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION AND REINSTATEMENT PURSUANT TO F.R.C.P 59(e) and 60(b)

STATE OF TEXAS         §
                       §
COUNTY OF HARRIS       §

BEFORE ME, the undersigned authority, on this day personally appeared David L. Augustus, the undersigned affiant, who being by me duly sworn, on his oath stated:

"My name is David L. Augustus. I am over 21 years of age, of sound mind, and capable of making this affidavit. I have personal knowledge of the facts set out in this affidavit, and they are true and correct. I am an attorney at The Spencer Law Firm and counsel for Plaintiff Lillie Sauls. I am making this Supplemental Affidavit in support of Plaintiff Lillie Sauls' Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims for Failure to Submit Case Categorization Form and Motion to Reinstate in the above-referenced cause number.

"Due to technical difficulties, The Spencer Law Firm was unable to connect to the July 12, 2019 telephonic hearing on Plaintiff's Motion for Reconsideration and Reinstatement. We exhausted all efforts to be on the call and many made attempts throughout the afternoon to enter into the telephonic hearing. The security code provided by the Plaintiffs' Steering Committee never allowed access to the hearing. As a result, Ms. Sauls' arguments were unable to be heard during the hearing. I understand counsel for other plaintiffs also had the same experience.

1

"I take this opportunity on behalf of Ms. Sauls to emphasize two particular points regarding her argument in support of her motion. First, through this firm, Ms. Sauls provided all of the accompanying information requested in the Case Categorization Form to Defendant's counsel over a year ago, well before an issue arose with the Case Categorization Form deadline. The Case Categorization Form sought to place Plaintiffs into various categories including: (1) successful first removal without complication or physical injury cases; (2) cases alleging mental distress and embedment; (3) stenosis of the IVC and anticoagulation cases; (4) embedded and high risk cases; (5) failed retrieval and complicated retrieval cases; (6) non-symptomatic injury cases; and (7) symptomatic injury cases. The Case Categorization Form also requested specific medical records be produced. Ms. Sauls had previously provided the categorization form information via the Plaintiff Profile Sheet served on the Defendant along with medical records on July 2, 2018. Attached hereto as "Exhibit 1" is a true and correct copy of the email serving on the Defendant this information.

"In addition to the Plaintiff Profile Sheet and medical records, Ms. Sauls served the Case Categorization form on Defendant's counsel on May 15, 2019 pursuant to the Court's Revised Second Amended Order Regarding Case Categorization Forms. This Order affords plaintiffs who did not meet the January 31, 2019 deadline an additional 15 days to serve a completed Case Categorization Form. Ms. Sauls has fully complied with the Court's Revised Second Amended Order Regarding Case Categorization Forms.

"Plaintiff Lillie Sauls respectfully requests the Court reinstate her case. The delayed submission of the Case Categorization Form was based on a clear mistake, which has now been rectified and steps taken to ensure that such a mistake is avoided in the future. The information contained in the Case Categorization Form had been previously submitted to counsel for Defendant on July 2, 2018 via the Plaintiff Profile Sheet and accompanying medical records. The Case Categorization Form was submitted to the Defendant on May 15, 2019 in full compliance with the Court's May 7, 2019 Revised Second Amended Order Regarding Case Categorization Forms.

Further Affiant sayeth not.

_____
David L. Augustus

SUBSCRIBED AND SWORN TO BEFORE ME on the 15th day of July, 2019, to certify which witness my hand and seal of office.

_____
Notary Public
In and For the State of Texas

2