UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:  All Actions _____ | ) ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB  MDL No. 2570 |

**SECOND ORDER ON THE COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS IN CATEGORY 2 CASES**

At the June 13, 2019 status conference, the court granted in part and took under advisement in part Cook Defendants' Motion for Judgment on the Pleadings in Category 2 Cases for Failure to State a Claim. (*See* Minute Entry, Filing No. 11131). Those listed in Exhibit A were granted and those listed in Exhibit B, as well as a list of others, were taken under advisement. Upon further review, the court finds the Cook Defendants' Motion (Filing No. 10856) should be **GRANTED in part**, **DENIED as MOOT in part**, and taken **UNDER ADVISEMENT in part**. The Motion is **GRANTED** with respect to those cases listed in Exhibit B. Accordingly, the following cases listed in Exhibit B (see below) are hereby **DISMISSED without prejudice**:

1

| Plaintiff | Cause Number |
|---|---|
| Gardner, Estella | 1:17-cv-03004 |
| Key, Charles | 1:17-cv-03005 |
| King, Martrie | 1:17-cv-06069 |
| Rose, Penny | 1:17-cv-06069 |
| Routh, Clarence | 1:17-cv-06069 |
| Rubicine, Frank A. | 1:18-cv-00510 |
| Graham, Carla | 1:19-cv-00173 |
| Bunner II, Roger Carl | 1:19-cv-01036 |
| Cockrell, Jerry | 1:19-cv-01037 |
| Dickey, Vicki | 1:19-cv-01038 |
| Franklin, Dennis | 1:19-cv-01042 |
| Jordan, James | 1:19-cv-01068 |
| Remo, Glenda | 1:19-cv-01074 |
| Sanchas, Mattie | 1:19-cv-01078 |
| Sears, Donald | 1:19-cv-01080 |
| Severa, Gary | 1:19-cv-01144 |
| Ware, Betty | 1:19-cv-01145 |

The following cases are **DENIED as MOOT**:

| Plaintiff | Cause Number |
|---|---|
| Malone, Edrick | 1:16-cv-06040 |
| Robertson, Charlene | 1:17-cv-03316 |
| King, Marybeth | 1:16-cv-00341 |

| Shields, Paul | 1:16-cv-00577 |
| --- | --- |
| Wetherbee, Kimberly | 1:17-cv-01985 |
| Beamon, Cassandra | 1:17-cv-03656 |
| Craig, Stanley | 1:17-cv-04355 |

The following cases remain **UNDER ADVISEMENT**:

| Plaintiff | Cause Number |
| --- | --- |
| Petersen, Roger and Paula | 1:19-cv-01235 |
| Cooper, Lois | 1:19-cv-01703 |
| Morton, Hurieya | 1:19-cv-00415 |
| Wisdom, Tina | 1:17-cv-0349 |
| Albrecht, Zackariah | 1:16-cv-03429 |
| Marowski, Kerry | 1:16-cv-03436 |

**SO ORDERED** this 12th day of July 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.