UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**STIPULATIONS OF DISMISSAL OF CATEGORY 2 CASES**

The parties have filed Stipulations of Dismissal of Category 2 Cases. The first Stipulation relates to cases filed by Plaintiffs Heidi Antonacci (1:17-cv-00652) and Mark Reed (1:16-cv-02074). (*See* Filing No. 10906). The second Stipulation relates to cases filed by Plaintiffs Anna Lee (1:17-cv-00111), Cynthia Tanner-Plant (1:17-cv-00252), Jennifer Wickard (1:17-cv-01113), William Lancaster (1:17-cv-01760), Kenyon Allen Collins (1:18-cv-00827), and David Meaux (1:18-cv-00844). (*See* Filing No. 11021). The court, having reviewed the same, now **GRANTS** the Stipulations of Dismissal of Category 2 Cases (Filing Nos. 10906, 11021). Plaintiffs' cases are **DISMISSED without prejudice**.

**SO ORDERED** this 12th day of July 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.