IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:19-cv-01818 | 1:19-cv-02410 | 1:19-cv-02424 | 1:19-cv-02429 |
| 1:19-cv-02371 | 1:19-cv-02414 | 1:19-cv-02425 | 1:19-cv-02430 |
| 1:19-cv-02386 | 1:19-cv-02420 | 1:19-cv-02426 | 1:19-cv-02431 |
| 1:19-cv-02404 | 1:19-cv-02422 | 1:19-cv-02427 | 1:19-cv-02432 |
| 1:19-cv-02407 | 1:19-cv-02423 | 1:19-cv-02428 | 1:19-cv-02433 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  July 16, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Roberts Pierson