UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No.  1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL 2570

This document relates to:
**JOSHUA JORDAN WILLIAMS**
**1:19-cv-00232-RLY-TAB**

**PLAINTIFF, JOSHUA JORDAN WILLIAMS,
MOTION SEEKING LEAVE TO FILE AN AMENDED RESPONSE
TO DEFENDANTS' MOTION TO DISMISS OUT OF TIME**

COMES NOW Plaintiff Joshua Jordan Williams (hereinafter "Plaintiff") and seeks leave to file his an Amended Response to Defendant Cook Incorporated, et al (hereinafter "Defendant") Motion to Dismiss out of time for the reason set forth as follows:

1. Plaintiff's response filed on July 15, 2019 contained several grammatical and date errors. (e.g., date of Plaintiff's IVC filter removal filter should have been December 6, 2017 and not December 6, 2018).

2. Allowing Plaintiff to file his Amended Response to Defendant's Motion to Dismiss does not prejudice Defendants and provides a more accurate factual record for the Court and Defendant.

3. It is the interests of justice to allow Plaintiff to file his response to Defendant Motion to Dismiss.

WHEREFORE, Plaintiff, Joshua Jordan Williams, respectfully requests that his Motion Seeking Leave to file his Amended Response to Defendants Motion to Dismiss be granted and for such other relief as the Court deems necessary and proper.

Respectfully submitted,

THE DYSART LAW FIRM, P.C.

By: /s/ Christopher W. Dysart
Christopher W. Dysart, MO Bar #37069
16020 Swingley Ridge Rd., Ste. 340
Chesterfield, MO 63017
(636) 590-7110
(314) 548-6230 Fax
cdysart@dysart-law.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via the Court's electronic filing system and/or U.S. mail, postage prepaid on this 16th day of July, 2019:

/s/ Christopher W. Dysart
**Christopher W. Dysart**