UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL 2570 |

This document relates to:
**JOSHUA JORDAN WILLIAMS**
**1:19-cv-00232-RLY-TAB**

### [PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED MOTION SEEKING LEAVE TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO FILE CASE CATEGORIZATION FORM

Plaintiff's Amended Motion Seeking Leave to file his Response to Defendant's Motion to Dismiss [Doc. 11230] out of time is hereby granted.

SO ORDERED: _____
                                Judge

DATED: _____