UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC            )
FILTERS MARKETING, SALES                  )     1:14-ml-02570-RLY-TAB
PRACTICES AND PRODUCT                     )     MDL No. 2570
LIABILITY LITIGATION                      )
_____   )

## ORDER

The following motions are **DENIED as MOOT**:

*Estate of Arthur Gage*, **1:14-cv-0875**:

1. Cook Defendants' Motion for Bifurcation of Statute of Limitations Defense and Separate Juries (Filing No. 7644);

2. Cook Defendants' Motion for Bifurcation of Punitive Damages Claims (Filing No. 7646).

*Tonya Brand*, **1:14-cv-06018**:

3. Cook Defendants' Motion to Strike Specific Rebuttal Opinions (Filing No. 8461);

4. Plaintiff's Motion to Strike Defendants' Non-Retained Expert Raman Uberoi, M.D. (Filing No. 8491);

5. Plaintiff's Motion to Strike Defendants' Non-Retained Expert H. Robert Smouse, M.D. (Filing No. 8493);

6. Plaintiff's Motion to Strike Defendants' Non-Retained Expert John A. Kaufman, M.D. (Filing No. 8496);

7. Plaintiff's Motion to Strike Defendants' Non-Retained Expert Brian D. Choules, PH.D. (Filing No. 8500);

8. Plaintiff's Motion to Exclude Impermissible Expert Witnesses Mark Zuzga, M.D. and Mark J. Goodwin, M.D. (Filing No. 8543);

9. Cook Defendants' Motion to Exclude Expert Opinion of Robert W. Johnson and James A. Mills (Filing No. 8658);

10. Cook Defendants' Motion in Limine Regarding Certain of Plaintiff's Designations of Dr. Reisman's Deposition Testimony and Cook's Counsel's Questions of Witnesses During Discovery (Filing No. 8877);

11. Plaintiff's Motion to Reconsider Order Granting Cook's "Correction" of its MIL No. 9 [Dkt. 9439] (Filing No. 9450);

12. Plaintiff's Omnibus Motion to Exclude Portions of Defendants' Deposition Testimony (Filing No. 9461);

13. Cook Defendants' Motion for Leave to File Reply Memorandum Regarding Plaintiff's Response in Support of New Failure to Warn Claim (Filing No. 9622).

*All Actions*:

14. Cook Defendants' Motion to Dismiss (Filing No. 7600);

15. Cook Defendants' Motion to Dismiss (Filing No. 7643);

16. Plaintiffs' Motion for Leave to File Sur-Reply (Filing No. 7800).

**SO ORDERED** this 16th day of July 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.