**ATTACHMENT A**

**Joshua Williams v. Cook Medical**

**1:19-cv-00232-RLY-TAB**

Read: FW: MDL No. 25870, Plaintiff Joshua Jordan Williams, Case Categorization Submission - Report

FILE    REPORT    ACROBAT

Respond    Quick Steps    Move    Tags    Find    Zoom

Delete    Forward More    Carpenter    Team Email    Reply & Delete    To Manager    Done    Create New    Move    Rules    OneNote    Mark Unread    Categorize    Follow Up    Find    Related    Select    Zoom

From    Cook Filter MDL <CookFilterMDL@FaegreBD.com>

Sent    Mon 7/15/2019 1:23 PM

To    Megan Duffy

Subject    Read: FW: MDL No. 25870, Plaintiff Joshua Jordan Williams, Case Categorization Submission

Your message

To: Cook Filter MDL
Subject: FW: MDL No. 25870, Plaintiff Joshua Jordan Williams, Case Categorization Submission
Sent: Monday, July 15, 2019 1:21:05 PM (UTC-06:00) Central Time (US & Canada)

was read on Monday, July 15, 2019 1:22:43 PM (UTC-06:00) Central Time (US & Canada).

**Categorization Form**

MDL No. 2570
MDL Case No. 1:14-ml-02570-RLY-TAB
Plaintiff Case No. 1:19-cv-00232-RLY-TAB
Plaintiff: Joshua Jordan Williams

A.  Plaintiff's Name:   **Joshua Jordan Williams**

B.  Plaintiff's Case Number:   **1:19-cv-00232-RLY-TAB**   -

C.  Plaintiff's Counsel (Lead Firm Name):   **The Dysart Law Firm, P.C.**

D.  Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

Check here for Category 1: N/A

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

Check here for Category 2: N/A

Briefly describe claimed complication/outcome/injury:

3.  Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

Check here for Category 3:____

Briefly describe claimed complication/outcome/injury:

4.  Embedded and High Risk Cases:  "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

Check here for Category 4: **X**

Briefly describe claimed complication/outcome/injury **A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body. "One old filter leg fragment remains in stable extraluminal position."**

1

**Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.**

5.      Failed Retrieval and Complicated Retrieval Cases: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: **X**

Briefly describe claimed complication/outcome/injury:_ **A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body. "One old filter leg fragment remains in stable extraluminal position."**

**Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.**

6.      Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: **N/A**

Briefly describe claimed complication/outcome/injury:_____

7.      Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: **X** . **Circle all sub-categories that apply below:**

(a) ____IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

(b) **X** filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury: **Celect filter caused multifocal penetration associated with chronic pain. Celect filter migrated and embolized from insertion site causing penetration along the way in to the small bowel, aortic wall and retroperitoneum. One fractured component was located in a vertebral body. Celect filter ultimately migrated to right kidney where the apex of the filter rested against the right posterior wall of the kidney from where it was surgically removed.**

2

CT images dated 9/12/2017 confirmed the infrarenal positioning of the filter and described by Dr. William Tom Kuo on 12/5/2017 at 1PM in his progress note.

Pg 73 of Stanford Health Care medical records of Joshua Jordan Williams.

A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body as a permanent foreign body embolus. "One old filter leg fragment remains in stable extraluminal position."

Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.

(c) __X__ filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d) __X__ filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;

Briefly describe claim of symptomatic injury: **Celect filter caused multifocal penetration associated with chronic pain. Celect filter migrated from insertion site causing penetration along the way in to the small bowel, aortic wall and retroperitoneum. One fractured component was located in a vertebral body. Celect filter ultimately migrated to right kidney where the apex of the filter rested against the right posterior wall of the kidney from where it was surgically removed. CT images dated 9/12/2017 confirmed the infrarenal positioning of the filter and described by Dr. William Tom Kuo on 12/5/2017 at 1PM in his progress note.**

**Pg 73 of Stanford Health Care medical records of Joshua Jordan Williams.**

**A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body as a permanent foreign body embolus. "One old filter leg fragment remains in stable extraluminal position."**

**Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.**

(e) __X__ penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: **Celect filter caused multifocal penetration/perforation associated with chronic pain. Celect filter migrated from insertion site causing penetration/perforation into the small bowel, aortic wall, and**

retroperitoneum.  One fractured component was located in a vertebral body. Celect filter ultimately found in right kidney where the apex of the filter rested against the right posterior wall of the kidney.  Complex filter retrieval for embedded IVC filter necessary to remove migrating, embolized Celect filter.  Surgery, right neck access site, performed on 12/6/2017 at Standford Hospitals and Clinics.  CT images dated 9/12/2017 confirmed the infrarenal positioning of the filter and described by Dr. William Tom Kuo on 12/5/2017 at 1PM in his progress note.

Pg 73 of Stanford Health Care medical records of Joshua Jordan Williams.

Pg. 95 – Discharge Summary dated 12/7/2017, 7:21 AM by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.

Pg. 97 – 100, Interventional Radiology, History and Physical dated 12/6/2017, 11:32 AM, by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.

Pg. 102-118 – Interventional Radiology Post-Operative Note – Surgical Notes, dated 12/6/2017, 5:36 PM by Dr. Lynne N. Martin of Stanford Health Care medical records of Joshua Jordan Williams.

A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body as a permanent foreign body embolus. "One old filter leg fragment remains in stable extraluminal position."

Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.

(f) __X__ recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_ A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body as a permanent foreign body embolus. "One old filter leg fragment remains in stable extraluminal position."

Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.

(g) ____ DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) ____ infection;

Briefly describe claim of symptomatic injury:_____

(i) ____ bleeding;

Briefly describe claim of symptomatic
injury:_____

(j) ____ death; and

Briefly describe claim of symptomatic injury:_____

(k) ____ open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.   Certification: The undersigned counsel affirms that the categorization is based on a

review of the available medical records including imaging records and reports. The

submission of the specific medical record(s) attached, and submission of this form, are

counsel's certification that the outcome, complication, or injury represented in Section D

is the proper categorization for Plaintiff's case to the best of counsel's knowledge and

belief.

Plaintiff's Counsel Name: __**Christopher W. Dysart**_____

Plaintiff's Counsel's Firm: __**The Dysart Law Firm, P.C.**_____

Plaintiff's Counsel's Signature: _____



Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034,
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

## All Orders and Results (continued)

### IR CV IR BODY PROCEDURE [541971073] (continued)

Electronically signed by:  **Lucio, Diane, MA on 11/15/17 1549**              Status: **Completed**
Ordering user: Lucio, Diane, MA 11/15/17 1549   Ordering provider:  Kuo, William Tom, MD
Authorized by:  Kuo, William Tom, MD
Frequency:  Once 11/15/17 1600 - 1  Occurrences

### IR CV IR BODY PROCEDURE [541971075]

Electronically signed by:  **Lucio, Diane, MA on 11/15/17 1549**              Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lucio, Diane, MA 11/15/17 1549   Ordering provider:  Kuo, William Tom, MD
Authorized by:  Kuo, William Tom, MD

IR CV IR BODY PROCEDURE                                      Result status: Final result
Performed:  12/06/17 1643 - 12/06/17 1730        Accession number: 11350663
Narrative:
PROCEDURE:
Impression:
Inferior vena cava (IVC) filter retrieval

Procedural Personnel
Primary: Kuo, William Tom, MD
Fellow: Khosla, Ankaj, MD

Pre-procedure diagnosis: Embedded and Penetrating Filter
Post-procedure diagnosis: Embedded and Penetrating Filter
Indication(s): The requirement for prophylaxis to prevent pulmonary
embolus has been rescinded. The patient no longer needs either
anticoagulation or a filter because the condition requiring filtration has
resolved or sufficient time has passed.
Additional clinical history: 40 yr old male with embedded ivc filter
complicated by severe penetration resulting in significant pain.

Complications: None

IMPRESSION:

Successful complex retrieval of an embedded and penetrating Celect IVC
filter.

One old filter leg fragment remains in stable extraluminal position.

Plan:

IV Zosyn today. Admit for routine overnight observation.



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034,          Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

## All Orders and Results (continued)

### IR CV IR BODY PROCEDURE [541971075] (continued)

After discharge, Follow-up phone call in 1 week. Continue routine
follow-up with local PCP.

PROCEDURE SUMMARY:
- Venous access with ultrasound guidance
- IVC venography
- IVC filter retrieval with fluoroscopic guidance

PROCEDURE DETAILS:

PRE-PROCEDURE
Relevant imaging review: CT showing embedded filter.
Informed consent for the procedure was obtained and time-out was performed
prior to the procedure.
Prophylactic antibiotic administered: IV Zosyn Within 1 hour of procedure
start time
Preparation (MIPS): The site was prepared and draped using all elements of
maximal sterile barrier technique including sterile gloves, sterile gown,
cap, mask, large sterile sheet, sterile ultrasound probe cover, hand
hygiene and cutaneous antisepsis with 2% chlorhexidine.

Anesthesia/Sedation:
Level of anesthesia/sedation: General anesthesia
Anesthesia/sedation administered by: Anesthesiology

I, Will Kuo MD, attest that I personally was present for continuous 1:1
monitoring throughout the entire procedure and while sedation was being
administered. The above times reflect physician/patient face-to-face time.

ACCESS GAINED
Local anesthesia was administered. The vessel was sonographically
evaluated and judged appropriate for access. Real time ultrasound was used
to visualize needle entry into the vessel and a permanent image was
stored.
*Access vein ultrasound findings: Patent
Access vein side: Right
Vein accessed: Internal jugular vein



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034,                Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

---

## All Orders and Results (continued)

### IR CV IR BODY PROCEDURE [541971075] (continued)

Access sheath size (French): 14.
Access sheath type: Straight
Sheath type modifier: Flexor
Access sheath length (cm): 45
Access Wire: Amplatz
Access technique: 5F micropuncture set


IVC VENOGRAPHY
Vein catheterized: IVC
Indication for venography: Document position of filter within the IVC and
evaluate for intra-filter thrombus
IVC patency: Patent
Indwelling filter: Cook Celect
Filter position: Infrarenal IVC
Filter integrity: One Fractured leg
Intra-filter thrombus: Not present
Leg penetration: Present
Hook position: Embedded in the wall
Contrast used: Isovue
Hand injection: Yes
Additional findings: One of the posterior legs is fractured outside the
caval lumen and eroded in the adjacent vertebral body with associated
osteophyte.

COMPLEX FILTER RETRIEVAL
Complex filter retrieval performed: Yes
UNUSUAL PROCEDURE: Complex IVC filter retrieval with fluoroscopic guidance
was performed with 1 hour of additional procedure time because of the
technical difficulty of the procedure resulting from the embedded nature
of the filter and its effects on the IVC, requiring substantial additional
physical and mental effort.
FILTER RETRIEVAL
Sheath Type: A single retrieval sheath was advanced.
Retrieval sheath size(s): 14 French vascular sheath
The filter was captured, collapsed into the sheath, and removed in its
entirety.
Filter capture technique:  Forceps technique, to dissect and grasp the
filter hook. Standard snare technique to engage the hook.

---



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034,          Sex: M
Adm: 12/6/2017

## All Orders and Results (continued)

### IR CV IR BODY PROCEDURE [541971075] (continued)

POST-RETRIEVAL VENOGRAPHY
Post-retrieval venography of the IVC was performed
IVC patency post: Patent
IVC integrity post: No extravasation
Contrast used: Isovue
Hand injection: Yes
*Additional findings: A single filter leg fragment remains in stable
extraluminal position.
No vascular injury noted.

ACCESS CLOSURE
The sheath was removed and hemostasis was achieved with Absorbable suture,
Dermabond, Steri-Strips and Manual compression. Sterile dressing(s)
applied.


CONTRAST
Contrast agent: None
Contrast volume: 40 cc

RADIATION DOSE
Fluoroscopy time (minutes): 4.7
Reference air kerma (mGy): 198

ADDITIONAL DETAILS
Additional description of procedure: None
Additional findings: None
Equipment details: None
Specimens removed: None
Estimated blood loss: No Data Recorded
Standardized report: SIR_IVCFilterRetrieval1.3

ATTESTATION
Attending: Kuo, William Tom, MD was present for the entire procedure. I
reviewed the stored images and agree with the report as written..


**Vital Signs [543978406]**

| | |
|---|---|
| Electronically signed by: **Daugherty, Ryan Wright, NP on** **12/05/17 1612** | Status: **Discontinued** |
| Ordering user: Daugherty, Ryan Wright, NP | Ordering provider: Daugherty, Ryan Wright, NP |



Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD ADVANCED
MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305

Williams, Joshua Jordan
MRN: 38220034            Sex: M
Encounter date: 12/5/2017

## Progress Notes - ENCOUNTER NOTES (continued)

### Progress Notes by Kuo, William Tom, MD at 12/5/2017  1:00 PM (continued)

12 Cans of beer per week

**Allergies:** see listed allergies
**Allergic to IV Contrast:** no

**Exam:**
**Visit Vitals**

| | |
|---|---|
| BP | 123/81 |
| Pulse | 106 |
| Temp | 36.6 °C (97.9 °F) (Oral) |
| Resp | 18 |
| Ht | 1.854 m (6' 1") |
| Wt | 100.7 kg (222 lb 0.1 oz) |
| SpO2 | 97% |
| BMI | 29.29 kg/m² |

General appearance: Sad and anxious appearing.

**Lab Results**

| Basename | Value | Date |
|---|---|---|
| WBC | 7.8 | 12/02/2017 |
| HGB | 15.6 | 12/02/2017 |
| HCT | 45.3 | 12/02/2017 |
| PLT | 245 | 12/02/2017 |
| INR | 1.1 | 12/06/2017 |
| CR | 0.85 | 12/02/2017 |

Imaging: CT images dated 9-12-17 were reviewed. These show an infrarenal Celect filter with apex against the right posterior wall. There is severe multifocal penetration involving the small bowel, aortic wall, and retroperitoneum. There is one fractured component in the vertebral body.

**Assessment and Plan:** In summary, Mr. Williams is a ____ r old who presents with an embedded Celect IVC filter complicated by severe multifocal penetration associated with chronic pain. From our assessment, he is a good candidate to undergo complex filter retrieval here at Stanford. In fact, filter retrieval is desired in this young patient to prevent further risks associated with longterm implantation and to reduce thrombotic risks associated with a permanent filter. Filter removal would also alleviate any pain associated with the penetrating filter component.

Per our retrieval protocol, we will administer intraprocedural IV heparin to mitigate the risk of periprocedure clot formation, and we will give IV antibiotics to mitigate infection given his finding of small bowel penetration. All of the risks, benefits and alternatives to the procedure were discussed in detail and informed consent was obtained. In addition, consent for the Stanford Filter Registry was also obtained. All questions were fully answered, and we will schedule him for tomorrow.



Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034,             Sex: M
Adm: 12/6/2017

## Discharge Summaries - ENCOUNTER NOTES

### Discharge Summaries by Khosla, Ankaj, MD at 12/7/2017  7:21 AM

| | | |
|---|---|---|
| Author: Khosla, Ankaj, MD | Service: Interventional Radiology | Author Type: Fellow |
| Filed: 12/7/2017  7:25 AM | Date of Service:  12/7/2017  7:21 AM | Status: Addendum |

Editor: Khosla, Ankaj, MD (Fellow)
Related Notes: Original Note by Khosla, Ankaj, MD (Fellow) filed at 12/7/2017  7:22 AM
Cosigner: Kuo, William Tom, MD at 12/7/2017  5:29 PM

**Stanford Hospital and Clinics**
**Interventional Radiology**
**Discharge Note**

Attending Physician: Kuo, William Tom, MD
Procedure Date: 12/6/2017
Discharge Date: 12/7/2017

Joshua Jordan Williams is a      year old male who underwent  complex filter retrieval for embedded IVC filter

Problems or complications following procedure: None

Joshua Jordan Williams is doing well and without complaints. Voices readiness to be discharged.

**Physical Exam:**
General/Constitutional: Afebrile, VSS, fully awake and taking sips of clears without N/V
Abdomen: Benign
Extremities/Access site: Right neck C/D/I, no hematoma. LE pulses full and equal, feet warm and pink bilaterally.

**Assessment and Plan:**
1. Discharge to home with current medications
2. Follow up: phone call in 4 weeks

Condition of Patient at Discharge: stable

**Discharge Medications**
**Current Discharge Medication List**

CONTINUE these medications which have NOT CHANGED

| | Details |
|---|---|
| **DIPHENHYDRAMINE HCL (BENADRYL PO)** | take 50 mg by mouth 3 times a day |



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP    Williams, Joshua Jordan
300 PASTEUR DRIVE         MRN: 38220034,                  Sex: M
MC:5500                   Adm: 12/6/2017
Stanford CA 94305

## Discharge Summaries - ENCOUNTER NOTES (continued)

### Discharge Summaries by Khosla, Ankaj, MD at 12/7/2017 7:21 AM (continued)

Electronically Signed by Khosla, Ankaj, MD at 12/7/2017 7:22 AM
Electronically Signed by Khosla, Ankaj, MD at 12/7/2017 7:25 AM
Electronically Signed by Kuo, William Tom, MD at 12/7/2017 5:29 PM

## H&P - ENCOUNTER NOTES

### H&P by Daugherty, Ryan Wright, NP at 12/6/2017 11:27 AM

| Author: Daugherty, Ryan Wright, NP | Service: Interventional Radiology | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 12/6/2017 11:32 AM | Date of Service: 12/6/2017 11:27 AM | Status: Signed |

Editor: Daugherty, Ryan Wright, NP (Nurse Practitioner)

**Stanford Hospital and Clinics**
**Interventional Radiology**
**History and Physical**

Date: 12/6/2017
Procedure Date: 12/6/2017
Attending for Procedure: Kuo, William Tom, MD
Requested IR Procedure: Inferior vena cava filter removal

**ID & HPI:** Joshua Jordan Williams is a ▆ Y old who presents with an embedded Celect IVC filter complicated by severe multifocal penetration associated with chronic pain. From our assessment, he is a good candidate to undergo complex filter retrieval here at Stanford. In fact, filter retrieval is desired in this young patient to prevent further risks associated with longterm implantation and to reduce thrombotic risks associated with a permanent filter.
Per our retrieval protocol, we will administer intraprocedural IV heparin to mitigate the risk of periprocedure clot formation, and we will give IV antibiotics to mitigate infection given his finding of small bowel penetration. All of the risks, benefits and alternatives to the procedure were discussed in detail and informed consent was obtained. In addition, consent for the Stanford Filter Registry was also obtained. All questions were fully answered and informed consent obtained.

Patient presented to pre op with a hurt left big toes from BART train door closing on his foot. Assessment with mild pain. No brusing, bleeding, swelling, or issues with gate. Ice applied. Will reassess.

Patient states he takes ativan every four hours for years and did not take it today.

Primary Language: English    Interpretor Used: No
No past medical history on file.
No past surgical history on file.
**Social History**
Substance Use Topics



Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP    Williams, Joshua Jordan
300 PASTEUR DRIVE          MRN: 38220034,          Sex: M
MC:5500                    Adm: 12/6/2017
Stanford CA 94305

---

## H&P - ENCOUNTER NOTES (continued)

### H&P by Daugherty, Ryan Wright, NP at 12/6/2017 11:27 AM (continued)

- Smoking status:          Current Every Day Smoker
- Smokeless tobacco:       Current User
- Alcohol use              Not on file

**Radiation Safety:**
Is the patient female between the ages of 12 and 60? No
If yes, is a pregnancy test needed?
Pregnancy test results: none

Allergies: Chlorpromazine; Ketorolac; Pineapple; Prochlorperazine edisylate; Quetiapine; Ziprasidone hcl; Carisoprodol; Cephalexin; Haloperidol lactate; Morphine; Olanzapine; and Latex
Allergic to IV Contrast: no

Current Facility-Administered Medications:
- LORazepam (ATIVAN) tablet 2 mg, 2 mg, Oral, Q6H PRN, Daugherty, Ryan Wright, NP
- NS infusion, , Intravenous, Continuous, Daugherty, Ryan Wright, NP

### Exam
Vital Signs:  There were no vitals taken for this visit.
No LMP for male patient.
General Appearance: No acute distress
ENT: PERRLA, EOMI, sclera anicteric; Oropharynx clear; Neck supple, no JVD
Lungs: Clear to auscultation, normal symmetry and expansion
Cardiac: Regular rate and rhythm, no murmurs, clicks or gallops
Abdomen: Soft, Nontender, Normal Bowel Sounds
Extremities: No edema, no clubbing, no cyanosis, pulses 2+ and equal bilaterally
Neuro: Alert and oriented x 3
Skin: Warm, dry, clear
**Lines/Drains/Airways necessary for patient care: None**

### Lab Results

| Basename | Value | Date |
|---|---|---|
| WBC | 7.8 | 12/02/2017 |
| HGB | 15.6 | 12/02/2017 |
| HCT | 45.3 | 12/02/2017 |
| PLT | 245 | 12/02/2017 |
| CR | 0.85 | 12/02/2017 |

Imaging Studies: Imaging studies were reviewed by the attending physician.

### Assessment and Plan
Joshua Jordan Williams is a [ ] ear old male with above mention dx. The plan is to proceed with

Official Copy


**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 3822003█           █, Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

## H&P - ENCOUNTER NOTES (continued)

### H&P by Daugherty, Ryan Wright, NP at 12/6/2017 11:27 AM (continued)

inferior vena cava filter removal.

•
• After a detailed discussion of the procedure's risks, benefits, and alternatives, informed consent was obtained.


**Pre-Procedure Plan for Sedation**
Physician  Anesthesiologist is ordering sedation for the patient.
**Patient or family problems with anesthesia/sedation?** No
**Airway**: Class 2
**ASA Level**: 2, Mild to moderate systemic disturbance
**Plan**: Sedation and Local anesthesia


Ryan Wright Daugherty, NP 11:27 AM 12/6/2017

**Emergency Contact:**
Extended Emergency Contact Information
Primary Emergency Contact: Linda Reyes
Address: 298 Turquoise Dr.
        PERRIS, CA 92571 United States of America
Home Phone: 951-255-2027
Mobile Phone: 951-255-2027
Relation: Life Partner
Other needs: None
Preferred language: English
Interpreter needed? No

**Outpatient Treatment Team**
Primary Care Provider:Pcp, No    Phone:None


Electronically Signed by Daugherty, Ryan Wright, NP at 12/6/2017 11:32 AM

## Consults - ENCOUNTER NOTES

### Consults by Cisco, Renee at 12/6/2017  1:20 PM

| Author: Cisco, Renee | Service: (none) | Author Type: Social Worker |
|---|---|---|
| Filed: 12/6/2017  6:18 PM | Date of Service: 12/6/2017  1:20 PM | Status: Signed |

Editor: Cisco, Renee (Social Worker)


**AMBULATORY CARE SOCIAL WORK PROGRESS NOTE**



Official Copy

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 3822003-█████, Sex: M
Adm: 12/6/2017

## Consults - ENCOUNTER NOTES (continued)

### Consults by Cisco, Renee at 12/6/2017  1:20 PM (continued)

Follow up visit made with Pt in ASC pre-op today. Pt had attended Little Orchard shelter last night in San Jose, appreciative of the bed availability. He also has confirmed his discharge transportation arrangement with his church pastor Gabriel 951-265-9837.

MSW contacted pastor Gabriel as Pt requested. Confirmed they will pay for a Greyhound bus ticket back to Southern CA, once Pt's discharge time has been confirmed. MSW will provide an update tomorrow as appropriate.

PLAN:
1. Update to RN of discharge transportation arrangements once Pt recovers from surgery and is medically cleared
2. MSW will remain available to partner in care coordination as needed

Renee E. Cisco, M.S.W.
Ambulatory Specialty Clinics, Advanced Clinician
Social Work & Case Management Department
Patient Care Services
300 Pasteur Drive, HC029 Stanford, CA 94305
C: 650-485-9086 (staff only) O: 650-723-5668  P: 17842  F: 650-498-6100



Electronically Signed by Cisco, Renee at 12/6/2017  6:18 PM

## Surgical Log Report

| Date:  12/6/2017 | Time:  1510 | Status:  Unposted |
|---|---|---|
| Location:  STANFORD HOSPITAL MAIN OR | Room:  *MOR 00 | Service:  Interventional Radiology |
| Patient class:  To Be Admitted | Case classification:  Urgent | |

### Panel Information

Panel 1

| Surgeon | Role | Service |
|---|---|---|
| Kuo, William Tom, MD | Primary | Interventional Radiology |

Procedure: OTHER OUT OF OR

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region |
|---|---|---|---|---|



Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE         MRN: 38220034,          Sex: M
MC:5500                   Adm: 12/6/2017
Stanford CA 94305

## Operative Note - SURGICAL NOTES

### Operative Note by Martin, Lynne N, MD at 12/6/2017  5:36 PM

Author: Martin, Lynne N, MD       Service: General Surgery         Author Type: Resident
Filed: 12/6/2017  5:39 PM          Date of Service: 12/6/2017       Status: Signed
                                   5:36 PM

Editor: Martin, Lynne N, MD (Resident)

**Interventional Radiology**
**Post Operative Note**

Today's date: December 6, 2017
Time: 5:36 PM
Clinical History:
Briefly, Joshua Jordan Williams is a ▉ ear old from Southern CA with complex psychosocial history and remote history of IVC filter placement in November 2011 in Southern California. In 2007, per patient, he sustained head trauma when "my wife tried to kill me". He was in a coma and required 2 craniotomies for treatment. Around this time, he may have developed "blood clots". He therefore underwent IVC filter placement although he states he never approved of the procedure. He does not recall ever taking any therapeutic anticoagulation. He states he has suffered from right-sided pain for nearly 10 years and that "no one will touch me" when they discover the filter. Per records, he has sought care through many visits to his local ER at Loma Linda.
From our assessment, he is a good candidate to undergo complex filter retrieval here at Stanford. In fact, filter retrieval is desired in this young patient to prevent further risks associated with longterm implantation and to reduce thrombotic risks associated with a permanent filter.
Per our retrieval protocol, we will administer intraprocedural IV heparin to mitigate the risk of periprocedure clot formation, and we will give IV antibiotics to mitigate infection given his finding of small bowel penetration. All of the risks, benefits and alternatives to the procedure were discussed in detail and informed consent was obtained. In addition, consent for the Stanford Filter Registry was also obtained. All questions were fully answered and informed consent obtained.

Pre-operative Diagnosis: IVC filter
Post-operative Diagnosis: IVC filter removal
Informed Consent was obtained.

.Procedure Performed: Complex IVC filter removal
.IR Attending: Kuo, W
.IR Trainee: Khosla, Martin
Brief description of procedure: 14 F sheath used to access right IJ. IVC filter grasped with rigid forceps and tip brought into sheath, tip snared and then extracted into sheath. Successful IVC filter removal

EBL: 5 cc

Specimens removed: IVC filter - sent to pathology

Complications: None

.
.



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034,                    Sex: M
Adm: 12/6/2017

## Operative Note - SURGICAL NOTES (continued)

### Operative Note by Martin, Lynne N, MD at 12/6/2017  5:36 PM (continued)

The above is a very brief procedure note. The full details of the procedure can be found in the dictated interventional radiology report to follow, which can be found in Centricity or the radiology section of Epic. If you have immediate questions, please page the Fellow of record.


Electronically Signed by Martin, Lynne N, MD at 12/6/2017  5:39 PM

---

### Equipment

| Equipment Type | Equipment | Start | End |
|---|---|---|---|
| MOR Headlight Sunoptics | | | |
| MOR Cart Cardiac Out of Department | | | |
| MOR Caddy Suture Cardiac | | | |

### Instruments

| Instrument Type | Instrument | Start | End |
|---|---|---|---|
| Cart Vas Convert to Open | | | |
| Castaneda Clamp Set | | | |
| Ret Weitlander dull 6.5 | | | |
| Vascular Basic Set | | | |
| Zoll MOR 2.0 Internal Defib Paddles | | | |
| Koven Doppler Probe | | | |

### Case Completion - Additional Information

Pre-op diagnosis
   IVC FILTER

Post-op diagnosis
   None

### Surgical Log Report

| | | |
|---|---|---|
| Date: 12/6/2017 | Time: 1535 | Status: Complete |
| Location: STANFORD HOSPITAL CATH AMC | Room: CATH AMC 01 | Service: Interventional Radiology |
| Patient class: OP Surgery Overnight Recovery | Case classification: Elective | |

### Panel Information

Panel 1

| Provider | Role | Service |
|---|---|---|



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034,              Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

---

## Panel Information (continued)

| Kuo, William Tom, MD | Primary | Interventional Radiology |
|---|---|---|
| Khosla, Ankaj, MD | Fellow | Interventional Radiology |

Procedure: Complex Filter Retrieval, Possible IVC Plasty

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region | |
|---|---|---|---|---|---|
| N/A | | | General anesthesia | | |

Complex Filter Retrieval, Possible IVC Plasty- Right IJV-
possible anesthesia
HX TBI
zosyn
14 cook,
ridges
ensnare

**Complex Filter Retrieval, Possible IVC Plasty (N/A) - Position 1**

| Body: | Left Arm: | Right Arm: |
|---|---|---|
| Head: | Left Leg: | Right Leg: |

## Case Tracking Events

| Event | Time In |
|---|---|
| **Patient Arrival to Registration** | 0934 |
| **Patient Registration Complete** | 1104 |
| **CAPR/AMC Pre-op started** | 1121 |
| **Pre-Op Nurse Prep Complete** | 1314 |
| **Go Sticker Done** | 1314 |
| **Room Set Up Started** | 1532 |
| **Room Ready** | 1547 |
| **Patient Room In** | 1611 |
| **Anesthesia Start** | 1602 |
| **Anesthesia Hand off to Surgeon** | 1634 |
| **Anesthesia Stop** | 1810 |
| **Procedure Start** | 1643 |
| **Closure Start** | 1720 |
| **Procedure End** | 1730 |
| **Patient Room Out** | 1748 |
| **Admit CAPR Post Anesthesia Level 3** | 1752 |
| **Discharge CAPR Post Anesthesia Level 3** | 1826 |



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034,              Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

## Case Tracking Events (continued)

| Event | Time In |
|-------|---------|
| Admit CAPR Post Anesthesia Level 2 | 1827 |
| Admit CAPR/AMC Recovery | 1752 |
| Discharge CAPR/AMC Recovery | 1911 |
| Cath Lab Discharged | 1911 |



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034,            Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

## Operative Note - SURGICAL NOTES

### Operative Note by Martin, Lynne N, MD at 12/6/2017  5:36 PM

| Author:  Martin, Lynne N, MD | Service:  General Surgery | Author Type:  Resident |
| Filed:  12/6/2017  5:39 PM | Date of Service:  12/6/2017  5:36 PM | Status:  Signed |

Editor:  Martin, Lynne N, MD (Resident)

**Interventional Radiology**
**Post Operative Note**

Today's date: December 6, 2017
Time: 5:36 PM
Clinical History:
Briefly, Joshua Jordan Williams is a ▮ Year old from Southern CA with complex psychosocial history and remote history of IVC filter placement in November 2011 in Southern California. In 2007, per patient, he sustained head trauma when "my wife tried to kill me". He was in a coma and required 2 craniotomies for treatment. Around this time, he may have developed "blood clots". He therefore underwent IVC filter placement although he states he never approved of the procedure. He does not recall ever taking any therapeutic anticoagulation. He states he has suffered from right-sided pain for nearly 10 years and that "no one will touch me" when they discover the filter. Per records, he has sought care through many visits to his local ER at Loma Linda.
From our assessment, he is a good candidate to undergo complex filter retrieval here at Stanford. In fact, filter retrieval is desired in this young patient to prevent further risks associated with longterm implantation and to reduce thrombotic risks associated with a permanent filter.
Per our retrieval protocol, we will administer intraprocedural IV heparin to mitigate the risk of periprocedure clot formation, and we will give IV antibiotics to mitigate infection given his finding of small bowel penetration. All of the risks, benefits and alternatives to the procedure were discussed in detail and informed consent was obtained. In addition, consent for the Stanford Filter Registry was also obtained. All questions were fully answered and informed consent obtained.

Pre-operative Diagnosis: IVC filter
Post-operative Diagnosis: IVC filter removal
Informed Consent was obtained.

.Procedure Performed: Complex IVC filter removal
.IR Attending: Kuo, W
.IR Trainee: Khosla, Martin
Brief description of procedure: 14 F sheath used to access right IJ. IVC filter grasped with rigid forceps and tip brought into sheath, tip snared and then extracted into sheath. Successful IVC filter removal

EBL: 5 cc

Specimens removed: IVC filter - sent to pathology

Complications: None

.
.



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP    Williams, Joshua Jordan
300 PASTEUR DRIVE         MRN: 38220034          Sex: M
MC:5500                   Adm: 12/6/2017
Stanford CA 94305

## Operative Note - SURGICAL NOTES (continued)

### Operative Note by Martin, Lynne N, MD at 12/6/2017 5:36 PM (continued)

The above is a very brief procedure note. The full details of the procedure can be found in the dictated interventional radiology report to follow, which can be found in Centricity or the radiology section of Epic. If you have immediate questions, please page the Fellow of record.

Electronically Signed by Martin, Lynne N, MD at 12/6/2017 5:39 PM

### Equipment

| Equipment Type | Equipment | Start | End |
|---|---|---|---|
| Cath Angio Room | **SHC CATH AMC 01** | | |
| Cath Angio Room | **SHC CATH ANGIO US MODALITIES** | | |

### Case Completion - Additional Information

Pre-op diagnosis
    DVT I82.409
Post-op diagnosis
    None

### Log Completed By

| | | |
|---|---|---|
| **Wheaton, Laura, RN** | 12/6/2017 | 1750 |

### Log Verified By

| | | |
|---|---|---|
| **Wheaton, Laura, RN** | 12/6/2017 | 1643 |
| **Red Elk, Daniel, RN** | 12/6/2017 | 1750 |
| **Quinn, Leann, RN** | 12/6/2017 | 1831 |

### Delays

| Delay Type | Delay Reason | Length |
|---|---|---|
| Pre-op Delays | **Complex patient management others** | |

urine toxic screen ordered, pt with psych issues and also needed social work

### Anesthesia Event Report - Williams, Joshua Jordan
[38220034]    Male                                    Current as of 02/11/18 1243

Height: 1.854 m (6' 1") (12/05/17)
Weight: 100.7 kg (222 lb 0.1 oz) (12/05/17)
BMI: 29.4 (12/05/17)
NPO Status: Not recorded
Allergies: CHLORPROMAZINE, KETOROLAC, PINEAPPLE, PROCHLORPERAZINE EDISYLATE, QUETIAPINE, ZIPRASIDONE HCL, CARISOPRODOL, CEPHALEXIN, HALOPERIDOL LACTATE, MORPHINE, OLANZAPINE, LATEX

Official Copy

 **Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034         Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

## Procedure Summary

Date: 12/06/17

Anesthesia Start: 1602
Procedure:  Complex Filter Retrieval, Possible
IVC Plasty (N/A )
Provider:  Kuo, William Tom, MD

Anesthesia Type:  general

Room / Location:  SHC CATH AMC 01 /
STANFORD HOSPITAL CATH AMC
Anesthesia Stop:  1810
Diagnosis:  (DVT I82.409)

Responsible Provider:  McGoldrick, Rebecca
Renee, MD
ASA Status:  2

## Events

| Date | Time | Event |
|------|------|-------|
| 12/6/2017 | 1602 | **Anesthesia Start**<br>Machine, supplies checked/ready.<br>Emergency airway, suction and pharmaceuticals ready. |
| | 1614 | **Start Data Collection**<br>Patient re-evaluated immediately prior to induction |
| | 1620 | **Anesthesia Timeout**<br>Anesthesia Timeout report reviewed. |
| | 1627 | **Intubation** |
| | 1634 | **Handoff to Surgeon**<br>Handoff to surgical team |
| | 1643 | **Procedure Start** |
| | 1742 | **Extubation**<br>Airway suctioned atraumatically.<br>Patient following command.<br>Adequate tidal volumes.<br>Normal respiratory rate.<br>Sustained Tetany.<br>Hemodynamically Stable.<br>Atraumatic Extubation.<br>Transported with Oxygen. |
| | 1751 | **Stop Data Collection** |
| | 1757 | **Handoff to Postop** |
| | 1810 | **Anesthesia Stop** |

Go to the Preprocedure Summary Report for this case.



Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE         MRN: 38220034          Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

---

## Anesthesia Preprocedure Evaluation - ANESTHESIA NOTES

### Anesthesia Preprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017 4:58 PM

Author: McGoldrick, Rebecca      Service: (none)                    Author Type: Anesthesiologist
Renee, MD
Filed: 12/6/2017 4:59 PM          Date of Service: 12/6/2017         Status: Signed
                                  4:58 PM
Editor: McGoldrick, Rebecca Renee, MD (Anesthesiologist)

#### Anesthesia Preoperative Evaluation

**Name:** Joshua Jordan Williams **Age:** Y **DOB:** 6/7/1977
**Procedure:** Complex Filter Retrieval, Possible IVC Plasty (N/A )

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • DVT (deep venous thrombosis) (CMS-HCC) | |
| • PTSD (post-traumatic stress disorder) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • GASTROSTOMY TUBE | | |
| • TRACHEOSTOMY | | |

There are no active problems to display for this patient.

Prescriptions Prior to Admission:

| DIPHENHYDRAMINE HCL (BENADRYL PO) | take 50 mg by mouth 3 times a day | Disp: | Rfl: |
|---|---|---|---|
| divalproex (DEPAKOTE) 500 mg delayed release tablet | take 500 mg by mouth | Disp: | Rfl: |
| docusate (COLACE) 100 mg capsule | take 100 mg by mouth | Disp: | Rfl: |
| famotidine (PEPCID) 40 mg tablet | take 40 mg by mouth | Disp: | Rfl: |
| HYDROmorphone (DILAUDID) 2 mg tablet | take 2 mg by mouth every 4 hours | Disp: | Rfl: 0 |
| LORazepam (ATIVAN) 2 mg tablet | take 2 mg by mouth 2 times a day | Disp: | Rfl: 0 |
| meclizine (ANTIVERT) 25 mg tablet | take 25 mg by mouth | Disp: | Rfl: |
| ondansetron (ZOFRAN) 4 mg tablet | TK 1 T PO Q 8 H PRN N . GENERIC FOR ZOFRAN. | Disp: | Rfl: 0 |



Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034█████, Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

## Anesthesia Preprocedure Evaluation - ANESTHESIA NOTES (continued)

### Anesthesia Preprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017  4:58 PM (continued)

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • lidocaine (XYLOCAINE) 1% injection | | | Cath angio MULTIPLE PRN | Kuo, William Tom, MD | | 4 mL at 12/06/1 7 1646 |
| • LORazepam (ATIVAN) tablet 2 mg | 2 mg | Oral | Q6H PRN | Daugherty, Ryan Wright, NP | | 2 mg at 12/06/1 7 1213 |
| • NS infusion | | Intravenous | Continuous | Daugherty, Ryan Wright, NP | | |

**Facility-Administered Medications Ordered in Other Encounters**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • fentaNYL 50 mcg/mL injection | | | PRN | McGoldrick, Rebecca Renee, MD | | 50 mcg at 12/06/1 7 1621 |
| • lidocaine (PF) (XYLOCAINE) 2% injection | | Intravenous | PRN | McGoldrick, Rebecca Renee, MD | | 80 mg at 12/06/1 7 1621 |
| • midazolam (VERSED) injection | | Intravenous | PRN | McGoldrick, Rebecca Renee, MD | | 2 mg at 12/06/1 7 1607 |
| • piperacillin-tazobactam (ZOSYN) injection | | | PRN | McGoldrick, Rebecca Renee, MD | | 3.375 g at 12/06/1 7 1633 |
| • propofol IV injection | | | PRN | McGoldrick, Rebecca Renee, MD | | 200 mg at 12/06/1 7 1621 |
| • rocuronium (ZEMURON) IV injection | | Intravenous | PRN | McGoldrick, Rebecca Renee, MD | | 50 mg at 12/06/1 7 1624 |

**Allergies**

| Allergen | Reactions |
|---|---|
| • Chlorpromazine | Anaphylaxis |
| • Ketorolac | Shortness of Breath |
| • Pineapple | Anaphylaxis and Rash |
| • Prochlorperazine Edisylate | Shortness of Breath |
| • Quetiapine | Anaphylaxis |
| • Ziprasidone Hcl | Anaphylaxis |
| • Carisoprodol | Unknown |
| • Cephalexin | Unknown |



Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034,            Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

## Anesthesia Preprocedure Evaluation - ANESTHESIA NOTES (continued)

### Anesthesia Preprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017  4:58 PM (continued)

| | |
|---|---|
| • Haloperidol Lactate | Unknown |
| • Morphine | Itching, pruritis |
| *Home meds MS contin and Norco tabs* | |
| • Olanzapine | Unknown |
| • Latex | Rash and Swelling |

**Social History**
Substance Use Topics
| | |
|---|---|
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Years: | 20.00 |
| • Smokeless tobacco: | Current User |
| • Alcohol use | 7.2 oz/week |
| 12 Cans of beer per week | |

Joshua Jordan Williams reports that he has been smoking. He has a 20.00 pack-year smoking history. He uses smokeless tobacco. He reports that he drinks about 7.2 oz of alcohol per week . He reports that he does not use drugs.

**Visit Vitals**
| | |
|---|---|
| BP | (!) 129/94 |
| Pulse | 76 |
| Temp | 36.6 °C (97.9 °F) (Temporal) |
| Resp | 18 |
| SpO2 | 97% |

#### Medical History

Anesthesia: No significant anesthesia-related problems or events .
Pulmonary: Positive for: tobacco use. Hx trach in the past after TBI
Cardiovascular: No significant cardiovascular conditions or symptoms/neg cardio ROS.
Neuro/Psych: Positive for: head trauma (Hx TBI with szs. Does not remmeber last seizure) and substance abuse.

Other conditions: Positive for: prior DVT/PE.

#### Physical Exam

Airway: Mallampati score is III. The thyromental distance is >3 FB. Airway exam shows beard. Airway exam shows no thick neck and normal submandibular compliance.
Dental: Normal no notable dental history appearance.
Pulmonary: Normal pulmonary exam normal/breath sounds are present.
Cardiovascular: Cardiovascular exam normal exam normal, RRR, no abnormal heart sounds.



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034,                    Sex: M
Adm: 12/6/2017

## Anesthesia Preprocedure Evaluation - ANESTHESIA NOTES (continued)

**Anesthesia Preprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017  4:58 PM (continued)**

**Anesthesia Plan**

**Anesthesia Preop Clinic/Resident Note:**
Anesthesia risks / alternatives discussed pre-op.

**Attending Anesthesiologist Note:**
The ASA status is 2.
The primary planned anesthetic technique is: general. Informed consent was obtained from patient.
I performed the pre-anesthetic exam and evaluation and prescribed the anesthesia plan. I reviewed the
available note and agree with the documentation..

Rebecca Renee McGoldrick, MD

Rebecca Renee McGoldrick, MD

Electronically Signed by McGoldrick, Rebecca Renee, MD at 12/6/2017  4:59 PM

## Anesthesia Postprocedure Evaluation - ANESTHESIA NOTES

**Anesthesia Postprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017  5:57 PM**

| | | |
|---|---|---|
| Author: McGoldrick, Rebecca Renee, MD | Service: (none) | Author Type: Anesthesiologist |
| Filed: 12/6/2017  5:57 PM | Date of Service: 12/6/2017 5:57 PM | Status: Signed |

Editor: McGoldrick, Rebecca Renee, MD (Anesthesiologist)

**Stanford Hospital and Clinics**
**Anesthesia Postoperative Evaluation Note**

Joshua Jordan Williams was evaluated by Rebecca Renee McGoldrick, MD in the PACU at 5:57 PM.

Evaluation:

The primary anesthetic technique was: No value filed.

Current VS:
Visit Vitals
BP          (!) 129/94
Pulse       76



Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP    Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034          Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

## Anesthesia Postprocedure Evaluation - ANESTHESIA NOTES (continued)

### Anesthesia Postprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017 5:57 PM (continued)

| Temp | 36.3 °C (97.3 °F) (Temporal) |
|------|------------------------------|
| Resp | 18 |
| SpO2 | 97% |

Airway and Ventilation: airway is patent without significant obstruction.

Cardiovascular: Heart rate and blood pressure are appropriate.

Neurologic: He appropriately responds to questions and is cooperative.

Pain:
Pain Orientation 1st Site: Right, Upper
Pain Location 1st Site: Abdomen
Pain Level 1st Site: (P) 0
Pain Description 1st Site: Aching

His pain is adequately controlled.

(Post Anesthesia Score)

Post-Anesthesia Recovery: He is adequately hydrated. Postoperative nausea and vomiting are absent. There were no apparent postoperative anesthesia complications.

Rebecca Renee McGoldrick, MD, 5:57 PM, 12/6/2017

Electronically Signed by McGoldrick, Rebecca Renee, MD at 12/6/2017 5:57 PM

## Anesthesia Procedure Notes - ANESTHESIA NOTES

### Anesthesia Procedure Notes by McGoldrick, Rebecca Renee, MD at 12/6/2017 4:51 PM

| Author: McGoldrick, Rebecca Renee, MD | Service: (none) | Author Type: Anesthesiologist |
|---|---|---|
| Filed: 12/6/2017 4:51 PM | Date of Service: 12/6/2017 4:51 PM | Status: Signed |

Editor: McGoldrick, Rebecca Renee, MD (Anesthesiologist)
Procedure Orders:
1. Simple Airway [544107017] ordered by McGoldrick, Rebecca Renee, MD at 12/06/17 1651

### Simple Airway Note

Date/Time: 12/6/2017 4:27 PM



Official Copy

**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034,
Adm: 12/6/2017

Sex: M

## Anesthesia Procedure Notes - ANESTHESIA NOTES (continued)

### Anesthesia Procedure Notes by McGoldrick, Rebecca Renee, MD at 12/6/2017  4:51 PM (continued)

Pre-induction: ASA monitors placed and patient preoxygenated.
Induction technique: intravenoususing a **Mac blade size 4.**
**Number of atraumatic attempts to intubate: 1**
Tube was size 7 oral cuffed **ETT.**
Laryngosocopic **grade view was 1.**
Tube was secured with tape at 21 cm at the teeth/gum.
Placement confirmed by chest auscultation, capnography and symmetric chest rise.
Airway management was uneventful.

Electronically Signed by McGoldrick, Rebecca Renee, MD at 12/6/2017  4:51 PM

### Attestation Information

| Staff Name | Date | Time | Type |
|---|---|---|---|
| **Wheaton, Laura, RN** | 12/06/17 | 1643 | Time Out |
| **McGoldrick, Rebecca Renee, MD** | 12/06/17 | 1649 | Solo Attestation |
| **Red Elk, Daniel, RN** | 12/06/17 | 1750 | Verify |
| **Quinn, Leann, RN** | 12/06/17 | 1831 | Phase I |





Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034              , Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

| | | 1600 | 1615 | 1630 | 1645 | 1700 | 1715 | 1730 |
|---|---|---|---|---|---|---|---|---|
| Scale 1 @ Tesoph | 45 40 35 30 25 20 | | | | | ⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕⊕ | | |
| Air | (L/min) | | [0] | [1.2] | [1.2] | [1.2] | | [0] |
| N2O | (L/min) | | [0] | [0] | [0] | [0] | | [7.1] |
| O2 | (L/min) | | [7.9] | [1.2] | [1.2] | [1.2] | | [6] |
| Sevoflurane | (%) | | | [1.8] | [1.9] | [2] | | [0.3] |
| inN2O | (%) | | [0] | [0] | [0] | [0] | | [52] |
| midazolam | (mg) | 2 | | | | | | |
| propo... | (mcg/kg/min) | | | | | | | 50 |
| propofol | (mg) | | 200 | | | | | |
| fentaNYL | (mcg) | 100 | [150] | | | | | |
| rocuronium | (mg) | | 50 | | | | | |
| ondansetron | (mg) | | | | | | | 4 |
| heparin IV | (Units) | | | | | 5000 | | |
| lidocaine 2% ... | (mg) | | 80 | | | | | |
| pip-tazo (Zosy... | (g) | | | 3.375 | | | | |
| sugammadex (8... | (mg) | | | | | | | 100 |
| NS infusion | (mL) | | | | | | | |
| Pplat | (cmH2O) | | [13] | [17] | [16] | [16] | [17] | |
| MnAxP | (cmH2O) | | [5] | [8] | [8] | [8] | [9] | |
| COMP | (L/cmH2O) | | [13.7] | [45.7] | [44.9] | [54.4] | [59.7] | |
| inMAC | | | [0] | [1.1] | [1.1] | [1.2] | [0.5] | |
| VO2 | | | [10] | [380] | [490] | [510] | [120] | |
| PIP | (cm H2O) | | [17] | [17] | [17] | [16] | [18] | |
| MV | (L/min) | | [3.6] | [6.2] | [6.3] | [6.6] | [7.6] | |
| EKG | | | NSR | | | | | |
| TOF | | | | | | | 4 | |
| FiO2 | (%) | | [57] | [56] | [55] | [54] | [47] | |
| ETCO2 | (mmHg) | | [28] | [39] | [43] | [43] | [42] | |
| etMAC | | | [0] | [0.8] | [0.9] | [0.9] | [0.6] | |
| TV | (mL) | | [216] | [519] | [516] | [566] | [731] | |
| PEEP (cm ... | (cm H2O) | | [5] | [5] | [5] | [5] | [5] | |
| Vent Mode | | | [SIMV] | [SIMV] | [SIMV] | [SIMV] | [PSV] | |



Official Copy

STANFORD HOSPITAL - IP   Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 3822003▊           , Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305





Official Copy
**Stanford**
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP    Williams, Joshua Jordan
300 PASTEUR DRIVE         MRN: 38220034          Sex: M
MC:5500                   Adm: 12/6/2017
Stanford CA 94305



| | | 1730 | 1745 | 1800 | 1815 | 1830 | 1845 | 1900 |
|---|---|---|---|---|---|---|---|---|
| Scale 1 ⊛ Tesoph | 45 40 35 30 25 20 | | | | | | | |
| Air | (L/min) | [0] | | [0] | | | | |
| N2O | (L/min) | [0] | | [0] | | | | |
| O2 | (L/min) | [10] | | [0] | | | | |
| Sevoflurane | (%) | [0] | | | | | | |
| inN2O | (%) | [0] | | | | | | |
| midazolam | (mg) | | | | | | | 2 mg |
| propo... | (mcg/Kg/min) | 0 | | | | | | 25.18 mg |
| propofol | (mg) | | | | | | | 200 mg |
| fentaNYL | (mcg) | | | | | | | 250 mcg |
| rocuronium | (mg) | | | | | | | 50 mg |
| ondansetron | (mg) | | | | | | | 4 mg |
| heparin IV | (Units) | | | | | | | 5000 Units |
| lidocaine 2% ... | (mg) | | | | | | | 80 mg |
| pip-tazo (Zosy... | (g) | | | | | | | 3.375 g |
| sugammadex (B... | (mg) | | | | | | | 100 mg |
| NS infusion | (mL) | | | 1000 | | | | 1000 mL |
| ⊕plat | (cmH2O) | [16] | | | | | | |
| MnAwP | (cmH2O) | [0] | | | | | | |
| COMP | (L/cmH2O) | [15] | | | | | | |
| inMAC | | [0] | | | | | | |
| VO2 | | [390] | | | | | | |
| PIP | (cm H2O) | [4] | | | | | | |
| MV | (L/min) | [7.4] | | | | | | |
| EKG | | | | | | | | |
| TOF | | | | | | | | |
| FiO2 | (%) | [22] | | | | | | |
| ETCO2 | (mmHg) | [1] | | | | | | |
| etMAC | | [0] | | | | | | |
| TV | (mL) | [125] | | | | | | |
| PEEP (cm ... | (cm H2O) | [6] | | | | | | |
| Vent Mode | | [PSV] | | | | | | |

## All Orders and Results

### IR CV IR BODY PROCEDURE [541971073]



Official Copy

STANFORD HOSPITAL - IP    Williams, Joshua Jordan
300 PASTEUR DRIVE    MRN: 38220034      Sex: M
MC:5500    Adm: 12/6/2017
Stanford CA 94305

## All Orders and Results (continued)

### IR CV IR BODY PROCEDURE [541971073] (continued)

Electronically signed by: **Lucio, Diane, MA on 11/15/17 1549**      Status: **Completed**
Ordering user: Lucio, Diane, MA 11/15/17 1549    Ordering provider: Kuo, William Tom, MD
Authorized by: Kuo, William Tom, MD
Frequency: Once 11/15/17 1600 - 1 Occurrences

### IR CV IR BODY PROCEDURE [541971075]

Electronically signed by: **Lucio, Diane, MA on 11/15/17 1549**      Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lucio, Diane, MA 11/15/17 1549    Ordering provider: Kuo, William Tom, MD
Authorized by: Kuo, William Tom, MD

IR CV IR BODY PROCEDURE      Result status: Final result

Performed: 12/06/17 1643 - 12/06/17 1730    Accession number: 11350663
Narrative:
PROCEDURE:
Impression:
Inferior vena cava (IVC) filter retrieval

Procedural Personnel
Primary: Kuo, William Tom, MD
Fellow: Khosla, Ankaj, MD

Pre-procedure diagnosis: Embedded and Penetrating Filter
Post-procedure diagnosis: Embedded and Penetrating Filter
Indication(s): The requirement for prophylaxis to prevent pulmonary
embolus has been rescinded. The patient no longer needs either
anticoagulation or a filter because the condition requiring filtration has
resolved or sufficient time has passed.
Additional clinical history    yr old male with embedded ivc filter
complicated by severe penetration resulting in significant pain.

Complications: None

IMPRESSION:

Successful complex retrieval of an embedded and penetrating Celect IVC
filter.

One old filter leg fragment remains in stable extraluminal position.

Plan:

IV Zosyn today. Admit for routine overnight observation.