**ATTACHMENT B**

**Joshua Williams v. Cook Medical**

**1:19-cv-00232-RLY-TAB**

| | |
|---|---|
| **From:** | mduffy@dysart-law.com |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |
| **Date:** | Friday, March 15, 2019 3:32:39 PM |

---

**You have received 4 secure files from mduffy@dysart-law.com.**
Use the secure links below to download.

---

Please find attached documents required in Williams v. Cook, 1:19-cv-00232-RLY-TAB.

- Plaintiff Profile Form & Fact Sheet
- Short Form Complaint
- Executed Medical Authorization Forms
- Medical Records

Please advise if there is any issue in receiving these documents.

Thank you,
Megan Duffy
Paralegal
Dysart Law Firm
16020 Swingley Ridge Road, Suite 340
Chesterfield, MO 63017
Office (314) 548-6298
Direct (636) 590-7113
Fax (636) 600-5535

**Secure File Downloads:**
Available until: **21 March 2019**

Click links to download:

(2) [File] NEW Plaintiff Profile Form & Fact Sheet.pdf
1.16 MB

(3) [File] Auth Forms Joshua Williams Dated & Signed.pdf
1.41 MB

Williams v Cook Short Form Complaint.pdf
230.84 KB

Williams, Joshua All Medical Records in Dysart Possession.pdf
7.96 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Form**, you are under oath and must provide information that
is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed
in accordance with the requirements and guidelines set forth in the applicable Case Management
Order.

### I. CASE INFORMATION

Caption: **Joshua Williams v. Cook Medical, Inc. et al.** Date: **October 26, 2018**

Docket No.:

Plaintiff(s) attorney and Contact information:
**Christopher W. Dysart**

**16020 Swingley Ridge Road, Suite 340**

**Chesterfield, MO 63017**

**314-548-6298**

### II. PLAINTIFF INFORMATION

Name: **Joshua Jordan Williams**

Spouse: **Stacy Lynn Williams**                    Loss of Consortium? ☐Yes ✔No

Address:

Date of B

Social Se

### III. DEVICE INFORMATION[1]

Date of Implant: **December 9, 2008**

*Reason for Implant:* **Head Trauma and assault; brain injury**

Brand Name: **Cook Select Filter**                    Mfr. **William Cook Europe**

Lot Number: **E2215766**

Placement Physician: **Dr. Thu T. Tang, M.D.**

Medical Facility: **Riverside Community Hospital: 445 Magnolia Ave., Riverside, CA 92501**

---

[1] Note: In lieu of device information, the relevant procedure/operating records may be provided, as long as all
requested information is fully legible on the face of said records.

Page 1 of 6

Date of Implant: _____

*Reason for Implant:* _____

Brand Name: _____ Mfr. _____

Implanting Physician: _____

Medical Facility: _____

### • *Attach medical evidence of product identification.*

### IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

Date of retrieval (including any attempts): December 06, 2017

*Type of retrieval:* Complex IVC Filter Removal

Retrieval physician: William Tom Kuo

Medical Facility: Stanford Hospital: 300Pasteur Drive, Stanford, CA 94305

Reason for Retrieval: Embedded and penetrating IVC filter; to reduce future risks

Date of retrieval (including any attempts): _____

*Type of retrieval:* _____

Retrieval physician: _____

Medical Facility: _____

Reason for Retrieval: _____

Date of retrieval (including any attempts): _____

*Type of retrieval:* _____

Retrieval physician: _____

Medical Facility: _____

Reason for Retrieval: _____

Date of retrieval (including any attempts): _____

*Type of retrieval:* _____

Retrieval physician: _____

Medical Facility: _____

Reason for Retrieval: _____

### V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| □ Migration | ☑ Other One old filter leg remains in stable extraluminal position |
| □ Tilt | ☑ Other Apex against right posterior wall |
| □ Vena Cava Perforation | □ Other |
| ☑ Fracture | □ Other |
| □ Device is unable to be retrieved | □ Other |
| □ Bleeding | □ Other |
| ☑ Organ Perforation | □ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

CT Imaging _____ by __Stanford Hospital_____

(e.g. imagine studies, surgery, doctor visits)
_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all current complaints you attribute to the device:
__Intestinal/Abdominal infection; said pain causes anxiety and inability to sleep.__
__Piece of filter remains lodged, causing pain to radiate throughout Plaintiff's body, including__
__lower back and numbness in leg.__

## VIII. PAST HISTORY

Number of Deep Vein Thromboses: __1__    Number of Pulmonary Emboli: __0__

Prior to, or following placement of the device, have you ever had or been diagnosed with:

| No | Lupus |
|----|-------|
| No | Crohn's Disease |
| No | Factor V Leiden |
| No | Protein Deficiency |
| No | Spinal fusion or other back procedures |
| No | Anti-thrombin deficiency |
| No | Prothrombin mutation |

Are you claiming damages for lost wages: [ ] Yes    ☑ No
If so, for what time period: _____
Have you filed for bankruptcy from 5 years prior to the date of first placement of the
Inferior Vena Cava Filter to the present?: [ ] Yes ☑ No
If so, when, and has the bankruptcy trustee been notified of your pending claim?
_____

Do you have a computer? [ ] Yes ☑ No

If so, are you a member of Facebook, Twitter, Instagram, Vine, Snapchat, YouTube,
LinkedIn or other social media websites?
[ ] Yes ☑ No

Please provide all user names, handles, login names, or IDs and/or email addresses associated with each type of social media used. Please do not include any passwords:

_____

**IX. LIST ALL TREATING PHYSICIANS FROM TEN (10) YEARS PRIOR TO THE DATE OF FIRST PLACEMENT OF THE INFERIOR VENA CAVA FILTER, TO THE PRESENT. INCLUDE ALL PRIMARY CARE PHYSICIANS, INTERVENTIONAL RADIOLOGISTS, VASCULAR SURGEONS, HEMATOLOGISTS, PSYCHIATRISTS, PSYCHOLOGISTS, OR ANY OTHER SPECIALISTS.**

<u>Primary Care Physicians:</u>

Name: **Parkview Hospital: 2865 Jackson Street, Riverside, CA 92503** _____

Address: **Moreno Hospital: 26520 Cactus Ave., Moreno Valley, CA 92555** _____

Approximate Period of Treatment: _____

Name: **Menifee Community Hospital: 28400 McCall Blvd., Menifee, CA 92585** _____

Address: **Riverside Hospital: 445 Magnolia Ave., Riverside CA 92501** _____

Approximate Period of Treatment: _____

<u>Interventional Radiologists, Vascular Surgeons and/or Hematologists:</u>

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

**Psychiatrists/Psychologists (Complete this answer only if making a claim for emotional/psychological injury other than usual "pain and suffering and mental anguish"):**

Name: Not Applicable _____

Address: _____

Approximate Period of Treatment: _____

Name: _____

Address: _____

Approximate Period of Treatment: _____

*Attach additional pages as needed to identify other health care providers you have seen.*

**AUTHORIZATIONS**

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

**VERIFICATION**

I, __Joshua Williams__ , declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __October 26, 2018__ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

[Signature of Claimant]

**VERIFICATION OF LOSS OF CONSORTIUM (if applicable)**

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

_____

Case No.: 1:14-ml 2570-RLY-TAB
MDL No. 2570

This Document Relates:

Case No:

_____

Plaintiff: **Joshua Jordan Williams**
_____

[Name of Plaintiff]

### PLAINTIFF FACT SHEET

Each plaintiff who allegedly suffered injury as a result of a Cook Inferior Vena Cava
Filter must complete the following Plaintiff Fact Sheet ("Fact Sheet"). In completing this Fact
Sheet, you are **under oath and must answer every question**. You must provide information
that is true and correct to the best of your knowledge. If you cannot recall all of the details as
requested, please provide as much information as you can and then state that your answer is
incomplete and explain why, as appropriate. If you select an "I Don't Know" answer, please state
all that you do know about that subject. If any information you need to complete any part of the
Fact Sheet is in the possession of your attorney, please consult with your attorney so that you can
fully and accurately respond to the questions set out below. If you are completing the Fact Sheet
for someone who cannot complete the Fact Sheet herself, please answer as completely as you
can.

The Fact Sheet shall be completed in accordance with the requirements and guidelines set
forth in the applicable Case Management Order. A completed Fact Sheet shall be considered
interrogatory answers pursuant to Fed. R. Civ. P. 33 and 34 and will be governed by the
standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. Therefore, you
must supplement your responses if you learn that they are incomplete or incorrect in any material
respect. The questions and requests for production of documents contained in this Fact Sheet are
non-objectionable and shall be answered without objection. This Fact Sheet shall not preclude
Cook Defendants from seeking additional documents and information on a reasonable, case-by-
case basis, pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable
Case Management Order.

In filling out this form, "healthcare provider" shall mean any medical provider, doctor, physician, surgeon, pharmacist, hospital, clinic, medical center, physician's office, infirmary, medical/diagnostic laboratory, or any other facility that provides medical care or advice, along with any pharmacy, x-ray department, radiology department, laboratory, physical therapist/physical therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in your diagnosis, care and/or treatment.

In filling out this form, the terms "You" or "Your" refer to the person who received a Cook Vena Cava Filter manufactured and/or distributed by Cook Group Companies, including Cook Medical Incorporated, Cook Incorporated, Cook Group Incorporated and/or William Cook Europe ApS ("Cook Group Defendants") and who is identified in Question I. 1 (a) below.

To the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary. Information provided by Plaintiff will only be used for the purposes related to this litigation and may be disclosed only as permitted under the protective order in this litigation.

Nothing herein prohibits the plaintiff from withholding any materials or information protected by a claim of privilege, however, a privilege log will be made available to Cook Defendants' counsel.

## I. BACKGROUND INFORMATION

1.  Please state:

    a)  Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name: **Joshua Jordan Williams**

    b)  If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1 (a) above: **Not Applicable**

    [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]

    c)  The name and address of your primary attorney:

2.  Your Social Security Number:

3.  Your date of birth:

4.  Your current residential address:

5.      If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2000 to the present:

| Prior Address | Dates You Lived at this Address |
|---------------|-------------------------------|
| ███████████████████████████ | |
| | |
| | |

6.      Have you ever been married? Yes ✔ No ___

If yes, provide the names and addresses of each spouse and the inclusive dates of your marriage to each person.

**Stacy Lynn Williams: 2000-Present (Separated)**

7.      Do you have children? Yes ___ No ___

If yes, please provide the following information with respect to each child:

| Full Name of Child | Date of Birth | Home Address (if different from your own) | Whether Biological/Adopted |
|--------------------|---------------|-------------------------------------------|----------------------------|
| | | | |
| | | | |
| | | | |

8.      Identify the name and age of any person who currently resides with you and their relationship to you:

**Plaintiff currently resides with his girlfriend, Yari Ledee**

3

9.  Identify all secondary and post-secondary schools you attended, starting with high school and please provide the following information with respect to each:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or Primary Field |
|---|---|---|---|---|
| Plaintiff does not recall the name of his High School, but it was located in California. No education past high school. | | | | |
| | | | | |
| | | | | |

10. Please provide the following information for your employment history over the past ten (10) years up until the present:

| Name of Employer | Address | Job Title/Description of Duties | Dates of Employment | Salary/Rate of Pay |
|---|---|---|---|---|
| Plaintiff has been unemployed for at least 10 years | | | | |
| | | | | |
| | | | | |
| | | | | |

11. Have you ever served in any branch of the military? Yes ___ No ✔

    If yes, please provide the following information:

    a.  Branch and dates of service, rank upon discharge and the type of discharge you received: _____

    b.  Were you discharged from the military at any time for any reason relating to your medical, physical, or psychiatric condition? Yes ___ No ___

    If yes, state what that condition was: _____

12. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? Yes ___ No ✔

4

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

_____

_____

## II. CLAIM INFORMATION

1) Have you ever received a Cook Inferior Vena Cava Filter? Yes ✔ No ___

If yes, please check the box(es) for each type of Cook Inferior Vena Cava Filter you have received:

✔ Cook Celect®

[ ] Günther Tulip®

[ ] Other (please identify): _____

2) For each Cook Inferior Vena Cava Filter identified above, please provide the following information:

a) The date each Cook Inferior Vena Cava Filter was implanted in you: **December 9, 2008**

b) The product code and lot number of each Cook Inferior Vena Cava Filter you received if you are aware of them: **E2215766**

c) Location of the Cook Inferior Vena Cava Filter, if known: _____
_____

3) Describe your understanding of the medical condition for which you received the Cook Inferior Vena Cava Filter(s): **Head trauma/assualt. Brain Injury**

4) Give the name and address of the doctor who implanted the Cook Inferior Vena Cava Filter(s): **Dr. Thu T. Tang, M.D.: 445 Magnolia Ave., Riverside, CA 92501**

5) Give the name and address of the hospital or other healthcare facility where the Cook Inferior Vena Cava Filter was implanted: **Riverside Community Hospital: 445 Magnolia Ave., Riverside, CA 92501**

6) Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer to (3) above? **No**

5

If yes, please identify any such device(s) or product(s).

When was this device or product implanted in you?

Did the implantation take place before, at the same time, or after the procedure during which you were implanted with a Cook Inferior Vena Cava Filter?

Who was the physician(s) who implanted this other device or product?

Where was the other device or product implanted in you?

Why was the other device or product implanted in you?

7)   Prior to implantation with a Cook Inferior Vena Cava Filter, did you receive any written and/or verbal information or instructions regarding the Cook Inferior Vena Cava Filter(s), including any risks or complications that might be associated with the use of the same?

Yes ___ No ___ Don't Know ✔

If yes:

a)   Provide the date you received the written and/or verbal information or instructions:

b)   Identify by name and address the person(s) who provided the information or instructions:

c)   What information or instructions did you receive?

d)   If you have copies of the written information or instructions you received, please attach copies to your response.

e)   Were you told of any potential complications from the implantation of the Cook Inferior Vena Cava Filter(s)? Yes ___ No ___ Don't Know _____

f)   If yes to (e), by whom?

g)   If yes to (e), what potential complications were described to you?

8)   Do you believe that the Cook Inferior Vena Cava Filter remains implanted in you?  If so,

a)   Has any doctor recommended removal of the Cook Inferior Vena Cava Filter(s)? Yes ___ No ✔ **But components of the filter remain lodged in Plaintiff**

If yes, identify by name and address the doctor who recommended removal and state your understanding of why the doctor recommended removal.

6

9)   Has any physician ever told you that he or she removed any Cook Inferior Vena Cava Filter(s) from you, in whole or in part?

Yes ✔ No ___ Don't Know _____

If yes:

a)   Identify the date, name of the medical provider and the name/address of the medical facility where you told of the potential complications resulting from or caused, in whole or in part, by the implantation of Cook Inferior Vena Cava Filter(s)? **William Tom Kuo.  December 6, 2017.  Stanford Hospital**

b)   Where, when and by whom was the Cook Inferior Vena Cava Filter(s), or any portion of it, removed?**Standford Hospital:  300 Pasteur Drive, Stanford, CA 94305**

c)   Explain why you consented to have the Cook Inferior Vena Cava Filter(s), or any portion of it, removed? **Yes**

d)   Does any medical provider, physician, entity, or anyone else acting on your behalf have possession of any portion of the Cook Inferior Vena Cava Filter (such as a broken strut, etc.) that was previously implanted in you and subsequently removed? Yes ✔ No ___ Don't Know _____

e)   If yes, please state name and address of the person or entity having possession of same.Currently, Stanford Healthcare has possession:  300 Pasteur Dr., Room H-2100, Stanford, CA 94305. Steelgate Biomedical & Specimen Storage & Management to take possession.

10)   Do you claim that you suffered bodily injuries as a result or the implantation of Cook Inferior Vena Cava Filter(s)? Yes ✔ No ___

If yes:

a)   Describe the bodily injuries, including any emotional or psychological injuries, that you claim resulted from the implantation, attempted removal and/or removal of the Cook Inferior Vena Cava Filter(s)?
**Intestinal/abdominal infection; said pain cause anxiety and inability to sleep.**
**Piece of filter is lodged in Plaintiff, causing pain to radiate through Plaintiff's body, including lower back and numbness in right leg**

b)   When is the first time you experienced symptoms of any of the bodily injuries you claim in your lawsuit to have resulted from the Cook Inferior Vena Cava Filter(s)?   **Do Not recall.**

c)      When did you first attribute these bodily injuries to the Cook Inferior Vena Cava Filter(s)?  **December 6, 2017**

d)      To the best of your knowledge and recollection, please state the approximate date when you first saw a health care provider for each of the bodily injuries you claim to have experienced relating to the Cook Inferior Vena Cava Filter(s).

   **November 2017**

e)      Are you currently experiencing symptoms related to your claimed bodily injuries?

   Yes ✔ No ___

If yes, please describe your current symptoms in detail.  **See 10(a), *supra*.**

f)      Are you currently seeing, or have you ever seen by a doctor or healthcare provider for any of the bodily injuries or symptoms listed above? Yes ✔ No ___

If yes, please list all doctors you have seen for treatment of any of the bodily injuries you have listed above.

| Provider Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

g)      Were you hospitalized at any time for the bodily injuries you listed above?

   Yes ✔ No ___

If yes, please provide the following:

| Hospital Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Riverside Community Hospital: 4445 Magnolia Ave., Riverside, CA 92501 | Procedure to determine if there was blockage related to IVC filter blockage | Does not recall |
| LAC+USC Medical Center: 2051 Marengo St. Los Angles, CA 90033 | Does not Recall | Does not Recall |
| University of California Irvine Hospital : 101 The City Drive South, Organe, CA 92868 | Does not recall | Does not recall |

11) Are you making a claim for lost wages or lost earning capacity?

Yes ___ No ✔

If yes, state the annual gross income you derived from your employment for each year, beginning five (5) years prior to the implantation of the Cook Inferior Vena Cava Filter(s) until the present:

12) Are you making a claim for lost out-of-pocket expenses? Yes ___ No ✔

If yes, please identify and itemize all out-of-pocket expenses you have incurred.

13) Has anyone filed a loss of consortium claim in connection with your lawsuit regarding the Cook Inferior Vena Cava Filter(s)?

Yes ___ No ✔

If yes, identify by name and address the person who filed the loss of consortium claim ("Consortium Plaintiff") and state the relationship of that person to you, along and state the specific nature of the claim.

14) Please indicate whether the Consortium Plaintiff alleges any of the damages set forth below:

| Claims | Yes/No |
|---|---|
| Loss of services of spouse | |
| Impaired sexual relations | |
| Lost wages/lost earning capacity | |
| Lost out-of-pocket expenses | |
| Physical injuries | |
| Psychological injuries/emotional injuries | |
| Other | |

Not applicable

15) Please list the name and address of any healthcare providers the Consortium Plaintiff has sought treatment for any physical, emotional, or psychological injuries or symptoms alleged to be related to his/her claim.

Not applicable

16) Have you or anyone acting on your behalf had any communication, oral or written, with any of the Cook Defendants and/or their representatives?

Yes ____ No ✔ Don't Know ____

If yes, set forth: (a) the date of the communication, (b) the method of communication, (c) the name of the person with whom you communicated, and (d) the substance of the communication.

### III. MEDICAL BACKGROUND

1) Provide your *current*: Age **41** Height **6'1** Weight **222 lbs.**

2) Provide your: Age **31** Weight **Do not know** (approximate, if unknown) *at the time* the Cook Inferior Vena Cava Filter was implanted in you.

3) In chronological order, list any and all surgeries, procedures and/or hospitalizations you had in the ten (10) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery of Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| Not recalled | Varicose Lobectomy | Moreno Valley Hospital 26520 Cactus Ave., Moreno Valley, CA 92555 |
| | | |
| | | |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

10

4) In chronological order, list any and all surgeries, procedures and/or hospitalizations you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each:

| Approximate Date | Description of Surgery of Hospitalization | Doctor or Healthcare Provider Involved (including address) |
|---|---|---|
| November 2017 | Abdominal Infection caused by Broken IVC Filter | |
| | | |
| | | |
| | | |

5) To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past ten (10) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Parkview Hospital | 3865 Jackson St. Riverside, CA 92503 | |
| | | |
| | | |
| | | |

11

6)  *Before the implantation* of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity? (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes ✓No ___

If yes, please describe each activity in detail.
Jet ski, skydiving, deep sea fishing, Motorcycling, driving cars.

_____

7)  *Since the date* that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity? (Please describe all range of physical activities associated with daily living, physical fitness, household tasks, and employment-related activities.)

Yes ___ No ✓

If yes, please describe each activity in detail.

_____

8)  To the best of your knowledge, have you ever been told by a doctor or another health care provider, that you have suffered, may have suffered, or presently do suffer from any of the following:

| | |
|---|---|
| No | Lupus |
| No | Crohn's Disease |
| No | Factor V Leiden |
| No | Protein Deficiency |
| No | Spinal fusion or other back procedures |
| No | Anti-thrombin deficiency |
| No | Prothrombin mutation |

12

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE FOLLOWING QUESTIONS ARE CONFIDENTIAL AND SUBJECT TO THE PROTECTIVE ORDER APPLICABLE TO THIS CASE.

A) Have you been diagnosed with and/or treated for any drug, alcohol, chemical and/or any other addiction or dependency during the five (5) years prior to the filing of this lawsuit through the present?     Yes ___ No ✔

If yes, specify type and time period of dependency, type of treatment received, name of treatment provider, and current status of condition:

B) Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the five (5) years prior to the filing of this lawsuit through the present? Yes ✔ No ___

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition: Treating Physician: Dr. Lee in Los Angles, CA. Diagnosed with severe PTSD, panic attacks, anxiety due to brian injury and IVC pain. Was taking Ativan; now taking Depakote (2000 mg/day)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

9) Do you now or have you ever smoked tobacco products? Yes ✔ No ___

If yes:

How long have/did you smoke? **20 Years**

10) Other than the implantation of the Cook Inferior Vena Cava Filter device that is the subject of your lawsuit, are you aware of any other Vena Cava Filter(s) implanted inside your body?     Yes ___ No ✔

If yes, please provide the following information:

a) Product name:_____

b) Date of procedure placing it and name and address of doctor who placed it:

_____

c) Condition sought to be treated through placement of the device:

_____

13

      d)     Any complications you encountered with the medical product or procedure:

_____

      e)     Does that product remain implanted inside of you today?   Yes ___ No ___

11)    List each prescription medication you have taken for more than three (3) months at a time, within the last five (5) years prior to implant, giving the name and address of the pharmacy where you received/filled the medication, the reason you took the medication, and the approximate dates of use.

| Medication and Dosage | Pharmacy Name and Address | Reason for Taking Medication | Approximate Date(s) of Use |
|---|---|---|---|
| **Plaintiff does not recall** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

14

## IV. INSURANCE INFORMATION

1)   Provide the following information for any past or present medical insurance coverage within the last ten (10) years:

| Insurance Company Name and Address | Policy Number | Name of Policy Holder/Insured (if different than yourself) | Approximate Dates of Coverage |
|---|---|---|---|
| Inland Empire Health Plan California Medicaid | Does not recall | Plaintiff | End of 2017 through Current |
| L.A. Care | Does not recall | Plaintiff | 2009-2017 |
| | | | |
| | | | |
| | | | |

3)   To the best of your knowledge, have you been approved to receive or are you receiving Medicare benefits due to age, disability, condition or any other reason or basis?

Yes ___ No ✓

If yes, please specify the date on which you first became eligible:_____

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

## V. PRIOR CLAIM INFORMATION

1) Have you filed a lawsuit or made a claim in the last ten (10) years, other than in the present suit relating to any bodily injury?

Yes ___ No ✓

If yes, please specify the following:

a) Court in which lawsuit/claim was filed or initiated: _____

b) Case/Claim Number: _____

c) Nature of Claim/Injury: _____

2) Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits within the past ten (10) years?

Yes ✓ No ___

If yes, please specify the following:

a) Date (or year) of application: _Does not recall_ _____

b) Type of benefits sought: _SSI_ _____

c) Agency/Insurer from which you sought the benefits: _Does not recall_ _____

d) The nature of the claimed injury/disability: _Does not recall_ _____

e) Whether the claim was accepted or denied: _Does not recall_ _____

## VI. FACT WITNESSES

1) Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address | Relationship to You | Information You Believe Person Possesses |
|------|---------|---------------------|------------------------------------------|
| Terri Devore | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VII. IDENTIFICATION OF DOCUMENTS AND OTHER ELECTRONICALLY STORED INFORMATION (ESI)

For the period beginning three (3) years prior to the implantation of the Cook Inferior Vena Cava Filter, please identify all research, including on-line research, that you conducted regarding the medical complaints or condition for which you received the Cook Inferior Vena Cava Filter (pulmonary thromboembolism, anticoagulant therapy, etc.) Identify the date, time, and source, including any websites visited. (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

None

17

_____

_____

_____

_____

## VIII. DOCUMENT REQUESTS

1)      DOCUMENTS. State whether you have any of the following documents in your possession, custody, and/or control. If you do, please provide a true and correct copy of any such documents with this completed Fact Sheet.

    a)      If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.

        i.      Not Applicable ____✔____

        ii.     The documents are attached _____ [OR]  I have no documents_____

    b)      If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

        i.      Not Applicable ____✔____

        ii.     The documents are attached _____ [OR]  I have no documents_____

    c)      Produce any communications (sent or received) in your possession, which shall include materials accessible to you from any computer on which you have sent or received such communications, concerning the Cook Inferior Vena Cava Filter(s) or subject of this litigation, including, but not limited to all letters, emails, blogs, Facebook posts, Tweets, newsletters, etc. sent or received by you. (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

        i.      Not Applicable ____✔____

        ii.     The documents are attached _____ [OR]  I have no documents_____

    d)      Produce all documents, including journal entries, lists, memoranda, notes, diaries, photographs, video, DVDs or other media, discussing or referencing the Cook Inferior Vena Cava Filter(s), the injuries and/or damages you claim resulted from the Cook Inferior Vena Cava Filter(s), and/or evidencing your physical condition

18

from three (3) years prior to the implantation of Cook Inferior Vena Cava Filter(s) to present. (Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.)

    i.    Not Applicable _____✓____

    ii.    The documents are attached _____ [OR] I have no documents_____

e) Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items in your possession, custody or control.

    i.    Not Applicable _____

    ii.    The documents are attached ___✓___ [OR] I have no documents_____

f) Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications which are attorney/client or work product privileged.

    i.    Not applicable ___✓____

    ii.    The documents are attached _____ [OR] I have no documents_____

g) Produce all documents, correspondence or communication in your possession, custody or control relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications which are attorney/client or work product privileged.

    i.    Not applicable ___✓____

    ii.    The documents are attached _____ [OR] I have no documents_____

h) Produce all documents describing risks and/or benefits of inferior vena cava filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s) implanted in you.

    i.    Not applicable ___✓____

    ii.    The documents are attached _____ [OR] I have no documents_____

i)      Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

     i.      Not applicable _____

     ii.      The documents are attached __✓__ [OR] I have no documents_____

j)      If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

     i.      Not applicable __✓__

     ii.      The documents are attached _____ [OR] I have no documents_____

k)      If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the five (5) years prior to implantation of the Cook Inferior Vena Cava Filter(s) to the present redacting irrelevant information.

     i.      Not applicable __✓__

     ii.      The documents are attached _____ [OR] I have no documents_____

l)      All documents in your possession, custody or control concerning payment by Medicare on behalf of the injured party and relating to the injuries claimed in this lawsuit. This includes, but is not limited to Interim Conditional Payment summaries and/or estimates prepared by Medicare or its representatives regarding payments made on your behalf for medical expenses relating to the subject of this litigation.

     i.      Not Applicable _____

     ii.      The documents are attached _____ [OR] I have no documents __✓__

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

m)      Screenshots of all webpages of each type of social media used by you (including, but not limited to, Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn) showing any and all "posts" and/or "messages" from the date of implantation to the present.

    i.    Not Applicable ___✓___

    ii.    The documents are attached _____ [OR]  I have no documents_____

21

## VERIFICATION

I, _Joshua J. Williams_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _10/2u/18_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Plaintiff]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Plaintiff Fact Sheet dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570

This Document Relates to Plaintiff(s)
**JOSHUA JORDAN WILLIAMS**

Civil Case # 1:19-CV-00232

## **SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document

213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   **JOSHUA JORDAN WILLIAMS**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

   claim:

   **NOT APPLICABLE**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   **NOT APPLICABLE**

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   **CALIFORNIA**

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    **CALIFORNIA**

6.  Plaintiff's/Deceased Party's current state of residence:

    **CALIFORNIA**

7.  District Court and Division in which venue would be proper absent direct filing:

    **NORTHERN DISTRICT OF CALIFORNIA**

8.  Defendants (Check Defendants against whom Complaint is made):

    ☑   Cook Incorporated

    ☑   Cook Medical LLC

    ☑   William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☑   Diversity of Citizenship

    ☐   Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    **PARAGRAPHS SIX (6) THROUGH TWENTY-EIGHT (28)**

    _____

    _____

    b.  Other allegations of jurisdiction and venue:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐      Günther Tulip® Vena Cava Filter

☑      Cook Celect® Vena Cava Filter

☐      Gunther Tulip Mreye

☐      Cook Celect Platinum

☐      Other:

_____

11. Date of Implantation as to each product:

**DECEMBER 9, 2008**

_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):
**RIVERSIDE COMMUNITY HOSPITAL**

**4445 MAGNOLIA AVE., RIVERSIDE, CA 92501**

_____

13. Implanting Physician(s):

**DR. THU T. TANG, M.D.**

_____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑      Count I:      Strict Products Liability – Failure to Warn

☑      Count II:      Strict Products Liability – Design Defect

☑      Count III:      Negligence

☑      Count IV:      Negligence Per Se

3

✔  Count V:     Breach of Express Warranty

✔  Count VI:    Breach of Implied Warranty

✔  Count VII:   Violations of Applicable __CALIFORNIA__ (insert State)

    Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

    Practices

☐   Count VIII:  Loss of Consortium

☐   Count IX:    Wrongful Death

☐   Count X:     Survival

✔   Count XI:    Punitive Damages

☐   Other:       _____ (please state the facts supporting

    this Count in the space, immediately below)

☐   Other:       _____ (please state the facts supporting

    this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

__**CHRISTOPHER W. DYSART**_____

16. Address and bar information for Attorney for Plaintiff(s):

4

**16020 SWINGLEY RIDGE ROAD, SUITE 340, CHESTERFIELD, MO 63017**

MISSOURI (#37069); ILLINOIS (#06224351)

Respectfully submitted,

**THE DYSART LAW FIRM, P.C.**

*/s/ Christopher W. Dysart*

Christopher W. Dysart, Mo. Bar #37069
16020 Swingley Ridge Road, Suite 340
Chesterfield, MO 63017
Telephone: (314) 548-6298
Facsimile: (314) 548-6230
cdysart@dysart-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January $\boxed{31}$, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants: