IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**JOSHUA JORDAN WILLIAMS**

Civil Case # 1:19-CV-00232

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   **JOSHUA JORDAN WILLIAMS**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   **NOT APPLICABLE**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   **NOT APPLICABLE**

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   **CALIFORNIA**

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   **CALIFORNIA**

6. Plaintiff's/Deceased Party's current state of residence:

   **CALIFORNIA**

7. District Court and Division in which venue would be proper absent direct filing:

   **NORTHERN DISTRICT OF CALIFORNIA**

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   **PARAGRAPHS SIX (6) THROUGH TWENTY-EIGHT (28)**

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

   ☐ Günther Tulip® Vena Cava Filter

   ✓ Cook Celect® Vena Cava Filter

   ☐ Gunther Tulip Mreye

   ☐ Cook Celect Platinum

   ☐ Other: _____

11. Date of Implantation as to each product:

    **DECEMBER 9, 2008**

12. Hospital(s) where Plaintiff was implanted (including City and State):

    **RIVERSIDE COMMUNITY HOSPITAL**

    **4445 MAGNOLIA AVE., RIVERSIDE, CA 92501**

13. Implanting Physician(s):

    **DR. THU T. TANG, M.D.**

14. Counts in the Master Complaint brought by Plaintiff(s):

    ✓ Count I:    Strict Products Liability – Failure to Warn

    ✓ Count II:   Strict Products Liability – Design Defect

    ✓ Count III:  Negligence

    ✓ Count IV:   Negligence Per Se

3

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable __CALIFORNIA__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

**CHRISTOPHER W. DYSART**

16. Address and bar information for Attorney for Plaintiff(s):

4

**16020 SWINGLEY RIDGE ROAD, SUITE 340, CHESTERFIELD, MO 63017**

**MISSOURI (#37069); ILLINOIS (#06224351)**

Respectfully submitted,

**THE DYSART LAW FIRM, P.C.**

*/s/ Christopher W. Dysart*

Christopher W. Dysart, Mo. Bar #37069
16020 Swingley Ridge Road, Suite 340
Chesterfield, MO 63017
Telephone: (314) 548-6298
Facsimile: (314) 548-6230
cdysart@dysart-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants: