UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                                MDL 2570


This document relates to:
**JOSHUA JORDAN WILLIAMS**
**1:19-cv-00232-RLY-TAB**


## [PROPOSED] ORDER GRANTING PLAINTIFF'S AMENDED RESPONSE TO DEFENDANT MOTION TO DISMISS FOR FAILURE TO FILE CASE CATEGORIZATION FORM

Defendant's Motion to Dismiss [Doc. 11230] Plaintiff Joshua Jordan Williams,

Complaint for Failure to file a case categorization form is hereby denied.


SO ORDERED:    _____

                                   Judge


DATED:  _____