UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC ) <br> FILTERS MARKETING, SALES ) <br> PRACTICES AND PRODUCT ) <br> LIABILITY LITIGATION ) <br> _____ ) <br> ) <br> This Document Relates to: ) <br> All Actions ) <br> _____ ) | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ENTRY FOR JULY 12, 2019**

**RICHARD L. YOUNG, JUDGE**

The parties appeared for a status conference. Steve Bennet, Eldin Hasic, and Kip McDonald appeared in person for Cook Medical and Andrea Pierson and Jessica Cox appeared by telephone. Ben Martin and Mike Heaviside appeared by telephone for Plaintiffs. Sean Keith appeared in person for Jada Baker, John and Pamela Irving, and Teresa Walker. Pursuant to Case Management Order # 25, the parties exercised Bellwether strikes for Category 5 and 6 cases. The Bellwether pool originally consisted of 24 cases. By the time the parties exercised their strikes, for various reasons, the pool consisted of 14 cases; 9 Tulip and 5 Celect. The parties each struck 2 Tulip cases; Plaintiffs struck Fry and Neal and Cook struck Ward and Messina. They also struck 1 Celect case; Plaintiffs struck Williams and Cook struck Mohr. The parties shall file briefs by August 13, 2019, limited to 10 pages, explaining why cases should or should

not be selected as a Bellwether case. On August 20, 2019, the court will hear argument on the selection of specific cases for trial.

The parties briefly addressed Cook's Motions to Dismiss (Filing Nos. 11227 and 11232) and Cook's Motion to Dismiss for Failure to Serve Case Categorization Forms (Filing No. 11230 and 11231). Rulings will be made by separate order.

The parties also argued the individual Plaintiffs' Motions to Reconsider and Motions to Vacate. Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Plaintiffs' Claims for Failure to Submit a Case Categorization Form and Motion to Reinstate (Filing No. 10885) was **GRANTED**. The following cases are **reinstated**: John F. Irving and Pamela Irving (1:16-cv-3468), Jada Baker (1:17-cv-2435) and Teresa Walker (1:18-cv-516). The rest of the pending Motions for Reconsideration/Vacate remain **UNDER ADVISEMENT**.

Mr. Martin and Mr. Heaviside are **ORDERED** to submit an affidavit informing the court which Plaintiffs were omitted from the Plaintiffs' Steering Committee's emails regarding the court's Categorization Orders and the ramifications for failing to timely file the Categorization Forms with appropriate medical documentation (dismissal of the case without prejudice).

**SO ORDERED** this 16th day of July 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.