IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

DAVID MARITCH

Civil Case #1:16-cv-01092

## NOTICE AND SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff David Maritch on July 13, 2017.

Respectfully submitted this 17th day of July, 2019.

>   /s/ Rhett A. McSweeney
>   Rhett A. McSweeney, #269542
>   David M. Langevin, #329563
>   McSweeney/Langevin
>   2116 Second Avenue South
>   Minneapolis, MN 55404
>   Phone: (612) 542-4646
>   Fax: (612) 454-2678
>   dave@westrikeback.com
>   ram@westrikeback.com
>   **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 17, 2019

/s/ Rhett A. McSweeney
Rhett A. McSweeney