UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Ricky Walton Jones, 1:17-cv-01550-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON MOTION FOR SUBSTITUTION OF PARTY**

Plaintiff Ricky Walton Jones passed away in May 2018. His counsel moves for Clinton Jones, as personal representative of the estate, to be substituted as plaintiff in this action. (*See* Filing No. 9775-2, Family Settlement Agreement). The motion (Filing No. 9775) is **GRANTED**.

**IT IS THEREFORE ORDERED** that "Clinton Jones, Personal Representative of the Estate of Ricky Walton Jones, Deceased," be substituted in place of "Ricky Walton Jones" as plaintiff in this action. The Clerk is **DIRECTED** to change the caption to reflect the same.

**SO ORDERED** this 16th day of July 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.