UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:19-cv-01804; 1:19-cv-01903;
1:19-cv-01914; 1:19-cv-01927

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**
**(Filing No. 11231)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order Regarding Case Categorization Forms, the following cases have submitted their Categorization Form following the filing of Cook's motion to dismiss:

1. Troxler, Mark L. and Nancy C.        1:19-cv-01804
2. Stout, Shirley A. and Ed             1:19-cv-01903
3. Henninger, Katie S.                  1:19-cv-01914
4. MacIsaac, Martha                     1:19-cv-01927

Accordingly, Cook's Motion to Dismiss (Filing No 11231) is **DENIED**.

**SO ORDERED** this 16th day of 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.