IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

DAVID MARITCH

Civil Case #1:16-cv-01092

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Plaintiff David Maritch and files this motion to substitute his surviving next of kin, Ronald Maritch, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff David Maritch filed the present action in the United States District Court of the Southern District of Indiana on May 4, 2016.

2. Plaintiff David Maritch died on July 13, 2017.

3. On July 17, 2019, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 11391.   Plaintiff's counsel recently learned of the death of Mr. Maritch after filing the lawsuit and after submitting a Plaintiff Fact Sheet in connection with this case.

4. Ronald Maritch, brother of David Maritch, is the proper party plaintiff to substitute for Plaintiff-decedent David Maritch and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court

may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Ronald Maritch as the proper party plaintiff in this action.

Respectfully submitted this 17th day of July, 2019.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 17, 2019

/s/ Rhett A. McSweeney
Rhett A. McSweeney