AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| CHATUISHA CASEY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-02962 |
| COOK MEDICAL et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chatuisha Casey.

Date:   07/17/2019

/s/ M. Brandon Smith
*Attorney's signature*

M. Brandon Smith/ GA BAR 141418
*Printed name and bar number*

Childers, Schlueter & Smith LLC
1932 N. Druid Hills Road, Suite 100
Atlanta, GA  30319
*Address*

bsmith@cssfirm.com
*E-mail address*

(404) 419-9500
*Telephone number*

(404) 419-9501
*FAX number*