## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| | ) | |
| IN RE: COOK MEDICAL INC., IVC | ) | MDL No. 1:14-ml-2570-RLY-TAB |
| FILTERS MARKETING, SALES | ) | MDL No. 2570 |
| PRACTICES AND PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | |
| This Document Relates to Plaintiff(s) | ) | |
| | ) | |
| DANNY STEPHENS | ) | |
| Civil Case No. 1:19-cv-00955-RLY-TAB | ) | |

### RESPONSE OF PLAINTIFF'S COUNSEL FOR
### DANNY STEPHENS TO DEFENDANTS' MOTION TO DISMISS

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the Motion to Dismiss filed by Defendants on June 24, 2019, and would respectfully show the Court the following:

#### I.

Plaintiff's counsel filed this lawsuit on March 7, 2019.  Since the filing of Plaintiff's lawsuit, counsel for Plaintiff has made numerous attempts by telephone and written correspondence (via Federal Express, U.S. First Class mail and U.S. Certified mail), but counsel has never received any response or return communication.

Because Plaintiff has not responded to Plaintiff's counsel's numerous requests, counsel is unable to respond and cure the PFS deficiency.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to successfully communicate with the Plaintiff in order to cure the PFS deficiency. While Counsel does not have written permission from Plaintiff to agree to a stipulation of dismissal of this claim, Counsel has

no basis to contest such a dismissal at this time. However, in light of the inability of Plaintiff's

counsel to confirm that Plaintiff is aware of the imminent dismissal of this claim, Plaintiff's

counsel would request that this Court dismiss this matter without prejudice so Plaintiff may have

the opportunity re-file their claim.

Dated:  July 18, 2019                    Respectfully submitted,

                                /s/ Michael T. Gallagher
                                Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2019 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher