UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:18-cv-00675 |
| This Document Relates to Plaintiff | MDL No. 2570 |
| <u>ESTATE OF THERESA MILKE</u> | |

**SUPLEMENTAL AFFIDAVIT OF COUNSEL REGARDING NO RECEIPT OF MDL-WIDE EMAILS FROM PLAINTIFFS' LEADERSHIP**

I, Daniel R. Seidman, hereby declare under penalty of perjury as follows:

1. I am making this Supplemental Affidavit in support of Plaintiff's Motion for Reconsideration of the Court's Order dismissing Plaintiff's claim without prejudice, File No. 10622, in the above-captioned matter.

2. I am the sole attorney of record for Plaintiff, Brian Milke as independent administrator of the Estate of Theresa Milke, deceased.

3. I am the only individual in my law firm who has entered an appearance in this MDL, and prior to July 2019, I am the only person in my firm who has received emails related to this MDL, in particular docket-related emails to my Microsoft Outlook email account, dseidman@seidmanlaw.net.

4. I have conducted a thorough review of my email account, and state the following with personal knowledge of the facts set forth herein.

5. I did not receive any emails from Plaintiffs' Lead Counsel, Liaison Counsel, or any other leadership counsel for Plaintiffs in November 2018 or January 2019.

6. I did not receive any emails or any other correspondence from leadership counsel for Plaintiffs at any time prior to June 3, 2019.

7. On June 8, 2019, I was informed by Plaintiffs' leadership that many individuals had not been receiving MDL-wide email correspondence due to a technical issue with many firms' spam filters due to the large number of email recipients included in each email, and that Plaintiffs' leadership had identified and solved that issue by lowering the number of email recipients in each email. That was the first MDL-wide email that I had received from Plaintiffs' leadership.

8. Up until and including June 8, 2019, correspondence that I received from Plaintiffs' leadership solely consists of the following:

- June 3, 2019: On this date, Joseph Williams of Riley Williams & Piatt, LLC, replied to an email from Defense counsel regarding oral arguments for motions to vacate and reconsider.

- June 7, 2019: Mr. Williams sent an email to me replying to an email that I had sent to him.

- June 8, 2019: On this date, I received an email from Mr. Williams, addressed to myself and other MDL Plaintiffs' counsel, informing us that some individuals had not been receiving MDL-wide e-mails. The reason appeared to be that many spam filters automatically reject any e-mail with more than 100 recipients. Due to this issue, different email lists with less than 100 recipients had been created to solve the issue. This was the first MDL-wide email that I received in the Cook IVC filter litigation.

9. I did not receive any MDL-wide emails sent from Plaintiff's leadership prior to

June, 2019, apparently due to this apparent technical issue with spam filters automatically rejecting the Plaintiffs' MDL-wide emails.

10. Plaintiff's case categorization form with supporting documentation was submitted on May 21, 2019.

11. Due to the foregoing, as well as the other reasons stated in Plaintiffs' prior motion and supporting reply brief, I respectfully request that this Court reinstate this Case.

Dated: July 19, 2019

FURTHER AFFIANT SAITH NOT

By: _____
Daniel R. Seidman

Daniel R. Seidman
SEIDMAN MARGULIS & FAIRMAN, LLP
110 W. Main St., Ste. 110
Belleville, IL 62220
(618) 235-7622
f: (224) 603-8345
No. 6308142
dseidman@seidmanlaw.net

Subscribed and sworn before me this ___19___ day of July, 2019.

_____
Notary Public

JAMES L. KAISER
My Commission Expires
September 6, 2021
St. Louis County
Commission #17123865

3