IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

COOK MEDICAL INC., IVC FILTERS	Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

_____	MDL No. 2570

This document Relates to Plaintiff(s)

ROSE  MCNALLY
Case Number: 1:17-cv-1853-RLY-TAB

SANDY SMITH
Case Number: 1:17-cv-1854-RLY-TAB
_____

**SUPPLEMENTAL AFFIDAVIT OF FAREESH S. SARANGI, IN SUPPORT OF
MOTION FOR RECONSIDERATION**

Dated by: July 19, 2019	Respectfully submitted,


/s/ Fareesh Sarangi
_____
Fareesh Sarangi, Georgia Bar No. 735110
Sarangi Law, LLC
3350 Riverwood Parkway, Suite 1900
Atlanta, GA 30339
Telephone: (404) 996-5157
Fax: (678) 981-8390
Fareesh@SarangiLaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                       /s/ Fareesh Sarangi

                                       Fareesh Sarangi

STATE OF GEORGIA, COUNTY OF COBB

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION

Fareesh S. Sarangi, after being duly sworn upon his oath, makes this affidavit in support of Plaintiffs' Motion for Reconsideration and states the following:

1.

I incorporate and adopt by reference each and every paragraph set forth in the original affidavit I provided in support of Plaintiffs' Motion as if those facts were set forth fully herein.

2.

In my first affidavit I did not specifically attest to the fact that our law firm did not receive any notice of the pending Case Categorization issues, or pending Motion to Dismiss for the same, by Plaintiffs Leadership in this case.

3.

I have rechecked both email addresses registered with the Court's NEF system, and we did not receive any emails from Plaintiffs Leadership regarding this issue until on or about June 8, 2019.

1

4.

In the email, a redacted copy of which is attached, we were informed that Plaintiffs Leadership had become aware that many spam filters were rejecting their emails because the recipient list contained more than 100 recipients. *See redacted email, exhibit A.*

5.

We have not altered any of our spam filters, and our spam filters are industry-standard filters designed to reduce or eliminate dangerous emails.

6.

I reiterate we did not receive any notice, from anyone, whatsoever, that these cases were in any way deficient, or there was a pending motion to dismiss.

Fareesh S. Sarangi, Esq.

Sworn and subscribed to me, this the 19th day of July, 2019.



Fareesh Sarangi <fareesh@sarangilaw.com>

## Cook MDL 2570: June 13th hearing -- Indianapolis (Group 3)
1 message

**Joseph N. Williams** <jwilliams@rwp-law.com>  Sat, Jun 8, 2019 at 11:08 AM

Counsel,

(1) Some of you have not been receiving MDL-wide e-mails. After having my IT folks look into this, it appears that many of your spam filters are set to reject any e-mail with more than 100 recipients. To remedy that problem, we have created 11 e-mail lists, each containing less than 100 recipients. Hopefully this will remedy the problem. From now on, we will be sending 11 separate e-mails, each of which will be identical.

joe

---

📄 **Rule 12(c) motion (Cat. 2 cases).pdf**
167K