**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

All Cases Dismissed by Order Dkt. No. 10622
With a Pending Motion to Vacate That Order

## ORDER

On July 22, 2019, Defendants Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated,  and William Cook Europe ApS (collectively,  "Cook Defendants"), filed  their Motion for Extension of Time to Respond to Plaintiffs' Motions and Additional Filings Regarding Reconsideration.  The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook Defendants' Motion.

**IT IS THEREFORE ORDERED** that the Cook Defendants' deadline to provide any additional briefing in response to the motions to reconsider and/or vacate shall be made 14 days after Plaintiffs' leadership files the affidavit identifying which plaintiffs' firms with pending motions were sent emails by leadership regarding categorization.

**SO ORDERED** this day of _____ day of _____, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

US.123947645