# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:19-cv-02384 | 1:19-cv-02486 | 1:19-cv-02502 | 1:19-cv-02517 |
| 1:19-cv-02446 | 1:19-cv-02488 | 1:19-cv-02503 | 1:19-cv-02522 |
| 1:19-cv-02482 | 1:19-cv-02490 | 1:19-cv-02504 | 1:19-cv-02523 |
| 1:19-cv-02483 | 1:19-cv-02491 | 1:19-cv-02505 | 1:19-cv-02528 |
| 1:19-cv-02484 | 1:19-cv-02492 | 1:19-cv-02506 | 1:19-cv-02533 |
| 1:19-cv-02485 | 1:19-cv-02495 | 1:19-cv-02507 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: July 22, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson