## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB |
| THIS DOCUMENT RELATES TO: David Parker | This document relates to: 1:17-cv-00692-JMS-DML |

### SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PLAINTIFF, DAVID PARKER'S, MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CASE

I, Nathan A. Duncan, hereby swear under penalty of perjury that:

1. I am making this supplemental affidavit in support of Plaintiff, David Parker's, Motion to Vacate the Court's Order of Dismissal and Reinstate Case (document #11267 filed June 28, 2019). I incorporate by reference all arguments raised in that motion.

2. I am the sole attorney-of-record for Plaintiff, David Parker.

3. I received an email on June 8, 2019 from Joseph N. Williams stating that some Plaintiff's attorneys had not been receiving MDL-wide emails.

4. Prior to June 8, 2019, I did not receive any MDL-wide emails from the PSC. Specifically, I did not receive any emails from the PSC addressing Defendant's motion to dismiss for failure to submit case categorization forms.

5. It is my understanding that the PSC sent additional email notice to counsel for other plaintiffs in the MDL concerning the impending dismissal of cases for failure to submit case categorization forms using an email list. After a thorough review of my email, I have determined that I received no such e-mail notice from Plaintiffs' leadership.

6. As set forth more fully in Plaintiff's motion to vacate the Court's order of dismissal and to reinstate the case, my failure to timely submit Plaintiff's case categorization form was due to excusable neglect. In addition, had I received the additional email notice provided by the PSC to counsel for other MDL plaintiffs, I would have timely submitted the case categorization form.

7. Mr. Parker, my sole client in this MDL, was entitled to the same notice provided to other MDL plaintiffs and is entitled to have his case decided on the merits, rather than on a procedural failure to submit information that was previously available to Defendants.

8. Due to the foregoing and for the reasons set forth more fully in Plaintiff's prior motion, I respectfully request that the Court reinstate Plaintiff, David Parker's case.

Dated: July 23, 2019

Nathan A. Duncan
Missouri Bar No. 60186
399 N. Main, Suite 300
Logan, UT 84321
Phone: 435-787-9700
nduncan@peckhadfield.com
Attorney for Plaintiff, David Parker

Subscribed and sworn before me this 23rd day of July, 2019

Notary Public



NOTARY PUBLIC
**KIMBERLY CLARK**
My Commission # 685118
My Commission Expires
October 10, 2019
STATE OF UTAH

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Nathan A. Duncan_____
Nathan A. Duncan