IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:16-cv-02290, Carmen Simpson and David Simpson v. Cook Incorporated et al

### DECLARATION OF CAROLINE U. HOLLINGSWORTH IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION

Caroline U. Hollingsworth, after being duly sworn upon her oath, makes this affidavit in support of Plaintiffs' Motion for Reconsideration and states the following:

1. I am an attorney of Heninger Garrison Davis, LLC, and attorney of record for Plaintiffs herein. I have personal knowledge of the facts set herein and if called upon as a witness, I would be competent to testify thereto. Each of the facts and statements herein are true and correct. I make this affidavit in support of Plaintiff's Motion for Reconsideration of the Court's Order Dismissing Plaintiffs' Claims for Failure to Submit a Categorization Form.

2. On July 10, 2019, I learned that this case had been dismissed per the Court's order for failing to submit a Categorization Form. Prior to this, I believed that this case was in good standing with the Court.

3. I believed a Categorization Form and medical records was already submitted in this matter. It was by mistake that it was not submitted between February 23, 2019-February 25, 2019.

4. My belief was confirmed since this case was listed on Exhibit C on March 14th, 2019 as complying with the Categorization Order.

5. I receive hundreds of emails per day and for the reason stated above, I was not on high alert to see that the case was dismissed on May 8, 2019.

6. Upon learning of the dismissal, I have promptly sent a Categorization Form and medical records.

7. I apologize to the Court and counsel for this oversight.

8. I respectfully offer to the Court that any prejudice or delay to opposing counsel in receiving this information would be greatly outweighed by the dismissal of this case without a determination on the merits.

_____
Caroline U. Hollingsworth