# Caroline Hollingsworth

| | |
|---|---|
| **From:** | Caroline Hollingsworth |
| **Sent:** | Wednesday, July 10, 2019 11:50 AM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | RE: Categorization Forms |
| **Attachments:** | Simpson Cateogirzation Form.pdf; Simpson Records.pdf |

Please see the attached Categorization Forms and Records for clients.