**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

<u>Shauneika Ray, Plaintiff</u>

Case No. 1:18-cv-2280-RLY-TAB

### **UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Counsel, pursuant to FRCP 15(a)(2), moves this Court for an order amending the Short Form Complaint.

1. Plaintiff seeks leave to file the attached Amended Short Form Complaint to correct paragraph 10 to indicate that Ms. Ray was implanted with a "Cook Celect Vena Cava Filter" instead of indicating that she was implanted with both "Cook Celect Vena Cava Filter" and "Cook Celect Platinum."

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Shauneika Ray requests that this Court grant this request for the substation as set forth above and for leave to file the Amended Short Form Complaint and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: November 8, 2018

                                                Respectfully Submitted,
**TORHOERMAN LAW LLC**

By: /s/Eric M. Terry
    Eric M. Terry
    Tor A. Hoerman
    TORHOERMAN LAW LLC
    210 S. Main Street
    Edwardsville, IL 62025
    Phone: (618) 656-4400
    Fax: (618) 656-4401
    Email:   eric@thlawyer.com
                 tor@thlawyer.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2018, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

    /s/Eric M. Terry