**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

<u>Shauneika Ray, Plaintiff</u>

Case No. 1:18-cv-2280-RLY-TAB

## **ORDER TO AMEND COMPLAINT**

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Shauneika Ray, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2018

_____
Honorable Richard L. Young
United States District Court Judge