UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION
_____

1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to:

1:17-cv-00811; 1:17-cv-01020; 1:17-cv-01635;
1:17-cv-02315; 1:17-cv-02393; 1:17-cv-02687;
1:17-cv-03111; 1:17-cv-03155; 1:17-cv-03270;
1:17-cv-03376; 1:17-cv-03407; 1:17-cv-03409;
1:17-cv-03438; 1:17-cv-03462; 1:17-cv-03463;
1:17-cv-03466; 1:17-cv-03555; 1:17-cv-03564;
1:17-cv-03576; 1:17-cv-03586; 1:17-cv-03587;
1:17-cv-03592; 1:17-cv-03593; 1:17-cv-03594;
1:17-cv-03621; 1:17-cv-03622; 1:17-cv-03629;
1:17-cv-03654; 1:17-cv-03683; 1:17-cv-03688;
1:17-cv-03695; 1:17-cv-03754; 1:17-cv-03756;
1:17-cv-03809; 1:17-cv-03815; 1:17-cv-03838;
1:17-cv-03840; 1:17-cv-03991; 1:17-cv-04025;
1:17-cv-04211; 1:17-cv-04353; 1:17-cv-04357;
1:17-cv-04390; 1:17-cv-04391; 1:17-cv-04520;
1:17-cv-04521; 1:17-cv-04551; 1:17-cv-04700;
1:17-cv-04707; 1:17-cv-04736; and 1:17-cv-06064.
_____

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
(Filing No. 11232)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order ("CMO") No. 4, the Cook Defendants' Motion to Dismiss (Filing No. 11227) is **GRANTED in part**, **DENIED as MOOT in part**, and **STAYED in part**. In the cases listed below, Plaintiffs failed to submit a Plaintiff Profile Form as required by CMO No. 4, therefore the following cases are **DISMISSED** without prejudice.

1

| | | |
|---|---|---|
| 1. | Walton, Koula M. [Estate] | 1:17-cv-00811 |
| 2. | Ramsey, Lonnie | 1:17-cv-01635 |
| 3. | Perkovich, Jennifer and Paul | 1:17-cv-02315 |
| 4. | Jatta, Jessica | 1:17-cv-02393 |
| 5. | Bullock, Joanne | 1:17-cv-02687 |
| 6. | Sutton, Jimmy Lee | 1:17-cv-03111 |
| 7. | Wallace, Daron | 1:17-cv-03155 |
| 8. | Harlow, Wanda | 1:17-cv-03270 |
| 9. | Bailey, Misty D. | 1:17-cv-003376 |
| 10. | Ranson, Elizabeth | 1:17-cv-03407 |
| 11. | Walters, Patricia | 1:17-cv-03409 |
| 12. | Myers, Sebrina | 1:17-cv-03438 |
| 13. | Jackson, Felicia | 1:17-cv-03462 |
| 14. | Reaves, Andrew | 1:17-cv-03463 |
| 15. | Bass, Tralve W. | 1:17-cv-03466 |
| 16. | Farris, Angela | 1:17-cv-03555 |
| 17. | Mayberry, Walter | 1:17-cv-03564 |
| 18. | Champion, John B. | 1:17-cv-03576 |
| 19. | Williams, Daniel C. | 1:17-cv-03587 |
| 20. | Copeland, Marquita | 1:17-cv-03592 |
| 21. | Marks, Mary E. | 1:17-cv-03593 |
| 22. | Sufka, Reuben | 1:17-cv-03594 |

| | | |
|---|---|---|
| 23. | Stone, Cathy J. | 1:17-cv-03621 |
| 24. | Worthington, Tina | 1:17-cv-03622 |
| 25. | Sunnenberg, Kathryn | 1:17-cv-03629 |
| 26. | Goodman, Valerie | 1:17-cv-03654 |
| 27. | Estes, Betty | 1:17-cv-03683 |
| 28. | Miele, Laura | 1:17-cv-03688 |
| 29. | Fisher, Mary J. | 1:17-cv-03695 |
| 30. | Shook, Carol | 1:17-cv-03754 |
| 31. | Jenville, Gloria | 1:17-cv-03756 |
| 32. | Stewart, Monica | 1:17-cv-03809 |
| 33. | Nigh, Glendora | 1:17-cv-03815 |
| 34. | Moore, Walter | 1:17-cv-03838 |
| 35. | Crawford, Stephen | 1:17-cv-03840 |
| 36. | Elamine, Kathy | 1:17-cv-03991 |
| 37. | Rettger, Michael A. | 1:17-cv-04025 |
| 38. | Nancarrow, Tracey | 1:17-cv-04211 |
| 39. | Taylor, Sharon | 1:17-cv-04353 |
| 40. | Dwyer-Coco, Patricia | 1:17-cv-04357 |
| 41. | Stovall, Keyonna | 1:17-cv-04390 |
| 42. | Jones, Charlie | 1:17-cv-04391 |
| 43. | Hall, Stephen E. | 1:17-cv-04520 |
| 44. | Levy, Charles | 1:17-cv-04521 |

| | | |
|---|---|---|
| 45. | Bailey, Joseph | 1:17-cv-04551 |
| 46. | Smith, Bryant | 1:17-cv-04700 |
| 47. | Gutierrez, Luz | 1:17-cv-04707 |
| 48. | Ballard, Jackie | 1:17-cv-04736 |

The motion is **DENIED as MOOT** as to the following cases:

| | | |
|---|---|---|
| 1. | Gettman, Barbara | 1:17-cv-06064 |
| 2. | Holdgreve, Dale | 1:17-cv-06064 |
| 3. | Johnson, Henry | 1:17-cv-06064 |
| 4. | Livingston, Detrice | 1:17-cv-06064 |

The motion is **STAYED for 90 days** upon the suggestion of death in the following cases:

| | | |
|---|---|---|
| 1. | Wood, Ronald F. | 1:17-cv-03586 |
| 2. | Schoby, Louise | 1:17-cv-01020 |

**SO ORDERED** this 23rd day of July 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

4