IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Relates to All Actions | |

**COVER SHEET**
**AFFIDAVIT OF MICHAEL HEAVISIDE**

## Affidavit of Michael W. Heaviside

My name is Michael W Heaviside and I am admitted to practice in Virginia and in Washington D.C. and I serve as C0-LeadCounsel for the Plaintiffs' Steering Committee in MDL 2570. I have served as co-lead counsel in MDL 2570 at all relevant times pertinent to the subject matter of this affidavit. I have personal knowledge of the facts set out below, unless noted otherwise, and I swear and affirm that those facts as stated are true and accurate to the best of my understanding and belief.

1. Following entry of the first Categorization Order, the co-leads in MDL 2570 in consultation with Mr. Williams, sent an electronic message to plaintiffs' counsel describing the requirement and purpose for completion of the Categorization Submission attaching the appropriate form in two formats (PDF and Word.) This communication was sent to those persons on the master listserve which was created and maintained by Mr. Martin's office staff.

2. Following additional discussion with the Court and with defense counsel about cases that were improperly characterized as non-complaint with the Categorization Order, additional emails were sent by the PSC regarding the requirement to comply with the Categorization Order and the ramifications for failure to do so to those persons on the master listserve noted above with minor modification.

3. At a point in time before the 7/12/2019 Telephonic Hearing it was determined that intended recipients of PSC communications were not receiving those messages due to spam filter issues and that the master listserv was incomplete. Those deficiencies have now been corrected.

4    Following the 7/12/2019 telephonic hearing on the issue of dismissals for failure to comply with the Categorization Order I independently and personally reviewed the PSC communications to plaintiffs 'attorneys and the master list serv.  I also personally reviewed messages from plaintiffs' counsel regarding non receipt of PSC messages on the subject of case categorization and the ramifications for failure to comply.

5    I have reviewed the list of plaintiffs' counsel and their associated cases listed in Mr. Martin's affidavit and agree that those attorneys were not sent PSC communications regarding case categorization and the effect of failure to comply.

6    I have also reviewed the notifications sent by the Court regarding case categorization and the effect of failure to comply and listed in the master case docket and have no personal knowledge as to what attorneys did or did not receive those notifications.

Further, Affiant Sayeth Not."

Michael Heaviside, Esq
Heaviside Reed Zaic
910 17th Street, N.W. Suite 800
Washington, DC 20006

SUBSCRIBED and SWORN TO BEFORE ME, the undersigned authority, by Michael Heaviside, Affiant, on this the 12 day of July, 2019, to certify and witness my hand and seal.

Notary Public

## CERTIFICATE OF SERVICE

      I hereby certify that on July 23, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                /s/ Michael Heaviside
                                                Michael Heaviside