IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>JOSEPH KEITH ANDERS<br>Case No.: 1:17-cv-01327-RLY-TAB | |

## SUPPLEMENTAL DECLARATION OF JEFFREY A. BOWERSOX, IN SUPPORT OF MOTION FOR RECONSIDERATION

Jeffrey A. Bowersox, makes this declaration in support of Plaintiff's Motion for Reconsideration and states the following:

1.

I incorporate and adopt by reference each paragraph set forth in the original declaration (Docket #10935-1) I provided in support of Plaintiff's Motion as if those facts were set forth fully herein.

2.

I did not receive any notice of the pending Case Categorization issues, or pending Motion to Dismiss for the same, by Plaintiffs Leadership in this case.

Dated: July 24, 2019.

Respectfully submitted,

By: /s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox, Oregon Bar No. 81442
Bowersox Law Firm, P.C.
3 Centerpointe Drive, Suite 190
Lake Oswego, OR 97035
Telephone: (503) 452-5858
Fax: (503) 345-6893
Email: jeffrey@bowersoxlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Jeffrey A. Bowersox
      Jeffrey A. Bowersox