UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:19-cv-00057; 1:19-cv-00060; 1:19-cv-00070; 1:19-cv-00072;
1:19-cv-00073; 1:19-cv-00074; 1:19-cv-00089; 1:19-cv-00092;
1:19-cv-00093; 1:19-cv-00097; 1:19-cv-00101; 1:19-cv-00119;
1:19-cv-00124; 1:19-cv-00140; 1:19-cv-00144; 1:19-cv-00165;
1:19-cv-00168; 1:19-cv-00170; 1:19-cv-00232; 1:19-cv-00294;
1:19-cv-00510; 1:19-cv-00899; 1:19-cv-00904; 1:19-cv-00905;
1:19-cv-00961; 1:19-cv-01010; 1:19-cv-01101; 1:19-cv-01132;
1:19-cv-01209; 1:19-cv-01212; 1:19-cv-01256; 1:19-cv-01270;
1:19-cv-01337; 1:19-cv-01340; 1:19-cv-01341; 1:19-cv-01358;
1:19-cv-01401; 1:19-cv-01412; 1:19-cv-01414; 1:19-cv-01429;
1:19-cv-01434; 1:19-cv-01614; 1:19-cv-01623; 1:18-cv-03700;
1:18-cv-03910; 1:19-cv-06097

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**
**(Filing No. 11230)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order Regarding Case Categorization Forms, the Cook Defendants' Motion to Dismiss (Filing No. 11230) is **GRANTED in part and DENIED as moot in part**.

The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is **GRANTED without prejudice** for these cases:

| | | |
|---|---|---|
| 1. | Williams, Joshua Jordan | 1:19-cv-00232 |
| 2. | Stephens, Kristin Leigh | 1:19-cv-510 |
| 3. | Huven, Karen | 1:19-cv-00899 |
| 4. | Harris, Maxine | 1:19-cv-01101 |
| 5. | Morris, Jessie | 1:19-cv-01132 |
| 6. | Bales, Joe Jr. | 1:19-cv-01270 |
| 7. | Roemer, Julia Hope | 1:19-cv-01401 |
| 8. | Ewing, Tammy | 1:19-cv-01412 |
| 9. | Fumanti, Sandra | 1:19-cv-01414 |
| 10. | Whalen, John | 1:19-cv-01623 |
| 11. | Mays, Talesia | 1:18-cv-03700 |
| 12. | Vaughn, Demarcus | 1:18-cv-03910 |

The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is **DENIED as moot** for these cases.

| | | |
|---|---|---|
| 1. | Schech, Jonathan | 1:19-cv-00057 |
| 2. | Kupinewicz, Teresa and Bob | 1:19-cv-00060 |
| 3. | McCollum, Joyce | 1:19-cv-00070 |
| 4. | Wilbanks, Tracey and Calvin | 1:19-cv-00072 |
| 5. | Johnson, Audrey Kay | 1:19-cv-00073 |
| 6. | Williamson, Clayton R. | 1:19-cv-00074 |
| 7. | Johnson, Willie R. | 1:19-cv-00089 |

| | | |
|---|---|---|
| 8. | Hope, Felicia | 1:19-cv-00092 |
| 9. | Egan, James J. | 1:19-cv-00093 |
| 10. | Joseph, Yolanda | 1:19-cv-00097 |
| 11. | Wetherbee, Robert | 1:19-cv-00101 |
| 12. | Amey, Carlton | 1:19-cv-00119 |
| 13. | Patton, Amien Mufeed | 1:19-cv-00124 |
| 14. | Bordner, June | 1:19-cv-00140 |
| 15. | Gay, Errol and Carolyn | 1:19-cv-00144 |
| 16. | Dickt, Lydian | 1:19-cv-00165 |
| 17. | Spangler, Jessie and Mullins, Quentin | 1:19-cv-00168 |
| 18. | Vasquez, Myrna I. Santiago | 1:19-cv-00170 |
| 19. | Holder, Vera [Estate of], Jerome Milner & Mia Clinton | 1:19-cv-00294 |
| 20. | Fierro, Cassandra K. | 1:19-cv-00904 |
| 21. | Fisher, Robert and Anna | 1:19-cv-00905 |
| 22. | Covington, Tyrone & Lameca D. | 1:19-cv-00961 |
| 23. | Livers, Shawnee and Richard | 1:19-cv-01010 |
| 24. | Nelson, James | 1:19-cv-01209 |
| 25. | Cook, George | 1:19-cv-01212 |
| 26. | Scudieri, Terrence | 1:19-cv-01256 |
| 27. | Johnson, Sherry | 1:19-cv-01337 |
| 28. | Izzo, Todd | 1:19-cv-01340 |
| 29. | McCall, Tanya | 1:19-cv-01341 |
| 30. | Russell, Buddy and Patricia | 1:19-cv-01358 |
| 31. | Clark, Eric and Erica | 1:19-cv-01429 |

| | | |
|---|---|---|
| 32. | Applegate, Debra | 1:19-cv-01434 |
| 33. | Rodriguez, Elisa | 1:19-cv-01614 |
| 34. | Splan, Elaine | 1:19-cv-06097 |

**SO ORDERED** this 23rd day of July 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

4