IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff (s)

Oscar Hightower, Civil Case No. 1:18-cv-568-RLY-MPB
Tammy Wills and Gregory Wills, Civil Case No. 1:18-cv-569-RLY-MPB

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION

I, Timothy E. Grochocinski, hereby swear under penalty of perjury that:

1. I am making this supplemental affidavit in support of Plaintiffs, Tammy Wills and Gregory Wills and Oscar Hightower's Motion for Reconsideration of the Court's Order Dismissing Plaintiffs' Claims for Failure to Submit Case Categorization Forms and Motion for Reinstatement of Case and Any and All Equitable Relief (Dkt. No. 11235 filed June 25, 2019). I incorporate by reference all arguments raised in that motion.

2. I am the sole attorney-of-record for Plaintiffs, Tammy Wills and her husband Gregory Wills and Oscar Hightower.

3. I received an email on June 8, 2019 from Joseph N. Williams stating that some Plaintiff's attorneys had not been receiving MDL-wide emails.

4. Prior to June 8, 2019, I did not receive any MDL-wide emails from the Plaintiff Steering Committee ("PSC"). Specifically, I did not receive any emails from PSC addressing Defendant's motion to dismiss for failure to submit case categorization forms.

5. It is my understanding that the PSC sent additional email notice to counsel for other plaintiffs in the MDL concerning the impending dismissal of cases for failure to submit case

1

categorization forms using an email list. After thorough review of my email, I have determined that I received no such e-mail from Plaintiffs' leadership.

6. As Set forth more fully in Plaintiffs' Motion for Reconsideration, my failure to submit Plaintiffs' case categorization forms was due to excusable neglect. In addition, had I received the additional email notice provided by the PSC to counsel for other MDL plaintiffs, I would have timely submitted the case categorization form.

7. My clients, Mr. and Mrs. Wills and Mr. Hightower, were entitled to the same notice provided to other MDL plaintiffs and are entitled to have his case decided on the merits, rather than on a procedural failure to submit information that was previously available to the Defendants.

8. Due to the foregoing and for reasons set forth more fully in Plaintiffs' prior motion, I respectfully request that the Court reconsider the dismissal and reinstate Plaintiffs' cases.

Dated: July 24, 2019

Timothy E. Grochocinski
Illinois No. 6295055
NELSON BUMGARDNER ALBRITTON P.C.
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
Phone: 708-675-1975
Fax: 708-675-1786
tim@nbafirm.com

Attorney for Plaintiffs

Subscribed and sworn before me this 24th day of July, 2019

Notary Public

KRISTINE N HUBERT
Official Seal
Notary Public – State of Illinois
My Commission Expires Aug 15, 2021

2

## Certificate of Service

I hereby certify that on July 24, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ *Timothy E. Grochocinski*