## Megan Keane

| | |
|---|---|
| **From:** | Megan Keane |
| **Sent:** | Thursday, July 25, 2019 4:53 PM |
| **To:** | 'cookfilterMDL@faegreBD.com'; 'plaintiffscoleadcounselmdl@gmail.com' |
| **Cc:** | Matthew White |
| **Subject:** | Case Categorization Forms |
| **Attachments:** | Categorization Form and Records - Lanzer.pdf; Categorization Form and Records- Catchings.pdf; Categorization Form and Records- Keltee.pdf; Categorization Form and Records- Major.pdf; Categorization Form and Records- Papierski.pdf; Categorization Form and Records- Ross.pdf; Categorization Form and Records- Smith.pdf |

Please find attached Case categorization forms for the following Plaintiffs:

| | |
|---|---|
| Fernita Catchings | Civil Case No. 1:16-cv-2382 |
| William Rogers Keltee | Civil Case No. 1:17-cv-303 |
| Jodi Lanzer | Civil Case No. 1:17-cv-69 |
| Marilyn Major | Civil Case No. 1:16-cv-2383 |
| Chester Papierski | Civil Case No. 1:17-cv-434 |
| Cassandra Ross | Civil Case No. 1:16-cv-2385 |
| Slater Smith | Civil Case No. 1:16-cv-2899 |

Sincerely,

Megan P. Keane, Esq.
Gray & White Law
713 E. Market St.
Suite 200
Louisville, KY 40202
502-805-1800