UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:
    1:17-cv-03968-RLY-TAB

_____

### SUGGESTION OF DEATH OF PATRICIA KATRAUSKY

Plaintiff, Patricia Katrausky, by and through undersigned counsel and pursuant to Fed.R.Civ.P. 25, hereby suggests upon the record the death of Plaintiff, Patricia Katrausky.

Upon information and belief, Plaintiff Patricia Katrausky died on or about December 31, 2016.

The Death Certificate is attached hereto as Exhibit "1".

Dated:  July 26, 2019                    Respectfully submitted,

By: /s/ Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
  (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

By: /s/ David C. DeGreeff
David C. DeGreeff (MO Bar No. 55019)
  (admitted *pro hac vice*)

**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/ s/David C. DeGreeff