# CERTIFICATION OF VITAL RECORD

## GALVESTON COUNTY HEALTH DISTRICT
## BUREAU OF VITAL STATISTICS

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER**

1. LEGAL NAME OF DECEASED: PATRICIA R KATRAUSKY
   (Before Marriage): KATRAUSKY
2. DATE OF DEATH - ACTUAL OR PRESUMED: DECEMBER 31, 2016
3. SEX: FEMALE
4. DATE OF BIRTH: [redacted]
5. AGE - Last Birthday (Years): 89
6. BIRTHPLACE: GALVESTON, TX
7. SOCIAL SECURITY NUMBER: [redacted]
8. MARITAL STATUS AT TIME OF DEATH: ☒ Divorced
9. SURVIVING SPOUSE'S NAME: —
10a. RESIDENCE STREET ADDRESS: 2828 61ST STREET
10b. APT. NO.: 301
10c. CITY OR TOWN: GALVESTON
10d. COUNTY: GALVESTON
10e. STATE: TEXAS
10f. ZIP CODE: 77551
10g. INSIDE CITY LIMITS: ☒ Yes
11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: PETER M. KATRAUSKY
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: OLA BURSON
13. PLACE OF DEATH: ☒ Decedent's Home
14. COUNTY OF DEATH: GALVESTON
15. CITY/TOWN, ZIP: GALVESTON, 77551
16. FACILITY NAME: 2828 61ST STREET NO. 301
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: PATRICIA COLLIER - DAUGHTER
18. MAILING ADDRESS OF INFORMANT: 6353 DEL MONTE DRIVE, HOUSTON, TX 77057
19. METHOD OF DISPOSITION: ☒ Donation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: KEVIN BYRON, BY ELECTRONIC SIGNATURE - 10835
21. Section/Block/Lot/Space: ☒ Unknown
22. PLACE OF DISPOSITION: UT HEALTH SCIENCE CENTER MEDICAL SCHOOL
23. LOCATION: HOUSTON, TX
24. NAME OF FUNERAL FACILITY: CARNES FUNERAL HOME - TRADE
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 3100 GULF FREEWAY, TEXAS CITY, TX 77591
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: LINDA TAVEL, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: JANUARY 13, 2017
29. LICENSE NUMBER: G5677
30. TIME OF DEATH: 02:50 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: LINDA TAVEL, 8876 GULF FREEWAY SUITE 410, HOUSTON, TX 77017
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:
 a. IMMEDIATE CAUSE: END STAGE CHRONIC OBSTRUCTIVE PULMONARY DISEASE — Approximate interval: YEARS

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: DIASTOLIC CONGESTIVE HEART FAILUARE, PULMONARY EMBOLI, ATHEROSCLEROTIC CARDIOVASCULAR DISEASE, CEREBRAL ANEURYSM

34. WAS AN AUTOPSY PERFORMED? ☒ No
35. AUTOPSY FINDINGS AVAILABLE: —
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ Unknown
38. IF FEMALE: ☒ Not pregnant within past year
39. IF TRANSPORTATION INJURY: —

42a. REGISTRAR FILE NO.: 02-2507
42b. DATE RECEIVED BY LOCAL REGISTRAR: JANUARY 18, 2017
42c. REGISTRAR - GALVESTON COUNTY HEALTH DISTRICT, ELECTRONICALLY FILED

EDR NUMBER: 000002025814

541015

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code.

ISSUED: FEB 02 2017

Exhibit 1

Alma Cazares Garcia
Local Registrar



WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE