IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This Document Relates to Plaintiff Patricia Katrausky

Civil Case # 1:17-cv-03968

## MOTION TO SUBSTITUTE PARTY PLAINTIFF
## AND FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Patricia G. Collier, Independent Administrator of the Estate of Patricia Katrausky, as the Plaintiff.

1. Patricia Katrausky filed a products liability lawsuit against Defendants on October 30, 2017, in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2. On December 31, 2016, Patricia Katrausky passed away in the state of Texas. (See Exhibit 1, Certificate of Death).

3. On July 26, 2019, Plaintiff's Counsel filed and served a Notice of Suggestion of Death [Doc. 11432].

4. In Texas a cause of action for personal injury to the health, reputation or person of an injured person does not abate because of the death of the injured person or because of the death of a person liable for the injury. *See* V.T.C.A., Civil Practice and Remedies Code

§71.021. A personal injury action survives to and in favor of the heirs, legal representatives and estate of the injured person. Id.

5. In this case, Patricia G. Collier has been appointed Independent Administrator of the Estate of Patricia Katrausky, Case Number PR-0077719 (*See* Exhibit 2, Letters of Independent Administration).

6. As Independent Administrator of the Estate of Patricia Katrausky, Patricia G. Collier is a proper party and has proper capacity to move forward with the surviving products liability lawsuit on Patricia Katrausky's behalf, pursuant to Fed.R.Civ.P. 25(a)(1), which provides in pertinent part, "if a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

7. Patricia Collier, further seeks leave to file the attached First Amended Short Form Complaint which, in addition to substituting the plaintiff, seeks to add survival action claims. (See Exhibit 3, Proposed First Amended Short Form Complaint).

8. Counsel for Plaintiff has contacted the Court about similar motions for substitution in other cases involved in this MDL and had been advised that no hearing notice is require or desired in this litigation. As such, no such notice is being provided.

Based on the foregoing, Patricia G. Collier, Independent Administrator of the Estate of Patricia Katrausky, requests that this Court grant her request for substitution as Plaintiff in this action and grant her leave to file the First Amended Short Form Complaint and direct the Clerk

to file the attached First Amended Short Form Complaint.

Dated:   7/26/2019               Respectfully submitted,


By:   /s/ David C. DeGreeff
Thomas P. Cartmell, MO Bar No. 45366
(admitted pro hac vice)
David C. DeGreeff, MO Bar No. 55019
Wagstaff & Cartmell LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100 (Tel.)
(816) 531-2371 (Fax)

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electron Filing.


/s/ David C. DeGreeff