NO. PR-0077719

LETTERS OF INDEPENDENT ADMINISTRATION
*****************

THE STATE OF TEXAS
COUNTY OF GALVESTON

    I, DWIGHT D. SULLIVAN, County Clerk and Clerk of Probate Court of Galveston County, Texas do hereby certify that on the 25th day of October, 2017,

                                    Patricia G. Collier

was duly appointed by said Court Independent Administrator of the Estate of

                          PATRICIA R. KATRAUSKY, DECEASED

and that she qualified as such on the 25th day of October, 2017, as the law requires, and that said appointment is in full force and effect at this date.

    Witness my hand and seal of office at Galveston, Texas, this 25th day of October, 2017.

                            DWIGHT D. SULLIVAN,
                            County Clerk, Galveston County, Texas

                        By _____ Deputy
                            Jamie Goebel

Exhibit 2

Letters Independent Administration