**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:17-cv-03968
PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff (s)

Patricia Katrausky_____

Civil Case #  _1:17-cv-03968_____

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff (s) further show the court as follows:

1. Plaintiff/Deceased Party: Patricia

   Katrausky, Deceased

2. Spousal Plaintiff/Deceased Party's spouse of other party making loss of consortium Claim:

   N/A

3. Other Plaintiff and Capacity (i.e., administrator, executor, guardian, conservator):

   Patricia G. Collier, Independent Administrator

4. Plaintiff's/Deceased Party's state of residence at the time of Implant:

   Texas

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Texas

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division on which venue would be proper absent direct filing:

   Southern District Court

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 9-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

Günther Tulip® Vena Cava Filter

☑ Cook Celect® Vena Cava Filter

Gunther Tulip Mreye

Cook Celect Platinum

Other:
_____

11. Date of Implantation as to each product:

January 12, 2015
_____
_____
_____

12. Hospital(s) where Plaintiff was Implanted (including City and State):

The University of Texas Medical Branch Hospitals
_____
301 University Boulevard, Galveston, TX 77555
_____

13. Implant Physician(s):

Dr. Charlie Cheng, MD
_____
_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:      Strict Product Liability – Failure to Warn

☑ Count II:     Strick Products Liability – Design Defect

☑ Count III:    Negligence

☑ Count IV:     Negligence Per Se

☑   Count V:        Breach of Express Warranty

☑   Count VI:       Breach of Implied Warranty

☑   County VII:     Violations of Applicable ___TX_____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

Count VIII:      Loss of Consortium

Count IX:        Wrongful Death

✓   Count X:         Survival

☑   County XI:       Punitive Damages

Other:           _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15.   Attorney for Plaintiff(s):
David C. DeGreeff of Wagstaff & Cartmell and Andrew F. Kirkendall and Alexander G. Dwyer of Kirkendall Dwyer

16. Address and bar information for Attorney Plaintiff(s):

4

David C. DeGreeff, 4740 Grand Ave., Ste. 300, Kansas City, MO 64112 MO Bar No. 55019

Andrew F. Kirkendall TX Bar No. 24050882, Alexander G. Dwyer, TX Bar No 2405271

4343 Sigma Road, Ste 200., Dallas, TX 75244


RESPECTFULLY SUBMITTED this 26th day of July 2019.

By: */s/ David C. DeGreeff*

David C. DeGreeff (MO Bar No. 55019)

 (admitted pro hac vice)
Wagstaff & Cartmell, LLP 4740 Grand Ave.,
Suite 300 Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
ddegreeff@wcllp.com

***Attorney for Plaintiff***

## <u>Certificate of Service</u>

I hereby certify that on this 26th day of July, 2019, I electronically transmitted the attached document to the Clerk's office usting the CM/ECF system for filing and transmittal of a notice of electronic filing.

Dated:  7/26/2019

By: */s/ David C. DeGreeff*
David C. DeGreeff (MO Bar No. 55019
(admitted pro hac vice)
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100 (Tel.)
(816) 531-2372 (Fax)
ddegreeff@wcllp.com

***Attorney for Plaintiff***

Exhibit 3