IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff Patricia Katrausky

Civil Case # _1:17-CV-03968_____

## **ORDER**

IT IS ORDERED that the Motion to Substitute Party and For Leave To Amend, seeking to have Patricia G. Collier to be substituted as the plaintiff and to file a First Amended Complaint, be and the same is hereby GRANTED, and the Clerk of the Court is directed to file the First Amended Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2019.

_____
Honorable Judge Tim A. Baker
United States Magistrate Judge
Southern District of Indiana