# Jen Tomlinson

| | |
|---|---|
| **From:** | Joseph N. Williams <jwilliams@rwp-law.com> |
| **Sent:** | Wednesday, April 17, 2019 7:35 AM |
| **To:** | Brian A. Snyder |
| **Cc:** | bmartin@martinbaughman.com |
| **Subject:** | Fwd: In re Cook (motions to dismiss) |
| **Attachments:** | [10434] 2019-04-12 - Plaintiff's Response in Opposition re [10211] Amended Motion to Dismiss; Multi-Plaintiff.pdf; ATT00001.htm |

Brian, it looks like the problem is largely solved saved for the Grinnell case (see Blake's comments below). Anything you want me to pass to Blake? Joe

Joseph N. Williams
Riley Williams & Piatt, LLC
317.633.5270
www.rwp-law.com

sent from my jPad

Begin forwarded message:

> **From:** "Angelino, Blake A." <Blake.Angelino@FaegreBD.com>
> **Date:** April 17, 2019 at 10:27:38 AM EDT
> **To:** "Joseph N. Williams" <jwilliams@rwp-law.com>
> **Subject: RE: In re Cook (motions to dismiss)**
>
> Thanks for the email, Joe. A couple of things. I don't seem to have an email or call from Brian trying to reach out.  It looks like these cases were properly included in our letter, but it also looks like you're right, Brian submitted forms for these cases last week on the 10th.  I'll count these as submitted.
>
> One issue I saw:  for the *Grinnell* (1:16-cv-02311) case, it doesn't look like Brian submitted any records with his form.  I checked Brian's response, and it looks like the email he attached to it doesn't attach medical records either.  That really just moves *Grinnell* from one deficiency list to another.
>
> Please let me know if you have any other questions or concerns, happy to help if I can.
>
> **Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
> *Admitted to Practice in Illinois; Ohio*
>
> -----Original Message-----
> From: Joseph N. Williams <jwilliams@rwp-law.com>
> Sent: Wednesday, April 17, 2019 8:39 AM
> To: Angelino, Blake A. <blake.angelino@FaegreBD.com>
> Subject: In re Cook (motions to dismiss)
>
> Hey Blake,

I was contacted by Brian Snyder (MDL Plaintiffs' counsel) regarding several of his cases that were included on Steve's exhibit to his case categorization letter. For these cases, Brian (or his firm) submitted the forms (earlier this month) and filed a response to the motion to dismiss. He has attempted to reach out to folks on your side, but has not received any response. Here are the cases at issue:

KRISTOPHER CASTNER, 1:18-cv-01409
JANINE FUTCH, 1:16-cv-02103
LAWRENCE GRINNELL, 1:16-cv-02311
KIMBERLY LADIG, 1:16-cv-02102
MARIE LEWIS, 1:17-cv-00859
EDUARDO MORENO, 1:16-cv-02310
JUSTIN ROSE, 1:18-cv-01410
BARRY ROSENBLATT, 1:16-cv-02104

I assume that everything is fine, but considering that Brian has not received a response from FBD, I just wanted to make sure. Thanks for your attention to this one.

Sincerely,

Joe
Joseph N. Williams
Riley Williams & Piatt, LLC
317.633.5270
www.rwp-law.com

sent from my jPad