## EXHIBIT 2

**Jen Tomlinson**

| | |
|---|---|
| **From:** | Brian A. Snyder |
| **Sent:** | Thursday, May 2, 2019 2:23 PM |
| **To:** | Angelino, Blake A. |
| **Cc:** | Bennett, James Stephen; Jen Tomlinson |
| **Subject:** | RE: Cook IVC - categorization |

Blake,

I just wanted to touch base regarding the order from the court today, which references the Exhibits A and B. All of our cases (below) are still on there as being listed for dismissal. We are still actively trying to get the records/images in. Today we just received Moreno's, which my paralegal is uploading through the portal today.

I just want o make sure they don't get dismissed, pursuant to our previous emails. Thanks so much!

KRISTOPHER CASTNER, 1:18-cv-01409
JANINE FUTCH, 1:16-cv-02103
LAWRENCE GRINNELL, 1:16-cv-02311
KIMBERLY LADIG, 1:16-cv-02102
MARIE LEWIS, 1:17-cv-00859
EDUARDO MORENO, 1:16-cv-02310
JUSTIN ROSE, 1:18-cv-01410
BARRY ROSENBLATT, 1:16-cv-02104

**Brian Snyder**
*Partner*
brian@snyderwenner.com
www.snyderwenner.com
www.personalinjurylawaz.com
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
P. (602) 224-0005 • F. (602) 381-8997





SNYDER & WENNER, PC
Protecting our community,
one case at a time.

• Medical Malpractice • Trucking Accident Litigation •
• Commercial Vehicle Accident Litigation •
• Motorcycle Accident Litigation •

**From:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Sent:** Monday, April 22, 2019 11:27 AM
**To:** Brian A. Snyder <brian@snyderwenner.com>
**Cc:** Bennett, James Stephen <Stephen.Bennett@faegrebd.com>; Jen Tomlinson <jen@snyderwenner.com>
**Subject:** RE: Cook IVC - categorization

Got it, thanks for the update. That does sound like an annoying problem to have.  To keep you updated, until we have those records, I'll have these cases as having submitted a categorization form, but not submitting a record in support. For reference, Justin Rose and Kristopher Castner have the same issues.

Please let us know if anything changes,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

---

**From:** Brian A. Snyder <brian@snyderwenner.com>
**Sent:** Monday, April 22, 2019 1:07 PM
**To:** Angelino, Blake A. <blake.angelino@FaegreBD.com>
**Cc:** Bennett, James Stephen <Stephen.Bennett@faegrebd.com>; Jen Tomlinson <jen@snyderwenner.com>
**Subject:** RE: Cook IVC - categorization

Thank you, Blake. Candidly, we have had a hell of a time getting records on these. It's never been an issue, and suddenly providers are just not cooperating. I will have my paralegal double-check, but it's my understanding we sent out ANOTHER request about 2 weeks ago, and we asked for it to be expedited. As soon as we receive them, we will upload them to you via the secure server.

Thanks again




**Brian Snyder**
*Partner*
brian@snyderwenner.com
www.snyderwenner.com
www.personalinjurylawaz.com
2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
P. (602) 224-0005 • F. (602) 381-8997

• Medical Malpractice • Trucking Accident Litigation •
• Commercial Vehicle Accident Litigation •
• Motorcycle Accident Litigation •

---

**From:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Sent:** Monday, April 22, 2019 10:58 AM
**To:** Brian A. Snyder <brian@snyderwenner.com>
**Cc:** Bennett, James Stephen <Stephen.Bennett@faegrebd.com>; Jen Tomlinson <jen@snyderwenner.com>
**Subject:** RE: Cook IVC - categorization

Brian,

We took a look at your submissions, and while we received them and records, they don't appear complete. For instance, some attach only an implant report, some attach 40 or more pages of records, and none are highlighted. Could you please have your paralegal resubmit discrete medical records in support of each categorization you've chosen, highlighted. If so, we will take these off of our deficiency lists. For reference, these are the cases I am talking about:

| | |
|---|---|
| Rosenblatt, Barry & Paige, Susan Hanch | 1:16-cv-02104 |

| Moreno, Eduardo | 1:16-cv-02310 |
|---|---|
| Lewis, Marie | 1:17-cv-00859 |
| Ladig, Kim | 1:16-cv-02102 |
| Futch, Janine | 1:16-cv-02103 |
| Grinnell, Lawrence R. | 1:16-cv-02311 |

Feel free to reach out with any questions or concerns.  Best,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

**From:** "Brian A. Snyder" <brian@snyderwenner.com>
**Date:** April 22, 2019 at 12:58:22 PM EDT
**To:** "stephen.bennett@faegrebd.com" <stephen.bennett@faegrebd.com>
**Cc:** Jen Tomlinson <jen@snyderwenner.com>
**Subject: RE: Cook IVC - categorization**

Stephen:

Thank you for speaking with Joe Williams about our cases and agreeing to remove them from the dismissal list. I have attached a stipulation that we would like to file, just in case the Court takes action on its own. Please let me know if this is ok to file, or if we need to undertake any other steps.

Thanks again, I appreciate it