# EXHIBIT 3

# Jen Tomlinson

| | |
|---|---|
| **From:** | Jen Tomlinson |
| **Sent:** | Friday, May 3, 2019 11:15 AM |
| **To:** | 'cookfiltermdl@faegrebd.com'; plaintiffscoleadcounselmdl@gmail.com |
| **Subject:** | Justin Rose; 1:18-cv-1410; 1:14-ml-2570 |
| **Attachments:** | Categorization Form (ROSE).pdf; (ROSE) Sacred Heart 4-28-08 Report-Placement (Highlighted).pdf; (ROSE) Sacred Heart 5-25-08 Report-Status (Highlighted).pdf |

Attached is plaintiff's Categorization along with the highlighted reports.

*Jennifer Tomlinson, Paralegal*
*Snyder and Wenner, P.C.*
*2200 E. Camelback Rd., Ste. 213*
*Phoenix, AZ 85016*
*Phone: (602) 224-0005*
*Facsimile: (602) 381-8997*
*Email: jen@snyderwenner.com*

*CONFIDENTIALITY NOTICE:  This communication may contain information that is legally privileged, confidential or exempt from disclosure.  If you are not the intended recipient, please note that any dissemination, distribution or copying of this communication is strictly prohibited.  Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.*