

Howard M. Snyder*
David A. Wenner, M.S.W
Brian A. Snyder

*Also admitted in Pennsylvania

**SNYDER & WENNER, PC**
**ATTORNEYS AT LAW**

2200 E. Camelback Road, Suite 213
Phoenix, Arizona 85016
Telephone: (602) 224-0005
Facsimile: (602) 381-8997
www.snyderwenner.com

June 6, 2019

**VIA FEDERAL EXPRESS**

Faegre Baker Daniels
**Attn: Rochelle Symons**
300 N Meridian St Suite 2700
Indianapolis IN 46204

Re:   *Justin Rose*
       *Case No. 1:18-cv-1410; 1:14-ml-2570*

Dear Ms. Symons:

Enclosed for your review is a CD containing Mr. Rose's 5/25/08 abdomen/pelvis CT and a copy of the corresponding report.

Also, enclosed is an expert report from Julie M. Zaetta, M.D., who read and interpreted Mr. Rose's imaging. Dr. Zaetta is a board certified interventional radiologist in Tucson, Arizona. She is the Section Head of Vascular & Interventional Radiology for Radiology Ltd. Dr. Zaetta has been a licensed medical doctor since 1992, and performed her residency at the University of Pittsburgh Medical Center. She completed her fellowship training in Vascular & Interventional Radiology at Hospital of the University of PA in Pennsylvania. Dr. Zaetta has numerous academic appointments and peer-reviewed publications. She is a frequent lecturer around the country on issues pertaining to interventional radiology. A full copy of her CV is also enclosed.

Dr. Zaetta performed a completely blind read of Mr. Rose's imaging study. She was not told what the issues were or which side undersigned counsel represents. Her findings are enclosed in the attached report. Should you have any further questions, please do not hesitate to let me know.

Thank you.

Very truly yours,

Brian A. Snyder
For the Firm

:jlt

Enclosure