IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION _____ This document Relates to Plaintiff:     JUSTIN ROSE Civil Case No. 1:18-cv-01410 _____ | NO. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

### ORDER TO REINSTATE

The Court, having received and considered plaintiff's Motion to Reinstate, and good cause exists,

IT IS HEREBY ORDERED reinstating *Rose v. In re: Cook Medical, Inc., et al.,* 1:18-cv-01410.

DATED_____

_____
United States District Court
Southern District of Indiana

1