IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
BONNIE ELAZAB and DEAN ELAZAB

CIVIL CASE # 1:17-cv-00417-RLY-TAB

**MOTION FOR LEAVE TO SPECIFICALLY SUPPLEMENT
MOTION FOR RECONSIDERATION WITH AFFIDAVITS OF
BEN MARTIN AND MICHAEL HEAVISIDE**

NOW INTO COURT, through undersigned counsel comes the plaintiff's, Bonnie Elazab and her husband Dean Elazab, and respectfully represent:

1.

On the 19th day of June, 2019, the plaintiff's, Bonnie Elazab and her husband Dean Elazab, filed a Motion for Reconsideration. (Docket No. 11171).

2.

Plaintiffs' Motion for Reconsideration came for hearing on the 12th day of July, 2019.

3.

Following the hearing, this request for Reconsideration was taken under advisement pending the provision of an Affidavit from Plaintiff's leadership, in particular, Mr. Ben Martin and Mr. Michael Heaviside, relative to the issue of Notice which was the focus of the motion for reconsideration. (Docket No. 11387).

4.

On July 23, 2019, in compliance with the Court Order, Mr. Martin filed his Affidavit which provided specific factual support for the relief sought in Plaintiff's Motion for Reconsideration. (Docket No. 11420).

5.

On July 23, 2019, in compliance with the Court Order, Mr. Heaviside filed his Affidavit which provided specific factual support for the relief sought in Plaintiff's Motion for Reconsideration. (Docket No. 11421).

6.

WHEREFORE, out of an abundance of caution, Plaintiffs', Bonnie Elazab and her husband Dean Elazab, specifically requests this Court grant leave for the plaintiff's to supplement the original motion for reconsideration with the Affidavit of Mr. Ben Martin and the Affidavit of Mr. Michael Heaviside in light of the content of the Affidavits.

Respectfully submitted:

THOMAS B. CALVERT
A PROFESSIONAL LAW CORPORATION

BY:   /s/ Thomas B. Calvert
      THOMAS B. CALVERT (LA Bar # 14129)
      3850 North Causeway Boulevard
      Suite 940-Two Lakeway
      Metairie, LA 70002
      Telephone: (504) 830-7610
      Facsimile: (504) 830-7611
      E-mail:   tom@calvertaplc.com

Counsel for plaintiffs, Bonnie Elazab and Dean Elazab

## CERTIFICATE OF SERVICE

  I hereby certify that on July 29, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ Thomas B. Calvert
                Thomas B. Calvert

SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
BONNIE ELAZAB and DEAN ELAZAB

CIVIL CASE # 1:17-cv-00417-RLY-TAB

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SPECIFICALLY SUPPLEMENT MOTION FOR RECONSIDERATION WITH AFFIDAVITS OF BEN MARTIN AND MICHAEL HEAVISIDE

On this day, the Court considered Plaintiffs', Bonnie Elazab and her husband Dean Elazab's, Motion for Leave to Specifically Supplement Motion for Reconsideration with the Affidavits of Ben Martin and Michael Heaviside. After considering the Motion, the Court finds that the Motion should be GRANTED. It is therefore;

ORDERED that Plaintiffs', Bonnie Elazab and her husband Dean Elazab's, original Motion for Reconsideration supplemented with the Affidavit of Ben Martin (Docket No. 11420), as well as the Affidavit of Michael Heaviside (Docket No. 11421), which were filed on July 23, 2019, is hereby GRANTED.

SIGNED this ____ day of _____, 2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana