IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>BONNIE ELAZAB and DEAN ELAZAB<br><br>CIVIL CASE # 1:17-cv-00417-RLY-TAB | |

### SUBMISSION OF AFFIDAVITS OF BEN MARTIN AND MICHAEL HEAVISIDE AS PART OF MOTION FOR RECONSIDERATION

NOW INTO COURT, through undersigned counsel comes the plaintiff's, Bonnie Elazab and her husband Dean Elazab, supplement their original Motion for Reconsideration with the Affidavits of Ben Martin and Michael Heaviside. These Affidavits are in the master docket. Ben Martin (Docket No. 11420) and Michael Heaviside (Docket No. 11421).

Respectfully submitted:

THOMAS B. CALVERT
A PROFESSIONAL LAW CORPORATION

BY:    /s/ Thomas B. Calvert
       THOMAS B. CALVERT (LA Bar # 14129)
       3850 North Causeway Boulevard
       Suite 940-Two Lakeway
       Metairie, LA 70002
       Telephone: (504) 830-7610
       Facsimile:  (504) 830-7611
       E-mail:    tom@calvertaplc.com

Counsel for plaintiffs, Bonnie Elazab and Dean Elazab

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                /s/ Thomas B. Calvert
                                                Thomas B. Calvert