UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>All Cases Dismissed by Order (Filing No. 10622) With a Pending Motion to Vacate that Order _____ | ) ) ) ) ) ) |

**ORDER ON THE COOK DEFENDANTS'
MOTION FOR EXTENSION OF TIME
(Filing No. 11410)**

On July 22, 2019, Defendants Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("Cook Defendants") filed their Motion for Extension of Time to Respond to Plaintiffs' Motions and Additional Filings Regarding Categorization. The court, having considered the Motion and being duly advised, now **GRANTS** the Motion (Filing No. 11410).

**IT IS THEREFORE ORDERED** that the Cook Defendants' deadline to provide any additional briefing in response to the Plaintiffs' motions to reconsider and/or vacate the court's Order on the Cook Defendants' Second Amended Motion to Dismiss (Filing No. 10622), and Plaintiffs' related additional filings, shall be made 14 days after Plaintiffs' leadership files an affidavit identifying which Plaintiffs' firms with pending

1

motions were sent emails by Plaintiffs' leadership regarding the court's categorization orders and the ramifications for failing to comply with those orders.

**SO ORDERED** this 29th day of July 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.