## UNITED STATES DISTRICT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC. | ) | MDL NO. 2570 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | JUDGE DAVID G. CAMPBELL |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*CLARK v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:18-CV-01715*

### MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Billy W. Clark, Jr and Crystal Clark respectfully move this court to substitute Crystal Clark, the plaintiff's daughter, as the Personal Representative for the Estate of Billy W. Clark, Jr., Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Billy Clark Jr.'s case was filed on or about June 6, 2018 (*Clark v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGAITON.;* Case No. *1:18-cv-01715*).

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

    a. On or about June 6, 2018, Defendant Cook, Inc., et al. was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On or about October 29, 2018, Plaintiffs' counsel was informed that Billy W. Clark, Jr. passed away on or about October 12, 2018.

4. Billy W. Clark Jr.'s action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about February 19, 2019.

6. Plaintiff thus moves to substitute Crystal Clark, as Personal Representative for the Estate of Billy W. Clark Jr., Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Crystal Clark, as Personal Representative for the Estate of Billy W. Clark, Jr., Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Billy W. Clark Jr. is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Billy W. Clark Jr. and Crystal Clark, respectfully request the Court grant Plaintiffs' Motion to Substitute Crystal Clark, as Personal Representative for the Estate of Billy W. Clark Jr., Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: July 29, 2019  Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

*s/ Jessica Glitz*
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
jglitz@tautfestbond.com

**ATTORNEY FOR PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: July 29, 2019

                                              Respectfully Submitted,

                                              **Tautfest Bond, PLLC**

                                              *s/ Monte Bond*
                                              Monte Bond No. 02585625
                                              **Tautfest Bond, PLLC**
                                              5151 Belt Line Rd.,
                                              Suite 1000, Dallas, TX 75254
                                              Telephone: (214) 617-9998
                                              Facsimile: (214) 853-4281
                                              mbond@tautfestbond.com

                                              *s/ Jessica Glitz*
                                              Jessica Glitz No. 24076095
                                              **Tautfest Bond, PLLC**
                                              5151 Belt Line Rd.,
                                              Suite 1000, Dallas, TX 75254
                                              Telephone: (214) 617-9998
                                              Facsimile: (214) 853-4281
                                              jglitz@tautfestbond.com

                                              *Attorneys for Plaintiff*