# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE TIM A. BAKER |
| ) | |

**This Document Relates to:**
*CLARK v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:18-CV-01715*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Crystal Clark, on behalf of the Estate of Billy W. Clark Jr., is substituted for Plaintiff Billy W. Clark Jr., in the above captioned cause.

Date: _____      _____

                                                                                Hon. Tim A. Baker
                                                                                United States Magistrate Judge
                                                                                 Southern District of Indiana