IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Relates to All Actions | |

**COVER SHEET**
**AMENDED AFFIDAVIT OF BEN C. MARTIN**

## AMENDED AFFIDAVIT OF BEN C. MARTIN

"My name is Ben C. Martin. I am co-lead counsel for the plaintiff steering committee in MDL 2570 and have served as co-lead counsel at all relevant times pertinent to the subject matter of this amended affidavit. I have personal knowledge of all facts contained herein, unless noted otherwise, and swear and affirm that those facts are true and correct to the best of my knowledge.

1. After consultation with one or more of my co-leads Michael Heaviside and David Matthews and after discussion with liaison counsel Joe Williams, it was determined that a general explanation of the categorization order of this court issued on October 2, 2018, would be sent to the MDL plaintiff counsel in MDL 2570. A list of those MDL counsel believed by me to be a complete list of all plaintiff counsel who had filed cases in the MDL had been compiled by my office staff, and those attorneys on that list and some staff members or other attorneys associated with the plaintiffs' case were sent an email from my office on behalf of the Plaintiff's Steering Committee, explaining the categorization order shortly after it was entered.

2. Several emails about the categorization order and the possibility of case dismissal for failure to comply with the Court's categorization order were sent to that same referenced group with minor changes to the list. Those minor changes would have no bearing on the subject matter of this affidavit.

3. I personally searched for the emails sent to the MDL plaintiff counsel recipients' list referenced above regarding case categorization and possible ramifications for failure to comply with it. There were well over 200 recipients of the referenced emails. Those emails

were then reviewed by me for their content as well as the recipient email addresses thereon. I had received, at my request, emails from lawyers notifying me if they believed they had not received the above referenced category of emails regarding the Court's categorization order including ramifications of dismissal.

4. Below is a list of the lawyers or law firms of those lawyers that contacted me and informed me they did not receive the email notices of the subject matter regarding case categorization or dismissal. These lawyers also informed me of their respective clients whose cases filed in MDL 2570 would presumably be affected in some way by this lack of notice. This list is from information provided to me by the lawyers who contacted me and has not been independently verified by me. This list contains the lawyer/law firm names and their referenced client names and docket numbers as provided to me by them. I have collated those contacts in the chart below.

| Law Firm | Plaintiff Name & Cause No. |
|---|---|
| Easton Law Firm | Christine Kay \| 1:18-cv-06089 |
| Bruera Law Firm | Marvin Trepus \| 1:18-cv-00412<br>Betty and Norman Parker \| 1:17-cv-02715<br>Belinda Sue Halley \| 1:17-cv-00971<br>Angela and James Cunningham \| 1:16-cv-02279 |
| Bighorn Law Firm | Alma Rodriguez \| 1:17-cv-04171<br>Kristi Craft \| 1:17-cv-04200<br>Larry Vaughn, Jr. \| 1:17-cv-04340<br>Perry Sylvain \| 1:17-cv-04339<br>Arthur W. Schermerhorn \| 1:18-cv-00647<br>James Cooper \| 1:17-cv-04345<br>Joshua R. Craig \| 1:17-cv-01697<br>Galen Schatzman \| 1:18-cv-01833 |
| Van Wey, Presby & Williams | Teresita Cochran \| 1:18-cv-00098<br>Darin French \| 1:18-cv-00103 |
| Spencer Law Firm | Lillie Sauls \| 1:18-cv-00081 |

| | |
|---|---|
| Fulmer Sill Law Group | Daris Cremeans \| 1:17-cv-00455<br>Barbie L Kratochvil \| 1:17-cv-00457<br>Sheila Stafford \| 1:17-cv-00458<br>Saleea C. Shockley \| 1:17-cv-02611 |
| Morris Law Firm (JamLawyers) | Amanda Contreras \| 1:16-cv-02693<br>Lillian Pezzotti \| 1:18-cv-02326 |
| Douglas, Haun & Heidemann | David Parker \| 1:17-cv-00692 |
| Di Pietro Partners Law Group | Troy and Berkley Cullum \| 1:18-cv-02739<br>Beth Reese \| 1:18-cv-03520 |
| Sarangi Law, LLC | George and Rose McNally \| 1:17-cv-01853<br>Sandy A. Smith \| 1:17-cv-01854 |
| Law Offices of Tom Calvert | Dean and Bonnie Elazab \| 1:17-cv-00417 |
| Bowersox Law Firm | Joseph K. Anders \| 1:17-cv-01327 |
| Law Offices of Sean Keith | John and Pamela Irving \| 1:16-cv-03468<br>Jada Baker \| 1:17-cv-02435<br>Teresa Walker \| 1:18-cv-00516 |
| Rheingold Giuffra Ruffo & Plotkin | Scott and Cheryl Thomas \| 1:16-cv-02410<br>Edna Governale \| 1:17-cv-00420<br>Carol Ann Mooney \| 1:17-cv-01551<br>Benjamin Auerbach \| 1:17-cv-04218<br>Nilda Gil \| 1:18-cv-02498 |
| Seidman Margulis & Fairman | Brian Milke and Estate of Theresa Milke \| 1:18-v-00675 |
| Fitts Law Firm | Frank J. Okolish \| 1:17-cv-00800<br>Pamela Beard \| 1:17-cv-01559<br>Stephanie Flietstra \| 1:17-cv-02239 |
| Kirkendall Dwyer | Eric Slobodjian \| 1:17-cv-00218<br>Ethel Odom \| 1:17-cv-00388<br>James Million \| 1:17-cv-00530<br>Ricky Phillips \| 1:17-cv-01456<br>Betsy Davis \| 1:18-cv-01879<br>Nicki O'Brien \| 1:18-cv-02500<br>Benjamin Cropp Jr. \| 1:18-cv-03003 |
| Gray & White Law | Fernita Catchings \| 1:16-cv-02382<br>Rogers William Keltee \| 1:17-cv-00303 |

Amended Affidavit of Ben C. Martin                                                                 4

| Gray & White Law | Jodi Lanzer \| 1:17-cv-00069<br>Estate of Marilyn Major \| 1:16-cv-02383<br>Chester Felix Papierski \| 1:17-cv-00434<br>Cassandra Ross \| 1:16-cv-02385 |
|---|---|

5.  After a review of the above-referenced categorization emails sent to the MDL plaintiff counsel; I have determined that the law firms listed above were not sent the categorization emails I have referenced above. They were not on the email list that was thought to contain all MDL plaintiff counsel at the time the subject categorization emails were sent. To the best of my knowledge the chart contains all lawyers that contacted me about their lack of notice or their respective law firms' lack of notice.

6.  Well before the July 12, 2019 Status Conference, liaison counsel consulted with his Information Technologist to determine why there may be some lawyers not receiving leadership e-mails. Mr. Williams learned that many spam filters are set to automatically filter any e-mail with more than 100 recipients. To fix this problem, Mr. Williams' office created 11 separate lists of less than 100 e-mail addresses. In other words, when leadership now sends an e-mail to all MDL counsel, it is sent to 11 different list-serves to avoid the spam filter problem.

7.  In creating the 11 e-mail lists, we also learned that there were MDL counsel who were not included on our original list serve. That issue has now been corrected and leadership routinely updates the lists by including newly appeared counsel as well as deleting counsel who no longer have appearances on file.

8.  I have also reviewed the notifications sent by the Court regarding case categorization, and the effect of failure to comply which are listed in the master case docket and have no personal knowledge as to what attorneys did or did not receive those notifications.

Further Affiant Sayeth Not."

_____
Ben C. Martin, Esq.
Martin | Baughman, PLLC
3710 Rawlins Street, Ste. 1230
Dallas, Texas 75219
214.761.6614

SUBSCRIBED and SWORN TO BEFORE ME, the undersigned authority, by <u>Ben C. Martin, Affiant</u>, on this the 29th day of July, 2019, to certify and witness my hand and seal.

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

          /s/ Ben C. Martin
          Ben C. Martin