IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
Bonnie Johnson

Civil Case # 1:17-cv-270

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jennifer A. Moore of Moore Law Group, PLLC hereby enters an appearance as co-counsel for Plaintiff, along with the law firm of Gary C. Johnson, P.S.C., in the above-referenced action. Please serve said co-counsel with all pleadings and notices in this action using the contact information below:

>Jennifer A. Moore
>MOORE LAW GROUP, PLLC
>1473 South 4th Street
>Louisville, KY  40208
>P:  502-717-4080
>F:  502-717-4086
>Email: jennifer@moorelawgroup.com; kara@moorelawgroup.com

Please amend your service list accordingly and send all notices, correspondence, and pleadings in this matter to the above-law firm and address.

Dated: July 30, 2019                                /s/ *Jennifer A. Moore*
                                                              Jennifer A. Moore
                                                              MOORE LAW GROUP, PLLC
                                                              1473 South 4th Street
                                                              Louisville, KY  40208
                                                              P:  (502) 717-4080
                                                              jennifer@moorelawgroup.com

2

## CERTIFICATE OF SERVICE

  I hereby certify that on July 30, 2019, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Southern District of Indiana, using the CM/ECF system, which will send notification of such filing to all parties.

                /s/ *Jennifer A. Moore*
                *Counsel for Plaintiff*