# Attachment A

**Categorization Form**

MDL No. 2570
MDL Case No. 1:14-ml-02570-RLY-TAB
Plaintiff Case No. 1:19-cv-00232-RLY-TAB
Plaintiff:  Joshua Jordan Williams

A. Plaintiff's Name:  **Joshua Jordan Williams**

B. Plaintiff's Case Number:  **1:19-cv-00232-RLY-TAB**  -_____

C. Plaintiff's Counsel (Lead Firm Name):  **The Dysart Law Firm, P.C.**

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: **N/A**

2. Cases Alleging Mental Distress and Embedment: "Cases where <u>only</u> non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: **N/A**

   Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:____

   Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases:  "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: **X**

   Briefly describe claimed complication/outcome/injury **A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body. "One old filter leg fragment remains in stable extraluminal position."**

1

**Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.**

5. Failed Retrieval and Complicated Retrieval Cases: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5:__X__

Briefly describe claimed complication/outcome/injury: **A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body. "One old filter leg fragment remains in stable extraluminal position."**

**Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.**

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6:__N/A__

Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7:__X__. **Circle all sub-categories that apply below:**

(a) ____IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
_____

(b) __X__filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury: **Celect filter caused multifocal penetration associated with chronic pain. Celect filter migrated and embolized from insertion site causing penetration along the way in to the small bowel, aortic wall and retroperitoneum. One fractured component was located in a vertebral body. Celect filter ultimately migrated to right kidney where the apex of the filter rested against the right posterior wall of the kidney from where it was surgically removed.**

**CT images dated 9/12/2017 confirmed the infrarenal positioning of the filter and described by Dr. William Tom Kuo on 12/5/2017 at 1PM in his progress note.**

**Pg 73 of Stanford Health Care medical records of Joshua Jordan Williams.**

**A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body as a permanent foreign body embolus. "One old filter leg fragment remains in stable extraluminal position."**

**Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.**

(c) __X__ filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:
_____

(d) __X__ filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;

Briefly describe claim of symptomatic injury: **Celect filter caused multifocal penetration associated with chronic pain. Celect filter migrated from insertion site causing penetration along the way in to the small bowel, aortic wall and retroperitoneum. One fractured component was located in a vertebral body. Celect filter ultimately migrated to right kidney where the apex of the filter rested against the right posterior wall of the kidney from where it was surgically removed. CT images dated 9/12/2017 confirmed the infrarenal positioning of the filter and described by Dr. William Tom Kuo on 12/5/2017 at 1PM in his progress note.**

**Pg 73 of Stanford Health Care medical records of Joshua Jordan Williams.**

**A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body as a permanent foreign body embolus. "One old filter leg fragment remains in stable extraluminal position."**

**Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.**

(e) __X__ penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: **Celect filter caused multifocal penetration/perforation associated with chronic pain. Celect filter migrated from insertion site causing penetration/perforation into the small bowel, aortic wall, and**

**retroperitoneum. One fractured component was located in a vertebral body. Celect filter ultimately found in right kidney where the apex of the filter rested against the right posterior wall of the kidney. Complex filter retrieval for embedded IVC filter necessary to remove migrating, embolized Celect filter. Surgery, right neck access site, performed on 12/6/2017 at Standford Hospitals and Clinics. CT images dated 9/12/2017 confirmed the infrarenal positioning of the filter and described by Dr. William Tom Kuo on 12/5/2017 at 1PM in his progress note.**

**Pg 73 of Stanford Health Care medical records of Joshua Jordan Williams.**

**Pg. 95 – Discharge Summary dated 12/7/2017, 7:21 AM by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.**

**Pg. 97 – 100, Interventional Radiology, History and Physical dated 12/6/2017, 11:32 AM, by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.**

**Pg. 102-118 – Interventional Radiology Post-Operative Note – Surgical Notes, dated 12/6/2017, 5:36 PM by Dr. Lynne N. Martin of Stanford Health Care medical records of Joshua Jordan Williams.**

**A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body as a permanent foreign body embolus. "One old filter leg fragment remains in stable extraluminal position."**

**Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.**

(f) __**X**__ recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_ **A portion of the Celect filter, which was surgically removed from its migrated location, could not be retrieved, and remains in the plaintiff's body as a permanent foreign body embolus. "One old filter leg fragment remains in stable extraluminal position."**

**Pg. 118 - 121– IR CV IR BODY PROCEDURE, dated 12/7/2017, and prepared by Dr. William Tom Kuo of Stanford Health Care medical records of Joshua Jordan Williams.**

(g) ____DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) ____infection;

      Briefly describe claim of symptomatic injury:_____

      (i) \_\_\_\_bleeding;

      Briefly describe claim of symptomatic injury:_____

      (j) \_\_\_\_death; and

      Briefly describe claim of symptomatic injury:_____

      (k) \_\_\_\_open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

      Briefly describe claim of symptomatic injury:_____

E.    Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

      Plaintiff's Counsel Name:    **Christopher W. Dysart**_____

      Plaintiff's Counsel's Firm:    **The Dysart Law Firm, P.C.**_____

      Plaintiff's Counsel's Signature:  _____