

**Official Copy**
Stanford
HEALTH CARE
STANFORD MEDICINE

STANFORD ADVANCED MEDICINE CENTER
300 PASTEUR DRIVE
MC:5500
PALO ALTO CA 94305

Williams, Joshua Jordan
MRN: 38220034,                Sex: M
Encounter date: 12/5/2017

## Progress Notes - ENCOUNTER NOTES (continued)

### Progress Notes by Kuo, William Tom, MD at 12/5/2017 1:00 PM (continued)

12 Cans of beer per week

**Allergies:** see listed allergies
**Allergic to IV Contrast:** no

**Exam:**
**Visit Vitals**
BP           123/81
Pulse        106
Temp         36.6 °C (97.9 °F) (Oral)
Resp         18
Ht           1.854 m (6' 1")
Wt           100.7 kg (222 lb 0.1 oz)
SpO2         97%
BMI          29.29 kg/m²

General appearance: Sad and anxious appearing.

**Lab Results**

| Basename | Value | Date |
|---|---|---|
| WBC | 7.8 | 12/02/2017 |
| HGB | 15.6 | 12/02/2017 |
| HCT | 45.3 | 12/02/2017 |
| PLT | 245 | 12/02/2017 |
| INR | 1.1 | 12/06/2017 |
| CR | 0.85 | 12/02/2017 |

**Imaging:** CT images dated 9-12-17 were reviewed. These show an infrarenal Celect filter with apex against the right posterior wall. There is severe multifocal penetration involving the small bowel, aortic wall, and retroperitoneum. There is one fractured component in the vertebral body.

**Assessment and Plan:** In summary, Mr. Williams is a 40 Year old who presents with an embedded Celect IVC filter complicated by severe multifocal penetration associated with chronic pain. From our assessment, he is a good candidate to undergo complex filter retrieval here at Stanford. In fact, filter retrieval is desired in this young patient to prevent further risks associated with longterm implantation and to reduce thrombotic risks associated with a permanent filter. Filter removal would also alleviate any pain associated with the penetrating filter component.

Per our retrieval protocol, we will administer intraprocedural IV heparin to mitigate the risk of periprocedure clot formation, and we will give IV antibiotics to mitigate infection given his finding of small bowel penetration. All of the risks, benefits and alternatives to the procedure were discussed in detail and informed consent was obtained. In addition, consent for the Stanford Filter Registry was also obtained. All questions were fully answered, and we will schedule him for tomorrow.