

Official Copy
Stanford HEALTH CARE
STANFORD MEDICINE

**Attachment B.1**

| | | |
|---|---|---|
| STANFORD HOSPITAL - IP | Williams, Joshua Jordan | |
| 300 PASTEUR DRIVE | MRN: 38220034, DOB: ▇▇▇, Sex: M | |
| MC:5500 | Adm: 12/6/2017 | |
| Stanford CA 94305 | | |

## Discharge Summaries - ENCOUNTER NOTES

### Discharge Summaries by Khosla, Ankaj, MD at 12/7/2017 7:21 AM

| Author: Khosla, Ankaj, MD | Service: Interventional Radiology | Author Type: Fellow |
|---|---|---|
| Filed: 12/7/2017 7:25 AM | Date of Service: 12/7/2017 7:21 AM | Status: Addendum |

Editor: Khosla, Ankaj, MD (Fellow)
Related Notes: Original Note by Khosla, Ankaj, MD (Fellow) filed at 12/7/2017 7:22 AM
Cosigner: Kuo, William Tom, MD at 12/7/2017 5:29 PM

**Stanford Hospital and Clinics**
**Interventional Radiology**
**Discharge Note**

Attending Physician: Kuo, William Tom, MD
Procedure Date: 12/6/2017
Discharge Date: 12/7/2017

Joshua Jordan Williams is a 40 Y year old male who underwent ==complex filter retrieval for embedded IVC filter==

Problems or complications following procedure: None

Joshua Jordan Williams is doing well and without complaints. Voices readiness to be discharged.

**Physical Exam:**
General/Constitutional: Afebrile, VSS, fully awake and taking sips of clears without N/V
Abdomen: Benign
Extremities/Access site: Right neck C/D/I, no hematoma. LE pulses full and equal, feet warm and pink bilaterally.

**Assessment and Plan:**
1. Discharge to home with current medications
2. Follow up: phone call in 4 weeks

Condition of Patient at Discharge: stable

**Discharge Medications**
**Current Discharge Medication List**

**CONTINUE these medications which have NOT CHANGED**

| | Details |
|---|---|
| **DIPHENHYDRAMINE HCL (BENADRYL PO)** | take 50 mg by mouth 3 times a day |