

**Official Copy**
Stanford HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034, DOB: ▮▮▮▮   Sex: M
Adm: 12/6/2017

**Attachment B.2**

## Discharge Summaries - ENCOUNTER NOTES (continued)

### Discharge Summaries by Khosla, Ankaj, MD at 12/7/2017  7:21 AM (continued)

   Electronically Signed by Khosla, Ankaj, MD at 12/7/2017  7:22 AM
   Electronically Signed by Khosla, Ankaj, MD at 12/7/2017  7:25 AM
   Electronically Signed by Kuo, William Tom, MD at 12/7/2017  5:29 PM

## H&P - ENCOUNTER NOTES

### H&P by Daugherty, Ryan Wright, NP at 12/6/2017 11:27 AM

| | | |
|---|---|---|
| Author:  Daugherty, Ryan Wright, NP | Service:  Interventional Radiology | Author Type:  Nurse Practitioner |
| Filed:  12/6/2017 11:32 AM | Date of Service:  12/6/2017 11:27 AM | Status:  Signed |
| Editor:  Daugherty, Ryan Wright, NP (Nurse Practitioner) | | |

**Stanford Hospital and Clinics**
**Interventional Radiology**
**History and Physical**

Date: 12/6/2017
Procedure Date: 12/6/2017
Attending for Procedure: Kuo, William Tom, MD
Requested IR Procedure: Inferior vena cava filter removal

**ID & HPI:** Joshua Jordan Williams is a 40 Y old who presents with an embedded Celect IVC filter complicated by severe multifocal penetration associated with chronic pain. From our assessment, he is a good candidate to undergo complex filter retrieval here at Stanford. In fact, filter retrieval is desired in this young patient to prevent further risks associated with longterm implantation and to reduce thrombotic risks associated with a permanent filter. Per our retrieval protocol, we will administer intraprocedural IV heparin to mitigate the risk of periprocedure clot formation, and we will give IV antibiotics to mitigate infection given his finding of small bowel penetration. All of the risks, benefits and alternatives to the procedure were discussed in detail and informed consent was obtained. In addition, consent for the Stanford Filter Registry was also obtained. All questions were fully answered and informed consent obtained.

Patient presented to pre op with a hurt left big toes from BART train door closing on his foot.  Assessment with mild pain.  No brusing, bleeding, swelling, or issues with gate.  Ice applied.  Will reassess.

Patient states he takes ativan every four hours for years and did not take it today.


Primary Language: English    Interpretor Used: No
No past medical history on file.
No past surgical history on file.
**Social History**
Substance Use Topics



Official Copy
STANFORD HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034, DOB: ▮▮▮▮, Sex: M
Adm: 12/6/2017

# H&P - ENCOUNTER NOTES (continued)

## H&P by Daugherty, Ryan Wright, NP at 12/6/2017 11:27 AM (continued)

- Smoking status:         Current Every Day Smoker
- Smokeless tobacco:      Current User
- Alcohol use             Not on file

**Radiation Safety:**
Is the patient female between the ages of 12 and 60? No
If yes, is a pregnancy test needed?
Pregnancy test results: none

Allergies: Chlorpromazine; Ketorolac; Pineapple; Prochlorperazine edisylate; Quetiapine; Ziprasidone hcl; Carisoprodol; Cephalexin; Haloperidol lactate; Morphine; Olanzapine; and Latex
Allergic to IV Contrast: no

Current Facility-Administered Medications:
- LORazepam (ATIVAN) tablet 2 mg, 2 mg, Oral, Q6H PRN, Daugherty, Ryan Wright, NP
- NS infusion, , Intravenous, Continuous, Daugherty, Ryan Wright, NP

**Exam**
Vital Signs: There were no vitals taken for this visit.
No LMP for male patient.
General Appearance: No acute distress
ENT: PERRLA, EOMI, sclera anicteric; Oropharynx clear; Neck supple, no JVD
Lungs: Clear to auscultation, normal symmetry and expansion
Cardiac: Regular rate and rhythm, no murmurs, clicks or gallops
Abdomen: Soft, Nontender, Normal Bowel Sounds
Extremities: No edema, no clubbing, no cyanosis, pulses 2+ and equal bilaterally
Neuro: Alert and oriented x 3
Skin: Warm, dry, clear
**Lines/Drains/Airways necessary for patient care:** None

**Lab Results**

| Basename | Value | Date |
|---|---|---|
| WBC | 7.8 | 12/02/2017 |
| HGB | 15.6 | 12/02/2017 |
| HCT | 45.3 | 12/02/2017 |
| PLT | 245 | 12/02/2017 |
| CR | 0.85 | 12/02/2017 |

Imaging Studies: Imaging studies were reviewed by the attending physician.

**Assessment and Plan**
　　　　Joshua Jordan Williams is a 40 Year old male with above mention dx. The plan is to proceed with

Official Copy



| STANFORD HOSPITAL - IP | Williams, Joshua Jordan |
|---|---|
| 300 PASTEUR DRIVE | MRN: 38220034, DOB: ▉, Sex: M |
| MC:5500 | Adm: 12/6/2017 |
| Stanford CA 94305 | |

# H&P - ENCOUNTER NOTES (continued)

## H&P by Daugherty, Ryan Wright, NP at 12/6/2017 11:27 AM (continued)

   inferior vena cava filter removal.
- 
- After a detailed discussion of the procedure's risks, benefits, and alternatives, informed consent was obtained.

### Pre-Procedure Plan for Sedation
Physician Anesthesiologist is ordering sedation for the patient.
**Patient or family problems with anesthesia/sedation?** No
**Airway**: Class 2
**ASA Level**: 2, Mild to moderate systemic disturbance
**Plan**: Sedation and Local anesthesia

Ryan Wright Daugherty, NP 11:27 AM 12/6/2017

### Emergency Contact:
Extended Emergency Contact Information
Primary Emergency Contact: Linda Reyes



Other needs: None
Preferred language: English
Interpreter needed? No

### Outpatient Treatment Team
Primary Care Provider:Pcp, No    Phone:None

   Electronically Signed by Daugherty, Ryan Wright, NP at 12/6/2017 11:32 AM

# Consults - ENCOUNTER NOTES

## Consults by Cisco, Renee at 12/6/2017 1:20 PM

| Author: Cisco, Renee | Service: (none) | Author Type: Social Worker |
|---|---|---|
| Filed: 12/6/2017 6:18 PM | Date of Service: 12/6/2017 1:20 PM | Status: Signed |

Editor: Cisco, Renee (Social Worker)

### AMBULATORY CARE SOCIAL WORK PROGRESS NOTE



Official Copy
STANFORD HOSPITAL - IP    Williams, Joshua Jordan
300 PASTEUR DRIVE    MRN: 38220034, DOB: ▓▓▓▓ Sex: M
MC:5500    Adm: 12/6/2017
Stanford CA 94305

## Consults - ENCOUNTER NOTES (continued)

### Consults by Cisco, Renee at 12/6/2017  1:20 PM (continued)

Follow up visit made with Pt in ASC pre-op today.  Pt had attended Little Orchard shelter last night in San Jose, appreciative of the bed availability.  He also has confirmed his discharge transportation arrangement with his church pastor Gabriel 951-265-9837.

MSW contacted pastor Gabriel as Pt requested.  Confirmed they will pay for a Greyhound bus ticket back to Southern CA, once Pt's discharge time has been confirmed.  MSW will provide an update tomorrow as appropriate.

**PLAN:**
1. Update to RN of discharge transportation arrangements once Pt recovers from surgery and is medically cleared
2. MSW will remain available to partner in care coordination as needed

**Renee E. Cisco, M.S.W.**
Ambulatory Specialty Clinics, Advanced Clinician
Social Work & Case Management Department
Patient Care Services
300 Pasteur Drive, HC029 Stanford, CA 94305
**C: 650-485-9086 (staff only)** O: 650-723-5668  P: 17842  F: 650-498-6100



Electronically Signed by Cisco, Renee at 12/6/2017  6:18 PM

## Surgical Log Report

Date: 12/6/2017    Time: 1510    Status: Unposted
Location: STANFORD HOSPITAL MAIN OR    Room: *MOR 00    Service: Interventional Radiology
Patient class: To Be Admitted    Case classification: Urgent

## Panel Information

Panel 1

| Surgeon | Role | Service |
|---|---|---|
| Kuo, William Tom, MD | Primary | Interventional Radiology |

Procedure: OTHER OUT OF OR

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region |
|---|---|---|---|---|