

Official Copy
**Stanford HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034, DOB: ▮▮▮ Sex: M
Adm: 12/6/2017

**Attachment B.3**

# Operative Note - SURGICAL NOTES

## Operative Note by Martin, Lynne N, MD at 12/6/2017  5:36 PM

| | | |
|---|---|---|
| Author: Martin, Lynne N, MD | Service: General Surgery | Author Type: Resident |
| Filed: 12/6/2017  5:39 PM | Date of Service: 12/6/2017  5:36 PM | Status: Signed |
| Editor: Martin, Lynne N, MD (Resident) | | |

Interventional Radiology
Post Operative Note

Today's date: December 6, 2017
Time: 5:36 PM
Clinical History:
Briefly, Joshua Jordan Williams is a 40 Year old from Southern CA with complex psychosocial history and remote history of IVC filter placement in November 2011 in Southern California. In 2007, per patient, he sustained head trauma when "my wife tried to kill me". He was in a coma and required 2 craniotomies for treatment. Around this time, he may have developed "blood clots". He therefore underwent IVC filter placement although he states he never approved of the procedure. He does not recall ever taking any therapeutic anticoagulation. He states he has suffered from right-sided pain for nearly 10 years and that "no one will touch me" when they discover the filter. Per records, he has sought care through many visits to his local ER at Loma Linda.
From our assessment, he is a good candidate to undergo complex filter retrieval here at Stanford. In fact, filter retrieval is desired in this young patient to prevent further risks associated with longterm implantation and to reduce thrombotic risks associated with a permanent filter.

Per our retrieval protocol, we will administer intraprocedural IV heparin to mitigate the risk of periprocedure clot formation, and we will give IV antibiotics to mitigate infection given his finding of small bowel penetration. All of the risks, benefits and alternatives to the procedure were discussed in detail and informed consent was obtained. In addition, consent for the Stanford Filter Registry was also obtained. All questions were fully answered and informed consent obtained.

Pre-operative Diagnosis: IVC filter
Post-operative Diagnosis: IVC filter removal
Informed Consent was obtained.

.Procedure Performed: Complex IVC filter removal
.IR Attending: Kuo, W
.IR Trainee: Khosla, Martin
Brief description of procedure: 14 F sheath used to access right IJ. IVC filter grasped with rigid forceps and tip brought into sheath, tip snared and then extracted into sheath. Successful IVC filter removal

EBL: 5 cc

Specimens removed: IVC filter - sent to pathology

Complications: None
.
.



Official Copy
STANFORD HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034, DOB: ▓▓▓▓▓▓  Sex: M
Adm: 12/6/2017

## Operative Note - SURGICAL NOTES (continued)

### Operative Note by Martin, Lynne N, MD at 12/6/2017 5:36 PM (continued)

The above is a very brief procedure note. The full details of the procedure can be found in the dictated interventional radiology report to follow, which can be found in Centricity or the radiology section of Epic. If you have immediate questions, please page the Fellow of record.

Electronically Signed by Martin, Lynne N, MD at 12/6/2017 5:39 PM

### Equipment

| Equipment Type | Equipment | Start | End |
|---|---|---|---|
| MOR Headlight Sunoptics | | | |
| MOR Cart Cardiac Out of Department | | | |
| MOR Caddy Suture Cardiac | | | |

### Instruments

| Instrument Type | Instrument | Start | End |
|---|---|---|---|
| Cart Vas Convert to Open | | | |
| Castaneda Clamp Set | | | |
| Ret Weitlander dull 6.5 | | | |
| Vascular Basic Set | | | |
| Zoll MOR 2.0 Internal Defib Paddles | | | |
| Koven Doppler Probe | | | |

### Case Completion - Additional Information

Pre-op diagnosis
  IVC FILTER
Post-op diagnosis
  None

### Surgical Log Report

Date: 12/6/2017
Location: STANFORD HOSPITAL CATH AMC
Patient class: OP Surgery Overnight Recovery

Time: 1535
Room: CATH AMC 01
Case classification: Elective

Status: Complete
Service: Interventional Radiology

### Panel Information

Panel 1

| Provider | Role | Service |
|---|---|---|



Official Copy
Stanford
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP  Williams, Joshua Jordan
300 PASTEUR DRIVE  MRN: 38220034, DOB:  Sex: M
MC:5500  Adm: 12/6/2017
Stanford CA 94305

## Panel Information (continued)

| | | |
|---|---|---|
| Kuo, William Tom, MD | Primary | Interventional Radiology |
| Khosla, Ankaj, MD | Fellow | Interventional Radiology |

Procedure: Complex Filter Retrieval, Possible IVC Plasty

| Laterality | Wound Class | Incision Closure | Anesthesia | Op Region |
|---|---|---|---|---|
| N/A | | | General anesthesia | |

Complex Filter Retrieval, Possible IVC Plasty- Right IJV-
possible anesthesia
HX TBI
zosyn
14 cook,
ridges
ensnare

**Complex Filter Retrieval, Possible IVC Plasty (N/A) - Position 1**

| | | |
|---|---|---|
| Body: | Left Arm: | Right Arm: |
| Head: | Left Leg: | Right Leg: |

## Case Tracking Events

| Event | Time In |
|---|---|
| **Patient Arrival to Registration** | 0934 |
| **Patient Registration Complete** | 1104 |
| **CAPR/AMC Pre-op started** | 1121 |
| **Pre-Op Nurse Prep Complete** | 1314 |
| **Go Sticker Done** | 1314 |
| **Room Set Up Started** | 1532 |
| **Room Ready** | 1547 |
| **Patient Room In** | 1611 |
| **Anesthesia Start** | 1602 |
| **Anesthesia Hand off to Surgeon** | 1634 |
| **Anesthesia Stop** | 1810 |
| **Procedure Start** | 1643 |
| **Closure Start** | 1720 |
| **Procedure End** | 1730 |
| **Patient Room Out** | 1748 |
| **Admit CAPR Post Anesthesia Level 3** | 1752 |
| **Discharge CAPR Post Anesthesia Level 3** | 1826 |



Official Copy
**Stanford HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034, DOB: ▮▮▮▮▮, Sex: M
Adm: 12/6/2017

## Case Tracking Events (continued)

| Event | Time In |
|---|---|
| **Admit CAPR Post Anesthesia Level 2** | 1827 |
| **Admit CAPR/AMC Recovery** | 1752 |
| **Discharge CAPR/AMC Recovery** | 1911 |
| **Cath Lab Discharged** | 1911 |



Official Copy

**Stanford HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034, DOB: ▇▇▇▇▇▇ Sex: M
Adm: 12/6/2017

# Operative Note - SURGICAL NOTES

## Operative Note by Martin, Lynne N, MD at 12/6/2017  5:36 PM

| | | |
|---|---|---|
| Author: Martin, Lynne N, MD | Service: General Surgery | Author Type: Resident |
| Filed: 12/6/2017  5:39 PM | Date of Service: 12/6/2017  5:36 PM | Status: Signed |
| Editor: Martin, Lynne N, MD (Resident) | | |

### Interventional Radiology
### Post Operative Note

Today's date: December 6, 2017
Time: 5:36 PM
Clinical History:
Briefly, Joshua Jordan Williams is a 40 Year old from Southern CA with complex psychosocial history and remote history of IVC filter placement in November 2011 in Southern California. In 2007, per patient, he sustained head trauma when "my wife tried to kill me". He was in a coma and required 2 craniotomies for treatment. Around this time, he may have developed "blood clots". He therefore underwent IVC filter placement although he states he never approved of the procedure. He does not recall ever taking any therapeutic anticoagulation. He states he has suffered from right-sided pain for nearly 10 years and that "no one will touch me" when they discover the filter. Per records, he has sought care through many visits to his local ER at Loma Linda.
From our assessment, he is a good candidate to undergo complex filter retrieval here at Stanford. In fact, filter retrieval is desired in this young patient to prevent further risks associated with longterm implantation and to reduce thrombotic risks associated with a permanent filter.
Per our retrieval protocol, we will administer intraprocedural IV heparin to mitigate the risk of periprocedure clot formation, and we will give IV antibiotics to mitigate infection given his finding of small bowel penetration. All of the risks, benefits and alternatives to the procedure were discussed in detail and informed consent was obtained.  In addition, consent for the Stanford Filter Registry was also obtained. All questions were fully answered and informed consent obtained.

Pre-operative Diagnosis: IVC filter
Post-operative Diagnosis: IVC filter removal
Informed Consent was obtained.

.Procedure Performed: Complex IVC filter removal
.IR Attending: Kuo, W
.IR Trainee: Khosla, Martin
Brief description of procedure: 14 F sheath used to access right IJ. IVC filter grasped with rigid forceps and tip brought into sheath, tip snared and then extracted into sheath. Successful IVC filter removal

EBL: 5 cc

Specimens removed: IVC filter - sent to pathology

Complications: None
.
.



Official Copy

STANFORD HOSPITAL - IP  Williams, Joshua Jordan
300 PASTEUR DRIVE  MRN: 38220034, DOB: , Sex: M
MC:5500  Adm: 12/6/2017
Stanford CA 94305

## Operative Note - SURGICAL NOTES (continued)

### Operative Note by Martin, Lynne N, MD at 12/6/2017 5:36 PM (continued)

The above is a very brief procedure note. The full details of the procedure can be found in the dictated interventional radiology report to follow, which can be found in Centricity or the radiology section of Epic. If you have immediate questions, please page the Fellow of record.

Electronically Signed by Martin, Lynne N, MD at 12/6/2017 5:39 PM

### Equipment

| Equipment Type | Equipment | Start | End |
|---|---|---|---|
| Cath Angio Room | **SHC CATH AMC 01** | | |
| Cath Angio Room | **SHC CATH ANGIO US MODALITIES** | | |

### Case Completion - Additional Information

Pre-op diagnosis
  DVT I82.409
Post-op diagnosis
  None

### Log Completed By

| | | |
|---|---|---|
| **Wheaton, Laura, RN** | 12/6/2017 | 1750 |

### Log Verified By

| | | |
|---|---|---|
| **Wheaton, Laura, RN** | 12/6/2017 | 1643 |
| **Red Elk, Daniel, RN** | 12/6/2017 | 1750 |
| **Quinn, Leann, RN** | 12/6/2017 | 1831 |

### Delays

| Delay Type | Delay Reason | Length |
|---|---|---|
| Pre-op Delays | **Complex patient management others** | |

  urine toxic screen ordered, pt with psych issues and also needed social work

### Anesthesia Event Report - Williams, Joshua Jordan
**[38220034]   Male   40 Y**                                          Current as of 02/11/18 1243

Height: 1.854 m (6' 1") (12/05/17)
Weight: 100.7 kg (222 lb 0.1 oz) (12/05/17)
BMI: 29.4 (12/05/17)
NPO Status: Not recorded
Allergies: CHLORPROMAZINE, KETOROLAC, PINEAPPLE, PROCHLORPERAZINE EDISYLATE, QUETIAPINE, ZIPRASIDONE HCL, CARISOPRODOL, CEPHALEXIN, HALOPERIDOL LACTATE, MORPHINE, OLANZAPINE, LATEX



Official Copy
**Stanford HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL - IP  Williams, Joshua Jordan
300 PASTEUR DRIVE  MRN: 38220034, DOB: ███, Sex: M
MC:5500  Adm: 12/6/2017
Stanford CA 94305

# Procedure Summary

Date: 12/06/17                                    Room / Location: SHC CATH AMC 01 / STANFORD HOSPITAL CATH AMC
Anesthesia Start: 1602                            Anesthesia Stop: 1810
Procedure: Complex Filter Retrieval, Possible IVC Plasty (N/A )   Diagnosis: (DVT I82.409)
Provider: Kuo, William Tom, MD                    Responsible Provider: McGoldrick, Rebecca Renee, MD
Anesthesia Type: general                          ASA Status: 2

## Events

| Date | Time | Event |
|---|---|---|
| 12/6/2017 | 1602 | Anesthesia Start |
|  |  | Machine, supplies checked/ready. |
|  |  | Emergency airway, suction and pharmaceuticals ready. |
|  | 1614 | Start Data Collection |
|  |  | Patient re-evaluated immediately prior to induction |
|  | 1620 | Anesthesia Timeout |
|  |  | Anesthesia Timeout report reviewed. |
|  | 1627 | Intubation |
|  | 1634 | Handoff to Surgeon |
|  |  | Handoff to surgical team |
|  | 1643 | Procedure Start |
|  | 1742 | Extubation |
|  |  | Airway suctioned atraumatically. |
|  |  | Patient following command. |
|  |  | Adequate tidal volumes. |
|  |  | Normal respiratory rate. |
|  |  | Sustained Tetany. |
|  |  | Hemodynamically Stable. |
|  |  | Atraumatic Extubation. |
|  |  | Transported with Oxygen. |
|  | 1751 | Stop Data Collection |
|  | 1757 | Handoff to Postop |
|  | 1810 | Anesthesia Stop |

Go to the Preprocedure Summary Report for this case.

Joshua Jordan Williams Printed by [S0175052] at 2/11/18 12:43 PM                                   Page 100



Official Copy
**STANFORD HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL - IP  Williams, Joshua Jordan
300 PASTEUR DRIVE  MRN: 38220034, DOB: ▮▮▮▮, Sex: M
MC:5500  Adm: 12/6/2017
Stanford CA 94305

# Anesthesia Preprocedure Evaluation - ANESTHESIA NOTES

## Anesthesia Preprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017 4:58 PM

Author: McGoldrick, Rebecca Renee, MD    Service: (none)    Author Type: Anesthesiologist
Filed: 12/6/2017 4:59 PM    Date of Service: 12/6/2017 4:58 PM    Status: Signed
Editor: McGoldrick, Rebecca Renee, MD (Anesthesiologist)

### Anesthesia Preoperative Evaluation

**Name:** Joshua Jordan Williams  **Age:** 40 Y  **DOB:** 6/7/1977
**Procedure:** Complex Filter Retrieval, Possible IVC Plasty (N/A )

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| DVT (deep venous thrombosis) (CMS-HCC) | |
| PTSD (post-traumatic stress disorder) | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| GASTROSTOMY TUBE | | |
| TRACHEOSTOMY | | |

There are no active problems to display for this patient.

Prescriptions Prior to Admission:

| Medication | Instructions | Disp | Rfl |
|---|---|---|---|
| DIPHENHYDRAMINE HCL (BENADRYL PO) | take 50 mg by mouth 3 times a day | Disp: | Rfl: |
| divalproex (DEPAKOTE) 500 mg delayed release tablet | take 500 mg by mouth | Disp: | Rfl: |
| docusate (COLACE) 100 mg capsule | take 100 mg by mouth | Disp: | Rfl: |
| famotidine (PEPCID) 40 mg tablet | take 40 mg by mouth | Disp: | Rfl: |
| HYDROmorphone (DILAUDID) 2 mg tablet | take 2 mg by mouth every 4 hours | Disp: | Rfl: 0 |
| LORazepam (ATIVAN) 2 mg tablet | take 2 mg by mouth 2 times a day | Disp: | Rfl: 0 |
| meclizine (ANTIVERT) 25 mg tablet | take 25 mg by mouth | Disp: | Rfl: |
| ondansetron (ZOFRAN) 4 mg tablet | TK 1 T PO Q 8 H PRN N . GENERIC FOR ZOFRAN. | Disp: | Rfl: 0 |



Official Copy
STANFORD HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP  
300 PASTEUR DRIVE  
MC:5500  
Stanford CA 94305

Williams, Joshua Jordan  
MRN: 38220034, DOB: ███  Sex: M  
Adm: 12/6/2017

# Anesthesia Preprocedure Evaluation - ANESTHESIA NOTES (continued)

## Anesthesia Preprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017 4:58 PM (continued)

### Current Facility-Administered Medications

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| lidocaine (XYLOCAINE) 1% injection | | | Cath angio MULTIPLE PRN | Kuo, William Tom, MD | | 4 mL at 12/06/17 1646 |
| LORazepam (ATIVAN) tablet 2 mg | 2 mg | Oral | Q6H PRN | Daugherty, Ryan Wright, NP | | 2 mg at 12/06/17 1213 |
| NS infusion | | Intravenous | Continuous | Daugherty, Ryan Wright, NP | | |

### Facility-Administered Medications Ordered in Other Encounters

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| fentaNYL 50 mcg/mL injection | | | PRN | McGoldrick, Rebecca Renee, MD | | 50 mcg at 12/06/17 1621 |
| lidocaine (PF) (XYLOCAINE) 2% injection | | Intravenous | PRN | McGoldrick, Rebecca Renee, MD | | 80 mg at 12/06/17 1621 |
| midazolam (VERSED) injection | | Intravenous | PRN | McGoldrick, Rebecca Renee, MD | | 2 mg at 12/06/17 1607 |
| piperacillin-tazobactam (ZOSYN) injection | | | PRN | McGoldrick, Rebecca Renee, MD | | 3.375 g at 12/06/17 1633 |
| propofol IV injection | | | PRN | McGoldrick, Rebecca Renee, MD | | 200 mg at 12/06/17 1621 |
| rocuronium (ZEMURON) IV injection | | Intravenous | PRN | McGoldrick, Rebecca Renee, MD | | 50 mg at 12/06/17 1624 |

### Allergies

| Allergen | Reactions |
|---|---|
| Chlorpromazine | Anaphylaxis |
| Ketorolac | Shortness of Breath |
| Pineapple | Anaphylaxis and Rash |
| Prochlorperazine Edisylate | Shortness of Breath |
| Quetiapine | Anaphylaxis |
| Ziprasidone Hcl | Anaphylaxis |
| Carisoprodol | Unknown |
| Cephalexin | Unknown |



Official Copy
Stanford HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP  Williams, Joshua Jordan
300 PASTEUR DRIVE        MRN: 38220034, DOB: ███████, Sex: M
MC:5500                  Adm: 12/6/2017
Stanford CA 94305

## Anesthesia Preprocedure Evaluation - ANESTHESIA NOTES (continued)

### Anesthesia Preprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017  4:58 PM (continued)

- Haloperidol Lactate                Unknown
- Morphine                           Itching, pruritis
    *Home meds MS contin and Norco tabs*
- Olanzapine                         Unknown
- Latex                              Rash and Swelling

**Social History**
Substance Use Topics
- Smoking status:                    Current Every Day Smoker
    - Packs/day:                     1.00
    - Years:                         20.00
- Smokeless tobacco:                 Current User
- Alcohol use                        7.2 oz/week
    12 Cans of beer per week

Joshua Jordan Williams reports that he has been smoking. He has a 20.00 pack-year smoking history. He uses smokeless tobacco. He reports that he drinks about 7.2 oz of alcohol per week. He reports that he does not use drugs.

### Visit Vitals
| | |
|---|---|
| BP | (!) 129/94 |
| Pulse | 76 |
| Temp | 36.6 °C (97.9 °F) (Temporal) |
| Resp | 18 |
| SpO2 | 97% |

### Medical History

Anesthesia: No significant anesthesia-related problems or events.
Pulmonary: Positive for: **tobacco use. Hx trach in the past after TBI**
Cardiovascular: No significant cardiovascular conditions or symptoms/neg cardio ROS.
Neuro/Psych: Positive for: **head trauma (Hx TBI with szs. Does not remmeber last seizure)** and **substance abuse**.

Other conditions: Positive for: **prior DVT/PE**.

### Physical Exam

Airway: Mallampati score **is III**. The thyromental distance is **>3 FB**. Airway exam shows **beard**. Airway exam shows no thick neck and normal submandibular compliance.
Dental: Normal no notable dental history appearance.
Pulmonary: Normal pulmonary exam normal/breath sounds are present.
Cardiovascular: Cardiovascular exam normal exam normal, RRR, no abnormal heart sounds.



Official Copy
**Stanford HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL - IP  Williams, Joshua Jordan
300 PASTEUR DRIVE         MRN: 38220034, DOB: ███  Sex: M
MC:5500                    Adm: 12/6/2017
Stanford CA 94305

## Anesthesia Preprocedure Evaluation - ANESTHESIA NOTES (continued)

### Anesthesia Preprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017 4:58 PM (continued)

**Anesthesia Plan**

Anesthesia Preop Clinic/Resident Note:
Anesthesia risks / alternatives discussed pre-op.

**Attending Anesthesiologist Note:**
The ASA status is 2.
The primary planned anesthetic technique is: general. Informed consent was obtained from patient.
I performed the pre-anesthetic exam and evaluation and prescribed the anesthesia plan. I reviewed the available note and agree with the documentation..

Rebecca Renee McGoldrick, MD


Rebecca Renee McGoldrick, MD

Electronically Signed by McGoldrick, Rebecca Renee, MD at 12/6/2017 4:59 PM

## Anesthesia Postprocedure Evaluation - ANESTHESIA NOTES

### Anesthesia Postprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017 5:57 PM

| | | |
|---|---|---|
| Author: McGoldrick, Rebecca Renee, MD | Service: (none) | Author Type: Anesthesiologist |
| Filed: 12/6/2017 5:57 PM | Date of Service: 12/6/2017 5:57 PM | Status: Signed |
| Editor: McGoldrick, Rebecca Renee, MD (Anesthesiologist) | | |

**Stanford Hospital and Clinics**
**Anesthesia Postoperative Evaluation Note**

Joshua Jordan Williams was evaluated by Rebecca Renee McGoldrick, MD in the PACU at 5:57 PM.

Evaluation:

The primary anesthetic technique was: No value filed.

Current VS:
**Visit Vitals**
BP              (!) 129/94
Pulse           76

Official Copy



STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034, DOB ███████ Sex: M
Adm: 12/6/2017

# Anesthesia Postprocedure Evaluation - ANESTHESIA NOTES (continued)

## Anesthesia Postprocedure Evaluation by McGoldrick, Rebecca Renee, MD at 12/6/2017 5:57 PM (continued)

| | |
|---|---|
| Temp | 36.3 °C (97.3 °F) (Temporal) |
| Resp | 18 |
| SpO2 | 97% |

Airway and Ventilation: airway is patent without significant obstruction.

Cardiovascular: Heart rate and blood pressure are appropriate.

Neurologic: He appropriately responds to questions and is cooperative.

Pain:
Pain Orientation 1st Site: Right, Upper
Pain Location 1st Site: Abdomen
Pain Level 1st Site: (P) 0
Pain Description 1st Site: Aching

His pain is adequately controlled.

   (Post Anesthesia Score)

Post-Anesthesia Recovery: He is adequately hydrated.  Postoperative nausea and vomiting are absent. There were no apparent postoperative anesthesia complications.

Rebecca Renee McGoldrick, MD, 5:57 PM, 12/6/2017

   Electronically Signed by McGoldrick, Rebecca Renee, MD at 12/6/2017 5:57 PM

# Anesthesia Procedure Notes - ANESTHESIA NOTES

## Anesthesia Procedure Notes by McGoldrick, Rebecca Renee, MD at 12/6/2017 4:51 PM

| | | |
|---|---|---|
| Author: McGoldrick, Rebecca Renee, MD | Service: (none) | Author Type: Anesthesiologist |
| Filed: 12/6/2017 4:51 PM | Date of Service: 12/6/2017 4:51 PM | Status: Signed |

Editor: McGoldrick, Rebecca Renee, MD (Anesthesiologist)
   Procedure Orders:
   1. Simple Airway [544107017] ordered by McGoldrick, Rebecca Renee, MD at 12/06/17 1651

**Simple Airway Note**

Date/Time: 12/6/2017 4:27 PM



Official Copy
Stanford HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034, DOB: ██████  Sex: M
Adm: 12/6/2017

## Anesthesia Procedure Notes - ANESTHESIA NOTES (continued)

### Anesthesia Procedure Notes by McGoldrick, Rebecca Renee, MD at 12/6/2017  4:51 PM (continued)

Pre-induction: ASA monitors placed and patient preoxygenated.
Induction technique: intravenoususing a **Mac blade size 4**.
**Number of atraumatic attempts to intubate: 1**
Tube was size 7 oral cuffed ETT.
Laryngosocopic **grade view was 1**.
Tube was secured with tape at 21 cm at the teeth/gum.
Placement confirmed by chest auscultation, capnography and symmetric chest rise.
Airway management was uneventful.

Electronically Signed by McGoldrick, Rebecca Renee, MD at 12/6/2017  4:51 PM

## Attestation Information

| Staff Name | Date | Time | Type |
|---|---|---|---|
| **Wheaton, Laura, RN** | 12/06/17 | 1643 | Time Out |
| **McGoldrick, Rebecca Renee, MD** | 12/06/17 | 1649 | Solo Attestation |
| **Red Elk, Daniel, RN** | 12/06/17 | 1750 | Verify |
| **Quinn, Leann, RN** | 12/06/17 | 1831 | Phase I |

Official Copy
**Stanford HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL - IP      Williams, Joshua Jordan
300 PASTEUR DRIVE            MRN: 38220034, DOB [redacted]   Sex: M
MC:5500                       Adm: 12/6/2017
Stanford CA 94305

| Time | 1600 | 1615 | 1630 | 1645 | 1700 | 1715 | 1730 |
|---|---|---|---|---|---|---|---|
| Scale 1 ⊗ Tesoph | | | | | | | |
| Air (L/min) | | [0] | [1.2] | [1.2] | [1.2] | [0] | |
| N2O (L/min) | | [0] | [0] | [0] | [0] | [7.1] | |
| O2 (L/min) | | [7.9] | [1.2] | [1.2] | [1.2] | [6] | |
| Sevoflurane (%) | | | [1.8] | [1.9] | [2] | [0.3] | |
| inN2O (%) | | [0] | [0] | [0] | [0] | [52] | |
| midazolam (mg) | 2 | | | | | | |
| propo... (mcg/kg/min) | | | | | | 50 | |
| propofol (mg) | | 200 | | | | | |
| fentaNYL (mcg) | 100 | [150] | | | | | |
| rocuronium (mg) | | 50 | | | | | |
| ondansetron (mg) | | | | | | 4 | |
| heparin IV (Units) | | | | | 5000 | | |
| lidocaine 2% ... (mg) | | 80 | | | | | |
| pip-tazo (Zosy... (g) | | | 3.375 | | | | |
| sugammadex (B... (mg) | | | | | | 100 | |
| NS infusion (mL) | / | | | | | | |
| Pplat (cmH2O) | | [13] | [17] | [16] | [16] | [17] | |
| MnAwP (cmH2O) | | [5] | [8] | [8] | [8] | [9] | |
| COMP (L/cmH2O) | | [13.7] | [46.7] | [44.9] | [54.4] | [59.7] | |
| inMAC | | [0] | [1.1] | [1.1] | [1.2] | [0.5] | |
| VO2 | | [10] | [380] | [490] | [510] | [120] | |
| PIP (cm H2O) | | [17] | [17] | [17] | [16] | [18] | |
| MV (L/min) | | [3.6] | [6.2] | [6.3] | [6.6] | [7.6] | |
| EKG | | NSR | | | | | |
| TOF | | | | | | 4 | |
| FiO2 (%) | | [97] | [56] | [55] | [54] | [47] | |
| ETCO2 (mmHg) | | [28] | [39] | [43] | [43] | [42] | |
| etMAC | | [0] | [0.8] | [0.9] | [0.9] | [0.6] | |
| TV (mL) | | [216] | [519] | [516] | [666] | [731] | |
| PEEP (cm ... (cm H2O) | | [5] | [5] | [5] | [5] | [5] | |
| Vent Mode | | [SIMV] | [SIMV] | [SIMV] | [SIMV] | [PSV] | |



Official Copy

STANFORD HOSPITAL - IP  Williams, Joshua Jordan
300 PASTEUR DRIVE  MRN: 38220034, DOB, Sex: M
MC:5500  Adm: 12/6/2017
Stanford CA 94305





Official Copy
Stanford HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP  Williams, Joshua Jordan
300 PASTEUR DRIVE      MRN: 38220034, DOB: ███  Sex: M
MC:5500                Adm: 12/6/2017
Stanford CA 94305

| | 1730 | 1745 | 1800 | 1815 | 1830 | 1845 | 1900 |
|---|---|---|---|---|---|---|---|
| Air (L/min) | [0] | [0] | | | | | |
| N2O (L/min) | [0] | [0] | | | | | |
| O2 (L/min) | [10] | [0] | | | | | |
| Sevoflurane (%) | [0] | | | | | | |
| inN2O (%) | [0] | | | | | | |
| midazolam (mg) | | | | | | | 2 mg |
| propo... (mcg/kg/min) | 0 | | | | | | 25.18 mg |
| propofol (mg) | | | | | | | 200 mg |
| fentaNYL (mcg) | | | | | | | 250 mcg |
| rocuronium (mg) | | | | | | | 50 mg |
| ondansetron (mg) | | | | | | | 4 mg |
| heparin IV (Units) | | | | | | | 5000 Units |
| lidocaine 2% ... (mg) | | | | | | | 80 mg |
| pip-tazo (Zosy...) (g) | | | | | | | 3.375 g |
| sugammadex (B...) (mg) | | | | | | | 100 mg |
| NS infusion (mL) | | 1000 | | | | | 1000 mL |
| Pplat (cmH2O) | [16] | | | | | | |
| MnAwP (cmH2O) | [0] | | | | | | |
| COMP (L/cmH2O) | [15] | | | | | | |
| inMAC | [0] | | | | | | |
| VO2 | [390] | | | | | | |
| PIP (cm H2O) | [4] | | | | | | |
| MV (L/min) | [7.4] | | | | | | |
| EKG | | | | | | | |
| TOF | | | | | | | |
| FiO2 (%) | [22] | | | | | | |
| ETCO2 (mmHg) | [1] | | | | | | |
| etMAC | [0] | | | | | | |
| TV (mL) | [125] | | | | | | |
| PEEP (cm ... (cm H2O) | [6] | | | | | | |
| Vent Mode | [PSV] | | | | | | |

## All Orders and Results
### IR CV IR BODY PROCEDURE [541971073]



Official Copy
**Stanford HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL - IP  Williams, Joshua Jordan
300 PASTEUR DRIVE  MRN: 38220034, DOB: ▓▓▓▓  Sex: M
MC:5500  Adm: 12/6/2017
Stanford CA 94305

## All Orders and Results (continued)

### IR CV IR BODY PROCEDURE [541971073] (continued)

Electronically signed by: **Lucio, Diane, MA on 11/15/17 1549**     Status: **Completed**
Ordering user: Lucio, Diane, MA 11/15/17 1549   Ordering provider: Kuo, William Tom, MD
Authorized by: Kuo, William Tom, MD
Frequency: Once 11/15/17 1600 - 1 Occurrences

### IR CV IR BODY PROCEDURE [541971075]

Electronically signed by: **Lucio, Diane, MA on 11/15/17 1549**     Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lucio, Diane, MA 11/15/17 1549   Ordering provider: Kuo, William Tom, MD
Authorized by: Kuo, William Tom, MD
   IR CV IR BODY PROCEDURE                                    Result status: **Final result**
   Performed: 12/06/17 1643 - 12/06/17 1730     Accession number: 11350663
   Narrative:
   PROCEDURE:
   Impression:
   Inferior vena cava (IVC) filter retrieval

   Procedural Personnel
   Primary: Kuo, William Tom, MD
   Fellow: Khosla, Ankaj, MD

   Pre-procedure diagnosis: Embedded and Penetrating Filter
   Post-procedure diagnosis: Embedded and Penetrating Filter
   Indication(s): The requirement for prophylaxis to prevent pulmonary
   embolus has been rescinded. The patient no longer needs either
   anticoagulation or a filter because the condition requiring filtration has
   resolved or sufficient time has passed.
   Additional clinical history: 40 yr old male with embedded ivc filter
   complicated by severe penetration resulting in significant pain.

   Complications: None

   IMPRESSION:

   Successful complex retrieval of an embedded and penetrating Celect IVC
   filter.

   One old filter leg fragment remains in stable extraluminal position.

   Plan:

   IV Zosyn today. Admit for routine overnight observation.

Printed on 2/11/18 12:43 PM                                              Page 110