

Official Copy — Stanford HEALTH CARE, STANFORD MEDICINE

**Attachment B.4**

| | | |
|---|---|---|
| STANFORD HOSPITAL - IP | Williams, Joshua Jordan | |
| 300 PASTEUR DRIVE | MRN: 38220034, DOB: ▮▮▮▮, Sex: M | |
| MC:5500 | Adm: 12/6/2017 | |
| Stanford CA 94305 | | |

## All Orders and Results (continued)

### IR CV IR BODY PROCEDURE [541971073] (continued)

Electronically signed by: **Lucio, Diane, MA on 11/15/17 1549**   Status: **Completed**
Ordering user: Lucio, Diane, MA 11/15/17 1549   Ordering provider: Kuo, William Tom, MD
Authorized by: Kuo, William Tom, MD
Frequency: Once 11/15/17 1600 - 1 Occurrences

### IR CV IR BODY PROCEDURE [541971075]

Electronically signed by: **Lucio, Diane, MA on 11/15/17 1549**   Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Lucio, Diane, MA 11/15/17 1549   Ordering provider: Kuo, William Tom, MD
Authorized by: Kuo, William Tom, MD

IR CV IR BODY PROCEDURE                                    Result status: Final result
Performed: 12/06/17 1643 - 12/06/17 1730    Accession number: 11350663
Narrative:
PROCEDURE:
Impression:
Inferior vena cava (IVC) filter retrieval

Procedural Personnel
Primary: Kuo, William Tom, MD
Fellow: Khosla, Ankaj, MD

Pre-procedure diagnosis: Embedded and Penetrating Filter
Post-procedure diagnosis: Embedded and Penetrating Filter
Indication(s): The requirement for prophylaxis to prevent pulmonary embolus has been rescinded. The patient no longer needs either anticoagulation or a filter because the condition requiring filtration has resolved or sufficient time has passed.
Additional clinical history: 40 yr old male with embedded ivc filter complicated by severe penetration resulting in significant pain.

Complications: None

IMPRESSION:

Successful complex retrieval of an embedded and penetrating Celect IVC filter.

One old filter leg fragment remains in stable extraluminal position.

Plan:

IV Zosyn today. Admit for routine overnight observation.



Official Copy
**Stanford HEALTH CARE**
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034, DOB: ▓▓▓▓, Sex: M
Adm: 12/6/2017

## All Orders and Results (continued)

### IR CV IR BODY PROCEDURE [541971075] (continued)

After discharge, Follow-up phone call in 1 week. Continue routine follow-up with local PCP.

PROCEDURE SUMMARY:
- Venous access with ultrasound guidance
- IVC venography
- IVC filter retrieval with fluoroscopic guidance

PROCEDURE DETAILS:

PRE-PROCEDURE
Relevant imaging review: CT showing embedded filter.
Informed consent for the procedure was obtained and time-out was performed prior to the procedure.
Prophylactic antibiotic administered: IV Zosyn Within 1 hour of procedure start time
Preparation (MIPS): The site was prepared and draped using all elements of maximal sterile barrier technique including sterile gloves, sterile gown, cap, mask, large sterile sheet, sterile ultrasound probe cover, hand hygiene and cutaneous antisepsis with 2% chlorhexidine.

Anesthesia/Sedation:
Level of anesthesia/sedation: General anesthesia
Anesthesia/sedation administered by: Anesthesiology

I, Will Kuo MD, attest that I personally was present for continuous 1:1 monitoring throughout the entire procedure and while sedation was being administered. The above times reflect physician/patient face-to-face time.

ACCESS GAINED
Local anesthesia was administered. The vessel was sonographically evaluated and judged appropriate for access. Real time ultrasound was used to visualize needle entry into the vessel and a permanent image was stored.
*Access vein ultrasound findings: Patent
Access vein side: Right
Vein accessed: Internal jugular vein



Official Copy
Stanford
HEALTH CARE
STANFORD MEDICINE

STANFORD HOSPITAL - IP
300 PASTEUR DRIVE
MC:5500
Stanford CA 94305

Williams, Joshua Jordan
MRN: 38220034, DOB:  Sex: M
Adm: 12/6/2017

## All Orders and Results (continued)

### IR CV IR BODY PROCEDURE [541971075] (continued)

Access sheath size (French): 14.
Access sheath type: Straight
Sheath type modifier: Flexor
Access sheath length (cm): 45
Access Wire: Amplatz
Access technique: 5F micropuncture set

IVC VENOGRAPHY
Vein catheterized: IVC
Indication for venography: Document position of filter within the IVC and evaluate for intra-filter thrombus
IVC patency: Patent
Indwelling filter: Cook Celect
Filter position: Infrarenal IVC
Filter integrity: One Fractured leg
Intra-filter thrombus: Not present
Leg penetration: Present
Hook position: Embedded in the wall
Contrast used: Isovue
Hand injection: Yes
Additional findings: One of the posterior legs is fractured outside the caval lumen and eroded in the adjacent vertebral body with associated osteophyte.

COMPLEX FILTER RETRIEVAL
Complex filter retrieval performed: Yes
UNUSUAL PROCEDURE: Complex IVC filter retrieval with fluoroscopic guidance was performed with 1 hour of additional procedure time because of the technical difficulty of the procedure resulting from the embedded nature of the filter and its effects on the IVC, requiring substantial additional physical and mental effort.
FILTER RETRIEVAL
Sheath Type: A single retrieval sheath was advanced.
Retrieval sheath size(s): 14 French vascular sheath
The filter was captured, collapsed into the sheath, and removed in its entirety.
Filter capture technique: Forceps technique, to dissect and grasp the filter hook. Standard snare technique to engage the hook.



Official Copy

STANFORD HOSPITAL - IP        Williams, Joshua Jordan
300 PASTEUR DRIVE             MRN: 38220034, DOB: ███, Sex: M
MC:5500                       Adm: 12/6/2017
Stanford CA 94305

## All Orders and Results (continued)

### IR CV IR BODY PROCEDURE [541971075] (continued)

POST-RETRIEVAL VENOGRAPHY
Post-retrieval venography of the IVC was performed
IVC patency post: Patent
IVC integrity post: No extravasation
Contrast used: Isovue
Hand injection: Yes
*Additional findings: A single filter leg fragment remains in stable extraluminal position.
No vascular injury noted.

ACCESS CLOSURE
The sheath was removed and hemostasis was achieved with Absorbable suture, Dermabond, Steri-Strips and Manual compression. Sterile dressing(s) applied.

CONTRAST
Contrast agent: None
Contrast volume: 40 cc

RADIATION DOSE
Fluoroscopy time (minutes): 4.7
Reference air kerma (mGy): 198

ADDITIONAL DETAILS
Additional description of procedure: None
Additional findings: None
Equipment details: None
Specimens removed: None
Estimated blood loss: No Data Recorded
Standardized report: SIR_IVCFilterRetrieval1.3

ATTESTATION
Attending: Kuo, William Tom, MD was present for the entire procedure. I reviewed the stored images and agree with the report as written..

### Vital Signs [543978406]

| | |
|---|---|
| Electronically signed by: **Daugherty, Ryan Wright, NP** on **12/05/17 1612** | Status: **Discontinued** |
| Ordering user: Daugherty, Ryan Wright, NP | Ordering provider: Daugherty, Ryan Wright, NP |