**Attachment C**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**JOSHUA JORDAN WILLIAMS**

Civil Case # 1:19-CV-00232

---

### SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   **JOSHUA JORDAN WILLIAMS**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   **NOT APPLICABLE**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   **NOT APPLICABLE**

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   **CALIFORNIA**

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   **CALIFORNIA**

6. Plaintiff's/Deceased Party's current state of residence:

   **CALIFORNIA**

7. District Court and Division in which venue would be proper absent direct filing:

   **NORTHERN DISTRICT OF CALIFORNIA**

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   **PARAGRAPHS SIX (6) THROUGH TWENTY-EIGHT (28)**

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ✓ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    **DECEMBER 9, 2008**

12. Hospital(s) where Plaintiff was implanted (including City and State):

    RIVERSIDE COMMUNITY HOSPITAL

    4445 MAGNOLIA AVE., RIVERSIDE, CA 92501

13. Implanting Physician(s):

    DR. THU T. TANG, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ✓ Count I:    Strict Products Liability – Failure to Warn

    ✓ Count II:   Strict Products Liability – Design Defect

    ✓ Count III:  Negligence

    ✓ Count IV:   Negligence Per Se

3

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable ___CALIFORNIA___ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

**CHRISTOPHER W. DYSART**

16. Address and bar information for Attorney for Plaintiff(s):

4

**16020 SWINGLEY RIDGE ROAD, SUITE 340, CHESTERFIELD, MO 63017**

**MISSOURI (#37069); ILLINOIS (#06224351)**

Respectfully submitted,

**THE DYSART LAW FIRM, P.C.**

*/s/ Christopher W. Dysart*

Christopher W. Dysart, Mo. Bar #37069
16020 Swingley Ridge Road, Suite 340
Chesterfield, MO 63017
Telephone: (314) 548-6298
Facsimile: (314) 548-6230
cdysart@dysart-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

1/23/2019
Case 1:14-ml-02570-RLY-TAB Document 11474-7 Filed 07/30/19 Page 6 of 7 PageID #:
Case 1:19-cv-00232-RLY-TAB Document 1-1 Filed 01/31/19 Page 1 of 2 PageID #: 6
85012
Indiana Southern Civil Cover Sheet

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
Mr. Joshua Jordan Williams ;
2 Citizen of Another State; California
**County of Residence:** Outside This District

**Defendant(s):**

First Listed Defendant:
Cook Incorporated ;
NA;
**County of Residence:** Monroe County

Additional Defendants(s):
Cook Medical LLC ;
1 Citizen of This State;

William Cook Europe ApS ;
NA;

**County Where Claim For Relief Arose:** Monroe County

**Plaintiff's Attorney(s):**

Mr. Christopher W. Dysart (Joshua Williams)
The Dysart Law Firm
16020 Swingley Ridge Road, Suite 340
Saint Louis, Missouri 63017
**Phone:** 314-548-6298
**Fax:** 636-600-5535
**Email:** cdysart@dysart-law.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 2 Citizen of Another State

    **Defendant:** NA

**Origin:** 8. Multidistrict Litigation - Direct Filed

**Nature of Suit:** 365 Other Personal Injury Product Liability
**Cause of Action:** 28:1332; 28:1332ct; 28:1332lp; 28:1332pi; 28:1332t
**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 75,000

    **Jury Demand:** Yes

1/23/2019 Case 1:14-ml-02570-RLY-TAB Document 11474-7 Filed 07/30/19 Page 7 of 7 PageID #: 85013
Case 1:19-cv-00232-RLY-TAB Document 1-1 Filed 01/31/19 Page 2 of 2 PageID #: 7
United States District Court Southern District of Indiana Civil Cover Sheet

**Related Cases:** RELATED to case number 1:14-ml-2570-RLY-TAB, assigned to Judge Baker

---

**Signature:** Christopher W. Dysart

**Date:** 01/23/2019

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.