# Attachment D

| | |
|---|---|
| **From:** | Megan Duffy |
| **To:** | Cook Filter MDL; "plaintiffscoleadcounselmdl@gmail.com" |
| **Cc:** | Rita Speichinger; Chris Dysart; Denise Williams |
| **Subject:** | MDL No. 25870, Plaintiff Joshua Jordan Williams, Case Categorization Submission |
| **Date:** | Monday, July 15, 2019 1:09:00 PM |
| **Attachments:** | image001.jpg |
| | image002.gif |
| | image003.gif |
| | image004.gif |
| | Categorization Form 7.15.19.pdf |
| | Pg 73 Stanford Health Care Medical Records.pdf |
| | Pg 95 Discharge Summary 12.7.17 Dr. Kuo Stanford Health Care Medical Records.pdf |
| | Pgs 97-100 Interventional Radiology History 12.6.17 Dr. Kuo Stanford.pdf |
| | Pgs 102-118 Interventional Radiology Post-Operative Note 12.6.17 Dr. Martin Stanford.pdf |
| | Pgs 118-121 IR Body Procedure 12.7.17 Dr. Kuo Stanford.pdf |

Please find attached documents required in Williams v. Cook, MDL Case No. 1:14-ml-02570-RLY-TAB, Plaintiff Case No. 1:19-cv-00232-RLY-TAB, Plaintiff: Joshua Jordan Williams

- Categorization Form
- <u>Supporting Specific Medical Records:</u>
    - Pg 73 Stanford Health Care Medical Records
    - Pg 95 Discharge Summary 12.7.17 Dr. Kuo Stanford Health Care Medical Records
    - Pgs 97-100 Interventional Radiology History 12.6.17 Dr. Kuo Stanford
    - Pgs 102-118 Interventional Radiology Post-Operative Note 12.6.17 Dr. Martin Stanford
    - Pgs 118-121 IR Body Procedure 12.7.17 Dr. Kuo Stanford

Please advise if there is any issue in receiving these documents.

Megan Duffy
Paralegal



16020 Swingley Ridge Rd., Ste. 340
Chesterfield, MO  63017
Office:  314-548-6298
Direct:  636-590-7113
Fax:  636-600-5535
www.dysart-law.com



This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.