**Attachment E**





## as of preposition

### Definition of *as of*

: ON, AT, FROM —used to indicate a time or date at which something begins or ends // takes effect *as of* July 1

### First Known Use of *as of*

1900, in the meaning defined above