**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL 2570 |

This document relates to:
**JOSHUA JORDAN WILLIAMS**
**1:19-cv-00232-RLY-TAB**

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REINSTATE

The Court, having received and considered Plaintiff's Motion to Reinstate, and good cause exists,

IT IS HEREBY ORDERED reinstating *Williams v. In re: Cook Medical, Inc, et al.*, 1:19-cv-00232-RLY-TAB

SO ORDERED: _____
United States District Court
Southern District of Indiana

DATED: _____