IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED  Case is voluntarily dismissed, without prejudice.
Dated: 8/01/2019


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No: 2570

---

THIS DOCUMENT RELATES TO:
*HANSEN v. COOK INCORPORATED et al*
Case No: 1:18-cv-00950

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Jaleigh Hansen, files this Notice of Dismissal Without Prejudice and would show the Court as follows:

This case was filed in error due to the fact that a case was previously filed, for this same Plaintiff, by another attorney, under Case No. 1:16-cv-03309.

Plaintiff hereby dismisses all claims asserted against Cook Incorporated, et al in THIS CAUSE ONLY - 1:18-cv-00950. Nothing herein is with prejudice to, or otherwise affects, Plaintiff's claims asserted in Case No. 1:16-cv-03309.

WHEREFORE, the parties ask that Cause No. 1:18-cv-00950 be dismissed, WITHOUT PREJUDICE as to Plaintiff's claims asserted in Case No. 1:16-cv-03309.

Date: 07/31/19

Respectfully Submitted,

/s/Jim M. Perdue, Jr.
Jim M. Perdue, Jr.
State Bar No. 00788180
777 Post Oak Blvd., Ste. 450
Houston, Texas 77056
Telephone: (713) 520-2500
Facsimile: (713) 520-2525
jperduejr@perdueandkidd.com