IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

# EXHIBIT A
# TO
# MOTION TO DISMISS FOR FAILURE TO SERVE
# CASE CATEGORIZATION FORM

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Trimmier, Tasha | 1:19-cv-02124 | WILSHIRE LAW FIRM PLC |
| Maisonet, Petra | 1:19-cv-02194 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Manse, Marie | 1:19-cv-02322 | WILSHIRE LAW FIRM PLC |