**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

**EXHIBIT B**
**TO**
**MOTION TO DISMISS FOR FAILURE TO SERVE**
**CASE CATEGORIZATION FORM**

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Thursday, July 25, 2019 2:13 PM |
| **To:** | 'kyle@masstortslaw.com'; 'carlos.h@masstortslaw.com'; 'joaquin@masstortslaw.com' |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **August 2, 2019**.

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Amaya, Tonya | 1:19-cv-02236 | 7/5/2019 |
| Aragon, Lilian | 1:19-cv-02151 | 6/28/2019 |
| Bartruff, Kenneth | 1:19-cv-02148 | 6/28/2019 |
| Beckett, Robert | 1:19-cv-02198 | 7/3/2019 |
| Belcher, Nancy | 1:19-cv-02188 | 7/1/2019 |
| Bendure, Ronald III | 1:19-cv-02200 | 7/3/2019 |
| Bright, Mary | 1:19-cv-02153 | 6/28/2019 |
| Caillouette, Charles | 1:19-cv-02030 | 6/20/2019 |

| | | |
|---|---|---|
| Cane, Rudolph | 1:19-cv-02203 | 7/3/2019 |
| Carson, William | 1:19-v-02238 | 7/5/2019 |
| Christmas, Stephen | 1:18-cv-02234 | 7/5/2019 |
| Collins, Tiffany | 1:19-cv-02222 | 7/10/2019 |
| Cuellar, Michael | 1:19-cv-02156 | 6/28/2019 |
| Dominguez, Derrick and Dena | 1:19-cv-02125 | 7/10/2019 |
| Driscoll, Joseph and Anita | 1:19-cv-02138 | 7/10/2019 |
| Folger, Barbara | 1:19-cv-02024 | 6/20/2019 |
| Groda, Ronny | 1:19-cv-02202 | 7/3/2019 |
| Gross, Norman | 1:19-cv-02190 | 7/1/2019 |
| Hendryx, Debbie Parker | 1:19-cv-02119 | 6/28/2019 |
| Howell, Paul Richard | 1:19-cv-02193 | 7/1/2019 |
| Jacques, Kendrell M. | 1:19-cv-02147 | 6/28/2019 |
| Julien, Anthony | 1:19-cv-02022 | 6/20/2019 |
| Killian, Kelly | 1:19-cv-02146 | 6/28/2019 |
| King, Russell and Jill | 1:19-cv-02212 | 7/3/2019 |
| Kraft, Lori | 1:19-cv-02152 | 6/28/2019 |
| Maisonet, Petra | 1:19-cv-02194 | 7/1/2019 |

| | | |
|---|---|---|
| Martin, Carl (2027) | 1:19-cv-02027 | 6/20/2019 |
| McFadden, Matthew | 1:19-cv-02155 | 6/28/2019 |
| Nelan, Eliza | 1:19-cv-02127 | 6/28/2019 |
| Nichols, Carla | 1:19-cv-02028 | 6/20/2019 |
| Payne, Robert and Nora | 1:19-cv-02199 | 7/3/2019 |
| Rushton, Darlene | 1:19-cv-02033 | 6/20/2019 |
| Schiavone, Susan Greene | 1:19-cv-02219 | 7/5/2019 |
| Schonbeck, Monika | 1:19-cv-02186 | 7/1/2019 |
| Stoscup, Heidi | 1:19-cv-02132 | 6/28/2019 |

Thank you,

Rochelle R. Symons
*Paralegal*
rochelle.symons@FaegreBD.com   Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Thursday, July 25, 2019 2:18 PM |
| **To:** | 'matthew@wilshirelawfirm.com'; 'masstorts@wilshirelawfirm.com' |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **August 2, 2019**.

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Manse, Marie | 1:19-cv-02322 | 7/10/2019 |
| Trimmier, Tasha | 1:19-cv-02124 | 6/28/2019 |

Thank you,

Rochelle R. Symons
*Paralegal*
rochelle.symons@FaegreBD.com    Download vCard
D: +1 317 237 1296