# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:19-cv-02124; 1:19-cv-02194; and 1:19-cv-02322

## [PROPOSED] ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order Regarding Case Categorization Forms, Cooks' Motion to Dismiss is **GRANTED**.

1. Trimmier, Tasha              1:19-cv-02124

2. Maisonet, Petra              1:19-cv-02194

3. Manse, Marie                 1:19-cv-02322

All parties shall bear their own fees and costs. Those cases are:

**SO ORDERED** this _____ day of _____ 2019

Dated:_____

                                                Hon. Richard L. Young
                                                United States District Judge
                                                Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

US.124093116.01