IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

# EXHIBIT A
# TO
# MOTION TO DISMISS FOR FAILURE TO SERVE MEDICAL RECORD WITH CASE CATEGORIZATION FORM

US.124076631.01

| Plaintiff | Cause Number | Lead Counsel |
| --- | --- | --- |
| McKellop-Maxwell, Catherine | 1:16-cv-02095 | MARTIN BAUGHMAN, PLLC |
| Brown, Pamela | 1:17-cv-00699 | MURRAY LAW FIRM |
| Vinke, Durwin | 1:19-cv-00508 | KIRKENDALL DWYER LLP |
| Mathes, Douglas | 1:19-cv-01188 | KIRKENDALL DWYER LLP |
| Weems, Nan | 1:19-cv-01239 | KIRKENDALL DWYER LLP |
| Marshall, Henry | 1:19-cv-01242 | KIRKENDALL DWYER LLP |
| Tinsley, Paul | 1:19-cv-01689 | KIRKENDALL DWYER LLP |