# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Friday, July 26, 2019 4:37 PM |
| **To:** | 'smurrayjr@murray-lawfirm.com'; 'kbeck@murray-lawfirm.com' |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - No Records Provided with Categorization Form -  Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a complete case categorization form for the cases below has passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form, and a discrete record in support of their categorization(s), within 30 days of filing their complaint.  While you've submitted a form(s) relating to these cases, you have not submitted any records in support of the form(s) for these cases.

If we do not receive the records in support of the categorization forms, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **August 2, 2019**.

| Plaintiff | Cause Number |
|---|---|
| Albrecht, Zackariah Alan | 1:16-cv-03429 |
| Brown, Pamela | 1:17-cv-00699 |

Thank you,

**Rochelle R. Symons**
*Paralegal*
rochelle.symons@FaegreBD.com    Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

## Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Friday, July 26, 2019 4:31 PM |
| **To:** | 'ak@kirkendalldwyer.com'; 'akirkendall@kirkendalldwyer.com'; 'adwyer@kirkendalldwyer.com'; 'anelson@kirkendalldwyer.com'; 'cmcnabb@kirkendalldwyer.com' |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - No Records Provided with Categorization Form -  Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a complete case categorization form for the cases below has passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form, and a discrete record in support of their categorization(s), within 30 days of filing their complaint.  While you've submitted a form(s) relating to these cases, you have not submitted any records in support of the form(s) for these cases.

If we do not receive the records in support of the categorization forms, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **August 2, 2019**.

| Plaintiff | Cause Number |
|---|---|
| Marshall, Henry | 1:19-cv-01242 |
| Mathes, Douglas | 1:19-cv-01188 |
| Tinsley, Paul | 1:19-cv-01689 |
| Vinke, Durwin | 1:19-cv-00508 |
| Weems, Nan | 1:19-cv-01239 |

Thank you,

**Rochelle R. Symons**
*Paralegal*
rochelle.symons@FaegreBD.com    Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Friday, July 26, 2019 4:35 PM |
| **To:** | 'bmartin@bencmartin.com'; 'karin.scheehle@gknet.com'; 'tarbon@bencmartin.com'; 'cguerra@bencmartin.com'; Josh Upthegrove |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - No Records Provided with Categorization Form - Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a complete case categorization form for the cases below has passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form, and a discrete record in support of their categorization(s), within 30 days of filing their complaint.  While you've submitted a form(s) relating to these cases, you have not submitted any records in support of the form(s) for these cases.

If we do not receive the records in support of the categorization forms, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **August 2, 2019**.

| Plaintiff | Cause Number |
|---|---|
| MacIsaac, Martha | 1:19-cv-01927 |
| McKellop-Maxwell, Catherine | 1:16-cv-02095 |

Thank you,

**Rochelle R. Symons**
*Paralegal*
rochelle.symons@FaegreBD.com    Download vCard
D: +1 317 237 1296

1

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

2