# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:16-cv-02095; 1:17-cv-00699; 1:19-cv-00508; 1:19-cv-01188; 1:19-cv-01239; 1:19-cv-01242; 1:19-cv-01689

### [PROPOSED] ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order Regarding Case Categorization Forms, Cooks' Motion to Dismiss is **GRANTED**.

| | |
|---|---|
| 1. McKellop-Maxwell, Catherine | 1:16-cv-02095 |
| 2. Brown, Pamela | 1:17-cv-00699 |
| 3. Vinke, Durwin | 1:19-cv-00508 |
| 4. Mathes, Douglas | 1:19-cv-01188 |
| 5. Weems, Nan | 1:19-cv-01239 |
| 6. Marshall, Henry | 1:19-cv-01242 |
| 7. Tinsley, Paul | 1:19-cv-01689 |

All parties shall bear their own fees and costs. Those cases are:

**SO ORDERED** this _____ day of _____ 2019

Dated:_____       _____
                                                                          Hon. Richard L. Young
                                                                          United States District Judge
                                                                          Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

US.124094971.01