# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:16-cv-00550; 1:17-cv-02433; 1:17-cv-02846; 1:18-cv-00829;
1:18-cv-01127; 1:18-cv-01136; 1:18-cv-01672; 1:18-cv-02090;
1:18-cv-02637; 1:18-cv-02699; 1:18-cv-02783; 1:18-cv-03282;
1:18-cv-03607; 1:18-cv-04024; 1:19-cv-00537; 1:19-cv-00859;
1:19-cv-01653; 1:19-cv-01690; 1:19-cv-01720; 1:19-cv-02129;
1:19-cv-02205; and 1:19-cv-02318.

## **MOTION TO DISMISS DUPLICATIVE FILINGS**

The defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook"), respectfully request that the Court dismiss 22 pending duplicative cases. In support of this Motion, Cook states:

1. At present, 22 plaintiffs have filed more than one action pending in this MDL alleging identical claims and injuries. Specifically, the plaintiffs in the caption above have filed duplicate lawsuits in this MDL:

   - naming identical defendants;
   - asserting identical claims; and
   - asking for identical relief.

2. The only thing that is *not* identical between these duplicative actions are the attorneys listed as representing these plaintiffs. In each of these 22 cases, different attorneys have filed separate but identical complaints on behalf of the same plaintiff. Cook has attached as

**Exhibit A** a chart listing each plaintiff who has duplicate cases pending, the case numbers of each of those cases, and the names of the attorneys who filed each of the cases.

3. Before filing this motion, counsel for Cook sent emails to all counsel representing plaintiffs with duplicate actions pending to alert them that multiple actions had been filed on behalf of their clients. Cook requested that counsel for these plaintiffs confer with each other and, within 21 days of Cook's email, dismiss one of the pending cases for each plaintiff. Cook's email to counsel is attached as **Exhibit C**.

4. Since Cook sent this email, 17 of the duplicate cases have been voluntarily dismissed. However, as of 8:00 A.M. on date of filing of this Motion, all of the duplicate cases listed in Exhibit A are still pending before this Court.

5. As this Court has noted, a litigant "has no right to maintain two separate actions involving the same subject matter at the same time in the same court against the same defendant." (Young, J.) *Telamon Corporation v. Charter Oak Fire Insurance Company*, 2016 WL 67297, at *3 (S.D. Ind. 2016) (quoting *Dorsey v. Jacobson Holman PLLC*, 764 F. Supp. 2d 209, 213 (D.D.C. Cir. 2011). A suit may be dismissed for reasons of wise judicial administration "whenever it is duplicative of a parallel action pending in another federal court." *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993).

6. A suit is duplicative "when the claims, parties and available relief do not significantly differ between the two actions." *Serlin*, 3 F.3d at 223. "This is all the more true where, as here, the two cases are pending before the same judge." *McCracken v. Grand Victoria Casino & Resort*, 2002 WL 31521165, at *2 (S.D. Ind. 2002).

7. Generally, where two similar actions are filed, judicial economy allows only the first-filed case to proceed. *See Serlin*, 3 F.3d at 223. In *Serlin*, the same plaintiff sued the same

defendant for common law fraud (among other things) twice in the Northern District of Illinois. *Id*. 222.  The trial court held that the plaintiff's second complaint was duplicative of the plaintiff's first complaint – "identical in all material respects" – and granted the defendant's motion to dismiss.  *Id*. at 223.  The Seventh Circuit affirmed the trial court's order.  The Seventh Circuit quoted *Ridge Gold Standard Liquors v. Joseph E. Seagram* for the "chief reason" to dismiss the duplicative complaint:

> The irrationality of tolerating duplicative litigation in the federal system is all the more pronounced where, as here, two federal judges sitting on the same district court are ... devoting scarce judicial resources to the adjudication of the same charges by essentially the same plaintiffs against the same defendants.

*Serlin*, 3 F.3d at 224 (quoting *Ridge Gold Standard Liquors v. Joseph E. Seagram*, 572 F.Supp. 1210, 1213 (N.D. Ill. 1983)).

8. Here, all these duplicate cases involve identical claims made by identical plaintiffs against identical defendants and seek identical relief in front of the same judge in the same court.

9. For the convenience of the Court, Cook has attached a chart listing the later-filed of all the duplicate cases appearing on Exhibit A as **Exhibit B**.  Cook requests that the Court dismiss all later-filed, duplicate cases listed in Exhibit B.

WHEREFORE, Cook respectfully requests that the Court dismiss the above-captioned matters, and for all other just and appropriate relief.

Dated: August 2, 2019

        Respectfully Submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
Andrea.Pierson@FaegreBD.com
James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
Stephen.Bennett@FaegreBD.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, William Cook Europe APS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2019, a copy of the foregoing Motion to Dismiss Duplicative Filings was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*