| | Exhibit A - Cook Filter - Duplicate Filing ||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| | **Complaint No. 1** ||||| **Complaint No. 2** |||||
| **Case Name** | **Filing Date** | **Cause Number** | **Federal/State** | **Jurisdiction** | **Plaintiff Counsel** | **Filing Date** | **Duplicate Cause Number** | **Federal/State** | **Jurisdiction** | **Plaintiff Counsel** |
| Armstrong, William | 11/14/2018 | 1:18-cv-03549 | Federal | Southern District of IN | Willard Moody, Jr. | 6/10/2019 | 1:19-cv-02318 | Federal | Southern District of IN | Laci Whitley |
| Cummings, Joy | 9/15/2016 | 1:16-cv-02466 | Federal | Southern District of IN | Graham B. LippSmith | 8/30/2018 | 1:18-cv-02699 | Federal | Southern District of IN | Peter Goss |
| Down, Richard John & Jill Ann | 8/17/2016 | 1:16-cv-02188 | Federal | Southern District of IN | Joseph R. Johnson | 11/19/2018 | 1:18-cv-03607 | Federal | Southern District of IN | William Rivera-Alvarez |
| Forsythe, Amanda | 12/18/2015 | 15-L-713 | State | Twentieth Judicial Circuit, St. Clair County | John J. Driscoll | 12/21/2018 | 1:18-cv-04024 | Federal | Southern District of IN | William Henry Barfield |
| Harris, John M. and Toni | 6/29/2017 | 1:17-cv-02229 | Federal | Southern District of IN | Jon C. Conlin | 4/12/2018 | 1:18-cv-01127 | Federal | Southern District of IN | Gregory Neil McEwen |
| Hughes, Elizabeth | 12/22/2014 | 1:14-cv-06019 | Federal | Southern District of IN | Charles Rene Houssiere, III | 3/10/2016 | 1:16-cv-00550 | Federal | Southern District of IN | Turner W. Branch |
| Johnson, Vietta | 12/3/2018 | 1:18-cv-03787 | Federal | Southern District of IN | William H. Barfield | 2/1/2019 | 1:19-cv-00537 | Federal | Southern District of IN | Nicholas R. Farnolo |
| Lona, Jose | 5/6/2016 | 1:16-cv-01136 | Federal | Southern District of IN | D. Todd Mathews | 4/29/2019 | 1:19-cv-01720 | Federal | Southern District of IN | David Matthews |
| Klahre, Krysten | 3/17/2016 | 1:16-cv-00602 | Federal | Southern District of IN | Turner W. Branch | 4/13/2018 | 1:18-cv-01136 | Federal | Southern District of IN | Basil E. Adham |
| Matelski, Richard | 4/5/2017 | 1:17-cv-01097 | Federal | Southern District of IN | Matthew R. McCarley | 8/18/2017 | 1:17-cv-02846 | Federal | Southern District of IN | Susan Mason Wendt |
| Miller, Charlotte | 7/23/2018 | 1:18-cv-02251 | Federal | Southern District of IN | Jacob Flint | 8/18/2017 | 1:18-cv-02637 | Federal | Southern District of IN | John A. Dalimonte |
| Moore, Chris | 7/28/2016 | 1:16-cv-02015 | Federal | Southern District of IN | Paul L. Stoller | 4/24/2019 | 1:19-cv-01653 | Federal | Southern District of IN | Basil E. Adham |
| Muller, Susi | 6/7/2017 | 1:17-cv-01863 | Federal | Southern District of IN | Benjamin A. Bertram | 9/10/2018 | 1:18-cv-02783 | Federal | Southern District of IN | Nicholas R. Farnolo |
| Nichols, Kimberly | 4/10/2019 | 1:19-cv-01443 | Federal | Southern District of IN | Robert Hammers | 4/26/2019 | 1:19-cv-01690 | Federal | Southern District of IN | David Matthews |
| Reynolds, George | 6/17/2016 | 1:16-cv-01499 | Federal | Southern District of IN | Jeff Seldomridge | 6/1/2018 | 1:18-cv-01672 | Federal | Southern District of IN | Matthew R. Lopez |
| Rutledge, Russell | 2/19/2018 | 1:18-cv-00480 | Federal | Southern District of IN | Basil E. Adham | 2/27/2019 | 1:19-cv-00859 | Federal | Southern District of IN | Sandy A. Liebhard |
| Saiz, Gerald D. | 1/18.19 | 1:19-cv-00193 | Federal | Southern District of IN | Lacey Whitley | 5/29/2019 | 1:19-cv-02129 | Federal | Southern District of IN | Christopher Johnston |
| Sandidge, William | 8/1/2016 | 1:16-cv-02061 | Federal | Southern District of IN | Turner W. Branch | 6/3/2019 | 1:19-cv-02205 | Federal | Southern District of IN | Constantine Venizelos |
| Shields, Paul | 3/15/2016 | 1:16-cv-00577 | Federal | Southern District of IN | Ben C. Martin | 7/19/2017 | 1:17-cv-02433 | Federal | Southern District of IN | Brian S. Katz |
| Smith, Paul | 4/3/2017 | 1:17-cv-01026 | Federal | Southern District of IN | William Curtis | 3/14/2018 | 1:18-cv-00829 | Federal | Southern District of IN | Michael S. Kruse |

| Case Name | Complaint No. 1 | | | | | Complaint No. 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Filing Date | Cause Number | Federal/State | Jurisdiction | Plaintiff Counsel | Filing Date | Duplicate Cause Number | Federal/State | Jurisdiction | Plaintiff Counsel |
| Springs, Carrie | 6/11/2018 | 1:18-cv-01764 | Federal | Southern District of IN | Matthew R. McCarley | 10/25/2018 | 1:18-cv-03282 | Federal | Southern District of IN | Jeff Seldomridge |
| Williams, Dorothy R. | 10/12/2016 | 1:16-cv-02764 | Federal | Southern District of IN | Daniel S. Gruber | 7/10/2018 | 1:18-cv-02090 | Federal | Southern District of IN | Debra J. Humphrey |