| Exhibit B - Cook Filter - Duplicate Filing | | | | | |
|---|---|---|---|---|---|
| | **Complaint No. 2** | | | | |
| **Case Name** | **Filing Date** | **Duplicate Cause Number** | **Federal/State** | **Jurisdiction** | **Plaintiff Counsel** |
| Hughes, Elizabeth | 3/10/2016 | 1:16-cv-00550 | Federal | Southern District of IN | Turner W. Branch |
| Shields, Paul | 7/19/2017 | 1:17-cv-02433 | Federal | Southern District of IN | Brian S. Katz |
| Matelski, Richard | 8/18/2017 | 1:17-cv-02846 | Federal | Southern District of IN | Susan Mason Wendt |
| Smith, Paul | 3/14/2018 | 1:18-cv-00829 | Federal | Southern District of IN | Michael S. Kruse |
| Harris, John M. and Toni | 4/12/2018 | 1:18-cv-01127 | Federal | Southern District of IN | Gregory Neil McEwen |
| Klahre, Krysten | 4/13/2018 | 1:18-cv-01136 | Federal | Southern District of IN | Basil E. Adham |
| Reynolds, George | 6/1/2018 | 1:18-cv-01672 | Federal | Southern District of IN | Matthew R. Lopez |
| Williams, Dorothy R. | 7/10/2018 | 1:18-cv-02090 | Federal | Southern District of IN | Debra J. Humphrey |
| Miller, Charlotte | 8/18/2017 | 1:18-cv-02637 | Federal | Southern District of IN | John A. Dalimonte |
| Cummings, Joy | 8/30/2018 | 1:18-cv-02699 | Federal | Southern District of IN | Peter Goss |
| Muller, Susi | 9/10/2018 | 1:18-cv-02783 | Federal | Southern District of IN | Nicholas R. Farnolo |

|  | Complaint No. 2 | | | | |
|---|---|---|---|---|---|
| Case Name | Filing Date | Duplicate Cause Number | Federal/State | Jurisdiction | Plaintiff Counsel |
| Springs, Carrie | 10/25/2018 | 1:18-cv-03282 | Federal | Southern District of IN | Jeff Seldomridge |
| Down, Richard John & Jill Ann | 11/19/2018 | 1:18-cv-03607 | Federal | Southern District of IN | William Rivera-Alvarez |
| Forsythe, Amanda | 12/21/2018 | 1:18-cv-04024 | Federal | Southern District of IN | William Henry Barfield |
| Johnson, Vietta | 2/1/2019 | 1:19-cv-00537 | Federal | Southern District of IN | Nicholas R. Farnolo |
| Rutledge, Russell | 2/27/2019 | 1:19-cv-00859 | Federal | Southern District of IN | Sandy A. Liebhard |
| Moore, Chris | 4/24/2019 | 1:19-cv-01653 | Federal | Southern District of IN | Basil E. Adham |
| Nichols, Kimberly | 4/26/2019 | 1:19-cv-01690 | Federal | Southern District of IN | David Matthews |
| Lona, Jose | 4/29/2019 | 1:19-cv-01720 | Federal | Southern District of IN | David Matthews |
| Saiz, Gerald D. | 5/29/2019 | 1:19-cv-02129 | Federal | Southern District of IN | Christopher Johnston |
| Sandidge, William | 6/3/2019 | 1:19-cv-02205 | Federal | Southern District of IN | Constantine Venizelos |
| Armstrong, William | 6/10/2019 | 1:19-cv-02318 | Federal | Southern District of IN | Laci Whitley |