# EXHIBIT C

**From:** Angelino, Blake A.
**Sent:** Thursday, June 20, 2019 2:57 PM
**To:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Cc:** Symons, Rochelle R. <Rochelle.Symons@FaegreBD.com>
**Subject:** Cook Filter MDL | Duplicate Complaint re Your Client

Counsel:

You represent a plaintiff in a case listed below, for which there is a second, duplicate filing.  Please confer with your corresponding counsel and dismiss one of the matters.

For any cases in which a duplicate case remains, Cook intends to file a motion to dismiss on **July 11**.

Thank you,

| Case Name | Complaint No. 1 | | | | | Complaint No. 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Filing Date | Cause Number | Federal/State | Jurisdiction | Plaintiff Counsel | Filing Date | Duplicate Cause Number | Federal/State | Jurisdiction | Plaintiff Counsel |
| Armstrong, William | 11/14/2018 | 1:18-cv-03549 | Federal | Southern District of IN | Willard Moody, Jr. | 6/10/2019 | 1:19-cv-02318 | Federal | Southern District of IN | Laci Whitley |
| Banks, Kevin | 5/1/2017 | 1:17-cv-01380 | Federal | Southern District of IN | Nathaniel K. Scearcy | 7/18/2018 | 1:18-cv-02202 | Federal | Southern District of IN | Michael S. Kruse |
| Bustamante, Diane & Victor | 6/14/2017 | 1:17-cv-02001 | Federal | Southern District of IN | Annesley H. DeGaris | 9/11/2018 | 1:18-cv-02800 | Federal | Southern District of IN | Ben C. Martin |
| Cummings, Joy | 9/15/2016 | 1:16-cv-02466 | Federal | Southern District of IN | Graham B. LippSmith | 8/30/2018 | 1:18-cv-02699 | Federal | Southern District of IN | Peter Goss |
| Down, Richard John & Jill Ann | 8/17/2016 | 1:16-cv-02188 | Federal | Southern District of IN | Joseph R. Johnson | 11/19/2018 | 1:18-cv-03607 | Federal | Southern District of IN | William Rivera-Alvarez |
| Ferrer, Jonathan | 6/11/2018 | 1:18-cv-01776 | Federal | Southern District of IN | Wil H. Florin | 3/20/2019 | 1:19-cv-01111 | Federal | Southern District of IN | Ben C. Martin |
| Flakes, Anthony | 5/1/2018 | 1:18-cv-01330 | Federal | Southern District of IN | Joseph A. Osborne | 9/13/2018 | 1:18-cv-02820 | Federal | Southern District of IN | David K. May |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ganino, Michael Jr. and Patricia | 8/14/2017 | 1:17-cv-02765 | Federal | Southern District of IN | Melanie K. Schmickle | 8/30/2018 | 1:18-cv-02711 | Federal | Southern District of IN | Amanda Washington |
| Gibbs, Christopher | 4/26/2018 | 1:18-cv-01263 | Federal | Southern District of IN | Jeff Seldomridge | 4/23/2019 | 1:19-cv-01642 | Federal | Southern District of IN | John T. Kirtley, III |
| Hansen, Jaleigh | 12/7/2016 | 1:16-cv-03309 | Federal | Southern District of IN | Ben C. Martin | 3/23/2018 | 1:18-cv-00950 | Federal | Southern District of IN | Jim Mac Perdue |
| Harris, John M. and Toni | 6/29/2017 | 1:17-cv-02229 | Federal | Southern District of IN | Jon C. Conlin | 4/12/2018 | 1:18-cv-01127 | Federal | Southern District of IN | Gregory Neil McEwen |
| Holcomb, Richard K. | 1/26/2016 | 1:16-cv-00220 | Federal | Southern District of IN | David P. Matthews | 9/20/2017 | 1:17-cv-03355 | Federal | Southern District of IN | Shawn Gayland Foster |
| Hughes, Elizabeth | 12/22/2014 | 1:14-cv-06019 | Federal | Southern District of IN | Charles Rene Houssiere , III | 3/10/2016 | 1:16-cv-00550 | Federal | Southern District of IN | Turner W. Branch |
| Johnson, Vietta | 12/3/2018 | 1:18-cv-03787 | Federal | Southern District of IN | William H. Barfield | 2/1/2019 | 1:19-cv-00537 | Federal | Southern District of IN | Nicholas R. Farnolo |
| Lona, Jose | 5/6/2016 | 1:16-cv-01136 | Federal | Southern District of IN | D. Todd Mathews | 4/29/2019 | 1:19-cv-01720 | Federal | Southern District of IN | David Matthews |
| Katrausky, Patricia | 12/8/2016 | 1:16-cv-03313 | Federal | Southern District of IN | David C. DeGreeff | 10/30/2017 | 1:17-cv-03968 | Federal | Southern District of IN | Andrew F. Kirkendall |
| Kinsey, Clayton | 11/29/2017 | 1:17-cv-04414 | Federal | Southern District of IN | Karen H. Beyea-Schroeder | 4/12/2018 | 1:18-cv-01126 | Federal | Southern District of IN | David C. DeGreef |
| Klahre, Krysten | 3/17/2016 | 1:16-cv-00602 | Federal | Southern District of IN | Turner W. Branch | 4/13/2018 | 1:18-cv-01136 | Federal | Southern District of IN | Basil E. Adham |
| Marshall, Michael | 7/24/2017 | 1:17-cv-02495 | Federal | Southern District of IN | Matthew David Schultz | 5/29/2018 | 1:18-cv-01624 | Federal | Southern District of IN | Marlene Goldenberg |
| Matelski, Richard | 4/5/2017 | 1:17-cv-01097 | Federal | Southern District of IN | Matthew R. McCarley | 8/18/2017 | 1:17-cv-02846 | Federal | Southern District of IN | Susan Mason Wendt |
| Miller, Charlotte | 7/23/2018 | 1:18-cv-02251 | Federal | Southern District of IN | Jacob Flint | 8/27/2018 | 1:18-cv-02637 | Federal | Southern District of IN | John A. Dalimonte |
| Moore, Chris | 7/28/2016 | 1:16-cv-02015 | Federal | Southern District of IN | Paul L. Stoller | 4/24/2019 | 1:19-cv-01653 | Federal | Southern District of IN | Basil E. Adham |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Morgan, Yvette | 2/3/2017 | 1:17-cv-00363 | Federal | Southern District of IN | John C. Duane | 3/9/2018 | 1:18-cv-00769 | Federal | Southern District of IN | Katherine Gale Krottinger |
| Muller, Susi | 6/7/2017 | 1:17-cv-01863 | Federal | Southern District of IN | Benjamin A. Bertram | 9/10/2018 | 1:18-cv-02783 | Federal | Southern District of IN | Nicholas R. Farnolo |
| Nichols, Kimberly | 4/10/2019 | 1:19-cv-01443 | Federal | Southern District of IN | Robert Hammers | 4/26/2019 | 1:19-cv-01690 | Federal | Southern District of IN | David Matthews |
| Privitera, Alan | 9/1/2017 | 1:17-cv-03051 | Federal | Southern District of IN | David M. Peterson | 10/31/2017 | 1:17-cv-03993 | Federal | Southern District of IN | Debra J. Humphrey |
| Reynolds, Betty and Merl | 3/28/2018 | 1:18-cv-00985 | Federal | Southern District of IN | Willard J. Moody, Jr. | 11/9/2018 | 49D07-1811-CT--045016 | State | Marion County Superior Court | Joseph Williams |
| Reynolds, George | 6/17/2016 | 1:16-cv-01499 | Federal | Southern District of IN | Jeff Seldomridge | 6/1/2018 | 1:18-cv-01672 | Federal | Southern District of IN | Matthew R. Lopez |
| Rutledge, Russell | 2/19/2018 | 1:18-cv-00480 | Federal | Southern District of IN | Basil E. Adham | 2/27/2019 | 1:19-cv-00859 | Federal | Southern District of IN | Sandy A. Liebhard |
| Saiz, Gerald D. | 1/18.19 | 1:19-cv-00193 | Federal | Southern District of IN | Lacey Whitley | 5/29/2019 | 1:19-cv-02129 | Federal | Southern District of IN | Christopher Johnston |
| Sandidge, William | 8/1/2016 | 1:16-cv-02061 | Federal | Southern District of IN | Turner W. Branch | 6/3/2019 | 1:19-cv-02205 | Federal | Southern District of IN | Constantine Venizelos |
| Shields, Paul | 3/15/2016 | 1:16-cv-00577 | Federal | Southern District of IN | Ben C. Martin | 7/19/2017 | 1:17-cv-02433 | Federal | Southern District of IN | Brian S. Katz |
| Smith, Diane | 10/23/2017 | 1:17-cv-03819 | Federal | Southern District of IN | Matthew Skikos | 10/27/2017 | 1:17-cv-03938 | Federal | Southern District of IN | Michael T. Gallagher |
| Smith, Paul | 4/3/2017 | 1:17-cv-01026 | Federal | Southern District of IN | William Curtis | 3/14/2018 | 1:18-cv-00829 | Federal | Southern District of IN | Michael S. Kruse |
| Springs, Carrie | 6/11/2018 | 1:18-cv-01764 | Federal | Southern District of IN | Matthew R. McCarley | 10/25/2018 | 1:18-cv-03282 | Federal | Southern District of IN | Jeff Seldomridge |
| Torres, Manuel | 7/5/2017 | 1:17-cv-02289 | Federal | Southern District of IN | Matthew R. Lopez | 1/19/2018 | 1:18-cv-00158 | Federal | Southern District of IN | Ben C. Martin |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Wardrip, Jesse | 8/24/2017 | 1:17-cv-02920 | Federal | Southern District of IN | Baird A. Brown | 12/27/2017 | 1:17-cv-04739 | Federal | Southern District of IN | Michael T. Gallagher |
| Weinstein, Lauren | 10/13/2016 | 1:16-cv-02768 | Federal | Southern District of IN | T. Aaron Stringer | 8/31/2017 | 1:17-cv-03009 | Federal | Southern District of IN | Gregory Neil McEwen |
| Whitesell, Jeffrey | 3/13/2017 | 1:17-cv-00765 | Federal | Southern District of IN | Rosemarie Riddell Bogdan | 11/22/2017 | 1:17-cv-04361 | Federal | Southern District of IN | Debra J. Humphrey |
| Williams, Dorothy R. | 10/12/2016 | 1:16-cv-02764 | Federal | Southern District of IN | Daniel S. Gruber | 7/10/2018 | 1:18-cv-02090 | Federal | Southern District of IN | Debra J. Humphrey |
| Wright, James | 5/17/2018 | 1:18-cv-01514 | Federal | Southern District of IN | Nathaniel K. Scearcy | 12/5/2018 | 1:18-cv-03822 | Federal | Southern District of IN | Wes Scott Larsen |

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**

*Admitted to Practice in Illinois; Ohio*