# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:16-cv-00550; 1:17-cv-02433; 1:17-cv-02846; 1:18-cv-00829;
1:18-cv-01127; 1:18-cv-01136; 1:18-cv-01672; 1:18-cv-02090;
1:18-cv-02637; 1:18-cv-02699; 1:18-cv-02783; 1:18-cv-03282;
1:18-cv-03607; 1:18-cv-04024; 1:19-cv-00537; 1:19-cv-00859;
1:19-cv-01653; 1:19-cv-01690; 1:19-cv-01720; 1:19-cv-02129;
1:19-cv-02205; and 1:19-cv-02318.

## [PROPOSED] ORDER ON COOK'S MOTION TO DISMISS DUPLICATIVE FILINGS

This matter came before the Court on the Motion to Dismiss Duplicate Filings ("Motion") of Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook"). Having duly considered the motion:

IT IS HEREBY ORDERED:

1. Cook's Motion is **GRANTED**;

2. All later-filed cases listed in Exhibit B to Cook's Motion, and listed below, are duplicative, and therefore are dismissed with prejudice.

   - Hughes, Elizabeth         1:16-cv-00550
   - Shields, Paul             1:17-cv-02433
   - Matelski, Richard         1:17-cv-02846
   - Smith, Paul               1:18-cv-00829

- Harris, John M. and Toni     1:18-cv-01127
- Klahre, Krysten     1:18-cv-01136
- Reynolds, George     1:18-cv-01672
- Williams, Dorothy R.     1:18-cv-02090
- Miller, Charlotte     1:18-cv-02637
- Cummings, Joy     1:18-cv-02699
- Muller, Susi     1:18-cv-02783
- Springs, Carrie     1:18-cv-03282
- Down, Richard John & Jill Ann     1:18-cv-03607
- Forsythe, Amanda     1:18-cv-04024
- Johnson, Vietta     1:19-cv-00537
- Rutledge, Russell     1:19-cv-00859
- Moore, Chris     1:19-cv-01653
- Nichols, Kimberly     1:19-cv-01690
- Lona, Jose     1:19-cv-01720
- Saiz, Gerald D.     1:19-cv-02129
- Sandidge, William     1:19-cv-02205
- Armstrong, William     1:19-cv-02318

**SO ORDERED** this _____ day of _____ 2019

Dated:_____

                                                       Hon. Richard L. Young
                                                       United States District Judge
                                                       Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.