# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**EXHIBIT A TO MOTION TO DISMISS**
**PLAINTIFF SCHEDULE**

| Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Svetlana Rachynska | 1:18-cv-03644 | 12/21/2018 | 6/17/2019 | 1 |
| Sherry M. Goehring | 1:19-cv-01576 | 5/20/2019 | 6/17/2019 | 2 |
| Rowena Henry | 1:19-cv-01607 | 6/11/2019 | 6/19/2019 | 3 |
| Paul Tinsley | 1:19-cv-01689 | 5/27/2019 | 6/19/2019 | 4 |
| Anthony DiBattista | 1:19-cv-01995 | 6/19/2019 | 6/27/2019 | 5 |
| Anthony Davis Jr. | 1:19-cv-01997 | 6/19/2019 | 7/15/2019 | 6 |
| Anthony Julien | 1:19-cv-02022 | 6/20/2019 | 6/27/2019 | 5 |
| Barbara Hosanna | 1:19-cv-02026 | 6/20/2019 | 7/18/2019 | 7 |
| Carl Martin | 1:19-cv-02027 | 6/20/2019 | 6/27/2019 | 5 |
| Carlton Hogan | 1:19-cv-02029 | 6/20/2019 | 6/27/2019 | 5 |
| Cynthia Hanners | 1:19-cv-02031 | 6/20/2019 | 7/18/2019 | 7 |
| Darlene Rushton | 1:19-cv-02033 | 6/20/2019 | 6/27/2019 | 5 |
| Sara Holst | 1:19-cv-02077 | 6/24/2019 | 7/15/2019 | 8 |
| Andrew Bender | 1:19-cv-02099 | 6/24/2019 | 7/15/2019 | 8 |
| Mildred Massengill | 1:19-cv-02102 | 6/24/2019 | 7/15/2019 | 8 |
| Debbie Parker Hendryx | 1:19-cv-02119 | 6/28/2019 | 7/15/2019 | 6 |
| Joyce Webb | 1:19-cv-02143 | 6/28/2019 | 7/15/2019 | 6 |
| Kathryn Swope | 1:19-cv-02145 | 6/28/2019 | 7/15/2019 | 6 |
| Kenneth McFarlane | 1:19-cv-02149 | 6/28/2019 | 7/15/2019 | 6 |
| Lilian Aragon | 1:19-cv-02151 | 6/28/2019 | 7/15/2019 | 6 |
| Mary Bright | 1:19-cv-02153 | 6/28/2019 | 7/15/2019 | 6 |
| Monika Schonbeck | 1:19-cv-02186 | 7/1/2019 | 7/15/2019 | 6 |
| Paul Richard Howell | 1:19-cv-02193 | 7/1/2019 | 7/15/2019 | 6 |
| Petra Maisonet | 1:19-cv-02194 | 7/1/2019 | 7/15/2019 | 6 |
| Ricky Williams | 1:19-cv-02197 | 7/3/2019 | 7/15/2019 | 6 |
| Kimberly Robinson | 1:19-cv-02215 | 7/3/2019 | 7/15/2019 | 9 |

| | | | | |
|---|---|---|---|---|
| Christopher Wagner | 1:19-cv-02289 | 7/8/2019 | 7/15/2019 | 10 |
| Ronald Carlgren | 1:19-cv-02297 | 7/8/2019 | 7/15/2019 | 11 |
| Nancy Dube | 1:19-cv-02298 | 7/8/2019 | 7/15/2019 | 11 |
| Linda F. Hicks | 1:19-cv-02356 | 7/12/2019 | 7/18/2019 | 7 |
| William Bassett | 1:19-cv-02379 | 7/15/2019 | 7/18/2019 | 7 |
| Timothy Cox | 1:19-cv-02380 | 7/15/2019 | 7/18/2019 | 12 |
| Juan Corsino | 1:19-cv-02425 | 7/15/2019 | 7/18/2019 | 13 |
| Jesusa Gonzalez Perez | 1:19-cv-02136 | 6/28/2019 | 7/15/2019 | 6 |
| William Carson | 1:19-cv-02238 | 7/5/2019 | 7/15/2019 | 6 |