UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) ) |
| This Document Relates to: | ) |

1:18-cv-03644; 1:19-cv-01576; 1:19-cv-01607; 1:19-cv-01689;
1:19-cv-01995; 1:19-cv-01997; 1:19-cv-02022; 1:19-cv-02026;
1:19-cv-02027; 1:19-cv-02029; 1:19-cv-02031; 1:19-cv-02033;
1:19-cv-02077; 1:19-cv-02099; 1:19-cv-02102; 1:19-cv-02119;
1:19-cv-02143; 1:19-cv-02145; 1:19-cv-02149; 1:19-cv-02151;
1:19-cv-02153; 1:19-cv-02186; 1:19-cv-02193; 1:19-cv-02194;
1:19-cv-02197; 1:19-cv-02215; 1:19-cv-02289; 1:19-cv-02297;
1:19-cv-02298; 1:19-cv-02356; 1:19-cv-02379; 1:19-cv-02380;
1:19-cv-02425; 1:19-cv-02136; 1:19-cv-02238.

**PROPOSED ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") has not been submitted.

Accordingly, Cook's Motion to Dismiss is **GRANTED** as to the following cases:

1. Svetlana Rachynska      1:18-cv-03644

2. Sherry M. Goehring      1:19-cv-01576

3. Rowena Henry            1:19-cv-01607

4. Paul Tinsley            1:19-cv-01689

5. Anthony DiBattista      1:19-cv-01995

6. Anthony Davis Jr.       1:19-cv-01997

1

| | | |
|---|---|---|
| 7. | Anthony Julien | 1:19-cv-02022 |
| 8. | Barbara Hosanna | 1:19-cv-02026 |
| 9. | Carl Martin | 1:19-cv-02027 |
| 10. | Carlton Hogan | 1:19-cv-02029 |
| 11. | Cynthia Hanners | 1:19-cv-02031 |
| 12. | Darlene Rushton | 1:19-cv-02033 |
| 13. | Sara Holst | 1:19-cv-02077 |
| 14. | Andrew Bender | 1:19-cv-02099 |
| 15. | Mildred Massengill | 1:19-cv-02102 |
| 16. | Debbie Parker Hendryx | 1:19-cv-02119 |
| 17. | Joyce Webb | 1:19-cv-02143 |
| 18. | Kathryn Swope | 1:19-cv-02145 |
| 19. | Kenneth McFarlane | 1:19-cv-02149 |
| 20. | Lilian Aragon | 1:19-cv-02151 |
| 21. | Mary Bright | 1:19-cv-02153 |
| 22. | Monika Schonbeck | 1:19-cv-02186 |
| 23. | Paul Richard Howell | 1:19-cv-02193 |
| 24. | Petra Maisonet | 1:19-cv-02194 |
| 25. | Ricky Williams | 1:19-cv-02197 |
| 26. | Kimberly Robinson | 1:19-cv-02215 |
| 27. | Christopher Wagner | 1:19-cv-02289 |
| 28. | Ronald Carlgren | 1:19-cv-02297 |
| 29. | Nancy Dube | 1:19-cv-02298 |

| | | |
|---|---|---|
| 30. | Linda F. Hicks | 1:19-cv-02356 |
| 31. | William Bassett | 1:19-cv-02379 |
| 32. | Timothy Cox | 1:19-cv-02380 |
| 33. | Juan Corsino | 1:19-cv-02425 |
| 34. | Jesusa Gonzalez Perez | 1:19-cv-02136 |
| 35. | William Carson | 1:19-cv-02238 |

**SO ORDERED** this ____ day of August, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana