**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

149 Cases From Five States Listed in Exhibit A

---

**COOK DEFENDANTS' OMNIBUS MOTION FOR
SUMMARY JUDGMENT BASED ON APPLICABLE
STATUTE OF LIMITATIONS FROM FIVE STATES**

The Cook Defendants[1] ask the Court to dismiss the 149 cases filed by the Plaintiffs listed in the attached **Exhibit A** because the cases are time-barred under the applicable statutes of limitation in the Plaintiffs' respective home states, for the reasons set forth fully in the accompanying memorandum of law. The motion applies to 12 Alabama Plaintiffs, 7 Idaho Plaintiffs, 40 Michigan Plaintiffs, 59 Texas Plaintiffs, and 31 Virginia Plaintiffs,[2] and the factual grounds establishing that each of these cases is time-barred are summarized in Exhibit A.

The terms of dismissal should be the same as those recently used for the dismissal of Category 1 and Category 2 cases:

(1)   In cases where the filter has been removed, the dismissal should be with prejudice.

(2)   In cases where the filter remains placed in the plaintiff's body, the dismissal should be with prejudice as to all claims, injuries, complications, and outcomes alleged in

---

[1]   The defendants are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants").
[2]   The 149 plaintiffs listed in Exhibit A are referred to collectively as "Plaintiffs." As necessary, they are referred to in groups by their home state by adding the state to the term Plaintiffs (i.e. the "Alabama Plaintiffs").

US.124111301

- 2 -

Plaintiffs' short-form complaints, PPS forms, and Categorization Forms to date.  With respect to re-filing in the event of a future injury, the Court should allow re-filing only in the Southern District of Indiana within the applicable statute of limitations period.

                Respectfully submitted,

Dated:  August 2, 2019

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (#26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204-1750
Telephone:     (317) 237-0300
Facsimile:      (317) 237-1000
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802-2322
Telephone:     (260) 424-8000
Facsimile:      (260) 460-1700
Stephen.Bennett@FaegreBD.com

*Counsel for the Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, a copy of the foregoing motion was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*