**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

---

This Document Relates to:

    1:19-cv-02213
    1:19-cv-02756

---

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook
    Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook
    Medical"); and
    William Cook Europe ApS

Dated:  August 5, 2019             /s/ Andrea Roberts Pierson
                                  Andrea Roberts Pierson (# 18435-49)
                                  Kip S. M. McDonald (# 29370-49)
                                  FAEGRE BAKER DANIELS LLP
                                  300 North Meridian Street, Suite 2700
                                  Indianapolis, Indiana 46204
                                  Telephone: (317) 237-0300
                                  Facsimile: (317) 237-1000
                                  E-Mail:  andrea.pierson@faegrebd.com
                                  E-Mail:  kip.mcdonald@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.


/s/ Andrea Roberts Pierson