> APPROVED. Stipulation of dismissal filed on 5/21/19 pertaining to case 1-16-cv-996 and 1-16-cv-1001 is withdrawn.
> Dated: 8/05/2019
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br><br>Case No. 1:14-ml-2570-RLY-TAB |
| THIS DOCUMENT RELATES TO: | Judge Richard L. Young |
| *Plaintiff Brian Giddens*<br>Case No.: 1:16-cv-00996 | Magistrate Judge Tim A. Baker |
| *Plaintiff Lizabeth Layton*<br>Case No.: 1:16-cv-01001 | |

## WITHDRAWAL OF STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

Above-titled Plaintiffs withdraw the Stipulation of Dismissal (Dkt. 10743 in 1:14-ml-02570-RLY-TAB; Dkt. 73 in 1:16-cv-00996-RLY-TAB; Dkt. 74 in 1:16-cv-01001-RLY-TAB).

This Stipulation of Dismissal was filed in error.

Dated this 21st of May, 2019.                Respectfully submitted,

/s/ *Sindhu S. Daniel*
Sindhu S. Daniel
(NJ Bar No. 010711996)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel (214) 521-3605
Fax (214) 520-1181
sdaniel@baronbudd.com
ATTORNEY FOR PLAINTIFFS

-1-