IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

> BETTY BLEDSOE
> Civil Case No. 1:19-cv-01500-RLY-TAB
>
> DONALD DUNKLEBERG
> Civil Case No. 1:19-cv-01526-RLY-TAB

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING PLAINTIFFS' CLAIMS FOR FAILURE TO PRODUCE PLAINTIFF PROFILE SHEETS

COME NOW, Plaintiffs Betty Bledsoe and Donald Dunkleberg ("Plaintiffs"), by and through their counsel of record, and respectfully request that this Court reconsider the dismissal of their claims under Federal Rule of Civil Procedure 60(b) and reinstate their cases in this MDL. In support thereof, Plaintiffs state as follows:

1) Defendants' filed their Motion to Dismiss (Doc. 11227) on June 24, 2019, because Plaintiff Profile Sheets ("PPS") and other related documents had not been produced.

2) The deadline for filing a response to the Motion to Dismiss was on or about July 8, 2019.

3) As of July 8, 2019, the undersigned counsel did not have a basis for contesting Cook's Motion to Dismiss.

4) Plaintiffs' completed and verified PPSs, signed medical authorizations, and responsive documents, were submitted to Defendants via e-mail to CookFilterMDL@FaegreBD.com on July 11, 2019. A copy of the e-mails confirming PPS submission on July 11, 2019, is attached hereto as "Exhibit A."

5) On July 11, 2019, the undersigned counsel asked that defense counsel remove Plaintiffs from the proposed order of dismissal. A copy of this e-mail is attached as "Exhibit B."

6) On July 11, 2019, counsel for defendants indicated that he would see if Plaintiffs could be removed from the proposed order. A copy of this e-mail is attached as "Exhibit C."

7) The undersigned counsel did not file a response in opposition to Defendants' motion to dismiss because he believed the question of whether Plaintiffs' PPSs were served had already been resolved.

8) Because the deadline for filing a response in opposition had already passed, the undersigned counsel acknowledges that he should have sought leave of Court for an extension of time to file a response in opposition to Defendants' motion to dismiss.

9) This Court's order of dismissal (Doc. 11408) was entered on July 19, 2019, and Plaintiffs' cases were dismissed without prejudice for failure to produce PPSs.

10) In the time period since the Court entered the order of dismissal, the undersigned counsel met and conferred with defense counsel in an effort to determine whether Plaintiffs could file an unopposed motion for reinstatement of their cases based on the fact that the PPSs at issue were served on July 11, 2019.

11) As of the date of this motion, the undersigned counsel has not received an answer as to whether Defendants intend to oppose reinstatement of Plaintiffs' cases in this MDL.

12) Plaintiffs have complied with all other orders of the Court in this MDL, including service of Categorization Forms on May 22, 2019. A copy of the transmittal e-mail is attached hereto as "Exhibit D."

13) When balancing harm to the parties, dismissal of Plaintiffs' claims far outweighs any prejudice caused to the defendants by the delay in receipt of their PPSs.

WHEREFORE, based on the foregoing, Plaintiffs respectfully move this honorable Court to vacate its order granting dismissal and reinstate their cases in MDL 2570.

Dated: August 6, 2019

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
benbertram@bertramgraf.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

    /s/ Benjamin A. Bertram
*Attorney for Plaintiffs*