# **EXHIBIT D**

# Ben Bertram

| | |
|---|---|
| **From:** | Ben Bertram |
| **Sent:** | Wednesday, May 22, 2019 8:14 PM |
| **To:** | Cook Filter MDL; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Jeremy DeGraeve; Bianca Fennix; Kandy McKee |
| **Subject:** | Bertram & Graf - Cook IVC MDL - Case Categorization Submissions |
| **Attachments:** | Bertram & Graf_Cook MDL_Case Categorization Submissions_05-22-2019.zip |

Counsel:

Please find attached a zip folder containing categorization forms and records for claimants with cases filed prior to 5/03/2019.

If you encounter any issues opening the files/attachments, please let us know.

Thanks,

**Benjamin A. Bertram**
Attorney | Bertram & Graf, L.L.C.
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
benbertram@bertramgraf.com
www.bertramgraf.com

Office: 816.523.2205 | Direct: 816.595.1274 | Fax: 816.523.8258



The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call (816) 523-2205.