IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions:

Sara Holst, 1:19-cv-02077
Andrew Bender, 1:19-cv-02099

_____

## PLAINTIFFS' RESPONSE TO MOTION TO DISMISS (DOC. 11501)

Defendants ask the court to dismiss the Holst and Bender cases for failure to produce a completed PPS. Both Ms. Holst and Mr. Bender have each now produced completed a PPS as evidenced by Exhibits A and B.

Plaintiffs' delay in producing their PPSs was not due to recalcitrance, but rather health and logistic difficulties. The delay has not prejudiced Defendants in any way. Dismissing the cases would amount to a disproportionate and much too severe sanction.

For those reasons, Plaintiffs' ask the court to deny Defendants' motion to dismiss and retain these cases on the docket.

Dated: August 7, 2019

Respectfully submitted,

_____
Christopher T. Kirchmer
Provost Umphrey Law Firm, LLP
490 Park Street
Beaumont, TX 77701
(409) 835-6000
ckirchmer@pulf.com

**CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served via the court's ECF system August 7, 2019.

_____
Christopher T. Kirchmer