Exhibit A

**Send File**

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Holst - Typed PPS - 052419.PDF (427.70 KB)
- Deconess Hospital - Additional Medical.pdf (474.86 KB)
- Deconess Hospital - Medical.pdf (477.97 KB)
- Holst - Deaconess Hospital - Medical.pdf (311.42 KB)

©2000-2019 Accellion, Inc. All Rights Reserved.