Exhibit B

**Send File**

Your e-mail has been sent to **CookFilterMDL@faegrebd.com** with the following files:

- Bender - Cook PPS Typed - Signed.pdf (4,302.35 KB)
- Bender - Cook Auths - Signed.pdf (8,611.30 KB)
- Bender - Bingham Memorial Hospital Radiology - Medical.pdf (262.49 KB)
- Bender - Eastern Idaho Regional Medical Center - Medical.pdf (3,532.58 KB)
- Bender - Eastern Idaho Regional Medical Center 2 - Medica ....pdf (226.73 KB)

©2000-2019 Accellion, Inc. All Rights Reserved.