IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

## Order Granting PSC'S Motion to Strike Cook's Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations [sic] from Five States

This matter comes before the Court on the PSC's Motion to Strike Cook's "Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations [sic] from Five States," which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the PSC's motion is **granted**.

**It is therefore Ordered, Adjudged, and Decreed** that Cook's Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations (sic) from Five States, is **stricken** as of the date of this order.

**All of which is Ordered** _____.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.