# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-00950-RLY-TAB
    James E. Crumb

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby suggests upon the record the death of Plaintiff James E. Crumb. Upon information and belief, Plaintiff James E. Crumb died on or about February 17, 2018.

Dated: August 9, 2019

                        Respectfully submitted,

                        KASDAN LIPPSMITH WEBER TURNER LLP

                        */s/ Graham B. LippSmith*
                        Graham B. LippSmith
                        360 East 2nd Street, Suite 300
                        Los Angeles, CA 90012
                        Telephone: (213) 254-4800
                        Fax: (213) 254-4801

glippsmith@klwtlaw.com

*Counsel for Plaintiff James E. Crumb*

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, a copy of the foregoing **NOTICE OF SUGGESTION OF DEATH** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that a copy of the **NOTICE OF SUGGESTION OF DEATH** was served on the following persons addressed as follows:

☑ (BY MAIL) I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

Kristen Granito
Syracuse, NY

Kristen Granito
Syracuse, NY

Korie Crumb
Syracuse, NY

Alex Crumb
Syracuse, NY

*/s/ Graham B. LippSmith*
Graham B. LippSmith

3