# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

    1:18-cv-03274-RLY-TAB
    Roy G. Mosier

## **NOTIFICATION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the honorable Court and all parties of the death of Plaintiff Roy G. Mosier. Based on information and belief, Mr. Mosier died on or about December 8, 2018. A copy of Plaintiff's Death Certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto as Exhibit 1.

Dated: August 9, 2019

                          Respectfully submitted,

                          KASDAN LIPPSMITH WEBER TURNER LLP

                          */s/ Graham B. LippSmith*
                          Graham B. LippSmith
                          360 East 2nd Street, Suite 300
                          Los Angeles, CA 90012

       Telephone: (213) 254-4800
       Fax: (213) 254-4801
       glippsmith@klwtlaw.com

       *Counsel for Plaintiff Roy G. Mosier*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2019, a copy of the foregoing **NOTIFICATION OF DEATH** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that a copy of the **NOTIFICATION OF DEATH** was served on the following persons addressed as follows:

☑ (BY MAIL) I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

Melissa Mosier

Midland, TX

☑ (BY ELECTRONIC SERVICE) I caused the documents to be sent to the persons at their electronic notification addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Melissa Mosier

Joshua Mosier



*/s/ Graham B. LippSmith*
Graham B. LippSmith

3