# EXHIBIT 1

# MISSOURI DEPARTMENT OF HEALTH AND SENIOR SERVICES
## CERTIFICATE OF DEATH

VS 300 MO 580-2211 (1-10)

**STATE FILE NUMBER:** 124 -

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | ROY GLENN MOSIER |
| 2. SEX | MALE |
| 3. IF FEMALE, LAST NAME PRIOR TO FIRST MARRIAGE | |
| 4. ACTUAL OR PRESUMED DATE OF DEATH | DECEMBER 08, 2018 |
| 5. SOCIAL SECURITY NUMBER | ███-2858 |
| 6a. AGE — Last Birthday (Years) | 56 |
| 7. DATE OF BIRTH | ███, 1962 |
| 8. BIRTHPLACE | FORT BEND, TEXAS |
| 9a. RESIDENCE (COUNTRY) | UNITED STATES |
| 9a. (STATE) | MISSOURI |
| 9b. COUNTY | BATES |
| 9c. CITY, TOWN OR LOCATION | BUTLER |
| 9d. STREET AND NUMBER | ███ |
| 9e. APARTMENT NO. | |
| 9f. ZIP CODE | 64730 |
| 9g. INSIDE CITY LIMITS? | ☒ Yes   ☐ No |
| 10. WAS DECEDENT EVER IN U.S. ARMED FORCES? | ☒ Yes   ☐ No |
| 11. MARITAL STATUS | ☒ Divorced |
| 12. SURVIVING SPOUSE'S NAME | |
| 13. FATHER'S NAME | E.J. MOSIER |
| 14. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | LINDA KENDRICK |
| 15a. INFORMANT'S NAME | MELISSA MOSIER |
| 15b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 15c. MAILING ADDRESS | ███ |

**16. PLACE OF DEATH:** ☒ Inpatient

| Field | Value |
|---|---|
| 17. FACILITY NAME | RESEARCH MEDICAL CENTER |
| 18. CITY OR TOWN, STATE AND ZIP CODE | KANSAS CITY, MISSOURI 64132 |
| 19. COUNTY OF DEATH | JACKSON |
| 20a. METHOD OF DISPOSITION | ☒ Cremation |
| 20b. DATE OF DISPOSITION | DECEMBER 15, 2018 |
| 21. PLACE OF DISPOSITION | MAINLAND CREMATORY |
| 22. LOCATION | HITCHCOCK, TEXAS |
| 23. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | KANSAS CITY FUNERAL DIRECTORS INC, 4880 SHAWNEE DR, KANSAS CITY, KANSAS 66106 |
| 24. SIGNATURE OF FUNERAL SERVICE LICENSEE | MARY JO ESPEY (signed) |
| 25. FUNERAL ESTABLISHMENT LICENSE NUMBER | 0000KS-501 |
| 26. ACTUAL OR PRESUMED TIME OF DEATH | 11:39 AM |
| 27. WAS MEDICAL EXAMINER/CORONER CONTACTED? | ☒ Yes |

### 28. CAUSE OF DEATH

**PART I.**
- a. IMMEDIATE CAUSE: Pulmonary emboli
- b. Due to: Acute Renal Failure
- c. Due to: Diabetic
- d. Due to: Sepsis

| Field | Value |
|---|---|
| 29. WAS AN AUTOPSY PERFORMED? | ☒ No |
| 30. WERE AUTOPSY FINDINGS AVAILABLE? | |
| 31. DID TOBACCO USE CONTRIBUTE TO DEATH? | ☒ Probably |
| 33. MANNER OF DEATH | ☒ Natural |
| 41. CERTIFIER | ☒ Certifying Physician |
| 42. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | Samer El-Dirani, 2316 E. Meyer Blvd #348, KCMO 64132 |
| 43. TITLE OF CERTIFIER | MD |
| 44. CERTIFIER MO LICENSE NUMBER | 2007012283 |
| 45. CERTIFIER NPI NUMBER | 1891996039 |
| 46. DATE CERTIFIED | 1/14/2019 |
| 47. REGISTRAR'S SIGNATURE | Clifford A. Denaus - CW (signed) |
| 48. DATE FILED | January 18, 2019 |
| 49. DECEDENT'S EDUCATION | ☒ High school graduate or GED completed |
| 50. DECEDENT OF HISPANIC ORIGIN? | ☒ No, not Spanish/Hispanic/Latino |
| 51. DECEDENT'S RACE | ☒ White |