IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:19-cv-02360 | 1:19-cv-02793 |
| 1:19-cv-02389 | 1:19-cv-02839 |
| 1:19-cv-02390 | 1:19-cv-02857 |
| 1:19-cv-02721 | 1:19-cv-02858 |
| 1:19-cv-02722 | 1:19-cv-02865 |
| 1:19-cv-02744 | 1:19-cv-02866 |
| 1:19-cv-02791 | 1:19-cv-02871 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

　　I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

　　Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
　　Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
　　William Cook Europe ApS

Dated:  August 12, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson