IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>**Kimberly Jo Champagne-Hernandez**<br>Civil Case #  1-17-cv-435 | |

## MOTION TO WITHDRAW APPEARANCES

COME NOW Randall H. Stefani and Emily Kolbe of the law firm of Ahlers & Cooney, P.C. and Jeffrey D. Lipman of the Lipman Law Firm and moves the Court to withdraw their appearances on behalf of Plaintiff Kimberly Jo Champagne-Hernandez.  On October 3, 2018, counsel advised Plaintiff that they would be filing a stipulation for dismissal with prejudice and that consequently their representation of Plaintiff would be concluded upon the filing of that dismissal.  Counsel filed a stipulation for dismissal on October 25, 2019 and Plaintiff's case was dismissed with prejudice on November 27, 2018.  A proposed order is attached for the Court's convenience.

1

Dated this 14th day of August, 2019.

        /s/ Randall H. Stefani
Randall H. Stefani
Emily A. Kolbe
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309
Telephone:  515-243-7611
Facsimile:   515-243-2149
Email:       rstefani@ahlerslaw.com
                ekolbe@alerslaw.com

        /s/  Jeffrey M. Lipman
Jeffrey M. Lipman
Lipman Law Firm
1454 30th Street, Suite 205
West Des Moines, IA 50266
Telephone:  515-276-3411
Facsimile:   515-276-3736
Email:       lipmanlawfirm@aol.com

ATTORNEYS FOR PLAINTIFF
KIMBERLY JO CHAMPAGNE
HERNANDEZ

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notifications of such filings to all attorneys of record.

        /s/ Randall H. Stefani
Randall H. Stefani

01619122-1\99500-250