IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>**Kimberly Jo Champagne-Hernandez**<br>Civil Case #  1-17-cv-435 | |

## ORDER GRANTING WITHDRAWAL OF APPEARANCES

This matter having come before the Court upon the Motion to Withdraw Appearances of Randall H. Stefani and Emily Kolbe of the law firm of Ahlers & Cooney, P.C. and Jeffrey D. Lipman of the Lipman Law Firm, the Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that the appearances of Randall H. Stefani and Emily Kolbe of the law firm of Ahlers & Cooney, P.C. and Jeffrey D. Lipman of the Lipman Law Firm on behalf of Plaintiff Kimberly Jo Champagne-Hernandez shall be withdrawn.

Dated this _____ day of _____, 2019.

                                                      United States Magistrate Judge
                                                      Southern District of Indiana

01621258-1\99500-250