IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

<u>BENJAMIN MONROE</u>

Civil Case 1:16-cv-03165-WTL-MJD

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFF ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiff ONLY hereby provides notice of his voluntary dismissal without prejudice:

Benjamin Monroe

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: August 14, 2019

Respectfully Submitted,

*/s/ Amir M. Kahana, Esq.*
Amir M. Kahana (SBN 218149)
Kahana Law, P.C.
2603 Main Street, Suite 350
Irvine, CA 92614
T:   949.812.4781
F:   949.245.7597

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                              */s/ Amir M. Kahana, Esq.*