## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS, MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 MDL<br><br>JUDGE RICHARD YOUNG |
| This Document Relates to:<br>Case No. 1:17-cv-606<br>Ningard v. Cook Inc., et al. | |

## NOTICE AND SUGGESTION OF DEATH OF
## PLAINTIFF RALPH NINGARD

Undersigned counsel, pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Ralph Ningard, which occurred on or about March 22, 2018.

Dated: August 16, 2019

>   */s/ Richard W. Schulte*
>   Richard W. Schulte (Ohio Bar #0066031)
>   Wright & Schulte, LLC
>   865 S. Dixie Dr.
>   Vandalia, Ohio 45377
>   (937) 435-7500
>   Fax: (937) 435-7511
>   Email: rschulte@yourlegalhelp.com
>
>   *Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2019, I electronically transmitted the attached documents to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Richard W. Schulte*
Richard W. Schulte
