AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| PAMELA BROWN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-699 |
| COOK MEDICAL, INC. ET AL. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PAMELA BROWN                                                                                                     .

Date:   08/16/2019                                                     /s/Devin A. Lowell
                                                                                 *Attorney's signature*

                                                               DEVIN A. LOWELL #LA36555
                                                                   *Printed name and bar number*

                                                                         650 POYDRAS ST.
                                                                            STE. 2150
                                                                     NEW ORLEANS, LA 70130
                                                                                 *Address*

                                                                  dlowell@murray-lawfirm.com
                                                                             *E-mail address*

                                                                          (504) 525-8100
                                                                          *Telephone number*

                                                                          (504) 584-5249
                                                                             *FAX number*