**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS, MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 MDL<br>JUDGE RICHARD YOUNG |
| This Document Relates to:<br>Case No. 1:17-cv-606<br>Ningard v. Cook Inc., et al. | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

Counsel, under Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Nancy Ningard on behalf of her deceased husband, Ralph Ningard.

1. Ralph Ningard filed a products liability lawsuit against Defendants on February 25, 2017, in the Southern District of Indiana – Indianapolis Division.

2. On March 27, 2017, Plaintiff's counsel served Cook Inc. with a Plaintiff Profile Sheet that listed Nancy Ningard as Ralph Ningard's spouse.

3. On August 16, 2019, Plaintiff's counsel filed and served a Notice of Suggestion of Death.

4. Nancy Ningard, surviving spouse of Ralph Ningard, is a proper party to substitute for Plaintiff-decedent Ralph Ningard and has proper capacity to move forward with the surviving products liability lawsuit on his behalf. Under Fed.R.Civ.P.25(a)(1), if a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent s successor or representative.

5. Nancy Ningard further seeks leave to file the attached short form complaint to substitute herself as Plaintiff on behalf of Plaintiff-decedent Ralph Ningard. Also,

Nancy Ningard seeks leave and to add survival action claims to the Amended Complaint. Ralph Ningard did not pass away until after the original filing of the Complaint; therefore, the survival action claims could not be made until this time. (see Amended Short Form Complaint, attached here as Exhibit 1).

6. Based on the above, Nancy Ningard requests that this Court grant her request for substitution as Plaintiff in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Short Form Complaint.

Dated: August 16, 2019

*/s/ Richard W. Schulte*
Richard W. Schulte (Ohio Bar #0066031)
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, Ohio 45377
(937) 435-7500
Fax: (937) 435-7511
Email: rschulte@yourlegalhelp.com

***Attorney for Plaintiff(s)***

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2019, I electronically transmitted the attached documents to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Richard W. Schulte*
Richard W. Schulte