IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff(s)
Nancy Ningard Individually and as Executor of the
Estate of Ralph Ningard

Civil Case # 1:17-cv-606

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Ralph Ningard - Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Nancy Ningard - Executor

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Ohio

6. Plaintiff's/Deceased Party's current state of residence:
   Ohio

7. District Court and Division in which venue would be proper absent direct filing:
   Northern District of Ohio - Eastern Division at Cleveland

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☑ Other: Direct Filing

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
      Paragraphs 6 through 28.

   b. Other allegations of jurisdiction and venue:
      Pursuant to this Court's order, Plaintiff has authority to directly file into this Court.

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - [✓] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other: _____

11. Date of Implantation as to each product:

    4/4/2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Fairview Hospital - Cleveland, OH

13. Implanting Physician(s):

    Daniel McLaughlin, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [✓] Count I:     Strict Products Liability – Failure to Warn
    - [✓] Count II:    Strict Products Liability – Design Defect
    - [✓] Count III:   Negligence
    - [✓] Count IV:    Negligence Per Se

3

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable __Ohio__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☑ Count X: Survival

☑ Count XI: Punitive Damages

☑ Other: __O.R.C. Claims__ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

These below claims are supported by facts in the master complaint. Defective Manufacturing Pursuant to O.R.C. Section 2307.74; Design Defect Pursuant to O.R.C. Section 2307.75; Defective Product Due to Inadequate Warning Pursuant to O.R.C. 2307.76; Non-Conformance With Representations Pursuant to O.R.C. 2307.77; Ohio Statutory Warranties pursuant to O.R.C. 1302.27 and O.R.C. 1302.28., The Ohio Survival Act Pursuant to O.R.C. 2305.21.

15. Attorney for Plaintiff(s):

   Richard W. Schulte; Joseph A. Osborne

16. Address and bar information for Attorney for Plaintiff(s):

4

Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, Ohio 45377
Ohio Bar No.: 0066031

Joseph A. Osborne
Osborne & Francis Law Firm, P.A.
Plaza Real, Suite 271
Boca Raton, FL 33432
Florida Bar No.: 880043

Respectfully submitted,

/s/ *Richard W. Schulte*
Richard W. Schulte (Ohio Bar #0066031)
WRIGHT & SCHULTE, LLC
865 S. Dixie Dr.
Vandalia, Ohio 45377
(937) 435-7500
Fax: (937) 435-7511
Email:rschulte@yourlegalhelp.com


/s/ *Joseph A. Osborne*
Joseph A. Osborne (Florida Bar #880043)
OSBORNE & FRANCIS LAW FIRM, P.A.
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600
Fax:  (561) 923-8100
Email:  josborne@realtoughlawyers.com

*Attorneys for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

    I hereby certify that on  August    16 ,   2019   , a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Richard W. Schulte*
Richard W. Schulte
