# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS, MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 MDL<br>JUDGE RICHARD YOUNG |

This Document Relates to:
Case No. 1:17-cv-606
Ningard v. Cook Inc., et al

## [Proposed] ORDER

IT IS ORDERED that the Motion to Substitute Party and for leave to amend the Short Form Complaint filed by Nancy Ningard is hereby GRANTED, and the Clerk of the Court is directed to file the Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2019.

 

Honorable Judge Richard L. Young
United States District Court Judge