IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This document relates to:
PAMELA BROWN
Civil Case No. 1:17-cv-00699

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby suggests upon the record the death of Plaintiff Pamela Brown. Upon information and belief, Plaintiff Pamela Brown died on or about November 21, 2018.

Dated: August 16, 2019

    Respectfully submitted,

    MURRAY LAW FIRM
    */s/ Devin A. Lowell*
    Devin A. Lowell (LA Bar No. 36555)
    Stephen B. Murray, Jr. (LA Bar No. 23877)
    650 Poydras Street, Suite 2150
    New Orleans, Louisiana 70130
    (504) 525-8100
    dlowell@murray-lawfirm.com
    smurrayjr@murray-lawfirm.com
    *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Devin A. Lowell*