IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:18-cv-00877 Russell, Lashan

## PLAINTIFF'S MOTION TO WITHDRAW STIPULATION OF DISMISSAL OF CATEGORY 2 CASES AS IT RELATES TO LASHAN RUSSELL

1. On May 20, 2019, numerous plaintiffs, represented by the undersigned, along with the Cook defendants filed a Stipulation of Dismissal without prejudice with the Court as to several cases that have been deemed category 2 cases.

2. Undersigned would now like to withdraw the Stipulation of Dismissal as it relates to plaintiff, Lashan Russell only.

3. The categorization of Mrs. Russell's claim as a category 2 is questionable.  Mrs. Russell is now deceased and her interests and those of her surviving spouse would be better served with maintaining the existing suit.

4. Undersigned intends to file a Suggestion of Death and Motion to Substitute Party into the existing suit.

5. Accordingly, Plaintiff respectfully moves to withdraw the Stipulation of Dismissal as it specifically relates to Lashan Russell, subject to filing a Suggestion of Death and Motion to Substitute Party.

Dated:  August 16, 2019                                             Respectfully submitted,

/s/Amanda L. Washington
Amanda L. Washington
**McGlynn, Glisson, & Mouton**
340 Florida Street
Baton Rouge, LA 70801
Phone: (225) 344-3555
Fax: (225) 228-2294
Email: Amanda@mgmattorneys.com

**Attorney for Plaintiff**

### CERTIFICATE OF SERVICE

On this 16th day of August 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Amanda L. Washington
Amanda L. Washington