IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:18-cv-00877 Russell, Lashan

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW STIPULATION OF DISMISSAL

Having reviewed Counsel's Motion to Withdraw Stipulation of Dismissal as it relates to Plaintiff, Lashan Russell:

IT IS HEREBY ORDERED that the Motion to Withdraw the Stipulation of Dismissal as to Lashan Russell is GRANTED.

IT IS SO ORDERED THIS _____ day of _____, 2019.

_____
HON. RICHARD L. YOUNG
UNITED STATES DISTRICT JUDGE