IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS                 Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                        MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiffs:

1:18-cv-00877 Russell, Lashan
_____

### NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF LASHAN RUSSELL

Plaintiff Lashan Russell, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Lashan Russell, which occurred on September 23, 2018. Plaintiff respectfully informs this Court that a Motion to Substitute Party will be filed by the appropriate representative of Lashan Russell's estate.

Dated:  August 16, 2019                                  Respectfully submitted,


                                                         /s/Amanda L. Washington_____
                                                         Amanda L. Washington
                                                         **McGlynn, Glisson, & Mouton**
                                                         340 Florida Street
                                                         Baton Rouge, LA 70801
                                                         Phone: (225) 344-3555
                                                         Fax: (225) 228-2294
                                                         Email: Amanda@mgmattorneys.com

                                                         **Attorney for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

On this 16th day of August 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Amanda L. Washington
Amanda L. Washington