THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101  2018-37504

| # | Field | Value |
|---|---|---|
| 1 | DECEASED LEGAL NAME | Lashan Sherrie Russell |
| 2 | DATE AND TIME OF DEATH | Sep 23, 2018 |
| 3 | ALIAS NAME (IF ANY) | None Given |
| 4 | DATE AND TIME PRONOUNCED DEAD | Sep 23, 2018  0238 |
| 5 | COUNTY OF DEATH | Coffee |
| 6 | CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Enterprise, 36330 |
| 7 | PLACE OF DEATH | 114 Yellowleaf Drive |
| 8 | SEX | Female |
| 9 | LAST NAME PRIOR TO FIRST MARRIAGE | Cain |
| 10 | SERVED IN ARMED FORCES | No |
| 11 | AGE | 48 |
| 12 | DATE OF BIRTH | (redacted) |
| 13 | BIRTHPLACE | Alabama |
| 14 | SOCIAL SECURITY NUMBER | (redacted) |
| 15 | MARITAL STATUS | Married |
| 16 | SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | Herbert R Russell |
| 17 | RESIDENCE STATE | Alabama |
| 18 | RESIDENCE COUNTY | Coffee |
| 19 | CITY, TOWN OR LOCATION AND ZIP CODE | Enterprise, 36330 |
| 20 | STREET ADDRESS | 114 Yellowleaf Drive |
| 21 | INFORMANT NAME, RELATIONSHIP AND ADDRESS | Herbert R Russell, Husband, 114 Yellowleaf Drive, Enterprise, AL 36330 |
| 22 | FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | James A Cain |
| 23 | MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Reather Scott |
| 24 | DISPOSITION OF BODY | Burial |
| 25 | CEMETERY OR CREMATORY | Evergreen Cemetery |
| 26 | LOCATION | Elba, Alabama |
| 27 | DATE OF DISPOSITION | Sep 29, 2018 |
| 28 | FUNERAL DIRECTOR | Gregory Sowell Jr |
| 29 | LICENSE NUMBER | 05714 |
| 30 | DATE SIGNED | Sep 26, 2018 |
| 31 | FUNERAL HOME NAME AND ADDRESS | Coleman Funeral Home Enterprise, 701 Daleville Ave, Enterprise, AL 36330 |
| 33 | MEDICAL CERTIFICATION | X CORONER |
| 34 | NAME | Robert Preachers, Coroner |
| 36 | DATE SIGNED | Sep 25, 2018 |
| 37 | ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 1708 W College Ave, Enterprise, Alabama 36330 |
| 38 | REGISTRAR | Nicole Henderson Rushing |
| 39 | DATE FILED | Sep 26, 2018 |

## CAUSE OF DEATH

| 40 | PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH | INTERVAL |
|---|---|---|
| IMMEDIATE CAUSE A | Congestive Heart Failure | Unknown |
| DUE TO B | | |
| DUE TO C | | |
| DUE TO D | | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH

| 42 MANNER OF DEATH | 43 PREGNANT (IF FEMALE) | 44 AUTOPSY | 45 FINDINGS CONSIDERED | 46 TOXICOLOGY | 47 FINDINGS CONSIDERED | 48 TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | Not within last year | No | | No | | Unknown |

49. HOW INJURY OCCURRED

| 50 DATE AND TIME OF INJURY | 51 INJURY AT WORK | 52 IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|
| | | |

| 53 PLACE OF INJURY | 54 LOCATION OF INJURY |
|---|---|
| | |

ADPH HS E2/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2018-479-389-7

November 28, 2018

Nicole H. Rushing
Nicole Henderson Rushing
State Registrar of Vital Statistics