UNITED STATES DISTRICT COURT
SOUTHERN DISTRIT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master File No. 1:14-ml-2570<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br><br>*Paul Smith v. Cook Inc., et al.,*<br><br>Case No.: 1:17-cv-01026 | |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of the action bearing the case number 1:17-cv-01026, *Paul Smith v. Cook, Inc., et al*, **without prejudice**. The aforementioned case is duplicative of a previously filed action, case number 1:18-cv-00829[1], which Plaintiff will continue to pursue.

All parties shall bear their own fees and costs.

---

[1] This action was originally included as part of the multi-Plaintiff action of Kenyon A. Collins, et al. v. Cook Group, Inc., et al., No. 1:17-cv-6065-RLY-TAB, with the Short Form Complaint filed pursuant to the Court's Order of January 18, 2018, No.: 1:14-ml-02570-RLY-TAB, CM/ECF Doc. 7507.

| | |
|---|---|
| **CURTIS LAW GROUP** | **FAEGRE BAKER DANIELS LLP** |
| */s/ William Curtis* | |
| William B. Curtis | */s/ Andrea Roberts Pierson* |
| 12225 Greenville Ave. | Andrea Roberts Pierson |
| Suite 750 | Kip McDonald |
| Dallas, TX 75243 | 300 North Meridian Street |
| 214/890-1000 (T) | Suite 2700 |
| 214/890-1010 (F) | Indianapolis, IN 46204 |
| bcurtis@curtis-lawgroup.com | Andrea.Pierson@FaegreBD.com |
| | Kip.McDonald@FaegreBD.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF Filing System this 16th day of August, 2019.

*/s/William Curtis*
William B. Curtis