IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Aimee Kerr, 1:16-cv-02659

### PLAINTIFF'S RESPONSE TO COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT (DOC. 11502)

Comes now Plaintiff Aimee Kerr in response to Defendants Cook et al. and advises this Court that upon review of additional information obtained through the course of discovery, Plaintiff is unable to offer facts or argument in opposition to Defendant's Motion for Summary Judgment on statute of limitation grounds.

DATED: August 16, 2019.

Respectfully submitted,

 */s/ Matthew D. Schultz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Matthew D. Schultz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)