UNITED STATES DISTRICT COURT
SOUTHERN DISTRIT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master File No. 1:14-ml-2570<br>MDL No. 2570 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Paul Smith v. Cook Inc., et al.,*<br><br>Case No.: 1:18-cv-00829 | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The Court should deny as moot Defendants' Motion to Dismiss Duplicative Filings (CM/ECF 11498) as it pertains to the above referenced action (1:18-cv-00829). Following the filing of Defendants' Motion, the parties stipulated to the dismissal, without prejudice, of the other action at issue for Plaintiff Paul Smith, case number 1:17-cv-01026 (See CM/ECF Doc. 11552). Plaintiff will continue to pursue the current case (1:18-cv-00829). As this action is no longer duplicative of any other pending actions, the Court should deny Defendants' Motion.

/s/Michael S. Kruse
Michael S. Kruse, E.D. Mo. Bar # 57818
**NIEMEYER, GREBEL & KRUSE, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
Telephone: (314) 241-1919
Facsimile: (314) 665-3017
kruse@ngklawfirm.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF Filing System this 16th day of August, 2019.

/s/Michael S. Kruse