## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No.: 1:14-ml-2570-RLY-TAB **MDL 2570** |

**This document relates to Plaintiffs:**

Ronald Carlgren, 1:19-cv-02297
Timothy Cox, 1:19-cv-02380
Nancy Dube, 1:19-cv-02298

### RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COMES NOW the above Plaintiffs by and through their counsel, and respectfully request that this honorable court deny Defendants' Motion to Dismiss (Documents 11501) pursuant to Third Case Management Order No. 3 based on the following:

Each plaintiff is dealing with a separate hardship and thus was not able to return PPS in timely fashion.   Plaintiff Profile Sheets for all three Plaintiffs referenced above have been served on Defendants, see attached Exhibit 1.   While defendants will not suffer any prejudice by the late submission, Plaintiffs may be irreparably harmed if their cases are dismissed.

Based upon the above, Plaintiffs' request the Defendants' Motion to Dismiss be denied.

Dated: August 16, 2019

Respectfully submitted,

**FEARS | NACHAWATI, PLLC**

/s/ Arati Furness_____
**Arati Furness**
TX Bar No. 24094382
**Matthew R. McCarley**
TX Bar No. 24041426
5473 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711

Facsimile: (214) 890-0712
afurness@fnlawfirm.com
mccarley@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, copy of the foregoing Response to Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.


Dated: August 16, 2019                                      /s/ Arati Furness_____
                                                            Arati Furness