# EXHIBIT 1

| | |
|---|---|
| **From:** | Arati Furness |
| **To:** | SeTerra Carr |
| **Subject:** | FW: CALGREN et al v. COOK INCORPORATED et al (1:19-cv-02297-TWP-TAB) |
| **Date:** | Friday, August 16, 2019 2:56:00 PM |
| **Attachments:** | Carlgren, Ronald - PID.pdf |
| | Carlgren, Ronald - PPS.pdf |
| | Carlgren, Ronald - Op Docs.pdf |

**From:** Gloria Daniel <gdaniel@fnlawfirm.com>
**Sent:** Friday, August 16, 2019 1:50 PM
**To:** CookFilterMDL@FaegreBD.com; Arati Furness <afurness@fnlawfirm.com>; Matthew McCarley <mccarley@fnlawfirm.com>
**Cc:** Tammy Covert <tcovert@fnlawfirm.com>
**Subject:** CALGREN et al v. COOK INCORPORATED et al (1:19-cv-02297-TWP-TAB)

Dear Counsel -

Please see the attached Plaintiff Profile Sheet and medical records for the above referenced case.

Sincerely,

**Gloria Daniel**
Legal Assistant
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
Ph: 469.828.6207
F: 214.890.0712

www.fnlawfirm.com

| | |
|---|---|
| **From:** | Gloria Daniel |
| **To:** | CookFilterMDL@FaegreBD.com; Arati Furness; Matthew McCarley |
| **Cc:** | Tammy Covert |
| **Subject:** | COX v. COOK INCORPORATED et al (1:19-cv-02380-SEB-TAB) |
| **Date:** | Friday, August 16, 2019 3:41:35 PM |
| **Attachments:** | Cox, Timothy - PID.pdf |
| | Cox, Timothy - PPF.pdf |
| | Cox, Timothy - Op Docs.pdf |

Dear Counsel -

Please see the attached Plaintiff Profile Sheet and medical records for the above referenced case.

Thank you,

**Gloria Daniel**

Legal Assistant

Fears Nachawati Law Firm

5473 Blair Road

Dallas, TX 75231

Ph: 469.828.6207

F: 214.890.0712

www.fnlawfirm.com

| | |
|---|---|
| **From:** | Gloria Daniel |
| **To:** | Arati Furness; SeTerra Carr |
| **Subject:** | FW: DUBE v. COOK INCORPORATED et al (1:19-cv-02298-TWP-MJD) |
| **Date:** | Friday, August 16, 2019 2:56:15 PM |
| **Attachments:** | Dube, Nancy - PID.pdf |
| | Dube, Nancy - PPS.pdf |
| | Dube, Nancy - Op Report.pdf |

**Gloria Daniel**

Legal Assistant

Fears Nachawati Law Firm

5473 Blair Road

Dallas, TX 75231

Ph: 469.828.6207

F: 214.890.0712

www.fnlawfirm.com

---

**From:** Gloria Daniel
**Sent:** Friday, August 16, 2019 2:15 PM
**To:** 'CookFilterMDL@FaegreBD.com' <CookFilterMDL@FaegreBD.com>; Arati Furness <afurness@fnlawfirm.com>; Matthew McCarley <mccarley@fnlawfirm.com>
**Cc:** Tammy Covert <tcovert@fnlawfirm.com>
**Subject:** DUBE v. COOK INCORPORATED et al (1:19-cv-02298-TWP-MJD)

Dear Counsel -

Please see the attached Plaintiff Profile Sheet and medical records for the above referenced case.

Thank you,

**Gloria Daniel**

Legal Assistant

Fears Nachawati Law Firm

5473 Blair Road

Dallas, TX 75231

Ph: 469.828.6207

F: 214.890.0712

www.fnlawfirm.com