IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION _____ | ) NO. 1:14-ml-2570-RLY-TAB ) MDL No. 2570 ) ) ) ) ) |
| This document Relates to Plaintiff: JUSTIN ROSE | ) ) ) |
| Civil Case No. 1:18-cv-01410 _____ | ) ) ) |

## PLAINTIFF'S *REPLY* TO COOK DEFENDANTS' OMNIBUS RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REINSTATE

Plaintiff, Justin Rose, by and through counsel undersigned, hereby submits his reply memorandum to The Cook Defendants' Supplemental Omnibus Response In Opposition To Plaintiffs' Motions For Reconsideration And/Or Vacation.

Plaintiff Justin Rose's case does not apply to the majority of defendants' response. In Section II, defendants discuss the affidavit and relief to those cases. Mr. Rose's case was not included in that affidavit because he was not missing a case categorization form. To be clear, as of the date of the Court's order dismissing his case, Mr. Rose had *fully* complied with defendants' requests. All records, imaging studies, and the case categorization form had been submitted. Defense counsel had stated that once those documents were received, Mr. Rose's case would be removed from the dismissal list. Defendants received the missing records the same day plaintiff received them from the hospital, but defendants did not remove Mr. Rose's case from the dismissal list prior to the Court's order.

While it is defendants' position that plaintiffs who did not provide the necessary documents should be dismissed, Mr. Rose's case is an exception. It took a lengthy amount of time to obtain Mr. Rose's records, and the very hour they were received, the records were provided to defendants. Again, this was **before** the Court entered its order to dismiss.

For the reasons stated herein, as well as provided in plaintiff's Motion To Reinstate, plaintiff respectfully requests that, under the circumstances, his case be reinstated to the MDL.

RESPECTFULLY SUBMITTED this 16th day of August, 2019.

**SNYDER AND WENNER, P.C.**

/s/ David A. Wenner
By_____
David A. Wenner, Esq.
2200 East Camelback Road, Suite 213
Phoenix, AZ  85016
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of August, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David A. Wenner
_____