IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

1:19-cv-02215 Robinson, Kimberly

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs file this Response to the Motion to Dismiss [DOC 11501] filed by Defendants, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), who respectfully request that the Court dismiss the Cook Defendants' Motion to Dismiss. In support of this Motion, Plaintiff states the following:

1. On August 2, 2019, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including one plaintiff, Kimberly Robinson, represented by McGlynn, Glisson & Mouton, for failure to provide a Plaintiff Profile Sheet. Attached as **Exhibit A** is the notice letter sent by the Cook Defendants dated July 15, 2019 giving notice of the Cook MDL Plaintiff Profile Deficiency.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days, the case shall be dismissed without prejudice."

3. Plaintiff has timely responded within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on August 2, 2019.

5. Furthermore, to date, Plaintiff, Kimberly Robinson has returned her completed Plaintiff Profile Sheet and it has been served on the Cook defendants.  Attached as **Exhibit B** is the Email Transmission of Kimberly Robinson's PPF to the Cook Defendants.

6. Accordingly, Plaintiff's counsel humbly asks the Court to deny the Cook Defendants' Motion to Dismiss as it relates to Kimberly Robinson.

Dated:  August 16, 2019               Respectfully submitted,

/s/Amanda L. Washington
Amanda L. Washington
**McGlynn, Glisson, & Mouton**
340 Florida Street
Baton Rouge, LA 70801
Phone: (225) 344-3555
Fax: (225) 228-2294
Email: Amanda@mgmattorneys.com

**Attorney for Plaintiffs**

### CERTIFICATE OF SERVICE

On this 16th day of August 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Amanda L. Washington
Amanda L. Washington