# EXHIBIT A



FaegreBD.com                                                        USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**                                   **Faegre Baker Daniels LLP**
Blake.Angelino@FaegreBD.com             311 South Wacker Drive ▾ Suite 4300
Direct **+1 312 356 5145**                               Chicago ▾ Illinois 60606-6622
                                                                   Main **+1 312 212 6500**
                                                                   Fax **+1 312 212 6501**

July 15, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

> **For MDL Plaintiffs**

Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

> **Re:** Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Amanda L. Washington:

According to our records, we have not received the Plaintiff Profile Sheet for Robinson, Kimberly ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

cc:    Michael Heaviside – mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com