# EXHIBIT B

# Amanda

**From:** Amanda
**Sent:** Tuesday, August 6, 2019 1:03 PM
**To:** CookFilterMDL@faegrebd.com; Angelino, Blake A.
**Subject:** IVC-Kimberly Robinson
**Attachments:** Final PPF - Robinson.pdf

Blake:

Attached please find the substantially complete PPF on behalf of Kimberly Robinson. Cook recently filed a Motion to Dismiss her case for failure to provide a PPF.

Is Cook willing to remove Mrs. Robinson's case from the recently filed Motion? If so, please do so.

Thank you,

Amanda Washington



Amanda L. Washington
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Phone: 225-344-3555
Fax: 225-228-2294
Email: Amanda@MGMattorneys.com

# Amanda

| | |
|---|---|
| **From:** | amanda@mgmattorneys.com |
| **Sent:** | Tuesday, August 6, 2019 1:07 PM |
| **To:** | CookFilterMDL@faegrebd.com |
| **Subject:** | CookFilterMDL |

**You have received 1 secure file from amanda@mgmattorneys.com.**
Use the secure link below to download.

Attached please find the substantially complete PPF obo Kimberly Robinson.

Thank you,

Amanda Washington

**Secure File Downloads:**
Available until: **12 August 2019**

Click link to download:

<u>Final PPF - Robinson.pdf</u>
3.89 MB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by <u>Accellion</u>

1