IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

1:19-cv-02215 Robinson, Kimberly

### **[PROPOSED] ORDER**

Having reviewed Plaintiff's Response to Motion to Dismiss as it relates to Plaintiff, Kimberly Robinson:

IT IS HEREBY ORDERED that the Motion to Dismiss as to Kimberly Russell is DENIED.

IT IS SO ORDERED THIS _____ day of _____, 2019.

_____
HON. RICHARD L. YOUNG
UNITED STATES DISTRICT JUDGE