# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND RLY-TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-<br><br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Joshua Rich Craig

1:17-cv-04345, James Cooper v. Cook Incorporated et al.

## DECLARATION OF KIMBALL JONES, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL

I, Kimball Jones, Esq., hereby declare under penalty of perjury as follows:

1. I am the supervising attorney at Morris//Anderson d/b/a Bighorn Law, LLC, in the above- captioned matters.

2. On August 6, 2019, my client, Plaintiff James Cooper, called my office to inform me that he conducted a Google search of his name and found and was ab le to access without a password, protected health records relative to his IVC Filter procedure(s).

3. On June 10, 2019, my office filed a Motion for Reconsideration on behalf of Plaintiff and filed as Exhibit 1 thereto, redacted medical records which were only accessible through this MDL.

4. That James Cooper's medical records were not accessible to the public via a Google search outside of this MDL at no time prior to the Cook Defendants filing their Omnibus Opposition and supporting Exhibits 1-5 which contained multiple Plaintiffs' unsealed medical records.

1

I, Kimball Jones, Esq., declare under penalty of perjury that the foregoing is true and correct to my knowledge and belief.

DATED: August 16, 2019

_____
Kimball Jones, Esq.
An Employee of Morris//Anderson d/b/a Bighorn Law, LLC

2