# GROUP EXHIBIT "2"

In RE: Cook Medical Inc.: Exhibit 2 - Cooper Records - DocketBird
https://www.docketbird.com/court.../Cooper.../lned-1:2014-ml-02570-11189-002
PageID #: 83337 EXHIBIT 2 PageID #: 83338 Cooper1 James Oatis ]) Sex M MRN 967848 CSN ... A. 5

French long pigtail catheter was advanced to the low IVC.

https://www.docketbird.com/court-documents/In-RE-Cook-Medical-Inc/Exhibit-2-Cooper-Records/insd-1:2014-ml-02570-11189-002

DOCKETBIRD

In RE: Cook Medical Inc.
Southern District of Indiana, insd-1:2014-ml-02570
Exhibit 2 - Cooper Records

Interested in this case?

Sign up to receive real-time updates

Automatic Zoom

# EXHIBIT 2

# EXHIBIT 2

Cooper, James Oatis [REDACTED] Sex M  
Salem Hospital, 890 Oak ST. SE Salem, OR 97301  
503-561-5200

MRN:967848 CSN 693631

## ER RECORDS (continued)

### Diagnosis (continued)
None

### ED Disposition
None

### ED Notes
No notes of this type exist for this encounter

## Clinical Lab Results

### Lab Results
No matching results found

## Radiology Results

**ANG A-V SHUNT [213580]**

Resulted: 05/09/06 0747, Result status: Final result

Ordering provider:   Silver, John  05/09/06 0747          Resulted by:   Smolin, Michael F  
Narrative:  
OUTPATIENT  {pt_ns}  SMS Ord#00001  
EXAMINATION  05/08/2006 15 27 A-V SHUNT  
CLINICAL PROBLEM: Patient with history of DVT. IVC filter placed on 03/20/06.  
FINDINGS After informed consent, routine antisepsis and local anesthesia the right internal jugular vein was punctured under ultrasound guidance. 5 French pigtail catheter was advanced into the inferior vena cava and a limited inferior venacavogram was performed showing the IVC filter in place. No thrombus was noted.  
Venotomy was dilated to accept a 12 French introducer sheath with a 10 French internal sheath. A nitinol snare was then used to engage the hook of the IVC filter. The sheaths were advanced over the inferior vena cava filter until the upper end of the filter was completely within the introducer sheath, however, the attachment portion of the filter could not be released from the cava despite attempts to slide the introducer sheath over the filter  It was determined that further efforts to engage the filter would be potentially hazardous and the procedure was terminated. Limited cavogram following attempted removal shows the filter in place and no extravasation was seen.  
IMPRESSION Unsuccessful attempt to remove a previously placed inferior vena cava filter.  
Reading Dr.  SMOLIN, MICHAEL F  
This report has been electronically signed by  SMOLIN, MICHAEL F  
Specimen Information

| Type | Source | Collected On |
|---|---|---|
|  |  | 05/09/06 0747 |

## Radiology Results

**ANG A-V SHUNT [213580]**

Resulted  05/09/06 0747, Result status  Final result

Ordering provider:   Silver, John  05/09/06 0747          Order status·   Completed  
Resulted by·   Smolin, Michael F



Page 125 of 937

PLTFF JAMES COOPER 000002

Cooper, James Oati[REDACTED] Sex:M  
Salem Hospital, 890 Oak ST. SE Salem, OR 97301  
503-561-5200

MRN:967848 CSN:683438

## Radiology Results (continued)

**ANG VENA CAVA FILTER [192001] (continued)**

Resulted: 04/18/06 1928, Result status: Final result

Given the clot burden the decision was made to defer retrieval.
3. Otherwise normal IVC. No occlusion. Normal renal vein inflow. Normal common iliacs.
Report discussed with Dr. Silver.
Note: Although manufacturer recommendations is for filter retrieval in 2-3 weeks, there are many case series which show successful retrieval without significant ill effects up to 2 months and beyond.
Reading Dr.: PASS, MICHAEL M
This report has been electronically signed by: PASS, MICHAEL M
Specimen Information

| Type | Source | Collected On |
|---|---|---|
|  |  | 04/18/06 1928 |

## Radiology Results

**ANG VENA CAVA FILTER [192001]**

Resulted: 04/18/06 1928, Result status: Final result

Ordering provider:   Silver, John  04/18/06 1928        Order status:   Completed
Resulted by:         Pass, Michael M.
Narrative:
OUTPATIENT  {pt_ns}  SMS Ord#00001
EXAMINATION: 04/18/2006 12:35 VENA CAVA FILTER
CLINICAL HISTORY: DVT, pulmonary embolus. Filter placement.
PROCEDURE: Inferior venacavogram. Planned retrieval which was deferred.
Operation 1: Access of right internal jugular vein with micropuncture needle and ultrasound guidance.
Operation 2: Placement of 5 French pigtail catheter into the low inferior vena cava
Operation 3: Inferior venacavogram.
TECHNIQUE: Informed consent was obtained. The patient's right neck was cleaned and prepped. The skin was anesthetized. With ultrasound guidance, a micropuncture needle was used to access the internal jugular vein. Through the micropuncture 4 French sheath an 0.035 wire was advanced into the low IVC. A 5 French long pigtail catheter was advanced to the low IVC. A power injection venacavogram was performed. Wires and catheters were removed and pressure was held until hemostasis was achieved. The patient was discharged in good condition.
FINDINGS: Inferior venacavogram shows appropriate placement of the inferior vena cava filter below renal vein inflow. There is a large amount of filling defect consistent with thrombus collecting beneath the inferior vena cava filter. Given the amount of clot which is nonocclusive below the IVC filter, the decision was made to defer retrieval at this time. Both common iliacs are widely patent. The thrombus is nonocclusive. Renal vein inflow is normal
IMPRESSION: 1. Deferred IVC filter retrieval.
2. Moderate amount of thrombus collecting in the inferior vena cava filter Given the clot burden the decision was made to defer retrieval
3. Otherwise normal IVC. No occlusion. Normal renal vein inflow. Normal common iliacs.
Report discussed with Dr. Silver.
Note: Although manufacturer recommendations is for filter retrieval in 2-3



PLTFF JAMES COOPER 000001

Cooper, James Oatis ( ) Sex: M
Salem Hospital, 890 Oak ST. SE Salem, OR 97301
503-561-5200

MRN:967848 CSN 693631

## ER RECORDS (continued)

### Diagnosis (continued)
None

### ED Disposition
None

### ED Notes
No notes of this type exist for this encounter

## Clinical Lab Results

### Lab Results
No matching results found

## Radiology Results

### ANG A-V SHUNT [213580]

Resulted: 05/09/06 07:47, Result status: Final result

Ordering provider: Silver, John 05/09/06 0747
Resulted by: Smolin, Michael F
Narrative:
OUTPATIENT {pt_ns} SMS Ord#00001
EXAMINATION: 05/08/2006 15.27 A-V SHUNT
CLINICAL PROBLEM: Patient with history of DVT. IVC filter placed on 03/20/06.
FINDINGS. After informed consent, routine antisepsis and local anesthesia the right internal jugular vein was punctured under ultrasound guidance. 5 French pigtail catheter was advanced into the inferior vena cava and a limited inferior venacavogram was performed showing the IVC filter in place. No thrombus was noted.
Venotomy was dilated to accept a 12 French introducer sheath with a 10 French internal sheath. A nitinol snare was then used to engage the hook of the IVC filter. The sheaths were advanced over the inferior vena cava filter until the upper end of the filter was completely within the introducer sheath, however, the attachment portion of the filter could not be released from the cava despite attempts to slide the introducer sheath over the filter. It was determined that further efforts to engage the filter would be potentially hazardous and the procedure was terminated. Limited cavogram following attempted removal shows the filter in place and no extravasation was seen.
IMPRESSION Unsuccessful attempt to remove a previously placed inferior vena cava filter.
Reading Dr. SMOLIN, MICHAEL F
This report has been electronically signed by SMOLIN, MICHAEL F
Specimen Information

| Type: | Source | Collected On |
|---|---|---|
| | | 05/09/06 0747 |

## Radiology Results

### ANG A-V SHUNT [213580]

Resulted: 05/09/06 07:47, Result status: Final result

Ordering provider: Silver, John 05/09/06 0747
Resulted by: Smolin, Michael F
Order status: Completed

Page 125 of 937

PLTFF JAMES COOPER 000002