# EXHIBIT A

# EXHIBIT A
# TO
# RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS

## PLAINTIFFS RELATED TO THIS MOTION

| Plaintiff | Case Number | Date Submitted |
|---|---|---|
| Svetlana Rachynska | 1:18-cv-03644 | 08/09/2019 |
| Anthony DiBattista | 1:19-cv-01995 | 08/06/2019 |
| Anthony Julien | 1:19-cv-02022 | 06/28/2019 |
| Carl Martin | 1:19-cv-02027 | 06/28/2019 |
| Carlton Hogan | 1:19-cv-02029 | 08/06/2019 |
| Darlene Rushton | 1:19-cv-02033 | 08/09/2019 |
| Joyce Webb | 1:19-cv-02143 | 08/01/2019 |
| Kathryn Swope | 1:19-cv-02145 | 08/13/2019 |
| Lilian Aragon | 1:19-cv-02151 | 08/12/2019 |
| Monika Schonbeck | 1:19-cv-02186 | 08/01/2019 |
| Paul Richard Howell | 1:19-cv-02193 | 08/07/2019 |
| Petra Maisonet | 1:19-cv-02194 | 08//09/2019 |
| Ricky Williams | 1:19-cv-02197 | 08/01/2019 |
| Linda F. Hicks | 1:19-cv-02356 | 08/01/2019 |
| Jesusa Gonzalez Perez | 1:19-cv-02136 | 08/06/2019 |
| William Carson | 1:19-cv-02238 | 08/12/2019 |
| Cynthia Hanners | 1:19-cv-02031 | 08/16/2019 |