IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:18-cv-00877 Russell, Lashan

## **ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW STIPULATION OF DISMISSAL**

Having reviewed Counsel's Motion to Withdraw Stipulation of Dismissal as it relates to Plaintiff, Lashan Russell:

IT IS HEREBY ORDERED that the Motion to Withdraw the Stipulation of Dismissal as to Lashan Russell is GRANTED.

IT IS SO ORDERED THIS 19th day of August, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana