Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Jose Del Cid v. Cook et al 1:17-cv-01704

**AFFIDAVIT OF JOSE DEL CID**

1.      I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2.      I am a resident of Herndon, Virginia, where I have lived for many years.

3.      I am currently 49 years old, and I was implanted with an IVC Filter.

4.      Cook has not taken my deposition regarding the relevant litigation

5.      In late 2016, I was told that the IVC Filter that was implanted in me might be defective and that it could be causing my injuries. Before 2016, I was not aware of the causal connection between my injuries and Cook's IVC Filter.

6.      In early 2017, I became aware that the IVC Filter that was implanted in me was manufactured by Cook.

I declare under the penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

Wednesday, August 14, 2019

*/s/ Jose Del Cid*
Jose Del Cid