Exhibit B

Case 1:14-ml-02570-RLY-TAB Document 11568-2 Filed 08/19/19 Page 2 of 6 PageID #:
Case 1:17-cv-01704-RLY-TAB Document 1568-2 Filed 05/29/17 Page 2 of 6 PageID #:
85368

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff(s)

JOSE DEL CID                                    .

Civil Case # 1:17-cv-1704

---

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Jose Del Cid

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Virginia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Virginia

6. Plaintiff's/Deceased Party's current state of residence:

Virginia

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of Virginia

8. Defendants (Check Defendants against whom Complaint is made):

- ✓ Cook Incorporated

- ✓ Cook Medical LLC

- ✓ William Cook Europe APS

9. Basis of Jurisdiction:

- ✓ Diversity of Citizenship

- □ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

9; diversity

_____

_____

    b. Other allegations of jurisdiction and venue:

_____

_____

_____

2

SHORT FORM COMPLAINT

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

        □ Günther Tulip® Vena Cava Filter

        ✓ Cook Celect® Vena Cava Filter

        □ Gunther Tulip Mreye

        □ Cook Celect Platinum

        □ Other:

        _____

11. Date of Implantation as to each product:

        12/2/11 _____

        _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

        Inova Fair Oaks Hospital _____

        Fairfax, VA _____

13. Implanting Physician(s):

        Dr. Michael Karnaza _____

        _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ✓ Count I: Strict Products Liability – Failure to Warn

    ✓ Count II: Strict Products Liability – Design Defect

    ✓ Count III: Negligence

    ✓ Count IV: Negligence Per Se

    ✓ Count V: Breach of Express Warranty

SHORT FORM COMPLAINT

1    ✓ Count VI: Breach of Implied Warranty

2    ✓ Count VII: Violations of Applicable Virginia_____ (insert State) Law

3

4            Prohibiting Consumer Fraud and Unfair and Deceptive Trade

5            Practices

6    Count VIII: Loss of Consortium

7

8    Count IX: Wrongful Death

9     Count X: Survival

10   ✓ Count XI: Punitive Damages

11

12   □ Other: _____ (please state the facts supporting this Count in the

13   space, immediately below)

14   □ Other: _____ (please state the facts supporting this Count in the

15

16   space, immediately below)

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23

24   15. Attorney for Plaintiff(s):

25   Jeff Seldomridge_____

26

27

28

4

SHORT FORM COMPLAINT

16. Address and bar information for Attorney for Plaintiff(s):

The Miller Firm, LLC

108 Railroad Avenue

Orange, VA 22960

VA Bar No. 89552

Respectfully submitted,


/s/Jeff Seldomridge
Jeff Seldomridge
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
jseldomridge@millerfirmllc.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 23, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.


*/s/ Jeff Seldomridge*
Jeff Seldomridge
Virginia Bar No. 89552