IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:18-cv-00877 Russell, Lashan

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby moves this Court for an order substituting Herbert Russell, as personal representative of the estate of Lashan Russell for the named Plaintiff in this case. As grounds therefore, counsel states as follows:

1. That Lashan Russell filed a products liability action on March 19, 2018.

2. That on or about September 23, 2018, Lashan Russell passed away.

3. Lashan Russell passed away without a will/intestate.

4. That a Suggestion of Death was filed on August 16, 2019.

5. That Herbert Russell is the sole surviving spouse of Lashan Russell.

6. That pursuant to Fed. R. Civ. P.25(a)(1), the Court may order substitution of the proper parties upon a motion by any party or by the representatives of the deceased party.

7. That a proposed amended short form complaint reflecting the requested substitution is attached as Exhibit 1.

| | |
|---|---|
| Dated: <u>August 19, 2019</u> | Respectfully submitted, |
| | /s/Amanda L. Washington<br>Amanda L. Washington<br>**McGlynn, Glisson, & Mouton**<br>340 Florida Street<br>Baton Rouge, LA 70801<br>Phone: (225) 344-3555<br>Fax: (225) 228-2294<br>Email: Amanda@mgmattorneys.com |
| | **Attorney for Plaintiff** |

## CERTIFICATE OF SERVICE

On this 19th day of August 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Amanda L. Washington
Amanda L. Washington