IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to Plaintiffs:

1:18-cv-00877 Russell, Lashan

_____

### [PROPOSED] ORDER

Having reviewed Counsel's Motion to Substitute Party Plaintiff:

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party Plaintiff is granted. Herbert Russell is substituted for Lashan Russell, deceased, in this action, continuing the claims of Lashan Russell on behalf of her Estate. Plaintiff may file an amended complaint with the Clerk of Court on or before_____.

IT IS SO ORDERED THIS _____ day of _____, 2019.

_____
HON. RICHARD L. YOUNG
UNITED STATES DISTRICT JUDGE