**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

Greg Neal, 1:17-cv-00275
Stephanie Redifer, 1:18-cv-1370
Tracy Tapp, 1:18-cv-1804
Terry Lynn Kisner, 1:19-cv-02092

## NOTICE OF PARTIAL WITHDRAWAL OF MOTION

The Cook Defendants hereby withdraw their Motion for Summary Judgment Based on Applicable Statutes of Limitation from Four States (Dkt. No. 11502) as to Plaintiffs Greg Neal, Stephanie Redifer, Tracy Tapp, and Terry Lynn Kisner.

After the Cook Defendants filed their motion, the attorneys for Plaintiffs Kisner and Tapp provided the Cook Defendants with additional information demonstrating facially-timely injuries. In light of this additional information, the Cook Defendants believe that the specific ground for summary judgment asserted in this particular motion does not apply to Plaintiffs Kisner and Tapp's claims, and therefore withdraw their motion as to Plaintiffs Kisner and Tapp.

As to Plaintiff Redifer, her attorneys contacted the Cook Defendants after the motion was filed and indicated that, if given additional time, they will provide an additional record demonstrating a timely injury. The Cook Defendants have therefore granted Plaintiff Redifer a 30-day extension to provide this record and withdraw their motion as to her at this time.

The Cook Defendants also withdraw their motion as Plaintiff Neal in light of his attorney's representation that Plaintiff Neal recently passed away and no representative has been substituted

as Plaintiff in his stead. The Cook Defendants still believe that the specific ground for summary judgment asserted in their motion applies to Plaintiff Neal's claims but withdraw their motion as to him while his family and heirs decide whether to continue pursuing his case.

Respectfully submitted,

Dated:  August 19, 2019

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (#26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204-1750
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802-2322
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
Stephen.Bennett@FaegreBD.com

*Counsel for the Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

US.124185296.02

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2019, a copy of the foregoing motion was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*

US.124185296.02