IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570
_____

This Document Relates to Plaintiff(s)

*Jose R. Lona*

Civil Case #:  1:19-cv-01720-RLY-TAB
_____

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the parties hereby jointly stipulate to the dismissal of the action bearing the case number 1:19-cv-01720, *Lona v. Cook Incorporated et al*, without prejudice.  The aforementioned case is duplicative of a previously filed action, case number 1:16-cv-01136, which Plaintiff will continue to pursue.

All parties bear their own fees and costs.

| | |
|---|---|
| **MATTHEWS & ASSOCIATES** | **FAEGRE BAKER DANIELS LLP** |
| */s/ David P. Matthews* | */s/ Andrea Roberts Pierson* |
| David P. Matthews, Bar No. 13206200 | Andrea Roberts Pierson |
| 2905 Sackett Street | Kip McDonald |
| Houston, TX 77098 | 300 N. Meridian Street, Suite 2700 |
| Telephone:  (713) 522-5250 | Indianapolis, IN 46204 |
| Facsimile:  (713) 535-7184 | Tel:  317-237-8274 |
| matthewsivc@thematthewslawfirm.com | Fax:  317-237-1000 |
| dmatthews@thematthewslawfirm.com | Andrea.Pierson@FaegreBD.com |
| *Attorneys for Plaintiff* | Kip.McDonald@FaegreBD.com |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ David P. Matthews*
DAVID P. MATTHEWS