IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Plaintiff:
Chris Moore

Civil Case No. 1:19-cv-01653

_____

### **ORDER**

Considering the parties' Joint Stipulation of Dismissal Without Prejudice of Plaintiff Chris

Moore.

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff

Chris Moore against Defendants Cook Incorporated, Cook Medical LLC, and William Cook

Europe APS in Member Case 1:19-cv-01653 are dismissed in their entirety without prejudice and

each party shall bear its own costs.

Signed this _____ day of _____, 2019.

_____
Honorable Richard L. Young
United States District Court Judge