IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Krysten Klahre

Civil Case No. 1:18-cv-01136

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 1:18-cv-01136. This dismissal does not affect case number 1:16-cv-00602, which shall remain in suit.

Dated this 20th of August, 2019.

Respectfully submitted,

/s/ Basil E. Adham
Basil E. Adham
TX Bar No. 24081742
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com
*ATTORNEY FOR PLAINTIFF*

AND

/s/ Jessica Benson Cox
Jessica Benson Cox
**FAEGRE BAKER DANIELS LLP**
300 N. Meridian St., #2700
Indianapolis, IN 46204
(317) 237-8274 Phone
*ATTORNEY FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Basil E. Adham
Basil E. Adham