UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Russell Rutledge | MDL Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br>_____<br><br>Case No. 1:19-cv-00859-JRS-DML |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Russell Rutledge and the Defendants hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants are dismissed with prejudice and without fees or costs to any party.

Respectfully submitted,

Dated: 08/20/2019

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Andrea.Pierson@FaegreBD.com

*Attorneys for Defendants*

*/s/ Sandy Liebhard*
Sandy Liebhard
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
liebhard@bernlieb.com

*Attorneys for Plaintiff*

00547673;V1