# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND          MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff(s):
Richard Matelski and Carol Matelski

Civil Case # 1:17-cv-01097-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PCPC

NOTICE IS HEREBY GIVEN that Plaintiffs, Richard Matelski and Carol

Matelski, his spouse, voluntarily dismiss without prejudice the above-entitled

action again all Defendants, with each party to bear their own costs and attorneys'

fees.

Dated:  August 19, 2019                Respectfully submitted,

**FEARS NACHAWATI, PLLC**

*/s/ Matthew McCarley*
Matthew R. McCarley
TX Bar No. 24041426
5473 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Facsimile: (214) 890-0712
mccarley@fnlawfirm.com

***Attorneys for Plaintiff***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: August 19, 2019

*/s/ Matthew McCarley*

Matthew R. McCarley

TX Bar No. 24041426

FEARS NACHAWATI, PLLC

5473 Blair Road

Dallas, TX 75231

Phone: (214) 890-0711

Facsimile: (214) 890-0712

mccarley@fnlawfirm.com
