UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATED TO ALL ACTIONS | | |

**Entry on Motions Hearing held August 20, 2019**

**Before the Hon. Richard L. Young, Judge**

The parties appear for the motions hearing set this date. Plaintiffs appear by Ben Martin, Joe Williams, Mike Heaviside, and Roger Mandel. Defendants appear by Andrea Pierson, Chuck Webber, Jessica Cox, Kip McDonald, Steve Bennett, Erica Drew and Eric Friedman.

The court hears argument from the counsel. Rulings shall issue by separate order.

A status conference is set for **SEPTEMBER 20, 2019 at 9:00 a.m.** in Evansville, Room 301.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record