IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Motion GRANTED, without objection per [11576]. Cases are reopened.
> Dated: 8/20/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

    BETTY BLEDSOE
    Civil Case No. 1:19-cv-01500-RLY-TAB

    DONALD DUNKLEBERG
    Civil Case No. 1:19-cv-01526-RLY-TAB

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING PLAINTIFFS' CLAIMS FOR FAILURE TO PRODUCE PLAINTIFF PROFILE SHEETS

COME NOW, Plaintiffs Betty Bledsoe and Donald Dunkleberg ("Plaintiffs"), by and through their counsel of record, and respectfully request that this Court reconsider the dismissal of their claims under Federal Rule of Civil Procedure 60(b) and reinstate their cases in this MDL. In support thereof, Plaintiffs state as follows:

    1)    Defendants' filed their Motion to Dismiss (Doc. 11227) on June 24, 2019, because Plaintiff Profile Sheets ("PPS") and other related documents had not been produced.

    2)    The deadline for filing a response to the Motion to Dismiss was on or about July 8, 2019.

    3)    As of July 8, 2019, the undersigned counsel did not have a basis for contesting Cook's Motion to Dismiss.