UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | ) ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ENTRY ON THE AUGUST 20, 2019 STATUS CONFERENCE**

On August 20, 2019, the court held a status conference during which the parties orally argued eight pending motions. The court rules as follows:

- Cook Defendants' Motion for Judgment as a Matter of Law (Filing No. 10291) is **UNDER ADVISEMENT**.

- Cook Defendants' Motion for New Trial (Filing No. 10292) is **UNDER ADVISEMENT**.

- Cook Defendants' Motion in Support of a Case Management Order Regarding Coordination with State Court Litigation (Filing No. 10573) is **GRANTED**.

- PSC's Motion to Strike Cook's "Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations from Five States" (Filing No. 11518) is **DENIED**. Plaintiffs' Responses to the Cook Defendants' Motion are due within **28 days** of the date of the status conference—i.e., **September 17, 2019**.

- The following motions are **UNDER ADVISEMENT for 14 days** (**September 3, 2019**) to allow Plaintiffs' counsel to respond to the same: (1) Cook Defendants' Motion to Dismiss for Failure to Serve Case Categorization Forms (Filing No. 11496); (2) Cook Defendants' Motion to Dismiss for Failure to Serve Medical Records with Categorization Forms (Filing No. 11497); (3) Cook Defendants' Motion to Dismiss for Lack of Service of PPS (Filing No. 11501); and (4) Cook Defendants' Motion to Dismiss Duplicative Filings (Filing No. 11498).

In other matters, the parties addressed their positions regarding bellwether trial selection from Categories 5 and 6. The court selects *Burrage v. Cook Inc., et al.*, 1:18-cv-00273 (Celect); *Johnson v. Cook Inc., et al.*, 1:17-cv-01236 (Tulip); and *McDermitt v. Cook Inc., et al.*, 1:18-cv-00946 (Tulip).

Status conferences regarding MDL issues shall continue to be held monthly. If motions impacting individual plaintiffs need to be argued, the Cook Defendants shall file a "Notice of Hearing" **10 days before** the scheduled status conference.

Service of court filings shall continue to be done electronically per the court's Order Regarding Service to Counsel of Record (Filing No. 11188). The court strongly encourages all counsel involved in this MDL to register for electronic filing and to check the MDL docket on a regular basis.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**SO ORDERED** this 21st day of August 2019.

Distributed Electronically to Registered Counsel of Record.