**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:19-cv-00623 | 1:19-cv-02538 | 1:19-cv-03013 | 1:19-cv-03055 |
| 1:19-cv-02419 | 1:19-cv-02539 | 1:19-cv-03029 | 1:19-cv-03056 |
| 1:19-cv-02478 | 1:19-cv-03004 | 1:19-cv-03035 | 1:19-cv-03062 |
| 1:19-cv-02534 | 1:19-cv-03007 | 1:19-cv-03038 | 1:19-cv-03074 |
| 1:19-cv-02535 | 1:19-cv-03008 | 1:19-cv-03041 | 1:19-cv-03075 |
| 1:19-cv-02536 | 1:19-cv-03010 | 1:19-cv-03053 | |
| 1:19-cv-02537 | 1:19-cv-03012 | 1:19-cv-03054 | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: August 22, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald