**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

———————————————————

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND              Civil No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570

———————————————————

This document relates to Plaintiff:

*Sonny Turner*
*Civil case # 1:18-cv-01059-RLY-TAB*

———————————————————

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SONNY

TURNER, and Defendants, COOK MEDICAL LLC, COOK INCORPORATED AND WILLIAM

COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is

voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

and each party shall bear its own costs.

Dated this 22nd day of August, 2019.


Respectfully submitted,

 */s/ William B. Curtis*
WILLIAM CURTIS, Esq.
Texas State Bar No. 00783918
CURTIS LAW GROUP
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com


**ATTORNEY FOR PLAINTIFF**

*__/s/ Amdrea Pierson__*
Andrea Roberts Pierson
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: 317-237-0300
Fax: 317-237-1000
Andrea.pierson@FaegreBD.com
**Attorneys for Cook Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August 2019, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System which will automatically

send email notification of such filing to all attorneys of record.

*__/s/ William Curtis__*
WILLIAM CURTIS