AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| Brandt Cappitelli | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-01682-RYL-TAB |
| Cook Medical, Inc., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brandt Cappitelli   .

Date:   08/21/2019

/s/ Justin Garner
*Attorney's signature*

Justin Garner - Bar # 6320650
*Printed name and bar number*
Rubin & Machado, Ltd.
225 W. Washington Street, Ste. 1600
Chicago, IL 60606

*Address*

jgarner@rubin-machado.com
*E-mail address*

(312) 327-1840
*Telephone number*

(312) 327-1841
*FAX number*