**UNITED STATES DISRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

IN RE:  COOK MEDICAL, INC.                                      )
IVC FILTERS MARKETING, SALES PRACTICES )     MDL Docket No.:  1:14-ml-2570-RLY-TAB
AND PRODCUT LIABILTY LITIGATION             )
---------------------------------------------------------------)     HONORABLE DAVD A. KATZ
                                                                              )
     This Document Related to Case:    )     Individual Case No.: 1:15-cv-1682-RLY-TAB

                                                                                           Brandt Cappitelli

_____

**WITHDRAWAL**

NOW COMES **RICHARD J. ROSENBLUM**, attorney for the Plaintiff, **BRANDT CAPPITELLI**, to request this Honorable Court to enter Order granting **RICHARD J. ROSENBLUM** for leave to withdraw as Counsel for Plaintiff, **BRANDT CAPPITELLI.**

**DATED:**     August 22, 2019

                                                                      By:     _____
                                                                       RICHARD J. ROSENBLUM
                                                                      RUBIN & MACHADO, LTD.
                                                                      225 W. Washington Street
                                                                      Suite 1600
                                                                      Chicago, Illinois 60606
                                                                      (312) 327-1840
                                                                      RMRFiling@rubin-machado.com