IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2750 |

This Document Relates to Plaintiff(s):

**See Exhibit A**

## NOTICE OF ADDRESS CHANGE

Attorney Samuel M. Wendt of WENDT LAW FIRM, P.C., attorney for the Plaintiffs listed in the attached Exhibit A, hereby gives notice to this Honorable Court, all parties and all counsel of record in this matter that Wendt Law Firm, P.C.'s new address effective immediately is 4717 Grand Avenue, Suite 130, Kansas City, Missouri 64112. All phone numbers and emails remain the same.

| | |
|---|---|
| Dated: August 22, 2019 | Respectfully submitted,<br><br>**WENDT LAW FIRM, P.C.**<br><br>*s/Samuel M. Wendt*<br>Samuel M. Wendt  MO#53573<br>4717 Grand Avenue, Suite 130<br>Kansas City, Missouri 64112<br>Phone: 816-531-4415<br>Facsimile: 816-531-2507<br>Email: sam@wendtlaw.com<br><br>**ATTORNEY FOR PLAINTIFFS** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2019, a copy of the foregoing was filed electronically, and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*s/Samuel M. Wendt*
**Samuel M. Wendt**