# Exhibit A

| | |
|---|---|
| 1:16-cv-00725-RLY-TAB | FALLS v. COOK INCORPORATED et al. |
| 1:16-cv-02306-RLY-TAB | HARPER v. COOK INCORPORATED et al. |
| 1:16-cv-03532-RLY-TAB | FONTANEZ v. COOK INCORPORATED et al. |
| 1:16-cv-03535-RLY-TAB | ROBBINS v. COOK INCORPORATED et al. |
| 1:17-cv-00306-RLY-TAB | KNIGHT v. COOK INCORPORATED et al. |
| 1:17-cv-00401-RLY-TAB | BRITTON v. COOK INCORPORATED et al. |
| 1:17-cv-02113-RLY-TAB | JACKSON v. COOK INCORPORATED, et al. |
| 1:17-cv-02117-RLY-TAB | EASTON v. COOK INCORPORATED, et al. |
| 1:17-cv-02496-RLY-TAB | MULLIN v. COOK INCORPORATED et al. |
| 1:17-cv-02517-RLY-TAB | SALAS v. COOK INCORPORATED et al. |
| 1:17-cv-02523-RLY-TAB | NICHOLAS v. COOK INCORPORATED et al. |
| 1:17-cv-02528-RLY-TAB | LANDOLT v COOK INCORPORATED et al. |
| 1:17-cv-02531-RLY-TAB | CHERLNELL v. COOK INCORPORATED et al. |
| 1:17-cv-02533-RLY-TAB | ALEEM v COOK INCORPORATED et al. |
| 1:17-cv-02534-RLY-TAB | TURNER v COOK INCORPORATED et al. |
| 1:17-cv-02784-RLY-TAB | ROWAN v. COOK INCORPORATED et al. |
| 1:17-cv-02812-RLY-TAB | HOLDER v. COOK INCORPORATED et al. |
| 1:17-cv-02814-RLY-TAB | SICILIANI v. COOK INCORPORATED et al. |
| 1:17-cv-02844-RLY-TAB | HAUPT v. COOK INCORPORATED et al. |
| 1:17-cv-02845-RLY-TAB | COX v. COOK INCORPORATED et al. |
| 1:17-cv-02846-RLY-TAB | MATELSKI v. COOK INCORPORATED et al. |
| 1:17-cv-02849-RLY-TAB | BYRD v. COOK INCORPORATED et al. |
| 1:17-cv-02912-RLY-TAB | WHOBREY v. COOK INCORPORATED et al. |
| 1:17-cv-02918-RLY-TAB | HARSHBARGER v. COOK INCORPORATED et al. |
| 1:17-cv-02927-RLY-TAB | FITZGERALD v. COOK INCORPORATED et al. |
| 1:17-cv-02932-RLY-TAB | BABCOCK v. COOK INCORPORATED et al. |
| 1:17-cv-02975-RLY-TAB | RAMOS v. COOK INCORPORATED et al. |

| | |
|---|---|
| 1:17-cv-04727-RLY-TAB | MUNN v. COOK INCORPORATED et al. |
| 1:17-cv-04729-RLY-TAB | RANKINS v. COOK INCORPORATED et al. |
| 1:18-cv-01750-RLY-TAB | HENRY v. COOK INCORPORATED et al. |
| 1:18-cv-02246-RLY-TAB | SURDAM v. COOK INCORPORATED et al. |
| 1:18-cv-02315-RLY-TAB | MASI v. COOK INCORPORATED et al. |
| 1:18-cv-02317-RLY-TAB | BELL v. COOK INCORPORATED et al. |
| 1:18-cv-02322-RLY-TAB | RYALES v. COOK INCORPORATED et al. |
| 1:18-cv-02480-RLY-TAB | WATKINS v. COOK INCORPORATED et al. |
| 1:18-cv-02485-RLY-TAB | DAVIS v. COOK INCORPORATED et al. |
| 1:18-cv-02489-RLY-TAB | PHILLIPS v. COOK INCORPORATED et al. |
| 1:18-cv-02506-RLY-TAB | JOHNSON v. COOK INCORPORATED et al. |
| 1:18-cv-02577-RLY-TAB | GIBSON v. COOK INCORPORATED et al. |
| 1:18-cv-02578-RLY-TAB | HRONEK v. COOK INCORPORATED et al. |
| 1:18-cv-02580-RLY-TAB | SEVELIS v. COOK INCORPORATED et al. |
| 1:18-cv-02582-RLY-TAB | STRAUB v. COOK INCORPORATED et al. |
| 1:19-cv-03538-RLY-TAB | RATLIFF v. COOK INCORPORATED et al. |