IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:19-cv-02588 | 1:19-cv-02999 | 1:19-cv-03073 | 1:19-cv-03081 |
| 1:19-cv-02589 | 1:19-cv-03020 | 1:19-cv-03076 | 1:19-cv-03082 |
| 1:19-cv-02590 | 1:19-cv-03024 | 1:19-cv-03077 | 1:19-cv-03096 |
| 1:19-cv-02918 | 1:19-cv-03039 | 1:19-cv-03078 | 1:19-cv-03097 |
| 1:19-cv-02934 | 1:19-cv-03067 | 1:19-cv-03079 | 1:19-cv-03106 |
| 1:19-cv-02998 | 1:19-cv-03069 | 1:19-cv-03080 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

 Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
 Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
 William Cook Europe ApS

Dated: August 23, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald