IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL: No. 2570

---

This Document Relates to Plaintiff

JUDITH NIEMI

Civil Case: 1:18-cv-02683-WTL-DLP

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Judith Niemi ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:18-cv-02683 filed on August 29, 2018. The Short Form Complaint was served on or forwarded to the Cook Defendants on August 29, 2018.

Dated: August 23, 2019

Respectfully submitted,

**FLORIN ROEBIG, P.A.**

_/s/ Shaun M. Cummings, Esq._
**WIL H. FLORIN, ESQUIRE**
Florida Bar No: 0337234
**SHAUN M. CUMMINGS, ESQUIRE**
Florida Bar No: 0111944
**CHAD K. FLORIN, ESQUIRE**
Florida Bar No: 0121087
Primary Email: WHF@FlorinRoebig.com

Secondary Emails: Scummings@FlorinRoebig.com
CKFlorin@FlorinRoebig.com
Dewing@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No: (727) 786-5000
Facsimile No: (727) 772-9833
Attorneys for Plaintiff NIEMI