**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | | |
|---|---|---|---|---|
| 1:19-cv-02600 | 1:19-cv-02640 | 1:19-cv-02689 | 1:19-cv-03089 | 1:19-cv-03111 |
| 1:19-cv-02601 | 1:19-cv-02642 | 1:19-cv-02690 | 1:19-cv-03090 | 1:19-cv-03119 |
| 1:19-cv-02606 | 1:19-cv-02643 | 1:19-cv-02691 | 1:19-cv-03091 | 1:19-cv-03120 |
| 1:19-cv-02607 | 1:19-cv-02645 | 1:19-cv-02974 | 1:19-cv-03092 | 1:19-cv-03122 |
| 1:19-cv-02608 | 1:19-cv-02647 | 1:19-cv-03083 | 1:19-cv-03093 | 1:19-cv-03123 |
| 1:19-cv-02609 | 1:19-cv-02682 | 1:19-cv-03084 | 1:19-cv-03098 | 1:19-cv-03124 |
| 1:19-cv-02610 | 1:19-cv-02683 | 1:19-cv-03085 | 1:19-cv-03099 | 1:19-cv-03127 |
| 1:19-cv-02635 | 1:19-cv-02685 | 1:19-cv-03086 | 1:19-cv-03108 | 1:19-cv-03131 |
| 1:19-cv-02636 | 1:19-cv-02687 | 1:19-cv-03087 | 1:19-cv-03109 | 1:19-cv-03144 |
| 1:19-cv-02638 | 1:19-cv-02688 | 1:19-cv-03088 | 1:19-cv-03110 | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  August 26, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald