IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff Max D. Berry

Civil Case # 1:17-CV-1724-RLY-TAB

### ORDER DISMISSING 1:17-CV-1724-RLY-TAB

Based upon the agreement of the parties and consideration of the parties' Stipulation of Dismissal, the above-captioned case is dismissed without prejudice. Plaintiff may refile his case in MDL 2570, in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. Plaintiff may not refile his case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Date: 8/27/2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana