> Stipulation GRANTED.
> Cases listed in caption are dismissed without prejudice.
> Dated: 8/28/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates
Laura Rosa, 1:17-cv-01254; and
Venay Gilliam, 1:18-cv-00030

### STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

Plaintiffs Laura Rosa and Venay Gilliam and Defendants Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS agree that this case is hereby dismissed without prejudice, with each party to bear its own costs. The above-captioned plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If any plaintiff refiles their case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiffs may not refile their case if the future claim is based on their individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated: May 21, 2019

| | |
|---|---|
| By:  / Randi Kassan<br>SANDERS PHILLIPS GROSSMAN, LLC<br>Randi Kassan, Esq.<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Tel: 516-741-5600<br>Fax: 516-741-0128<br>rkassan@thesandersfirm.com | By: /s/ James Stephen Bennett<br>FAEGRE BAKER DANIELS LLP<br>James Stephen Bennett<br>110 W. Berry Street, Suite 2400<br>Fort Wayne, IN 46802<br>Tel: 264-460-1725<br>Fax: 317-237-1000<br>Stephen.Bennett@faegrebd.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |