**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB |
| This Document Relates to Plaintiff: | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| ALAN PRIVITERA Civil Action No. 1:17-cv-03993 | |

Considering the parties' Joint Stipulation of Dismissal Without Prejudice of Plaintiff Alan Privitera.

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the parties' joint stipulation of dismissal without prejudice of Plaintiff Alan Privitera is **granted**. All claims of Plaintiff Alan Privitera against Defendant Cook Medical, Inc., in docket number 1:17-cv-03993 are hereby dismissed without prejudice as to the refiling of same, and each party shall bear its own costs.  This order does not affect case number 1:17-cv-03051, which shall remain in suit.

Dated this 28th of August, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana