IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

Civil Case#: 1:17-cv-03009-RLY-TAB

This Document Relates to Plaintiff(s)

LAUREN WEINSTEIN,

      Plaintiff,

vs-

COOK INCORPORATED, et al.

      Defendants.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court has considered the parties' Stipulation of Dismissal with Prejudice (Doc. _____.)

**IT IS HEREBY ORDERED** that the parties' Stipulation of Dismissal (Doc. _____) is **granted.** This case LAUREN WEINSTEIN v. Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, Case No. 1:17-cv-3009-RLY-TAB, is hereby dismissed with prejudice. This order shall not affect the claims Plaintiff filed in Case no. 1:16-cv-02768-RLY-TAB.

Dated this 28th day of August, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana