IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to:

*Clayton Kinsey v. Cook Medical Inc., et al.,*

Case No. 1:18-cv-01126-RLY-TAB

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

NOW ON this 27th day of July, 2019, after review of the Stipulation of Dismissal Without Prejudice filed by the Parties, the hereby Court orders that motion is granted. This case is dismissed without prejudice with each party to bear its own costs.

IT IS SO ORDERED.

Dated this 28th day of August, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana