IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Chris Moore

Civil Case No. 1:19-cv-01653

## ORDER

Considering the parties' Joint Stipulation of Dismissal Without Prejudice of Plaintiff Chris Moore.

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Chris Moore against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in Member Case 1:19-cv-01653 are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed this 28th day of August, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana