IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Krysten Klahre

Civil Case No. 1:18-cv-01136

## **ORDER**

Considering the parties' Joint Stipulation of Dismissal Without Prejudice of Plaintiff Krysten Klahre.

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Krysten Klahre against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in Member Case 1:18-cv-01136 are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed this 28th day of August, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana