IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND            Civil No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This document relates to Plaintiff:

*Sonny Turner*
*Civil case # 1:18-cv-01059-RLY-TAB*

_____

# ORDER

Considering the parties' Stipulation of Dismissal With Prejudice of Plaintiff Sonny Turner.

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Sonny Turner against Defendants Cook Medical LLC, Cook Incorporated, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs.

Signed     8/28/2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana