**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                           MDL No. 2570

_____

This Document Relates to:

    1:19-cv-03149
    1:19-cv-03150
    1:19-cv-03151
    1:19-cv-03152
    1:19-cv-03155
    1:19-cv-03157

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:  August 28, 2019            /s/ Kip S. M. McDonald
                                   Andrea Roberts Pierson (# 18435-49)
                                   Kip S. M. McDonald (# 29370-49)
                                   FAEGRE BAKER DANIELS LLP
                                   300 North Meridian Street, Suite 2700
                                   Indianapolis, Indiana 46204
                                   Telephone: (317) 237-0300
                                   Facsimile: (317) 237-1000
                                   E-Mail:  andrea.pierson@faegrebd.com
                                   E-Mail:  kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald