> Stipulation GRANTED. Cases listed in Exhibit A, page 2 are dismissed without prejudice.
> Dated: 8/28/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
See Exhibit A for Action Schedule

## STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the cases listed in the attached Exhibit A, are dismissed without prejudice, with each party to bear its own costs. These plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. No Plaintiff listed in Exhibit A, however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

EXHIBIT A

1:17-cv-1304-RLY-TAB
1:17-cv-1305-RLY-TAB
1:17-cv-3277-RLY-TAB
1:17-cv-3366-RLY-TAB
1:17-cv-3392-RLY-TAB
1:17-cv-3403-RLY-TAB
1:17-cv-3452-RLY-TAB
1:17-cv-3461-RLY-TAB
1:17-cv-3464-RLY-TAB
1:17-cv-3468-RLY-TAB
1:17-cv-3469-RLY-TAB
1:17-cv-3486-RLY-TAB
1:17-cv-3557-RLY-TAB
1:17-cv-3566-RLY-TAB
1:17-cv-3578-RLY-TAB
1:17-cv-3635-RLY-TAB
1:17-cv-3674-RLY-TAB
1:17-cv-3829-RLY-TAB
1:17-cv-3836-RLY-TAB
1:17-cv-3866-RLY-TAB
1:17-cv-3937-RLY-TAB
1:17-cv-3941-RLY-TAB
1:17-cv-3943-RLY-TAB
1:17-cv-4017-RLY-TAB
1:17-cv-4018-RLY-TAB
1:17-cv-4041-RLY-TAB
1:17-cv-4076-RLY-TAB
1:17-cv-4151-RLY-TAB
1:17-cv-4160-RLY-TAB
1:17-cv-4208-RLY-TAB
1:17-cv-4214-RLY-TAB
1:17-cv-4352-RLY-TAB
1:17-cv-4364-RLY-TAB
1:17-cv-4518-RLY-TAB
1:17-cv-4522-RLY-TAB
1:17-cv-4570-RLY-TAB
1:17-cv-4668-RLY-TAB
1-18-cv-1211-RLY-TAB
1-18-cv-1822-RLY-TAB
1:18-cv-3390-RLY-TAB
1-19-cv-507-RLY-TAB