# EXHIBIT A

**Donna Berrios**

| | |
|---|---|
| **From:** | Richard Dusablon |
| **Sent:** | Friday, July 12, 2019 11:35 AM |
| **To:** | cookfiltermdl@faegrebd.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Aaron Morgan |
| **Subject:** | FW: CookFilterMDL |

Counsel,

The below has been uploaded via secure file transfer.  Please confirm receipt of these documents.

Sincerely,

**Richard J. Dusablon**
Legal Assistant



A:  5790 Fleet Street, Suite 200
     Carlsbad, CA 92008
P:  833-44-DRLAW (Ext. 111)
F:  855-203-2035
E:  rdusablon@drlawllp.com
W:  www.drlawllp.com

CONFIDENTIALITY NOTICE: This electronic transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments.  If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privileges, including the attorney-client privilege that may be attached to this communication. Thank you for your cooperation.

**From:** rdusablon@drlawllp.com <rdusablon@drlawllp.com>
**Sent:** Friday, July 12, 2019 11:33 AM
**To:** CookFilterMDL@faegrebd.com
**Subject:** CookFilterMDL

**You have received 1 secure file from rdusablon@drlawllp.com.**
Use the secure link below to download.

Counsel,

Please find attached a Categorization Form for Julia Roemer.

Sincerely,

Richard J. Dusablon
Legal Assistant

Dalimonte Rueb, LLP

A: 5790 Fleet Street, Suite 200
Carlsbad, CA 92008
P: 833-44-DRLAW (Ext. 111)
F: 855-203-2035
E: rdusablon@drlawllp.com
W: www.drlawllp.com

CONFIDENTIALITY NOTICE: This electronic transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privileges, including the attorney-client privilege that may be attached to this communication. Thank you for your cooperation.

## Secure File Downloads:
Available until: **18 July 2019**

Click link to download:

> **Roemer, Julia - Cook IVC Filter - Categorization Form.pdf**
> 454.56 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion