IN THE UNITED STAES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No: 2570 |

This Documents Relates to Plaintiff(s)
RICHARD JOHN DOWN

Civil Case # 1:16-CV-2188

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, RICHARD JOHN DOWN, and hereby provides notice, through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal, without prejudice, and without costs or fees to any party, of the above-captioned matter as to Defendants, Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No: 1:18-cv-02188 filed on August 17, 2016. A duplicate action was filed pertaining to Plaintiff, Richard Down, in Case No: 1:18-cv-03607-RLY-TAB, by the law firm of Law Office of Christopher K. Johnston, LLC.

Dated: September 1, 2019

Respectfully submitted,

BABBITT & JOHNSON, P.A.

/s/ Joseph R. Johnson, Esq.
JOSEPH R. JOHNSON, ESQ.
Fla. Bar No: 0337234

Babbitt & Johnson, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
jjohnson@babbitt-johnson.com
Telephone No:  (561) 684-2500
Fax No:  (561) 684-6308
Attorneys for Plaintiff, Richard John Down