UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) <br> ) 1:14-ml-02570-RLY-TAB <br> ) MDL No. 2570 <br> ) <br> ) |
| This Document Relates to: | ) |

1:17-cv-06069; 1:19-cv-00623; 1:19-cv-02141; 1:19-cv-02475;
1:19-cv-02494; 1:19-cv-02540; 1:19-cv-02695; 1:19-cv-02696;
1:19-cv-02709; 1:19-cv-02711; 1:19-cv-02725; 1:19-cv-02730;
1:19-cv-03440.
.

### PROPOSED ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROVIDE PPS

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") has not been submitted.

Accordingly, Cook's Motion to Dismiss is **GRANTED** as to the following cases:

1. Anthony Atkins             1:17-cv-06069
2. Keri Phillips              1:19-cv-00623
3. Josephine Schissler        1:19-cv-02141
4. LaVenia Brown              1:19-cv-02475
5. Bro Grace Amen             1:19-cv-02494
6. Gloria Hutchings [ESTATE]  1:19-cv-02540
7. Myra Breakstone            1:19-cv-02695

| | | |
|---|---|---|
| 8. | Helen Dovolis | 1:19-cv-02696 |
| 9. | Lois Flurschutz | 1:19-cv-02709 |
| 10. | Paul Gibble [ESTATE] | 1:19-cv-02711 |
| 11. | Lyle Gillman | 1:19-cv-02725 |
| 12. | Alexander Vonholtz | 1:19-cv-02730 |
| 13. | Gary Squires Jr. | 1:19-cv-03440 |

All parties shall bear their own fees and costs.

**SO ORDERED** this ____ day of September, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.