## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:19-cv-01692 | 1:19-cv-02751 | 1:19-cv-02768 | 1:19-cv-03102 |
| 1:19-cv-02731 | 1:19-cv-02752 | 1:19-cv-02769 | 1:19-cv-03216 |
| 1:19-cv-02737 | 1:19-cv-02753 | 1:19-cv-02770 | 1:19-cv-03218 |
| 1:19-cv-02746 | 1:19-cv-02763 | 1:19-cv-02771 | 1:19-cv-03223 |
| 1:19-cv-02747 | 1:19-cv-02764 | 1:19-cv-02772 | 1:19-cv-03234 |
| 1:19-cv-02748 | 1:19-cv-02765 | 1:19-cv-02773 | 1:19-cv-03246 |
| 1:19-cv-02749 | 1:19-cv-02766 | 1:19-cv-02774 | 1:19-cv-03249 |
| 1:19-cv-02750 | 1:19-cv-02767 | 1:19-cv-02775 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated: September 3, 2019 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegrebd.com<br>E-Mail: kip.mcdonald@faegrebd.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson