**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:17-cv-06069; 1:19-cv-00623; 1:19-cv-02141; 1:19-cv-02475;
1:19-cv-02494; 1:19-cv-02540; 1:19-cv-02695; 1:19-cv-02696;
1:19-cv-02709; 1:19-cv-02711; 1:19-cv-02725; 1:19-cv-02730.

## AMENDED MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), respectfully request that the Court dismiss certain matters set forth herein. In support of this Motion, the Cook Defendants state:

1. Third Amended Case Management Order No. 4 ("CMO No. 4"), entered by this Court on March 29, 2017, provides that

> Each Plaintiff in this MDL as of the date of the entry of this Second Amended Case Management Order No. 4 shall submit a completed [Plaintiff Profile Sheet ("PPS")] to Defendants within sixty (60) days if the Plaintiff has not already provided a complete Plaintiff Profile Form ("PPF") and Plaintiff Fact Sheet ("PFS") under Case Management Order No. 4 [Dkt. 354] or Amended Case Management No. 4 [Dkt. 614]. In cases in which Plaintiffs have not served a completed PPF or PFS, each Plaintiff shall submit a completed PPS to Defendants within sixty (60) days of the entry of this Order and, in future filed cases, within thirty (30) days of the case becoming part of this MDL.

CMO No. 4, ¶ 1(b).

2. CMO No. 4 further provides, "[i]f a Plaintiff does not submit a PPS within the time specified in CMO No. 4 and the Case Management Plan entered by the Court, Defendants may move to dismiss that Plaintiff's case." CMO No. 4, ¶ 1(g).

3. Before filing such a motion, counsel for the Cook Defendants shall serve written notice upon Plaintiffs' Lead Counsel and counsel for the Plaintiff at issue that a PPS has not been served and a motion to dismiss may be filed. CMO No. 4, ¶ 1(g).

4. If a PPS is not submitted within five business days of such notice, the Cook Defendants may file the motion to dismiss. If no response to the motion to dismiss is filed within fifteen days, the case shall be dismissed. CMO No. 4, ¶ 1(g).

5. The Cook Defendants served 12 plaintiffs with notice of their failure to serve a PPS in compliance with CMO No. 4. Attached as Exhibit A is a list setting forth each individual case ripe for dismissal pursuant to CMO 4 based on the plaintiffs' failure to comply with the order and produce basic factual information regarding the claims and allegations in the form of a PPS.[1] For each case identified in Exhibit A, the Cook Defendants sent a letter to each Plaintiff's individual counsel and Plaintiffs' Lead Counsel notifying them that a PPS had not been received and a motion to dismiss may be filed if a PPS was not served within five days of the date of the letter. A true and correct copy of each of these notice letters is attached as Exhibit B.

6. As of the date of filing of this Motion, the Cook Defendants have not received a completed PPS from the Plaintiffs in the cases listed in Exhibit A.

7. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b) and CMO No. 4, the Cook Defendants respectfully request that the cases listed in Exhibit A be dismissed.

---

[1] Exhibit A sets forth each plaintiff's name, civil action number, the date the PPS was due, and the date the notice of failure to serve a PPS letter was sent to the plaintiff's counsel and Plaintiffs' Lead Counsel.

WHEREFORE, the Cook Defendants respectfully request that the Court dismiss the above-captioned matters, and for all other just and appropriate relief.

Dated: September 3, 2019

Respectfully Submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
Andrea.Pierson@FaegreBD.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
Stephen.Bennett@FaegreBD.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2019, a copy of the foregoing Amended Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson