# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## EXHIBIT A TO MOTION TO DISMISS
## PLAINTIFF SCHEDULE

| Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Anthony Atkins | 1:17-cv-06069 | 6/30/2017 | 8/01/2019 | 1 |
| Keri Phillips | 1:19-cv-00623 | 3/14/2019 | 8/01/2019 | 2 |
| Josephine Schissler | 1:19-cv-02141 | 6/28/2019 | 8/02/2019 | 3 |
| LaVenia Brown | 1:19-cv-02475 | 7/19/2019 | 8/01/2019 | 4 |
| Bro Grace Amen | 1:19-cv-02494 | 7/22/2019 | 8/20/2019 | 5 |
| Gloria Hutchings [ESTATE] | 1:19-cv-02540 | 7/24/2019 | 8/01/2019 | 6 |
| Myra Breakstone | 1:19-cv-02695 | 7/31/2019 | 8/20/2019 | 7 |
| Helen Dovolis | 1:19-cv-02696 | 7/31/2019 | 8/20/2019 | 7 |
| Lois Flurschutz | 1:19-cv-02709 | 8/01/2019 | 8/20/2019 | 7 |
| Paul Gibble [ESTATE] | 1:19-cv-02711 | 8/01/2019 | 8/20/2019 | 7 |
| Lyle Gillman | 1:19-cv-02725 | 8/02/2019 | 8/20/2019 | 7 |
| Alexander Vonholtz | 1:19-cv-02730 | 8/02/2019 | 8/20/2019 | 7 |