**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

## EXHIBIT A TO AMENDED MOTION TO DISMISS
## FOR FAILURE TO SERVE CASE CATEGORIZATION FORM

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Nicholson, Phyllis | 1:19-cv-02522 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Marshall, Edwin Jr. | 1:19-cv-02528 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Snyder, Barbara | 1:19-cv-02570 | MARTIN BAUGHMAN, PLLC |
| Jones, Monika | 1:19-cv-02576 | MARTIN BAUGHMAN, PLLC |
| Scott, Amber | 1:19-cv-02582 | MARTIN BAUGHMAN, PLLC |
| Cressman, Robert III | 1:19-cv-02617 | MARTIN BAUGHMAN, PLLC |
| Vaughn, Demarcus | 1:19-cv-02617 | MARTIN BAUGHMAN, PLLC |
| Ratliff, Marilyn | 1:19-cv-02789 | MARTIN BAUGHMAN, PLLC |
| Mitchell, John A. Jr. | 1:19-cv-02841 | MARTIN BAUGHMAN, PLLC |
| Mitchell, John M. | 1:19-cv-02848 | MARTIN BAUGHMAN, PLLC |
| Shields, Michael | 1:19-cv-02850 | MARTIN BAUGHMAN, PLLC |
| Chavers, Amaris | 1:19-cv-02851 | MARTIN BAUGHMAN, PLLC |
| Manseau, Michael | 1:19-cv-02852 | MARTIN BAUGHMAN, PLLC |

US.124440436.01