**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:17-cv-00914; 1:17-cv-02511; 1:17-cv-02697; 1:17-cv-02701;
1:17-cv-02714; 1:17-cv-02798; 1:17-cv-03314; 1:17-cv-03340;
1:17-cv-04389; 1:18-cv-01857; 1:18-cv-02432; 1:18-cv-02697;
1:18-cv-03960; 1:18-cv-03994; 1:19-cv-00025; 1:19-cv-00668;
1:19-cv-00962; 1:19-cv-01231; 1:19-cv-01242; 1:19-cv-01428;
1:19-cv-01645; 1:19-cv-01711; 1:19-cv-00484; 1:19-cv-00524;
1:19-cv-00843

## MOTION TO DISMISS FOR FAILURE TO CURE PPS DEFICIENCIES

Pursuant to Federal Rules of Civil Procedure 37(b), 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), respectfully request that the Court dismiss certain matters set forth herein. In support of this Motion, the Cook Defendants state:

1. Third Amended Case Management Order No. 4 ("CMO No. 4"), entered by this Court on March 29, 2017, provides that:

> Every Plaintiff is required to provide Defendants with a PPS that is substantially complete in all respects, answering every question in the PPS, even if a Plaintiff can answer the question in good faith only by indicating "not applicable.".

CMO No. 4, ¶ 1(b).

2. CMO No. 4 further provides, "[i]f Defendants receive a PPS in the allotted time but the PPS is not substantially complete, Defendants' counsel shall send deficiency correspondence by e-mail and/or U.S. Mail to Plaintiffs' Lead Counsel and the Plaintiffs' individual representative counsel, identifying the purported deficiencies." CMO No. 4, ¶ 1(h).

3. Plaintiff shall have twenty (20) days from receipt to serve a PPS that is substantially complete in all respects. CMO No. 4, ¶ 1(h).

4. Should a Plaintiff fail to cure the deficiencies identified and fail to provide responses that are substantially complete within twenty (20) days of service of the deficiency correspondence, Defendants may move for appropriate relief under Fed. R. Civ. P. 37. CMO No. 4, ¶ 1(h).

5. **Exhibit A** outlines a list of twenty-five (25) plaintiffs who failed to submit PPS that were "substantially complete" as required by CMO No. 4. More specifically, these twenty-five (25) plaintiffs failed to provide any response (i.e. did not even indicate a question was "not applicable") to more than twenty-five percent (25%) of the questions posed in the PPS form.

6. The Cook Defendants served counsel for these twenty-five (25) plaintiffs with notice of the PPS deficiencies in compliance with CMO No. 4. *See* ¶ 1(h).[1] Specifically, for each case identified in **Exhibit A**, the Cook Defendants sent a letter to each Plaintiff's individual counsel and Plaintiffs' Lead Counsel notifying them of their PPS deficiencies; outlining the specific deficiencies and advising that a motion to dismiss may be filed if an amended PPS was not served within twenty days. A true and correct copy of each of these letters is attached as **Exhibit B**.

---

[1] Exhibit A sets forth each plaintiff's name, civil action number, the date the PPS was due, and the date the PPS deficiency letter was sent to the plaintiff's counsel and Plaintiffs' Lead Counsel.

7. As of the date of filing of this Motion, the Cook Defendants have not received a response of any kind from the individual Plaintiff's counsel, let alone any amended PPS for the Plaintiffs in the cases listed in **Exhibit A**.

8. Accordingly, pursuant Federal Rules of Civil Procedure 37(b), 41(b) and Third Amended Case Management Order No. 4, the Cook Defendants respectfully request that the cases listed in **Exhibit A** be dismissed.

WHEREFORE, the Cook Defendants respectfully request that the Court dismiss the above-captioned matters, and for all other just and appropriate relief.

Dated: September 3, 2019

           Respectfully Submitted,

           /s/ Andrea Roberts Pierson
           Andrea Roberts Pierson
           Jessica Benson Cox
           FAEGRE BAKER DANIELS LLP
           300 North Meridian Street, Suite 2500
           Indianapolis, Indiana  46204
           Telephone:     (317) 237-0300
           Facsimile:      (317) 237-1000
           Andrea.Pierson@FaegreBD.com
           Jessica.Cox@FaegreBD.com

           James Stephen Bennett
           FAEGRE BAKER DANIELS LLP
           110 W. Berry Street, Suite 2400
           Fort Wayne, Indiana  46802
           Telephone:     (260) 424-8000
           Facsimile:      (260) 460-1700
           Stephen.Bennett@FaegreBD.com

           *Attorneys for Defendants Cook Incorporated,*
           *Cook Medical LLC f/k/a Cook Medical*
           *Incorporated, William Cook Europe APS*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2019, a copy of the foregoing Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson