**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**EXHIBIT A TO MOTION TO DISMISS
PLAINTIFF SCHEDULE**

| Plaintiff | Cause Number | PPS Due Date | PPS Deficiency Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Uzzle, Charles | 1:17-cv-00914 | 4/24/2017 | 6/12/2019 | 1 |
| Savage, Lashonda L. | 1:17-cv-02511 | 9/25/2017 | 6/07/2019 | 2 |
| De Leonard, Shirley and Richard | 1:17-cv-02679 | 4/26/2018 | 5/10/2019 | 3 |
| Mull, Linda | 1:17-cv-02701 | 9/08/2017 | 5/16/2019 | 4 |
| Zeck, Henry | 1:17-cv-02714 | 9/08/2017 | 5/10/2019 | 5 |
| Chester, Carl [ESTATE] | 1:17-cv-02798 | 10/06/2017 | 5/10/2019 | 6 |
| Ellis, Randy | 1:17-cv-03314 | 10/19/2017 | 5/10/2019 | 7 |
| Anderson, Leonard | 1:17-cv-03340 | 4/26/2018 | 5/16/2019 | 8 |
| Brown, Ezill | 1:17-cv-04389 | 4/26/2018 | 6/07/2019 | 9 |
| Aycock, Neal | 1:18-cv-01857 | 7/18/2018 | 6/12/2019 | 10 |
| Goss, Linda | 1:18-cv-02432 | 9/7/2018 | 6/07/2019 | 11 |
| Billiet, David | 1:18-cv-02697 | 10/01/2018 | 5/16/2019 | 12 |
| Adams, Steven | 1:18-cv-03960 | 1/16/2019 | 5/16/2019 | 13 |
| Kemper, Thomas | 1:18-cv-03994 | 1/18/2019 | 6/07/2019 | 14 |
| Orange, Cindy | 1:19-cv-00025 | 2/04/2019 | 6/07/2019 | 15 |
| Earley, Phyllis | 1:19-cv-00668 | 4/15/2019 | 6/07/2019 | 16 |
| Woolever, Margaret | 1:19-cv-00962 | 4/08/2019 | 6/07/2019 | 17 |
| Beck, Jeremiah | 1:19-cv-01231 | 5/30/2019 | 6/18/2019 | 18 |
| Marshall, Henry | 1:19-cv-01242 | 4/26/2019 | 6/07/2019 | 19 |
| Burleson, Diane | 1:19-cv-01428 | 5/09/2019 | 6/07/2019 | 20 |
| Kingsland, Gail | 1:19-cv-01645 | 5/23/2019 | 6/07/2019 | 21 |
| Good, Damon | 1:19-cv-01711 | 5/29/2019 | 6/07/2019 | 22 |
| Walker, Ruchelle | 1:19-cv-00484 | 2/28/2019 | 6/07/2019 | 23 |
| Yerman, Sandra | 1:19-cv-00524 | 3/03/2019 | 6/07/2019 | 24 |
| Poteat, Betty | 1:19-cv-00843 | 3/29/2019 | 6/07/2019 | 25 |