**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

This Document Relates to 42 Category 2 Cases (See Exhibit A)
_____

### MOTION FOR JUDGMENT ON THE PLEADINGS IN 42 PENDING CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM

The Cook Defendants[1] move to dismiss pursuant to Fed. R. Civ. P. 12(c) 42 pending Category 2 cases because their claims fail as a matter of law for the reasons set forth in the accompanying memorandum of law. These cases are listed in filing order in the attached **Exhibit A**, and the case categorization forms submitted for these cases are attached as **Group Exhibit B**. Cook Defendants respectfully requests that dismissal be with prejudice as to all claims, injuries, complications, and outcomes alleged in Plaintiffs' short-form complaints, PPS forms, and Categorization Forms to date. With respect to re-filing in the event of a future injury, Cook Defendants request that the Court allow re-filing only in the Southern District of Indiana within the applicable statute of limitations period.

---

[1] The defendants are Cook Incorporated, Cook Medical LLC (*f/k/a* Cook Medical Incorporated), and William Cook Europe ApS and are referred to collectively herein as "Cook" or the "Cook Defendants."

- 2 -

Respectfully submitted,

Dated:  September 3, 2019 /s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (#26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204-1750
Telephone:     (317) 237-0300
Facsimile:      (317) 237-1000
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802-2322
Telephone:     (260) 424-8000
Facsimile:      (260) 460-1700
Stephen.Bennett@FaegreBD.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, a copy of the foregoing Cook Defendants' MOTION FOR JUDGMENT ON THE PLEADINGS IN 42 PENDING CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*