# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to 42 Category 2 Cases (*See* below)

_____

**EXHIBIT A
TO
COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS IN 42 PENDING CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM**

_____

| Plaintiff | Case No. | Lead Counsel | Exhibit B Sub-Exhibit |
|---|---|---|---|
| Christmas, Stephen | 1:18-cv-02234 | JOHNSTON LAW GROUP | 1 |
| Smith, Lawrance | 1:19-cv-01992 | JOHNSTON LAW GROUP | 2 |
| DiBattista, Anthony and Silverstone, Susan | 1:19-cv-01995 | JOHNSTON LAW GROUP | 3 |
| Julien, Anthony | 1:19-cv-02022 | JOHNSTON LAW GROUP | 4 |
| Folger, Barbara | 1:19-cv-02024 | JOHNSTON LAW GROUP | 5 |
| Martin, Carl (2027) | 1:19-cv-02027 | JOHNSTON LAW GROUP | 6 |
| Nichols, Carla | 1:19-cv-02028 | JOHNSTON LAW GROUP | 7 |
| Hogan, Carlton and Lela | 1:19-cv-02029 | JOHNSTON LAW GROUP | 8 |
| Rushton, Darlene | 1:19-cv-02033 | JOHNSTON LAW GROUP | 9 |
| Eller, Dennis | 1:19-cv-02123 | JOHNSTON LAW GROUP | 10 |
| Dominguez, Derrick and Dena | 1:19-cv-02125 | JOHNSTON LAW GROUP | 11 |
| Nelan, Eliza | 1:19-cv-02127 | JOHNSTON LAW GROUP | 12 |
| Hunnicutt, Harry A. and Katie | 1:19-cv-02130 | JOHNSTON LAW GROUP | 13 |
| Stoscup, Heidi | 1:19-cv-02132 | JOHNSTON LAW GROUP | 14 |
| Webb, Joyce | 1:19-cv-02143 | JOHNSTON LAW GROUP | 15 |
| Jagger, Julie | 1:19-cv-02144 | JOHNSTON LAW GROUP | 16 |
| Killian, Kelly | 1:19-cv-02146 | JOHNSTON LAW GROUP | 17 |
| Jacques, Kendrell M. | 1:19-cv-02147 | JOHNSTON LAW GROUP | 18 |
| McFarlane, Kenneth and Leah | 1:19-cv-02149 | JOHNSTON LAW GROUP | 19 |
| Glenn, Larry | 1:19-cv-02150 | JOHNSTON LAW GROUP | 20 |
| Aragon, Lilian | 1:19-cv-02151 | JOHNSTON LAW GROUP | 21 |
| Bright, Mary | 1:19-cv-02153 | JOHNSTON LAW GROUP | 22 |
| McFadden, Matthew | 1:19-cv-02155 | JOHNSTON LAW GROUP | 23 |

| | | | |
|---|---|---|---|
| Schonbeck, Monika | 1:19-cv-02186 | JOHNSTON LAW GROUP | 24 |
| Belcher, Nancy | 1:19-cv-02188 | JOHNSTON LAW GROUP | 25 |
| Hosford, Nancy | 1:19-cv-02189 | JOHNSTON LAW GROUP | 26 |
| Martin, Patricia | 1:19-cv-02192 | JOHNSTON LAW GROUP | 27 |
| Howell, Paul Richard | 1:19-cv-02193 | JOHNSTON LAW GROUP | 28 |
| Maisonet, Petra [ESTATE OF] | 1:19-cv-02194 | JOHNSTON LAW GROUP | 29 |
| Williams, Ricky and Helen | 1:19-cv-02197 | JOHNSTON LAW GROUP | 30 |
| Bendure, Ronald III | 1:19-cv-02200 | JOHNSTON LAW GROUP | 31 |
| Groda, Ronny | 1:19-cv-02202 | JOHNSTON LAW GROUP | 32 |
| Bullock, Russell | 1:19-cv-02206 | JOHNSTON LAW GROUP | 33 |
| King, Russell and Jill | 1:19-cv-02212 | JOHNSTON LAW GROUP | 34 |
| Heatherly, Shelby Thomas | 1:19-cv-02214 | JOHNSTON LAW GROUP | 35 |
| Schiavone, Susan Greene | 1:19-cv-02219 | JOHNSTON LAW GROUP | 36 |
| Dooley, Ted and Rosemary | 1:19-cv-02221 | JOHNSTON LAW GROUP | 37 |
| Collins, Tiffany | 1:19-cv-02222 | JOHNSTON LAW GROUP | 38 |
| Fendley, William and Cat | 1:19-cv-02240 | JOHNSTON LAW GROUP | 39 |
| Bassett, William | 1:19-cv-02379 | JOHNSTON LAW GROUP | 40 |
| Perez, Jesusa Gonzalez | 1:19-cv-02136 | JOHNSTON LAW GROUP | 41 |
| Carson, William | 1:19-cv-02238 | JOHNSTON LAW GROUP | 42 |