# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-03103 | 1:19-cv-03267 | 1:19-cv-03287 |
| 1:19-cv-03247 | 1:19-cv-03268 | 1:19-cv-03288 |
| 1:19-cv-03248 | 1:19-cv-03269 | 1:19-cv-03293 |
| 1:19-cv-03257 | 1:19-cv-03271 | 1:19-cv-03295 |
| 1:19-cv-03260 | 1:19-cv-03276 | 1:19-cv-03296 |
| 1:19-cv-03262 | 1:19-cv-03280 | 1:19-cv-03303 |
| 1:19-cv-03264 | 1:19-cv-03284 | 1:19-cv-03312 |
| 1:19-cv-03265 | 1:19-cv-03286 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: September 4, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
E-Mail: kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald