# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:16-cv-02095; 1:17-cv-00699; 1:19-cv-00508; 1:19-cv-01188; 1:19-cv-01239; 1:19-cv-01242; 1:19-cv-01689

## ORDER ON (Dkt. 11497) THE COOK DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order Regarding Case Categorization Forms, Cooks' Motion to Dismiss is **DENIED and STAYED**. The following cases have submitted their Categorization Form following the filing of Cook's motion to dismiss and, therefore, Cook's motion to dismiss is **DENIED** for these cases:

1. McKellop-Maxwell, Catherine        1:16-cv-02095
2. Vinke, Durwin                       1:19-cv-00508
3. Mathes, Douglas                     1:19-cv-01188
4. Weems, Nan                          1:19-cv-01239
5. Marshall, Henry                     1:19-cv-01242
6. Tinsley, Paul                       1:19-cv-01689

The motion is **STAYED** for ninety days as to the following case based upon the suggestion of death in the following case:

1. Brown, Pamela                       1:17-cv-00699 (Dkt.11547)

All parties shall bear their own fees and costs.

**SO ORDERED** this 4th day of September 2019.

                                                                                                            _____
                                                                                                          RICHARD L. YOUNG, JUDGE
                                                                                                          United States District Court
                                                                                                          Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.