IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions:

1:16-cv-00550; 1:17-cv-02433; 1:17-cv-02846; 1:18-cv-00829;
1:18-cv-01127; 1:18-cv-01136; 1:18-cv-01672; 1:18-cv-02090;
1:18-cv-02637; 1:18-cv-02699; 1:18-cv-02783; 1:18-cv-03282;
1:18-cv-03607; 1:18-cv-04024; 1:19-cv-00537; 1:19-cv-00859;
1:19-cv-01653; 1:19-cv-01690; 1:19-cv-01720; 1:19-cv-02129;
1:19-cv-02205; and 1:19-cv-02318.

_____

**ORDER ON (DKT. 11498) COOK'S
MOTION TO DISMISS DUPLICATIVE FILINGS**

This matter came before the Court on the Motion to Dismiss Duplicate Filings ("Motion") of Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook"). Having duly considered the motion:

IT IS HEREBY ORDERED:

1. Cook's Motion is **GRANTED** as to the following duplicative cases; and therefore are dismissed with prejudice.

   - Hughes, Elizabeth          1:16-cv-00550

   - Shields, Paul              1:17-cv-02433

   - Harris, John M. and Toni   1:18-cv-01127

   - Reynolds, George           1:18-cv-01672

   - Williams, Dorothy R.       1:18-cv-02090

US.124342246.01

- Miller, Charlotte      1:18-cv-02637
- Cummings, Joy      1:18-cv-02699
- Muller, Susi      1:18-cv-02783
- Springs, Carrie      1:18-cv-03282
- Down, Richard John & Jill Ann      1:18-cv-03607
- Johnson, Vietta      1:19-cv-00537
- Saiz, Gerald D.      1:19-cv-02129
- Sandidge, William      1:19-cv-02205
- Armstrong, William      1:19-cv-02318

2. The following Plaintiffs have moved for dismissal of a duplicate case following the filing of Cook's motion to dismiss and, therefore, Cook's motion to dismiss is **DENIED AS MOOT** for these cases.

- Smith, Paul      1:18-cv-00829
- Nichols, Kimberly      1:19-cv-01690
- Lona, Jose      1:19-cv-01720
- Matelski, Richard      1:17-cv-02846
- Rutledge, Russell      1:19-cv-00859
- Klahre, Krysten      1:18-cv-01136
- Moore, Chris      1:19-cv-01653

3. Cook's motion to dismiss is **DENIED** for this case as it was included by mistake.

- Forsythe, Amanda      1:18-cv-04024

SO ORDERED this 4th day of September 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

US.124342246.01