UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
144 Cases From Five States Listed in Exhibit A

**COOK DEFENDANTS' RENEWED OMNIBUS MOTION FOR
SUMMARY JUDGMENT BASED ON APPLICABLE
<u>STATUTE OF LIMITATIONS FROM FIVE STATES</u>**

The Cook Defendants[1] hereby move for summary judgment in the 144 cases filed by the Plaintiffs listed in the attached **Exhibit A** because the claims are time-barred under applicable law.[2] Specifically, all 144 of these cases were originally filed in this Court and pursuant to applicable forum choice-of-law rules, these cases are subject to the two-year statute of limitations under Indiana law because statute of limitations are procedural in nature under Indiana law. Alternatively, if the Court were to decide procedurally that the applicable statutes of limitation are the statutes of limitations from the Plaintiffs' respective home states, the claims would still be time-barred under the law of those states. Further, Plaintiffs' other claims also fail as a matter of law; therefore, summary judgment in favor of the Cook Defendants is appropriate.

The procedural and substantive law applicable to this motion is set forth more fully in the accompanying memorandum of law. The motion applies to 12 Alabama Plaintiffs, 7 Idaho

---

[1] The defendants are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants").

[2] This is a renewed motion that applies to the same cases that were part of an omnibus motion for summary judgment that Cook filed on August 2 (Dkts. 11502-03) and withdrew on September 4, 2019 (Dkt. 11711). The original motion applied to 149 cases and five have been excluded here for case-specific reasons.

Plaintiffs, 40 Michigan Plaintiffs, 57 Texas Plaintiffs, and 28 Virginia Plaintiffs,[3] and the factual grounds establishing that each of these cases is time-barred are summarized in Exhibit A.

The terms of dismissal should be the same as those the Court has used recently for the dismissal of Category 1 and Category 2 cases:

(1)   In cases where the filter has been removed, the dismissal should be with prejudice.

(2)   In cases where the filter remains placed in the plaintiff's body, the dismissal should be with prejudice as to all claims, injuries, complications, and outcomes alleged in Plaintiffs' short-form complaints, PPS forms, and Categorization Forms to date.  With respect to re-filing in the event of a future injury, the Court should allow re-filing only in the Southern District of Indiana within the applicable statute of limitations period.

Respectfully Submitted,

Dated:  September 5, 2019

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:   (317) 237-0300
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:   (260) 424-8000
Stephen.Bennett@FaegreBD.com

*Attorneys for the Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

---

[3]   The 144 plaintiffs listed in Exhibit A are referred to collectively as "Plaintiffs."  As necessary, they are referred to in groups by their home state by adding the state to the term Plaintiffs (i.e. the "Alabama Plaintiffs").

US.124452941

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2019, a copy of the foregoing **COOK DEFENDANTS' RENEWED OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON APPLICABLE STATUTE OF LIMITATIONS FROM FIVE STATES** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*

US.124452941