# **EXHIBIT A**

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Anderson-Kuhn, Diana | 1:16-cv-00182 | Alabama | MATTHEWS & ASSOCIATES | 01/28/2010 | 7 | Category 7: Perforation/Migration (12.14.2011) | 1/22/2016 |
| 2 | Davidson, Toney | 1:16-cv-02265 | Alabama | THE GOSS LAW FIRM, P.C. | 12/29/2007 | 3 | Category 3: Lifelong ACs (4.18.2008) | 8/25/2016 |
| 3 | Davis, William J. | 1:18-cv-02985 | Alabama | THE MAHER LAW FIRM, P.A. | 12/30/2010 | 7 | Category 3: Lifelong ACs (3.8.2012), Category 7: DVT (3.8.2012), Category 7: Occlusion (6.12.2015) | 9/27/2018 |
| 4 | Garrison, Tina | 1:16-cv-02462 | Alabama | FARRIS, RILEY, & PITT, L.L.P | 09/12/2008 | 5 | Category 5 Failed Retrieval (12.10.2008); Category 4 Unable to Retrieve (same record) | 9/15/2016 |
| 5 | Hrabowski, Adidas M. [ESTATE OF] | 1:18-cv-02662 | Alabama | MATTHEWS & ASSOCIATES | 01/11/2010 | 7 | Category 7: Perforation (8.16.2011), Category 7: Migration (3.8.2015) | 8/28/2018 |
| 6 | Kerr, Aimee | 1:16-cv-02659 | Alabama | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A. | 06/03/2011 | 5 | Category 5 Failed Retrieval (7.26.2011); Category 4 Unable to Retrieve (same record) | 10/5/2016 |
| 7 | Land, Steven | 1:17-cv-02349 | Alabama | WAGSTAFF & CARTMELL, LLP | 04/01/2010 | 5 | Category 5 Failed Retrieval (9.22.2010) | 7/11/2017 |
| 8 | Overton, Stephanie | 1:18-cv-00845 | Alabama | NIEMEYER, GREBEL & KRUSE, LLC | 10/26/2009 | 7 | Categories 7d Migration, 7e Perforation, Category 5, Category 4 (claims supported by failed retrieval record dated 6.16.2010) | 5/6/2016 (initially filed as part of multi-plaintiff case no. 1:17-cv-06065) |

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 9 | Perkins, Mary | 1:19-cv-00132 | Alabama | FENSTERSHEIB LAW GROUP, P.A. | 12/10/2009 | 3 | Category 7(e) Perforation (1.31.2014), Category 7(f) PE (same record), Category 3 Anticoagulaiton (2.4.2014) | 1/14/2019 |
| 10 | Turner, Sonny | 1:18-cv-01059 | Alabama | CURTIS LAW GROUP | 08/06/2013 | 7 | Category 7(f) PE (11.18.2013) | 4/6/2018 |
| 11 | White, Jerri and Jimmy | 1:18-cv-00101 | Alabama | FARRIS, RILEY, & PITT, L.L.P | 10/05/2010 | 5 | Category 5 Failed Retrieval (1.24.2011) | 1/12/2018 |
| 12 | Williams, Stephanie | 1:16-cv-03014 | Alabama | GRUBER & GRUBER | 03/04/2007 | 5 | Category 5 Failed Retrieval (7.18.2007); Category 4 Unable to Retrieve (same record) | 11/3/2016 |
| 13 | Cook, Nathaniel | 1:17-cv-03380 | Idaho | WILSHIRE LAW FIRM PLC | 09/30/2006 | 7 | Category 7(e) Perforation (4.8.2010); Category 5 Difficult Retrieval (5.27.2010) | 9/21/2017 |
| 14 | Corder, Lavonne and Timothy | 1:17-cv-02327 | Idaho | LOPEZ MCHUGH LLP | 04/12/2006 | 5 | Category 5 Failed Retrieval (6.8.2006) | 7/7/2017 |
| 15 | Deleski, Terry Ray | 1:18-cv-00498 | Idaho | JOHNSON LAW GROUP | 10/02/2009 | 7 | Category 7(a) Clot in Filter (10.29.2009 | 2/20/2018 |
| 16 | Driver, Samantha | 1:17-cv-03262 | Idaho | WEITZ & LUXENBERG, P.C. | 05/04/2010 | 5 | Category 5 Failed Retrieval (3.11.2011) | 9/14/2017 |
| 17 | Horton, Glenda | 1:16-cv-00175 | Idaho | BRANCH LAW FIRM | 10/03/2007 | 5 | Category 5 Failed Retrieval (3.24.2008) | 1/21/2016 |
| 18 | Pierson, Jermaine | 1:17-cv-03284 | Idaho | BERTRAM & GRAF, L.L.C. | 03/11/2014 | 6 | Category 6 Perforation (7.9.2014); Category 5 Failed Retrieval (8.5.2014) | 9/15/2017 |
| 19 | Webster, Loriann | 1:17-cv-02510 | Idaho | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | 10/27/2012 | 7 | Category 7(e) Perforation (2.6.2015) | 7/25/2017 |
| 20 | Bak, Brandon Philip | 1:17-cv-01965 | Michigan | MATTHEWS & ASSOCIATES | 10/05/2005 | 7 | Category 5: Failed Retrieval (1.17.2006), Category 7 Perforation (1.17.2006), Category 7: PE (12.7.2005) | 6/13/2017 |

US.1241078772

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 21 | Ball, Janice | 1:17-cv-01320 | Michigan | PETERSON & ASSOCIATES, P.C. | 09/05/2012 | 7 | Category 7(e) Perforation and 7(i) Bleeding; Category 6 Tilt in Renal Vein; Category 5 Failed Retrieval (all claims supported by 10.17.2012 failed retrieval record and 11.19.2012 successful retrieval record | 4/26/2017 |
| 22 | Bartolotta, Eva and Michael | 1:18-cv-00230 | Michigan | FLINT LAW FIRM, LLC | 10/18/2004 | 7 | Category 7: Perforation (9.2.2008) | 1/26/2018 |
| 23 | Boone, Diondrae and McLilly, April | 1:19-cv-02047 | Michigan | FEARS NACHAWATI, PLLC | 10/02/2015 | 5 | Category 5 Two Failed Retrieval Attempts (12.7. 2015 and 12.18.2015) | 5/22/2019 |
| 24 | Bowie, Kenneth | 1:19-cv-00666 | Michigan | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | 01/29/2009 | 7 | Category 7 Unspecified (5.7.2009); Category 4 Unable to Retrieve (same record) | 2/14/2019 |
| 25 | Clark, Robert W. & Andrea | 1:17-cv-01598 | Michigan | OSBORNE & FRANCIS LAW FIRM, PLLC | 09/01/2011 | 5 | Category 5 Failed Retrieval (12.6.2011) | 5/16/2017 |
| 26 | Collins, Kerri | 1:18-cv-02901 | Michigan | THE MAHER LAW FIRM, P.A. | 09/15/2010 | 5 | Category 5 Failed Retrieval (3.3.2011): Category 4 Unable to Retrieve (same record) | 9/19/2018 |
| 27 | Delvalle, Sacha E. | 1:18-cv-02347 | Michigan | SAUNDERS & WALKER, P.A. | 04/11/2007 | 7 | Category 7: PE (7.25.2011), Category 5: Failed Retrieval (4.30.2007), Category 6: Tilt/Perf (4.27.2007) | 8/1/2018 |
| 28 | Devine, Kelly | 1:19-cv-00811 | Michigan | FLINT LAW FIRM, LLC | 10/22/2007 | 7 | Category 7: Perforation (7.4.2014) | 2/25/2019 |
| 29 | Dobies, Alan | 1:17-cv-02631 | Michigan | SWEENEY MERRIGAN LAW | 05/14/2012 | 7 | Category 7: Perf and Thrombosis and Category 4: Unable to Retrieve (7.23.2013), Category 3: Lifelong ACs (7.29.2013) | 8/4/2017 |

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 30 | Douglass, Tanja & Cornelius | 1:17-cv-01478 | Michigan | LOPEZ MCHUGH LLP | 11/16/2009 | 7 | Category 7(a) Occlusion and 7(g) DVT (1.6.2010); Category 3 Occlusion Below Filter (same record) | 5/5/2017 |
| 31 | Driggers, Laura | 1:16-cv-03032 | Michigan | GRUBER & GRUBER | 06/08/2007 | 7 | Category 7(a) Thrombus in Filter (5.21.2009) | 11/4/2016 |
| 32 | Etheredge, Manda | 1:17-cv-03333 | Michigan | LAW OFFICES OF BAIRD BROWN | 12/30/2007 | 7 | Category 3: Stenosis and Category 7: DVT (6.19.2008) | 9/19/2017 |
| 33 | Floyd, Stephen | 1:17-cv-01256 | Michigan | SANDERS VIENER GROSSMAN, LLP | 01/22/2010 | 7 | Category 7(e) Pain at implant site (2.3.2010 note discussing placement record) | 4/21/2017 |
| 34 | Ford, Corinthia | 1:16-cv-03388 | Michigan | LOPEZ MCHUGH LLP | 11/26/2012 | 7 | Category 7(f) PE (12.22.2012); Category 7(g) DVT (same record) | 12/15/2016 |
| 35 | Frey, Steve | 1:17-cv-04197 | Michigan | BERTRAM & GRAF, L.L.C. | 12/27/2011 | 6 | Category 6 Filter Repositioning (12.30.2012) | 11/10/2017 |
| 36 | Frost, Beverly | 1:17-cv-02742 | Michigan | LAW OFFICES OF JEFFREY S. GLASSMAN | 02/10/2006 | 5 | Category 5 Failed Retrieval (5.1.2006) | 8/11/2017 |
| 37 | Hanners, Cynthia and Dustin | 1:19-cv-02031 | Michigan | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC | 07/06/2011 | 6 | Category 6 Filter Positioning (records regarding hospitalizations dated 7.6.2011 and 1.18.2012) | 5/21/2019 |
| 38 | Hayes, Melissa | 1:17-cv-01417 | Michigan | BERTRAM & GRAF, L.L.C. | 06/07/2008 | 5 | Category 5 Failed Retrieval Attempt (8.28.2008) | 5/3/2017 |
| 39 | Hollebeek, David and Julie | 1:16-cv-00174 | Michigan | BRANCH LAW FIRM | 10/25/2008 | 5 | Category 5 Failed Retrieval (1.15.2009); Category 4 Unable to Retrieve (same record) | 1/21/2016 |
| 40 | Hubert, George F. | 1:17-cv-01939 | Michigan | MATTHEWS & ASSOCIATES | 09/19/2013 | 7 | Category 5: Complex Retrieval (9.19.2013), Category 7: PE (11.13.2013) | 6/12/2017 |

US.124107877.2

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 41 | Johnson, Gaylua | 1:17-cv-01468 | Michigan | BARON & BUDD, P.C. | 06/18/2003 | 7 | Category 7: Occlusion/DVT (10.15.2010), Category 3: Stenosis, DVT recurrence, Acs (4.2.2014) | 5/5/2017 |
| 42 | Johnson, Maria L. | 1:17-cv-00608 | Michigan | SWEENEY MERRIGAN LAW | 02/01/2011 | 7 | Category 4: Advised not to remove and Category 7: Perforation (6.28.2013) | 2/24/2017 |
| 43 | Johnson, Ralph and Cynthia | 1:18-cv-02073 | Michigan | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | 12/15/2005 | 7 | Category 7: Perforation/Thrombosis (10.4.2012) | 7/9/2018 |
| 44 | Jones, Kandace | 1:18-cv-03131 | Michigan | MCSWEENEY LANGEVIN LLC | 06/11/2012 | 7 | Category 7(a) Occlusion (10.24.2012 and 11.20.2012) | 10/9/2018 |
| 45 | Loose, Teresa & Arnold | 1:16-cv-03399 | Michigan | BABBITT & JOHNSON, P.A. | 04/09/2007 | 7 | Category 7: Perforation (6.2.2010) | 12/16/2016 |
| 46 | McCrear, Kymisha S. [ESTATE OF] | 1:18-cv-03564 | Michigan | THE SNAPKA LAW FIRM | 10/21/2011 | 7 | Category 7: PE Death (9.15.2015) | 11/14/2018 |
| 47 | Miller, Scott | 1:16-cv-02901 | Michigan | FLINT LAW FIRM, LLC | 03/06/2008 | 5 | Category 5 Failed Retrieval (5.27.2008) | 10/25/2016 |
| 48 | Niemi, Judith | 1:18-cv-02683 | Michigan | FLORIN ROEBIG, P.A. | 01/11/2013 | 5 | Category 5 Failed Retrieval (4.19.2013) | 8/29/2018 |
| 49 | Nitz, Debra Ellen | 1:18-cv-02717 | Michigan | THE GOSS LAW FIRM, P.C. | 01/24/2008 | 6 | Category 6 Tilt and Category 5 Failed Retrieval (only record submitted is dated 9.22.2009) | 8/31/2018 |
| 50 | Novak, Leslie Marie | 1:16-cv-02672 | Michigan | MURPHY LAW FIRM, LLC | 08/11/2010 | 5 | Category 5 Failed Retrieval (10.26.2010); Category 4 Unable to Retrieve (same record) | 10/6/2016 |
| 51 | Robinson, Kathleen | 1:19-cv-00746 | Michigan | WEITZ & LUXENBERG, P.C. | 05/01/2008 | 6 | Category 6; Category 5 Failed Retrieval (claims supported by record dated 7.11.2008) | 2/19/2019 |
| 52 | Scott, Loretta | 1:19-cv-01586 | Michigan | ZONIES LAW LLC | 01/18/2008 | 5 | Category 5 Failed Retrieval (3.4.2008) | 4/19/2019 |

US.1241078772

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 53 | Sevelis, Rodney | 1:18-cv-02580 | Michigan | WENDT LAW FIRM | 03/15/2013 | 3 | Category 3: Lifelong ACs (10.2.2013) | 8/21/2018 |
| 54 | Simpson, Walter and Christine | 1:18-cv-01016 | Michigan | LOPEZ MCHUGH LLP | 11/26/2014 | 7 | Category 7(a) Occlusion (2.27.2015); Category 5 Failed Retrieval (same record) | 4/2/2018 |
| 55 | Spyker, Mark | 1:18-cv-02010 | Michigan | LOPEZ MCHUGH LLP | 07/09/2008 | 7 | Category 7: Thrombotic Occlusion (8.13.2010) | 6/29/2018 |
| 56 | Straub, Josie | 1:18-cv-02582 | Michigan | WENDT LAW FIRM | 08/05/2009 | 3 | Category 3: Lifelong ACs (6.19.2012) | 8/21/2018 |
| 57 | Tyson, Derek A. and Clara Johson | 1:19-cv-01979 | Michigan | JAMES, VERNON & WEEKS, P.A. | 04/21/2007 | 7 | Category 7: PE (4.27.2015) | 5/17/2019 |
| 58 | Versluis, Scott | 1:17-cv-00266 | Michigan | MARTIN BAUGHMAN, PLLC | 02/04/2012 | 5 | Category 5 Failed Retrieval (4.9.2012) | 1/26/2017 |
| 59 | Warren, Hezekiah | 1:17-cv-01241 | Michigan | SANDERS VIENER GROSSMAN, LLP | 02/20/2013 | 7 | Category 7(d) Pain at implant site (2.15.3013) | 4/20/2017 |
| 60 | Abbott, Donald | 1:19-cv-00436 | Texas | TORHOERMAN LAW, LLC | 10/09/2006 | 4 | Category 4 Unable to Retrieve (8.22.2007) | 1/28/2019 |
| 61 | Addison, Robert Shelton | 1:16-cv-03522 | Texas | MURPHY LAW FIRM, LLC | 08/28/2009 | 7 | Category 7(f) recurrent PE (1.20.2012 and 12.5.2011) | 12/30/2016 |
| 62 | Barrett, LaToya | 1:17-cv-00128 | Texas | MARTIN BAUGHMAN, PLLC | 03/12/2007 | 5 | Category 5 Failed Retrieval (3.28.2007) | 1/12/2017 |
| 63 | Beard, Amber | 1:17-cv-00480 | Texas | FLEMING, NOLEN & JEZ, L.L.P. | 02/25/2010 | 5 | Category 5 Failed Retrieval (5.7.2010) | 2/15/2017 |
| 64 | Bell, Paul L. | 1:17-cv-01976 | Texas | MATTHEWS & ASSOCIATES | 08/18/2009 | 7 | Category 7: Perforation and Fracture (2.13.2013), Category 7: Thrombosis (2.23.2013) | 6/13/2017 |
| 65 | Benavides, Armando [ESTATE] | 1:17-cv-02047 | Texas | LOPEZ MCHUGH LLP | 11/10/2010 | 5 | Category 5 Failed Retrieval (9.14.2011) | 6/15/2017 |

US.124107877.2

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 66 | Boatner, Heidi | 1:15-cv-01187 | Texas | BABBITT & JOHNSON, P.A. | 05/19/2010 | 7 | Category 7: Perforation (9.22.2010) | 7/28/2015 |
| 67 | Boggs, Audra | 1:18-cv-00958 | Texas | THE MOODY LAW FIRM, INC. | 05/14/2014 | 6 | Category 6: Perforation (5.19.2010) | 3/26/2018 |
| 68 | Bothe, Chance | 1:17-cv-03013 | Texas | MCEWEN LAW FIRM LTD | 01/26/2012 | 6 | Category 6 Migration (8.31.2012); Category 5 Failed Retrieval (same record) | 8/31/2017 |
| 69 | Bowen, Jasmine | 1:17-cv-02704 | Texas | MCSWEENEY LANGEVIN LLC | 01/15/2014 | 5 | Category 5 Failed Retrieval (3.19.2014) | 8/9/2017 |
| 70 | Brady, Marcella C. | 1:16-cv-02882 | Texas | MURPHY LAW FIRM, LLC | 03/13/2013 | 7 | Category 7(e) Perforation (7.31.2013); Category 5 Failed Retrieval (same record) | 10/24/2016 |
| 71 | Breaux-Nabors, Valeriun | 1:17-cv-02174 | Texas | BROWN & CROUPPEN, P.C. | 03/25/2011 | 4 | Category 5 Unable to Retrieve (12.30.2013) | 6/23/2017 |
| 72 | Buell, James | 1:17-cv-00516 | Texas | GOLDENBERG LAW, PLLC | 11/22/2008 | 5 | Category 5 Failed Retrieval (2.6.2009) | 2/17/2017 |
| 73 | Butler-King, Teresa H. | 1:16-cv-01849 | Texas | MATTHEWS & ASSOCIATES | 07/22/2009 | 7 | Category 7(c) Fracture (3.31.2014) and Category 7(e) Perforation (2.6.2014) | 7/11/2016 |
| 74 | Campbell, Chiquita L. | 1:17-cv-03181 | Texas | MATTHEWS & ASSOCIATES | 08/20/2010 | 7 | Category 7(e) Perforation and Category 3 Stenosis (records dated 11.21.2011 and 12.14.2011) | 9/8/2017 |
| 75 | Carillo, Raul | 1:17-cv-02819 | Texas | BABBITT & JOHNSON, P.A. | 08/14/2007 | 7 | Category 7(e) Perforation (images dated 3.22.2015) | 8/17/2017 |
| 76 | Carpenter, Sandy E. | 1:18-cv-00928 | Texas | GALLAGHER & KENNEDY, P.A. | 12/18/2012 | 7 | Category 7(d) Migration (images dated 10.22.2014) | 3/21/2018 |
| 77 | Cole, Alisa | 1:17-cv-03025 | Texas | LAW OFFICES OF BAIRD BROWN | 11/11/2010 | 7 | Category 7(d) Migration; Category 7(e) Perforation; Category 7(f) PE (all same record dated 3.20.2014) | 8/31/2017 |

US.1241078772

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 78 | County, Isaih [ESTATE OF] | 1:18-cv-03100 | Texas | THE GALLAGHER LAW FIRM PLLC | 04/30/2012 | 6 | Category 6 Tilt for both filters (only record submitted is death certificate due to PE with 6.12.2012 date of death) | 10/5/2018 |
| 79 | Engelbrecht, Robert | 1:17-cv-02291 | Texas | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A. | 09/18/2006 | 5 | Category 5 Failed Retrieval (5.22.2007); Category 4 Unable to Retrieve (same record); Category 4 Ongoing Anticoagulation (6.26.2007) | 7/6/2017 |
| 80 | Forester, Brent C. | 1:18-cv-03885 | Texas | MATTHEWS & ASSOCIATES | 05/24/2007 | 7 | Category 7(e) Perforation (10.21.2016); Category 5 Complex Retrieval (10.21.2016); Category 4 Unable to Retrieve (9.28.2016) | 12/10/2018 |
| 81 | Fox, Gregory | 1:18-cv-02628 | Texas | MCGLYNN, GLISSON & MOUTON | 07/05/2012 | 7 | Category 7(g) Post placement DVT (8.17.2012) | 8/24/2018 |
| 82 | Francis, Katrina | 1:17-cv-01168 | Texas | MURPHY LAW FIRM, LLC | 11/03/2008 | 7 | Category 7(f) Recurrent PE (11.18.2011 and 11.29.2011) | 4/13/2017 |
| 83 | Gonzalez, Justin | 1:15-cv-01569 | Texas | MATTHEWS & ASSOCIATES | 02/21/2013 | 7 | Category 7(e) Perforation, Category 5 Failed Retrieval, Category 4 Unable to Retrieve, Category 3 (claims supported by records dated 8.16.2013) | 10/5/2015 |
| 84 | Greig, Susan | 1:17-cv-00300 | Texas | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A. | 12/13/2012 | 6 | Category 6 Penetration (3.29.2013), Category 5 Failed Retrieval (same record), and Category 4 Unable to retrieve (same record) | 1/30/2017 |
| 85 | Houck, Louise L. | 1:17-cv-03886 | Texas | MURPHY LAW FIRM, LLC | 03/27/2011 | 5 | Category 5 Failed Retrieval (8.29.2011 and 2.24.2012); Category 4 Unable to Retrieve (same records) | 10/25/2017 |
| 86 | Hubbard, Derrick E. & Janice M. | 1:17-cv-00209 | Texas | CRANDALL & KATT | 10/20/2009 | 7 | Category 7(f) PE (5.2.2013) | 11/4/2016 |

- 8 -

US.1241078772

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 87 | Ibarra, Maria A. | 1:17-cv-03363 | Texas | HEYGOOD, ORR & PEARSON | 01/06/2012 | 5 | Category 5 Failed Retrieval (4.18.2012 and 10.4.2012); Category 4 Unable to Retrieve (same records) | 9/21/2017 |
| 88 | Jackson, Gentriece | 1:18-cv-03012 | Texas | LOPEZ MCHUGH LLP | 01/31/2011 | 7 | Category 7(a) Occlusion, Category 7(c) Fracture, Category 7(e) Perforation, Category 7(f) Post-placement PE, Category 5 Complex Retrieval (all medical records dated in 2015 with filters removed during complex removal on 3.16.2015 | 9/28/2018 |
| 89 | Leal, Alberto | 1:17-cv-02020 | Texas | FLEMING, NOLEN & JEZ, L.L.P. | 04/15/2011 | 5 | Category 5 Failed Retrieval (7.19.12); Category 4 Unable to Retrieve (same records) | 6/14/2017 |
| 90 | LeBlanc, Avery | 1:18-cv-01367 | Texas | MURPHY LAW FIRM, LLC | 04/30/2013 | 5 | Category 5 Failed Retrieval (1.6.2015); Category 4 Unable to Retrieve (same records) | 5/3/2018 |
| 91 | Leslie, Susan E. | 1:17-cv-03205 | Texas | MATTHEWS & ASSOCIATES | 02/19/2010 | 7 | Category 7(f) Post-placement PE (9.24.2014), Category 7(g) DVT (4.2.2010); Category 7(e) Perforation (same records) | 9/11/2017 |
| 92 | Linder, Colleen | 1:17-cv-04670 | Texas | LOPEZ MCHUGH LLP | 12/12/2006 | 7 | Category 7g DVT (4.20.2007); Category 5 Failed Retrieval (1.22.2007) | 12/18/2017 |
| 93 | Lozano, Salvador B. | 1:17-cv-03213 | Texas | MATTHEWS & ASSOCIATES | 12/02/2014 | 7 | Category 7(e) Perforation (5.13.2015); Category 4 Unable to Retrieve (5.15.2015) | 9/11/2017 |
| 94 | Lunderman, Edward and Sarah Lynn | 1:15-cv-01542 | Texas | LOPEZ MCHUGH LLP | 11/13/2008 | 5 | Category 5 Failed Retrieval (6.22.2010); Category 3 Emotional Distress | 9/30/2015 |

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 95 | Marsden, Bonnie | 1:18-cv-03521 | Texas | LAW OFFICES OF CHRISTOPHER K. JOHNSTON, LLC | 09/14/2006 | 7 | Category 7(e) Perforation (10.5.2015) | 11/13/2018 |
| 96 | McCutchin, Judy G. | 1:17-cv-03219 | Texas | MATTHEWS & ASSOCIATES | 04/10/2010 | 7 | Category 7(g) DVT (11.1.2011); Category 6 (claim type unspecified); Category 4 Unable to Retrieve (11.10.2011) | 9/11/2017 |
| 97 | McGee, Michelle D. | 1:17-cv-02221 | Texas | MOTLEY RICE LLC | 10/25/2010 | 6 | Category 6 Migration (4.21.2011) | 6/29/2017 |
| 98 | Medford, Alicia | 1:18-cv-02940 | Texas | JOHNSON LAW GROUP | 01/17/2008 | 5 | Category 5 Failed Retrieval (8.1.2008) | 9/21/2018 |
| 99 | Murray, Diana | 1:17-cv-03046 | Texas | CURTIS LAW GROUP | 01/11/2007 | 7 | Category 7(F) Post-placement PE (2.22.2008); filter successfully removed on 4.16.2008) | 9/1/2017 |
| 100 | Picou, Joseph G. | 1:16-cv-02747 | Texas | GRUBER & GRUBER | 01/16/2012 | 7 | Category 7(a) Occlusion (6.22.2013); Category 7(g) DVT (same record) | 10/11/2016 |
| 101 | Ramon, Allysha | 1:16-cv-01046 | Texas | DEGARIS & ROGERS, LLC | 04/17/2011 | 5 | Category 5 Failed Retrieval (7.20.2011) | 5/3/2016 |
| 102 | Ramos, Carol | 1:17-cv-02975 | Texas | WENDT LAW FIRM | 11/21/2007 | 6 | Category 6 Thrombusi in Filter (12.13.2007); Category 5 Failed Retrieval Attempt (same record) | 8/29/2017 |
| 103 | Rankin, Betty T. | 1:17-cv-01978 | Texas | FLEMING, NOLEN & JEZ, L.L.P. | 10/25/2011 | 5 | Category 5 Failed Retrieval (1.30.2012) | 6/13/2017 |
| 104 | Ray, Gregory Neill | 1:16-cv-02135 | Texas | BABBITT & JOHNSON, P.A. | 04/28/2009 | 7 | Category 7(a) Occlusion (12.3.2013); Category 7(d) Migration (same record) | 8/9/2016 |
| 105 | Robertson, Latasha | 1:18-cv-01396 | Texas | CURTIS LAW GROUP | 03/25/2008 | 7 | Category 7(e) Perforation (1.9.2015); Category 7(g) DVT (9.12.2008) | 5/4/2018 |
| 106 | Romero, Elvia G. | 1:17-cv-01763 | Texas | FLEMING, NOLEN & JEZ, L.L.P. | 11/05/2009 | 5 | Category 5 Failed Retrieval (12.21.2009) | 5/26/2017 |

US.1241078772

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 107 | Sharp, Sharon K. | 1:16-cv-02763 | Texas | FLEMING, NOLEN & JEZ, L.L.P. | 12/12/2013 | 7 | Category 7(e) Perforation (12.18.2013); Category 4 Unable to Retrieve (same record) | 10/12/2016 |
| 108 | Simmons, Marcus K. | 1:18-cv-00212 | Texas | WAGSTAFF & CARTMELL, LLP | 03/14/2005 | 7 | Category 7(c) Fracture (12.17.2009) | 1/25/2018 |
| 109 | Surles, Enoch & Julia | 1:16-cv-02361 | Texas | BABBITT & JOHNSON, P.A. | 05/26/2011 | 7 | Category 7(e) Perforation (11.7.2013) | 9/1/2016 |
| 110 | Taylor, Amber | 1:18-cv-02549 | Texas | JOHNSON LAW GROUP | 03/21/2011 | 6 | Category 6 Tilt (3.5.2012); Category 5 Failed Retrieval (same records) | 8/17/2018 |
| 111 | Trevino, Jose | 1:17-cv-02728 | Texas | MCSWEENEY LANGEVIN LLC | 10/16/2009 | 5 | Category 5 Failed Retrieval (12.4.2009) | 8/10/2017 |
| 112 | Tubbs, Jerry and Annia | 1:18-cv-02978 | Texas | LOPEZ MCHUGH LLP | 10/15/2012 | 7 | Category 7(e) Perforation (11.25.2015) | 9/26/2018 |
| 113 | Tucker, Ellen | 1:17-cv-03235 | Texas | MATTHEWS & ASSOCIATES | 11/02/2012 | 7 | Category 7(d) Migration and Category 7(e) Perforation (7.28.2015) | 9/12/2017 |
| 114 | Walker, Hattie | 1:18-cv-02931 | Texas | BROWN & CROUPPEN, P.C. | 05/24/2011 | 4 | Category 4 Unable to Retrieve (9.7.2012) | 9/21/2018 |
| 115 | Weaver, Annette [ESTATE] | 1:14-cv-06014 | Texas | LEE MURPHY LAW FIRM, G.P. | 05/10/2011 | 7 | Category 7(c) Fracture (8.29.2012) | 9/19/2014 |
| 116 | Yandell, Connie and Calvin | 1:18-cv-01073 | Texas | LOPEZ MCHUGH LLP | 07/29/2009 | 7 | Category 7(a) Occlusion (4.29.2014); Category 5 Failed Retrieval Attempt (8.8.2011) | 4/6/2018 |
| 117 | Alger, Lessie | 1:17-cv-01023 | Virginia | CURTIS LAW GROUP | 02/10/2012 | 5 | Category 5 Failed Retrieval (3.27.12 and 4.3.12) | 4/3/2017 |
| 118 | Bennett, Zachary Raymond | 1:18-cv-01148 | Virginia | FEARS NACHAWATI, PLLC | 09/18/2009 | 6 | Category 6 Perforation (1.6.2015) | 4/16/2018 |
| 119 | Brown-Street, Sonya | 1:17-cv-01625 | Virginia | CURTIS LAW GROUP | 02/28/2010 | 5 | Category 5 Failed Retrieval (4.3.2012); Category 5 Unable to Retrieve (same records) | 5/17/2017 |

US.1241078772

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 120 | Bryan, Lucretia | 1:18-cv-01839 | Virginia | MCGLYNN, GLISSON & MOUTON | 06/07/2007 | 7 | Category 7(f) PE; Category 5 Failed Retrieval; Category 3 Anticoagulation (records dated 11.2.2012) | 6/15/2018 |
| 121 | Coleman, Dianna & Jerry | 1:16-cv-02894 | Virginia | BABBITT & JOHNSON, P.A. | 11/11/2011 | 5 | Category 5 Failed Retrieval (9.12.2012) | 10/25/2016 |
| 122 | Del Cid, Jose | 1:17-cv-01704 | Virginia | THE MILLER FIRM LLC | 12/02/2011 | 7 | Category 7(d) Migration (2.4.2012); Category 7(g) DVT (12.22011, 1.13.2012 and 2.7.2011); Category 5 Failed Retrieval (2.22.2012) | 5/23/2017 |
| 123 | Fletcher, Franklin | 1:18-cv-00644 | Virginia | NIEMEYER, GREBEL & KRUSE, LLC | 09/08/2011 | 7 | Category 7 Migration and Perforation and Category 4 Unable to Retrieve (multiple records submitted that are all from 2011) | 5/6/2016 (initially filed as part of multi-plaintiff case no. 1:17-cv-06065) |
| 123 | Fox, Lynell Margaret | 1:15-cv-01822 | Virginia | THE NATIONS LAW FIRM | 12/29/2010 | 5 | Category 5 Failed Retrieval Attempts (6.14.2011 and 6.23.2011) | 11/19/2015 |
| 125 | Frank, Kelly | 1:15-cv-01070 | Virginia | FEARS NACHAWATI, PLLC | 03/14/2013 | 7 | Category 7(c) Fracture (6.4.2013) | 7/9/2015 |
| 126 | Franklin, Sharon H. & Paul A. | 1:17-cv-02162 | Virginia | MOTLEY RICE LLC | 05/23/2009 | 5 | Category 5 Failed Retrieval (7.9.2011) | 6/22/2017 |
| 127 | Geberth, Patricia J. & Roy J. | 1:16-cv-02600 | Virginia | LOPEZ MCHUGH LLP | 12/23/2009 | 6 | Category 6 (perforation and difficult retrieval claims regarding 2 filters) - multiple record submitted in support with latest record dated 4.11.2011 | 9/30/2016 |

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 128 | Gee, Barbara | 1:17-cv-02058 | Virginia | MATTHEWS & ASSOCIATES | 05/08/2010 | 7 | Category 7 Migration and Perforation (4.24.2014); Category 5 Failed Retrieval Attempts (9.29.2010 and 5.20.2014); Category 4 Unable to Retrieve (same records) | 6/16/2017 |
| 129 | Jackson, Sandra | 1:16-cv-01033 | [left blank] | MESHBESHER & SPENCE, LTD. | 11/23/2009 | 7 | Category 7(c) Fracture (1.22.2013); Category 7(e) Perforation (1.22.2013) | 5/3/2016 |
| 130 | Jeffers, Mark [ESTATE OF] | 1:18-cv-02447 | Virginia | THE GALLAGHER LAW FIRM PLLC | 03/19/2007 | 5 | Category 5 Failed Retrieval (11.28.2007); Category 4 (same records) | 8/9/2018 |
| 131 | Lee, Dionne | 1:17-cv-03058 | Virginia | CURTIS LAW GROUP | 06/28/2010 | 7 | Category 7a Thrombosis (1.21.2011); Category 7(F) Post-placement PE (same record | 9/1/2017 |
| 132 | Lipscomb, Donald E. Jr. | 1:17-cv-03494 | Virginia | FLEMING, NOLEN & JEZ, L.L.P. | 03/17/2010 | 7 | Category 7(d) Migration, Category 7(e) Perforation, Category 5 Failed Retrieval, Category 4 Unable to Retrieve (all claims supported by records dated 9.22.2010 to 9.24.2010) | 9/29/2017 |
| 133 | Mauck, John | 1:17-cv-03328 | Virginia | MURRAY LAW FIRM | 09/29/2012 | 7 | Category 7(g) DVT and Category 5 Failed Retrieval (all records dated 4.25.2013) | 9/19/2017 |
| 134 | McGahan, Sandra | 1:17-cv-02364 | Virginia | BABBITT & JOHNSON, P.A. | 06/30/2009 | 7 | Category 7(a) Occlusion (8.21.2010); Category 7(e) Perforation (8.22.2010); Category 7(h) Infection (8.30.2010); Category 5 Failed Retrieval (8.30.2010) | 7/12/2017 |
| 135 | Newhouse, Robin and Frederick, Sr. | 1:18-cv-01662 | Virginia | BURNETT LAW FIRM | 01/27/2006 | 7 | Category 7(b) (only 1.27.2006 implant records submitted) | 6/1/2018 |

- 13 -

| No. | Plaintiff | Case No. | State | Lead Counsel | Implant Date | Cat. | Short Description of Injury and Date | Filing Date |
|---|---|---|---|---|---|---|---|---|
| 136 | Penaranda, Rafael | 1:16-cv-01005 | Virginia | BARON & BUDD, P.C. | 05/01/2012 | 7 | Category 7(e) Perforation (1.18.2013) and Category 5 Failed Retrieval (same record) | 5/2/2016 |
| 137 | Phillips, Sherrie | 1:18-cv-00549 | Virginia | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC | Unknown | 7 | Category 7(a) Occlusion and Category 5 Failed Retrieval (highlighted records dated 8.29.2014 and 11.5.2014 to 11.8.2014) | 2/26/2018 |
| 138 | Pitts, Earline | 1:17-cv-03992 | Virginia | MARC J. BERN & PARTNERS, LLP | 03/06/2012 | 7 | Category 7(f) PE (5.7.2015) | 10/31/2017 |
| 139 | Poteat, Betty | 1:19-v-00843 | Virginia | JOHNSON LAW GROUP | 07/03/2010 | 7 | Category 7(g) DVT (7.6.2010); Category 5 Failed Retrieval (same record); Category 4 Unable to Retrieve (same record) | 2/27/2019 |
| 140 | Shields, Curtis | 1:18-cv-01379 | Virginia | WAGSTAFF & CARTMELL, LLP | 09/18/2013 | 7 | Category 7(g) DVT (11.4.2013); Category 5 Failed Retrieval (10.29.2013); Category 4 Unable to Retrieve (same record) | 5/4/2018 |
| 141 | Smith, James Carmichael | 1:18-cv-03096 | Virginia | THE MOODY LAW FIRM, INC. | 04/08/2010 | 6 | Category 3, 4, 5, and 6 (submitted records dated 3.28.2011) | 10/5/2018 |
| 142 | Smith, Richard | 1:17-cv-02800 | Virginia | LAW OFFICES OF BAIRD BROWN | 09/25/2012 | 7 | Category 7a Occlusion, Category 7d Migration, Category 7g DVT, Category 5 Failed Retrieval (submitted record dated 11.27.2013) | 8/16/2017 |
| 143 | Southern, George Jr. and Edith | 1:18-cv-03575 | Virginia | THE MOODY LAW FIRM, INC. | 07/13/2007 | 6 | Category 6 Perforation (images dated 7.24.2014) | 11/15/2018 |
| 144 | Williams, Myrtle & Wilson | 1:17-cv-00679 | Virginia | HENINGER GARRISON DAVIS, LLC | 01/02/2012 | 5 | Category 5 Failed Retrieval (12.24.2011) | 3/7/2017 |