IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

   1:19-cv-03333
   1:19-cv-03336
   1:19-cv-03337
   1:19-cv-03344
   1:19-cv-03353
   1:19-cv-03333

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS

| | |
|---|---|
| Dated:  September 6, 2019 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail:  andrea.pierson@faegrebd.com<br>E-Mail:  kip.mcdonald@faegrebd.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson