UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1:14-ml- 2570 |

This Document Relates to:

Plaintiff Raymond Hedlund, Civil Case No. 1:18-cv-03403-RLY-TAB

**AMENDED NOTICE OF UNAVAILABILITY**

**COMES NOW,** the undersigned attorney for Plaintiff, RAYMOND HEDLUND, hereby file this Notice of Unavailability and states as follows:

1. The undersigned attorney gives notice to this Honorable Court, all counsel and parties that she will be unavailable due to maternity leave from August 29, 2019 through December 2, 2019.

2. In connection therewith, the undersigned counsel requests that no motions, hearings or trials be set during that time frame and moves for a continuance if any are so set and requests for an extension of time to respond to pleadings, documents and discovery, if any are pending. The undersigned also requests that no depositions be set during that time frame and move for a protective order if any are set.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 6, 2019, I filed the foregoing via the Court's electronic filing system, which shall send notice of the filing and a copy thereof to all counsel of record.

Respectfully submitted,

**DI PIETRO PARTNERS, LLP**
901 E Las Olas Blvd., Suite 202
Fort Lauderdale, FL 33301
*Primary Service Email:*
service@ddpalaw.com
Telephone: (954) 712-3070
Facsimile:  (954) 337-3824

/s/   Nicole M. Martell
**DAVID DI PIETRO, ESQ.**
Florida Bar No.: 10370
david@ddpalaw.com
**NICOLE M. MARTELL, ESQ.**
Florida Bar No.: 100172
nicole@ddpalaw.com