IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:17-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL NO. 2570

This document relates to:
ZACKARIAH ALBRECHT
Civil Case No. 1:16-cv-3429

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>Motion to Withdraw as Counsel Without Substitution</u>**

Pursuant to S.D. Ind. L.R. 83-7, counsel for Zackariah Albrecht, MURRAY LAW FIRM, hereby request the Court for an Order allowing DEVIN A. LOWELL, STEPHEN B. MURRAY, JR. and the MURRAY LAW FIRM to withdraw as counsel of record for Zackariah Albrecht. In support thereof, counsel states the following:

1. Plaintiff's case was filed on December 20, 2016.

2. Defendants served Plaintiff's counsel with a deficiency notice regarding Plaintiff's Profile Sheet on November 29, 2017.

3. Plaintiff's counsel tried numerous times, via telephone, certified mail, and electronic mail, in 2017 and 2018 to contact Plaintiff regarding fully answering his deficient PPS.

4. On December 22, 2018, Plaintiff's counsel served a Case Categorization Form for Plaintiff, along with supporting medical records. Per available medical records, Plaintiff was categorized as a Category 2 case for mental and emotional damages.

5. Upon receipt of this Court's order on May 9, 2019, regarding Category 2 cases, Plaintiff's counsel attempted to contact, by phone, Plaintiff regarding the status of his case, his injuries, and his options. Plaintiff did not answer nor did he respond to counsel's voicemail.

6. On May 15, 2019, Plaintiff's counsel sent Plaintiff a letter via FedEx overnight delivery informing him of the Court's Category 2 Case Order and requesting that Plaintiff contact his counsel regarding his options. FedEx confirmed delivery of the letter on May 16, 2019.

7. Counsel believes that, given Plaintiff's lack of communication and the inability to locate medical records evidencing an injury beyond the implantation of the device and resulting mental and emotional distress, Mr. Albrecht's case should be dismissed without prejudice per the Court's previous order. However, without Plaintiff's authorization to do so, counsel cannot stipulate to or voluntarily dismiss his case.

8. Plaintiff has not since contacted his counsel.

9. On May 23, 2019, Plaintiff's counsel sent, via certified mail, a letter to Plaintiff's last known address at the time, requesting that he contact them by this Court's deadline for Defendant's to file motions for summary judgment regarding Category 2 cases.

10. Plaintiff has not since contacted counsel.

11. On August 16, Plaintiff's counsel sent a letter to Plaintiff's last known address, informing him that they would seek to withdraw from representing him in this matter. A copy of this letter is attached as **Exhibit A** to this Motion.

12. Due to a lack of communication or cooperation from Zackariah Albrecht regarding this matter, a compelling reason exists for the Court to permit DEVIN A. LOWELL, STEPHEN B. MURRAY, JR. and the MURRAY LAW FIRM to withdraw as counsel for Plaintiff.

13. Given that counsel's withdrawal will leave Plaintiff without representation, counsel notes that there is no trial date set in this matter. There is a Motion for Judgment on the Pleadings regarding the Plaintiff's case that this Court took under advisement on June 13, 2019. There are no new pending motions.

14. Zackariah Albrecht's last known address is 853 Mickelsen Ct., Brentwood CA 94513-6218. Mr. Albrecht has also received certified mail at 6162 Bonner Ave. North Hollywood, CA 91606-4918. Mr. Albrecht's last known phone number is (818) 220-2476.

15. A copy of this filed motion will be served on Zackariah Albrecht at his last known address via both certified and regular mail.

WHEREFORE, counsel respectfully moves the Court for an Order withdrawing DEVIN A. LOWELL, STEPHEN B. MURRAY, JR. and the MURRAY LAW FIRM from representing Plaintiff Zackariah Albrecht. A proposed Order has been filed herewith.

Dated: September 6, 2019

    Respectfully submitted,

    MURRAY LAW FIRM
    */s/Devin A. Lowell*
    Devin A. Lowell (LA Bar No. 36555)
    Stephen B. Murray, Jr. (LA Bar No. 23877)
    650 Poydras Street, Suite 2150
    New Orleans, Louisiana 70130
    (504) 525-8100
    dlowell@murray-lawfirm.com
    smurrayjr@murray-lawfirm.com
    *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on September 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. This Motion will also be served on Plaintiff by postal mail at his last known address.

      /s/ *Devin A. Lowell*