# MURRAY LAW FIRM
SUITE 2150 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

August 16, 2019

STEPHEN B. MURRAY †
PATRICIA RIVET MURRAY
STEPHEN B. MURRAY, JR.
ARTHUR M. MURRAY *
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
ROBIN MYERS
CAROLINE THOMAS WHITE
DEVIN A. LOWELL
KENNETH J. WINK, JR.
RUSTON J. PRITCHARD

TELEPHONE (504) 525-8100
1-800-467-8100
FAX (504) 584-5249
www.murray-lawfirm.com

† CERTIFIED AS A SPECIALIST IN CIVIL
  TRIAL ADVOCACY BY THE NATIONAL
  BOARD OF TRIAL ADVOCACY
* LICENSED IN LA & TX

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**70171450000209303541**
Zachariah Albrecht
853 Mickelsen Ct.
Brentwood, California 94513-6218

   RE: Inferior Vena Cava (IVC) Filter Implant Claim
      Your File No.: 15-116-195

Dear Mr. Albrecht,

   I'm writing to follow up with you regarding your IVC filter case against Cook Medical in which the Murray Law Firm represents you. We previously sent you a letter requesting that you contact our office on July 31, 2019.

   Due to a lack of available medical records regarding your IVC filter and any injury that it has caused you, as well as your lack of communication with our firm, we cannot adequately represent you. The attorney-client relationship requires the client to also communicate with the attorney when needed. Our firm has attempted to contact you via phone, e-mail, and postal mail many times over the last year, with no response. As a result, the Defendants have asked the court to dismiss your case, which the court has taken under advisement but made no decision on as of yet.

   Due to this lack of communication, we – the Murray Law Firm – feel that we must now withdraw from representing you in this matter. We plan to file a motion to withdraw from your case with the court no sooner than seven (7) days after receiving certified confirmation of the delivery of this letter.

   If you choose to retain other counsel, we would be happy to transfer our files to them via whatever means are most convenient. Please contact us at (504) 525-8100 with any questions or concerns you may have.

                   Regards,

                   */s/ Devin Lowell*
                   Devin Lowell

DAL/ccd

**EXHIBIT A**

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total
$

Sent To: Zachariah Albrecht
Street: 853 Mickelsen Ct.
City: Brentwood, CA 94513-6218

Postmark Here
NOLA LAFAYETTE SQUARE
AUG 16 2019
70130-

3541 0930 0002 1450 7017

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions