IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:17-ml-2570-RLY-TAB MDL NO. 2570 |

This document relates to:
ZACKARIAH ALBRECHT
Civil Case No. 1:16-cv-3429

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

This matter has come before the Court upon Plaintiff's Counsel's *Motion to Withdraw as Counsel of Record*. The Court, being duly advised, hereby finds that this Motion should be granted.

IT IS THEREFORE ORDERED that DEVIN A. LOWELL, STEPHEN B. MURRAY, JR., and the MURRAY LAW FIRM shall be withdrawn as counsel of record in this action.

SO ORDERED this _____ day of _____, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana