IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:19-cv-03196 | 1:19-cv-03363 | 1:19-cv-03375 | 1:19-cv-03392 |
| 1:19-cv-03200 | 1:19-cv-03366 | 1:19-cv-03376 | 1:19-cv-03395 |
| 1:19-cv-03219 | 1:19-cv-03367 | 1:19-cv-03383 | 1:19-cv-03396 |
| 1:19-cv-03224 | 1:19-cv-03368 | 1:19-cv-03385 | 1:19-cv-03403 |
| 1:19-cv-03283 | 1:19-cv-03369 | 1:19-cv-03386 | 1:19-cv-03407 |
| 1:19-cv-03320 | 1:19-cv-03371 | 1:19-cv-03387 | 1:19-cv-03408 |
| 1:19-cv-03321 | 1:19-cv-03372 | 1:19-cv-03388 | 1:19-cv-03409 |
| 1:19-cv-03330 | 1:19-cv-03373 | 1:19-cv-03390 | 1:19-cv-03410 |
| 1:19-cv-03332 | 1:19-cv-03374 | 1:19-cv-03391 | 1:19-cv-03411 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  September 9, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson