# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Cases:

    JULIA HOPE ROEMER
    Civil Case No. 1:19-cv-01401

## COOK DEFENDANTS' NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CASE

Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), by and through counsel, respectfully file this Notice to inform the Court they do not oppose Plaintiff's Motion to Vacate Order of Dismissal and to Reinstate Case (Doc. 11660) ("Plaintiff's Motion") or the relief requested therein.

This Notice is not a concession that Cook Defendants agree with the merits of Plaintiff's Motion or the facts stated therein. Despite such disagreements, unique circumstances exist here and therefore Cook Defendants do not oppose Plaintiff's Motion.

Dated: September 9, 2019

                              Respectfully submitted,

                              /s/ Andrea Roberts Pierson
                              Andrea Roberts Pierson (# 18435-49)
                              FAEGRE BAKER DANIELS LLP
                              300 North Meridian Street, Suite 2700
                              Indianapolis, Indiana 46204
                              Telephone: (317) 237-0300
                              Facsimile: (317) 237-1000
                              E-Mail: Andrea.Pierson@FaegreBD.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
E-Mail: Stephen.Bennett@FaegreBD.com

*Counsel for Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2019, a copy of the foregoing "COOK DEFENDANTS' NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CASE" was filed electronically, and notice of the filing will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

/s/ Andrea Roberts Pierson