IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## ORDER ON SEPTEMBER 5, 2019, TELEPHONIC STATUS CONFERENCE

The Court held a telephonic status conference on September 5, 2019, to address various concerns the parties had regarding certain conduct of counsel in this matter. The Court declines at this time to act on those concerns, for reasons more fully articulated during the conference.

Cook Defendants also requested amendments to the orders currently in place governing *ex parte* communications between Cook Defendants and Plaintiffs' treating physicians. [Filing Nos. 913 and 3076.] The Court indicated a willingness to consider reasonable and appropriate modifications to those orders. Parties may file motions with suggested modifications and justifications for those modifications. At this time, the only modification the Court will make is to directly state that the three bellwether cases that have been selected for upcoming trials: *Burrage v. Cook Inc., et al.*, 1:18-cv-00273-RLY-TAB; *Johnson v. Cook Inc., et al.*, 1:17-cv-01236-RLY-TAB; and *McDermitt v. Cook Inc., et al.*, 1:18-cv-00946-RLY-TAB, and any future bellwether case, will be subject to those orders.

Date: 9/9/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.