UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | 1:14-ml-02570-RLY-TAB |

**SCHEDULING ORDER**

The status hearing set for September 20, 2019 is VACATED AND RESET to **SEPTEMBER 26, 2019 at 10:00 a.m. (Eastern time).** Further, a status conference is also set for **OCTOBER 9, 2019 at 4:00 p.m.** Lead counsel shall appear before the Honorable Richard L. Young, Judge, in room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204.

An additional hearing is set for **OCTOBER 10, 2019 at 10:30 a.m.** in Room 349. A notice shall be filed to specify which cases will be discussed at that time.

**SO ORDERED** this 10th day of September 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record