IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:

HATTIE WALKER
Civil Case # 1:18-cv-02931

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff HATTIE WALKER, and Defendants COOK MEDICAL LLC, COOK INCORPORATED AND QILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and each party shall bear its own fees and costs.

IT IS SO STIPULATED:

DATED:  9/9/2019    BROWN & CROUPPEN, P.C.
/s/Seth Sharrock Webb
Seth Sharrock Webb #51236
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
sethw@getbc.com

*Attorney for Plaintiffs*

DATED:  9/5/2019    FAEGRE BAKER DANIELS LLP

      /s/Blake Angelino
Blake Angelino
Andrea Roberts Pierson
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegrebd.com
          Blake.angelino@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notifications of such filings to all attorneys of record.

      */s/ Seth S. Webb*
      Seth S. Webb

2