IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Motion GRANTED, without opposition. Case 1:19-cv-1401 is reinstated.
> Dated: 9/10/2019
>
> *RICHARD L. YOUNG, JUDGE*
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | CASE NO.: 1:14-ML-2570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Julia Hope Roemer                                         Civil Case # 1:19-cv-01401

## MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CASE

Pursuant to Fed. R. Civ. P. 60(b), Plaintiff Julia Hope Roemer moves this court to vacate its order dated July 24, 2019, dismissing her case (the "Order") and to reinstate Plaintiff's case. The Order is based on a mistake of fact – that Plaintiff failed to serve on Defendants her Case Categorization Form ("CCF") prior to entry of the Order. However, Ms. Roemer served a completed CCF on Defendants on July 12, 2019. *See* Exhibit A hereto. Further, under the circumstances, it would be unjust for Plaintiff's case to be dismissed, even without prejudice. Plaintiff's counsel discussed her case with Defendants' counsel at the Court's hearing on July 12 and complied with the Defendants' request to cure the delinquent CCF that day. And, if plaintiff is forced to refile her complaint months after her original filing date, she could face a statute-of-limitations argument by Defendants that she does not face with her original-filed complaint.