IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS TAB MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to the Following Actions:

Ruchelle Walker, 1:19-cv-0484

### PLAINTIFF'S RESPONSE TO MOTION TO DISMISS (DOC. 11501)

Defendants ask the court to dismiss the Walker case for failure to produce a completed PPS. Ms. Walker completed a PPS as evidenced by **Exhibit A**.

Plaintiff's delay in producing their PPS was not due to recalcitrance, but rather logistic difficulties. The delay has not prejudiced Defendants in any way. Dismissing the case would amount to a disproportionate and much too severe sanction. The submission of the PPS is evidenced by **Exhibit B**.

For those reasons, Plaintiff asks the court to deny Defendants' motion to dismiss and retain this case on the docket.

Dated: September 11, 2019

Respectfully Submitted,

/s/ Kevin Klein

Kevin S. Klein, Esq.
Rosenbaum and Rosenbaum, P.C.
100 Wall Street, 15th Floor
New York, NY 10005
Telephone: (212) 514-500
Fax: (212) 514-9178
kk@rosenbaumylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2019 a copy of the foregoing Response to Motion to Dismiss was filed and will be served to all parties via ECF.

/s/ Kevin S. Klein

Kevin S. Klein, Esq.
Rosenbaum and Rosenbaum, P.C.
100 Wall Street, 15th Floor
New York, NY 10005
Telephone: (212) 514-500
Fax: (212) 514-9178
kk@rosenbaumylaw.com