# EXHIBIT B

# Katelyn Bower

| | |
|---|---|
| **From:** | Kevin Klein |
| **Sent:** | Wednesday, September 11, 2019 1:17 PM |
| **To:** | Danner, Michelle R.; Angela.Hall@FaegreBD.com; Angelino, Blake A.; liz.whitelegg@faegrebd.com; CookFilterMDL@FaegreBD.com; CookFilterFileClerk@FaegreBD.com |
| **Cc:** | Craig Rosenbaum; Elizabeth Cross; Kevin Klein |
| **Subject:** | MDL No. 2570; Cook MDL - Response to Motion to Dismiss; Ruchelle Walker |
| **Attachments:** | Ruchelle Walker - Plaintiff Profile Sheet.pdf |

Dear Counsel,

Pursuant to 3rd Amended Case Management Order No.4 the Plaintiff Profile Sheet is attached in response to defense counsel's Motion to Dismiss. The deficiency pertained to the following case:

Ruchelle Walker v. Cook Medical, INC., et. al.; *Civil Action.: 1:19-cv-0484*

Please do not hesitate to contact myself and Elizabeth Cross with any questions.

Kevin S. Klein
Rosenbaum & Rosenbaum, PC
100 Wall Street
New York, NY  10005
212.514.5007
212.514.9178 fax
kk@rosenbaumnylaw.com
www.rosenbaumnylaw.com

 ROSENBAUM & ROSENBAUM, P.C.
ATTORNEYS AT LAW

Confidentiality Notice:  Privileged and/or Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.