IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

    DONALD DUNKLEBERG
    Civil Case No. 1:19-cv-1526-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW, Plaintiff Donald Dunkleberg ("Plaintiff") pursuant to FRCP 15(a)(2) and respectfully moves this Court for an Order to amend the Short Form Complaint filed on April 23, 2019. In support thereof, Plaintiff states as follows:

1. Plaintiff's Short Form Complaint, which was filed on April 23, 2019, asserts claims based on a Cook Celect Vena Cava filter that was implanted on August 22, 2008.

2. Plaintiff only intends to assert claims based on a Cook Gunther Tulip Vena Cava Filter that was implanted on November 18, 2008.

3. Plaintiff's proposed Amended Short Form Complaint includes modification to paragraphs 10, 11, and 13, which now indicate that Plaintiff was implanted with a Gunther Tulip on November 18, 2019 and that the implanting surgeon was Thomas Shuste, DO. A copy of Plaintiff's proposed Amended Short Form Complaint is attached hereto as "Exhibit A."

4. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

5. A proposed Order granting Plaintiff's Motion to Amend is attached hereto as "Exhibit B."

Based on the foregoing, Plaintiff Donald Dunkleberg respectfully requests that this Court grant his motion for leave to amend to his Complaint and direct the Clerk to file the attached Amended Short Form Complaint.

Dated: September 16, 2019            Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar # 56945
2345 Grand Blvd, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
benbertram@bertramgraf.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

  I hereby certify that on September 16, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

            /s/Benjamin A. Bertram
            *Attorney for Plaintiff*