IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

    DONALD DUNKLEBERG
    Civil Case No. 1:19-cv-1526-RLY-TAB

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

IT IS HEREBY ORDERED the Unopposed Motion for Leave to Amend Complaint filed by Donald Dukleberg is hereby GRANTED. The Clerk of Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of _____, 2019.

                                                                               Honorable Richard L. Young
                                                                               United States District Court Judge