IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Susan Greig, 1:17-cv-00300

## PLAINTIFF'S RESPONSE TO COOK DEFENDANTS' RENEWED OMNIBUS MOTION FOR SUMMARY JUDGMENT (DOC. 11725)

Comes now Plaintiff Susan Greig in response to Defendants Cook et al. and advises this Court that upon review of additional information obtained through the course of discovery, Plaintiff is unable to offer facts or argument in opposition to Defendant's Motion for Summary Judgment on statute of limitation grounds.

DATED: September 17, 2019.

Respectfully submitted,

  /s/ Matthew D. Schultz
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

            */s/ Matthew D. Schultz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)