IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

David Billiet, 1:18-cv-2697

Damon Good, 1:19-cv-1711

Gail Kingsland, 1:19-cv-1645

**RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION DISMISS (Dkt. No. 11684)**

The above-named Plaintiffs, by and through their counsel, file this Response to the Motion to Dismiss (Dkt. No. 11684) filed by Defendants, Cook Incorporated, Cook Medical LLC, formerly known as Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"). In support of this Motion, Plaintiffs state the following:

1. On September 3, 2019, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including Plaintiff David Billiet, Plaintiff Damon Good, and Plaintiff Gail Kingsland, represented by Johnson Law Group, for failure to cure PPS Deficiencies.[1] Attached as **Exhibit A** are the notice letters sent by Cook Defendants for Plaintiff David Billiet, Plaintiff Damon Good, and Plaintiff Gail Kingsland detailing the Plaintiff Profile Sheet Deficiencies.

2. According to the Third Amended Case Management Order No. 4 ("CMO No.4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within fifteen (15) days,

---

[1] The Johnson Law Group will file separate Motions to Withdraw as Counsel for Plaintiffs: Thomas Kemper, Betty Poteat, Cindy Orange, and Diane Burleson. These Plaintiffs are also subject to the Motion to Dismiss for Failure to Cure PPS Deficiencies (Dkt. No. 11684).

the case shall be dismissed without prejudice."

3. Plaintiff David Billiet, Plaintiff Damon Good, and Plaintiff Gail Kingsland have timely responded within fifteen (15) days, to the Cook Defendants' Motion to Dismiss that was filed on September 3, 2019.

4. Plaintiff David Billiet has completed his Plaintiff Profile Sheet, cured its deficiencies, and it has been served on Cook Defendants. Attached as **Exhibit B** is the Email Transmission and Plaintiff Profile Sheet of David Billiet to the Cook Defendants.

5. Plaintiff Damon Good has completed his Plaintiff Profile Sheet, cured its deficiencies, and it has been served on Cook Defendants. Attached as **Exhibit C** is the Email Transmission and Plaintiff Profile Sheet of Damon Good to the Cook Defendants.

6. Plaintiff Gail Kingsland has completed her Plaintiff Profile Sheet, cured its deficiencies, and it has been served on Cook Defendants. Attached as **Exhibit D** is the Email Transmission and Plaintiff Profile Sheet of Gail Kingsland to the Cook Defendants.

7. While Cook Defendants will not suffer any prejudice by the late submission, Plaintiffs may be irreparably harmed if their cases are dismissed.

Accordingly, Plaintiffs' Counsel asks the Court to deny the Cook Defendants' Motion to Dismiss as it relates to Plaintiff David Billiet, Plaintiff Damon Good, and Plaintiff Gail Kingsland.

SUBMITTED, this 17th day of September 2019.

Respectfully,

/s/ Basil E. Adham
Basil E. Adham
TX Bar No. 24081742
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com
*ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2019, copy of the foregoing Response to Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                         /s/ Basil E. Adham  
                                         Basil E. Adham