IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2570

_____

This Document Relates to
Plaintiffs:


David Billiet, 1:18-cv-2697

Damon Good, 1:19-cv-1711

Gail Kingsland, 1:19-cv-1645

_____

**EXHIBIT C – Email and Plaintiff Profile Sheet for Damon Good**

| | |
|---|---|
| **From:** | Clint Reed |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Cc:** | Analisa Del Pozo |
| **Subject:** | 1:19-cv-01711-RLY-TAB; Damon Good v. Cook Incorporated, et al. - PPS Deficiency Cured |
| **Date:** | Friday, September 13, 2019 4:06:31 PM |

Hello,

An updated PPS has been uploaded to the secure file website in response to your deficiency notice.

Should you require anything further from our office, please let us know at your earliest convenience.

Thank you,

**Clint Reed | Attorney**
Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (713) 583-9460
creed@johnsonlawgroup.com  |  www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged.  This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

*MDL No. 2570*

IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

---

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Damon Good v. Cook Incorporated, et al.   **Date:** 4/29/2019

**Docket No.:** 1:19-cv-01711-RLY-TAB

**Plaintiff(s) attorney and Contact information:**

Basil E. Adham, Texas Bar No 24081742

Johnson Law Group

2925 Richmond Ave., Suite 1700

Houston, Texas 77098

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Damon Lee Good
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: N/A
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Kristen     Loss of Consortium? ☐Yes ☑No
3. Date of birth: 4/15/1979
4. Date of death (if applicable): N/A
5. Social Security No.: 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
6. Current Address: 2627 Windsor Chase Drive, Matthews, NC 28105
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| 8208 Vassar Dr., Greer, SC 29650<br>1008 Elizabeth Sarah Blvd., Greer, SC 29650 | 4/2018 - 8/31/2019<br>2015 - 4/2018 |
| 5825 Avelon Valley Dr., Charlotte, NC 28277<br>9008 Gaskill Ct., Charlotte, NC 28269 | 2014 - 2015<br>1/2013 - 2014 |
| 310 Tarleton Way, Greer, SC 29650<br>403 N. Main St., Greer, SC 29385<br>107 Coleman Rd., Wellford, SC 29385 | 2009 - 1/2013<br>2007 - 2009<br>2004 - 2007 |

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

Kristen Good - 9/2/2017

Hope-Ann Good - 12/22/2001 - 6/2015

8. Do you have children? ☑Yes ☐No

If yes, please provide the following information with respect to each child:

| Name and Address of Child | DOB | Is the Child Dependent on You? |
|---|---|---|
| Anabella Good | 5/21/2011 | Yes |
| | | |
| | | |
| | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

N/A

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

Bachelors - University of South Carolina - Upstate

11. Are you claiming damages for lost wages: ☐Yes ☑No

12. If so, for what time period: N/A

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

| Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
|---|---|---|---|
| Contractors Incorporated | Construction Project Manager | 4/2014 - 9/29/2015 | $47,000/year |
| Ryan Homes | Regional Project Manager | 2010 - 2014 | $150,000/year, plus bonuses |
| | | | |
| | | | |

    a.    Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☑No

    b.    If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

    N/A

14. Have you ever served in any branch of the military? ☑Yes ☐No

    a.    If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

    U.S. Army; Active Duty 1998 - 2003; Inactive Reserve 2003 - 2007; E-4 Specialist; Honorable

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☑Yes ☐No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

Greenville, SC - 2018 - Obtaining a prescription under false pretenses

16. Do you have a computer? ☑Yes ☐No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☑Yes ☐No ☐Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: 10/12/2015
2. Reason for Implant: Post-Orthopedic Surgery
3. Brand Name: Gunther Tulip
4. Mfr. Cook
5. Lot Number: Not Available
6. Placement Physician (Name/Address): Dr. Charles Heaton or Raymond Byone, MD
7. Medical Facility (Name/Address): Palmeto Health Richland, 5 Medical Park Dr., Columbia, SC 29203

(This section to be used if more than one filter is at issue)

1. Date of Implant: N/A
2. Reason for Implant: N/A
3. Brand Name: N/A
4. Mfr. N/A
5. Lot Number: N/A
6. Placement Physician (Name/Address): N/A
7. Medical Facility (Name/Address): N/A

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

    a. If yes, please identify any such device(s) or product(s). <u>N/A</u>

    b. When was this device or product implanted in you? <u>N/A</u>

    c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? <u>N/A</u>

    d. Provide the name and address of facilities where the other device or product implanted in you? <u>N/A</u>

    e. State your understanding of why was the other device or product implanted in you? <u>N/A</u>

*• Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): <u>May or June 2016</u>
2. Type of retrieval: <u>Pending</u>
3. Retrieval physician (Name/Address): <u>Pending</u>
4. Medical Facility (Name/Address): <u>Pending</u>
5. Reason for Retrieval: <u>Prior failed removal attempts</u>

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): <u>4/29/2016</u>
2. Type of retrieval: <u>Percutaneous</u>
3. Retrieval physician (Name/Address): <u>Alejandro Fernandez-Tatum, MD</u>
4. Medical Facility (Name/Address): <u>Carolinas Medical Center - Mercy</u>
5. Reason for Retrieval: <u>Routine Removal</u>

1. Date of retrieval (including any attempts): <u>4/20/2016</u>
2. Type of retrieval: <u>Unknown - Scheduled but cancelled at the last second</u>
3. Retrieval physician (Name/Address): <u>Alejandro Fernandez-Tatum, MD</u>
4. Medical Facility (Name/Address): <u>Carolinas Medical Center - Mercy</u>
5. Reason for Retrieval: <u>Routine Removal</u>

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Two failed retrieval attempts, required complex retrieval. |
| ☐ **Tilt** | ☑ **Other** Vena cava narrowed from attempted retrieval. |
| ☐ **Vena Cava Perforation** | ☐ **Other**_____ |
| ☐ **Fracture** | ☐ **Other**_____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Failed removal attempts                by   Dr. Fernandez-Tatum, MD at Carolinas Med Ctr - Mercy

(e.g. imaging studies, surgery, doctor visits)

_____   by   _____

_____   by   _____

_____   by   _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

None at present.

## VIII. MEDICAL BACKGROUND

1.  Provide your <u>current</u>: Age ____40____ Height ____5'10"____ Weight ____200lbs____
2.  Provide your:  Age ____36____ Weight ____230lbs____ (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

5

3.  In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s).  Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2011 Back Surgery - L5-S1 Disc Replacement | Dr. Hodge at Southeastern Neurosurgical & Spine Institute, 105 Doctors Dr., Greenville, SC 29605 |
| | |
| | |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4.  Before the implantation of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

    ☑Yes ☐No

5.  In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s).  Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| Multiple Procedures - 2015-2017 | Palmetto Health Richland, 5 Medical Park Dr., Columbia, SC 29203 |
| 2017 - Removed hardware & ossification from radial head | The Hand Surgery Center, 1011 Frontage Rd., Greenville, SC 29615 |
| 8/2018 - Rod replacement | GHS Orthopaedics, 105 Doctors Dr., Greenville, SC 29605 |

6.  To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Sallie Areford, MD - Internal Medicine | Cypress Internal Medicine - Patewood, 200 Patewood Dr., Ste. B460, Greenville, SC 29615 | 2018 - Present |
| | | |
| | | |
| | | |

7.  Since the date that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

☐Yes ☑No

Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

Decrease in activity due to unrelated injuries.

8.  Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
    1

9.  Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
    0

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐Yes ☑No | | |
| Crohn's Disease<br>☐Yes ☑No | | |
| Factor V Leiden<br>☐Yes ☑No | | |
| Protein Deficiency<br>☐Yes ☑No | | |
| Spinal fusion/back sx<br>☑Yes ☐No | 2011 | 2011 Back Surgery - L5-S1 Disc Replacement; Dr. Hodge at Southeastern Neurosurgical & Spine Institute, 105 Doctors Dr., Greenville, SC 29605 |

| Anti-thrombin deficiency ☐Yes ☑No | | |
|---|---|---|
| Prothrombin mutation ☐Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date  Range | Health Problem or Surgery |
|---|---|
| 2019 | Diabetes |
| 2018 | Hypothyroidism |
| 2018 | Pituitary Insufficiency |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?  ☑Yes ☐No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

Depression, 2015, Cymbalta & talk therapy with Dr. Carlton at The Rehab Center,

2610 E. 7th St., Charlotte, NC 28204; controlled with Cymbalta prescribed

by Dr. Areford.

13. Do you now or have you ever smoked tobacco products?  ☐Yes ☑No

    If yes: How long have/did you smoke? <u>N/A</u>

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| Cymbalta, 20 mg | Depression | 2015 - Present | CVS in Charlotte, NC & Upstate Pharmacy, Greer, SC |
| Lisinopril, 10 mg | Hypertension | 2018 - Present | Upstate Pharmacy, Greer, SC |
| Levothyroxine | Hypothyroidism | 2018 - Present | Upstate Pharmacy, Greer, SC |
| Roxicodone, 30 mg | Pain | 2015 - Present | Akers Pharmacy, 1595 E. Garrison Blvd., Gastonia, NC 28054 |
| Flexeril | Muscle Spasms | 2017 - Present | Akers Pharmacy, 1595 E. Garrison Blvd., Gastonia, NC 28054 |
| Xarelto | Blood clot prohylaxis | 2015 - 2016 | CVS in Charlotte, NC |
|  |  |  |  |

## IX.  PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes ☑No.  If yes, specify:

    a.  Court in which lawsuit/claim was filed or initiated:_____

    b.  Case/Claim Number:_____

    c.  Nature of Claim/Injury:_____

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☑Yes ☐No.  If yes, specify:

    a.  Date (or year) of application: <u>WC - 10/2015 - 2017; SSI - 7/2019</u>

    b.  Type of benefits sought:  <u>Workers' Compensation; SSI Disability</u>

    c.  Agency/Insurer from which you sought the benefits:<u>The Cincinnati Insurance Companies; Social Security Admin</u>

    d.  The nature of the claimed injury/disability:  <u>Pain management, mTBI, & multiple orthopedic issues</u>

e. Whether the claim was accepted or denied: <u>Workers comp was accepted; SSI is pending</u>

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| None not already identified | | |
| | | |
| | | |
| | | |
| | | |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
   Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
   Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
   Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

   Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

   Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)

   Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

   Applies to me and: ☑the documents are attached OR ☐I have no documents OR ☐ Does not apply to me   *The product identification sticker was unavailable, likely was not retained by the implant facility

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

   Applies to me and: ☑the documents are attached OR ☐I have no documents OR ☐ Does not apply to me   *The failed removal attempt records are included, the complex removal records will be provided once obtained.

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.

   Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑ Does not apply to me

11

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, _____Damon Good_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____4/29/2019_____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

*Damon Good* — By Permission CRR

[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____N/A_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____N/A_____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

## AUTHORIZATION TO DISCLOSE MEDICAL INFORMATION

To:

I, the undersigned, hereby authorize and request the Custodian of the above-named entity to disclose to Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700 Indianapolis, IN 46204, any and all medical records, including those that may contain protected health information (PHI) regarding _____Damon Good_____, whether created before or after the date of signature.

This authorization specifically does **not** permit Faegre Baker Daniels LLP to discuss any aspect of my medical care, medical history, treatment, diagnosis, prognosis, or any other circumstances revealed by or in the medical records with my medical providers, past or present, ex parte and without the presence of my attorney. Records requested may include, but are not limited to:

    a)    all medical records, physician's records, surgeon's records, pathology/cytology reports, physicals and histories, laboratory reports, operating room records, discharge summaries, progress notes, patient intake forms, consultations, prescriptions, nurses' notes, birth certificate and other vital statistic records, communicable disease testing and treatment records, correspondence, prescription records, medication records, orders for medications, therapists' notes, social worker's records, insurance records, consent for treatment, statements of account, itemized bills, invoices and any other papers relating to any examination, diagnosis, treatment, periods of hospitalization, or stays of confinement, or documents containing information regarding amendment of protected health information (PHI) in the medical records, copies (NOT originals) of all x-rays, CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films and of any corresponding reports and requisition records, and any other written materials in its possession relating to any and all medical diagnoses, medical examinations, medical and surgical treatments or procedures. I expressly request that all covered entities under HIPAA identified above disclose full and complete protected medical information. This authorization and release does not allow _____Faegre Baker Daniels_____ to request or take possession of pathology/cytology specimens, extracted mesh, pathology/cytology or hematology slides, wet tissue or tissue blocks.

    b)    complete copies of all prescription profile records, prescription slips, medication records, orders for medication, payment records, insurance claims forms correspondence and any other records. I expressly request that all covered entities under HIPAA identified above disclose full and complete protected medical information.

A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until the earlier of: (i) the date of settlement or final disposition of _____Damon Good_____ **v. Cook Medical Inc., et al.** or (ii) five (5) years after the date of signature of the undersigned below. The purpose of this authorization is for civil litigation.

### NOTICE

- **The individual signing this authorization has the right to revoke this authorization at any time, provided the revocation is in writing to Faegre Baker Daniels LLP except to the extent that the entity has already relied upon this Authorization to disclose protected health information (PHI).**
- **The individual signing this authorization understands that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not the individual signs the authorization.**
- **The individual signing this authorization understands that protected health information (PHI) disclosed pursuant to this authorization may be subject to redisclosure by the recipients and that, in such case, the disclosed PHI no longer will be protected by federal privacy regulations.**
- **The individual signing this authorization expressly authorizes the above-named entity to disclose HIV/AIDS records and information to Faegre Baker Daniels LLP.**
- **The individual signing this authorization understands information authorized for release may include records that may indicate the presence of a communicable disease.**

• **The individual signing this authorization understands that she/he shall be entitled to receive a copy of all documents requested via this authorization within a reasonable period of time after such records are received by <u>Faegre Baker Daniels LLP</u>.**

I have read this Authorization and understand that it will permit the entity identified above to disclose PHI to <u>Faegre Baker Daniels LLP</u>.

Damon Good
_By Permission
CRR
Name of Patient (Print)
Signature of Patient or Individual

Former/Alias/Maiden Name of Patient
Date

04/15/1979
Clint Richard Reed
Patient's Date of Birth
Name of Patient Representative

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
Attorney & by Permission
Patient's Social Security Number
Description of Authority

2627 Windsor Chase Dr., Matthews, NC 28105
Patient's Address

**AUTHORIZATION AND CONSENT**
**TO RELEASE PSYCHOTHERAPY NOTE**

Name of Individual: Damon Good
Social Security Number: 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
Date of Birth: 4/15/1979
Provider Name:

TO:     All physicians, hospitals, clinics and institutions, pharmacists and other healthcare providers

The Veteran's Administration and all Veteran's Administration hospitals, clinics, physicians and employees

The Social Security Administration

Open Records, Administrative Specialist, Department of Workers' Claims

All employers or other persons, firms, corporations, schools and other educational institutions

The undersigned individual herby authorizes each entity included in any of the above categories to furnish and disclose to Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204, and its authorized representatives, true and correct copies of all "psychotherapy notes", as such term is defined by the Health Insurance Portability and Accountability Act, 45 CFR §164.501. Under HIPAA, the term "psychotherapy notes" means notes recorded (in any medium) by a health care provider who is a mental health professional documenting or analyzing the contents of conversation during a private counseling session or a group, joint or family counseling session and that are separated from the rest of the individual's record. This authorization does not authorize Faegre Baker Daniels LLP to engage in ex parte communication concerning same.

- This authorization provides for the disclosure of the above-named patient's protected health information for purposes of the following litigation matter: _____Damon Good_____ v. Cook Medical, Inc., et al.

- The undersigned individual is hereby notified and acknowledges that any health care provider or health plan disclosing the above requested information may not condition treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization.

- The undersigned individual is hereby notified and acknowledges that he or she may revoke this authorization by providing written notice to Faegre Baker Daniels LLP and/or to one or more entities listed in the above categories, except to the extent that any such entity has taken action in reliance on this authorization.

- The undersigned is hereby notified and acknowledges that he or she is aware of the potential that protected health information disclosed and furnished to the recipient pursuant to this authorization is subject to redisclosure by the recipient for the purposes of this litigation in a manner that will not be protected by the Standards for the Privacy of Individually Identifiable Health Information contained in the HIPAA regulations (45 CFR §§164.500-164.534).

- The undersigned is hereby notified that he/she is aware that any and all protected health information disclosed and ultimately furnished to Faegre Baker Daniels LLP in accordance with orders of the court pursuant to this authorization will be shared with any and all co-defendants in the matter of _____Damon Good_____ v. Cook Medical, Inc., et al. and is subject to redisclosure by the recipient for the purposes of this litigation in a manner that will not be protected by the Standards for the Privacy of Individually Identifiable Health Information contained in the HIPAA regulations (45 CFR §§164.500-164.534).

- A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until the earlier of: (i) the date of settlement or final disposition of _____Damon Good_____ date of signature of the undersigned.

Case 1:14-ml-02570-RLY-TAB   Document 11797-3   Filed 09/17/19   Page 19 of 36 PageID #:
86268
Case 1:14-ml-02570-RLY-TAB   Document 4226   Filed 03/29/17   Page 27 of 60 PageID #: 9303

v. Cook Medical, Inc., et al. or (ii) five (5) years after the

**I have carefully read and understand the above and do hereby expressly and voluntarily authorize the disclosure of all of my above information to** <u>Faegre Baker Daniels LLP</u> **and its authorized representatives, by any entities included in the categories listed above.**

Date: _____

*Damon Good* — By Permission CRR
_____
Signature of Individual or Individual's Representative

Individual's Name and Address:
Damon Good
_____

*Clint Richard Reed*
_____
Printed Name of Individual's Representative (If applicable)

2627 Windsor Chase Dr., Matthews, NC 28
_____

*Attorney*
_____
Relationship of Representative to Individual (If applicable)

_____

*By Permission*
_____
Description of Representative's authority to act for Individual (If applicable)

**This authorization is designed to be in compliance with the Health Insurance Portability and Accountability Act, and the regulations promulgated thereunder, 45 CFR Parts 160 and 164 (collectively, "HIPAA").**

**AUTHORIZATION TO DISCLOSE INSURANCE INFORMATION**

To:

I, the undersigned, hereby authorize and request the above-named entity to disclose to Faegre Baker Daniels LLP, Suite 2700, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204, any and all records containing insurance information, including those that may contain protected health information (PHI) regarding _____ Damon Good _____, whether created before or after the date of signature.  Records requested may include, but are not limited to:

> applications for insurance coverage and renewals; all insurance policies, certificates and benefit schedules regarding the insured's coverage, including supplemental coverage; health and physical examination records that were reviewed for underwriting purposes, and any statements, communications, correspondence, reports, questionnaires, and records submitted in connection with applications or renewals for insurance coverage, or claims; all physicians', hospital, dental reports, prescriptions, correspondence, test results, radiology reports and any other medical records that were submitted for claims review purposes; any claim record filed; records of any claim paid; records of all litigation; and any other records of any kind concerning or pertaining to the insured. I expressly request that all covered entities under HIPAA identified above disclose full and complete protected medical information.  By signing this authorization, I expressly do not authorize Faegre Baker Daniels to engage in any ex parte interview or oral communication about me or any information contained in the materials produced without the presence of my attorney.

A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until the earlier of: (i) the date of settlement or final disposition of _____ Damon Good _____ **v. Cook Medical, Inc., et al.** or (ii) five (5) years after the date of signature of the undersigned below. The purpose of this authorization is for civil litigation.

**NOTICE**

- **The individual signing this authorization has the right to revoke this authorization at any time, provided the revocation is in writing to Faegre Baker Daniels LLP , except to the extent that the entity has already relied upon this Authorization to disclose protected health information (PHI).**
- **The individual signing this authorization understands that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not the individual signs the authorization.**
- **The individual signing this authorization understands that protected health information (PHI) disclosed pursuant to this authorization may be subject to redisclosure by the recipients and that, in such case, the disclosed PHI no longer will be protected by federal privacy regulations.**
- **The individual signing this authorization understands information authorized for release may include records that may indicate the presence of a communicable disease.**
- **The individual signing this authorization understands that she/he shall be entitled to receive a copy of all documents requested via this authorization within a reasonable period of time after such records are received by Faegre Baker Daniels LLP.**

I have read this Authorization and understand that it will permit the entity identified above to disclose PHI to Faegre Baker Daniels LLP.

Damon Good
_____
Name of Individual

_Ramon Good_ — By Permission CRh
_____
Signature of Individual or Individual Representative

_____
Former/Alias/Maiden Name of Individual

04/15/1979
_____
Individual's Date of Birth

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
_____
Individual's Social Security Number

2627 Windsor Chase Dr., Matthews, NC 28105
_____
Individual's Address

Date   _Clint Richard Reed_
_____
Name of Individual Representative

_Attorney & By Permission_
_____
Description of Authority

## AUTHORIZATION TO DISCLOSE MEDICAID INFORMATION

To:

I, the undersigned, hereby authorize and request the above-named entity to disclose to the agents or designees of  Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204, any and all records containing Medicaid information, including those that may contain protected health information (PHI) regarding _____ Damon Good _____, whether created before or after the date of signature. This authorization should also be construed to permit agents or designees of Faegre Baker Daniels LLP to copy, inspect and review any and all such records. Records requested may include, but are not limited to:

all Medicaid records, including explanations of Medicaid benefit records and claims records; any statements, communications, pro reviews, denials, appeals, correspondence, reports, questionnaires or records submitted in connection with claims; all reports from physicians, hospitals, dental providers, prescriptions; correspondence, test results and any other medical records; records of claims paid to or on the behalf of _____ Damon Good _____; records of litigation and any other records of any kind. I expressly request that all covered entities under HIPAA identified above disclose full and complete protected medical information.

A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will remain in effect until the earlier of: (i) the date of settlement or final disposition of _____ Damon Good _____ v. Cook Medical, Inc., et al. or (ii) five (5) years after the date of signature of the undersigned below. The purpose of this authorization is for civil litigation.  By signing this authorization, I expressly do not authorize any ex parte interview or oral communication about me or my medical history by Faegre Baker Daniels LLP without the presence of my attorney.

### NOTICE

- **The individual signing this authorization has the right to revoke this authorization at any time, provided the revocation is in writing to Faegre Baker Daniels LLP, except to the extent that the entity has already relied upon this Authorization to disclose protected health information (PHI).**
- **The individual signing this authorization understands that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not the individual signs the authorization.**
- **The individual signing this authorization understands that protected health information (PHI) disclosed pursuant to this authorization may be subject to redisclosure by the recipients and that, in such case, the disclosed PHI no longer will be protected by federal privacy regulations.**
- **The individual signing this authorization understands information authorized for release may include records that may indicate the presence of a communicable disease.**
- **The individual signing this authorization understands that they shall be entitled to receive a copy of all documents requested via this authorization within a reasonable period of time after such records are received by Faegre Baker Daniels LLP.**

US.110158128.01

Case 1:14-ml-02570-RLY-TAB   Document 4226   Filed 03/29/17   Page 31 of 60 PageID #: 9307

I have read this Authorization and understand that it will permit the entity identified above to disclose PHI to  Faegre Baker Daniels LLP.

Damon Good
_____
Name of Individual

*Damon Good — By Permission CRR*
_____
Signature   of   Individual   or   Individual

_____
Former/Alias/Maiden Name of Individual

Date
04/15/1979
_____
Individual's Date of Birth

*Clint Richard Reed*
_____
Name of Individual Representative

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
_____
Individual's Social Security Number

*Attorney & by Permission*
_____
Description of Authority

2627 Windsor Chase Dr., Matthews, NC 28105
_____
Individual's Address

**AUTHORIZATION TO DISCLOSE EMPLOYMENT INFORMATION**

To:

I, the undersigned, hereby authorize and request the above-named entity to disclose to
<u>Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204</u>,  any and all
records  containing  employment  information,  including  those  that  may  contain  protected  health
information (PHI) regarding _____<u>Damon Good</u>_____, whether created before or after the date
of signature.  Records requested may include, but are not limited to:

> all  applications  for  employment,  resumes,  records  of  all  positions  held,  job  descriptions  of
> positions  held,  payroll  records,  W-2  forms  and  W-4  forms,  performance  evaluations  and  reports,
> statements  and  reports  of  fellow  employees,  attendance  records,  worker's  compensation  files;  all
> hospital,  physician,  clinic,  infirmary,  nurse,  dental  records;  test  results,  physical  examination
> records  and  other  medical  records;  any  records  pertaining  to  medical  or  disability  claims,  or  work-
> related  accidents  including  correspondence,  accident  reports,  injury  reports  and  incident  reports;
> insurance  claim  forms,  questionnaires  and  records  of  payments  made;  pension  records,  disability
> benefit  records,  and  all  records  regarding  participation  in  company-sponsored  health,  dental,  life
> and  disability  insurance  plans;  material  safety  data  sheets,  chemical  inventories,  and  environmental
> monitoring  records  and  all  other  employee  exposure  records  pertaining  to  all  positions  held;  and
> any  other  records  concerning  employment  with  the  above-named  entity.   I  expressly  request  that
> all  covered  entities  under  HIPAA  identified  above  disclose  full  and  complete  protected  medical
> information.   By  signing  this  authorization,  I  expressly  do  not  authorize  any  ex  parte  interview  or
> oral  communication  about  me  or  my  employment  history  by  <u>Faegre Baker Daniels LLP</u>  without  the
> presence of my attorney.

A  photocopy  of  this  authorization  shall  be  considered  as  effective  and  valid  as  the  original,  and  this
authorization will remain in effect until the earlier of: (i) the date of settlement or final disposition of
_____<u>Damon Good</u>_____  **v. Cook Medical, Inc., et al.**  or (ii) five (5) years after the date of signature
of the undersigned below.   A copy of this authorization may be used in place of and with the same force
and effect as the original.  The purpose of this authorization is for civil litigation.

**NOTICE**
- **The  individual  signing  this  authorization  has  the  right  to  revoke  this  authorization  at  any
  time, provided the revocation is in writing to <u>Faegre Baker Daniels LLP</u>, except to the extent
  that  the  entity  has  already  relied  upon  this  Authorization  to  disclose  protected  health
  information (PHI).**
- **The individual signing this authorization understands that the covered entity to whom this
  authorization  is  directed  may  not  condition  treatment,  payment,  enrollment  or  eligibility
  benefits on whether or not the individual signs the authorization.**
- **The  individual  signing  this  authorization  understands  that  protected  health  information
  (PHI)  disclosed  pursuant  to  this  authorization  may  be  subject  to  redisclosure  by  the  recipients
  and  that,  in  such  case,  the  disclosed  PHI  no  longer  will  be  protected  by  federal  privacy
  regulations.**
- **The  individual  signing  this  authorization  understands  information  authorized  for  release  may
  include records that may indicate the presence of a communicable disease.**
- **The  individual  signing  this  authorization  understands  that  they  shall  be  entitled  to
  receive  a  copy  of  all  documents  requested  via  this  authorization  within  a  reasonable  period  of
  time after such records are received by <u>Faegre Baker Daniels LLP</u>.**

I have read this Authorization and understand that it will permit the entity identified above to disclose PHI to  Faegre Baker Daniels LLP.

| | |
|---|---|
| Damon Good | *Damon Good* — By Permission / CRR |
| Name of Employee | Signature of Employee or Employee Representative |
| Former/Alias/Maiden Name of Employee | Date |
| 04/15/1979 | *Clint Richard Reed* |
| Employee's Date of Birth | Name of Employee Representative |
| 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 | *Attorney & by Permission* |
| Employee's Social Security Number | Description of Authority |
| 2627 Windsor Chase Dr., Matthews, NC 28105 | |
| Employee's Address | |

**AUTHORIZATION TO DISCLOSE WORKERS' COMPENSATION INFORMATION**

To:


I, the undersigned, hereby authorize and request the above-named entity to disclose to
Faegre Baker Daniels LLP, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204, any and all records containing
Workers' Compensation information, including those that may contain protected health information (PHI) regarding
_____Damon Good_____, whether created before or after the date of signature. Records requested may include, but are
not limited to:

> all workers' compensation claims, including claim petitions, judgments, findings, notices of hearings, hearing records, transcripts,
> decisions and orders; all depositions and reports of witnesses and expert witnesses; employer's accident reports; all other accident,
> injury, or incident reports; all medical records; records of compensation payment made; investigatory reports and records;
> applications for employment; records of all positions held; job descriptions of any positions held; salary records; performance
> evaluations and reports; statements and comments of fellow employees; attendance records; all physicians', hospital, medical,
> health reports; physical examinations; records relating to health or disability insurance claims, including correspondence, reports,
> claim forms, questionnaires, records of payments made to physicians, hospitals, and health institutions or professionals;
> statements of account, itemized bills or invoices; and any other records relating to the above-named individual. Copies (NOT
> originals) of all x-rays, CT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy
> films and of any corresponding reports. I expressly request that all covered entities under HIPAA identified above disclose full
> and complete protected medical information.

A photocopy of this authorization shall be considered as effective and valid as the original, and this authorization will
remain in effect until the earlier of: (i) the date of settlement or final disposition of
_____Damon Good_____ **v. Cook Medical, Inc., et al.** or (ii) five (5) years after the date of signature of the
undersigned below. The purpose of this authorization is for civil litigation. This authorization is for the release of
records only and does not allow Faegre Baker Daniels to engage in ex parte communications regarding the subject
matter of this release and without the presence of my attorney.

**NOTICE**

- **The individual signing this authorization has the right to revoke this authorization at any time,
  provided the revocation is in writing to** <u>Faegre Baker Daniels LLP</u>**, except to the extent that the
  entity has already relied upon this Authorization to disclose protected health information (PHI).**
- **The individual signing this authorization understands that the covered entity to whom this
  authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on
  whether or not the individual signs the authorization.**
- **The individual signing this authorization understands that protected health information (PHI)
  disclosed pursuant to this authorization may be subject to redisclosure by the recipients and that, in
  such case, the disclosed PHI no longer will be protected by federal privacy regulations.**
- **The individual signing this authorization understands information authorized for release may
  include records that may indicate the presence of a communicable disease.**
- **The individual signing this authorization understands that they shall be entitled to receive a
  copy of all documents requested via this authorization within a reasonable period of time after such
  records are received by** <u>Faegre Baker Daniels LLP</u>**.**

I have read this Authorization and understand that it will permit the entity identified above to disclose PHI to
Faegre Baker Daniels LLP.

Damon Good
_____
Name of Individual

_____
Former/Alias/Maiden Name of Individual

04/15/1979
_____
Individual's Date of Birth

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
_____
Individual's Social Security Number

2627 Windsor Chase Dr., Matthews, NC 28105
_____
Individual's Address

*Damon Good – By Permission CRR*
_____
Signature of Individual or Individual Representative

Date
*Clint Richard Reed*
_____
Name of Individual Representative

*Attorney & by Permission*
_____
Description of Authority

Social Security Administration
Consent for Release of Information

Form Approved
OMB No. 0960-0566

*SSA will not honor this form unless all required fields have been completed (\*signifies required field).*

TO:  Social Security Administration

| Damon Good | 04/15/1979 | 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 |
|---|---|---|
| *Name | *Date of Birth | *Social Security Number |

I authorize the Social Security Administration to release information or records about me to:

| *NAME | *ADDRESS |
|---|---|
| Faegre Baker Daniels LLP | 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204 |

**\*I want this information released because:**    civil litigation
*There may be a charge for releasing information.*

*Please release the following information selected from the list below:*
*You must check at least one box. Also, SSA will not disclose records unless applicable date ranges are included.*

☐ Social Security Number

☐ Current monthly Social Security benefit amount

☐ Current monthly Supplemental Security Income payment amount

☐ My benefit/payment amounts from _____ to _____

☐ My Medicare entitlement from _____ to _____

☐ Medical records from my claims folder(s) from _____ to _____
*If you want SSA to release a minor's medical records, do not use this form but instead contact your local SA office.*

☐ Complete medical records from my claims folder(s)

☐ Other record(s) from my file (e.g. applications, questionnaires, consultative examination reports, determinations, etc.)

I am the individual to whom the requested information/record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury in accordance with 28 C.F.R. § 16.41(d)(2004) that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that any applicable fees must be paid by me.

*Signature: *Damon Good  By Permission CLR*          *Date: _____

Relationship (if not the individual): *Attorney & by Permission*          Daytime Phone: _____

Form SSA-3288 (07-2010) EF (07-2010)

Case 1:14-mb-02570-RLY-TAB   Document 11797-3   Filed 09/17/19   Page 29 of 36 PageID #:
86278
Case 1:14-mb-02570-RLY-TAB   Document 11267-5   Filed 06/29/17   Page 30 of 30 PageID #:93113

Instructions for Using this Form

Complete this form only if you want to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor, you may complete this form to release only the minor's non-medical records. If you are requesting information for a purpose not directly related to the administration of any program under the Social Security Act, a fee may be charged.

NOTE: Do not use this form to:

  Request us to release the medical records of a minor. Instead, contact your local office by calling 1-800-772-1213 (TTY-1-800-325-0778). or

  Request information about your earnings or employment history. Instead, complete form SSA-7050-F4 at any Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

How to Complete this Form

We will not honor this form unless all required fields are completed. An asterisk (•) indicates a required field. Also, we will not honor blanket requests for "all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form.

  Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the information applies.

  Fill in the name and address of the individual (or organization) to whom you want to release your information. Indicate

  the reason you are requesting us to disclose the information.

  Check the box(es) next to the type(s) of information you want us to release including the date ranges, if applicable.

  You, the parent or legal guardian acting on behalf of a minor, or the legal guardian of a legally incompetent adult, must sign and date this form and provide a daytime phone number where you can be reached.

  If you are not the person whose information is requested, state your relationship to that person. We may require proof of relationship.

PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. The information you provide will be used to respond to your request for SSA records information or process your request when we release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent.

We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, in accordance with 5 U.S.C. § 552a(b) of the Privacy Act, we may disclose the information provided on this form in accordance with approved routine uses, which include but are not limited to the following: 1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and/or coverage; 2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; 3. To comply with Federal laws requiring the disclosure of the information from our records; and, 4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. Information from these matching programs can be used to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of payments or delinquent debts under these programs.

Additional information regarding this form, routine uses of information, and other Social Security programs are available from our Internet website at www.socialsecurity.gov or at your local Social Security office.

PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TTY 1-800-325-0778). *You may send comments on our time estimate above to  SSA,  6401 Security Blvd., Baltimore,  MD 21235-6401. Send only  comments relating to our time estimate to this address, not the completed form.*

Form SSA-3288  (07-2010) EF (07-2010) Destroy Prior Editions



# Medicare

Beneficiary Services:1-800-MEDICARE (1-800-633-4227)
*TTY!*IDD:1-877-486-2048

This form is used to advise Medicare of the person or persons you have chosen to have access to your personal health information.

**Where to Return Your Completed Authorization Forms:**
After you complete and sign the authorization form, return it to the address below:

**Medicare BCC, Written Authorization Dept.**
**PO Box 1270**
**Lawrence, KS 66044**

**For New York Medicare Beneficiaries ONLY**
The New York State Public Health Law protects information that reasonably could identify someone as having HlV symptoms or infection, and information regarding a person's contacts. Because of New York's laws protecting the privacy of information related to alcohol and drug abuse, mental health treatment, and HIV, there are special instructions for how you, as a New York resident, should complete this form.

- For question 2A, check the box for *Limited Information,* even if you want to authorize Medicare to release any and all of your personal health information.

- **Then proceed to question 2B.**

Medicare BCC, Written Authorization Dept..
PO Box 1270
Lawrence, KS 66044

US.110158128.01

**Instructions for Completing Section 2B of the Authorization Form:**
*Please select one of the following options.*

- **Option 1 To include** all information, in the space provided, write: "all information, including information about alcohol and drug abuse, mental health treatment, and HIV". Proceed with the rest of the form.

- **Option 2 To exclude** the information listed above, write "Exclude information about alcohol and drug abuse, mental health treatment and HIV" in the space provided. *You may also check any of the remaining boxes and include any additional limitations in the space provided.* For example, you could write "payment information". Then proceed with the rest of the form.

If you have any questions or need additional assistance, please feel free to call us at 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048.

Sincerely,

1-800-MEDICARE
Customer Service Representative

Encl.

## Information to Help You Fill Out the
## "1-800-MEDICARE Authorization to Disclose Personal Health Information" Form

By law, Medicare must have your written permission (an "authorization") to use or give out your personal medical information for any purpose that isn't set out in the privacy notice contained in the Medicare & You handbook. You may take back ("revoke") your written permission at any time, except if Medicare has already acted based on your permission.

If you want 1-800-MEDICARE to give your personal health information to someone other than you, you need to let Medicare know in writing.

If you are requesting personal health information for a deceased beneficiary, please include a copy of the legal documentation which indicates your authority to make a request for information. (For example: Executor/Executrix papers, next of kin attested by court documents with a court stamp and a judge's signature, a Letter of Testamentary or Administration with a court stamp and judge's signature, or personal representative papers with a court stamp and judge's signature.) Also, please explain your relationship to the beneficiary.

Please use this step by step instruction sheet when completing your "1-800-MEDICARE Authorization to Disclose Personal Health Information" Form. Be sure to complete all sections of the form to ensure timely processing.

1. Print the name of the person with Medicare.

   Print the Medicare number exactly as it is shown on the red, white, and blue Medicare card, including any letters (for example, 123456789A).

   Print the birthday in month, day, and year (mm/dd/yyyy) of the person with Medicare.

2. This section tells Medicare what personal health information to give out. Please check a box in 2a to indicate how much information Medicare can disclose. If you only want Medicare to give out limited information (for example, Medicare eligibility), also check the box(es) in 2b that apply to the type of information you want Medicare to give out.

3. This section tells Medicare when to start and/or when to stop giving out your personal health information. Check the box that applies and fill in dates, if necessary.

4. Medicare will give your personal health information to the person(s) or organization(s) you fill in here. You may fill in more than one person or organization. If you designate an organization, you must also identify one or more individuals in that organization to whom Medicare may disclose your personal health information.

5. The person with Medicare or personal representative must sign their name, fill in the date, and provide the phone number and address of the person with Medicare.

   If you are a personal representative of the person with Medicare, check the box, provide your address and phone number, and attach a copy of the paperwork that shows you can act for that person (for example, Power of Attorney).

6. Send your completed, signed authorization to Medicare at the address shown here on your authorization form.

7. If you change your mind and don't want Medicare to give out your personal health information, write to the address shown under number six on the authorization form and tell Medicare. Your letter will revoke your authorization and Medicare will no longer give out your personal health information (except for the personal health information Medicare has already given out based on your permission).

You should make a copy of your signed authorization for your records before mailing it to Medicare.

Case 1:14-mb-02570-RLY-TAB Document 11797-3 Filed 09/17/19 Page 84 of 36 PageID #:
86283
Case 1:14-mb-02570-RLY-TAB Document 11797-3 Filed 09/29/17 Page 86 of PageID #: 9318

### 1-800-MEDICARE Authorization to Disclose Personal Health Information

Use this form if you want 1-800-MEDICARE to give your personal health information to someone other than you.

| | | |
|---|---|---|
| Damon Good | | 4/15/1979 |

1. **Print Name**          **Medicare Number**          **Date of Birth**
   (First and last name of the person with Medicare)   (Exactly as shown on the Medicare Card)   (mm/dd/yyyy)

2. Medicare will only disclose the personal health information you want disclosed.

   2A:  **Check only one box below to tell Medicare the specific personal health information you want disclosed:**

   ☐ Limited Information (go to question 2b)

   ☐ Any Information (go to question 3)

   2B:  **Complete only if you selected "limited information". Check all that apply:**

   ☐ Information about your Medicare eligibility

   ☐ Information about your Medicare claims

   ☐ Information about plan enrollment (e.g. drug or MA Plan)

   ☐ Information about premium payments

   ☐ Other specific information (please write below; for example, payment information)

   _____

3. **Check only one box below indicating how long Medicare can use this authorization to disclose your personal health information** (subject to applicable law-for example, your State may limit how long Medicare may give out your personal health information):

   ☐ Disclose my personal health information indefinitely

   ☐ Disclose my personal health information for a specified period only
      beginning: (mm/dd/yyyy) _____ and ending: (mm/dd/yyyy) _____

4. Fill in the name and address of the person(s) or organization(s) to whom you want Medicare to disclose your personal health information. Please provide the specific name of the person(s) for any organization you list below:

1. Name:     Faegre Baker Daniels LLP

    Address:    300 N. Meridian Street, Suite 2700

              Indianapolis, IN  46204

2. Name: _____

    Address: _____

            _____

3. Name: _____

    Address: _____

            _____

5.

> I authorize 1-800-MEDICARE to disclose my personal health information listed above to the person(s) or organization(s) I have named on this form. I understand that my personal health information may be re-disclosed by the person(s) or organization(s) and may no longer be protected by law.
>
> _Damon Good -by Permission_ _____     _____
> Signature                 Telephone Number       Date (mm/dd/yyyy)
>
> Print the address of the person with Medicare (Street Address, City, State, and ZIP)
>
> _____
>
> _____
>
> ☐ Check here if you are signing as a personal representative and complete below. Please attach the appropriate documentation (for example, Power of Attorney). This _only_ applies if someone other than the person with Medicare signed above.
>
> Print the Personal Representative's Address (Street Address, City, State, and ZIP)
>
> _____
>
> _____
>
> Telephone Number of Personal Representative: _____
>
> Personal Representative's Relationship to the Beneficiary: _____

6. **Send the completed, signed authorization to:**

Medicare BCC, Written Authorization Dept.<br>
PO Box 1270<br>
Lawrence, KS 66044

7. **Note:**

You have the right to take back ("revoke") your authorization at any time, in writing, except to the extent that Medicare has already acted based on your permission. If you would like to revoke your authorization, send a written request to the address shown above.

Your authorization or refusal to authorize disclosure of your personal health information will have no effect on your enrollment, eligibility for benefits, or the amount Medicare pays for the health services you receive.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is **0938-0930.** The time required to complete this information collection is estimated to average **15 minutes** per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.