IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

David Billiet, 1:18-cv-2697

Damon Good, 1:19-cv-1711

Gail Kingsland, 1:19-cv-1645

## **ORDER**

Having reviewed Plaintiff's Response in Opposition to Defendants' Motion to Dismiss as it relates to Plaintiff David Billiet, Plaintiff Damon Good, and Plaintiff Gail Kingsland:

IT IS HEREBY ORDERED that the Motion to Dismiss as to David Billiet, Damon Good, and Gail Kingsland is DENIED.

Signed this _____ day of _____, 2019.

_____
Honorable Richard L. Young
United States District Court Judge