IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No.: 1:14-ml-2570-RLY-TAB<br>**MDL 2570** |

**This document relates to Plaintiff:**

LaVenia Brown, 1:19-cv-02475

### RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COMES NOW, LaVenia Brown, by and through her counsel, and respectfully requests that this honorable court deny Defendants' Motion to Dismiss (Documents 11682) pursuant to Third Case Management Order No. 3 based on the following:

Due to an inadvertent clerical error, the Plaintiff Profile Sheet ("PPS") was marked that it had been served, when it had not.   PPS was served on September 9, 2019, see attached Exhibit 1.  While defendants will not suffer any prejudice by the late submission, Ms. Brown may be irreparably harmed if her case is dismissed.

Based upon the above, Plaintiff requests the Defendants' Motion to Dismiss be denied.

Dated:  September 18, 2019                               Respectfully submitted,

                                                        **FEARS NACHAWATI, PLLC**

                                                        /s/ Arati Furness
                                                        **Arati Furness**
                                                        TX Bar No. 24094382
                                                        5473 Blair Road
                                                        Dallas, TX 75231
                                                        Telephone: (214) 890-0711
                                                        Facsimile: (214) 890-0712
                                                       afurness@fnlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2019, copy of the foregoing Response to Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

Dated: September 18, 2019                              /s/ Arati Furness
                                                                                                              **Arati Furness**