# SeTerra Carr

| | |
|---|---|
| **From:** | Gloria Daniel |
| **Sent:** | Monday, September 9, 2019 4:37 PM |
| **To:** | CookFilterMDL@FaegreBD.com; Arati Furness; Matthew McCarley |
| **Cc:** | Tammy Covert |
| **Subject:** | BROWN v. COOK INCORPORATED et al (1:19-cv-02475-SEB-MPB) |
| **Attachments:** | Brown, LaVenia - PPF.pdf; Brown, LaVenia - Op Docs.pdf; Brown, LaVenia - PID.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Counsel -

Please see the attached Plaintiff Profile Sheet and medical records for the above referenced case.

Thank you,

**Gloria Daniel**
Legal Assistant
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
P: (469) 828-6207
F: (469) 828-6207
www.fnlawfirm.com



*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*