**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL EXHIBITS A AND B TO THE DECLARATION OF ANDREA PIERSON RELATING TO THE COOK DEFENDANTS' MOTION FOR NEW TRIAL**

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal **Exhibits A and B [Dkt. No. 11821]** to the Declaration of Andrea Pierson Relating to the Cook Defendants' Motion for New Trial. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibits A and B [Dkt. No. 11821]** to the Declaration of Andrea Pierson Relating to the Cook Defendants' Motion for New Trial are to be maintained *under seal.*

SO ORDERED this _____ day of _____, 2019.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

US.124713737