# EXHIBIT B

| | |
|---|---|
| From: | Susan Johnson |
| To: | "cookfiltermdl@faegreBD.com" |
| Cc: | Josmary Gomez |
| Subject: | Cook IVC MDL 2570: plaintiff profile sheet - Keri Phillips |
| Date: | Saturday, September 14, 2019 3:21:00 PM |
| Attachments: | image001.png<br>K.Phillips - Categorization Form (no recs).pdf |

Counsel:

Today I uploaded to your FTP site Plaintiff Keri Lynn Phillips' profile sheet, signed authorizations, medical records and the completed categorization form. Injury medical records will be supplemented.

I am also attaching the categorization form without record to this email. Injury records will be supplemented.

Thank you,

SUSAN JOHNSON
LITIGATION PARALEGAL

12225 GREENVILLE AVE. SUITE 750
DALLAS, TX 75243
DIRECT: (214) 890-1012
MAIN: (214) 890-1000
FAX: (214) 890-1010

sjohnson@Curtis-LawGroup.com

www.curtis-lawgroup.com