# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Estate of James Platt,<br><br>    Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>    Defendants. | Case No. 1:19-cv-03865-JMS-TAB<br><br>**Motion for Leave to Amend Complaint** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, Plaintiff respectfully move this Court for an Order to amend the Short Form Complaint filed on 09/11/2019, within 21 days of the original filing and prior to Defendants service of an Answer.

1. Plaintiff respectfully seeks leave to file the attached short form complaint to correct an issue in item number 3. Counsel never indicated the capacity in which Peggy Platt represents the estate. The complaint will be amended to indicate Peggy Platt is the personal representative.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully request that this Court grant Plaintiff's motion for leave to amend her Complaint and enter the attached Amended Short Form Complaint.

Date: September 18, 2019.

                                        Respectfully submitted,

                                        **JOHNSON LAW GROUP**

                                        /s/ Basil Adham
                                        Basil Adham, (TX Bar No.24081742)
                                        2925 Richmond Ave, Suite 1700
                                        Houston, TX 77098
                                        Telephone: (713) 626-9336
                                        Facsimile: (713) 583-9460
                                        E-mail: ivc@johnsonlawgroup.com
                                        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

     I hereby certify that on this 18th day of September 2019, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                        /s/ Basil Adham