IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

Henry Marshall 1:19-cv-01242

**RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS (Dkt. No. 11684)**

The above-named Plaintiff, by and through his counsel of record, file this Response to the Motion to Dismiss (Dkt. No. 11684) filed by Defendants, Cook Incorporated, Cook Medical LLC, formerly known as Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"). In support of this Motion, Plaintiff states the following:

1. On September 3, 2019, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including Henry Marshall, represented by Kirkendall Dwyer LLP for failure to cure PPS Deficiencies. Attached as **Exhibit A** is the notice letter sent by Cook Defendants for Plaintiff Henry Marshall detailing the Plaintiff Profile Sheet Deficiencies.

2. According to the Third Amended Case Management Order No. 4 ("CMO No. 4"), entered by this Court on March 29, 2017, "[i]f no response to the motion to dismiss is filed within (15) fifteen days, the case shall be dismissed without prejudice."

3. Plaintiff Henry Marshall has timely responded within (15) fifteen days, to the Cook Defendants' Motion to Dismiss that was filed on September 3, 2019.

4. Plaintiff Henry Marshall has completed his Plaintiff Profile Sheet, cured its deficiencies, and it has been served on Cook Defendants. Attached as **Exhibit B** is the Email Transmission and Plaintiff Profile Sheet of Henry Marshall to the Cook Defendants.

5. While Cook Defendants will not suffer any prejudice by the late submission, Plaintiff Henry Marshall may be irreparably harmed if their cases are dismissed.

Accordingly, Plaintiff's Counsel requests the Court to deny the Cook Defendants' Motion to Dismiss as it relates to Plaintiff Henry Marshall.

Dated: September 18, 2019 

Respectfully Submitted,

**Kirkendall Dwyer LLP**

/s/ Alexander G. Dwyer
Alexander G. Dwyer
Texas Bar No. 24054271
Andrew Kirkendall
Texas Bar No. 24050882
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Alexander G. Dwyer
Alexander G. Dwyer
Kirkendall Dwyer LLP