# EXHIBIT A

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Kip S.M. McDonald**
*Associate*
kip.mcdonald@FaegreBD.com
Direct **+1 317 237 1485**

Faegre Baker Daniels LLP
300 N. Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

June 07, 2019

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

Andrew F. Kirkendall
KIRKENDALL DWYER LLP
4343 Sigma Road
Suite 200
Dallas, TX 75244
ak@kirkendalldwyer.com; akirkendall@kirkendalldwyer.com;
adwyer@kirkendalldwyer.com; anelson@kirkendalldwyer.com;
cmcnabb@kirkendalldwyer.com

Re:   Cook Filter MDL Plaintiff Profile Sheet Deficiency | Grossly Deficient PPS

Dear Andrew F. Kirkendall:

We received a Plaintiff Profile Sheet ("PPS") for Henry Marshall ("Plaintiff"). However, it is devoid of any meaningful response to numerous sections, for example:

- II.2      Plaintiff failed to fill out their spouse's name and/or if there is a claim for loss of consortium.
- II.5      Plaintiff failed to complete their social security number.
- II.8      Plaintiff failed to provide information regarding their children.
- II.9      Plaintiff failed to complete information regarding any other person residing with them and their relationship.
- II.10    Plaintiff failed to provide their highest level of education.
- II.11    Plaintiff failed to answer if they were claiming damages for lost wages.
- II.12    Plaintiff failed to provide the period for which they are claiming lost wages.
- II.13    Plaintiff failed to provide their employment information.
- II.14    Plaintiff failed to answer if they have ever served in the military.
- II.15    Plaintiff failed to answer if they have ever been convicted of felony and/or crime of fraud and/or dishonesty and a description of same.
- II.16    Plaintiff failed to answer if they have a computer.
- II.17    Plaintiff failed to provide information regarding their social media accounts.

- VII.     Plaintiff failed to describe all injuries and physical complaints they attribute to the device.
- VIII.1   Plaintiff failed to provide current age, height and/or weight.
- VIII.2   Plaintiff failed to provide age, height and/or weight at the time the Cook Inferior Vena Cava Filter was implanted.
- VIII.3   Plaintiff failed to provide information regarding hospitalizations for the five (5) year period before implantation of the Cook Interior Vena Cava Filter(s).
- VIII.4   Plaintiff failed to answer if prior to the implantation of the Cook Inferior Vena Cava Filter(s) if they regularly exercised.
- VIII.6   Plaintiff failed to provide information regarding any other health care provider from which they received treatment in the past seven (7) years not previously mentioned.
- VIII.7   Plaintiff failed to answer and describe if the exercised regularly since the date of implantation of the Cook Inferior Vena Cava Filter(s).
- VIII.8   Plaintiff failed to provide the number (if any) of Deep Vein Thromboses before and after implant of their Cook IVC Filter.
- VIII.9   Plaintiff failed to provide the number (if any) of Pulmonary Emboli before and after implant of their Cook IVC Filter.
- VIII.10  Plaintiff failed to answer if they had any of the conditions listed in VIII.10 five years prior to their IVC Filter.
- VIII.11  Plaintiff failed to list any and all major health problems and surgeries they have had beginning five (5) years before their IVC implant to the present date.
- VIII.12  Plaintiff failed to answer and describe if they were seeking damages for emotional distress.
- IX.1     Plaintiff failed to answer if they have filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury.
- IX.2     Plaintiff failed to answer if they have ever filed for any of the listed benefits in IX.2 or any other State or Federal disability benefits.
- *VP      Plaintiff failed to sign the verification page.
- MA       Plaintiff failed to provide signed medical authorizations.

As a result, Plaintiff is in violation of his discovery obligations under Third Amended Case Management Order 4, MDL Dkt. 4226 ("CMO-4").

Pursuant to CMO-4 a "completed PPS shall be considered interrogatory answers under Fed. R. Civ. P. 33 and responses to requests for production under Fed. R. Civ. P. 34." CMO-4, ¶ 1(b). All plaintiffs in MDL No. 2570 must submit a "substantially complete" PPS, meaning a PPS that is "complete in all respects, answering every question." CMO-4, ¶ 1(b); see also Fed. R. Civ. P. 37(a)(4) ("[A]n evasive or incomplete disclosure, answer or response must be treated as a failure to disclose, answer, or respond.") Furthermore, CMO-4 makes clear that the PPS also serves as the equivalent of Rule 34 requests for production and requires plaintiffs to provide signed medical authorizations and produce all the medical records in their possession, among other documents, when submitting the PPS. See CMO-4, ¶ 1(b).

Where, as here, a plaintiff does not provide a "substantially complete" PPS, CMO-4 allows Cook to serve the plaintiff with notice of his deficiency. CMO-4, ¶ 1(h). Then, the plaintiff must correct the deficiency in twenty days or the plaintiff will be subject to dismissal and Rule 37 sanctions.

Andrew F. Kirkendall                                                                                                 6/7/2019

CMO-4, ¶ 1(h). Plaintiff's PPS is not substantially complete. Without a complete PPS, it is impossible for Cook to assess Plaintiff's claims or defenses.

If Plaintiff does not submit within twenty days of this letter an amended, fully complete PPS and produce all the documents CMO-4 requires Plaintiff to provide, Cook will move to dismiss the case pursuant to CMO-4.

Please submit your amended PPS and document production to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail, please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL.

If you fail to file an amended PPS, Cook may move for all appropriate relief including, but not limited to dismissal.

Please let me know if you have any questions or concerns.

Very truly yours,

Kip S.M. McDonald

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com