# **EXHIBIT B**

**Tiffany Burnside**

| | |
|---|---|
| **From:** | Allison Smith |
| **Sent:** | Wednesday, September 18, 2019 2:10 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Tiffany Burnside; Candice Mcnabb |
| **Subject:** | Henry Marshall PPS |
| **Attachments:** | Marshall, Henry_PPS.pdf |

Dear Counsel:

This is to fulfill the requests from a deficiency for our client, Henry Marshall (Case number 1:19-cv-01242-RLY-TAB).

Regards,

*Allie Smith*

Case Manager
4343 Sigma Rd, Ste # 200
Dallas, TX. 75244
T: (214) 271-4027 EXT 7099| F: (214) 653-0629

