# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>Case No. 1:14-ml-2570-RLY-TAB<br>Honorable Richard L. Young |
| CHERI MCDUFF, as independent executor for the estate of HENRY SOUDER<br><br>      Plaintiff,<br><br>v.<br><br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>      Defendants. | Civil Action No. 1:16-cv-03523 |

## NOTICE OF PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT

Pursuant to Rule 25(a) and 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves the Court for an Order substituting Cheri McDuff as the Plaintiff in place of Henry Souder, who is now deceased.  This Motion is supported by the following Suggestion of Death.

DATED: 09/19/2019

Respectfully Submitted,

By: /s/ Marlene J. Goldenberg
Marlene J. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
mjgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 19 Day of September, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

By: /s/ Marlene J. Goldenberg
Marlene J. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
mjgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>Case No. 1:14-ml-2570-RLY-TAB |

This Document relates to:

Civil Case # 1:17-cv-01432-RLY-TAB

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff Henry Souder, by and through undersigned counsel, and pursuant to FRCP 25(a) and 15(a)(2), and moves the Court to substitute Cheri McDuff as Independent Executor of the Estate of Henry Souder, deceased, for Plaintiff Henry Souder. Further, Plaintiff moves to for leave to file the attached First Amended Short Form Complaint. In support of this motion, Plaintiff states the following:

1. Plaintiff Henry Souder originally filed a Short Form Complaint against Defendants on May 4, 2017, in the Southern District of Indiana, MDL No. 2570. Plaintiff Henry Souder sought relief as the recipient of the IVC filter at issue.

2. On November 12, 2018, Plaintiff Henry Souder passed away.

3. Cheri McDuff is the Independent Executor of the Estate of Henry Souder.

4. Federal Rule of Civil Procedure 25(a)(1) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as

Exhibit 1, which substitutes Henry Souder as Plaintiff.

6. The death certificate of Henry Souder is attached as Exhibit A to the Amended Short Form Complaint.

7. The Suggestion of Death for Henry Souder was filed contemporaneously herewith.

8. Plaintiff's counsel contacted Defendant's counsel on July 2, 2019, asking if Defendant had any objection to this motion. To date, Plaintiff's counsel has not received a reply.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit 1.

DATED: September 19, 2019

By,

By: /s/ Marlene J. Goldenberg
Marlene J. Goldenberg
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
mjgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*