Exhibit A

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
NOV 20 2018

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-18-173925

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) (Maiden): **HENRY F. SOUDER SR**
2. DATE OF DEATH -ACTUAL OR PRESUMED (mm-dd-yyyy): **NOVEMBER 12, 2018**
3. SEX: **MALE**
4. DATE OF BIRTH (mm-dd-yyyy): [redacted]
5. AGE-Last Birthday (Years): **85**
6. BIRTHPLACE (City & State or Foreign Country): **HURST, TX**
7. SOCIAL SECURITY NUMBER: [redacted]
8. MARITAL STATUS AT TIME OF DEATH: ☒ Widowed
9. SURVIVING SPOUSE'S NAME: —
10a. RESIDENCE STREET ADDRESS: [redacted]
10b. APT. NO.: [redacted]
10c. CITY OR TOWN: **FORT WORTH**
10d. COUNTY: **TARRANT**
10e. STATE: **TEXAS**
10f. ZIP CODE: [redacted]
10g. INSIDE CITY LIMITS? ☒ Yes
11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: **COLUMBUS AGUSTUS SOUDER**
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: **LYDIA E. WILDER**
13. PLACE OF DEATH: ☒ Nursing Home
14. COUNTY OF DEATH: **TARRANT**
15. CITY/TOWN, ZIP: **FORT WORTH, 76137**
16. FACILITY NAME: **RIVERSIDE INN-MEMORY CARE**
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: **CHERI MCDUFF - DAUGHTER**
18. MAILING ADDRESS OF INFORMANT: **8262 QUACHITA CROSSOVER, FORT WORTH, TX 76137-5353**
19. METHOD OF DISPOSITION: ☒ Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: **ERIC ALFORD, BY ELECTRONIC SIGNATURE - 10043**
21. ☒ Unknown
22. PLACE OF DISPOSITION: **ARWINE CEMETERY**
23. LOCATION: **HURST, TX**
24. NAME OF FUNERAL FACILITY: **GREENWOOD F H CREMATION - MOUNT OLIVET CHAPEL**
25. COMPLETE ADDRESS OF FUNERAL FACILITY: **2301 NORTH SYLVANIA AT N.E. 28TH ST, FORT WORTH, TX 76111**
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: **CHRIS MCGEE, BY ELECTRONIC SIGNATURE**
28. DATE CERTIFIED: **NOVEMBER 19, 2018**
29. LICENSE NUMBER: **L5045**
30. TIME OF DEATH: **12:43 PM**
31. PRINTED NAME, ADDRESS OF CERTIFIER: **CHRIS MCGEE 1401 BRIAR CROSSING DRIVE, DECATUR, TX 76234**
32. TITLE OF CERTIFIER: **MD**

33. PART 1. CHAIN OF EVENTS:
  a. IMMEDIATE CAUSE: **SENILE DEGENERATIVE BRAIN DISEASE** — Approximate interval: **YEARS**
  b. —
  c. —
  d. —

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: —

34. WAS AN AUTOPSY PERFORMED? ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? —
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No
38. IF FEMALE: —
39. IF TRANSPORTATION INJURY: —
40a-f. INJURY: —
41. DESCRIBE HOW INJURY OCCURRED: —

42a. REGISTRAR FILE NO.: **06 9120**
42b. DATE RECEIVED BY LOCAL REGISTRAR: **NOVEMBER 19, 2018**
42c. REGISTRAR: **REGISTRAR - TARRANT COUNTY CLERK, ELECTRONICALLY FILED**

EDR NUMBER: 000002409247

VS-112 REV 1/2006

Barcode: QA1366027

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED: **NOV 26 2018**

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND