Exhibit B



## LETTERS TESTAMENTARY

Cause No. 2019-PR00470-1

| | | |
|---|---|---|
| The State of Texas | § | Probate Court No. 1 |
| | § | |
| County of Tarrant | § | Tarrant County, Texas |

I, Mary Louise Nicholson, Clerk of the Probate Court of Tarrant County, Texas do hereby certify that on the 18th day of March, 2019, A.D.

### CHERI LYNN MCDUFF

Qualified according to law as INDEPENDENT EXECUTOR without bond of the estate of

### HENRY FRANKLIN SOUDER, DECEASED

These are, therefore, given to prove capacity to act as such and that said appointment is still in full force and effect.

Witness my hand and seal of the Probate Court of Tarrant County, at Fort Worth, Texas on March 18, 2019, A.D.

Mary Louise Nicholson, County Clerk
Probate Court, Tarrant County, Texas

By: *Sarah Shook*
Sarah Shook, Deputy Clerk