# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>Case No. 1:14-ml-2570-RLY-TAB |

This Document relates to:

Civil Case # 1:17-cv-1432-RLY-TAB

## **ORDER**

IT IS ORDERED that Plaintiff's Motion to Substitute Party and Amend the Short Form Complaint filed by Cheri McDuff, as Personal Representative of the Estate of Henry F. Souder, be and the same is hereby GRANTED. The Clerk of Court is directed to substitute Cheri McDuff as Plaintiff of record in Case No. 1:17-cv-1432-RLY-TAB

Dated this ___ day of _____, 2019.