IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

GREG NEAL

Civil Case # 1:17-cv-00275

**RULE 41 STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their respective counsel, that all claims brought in this lawsuit against the Cook Defendants by Plaintiff Greg Neal, deceased, are hereby dismissed without prejudice, with each party to bear its own costs.  To the extent Plaintiff suffered an allegedly cognizable injury on or after January 27, 2015, his representatives may refile his case in the Southern District of Indiana within the relevant limitations period for claims arising out of such injury.  Plaintiff's representatives, however, may not refile a case based on Plaintiff's claims against Cook if the future claim is based on any injury occurring before January 27, 2015.  Further, if Plaintiff's representatives refile his case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice.

Dated: September 19, 2019          Respectfully submitted,

By:    */s/ Richard Lewis*
Richard Lewis
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
Email: rlewis@hausfeld.com

and

*/s/ J. Benjamin Broadhead*
J. Benjamin Broadhead
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-1234
Email: jessica.cox@FaegreBD.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Richard Lewis*