IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:18-cv-3258-RLY-TAB Domekia George

### APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above captioned Plaintiffs.

Dated:  September 20, 2019

/s/ Paul L. Stoller
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
DALIMONTE RUEB STOLLER, LLP
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: 602.888.2807
paul@drlawllp.com

/s/ John A. Dalimonte
John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
DALIMONTE RUEB STOLLER, LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 205-2053

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                */s/* Paul L. Stoller