**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                         MDL No. 2570

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:19-cv-03112 | 1:19-cv-03129 | 1:19-cv-03561 | 1:19-cv-03569 |
| 1:19-cv-03113 | 1:19-cv-03130 | 1:19-cv-03562 | 1:19-cv-03584 |
| 1:19-cv-03114 | 1:19-cv-03146 | 1:19-cv-03564 | 1:19-cv-03592 |
| 1:19-cv-03115 | 1:19-cv-03147 | 1:19-cv-03566 | 1:19-cv-03600 |
| 1:19-cv-03116 | 1:19-cv-03148 | 1:19-cv-03567 | 1:19-cv-03601 |
| 1:19-cv-03128 | 1:19-cv-03548 | 1:19-cv-03568 | 1:19-cv-03569 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  September 23, 2019                     /s/ Kip S. M. McDonald
                                               Andrea Roberts Pierson (# 18435-49)
                                               Kip S. M. McDonald (# 29370-49)
                                               FAEGRE BAKER DANIELS LLP
                                               300 North Meridian Street, Suite 2700
                                               Indianapolis, Indiana 46204
                                               Telephone: (317) 237-0300
                                               Facsimile: (317) 237-1000
                                               E-Mail:  andrea.pierson@faegrebd.com
                                               E-Mail:  kip.mcdonald@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ Kip S. M. McDonald            </u>

2