INSD Change of Attorney Information *(Rev. 3/12)*

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]  )
)
)
) 1:14-ml-2570-RLY-TAB (and applicable member cases)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | | |
| **Law Firm, Company, and/or Agency:** | | |
| **Address:** | 300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204 | 300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204 |
| **Primary E-mail:** | | |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | | |
| **Facsimile:** | | |

Date: 9/23/2019            s/ Eric M. Friedman

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.