Exhibit B

Case 1:17-cv-01704-LJM-DKL Document 1 Filed 05/23/17 Page 1 of 5 PageID #: 2

1
2
3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

4  IN RE: COOK MEDICAL, INC, IVC FILTERS
   MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-
5  TAB PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

6

7  This Document Relates to Plaintiff(s)

8   JOSE DEL CID                                          .

9

10  Civil Case # 1:17-cv-1704

11

12                      **SHORT FORM COMPLAINT**

13

14        COMES NOW the Plaintiff(s) named below, and for Complaint against the

15  Defendants named below, incorporate The Master Complaint in MDL No. 2570 by

16
17  reference (Document 213). Plaintiff(s) further show the court as follows:

18  1. Plaintiff/Deceased Party:

19  Jose Del Cid

20
    2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium
21
22  claim:

23  N/A

24
    3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
25
26  N/A

27  4. Plaintiff's/Deceased Party's state of residence at the time of implant:

28
    Virginia

1

SHORT FORM COMPLAINT

Case 1:17-cv-01704-LJM-DKL Document 1 Filed 05/29/17 Page 2 of 5 PageID #: 2

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Virginia

6. Plaintiff's/Deceased Party's current state of residence:

Virginia

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District of Virginia

8. Defendants (Check Defendants against whom Complaint is made):

       ✓ Cook Incorporated

       ✓ Cook Medical LLC

       ✓ William Cook Europe APS

9. Basis of Jurisdiction:

       ✓ Diversity of Citizenship

       □ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

9; diversity

    b. Other allegations of jurisdiction and venue:

2

SHORT FORM COMPLAINT

Case 1:17-cv-01704-LJM-DKL Document 1 Filed 05/29/17 Page 3 of 5 PageID #: 3

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

       □ Günther Tulip® Vena Cava Filter

       ✓ Cook Celect® Vena Cava Filter

       □ Gunther Tulip Mreye

       □ Cook Celect Platinum

       □ Other:

       _____

11. Date of Implantation as to each product:

     12/2/11_____

     _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

     Inova Fair Oaks Hospital_____

     Fairfax, VA_____

13. Implanting Physician(s):

     Dr. Michael Karnaza_____

     _____

14. Counts in the Master Complaint brought by Plaintiff(s):

   ✓ Count I: Strict Products Liability – Failure to Warn

   ✓ Count II: Strict Products Liability – Design Defect

   ✓ Count III: Negligence

   ✓ Count IV: Negligence Per Se

   ✓ Count V: Breach of Express Warranty

SHORT FORM COMPLAINT

Case 1:17-cv-01704-LJM-DKL Document 1 Filed 05/29/17 Page 4 of 5 PageID #: 4

✓ Count VI: Breach of Implied Warranty

✓ Count VII: Violations of Applicable <u>Virginia</u>_____ (insert State) Law

        Prohibiting Consumer Fraud and Unfair and Deceptive Trade

        Practices

Count VIII: Loss of Consortium

Count IX: Wrongful Death

 Count X: Survival

✓ Count XI: Punitive Damages

□ Other: _____ (please state the facts supporting this Count in the

space, immediately below)

□ Other: _____ (please state the facts supporting this Count in the

space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

<u>Jeff Seldomridge</u>_____

4

SHORT FORM COMPLAINT

Case 1:14-ml-02570-RLY-TAB Document 11877-2 Filed 09/24/19 Page 6 of 6 PageID #:
86529
Case 1:17-cv-01704-LJM-DKL Document 1 Filed 05/23/17 Page 5 of 5 PageID #: 5

1   16. Address and bar information for Attorney for Plaintiff(s):

2   The Miller Firm, LLC

3
4   108 Railroad Avenue

5   Orange, VA 22960

6   VA Bar No.  89552

7
8                                              Respectfully submitted,

9
10                                             /s/Jeff Seldomridge
                                               Jeff Seldomridge
11                                             **THE MILLER FIRM LLC**
                                               108 Railroad Avenue
12                                             Orange, Virginia 22960
                                               Tel: (540) 672-4224
13                                             Fax: (540) 672-3055
                                               jseldomridge@millerfirmllc.com
14                                             *Attorneys for Plaintiff*
15

16
                          **CERTIFICATE OF SERVICE**
17
18      I hereby certify that on May 23, 2017, a copy of the foregoing was served

19  electronically and notice of the service of this document will be sent to all parties by

20  operation of the Court's electronic filing system to CM/ECF participants registered to

21  receive service in this matter.  Parties may access this filing through the Court's system.

22                                             /s/ Jeff Seldomridge
                                               Jeff Seldomridge
23                                             Virginia Bar No. 89552
24
25
26
27
28

SHORT FORM COMPLAINT