INSD Change of Attorney Information *(Rev. 3/12)*

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

[ ] I have **no pending cases** in the District Court for the Southern District of Indiana.

[✓] I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]  ) 1:14-ml-2570-RLY-TAB (and applicable member cases)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | Previous Information: | Current Information: |
|---|---|---|
| Name: | | |
| Law Firm, Company, and/or Agency: | | |
| Address: | 300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204 | 300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204 |
| Primary E-mail: | | |
| Secondary E-mail(s): | | |
| Telephone Number: | | |
| Facsimile: | | |

Date: 09/24/2019              s/ Patrick H. Reilly

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.