# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

**PLAINTIFF:**
    James Dresser                                       Civil Case No. 1:18-CV-03413


**DEFENDANT:**                                            MDL No. 2570
    COOK MEDICAL, INC, IVC FILTERS
    MARKETING, SALES PRACTICES AND
    PRODUCTS LIABILTIY LITIGATION
_____

## NOTICE OF SUBSTITUTION
## OF APPEARANCE

To the Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for <u>James Dresser</u> and hereby substitute Sally R. Bage.

                                                            Respectfully submitted,

Date: September __24__, 2019                       */s/ Zainab Tarique*
                                                            Zainab Tarique
                                                             ztarique@waterskraus.com
                                                             TX Bar No. 24113095
                                                             Waters & Kraus, LLP
                                                             3141 Hood Street
                                                             Dallas, TX 75219
                                                             Tel. (214) 357-6244
                                                             Fax (214) 357-7252

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notification of Withdraw as Counsel of Record was filed electronically via CM/ECF this  24  day of September, 2019 to be served via operation of the Court's electronic filing system

>*/s/ Zainab Tarique*
> Zainab Tarique