# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

**PLAINTIFF:**
   Marta DeSantiago                                                Civil Case No. 1:19-CV-03247

**DEFENDANT:**                                                   MDL No. 2570
   COOK MEDICAL, INC, IVC FILTERS
   MARKETING, SALES PRACTICES AND
   PRODUCTS LIABILTIY LITIGATION

_____

## NOTICE OF SUBSTITUTION
## OF APPEARANCE

To the Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for <u>Marta DeSantiago</u> and hereby substitute Sally R. Bage.

                                                                      Respectfully submitted,

Date: September _24_, 2019                      */s/ Zainab Tarique*
                                                                   Zainab Tarique
                                                                   ztarique@waterskraus.com
                                                                   TX Bar No. 24113095
                                                                   Waters & Kraus, LLP
                                                                   3141 Hood Street
                                                                   Dallas, TX 75219
                                                                   Tel. (214) 357-6244
                                                                   Fax (214) 357-7252

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this Notification of Withdraw as Counsel of Record was filed electronically via CM/ECF this __23__ day of September, 2019 to be served via operation of the Court's electronic filing system

*/s/ Zainab Tarique*
Zainab Tarique