UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

**PLAINTIFF:**
   Jerome Johnson                                      Civil Case No. 1:19-CV-03248

**DEFENDANT:**                                        MDL No. 2570
   COOK MEDICAL, INC, IVC FILTERS
   MARKETING, SALES PRACTICES AND
   PRODUCTS LIABILTIY LITIGATION
_____

## NOTICE OF SUBSTITUTION
## OF APPEARANCE

To the Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for <u>Jerome Johnson</u> and hereby substitute Sally R. Bage.

                                                 Respectfully submitted,

Date: September  24 , 2019              */s/ Zainab Tarique*
                                                 Zainab Tarique
                                                 ztarique@waterskraus.com
                                                 TX Bar No. 24113095
                                                 Waters & Kraus, LLP
                                                 3141 Hood Street
                                                 Dallas, TX 75219
                                                 Tel. (214) 357-6244
                                                 Fax (214) 357-7252

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notification of Withdraw as Counsel of Record was filed electronically via CM/ECF this _2_ day of September, 2019 to be served via operation of the Court's electronic filing system

 

*/s/ Zainab Tarique*
Zainab Tarique