UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

**PLAINTIFF:**
   Lonnie Johnson, Jr. and Alice Johnson          Civil Case No. 1:17-CV-04244

**DEFENDANT:**                                              MDL No. 2570
   COOK MEDICAL, INC, IVC FILTERS
   MARKETING, SALES PRACTICES AND
   PRODUCTS LIABILTIY LITIGATION
_____

## NOTICE OF SUBSTITUTION
## OF APPEARANCE

To the Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for <u>Lonnie Johnson, Jr. and Alice Johnson</u> and hereby substitute Sally R. Bage.

                                                                      Respectfully submitted,

Date: September _24_, 2019                      */s/ Zainab Tarique*
                                                                     Zainab Tarique
                                                                     ztarique@waterskraus.com
                                                                     TX Bar No. 24113095
                                                                     Waters & Kraus, LLP
                                                                     3141 Hood Street
                                                                     Dallas, TX 75219
                                                                     Tel. (214) 357-6244
                                                                     Fax (214) 357-7252

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notification of Withdraw as Counsel of Record was filed electronically via CM/ECF this _24_ day of September, 2019 to be served via operation of the Court's electronic filing system

*/s/ Zainab Tarique*
Zainab Tarique