## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

**PLAINTIFF:**
   Nina McClusky                                           Civil Case No. 1:18-CV-03402

**DEFENDANT:**                                           MDL No. 2570
   COOK MEDICAL, INC, IVC FILTERS
   MARKETING, SALES PRACTICES AND
   PRODUCTS LIABILTIY LITIGATION
_____

## NOTICE OF SUBSTITUTION
## OF APPEARANCE

To the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for <u>Nina McClusky</u> and hereby substitute Sally R. Bage.

                                              Respectfully submitted,

Date: September _24_, 2019               */s/ Zainab Tarique*
                                            Zainab Tarique
                                            ztarique@waterskraus.com
                                            TX Bar No. 24113095
                                            Waters & Kraus, LLP
                                            3141 Hood Street
                                            Dallas, TX 75219
                                            Tel. (214) 357-6244
                                            Fax (214) 357-7252

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notification of Withdraw as Counsel of Record was filed electronically via CM/ECF this  24  day of September, 2019 to be served via operation of the Court's electronic filing system

*/s/ Zainab Tarique*
Zainab Tarique