UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

**PLAINTIFF:**
   Javanni R. Moise                                                       Civil Case No. 1:19-CV-01258


**DEFENDANT:**                                                  MDL No. 2570
   COOK MEDICAL, INC, IVC FILTERS
   MARKETING, SALES PRACTICES AND
   PRODUCTS LIABILTIY LITIGATION
_____

## NOTICE OF SUBSTITUTION
## OF APPEARANCE

To the Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for <u>Javanni R. Moise</u> and hereby substitute Sally R. Bage.

                                                                          Respectfully submitted,

Date: September __24__, 2019                     */s/ Zainab Tarique*
                                                                         Zainab Tarique
                                                                         ztarique@waterskraus.com
                                                                         TX Bar No. 24113095
                                                                         Waters & Kraus, LLP
                                                                         3141 Hood Street
                                                                         Dallas, TX 75219
                                                                         Tel. (214) 357-6244
                                                                         Fax (214) 357-7252

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notification of Withdraw as Counsel of Record was filed electronically via CM/ECF this __24__ day of September, 2019 to be served via operation of the Court's electronic filing system

*/s/ Zainab Tarique*
Zainab Tarique