IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff SHAY L. CARTER

Civil Case # 1:19-cv-03342

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the Court as follows:

1. Plaintiff's/Deceased Party's Name:

   SHAY L. CARTER

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Anthony Gladney, Partner/Co-Parent

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Minor Children: LLG (2007), and JJW (2002)

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Eastern District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical, LLC

   ☑ William Cook Europe APS

9. Basis of Jurisdiction

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip Vena Cava Filter

    ☑ Cook Celect Vena Cava Filter

    ☐ Günther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of implantation as to each product:

    05/24/2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Lankenau Medical Center, Wynnewood, Pennsylvania

13. Implanting Physician(s):

    Dr. Peter A. Vallas, Interventional Radiology at Lankenau Medical Center

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I:   Strict Products Liability - Failure to Warn

    ☑ Count II:  Strict Products Liability - Design Defect

- ☑ Count III:   Negligence
- ☑ Count IV:   Negligence *Per Se*
- ☑ Count V:    Breach of Express Warranty
- ☑ Count VI:   Breach of Implied Warranty
- ☑ Count VII: Violations of Applicable Massachusetts Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices (IN and PA)
- ☑ Count VIII:  Loss of Consortium
- ☐ Count IX:   Wrongful Death
- ☐ Count X:    Survival
- ☑ Count XI:   Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiff:

    Nicole K.H. Maldonado, Michael L. Baum, of Baum Hedlund Aristei & Goldman, P.C.

16. Address and bar information for Attorney for Plaintiff:

    Nicole K.H. Maldonado, CA Bar No. 207715; Michael L. Baum, CA Bar No. 119511

<u>BAUM HEDLUND ARISTEI & GOLDMAN, P.C., 10940 Wilshire Blvd., 17th Floor</u>

<u>Los Angeles, CA 90024; (310) 207-3233</u>

Date:  September 24, 2019       Respectfully submitted,

<u>/s/ Nicole K.H. Maldonado</u>
Nicole K.H. Maldonado (CA Bar No. 207715)
*Admitted to USDC Southern Indiana*
Michael L. Baum, Esq.  (CA Bar No. 119511)
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
(310) 207-3233 Tel  //  (310) 820-7444 Fax
nmaldonado@baumhedlundlaw.com
mbaum@baumhedlundlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2019, a copy of the foregoing, **AMENDED SHORT FORM COMPLAINT** was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Nicole K.H. Maldonado