IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                    MDL No. 2570

This Document Relates to:

Plaintiffs SHAY L. CARTER; Partner/Co-Parent ANTHONY GLADNEY; Minor Children LLG and JJW

Civil Case # 1:19-cv-3342-JMS-DLP

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for:

    Plaintiffs Shay L. Carter; Anthony Gladney; LLG and JJW.

Date:  September 24, 2019           Respectfully submitted,

                                         /s/ Nicole K.H. Maldonado
                                         Nicole K.H. Maldonado (CA Bar No. 207715)
                                         *Admitted to USDC Southern Indiana*
                                         Michael L. Baum, Esq.  (CA Bar No. 119511)
                                         BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
                                         10940 Wilshire Blvd., 17th Fl
                                         Los Angeles, CA 90024
                                         (310) 207-3233 Tel  //  (310) 820-7444 Fax
                                         nmaldonado@baumhedlundlaw.com
                                         mbaum@baumhedlundlaw.com

                                         ***Attorneys for Plaintiff***

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 24, 2019, a copy of the foregoing, NOTICE OF APPEARANCE was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

               /s/ Nicole K.H. Maldonado