INSD Change of Attorney Information *(Rev. 2 16)*

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

## <u>NOTICE OF CHANGE OF</u>
## <u>ATTORNEY INFORMATION</u>

TO:  THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐  I have **no pending cases** in the District Court for the Southern District of Indiana.

☑  I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]        )        1:17-cv-03479; 1:19-cv-1685; 1:19-cv-02853;
                              )        1:19-cv-2870
                              )
                              )
                              )
                              )
                              )

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Ryan E. Hodge | Ryan E. Hodge |
| **Law Firm, Company, and/or Agency:** | Ray Hodge & Associates, LLC | Ray Hodge & Associates, LLC |
| **Address:** | 135 N. Main<br>Wichita, KS 67202 | 8558 W. 21st St. N., Suite 300<br>Wichita, KS 67205 |
| **Primary E-mail:** | hodgelaw@kansaslaw.com | hodgelaw@kansaslaw.com |
| **Secondary E-mail(s):** | records@kansaslaw.com, elaine@kansaslaw.com | records@kansaslaw.com, elaine@kansaslaw.com |
| **Telephone Number:** | 316-269-1414 | 316-269-1414 |
| **Facsimile:** | 316-263-6019 | 316-263-6019 |

Date:  October 1, 2019                    s/  Ryan E. Hodge

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.