IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570
_____

This Document Relates to:

    1:19-cv-03327        1:19-cv-03642
    1:19-cv-03328        1:19-cv-03644
    1:19-cv-03329        1:19-cv-03646
    1:19-cv-03608        1:19-cv-03650
    1:19-cv-03632        1:19-cv-03656
    1:19-cv-03635        1:19-cv-03658

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:  September 26, 2019           /s/ Andrea Roberts Pierson
                                                      Andrea Roberts Pierson (# 18435-49)
                                                      Kip S. M. McDonald (# 29370-49)
                                                      FAEGRE BAKER DANIELS LLP
                                                      300 North Meridian Street, Suite 2700
                                                      Indianapolis, Indiana 46204
                                                      Telephone: (317) 237-0300
                                                      Facsimile: (317) 237-1000
                                                      E-Mail:  andrea.pierson@faegrebd.com
                                                      E-Mail:  kip.mcdonald@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson