# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:19-cv-03167 | 1:19-cv-03174 | 1:19-cv-03657 | 1:19-cv-03667 |
| 1:19-cv-03169 | 1:19-cv-03175 | 1:19-cv-03660 | 1:19-cv-03669 |
| 1:19-cv-03170 | 1:19-cv-03176 | 1:19-cv-03662 | 1:19-cv-03671 |
| 1:19-cv-03171 | 1:19-cv-03177 | 1:19-cv-03663 | 1:19-cv-03672 |
| 1:19-cv-03172 | 1:19-cv-03178 | 1:19-cv-03665 | 1:19-cv-03673 |
| 1:19-cv-03173 | 1:19-cv-03641 | 1:19-cv-03666 | 1:19-cv-03675 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

| | |
|---|---|
| Dated: September 26, 2019 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegrebd.com<br>E-Mail: kip.mcdonald@faegrebd.com |

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ Andrea Roberts Pierson