IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Sherry M. Goehring and Thomas Goehring

Civil Case #: <u>1:19-cv-1576-RLY-TAB</u>

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    <u>      SHERRY M. GOEHRING      </u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    <u>      THOMAS GOEHRING      </u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    <u>      N/A      </u>

4. Plaintiff/Deceased Party's state of residence at the time of implant:

   PENNSYLVANIA

5.  Plaintiff/Deceased Party's state of residence at the time of injury:

   PENNSYLVANIA

6.  Plaintiff/Deceased Party's current state of residence:

   PENNSYLVANIA

7.  District Court and Division in which venue would be proper absent direct filing:

   PENNSYLVANIA

8.  Defendants (Check Defendants against whom Complaint is made):

   ☒  Cook Incorporated

   ☒  Cook Medical LLC

   ☒  William Cook Europe ApS

9.  Basis of Jurisdiction:

   ☒  Diversity of Citizenship

   ☐  Other: _____

 a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   ¶¶ 6-28

 b.  Other allegations of jurisdiction and venue:

   Plaintiffs are citizens of Pennsylvania and residents of Petersburg, Huntingdon County, Pennsylvania

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filder
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

_____January 27, 2015_ _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

_____Mount Nittany Medical Center, State College, PA_____

_____

13. Implanting Physician(s):

_____Eugene J. Simoni, M.D._ _____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I:    Strict Products Liability – Failure to Warn
- ☒ Count II:   Strict Products Liability – Design Defect
- ☒ Count III:  Negligence
- ☒ Count IV:   Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable __Pennsylvania__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Court in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Court in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

_____Michael B. Leh_____

16. Address and bar information for Attorney for Plaintiff(s):

_____Locks Law Firm, 601 Walnut Street, Suite 720 East_____

_____Philadelphia, PA 19106_____

- 5 -

        Respectfully submitted,

        **LOCKS LAW FIRM**

         /s/ Michael B. Leh
        Michael B. Leh, Esquire (PA ID No. 42962)
        601 Walnut Street, Suite 720 East
        Philadelphia, PA 19106
        215-893-0100 (tel.)
        215-893-3444 (fax)
        mleh@lockslaw.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on  September 25, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:  N/A

         /s/ Michael B. Leh
        Michael B. Leh, Esquire (PA ID No. 42962)