**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL INC., IVC FILTERS                Case No.:  1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND MDL                                  MDL 2570
2570 PRODUCTS LIABILITY LITIGATION

This document relates to Plaintiffs:

     Edwin Marshall, Jr. (1:19-cv-02528)
     Phyllis Nicholson (1:19-cv-02522)

---

<u>**RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION DISMISS (Dkt. No. 11680)**</u>

     The above-named Plaintiffs, by and through their undersigned counsel, file this Response to the Motion to Dismiss for Failure to Serve Case Categorization Form (Dkt. No. 11683) (the "Motion to Dismiss") filed by Defendants, Cook Incorporated, Cook Medical LLC, formerly known as Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"). In support of this Motion, Plaintiffs state the following:

1. On September 3, 2019, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including Plaintiffs Edwin Marshall, Jr. and Phyllis Nicholson, for failure to submit a complete Case Categorization Form based on the Court's Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617) (the "Categorization Form Order").

2. Due to an inadvertent clerical error, Plaintiffs believed a complete Case Categorization Form had been timely submitted, when it had not.

3. On September 28, 2019, Plaintiffs' Counsel submitted a complete Case Categorization Form on behalf of Plaintiffs Edwin Marshall, Jr. and Phyllis Nicholson in compliance with the Categorization Form Order. A true and correct copy of the emails submitted on behalf of each Plaintiff is attached as Exhibit A.

4.   While the Cook Defendants will not suffer any prejudice by the late submission, Plaintiffs may be irreparably harmed if their cases are dismissed.

Accordingly, Plaintiffs' Counsel asks the Court to deny the Cook Defendants' Motion to Dismiss as it relates to Plaintiffs Edwin Marshall, Jr. and Phyllis Nicholson.

Respectfully submitted this 28th day of September, 2019.

/s/ Christopher K. Johnston
Christopher K. Johnston
CA Bar No. 261474
Law Office of Christopher K. Johnston, LLC
268 Ponce de Leon Ave, Suite 1020
San Juan, PR 00918
Phone: (415) 744-1500
Fax: (415) 202-6264
kyle@masstortslaw.com

Counsel for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 28, 2019, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

/s/ *Christopher K. Johnston*
Christopher K. Johnston