# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND MDL 2570 PRODUCTS LIABILITY LITIGATION | Case No.:  1:14-ml-2570-RLY-TAB<br>MDL 2570 |

This document relates to Plaintiffs:

  Edwin Marshall, Jr. (1:19-cv-02528)
  Phyllis Nicholson (1:19-cv-02522)

---

## EXHIBIT A

## CASE CATEGORIZATION FORM EMAILS

| | |
|---|---|
| **From:** | Kyle Johnston |
| **To:** | "CookFilterMDL@FaegreBD.com"; "plaintiffscoleadcounselmdl@gmail.com" |
| **Cc:** | Ed Colon |
| **Bcc:** | "EdwinMarshallJrZ4799664@projects.filevine.com" |
| **Subject:** | Case Categorization Form | Marshall Jr, Edwin (1:19-cv-02528) Saturday, |
| **Date:** | September 28, 2019 9:55:00 AM |
| **Attachments:** | CCF Supporting Record (Marshall Jr, Edwin).pdf |
| | Case Categorization Form (Marshall Jr, Edwin).pdf |

Please find attached the Case Categorization Form for Edwin Marshall Jr (1:19-cv-02528-JPH-MJD) and the related medical record documentation.

**Kyle Johnston**
*Managing Attorney*
415.500.4273
kyle@masstortslaw.com

**Johnston Law Group**
649 Mission St., 5th Floor
San Francisco, CA 94105
(t) 415.744.1500
(f) 415.202.6264
www.masstortslaw.com

IMPORTANT NOTICES. This message was sent by the Law Office of Christopher K. Johnston, LLC dba Johnston Law Group. The contents of this message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately. Any tax advice contained in this message is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing, or recommending to others any tax-related matter(s) addressed here.

| | |
|---|---|
| **From:** | Kyle Johnston |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Ed Colon |
| **Bcc:** | PhyllisNicholson226F@projects.filevine.com |
| **Subject:** | Case Categorization Form | Nicholson, Phyllis (1:19-cv-02522) |
| **Date:** | Saturday, September 28, 2019 9:48:00 AM |
| **Attachments:** | CCF Supporting Record (Nicholson, Phyllis).pdf |
| | Case Categorization Form (Nicholson, Phyllis).pdf |

Please find attached the Case Categorization Form for Phyllis Nicholson (1:19-cv-02522-RLY-TAB) and the related medical record documentation.

**Kyle Johnston**
*Managing Attorney*
415.500.4273
kyle@masstortslaw.com

**Johnston Law Group**
649 Mission St., 5th Floor
San Francisco, CA 94105
(t) 415.744.1500
(f) 415.202.6264
www.masstortslaw.com

IMPORTANT NOTICES. This message was sent by the Law Office of Christopher K. Johnston, LLC dba Johnston Law Group. The contents of this message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately. Any tax advice contained in this message is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the internal revenue code or (2) promoting, marketing, or recommending to others any tax-related matter(s) addressed here.