IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

GREG NEAL

Civil Case # 1:17-cv-00275

APPROVED.  Case is dismissed
without prejudice.
Dated: 9/30/19

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**RULE 41 STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through
their respective counsel, that all claims brought in this lawsuit against the Cook Defendants by
Plaintiff Greg Neal, deceased, are hereby dismissed without prejudice, with each party to bear its
own costs.  To the extent Plaintiff suffered an allegedly cognizable injury on or after January 27,
2015, his representatives may refile his case in the Southern District of Indiana within the
relevant limitations period for claims arising out of such injury.  Plaintiff's representatives,
however, may not refile a case based on Plaintiff's claims against Cook if the future claim is
based on any injury occurring before January 27, 2015.  Further, if Plaintiff's representatives
refile his case in any jurisdiction other than the Southern District of Indiana, this dismissal will
automatically convert to a dismissal with prejudice.