IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

This Document Relates to:
    1:16-cv-535-RLY-TAB    Brenda Warfield

## ORDER

This matter is before the Court on Plaintiff's counsel's motion to withdraw as counsel of record without substitution. [Filing No. 10812.] Counsel has represented to the Court that Plaintiff Brenda Warfield's daughter, LaTonia Warfield, informed him that Plaintiff died in February of 2018. Counsel has made repeated attempts to contact LaTonia Warfield to determine if this matter could continue on behalf of the estate, but those attempts have been unsuccessful. If Plaintiff or her representative is not communicating with her counsel or otherwise prosecuting this case, the proper course is not to simply have her counsel withdraw, but rather to dismiss the case. Plaintiff's daughter, LaTonia Warfield, shall show cause, if any, within 14 days why her cause should not be dismissed. In addition, Plaintiff's original motion to withdraw, which was incorrectly filed directly in the member case [1:16-cv-535-RLY-TAB, Filing No. 89], is denied as moot.

Date: 9/30/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Via U.S. Mail:

LaTonia Warfield
2897 N. Druid Hills Road, #297
Atlanta, GA  30329