**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-03208 | 1:19-cv-03440 | 1:19-cv-03685 |
| 1:19-cv-03209 | 1:19-cv-03459 | 1:19-cv-03693 |
| 1:19-cv-03210 | 1:19-cv-03460 | 1:19-cv-03694 |
| 1:19-cv-03211 | 1:19-cv-03462 | 1:19-cv-03695 |
| 1:19-cv-03212 | 1:19-cv-03467 | 1:19-cv-03706 |
| 1:19-cv-03213 | 1:19-cv-03469 | 1:19-cv-03719 |
| 1:19-cv-03384 | 1:19-cv-03677 | 1:19-cv-03720 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:  September 30, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson