UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to:<br>**All Cases** | |

**NOTICE OF OCTOBER 10, 2019 HEARING**

PLEASE TAKE NOTICE that the motions attached in Exhibit A will be heard at the October 10, 2019 hearing at 10:30 AM (ET) at Room 349 at 46 E Ohio St, Indianapolis, IN 46204.

Dated: September 30, 2019

                                                  Respectfully Submitted,

                                                  /s/ Andrea Roberts Pierson
                                                  Andrea Roberts Pierson, Co-Lead Counsel
                                                  Jessica Benson Cox
                                                  FAEGRE BAKER DANIELS LLP
                                                  300 North Meridian Street, Suite 2500
                                                  Indianapolis, Indiana 46204
                                                  Telephone:    (317) 237-0300
                                                  Andrea.Pierson@FaegreBD.com
                                                  Jessica.Cox@FaegreBD.com

                                                  James Stephen Bennett, Co-Lead Counsel
                                                  FAEGRE BAKER DANIELS LLP
                                                  110 W. Berry Street, Suite 2400
                                                  Fort Wayne, Indiana 46802
                                                  Telephone:    (260) 424-8000
                                                  Stephen.Bennett@FaegreBD.com

                                                  *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 30, 2019, a copy of the foregoing Notice of Hearing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                           /s/ Andrea Roberts Pierson