# Exhibit A

1. Defendants' Amended Motion to Dismiss for Lack of Service of PPS - Dkt. 11682
    1. Atkins, Anthony - 1:17-cv-06069
    2. Phillips, Keri - 1:19-cv-00623
    3. Schissler, Josephine - 1:19-cv-02141
    4. Brown, LaVenia - 1:19-cv-02475
    5. Amen, Bro Grace - 1:19-cv-02494
    6. Hutchings, Gloria [ESTATE] - 1:19-cv-02540
    7. Breakstone, Myra - 1:19-cv-02695
    8. Dovolis, Helen - 1:19-cv-02696
    9. Flurschutz, Lois - 1:19-cv-02709
    10. Gibble, Paul [ESTATE] - 1:19-cv-02711
    11. Gillman, Lyle - 1:19-cv-02725
    12. Vonholtz, Alexander - 1:19-cv-02730

2. Defendants' Amended Motion to Dismiss for Lack of Service of Case Categorization form - Dkt. 11683
    1. Nicholson, Phyllis - 1:19-cv-02522
    2. Marshall, Edwin Jr. - 1:19-cv-02528
    3. Snyder, Barbara - 1:19-cv-02570
    4. Jones, Monika - 1:19-cv-02576
    5. Scott, Amber - 1:19-cv-02582
    6. Cressman, Robert III - 1:19-cv-02617
    7. Vaughn, Demarcus - 1:19-cv-02617
    8. Ratliff, Marilyn - 1:19-cv-02789
    9. Mitchell, John A. Jr. - 1:19-cv-02841
    10. Mitchell, John M. - 1:19-cv-02848
    11. Shields, Michael - 1:19-cv-02850
    12. Chavers, Amaris - 1:19-cv-02851
    13. Manseau, Michael - 1:19-cv-02852

3. Defendants' Motion to Dismiss for Failure to Cure PPS Deficiencies – Dkt. 11684
    1. Uzzle, Charles - 1:17-cv-00914
    2. Savage, Lashonda L. - 1:17-cv-02511
    3. De Leonard, Shirley and Richard – 1:17-cv-02679
    4. Mull, Linda - 1:17-cv-02701
    5. Zeck, Henry - 1:17-cv-02714
    6. Chester, Carl [ESTATE] - 1:17-cv-02798
    7. Ellis, Randy - 1:17-cv-03314
    8. Anderson, Leonard - 1:17-cv-03340
    9. Brown, Ezill - 1:17-cv-04389
    10. Aycock, Neal - 1:18-cv-01857
    11. Goss, Linda - 1:18-cv-02432
    12. Billiet, David - 1:18-cv-02697
    13. Adams, Steven - 1:18-cv-03960

      14. Kemper, Thomas - 1:18-cv-03994
      15. Orange, Cindy - 1:19-cv-00025
      16. Earley, Phyllis - 1:19-cv-00668
      17. Woolever, Margaret - 1:19-cv-00962
      18. Beck, Jeremiah - 1:19-cv-01231
      19. Marshall, Henry - 1:19-cv-01242
      20. Burleson, Diane - 1:19-cv-01428
      21. Kingsland, Gail - 1:19-cv-01645
      22. Good, Damon - 1:19-cv-01711
      23. Walker, Ruchelle - 1:19-cv-00484
      24. Yerman, Sandra - 1:19-cv-00524
      25. Poteat, Betty - 1:19-cv-00843

4. Defendants' Motion for Judgment on the Pleadings in 42 Pending Category 2 Cases for Failure to State a Claim – Dkt. 11687
   1. Christmas, Stephen - 1:18-cv-02234
   2. Smith, Lawrance - 1:19-cv-01992
   3. DiBattista, Anthony and Silverstone, Susan - 1:19-cv-01995
   4. Julien, Anthony - 1:19-cv-02022
   5. Folger, Barbara - 1:19-cv-02024
   6. Martin, Carl - 1:19-cv-02027
   7. Nichols, Carla - 1:19-cv-02028
   8. Hogan, Carlton and Lela - 1:19-cv-02029
   9. Rushton, Darlene - 1:19-cv-02033
   10. Eller, Dennis - 1:19-cv-02123
   11. Dominguez, Derrick and Dena - 1:19-cv-02125
   12. Nelan, Eliza - 1:19-cv-02127
   13. Hunnicutt, Harry A. and Katie - 1:19-cv-02130
   14. Stoscup, Heidi - 1:19-cv-02132
   15. Webb, Joyce - 1:19-cv-02143
   16. Jagger, Julie - 1:19-cv-02144
   17. Killian, Kelly - 1:19-cv-02146
   18. Jacques, Kendrell M. - 1:19-cv-02147
   19. McFarlane, Kenneth and Leah - 1:19-cv-02149
   20. Glenn, Larry - 1:19-cv-02150
   21. Aragon, Lilian - 1:19-cv-02151
   22. Bright, Mary - 1:19-cv-02153
   23. McFadden, Matthew - 1:19-cv-02155
   24. Schonbeck, Monika - 1:19-cv-02186
   25. Belcher, Nancy - 1:19-cv-02188
   26. Hosford, Nancy - 1:19-cv-02189
   27. Martin, Patricia - 1:19-cv-02192
   28. Howell, Paul Richard - 1:19-cv-02193
   29. Maisonet, Petra [ESTATE OF] - 1:19-cv-02194
   30. Williams, Ricky and Helen - 1:19-cv-02197
   31. Bendure, Ronald III - 1:19-cv-02200
   32. Groda, Ronny - 1:19-cv-02202

33. Bullock, Russell - 1:19-cv-02206
34. King, Russell and Jill - 1:19-cv-02212
35. Heatherly, Shelby Thomas - 1:19-cv-02214
36. Schiavone, Susan Greene - 1:19-cv-02219
37. Dooley, Ted and Rosemary - 1:19-cv-02221
38. Collins, Tiffany - 1:19-cv-02222
39. Fendley, William and Cat - 1:19-cv-02240
40. Bassett, William - 1:19-cv-02379
41. Perez, Jesusa Gonzalez - 1:19-cv-02136
42. Carson, William - 1:19-cv-02238