UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Ralph and Cynthia Johnson v. Cook, et al*.; 1:18-cv-02073

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ralph and Cynthia Johnson hereby dismiss their complaint filed on July 9, 2018 with prejudice. Pending before the Court is a Motion for Summary Judgment that applies to, among other persons and cases, this case. *See Dkt. Nos.* 11726 and 11726-1.

Rule 41(a)(1)(A)(ii) provides for dismissal with all parties' consent even if a Motion for Summary Judgment is pending. All parties consent to the dismissal of this action with prejudice.

This dismissal does not affect any other actions or claims pending in MDL No. 2570.

1840232.5

Dated: October 1, 2019  Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Wendy R. Fleishman
Wendy R. Fleishman

Wendy R. Fleishman
Daniel E. Seltz
Daniel R. Leathers
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:   212.355.9592
Emails:  wfleishman@lchb.com
 dseltz@lchb.com
 dleathers@lchb.com

*Counsel for Plaintiffs Ralph and Cynthia Johnson*

Dated: September 30, 2019

FAEGRE BAKER DANIELS LLP


By: */s/ Jessica Benson Cox*

Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreBD.com

*Attorneys for the Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          */s/ Wendy R. Fleishman*
                                            Wendy R. Fleishman