# Exhibit A

1. Defendants' Amended Motion to Dismiss for Lack of Service of PPS - Dkt. 11682
    1. Atkins, Anthony - 1:17-cv-06069
    2. Schissler, Josephine - 1:19-cv-02141
    3. Amen, Bro Grace - 1:19-cv-02494
    4. Breakstone, Myra - 1:19-cv-02695
    5. Dovolis, Helen - 1:19-cv-02696
    6. Flurschutz, Lois - 1:19-cv-02709
    7. Gillman, Lyle - 1:19-cv-02725

2. Defendants' Amended Motion to Dismiss for Lack of Service of Case Categorization form - Dkt. 11683
    1. Scott, Amber - 1:19-cv-02582
    2. Vaughn, Demarcus - 1:19-cv-02617
    3. Mitchell, John A. Jr. - 1:19-cv-02841

3. Defendants' Motion to Dismiss for Failure to Cure PPS Deficiencies – Dkt. 11684
    1. Uzzle, Charles - 1:17-cv-00914
    2. Savage, Lashonda L. - 1:17-cv-02511
    3. De Leonard, Shirley and Richard – 1:17-cv-02679
    4. Mull, Linda - 1:17-cv-02701
    5. Zeck, Henry - 1:17-cv-02714
    6. Chester, Carl [ESTATE] - 1:17-cv-02798
    7. Ellis, Randy - 1:17-cv-03314
    8. Anderson, Leonard - 1:17-cv-03340
    9. Brown, Ezill - 1:17-cv-04389
    10. Aycock, Neal - 1:18-cv-01857
    11. Goss, Linda - 1:18-cv-02432
    12. Kemper, Thomas - 1:18-cv-03994
    13. Orange, Cindy - 1:19-cv-00025
    14. Earley, Phyllis - 1:19-cv-00668
    15. Beck, Jeremiah - 1:19-cv-01231
    16. Burleson, Diane - 1:19-cv-01428
    17. Poteat, Betty - 1:19-cv-00843

4. Defendants' Motion for Judgment on the Pleadings in 42 Pending Category 2 Cases for Failure to State a Claim – Dkt. 11687
    1. Christmas, Stephen - 1:18-cv-02234
    2. Smith, Lawrance - 1:19-cv-01992
    3. DiBattista, Anthony and Silverstone, Susan - 1:19-cv-01995
    4. Julien, Anthony - 1:19-cv-02022
    5. Folger, Barbara - 1:19-cv-02024
    6. Martin, Carl - 1:19-cv-02027
    7. Nichols, Carla - 1:19-cv-02028

8. Hogan, Carlton and Lela - 1:19-cv-02029
9. Rushton, Darlene - 1:19-cv-02033
10. Eller, Dennis - 1:19-cv-02123
11. Dominguez, Derrick and Dena - 1:19-cv-02125
12. Nelan, Eliza - 1:19-cv-02127
13. Hunnicutt, Harry A. and Katie - 1:19-cv-02130
14. Stoscup, Heidi - 1:19-cv-02132
15. Webb, Joyce - 1:19-cv-02143
16. Jagger, Julie - 1:19-cv-02144
17. Killian, Kelly - 1:19-cv-02146
18. Jacques, Kendrell M. - 1:19-cv-02147
19. McFarlane, Kenneth and Leah - 1:19-cv-02149
20. Glenn, Larry - 1:19-cv-02150
21. Aragon, Lilian - 1:19-cv-02151
22. Bright, Mary - 1:19-cv-02153
23. McFadden, Matthew - 1:19-cv-02155
24. Schonbeck, Monika - 1:19-cv-02186
25. Belcher, Nancy - 1:19-cv-02188
26. Hosford, Nancy - 1:19-cv-02189
27. Martin, Patricia - 1:19-cv-02192
28. Howell, Paul Richard - 1:19-cv-02193
29. Maisonet, Petra [ESTATE OF] - 1:19-cv-02194
30. Williams, Ricky and Helen - 1:19-cv-02197
31. Bendure, Ronald III - 1:19-cv-02200
32. Groda, Ronny - 1:19-cv-02202
33. Bullock, Russell - 1:19-cv-02206
34. King, Russell and Jill - 1:19-cv-02212
35. Heatherly, Shelby Thomas - 1:19-cv-02214
36. Schiavone, Susan Greene - 1:19-cv-02219
37. Dooley, Ted and Rosemary - 1:19-cv-02221
38. Collins, Tiffany - 1:19-cv-02222
39. Fendley, William and Cat - 1:19-cv-02240
40. Bassett, William - 1:19-cv-02379
41. Perez, Jesusa Gonzalez - 1:19-cv-02136
42. Carson, William - 1:19-cv-02238