UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This document relates to:
26 Cases Listed in Exhibit A

## COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS

The Cook Defendants[1] hereby move for summary judgment in the 26 cases filed by the Plaintiffs listed in the attached **Exhibit A** because the claims are time-barred under applicable law. Specifically, all 26 of these cases were originally filed in this Court and pursuant to applicable forum choice-of-law rules, these cases are subject to the two-year statute of limitations under Indiana law. Plaintiffs failed to commence their actions within two years of the accrual of those actions, which was at the latest on the dates of their respective open removal procedures. Plaintiffs' non-product-liability claims also fail as a matter of law. The Cook Defendants are therefore entitled to summary judgment on all of these 26 Plaintiffs' claims.

Respectfully Submitted,

Dated: October 1, 2019

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:    (317) 237-0300
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

---

[1] The defendants are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants").

US.124892798.01

- 2 -

        James Stephen Bennett, Co-Lead Counsel
        FAEGRE BAKER DANIELS LLP
        110 West Berry Street, Suite 2400
        Fort Wayne, Indiana 46802
        Telephone:     (260) 424-8000
        Stephen.Bennett@FaegreBD.com

*Attorneys for the Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, a copy of the foregoing **COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        /s/ *Andrea Roberts Pierson*

US.124892798.01