# EXHIBIT A – OPEN REMOVAL CASES
## (LISTED IN ORDER OF CAUSE NUMBER)

| No. | Plaintiff | Cause Number | Lead Counsel | Open Removal Date | Date Complaint Filed |
|---|---|---|---|---|---|
| 1 | Elder, Regina and Thomas | 1:14-cv-00784 | HOVDE DASSOW & DEETS, LLC | 6/23/2011 | 5/16/2014 |
| 2 | Wells, Marie and Richard | 1:14-cv-00841 | HOVDE DASSOW & DEETS, LLC | 9/20/2011 | 5/23/2014 |
| 3 | Keltner, Douglas | 1:15-cv-00102 | TORISEVA LAW | 3/2/2012 | 1/26/2015 |
| 4 | Dunning, Rosemary and Arthur | 1:15-cv-00235 | TORISEVA LAW | 4/28/2010 | 2/17/2015 |
| 5 | Rosenbluth, Madeline & Howard | 1:16-cv-00474 | THE MILLER FIRM LLC | 5/23/2012 | 2/29/2016 |
| 6 | Giddens, Brian | 1:16-cv-00996 | BARON & BUDD, P.C. | 5/11/2010 | 5/2/2016 |
| 7 | Denton, Gregory | 1:16-cv-01140 | GORI JULIAN & ASSOCIATES | 8/24/2010 | 5/6/2016 |
| 8 | Sowards, Steven | 1:16-cv-02122 | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A. | 3/11/2012 | 8/8/2016 |
| 9 | Doukas, Marika | 1:16-cv-02822 | FLEMING, NOLEN & JEZ, L.L.P. | 7/23/2010 | 10/18/2016 |
| 10 | Looper, Victoria | 1:16-cv-03510 | LOWE LAW GROUP | 2.18.2014 | 12/29/2016 |
| 11 | Poggensee, Edward | 1:17-cv-02675 | MCSWEENEY LANGEVIN LLC | 3.6.2013 | 8/8/2017 |
| 12 | Young, Faye | 1:17-cv-02855 | DALIMONTE RUEB LAW GROUP, LLP | 10/10/2011 | 8/20/2017 |
| 13 | Snider, Jason R. | 1:17-cv-03614 | O'CONNOR, ACCIANI & LEVY LPA | 3/7/2011 | 10/10/2017 |
| 14 | Smith, Diane | 1:17-cv-03819 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP | 11/5/2014 | 10/23/2017 |
| 15 | Figueroa, Johanna | 1:17-cv-04103 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP | 7/31/2007 | 11/6/2017 |
| 16 | Auerbach, Benjamin | 1:17-cv-04218 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP | 6/9/2011 | 11/13/2017 |
| 17 | Kinsey, Clayton | 1:17-cv-04414 | WAGSTAFF & CARTMELL, LLP | 5/20/2013 | 11/29/2017 |
| 18 | Wittig, Deborah | 1:18-cv-01081 | GOZA & HONNOLD, LLC | 11/14/2011 | 4/9/2018 |
| 19 | Wilson, Monica | 1:18-cv-02069 | LOPEZ MCHUGH LLP | 9/29/2014 | 7/6/2018 |
| 20 | McCormack, John | 1:18-cv-02110 | JOHNSON LAW GROUP | 7.13.2015 | 7/11/2018 |
| 21 | Hill, Rex | 1:18-cv-04021 | KIRKENDALL DWYER LLP | 3/23/2015 | 12/20/2018 |
| 22 | Diaz, Leslie | 1:19-cv-00122 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | 1/18/2007 | 1/14/2019 |
| 23 | Howarth, Bailey | 1:19-cv-01018 | MARTIN, HARDING & MAZZOTTI, LLP | 3/30/2016 | 3/13/2019 |
| 24 | Lambert, Sammie | 1:19-cv-02561 | JOHNSON LAW GROUP | 7.18.2016 | 6/25/2019 |
| 25 | Mobley, Nicky | 1:19-cv-231 | THE POTTS LAW FIRM, LLP | 7.26.2016 | 1/31/2019 |
| 26 | Davis, Donald L. & Lynda | 1:19-cv-592 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | 9/25/2007 | 2/8/2019 |