# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

This Document Relates to:
46 Cases Listed in Exhibit A

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## ATTORNEY DECLARATION OF ELDIN HASIC

I, Eldin Hasic, hereby state and affirm:

1. I submit this declaration in support of the Cook Defendants' Omnibus Motion for Summary Judgment on grounds of miscategorization and "no injury" in the 46 cases listed in Exhibit A.

2. Since September 2015, I have been an associate in the product liability defense practice of Faegre Baker Daniels LLP.

3. I am one of the attorneys representing the Cook Defendants in the MDL before this Court.

4. I helped draft Cook's briefing and proposals regarding categorization and am intimately familiar with the Court's case categorization orders and requirements. Over the past eight months, I have personally reviewed several hundred case categorization forms submitted by Plaintiffs in this MDL.

5. Prior to the filing of this motion, I personally reviewed the case categorizations forms and accompanying medical records submitted by the 46 Plaintiffs listed in Exhibit A.

6. In each of the 46 Plaintiffs' cases listed in Exhibit A, the records accompanying the categorization that the Plaintiff submitted state that the Plaintiffs either (1) designated their cases as "tilt only" cases, or (2) accompanied their categorization forms with medical records that show only that the Plaintiff received a filter but do identify any injury; or (3) accompanied their categorization forms with medical records showing that their filters have been successfully removed through routine percutaneous retrievals without complications. These summary descriptions of the relevant portion of the records are accurately reflected in the descriptions provided in Exhibit A.

7. Ben Broadhead, another associate at the firm, also reviewed the cases and confirmed the accuracy of the information presented in Exhibit A.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on the _1st_ day of October 2019.

_____
Eldin Hasic

2

# EXHIBIT A – NO INJURY CASES
## (LISTED IN ORDER OF CAUSE NUMBER)

| No. | Plaintiff | Cause Number | Lead Counsel | Home State | Highest Category | Case Type Grounds for Motion | Description in Record |
|---|---|---|---|---|---|---|---|
| 1 | Ardrey, Joyce | 1:16-cv-01122 | SEEGER WEISS LLP | PA | 6 | Successfully Removed Filter | "Satisfactory removal of of Cook Select [sic] IVC filter following normal cavagram. No intracaval or trapped thrombus seen." |
| 2 | Burroughs, Louis & Sharon | 1:16-cv-01524 | THE MILLER FIRM LLC | FL | 7 | Tilt Only | "On evaluation it is apparent the filter is tiled . . . . IVC filter removal is not indicated at this time." |
| 3 | Jordan, Lena | 1:16-cv-01731 | FEARS NACHAWATI, PLLC | MS | 6 | Placement Only | Placement record only submitted |
| 4 | Anthony, Charlene | 1:16-cv-01775 | FEARS NACHAWATI, PLLC | MS | 6 | Placement Only | Placement record only submitted. |
| 5 | Madison, Charles Edward | 1:16-cv-01985 | MATTHEWS & ASSOCIATES | AR | 7 | Successfully Removed Filter | Short-term Cook filter placed and removed without complication; Bard filter subsequently implanted; No indication in records submitted of any filter complication occurring with Cook filter. |
| 6 | Bishop-Jones, Vickie | 1:16-cv-02272 | THE GALLAGHER LAW FIRM PLLC | MI | 6 | Successfully Removed Filter (Tilt Only) | "Filter tilted."; "Technically successful inferior vena cava filter removal, as described above." |
| 7 | Wilson, Samuel A. & Lois Ann | 1:16-cv-02405 | FARR, FARR, EMERICH, HACKETT, CARR & HOLMES P.A. | AZ | 6 | Tilt Only | "The filter was tilted, but no other problem identified on April 29 CT scan, below the level of the renal veins." |

| No. | Plaintiff | Cause Number | Lead Counsel | Home State | Highest Category | Case Type Grounds for Motion | Description in Record |
|---|---|---|---|---|---|---|---|
| 8 | Oswalt, Margaret & Kenneth | 1:16-cv-02727 | PAGLIALUNGA & HARRIS, PS | MD | 6 | Tilt Only | Imaging only submitted; CCF form states only claim is tilt |
| 9 | Anderson, Vicki Lynn | 1:16-cv-02796 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | NJ | 6 | Tilt Only | "This may be slightly tilted. This would have to be confirmed with an inferior vena cavagram. It appears to be slightly tilted to the right." |
| 10 | Monroe, Benjamin | 1:16-cv-03165 | AMIR M. KAHANA, P.C. | TN | 6 | Tilt Only | "An inferior vena cava filter is present and slightly tilted." |
| 11 | Reiss, Cynthia | 1:17-cv-00016 | SANDERS VIENER GROSSMAN, LLP | MI | 7 | Placement Only | Placement Records Only |
| 12 | Walton, Angela & Vincent | 1:17-cv-00063 | FLINT LAW FIRM, LLC | MO | 7 | Tilt Only | "The patient has an IVC filter on the right is tilted to the right the position is uncertain." |
| 13 | Boatwright-Woods, Mary | 1:17-cv-01449 | LOPEZ MCHUGH LLP | TN | 7 | Tilt Only | Only imaging submitted. CCF states: "The filter has tilted within the vena cava as confirmed by Expert's review of March 2016 imaging. Plaintiff now suffers from constant stress and anxiety about the state of her health to the retained filter. . . ." |

| No. | Plaintiff | Cause Number | Lead Counsel | Home State | Highest Category | Case Type Grounds for Motion | Description in Record |
|---|---|---|---|---|---|---|---|
| 14 | Carroll, Harold | 1:17-cv-01464 | BARON & BUDD, P.C. | MD | 7 | Successfully Removed Filter | "We did not find recurrent thrombosis. There was a fair amount of fibrous tissue in the cone of the filter, presumably indicating there may have been a clot near the filter in the past. . . . After removal of the filter, we examined the filter and found a fair amount of fibrous tissue in the cone of the filter, but all 4 arms of the filter including the hooks were intact, the filter being fully retrieved." |
| 15 | Miller, John George | 1:17-cv-01981 | MATTHEWS & ASSOCIATES | IA | 6 | Tilt Only | Placement record only. Record notes: "Once the filter was released, there was slight 10-degree tilt, but good wall apposition was noted." |
| 16 | Gruber, JC | 1:17-cv-02062 | MATTHEWS & ASSOCIATES | ID | 6 | Tilt Only | Only placement record and patient card submitted. Record notes: There is a very slight tilt to the filter, but the hook of the filter is still clearly accessible, away from the wall of the inferior vena cave and should be amenable for removal." |
| 17 | Fuller, Barbara Sue | 1:17-cv--02127 | MURPHY LAW FIRM, LLC | WY | 7 | Placement Only | CCF claim recurrent PE but PE record is the same time frame as the placement of the filter (Hospitalized 3.17.15 to 3.19.15; PE noted on 3.18.15 record) |
| 18 | McGee, Michelle D. | 1:17-cv-02221 | MOTLEY RICE LLC | TX | 6 | Successfully Removed Filter | "Malpositioned previously placed over the intrahepatic IVC was successfully captured and removed intact." |

| No. | Plaintiff | Cause Number | Lead Counsel | Home State | Highest Category | Case Type Grounds for Motion | Description in Record |
|---|---|---|---|---|---|---|---|
| 19 | Stevenson, Alex Paul Jr. [ESTATE] | 1:17-cv-02454 | VERHINE & VERHINE PLLC | MS | 6 | Tilt Only | "There was some right lateral tilt of the superior margin of the filter." |
| 20 | Jackson, Larry | 1:17-cv-02697 | RICHARD J. PLEZIA & ASSOCIATES | SC | 6 | Tilt Only | "[T]he filter is noted to be tilted within the inferior vena cava, still considered effective and in satisfactory position." |
| 21 | Jacobs, Victoria [ESTATE] | 1:17-cv-02815 | MATTHEWS & ASSOCIATES | MI | 6 | Successfully Removed Filter | "Successful retrieval of an IVC filter with replacement of a new jugular IVC filter in an infrarenal location." |
| 22 | Banegas, Ever Jr. | 1:17-cv-03126 | MATTHEWS & ASSOCIATES | NY | 6 | Successfully Removed Filter (Tilt Only) | "The filter was tilted approximately 29 [degrees] to the right. Following retrieval, there was no contrast extravasation." |
| 23 | Young, Robin S. | 1:17-cv-03243 | MATTHEWS & ASSOCIATES | MO | 7 | Successfully Removed Filter | "Successful IVC removal"; Record suggests that filter may have penetrated the IVC, but did not perforate. |
| 24 | Ellis, Randy | 1:17-cv-03314 | RICHARD J. PLEZIA & ASSOCIATES | MA | 6 | Placement Only | "An IVC filter is seen with its tip below the level of the renal veins, unchanged in position." |
| 25 | Maddelein, Susan | 1:17-cv-03487 | MARC J. BERN & PARTNERS, LLP | WY | 7 | Placement Only | Placement Records Only |

| No. | Plaintiff | Cause Number | Lead Counsel | Home State | Highest Category | Case Type Grounds for Motion | Description in Record |
|---|---|---|---|---|---|---|---|
| 26 | Harvey, Stanley | 1:17-cv-03854 | MATTHEWS & ASSOCIATES | OR | 6 | Tilt Only | "The IVC filter is tiled toward the midline with the apex of the IVC touching the medial wall of the IVC slightly without evidence of perforation or change in the outline contour of the IVC."; Category 4 also claimed in form but no record submitted in support of that claim |
| 27 | Bender, Judy E. | 1:17-cv-04085 | MATTHEWS & ASSOCIATES | UT | 6 | Tilt Only | "IVC filter is in place. . . . The IVC filter itself appears intact. . . . The legs of the IVC filter appear to extend beyond the margins of the IVC, however this is a common finding after IVC placement and does not necessarily imply prior perforation as the walls of the IVC may tent with IVC filter in place." |
| 28 | Jessen, Kerry Duane and Kerry Lee | 1:17-cv-04316 | THE MOODY LAW FIRM, INC. | MN | 6 | Tilt Only | Only imaging submitted. CCF forms states Plaintiff's filter was tilted and notes "probable perforation"; No record confirming perforation submitted |
| 29 | Furney, Sherri | 1:17-cv-04324 | CURTIS LAW GROUP | OH | 7 | Tilt Only | "[T]he filter is tilted towards the lateral wall but there does not appear to be any fracture or migration."; CCF claims non-routine retrieval method but no record of retrieval submitted with CCF |
| 30 | Aultman, Ella F. | 1:17-cv-04455 | MATTHEWS & ASSOCIATES | CA | 7 | Placement Only | Filter is "in proper position. The wires tent the outer wall of the inferior vena cava." |

| No. | Plaintiff | Cause Number | Lead Counsel | Home State | Highest Category | Case Type Grounds for Motion | Description in Record |
|---|---|---|---|---|---|---|---|
| 31 | Glaude, Katrina | 1:17-cv-04498 | MATTHEWS & ASSOCIATES | MS | 6 | Tilt Only | Only placement record and patient card submitted. Record notes: "The filter is tilted superomedially by 8 degrees. There is no strut bending or fracture. There is no IVC stenosis." |
| 32 | Cota, Marc C. | 1:18-cv-01114 | MATTHEWS & ASSOCIATES | NV | 6 | Tilt Only | "IVC filter is in place. . . . There is no evidence of perforation. No evidence of fracture. IVC is grossly normal in caliber." |
| 33 | Furnas, James and Carol | 1:18-cv-01519 | NIEMEYER, GREBEL & KRUSE, LLC | MO | 7 | Placement Only | Placement Record Only |
| 34 | Newhouse, Robin and Frederick, Sr. | 1:18-cv-01662 | BURNETT LAW FIRM | VA | 7 | Placement Only | Placement Records Only |
| 35 | O'Malley, Heather | 1:18-cv-01718 | FEARS NACHAWATI, PLLC | FL | 6 | Tilt Only | "There is an IVC filter in place. On the lateral view, there is anterior tilting of the IVC filter and the exact location of the tip cannot be exactly determined. There is no evidence of surrounding fluid to suggest perforation." |
| 36 | Bernero, Joseph | 1:18-cv-01726 | BLANKENSHIP LAW FIRM | TX | 6 | Tilt Only | "An infrarenal filter demonstrating approximately 9 [degrees] ventral tilt but the apex of the filter does not touch the IVC wall." |
| 37 | Reed, Sebrina | 1:18-cv-01942 | FERRER POIROT & WANSBROUGH | WV | 6 | Tilt Only | "IVC filter is tilted medially with tip abutting the IVC wall. IVC filter tip is just below level of renal veins." |

| No. | Plaintiff | Cause Number | Lead Counsel | Home State | Highest Category | Case Type Grounds for Motion | Description in Record |
|---|---|---|---|---|---|---|---|
| 38 | Doane, Dwight | 1:18-cv-02735 | JOHNSON LAW GROUP | NY | 6 | Tilt Only | "The proximal tip of the IVC filter is slightly angulated medially by approximately 12 degrees and slightly angulated anteriorly by approximately 20 degrees on the lateral review." |
| 39 | County, Isaih [ESTATE OF] | 1:18-cv-03100 | THE GALLAGHER LAW FIRM PLLC | TX | 6 | Tilt Only | "[T]here is an IVC filter at L3-L4 level which is tilted at approximately 30 degrees to the right with the apex of the filter pointing towards the right upper abdomen." No claims made regarding PE in the case categorization form; they would be time-barred if raised. |
| 40 | Mosier, Roy G. | 1:18-cv-03274 | KASDAN LIPPSMITH WEBER TURNER LLP | MO | 7 | Successfully Removed Filter | Filter successfully retrieved; no indication of complication occuring during in vivo time |
| 41 | Schwenk, Phillip | 1:18-cv-03502 | MARTIN BAUGHMAN, PLLC | MN | 6 | Tilt Only | "IVC filter in place. The apex is tilted towards the right and up against the right IVC wall." |
| 42 | Puffer, Jill M. and Robert | 1:19-cv-00118 | FEARS NACHAWATI, PLLC | UT | 6 | Tilt Only | "Tip of IVC filter projects toward the right within the IVC at the level of the renal veins." |
| 43 | Hall, Cynthia | 1:19-cv-00136 | MCGLYNN, GLISSON & MOUTON | CA | 7 | Placement Only | Record merely states "follow up for DVT/Pulmonary Embolism patient was in the emergency room in 9/2016"; filter was implanted during hospitalization in September 2016; no indication that post-placement DVT/PE occurred in records submitted |

| No. | Plaintiff | Cause Number | Lead Counsel | Home State | Highest Category | Case Type Grounds for Motion | Description in Record |
|---|---|---|---|---|---|---|---|
| 44 | Gillen, Theresa Lynne | 1:19-cv-02288 | THE NATIONS LAW FIRM | CA | 6 | Tilt Only | "There is an inferior cava filter in place. This is in good position. There is posterior tilting of the filter. The apex of the filter is touching the posterior wall of the inferior vena cava. The filter is intact without evidence of fracture." |
| 45 | Alto, Rusty | 1:19-cv-02300 | WAGSTAFF & CARTMELL, LLP | OR | 6 | Tilt Only | "Significant leftward tilt of retrievable Cook Tulip-type IVC filter." |
| 46 | Wrenn, Robin | 1:19-cv-50011 | FERRER POIROT & WANSBROUGH | OK | 7 | Tilt Only | "A metallic filter in the inferior vena cava has a 20 degree dorsal tilt resulting in the apex abutting the posterior wall of the inferior vena cava." |