**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2570

_____

This Document Relates to:

    1:19-cv-03236    1:19-cv-03243
    1:19-cv-03237    1:19-cv-03252
    1:19-cv-03238    1:19-cv-03255
    1:19-cv-03239    1:19-cv-03258
    1:19-cv-03240    1:19-cv-03259
    1:19-cv-03241    1:19-cv-03713
    1:19-cv-03242    1:19-cv-03717

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:  October 2, 2019                /s/ Kip S. M. McDonald
                                                          Andrea Roberts Pierson (# 18435-49)
                                                          Kip S. M. McDonald (# 29370-49)
                                                          FAEGRE BAKER DANIELS LLP
                                                          300 North Meridian Street, Suite 2700
                                                          Indianapolis, Indiana 46204
                                                         Telephone: (317) 237-0300
                                                         Facsimile: (317) 237-1000
                                                         E-Mail:  andrea.pierson@faegrebd.com
                                                         E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald