## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Jessica Garcia,<br><br>        Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>        Defendants. | Case No. 1:19-cv-03876-RLY-TAB<br><br>**Motion for Leave to Amend Complaint** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, Plaintiff respectfully move this Court for an Order to amend the Short Form Complaint filed on 09/12/2019, within 21 days of the original filing and prior to Defendants service of an Answer.

1. Plaintiff respectfully seeks leave to file the attached short form complaint to correct an issue in item number 11. Counsel inadvertently indicated Plaintiff's date of implantation as 01/21/2007 when in fact Plaintiff's date of implantation is 11/21/2007.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filling of this motion.

Based on the foregoing, Plaintiff respectfully request that this Court grant Plaintiff's motion for leave to amend her Complaint and enter the attached Amended Short Form Complaint.

Date: October 2, 2019.

                                  Respectfully submitted,

                                **JOHNSON LAW GROUP**

                                /s/ Basil Adham
                                Basil Adham, (TX Bar No.24081742)
                                2925 Richmond Ave, Suite 1700
                                Houston, TX 77098
                                Telephone: (713) 626-9336
                                Facsimile: (713) 583-9460
                                E-mail: ivc@johnsonlawgroup.com
                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 2nd day of November 2019, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                /s/ Basil Adham