UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed without prejudice.
> Dated: 10/02/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) |
| This Document Relates to: *Michael S. Marshall 1:18-cv-01624* | ) ) ) ) ) |

1:14-ml-02570-RLY-TAB
MDL No. 2570

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, each party to bear its own costs.

Dated: June 28, 2019.

By: /s/ Matthew Schultz
Matthew Schultz
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7053
Facsimile (850) 436-6054
mschultz@levinlaw.com

*Attorney for Plaintiff Michael Marshall*

By: /s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Kip S. M. McDonald
FAEGRE BAKER DANIELS, LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@FaegreBD.com
kip.mcdonald@FaegreBD.com

*Attorneys for Defendants Cook Group Incorporated, Cook Medical, LLC, and William Cook Europe ApS*