> APPROVED. Case is dismissed without prejudice.
> Dated: 10/02/19
>
> *RICHARD L. YOUNG, JUDGE*
> *United States District Court*
> *Southern District of Indiana*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>***Sandra Yerman v. Cook Medical, Inc., et al.***<br>**Case No.: 1:19-cv-00524-RLY-TAB** | Case No.: 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570<br><br>District Judge Richard L. Young<br>Magistrate Judge Tim A. Baker |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of the Plaintiff in this case be dismissed without prejudice, each party to bear its own costs.  Plaintiff is not communicating with her counsel or otherwise prosecuting this case despite multiple attempts by counsel to reach her through every possible communication method over the past several months.  The proper course is to now dismiss this case without prejudice.

Dated: July 2, 2019

| | |
|---|---|
| **LOWE LAW GROUP** | **FAEGRE BAKER DANIELS LLP** |
| By: /s/ *Nathan Buttars*<br>Nathan Buttars<br>T. Aaron Stringer<br>6028 S. Ridgeline Dr., #200<br>Ogden, UT 84405<br>Tel: 801-917-8500<br>Fax: 801-917-8484<br>Email: nate@lowelawgroup.com<br>aaron@lowelawgroup.com | By: /s/ *Kip S.M. McDonald*<br>Kip S.M. McDonald<br>Andrea Roberts Pierson<br>300 N. Meridian St., Suite 2700<br>Indianapolis, IN 46204<br>Main: 812-459-7486<br>Fax: 317-237-1000<br>Kip.mcdonald@faegrebd.com<br>Andrea.pierson@faegrebd.com |
| Counsel for Plaintiffs | Counsel for Defendants |