IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed without prejudice.
> Dated: 10/02/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) | |
| JESSE WARDRIP<br>Civil Case No. 1:17-cv-04739-RLY-TAB | |

## STIPULATION OF DISMISSAL

Comes now, Plaintiff, Jesse Wardrip, and Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS, in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Jesse Wardrip in this action against Cook Incorporated, Cook Medical LLC and William Cook Europe APS are dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**ATTORNEYS FOR PLAINTIFF
JESSE WARDRIP**