

APPROVED.  Case is dismissed without prejudice.
Dated: 10/02/19

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRIT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master File No. 1:14-ml-2570<br>MDL No.  2570 |
| THIS DOCUMENT RELATES TO:<br><br>*Kevin Banks. v. Cook, Inc., et al.,*<br><br>Case No.:  1:18-cv-2202 | |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of the action bearing the case number 1:18-cv-2202, *Kevin Banks v. Cook, Inc., et al*, **without prejudice**.  The aforementioned case is duplicative of a previously filed action, *Kevin Banks v. Cook, Inc., et al,* case number 1:17-cv-01380, which Plaintiff Kevin Banks will continue to pursue.

All parties shall bear their own fees and costs.

| | |
|---|---|
| **NIEMEYER, GREBEL & KRUSE, LLC** | **FAEGRE BAKER DANIELS LLP** |
| /s/ Michael S. Kruse<br>Michael S. Kruse<br>10 S. Broadway, Suite 1125<br>St. Louis, MO 63102<br>314/241-1919 (T)<br>314/665-3017 (F)<br>kruse@ngklawfirm.com | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson<br>Kip McDonald<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204<br>Andrea.Pierson@FaegreBD.com<br>Kip.McDonald@FaegreBD.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |