IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed without prejudice.
Dated: 10/02/19

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Michael Ganino_____

Civil Case #: 1:18-cv-02711_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Michael Ganino ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:18-cv-02711 filed on August 30, 2018. The Short Form Complaint was served on or forwarded to the Cook Defendants on September 14, 2018.

Respectfully submitted,

**McGLYNN, GLISSON & MOUTON**

Dated:   July 11, 2019           By: /s/Amanda L. Washington
                                  Amanda L. Washington, LA #34811
                                  340 Florida Street
                                  Baton Rouge, LA 70801
                                  Telephone:  225-344-3555
                                  Fax:  225-344-3666
                                  amanda@mcglynnglisson.com
                                  **Attorney for Plaintiff**