IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed without prejudice.
Dated: 10/02/19

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

BENJAMIN MONROE

Civil Case 1:16-cv-03165-

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFF ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiff ONLY hereby provides notice of his voluntary dismissal without prejudice:

Benjamin Monroe

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: August 14, 2019

Respectfully Submitted,

*/s/ Amir M. Kahana, Esq.*
Amir M. Kahana (SBN 218149)
Kahana Law, P.C.
2603 Main Street, Suite 350
Irvine, CA 92614
T:	949.812.4781
F.	949.245.7597