IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case No. 1:16-cv-02122-RLY-TAB

---

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as Counsel for:

Plaintiff Steven Sowards.

DATED: October 2, 2019.

                                                  Respectfully submitted,

                                                  */s/ Wesley A. Bowden*
                                                  Wesley A. Bowden, Esq., FL Bar # 64217
                                                  Levin, Papantonio, Thomas, Mitchell,
                                                  Rafferty & Proctor, P.A.
                                                  P.O. Box 12308 (32591-2308)
                                                  316 S. Baylen St., Suite 600
                                                  Pensacola, Florida 32502
                                                  wbowden@levinlaw.com
                                                  (850) 435-7186
                                                  (850) 436-6186 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Wesley A. Bowden*
Wesley A. Bowden, Esq., FL Bar # 64217
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
wbowden@levinlaw.com
(850) 435-7186
(850) 436-6186 (fax)