> APPROVED. Case is dismissed without prejudice.
> Dated: 10/02/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRIT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master File No. 1:14-ml-2570<br>MDL No.  2570 |
| THIS DOCUMENT RELATES TO:<br><br>*Paul Smith v. Cook Inc., et al.,*<br><br>Case No.:  1:17-cv-01026 | |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby jointly stipulate to the dismissal of the action bearing the case number 1:17-cv-01026, *Paul Smith v. Cook, Inc., et al*, **without prejudice**. The aforementioned case is duplicative of a previously filed action, case number 1:18-cv-00829[1], which Plaintiff will continue to pursue.

All parties shall bear their own fees and costs.

---

[1] This action was originally included as part of the multi-Plaintiff action of Kenyon A. Collins, et al. v. Cook Group, Inc., et al., No. 1:17-cv-6065-RLY-TAB, with the Short Form Complaint filed pursuant to the Court's Order of January 18, 2018, No.: 1:14-ml-02570-RLY-TAB, CM/ECF Doc. 7507.