IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed without prejudice.
> Dated: 10/02/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Robert Clark and Andrea Clark, His Wife

Civil Case # 1:17-cv-01598-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN that Plaintiffs, Robert Clark and Andrea Clark, his spouse, voluntarily dismiss with prejudice the above-entitled action against all Defendants, with each party to bear their own costs and attorneys' fees.

Dated: August 19, 2019

Respectfully submitted,

/s/ *Joseph A. Osborne, Esq.*
Joseph A. Osborne, Esq.
OSBORNE & FRANCIS, PLLC.
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600
Fax: (561) 923-8100
josborne@realtoughlawyers.com
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2019, a copy of the foregoing was filed electronically and all parties will receive notice via the electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Joseph A. Osborne*
Joseph A. Osborne, Esq.