## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

**This Document Relates to:**

**1:18-cv-00758-RLY-TAB; D'Amico, Ashley**

### UNOPPOSED MOTION TO VACATE ORDER OF DISMISSAL AS TO PLAINTIFF ASHLEY D'AMICO AND REINSTATE CASE

Plaintiff, Ashley D'Amico, through counsel, respectfully moves this court to vacate its

order of dismissal entered against her on August 27, 2019 [doc 11634] and reinstate Plaintiff's

case. Cook Defendants are unopposed to this filing and the relief sought herein. In support of this

motion, Plaintiff states:

1.      Counsel for Plaintiffs and Defendants stipulated to the dismissal of Category 2

cases. A Stipulation of Dismissal was filed on May 20, 2019 [doc 10722]. Counsel for Plaintiff

mistakenly included Plaintiff Ashley D'Amico on the Stipulation and upon becoming aware of

this error an Amended Stipulation was promptly filed on the same date [doc 10729]. Plaintiff

was removed from Exhibit A of the Amended Stipulation; however, she was not removed from

the caption of the pleading.

2.      The Court entered an order on August 27, 2019 [doc 1134] dismissing the claims

of all the Plaintiffs in the Stipulation, including Plaintiff Ashley D'Amico.

3.      The dismissal of Plaintiff's claims, due to an error in not removing her from the

caption, is damaging to Plaintiff.

**PLAINTIFF'S UNOPPOSED MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CASE-
Page 1**

4.       Considering all factors discussed above, Plaintiff requests that the Court vacate its order as to Plaintiff Ashley D'Amico and reinstate Plaintiff's case.

**WHEREFORE**, Plaintiff, Ashley D'Amico, respectfully requests this Court GRANT her Motion to Vacate Order of Dismissal and Reinstate Case, vacating the order of dismissal as to Plaintiff's claims and allowing her case to be reinstated and added to the active docket, and any other relief this Court deems just and reasonable.

Dated: October 2, 2019.

Respectfully submitted,

/s/ William B. Curtis
WILLIAM B. CURTIS
Texas State Bar No. 00783918
12225 Greenville Avenue, Suite 750
Dallas, TX  75243
Telephone (214) 890-1000
Facsimile (214) 890-1010
Email: bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFF**

**PLAINTIFF'S UNOPPOSED MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CASE-Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019, a copy of the foregoing pleading was  filed electronically, and  notice  of  the  filing  of  this  document  will  be  sent  to  all  parties  by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may  access this filing through the Court's system.  Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.


/s/ *William B. Curtis*
William B. Curtis