UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

AUBREY WEAVER, JR., INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ANNETTE WEAVER, DECEASED,

Civil Case No: 1:14-cv-6014-RLY-TAB

## PLAINTIFF AUBREY WEAVER, JR.'S RESPONSE IN OPPOSITION TO COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON APPLICABLE STATUTE OF LIMITATIONS

Cook has moved for summary judgment on 144 cases, relying solely on a spreadsheet of its own creation as evidence. Because this is a wrongful death case, the "date of injury" on Cook's spreadsheet is not the date on which the statute began to run. The statute of limitations in a wrongful death case begins to run at the date of death, in this case September 20, 2012. Aubrey Weaver, Jr., as Representative of the Estate of Annettte Weaver, filed this case on September 19, 2014. This case was timely filed.

### Burden of Proof on Affirmative Defense

This case arises under Texas's wrongful death statute, which has a specific statute of limitations found at Tex. Civ. Prac. & Rem. Code §16.003(b). That statute provides that "A person must bring suit not later than two years after the day the cause of action accrues in an action for injury resulting in death. The cause of action accrues on the death of the injured person." *Id.*

This is not a close call or an arguable motion. Cook's Motion is based on the wrong accrual date because it has relied on the date of a medical record instead of the date of death.

## Conclusion

This case was obviously timely filed and Cook's Motion should be denied.

Dated:   October 2, 2019

/s/ Joseph R. Johnson
Joseph R. Johnson, #372250, FL
BABBITT & JOHNSON, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL  33409
Tel:  (561) 684-2500
Fax: (561) 684-6308
johnson@babbitt-johnson.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Joseph R. Johnson
Joseph R. Johnson