> APPROVED. Case is dismissed without prejudice.
> Dated: 10/02/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Russell Rutledge | Case No. 1:19-cv-00859- |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Russell Rutledge and the Defendants hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants are dismissed with prejudice and without fees or costs to any party.

Respectfully submitted,

Dated: 08/20/2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Andrea.Pierson@FaegreBD.com

*Attorneys for Defendants*

/s/ Sandy Liebhard
Sandy Liebhard
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
liebhard@bernlieb.com

*Attorneys for Plaintiff*

00547673;V1