# EXHIBIT 1

## AFFIDAVIT OF SURLES ENOCH

STATE OF TEXAS

COUNTY OF KERR

BEFORE ME, the undersigned authority duty authorized to administer oaths and to take acknowledgments, personally appeared Enoch Surles, who after first being duly sworn states as follows:

1. That I am over the age 21, competent to make this affidavit and with personal knowledge of the facts contained herein.

2. I am the Plaintiff in the case captioned Enoch Surles v. Cook, case number 1:16-CV-02361.

3. On May 26, 2011, I was implanted with a Cook Celect Filter.

4. On November 7, 2013 I underwent a CT scan of my abdomen and pelvis. At no time was I ever diagnosed by any of my doctors or the radiologists interpreting my imaging study that my filter had failed, tilted, perforated my vena cava, migrated, embolized or fractured.

5. I subsequently learned in 2017 that my Cook Celect filter was perforating my vena cava. This information was not provided to me by any of my doctors or the radiologists interpreting my imaging studies. No one has ever told me that any imaging study demonstrates any problem with my Cook Celect filter.

FURTHER AFFIANT SAYETH NAUGHT

*Enoch T. Surles*

ENOCH SURLES

The forgoing affidavit was acknowledged before me, an officer duly authorized in the state and county aforesaid, to take acknowledgments, this 27 day of September 2019, by Enoch Surles who is personally known to me.

*[signature]*

NOTARY PUBLIC, State of Texas

My commissions expire: 8/13/2021

KATHLEEN RICHARDS
Notary Public, State of Texas
My Comm. Exp. 08-13-2021
ID No. 12800869-9