# EXHIBIT 1

## AFFIDAVIT OF GREGORY RAY

STATE OF TEXAS

COUNTY OF WILLIAMSON

BEFORE ME, the undersigned authority duty authorized to administer oaths and to take acknowledgments, personally appeared Gregory Ray, who after first being duly sworn states as follows:

1. That I am over the age 21, competent to make this affidavit and with personal knowledge of the facts contained herein.

2. I am the Plaintiff in the case captioned Gregory Neill Ray v. Cook, case number 1:16-CV-02135.

3. On April 28, 2009 I was implanted with a Cook Gunter Tulip filter.

4. On December 3, 2013 I underwent a CT scan of my abdomen and pelvis. At no time was I ever diagnosed nor informed of any thrombotic occlusion, migration and/or perforation of my vena cava by any of my doctors or the radiologists interpreting my imaging study, nor was I informed that that there was a perforation of my vena cava or that my filter had failed, occluded, tilted, perforated my vena cava, migrated, embolized or fractured.

5. I was not aware of any issue with my Cook Gunter Tulip filter until sometime after the filing of my complaint. This information was not provided to me by any of my doctors or the radiologists interpreting my imaging studies. No one has ever told me that any imaging study demonstrates any problem with my Cook Gunther Tulip filter.

FURTHER AFFIANT SAYETH NAUGHT

_____
GREGORY RAY

The forgoing affidavit was acknowledged before me, an officer duly authorized in the state and county aforesaid, to take acknowledgments, this 27 day of September 2019, by Gregory Ray who is personally known to me.

NOTARY PUBLIC, State of Texas

My commissions expire: Oct 29, 2022



PADEN L. EAST
Notary Public
STATE OF TEXAS
ID#131779155
My Comm. Exp. Oct. 29, 2022