# EXHIBIT 1

## AFFIDAVIT OF RAUL CARRILLO

STATE OF NEW MEXICO

COUNTY OF GRANT

BEFORE ME, the undersigned authority duty authorized to administer oaths and to take acknowledgments, personally appeared Raul Carrillo, who after first being duly sworn states as follows:

1. That I am over the age 21, competent to make this affidavit and with personal knowledge of the facts contained herein.

2. I am the Plaintiff in the case captioned Raul Carrillo v. Cook, case number 1:17-CV-02819.

3. On August 14, 2007 I was implanted with a Cook Filter.

4. On March 22, 2015 I underwent a CT scan of my abdomen and pelvis. At no time was I ever diagnosed nor informed of any perforation of my vena cava by any of my doctors or the radiologists interpreting my imaging study, nor was I informed that my filter had failed, tilted, perforated my vena cava, migrated, embolized or fractured.

5. I was not aware of any issue with my Cook filter until after April 2019. This information was not provided to me by any of my doctors or the radiologists interpreting my imaging studies. No one has ever told me that any imaging study demonstrates any problem with my Cook filter.

FURTHER AFFIANT SAYETH NAUGHT

*/s/ Raul Carrillo*

RAUL CARRILLO

The forgoing affidavit was acknowledged before me, an officer duly authorized in the state and county aforesaid, to take acknowledgments, this 24th day of September 2019, by Raul Carrillo who is personally known to me.

*[signature]*

NOTARY PUBLIC, New Mexico

My commissions expire: Aug 21, 2021

OFFICIAL SEAL
Ninette L. Francisco
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: Aug 21, 2021