# EXHIBIT 1

# AFFIDAVIT OF DIANNA COLEMAN

STATE OF VIRGINIA

COUNTY OF WASHINGTON

BEFORE ME, the undersigned authority duty authorized to administer oaths and to take acknowledgments, personally appeared Diana Coleman, who after first being duly sworn states as follows:

1. That I am over the age 21, competent to make this affidavit and with personal knowledge of the facts contained herein.

2. I the Plaintiff in the case captioned Coleman v. Cook, case number 1:16-CV-02894.

3. On November 11, 2011 I was implanted with a Cook Gunther Tulip filter.

4. After implantation of the Cook Gunther Tulip filter, I received care and treatment in North Carolina at Duke University in September 2012. I was in North Carolina for approximately 2 – 3 months for a heart transplant procedure. On September 12, 2012 an attempt to remove my Cook Gunther Tulip filter was performed in North Carolina; that attempt was not successful. That procedure report is attached as Exhibit "A" and was the only attempt to remove my Cook filter.

5. At no time was I ever informed by any of my doctors or the radiologists interpreting my imaging studies that my filter had failed, tilted, perforated my vena cava, migrated, embolized or fractured.

FURTHER AFFIANT SAYETH NAUGHT

*Dianna Coleman*

DIANNA COLEMAN

The forgoing affidavit was acknowledged before me, an officer duly authorized in the state and county aforesaid, to take acknowledgments, this 27th day of September 2019, by Dianna Coleman who is personally known to me.

NOTARY PUBLIC, State of Virginia

My commissions expire: 9/30/21

LAVONNE M JENKINS
Notary Public
Commonwealth of Virginia
Registration No. 7580276
My Commission Expires Sep 30, 2021