# EXHIBIT 1

## AFFIDAVIT OF HEIDI BOATNER

STATE OF TEXAS

COUNTY OF PARKER

BEFORE ME, the undersigned authority duty authorized to administer oaths and to take acknowledgments, personally appeared Heidi Boatner, who after first being duly sworn states as follows:

1. That I am over the age 21, competent to make this affidavit and with personal knowledge of the facts contained herein.

2. I am the Plaintiff in the case captioned Heidi Boatner v. Cook, case number 1:15-CV-01187.

3. I was implanted with a Cook Celect filter on July 15, 2009. The Gunther Tulip filter was removed on May 19, 2010 because it was penetrating my vena cava.

4. I was then implanted with a Cook Tulip filter, on May 19, 2010, I was implanted with a Cook Gunther Tulip filter.

5. On September 22, 2010, my Cook Tulip filter was removed. Prior to the removal of the filter, I developed pain and my doctor found that the filter had perforated the caval wall. The filter was removed because of my symptoms, not because of the perforation, and I was informed that perforation of the caval wall was not infrequent, implying to me that this was a known/acceptable complication. I was not aware of a defect or potential defect with the Cook filters or that the Cook filters were perforating the vena cava at an excessive rate. At no time was I ever informed by any of my doctors or the radiologists interpreting my imaging studies that my filters had perforated my vena cava because of a defect, that the frequency with which the Cook filters perforated the vena cava was excessive or that Cook had informed my doctors that their filters perforated the vena cava at an excessive rate.

6. I subsequently learned in 2014 that the Cook filters may be defective. This information was not provided to me by any of my doctors.

FURTHER AFFIANT SAYETH NAUGHT

*[signature]*

HEIDI BOATNER

The forgoing affidavit was acknowledged before me, an officer duly authorized in the state and county aforesaid, to take acknowledgments, this __7__ day of October 2019, by Heidi Boatner who is personally known to me.

*[signature]*

NOTARY PUBLIC, State of Texas

MICHAEL A PAGE
Notary ID #131995714
My Commission Expires
April 30, 2023

My commissions expire: April 30, 2023