# EXHIBIT 1

# AFFIDAVIT OF TERESA LOOSE

STATE OF MICHIGAN

COUNTY OF MIDLAND

BEFORE ME, the undersigned authority duty authorized to administer oaths and to take acknowledgments, personally appeared Teresa Loose, who after first being duly sworn states as follows:

1. That I am over the age 21, competent to make this affidavit and with personal knowledge of the facts contained herein.

2. I am the Plaintiff in the case captioned Teresa Loose v. Cook, case number 1:16-CV-3399.

3. On April 9, 2007 I was implanted with a Cook Gunther Tulip filter.

4. After implantation of the Cook Gunther Tulip filter, I underwent several CT scans of my abdomen and pelvis. These CT scans were performed on May 2, 2010, June 29, 2012, February 3, 2016 and May 9, 2016. The reports are attached as Exhibit "A."

5. When I followed up with my health care providers after these scans, I was never informed of any problem with the Cook Gunther Tulip filter. At no time was I ever informed by any of my doctors or the radiologists interpreting my CT studies that my filter had failed, tilted, perforated my vena cava, migrated, embolized or fractured.

6. I subsequently learned in 2017 that the February 3, 2016 CT study demonstrates that my Cook Gunther Tulip filter was perforating my vena cava. This information was not provided to me by any of my doctors or the radiologists interpreting my CT scans. No one has ever told me that any CT scan prior to February 3, 2016 demonstrates any problem with my Cook Gunther Tulip filter.

FURTHER AFFIANT SAYETH NAUGHT

_/s/ Teresa Ann Loose_
TERESA LOOSE

The forgoing affidavit was acknowledged before me, an officer duly authorized in the state and county aforesaid, to take acknowledgments, this 23 day of September 2019, by Teresa Loose who is personally known to me.

*Sara E. Miller*

NOTARY PUBLIC, State of Michigan

My commissions expire: 8/8/23

8/2/23
midland