UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates To:<br>Sandy Carpenter | Civil Case # 1:18-CV-00928 |

**PLAINTIFF CARPENTER'S CONTROVERTING STATEMENT OF FACTS**

Plaintiff Sandy Carpenter submits this Controverting Statement of Facts in Support of her Opposition to Defendants' Renewed Omnibus Motion for Summary Judgment Based on Statute of Limitations [sic] from Five States (Docs. 11725 and 11726).

Plaintiff submits the following facts for purposes of her Opposition and for no other purpose:

1. Plaintiff is one of 144 cases listed in Exhibit A to Defendants' Motion. Plaintiff Carpenter was implanted with a Cook Celect Platinum filter on December 18, 2012. [See Doc. 11725.]

2. Imaging of Plaintiff was taken on October 22, 2014. That imaging demonstrates the Celect IVC filter in place and intact. [See Ex. A attached hereto.]

3. On January 5, 2015, Carpenter had another image taken that includes her Celect IVC filter. Again, that imaging demonstrates the Celect IVC filter in place and intact. [See Ex. B attached hereto.]

1

4. On April 22, 2016, Plaintiff had another scan of her IVC filter. That image demonstrates that the IVC filter is in a different location and significantly compared as to the position of the filter in October 2014. [See Ex. C attached hereto.]

5. Plaintiff was not aware of any problem with her IVC filter prior to April 22, 2016. [See Declaration of Sandy Carpenter, Ex. D attached hereto, ¶ 3.]

6. No doctor told Plaintiff that there was any problem with her IVC filter prior to April 22, 2016, and she was not aware that her filter had migrated or tilted. [*Id.* ¶ 4.]

7. Nor was she aware of any physical symptoms that she would have attributed to her IVC filter. [*Id.* ¶ 5.]

Respectfully Submitted: October 2, 2019.

DALIMONTE RUEB STOLLER, LLP.

*/s/ Paul L. Stoller*
Paul L. Stoller (AZ Bar No. 016773)
*Admitted Pro Hac Vice*
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Ph: (602) 888-2807
paul@drlawllp.com

*Counsel for Plaintiff Sandy Carpenter*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Donna M. Berrios*