# Exhibit A



# Exhibit B



CARPENTER, SANDY E
F  4/3/1959
ID: DEN703120
Acc: DEN25539

SCOUTS

Texas Cancer Center of Denton
Ref: CICHON / Perf:
Study date: 1/5/2015
Study time: 14:12:27

-451
R

4cm

X/Y: 3/653
W500 / C50
KV: 120
ma:100
ST: 400.2mm

Position: HFS
1 IMA 2
Zoom factor: x0.79

# Exhibit C



# Exhibit D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570<br><br><br>Civil Case # 1:18-CV-00928 |
| This Document Relates To:<br>Sandy Carpenter | |

**DECLARATION OF SANDY CARPENTER**

I, Sandy Carpenter, declare and state the following:

1.     I am over the age of 18 and the statements made below are true and correct to the best of my own personal knowledge, unless otherwise stated.

2.     I was implanted with a Cook Celect Platinum IVC filter ("filter") on December 18, 2012.

3.     I was not aware of any problem with my IVC filter prior to April 22, 2016.

4.     No doctor told me that there was any problem with my IVC filter prior to April 22, 2016, and I was not aware that my filter had migrated or tilted prior to that date.

5.     I am not aware of any physical symptoms that I would have attributed to my IVC filter prior to April 22, 2016.

Pursuant to 28 U.S.C. Section 1746, I declare under the penalty of perjury that the
foregoing is true and correct to the best of my knowledge and understanding.

EXECUTES on this 22 day of August 2019.

Sandy Carpenter

2