**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

---

This Document Relates to Plaintiff Eva Bartolotta, et al.
Case No. 1:18-cv-230-RLY-TAB

---

### PLAINTIFFS' MOTION TO AMEND AND ADD CLAIMS, AND LEAVE TO FILE THEIR FIRST AMENDED SHORT FORM COMPLAINT

COME NOW Plaintiffs Eva Bartolotta and Michael Bartolotta, by and through their attorneys, Flint Law Firm LLC, and move to amend and add claims, and leave to file their First Amended Complaint, and states as follows:

1. Pursuant to Rule 15(a)(2), a party may amend its pleading with the court's leave and the court should freely give leave when justice so requires. *See* Fed.R.Civ.P. 15(a)(2). "On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed.R.Civ.P. 15(d).

2. Plaintiffs' counsel has determined that at this time, in the interests of efficiency and the prosecution of this lawsuit and considering the particular product implanted in Plaintiff and its history, Plaintiffs' claims should be amended.

3. Good cause exists for granting this Motion because Plaintiff suffered new injuries, as allegedly caused by Defendants' IVC filter, from 2018 to the present. These injuries include, but are not limited to: tilt, vena cava perforation, bowel contact, and one medial strut perforates the IVC and contacts the L3 vertebral body. Moreover, good cause exists for granting this Motion because Plaintiff alleges new claims for fraud, fraudulent concealment, and unjust enrichment

against Defendants.  Furthermore, good cause for granting this Motion exists to promote judicial efficiency and economy.

      WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiff's Motion to amend and add claims, and leave to file his First Amended Complaint attached as **Exhibit A**.

DATED:  October 3, 2019

Respectfully submitted,

**FLINT LAW FIRM, LLC**

*/s/ Laci M. Whitley*
Laci M. Whitley, IL Bar No. 6614263
FLINT LAW FIRM, LLC
222 E. Park St., Suite 500
Edwardsville, IL      62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintlaw.com
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 3, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

                      *s/Laci M. Whitley*