# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS                    MDL NO. 2570
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
**EVA BARTOLOTTA AND MICHAEL BARTOLOTTA,**

**Case No. 1:18-cv-230**

<u>**DECLARATION OF EVA BARTOLOTTA**</u>

COMES NOW, Eva Bartolotta, and being first duly sworn, hereby swears and affirms:

1.      I am over the age of 18 and am submitting this Declaration for purposes of the above-referenced litigation. Cook has not taken my deposition regarding this litigation.

2.      Cook has not taken the deposition of Mrs. Bartolotta's treating physicians, implanting physician, or any other physician charged with her care related to her IVC filter.

3.      I was not made aware of the name of the IVC filter manufacturer until shortly before I filed the above captioned case on January 26, 2018. Around this date, I became aware that the IVC filter that was implanted in me was manufactured by Cook.

4.      On or about January 2016, I sustained the following injuries: chest pain, lightheadedness, nausea, and shortness of breath. On or about this date, I attributed said injuries to normal bodily wear and aging, not Cook's IVC filter.

5.      I did not know or suspect that the IVC filter was causing my injuries until shortly before I filed the above captioned case on January 26, 2018. I could not make the causal connection that the above referenced injuries I sustained were due to the IVC filter because no medical provider informed me of said connection until this date. Only through the exercise of reasonable

Exhibit 1                                                                    Page 1 of 3

care and diligence did I discover facts indicating I was injured, the cause of my injuries, and the tortious nature of the wrongdoing that caused my injuries.

6.     Despite my diligent investigation into the cause of my injuries, including consultations with my medical providers, the nature of my injuries and damages, the relationship to the IVC filter was not discovered, and through reasonable care and due diligence could not have been discovered, until a date within the applicable statute of limitations for filing my claims.

7.     On information and belief, Cook knowingly concealed from my implanting physician material risks of the IVC filter, including, but not limited to: filter breaking and falling out of place; metal fragments moving through the blood and resulting injuries to organs; development and/or exacerbation of blood clots, chest pain, confusion, heart rhythm problems, hypotension, lightheadedness, nausea, neck pain, shortness of breath, hemorrhaging or internal bleeding, death, pulmonary embolism, and stroke.

8.     On information and belief, Cook failed to document or follow-up on the known defects or problems in its IVC filter and concealed said defects.  This active concealment is of the risks detailed above, and acts of suppressing reports and failing to follow through on FDA notification requirements.  Instead of revealing the defective condition(s) of the IVC filter, Cook continued to represent to implanting physicians, their patients, and the public that the device is safe for its intended use.

9.     Cook is and was under a continuing duty to disclose the true character, quality, and nature of risks and dangers associated with its IVC filter to implanting physicians, their patients, and the public.  Cook's concealment of the true character, quality, and nature of risks and dangers associated with its IVC filter was continued and systematic.

Exhibit 1                                    Page 2 of 3

10.     On information and belief, Cooks' acts before, during and/or after the act causing my injuries prevented me from discovering the injury or cause thereof.

11.     On information and belief, Cooks' conduct was purposely committed, which Cook must have realized was dangerous, heedless and reckless, without regard to the consequences or the rights and safety of myself.

Eva Bartolotta

Exhibit 1                                    Page 3 of 3