# Exhibit 2

BARTOLOTTA EVA MARIE

DOB: ███████████

EXAM DATE: 9/2/2008

CT of the Abdomen and Pelvis without IV contrast submitted for review of the IVC filter and associated issues. Exam was reviewed on 11/14/2017.

FINDINGS:

There is an IVC filter in place in the upper abdominal inferior vena cava (IVC) with its superior tip at the L1 vertebral level. 4 filter legs appear to have extraluminal extension beyond the wall of the IVC. All 4 perforating legs perforate 3 mm beyond the wall of the IVC. 1 perforating leg contacts the duodenum. 1 perforating leg contacts/comes in near proximity to the aorta. 1 perforating leg contacts/comes in near proximity to the right colon. 1 perforating leg contacts the right psoas muscle. There is no evidence of hemorrhage.

IMPRESSION:

IVC filter in place in the mid abdominal IVC with multiple legs perforating beyond the wall of the IVC and contacting various intra-abdominal structures as described above.

Reviewer: Sreejit Nair, MD