# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

| | |
|---|---|
| This Document Relates to Plaintiff: ) | |
| ) | |
| EVA BARTOLOTTA, et al., ) | Case No. 1:18-cv-0230-RLY-TAB |
| ) | |
| Plaintiffs, ) | |
| ) | Order on Motion for Leave to |
| ) | Amend Complaint |
| v. ) | |
| ) | |
| Cook Incorporated, Cook Medical LLC, and ) | |
| William Cook Europe APS ) | |
| ) | |
| Defendants. ) | |

Considering the parties' Motion for Leave to Amend Complaint of Eva Bartolotta and Michael Bartolotta, IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Motion for Leave to Amend the Complaint filed by Eva Bartolotta and Michael Bartolotta is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: _____

_____
Tim A. Baker
United States District Judge