# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2570

*Tina Garrison*, 1:16-cv-2462

State of Alabama    )
County of Jefferson )

### AFFIDAVIT OF TINA GARRISON

Before me, the undersigned authority, personally appeared Tina Garrison known to me to be the person whose name is subscribed below, and being by me duly sworn did depose her oath as follows:

1. My name is Tina Garrison. I am over 21 years of age and of sound mind. I am the plaintiff in this lawsuit.

2. Before my IVC Filter was implanted on or about September 12, 2008, I talked to my doctor, Marc Passman, about the risks and benefits of the IVC Filter device. I was never told by Cook Medical or my doctor that the Filter could cause the following complications or had the following risks: embedment of the IVC Filter into my vena cava wall such that it could not be removed, that this problem could be lifelong and lead to further complications and injury from the Filter. Had I known about these problems, I would not have had the IVC Filter implanted.

3. The first time that I learned the reason for the failed removal attempt could have been from the defective design of the IVC Filter was in the early fall of 2015.

Further affiant sayeth not:

_____
Tina Garrison

Signed and sworn before me on this the 26 day of August, 2019.

_____
Notary Public:

MY COMMISSION EXPIRES 5-21-2019