# Exhibit A

IN THE UNITED STATES DISTRICT COURT
SOUTHERNG DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

Beverly Frost v. Cook et al; 1:17-cv-2742

### AFFIDAVIT OF BEVERLY FROST

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.
2. I am a resident of Allegan, Michigan, where I have lived for many years.
3. I am currently 58 years old, and I was implanted with an IVC filter.
4. Cook has not taken my deposition regarding the relevant litigation.
5. In or about 2016, I began to think that the IVC filter that was implanted in me might be defective and perhaps that is why it could not be removed from my body. Prior to this time, I had no reason to know that there was anything defective about the filter.

I declare under the penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

Date: 9/13/19

Beverly Frost