# Diagnostic Report

| | | | |
|---|---|---|---|
| Patient | **AUDRA FAYE BOGGS** | Exam | CT ABDOMEN AND PELVIS WO CONT |
| Patient ID | **E5233717** | | |
| Patient DOB | 8/7/1932 | Exam Date | 5/9/2016 |
| Completion Flag | COMPLETE | Accession Number | TC473549-16 |
| Verification Flag | UNVERIFIED | Study ID | |

## Diagnostic Report

### Diagnosis

CLINICAL HISTORY: Abdominal pain

PROCEDURE: Spiral CT examination of the abdomen and pelvis was performed without contrast. There were no complications of the procedure.

FINDINGS:

The liver is unremarkable in appearance. Evaluation of the solid organs is limited due to lack of intravenous contrast. Calcified granulomas are present within the spleen.

Significant patient motion artifact degrades this study.

A moderate size hiatal hernia is present.

The small bowel and colon are grossly unremarkable without oral contrast. There is no evidence of appendicitis.

An inferior vena cava filter is in place.

A large cyst within the upper pole the right kidney measures 7 cm. 2 smaller cysts are present within the midportion of the left kidney.

A small periumbilical hernia contains mesenteric adipose tissue.

There is no free fluid in the abdomen or pelvis.

IMPRESSION:

Moderate hiatal hernia.

Inferior vena cava filter is in place.

Bilateral renal cysts.

Small periumbilical hernia contains mesenteric adipose tissue.

Electronically Signed by: David Suominen, M.D. on 5/9/2016 2:04 PM

##########################################