

ROANOKE MEMORIAL HOSPITAL
1906 BELLEVIEW AVENUE

Smith, James Carmichael
MRN: 330303, DOB: 11/14/1953, Sex: M
Adm: 3/28/2011, D/C: 4/5/2011

Discharge Summaries by Sarda, Hemendra, MD at 4/5/2011 4:54 PM (continued)

## Signed:
HEMENDRA SARDA, MD
4/5/2011
4:55 PM

Electronically signed by Dorsey, Neil K, MD at 4/11/2011 1:36 PM

### Discharge Summaries by Dorsey, Neil K, MD at 4/5/2011 4:54 PM

Author: Dorsey, Neil K, MD
Filed: 4/11/2011 1:36 PM
Status: Signed

Service: Internal Med
Date of Service: 4/5/2011 4:54 PM
Editor: Dorsey, Neil K, MD (Physician)

Author Type: Physician
Note Type: Discharge Summaries

Related Notes: Related Note by Sarda, Hemendra, MD (Physician) filed at 4/5/2011 9:44 PM

## NEIL K DORSEY, MD 4/11/2011 1:36 PM

Electronically signed by Dorsey, Neil K, MD at 4/11/2011 1:36 PM

### Results
IR VENOGRAPHY (EXP) (Accession 33965975) (Order 165902695)

### Patient Information

| Patient Name | HAR | Sex | DOB | SSN |
|---|---|---|---|---|
| Smith, James Carmichael (330303) | 101204688 | Male | 11/14/1953 | 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 |

| Room | Bed | Code Status |
|---|---|---|
| 1205 | 1205 A | --- |

### Encounter Info

| | Department | CSN |
|---|---|---|
| 3/28/2011 6:58 PM | W12 Rmh | 104301819 |

### Result Information

Status: Final result (Collected: 3/31/2011 11:29)    Provider Status: Reviewed

### Reviewed by List

Dorsey, Neil K, MD on 4/3/2011 21:01

### Study Result

VENOGRAPHY (EXP) RAD Code: ORDER #: RMS: 90158 Inv: 165902695
1 CATH PLACEMENT VENOUS 1ST - CPT: 36011
1 VENOGRAM EXTREMITY UNILAT - CPT: 75820
1 VENOCAVAGRAM INFERIOR - CPT: 75825
1 GUIDANCE VASCULAR ACCESS - CPT: 76937

CLINICAL: 57yo BM with IVC filter for DVT adn SDH 4/10 , no in no need of
filter , consult for removal, call Dr. Dorsey for ?s 525-6061

REPORT: Clinical History: Patient presents for a evaluation and possible
retrieval of indwelling IVC filter placed 12 months earlier.

Procedure:
1. Ultrasound guided antegrade cannulation right IJ.
2. Selective first-order venous catheterization of left common iliac vein
from a right transjugular approach.
3. Selective left common iliac venography.
4. IVC venography.

Procedural sedation: Patient tolerated procedure without incident.

Technique: Informed consent was obtained. Preliminary sonography of the
right neck demonstrated patency of the right IJ. Right IJ was cannulated
in antegrade fashion using real-time ultrasound imaging guidance a
micropuncture technique. Hardcopy sonographic images were saved. Using
exchange technique, 5 French flush catheter was advanced over guidewire



ROANOKE MEMORIAL HOSPITAL
1906 BELLEVIEW AVENUE

Smith, James Carmichael
MRN: 330303, DOB: 11/14/1953, Sex: M
Adm: 3/28/2011, D/C: 4/5/2011

## Study Result (continued)

into the IVC under fluoroscopic control. Left common iliac vein was selectively catheterized with this flush catheter. Selective left iliac venography was performed. Images were reviewed. Catheter was then back into the IVC and selective IVC venography was performed images were reviewed. Diagnostic catheter was then removed manual compression achieve hemostasis.

Findings: Scout imaging of the abdomen demonstrate a retrievable IVC filter with apex at the level of inferior endplate L2. This indwelling filter has significant tilt to the right and one of the left-sided legs and has been displaced away from the cone of the filter suggesting that perhaps this leg is displaced into the left renal vein. Left iliac venography revealed extensive chronic thrombus is nonocclusive within this vein and extending into the IVC. Well-developed paralumbar venous collaterals are also noted suggesting the indwelling thrombus is flow-limiting. IVC venography also demonstrate extensive chronic appearing thrombus extending into the confines of the filter. The filter is indeed significantly angulated to the right with a left-sided leg displaced into the left renal vein. Given the extensive chronic thrombus extending into the IVC filter and with the shift in position of the filter when compared to prior images with the filter was first placed suggest that the displaced left leg could be at risk for fracture during an attempted retrieval of this filter. Hence IVC filter retrieval was not performed.

IMPRESSION:  As above.

THIS REPORT IS FINAL AND ELECTRONICALLY SIGNED
Preliminary read at:Apr 3 2011  6:21P Signed by: JEFFERY DYRKE SHAY M.D.
At: Apr 3 2011  6:32P

## Lab and Collection

IR VENOGRAPHY (EXP) (Order #165902695) on 3/31/2011 - Lab and Collection Information

**END OF REPORT**