## MEDICAL IMAGING OF FREDERICKSBURG
1201 Sam Perry Blvd., Suite 102, Fredericksburg, VA  22401
Phone: 540-741-7025
### RADIOLOGY REPORT

| | |
|---|---|
| **PATIENT :** SOUTHERN, GEORGE | **EXAM DATE :** 07/24/2014 |
| **SEX :** M | **MR# :** 000000656791 |
| **DOB :** 07/05/1932 | **ACCOUNT# :** 006221775521 |
| **LOCATION :** {pt_rm_bed} | **PT. CLASS :** O |
| **ORDERING MD :** BILOWUS, MARK | **HOSP SERV :** MIF |
| **ATTENDING MD :** BILOWUS, MARK | |
| **ADMISSION DATE :** Jul 24 2014  7:05AM | |

### ***Final Report***

**DISTRIBUTION NOTES:**

**EXAM DATE: 07/24/2014   08:42**

**EXAM:** MFC CT ABD/PEL WO/W CONTRAST

ACCESSION #: 6212864
CPT CODE(S): 74178
ORDERING MD: BILOWUS, MARK
ATTENDING MD: BILOWUS, MARK

PROCEDURE REASON:
**RESULT:**  Indication: Gross hematuria.

Comparison: Abdominopelvic CT 1/17/2013.

Technique: Axial computed tomographic images of the abdomen and pelvis are performed without and with the administration of 100 mL Visipaque 320 intravenous contrast. An iSTAT was drawn at the point of service to determine serum creatinine prior to IV contrast administration. The creatinine level was determined to be 1.3 mg/dL.

Findings: There is minimal scarring at the right lung base. Stomach and duodenum are grossly unremarkable. Patient is status post cholecystectomy. IVC filter in place. The portal veins are patent. No enhancing liver mass identified. The adrenal glands and pancreas are unremarkable. Stable 8 mm low-attenuation lesion within the spleen. There is a 3.3 cm abdominal aortic aneurysm with calcification. Tiny umbilical hernia containing fat measuring 13 mm. There is aneurysmal enlargement of the right common iliac artery which measures 3 cm. Colonic diverticulosis.

No evidence of bowel obstruction. No abdominal or pelvic lymphadenopathy. Bone windows demonstrate severe multilevel degenerative disc disease. No focally destructive osseous lesions. Note is made of a prior L3 laminectomy. There is osseous bridging across the L4 and L5 disc spaces. There is again seen metallic fragment posterior to the L4 vertebral body, unchanged from the prior CT of 10/22/2004, likely postsurgical.

There is no ureteral calculus. Embolization coil is seen within the right kidney. No renal calculi. No bladder calculus. Enlargement of the central gland of the prostate indents the posterior wall of the bladder; however, no distinct bladder mass is identified.  The infrarenal right perinephric hematoma has slightly decreased in size, measuring 31 x 18 mm, previously measuring 40 x 24 mm. There are multiple too small to characterize hypoattenuating lesions within the kidneys, statistically likely representing small cysts. No abnormal filling defects are seen within the renal pelves, ureters or bladder.

Impression:
1. Stable 8 mm low-attenuation lesion within the spleen which is nonspecific. This could represent small cyst or hemangioma.
2. Unchanged 3.3 cm infrarenal abdominal aortic aneurysm. There is aneurysmal dilatation of the right common iliac

*This facsimile transmission (and/or documents accompanying it) contain information belonging to the sending party or the intended recipient that is extremely confidential and legally privileged.  This information is intended only for the use of the individual(s) and/or entity named above as the receiving party.  If you are not the intended recipient(s), you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at the above telephone number to arrange for the return of the documents.*

## MEDICAL IMAGING OF FREDERICKSBURG
1201 Sam Perry Blvd., Suite 102, Fredericksburg, VA  22401
Phone: 540-741-7025
### RADIOLOGY REPORT

| | |
|---|---|
| **PATIENT :** SOUTHERN,GEORGE | **EXAM DATE :** 07/24/2014 |
| **SEX :** M | **MR# :** 000000656791 |
| **DOB :** 07/05/1932 | **ACCOUNT# :** 006221775521 |
| **LOCATION :** {pt_rm_bed} | **PT. CLASS :** O |
| **ORDERING MD :** BILOWUS, MARK | **HOSP SERV :** MIF |
| **ATTENDING MD :** BILOWUS, MARK | |
| **ADMISSION DATE :** Jul 24 2014  7:05AM | |

artery measuring 3 cm.
3. No renal or ureteral calculi. No bladder calculi. No filling defects seen within the ureters.
4. The infrarenal right perinephric hematoma has decreased in size

Dictated: JAKOB C.L. SCHUTZ, M.D. On: 07/24/2014   13:16
Electronically signed by: SCHUTZ, M.D., JAKOB C.L. On: 07/24/2014   14:32
Transcribed: 07/24/2014   14:01 JMCKER

This facsimile transmission (and/or documents accompanying it) contain information belonging to the sending party or the intended recipient that is extremely confidential and legally privileged. This information is intended only for the use of the individual(s) and/or entity named above as the receiving party. If you are not the intended recipient(s), you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at the above telephone number to arrange for the return of the documents.