# EXHIBIT A

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA | ) | |
| | ) | **AFFIDAVIT OF SHARON H. FRANKLIN** |
| COUINTY OF BUCKINGHAM | ) | |

I, Sharon H. Franklin, do hereby attest as follows:

1. My name is Sharon H. Franklin and I am a resident of the County of Buckingham, Commonwealth of Virginia.

2. I am over the age of 18, competent to attest to the following information and have personal knowledge of the matters contained herein.

3. On May 24, 2009, my doctors implanted a Cook Medical IVC filter in my body.

4. On July 9, 2011, my doctors attempted to retrieve my Cook Medical IVC filter during a hospital procedure.

5. Following the procedure, my doctors told me that they had been unsuccessful in retrieving my IVC filter. At no time did my doctors tell me that my IVC filter was the cause of the unsuccessful retrieval attempt.

6. In 2016, I saw television ads regarding potential defects with Cook Medical IVC filters like the one I had received. Before 2016, I was not aware of the causal connection between my 2011 failed retrieval procedure and my Cook Medical IVC filter.

7. The Cook Defendants have not taken my deposition in this litigation.

FURTHER AFFIANT SAYETH NOT.

_____
SHARON H. FRANKLIN

SWORN TO and SUBSCRIBED before me this 30th day of September, 2019.

_____
NOTARY PUBLIC FOR VIRGINIA
My Commission Expires: 10/2022