# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
SHARON H. FRANKLIN and PAUL A. FRANKLIN

Civil Case # 1:17-CV-2162-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Sharon H. Franklin

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Paul A. Franklin

3. Other Plaintiff and capacity (*i.e.*, administrator, executor, guardian, conservator):

   Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Virginia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Virginia

1

6. Plaintiff's/Deceased Party's current state of residence:

   Virginia

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Virginia, Richmond Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      9, 10, 12, and 19

   b. Other allegations of jurisdiction and venue:

      _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

November 5, 2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

Atlanta Medical Center, Atlanta, GA

13. Implanting Physician(s):

Eric D. Wellons, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- [x] Count I: Strict Products Liability – Failure to Warn
- [x] Count II: Strict Products Liability – Design Defect
- [x] Count III: Negligence
- [x] Count IV: Negligence Per Se
- [x] Count V: Breach of Express Warranty
- [x] Count VI: Breach of Implied Warranty
- [x] Count VII: Violations of Applicable <u>VA</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- [x] Count VIII: Loss of Consortium
- [ ] Count IX: Wrongful Death
- [ ] Count X: Survival
- [x] Count XI: Punitive Damages
- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

3

    ☐    Other: _____ (please state the facts supporting

    this Count in the space, immediately below)

---

15. Attorney for Plaintiff(s):

    John C. Duane, Esq., Motley Rice LLC

16. Address and bar information for Attorney for Plaintiff(s):

    28 Bridgeside Boulevard, Mount Pleasant, SC 29464

    Fed. ID 8047

    Respectfully submitted,

    /s/ John C. Duane

    John C. Duane (Fed. ID 8047)
    jduane@motleyrice.com
    Fred Thompson, III (Fed. ID 4081)
    fthompson@motleyrice.com
    MOTLEY RICE LLC
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29466
    843-216-9000
    843-216-9450 Fax

    Donald A. Migliori (Fed. ID 4936)
    dmigliori@motleyrice.com
    MOTLEY RICE LLC
    321 South Main Street, Suite 200
    Providence, RI 02903
    401-457-7700
    401-457-7708 Fax

    Attorneys for Plaintiff(s)
    SHARON H. FRANKLIN and PAUL A. FRANKLIN

## CERTIFICATE OF SERVICE

    I hereby certify that on June 22, 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                    /s/ John C. Duane