**IN THE UNITED STATES DISTRICT COURT
SOUTHERNG DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

Beverly Frost v. Cook et al; 1:17-cv-2742

**PLAINTIFF'S MOTION REQUESTING ORAL ARGUMENT ON PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT**

Pursuant to S.D. Ind. L.R. 7.5, the Plaintiff, Beverly Frost, by and through her counsel, respectfully moves this Court to allow oral argument on Plaintiff's Response in Opposition to Defendants' Omnibus Motion for Summary Judgment, filed contemporaneously herewith. In support of her motion, the Plaintiff states as follows:

1. On September 5, 2019, the Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants") filed an omnibus motion for summary judgment.

2. The Cook Defendants' motion for summary judgment addresses the claims of 144 separate plaintiffs, including the Plaintiff in this case, Beverly Frost.

3. The Plaintiff filed her response in opposition to the Defendants' motion for summary judgment contemporaneously herewith.

4. Oral argument would facilitate the Court's understanding of the Plaintiff's case given that each of the 144 cases being addressed in the Defendants' motion for summary judgment contain a separate set of facts.

5.  The Plaintiff respectfully requests that this Court grant each side 30 miniutes in which to present argument.

WHEREFORE, the Plaintiff respectfully requests that this Court grant her motion for oral argument.

October 3, 2019

/s/ Julie E. Lamkin
Julie E. Lamkin, MA BBO# 680482
Law Offices of Jeffrey S. Glassman
One International Place, Suite 1810
Boston, MA 02110
Phone:  (617) 367-2900
Fax:  (617) 722-9999
jlamkin@jeffreysglassman.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Julie E. Lamkin
Julie E. Lamkin