# Exhibit A

STATE OF TEXAS )
) **AFFIDAVIT OF MICHELLE D. MCGEE**
COUNTY OF DALLAS )

I, Michelle D. McGee, do hereby attest as follows:

1. My name is Michelle D. McGee and I am a resident of the County of Dallas, State of Texas.

2. I am over the age of 18, competent to attest to the following information and have personal knowledge of the matters contained herein.

3. My doctors implanted a Cook Medical IVC filter in my body on October 25, 2010.

4. On April 21, 2011, my doctors removed my IVC filter. At that time, my doctors did not tell me that my filter device had moved due to any problems with my Cook IVC filter device.

5. I learned that my IVC filter device could have caused my injuries in October of 2015 when I saw television ads regarding potential defects with Cook Medical IVC filters like the one I had received.

6. The Cook Defendants have not taken my deposition in this litigation.

FURTHER AFFIANT SAYETH NOT.

_____
MICHELLE D. MCGEE

SWORN TO and SUBSCRIBED before me this ___ day of _____, 2019.

_____
NOTARY PUBLIC IN THE STATE OF TEXAS
My Commission Expires: 2-5-2021

GLENDA JEAN BELL
My Notary ID # 129275951
Expires February 5, 2021