**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570

_____

This Document Relates to:

    1:19-cv-03619    1:19-cv-03716
    1:19-cv-03620    1:19-cv-03733
    1:19-cv-03621    1:19-cv-03741
    1:19-cv-03710    1:19-cv-03742

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  October 3, 2019                    /s/ Kip S. M. McDonald
                                            Andrea Roberts Pierson (# 18435-49)
                                            Kip S. M. McDonald (# 29370-49)
                                            FAEGRE BAKER DANIELS LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana 46204
                                            Telephone: (317) 237-0300
                                            Facsimile: (317) 237-1000
                                            E-Mail: andrea.pierson@faegrebd.com
                                            E-Mail: kip.mcdonald@faegrebd.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 3, 2019, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald