UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed without prejudice.
> Dated: 10/03/19
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
Richard Matelski and Carol Matelski

Civil Case # 1:17-cv-01097-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PCPC

NOTICE IS HEREBY GIVEN that Plaintiffs, Richard Matelski and Carol Matelski, his spouse, voluntarily dismiss without prejudice the above-entitled action again all Defendants, with each party to bear their own costs and attorneys' fees.

Dated:  August 19, 2019          Respectfully submitted,

**FEARS NACHAWATI, PLLC**

/s/ Matthew McCarley
Matthew R. McCarley
TX Bar No. 24041426
5473 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Facsimile: (214) 890-0712
mccarley@fnlawfirm.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated:  August 19, 2019

                                                  */s/ Matthew McCarley*
                                                  Matthew R. McCarley
                                                  TX Bar No. 24041426
                                                  FEARS NACHAWATI, PLLC
                                                  5473 Blair Road
                                                  Dallas, TX 75231
                                                  Phone: (214) 890-0711
                                                  Facsimile: (214) 890-0712
                                                  mccarley@fnlawfirm.com