UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

David Hollebeek and Julie Hollebeek
Civil Case #: 1:16-cv-00174-PLY-TAB

### DECLARATION OF PLAINTIFF DAVID HOLLEBEEK

I, David Hollebeek   , declare under penalty of perjury that the foregoing is true and correct:

1. I am an adult and am under no legal disability to give testimony.

2. At all times relevant, I was and am a resident of the State of Michigan.

3. I had a Cook inferior vena cava filter implanted on or about October of 2008.

4. In early 2015, I learned that some inferior vena cava filters may be defective and could cause injuries. It was on or around early 2015 when I learned that the filter implanted in me may be defective and may be causing my injuries.

5. Prior to early 2015, I was not aware of a causal connection between any injuries and the Cook IVC filter.

FURTHER AFFIANT SAYETH NOT.

_____
David Hollebeek

9-27-19
Date