APPROVED. Case is dismissed without prejudice.
Dated: 10/03/19

*RICHARD L. YOUNG, JUDGE*
United States District Court
Southern District of Indiana

IN THE UNITED STAES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No: 2570

This Documents Relates to Plaintiff(s)
RICHARD JOHN DOWN

Civil Case # 1:16-CV-2188

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, RICHARD JOHN DOWN, and hereby provides notice, through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal, without prejudice, and without costs or fees to any party, of the above-captioned matter as to Defendants, Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No: 1:18-cv-02188 filed on August 17, 2016. A duplicate action was filed pertaining to Plaintiff, Richard Down, in Case No: 1:18-cv-03607-RLY-TAB, by the law firm of Law Office of Christopher K. Johnston, LLC.

Dated: September 1, 2019

Respectfully submitted,

BABBITT & JOHNSON, P.A.

  /s/ Joseph R. Johnson, Esq.
JOSEPH R. JOHNSON, ESQ.
Fla. Bar No: 0337234