

APPROVED. Case is dismissed without prejudice.
Dated: 10/03/19

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION          Case No: 1:14-ml-2570-RLY-TAB
                                                MDL No. 2570

This Document Relates To:

HATTIE WALKER
Civil Case # 1:18-cv-02931
_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff HATTIE WALKER, and Defendants COOK MEDICAL LLC, COOK INCORPORATED AND QILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and each party shall bear its own fees and costs.

IT IS SO STIPULATED:

DATED:  9/9/2019           BROWN & CROUPPEN, P.C.
                           /s/Seth Sharrock Webb
                           Seth Sharrock Webb #51236
                           211 N. Broadway, Suite 1600
                           St. Louis, Missouri  63102
                           sethw@getbc.com

                           *Attorney for Plaintiffs*

DATED:  9/5/2019           FAEGRE BAKER DANIELS LLP