IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Margaret Woolever

Civil Case No. 1:19-cv-00962

## ORDER

Considering the parties' Stipulation of Dismissal Without Prejudice of Plaintiff Margaret Woolever.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Margaret Woolever against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS are dismissed in their entirety without prejudice and each party shall bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile her case in the Southern District of Indiana. If Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

SO ORDERED this 3rd day of October, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana