UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Lynell Margaret Fox, 1:15-cv-01822

---

## AFFIDAVIT OF LYNELL MARGARET FOX

State of __Virginia__ §
§
County of __Prince William__ §

Before me, the undersigned authority, personally appeared __Lynell M. Fox__, known by me to be the person whose name is subscribed hereto, and being by me duly sworn did depose on her oath as follows:

1. I am over the age of 18. I am competent to testify on the matters stated herein.

2. I am a resident of Woodbridge, VA, where I have lived for many years.

3. I am currently 70 years old, and I was implanted with an IVC Filter.

4. Cook has not taken my deposition regarding the relevant litigation

5. In 2015, I began to hear advertisements regarding issues of IVC filter. Prior to this, I did not have reason to suspect that I had been injured by my IVC filter, nor did I know the cause of such unknown injury.

I declare under the penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
Lynell Margaret Fox, Affiant

Sworn to and subscribed before me on this 1st day of OCT, 2019.

*[signature]*
Notary Public in and for the
Commonwealth of Virginia

[SEAL]
**Rollie L. Chance Jr**
**Notary Public**
**Commonwealth of Virginia**
**Commission Expiration May 31, 2024**
**Notary Registration Number: 7832971**