> APPROVED. Case is dismissed with prefix.
> Dated: 10/03/2019
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Ralph and Cynthia Johnson v. Cook, et al*.; 1:18-cv-02073

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ralph and Cynthia Johnson hereby dismiss their complaint filed on July 9, 2018 with prejudice. Pending before the Court is a Motion for Summary Judgment that applies to, among other persons and cases, this case. *See Dkt. Nos.* 11726 and 11726-1.

Rule 41(a)(1)(A)(ii) provides for dismissal with all parties' consent even if a Motion for Summary Judgment is pending. All parties consent to the dismissal of this action with prejudice.

This dismissal does not affect any other actions or claims pending in MDL No. 2570.