IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is
> dismissed with prejudice.
> Dated: 10/03/2019
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Leslie Marie Novak, 1:16-cv-02672
Katrina Francis, 1:17-cv-01168
Louise L. Houck, 1:17-cv-03886
Avery Leblanc, 1:18-cv-01367

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-titled plaintiffs and

Defendants, Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS, hereby

stipulate that all claims in the above-captioned cases are dismissed with prejudice, with each party

to bear its own costs.

By: */s/ Peyton P. Murphy*
Peyton P. Murphy
MURPHY LAW FIRM, LLC
2354 S. Acadian Thruway
Baton Rouge, LA  70808
Tel: (225) 928-8800
Email: Peyton@MurphyLawFirm.com

*Counsel for Plaintiffs*

Dated: October 3, 2019

By: */s/ Jessica Benson Cox*
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian, Suite 2500
Indianapolis, Indiana 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
Email: Jessica.Cox@FaegreBD.com

*Counsel for Defendants Cook Incorporated,
Cook Medical LLC, and William Cook Europe
APS*

Dated: October 3, 2019