# **EXHIBIT 1**

## AFFIDAVIT OF CAROL A. RAMOS

STATE OF TEXAS

COUNTY OF Bell

Before me, the undersigned authority, personally appeared Carol A. Ramos, who, being first duly sworn and of sound mind, states as follows:

1. My name is Carol Ramos. I am over age 18. I am competent to make this affidavit and have personal knowledge of the facts contained in it. If called as a witness, I could and would competently testify to the facts in this Affidavit.

2. I am a resident of Temple, Texas.

3. I received an IVC filter implant in Texas in 2007.

4. I did not know that I had been harmed, that my IVC filter was defective or that it could be causing me an injury until approximately October 14, 2015, when I first saw a television commercial discussing injuries from IVC filters and I contacted my attorney. Before that date, neither my doctors nor anyone else informed me that I was injured or that my IVC filter was causing me any injury.

5. After contacting my attorney, I learned that Cook manufactured the IVC filter implanted in my body.

6. The Cook defendants have not taken my deposition in this case.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Further affiant sayeth not.

_____
Carol A. Ramos

Subscribed and sworn to me before me, a Notary Public, this ___ day of October, 2019.

_____
NOTARY PUBLIC

My commission expires:
6/21/23

KRYSTINA MCKAY
Notary Public, State of Texas
Comm. Expires 06-21-2023
Notary ID 132061203