IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS LIABILITY<br>LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Plaintiff: William J. Davis
Civil Case No. 1:18-cv-2985

## DECLARATION OF MATTHEW S. MOKWA

1. My name is Matthew S. Mokwa. I am over the age of 21 and of sound mind. I am the attorney of record in this action and this Declaration is made pursuant to F.R.C.P. 56(d).

2. The facts set forth in this declaration are based on my personal knowledge.

3. There is a good faith basis to conduct additional discovery in Plaintiff's case. Specifically, the following facts should be further developed, which may provide additional evidentiary support for Plaintiff's Opposition to Cook's Omnibus Motion for Summary Judgment:

    A. Facts relating to Cook's misrepresentation of the safety and efficacy of the Cook IVC filter.

    B. Facts relating to Plaintiff and/or Plaintiff's physician's reliance on the misrepresentations of the safety and efficacy of the Cook IVC filter.

    C. Facts relating to Plaintiff's discovery of the misrepresentations of the safety and efficacy of the Cook IVC filter.

    D. Facts relating to the timing of when, and if, the Cook IVC filter failed.

    E.  Facts relating to the timing of when, and if, Plaintiff suffered an injury as a result of the Cook IVC failure.

    F.  Additional diagnostic tests and expert review relating to the extent of Plaintiff's injuries, the cause of those injuries, and the timing of those injuries.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the facts set forth in this declaration are true to the best of my knowledge and executed the date set forth below.

DATED: October 3, 2019

*/s/ Matthew S. Mokwa*
Matthew S. Mokwa