> APPROVED. Case is dismissed with prejudice.
> Dated: 10/03/2019
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT APPLIES TO:

Hezekiah Warren

    Plaintiff,

v.

Cook Incorporated, Cook Medical LLC,
And William Cook Europe APS

    Defendants.

MDL No.: 2570

Civil Action No. 1:17-cv-01241

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby provide notice of the dismissal of the above-captioned case with docket number 1:17-cv-01241 against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS with prejudice and without costs.

By: /s/ Randi Kassan
    SANDERS PHILLIPS GROSSMAN, LLC
    Randi Kassan, Esq.
    100 Garden City Plaza, Suite 500
    Garden City, NY 11530
    516-741-5600
    rkassan@thesandersfirm.com

*Counsel for Plaintiff
Hezekiah Warren*

Dated: October 2, 2019

By: */s/ Jessica Benson Cox*
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian, Suite 2500
Indianapolis, Indiana 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
Email: Jessica.Cox@FaegreBD.com

*Counsel for Defendants Cook
Incorporated, Cook Medical LLC, and
William Cook Europe APS*

Dated: October 2, 2019