UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: 1:16-cv-2277- RLY-TAB 1:17-cv-0151- RLY-TAB 1:18-cv-3854- RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB   MDL No. 2570 |

## ORDER OF DISMISSAL

Considering the parties' stipulations of Dismissal Without Prejudice (dkts [10845], [10846], [10847], and [10848]),

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims against Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe APS in MDL No. 1:14-ml-2570-RLY-TAB (Member Cases 1:16-cv-2277- RLY-TAB, 1:17-cv-151- RLY-TAB, and 1:18-cv-3854-RLY-TAB) are hereby dismissed without prejudice, each party shall bear its own costs.   Case 1:18-cv-3850-RLY-TAB, listed in Exhibit A of the stipulations, was previously dismissed on 6/13/19.

**SO ORDERED** this 3rd day of October 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record