# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS LIABILITY<br>LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Plaintiff: Kerri Collins
Civil Case No. 1:18-cv-02901

## PLAINTIFF KERRI COLLINS OPPOSITION TO COOK'S OMNIBUS MOTION FOR SUMMARY JUDGMENT

Plaintiff Kerri Collins respectfully asks this Court to deny Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS's (collectively "Cook") Omnibus Motion for Summary Judgment and states as follows:

### NOTIFICATION OF WITHDRAWAL

On September 6, 2019, Plaintiff's undersigned counsel notified counsel for Defendant that Plaintiff had been diagnosed with a physical injury caused by her Cook IVC filter as a result of a July 14, 2018 CT Scan.  *See* September 6, 2019 email attached hereto as **Composite Exhibit A** As a result of this information, Defendant agreed to withdraw the Motion for Summary Judgment as to Plaintiff.  *See* September 17, 2019 email attached hereto as **Composite Exhibit A.**  Accordingly, Cook's Motion for Summary Judgment should be denied as moot as to Plaintiff Kerri Collins.

DATED: October 3, 2019

Respectfully Submitted,

**THE MAHER LAW FIRM, P.A.**

<u>By: s/ Matthew S. Mokwa</u>
Matthew S. Mokwa (FL Bar No. 47761 )
(admitted *pro hac vice*)
**The Maher Law Firm, P.A.**
271 W. Canton Ave., Suite 1
Winter Park, FL 32789
407-839-0866 (Telephone)
321-304-6039 (Fax)
mmokwa@maherlawfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 3rd day of October, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

*/s/ Matthew S. Mokwa*