# Matthew Mokwa

| | |
|---|---|
| **From:** | Broadhead, J. Benjamin <ben.broadhead@FaegreBD.com> |
| **Sent:** | Tuesday, September 17, 2019 4:18 PM |
| **To:** | Matthew Mokwa |
| **Cc:** | Bradley Morris; Gahagen, Sherri L. |
| **Subject:** | RE: 5180094 COLLINS (Kerri) v. Cook et al. |

Matt,

Sorry for the delayed response on this. We will withdraw the motion as to Collins. No need to draft a response.

Ben

**J. Benjamin Broadhead**
*Associate*
ben.broadhead@FaegreBD.com    Download vCard
D: +1 317 237 1316

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

---

**From:** Matthew Mokwa <mmokwa@maherlawfirm.com>
**Sent:** Tuesday, September 17, 2019 3:08 PM
**To:** Broadhead, J. Benjamin <ben.broadhead@FaegreBD.com>
**Cc:** Bradley Morris <bmorris@maherlawfirm.com>; Gahagen, Sherri L. <sherri.gahagen@FaegreBD.com>
**Subject:** RE: 5180094 COLLINS (Kerri) v. Cook et al.

Ben:

I wanted to F/U on the below.  Are we good on the Kerri Collins MSJ or do I need to draft a response.

Regards,

Matt Mokwa

---

**From:** Matthew Mokwa
**Sent:** Monday, September 09, 2019 3:22 PM
**To:** 'Broadhead, J. Benjamin'
**Cc:** Bradley Morris; Gahagen, Sherri L.
**Subject:** RE: 5180094 COLLINS (Kerri) v. Cook et al.

Ben:

1

I attached the 7/14/2018 CT Report as well as our expert's findings after reviewing the 7/14/2018 CT Scan. If you would like, I am happy to send you the actual imaging.

Let me know if this is adequate.

Matt

---

**From:** Broadhead, J. Benjamin [mailto:ben.broadhead@FaegreBD.com]
**Sent:** Monday, September 09, 2019 2:38 PM
**To:** Matthew Mokwa
**Cc:** Bradley Morris; Gahagen, Sherri L.
**Subject:** RE: 5180094 COLLINS (Kerri) v. Cook et al.

Matt,

Would you be willing to provide the full medical record reflecting this new CT and the physician's findings? We just want to verify date, etc. Assuming everything looks good, we'll withdraw the motion as to your client.

Ben

**J. Benjamin Broadhead**
*Associate*
ben.broadhead@FaegreBD.com    Download vCard
D: +1 317 237 1316

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

---

**From:** Matthew Mokwa <mmokwa@maherlawfirm.com>
**Sent:** Friday, September 6, 2019 5:11 PM
**To:** Broadhead, J. Benjamin <ben.broadhead@FaegreBD.com>
**Cc:** Bradley Morris <bmorris@maherlawfirm.com>
**Subject:** 5180094 COLLINS (Kerri) v. Cook et al.

RE:     Kerri Collins v. Cook Corporation et al.
        Case No. 1:18-cv-02901

Ben:

In response to your August 1, 2019 letter and our recent telephone conversation, please find attached Ms. Collins *First Amended* Case Categorization Form. As you will see in the Case Categorization Form, Ms. Collins' July 14, 2018 CT Scan showed perforation of her IVC (10 mm, 6mm, 11mm and 14mm). Prior to the 2018 Scan and recent expert review, Ms. Collins was unaware of the aforementioned physical injury.

Please let me know if this resolves the recently filed MSJ (Doc. 11725) as to Plaintiff Kerri Collins.

Regards,

Matthew Mokwa



**Matthew S. Mokwa**

Shareholder | Maher Law Firm

**p:** 407.839.0866

**f:** 407.304.6028

271 West Canton Avenue, Suite 1
Winter Park, FL 32789
www.maherlawfirm.com