AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| JOHN MAUCk | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-3328 |
| COOK MEDICAL, INC. ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOHN MAUCK                                                                                           .

Date:    10/03/2019                                        /s/Devin A. Lowell
                                                            *Attorney's signature*

                                                   DEVIN A. LOWELL #LA36555
                                                   *Printed name and bar number*

                                                   650 POYDRAS ST.
                                                   STE. 2150
                                                   NEW ORLEANS, LA 70130
                                                   *Address*

                                                   dlowell@murray-lawfirm.com
                                                   *E-mail address*

                                                   (504) 525-8100
                                                   *Telephone number*

                                                   (504) 584-5249
                                                   *FAX number*