IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

**1:18-cv-00758-RLY-TAB; D'Amico, Ashley**

### ORDER GRANTING UNOPPOSED MOTION TO VACATE ORDER OF DISMISSAL AS TO PLAINTIFF ASHLEY D'AMICO AND REINSTATE CASE

On this day the Court considered Plaintiff's Unopposed Motion to Vacate Order of Dismissal as to Plaintiff Ashley D'amico and Reinstate Case. After considering the Unopposed Motion, the Court is of the opinion said Motion should be GRANTED.

Plaintiff Ashley D'Amico's case is reinstated in MDL no. 2570

SIGNED this  3rd  day of October, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record