UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br> _____ <br><br> This Document Relates to: <br><br> 1:17-cv-0576-RLY-TAB <br> 1:17-cv-4028-RLY-TAB <br> 1:17-cv-4162-RLY-TAB <br> 1:17-cv-4429-RLY-TAB <br> 1:17-cv-4619-RLY-TAB <br> 1:18-cv-1291-RLY-TAB <br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

## ORDER OF DISMISSAL

Considering the parties' Stipulation of Dismissal Without Prejudice (dkt [10894],

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that all claims against Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe APS in MDL No. 1:14-ml-2570-RLY-TAB (Member Cases 1:17-cv-0576-RLY-TAB, 1:17-cv-4028-RLY-TAB, 1:17-cv-4162-RLY-TAB, 1:17-cv-4429-RLY-TAB, 1:17-cv-4619-RLY-TAB, and 1:18-cv-1291-RLY-TAB) are hereby dismissed without prejudice, each party shall bear its own costs.
.
**SO ORDERED** this 3rd day of October 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record