UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ORDER ON PENDING MOTIONS TO DISMISS

Cook submitted an Amended Notice of October 10, 2019 Hearing (*see* Filing Nos. 11918, 11920) on the following motions to dismiss:

**I.    Defendants' Amended Motion to Dismiss for Lack of Service of PPS – Filing No. 11682**

1. Atkins, Anthony - 1:17-cv-06069

2. Schissler, Josephine - 1:19-cv-02141

3. Amen, Bro Grace - 1:19-cv-02494

4. Breakstone, Myra - 1:19-cv-02695

5. Dovolis, Helen - 1:19-cv-02696

6. Flurschutz, Lois - 1:19-cv-02709

7. Gillman, Lyle - 1:19-cv-02725

**II.   Defendants' Amended Motion to Dismiss for Lack of Service of Case Categorization Form – Filing No. 11683**

1. Scott, Amber - 1:19-cv-02582

2. Vaughn, Demarcus - 1:19-cv-02617

3. Mitchell, John A. Jr. - 1:19-cv-02841

### III. Defendants' Motion to Dismiss for Failure to Cure PPS Deficiencies – Filing No. 11684

1. Uzzle, Charles – 1:17-cv-00914

2. De Leonard, Shirley and Richard – 1:17-cv-02679

3. Mull, Linda – 1:17-cv-02701

4. Zeck, Henry – 1:17-cv-02714

5. Chester, Carl [ESTATE] – 1:17-cv-02798

6. Ellis, Randy – 1:17-cv-03314

7. Anderson, Leonard – 1:17-cv-03340

8. Brown, Ezill – 1:17-cv-04389

9. Aycock, Neal – 1:18-cv-01857

10. Goss, Linda – 1:18-cv-02432

11. Kemper, Thomas – 1:18-cv-03994

12. Orange, Cindy – 1:19-cv-00025

13. Earley, Phyllis – 1:19-cv-00668

14. Beck, Jeremiah – 1:19-cv-01231

15. Burleson, Diane – 1:19-cv-01428

16. Poteat, Betty – 1:19-cv-00843

Rather than hold a hearing on these motions, the court will grant Plaintiffs twenty **(20) days** to comply with the Third Amended Case Management Order No. 4 regarding Plaintiff Profile Forms and the Revised Second Amended Order Regarding Case

Categorization Forms.  If Plaintiffs fail to comply within **twenty (20) days of the date of this Order**, their cases shall be dismissed without prejudice.

**SO ORDERED** this 3rd day of October 2019.

                                              RICHARD L. YOUNG, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.