# EXHIBIT A

## AFFIDAVIT OF LUCRETIA BRYAN

STATE OF VIRGINIA

COUNTY OF Loudoun

BEFORE ME, the undersigned authority duly authorized to administer oaths and to take acknowledgments, personally appeared Lucretia Bryan, who after first being duly sworn, states as follows:

1. That I am over the age of 21, competent to make this affidavit and with personal knowledge of the facts contained herein.

2. I am the Plaintiff in the case captioned *Lucretia Bryan v. Cook Incorporated, et al.*, case number 1:18-cv-01839.

3. On June 7, 2007 I was implanted with a Cook Gunther Tulip filter.

4. I was hospitalized numerous times after the filter was implanted for anticoagulation.

5. On June 15, 2007 I underwent a procedure to remove the filter.

6. Following the conclusion of the procedure, I was told by my doctor that the filter was in satisfactory position and that it was his decision, to keep the filter in place as a permanent filter.

7. At no time was I ever diagnosed by any of my doctors or the radiologists interpreting my imaging studies that my filter had failed, tilted, perforated my vena cava, embolized or fractured.

8. At all times prior to instituting the present lawsuit, it was my understanding and assumption that the filter was in place and not problematic.

9. I subsequently learned in 2016 that the filter could not be removed and was a cause of subsequent DVTs. This information was not provided to me by any of my doctors or the radiologists interpreting my imaging studies. No one has ever told me that any imaging study demonstrates any problem with my Cook Gunther Tulip.

FURTHER AFFIANT SAYETH NAUGHT

*Lucretia Bryan*
LUCRETIA BRYAN

The forgoing affidavit was acknowledged before me, an officer duly authorized in the state and county aforesaid, to take acknowledgments, this 3rd day of October, 2019, by Lucretia Bryan who is personally known to me.

*Carol Snead*

NOTARY PUBLIC, State of Virginia

My commissions expire: 04.30.2022

**CAROL SNEAD**
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES APR. 30, 2022
COMMISSION # 152957