UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION MDL | Case No: 1:14-ml-2570-RLY-TAB No. 2570 |

This Document Relates to:

Robin Newhouse, et al. v. Cook et al
Civil Case No.: 1:18-cv-01662

**AFFIDAVIT OF ROBIN NEWHOUSE**

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2. I am a resident of Chester, Virginia, where I have lived for many years.

3. I am currently 46 years old, and I was implanted with an IVC Filter.

4. Cook has not taken my deposition regarding the relevant litigation.

5. In 2017, I first learned the IVC filter could have caused my injuries. Plaintiff's Short Form Complaint, Case 1:18-cv-01662-WTL-DML, Dkt. 1).

6. The Complaint in my case was filed on June 1, 2018.

   I declare under the penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

Dated: September 25, 2019

_____*Robin Newhouse*_____
Robin Newhouse