PLAINTIFF'S EXHIBIT PX-1841

## OUS SITE INVESTIGATORS' COMMENTS

| Patient Number | Patient ID | Retrieval Date | IVC Penetration Description Prior to Retrieval |
|---|---|---|---|
| 0502004 | 8 | 1/25/06 | **By definition >3mm**. |
| 0502006 | 10 | 3/15/06 | Incorporation - all legs into caval wall. |
| 0502007 | 11 | 4/12/06 | Right lateral arm |
| 0502010 | 20 | 4/19/06 | **2.9mm** |
| 0502012 | 33 | 8/29/06 | Two legs partial (on lateral film) |
| 0502017 | 47 | 9/4/06 | Two secondary tines |
| 0502016 | 43 | 9/29/06 | minor IVC penetration right lateral wall on AP pre retrieval venacavagram with one leg |
| 0502018 | 49 | 12/5/06 | very minor narrowing and incorporation of legs. |
| 0502026 | 62 | 2/2/07 | **5.5 mm** |
| 0502028 | 64 | 2/2/07 | **5mm Left laterally** |
| 0202001 | 19 | 2/14/07 | **APARENTE PENETRACION DE LAS PATAS MAS ALLA DE LA PARED DEL VASO [apparent penetration of the legs beyond the vessel wall]** |
| 0202003 | 24 | 2/14/07 | **APARENTE PENETRACION MAS ALLA DE LA PARED DE VASO [apparent penetration beyond the vessel Wall]** |
| 0202026 | 30 | 2/26/07 | Deacuerdo con el Dr Elizondo Hubo una aparente penetracion. [I agree with Dr. Elizondo had an apparent penetration] |
| 0502013 | 39 | 5/4/07 | **apparent penetration of Left leg of approximately 4.5mm** |
| 0502025 | 60 | 5/18/07 | **Left lateral wall approx.. 8mm on AP and posteriorly approx.. 10mm on lateral venacavagram.** |
| 0502024 | 59 | 6/15/07 | **Right leg 6mm** |
| 0712005 | 118 | 2/21/08 | Limb embedded in IVC wall but came out easily. |
| 0502034 | 124 | 3/17/08 | well incorporated 4 limbs |
| 0502033 | 123 | 4/28/08 | Penetration of both lateral legs |
| 0502031 | 111 | 5/23/08 | two legs penetrated IVC |
| 0502036 | 135 | 4/3/09 | **greater than 3mm** |