UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

James Buell and Darina Buell

Civil Case # 1:17-cv-516

## NOTICE OF PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

PLEASE TAKE NOTICE that Plaintiffs James and Darina Buell request an oral argument regarding their Memorandum in Opposition to the Cook Defendants' Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations.

Respectfully Submitted,

DATED: October 3, 2019

By: */s/ Stuart Goldenberg*
GOLDENBERGLAW, PLLC
Stuart Goldenberg (#158719)
800 LaSalle Ave Ste 2150
Minneapolis, MN 55402
Direct Phone: 612-335-9960
Fax: 612-367-8107
Admitted Pro Hac Vice

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that on this 3rd Day of October, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

By: */s/ Stuart Goldenberg*
GOLDENBERGLAW, PLLC
Stuart Goldenberg (#158719)
800 LaSalle Ave Ste 2150
Minneapolis, MN 55402
Direct Phone: 612-335-9960
Fax: 612-367-8107
Admitted Pro Hac Vice

*Counsel for Plaintiff*