UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

James Buell and Darina Buell

Civil Case # 1:17-cv-516

## AFFIDAVIT OF STUART L. GOLDENBERG

In the above enclosed matter I, Stuart L. Goldenberg, attest that all facts here and within this motion are complete and true. The following facts are also true:

1. I am an attorney at GoldenbergLaw, PLLC and co-counsel to Plaintiff James Buell.

2. Attached to the foregoing motion, as Exhibit A, is a copy of James Buell's operative report from November 22, 2008.

3. Attached to the foregoing motion, as Exhibit B, is a copy of the article *A Clinical Trial of Vena Caval Filters in the Prevention of Pulmonary Embolism in Patients with Proximal Deep-Vein Thrombosis* from the New England Journal of Medicine.

4. Attached to the foregoing motion, as Exhibit C, is a copy of *A Multicenter Trial of Vena Cava Filters in Severely Injured Patients* from the New England Journal of Medicine.

5. Attached to the foregoing motion, as Exhibit D, is a copy of an email sent from James Gardner to Rob Lyles.

6. Attached to the foregoing motion, as Exhibit E, is an email from James Gardner to William Voorhees.

1

7. Attached to the foregoing motion, as Exhibit F, is an email from James Gardner to Tom Connaughton.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 3, 2019

By: */s/ Stuart Goldenberg*
GOLDENBERGLAW, PLLC
Stuart Goldenberg (#158719)
800 LaSalle Ave Ste 2150
Minneapolis, MN 55402
Direct Phone: 612-335-9960
Fax: 612-367-8107
Admitted Pro Hac Vice

*Counsel for Plaintiff*