Exhibit A

| | |
|---|---|
| **Seton Medical Center Williamson** | **BUELL, JAMES BRUCE** |
| 201 Seton Parkway | FIN: ▓▓▓▓   MRN: ▓▓▓▓ |
| Round Rock, TX 78665-8000 | **Admit:** 11/21/2008   **Discharge:** 11/26/2008 |

## Special/Interventional

| | |
|---|---|
| DOCUMENT NAME: | IR Filter Placement |
| SERVICE DATE/TIME: | 11/22/2008 16:15 CST |
| RESULT STATUS: | Auth (Verified) |
| TRANSMIT INFORMATION: | Contributor_system,IDXRAD (11/25/2008 08:42 CST) |

SETON WILLIAMSON COUNTY IMAGING SERVICES
PATIENT NAME: BUELL, JAMES B
DOB: ▓▓▓▓       SEX: M
FILM DATE: 11/22/2008 16:15 ACCESSION: 3038060 PROCEDURE: SP Filter Placement

INTERPRETATION/CONSULTATION
IVC VENOGRAM AND PLACEMENT OF INFRARENAL IVC FILTER

INDICATION:
Patient with history of pulmonary embolus and lower extremity deep venous thrombosis.  Although patient is on Lovenox anticoagulation, it was deemed that the patient is very high risk if has another pulmonary embolus, therefore, ordering physician requests placement of IVC filter.

PROCEDURE:
The benefits and risks were discussed in detail with the patient who agreed to proceed.  The right groin was prepped and draped in the usual sterile fashion.  1% lidocaine was utilized for local anesthesia.

Micropuncture technique was used to access the right common femoral vein.  There was prompt return of blood flow and a 0.018 wire was placed and exchanged for 0.035 Bentson wire, which was advanced into the inferior vena cava.  Over this wire was placed a 5-French pigtail catheter.  An IVC venogram was performed.  This revealed no evidence of IVC thrombus.

Wire was again placed and over the wire was placed the tulip sheath followed by placement of the infrarenal IVC removable tulip filter.  The filter was successfully deployed.  The sheath was removed and direct pressure applied to the right groin for 10 minutes achieving adequate hemostasis.  A dressing was placed.

COMPLICATIONS:
No immediate.

CONCLUSION:
1. Inferior vena cava venogram revealing no evidence for inferior vena cava thrombus.
2. Successful placement of removable tulip infrarenal inferior vena cava filter.

John W Kish, MD

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Seton Medical Center Williamson**  **BUELL, JAMES BRUCE**
201 Seton Parkway  **FIN:** ▮  **MRN:** ▮
Round Rock, TX 78665-8000  **Admit:** 11/21/2008  **Discharge:** 11/26/2008

## Special/Interventional

JWK/cb
D:   11/23/2008  @  12:04
T:   11/23/2008  @  14:26
J:   1253680