Exhibit C

A Multicenter Trial of Vena Cava Filters in Severely Injured Patients

- Kwok M. Ho, Ph.D.,
- Sudhakar Rao, F.R.A.C.S.,
- Stephen Honeybul, F.R.A.C.S.,
- Rene Zellweger, F.R.A.C.S.,
- Bradley Wibrow, F.C.I.C.M.,
- Jeffrey Lipman, F.C.I.C.M.,
- Anthony Holley, F.C.I.C.M.,
- Alan Kop, Ph.D.,
- Elizabeth Geelhoed, Ph.D.,
- Tomas Corcoran, F.C.I.C.M.,
- Philip Misur, F.R.A.N.Z.C.R.,
- Cyrus Edibam, F.C.I.C.M.,

**Abstract**

**BACKGROUND**

Whether early placement of an inferior vena cava filter reduces the risk of pulmonary embolism or death in severely injured patients who have a contraindication to prophylactic anticoagulation is not known.

**METHODS**

In this multicenter, randomized, controlled trial, we assigned 240 severely injured patients (Injury Severity Score >15 [scores range from 0 to 75, with higher scores indicating more severe injury]) who had a contraindication to anticoagulant agents to have a vena cava filter placed within the first 72 hours after admission for the injury or to have no filter placed. The primary end point was a composite of symptomatic pulmonary embolism or death from any cause at 90 days after enrollment; a secondary end point was symptomatic pulmonary embolism between day 8 and day 90 in the subgroup of patients who survived at least 7 days and did not receive prophylactic anticoagulation within 7 days after injury.

All patients underwent ultrasonography of the legs at 2 weeks; patients also underwent mandatory computed tomographic pulmonary angiography when prespecified criteria were met.

### RESULTS

The median age of the patients was 39 years, and the median Injury Severity Score was 27. Early placement of a vena cava filter did not result in a significantly lower incidence of symptomatic pulmonary embolism or death than no placement of a filter (13.9% in the vena cava filter group and 14.4% in the control group; hazard ratio, 0.99; 95% confidence interval [CI], 0.51 to 1.94; P=0.98). Among the 46 patients in the vena cava filter group and the 34 patients in the control group who did not receive prophylactic anticoagulation within 7 days after injury, pulmonary embolism developed in none of those in the vena cava filter group and in 5 (14.7%) in the control group, including 1 patient who died (relative risk of pulmonary embolism, 0; 95% CI, 0.00 to 0.55). An entrapped thrombus was found in the filter in 6 patients.

### CONCLUSIONS

Early prophylactic placement of a vena cava filter after major trauma did not result in a lower incidence of symptomatic pulmonary embolism or death at 90 days than no placement of a filter. (Funded by the Medical Research Foundation of Royal Perth Hospital and others; Australian New Zealand Clinical Trials Registry number, ACTRN12614000963628. opens in new tab.)



**QUICK TAKE VIDEO SUMMARY** Inferior Vena Cava Filters after Major Trauma 01:47

Supported by the Medical Research Foundation of Royal Perth Hospital and the Western Australia Department of Health. The funders provided financial support to employ the research coordinators and

for the cost of ultrasonography for this trial. Dr. Ho was funded by the Western Australia Department of Health and the Raine Medical Research Foundationthrough the Raine Clinical Research Fellowship to initiate and conduct this trial. No financial or nonfinancial (including in-kind) support has been received from any commercial entities.

[Disclosure forms](#) provided by the authors are available with the full text of this article at NEJM.org.

Dr. Ho reports serving on an advisory board for Medtronic and serving as an advisor for Cardinal Health; and Dr. Lipman, receiving advisory board fees, paid to his institution, from Bayer and MSD, lecture fees from Pfizer South Africa and MSD South Africa, and honoraria from Pfizer. No other potential conflict of interest relevant to this article was reported.

This article was published on July 7, 2019, at NEJM.org.

A [data sharing statement](#) provided by the authors is available with the full text of this article at NEJM.org.

We thank Michael Corkeron and Frederick Rogers for their contributions as members of the data and safety monitoring committee; and the following trial site investigators and staff for logistic and technical support: Grant Waterer, Elizabeth Wylie, Gregory Van Schie, Duncan Ramsay, Martin Marshall, Jim Anderson, Sana Nasim, Kishore Sieunarine, Jan Neilson, Sharon Kay, Jennifer Chambers, Sheryl Jonescu, Andrea Rose, Maxine Burrell, Catherine Keogh, and members of the ultrasonography, interventional radiology, intensive care unit, and State Trauma Unit teams (Royal Perth Hospital); Matthew Anstey, Jonathan Tibballs, John Ferguson, David Moxon, Allen Yeo, and Brigit Roberts (Sir Charles Gairdner Hospital); Therese Starr and Jenni Butler (Royal Brisbane and Women's Hospital); Gregory Van Schie, Edward Litton, Anne-Marie Palermo, and Marilyn Zelesco (Fiona Stanley Hospital); Fleur Allen, Catherin Broissand, and Toby Bishop (Coroner's Court of Western Australia); and Annie Solterbeck, Robert Traficante, and Ngoc Tran (Statistical Revelations).

**Author Affiliations**

From the Departments of Intensive Care Medicine (K.M.H., J.C.), Neurosurgery (S.H.), and Radiology (P.M.), the State Trauma Unit (S.R., R.Z., C.F.), and the Centre for Implant Technology and Retrieval Analysis, Department of Medical Engineering and Physics (A.K.), Royal Perth Hospital, the Schools of Population and Global Health (K.M.H.), Allied Health (E.G.), and Medicine and Pharmacology (B.W., T.C.), University of Western Australia, and the School of Veterinary and Life Sciences (K.M.H.) and the Western Australian Centre for Thrombosis and Haemostasis (R.I.B.), Murdoch University, Perth, WA, the Departments of Neurosurgery (S.H.) and Intensive Care Medicine (B.W.), Sir Charles Gairdner Hospital, Nedlands, WA, Critical Care Services, Royal Brisbane and Women's Hospital and University of Queensland, Brisbane (J.L., A.H.), and the Department of Intensive Care Medicine, Fiona Stanley Hospital, Murdoch, WA (C.E.) — all in Australia; and Trauma Services, Lancaster General Hospital, University of Pennsylvania, Lancaster (F.B.R.).

Address reprint requests to Dr. Ho at the Department of Intensive Care Medicine, 197 Wellington St., Royal Perth Hospital, Perth, WA 6000, Australia, or at kwok.ho@health.wa.gov.au.