Exhibit D

| | |
|---|---|
| **To:** | Jim Gardner[Jim.Gardner@CookMedical.com] |
| **From:** | Rob Lyles |
| **Sent:** | Mon 8/20/2007 8:33:29 PM |
| **Importance:** | Normal |
| **Subject:** | RE: Bathroom reading on UAE |
| **Received:** | Mon 8/20/2007 8:33:00 PM |

Thanks Jim. Interesting article. Keep me posted if you hear anything more.

Evidence, evidence, evidence ... Not the last we've heard on that topic.

Thank you
Rob

-----Original Message-----
From: Jim Gardner
Sent: Thursday, August 16, 2007 10:49 AM
To: Rob Lyles; Andrew Conder
Subject: Bathroom reading on UAE

 Thought you'd both be interested in the attached.  The "boxed" paragraph at the end adds an alarmist tone, though I've not seen anything from payers about changing their payment policies for UAE, but will pay attention.

Interestingly enough, the same conclusions of this article can be made about any number of areas of medicine; my greatest concern at the moment is that payers are going to take a good, hard look at IVC filter placement and whether any clinical evidence exists to demonstrate it really saves lives or improves patient outcomes in other ways.  At this time, more and more physicians are placing filters on intuition, rather than based on clinical evidence.

jim



James Gardner, M.D., M.B.A.
Director of Reimbursement/Medical Science Officer Cook Inc.
P.O. Box 489
Bloomington, IN  47402
Office: (812) 339-2235, x2113
Cell:  (812) 322-2748
Fax:  (812) 332-0281
jim.gardner@cookmedical.com



-----Original Message-----
From: P48E2@cook-inc.com [mailto:P48E2@cook-inc.com]
Sent: Thursday, August 16, 2007 10:09 AM
To: Jim Gardner
Subject:

This E-mail was sent from "AUDITSAVIN" (C6045).

Scan Date: 08.16.2007 10:08:46 (-0400)
Queries to: P48E2@cook-inc.com

Company Confidential                                                                           CookMDL2570_0427098