Exhibit E

| | |
|---|---|
| To: | Fleck, Bruce[Bruce.Fleck@CookMedical.com]; Millett, Ian[Ian.Millett@CookMedical.com]; Gardner, Jim[Jim.Gardner@CookMedical.com]; Heise, Ted[Ted.Heise@CookMedical.com] |
| Cc: | Neal Fearnot[Fearnot@medinst.com] |
| From: | William Voorhees |
| Sent: | Mon 1/28/2008 1:45:18 PM |
| Importance: | Normal |
| Subject: | RE: JACO VTE Quality Improvement Guidelines |
| MAIL_RECEIVED: | Mon 1/28/2008 1:45:59 PM |

Ted,

I agree with Jim, the issue will be clinical benefit. There probably isn't much data out there, and nowadays the kind of study one would need would probably be considered unethical. Bench data, and probably some animal data, show the ability of the filters to capture various size clots, but the clinical use is prophylactic. I don't think you could ethically run a randomized study, or even practically run such a study (what patient would volunteer for a 50:50 chance of a life-threatening PE?). I certainly hope the reimbursement folk don't try to send us that way. It might be worth writing up our arguments now and shelving them for if and when this becomes and issue.

-Bill

>>> "Heise, Ted" <Ted.Heise@CookMedical.com> 1/28/2008 1:32:31 PM >>>

Good thoughts, Jim.

Do we have any ideas about measures of effectiveness we ought to be
thinking about before (if?) this becomes an issue?

Ted


> -----Original Message-----
> From: Gardner, Jim
> Sent: Monday, January 28, 2008 10:14 AM
> To: William Voorhees; McIntosh, Chuck; Fleck, Bruce; Millett,
> Ian; Heise, Ted
> Cc: Lyles, Rob; Connaughton, Tom; Lavender, April; Alexander,
> Jim; Neal Fearnot; Carling, Shelly
> Subject: RE: JACO VTE Quality Improvement Guidelines
>
> Hi, Bill. I personally don't think this product of the NQF
> should cause us any particular concern. My concern, which
> I've shared with a couple of you over the last couple years,
> is that one day the payers (Medicare, Medicaid, commercial
> plans, etc.) are going to realize they are spending an

Company Confidential   CookMDL2570_0380878

> increasing amount of money on the placement and retrieval of
> IVC filters and that there's not a lot of clinical evidence
> that demonstrates these filters actually improve patient
> outcomes.  As you've pointed out, sponsoring and conducting
> clinical trials to obtain this evidence would be a huge
> undertaking, and I'm not suggesting we go down that path.
> But I am keeping a close eye on payers' medical policies to
> see if/when this hits their radar screen(s).
>
> Jim
>
>
> JAMES GARDNER, MD, MBA
> Director of Reimbursement
> Medical Science Officer
>
> Cook Incorporated
> 750 Daniels Way
> Bloomington, IN  47403
> 812 339-2235 ext. 2113
> 812 322-2748 (Cell)
> 812 332-0281 (Fax)
> www.cookmedical.com <http://www.cookmedical.com/>
> <mailto:jim.gardner@cookmedical.com>
> <mailto:r@cook-inc.com>
>
>
>
> _____
>
> From: William Voorhees [mailto:Voorhees@medinst.com]
> Sent: Monday, January 28, 2008 9:57 AM
> To: McIntosh, Chuck; Fleck, Bruce; Millett, Ian; Gardner,
> Jim; Heise, Ted
> Cc: Lyles, Rob; Connaughton, Tom; Lavender, April; Alexander,
> Jim; Neal Fearnot
> Subject: RE: JACO VTE Quality Improvement Guidelines
>
>
> Ted,
>
> Thanks for this concise summary.  As badly written as the
> original document is, I am impressed that you got this much
> out of it.  I agree with all 4 of your points regarding their
> basic message.  I think our two upcoming manuscripts will add
> vastly to the knowledge base for retrievable filters, but if

> they still have questions about the value of IVC filters in
> general, we have an entirely different problem (as would all
> filter manufacturers).  Do we feel this is a serious concern?
>  Clinical trials for the effectivenss of IVC filters would
> likely be huge.  We may need to think of other ways to
> address any critcism that comes up in that regard.
>
> Your thoughts?
>
> -Bill
>
> William D. Voorhees III, Ph.D.
> Vice President/Chief Science Officer
> MED Institute, Inc.
> Geddes Way
> West Lafayette, IN 47906
>
> Telephone: 765-463-7537
>
> >>> "Heise, Ted" <Ted.Heise@CookMedical.com> 1/27/2008 2:39 PM >>>
>
>
> Hi all,
>
> Here's my take on the messages from the VTE standard:
>
> *data showing filter effectiveness is inadequate to support drafting a
> public reporting standard
> *many retrievable filters are not being retrieved
> *clinical trials are recommended to gather evidence
> *there is some consensus for filter use in patients with known
> thrombosis and contraindications to anticoagulation
>
> While these are not ringing endorsements, neither are they strongly
> negative.  The conclusions seem reasonably accurate, and not terribly
> unbalanced.  In addition, the standard notes a desire not to inhibit
> filter placement in trauma patients as one factor in not
> establishing a
> public reporting standard.
>
> Ian has drafted comments we can consider submitting (attached), but
> there are a couple of considerations.  The window to comment is open
> until January 30 for members of NQF, but Cook's membership expired at
> the end of December--it would cost roughly $20,000 to renew.  It has
> been suggested that the NQF is not well organized, which was
> a factor in

> discontinuing our membership.  This calls into question
> whether comments
> will have any effect on the standard.  In addition, it is not
> clear that
> the few standards issued to date by NQF have had any meaningful effect
> on clinical practice.
>
> In all, commenting seems of doubtful value, but your thoughts would be
> most appreciated.  If a conference call would be helpful, we would be
> glad to arrange one.
>
> Thanks!
>
> Ted
>
>
>
> > -----Original Message-----
> > From: Millett, Ian
> > Sent: Thursday, January 24, 2008 4:47 PM
> > To: Fleck, Bruce; 'Ted Heise'; 'Chuck McIntosh'; Gardner, Jim
> > Cc: 'Rob Lyles'; Alexander, Jim; Lavender, April; William
> > Voorhees; Connaughton, Tom; fearnot@medinst.com
> > Subject: RE: JACO VTE Quality Improvement Guidelines
> >
> > Following up on the below,
> >
> > Members have the opportunity to comment on the draft standard
> > until January 30th.  Cook Group Inc. is a member.
> >
> > We hope to have a draft response out for review by Monday at
> > the latest.  Please take a moment to read the draft
> > guidelines (attached).  Their position on filters is not favorable.
> >
> > Thanks,
> > ism.
> >
> > _____
> >
> > From: Fleck, Bruce
> > Sent: Wednesday, January 23, 2008 2:06 PM
> > To: Ted Heise; Millett, Ian; Chuck McIntosh; Gardner, Jim
> > Cc: Rob Lyles; Alexander, Jim; Lavender, April
> > Subject: JACO VTE Quality Improvement Guidelines
> >
> >

Company Confidential                                                                                              CookMDL2570_0380881

>> Gentlemen,
>>
>> Please check out the attached draft document and description
>> from the JACO website on this VTE quality improvement
>> initiative.  This initiative could seriously reduce the
>> number of filters placed in trauma patients for prophylactic use.
>>
>> The deadline for public comment on this draft document ends
>> today.  It is doubtful that we will be able to respond.
>> However, we need to be aware of what is going on and perhaps
>> encourage some advocates to speak out on this issue.
>>
>> http://www.jointcommission.org/PerformanceMeasurement/Performa
>> nceMeasurement/VTE.htm
>>
>> I'd like to hear your comments and thoughts on the issue.
>>
>> Thanks,
>>
>> Bruce Fleck
>> Sr. Marketing Manager
>> Cook Medical
>> P.O. Box 489
>> Bloomington, IN 47402
>> 800.468.1379 ext. 2127
>> 623.606.3932 (cell)
>>
>>
>
>