# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to Plaintiff(s)

James Buell and Darina Buell

Civil Case # <u>1:17-cv-516</u>

## **ORDER**

IT IS ORDERED that Defendant's Omnibus Motion for Summary Judgment Based on the Applicable Statute of Limitations in the above-referenced matter is hereby DENIED.

Dated this ___ day of _____, 2019.