# Exhibit A

IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff:
MARIA A. IBARRA

Civil Case #     1:17-cv-03363-RLY-TAB

## DECLARATION OF MARIA IBARRA

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Maria A. Ibarra. I am over 21 years of age and suffer from no legal or mental disabilities. The facts stated in this affidavit are within my personal knowledge, true and correct; however, I do not purport to swear to matters identified as assumed; nor do I purport to swear to legal matter.

2. I am Plaintiff in the above-referenced cause.

3. On January 6, 2012, I had a Gunther Tulip IVC filter ("IVC filter") surgically implanted in my inferior vena cava by Dr. Michael Decandia for treatment of deep vein thrombosis. The procedure was performed at Knapp Medical Center in Weslaco, Texas.

4. On April 18, 2012, Dr. Decandia attempted retrieval of the IVC filter, however, it could not be removed because of a possible blood clot was observed at the tip of the filter. No medical professional advised and I was not put on notice of any other problems or complications with the filter other than that removal should be postponed until I received additional anticoagulation therapy.

5. October 4, 2012, Dr. Decandia once again attempted IVC filter retrieval. Once again, however, the filter was unable to be removed. Since October 4, 2012, I have not attempted to have the IVC filter removed.

6. After seeing a television ad in early April, 2016, I became concerned that the failure to retrieve the IVC filter may be due to a defect with the product. I contacted and retained my attorneys on or about April 16, 2016. At that time, the only complication associated with the IVC filter of which I had any knowledge was that

      it could not be retrieved and removed from my body. Otherwise, I was completely unaware of any other problems or complications associated with the IVC filter.

7. On April 5, 2019 I underwent a CT scan of my abdomen at McAllen North Imaging located in McAllen, Texas. On August 22, 2019, my counsel received a copy of imaging results. Upon receiving this report, I learned for the first time that that:

   (a) all four prongs of the IVC filter implanted protrude through the wall of my inferior vena cava approximately 3 to 4 mm;

   (b) the anterior prong of the IVC filter makes contact with second portion of my small bowel;

   (c) the left posterior prong of the IVC filter projects outside the my inferior vena cava at a point that is just posterior to the aorta;

   (d) the right tine of the IVC filter nearly contacts a branch of my right renal artery;

   (e) the right posterior tine of the IVC filter projects outside of my inferior vena cava into the retroperitoneal space.

8. Prior to August 22, 2019, I was unaware that all four of the prongs comprising the IVC filter had perforated through the wall of my inferior vena cava approximately 3 to 4 mm. I was also unaware that the anterior prong of my IVC filter was in contact with a portion of my small bowel. I was also unaware that the left posterior prong protrudes outside my vena cava wall just posterior to my aorta. I was also unaware that the right prong nearly contacts an arterial branch of my right renal artery. Finally, I was unaware that the right posterior prong of the IVC filter extends into my retroperitoneal space. I do not know when these conditions developed. I was first put on notice of these facts regarding the condition of my IVC filter on August 22, 2019.

9. I am currently a resident of the State of Texas. I have resided in Texas continuously since the placement of my IVC filter. I learned of the complications associated with my IVC filter while living in Texas.

                                                    /s/ Maria A. Ibarra