# Exhibit B

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared **Bhagirath Palla**, who, being by me duly sworn, deposed as follows:

My name is **Bhagirath Palla**. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

"I am the custodian of the records of Knapp Medical Center. Attached hereto are **81** pages of records from Knapp Medical Center for services provided to Maria A. Ibarra on **March - September 2014**. The attached records are a part of this affidavit.

The attached records were made and kept by Knapp Medical Center in the regular course of business. It is the regular course of business of Knapp Medical Center for an employee or representative of Knapp Medical Center to make records such as those attached hereto. The information contained in the attached records was transmitted to me in the regular course of business by Knapp Medical Center or an employee or representative of Knapp Medical Center who had personal knowledge of the information transmitted. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the original or an exact duplicate of the original."

_____
Affiant

SWORN TO AND SUBSCRIBED before me on this ____ day of _____, 2019.

_____
Notary Public, State of TX

_____
Notary's printed name

My commission expires: _____

See attached
CA Jurat —JPW

21314

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1-6 below)
☐ See Statement Below (Lines 1-6 to be completed only by document signer[s], not Notary)

_____   _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Bernardino

Subscribed and sworn to (or affirmed) before me on this 27 day of Sep., 20 19, by
(1) Bhagirath Palla
(and 2) _____
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Seal: JUSTINE PATSY WIGGINTON, COMM. #2172055, Notary Public - California, SAN BERNARDINO COUNTY, My Comm. Exp. NOV 17, 2020]

Place Notary Seal and/or Stamp Above

——— OPTIONAL ———

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Business Records Affidavit
Document Date: No Date    Number of Pages: 1
Signer(s) Other Than Named Above: No Other Signer(s)

©2017 National Notary Association

OneContent: Generated By PHSI\rmedikonduru1

KNAPP MEDICAL CENTER PREOP HISTORY AND PHYSICAL
1401 East Eighth - Weslaco, Texas 78596

KNAPP MEDICAL CENTER PREOP HISTORY AND PHYSICAL
1401 East Eighth - Weslaco, Texas 78596

MEDICAL RECORD NO: 9000047972 VISIT ID: 1000289051

PATIENT: IBARRA, MARIA ARACELI
AGE: 46 RM: 5S 503 1

PHYSICIAN: Jose L Villalobos, Jr., MD
ADMISSION DATE: 04/18/2012

SOURCE OF INFORMATION:
The history is taken primarily by the patient who appears reliable and also with a conversation I had with Dr. Michael DeCandia who referred the patient for direct admission.

PRIMARY CARE PHYSICIAN:
Nuestra Clinica del Valle in Edcouch-Elsa.
Hematologist is Dr. Daniel Farray.

CHIEF COMPLAINT:
Radiographic image suggestive of deep venous thrombosis above the patient's IVC filter.

HISTORY OF PRESENT ILLNESS:
The patient is a pleasant 45-year-old female that presented to the hospital for an outpatient procedure with Dr. Michael DeCandia. She had an IVC filter placed for deep venous thrombosis. This was done in January. She has completed three months of anticoagulation and was sent to Dr. Michael DeCandia for IVC filter retrieval. On his evaluation before the procedure, he noted through radiographic imaging that there appeared to be a filling defect above the IVC filter. He ordered a formal CAT scan at that point and there was indeed a small defect at the tip of the IVC filter which was suggestive of a clot. At that point he contacted me. We discussed the case and decided to hospitalize the patient for heparin and anticoagulation. The patient has had a colectomy sometime in January, and this was done by Dr. Sandra Esquivel. The patient refers that this was done at Knapp, but I do not see any records of it in the electronic medical record. The patient states that she had a total colectomy and colostomy created, and since this she has been on anticoagulation for approximately three months. Two weeks before this particular admission she had some spotting of blood through her rectum and anticoagulation was discontinued at that time. She has not reported any further episodes of bleeding either per rectum or in his colostomy bag. For her ulcerative colitis, before the surgery she was on prednisone and on Asacol, but has not been on these medications since then. She denies any extra gastrointestinal symptoms.

PAST HISTORY:
Significant for ulcerative colitis and deep venous thrombosis, having recently completed three months of anticoagulation.
SURGICAL: Colectomy with colostomy by Dr. Esquivel for ulcerative colitis flare and inferior vena cava filter placed.

ALLERGIES: No known drug allergies.

OneContent: Generated By PHSI\rmedikonduru1

# Knapp Medical Center
## Imaging Department
1401 E. Eighth Street
Weslaco, TX
(956)969-5461

Patient Name: IBARRA, MARIA ARACELI                      Procedure #: 1484040

Med Rec #: 9000031087                           Visit ID: 1000289051
Patient Location: 503-1                         Patient Type: INPATIENT
DOB: 05/17/1965        Gender: F    Age: 46Y    Phone: (956)355-2741

Exam Reason: filter removal
Order Phys: FARRAY MD, DANIEL                   Read By: DECANDIA MD, MICHAEL
Procedure: 04/18/12 10:45 SP-S IVC Venogram

INFERIOR VENA CAVAGRAM/INFERIOR VENA CAVA FILTER PLACEMENT.

The patient was placed in the supine position in the fluoroscopic suite and the right neck was prepped and draped in the usual sterile fashion.

Under sonographic guidance, side wall puncture of the right internal jugular vein was performed with a micropuncture needle and the needle was exchanged for a 5 French catheter. A 0.035 Bentson wire was placed with a 5-French catheter and manipulated through the filter into the infrarenal inferior vena cava.

Next, a pigtail catheter was placed over the guidewire below the filter and an inferior venacavogram was performed. Images obtained demonstrate no evidence of filling defect/clot within the inferior vena cava below the filter. However, at the level of the renal vein wash-in, there is noted to be a round filling defect within the inferior vena cava which appears to be adherent to the hook of the filter. Multiple obliquities were obtained confirming that this filling defect was real and probably representative of an adherent clot. Given these findings IVC filter removal was not undertaken. The patient was sent to the CT department for confirmation of our suspicions.

The pigtail catheter was removed over a guidewire, and hemostasis in the right neck was achieved using manual compression.

IMPRESSION:

Findings of a filling defect appreciated on the hook of an infrarenal IVC filter, most likely representative of a blood clot. See discussion above.


BY: MD/023
D: 04/18/2012 04:50 P #11977124
T: 04/18/2012 06:06 P #832399 Edited: 04/19/2012 17:21 By: 80

REQ SEQ NO. 1484040
VISIT ID: 1000289051

Read By: DECANDIA MD, MICHAEL

Transcribed: 04/19/2012 17:21 By: DECANDIA MD, MICHAEL                Visit ID: 1000289051

Confidentiality Notice: The information contained in this facsimile may be privileged and confidential. It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

Page 1 of 2

Patient: IBARRA, MARIA ARACELI   MRN: 9000031087   Page 1 of 2                     Bates000002

OneContent: Generated By PHSI\rmedikonduru1

# Knapp Medical Center
## Imaging Department
1401 E. Eighth Street
Weslaco, TX
(956)969-5461

Patient Name: IBARRA, MARIA ARACELI                                           Procedure #: 1484113

Med Rec #: 9000031087                                        Visit ID: 1000289051
Patient Location: 503-1                                      Patient Type: INPATIENT
DOB: 05/17/1965           Gender: F           Age: 46Y       Phone: (956)355-2741

Exam Reason: ivc thrombosis
Order Phys: FARRAY MD, DANIEL                                Read By: DECANDIA MD, MICHAEL
Procedure: 04/18/12 15:05 CT Abdomen And Pelvis W Contrast

CT ABDOMEN AND PELVIS WITH CONTRAST

CT abdomen and pelvis was performed from the dome of the diaphragm to the symphysis pubis with the use of IV contrast.

Examination of the images obtained demonstrates the visualized portion of the enhanced liver and spleen to be relatively homogenous in attenuation. The gallbladder and pancreas appear grossly unremarkable.

The patient has findings of an infrarenal inferior vena cava filter. Prior inferior venacavogram demonstrated a small filling defect appreciated just above the tip of the filter. This filling defect is seen on CT examination delayed images and measures approximately 1 cm in diameter.

Renal masses are otherwise not appreciated. Obstructive uropathy is not seen. An ostomy site is present in the right lower quadrant of the abdomen. The patient reportedly has had colonic resection. The rectosigmoid remnant is moderately distended and fluid-filled. Reportedly, the patient has been experiencing rectal bleeding.

IMPRESSION:

Findings confirming a small approximately 1 x 1 cm filling defect on the tip of the infrarenal IVC filter. This is probably representative of adherent clot.

IVC filter needs to be removed. Possibly catheter directed thrombolysis can be undertaken in the short term prior to IVC filter removal.

BY: MD/023
D: 04/18/2012 04:50 P #11977124
T: 04/18/2012 06:14 P #832400

REQ SEQ NO. 1484113
VISIT ID: 1000289051

### Read By: DECANDIA MD, MICHAEL

Transcribed: 04/18/2012 18:14 By: DECANDIA MD, MICHAEL                        Visit ID: 1000289051

Confidentiality Notice: The information contained in this facsimile may be privileged and confidential. It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

OneContent: Generated By PHSI\rmedikonduru1

KNAPP MEDICAL CENTER CONSULTATION REPORT
1401 East Eighth - Weslaco, Texas 78596

KNAPP MEDICAL CENTER CONSULTATION REPORT
1401 East Eighth - Weslaco, Texas 78596

MEDICAL RECORD NO: 9000031087  VISIT ID: 1000289051

PATIENT: IBARRA, MARIA ARACELI
AGE: 46  RM: 5S 503 1

CONSULTING PHYSICIAN: Habib Ghaddar, MD

REFERRING PHYSICIAN: Daniel Farray-Berges, MD

ADMISSION DATE: 04/18/2012
CONSULTATION DATE: 04/19/2012

REFERRING PHYSICIAN:
Jose Villalobos, MD

REASON FOR CONSULTATION:
Deep venous thrombosis.

HISTORY OF PRESENT ILLNESS:
The patient is a 46-year-old lady who is followed by Dr. Farray for left lower extremity deep venous thrombosis. She was initially seen in consultation at the hospital when she had ulcerative colitis with bleeding. She had left lower extremity deep venous thrombosis. An IVC filter was placed in January of 2012. The patient underwent total colectomy. She was scheduled to have the IVC filter removed after three months of anticoagulation. At the time of the procedure a clot was found at the place of the filter. The procedure was therefore aborted, and the patient was admitted for anticoagulation. A week ago the patient had two episodes of bleeding from
the rectal stump. She has not had any bleeding for the past three days. She is currently on heparin drip without any bleeding complications.

PAST HISTORY:
Ulcerative colitis, deep venous thrombosis.

ALLERGIES: No known allergies.

MEDICATIONS:
Ferrous sulfate, Zithromax, Lopressor, heparin drip.

PERSONAL AND SOCIAL HISTORY:
Noncontributory.

FAMILY HISTORY:
Noncontributory.

REVIEW OF SYSTEMS:
Negative for headache, dizziness, diplopia, peripheral focal weakness, and numbness. No abdominal pain, nausea, or vomiting. No cough, shortness of breath, chest pain, or palpitations. No hematuria, dysuria, or skin rash.

PHYSICAL EXAMINATION:
GENERAL: She is a healthy-looking lady who does not appear to be in any acute

OneContent: Generated By PHSI\rmedikonduru1

# Knapp Medical Center
## Imaging Department
1401 E. Eighth Street
Weslaco, TX
(956)969-5461

Patient Name: IBARRA, MARIA ARACELI                             Procedure #: 1514722

Med Rec #: 9000031087                           Visit ID: 1000327287
Patient Location: 4288-1                        Patient Type: OUTPATIENT
DOB: 05/17/1965        Gender: F     Age: 47Y   Phone: (956)355-2741

Exam Reason: thrombosis
Order Phys: FARRAY MD, DANIEL                   Read By: DECANDIA MD, MICHAEL
Procedure: 10/04/12 09:21 SP-S IVC Venogram

IVC FILTER RETRIEVAL

The patient was placed in the supine position in the fluoroscopic suite and the right neck was prepared and draped in the usual sterile fashion.

Under sonographic guidance, sidewall puncture of the right internal jugular vein was performed with a micropuncture needle and the needle was exchanged for a 7-French vascular sheath. The 7-French vascular sheath was exchanged for a 10-French long retrieval sheath.
The loop-snare guidewire and its respective catheter was placed through the delivery sheath, and positioned in the inferior vena cava. Contrast was injected, confirming that there is no evidence of clot within the in the inferior vena cava.

The loop-snare guidewire was then coiled around the hook of the filter and securely snared.

Over the snare, an outer collapsing catheter was pushed over the filter in an attempt to dislodge it from the wall of the IVC. The filter closed approximately 80% only. Advancement of the sheath down to the tips of legs of the filter was not achieved. I suspect that what was actually occurring is inferior vena cava wall adherence to the filter, and cinching of the inferior vena cava. The filter was released. Initially, the filter only partially opened. Approximately 2 to 3 minutes of waiting time occurred, and repeat imaging demonstrated complete re-opening of the filter.

A 4-French straight catheter was then manipulated with the guidewire through the filter into an infrarenal position. Contrast was injected, confirming that there is no evidence of contrast extravasation from the inferior vena cava. The is persistent, mild cinching of the infrarenal inferior vena cava. I suspect that over time the filter will re-expand and will never migrate.

The delivery sheath was removed and hemostasis was obtained in the neck using manual compression.

The patient tolerated the procedure well without complications.

IMPRESSION:

Unsuccessful removal of an infrarenal G nther Tulip IVC filter most likely due to long-term residence in the inferior vena cava.

Transcribed: 10/04/2012 17:29 By: DECANDIA MD, MICHAEL                Visit ID: 1000327287

Confidentiality Notice: The information contained in this facsimile may be privileged and confidential. It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.