# Exhibit C

IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff:
MARIA A. IBARRA

Civil Case #      1:17-cv-03363-RLY-TAB

### DECLARATION OF JOHN W. PATE

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. My name is John W. Pate. I am over 21 years of age and suffer from no legal or mental disabilities. The facts stated in this declaration are within my personal knowledge, true and correct; however, I do not purport to swear to matters identified as assumed; nor do I purport to swear to legal matter.

2. I am a partner for the firm of Heygood, Orr & Pearson and counsel for Plaintiff in the above-referenced cause.

3. On August 22, 2019, my office received a copy of a radiology imaging report from McAllen North Imaging. That report delineated the findings of an abdominal CT performed on Maria Ibarra on April 5, 2019.

4. Plaintiff's Profile Sheet in this case was initially uploaded to the FaegreBD Secure online portal on October 13, 2017. The only adverse outcome attributed to the IVC filter identified in that document is: "Device Unable to Be Retrieved." A copy of Plaintiff's Profile Sheet is attached hereto as Exhibit C-1.

5. Plaintiff's Amended Profile Sheet in this case was uploaded to the FaegreBD Secure online portal on August 22, 2019. A copy of the amended excerpts of Plaintiff's Profile Sheet is attached as Exhibit C-2. Plaintiff's Amended Case Categorization Form ("CCF") was submitted to Defendants on October 3, 2019. A copy of the amended CCF is attached as Exhibit C-3.

/s/ John W. Pate