# Exhibit C-2

2. Type of retrieval:  Retrieval was called off due to a filling defect (suggestive of a clot) which was seen by CT scan at the tip of the IVC filter
3. Retrieval physician (Name/Address): Scheduled physician was Dr. Michael DeCandia
4. Medical Facility (Name/Address): Knapp Medical Center, 1401 E. 8th St., Weslaco, TX
5. Reason for Retrieval:  She was scheduled to have the filter removed following three months of anticoagulation therapy for DVT.

---

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts):  Attempted retrieval on  10/04/2012
2. Type of retrieval:  Guidewire loop and snare technique through the right internal jugular vein
3. Retrieval physician (Name/Address):   Michael DeCandia, MD
4. Medical Facility (Name/Address):  Knapp Medical Center
5. Reason for Retrieval:  Implantation of the filter was intended to be temporary but filter could not be removed - due possibly to long-term residence in the inferior vena cava

1. Date of retrieval (including any attempts):
2. Type of retrieval:
3. Retrieval physician (Name/Address):
4. Medical Facility (Name/Address):
5. Reason for Retrieval:

1. Date of retrieval (including any attempts):
2. Type of retrieval:
3. Retrieval physician (Name/Address):
4. Medical Facility (Name/Address):
5. Reason for Retrieval:

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | **X  Other**  IVC tine in contact with small bowel |
| **X  Tilt** | **X  Other**  IVC tine near contact with renal artery |
| **X  Vena Cava Perforation** | ☐ **Other**  IVC tine near contact with aorta |
| ☐ **Fracture** | ☐ **Other** |

| | |
|---|---|
| **X   Device is unable to be retrieved** | ☐ **Other**_____ |
| ☐ **Bleeding** | ☐ **Other**_____ |
| ☐ **Organ Perforation** | ☐ **Other**_____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

 Imaging study_____          by Knapp Regional Medical Center_____
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

 Imaging study                          McAllen North Imaging
_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

 Plaintiff has undergone two unsuccessful attempts to remove the device which has resulted in continued anxiety and pain and suffering.  Additionally, Plaintiff is concerned about what the potential risks are for a filter (which is supposed to be retrievable) that has been implanted for almost six years.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age  52_____      Height 5'0"  Weight 180 lbs._____

2. Provide your:  Age 48_____  Weight 150 lbs._____(Approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s)