# Exhibit C-3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## Amended Categorization Form

A. Plaintiff's Name: Maria A. Ibarra

B. Plaintiff's Case Number: 1:17-cv-03363

C. Plaintiff's Counsel (Lead Firm Name): Heygood, Orr & Pearson

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1:_____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2:_____

   Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3:_____

Briefly describe claimed complication/outcome/injury: _____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: _X___

   Briefly describe claimed complication/outcome/injury: <u>Plaintiff's filter has become embedded and is not retrievable.</u>

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: _X___

   Briefly describe claimed complication/outcome/injury: <u>Plaintiff's 1st retrieval attempt was called off due to a filling defect suggestive of a clot which was seen by CT scan at the tip of the filter. The 2nd retrieval attempt done 6 months later (and after anticoagulation therapy) was unsuccessful as the filter could not be removed. Even though the filter was supposed to be temporary, it could not be removed due possibly to long-term residence in the inferior vena cava.</u>

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: __X___

   Briefly describe claimed complication/outcome/injury:

   - All four tines (prongs) of the IVC filter implanted in Plaintiff are protruding through the wall of her inferior vena cava approximately 3 to 4 mm;

   - The anterior tine of the IVC filter is making contact with second portion of Plaintiff's small bowel;

   - The left posterior tine of the IVC filter is protruding outside the Plaintiff's inferior vena cava at a point that is just posterior to the aorta;

   - The right tine of the IVC filter is nearly contacting a branch of Plaintiff's right renal artery;

   - The right posterior tine of the IVC filter is projecting outside of Plaintiff's inferior vena cava into the retroperitoneal space.

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:_____.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

   (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

   Briefly describe claim of symptomatic injury: _____

   (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

   Briefly describe claim of symptomatic injury: _____

   (g) DVT or other blood clot caused by filter;

   Briefly describe claim of symptomatic injury: _____

   (h) infection;

   Briefly describe claim of symptomatic injury: _____

    (i) bleeding;

Briefly describe claim of symptomatic injury: _____

    (j) death; and

Briefly describe claim of symptomatic injury: _____

    (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _____

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:     <u>Charles W. Miller</u>

Plaintiff's Counsel's Firm:     <u>Heygood, Orr & Pearson</u>