# Exhibit D

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared Sarah Escobar, who, being by me duly sworn, deposed as follows:

My name is Sarah Escobar. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

"I am the custodian of records of McAllen North Imaging. Attached hereto are 2 pages of records from McAllen North Imaging for services provided to Maria A. Ibarra, DOB: 05/17/1965; SSN: 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 on 4/5/2019. The attached records are a part of this affidavit.

The attached records were made and kept by McAllen North Imaging in the regular course of business. It is the regular course of business of McAllen North Imaging for an employee or representative of McAllen North Imaging to make records such as those attached hereto. The information contained in the attached records was transmitted to me in the regular course of business by McAllen North Imaging or an employee or representative of McAllen North Imaging who had personal knowledge of the information transmitted. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the original or an exact duplicate of the original."

_Sarah Escobar_
Affiant

SWORN TO AND SUBSCRIBED before me on this 27th day of September, 2019.

_Yvonne Gonzalez_
Notary Public, State of Texas

_Yvonne Gonzalez_
Notary's printed name

[SEAL: YVONNE GONZALEZ, Notary Public, State of Texas, Comm. Expires 12-20-2020, Notary ID 130937959]

My commission expires: 12/20/2020

# McAllen North Imaging
5030 North 10th Street ~ McAllen, Texas 78504
Tel. (956) 668-0702 ~ Fax (956) 682-6108

**PATIENT'S NAME:** Ibarra, Maria A.
**DATE OF BIRTH:** 05/17/1965
**X-RAY #:** 85621
**REFERRING PHYSICIAN:** Ramin Ahmadi, M.D.

---

CT OF THE ABDOMEN WITHOUT CONTRAST, 04/05/2019

CLINICAL HISTORY: IVC filter for blood clots.

TECHNIQUE: 5 mm axial images through the abdomen are submitted with reformatted coronal and sagittal images.

FINDINGS: The visualized lung bases are clear.

The liver is unremarkable. No gross mass or intrahepatic biliary dilation. The gallbladder has been previously removed.

The spleen, adrenal glands, and pancreas are unremarkable.

Both kidneys are symmetric. No mass, cyst or evidence of obstruction. No nephrolithiasis.

No significant lymphadenopathy. No free intraperitoneal air or fluid.

No significant osseous abnormality.

The visualized abdominal bowel is unremarkable except for incompletely imaged right abdominal ventral hernia with a defect measuring 39 mm. The small bowel appears to be involved without gross incarceration or evidence of obstruction.

An IVC filter is present. The tip of the IVC filter is at the renal veins not below. The apex of the filter is relatively central in the IVC. The IVC filter has four tines that protrude through the IVC all approximately 3 to 4 mm. The anterior tine contacts the second portion of the small bowel. The left posterior tine is just posterior to the aorta. The right tine nearly contacts a right renal artery secondary branch. The right posterior tine is in the retroperitoneal space. No broken tines or fragmented IVC filter.

CONTINUATION ON NEXT PAGE.....................

**PATIENT NAME: Ibarra, Maria A.**                                            **PAGE 2**

IMPRESSION:
1. No acute abdominal pathology.
2. IVC filter as described above.


*Barry A Cook MD*

Barry G Cook MD PA
Board Certified Radiologist
Thank you for the consultation.
(956) 467-9552
BGCRadiology@gmail.com