IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff:
MARIA A. IBARRA

Civil Case #     1:17-cv-03363-RLY-TAB

**INDEX ACCOMPANYING PLAINTIFF MARIA IBARRA'S RESPONSE TO THE COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON <u>STATUTE OF LIMITATIONS</u>**

COMES NOW, Maria Ibarra ("Plaintiff") and files this Index Accompanying Plaintiff's Response to Defendants Motion for Summary Judgment Based on Statute of Limitations in compliance with Local Rule 5-1 and 5-6.

Respectfully submitted,

*/s/Charles W. Miller, Esq.*
Charles W. Miller
***HEYGOOD, ORR & PEARSON***
6363 North State Highway 161, Suite 450
Irving, Texas 75038
Phone:  214-237-9001
Fax:  214-237-9002
charles@hop-law.com

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Charles W. Miller*

## EXHIBIT INDEX

| Description of Document | Pages |
|---|---|
| **Exhibit A – Declaration of Maria A. Ibarra** | **n/a** |
| **Exhibit B – Five (5) Excerpted Pages of Plaintiff's Medical Records from Knapp Medical Center [Total records consist of 774 total pages]** | **Bates No. 000001 - 000005** |
| **Exhibit C – Declaration of John W. Pate** | **n/a** |
| **Exhibit C-1 – Plaintiff's Profile Sheet** | **n/a** |
| **Exhibit C-2 – Plaintiff's Amended Profile Sheet** | **n/a** |
| **Exhibit C-3 – Plaintiff's Case Categorization Form** | |
| **Exhibit D – McAllen North Imaging Report** | **n/a** |