# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:  THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   1:14-ml-2570-RLY-TAB (and applicable member cases, including 1:17-cv-00692)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Nathan A. Duncan | Nathan A. Duncan |
| **Law Firm, Company, and/or Agency:** | Douglas, Haun & Heidemann, P.C. | Peck Hadfield Baxter Moore |
| **Address:** | 111 W. Broadway<br>Bolivar, MO 65613 | 399 N. Main, Suite 300<br>Logan, UT 84321 |
| **Primary E-mail:** | nathan@dhhlawfirm..com | nduncan@peckhadfield.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | 417-326-5261 | 435-787-9700 |
| **Facsimile:** | 417-326-2845 | 435-787-2455 |

Date: 10/3/19                    s/ Nathan A. Duncan

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.