# **EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Jose Trevino v. Cook et al 1:17-cv-2728

STATE OF Texas
COUNTY OF Medina.

### AFFIDAVIT OF JOSE TREVINO

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2. I am a resident of Natalia, Texas, where I have lived for many years.

3. I am currently 65 years old, and I was implanted with an IVC Filter.

4. Cook has not taken my deposition in connection with this lawsuit.

5. In November of 2015, I became aware that the IVC Filter that was implanted in me was manufactured by Cook and that it was likely defective and that it was likely causing my injuries. Before November of 2015, I was not aware that Cook's IVC Filter caused my injuries.

I declare under the penalty of perjury under the laws of the State of Texas that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

Date: 8-27-2019                    Signature: _____

BEFORE ME, the undersigned authority, the person known to be Kandace Jones personally appeared on the signature date shown and acknowledged under oath to my satisfaction that she has signed, sealed and delivered this document as his or her act and deed for the purposes therein expressed and in the capacity therein expressed.

_____
Signature of Notary

Julie Anne Key
_____
Notary Public in and for the State of
Jurisdiction of Medina Co., Texas

07/20/2020
_____
Date Notary Commission Expires

[Notary Seal: JULIE ANNE KEY, NOTARY PUBLIC, STATE OF TEXAS, 07/20/2020]

Place Notary Seal or Stamp in this Space
or Notary Number