IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Amber Taylor, Case No. 1:18-cv2549

Alicia Medford, Case No. 1:18-cv2940

Terry Deleski, Case No. 1:18-cv498

Betty Poteat, Case No. 1:19-cv-00843

**<u>Exhibit B - Amber Taylor Affidavit</u>**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

### AFFIDAVIT OF AMBER TAYLOR

1. I am a resident of Cost, Texas, am over the age of 18, and am of sound mind.

2. I make these statements based upon my personal knowledge, experience, and recollection. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

3. In March of 2011, I was implanted with an IVC Filter after I was diagnosed with deep vein thrombosis in my leg.

4. In March of 2011, I was advised by my physician that the IVC filter should be removed a year later.

5. I was scheduled for the IVC filter removal in March of 2012.

6. After attempting to remove the filter, my surgeon indicated that the IVC filter could not be removed because it had become embedded. I was not informed that leaving the filter permanently implanted would put me at additional risk of harm in the future.

7. In 2016, I learned through my mother that IVC filters might be defective.

8. Immediately following, I retained the Johnson Law Group to represent me as my attorney.

9. Before 2016, I was not aware of the causal connection between the unsuccessful removal and Cook's wrongdoing. Nor was I aware of the potential likelihood of suffering from future complications related to the implanted filter.

10. I first learned that the IVC filter was perforating my inferior vena cava vein in 2018.

11. I was advised by my physician that I should monitor the placement of the IVC filter yearly.

## VERIFICATION

THE STATE OF TEXAS

COUNTY OF Gonzales

One this day, before the undersigned notary public, appeared AMBER TAYLOR, known to me to be the person who has written her name below and who upon oath, stated that she has read her foregoing affidavit, and the answers are true and correct.

*Amber Taylor*

Amber Taylor

SWORN AND SUBSCRIBED before me by Amber Taylor on the 30 day of September 2019, to certify which witness my hand and seal of office.

*[signature]*

Notary Public in and for the State of Texas

VANESSA OCHOA
Notary Public, State of Texas
My Comm. Exp. 12-08-2022
ID No. 13004592-1