IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Amber Taylor, Case No. 1:18-cv2549

Alicia Medford, Case No. 1:18-cv2940

Terry Deleski, Case No. 1:18-cv498

Betty Poteat, Case No. 1:19-cv-00843

**<u>Exhibit D - Alicia Medford Affidavit</u>**

Sep 30 2019 03:40PM QT 970 KIOSK 2146230828 page 1
Case 1:14-ml-02570-RLY-TAB   Document 12034-2   Filed 10/03/19   Page 2 of 3 PageID #: 87712
From: Analisa del Pozo   Fax: 17136269336   To:   Fax: (214) 623-0473   Page: 2 of 3   09/28/2019 11:27 AM

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

### AFFIDAVIT OF ALICIA MEDFORD

1. I am a resident of Garland, Texas, am over the age of 18, and am of sound mind.

2. I make these statements based upon my personal knowledge, experience, and recollection. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

3. In January of 2008, I was implanted with an IVC Filter after I was involved in a motor vehicle accident and was advised by my physician that I needed the filter to prevent blood clots.

4. I was advised by my physician that the IVC filter should be removed once I had recovered from the accident and the risk of clotting had passed.

5. I was scheduled for the IVC filter removal in July of 2008.

6. After attempting to remove the filter, my surgeon indicated that the IVC filter could not be removed because it had become embedded. I was not informed that leaving the filter permanently implanted would put me at additional risk of harm in the future.

7. In 2016, I learned through my mother that IVC filters might be defective.

8. Immediately following, I retained the Johnson Law Group to represent me as my attorney.

9. Before 2016, I was not aware of the causal connection between the unsuccessful removal and Cook's wrongdoing. Nor was I aware of the potential likelihood of suffering from future complications related to the implanted filter.

Sep 30 2019 03:40PM QT 970 KIOSK 2146230828 page 2
Case 1:14-ml-02570-RLY-TAB   Document 12034-2   Filed 10/03/19   Page 3 of 3 PageID #: 87713
From: Analisa del Pozo    Fax: 17136259336    To:    Fax: (214) 623-0473    Page: 3 of 3    09/28/2019 11:27 AM

## VERIFICATION

THE STATE OF TEXAS

COUNTY OF Dallas

One this day, before the undersigned notary public, appeared ALICIA MEDFORD RODRIGUEZ, known to me to be the person who has written her name below and who upon oath, stated that she has read her foregoing affidavit, and the answers are true and correct.

Alicia Medford Rodriguez

SWORN AND SUBSCRIBED before me by Alicia Medford Rodriguez on the 30th day of September 2019, to certify which witness my hand and seal of office.


JESUS RODRIGUEZ
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 03/05/2022
NOTARY ID 13147745-4

Notary Public in and for the State of Texas