IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL NO. 2570

This document relates to:
JOHN MAUCK
Civil Case No. 1:17-cv-3328

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF JOHN MAUCK

I, John Mauck, do declare the following to be true and correct to the best of my knowledge:

1. I am a resident of Amissville, Virginia.

2. I was implanted with a Cook Celect Vena Cava Filter at Fairfax Hospital, in Fairfax, Va., on September 29, 2012.

3. My doctor attempted to remove the filter on April 25, 2013, after which I was informed the filter was embedded in my inferior vena cava. This procedure took place at Fairfax Hospital in Fairfax, Va.

4. Cook has not taken my deposition in this litigation.

5. In August of 2016, I learned from a television commercial that my Cook Celect IVC filter might be defective and that this defect may have caused or contributed to my injury. Before August 2016, I was not aware of the causal connection between my injuries and the Cook Celect filter device.

6. Before August 2016, I believed the Cook Celect IVC filter device to be safe and not defective for its intended purpose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2019

_____
John Mauck

**Ex. 1**