IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
John Mauck

Civil Case # 1:17-cv-3328

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   John Mauck

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   n/a

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Virginia

**Ex. 2**

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Virginia

6. Plaintiff's/Deceased Party's current state:

   Virginia

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court District Western District of Virginia, Harrisonburg Division

8. Defendants (check Defendant against whom Complaint is made):

   [✔] Cook Incorprated

   [✔] Cook Medical LLC

   [✔] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✔] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   8 through 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- [ ] Günther Tulip® Vena Cava Filter
- [x] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:

September 29, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

Inova Fairfax Hospital

Falls Church, Virginia

13. Implanting Physician(s):

Dr. David Spinosa

14. Counts in the Master Complaint brought by Plaintiff(s):

- [x] Count I: Strict Products Liability - Failure to Warn
- [x] Count II: Strict Products Liability - Design Defect
- [x] Count III: Negligence
- [x] Count IV: Negligence Per Se
- [x] Count V: Breach of Express Warranty

|☑| Count VI: | Breach of Implied Warranty |
|☑| Count VII: | Violations of Applicable ___Virginia___ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
|☐| Count VIII: | Loss of Consortium |
|☐| Count IX: | Wrongful Death |
|☐| Count X: | Survival |
|☑| Count XI: | Punitive Damages |
|☐| Other(s):_____ (please state the facts supporting this Count in the space immediately below) |

15. Attorney for Plaintiff(s):

    Stephen B. Murray, Jr.

16. Address and bar information for Attorney for Plaintiff(s):

    Murray Law Firm, 650 Poydras Street, Suite 2150, New Orleans, Louisiana 70130

    LA Bar # 23877

RESPECTFULLY SUBMITTED this  19th   of  September     , 2017.

                MURRAY LAW FIRM

                By:  */s/ Stephen B. Murray, Jr.*
                    Stephen B. Murray, Jr.
                    650 Poydras Street
                    Suite 2150
                    New Orleans, LA 70130
                    Phone: (504) 525-8100
                    Fax: (504) 584-5249
                    smurrayjr@murray-lawfirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this  19th   day of  September        , 2017, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears  
Rosen & Spears  
5075 Westheimer, Suite 760  
Houston, TX 77056  

Cliff W. Marcek  
Cliff W. Marcek, P.C.  
700 South Third Street  
Las Vegas, NV 89101  

Anthony James Urban  
Law Offices of Anthony Urban, P.C.  
474 N. Centre Street, Third Floor  
Pottsville, PA 17901  

David J. Britton  
Law Offices of David J. Britton  
2209 N. 30th Street, Suite 4  
Tacoma, WA 98403

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

Wilnar J. Julmiste
Anderson Glenn LLP
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

                                                    */s/ Stephen B. Murray, Jr.*