IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____


This Document Relates to the following Plaintiff:

       Rafael Penaranda
       Civil Case #1:16-cv-01005-RLY-TAB

_____

**PLAINTIFF'S RESPONSE IN OPPOSITION TO THE COOK DEFENDANT'S
OMNIBUS MOTION FOR SUMMARY JUDGMENT**


       COMES NOW Plaintiff Rafael Penaranda, by and through Plaintiff's counsel of record,

in response to Defendants Cook et al.'s Motion for Summary Judgment on statute of limitation

grounds and advises this Court that Plaintiff is unable to offer facts or argument in opposition to

Defendant's Motion for Summary Judgment on statute of limitation grounds. However, to the

extent that Cook relies on Plaintiff's Case Categorization Form as support, Plaintiff respectfully

submits that Cook's reliance on the Form is improper because the Form states that it "is for the

purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order

and Bellwether Selection Plan **only** and is not admissible and is not to be considered relevant for

any other purpose." (Dkt. 9638-1 at 64998 (emphasis added)). Therefore, Plaintiff Rafael

Penaranda respectfully asks the Court to deny the Cook Defendants' Renewed Omnibus Motion

for Summary Judgment Based on Applicable Statute of Limitations (Dkt. 11725) in the above-

referenced case.

1

Respectfully submitted:

*/s/ Sindhu S. Daniel*_____

Sindhu S. Daniel
NJ Bar No. 010711996
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
sdaniel@baronbudd.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Sindhu S. Daniel*