IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Amber Taylor, Case No. 1:18-cv-2549

Alicia Medford, Case No. 1:18-cv-2940

Terry Deleski, Case No. 1:18-cv-498

Betty Poteat, Case No. 1:19-cv-00843

## PLAINTIFFS' MOTION FOR ORAL ARGUMENT PURSUANT TO RULE 7-5

Pursuant to Local Rule 7-5, Plaintiffs respectfully submit this Motion and request the Court hear oral argument regarding their Response in Opposition to Cook's Omnibus Motion for Summary Judgment.

Plaintiffs believe oral argument will help the Court understand the legal and factual basis for the relief requested. Furthermore, the issues involving this matter are unique to each individual Plaintiff and drastic in their prejudicial nature to the individual plaintiffs if Cook's Motion for Summary Judgment is granted. Plaintiffs believe that oral argument should take 20 minutes per Plaintiff.

Dated: October 3, 2019                    Respectfully submitted,

/s/ Basil E. Adham
Basil E. Adham
TX Bar No. 24081742
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com
*ATTORNEY FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on, October 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

             /s/ Basil E. Adham
             Basil E. Adham