IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

KANDACE JONES

Civil Case #1:18:-cv-3131

**MOTION TO AMEND SHORT-FORM COMPLAINT**

Plaintiff Kandace Jones, by and through her attorneys, respectfully requests that this Court grant this motion to amend her Short-Form Complaint and add claims, and leave to file her First Amended Complaint, and states as follows:

1. Pursuant to Rule 15(a)(2), a party may amend its pleading with the court's leave and the court should freely give leave when justice so requires. See Fed.R.Civ.P. 15(a)(2). "On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed.R.Civ.P. 15(d).

2. Plaintiffs' counsel has determined that at this time, in the interests of efficiency and the prosecution of this lawsuit and considering the particular product implanted in Plaintiff and its history, Plaintiffs' claims should be amended.

3. Good cause exists for granting this Motion because Plaintiff alleges new claims for fraud and fraudulent concealment against Defendants based on what has been learned in the course of discovery and bellwether trials in the overall litigation. Furthermore, good cause exists for granting this Motion to promote efficiency and economy.

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to amend her Short Form Complaint and add claims, and leave to file her First Amended Complaint attached as **Exhibit A.**

Respectfully submitted this 3rd day of October, 2019.

/s/ David M. Langevin
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: October 3, 2019

/s/ David M. Langevin
David M. Langevin