IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC.,<br>IVC FILTERS MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY LITIGATION  : | CASE No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| : | CIVIL CASE No. 1:18-cv-03131 |
| JONES v. COOK MEDICAL, Inc. et al.   : | PROPOSED ORDER |
| : | |

## ORDER GRANTING MOTION TO AMEND SHORT-FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion to amend the Short-Form Complaint in the above captioned matter.

SO ORDERED this_____day of_____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT