# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

THIS DOCUMENT RELATES TO:

Diana Murray v. Cook Incorporated, et al
Case no. 1:17-cv-3046

**AFFIDAVIT OF DIANA MURRAY**

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2. I am a resident of Brady, Texas where I have lived for many years.

3. I am currently 60 years old, and I was implanted with an IVC Filter.

4. Cook has not taken my deposition regarding the relevant litigation

5. On, September 30, 2015, I was told that the IVC Filter that was implanted in me was defective and that it could have been the cause of my injuries. Before 2015, I was not aware of the causal connection between my injuries and the defective nature of Cook's IVC Filter.

6. On September 1, 2017, a lawsuit was filed on my behalf against Cook Incorporated, et al.

I declare under the penalty of perjury under the laws of the State of Texas that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

*/s/ Diana Murray*
Diana Murray