# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Civil No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**This Document Relates to Plaintiff(s):**

DIANA MURRAY

**Civil Case #** 1:17-cv-3046

SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

    Diana Murray

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Texas

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Texas

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for Texas
   United States District Court for Illinois

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      27 & 28

   b. Other allegations of jurisdiction and venue:

      _____
      _____
      _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☑ Günther Tulip® Vena Cava Filter

2

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

    January 11, 2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Baptist Medical Center; San Antonio, TX

13. Implanting Physician(s):

    Dr. Daniel Peterson

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I: Strict Products Liability – Failure to Warn

    ☑ Count II: Strict Products Liability – Design Defect

    ☑ Count III: Negligence

    ☑ Count IV: Negligence Per Se

    ☑ Count V: Breach of Express Warranty

    ☑ Count VI: Breach of Implied Warranty

    ☐ Count VII: Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐ Count VIII: Loss of Consortium

3

| | | |
|---|---|---|
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☑ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

15. Attorney for Plaintiff(s):

    William B. Curtis, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

    Curtis Law Group

    12225 Greenville Ave., Suite 750

    Dallas, TX 75243

    Texas State Bar No. 00783918

                                  Respectfully submitted,

                                  */s/ William B. Curtis*
                                William B. Curtis, Esq.
                                Texas State Bar No. 00783918
                                **CURTIS LAW GROUP**
                                12225 Greenville Ave., Suite 750
                                Dallas, TX  75243
                                (214) 890-1000 Telephone
                                (214) 890-1010 Facsimile
                                bcurtis@curtis-lawgroup.com

                                **ATTORNEY FOR PLAINTIFF**