# EXHIBIT E

Case 1:14-ml-02570-RLY-TAB Document 12043-5 Filed 10/03/19 Page 2 of 6 PageID #:
88214
Case 1:18-cv-01396-RLY-TAB Document 1 Filed 05/04/18 Page 1 of 5 PageID #: 1

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND       Civil No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

**This Document Relates to Plaintiff(s):**

**LATASHA ROBERTSON**

**Civil Case** #1:18-cv-1396

_____

SHORT FORM COMPLAINT

_____

      COMES NOW the Plaintiff named below, and for Complaint against the Defendants

named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document

213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

 Latasha Robertson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

 claim:

       N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

       N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

 Texas

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Texas

6. Plaintiff's/Deceased Party's current state of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

8. United States District Court for Texas
United States District Court for Illinois

9. Defendants (Check Defendants against whom Complaint is made):

☑ Cook Incorporated

☑ Cook Medical LLC

☑ William Cook Europe ApS

10. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

27 & 28

b. Other allegations of jurisdiction and venue:

_____

_____

_____

11. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

2

Case 1:18-cv-01996-RLY-TAB Document 1-1 Filed 05/04/18 Page 3 of 5 PageID #: 3

☑      Cook Celect® Vena Cava Filter

☐      Gunther Tulip Mreye

☐      Cook Celect Platinum

☐      Other:

_____

12. Date of Implantation as to each product:

<u>March 25, 2008</u>_____

_____

13. Hospital(s) where Plaintiff was implanted (including City and State):

<u>Methodist Health System; Dallas, TX</u>_____

_____

14. Implanting Physician(s):

<u>Dr. John Gray</u>_____

_____

_____

15. Counts in the Master Complaint brought by Plaintiff(s):

☑      Count I:      Strict Products Liability – Failure to Warn

☑      Count II:      Strict Products Liability – Design Defect

☑      Count III:      Negligence

☑      Count IV:      Negligence Per Se

☑      Count V:      Breach of Express Warranty

☑      Count VI:      Breach of Implied Warranty

☐      Count VII:      Violations of Applicable _____ (insert State)

                         Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

Case 1:18-cv-01596-RLY-TAB Document 1-1 Filed 05/04/18 Page 4 of 5 PageID #: 4

☐    Count VIII:    Loss of Consortium

☐    Count IX:    Wrongful Death

☐    Count X:    Survival

☑    Count XI:    Punitive Damages

☐    Other:   _____ (please state the facts supporting this Count in the space, immediately below)

☐    Other:   _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

16. Attorney for Plaintiff(s):

William B. Curtis, Esq.

17. Address and bar information for Attorney for Plaintiff(s):

Curtis Law Group

12225 Greenville Ave., Suite 750

Dallas, TX 75243

Texas State Bar No. 00783918

4

Case 1:18-cv-01996-RLY-TAB Document 1-1 Filed 05/04/18 Page 5 of 5 PageID #: 5

Respectfully submitted,


 /s/ William B. Curtis
William B. Curtis, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFF**