# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

THIS DOCUMENT RELATES TO:

Laura Driggers v. Cook Incorporated, et al
Case no. 1:16-cv-03032

### AFFIDAVIT OF LAURA DRIGGERS

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2. I am a resident of Pinckney, Michigan, where I have lived for many years.

3. I am currently 64 years old, and I was implanted with an IVC Filter.

4. Cook has not taken my deposition regarding the relevant litigation

5. On, April 11, 2016, I was told that the IVC Filter that was implanted in me might be defective and that it could be the cause of my injuries. Before 2016, I was not aware of the causal connection between my injuries and the defective nature of Cook's IVC Filter.

6. In late 2016, a lawsuit was filed on my behalf against Cook Incorporated, et al.

I declare under the penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

_____
Laura Driggers

1 | Page