# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

 Laura Driggers

**Civil Case #** _1:16-cv-03032_

SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

    Laura Driggers

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Michigan

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

      Michigan

6. Plaintiff's/Deceased Party's current state of residence:
      Michigan

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for Michigan
   Unites States District Court for Indiana

8. Defendants (Check Defendants against whom Complaint is made):

   ☒     Cook Incorporated

   ☒     Cook Medical, LLC

   ☒     William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒     Diversity of Citizenship

   ☐     Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      27 & 28

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒     Günther Tulip® Vena Cava Filter

    ☐     Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye
☐ Cook Celect Platinum
☐ Other: _____

11. Date of Implantation as to each product:

    June 7, 2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

    St. Joseph Mercy Hospital Ann Arbor, Ypsilanti, MI

13. Implanting Physician(s):

    Gil S. Borlaza, MD, Ypsilanti, MI

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I: Strict Products Liability – Failure to Warn

    ☑ Count II: Strict Products Liability – Design Defect

    ☑ Count III: Negligence

    ☑ Count IV: Negligence Per Se

    ☑ Count V: Breach of Express Warranty

    ☑ Count VI: Breach of Implied Warranty

    ☐ Count VII: Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3

Case 1:14-ml-02570-RLY-TAB   Document 12043-7   Filed 10/03/19   Page 5 of 6 PageID #:
88225
Case 1:16-cv-53052-JMS-MJD   Document 1   Filed 11/04/16   Page 4 of 5 PageID #: 4

| | | |
|---|---|---|
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☑ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

15. Attorneys for Plaintiff(s):

Daniel S. Gruber, Esq.

Howard A. Snyder, Esq.

William B. Curtis, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

Daniel S. Gruber (CA SBN: 113351)
Gruber & Gruber
15165 Ventura Boulevard, Suite 450
Sherman Oaks, CA 91403

Howard A. Snyder, Esq. (CA SBN: 113637)
Law Offices Of Howard A. Snyder
15165 Ventura Boulevard, Suite 450
Sherman Oaks, CA 91403

William B. Curtis (TX SBN: 00783918)
Curtis Law Group
12225 Greenville Ave., Suite 750,
Dallas, TX 75231

4

Respectfully submitted,

 /s/ Daniel S. Gruber
Daniel S. Gruber (CA SBN: 113351)
**GRUBER & GRUBER**
15165 Ventura Boulevard, Suite 450
Sherman Oaks, CA  91403
(818) 981-0066 Telephone
(818) 981-2122 Facsimile
dgruber@gruberlawfirm.com

Howard A. Snyder, Esq. (CA SBN: 113637)
**LAW OFFICES OF HOWARD A. SNYDER**
15165 Ventura Boulevard, Suite 450
Sherman Oaks, CA  91403
(818) 461-1790 Telephone
(818) 981-2122 Facsimile
howard@howardsnyderlaw.com

William B. Curtis, Esq. (TX SBN: 00783918)
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750,
Dallas, TX 75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com

**ATTORNEYS FOR PLAINTIFF**

5