# EXHIBIT I

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

LESSIE ALGER

**Civil Case #** 1:17-cv-1023

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

    LESSIE ALGER

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Virginia

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Virginia

6. Plaintiff's/Deceased Party's current state of residence:
   Virginia

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for Virginia
   Unites States District Court for Illinois

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. <u>Paragraphs in Master Complaint upon which venue and jurisdiction lie:</u>

      27 & 28

   b. Other allegations of jurisdiction and venue:

      _____
      _____
      _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☑ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

2

  ☐  Gunther Tulip Mreye

  ☐  Cook Celect Platinum

  ☐  Other:
    _____

11. Date of Implantation as to each product:

 February 10, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

 Sentara RMH Medical Center; Harrisonburg, VA

13. Implanting Physician(s):

 Dr. Jarrod Day

14. Counts in the Master Complaint brought by Plaintiff(s):

 ☑ Count I: Strict Products Liability – Failure to Warn

 ☑ Count II: Strict Products Liability – Design Defect

 ☑ Count III: Negligence

 ☑ Count IV: Negligence Per Se

 ☑ Count V: Breach of Express Warranty

 ☑ Count VI: Breach of Implied Warranty

 ☐ Count VII: Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

 ☐ Count VIII: Loss of Consortium

3

|   |   |   |
|---|---|---|
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☑ | Count XI: | Punitive Damages |

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

    William B. Curtis, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

    Curtis Law Group

    12225 Greenville Ave., Suite 750

    Dallas, TX 75243

    Texas State Bar No. 00783918

Respectfully submitted,

 */s/ William B. Curtis*
William B. Curtis, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
12225 Greenville Ave., Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com

**ATTORNEY FOR PLAINTIFF**

4