# EXHIBIT L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

THIS DOCUMENT RELATES TO:

Dionne Lee v. Cook Incorporated, et al
Case no. 1:17-cv-3058

### AFFIDAVIT OF DIONNE LEE

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2. I am a resident of Richmond, Virginia, where I have lived for many years.

3. I am currently 50 years old, and I was implanted with an IVC Filter.

4. Cook has not taken my deposition regarding the relevant litigation

5. On September 29, 2015, I was told that the IVC Filter that was implanted in me might be defective and that it could be causing my injuries. Before 2015, I was not aware of the causal connection between my injuries and Cook's IVC Filter.

6. On September 1, 2017, a lawsuit was filed on my behalf against Cook Incorporated, et al.

I declare under the penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

_____
Dionne Lee