**<u>EXHIBIT A</u>**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Kandace Jones v. Cook et al 1:18-cv-3131

STATE OF *Michigan*
COUNTY OF *Oakland*

## AFFIDAVIT OF KANDACE JONES

1.  I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2.  I am a resident of Wixom, Michigan, where I have lived for many years.

3.  I am currently 34 years old, and I was implanted with an IVC Filter.

4.  Cook has not taken my deposition in connection with this lawsuit.

5.  In October of 2016, I became aware that the IVC Filter that was implanted in me was manufactured by Cook and that it was likely defective and that it was likely causing my injuries. Before October of 2016, I was not aware that Cook's IVC Filter caused my injuries.

I declare under the penalty of perjury under the laws of the State of Michigan that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

Date: ~~9-18-19~~ 9-19-19

Signature: *Kandace Maria Jones*

BEFORE ME, the undersigned authority, the person known to be Kandace Jones personally appeared on the signature date shown and acknowledged under oath to my satisfaction that she has signed, sealed and delivered this document as his or her act and deed for the purposes therein expressed and in the capacity therein expressed.

Signature of Notary

Oakland County, M.

Notary Public in and for the State of
Jurisdiction of

9 - 19 - 2019

Date Notary Commission Expires

**AMIE L THON**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires February 18, 2024
Acting in the County of Oakland

Place Notary Seal or Stamp in this Space
or Notary Number