# EXHIBIT

# 1

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF INDIANA
 2                       INDIANAPOLIS DIVISION

 3

 4   IN RE: COOK MEDICAL, INC.,        )
     IVC FILTERS MARKETING, SALES      ) Cause No.
 5   PRACTICES AND LIABILITY,          ) 1:14-ML-2570-RLY-TAB
     LITIGATION                        ) Indianapolis, Indiana
 6                                     ) January 15, 2019
                                       ) 8:50 a.m.
 7                                     )

 8

 9

10                      Before the Honorable
                         RICHARD L. YOUNG
11
                    OFFICIAL REPORTER'S TRANSCRIPT OF
12                     JURY TRIAL - VOLUME 2

13

14   For Plaintiffs:
                              Ben C. Martin, Esq.
15                            Law Offices of Ben C. Martin
                              3710 Rawlins Street, Suite 1230
16                            Dallas, TX  75219

17

18                            Denman H. Heard, Esq.
                              Heard Law Firm, PLLC
19                            2925 Richmond Ave., Suite 15
                              Houston, TX  77098
20

21                            Laura Baughman, Esq.
                              Baron & Budd
22                            3102 Oak Lawn Avenue
                              Dallas, TX  75219
23

24

25
```

KRUMHOLZ – DIRECT/BAUGHMAN                                   440

 1  damaged a major blood vessel in the body.

 2  Q   Okay.

 3          So you can take the photo down now, Eric.

 4          Was VCA2 a safety signal?

 5  A   It was the loudest safety signal that I'd seen so far, in

 6  part because of this.  I mean, in a small number of sheep,

 7  this thing went through the wall and all the way into the

 8  aorta.

 9          So, again, concerns at the beginning, animal studies

10  that failed to show reassurance, and then they do this animal

11  study, and, holy mackerel, this thing is going through all the

12  way to the wall to the aorta.  And that's a big issue.

13  Q   So did -- did Cook submit VCA2 to the FDA?

14  A   I didn't see anywhere that anyone had shared that

15  information with the FDA.

16  Q   Do you know whether was VCA2 published in the

17  peer-reviewed literature by Cook or any of its folks?

18  A   There was a start to publish it, but it was pulled back by

19  upper management because, in an email, it said, "We wouldn't

20  really want to talk about this."

21  Q   Okay.  Dr. Krumholz, I've handed you what we've marked as

22  Plaintiff's Exhibit 1015.  Is this a document you reviewed as

23  part of your work on this case?

24  A   It is.

25  Q   And is this the document you were just referring to?

1    But I think the most important thing was –– at the

2    end was they said that "the result of this test is not

3    considered to provide any new knowledge when compared to the

4    conclusions of the clinical evaluation."

5    So what they're saying is that –– I mean, I think

6    they're being conservative.  But, to me, the bell is still

7    ringing.  They're certainly saying, "This doesn't in any way

8    reassure us.  This doesn't take us off the hook."

9    MS. PIERSON:  Objection, Your Honor.  Calls for

10   speculation.

11   THE COURT:  Sustained.

12   BY MS. BAUGHMAN:

13   Q    What did the scientists at William Cook Europe conclude

14   about the safety risks regarding the Celect in this executive

15   summary in 2006?

16   A    Well, the best summary of that can be seen on the last

17   page in the conclusion, where they start by saying, "The risk

18   analysis and the clinical evaluation have identified some

19   safety concerns associated with the new design of the filter."

20   Q    Wait.  So what are they referring to there by "new

21   design"?

22   A    Taking off the leaves, taking off the safety feature of

23   the Tulip.

24   Q    Okay.  Continue, please.

25   A    They said that "the literature has been reviewed

 1  extensively in discussions within Cook, discussions have been

 2  going on for the past three years.  However, to date, it has

 3  not been possible to find any clear evidence of the existing

 4  available data that could clarify and justify the safety risks

 5  identified."

 6          And then, they end by saying -- Because this is

 7  being sent to others -- "If you can provide some new evidence

 8  or inputs which could clarify these safety concerns, we would

 9  be happy to take them into consideration."

10          But the strongest conclusion here is that they have

11  not been able to find -- and they use the word "any" -- any

12  clear evidence of the existing data that could justify the

13  safety risks that they've identified within Cook.

14  Q   Why is that important?

15  A   Well, again, this -- we should always be producing new --

16  seeking to produce new medical devices and drugs and making

17  breakthroughs and helping people in a greater way.  But

18  there's nothing more important than to make sure that they're

19  safe, that we haven't in any way inadvertently unintentionally

20  harmed people.

21          They are, in the company, by their independent

22  clinical -- within the company, the clinical research

23  department is saying that there is a design issue --

24          MS. PIERSON:  Objection, Your Honor.  Objection.

25          THE COURT:  Question.

*KRUMHOLZ – DIRECT/BAUGHMAN*                    456

1   A    Several years.

2   Q    And the animal testing that we've talked about so far, how

3   did that come in time compared to Tonya Brand's implant?

4   A    It occurred years before her implant.

5   Q    So, finally, have you reviewed the peer-reviewed

6   literature on the Celect filter?

7   A    I have.

8   Q    And have you, in fact, reviewed an article by Dr. Sadaf?

9   A    I have.

10  Q    What -- what was Dr. Sadaf reporting in that peer-reviewed

11  article?

12  A    Soon after the -- relatively soon after the device became

13  available, Dr. Sadaf reported a situation with a patient who

14  had one placed that perforated and also damaged surrounding

15  organs, like the pancreas, and raised a concern in the medical

16  literature that the design of the device was a problem and

17  would cause safety issues.

18  Q    Have I just handed you a copy of the article you were

19  discussing?

20  A    Yes, you have.

21  Q    Can you tell me what the title -- first of all, when did

22  Dr. Sadaf publish this article about the Celect filter?

23  A    This article was published in 2007.

24  Q    So a few years before Ms. Brand got her filter, her Celect

25  filter implanted?

KRUMHOLZ – DIRECT/BAUGHMAN                          629

```
 1   A    That's correct.

 2   Q    Which clinical study are they referring to there?

 3   A    I believe they're referring to VCA1.

 4   Q    For a clinical study?

 5        You see there's a reference to Table 2 and the 74

 6   patients.  And then it says "no incidences of perforation were

 7   reported."

 8   A    Yeah, this is referring to the clinical study.  The

 9   question above was about the sheep.  That's why I was

10   confused.

11   Q    Right.  Okay.  So what -- so what is Cook referring to

12   when it tells the FDA "no incidences of perforation were

13   reported" in this clinical study?

14   A    Well, they only did --

15        MS. PIERSON:  Objection, Your Honor.  It calls to

16   characterize the document and misrepresents the document.

17        THE COURT:  Rephrase your question.

18   BY MS. BAUGHMAN:

19   Q    What did Cook tell the FDA in April 2007, ten days before

20   the FDA cleared the Celect filter, about the OUS clinical

21   study?

22   A    They reported that there were no perforations in the OUS

23   clinical study.

24   Q    We discussed yesterday the issue of the definition of

25   perforation.  When Cook -- do you see anywhere in this
```

KRUMHOLZ - DIRECT/BAUGHMAN                    630

1   document where Cook explains to the FDA that, when it's saying

2   there were no incidences of perforation, they meant through

3   the wall plus hemorrhage or hematoma?

4   A    No, I don't.

5   Q    Okay.  In other documents that you reviewed, though, did

6   Cook tell the FDA that that was the definition they were using

7   for this study?  For example, in the --

8   A    No.

9   Q    Well --

10  A    I didn't see.  They submitted the protocol, but --

11  Q    And, in the protocol, the definition was provided to the

12  FDA, correct?

13  A    For perforation, that's right.

14  Q    Okay.  But when they made this representation here ten

15  days before clearance, there's no definition provided,

16  correct?

17  A    That's correct.

18  Q    Okay.

19          Let's just put on the screen for a moment

20  Plaintiff's Exhibit 1841.

21          This is a document we discussed yesterday regarding

22  the observations -- a summary of observations from the OUS

23  clinical investigators, including observations of 8, 6, 10, 5,

24  and greater than 3 millimeters outside the IVC.  In this

25  letter from April of 2007, did Cook disclose this information

KRUMHOLZ - DIRECT/BAUGHMAN                           631

1  regarding these struts outside the wall from the OUS study to

2  the FDA?

3  A   They did not.

4  Q   Are you aware, based on your review of the communications

5  between Cook and the FDA, of any communication at any time

6  where Cook revealed to the FDA that there were these multiple

7  struts outside the wall between 3 and 10 millimeters?

8  A   I'm not aware of any communication in which they told the

9  FDA that there had been these penetrations described by their

10 site investigators.

11 Q   I want to go back to Exhibit 34.  If you look at the

12 bottom of page 8, there are a couple more representations from

13 Cook.  First of all, if you see at the bottom of the page

14 where I've highlighted on the screen, you see how Cook says

15 "The results of the Celect filter animal study in which no

16 perforations were observed."

17          Which study is Cook referencing there, the animal

18 study in which there were no perforations?

19 A   I believe that was VCA1.

20 Q   VCA1?  And then, again, you see immediately after that,

21 Cook references the preliminary results of the current

22 clinical study of the Celect filter and stating, again, "in

23 which no perforations have been observed."  And that's a

24 reference to what?

25 A   To the OUS, out of United States study.