# EXHIBIT

# 3

1. I am over the age of 18, and I make the following statements from personal knowledge and experience. I am able to testify to the statements of this affidavit.

2. I am a resident of Wylie, Texas.

3. I am 75 years old, and I was implanted with an IVC Filter.

4. Cook has never taken my deposition.

5. I was neither told nor made aware before the beginning of 2016 that the IVC filter implanted in my body was defective or related to any injuries I have.

6. I was told the IVC filter would be left inside my body indefinitely.

I declare under the penalty of perjury and the laws of Texas that the preceding statements are true and correct, and if called as a witness I could and would competently testify to them.

Aug 22, 2019

*Betty T Rankin*
Betty T Rankin (Aug 22, 2019)