# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s):

Kelly Frank, 1:15-cv-01070-RLY-TAB

## AFFIDAVIT OF KELLY FRANK

1. I am over the age of eighteen (18), and am in all ways competent to make this affidavit. The facts stated herein are based on my personal knowledge. If called to testify, I would testify to the facts stated herein.

2. I am a resident of Virginia. In March 2013, I received a Cook Celect Vena Cava Filter implant at Sentara Norfolk General Hospital, 600 Gresham Dr., Norfolk, VA 23507.

3. Subsequent to my implant, I underwent removal surgery. My physicians at that time assured me—as I did not seem to have complications or problems—that I had nothing to worry about even though a fractured strut had remained in my body. I had given birth just two months prior to the removal, and based on my physicians' assertions, had no reason to believe the implant or removal had caused me harm.

4. In November 2013, I began to experience severe back pain and other symptoms. My mother, a nurse, thought my back pain may be related to the Cook Select Vena Cava Filter implant or its removal. Because my physicians had previously told me I had nothing to worry about, talking with my mother in November 2013 was the first time I made any connection between my back pain and the Cook Celect Vena Cava Filter.

I declare under the penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

_9-30-19_
Date

_Kelly Frank_
Kelly Frank