# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

*Allysha Ramon*, 1:2016-cv-01046

## AFFIDAVIT OF ALLYSHA RAMON

THE STATE OF TEXAS    )
                     )
COUNTY OF  Dallas    )

1. I am of sound mind, over the age of 18, and capable of making this affidavit, and personally acquainted with the facts stated herein. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2. I am a resident of Dallas, Texas, where I have lived for many years

3. I am currently 27 years old, and I was implanted with an IVC Filter.

4. Cook has not taken my deposition regarding the relevant litigation

5. In July 2011 I was told by my doctor that my IVC filter could not be removed. As understood my doctor at that time, the reason that my IVC filter could not be removed was that it may be related to my Uterus was swollen due to my pregnancy.

US.120366803.03

6. It was not until sometime in early January 2016 after seeing an ad on Face Book that I only then realized that the IVC Filter that was implanted in me might be defective and that it could be causing my injuries. Before January 2016, I was not aware of the connection between my injuries and Cook's IVC Filter.

7. It was not until sometime in March of 2016 that I became aware that the IVC Filter that was implanted in me was manufactured by Cook.

8. I declare under the penalty of perjury under the laws of the State of Texas that the foregoing is true and correct and if called as a witness I could and would competently

   testify thereto.

_____
Affiant

SWORN TO AND before me on this 3rd day of October 2019.

_____
NOTARY PUBLIC, STATE OF TEXAS

Commission expires: 4-10-2023

KRISTINA K. BASHAM
Notary Public, State of Texas
Comm. Expires 04-10-2023
Notary ID 130186341

2