# EXHIBIT 1

East Beltline Imaging
743 East Beltline NE
Grand Rapids, MI 49525
T: 866-200-5556
T: 616-301-7500
F: 616-301-3606
www.eastbeltlineimaging.com

| | | | |
|---|---|---|---|
| Patient Name: | JENKINSSCOTT, LORETTA | Accession Number: | G190122140816476 |
| Patient ID: | | Requested Date: | January 22, 2019 13:13 |
| Gender: | Female | Report Status: | Final |
| Date of Birth: | | Requested Procedure: | 1 |
| Home Phone: | | Procedure Description: | CT ABD WO |
| Referring Physician: | ahmadi, ramin | Modality: | CT |
| Organization: | WCRD | | |

## Findings

Reporting Physician: Perriguey, Gerald
Dictation Time: January 23, 2019 12:14
Transcriptionist: Not available
Transcription Date:

EXAMINATION: CT Abdomen without Contrast
EXAM DATE: 1/22/2019 1:13 PM

TECHNIQUE: Standard protocol CT images of the abdomen were obtained without intravenous contrast.

INDICATION: abd pain/ IVC filter check//please see attached instructions for reading
COMPARISON: None

ENCOUNTER: Not applicable

---

FINDINGS:

Lung bases: Mild dependent atelectasis or scarring right more so than left.

Liver: Normal.

Gallbladder and Biliary Tree: Anteriorly adherent calcific gallstone measuring 6 mm. No intra- or extrahepatic biliary ductal dilation.

Spleen: Normal.

Pancreas: Normal.

Adrenals: Right adrenal adenoma (Hounsfield attenuation -5) measures 1.6 x 2.1 cm. Normal left adrenal gland.

Kidneys and Ureters: Normal.

Lymph Nodes: No enlarged mesenteric or retroperitoneal lymph nodes.

Bowel: Nondistended. Unremarkable.

Vessels: No abdominal aortic aneurysm. Radiopaque infrarenal IVC filter in place.

Peritoneum: No ascites or free air.

Retroperitoneum: No mass or adenopathy. No hemorrhage or hematoma.

Skeletal: There is no lytic or blastic bone lesion.

Abdominal Wall: Unremarkable.

---

IMPRESSION:

**East Beltline Imaging**
743 East Beltline NE
Grand Rapids, MI 49525
866-200-5556
616-301-7500
F 616-301-3606
www.eastbeltlineimaging.com

| | | | |
|---|---|---|---|
| Patient Name: | JENKINSSCOTT, LORETTA | Accession Number: | G190122140816476 |
| Patient ID: | | Requested Date: | January 22, 2019 13:13 |
| Gender: | Female | Report Status: | Final |
| Date of Birth: | | Requested Procedure: | 1 |
| Home Phone: | | Procedure Description: | CT ABD WO |
| Referring Physician: | ahmadi, ramin | Modality: | CT |
| Organization: | WCRD | | |

1. Infrarenal IVC filter in place.
2. Right adrenal adenoma.
3. Otherwise unremarkable.

Dictated by: Gerald Perriguey DO on 1/23/2019 12:06 PM.
Electronically signed by: Gerald Perriguey DO on 1/23/2019 12:14 PM.

**Relevant Clinical Information**
^abd pain/ IVC filter check//please see attached instructions for reading