IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Kelly Frank, 1:15-cv-01070-RLY-TAB
Zachary Bennett, 1:18-cv-01148-RLY-TAB
Diondrae Boone, 1:19-cv-02047-RLY-TAB

**MOTION FOR DISCOVERY UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(D)**

The Cook[1] Defendants (Cook) have filed a Motion for Summary Judgment as to all Counts of Plaintiffs' Master Complaint and Short Form Complaints. Filing 11726 (filed 09/05/2019). For the reasons stated in Plaintiffs' Opposition to Cook Defendants' Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations From Five States, filed contemporaneously with this motion, Cook's Motion for Summary Judgment should be denied. However, because Plaintiffs have not yet been permitted to conduct plaintiff-specific discovery they are unable to fully present facts essential to its opposition to the Cook's motion because those facts are in the exclusive custody and control of Cook and witnesses under Cook's control. Accordingly, pursuant to Federal Rule of Civil Procedure 56(d), and for the reasons stated in the attached Declaration of Arati C. Furness. Plaintiffs move this Court to deny, or defer consideration of, Cook's motion for summary judgment to allow time to conduct discovery.

---

[1] "Cook" refers to Defendants Cook Incorporated, Cook Medical LLC, a/k/a Cook Medical Incorporated, and William Cook Europe.

| | |
|---|---|
| Dated: October 3, 2019 | Respectfully submitted, |

*/s/ Arati C. Furness*
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Rd
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEY FOR THE PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Arati C. Furness*
**Arati C. Furness**
