IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Kelly Frank, 1:15-cv-01070-RLY-TAB
Zachary Bennett, 1:18-cv-01148-RLY-TAB
Diondrae Boone, 1:19-cv-02047-RLY-TAB

## DECLARATION OF ARATI C. FURNESS RELATING TO PLAINTIFF MOTION FOR DISCOVERY UNDER FRCP 56(D)

I am an attorney at Fears Nachawati, counsel for the above-referenced Plaintiffs and make this declaration in support of Plaintiff's Motion for Discovery Under FRCP 56(D). I have personal knowledge of the matters discussed in this declaration.

1. None of the above-referenced cases were selected as a bellwether case.

2. Other than the exchange of Plaintiff and Defense Fact Sheets, Plaintiffs have not yet been permitted to conduct specific discovery, including but not limited to documentation regarding Cook's efforts to conceal injuries, prior reports of fracture, and recommendations for removal.

3. Additional discovery is needed to be able to fully present facts essential to Plaintiffs opposition to Cook's motion as those facts are in the exclusive custody and control of Cook and witnesses under Cook's control.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed on: October 3, 2019          /s/ Arati C. Furness

**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Rd
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEY FOR THE PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, a copy of the foregoing Declaration of Arati C. Furness relating to Plaintiffs' Motion for Discovery under FRCP 56(D) was electronically filed and notice of filing of this document will be sent to all parties by operation of the Court's electronic filing system CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's System.

                                                                    */s/ Arati C. Furness*
                                                                    **Arati C. Furness**