# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Kelly Frank, 1:15-cv-01070-RLY-TAB
Zachary Bennett, 1:18-cv-01148-RLY-TAB
Diondrae Boone, 1:19-cv-02047-RLY-TAB

## PLAINTIFFS' MOTION FOR ORAL ARGUMENT

Pursuant to Local Rule 7.5, the above-referenced Plaintiffs respectfully submit this Motion and request the Court hear oral argument regarding <u>Plaintiffs' Opposition to Cook Defendants' Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations from Five States</u>. This case presents intricate legal issues and complex, plaintiff-specific fact issues. Plaintiffs request oral argument not to exceed thirty (30) minutes.

Dated: October 3, 2019

Respectfully submitted,

*/s/ Arati C. Furness*
**Arati C. Furness**
Texas Bar No. 24094382
California Bar No. 225435
afurness@fnlawfirm.com
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Rd
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEY FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Arati C. Furness*
**Arati C. Furness**
