IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570
_____

This Document Relates to Plaintiffs:

Derek A. Tyson and Clara Johnson Tyson

Civil Case # 1:19-cv-1979

---

**DECLARATION OF WES S. LARSEN**
**IN SUPPORT OF TYSON PLAINTIFFS' RESPONSE TO COOK DEFENDANTS'**
**RENEWED OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON**
**APPLICABLE STATUTE OF LIMITATIONS FROM FIVE STATES**

---

1.      I am the attorney of record for Plaintiffs Derek A. Tyson and Clara Johnson Tyson (hereinafter the "Tyson Plaintiffs") in this matter, am older than eighteen years of age, am of sound mind, and make this Declaration having personal knowledge of the facts herein contained.

2.      Attached as ***Exhibit A*** to this Declaration is a true and correct copy of the Tyson Plaintiffs' Short Form Complaint, which I personally filed into the Southern Federal District of Indiana via ECF on May 17, 2019, consistent with the Notice of Agreement issued on March 25, 2015 by lead counsel for all plaintiffs in this MDL and counsel for the Cook Defendants.

3.      Attached as ***Exhibit B*** to this Declaration is a true and correct copy of Plaintiff Derek A. Tyson's Case Categorization Form, which I personally served on the Cook Defendants via

email (CookFilterMDL@FaegreBD.com) on June 12, 2019 consistent with the Court's Categorization and Screening Order and Revised Second Amended Order Regarding Case Categorization Forms. Plaintiff's birth date has been redacted therein.

4.      Attached as *Exhibit C* to this Declaration is a true and correct copy of Plaintiff Derek A. Tyson's Plaintiff Profile Sheet, which I personally served on the Cook Defendants via the Faegre Baker Daniels secure file transfer web portal (located at https://sft.faegrebd.com/courier/web/1000@/wmRsfile.html?q=na%2FCookFilterMDL) on June 12, 2019 consistent with the Court's Third Amended CMO No. 4, Amended CMO No. 6, and Second Amended CMO No. 13. The Plaintiff's birth date, Social Security Number, and street address have been redacted therein.

5.      Attached as *Exhibit D* to this Declaration is a true and correct copy of the April 21, 2007 operative report from William Beaumont Hospital documenting the implantation of a Günther Tulip® Vena Cava Filter in Plaintiff Derek A. Tyson's body. In personally reviewing these specific medical records and all other medical records my office obtained from William Beaumont Hospital (which I personally uploaded to the Faegre Baker Daniels secure file transfer web portal on June 12, 2019), I have found no mention of Plaintiff Derek A. Tyson ever being provided with terms and conditions regarding the subject Cook Günther Tulip® filter.

        I certify under penalty of perjury pursuant to the laws of the United States of America and the State of Indiana that the foregoing is true and correct.

        Dated this 3rd day of October, 2019.

                                                        _____
                                                        Wes S. Larsen

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 3rd, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

_____

Wes S. Larsen

# EXHIBIT A

Case 1:14-ml-02570-RLY-TAB Document 12054 Filed 10/03/19 Page 5 of 88 PageID #:
Case 1:19-cv-01979-JRS-TAB Document 1 Filed 05/17/19 Page 1 of 5 PageID 1
89442

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff:

Derek A. Tyson_____

Civil Case # 1:19-cv-1979

---

## SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document

213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

    Derek A. Tyson_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

    claim:

    Clara Johnson Tyson_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Michigan_____

Case 1:14-ml-02570-RLY-TAB Document 12054 Filed 10/03/19 Page 6 of 88 PageID #:
Case 4:19-cv-01979-JRS-TAB Document 1 Filed 09/17/19 Page 2 of 6 PageID #:
89443

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Michigan _____

6. Plaintiff's/Deceased Party's current state of residence:

Michigan _____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of Michigan, Southern Division ____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-26 (Jurisdiction) _____

   Paragraphs 27-28 (Venue) _____

   b. Other allegations of jurisdiction and venue:

   The Cook IVC filter device at issue was implanted in Royal Oak, Michigan, and venue

   absent direct filing is therefore proper in the United States District Court for the Eastern

   District of Michigan, Southern Division _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

Case 1:14-md-02570-RLY-TAB Document 12054 Filed 10/03/19 Page 7 of 88 PageID #:
Case 4:19-cv-01979-JRS-TAB Document 1-4 Filed 09/17/19 Page 3 of 5 PageID #:
89444

☐  Cook Celect® Vena Cava Filter

☐  Gunther Tulip Mreye

☐  Cook Celect Platinum

☐  Other:

_____

11. Date of Implantation as to each product:

April 21, 2007_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

William Beaumont Hospital-Royal Oak_____

Royal Oak, Michigan_____

13. Implanting Physician(s):

Matthias Kirsch, M.D._____

14. Counts in the Master Complaint brought by Plaintiff:

    ☒  Count I:       Strict Products Liability – Failure to Warn

    ☒  Count II:     Strict Products Liability – Design Defect

    ☒  Count III:    Negligence

    ☒  Count IV:    Negligence Per Se

    ☒  Count V:     Breach of Express Warranty

    ☒  Count VI:    Breach of Implied Warranty

    ☒  Count VII:   Violations of Applicable Michigan (insert State) Law Prohibiting

                            Consumer Fraud and Unfair and Deceptive Trade Practices

    ☒  Count VIII:  Loss of Consortium

    ☐  Count IX:    Wrongful Death

Case 1:14-md-02570-RLY-TAB Document 12054 Filed 10/03/19 Page 8 of 88 PageID #:
Case 4:19-cv-01979-JRS-TAB Document 1-4 Filed 05/17/19 Page 4 of 8 PageID 4:
89445

☐ Count X:       Survival

☒ Count XI:      Punitive Damages

☐ Other: _____ (please state the facts supporting

     this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting

     this Count in the space, immediately below)

_____

_____

15. Attorney for Plaintiff:

     Wes S. Larsen_____

16. Address and bar information for Attorney for Plaintiff:

     James, Vernon & Weeks, P.A., 1626 Lincoln Way, Coeur d'Alene, Idaho 83814

     Idaho Bar No. 9134; Washington State Bar No. 45299; Montana Bar No. 13509;

     Utah Bar No. 14572_____

DATED this 17th day of May, 2019.

                      Respectfully Submitted,

                      JAMES, VERNON & WEEKS, P.A.

                      _____

                      Wes S. Larsen
                      1626 Lincoln Way
                      Coeur d'Alene, ID 83814
                      Ph: (208) 667-0683
                      Fax: (208) 664-1684
                      Email: wes@jvwlaw.net

                      Attorneys for Plaintiff

Case 1:14-md-02570-RLY-TAB Document 12054 Filed 10/03/19 Page 9 of 88 PageID #:
Case 4:19-cv-01979-JRS-TAB Document 954 Filed 05/17/19 Page 5 of 5 PageID #: 5
89446

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

Wes S. Larsen

# EXHIBIT B

**Categorization Form**

A.    Plaintiff's Name:                         __Derek A. Tyson_____

B.    Plaintiff's Case Number:              __1:19-cv-01979_____

C.    Plaintiff's Counsel (Lead Firm Name): _James, Vernon & Weeks, P.A._____

D.    Categorization (check each that applies and briefly describe):

1.    <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

Check here for Category 1:____

2.    <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

Check here for Category 2:____

Briefly describe claimed complication/outcome/injury:_____

3.    <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

Check here for Category 3:____

Briefly describe claimed complication/outcome/injury:_____

4.    <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

Check here for Category 4:____

Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:____

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:____

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7:__X__.  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: Right Lower Lobe Pulmonary Embolus

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: _____

(h) infection;

Briefly describe claim of symptomatic injury: _____

(i) bleeding;

Briefly describe claim of symptomatic injury: Hemoptysis following PE

(j) death; and

Briefly describe claim of symptomatic injury: _____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _____

E.      Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          Wes S. Larsen

Plaintiff's Counsel's Firm:         James, Vernon & Weeks, P.A.

Plaintiff's Counsel's Signature: _____

**SPECTRUM HEALTH**

| | |
|---|---|
| | **Patient Name:** **TYSON, DEREK ANTHONY** |
| | **DOB:** ██████ |
| | **MRN:** 072535719; 072535719; |
| **n/a** | **FIN:** 072535719; 072535719; |
| n/a | 072535719; 072535719; |
| n/a | 072535719; 072535720; |
| n/a | 072535719; 072535718; |
| | 072535719; 072535719; |
| | 072535719; 072535719; |

---

## Discharge Documentation

072535719; 072535719;
072535719; 072535718;
072535719; 072535719;
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Discharge Summary**

**MRN:** 072535719   **NAME:** Tyson, Derek Anthony

**DATE OF ADMISSION**: 04/27/2015
**DATE OF DISCHARGE**: 05/08/2015

**DISCHARGE DIAGNOSIS**
1. Right lower lobe PE.
2. Occluding thrombus in the distal basilic vein at the site of the AV fistula status post stenting complicated with bleeding of the left AV fistula.
3. Subsequent recurrent episodes of stridor and reported upper airway obstruction.
4. End-stage renal disease on hemodialysis.
5. Chronic diastolic congestive heart failure.
6. Diabetes mellitus type 2.
7. Hemoptysis.
8. Chronic coronary artery disease.
9. Abdominal pain.

**REASON FOR HOSPITALIZATION**
The patient came in because of shortness of breath.

**CONSULTATIONS**
Consultations obtained during this admission include nephrology, hematology/oncology, gastroenterology, pulmonary medicine and ophthalmology.

**CONDITION ON DISCHARGE**
Stable.

**DISCHARGE MEDICATIONS**
Please see the discharge medication reconciliation form. Of note he will follow up with his PCP in 2 days with INR check. Further recommendations regarding coumadin dosing will be per PCP - notifed.

Time spent on this discharge was 55 minutes.

**HOSPITAL COURSE**
This is a 59-year-old, African American gentleman with multiple medical problems who presented with acute worsening shortness of breath and abdominal swelling. Found to have acute PE. Also was found to have an occluded thrombus in

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

SPECTRUM HEALTH

**Patient Name:** TYSON, DEREK ANTHONY
**DOB:**
**MRN:** 072535719; 072535719;

n/a
n/a      **FIN:** 072535719; 072535719;
n/a      072535719; 072535719;
n/a      072535719; 072535719;
         072535719; 072535719;
         072535719; 072535719;

---

### Discharge Documentation

072535719; 072535709;

the distal basilic vein at the site of the AV fistula that was treated with appropriate consideration during interventional radiology. He had a fistulogram with angioplasty and despite that he still had some resistant clot progression so he was treated with tPA at the site of the clot and stenting. The patient got complicated with acute blood loss anemia that responded well to blood transfusion. He underwent regular hemodialysis with fluid status being stable. The patient was a complicated case because of the fact that he had developed this PE and he was started on anticoagulation but he was at a high risk for bleed. Multiple consultants were on board and he responded well to the anticoagulation. His hemoglobin remained stable. His bleeding stopped. He was started on IV heparin with bridging to Coumadin. Because of the fact that he had end-stage renal disease he had limited options for anticoagulation and Lovenox, apixaban, aspirin could not be used. However, the patient responded well to the treatment and his INR became therapeutic at 2. Anticoagulation was appropriately bridged from heparin to coumadin without complications. ==During his hospital course, he also had few episodes of hemoptysis and pulmonary consultation was obtained.== The hemoptysis resolved on its own without any specific intervention. The patient also had chronic blurring of vision with progressive worsening. Ophthalmology consultation was obtained and he was advised to follow up with Dr. Garber as an outpatient for further recommendations. For his pulmonary stridor that he developed during the course of this stay, it was felt that it was likely secondary to the vocal cord edema that was chronic in nature. He was initially started on IV Solu-Medrol. The covering physician before me had a detailed discussion with his ENT, Dr. Meleca and it was decided that if he continues to have the stridor or shortness of breath he will need reinitiation of steroids and racemic epinephrine. However, he did not develop any worsening of these issues later on. The patient completed a course of the steroids. All of the options provided by the ENT were communicated to the patient and it was also documented in the progress notes by the covering hospitalist before my start of service. After removal of AV fistula clot and control of bleeding, he tolerated regular HD sessions from AVF site without complications. His steroids were ultimately discontinued when he had significant improvement in his vocal cord edema. Because the patient was given alteplase for AVF clot, he was initially transferred to the ICU and later on transferred back to the floor. He remained stable. Appropriate followup arrangements were made and he was discharged for outpatient management.

**DICTATED BY**
Syed Haris Tasleem, MD

3007676/9679925; 05/09/2015; mdl//alr

(Electronically Signed on 05/15/15 at 00:41)

_____

Tasleem, Syed Haris, MD,

D: 05/09/15   T: 05/11/15 13:11

CC: Tasleem, Syed Haris, MD,
    Garibaldi, Karen L, MD,

---

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | TYSON, DEREK ANTHONY |
|---|---|---|
| | DOB: | |
| | MRN: | 072535719; 072535719; |
| **n/a** | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535720; |
| n/a | | 072535719; 072535719; |

---

### Physician ED Report

**Physician Report ED**

072535719; 072535709;
072535719; 072535719;
072535719; 072535719;
125113276019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;

**DOS:** 04/27/2015   **MRN:** 072535719   **NAME:** Tyson, Derek Anthony

**ATTENDING PHYSICIAN:** Dr. Charles DeSibour

**CHIEF COMPLAINT**
Allergic reaction.

**HISTORY OF PRESENT ILLNESS**
The patient is being brought in from dialysis center by EMS after noting that he was felt to have an allergic reaction.  The patient is known allergy noted in the past in notes, of an allergy due to a filter versus another type of dialysis.  He is a Monday, Wednesday, Friday dialysis patient, who was felt to be having an allergic reaction at the dialysis center today. He states his abdomen started getting acutely bloated.  He was given Benadryl, was noted to be itchy and sent him here. Currently, he is denying any chest pain, coughing, shortness of breath.  However, per EMS, at the dialysis center he was reporting some shortness of breath.  Denies any dysuria, pain or swelling in his arms or legs; however, the patient is quite somnolent at this point due to the Benadryl that was given prior to arrival in the emergency department, so full history is difficult; however, the patient is arousable and is able to tell me that he does have some stomach pain and feels like his stomach is bloated. He points to the epigastric region when asked about it.

For complete past medical, surgical, social, family history, and 10-point review of systems, please see supplemental sheet.

**PHYSICAL EXAMINATION**
Vital signs: Reviewed. Temperature 36.8, pulse 68, blood pressure 193/81, respirations 18 per minute, saturating 95% on room air.  HEENT: Pupils are equal, round, reactive to light and accommodation.  Extraocular muscles are intact.  Mucous membranes are somewhat dry. With not knowing the patient's baseline, I do feel the patient is having somewhat of an increase in swelling in his lips and tongue, again, I am not sure of the patient's baseline. Lungs: The patient has some stridor noted.  Cardiovascular: Regular rate and rhythm.  Abdomen: Tender to palpation in the epigastric region.  No guarding or rebound tenderness.  Musculoskeletal: There is no deformity.  Skin: There is a dialysis graft noted in the left upper extremity with the dialysis tubing noted to still be placed. No other rash is noted on the patient at this time. Neurologic: The patient is sleepy, but is sleepy, is arousable, and is oriented with cranial nerves II-XII intact.

**EMERGENCY DEPARTMENT COURSE**
After arriving in the emergency department and out of concern for a possible allergic reaction, we gave the patient an Epi-Pen injection as well as 20 mg famotidine, as well as 125 mg Solu-Medrol by IV.  The patient noted improvement in his symptoms at that time.  We also ordered a CMP, which showed a creatinine of 7.92, potassium 4.6.  VBG showed pH 7.45, PCO2 of 42. CBC with a hemoglobin of 9.8, white count 7.19. We did discuss the patient with the nephrologist, Dr. Ahmed, who was concerned about pulmonary embolism in this patient and we did obtain a CT scan of the patient's thorax to evaluate for DVT, which did show a new pulmonary embolism in the right lower lobe of the pulmonary artery branch, so it was discussed with the patient and with the inpatient hospital team, who accepted the patient for admission.  The

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
|---|---|---|
| | DOB: | |
| **n/a** | **MRN:** | 072535719; 072535719; |
| n/a | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535720; |
| | | 072535719; 072535718; |
| | | 072535719; 072535719; |

---

### Physician ED Report

072535719; 072535709;
patient was started on heparin prior to departure from the emergency department and was admitted to the emergency
072535719; 072535718;
department in stable condition. The patient, at the time of admission, did have a decrease in his blood pressure from
072535719; 072535708;
193/81, down to 168/86 prior to leaving the emergency department.

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**DIAGNOSES**
1. Pulmonary embolism.
2. Possible allergic reaction.
3. Hypertension. Followup in hospital.
4. End-stage renal disease.

**DICTATED BY**
Reece Garth Baker, MD

118176333/9619986; 04/27/2015; trs//

ATTENDING NOTE: I have personally taken a history from and examined this patient and directed the care given in conjunction with the dictating resident. Unless otherwise indicated in a supplemental note, I agree with the resident's assessment and documentation. I was physically present for the key elements of all procedures done by those residents under my supervision.

(Electronically Signed on 04/29/15 at 23:12)

_____

deSibour, Charles Louis, MD,

D: 04/27/15   T: 04/28/15 11:09

CC: Ahmed, Imad Muzaffar, MD,
    deSibour, Charles Louis, MD,
    Garibaldi, Karen L, MD,

_____

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
| --- | --- | --- |
| | DOB: | |
| **n/a** | **MRN:** | **072535719; 072535719;** |
| n/a | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| | | 072535719; 072535719; |
| | | 072535719; 072535719; |

---

### Computed Tomography Report

| Ordering Provider | Procedure Name | Accession Number | |
| --- | --- | --- | --- |
| | CT Angio Thorax | CT-15-044623 | 072535719; 072535719;<br>072535719; 072535719;<br>072535719; 072535719; EDT |

072535719; 072535719;
072535719; 072535719;
072535719; 072535719;
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Reason For Exam**
(CT Angio Thorax) SOB, eval for DVT

**Findings**
Examination:  CT Angio Thorax
Technique:  Arterial enhanced axial helical images are obtained from the thoracic inlet through the diaphragm with 80 mL Isovue-370 intravenous contrast. Coronal and sagittal MIP reformations are provided.

Examination Date:  Apr 27, 2015 11:23:10 AM
Comparison Exam:  None

Clinical History:  SOB, eval for DVT

———

Findings:
<mark>There is acute clot within a right lower lobe pulmonary artery branch.</mark>

There is a mild amount of ascites in the upper abdomen. The liver appears somewhat enlarged. There is evidence of right heart failure with reflux of contrast into intrahepatic vein. The right ventricle is not particularly dilated. The left ventricle is hypertrophied. There is a small pericardial effusion. There is a tiny right pleural effusion.

A pacemaker is present, in good position.

Hazy ground-glass type opacities are present in the right upper and right lower lobe, etiology unclear.

No adenopathy is seen. There is no evidence of soft tissue mass.

———

Impression:
1. <mark>Pulmonary embolism</mark>
2. Suspicion of right heart failure.
3. Possible congestive failure. There is parabronchial thickening, particularly on the right.

Dictated By:  Fedeson, Brian C MD,  04/27/15 11:46
Images and Interpretation Reviewed and Electronically Signed By:  Fedeson, Brian C MD,  04/27/15 12:30
Transcriptionist: SJK  04/27/15 12:19, Technologist: JRT,JMM
Resident:

---

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
|---|---|---|
| | DOB: | |
| **n/a** | **MRN:** | 072535719; 072535719; |
| n/a | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535720; |
| | | 072535719; 072535719; |
| | | 072535719; 072535719; |

| **History and Physical Reports** |
|---|

072535719; 072535719;
072535719; 072535719;
072535719; 072535719

**History / Physical Physician**

**MRN:** 072535719   **NAME:** Tyson, Derek Anthony

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**HISTORY**

**DATE OF DICTATION:** 04/27/2015

**ADMISSION DATE:** 04/27/2015

**ATTENDING:** Mohsin K. Khan, MD

**CODE STATUS**
Full code.

**CHIEF COMPLAINT**
Possible allergic reaction, pulmonary embolus.

**HISTORY OF PRESENT ILLNESS**
The patient is a 59-year-old male with a history of end-stage renal disease on hemodialysis, vocal cord paralysis, and history of chronic trach, diabetes mellitus, hypertension, coronary artery disease, diastolic congestive heart failure. The patient is coming in with the above-mentioned complaints. The patient says he was doing fine earlier his morning when he went for his dialysis. Thirteen minutes into his hemodialysis he noticed that his abdomen as getting swollen. He also had a hard time breathing and also felt that he was unable to say any words. He has had previous allergic reactions to different dialysis components in the past and has been in the hospital in the past with similar reactions. As a result of concern for an allergic reaction, patient was transferred to Spectrum Health Butterworth Hospital for further evaluation. In the emergency department patient was given epinephrine as well as Solu-Medrol because of his shortness of breath. CT angio of the thorax was obtained which showed findings of PE, suspicion of right heart failure, and possible congestive heart failure. Patient was admitted for management of his PE. Patient says he has a history of deep venous thrombosis in the past and is unable to recall how long ago this was. He said maybe in 2000. He had an IVC filter in place. He said he was not on Coumadin. He denies any recent gastrointestinal bleed or any head bleed recently. He does mention that when they removed the port from his hemodialysis access, he has profuse bleeding, and he is concerned about his bleeding due to being started on heparin drip. Patient feels that he has otherwise been fairly active and is up and walking. He denies any recent surgeries. He denies any family history of blood clots, but has a history of blood clots himself. He denies any recent surgeries. He says he has persistent nausea, vomiting, and diarrhea that has been going on for months. He says that he goes to the bathroom at least once a day and is unable to tell how often he goes. He denies any fevers, chills, or rigors. He denies any coughing. He currently denies any chest pain. He denies any abdominal pain right now. He denies any dysuria, no hematuria. He says that he has had chronic leg swelling, but has not gotten any worse. He has a history of chronic trach in the past that has been removed. Stridor has been noted in the past according to previous history and physicals. He denies any dizziness, lightheadedness, or any numbness or tingling in his arms or legs.

**MEDICAL HISTORY**

---

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
| | DOB: | ▮ |
| | **MRN:** | 072535719; 072535719; |
| **n/a** | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535720; |
| n/a | | 072535719; 072535719; |
| | | 072535719; 072535719; |
| | | 072535719; 072535719; |

---

## History and Physical Reports

072535719; 072535709;
1. End-stage renal disease on hemodialysis Monday, Wednesday, and Friday .   072535719; 072535718;
2. History of vocal cord paralysis.   072535719; 072535719
3. History of dyspnea.   125113275019;
4. Stridor.   125113276245;
5. Diabetes mellitus type 2.   125113278154;
6. Congestive heart failure with diastolic dysfunction.   125113271172;
7. Coronary artery disease with   125113271159;
8. Ventricular tachycardia arrest with placement of ICD.   125113273303;
9. Respiratory failure requiring intubation.   125113277010;
10. Tracheostomy in the past in 2010.   125113276233;
11. Depression.   125113278295;
12. Osteomyelitis of the right foot status post amputation.   125113275117;
13. Gastroesophageal reflux disease.   125113277002;
14. Chronic anemia.   125113273169
15. Unclear history of asthma.
16. Smoke inhalation injury in 1992 resulting in lung damage.

**SURGICAL HISTORY**
1. Hernia repair.
2. <mark>IVC filter placement.</mark>
3. ICD placement.
4. Cervical fusion.
5. Right metatarsal surgery.
6. Tendon lengthening.
7. Tracheostomy, which has been removed.

**SOCIAL HISTORY**
Denies tobacco, alcohol, and illicit drug use. He is married and lives at home with his wife.

**FAMILY HISTORY**
Mother has hypertension. Father deceased secondary to motor vehicle accident.

**ALLERGIES**
Tetanus toxoid, Venofer.

**MEDICATIONS**

---

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
| | DOB: | ▮ |
| | **MRN:** | 072535719; 072535719; |
| **n/a** | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535720; |
| n/a | | 072535719; 072535719; |
| | | 072535719; 072535719; |

---

### History and Physical Reports

072535719; 072535719;
072535719; 072535719;
072535719; 072535719;
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

1. Metoclopramide 5 mg q.8 h. p.r.n. for nausea.
2. Bisoprolol 5 mg daily.
3. Multivitamin 1 capsule p.o. daily.
4. Minoxidil 5 mg p.o. b.i.d.
5. Flonase 2 puffs b.i.d. for shortness of breath.
6. Albuterol-ipratropium inhalers 1 puff q.i.d.
7. Lantus 5 units q.h.s.

**REVIEW OF SYSTEMS**
As per history and physical. Otherwise, 12-point review of systems is negative.

### PHYSICAL EXAMINATION

VITAL SIGNS: Blood pressure 168/83, respiratory rate 18, temperature 36.8, pulse 72, saturation 93% on room air.
GENERAL: The patient was sitting up in bed in no acute distress.
SKIN: Skin shows n evidence of rashes.
LYMPH: No lymphadenopathy.
HEENT: Head was atraumatic, normocephalic. Eyes: Pupils equal, round, reactive to light and accommodation. No pallor, no icterus. Throat:Mucous membranes are moist.
NECK: Supple. No stridor was noted on my exam.
CHEST: Patient has good breath sounds with no crackles, no wheezing.
CARDIOVASCULAR: Regular rhythm, S1 and S2. No murmurs.
ABDOMEN: Bowel sounds positive. Distended, but nontender.
EXTREMITIES: Trace edema. Pulses positive.
MUSCULOSKELETAL: Normal range of motion in all 4 extremities.
VASCULAR: Pulses intact.
NEUROLOGICAL: Cranial nerves II-XII grossly intact. No focal neurological deficits.

**DIAGNOSTIC STUDIES**
Laboratory studies: Sodium 142, potassium 4.6, chloride 98, bicarb 26, BUN 40, creatinine 7.92. Hemoglobin 9.8, white count 7.19, platelet count 124.

CT angio of the thorax was done which showed findings of pulmonary embolism in the right lower lobe, suspicion of right heart failure, possible congestive heart failure.

**ASSESSMENT AND PLAN**
1. Right lower lobe pulmonary embolus. Patient with a history of hemodialysis and hypercoagulable at baseline with a history of deep venous thrombosis in the past. We will continue the heparin drip that has been started in the emergency department. We will obtain an ultrasound of the lower extremities bilaterally to evaluate for deep venous thrombosis, as well as an echocardiogram to evaluate for right heart strain. Patient says he has a history of significant

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

SPECTRUM HEALTH

| | Patient Name: | **TYSON, DEREK ANTHONY** |
| | DOB: | |
| **n/a** | MRN: | 072535719; 072535719; |
| n/a | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |

---

### History and Physical Reports

bleeding on access of his port during dialysis, so that needs to be monitored very closely. We will start him on Coumadin tonight as well. He has end-stage renal disease and Coumadin is appropriate regimen in this case.

2. End-stage renal disease on hemodialysis. Nephrology evaluated the patient in the emergency department to determine if he needs dialysis today or not. His potassium is fine and he is not hypoxic. He was taken off on dialysis. If that is he case, the fistula can be decannulated in the emergency department.

3. History of diastolic congestive heart failure on hemodialysis. Nephrology on board.

4. Diabetes mellitus type 2. Continue patient on basal bolus insulin.

5. Hypertension. Blood pressure is on the higher side. We will keep the patient on his home dose of minoxidil and bisoprolol and keep him on IV blood pressure medication as well.

6. History of coronary artery disease. Patient does not have any chest pain right now.

7. History of allergic reaction to various dialysis components. The patient does have some tongue swelling and facial swelling, which he mentioned hospital been improving. He has been given IV steroids. We would continue the patient on a low dose p.o. prednisone, which can be tapered quickly in the next few days.

8. Deep venous thrombosis prophylaxis. The patient is on a heparin drip.

9. He is admitted for inpatient stay greater than 2 midnights.

10. Code status: Full code.

**DICTATED BY**
Mohsin Karim Khan, MD

118177095/9618543; D: 04/27/2015; jad//

(Electronically Signed on 04/29/15 at 12:33)

Khan, Mohsin Karim, MD,

D: 04/27/15   T: 04/27/15 18:28

CC: Khan, Mohsin Karim, MD,
    Garibaldi, Karen L, MD,

---

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | TYSON, DEREK ANTHONY |
|---|---|---|
| | DOB: | ■■■■ |
| **n/a** | **MRN:** | 072535719; 072535719; |
| **n/a** | **FIN:** | 072535719; 072535719; |
| **n/a** | | 072535719; 072535719; |
| **n/a** | | 072535719; 072535720; |
| | | 072535719; 072535719; |
| | | 072535719; 072535719; |

---

## ECHO Report

| 072535719; 072535719; |
|---|
| 072535719; 072535719; |
| 072535719; 072535719 |
| 125113275019; |
| 125113276245; |
| 125113278154; |
| 125113271172; |
| 125113271159; |
| 125113273303; |
| 125113277010; |
| 125113276233; |
| 125113278295; |
| 125113275117; |
| 125113277002; |
| 125113273169 |

**ECHO Report**

Fred and Lena Meijer Heart Center
100 Michigan St. NE
Grand Rapids, MI 49503
Phone: (616) 391-3632

ECHOCARDIOGRAPHY REPORT

Name: TYSON, DEREK                 Study Date: 04/28/2015
MRN: 72535719                     Patient Location: DEPARTMENT INPATIENT
DOB: ■■■■■                         Gender: Male
Age: 59 yrs                       Ordering Physician: Khan, Mohsin
Height: 168 cm                    Referring Physician: Garibaldi, Karen L
Weight: 101 kg                    Performed By: Mary VerBeek, RDCS, RVT
BSA: 2.1 m2                       Resting BP: 140/73 mmHg
Resting HR: 75
Reason For Study: PE; Assess right heart strain
History/Symptoms: Congestive Heart Failure, Coronary Artery Disease, S/P PCI,
Hypertension, Hyperlipidemia, Diabetes Mellitus II, End Stage Renal Disease,
IVC Filter, Hx of DVT, Hx of Venricular Tachycardia, ICD
Electronically signed by: Helayne L Sherman, MD on 04/28/2015 04:25 PM


Interpretation Summary
The global right ventricular free wall longitudinal peak systolic strain
average is -18%.
There is severe concentric left ventricular hypertrophy.
The LV ejection fraction is normal.
The left ventricular ejection fraction is 61%.
The left atrium is severely dilated.
Small pericardial effusion.
The right ventricle is moderately dilated.
There is moderate tricuspid regurgitation.
Right ventricle function is mildly decreased.
The estimated right ventricular systolic pressure is 62 mmHg.
There is severe pulmonary hypertension.
Today's study was compared to one performed on 7/17/2014. The LVEF was 65% on
the prior report.

---

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

Patient Name:   **TYSON, DEREK ANTHONY**
DOB:
**MRN:**          072535719; 072535719;
FIN:             07253571█; █72535289;
n/a
n/a              0725357█; █725357██;
n/a              07253571█; █72535720;
n/a              0725357█; █72535718;
                 07253571█; █72535719;

---

## ECHO Report

                 072535719; █72535709;
                 0725357██; █72535748;
                 072535719; 072535719
                 125113275019;
                 125113276245;
                 125113278154;
                 125113271172;
                 125113271159;
                 125113273303;
                 125113277010;
                 125113276233;
                 125113278295;
                 125113275117;
                 125113277002;
                 125113273169

STUDY PERFORMED/QUALITY:
A complete two-dimensional transthoracic echocardiogram was performed (2D, M-mode, spectral and color flow doppler). The technical quality of the exam was fair. The subcostal views were difficult to obtain and are suboptimal in quality. The suprasternal notch views were difficult to obtain and are suboptimal in quality. Location: Department.

LEFT VENTRICLE:
There is severe concentric left ventricular hypertrophy. The LV ejection fraction is normal. The left ventricular ejection fraction is 61%. Left ventricular filling pattern is normal for age.

LEFT ATRIUM/ATRIAL SEPTUM:
The left atrium is severely dilated. The interatrial septum is intact with no evidence for an atrial septal defect.

RIGHT ATRIUM:
The right atrium is moderately dilated.

RIGHT VENTRICLE:
The global right ventricular free wall longitudinal peak systolic strain average is -18%. Tricuspid annular plane systolic excursion is 19 mm. The right ventricular fractional area change is 23.5%. The right ventricle is moderately dilated. Right ventricle function is mildly decreased. There is a pacemaker lead in the right

AORTIC VALVE:
The aortic valve is normal in structure and function. No aortic regurgitation is present.

MITRAL VALVE:
There is focal thickening of the mitral valve with preserved opening. There is no mitral regurgitation noted.

TRICUSPID VALVE:
The tricuspid valve is normal in structure and function. There is moderate tricuspid regurgitation. The estimated right ventricular systolic pressure is 62 mmHg. There is severe pulmonary hypertension.

PULMONIC VALVE:
The pulmonic valve is normal in structure and function. Mild pulmonic valvular regurgitation.

---

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| | **Patient Name:** **TYSON, DEREK ANTHONY** |
| | **DOB:** ▮ |
| **n/a** | **MRN:** 072535719; 072535719; |
| n/a | **FIN:** 072535719; 072535719; |
| n/a | 072535719; 072535719; |
| n/a | 072535719; 072535720; |
| | 072535719; 072535718; |
| | 072535719; 072535719; |

---

## ECHO Report

ventricle.

072535719; 072535709;
072535719; 072535718;
072535719; 072535719

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

PERICARDIUM/PLEURAL:
Small pericardial effusion. No pleural effusion.

AORTA/PULMONARY ARTERY:
The aortic root and ascending aorta are normal in size.

INFERIOR VENA CAVA:
The IVC is dilated (>2.1 cm) with less than 50% collapse during patient sniff. The estimated RA pressure is 15 mm Hg (10-20 mm Hg).

MMode/2D Measurements and Calculations

| | |
|---|---|
| EF(Teich): 61 % | MV E/A: 1.1 |
| EDV(Teich): 58.6 ml | MV dec time: 0.19 sec |
| ESV(Teich): 22.7 ml | LA vol index: 46.7 ml/m2 |
| RVIDd: 4.6 cm | MV E max vel: 0.87 m/sec |
| IVSd: 1.9 cm | MV A max vel: 0.81 m/sec |
| LVPWd: 1.8 cm | Pulm Sys Vel: 0.26 m/sec |
| LVIDd: 3.7 cm | Pulm Dias Vel: 0.4 m/sec |
| LVIDs: 2.5 cm | Pulm S/D: 0.64 |
| Ao root diam: 3.1 cm | LA A2 area: 28.2 cm2 |
| LA dimension(2D): 3.9 cm | |
| FS: 32 % | LA A4 area: 26.6 cm2 |
| IVC diam: 3.2 cm | LA length (vol): 6.5 cm |
| | LA vol: 98.0 ml |
| | RV:LV Ratio.: 1.3 |
| | E/E' med: 14.7 |
| | Velocity Propagation: 0.52 m/sec2 |

| | |
|---|---|
| Ao V2 max: 1.39 m/sec | MV V2 max: 0.9 m/sec |
| Ao max PG: 7.8 mmHg | MV max PG: 3.3 mmHg |
| LV V1 max: 0.99 m/sec | MV mean PG: 1.6 mmHg |
| LV V1 max PG: 3.9 mmHg | MV V2 VTI: 32.7 cm |
| LVOT diam: 1.9 cm | |

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
| | DOB: | |
| **n/a** | **MRN:** | 072535719; 072535719; |
| n/a | **FIN:** | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| | | 072535719; 072535719; |
| | | 072535719; 072535719; |

---

## ECHO Report

072535719; 072535719;
072535719; 072535719;
072535719; 072535719
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

RVSP(TR): 62.4 mmHg     RVD3: 6.6 cm
TR max vel: 3.44 m/sec     RVD2: 4.3 cm
TR max PG: 47.4 mmHg     RVD1: 4.7 cm
RAP systole: 15.0 mmHg
PA V2 max: 0.7 m/sec
PA max PG: 2.0 mmHg
RIMP.: 0.61

IVS/LVPW: 1.0     RAd major: 5.7 cm
LVOT area: 2.9 cm2     RAd minor: 4.1 cm

LAV(MOD-sp4): 85.6 ml     RA A4 area: 20.7 cm2
LAV(MOD-sp2): 98.5 ml

Time Measurements
RVET: 0.28 sec

Doppler Measurements and Calculations
LV IVRT: 0.08 sec     MV V2 mean: 0.58 m/sec

Lat Peak S Vel: 0.09 m/sec     Med Peak A' Vel: 0.14 m/sec
Lat A' vel: 0.13 m/sec     Med Peak S Vel: 0.07 m/sec
Lat Peak E' Vel: 0.07 m/sec
E/E' lat: 11.3
Med Peak E' Vel: 0.06 m/sec

          Tricuspid Valve Lateral E': 0.18 m/sec
MV dec slope: 4.52 m/sec2

RV V1 max PG: 0.50 mmHg     TV Close to Open: 0.45 sec
RV V1 max: 35.2 cm/sec
RVFW S' Max Vel: 14.8 cm/sec

Tricuspid Valve Lateral A': 8.1 cm/sec

---

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| | Patient Name:  **TYSON, DEREK ANTHONY** |
| | DOB: |
| **n/a** | **MRN:**   072535719; 072535719; |
| n/a | FIN:   072535719; 072535719; |
| n/a | 072535719; 072535719; |
| n/a | 072535719; 072535720; |
| | 072535719; 072535718; |
| | 072535719; 072535719; |

| **ECHO Report** |
|---|

072535719; 072535709;
072535719; 072535718;
072535719; 072535719;
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

Electronically signed by: Helayne L Sherman, MD on 04/28/2015 04:25 PM
All sources of data reside in the Cardiology PACS

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
| | DOB: | |
| | **MRN:** | 072535719; 072535719; |
| **n/a** | FIN: | 0725357193;0725352469; |
| n/a | | 0725357193;0725353269; |
| n/a | | 0725357193;0725352720; |
| n/a | | 0725357193;0725352719; |
| | | 0725357193;0725352719; |
| | | 0725357419;072535719; |

---

## Computed Tomography Report

| Ordering Provider | Procedure Name | Accession Number | |
| | CT Head Without IV Contrast | CT-15-045827 | |

0725357193;0725357109;
0725357193;0725352345;
0725357193;0725357709  EDT

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Reason For Exam**
(CT Head Without IV Contrast) ha, confusion

**Findings**
EXAMINATION:  CT Head without contrast

DATE:   Apr 30, 2015 01:10:04 AM

COMPARISON: 10/30/2013

INDICATION:    headache, confusion

TECHNIQUE: Multiple axial images were obtained from the skull base to the vertex without contrast. Coronal reformations were provided.

ENCOUNTER: Not applicable

———

Findings:
The ventricles, basal cisterns, and sulci are normal size, shape and configurations. No midline shift or mass effect. No hydrocephalus. Patchy areas of hypoattenuation are again demonstrated throughout the supratentorial white matter. Although nonspecific, these findings are commonly associated with chronic small vessel ischemic disease. Small focus of decreased attenuation within the thalamus just to the left of midline may represent an old lacunar infarction. No intra-axial or extra-axial hemorrhages. No suspicious fluid collections.

Few small retention cysts within the maxillary sinuses. Patchy mucosal thickening throughout the ethmoid air cells.  The mastoid air cells are clear. No fractures or destructive processes throughout the calvarium.

———

Impression:
1. Patchy hypoattenuation throughout the supratentorial white matter is not significantly changed since prior examination. Although nonspecific, these findings are commonly associated with chronic small vessel ischemic disease. If symptoms persist, further assessment with MRI should be considered.
2. Small focus of decreased attenuation within the thalamus just to the left of midline. These may represent a small lacunar infarct.

Dictated By:  Bares, James Patrick MD,  04/30/15 01:21
Images and Interpretation Reviewed and Electronically Signed By:  Bares, James Patrick MD,  04/30/15 04:16
Transcriptionist: LKE  04/30/15 01:32, Technologist: ATZ,AMP
Resident:

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | **Patient Name:** | **TYSON, DEREK ANTHONY** |
|---|---|---|
| | DOB: | |
| **n/a** | **MRN:** | **072535719; 072535719;** |
| n/a | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535720; |
| n/a | | 072535719; 072535718; |
| | | 072535719; 072535719; |
| | | 072535719; 072535719; |

---

## Diagnostic Radiology Report

| Ordering Provider | Procedure Name | Accession Number | |
|---|---|---|---|
| | DR Chest 2 View Frontal and Lateral | DR-15-114063 | 072535719; 072535719; 072535719; Exam Date/Time 072535719; 5/6/2015 3:45:18 EDT |

072535719; 072535719;
072535719; 072535718;
072535719; 072535719;
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Reason For Exam**

(DR Chest 2 View Frontal and Lateral) <mark>hemoptysis</mark>

**Findings**

EXAMINATION: Two views of the chest

Date: May 06, 2015 03:10:05 PM
Comparison: 4/29/2015
History:  hemoptysis

FINDINGS:

Cardiac silhouette is mildly enlarged, unchanged. Normal pulmonary vessels. The lungs are clear. No pleural effusion or pneumothorax. Right IJ central line has been removed. Stable cardiac pacing device.

Dictated By:  Ross, Laura Fasulo MD, 05/06/15 16:17
Images and Interpretation Reviewed and Electronically Signed By:  Ross, Laura Fasulo MD,  05/06/15 16:18
Transcriptionist:, Technologist: MS
Resident:

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
|---|---|---|
| | DOB: | |
| **n/a** | **MRN:** | 072535719; 072535719; |
| n/a | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| | | 072535719; 072535719; |
| | | 072535719; 072535719; |

---

## Consultation Notes

072535719; 072535719;
072535719; 072535719;
072535719; 072535719

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Consult Physician**

**MRN:** 072535719   **NAME:** Tyson, Derek Anthony

**DATE OF ADMISSION:**              04/27/2015
**DATE OF CONSULTATION:**         04/29/2015

**CONSULTING PHYSICIAN:** Wael K. Berjaoui, MD
**REFERRING PHYSICIAN:** Mohsin K. Khan, MD

**REASON FOR CONSULTATION**
Stridor.

**HISTORY OF PRESENT ILLNESS**
Multiple Cerner records were reviewed, including the history and physical by Mohsin K. Khan, MD on 4/27/2015. Please refer to that for history of present illness and review of systems. I also reviewed a consultation by my partner, Maximiliano TamaeKakazu, MD, on 10/01/2013. Please refer to that for medical history, surgical history, social history, family history, and allergies. I also reviewed a note by John M. Kosta, MD, from ENT, on 10/01/2013.

In brief, this is a pleasant 59-year-old male with history of end-stage renal disease as well as history of ventricular tachycardia, cardiac arrest with AICD placement in 3/2010. He does have a history of prolonged intubation and tracheostomy. Since that time, the patient has had recurrent bouts of upper airway obstruction and stridor. Based on extensive evaluation by ENT, which included direct laryngoscopy as well as imaging of his neck, the patient's symptoms were felt to be mostly related to bilateral vocal cord paresis. Back in 2013, it was discussed the possibility of proceeding with partial resection of the left vocal cord. According to the patient, that never materialized. The patient was admitted this time with increased shortness of breath, abdominal pain that occurred during his dialysis. A CT angio showed right lower lobe PE. The patient was started on IV heparin. He does have a history of an IVC filter in place. Today he became suddenly stridorous and unable to verbalize. We were asked to come and evaluate him. No fever, chills, night sweats, syncope, or hemoptysis reported prior to his episode.

**MEDICAL HISTORY**
1. End-stage renal disease.
2. History of vocal cord paralysis secondary to traumatic intubation in 2010 post cardiac arrest.
3. Type 2 diabetes.
4. Diastolic dysfunction with moderate-to-severe pulmonary hypertension.
5. History of tracheostomy in 2010.
6. Depression.
7. Osteomyelitis.

---

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

Patient Name:   **TYSON, DEREK ANTHONY**
DOB:   ▮▮▮▮
**MRN:**   072535719; 072535719;
**n/a**   FIN:   0725357192507253572**89**;
n/a   0725357192507253572**89**;
n/a   0725357192507253572**20**;
n/a   0725357192507253571**19**;
   0725357192507253572**19**;
   070535740 07053571**10**

---

| Consultation Notes |
| --- |

0725357192507253577**09**;
0725357192507253577**48**;
072535712**5** 07253577**19**

8.  Chronic anemia.

125113275019;
125113276245;

**SURGICAL HISTORY**
1.  Hernia repair.   125113278154;
2.  ==IVC filter placement.==   125113271172;
3.  AICD placement.   125113271159;
4.  Anterior cervical neck fusion prior to 2013.   125113273303;
   125113277010;
**SOCIAL HISTORY**   125113276233;
No alcohol or illicit drugs or tobacco use.   125113278295;
   125113275117;
**FAMILY HISTORY**   125113277002;
Mother with history of hypertension. Father deceased due to MVA.   125113273169

**ALLERGIES**
Tetanus toxoid and Venofer.

**MEDICATIONS**
Reviewed in medication administration record.

**REVIEW OF SYSTEMS**
As per history of present illness and the history and physical by Mohsin K. Khan, MD. Otherwise, full system review is negative.

**PHYSICAL EXAMINATION**
Vital signs: Temperature 36.4, heart rate 76, respiratory rate 16, blood pressure 177/88, O2 saturation 97% on 3 L. Patient is awake, alert, oriented. Not in acute distress. Very muffled voice. Lung exam: Good air entry bilaterally. Audible stridor originating from his neck. No use of accessory muscles or tachypnea. Neck: Audible inspiratory stridor. No tracheal deviation. No elevated JVP. Extremities: Trace lower extremity edema bilaterally. No clubbing, no cyanosis. Abdomen: Soft, nontender. No hepatosplenomegaly. HEENT: Head: Normocephalic, atraumatic. Pupils reactive, symmetric. No conjunctivitis. Moist mucous membranes. No postnasal drip.

**DIAGNOSTIC STUDIES**
LABORATORY: Sodium 139, potassium 5.2. White count 10.6, hemoglobin 8. PTT 79.

IMAGING: CT Chest showed no interstitial lung disease with a right lower lobe PE.

ECHOCARDIOGRAM: Echocardiogram done on 4/28/2015 showed right ventricular systolic pressure of 62 with moderate right ventricular dysfunction. Tricuspid annular plane systolic excursion was reduced at 19 mm. Free wall peak systolic strain was reduced at minus 18%. Right ventricular fractional area change was reduced at 23%. These findings are new when compared to 2013, indicating that they are probably related to his acute pulmonary embolism.

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

Patient Name: **TYSON, DEREK ANTHONY**
DOB:

| | | |
|---|---|---|
| **n/a** | **MRN:** | 072535719; 072535719; |
| n/a | **FIN:** | 072535719; 072535719; |
| n/a | | 072535719; 072535720; |
| n/a | | 072535719; 072535718; |
| | | 072535719; 072535719; |

---

## Consultation Notes

072535719; 072535709;
072535719; 072535719;
072535719; 072535719

### ASSESSMENT

Stridor. This is most likely to vocal cord edema. This is not infrequent in this patient given his end-stage renal disease and reliance on hemodialysis with a very liable blood pressure and diastolic dysfunction. Same thing that causes edema of his vocal cords would cause him to be stridorous. He is currently not in any pending respiratory distress. I do agree with previous ENT recommendations that, to avoid such episodes, partial vocal cord resection should be considered endoscopically with $CO_2$ laser.

125113276154;
125113271159;
125113273303;
125113277010;
125113278295;
125113275117;
125113277002;
125113273169

### PLAN

1. Close monitoring. If increased work of breathing, then consider use of BiPAP. If pending respiratory failure, then intubation and mechanical ventilation would be needed.
2. ENT consultation at least on an outpatient basis. Currently, as the patient is on heparin, it will be unlikely that he would tolerate surgery.
3. Agree with continuation of IV Solu-Medrol.
4. Avoid volume overload and try fluid removal with hemodialysis.
5. <mark>Acute right lower lobe pulmonary embolism.</mark>
6. Patient hemodynamically stable. No signs of massive PE. Continue heparin and anticipate lifelong Coumadin therapy. Will follow.

### DICTATED BY
Wael K Berjaoui, MD

118182313/9623386; 04/29/2015; sb5//

(Electronically Signed on 05/01/15 at 17:16)

_____

Berjaoui, Wael, MD,

D: 04/29/15   T: 04/30/15 05:50

CC: Berjaoui, Wael, MD,
   Khan, Mohsin Karim, MD,
   Garibaldi, Karen L, MD,
   Atkin, Nathaniel Lee, MD,
   Patel, Kartik Harshadkumar, MD,

_____

_____

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
|---|---|---|
| | DOB: | ▮ |
| **n/a** | **MRN:** | 072535719; 072535719; |
| n/a | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| | | 072535719; 072535719; |
| | | 072535719; 072535719; |

| Orders |
|---|

072535719; 072535719;

**Order: Communication Order**
Order Date/Time: 5/6/2015 09:16 EDT
Order Status: Discontinued
Ordering Physician:
Order Placed By: on 5/6/2015 09:16 EDT
Order Details: 5/6/15 9:16:00 AM EDT
Order Comment: <mark>please provide cup to patient to quantify hemoptysis</mark>

Action Type: Order                                     Action Date/Time: 5/6/2015 09:17 EDT
Responsible Provider:
Review Information:
Nurse Review: Electronically Signed, Hoffman,Lauren M on 5/6/2015 09:59 EDT
Doctor Cosign: Not Required

Action Type: Discontinue                              Action Date/Time: 5/8/2015 19:09 EDT
Responsible Provider:
Review Information:
Doctor Cosign: Not Required

**Order: Physician Consult**
Order Date/Time: 5/6/2015 09:16 EDT
Order Status: Discontinued
Ordering Physician:
Order Placed By: on 5/6/2015 09:16 EDT
Order Details: 5/6/15 9:16:00 AM EDT, Routine, hemoptysis, Universal Precautions, Daum, Timothy E, Bleeding
Order Comment:

Action Type: Order                                     Action Date/Time: 5/6/2015 09:16 EDT
Responsible Provider:
Review Information:
Nurse Review: Electronically Signed, Hoffman,Lauren M on 5/6/2015 09:59 EDT
Doctor Cosign: Not Required

Action Type: Discontinue                              Action Date/Time: 5/8/2015 19:09 EDT
Responsible Provider:
Review Information:
Doctor Cosign: Not Required

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
|---|---|---|
| | DOB: | |
| **n/a** | **MRN:** | **072535719; 072535719;** |
| n/a | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535720; |
| | | 072535719; 072535718; |
| | | 072535719; 072535719; |

---

## Progress Notes

072535719; 072535709;
072535719; 072535718;
072535719; 072535719;

**Freetext Note \***

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

Patient:  **TYSON, DEREK ANTHONY**          MRN: 072535719          FIN: 125113275117
Age:  **59 years**   Sex:  **Male**   DOB:
Associated Diagnoses:  **None**
Author:   **Khan, Mohsin Karim**

SHMG HOSPITALIST

Pt seen and examined
please see H&P for details

A/P
Pulmonary embolism
possible allergic reaction during HD
ESRD ON HD M-W-F
HTN
CAD
CHF diastolic
DM

PLAN
start AC with heparin gtt
<mark>first dose coumadin tonight</mark>
ESRD makes him  hypercoagulable
h/o dvt
us legs
echo
low dose prednisone
nephro c/s HD today
full code

Mohsin Khan,MD


(Electronically Signed on 04/27/15 at 15:52)

_____

Khan, Mohsin Karim, MD,

D: 04/27/15    T:

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

|  | Patient Name: | **TYSON, DEREK ANTHONY** |
|--|---------------|--------------------------|
|  | DOB: | ▮ |
| **n/a** | **MRN:** | 072535719; 072535719; |
| n/a | FIN: | 072535719; 072535719; |
| n/a |  | 072535719; 072535719; |
| n/a |  | 072535719; 072535719; |
|  |  | 072535719; 072535719; |
|  |  | 072535719; 072535719; |

---

## Progress Notes

072535719; 072535719;
072535719; 072535719;
072535719; 072535719

**Freetext Note ***

Patient: **TYSON, DEREK ANTHONY**      MRN: 072535719      FIN: 125113275117
Age: **59 years**   Sex: **Male**   DOB: ▮
Associated Diagnoses:  **None**
Author:  **Schreur, Amy Marie**

Pt seen and examined.  Full consult to follow.  Pt was on dialysis yesterday as a outpatient when he developed visual changes, difficulty findiing words, and some SOB.  His dialysis run was terminated and he was sent to ER. He was found to have new UE and started on a heparin drip.  Pt was dialized yesterday for a time but had problems with bleeding at cannulation site.  He was brought down to IR eventually last evening for a slip knot to be placed.  He has had no oozing from the site and is likely to dialyze later today.

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113272533;
125113276116;
125113270233;
125113278295;
125113275117;
125113277002;
125113273169

(Electronically Signed on 04/30/15 at 07:46)

_____
Schreur, Amy Marie, PA-C

D: 04/28/15    T:

_____

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
|---|---|---|
| | DOB: | |
| **n/a** | MRN: | 072535719; 072535719; |
| n/a | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| | | 072535719; 072535719; |

---

## Progress Notes

072535719; 072535719;
072535719; 072535719;
072535719; 072535719;

**Addendum by Patel, Kartik Harshadkumar on 28 April 2015 16:33**
Pt noted to have severe stenosis of AV Fistula. Nephrology following - IR consulted for further eval. K levels stable. No signs of uremic encephalopathy.

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
(Electronically Signed on 04/28/15 at 16:33)  125113273303;
125113277010;
_____   125113276233;
Patel, Kartik Harshadkumar, MD,   125113278295;
125113275117;
D: 04/28/15   T:   125113277002;
125113273169

**Hospitalist Progress Note**

Patient: **TYSON, DEREK ANTHONY**   MRN: 072535719   FIN: 125113275117
Age: **59 years**   Sex: **Male**   DOB:
Associated Diagnoses: **None**
Author: **Patel, Kartik Harshadkumar**

**Basic Information**
    **Patient information:**
    No guardian specified,
    Total Inpatient Days: 2
    .

**Chief Complaint**
    Bleeding from Fistula site; Allergic Rxn; Dyspnea

**Interval History**
    Per HPI "The patient is a 59-year-old male with a history of end-stage renal disease on hemodialysis, vocal cord paralysis, and history of chronic trach, diabetes mellitus, hypertension, coronary artery disease, diastolic congestive heart failure. The patient is coming in with the above-mentioned complaints. The patient says he was doing fine earlier him morning when he went for his dialysis. Thirteen minutes into his hemodialysis he noticed that his abdomen as getting swollen. He also had a hard time breathing and also felt that he was unable to say any words. He has had previous allergic reactions to different dialysis components in the past and has been in the hospital in the past with similar reactions. As a result for concern for an allergic reaction, patient was transferred to Spectrum Health Butterworth Hospital for further evaluation. In the emergency department patient was given epinephrine as well as Solu-Medrol because of his shortness of breath. CT angio of the thorax was obtained which showed findings of PE, suspicion of right heart failure, and possible congestive heart failure. Patient was admitted for management of his PE. Patient says he has a history of deep venous thrombosis in the past and is unable to recall how long ago this was. He said maybe in 2000. He had an IVC filter in place. He said he was not on Coumadin. He denies any recent

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

Patient Name:   **TYSON, DEREK ANTHONY**
DOB:

**MRN:**   072535719; 072535719;
FIN:   072535719; 072535719;

n/a
n/a
n/a
n/a

---

## Progress Notes

072535719; 072535719;

gastrointestinal bleed or any head bleed recently. He does mention that when they removed from his hemodialysis access, he has profuse bleeding, and he is concerned about his bleeding now started on heparin drip. Patient feels that he has otherwise been fairly active and is up and walking. He denies any recent surgeries. He denies any family history of blood clots, but has a history of blood clots himself. He denies any recent surgeries. He says he has persistent nausea, vomiting, and diarrhea that has been going on for months. He says that he goes to the bathroom at least once a day and is unable to tell how often he goes. He denies any fevers, chills, or rigors. He denies any coughing. He currently denies any chest pain. He denies any abdominal pain right now. He denies any dysuria, no hematuria. He says that he has had chronic leg swelling that has not gotten any worse. He has a history of chronic trach in the past that has been removed. Stridor has been noted in the past according to previous history and physicals. He denies any dizziness, lightheadedness, or any numbness or tingling in his arms or legs."

Pt seen and examined at bedside. Noted to have bleeding from Left arm AV fistula yesterday. Pt states it started while at output dialysis with other symptoms of allergic reaction. He was found to have PE - ==started on Heparin gtt and Coumadin yesterday== - and noted to have bleeding from Left arm AV fistula again - requiring hemostatic suture placement by IR. Noted to have suprtherapeutic PTT - 140/greater than 150, for which heparin drip was held

Currently - no active bleeding noted, but pt concerned about recurrence. Feels that breathing back to baseline. Has chronic stridor secondary to prior chronic trach s/p removal.

**Health Status**
  **Current medications:**
  **Inpatient Medication Orders**
    bisoprolol   5mg 1 tab(s)  daily
    flovent hfa 110 mcg/inh inhalation aerosol with adapter   2 puff(s) bid
    heparin additive 25,000 unit(s) [18 unit(s)/kg/hr] + premix sodium chloride 0.45% 500 ml   500 mL
    insulin aspart (novolog) very low dose   meal + correctiv   5xdaily w/meals,
    insulin glargine (lantus) basal dose   5unit(s) 0.05 mL  qhs
    minoxidil   5mg 2 tab(s)  bid
    prednisone po   40mg 2 tab(s)  daily
    sodium chloride 0.9% pf syringe 3 ml   3 mL  q8hr-end of shif
    warfarin po   5mg 1 tab(s)  qhs

    acetaminophen po   325mg 1 tab(s)  q4hr PRN (reason: mild pain)
    epoetin alfa extracorporeal   1,000unit(s) 0.05 mL  as ordered PRN (reason: see comments)
    heparin 1000 units/ml iv bolus   bolus dose per n   as ordered PRN (reason: lab value)
    hydralazine iv   10mg 0.5 mL  q4hr PRN (reason: hypertension)
    lidocaine (buffered) 1% id   1 mL  unscheduled PRN (reason: see comments)
    metoclopramide po (immediate release)   5mg 1 tab(s)  q8hr PRN (reason: nausea)
    ondansetron iv   4mg 2 mL  q24hr PRN (reason: nausea)

---

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

Patient Name:   **TYSON, DEREK ANTHONY**
DOB:
**MRN:**        072535719; 072535719;
FIN:            0725357195; 072535719;
                0725357195; 072535719;
                0725357195; 072535720;
                0725357195; 072535719;
                0725357195; 072535719;

n/a
n/a
n/a
n/a

---

## Progress Notes

072535719; 072535719;
072535719; 072535719;
0725357195; 072535719

paricalcitol iv   6mcg 1.2 mL   q Mo-We-Fr PRN (reason: see comments)
sodium chloride 0.9% iv bolus   200 mL   q 15min PRN (reason: hypotension)
sodium chloride 0.9% pf syringe 10 ml   10 mL   as ordered PRN (reason: see comments)
sodium chloride 0.9% pf syringe 10 ml   10 mL   as ordered PRN (reason: see comments)

125113275019;
125113276245;
125113278154;
125113271172;

**Problem List (Medical only)**
  Congestive heart failure
  Hypertension
  Type 2 diabetes mellitus

125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Review of Systems**
  **Constitutional**: Pt is awake, alert, oriented; well groomed.
  **Respiratory**: No shortness of breath, No cough, No hemoptysis.
  **Cardiovascular**: No chest pain, No palpitations, No syncope.
  **Gastrointestinal**: No nausea, No vomiting, No diarrhea, No constipation, No abdominal pain.
  **Hematology/Lymphatics**: Bruising tendency, Bleeding tendency.
  **Musculoskeletal**: No joint pain, No decreased range of motion.
  **Neurologic**: Alert and oriented X4, No headache.

**Objective**
  **VS/Measurements**
  Most Recent Vitals (ST)

| | | |
|---|---|---|
| Temperature | 36.6 | (11:12) |
| Systolic Blood Pressure | 101 | (11:12) |
| Diastolic Blood Pressure | 73 | (11:12) |
| Pulse | 66 | (11:12) |
| SpO2 | 99 | (11:12) |
| Respiratory Rate | 18 | (11:12) |

**Vital Signs** (last 36 hours)

| VITALS | | LAST CHARTED | | MIN | | MAX | |
|---|---|---|---|---|---|---|---|
| **Temp Celsius** | | 36.6 | (04/28 11:12) 36.4 | (04/28 07:49) 36.8 | | (04/27 07:33) | |
| **Pulse** | | 66 | (04/28 11:12) 64 | (04/27 15:00) 90 | | (04/28 08:51) | |
| **Respiration** | | 18 | (04/28 11:12) 11 | (04/27 13:53) 20 | | (04/28 07:49) | |
| **NIBP** | | 101/73 | (04/28 11:12) 101/73 | (04/28 11:12) 215/128 | | (04/27 15:00) | |
| **Today's Wt** | 99.6 | | (04/28 08:05) 99.6 | (04/28 08:05) 100.8 | (04/27 18:00) | | |
| **Pulse Ox** | | 99 | (04/28 11:12) 93 | (04/27 13:53) 100 | | (04/27 23:43) | |

,

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

**Patient Name:** TYSON, DEREK ANTHONY
**DOB:** ████████
**MRN:** 072535719; 072535719;

n/a
n/a
n/a
n/a

**FIN:** 072535719; 072535719;
072535719; 072535719;
072535719; 072535720;
072535719; 072535719;
072535719; 072535719;
072535719; 072535719;

| | | | |
|---|---|---|---|

## Progress Notes

072535719; 072535709;
072535719; 072535718;
072535719; 072535719;
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

| Daily Weight | 04/27 | 04/27 | 04/28 |
|---|---|---|---|
| Weight(KG) | 100.9 | 100.8 | 99.6 |

**Intake and Output**

**I & O Summary - 24 Hour (Previous Day 7a-7a)**
**Shift(7-3)**
80 (Iodinated Contrast Volume)
0 (heparin 50 units/mL in NaCl 0.45% 25,000 unit(s) [18 unit(s)/kg/hr] + premix Sodium Chloride 0.45%)
**80 (SHIFT INPUT TOTAL)**
**0 (SHIFT OUTPUT TOTAL)**
**80 (SHIFT BALANCE)**
**0 (STOOL COUNT)**
**Shift(3-11)**
**0 (SHIFT INPUT TOTAL)**
0 (Hemodialysis Fluid Removed)
**0 (SHIFT OUTPUT TOTAL)**
**0 (SHIFT BALANCE)**
**1 (STOOL COUNT)**
**Shift(11-7)**
40
0 (Oral Fluids)
51
6 (heparin 50 units/mL in NaCl 0.45% 25,000 unit(s) [18 unit(s)/kg/hr] + premix Sodium Chloride 0.45%)
**916 (SHIFT INPUT TOTAL)**
**0 (SHIFT OUTPUT TOTAL)**
**916 (SHIFT BALANCE)**
**0 (STOOL COUNT)**

**General**: Alert and oriented, No acute distress.
**Eye**: Extraocular movements are intact, Normal conjunctiva.
**HENT**: Normocephalic, Oral mucosa is moist.
**Neck**: Supple, Non-tender.
**Respiratory**: Respirations are non-labored, Breath sounds are equal, Stridor noted - at baseline, per pt.
**Cardiovascular**: Normal rate, Regular rhythm, grade 4/6 systolic murmur; 1+ pedal edema.
**Gastrointestinal**: Soft, Non-tender, Non-distended, Normal bowel sounds.
**Musculoskeletal**: Normal strength, No tenderness, Left arm AV fistula noted - no active bleeding ,but + for bruising..
**Neurologic**: Alert, Oriented.

**Review / Management**
**Laboratory Results**

**BMP 04/28/15 Na+** 141 **K+** 5.2 **Cl-** 97 **HCO3** 18 **BUN** 56 **Cr** 9.56 **Glu** 179 **Tot Ca** 9.6,
**Basic Coagulation 04/28/15 APTT** 141-*Critical* **INR** 1.3 **PT** 13.5,

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| **Patient Name:** | **TYSON, DEREK ANTHONY** |
| **DOB:** | ████ |
| **MRN:** | 072535719; 072535719; |
| **FIN:** | 0725357193;072535739; |

n/a

n/a    0725357193;072535739;

n/a    0725357193;072535729;

n/a    0725357193;072535719;

0725357193;072535719;

---

| **Progress Notes** |
|---|

CBC 04/28/15; Platelets  143;  **Hgb**     8.6 L;  **WBC**    10.64;  **Hct**    25.6 L,
Cardiology - No results in the last 72 hours.

Microbiology - No results in the last 5 days
**Cardiology Results**

**Ejection Fraction results**

| Ejection Fraction ECHO | 07/17/14 13:27 | 65 |
|---|---|---|
| Ejection Fraction ECHO | 10/03/13 10:08 | 65 |

**Radiology results**
Radiology Interpretation
**Radiology results in last 36 hrs (requires Impression and signature) :**

CT

CT Angio Thorax - 04/27/15 12:30 ( Fedeson, Brian C )
Impression:1. <mark>Pulmonary embolism2.</mark> Suspicion of right heart failure. 3. Possible congestive failure. There is parabronchial thickening, particularly on the right.

Ultrasound

US Extremity Venous Doppler Lower Bilat - 04/27/15 22:22 ( Tanis, Jeffrey S )
Impression: There is no deep venous thrombosis in the visualized deep veins of the lower extremities.

**Respiratory/Pulmonology**:  ABGs
**ABGs (last 24 hours)**

.

**Impression and Plan**

1.  <mark>Right lower lobe pulmonary embolus.</mark> Patient with a history of hemodialysis and hypercoagulable at baseline with a history of deep venous thrombosis in the past
    - Lower Ext Dopplers negative for DVT
    - <mark>Continue Heparin gtt and Coumadin</mark>
    - H/H q8 hours
    - Discussed risks/benefits; Hematology c/s for further recommendations as pt bleeds easily
2.  Bleeding for Left AV fistula (even prior to starting anticoagulation)
    - Will consult Vascular Surgery for further evaluation

The numbers listed in right column:

0725357193;072535709;
0725357193;072535718;
0725357193;072535719
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

---

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

Print Date and Time:
4/26/2019 12:43 EDT          **TYSON, DEREK ANTHONY**

**SPECTRUM HEALTH**

Patient Name:  **TYSON, DEREK ANTHONY**
DOB:
**MRN:**  072535719; 072535719;
FIN:  072535719; 072535719;
072535719; 072535719;
072535719; 072535719;
072535719; 072535719;
072535719; 072535719;

n/a
n/a
n/a
n/a

| Progress Notes |
| --- |

072535719; 072535719;
072535719; 072535719;
072535719; 072535719

3.  End-stage renal disease on hemodialysis
    - Nephrology following
    - Planned for HD today                      125113275019;
4.  History of diastolic congestive heart failure on hemodialysis  125113276245;
    - Await Echo                                125113278154;
5.  Diabetes mellitus type 2. Continue patient on basal bolus insulin.  125113271172;
6.  Hypertension. Blood pressure is on the higher side. We will keep the patient on his home dose of minoxidil and
    bisoprolol and keep him on IV blood pressure medication as well.  125113277010;
7.  History of coronary artery disease          125113276233;
    - stable                                    125113278295;
    - No active complaints                      125113275117;
8.  History of allergic reaction to various dialysis components  125113277002;
    - Symptoms resolved                         125113273169
    - Taper Prednisone quickly - switch to PO Prednisone 30 mg from tomrrow
9.  Deep venous thrombosis prophylaxis
    - Pt on Heparin gtt
    Plan discussed with patient - he is agreeable

**Discharge Plan**
  **Anticipated discharge**

      No anticipated discharge date found.

**Professional Services**
  **E & M Time With Patient**: Total time for the visit 45 minutes, More than 50% of the visit was counseling, Bleeding from Left AV
  fistula, PE and need for anticoagulation..
  **E & M Coding**: Level 3 subsequent inpatient care.

(Electronically Signed on 04/28/15 at 12:31)

_____

Patel, Kartik Harshadkumar, MD,

D: 04/28/15    T:

_____

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | Patient Name: | **TYSON, DEREK ANTHONY** |
|---|---|---|
| | DOB: | ███████ |
| **n/a** | **MRN:** | **072535719; 072535719;** |
| n/a | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535720; |
| | | 072535719; 072535718; |
| | | 072535719; 072535719; |
| | | 072535719; 072535719; |

---

## Consultation Notes

072535719; 072535709;
072535719; 072535719;
072535719; 072535719

**Consult Note Hematology**

125113275019;
125113276245;

Patient: **TYSON, DEREK ANTHONY**      MRN: 072535719      FIN: 125113275117

125113278154;
125113271172;

Age: **59 years**   Sex: **Male**   DOB: ████
Associated Diagnoses: **None**
Author: **Gingerich, Rebecca Ann**

125113271159;
125113273303;
125113277010;

**Basic Information**
  **Patient information:**
  No guardian specified,
  Total Inpatient Days: 2
  ,
  No anticipated discharge date found.

125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Chief Complaint**
  PE, history of DVT, bleeding from fistula site.

**History of Present Illness**
  The patient is a 59-year-old male with a history of end-stage renal disease on hemodialysis, vocal cord paralysis, and history of chronic trach, diabetes mellitus, hypertension, coronary artery disease, diastolic congestive heart failure. The patient says he was doing fine prior to dialysis yesterday. Thirteen minutes into his hemodialysis he noticed that his abdomen as getting swollen. He also had a hard time breathing and also felt that he was unable to say any words. He has had previous allergic reactions to different dialysis components in the past and has been in the hospital in the past with similar reactions. As a result for concern for an allergic reaction, patient was transferred to Spectrum Health Butterworth Hospital for further evaluation. A CT angio thorax was preformed that revealed a PE.  Yesterday the patient was having issues with bleeding from his fistula that apparently took about 4 hours to stop.

  Hematology has been asked to comment on anticoagulation in this patient in the setting of PE with bleeding from his fistula.  The patient was seen in dialysis today. He is somewhat of a poor historian and seems to not recall much about his history surrounding his previous clots. The patient states he thinks his previous clot was in his leg around 2008 when he still lived in Detroit.  He states he started having severe leg pain and was unable to walk stairs.  He went to the hospital and states a IVC filter was placed but he was never sent home on blood thinners.  He refers to another clot where he subsequently had a stent placed. He states he has never been on blood thinners outside the hospital. <mark>He never had the IVC filter removed.</mark>  He states that prior to this current clot, nothing had changed in his life, no recent surgeries, no travel, he does not smoke.  Per dialysis nurse, they have been having difficulty accessing his fistula so he was sent to IR today where he was found to have a clot proximal to his left arm fistula. He did not have as much bleeding from his fistula today as he did yesterday. He denies any other abnor

**Review of Systems**
  **Constitutional:**  No fever, No chills, No sweats, No weakness, No fatigue.
  **Eye:**  No blurring, No double vision, No visual disturbances.
  **Ear/Nose/Mouth/Throat:**  No decreased hearing, No ear pain, No sore throat.
  **Respiratory:**  Shortness of breath, No cough, No wheezing.
  **Cardiovascular:**  No chest pain, No palpitations, No peripheral edema, No syncope.
  **Gastrointestinal:**  abdominal distention, No nausea, No vomiting, No diarrhea, No constipation, No heartburn, No abdominal pain, No hematemesis.

---

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| **Patient Name:** | **TYSON, DEREK ANTHONY** |
| **DOB:** | |
| **MRN:** | 072535719; 072535719; |
| **FIN:** | 072535719; 072535719; |

n/a
n/a
n/a
n/a

---

## Consultation Notes

**Genitourinary:** No hematuria.
**Hematology/Lymphatics:** Bleeding tendency, No bruising tendency, No swollen lymph glands.
**Endocrine:** No cold intolerance, No heat intolerance.
**Immunologic:** No recurrent fevers, No recurrent infections, No malaise.
**Musculoskeletal:** No back pain, No joint pain, No muscle pain.
**Integumentary:** No rash, No petechiae.
**Neurologic:** Alert and oriented X4.

**Health Status**
  **Current medications:**
  **Inpatient Medication Orders**
    bisoprolol   5mg 1 tab(s)  daily
    flovent hfa 110 mcg/inh inhalation aerosol with adapter    2 puff(s) bid
    heparin additive 25,000 unit(s) [18 unit(s)/kg/hr] + premix sodium chloride 0.45% 500 ml    500 ml
    insulin aspart (novolog) very low dose    meal + correctiv    5xdaily w/meals,
    insulin glargine (lantus) basal dose   5unit(s) 0.05 mL  qhs
    minoxidil   5mg 2 tab(s) bid
    prednisone po   30mg 3 tab(s)  daily
    sodium chloride 0.9% pf syringe 3 ml    3 mL  q8hr-end of shif
    warfarin po   5mg 1 tab(s)  qhs

    acetaminophen po   325mg 1 tab(s)  q4hr PRN (reason: mild pain)
    epoetin alfa extracorporeal   10,000unit(s) 0.5 mL  as ordered PRN (reason: see comments)
    heparin 1000 units/ml iv bolus   bolus dose per n    as ordered PRN (reason: lab value)
    hydralazine iv   10mg 0.5 mL  q4hr PRN (reason: hypertension)
    lidocaine (buffered) 1% id   1 mL  unscheduled PRN (reason: see comments)
    metoclopramide po (immediate release)   5mg 1 tab(s)  q8hr PRN (reason: nausea)
    ondansetron iv   4mg 2 mL  q24hr PRN (reason: nausea)
    paricalcitol iv   6mcg 1.2 mL  q Mo-We-Fr PRN (reason: see comments)
    sodium chloride 0.9% iv bolus   200 mL  q 15min PRN (reason: hypotension)
    sodium chloride 0.9% pf syringe 10 ml    10 mL  as ordered PRN (reason: see comments)
    sodium chloride 0.9% pf syringe 10 ml    10 mL  as ordered PRN (reason: see comments)

**Problem List (Medical only)**
  Congestive heart failure
  Hypertension
  Type 2 diabetes mellitus

**Histories**
  **MEDICAL HISTORY**
1.  End-stage renal disease on hemodialysis Monday, Wednesday, and Friday .
2.  History of vocal cord paralysis.

072535719; 072535719;
072535719; 072535719;
072535719; 072535719;
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| **Patient Name:** | **TYSON, DEREK ANTHONY** |
| **DOB:** | ▮ |
| **MRN:** | **072535719; 072535719;** |
| **FIN:** | **072535719; 072535719;** |

n/a
n/a
n/a
n/a

072535719; 072535719;
072535719; 072535719;
072535719; 072535719;
072535719; 072535719;

---

## Consultation Notes

072535719; 072535709;
3. History of dyspnea.                                      072535719; 072535718;
4. Stridor.                                                 072535719; 072535719
5. Diabetes mellitus type 2.                                125113275019;
6. Congestive heart failure with diastolic dysfunction.     125113276245;
7. Coronary artery disease with                             125113278154;
8. Ventricular tachycardia arrest with placement of ICD.    125113271172;
9. Respiratory failure requiring intubation.                125113271159;
10. Tracheostomy in the past in 2010.                       125113273303;
11. Depression.                                             125113277010;
12. Osteomyelitis of the right foot status post amputation. 125113276233;
13. Gastroesophageal reflux disease.                        125113278295;
14. Chronic anemia.                                         125113275117;
15. Unclear history of asthma.                              125113277002;
16. Smoke inhalation injury in 1992 resulting in lung damage. 125113273169

**SURGICAL HISTORY**
1. Hernia repair.
2. IVC filter placement.
3. ICD placement.
4. Cervical fusion.
5. Right metatarsal surgery.
6. Tendon lengthening.
7. Tracheostomy, which has been removed.

**SOCIAL HISTORY**
Denies tobacco, alcohol, and illicit drug use. He is married and lives at home with his wife.

**FAMILY HISTORY**
Mother has hypertension. Father deceased secondary to motor vehicle accident.

**Physical Examination**
**VS/Measurements**
Most Recent Vitals (ST)

| | | |
|---|---|---|
| Temperature | 36.4 | (14:50) |
| Systolic Blood Pressure | 135 | (14:51) |
| Diastolic Blood Pressure | 81 | (14:51) |
| Pulse | 63 | (14:51) |
| SpO2 | 94 | (14:51) |
| Respiratory Rate | 16 | (14:50) |

---

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

**Patient Name:**   TYSON, DEREK ANTHONY
**DOB:**
n/a                          **MRN:**    072535719; 072535719;
n/a                          **FIN:**    072535719; 072535719;
n/a                                      072535719; 072535719;
n/a                                      072535719; 072535720;
                                         072535719; 072535718;
                                         072535719; 072535719;

---

### Consultation Notes

072535719; 072535709;
072535719; 072535718;
072535719; 072535719
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113276255;
125113275117;
125113277002;
125113273169

| Daily Weight | 04/27 | 04/27 | 04/28 | 04/28 |
|---|---|---|---|---|
| Weight(KG) | 100.9 | 100.8 | 99.6 | 99.0 |

**General**:  Alert and oriented, No acute distress.
**Eye**:  Pupils are equal, round and reactive to light, Extraocular movements are intact, Normal conjunctiva.
**HENT**:  Normocephalic, Normal hearing, Oral mucosa is moist.
**Neck**:  Supple, Non-tender, No jugular venous distintion.
**Respiratory**:  Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, Symmetrical chest wall expansion.
**Cardiovascular**:  Normal rate, Regular rhythm, No murmur, Normal peripheral perfusion, trace edema in feet B/L.
**Gastrointestinal**:  Soft, Non-tender, Non-distended, Normal bowel sounds, No organomegaly.
**Musculoskeletal**:  Normal range of motion, No tenderness, No swelling, No deformity.
**Integumentary**:  Warm, Dry, Pink, Intact.
**Neurologic**:  Alert, Oriented, No focal deficits, Cranial Nerves II-XII are grossly intact.
**Cognition and Speech**:  Oriented, Speech clear and coherent.
**Psychiatric**:  Cooperative, Appropriate mood & affect, Normal judgment.

**Review / Management**
**Laboratory Results**

**BMP 04/28/15 Na+** 141 **K+** 5.2 **Cl-** 97 **HCO3** 18 **BUN** 56 **Cr** 9.56 **Glu** 179 **Tot Ca** 9.6,
**Basic Coagulation 04/28/15 APTT** 89 **INR** 1.3 **PT**   13.5,
**CBC 04/28/15; Platelets**  143; **Hgb**    8.6 L; **WBC**    10.64; **Hct**    25.6 L,
Cardiology - No results in the last 72 hours.

**Impression and Plan**
  1. PE
      -Agree with Heparin gtt with transition to Coumadin
      -If the patient has persistent, significant bleeding from fistula site, risks of anticoagulation may outweigh benefits.
      -Patient has preexisting IVC filter in place, although this will not protect against DVTs in upper extremities
      -If anticoagulation ultimately not contraindicated, history of multiple clots and permanent  IVC filter warrant long term anticoagulation.
      -Continue to monitor hemoglobin.


  2. ESRD: on HD


This case was discussed with Dr. Wong, hematology will continue to follow this patient.


**Hematology Attending Addendum**:
Agree with above exam/assessment. Pt seen independently.
History of recurrent DVT, chronic indwelling IVC filter.

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

Print Date and Time:

**SPECTRUM HEALTH**

| | Patient Name: | TYSON, DEREK ANTHONY |
|---|---|---|
| | DOB: | █████ |
| **n/a** | MRN: | 072535719; 072535719; |
| n/a | FIN: | 072535719; 072535719; |
| n/a | | 072535719; 072535719; |
| n/a | | 072535719; 072535720; |
| | | 072535719; 072535718; |
| | | 072535719; 072535719; |

## Consultation Notes

072535719; 072535709;
072535719; 072535719;
072535719; 125113274702;

Acute PE this admission, complicated by issues of bleeding fistula.
It is noted IR is doing fistula study for probable stenosis. Would hold anticoagulation until study/procedures completed.
Would then restart heparin, no bolus and monitor for further bleeding.
If further uncontrolled bleeding, risks of continued anticoaglation outweigh benefits.
If bleeding resolved, long-term anticoagulation warranted.
Given his renal insufficiency, there are few options for less rigorous anticoagulation therapy (i.e. propy-dose apixiban, prophy-dose lovneox, ASA all contraindicated in renal insufficiency). Could continue prophy-dose subcutaneous heparin if continued bleeding is an issue.

Thank you for this consult. Will follow along.
Frances Wong, MD

125113275019;
125113276245;

125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

(Electronically Signed on 04/28/15 at 16:23)

_____

Gingerich, Rebecca Ann, PA-C

(Electronically Signed on 04/29/15 at 10:28)

_____

Wong, Frances Ying-Nok, MD,
D: 04/28/15   T:

_____

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

Patient Name:   **TYSON, DEREK ANTHONY**
DOB:
**MRN:**   072535719; 072535719;
FIN:   072535719; 072535719;

n/a
n/a
n/a
n/a

| | |
|---|---|
| 072535719; 072535719; | |
| 072535719; 072535719; | |
| 072535719; 072535719; | |
| 072535719; 072535719; | |
| 072535719; 072535719; | |

---

## Progress Notes

072535719; 072535719;
072535719; 072535719;
072535719; 072535719

**SHMG Progress Note**

Patient: **TYSON, DEREK ANTHONY**        MRN: 072535719        FIN: 125113275117
Age: **59 years**   Sex: **Male**   DOB:
Associated Diagnoses:  **None**
Author:  **Tasleem, Syed Haris**

**Basic Information**
   **Patient information**:
   No guardian specified,
   Total Inpatient Days:  10
   .

**Chief Complaint**
   Bleeding from Fistula site; Allergic Rxn; Dyspnea

**Interval History**
   ==Had few episodes of hemoptysis since yesterday.== Afebrile and hemodynamically stable.

**Health Status**
   **Current medications**
   **Inpatient Medication Orders**
      bisoprolol   5mg 1 tab(s)  daily
      flovent hfa 110 mcg/inh inhalation aerosol with adapter    2 puff(s)  bid
      heparin additive 25,000 unit(s) [18 unit(s)/kg/hr] + premix sodium chloride 0.45% 500 ml    500 mL
      insulin aspart (novolog) moderate dose   meal + correctiv    5xdaily w/meals,
      insulin glargine (lantus) basal dose   5unit(s) 0.05 mL  qhs
      iodinated contrast    1 mL  unscheduled
      minoxidil   5mg 2 tab(s)  bid
      sodium chloride 0.9% pf syringe 3 ml    3 mL  q8hr-end of shif
      tramadol po (immediate release)   50mg 1 tab(s)  q12hr
      warfarin po   7.5mg 1 tab(s)  qhs

      acetaminophen po   325mg 1 tab(s)  q4hr PRN (reason: mild pain)
      dicyclomine po   20mg 1 tab(s)  q6hr PRN (reason: irritable bowel symptoms)
      epoetin alfa extracorporeal   10,000unit(s) 0.5 mL  as ordered PRN (reason: see comments)
      heparin 1000 units/ml iv bolus   bolus dose per n   as ordered PRN (reason: lab value)
      hydralazine iv   10mg 0.5 mL  q4hr PRN (reason: hypertension)
      lidocaine (buffered) 1% id    1 mL  unscheduled PRN (reason: see comments)
      metoclopramide po (immediate release)   5mg 1 tab(s)  q8hr PRN (reason: nausea)
      naloxone iv   0.1mg 0.25 mL  q 2min PRN (reason: see comments)
      ondansetron iv   4mg 2 mL  q24hr PRN (reason: nausea)
      paricalcitol iv   6mcg 1.2 mL  q Mo-We-Fr PRN (reason: see comments)
      sodium chloride 0.9% iv bolus   200 mL  q 15min PRN (reason: hypotension)
      sodium chloride 0.9% pf syringe 10 ml   10 mL  as ordered PRN (reason: see comments)

072535719; 072535719;
072535719; 072535719;
072535719; 072535719
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| **Patient Name:** | **TYSON, DEREK ANTHONY** |
| DOB: | ▉ |
| **MRN:** | 072535719; 072535719; |
| **FIN:** | 0725357193; 072535739; |

n/a
n/a
n/a
n/a

---

## Progress Notes

0725357193; 072535749;
sodium chloride 0.9% pf syringe 10 ml    10 mL  as ordered PRN (reason: see comments)  0725357193; 072535743;
072535719; 072535719
125113275019;
125113276245;

**Problem List (Medical only)**          125113278154;
Congestive heart failure                  125113271172;
Hypertension                              125113271159;
Type 2 diabetes mellitus                  125113273303;
125113277010;
125113276233;
**Review of Systems**                     125113278295;
**Constitutional**:  Pt is awake, alert, oriented; well groomed.     125113275117;
**Respiratory**:  No shortness of breath, No cough, +hemoptysis.     125113277002;
**Cardiovascular**:  No chest pain, No palpitations, No syncope.      125113273169
**Gastrointestinal**:  No nausea, No vomiting, No diarrhea, No constipation, No abdominal pain.
**Hematology/Lymphatics**:  Bruising tendency, Bleeding tendency.

**Eye**:  Blurring in both eyes - chronic, No icterus.
**Neurologic**:  Alert and oriented X4, No abnormal balance, No confusion.

**Objective**
**VS/Measurements**
Most Recent Vitals (ST)

| | | |
|---|---|---|
| Temperature | 36.6 | (08:38) |
| Systolic Blood Pressure | 141 | (08:42) |
| Diastolic Blood Pressure | 67 | (08:42) |
| Pulse | 65 | (08:42) |
| SpO2 | 96 | (08:38) |
| Respiratory Rate | 18 | (08:38) |

| Daily Weight | 04/27 | 05/05 | 05/06 | 05/06 |
|---|---|---|---|---|
| **Weight(KG)** | 100.9 | 99.3 | 100.6 | 99.0 |

**General**:  Alert and oriented, No acute distress.

**General**:  Alert and oriented, No acute distress.
**Eye**:  Pupils are equal, round and reactive to light, Extraocular movements are intact.
**Neck**:  Supple, No jugular venous distention, No thyromegaly.
**Respiratory**:  Lungs are clear to auscultation, No chest wall tenderness.
**Cardiovascular**:  Normal rate, Regular rhythm, No murmur.
**Gastrointestinal**:  Soft, Non-distended, Normal bowel sounds.
**Musculoskeletal**:  No bleeding from AVF site.

---

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

Patient Name:   **TYSON, DEREK ANTHONY**
DOB:
**MRN:**   072535719; 072535719;
FIN:   0725357193; 072535789;

n/a
n/a
n/a
n/a

| Progress Notes |
|---|

**Neurologic**: Alert, Oriented, Normal motor function, No focal deficits.

**Review / Management**
  **Laboratory Results**

  **BMP 05/06/15 Na+** 137 **K+** 3.9 **Cl-** 95 **HCO3** 26 **BUN** 26 **Cr** 6.11 **Glu** 85 **Tot Ca** 9.3,
  **Basic Coagulation 05/06/15 APTT** 110-*Critical* **INR** 1.4 **PT** 13.8,
  **CBC 05/06/15; Platelets** 152; **Hgb**    9.1 L; **WBC**    7.98; **Hct**    28.1 L,
  Cardiology - No results in the last 72 hours.

  **Radiology results**
  Radiology Interpretation
  Radiology -  No results in last 36 hrs (Impression and signature required)

**Impression and Plan**
1.   <mark>Right lower lobe pulmonary embolus.</mark> Patient with a history of hemodialysis and hypercoagulable at
      baseline with a history of deep venous thrombosis in the past
      Occluding thrombus in the distal basilic vein stent
      -appreciate heme-onc recommendations.
      - Heparin gtt RESTARTED. RESTARTED COUMADIN - INR subtherapeutic. Increase coumadin dose yesterday
      from 5 to 7.5 mg PO daily. Monitor for bleeding.
      -If the patient has persistent, significant bleeding from fistula site, risks of anticoagulation outweigh benefits.  If
      bleeding resolved, long-term anticoagulation warranted.
      -Patient has preexisting IVC filter in place, although this will not protect against DVTs in upper extremities
      -If anticoagulation ultimately not contraindicated, history of multiple clots and permanent  IVC filter warrant long term
      anticoagulation.
      -Continue to monitor hemoglobin--s/p 1u PRBC 04/02/15.
      -Given his renal insufficiency, there are few options for less rigorous anticoagulation therapy (i.e. propy-dose
      apixiban, prophy-dose lovneox, ASA all contraindicated in renal insufficiency). Could continue prophy-dose
      subcutaneous heparin if continued bleeding is an issue.
      - Had fistulogram with angioplasty and stenting of AVF stenosis 04/02/15. s/p tPA infusion due to loose clot-- No apparent
      complications
      -High risk for bleeding. He needs to be monitored in hospital until INR becomes therapeutic. Target INR 2-3. Continue heparin
      and coumadin bridge.


2.   **Bleeding for Left AV fistula improved + bleeding from vasc cath**
      **Acute blood loss anemia**
      - appreciate Vascular surgery/Heme recommendations
      - s/p IR for fistulagram with angioplasty and subsequent tPA
      -hgb stable, continue to monitor for bleeding.
      - <mark>monitor closely on blood thinners</mark>

---

Confidentiality of this medical record shall be maintained except when use or disclosure
is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| | Patient Name:    **TYSON, DEREK ANTHONY** |
| | **DOB:** ▮▮▮▮ |
| **n/a** | **MRN:**    072535719; 072535719; |
| n/a | **FIN:**    072535719; 072535719; |
| n/a | 072535719; 072535719; |
| n/a | 072535719; 072535720; |
| | 072535719; 072535718; |
| | 072535719; 072535719; |

## Progress Notes

072535719; 072535709;
072535719; 072535719;
072535719; 072535718;

3.  **Subsequent recurrent episodes of stridor and reported upper airway obstruction:**
    -ISSUE WAS ADDRESSED WITH DR. MELECA, ENT.:PT HAS VOCAL CORD PARALYSIS SECONDARY TO HIS TRAUMATIC INTUBATION YEARS AGO.
    PT HAS APPARENTLY NOT SEEN HIM IN A COUPLE YEARS--AS HE WAS GIVEN THE OPTION OF A TRACH WHICH HE DID NOT WANT. THE OTHER OPTION     PREVIOUSLY
    PRESENTED TO HIM WAS A LEFT PARITAL VOCAL CORD RESECTION ENDOSCOP WITH A CO2 LASER WHICH COULD VERY WELL STILL LEAVE HIM WITH SCARRING AND MAY NOT
    COMPLETELY HELP. 3RD OPTION IS TO DO NOTHING AND UNDERSTAND THAT HE WILL CONTINUE TO HAVE EXACERBATIONS FROM TIME TO TIME.
    -HE WOULD LIKE THE PATIENT TO FOLLOW-UP WITH HIM. --POSSIBLE UNIVERSITY REFERRAL?
    -Appreciate pulmonology recommendations:  Avoid fluid overload as this could make vocal cord edema worse. No current evidence of respiratory infection or asthma exacerbation.

3.  **End-stage renal disease on hemodialysis**
    **Hyperkalemia**
    - Nephrology following

4.  **History of diastolic congestive heart failure on hemodialysis with volume overload**
    **-On HD**

5.  **Diabetes mellitus type 2.** Continue patient on basal bolus insulin. CONSULTED DIABETIC MANAGMENT
6.  **Hemoptysis:** Will quantify hemoptysis. Pulmonary team consulted.
7.  **History of coronary artery disease-** stable.
8.  **History of allergic reaction to various dialysis components -** symptoms resolved.
9.  **Abdominal pain - US shows gallbladder sludge and possible pancreatic duct obstruction: Gi** evaluation appreciated - outpatient f/u with possible MRCP/EUS. Will continue to monitor liver tests.

125113275019;
125113276245;
125113278154;
125113271472;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Discharge Plan**
    **Anticipated discharge**

        No anticipated discharge date found.
    Pending INR to be therapeutic. Development of hemoptysis is concerning. Will get pulmonary consult. D/C planning is pending INR to be therapeutic.

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | | |
|---|---|---|
| **n/a** | **Patient Name:** | **TYSON, DEREK ANTHONY** |
| n/a | DOB: | |
| n/a | **MRN:** | 072535719; 072535719; |
| n/a | FIN: | 072535719; 072535719; |
| | | 072535719; 072535719; |
| | | 072535719; 072535720; |
| | | 072535719; 072535719; |
| | | 072535719; 072535719; |

## Progress Notes

072535719; 072535709;
072535719; 072535719;
072535719; 072535719

(Electronically Signed on 05/06/15 at 09:15)

125113275019;
125113276245;
Tasleem, Syed Haris, MD,
125113278154;
125113271172;
D: 05/06/15    T:
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

Patient Name:   **TYSON, DEREK ANTHONY**
DOB:
**MRN:**      072535719; 072535719;
FIN:       072535719; 072535719;

n/a
n/a
n/a
n/a

---

## Progress Notes

**Renal progress note**

Patient:   **TYSON, DEREK ANTHONY**        **MRN: 072535719**      **FIN: 125113275117**
Age:  **59 years**   Sex: **Male**   DOB:
Associated Diagnoses:  **None**
Author:  **Ahmed, Imad Muzaffar**

**Basic Information**
  **Patient information**:
  No guardian specified,
  Total Inpatient Days:  10
  .

**Interval History**
  pt seen on HD. feels fine. No complaints

**Health Status**
  Allergies:

| Allergies (2) Active | Reaction |
| --- | --- |
| tetanus toxoid | Rash |
| Venofer | Angioedema |

**Current medications:**
**Inpatient Medication Orders**
  bisoprolol  5mg 1 tab(s)  daily
  flovent hfa 110 mcg/inh inhalation aerosol with adapter   2 puff(s)  bid
  heparin additive 25,000 unit(s) [18 unit(s)/kg/hr] + premix sodium chloride 0.45% 500 ml    500 mL
  insulin aspart (novolog) moderate dose   meal + correctiv   5xdaily w/meals,
  insulin glargine (lantus) basal dose   5unit(s) 0.05 mL   qhs
  iodinated contrast   1 mL  unscheduled
  minoxidil  5mg 2 tab(s)  bid
  sodium chloride 0.9% pf syringe 3 ml   3 mL  q8hr-end of shif
  tramadol po (immediate release)   50mg 1 tab(s)  q12hr
  warfarin po  7.5mg 1 tab(s)  qhs


  acetaminophen po   325mg 1 tab(s)  q4hr PRN (reason: mild pain)
  dicyclomine po   20mg 1 tab(s)  q6hr PRN (reason: irritable bowel symptoms)
  epoetin alfa extracorporeal   10,000unit(s) 0.5 mL  as ordered PRN (reason: see comments)
  heparin 1000 units/ml iv bolus   bolus dose per n   as ordered PRN (reason: lab value)
  hydralazine iv   10mg 0.5 mL  q4hr PRN (reason: hypertension)
  lidocaine (buffered) 1% id   1 mL  unscheduled PRN (reason: see comments)
  metoclopramide po (immediate release)   5mg 1 tab(s)  q8hr PRN (reason: nausea)
  naloxone iv   0.1mg 0.25 mL  q 2min PRN (reason: see comments)

072535719; 072535719;
072535719; 072535719;
072535719; 072535719;
072535719; 072535719;
072535719; 072535719;

072535719; 072535719;
072535719; 072535719;
072535719; 072535719;
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

**Patient Name:**   TYSON, DEREK ANTHONY
**DOB:**   ████████

| | |
|---|---|
| n/a | **MRN:**   072535719; 072535719; |
| n/a | **FIN:**   072535719; 072535719; |
| n/a | 072535719; 072535719; |
| n/a | 072535719; 072535720; |
| | 072535719; 072535719; |
| | 072535719; 072535719; |

---

## Progress Notes

ondansetron iv   4mg 2 mL  q24hr PRN (reason: nausea)
paricalcitol iv   6mcg 1.2 mL  q Mo-We-Fr PRN (reason: see comments)
sodium chloride 0.9% iv bolus   200 mL  q 15min PRN (reason: hypotension)
sodium chloride 0.9% pf syringe 10 ml   10 mL  as ordered PRN (reason: see comments)
sodium chloride 0.9% pf syringe 10 ml   10 mL  as ordered PRN (reason: see comments)

072535719; 072535709;
072535719; 072535719;
072535719; 072535719;
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Problem List (Medical only)**
Congestive heart failure
Hypertension
Type 2 diabetes mellitus

**Objective**
**VS/Measurements**
Most Recent Vitals (ST)

| | | |
|---|---|---|
| Temperature | 36.6 | (08:38) |
| Systolic Blood Pressure | 132 | (10:37) |
| Diastolic Blood Pressure | 69 | (10:37) |
| Pulse | 66 | (10:37) |
| SpO2 | 96 | (08:38) |
| Respiratory Rate | 18 | (08:38) |

**Vital Signs** (last 36 hours)

| VITALS | | LAST CHARTED | | MIN | | MAX | |
|---|---|---|---|---|---|---|---|
| **Temp Celsius** | | 36.6 | (05/06 07:45) 35.8 | (05/05 06:57) 36.9 | | (05/05 13:28) | |
| **Pulse** | | 66 | (05/06 10:23) 64 | (05/05 21:15) 79 | | (05/05 02:12) | |
| **Respiration** | | 18 | (05/06 07:45) 18 | (05/06 07:45) 22 | | (05/05 06:57) | |
| **NIBP** | | 132/69 | (05/06 10:23) 112/50 | (05/05 21:15) 149/71 | | (05/06 09:53) | |
| **Today's Wt** | 99.0 | | (05/06 07:45) 99.0 | (05/06 07:45) 100.6 | (05/06 05:23) | | |
| **Pulse Ox** | | 96 | (05/06 07:45) 94 | (05/05 02:12) 100 | | (05/06 05:23) | |

| Daily Weight | 04/27 | 05/05 | 05/06 | 05/06 |
|---|---|---|---|---|
| Weight(KG) | 100.9 | 99.3 | 100.6 | 99.0 |

**Intake and Output**

Intake and Output: 24 Hour (Previous Day 7a-7a)
Intake:       708.00 ml
Output:         0.00 ml

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| **Patient Name:** | **TYSON, DEREK ANTHONY** |
| **DOB:** | ▉ |
| **MRN:** | 072535719; 072535719; |
| **FIN:** | 072535719; 072535719; |

n/a
n/a
n/a
n/a

---

## Progress Notes

072535719; 072535709;
072535719; 072535719;
072535719; 072535719;
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

Balance:      708.00 ml
**General:** Alert and oriented, No acute distress.
**Neck:** No jugular venous distention.
**Respiratory:** Lungs are clear to auscultation.
**Cardiovascular:** No edema, No pericardial friction rub noted., AVF cannulated , QB 400.
**Gastrointestinal:** Soft, Non-tender, Non-distended.

**Review / Management**
  **Laboratory Results**

  **BMP 05/06/15 Na+** 137 **K+** 3.9 **Cl-** 95 **HCO3** 26 **BUN** 26 **Cr** 6.11 **Glu** 85 **Tot Ca** 9.3,
  **Basic Coagulation 05/06/15 APTT** 110-*Critical* **INR** 1.4 **PT** 13.8,
  **CBC 05/06/15; Platelets** 152; **Hgb** 9.1 L; **WBC** 7.98; **Hct** 28.1 L,
  Cardiology - No results in the last 72 hours.

  **Radiology results**
  Radiology Interpretation
  Radiology -  No results in last 36 hrs (Impression and signature required)

**Impression and Plan**
  A/p:
  1- ESRD - On HD MWF , 3.5 K bath , UF to EDW
  2- Anemia - On ESA therapy. Blood loss anemia from vascath and fistula site bleeding , HGb improving
  3- ROD
  4- PE - Anticoagulation per primary team
  5- HTN - Cont current  meds.
  6- Stridor - Resolved
  7- Stenosis AVF - s/p angioplasty and stent.

**Discharge Plan**
  **Anticipated discharge**

    No anticipated discharge date found.

(Electronically Signed on 05/06/15 at 11:01)

_____

Ahmed, Imad Muzaffar, MD,

D: 05/06/15    T:

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

**Patient Name:** TYSON, DEREK ANTHONY
DOB:
**MRN:** 072535719; 072535719;
FIN: 072535719; 072535719;
072535719; 072535719;
072535719; 072535720;
072535719; 072535718;
072535719; 072535719;

n/a
n/a
n/a
n/a

| **Progress Notes** |
| --- |

072535719; 072535709;
072535719; 072535718;
072535719; 072535719

**Pulmonary Progress Note**

Patient: **TYSON, DEREK ANTHONY**      MRN: 072535719      FIN: 125113275117
Age: **59 years**   Sex: **Male**   DOB:
Associated Diagnoses: **None**
Author: **McClelland, Marc Reid**

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Basic Information**
  **Patient information**:
  No guardian specified,
  Total Inpatient Days: 10
  .

**Interval History**

    Asked to see pt for hemoptys.
    See earlier consult notes by my service (reviewed)
    Pt on heparin gtt for RLL PE.  PTT was too high this AM (110).
    <mark>Hemoptysis started today. It is very small in volume, ongoing blood-streaked sputum only.  Not large volume. Also some bleeding from nose--pt not sure if this is the only source.</mark>
    He denies dyspnea or chest pain.
    No other new concerns.
    He requests to see his eye doctor.
    s/p dialysis today

**Health Status**
  **Current medications**:
  **Inpatient Medication Orders**
    bisoprolol   5mg 1 tab(s)  daily
    flovent hfa 110 mcg/inh inhalation aerosol with adapter   2 puff(s) bid
    heparin additive 25,000 unit(s) [18 unit(s)/kg/hr] + premix sodium chloride 0.45% 500 ml   500 mL
    insulin aspart (novolog) moderate dose   meal + correctiv   5xdaily w/meals,
    insulin glargine (lantus) basal dose   5unit(s) 0.05 mL  qhs
    iodinated contrast   1 mL  unscheduled
    minoxidil   5mg 2 tab(s)  bid
    sodium chloride 0.9% pf syringe 3 ml   3 mL  q8hr-end of shif
    tramadol po (immediate release)   50mg 1 tab(s) q12hr
    warfarin po   7.5mg 1 tab(s)  qhs

    acetaminophen po   325mg 1 tab(s)  q4hr PRN (reason: mild pain)

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

Print Date and Time:

**SPECTRUM HEALTH**

| | |
|---|---|
| **Patient Name:** | **TYSON, DEREK ANTHONY** |
| DOB: | ▇▇▇▇ |
| **MRN:** | 072535719; 072535719; |
| FIN: | 072535719; 072535719; |

n/a
n/a
n/a
n/a

---

## Progress Notes

dicyclomine po   20mg 1 tab(s)  q6hr PRN (reason: irritable bowel symptoms)
epoetin alfa extracorporeal  10,000unit(s) 0.5 mL  as ordered PRN (reason: see comments)
heparin 1000 units/ml iv bolus   bolus dose per n   as ordered PRN (reason: lab value)
hydralazine iv   10mg 0.5 mL  q4hr PRN (reason: hypertension)
lidocaine (buffered) 1% id   1 mL  unscheduled PRN (reason: see comments)
metoclopramide po (immediate release)   5mg 1 tab(s)  q8hr PRN (reason: nausea)
naloxone iv   0.1mg 0.25 mL  q 2min PRN (reason: see comments)
ondansetron iv   4mg 2 mL  q24hr PRN (reason: nausea)
paricalcitol iv   6mcg 1.2 mL  q Mo-We-Fr PRN (reason: see comments)
sodium chloride 0.9% iv bolus   200 mL  q 15min PRN (reason: hypotension)
sodium chloride 0.9% pf syringe 10 ml   10 mL  as ordered PRN (reason: see comments)
sodium chloride 0.9% pf syringe 10 ml   10 mL  as ordered PRN (reason: see comments)

072535719; 072535719;
072535719; 072535719;
072535719; 072535719;
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Problem List (Medical only)**
Congestive heart failure
Hypertension
Type 2 diabetes mellitus

**Review of Systems**
**Constitutional**:  No fever.
**Eye**:  Recent visual problem.
**Respiratory**:  Cough, Hemoptysis, No shortness of breath.
**Cardiovascular**:  Negative.

**Objective**
**VS/Measurements**
Most Recent Vitals (ST)

| | | |
|---|---|---|
| Temperature | 36.6 | (12:33) |
| Systolic Blood Pressure | 157 | (12:33) |
| Diastolic Blood Pressure | 74 | (12:33) |
| Pulse | 67 | (12:33) |
| SpO2 | 97 | (12:33) |
| Respiratory Rate | 18 | (12:33) |

| **Daily Weight** | **04/27** | **05/06** | **05/06** | **05/06** |
|---|---|---|---|---|
| **Weight(KG)** | 100.9 | 100.6 | 99.0 | 96.7 |

**General**:  Alert and oriented, No acute distress.
**HENT**:  voice slightly hoarse.
**Neck**:  Supple, Non-tender, prior trach scar.

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| **Patient Name:** | **TYSON, DEREK ANTHONY** |
| **DOB:** | █████ |
| **MRN:** | 072535719; 072535719; |
| **FIN:** | 072535719; 072535719; |

n/a
n/a
n/a
n/a

---

## Progress Notes

**Respiratory**: some crackles right base.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur, No gallop.
**Gastrointestinal**: Soft, Non-tender, Non-distended.
**Integumentary**: Warm, Dry.
**Neurologic**: Alert.
**Psychiatric**: Cooperative, Appropriate mood & affect.

**Review / Management**
  **Laboratory Results**

  BMP 05/06/15 **Na+** 137 **K+** 3.9 **Cl-** 95 **HCO3** 26 **BUN** 26 **Cr** 6.11 **Glu** 85 **Tot Ca** 9.3,
  **Basic Coagulation** 05/06/15 **APTT** 110-*Critical* **INR** 1.4 **PT**  13.8,
  **CBC** 05/06/15; **Platelets**  152; **Hgb**    9.1 L; **WBC**    7.98; **Hct**    28.1 L,
  Cardiology - No results in the last 72 hours.

072535719; 072535719;
072535719; 072535719;
072535719; 072535719
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Impression and Plan**

  Hemoptysis, small volume
    Suspect due to supratherapeutic PTT in the setting of ESRD/volume overload.  Unclear whether lung source or epistaxis only.  AT
    this point, it seems to be mild, without obvious consequence.
    I reviewed his recent CT angiogram--no airway lesions seen
  Pulm embolism, on heparin and coumadin, awaiting therapeutic INR.
  h/o episodic stridor/upper airway obstruction due to vocal cord parasis (prior trach/cardiac arrest)
  ESRD on HD
  Anemia
  Bleeding from fistula--resolved

  and as per prior notes.

  In regards to hemoptysis (reason for re-consults):
  --would watch closely at this time. It is not lartge engouh to warrant intervention at this point; suspect his supratherapeutic PTT and
    ESRD (with uremia and potential for voluem shifts/volume overload) is contributing
  --if it worsens, would need to either hold heparin or decrease nomogram to low-intensity
  --if severe, consult IR for embolization (not necessary at this time)
  --will check CXR

  H is hoping to see his eye doctor fpr longstanding eye vision issues (> 3 months duration)--I defer to primary team.

  I d/w p above.

  Marc McClelland, MD

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| **Patient Name:** | **TYSON, DEREK ANTHONY** |
| DOB: | |
| **MRN:** | **072535719; 072535719;** |
| FIN: | **072535719; 072535719;** |

n/a
n/a
n/a
n/a

---

## Progress Notes

072535719; 072535719;
072535719; 072535719;
072535719; 072535719
125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

(Electronically Signed on 05/06/15 at 13:16)

McClelland, Marc Reid, MD,

D: 05/06/15   T:

---

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

Patient Name:   **TYSON, DEREK ANTHONY**
DOB:
**MRN:**   072535719; 072535719;
FIN:   072535719; 072535719;

n/a
n/a          072535719; 072535719;
n/a          072535719; 072535719;
n/a          072535719; 072535719;
             072535719; 072535719;

---

## Progress Notes

072535719; 072535719;
072535719; 072535719;
072535719; 072535719

**SHMG Progress Note**

Patient:  **TYSON, DEREK ANTHONY**          **MRN:** 072535719    **FIN:** 125113275117
Age:  **59 years**    Sex:  **Male**    DOB:
Associated Diagnoses:  **None**
Author:  **Tasleem, Syed Haris**

**Basic Information**
  **Patient information**:
  No guardian specified,
  Total Inpatient Days:  11
  .

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Chief Complaint**
  Bleeding from Fistula site; Allergic Rxn; Dyspnea

**Interval History**
  No acute issues overnight. Hemodynamically stable. Hemoptysis resolving. No hematemesis or melena.

**Health Status**
  **Current medications**:
  **Inpatient Medication Orders**
    bisoprolol  5mg 1 tab(s)  daily
    flovent hfa 110 mcg/inh inhalation aerosol with adapter    2 puff(s)  bid
    heparin additive 25,000 unit(s) [18 unit(s)/kg/hr] + premix sodium chloride 0.45% 500 ml    500 mL
    insulin aspart (novolog) moderate dose    meal + correctiv    5xdaily w/meals,
    insulin glargine (lantus) basal dose    5unit(s) 0.05 mL  qhs
    iodinated contrast    1 mL  unscheduled
    minoxidil  5mg 2 tab(s)  bid
    sodium chloride 0.9% pf syringe 3 ml    3 mL  q8hr-end of shif
    tramadol po (immediate release)  50mg 1 tab(s)  q12hr
    warfarin po  7.5mg 1 tab(s)  qhs

    acetaminophen po  325mg 1 tab(s)  q4hr PRN (reason: mild pain)
    dicyclomine po  20mg 1 tab(s)  q6hr PRN (reason: irritable bowel symptoms)
    epoetin alfa extracorporeal  10,000unit(s) 0.5 mL  as ordered PRN (reason: see comments)
    heparin 1000 units/ml iv bolus  bolus dose per n    as ordered PRN (reason: lab value)
    hydralazine iv  10mg 0.5 mL  q4hr PRN (reason: hypertension)
    lidocaine (buffered) 1% id    1 mL  unscheduled PRN (reason: see comments)
    metoclopramide po (immediate release)  5mg 1 tab(s)  q8hr PRN (reason: nausea)
    naloxone iv  0.1mg 0.25 mL  q 2min PRN (reason: see comments)
    ondansetron iv  4mg 2 mL  q24hr PRN (reason: nausea)
    paricalcitol iv  6mcg 1.2 mL  q Mo-We-Fr PRN (reason: see comments)
    sodium chloride 0.9% iv bolus  200 mL  q 15min PRN (reason: hypotension)
    sodium chloride 0.9% pf syringe 10 ml    10 mL  as ordered PRN (reason: see comments)

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| **Patient Name:** | **TYSON, DEREK ANTHONY** |
| DOB: | |
| **MRN:** | 072535719; 072535719; |
| FIN: | 072535719; 072535719; |

n/a
n/a
n/a
n/a

072535719; 072535719;
072535719; 072535719;
072535719; 072535719;
072535719; 072535719;

---

## Progress Notes

072535719; 072535719;
072535719; 072535719;
072535719; 072535719

sodium chloride 0.9% pf syringe 10 ml    10 mL   as ordered PRN (reason: see comments)

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Problem List (Medical only)**
  Congestive heart failure
  Hypertension
  Type 2 diabetes mellitus

**Review of Systems**
  **Constitutional**:  Pt is awake, alert, oriented; well groomed.
  **Respiratory**:  No shortness of breath, No cough, +hemoptysis.
  **Cardiovascular**:  No chest pain, No palpitations, No syncope.
  **Gastrointestinal**:  No nausea, No vomiting, No diarrhea, No constipation, No abdominal pain.
  **Hematology/Lymphatics**:  Bruising tendency, Bleeding tendency.

  **Eye**:  Blurring in both eyes - chronic, No icterus.
  **Neurologic**:  Alert and oriented X4, No abnormal balance, No confusion.

**Objective**
  **VS/Measurements**
  Most Recent Vitals (ST)

| | | |
|---|---|---|
| Temperature | 36.6 | (10:20) |
| Systolic Blood Pressure | 118 | (08:47) |
| Diastolic Blood Pressure | 66 | (08:47) |
| Pulse | 77 | (10:20) |
| SpO2 | 100 | (10:20) |
| Respiratory Rate | 18 | (10:20) |

| Daily Weight | 04/27 | 05/06 | 05/06 | 05/07 |
|---|---|---|---|---|
| **Weight(KG)** | 100.9 | 99.0 | 96.7 | 102.0 |

**General**:  Alert and oriented, No acute distress.


**General**:  Alert and oriented, No acute distress.
**Eye**:  Pupils are equal, round and reactive to light, Extraocular movements are intact.
**Neck**:  Supple, No jugular venous distention, No thyromegaly.
**Respiratory**:  Lungs are clear to auscultation, No chest wall tenderness.
**Cardiovascular**:  Normal rate, Regular rhythm, No murmur.
**Gastrointestinal**:  Soft, Non-distended, Normal bowel sounds.
**Musculoskeletal**:  No bleeding from AVF site.

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| | **Patient Name:**   **TYSON, DEREK ANTHONY** |
| | **DOB:** ▮▮▮▮▮ |
| | **MRN:**   072535719; 072535719; |
| **n/a** | **FIN:**   0725357119; 072535719; |
| n/a | 0725357119; 072535719; |
| n/a | 0725357119; 072535720; |
| n/a | 0725357119; 072535718; |
| | 0725357119; 072535719; |

---

## Progress Notes

072535719; 072535709;
072535719; 072535718;
072535719; 072535719

**Neurologic**: Alert, Oriented, Normal motor function, No focal deficits.

**Review / Management**
**Laboratory Results**

**BMP 05/07/15 Na+** 139 **K+** 4.4 **Cl-** 96 **HCO3** 26 **BUN** 18 **Cr** 4.37 **Glu** 159 **Tot Ca** 9.1,
**Basic Coagulation 05/07/15 APTT** >150-*Critical* **INR** 2.0 **PT** 19.6,
**CBC 05/07/15; Platelets** 109 L; **Hgb** 7.9 L; **WBC** 8.27; **Hct** 23.7 L,
Cardiology - No results in the last 72 hours.

125113275019;
125113276245;
125113278154;
125113271172;
125113271159;
125113273303;
125113277010;
125113276233;
125113278295;
125113275117;
125113277002;
125113273169

**Impression and Plan**
1.    **Right lower lobe pulmonary embolus. Patient with a history of hemodialysis and hypercoaguable at baseline with a history of deep venous thrombosis in the past**
       **Occluding thrombus in the distal basilic vein stent**
       - INR at goal today. D/C Heparin.
       - Monitor INR and bleeding status today and likely discharge tomorrow.


2.    **Bleeding for Left AV fistula improved + bleeding from vasc cath**
       **Acute blood loss anemia**
       - appreciate Vascular surgery/Heme recommendations
       - s/p IR for fistulagram with angioplasty and subsequent tPA
       -hgb stable, continue to monitor for bleeding.
       - <mark>monitor closely on blood thinners</mark>


3.    **Subsequent recurrent episodes of stridor and reported upper airway obstruction.**
       -ISSUE WAS ADDRESSED WITH DR. MELECA, ENT.:PT HAS VOCAL CORD PARALYSIS SECONDARY TO HIS TRAUMATIC INTUBATION YEARS AGO.
        PT HAS APPARENTLY NOT SEEN HIM IN A COUPLE YEARS--AS HE WAS GIVEN THE OPTION OF A TRACH WHICH HE DID NOT WANT. THE OTHER OPTION    PREVIOUSLY
        PRESENTED TO HIM WAS A LEFT PARITAL VOCAL CORD RESECTION ENDOSCOP WITH A CO2 LASER WHICH COULD VERY WELL STILL LEAVE HIM WITH SCARRING AND MAY NOT
        COMPLETELY HELP. 3RD OPTION IS TO DO NOTHING AND UNDERSTAND THAT HE WILL CONTINUE TO HAVE EXACERBATIONS FROM TIME TO TIME.
       -HE WOULD LIKE THE PATIENT TO FOLLOW-UP WITH HIM. --POSSIBLE UNIVERSITY REFERRAL?
       -Appreciate pulmonology recommendations:  Avoid fluid overload as this could make vocal cord edema worse. No current evidence of respiratory infection or asthma exacerbation.


3.    **End-stage renal disease on hemodialysis**
       **Hyperkalemia**
       - Nephrology following

---

Confidentiality of this medical record shall be maintained except when use or disclosure

is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

**SPECTRUM HEALTH**

| | |
|---|---|
| Patient Name: | **TYSON, DEREK ANTHONY** |
| DOB: | ▮ |
| **MRN:** | 072535719; 072535719; |
| FIN: | 072535719; 072535719; |

**n/a**
n/a
n/a
n/a

---

## Progress Notes

4.  History of diastolic congestive heart failure on hemodialysis with volume overload -On HD

5.  **Diabetes mellitus type 2.** Continue patient on basal bolus insulin. CONSULTED DIABETIC MANAGMENT
6.  <mark>**Hemoptysis:** Likely secondary to blood thinners</mark> and ESRD. Resolving.
7.  **History of coronary artery disease-** stable.
8.  **History of allergic reaction to various dialysis components -** symptoms resolved.
9.  **Abdominal pain - US shows gallbladder sludge and possible pancreatic duct obstruction. GI evaluation appreciated - outpatient f/u with possible MRCP/EUS. Will continue to monitor liver tests.**

**Discharge Plan**
**Anticipated discharge**

    No anticipated discharge date found.
D/C heparin, continue coumadin. Monitor today for bleeding and likely discarge tomorrow provided INR and clinical status remains stable.

(Electronically Signed on 05/07/15 at 11:16)

_____
Tasleem, Syed Haris, MD,

D: 05/07/15   T:

---

Confidentiality of this medical record shall be maintained except when use or disclosure is required or permitted by law, regulation or written authorization by the patient. Spectrum Health

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

*MDL No. 2570*

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

---

In completing this Plaintiff Profile Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I.   CASE INFORMATION

Caption: **Derek A. Tyson and Clara Johnson Tyson, Plaintiffs, v. Cook Incorporated; Cook Medical, LLC; and William Cook Europe APS, Defendants.**

Date: **May 17, 2019**

Docket No.: **1:19-cv-1979**

**Plaintiff(s) attorney and Contact information:**

> **Wes S. Larsen
> James, Vernon & Weeks, P.A.
> 1626 Lincoln Way
> Coeur d'Alene, ID 83814
> Ph: (208) 667-0683
> Fax: (208) 664-1684
> wes@jvwlaw.net**

## II.  PLAINTIFF INFORMATION

1.  Please State:
    a.  Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): __**Derek Anthony Tyson**____
    b.  If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in l(a) above: __**N/A**_____
       [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2.  Spouse: __**Clara Johnson Tyson**_____ Loss of Consortium? ☒Yes ☐No

1

3. Date of birth: _____
4. Date of death (if applicable): __N/A_____
5. Social Security No.: _____
6. Current Address: _____, **Grand Rapids, MI 49508**__
    a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| N/A | N/A |

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

    **Clara Johnson Tyson (April 10, 1998-present) (current spouse)**

    **Kim Davis (do not recall date) (ex-spouse)**

8. Do you have children?  ☒**Yes** ☐No

If yes, please provide the following information with respect to each child:

| Name and Address of Child | DOB | Is the Child Dependent on You? |
|---|---|---|
| **Derek A. Tyson II** <br>**(address unknown)** | **Sept 12** <br>**(year** <br>**unknown)** | **No** |
| **Quincella Antionette Tyson** <br>**(address unknown)** | **Oct 29** <br>**(year** <br>**unknown)** | **No** |
| **David Lamar Tyson** <br>**(address unknown)** | **Unknown** | **No** |
| **Dominique Tyson Lucois** <br>**(address unknown)** | **Mar 1** <br>**(year** <br>**unknown)** | **No** |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

    **Clara Johnson Tyson (wife)**

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

**High school – graduated in 1973**

11. Are you claiming damages for lost wages:  ☐Yes ☒**No**

12. If so, for what time period:  ___**N/A**_____

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

| Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
|---|---|---|---|
| **W.C. Turner AFC (Ann Avant)** | **Assisted Living Staff** | **1973-1999** | **$10.00/hr** |
|  |  |  |  |

a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☒**No**

b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.
**N/A**

14. Have you ever served in any branch of the military? ☐Yes ☒**No**

a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:
**N/A**

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes ☒**No**
If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:
**N/A**

16. Do you have a computer? ☒**Yes** ☐No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?        ☒**Yes** ☐No ☐Not Applicable

3

## III. DEVICE INFORMATION

1. Date of Implant: __04/21/2007__
2. Reason for Implant: _**Blood Clot/ Coronary Atherosclerosis**_
3. Brand Name: __**Gunther Tulip**__
4. Mfr.: __**Cook**__
5. Lot Number: ___**Unknown – facility no longer has label sheet**___
6. Placement Physician (Name/Address):
   _**Matthias J. Kirsch, M.D.**_
   _**Department of Diagnostic Radiology**_
   _**3601 West 13 Mile Road, Royal Oak, MI 48073**_

7. Medical Facility (Name/Address):
   **Beaumont Hospital – Royal Oak**
   **3601 West 13 Mile Road**
   **Royal Oak, MI 48073**

(This section to be used if more than one filter is at issue)

1. Date of Implant: ___**N/A**___
2. Reason for Implant: _____**N/A**_____
3. Brand Name: _____**N/A**_____
4. Mfr.: _____**N/A**_____
5. Lot Number: _____**N/A**_____
6. Placement Physician (Name/Address): _____**N/A**_____
7. Medical Facility (Name/Address): _____**N/A**_____

18. Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above? **No**
   a. If yes, please identify any such device(s) or product(s).
      _____**N/A**_____
   b. When was this device or product implanted in you?
      _____**N/A**_____
   c. Provide the name, address and phone number of the physician(s) who implanted this other device or product?
      _____**N/A**_____
   d. Provide the name and address of facilities where the other device or product implanted in you?
      _____**N/A**_____
   e. State your understanding of why was the other device or product implanted in you?
      _____**N/A**_____

• *Attach medical evidence of product identification*

4

---

### IV.    RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

---

1. Date of retrieval (including any attempts): ____**No attempts made**_____
2. Type of retrieval: _____**N/A**_____
3. Retrieval physician (Name/Address): __**N/A**_____
4. Medical Facility (Name/Address): _____**N/A**_____
5. Reason for Retrieval: _____**N/A**_____

---

(This section to be used if more than one retrieval attempted)
1. Date of retrieval (including any attempts): ____**N/A**_____
2. Type of retrieval: _____**N/A**_____
3. Retrieval physician (Name/Address): _____**N/A**_____
4. Medical Facility (Name/Address): _____**N/A**_____
5. Reason for Retrieval: _____**N/A**_____

1. Date of retrieval (including any attempts): _____**N/A**_____
2. Type of retrieval: _____**N/A**_____
3. Retrieval physician (Name/Address): _____**N/A**_____
4. Medical Facility (Name/Address): _____**N/A**_____
5. Reason for Retrieval: _____**N/A**_____

1. Date of retrieval (including any attempts): _____**N/A**_____
2. Type of retrieval: _____**N/A**_____
3. Retrieval physician (Name/Address): _____**N/A**_____
4. Medical Facility (Name/Address): _____**N/A**_____
5. Reason for Retrieval: _____**N/A**_____

---

### V.    OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☒ **Other Post-Filter Pulmonary Embolism** |
| ☐ **Tilt** | ☐ **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☒ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

---

**VI.    HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED**

---

___**Post-Filter Pulmonary Embolism**_____ by **CT Angiography on 04/27/2015**_____

___**Bleeding (Hemoptysis)**_____ by **Marc McClelland, M.D. on 05/06/2015**

---

**VII.    CURRENT COMPLAINTS**

---

Describe all injuries and physical complaints you attribute to the device:
 **Pulmonary embolism post-filter; hemoptysis; clots in extremities; chronic pain;**
 **prolonged healing; bleeding; emotional distress with physical manifestations; still have**
 **clots in right leg/foot/ankle areas**

---

**VIII.    MEDICAL BACKGROUND**

---

1. Provide your current: Age: **_63_** Height: **_5'6"_** Weight: **_193 lbs._**
2. Provide your:  Age: **__51__** Weight: **_229 lbs._** (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.
3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 05-17-2006 | **Beaumont Hospital – Royal Oak (various physicians)** **3601 W 13 Mile Rd.** **Royal Oak, MI 48073** |
| 06-14-2006 | **Beaumont Hospital – Royal Oak (various physicians)** **3601 W 13 Mile Rd.** **Royal Oak, MI 48073** |
| 07-06-2006 | **Beaumont Hospital – Royal Oak (various physicians)** **3601 W 13 Mile Rd.** **Royal Oak, MI 48073** |
| 03-04-2007 | **Beaumont Hospital – Royal Oak (various physicians)** **3601 W 13 Mile Rd.** **Royal Oak, MI 48073** |

| 03-16-2007 | **Beaumont Hospital – Royal Oak (various physicians)**<br>**3601 W 13 Mile Rd.**<br>**Royal Oak, MI 48073** |
|:---:|:---|
| 03-20-2007 | **Beaumont Hospital – Royal Oak (various physicians)**<br>**3601 W 13 Mile Rd.**<br>**Royal Oak, MI 48073** |
| 04-04-2007 | **Beaumont Hospital – Royal Oak (various physicians)**<br>**3601 W 13 Mile Rd.**<br>**Royal Oak, MI 48073** |
| 04-19-2007 | **Beaumont Hospital – Royal Oak (various physicians)**<br>**3601 W 13 Mile Rd.**<br>**Royal Oak, MI 48073** |

*(Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook inferior Vena Cava Filter(s)]*

4. Before the implantation of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

   ☒**Yes** ☐No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| **Approximate Date** | **Doctor or Healthcare Provider Involved (including address)** |
|:---:|:---:|
| 06-02-2008 | **Spectrum Health Butterworth Hospital**<br>**100 Michigan Street NE**<br>**Grand Rapids, MI 49503** |
| 06-23-2008 | **Spectrum Health Butterworth Hospital**<br>**100 Michigan Street NE**<br>**Grand Rapids, MI 49503** |
| 10-21-2008 | **Spectrum Health Butterworth Hospital**<br>**100 Michigan Street NE**<br>**Grand Rapids, MI 49503** |

| | |
|---|---|
| **05-09-2009** | **Spectrum Health Butterworth Hospital**<br>**100 Michigan Street NE**<br>**Grand Rapids, MI 49503** |
| **03-18-2010** | **Detroit Medical Center**<br>**Wayne State University**<br>**Harper University Hospital**<br>**3990 John R Street**<br>**Detroit, MI 48201** |
| **04-03-2010** | **Beaumont-Botsford Hospital**<br>**28050 Grand River Avenue**<br>**Farmington Hills, MI 48336** |
| **10-06-2010** | **Beaumont-Botsford Hospital**<br>**28050 Grand River Avenue**<br>**Farmington Hills, MI 48336** |
| **06-08-2011** | **Spectrum Health Butterworth Hospital**<br>**100 Michigan Street NE**<br>**Grand Rapids, MI 49503** |
| **06-20-2011** | **Spectrum Health Butterworth Hospital**<br>**100 Michigan Street NE**<br>**Grand Rapids, MI 49503** |
| **08-31-2011** | **Mercy Health St. Mary's**<br>**200 Jefferson Ave SE**<br>**Grand Rapids, MI 49503** |
| **12-14-2011** | **Spectrum Health Butterworth Hospital**<br>**100 Michigan Street NE**<br>**Grand Rapids, MI 49503** |
| **04-12-2013** | **Spectrum Health Butterworth Hospital**<br>**100 Michigan Street NE**<br>**Grand Rapids, MI 49503** |
| **09-30-2013** | **Spectrum Health Butterworth Hospital**<br>**100 Michigan Street NE**<br>**Grand Rapids, MI 49503** |
| **01-19-2015** | **Spectrum Health Butterworth Hospital**<br>**100 Michigan Street NE**<br>**Grand Rapids, MI 49503** |

| 04-27-2015 | **Spectrum Health Butterworth Hospital**<br>**100 Michigan Street NE**<br>**Grand Rapids, MI 49503** |
|---|---|
| 05-16-2017 | **Mercy Health St. Mary's**<br>**200 Jefferson Ave SE**<br>**Grand Rapids, MI 49503** |

6.  To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| **Detroit Receiving Hospital** | **4201 St. Antoine Street**<br>**Detroit, MI 48201**<br>**(313) 745-3000** | **2010** |
| **Beaumont-Botsford Hospital Farmington Hills** | **28050 Grand River Avenue**<br>**Farmington Hills, MI 48336**<br>**(947) 521-8000** | **2010** |
| **Karen Garibaldi, M.D.**<br>**(internal medicine)** | **6105 Wilson Ave SW #204**<br>**Wyoming, MI 49418**<br>**(616) 486-5421** | **2011 to present** |
| **Spectrum Health Medical Group Family Medicine** | **2249 Wealthy St SE**<br>**East Grand Rapids, MI 49506**<br>**(616) 391-4600** | **2011 to present** |
| **University of Michigan Cardiology Clinic** | **2901 Hubbard St., RM 2722**<br>**Ann Arbor, MI 48109**<br>**(818) 287-1082** | **2014** |

7.  <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

9

☒**Yes** ☐No

Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).
  **Walking, activities of daily living**

8.  Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:
    _____**At least one DVT before implant**_____

9.  Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
    _____**At least one PE after implant**_____

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐Yes ☒**No** | | |
| Crohn's Disease<br>☐Yes ☒**No** | | |
| Factor V Leiden<br>☐Yes ☒ **No** | | |
| Protein Deficiency<br>☐Yes ☒**No** | | |
| Spinal fusion/back sx<br>☒**Yes** ☐No | **March 29, 2007** | **Beaumont Hospital – Royal Oak**<br>**3601 W 13 Mile Rd.**<br>**Royal Oak, MI 48073** |
| Anti-thrombin deficiency<br>☐Yes ☒**No** | | |
| Prothrombin mutation<br>☐Yes ☒**No** | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date Range | Health Problem or Surgery |
|---|---|
| **March 10, 2010** | **Congestive Heart Failure** |
| | |

10

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present? ☐Yes ☒**No**
If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

**N/A**

13. Do you now or have you ever smoked tobacco products? ☐Yes ☒**No**

If yes: How long have/did you smoke?  **N/A**

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with address if known) |
|---|---|---|---|
| Flexeril 10mg | Pain | 07/06/06 to 03/20/07 | Unknown |
| Vicodin | Pain | 07/06/06 to 03/20/07 | Unknown |
| Insulin (Lantus) 75/25 | Diabetes | 03/04/07 to 04/02/07 | Unknown |
| Lisinopril 5-20mg | Heart | 07/06/06 to 04/23/07 | Unknown |
| Metoprolol (Toprol) 50 mg | High Blood Pressure | 07/06/06 to 04/02/07 | Unknown |
| Lopressor 5-100mg | Heart | 03/20/07 to 04/23/07 | Unknown |
| Fentanyl patch 25mg | Pain | 03/20/07 to 04/23/07 | Unknown |
| Ambien 10mg | Sleep aid | 04/23/07 to present | Unknown |
| Aspirin 325mg | Blood thinner | 04/23/07 to present | Unknown |
| Lipitor 40mg | Lowers cholesterol | 04/23/07 to present | Unknown |
| Nitrostat 0.4mg | Heart | 04/23/07 to present | Unknown |
| Plavix 75mg | Blood thinner | 04/23/07 to present | Unknown |
| Protonix 40mg | Stomach | 04/23/07 to present | Unknown |

## IX.    PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes ☒**No**. If yes, specify:

a. Court in which lawsuit/claim was filed or initiated:
   _____**N/A**_____

b. Case/Claim Number:
   _____**N/A**_____

c. Nature of Claim/Injury:
   _____**N/A**_____

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☐Yes ☒**No**. If yes, specify:

   a. Date (or year) of application:
      _____**N/A**_____

   b. Type of benefits sought:
      _____**N/A**_____

   c. Agency/Insurer from which you sought the benefits:
      _____**N/A**_____

   d. The nature of the claimed injury/disability:
      _____**N/A**_____

   e. Whether the claim was accepted or denied:
      _____**N/A**_____

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| **Roman Avant** | **103 Pallister Detroit, MI 48202** | **Cousin** |
| **Lori Tyson Weatherspoon** | **Address Unknown** | **Sister** |
| **Ann Avant** | **2492 W. Chicago Blvd. Detroit, MI 48206** | **Great Aunt** |
| **Clara Johnson Tyson** | ██████████████**, Grand Rapids, MI 49508** | **Wife** |
|  |  |  |

---

## IX.   DOCUMENT REQUESTS

---

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives.  If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.

    Applies to me and: ☐ The documents are attached OR ☐ I have no documents
    OR    ☒ **Does not apply to me**

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

    Applies to me and: ☐ The documents are attached OR ☐ I have no documents
    OR    ☒ **Does not apply to me**

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.

    Applies to me and: ☐ The documents are attached OR ☒ **I have no documents**
    OR    ☐ Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

    Applies to me and: ☐ The documents are attached OR ☒ **I have no documents**
    OR    ☐ Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

    Applies to me and: ☐ The documents are attached OR ☒ **I have no documents**
    OR    ☐ Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks

13

and/or benefits associated with the Cook Inferior Vena Cava Filter(s)

Applies to me and: ☐  The documents are attached OR ☒ **I have no documents** OR   ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

Applies to me and: ☐  The documents are attached OR ☒ **I have no documents** OR   ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

Applies to me and: ☐  The documents are attached OR ☐ I have no documents OR   ☒ **Does not apply to me**

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.

Applies to me and: ☐  The documents are attached OR ☐ I have no documents OR   ☒ **Does not apply to me**

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

Applies to me and: ☒  **The documents are attached** OR ☐ I have no documents OR   ☐ Does not apply to me

14

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, _Derek A. Tyson_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _06/12/19_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_[signature]_
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _Clara Johnson_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _06/12/19_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_[signature]_
[Signature of Consortium Plaintiff]

# EXHIBIT D

# Beaumont®

**William Beaumont Hospital**

**Heart and Vascular Services Report**

| | | | |
|---|---|---|---|
| Name: **TYSON,DEREK** | | Age: | |
| Exam Date: **4/21/2007** | | Sex: | **Male** |
| Patient Number: **3652089** | | Height: | |
| Visit #: **2026** | | Weight: | **0.0 lbs** |
| | | BSA: | |

---

**Attending Phys:** Kirsch, Matthias **1st Assisting Phys:** Taila,Robert **2nd Assisting Phys:**

**Support**
Powell, Norman
Kurzatkowski, Candice
Pomante, Michelle

**Function**
Vascular Tech.
Recorder
Sedation Nurse

**Procedure**
Filter Placement IVC/ SVC

**Final Verification Completed: Yes  Informed Consent: Yes**

**Complications**
None

| | | | | |
|---|---|---|---|---|
| **Entered CVL** | 12:35 | **Pt. Origin** | In PT | |
| **Patient Ready** | 12:47 | **Status** | Emergent | |
| **Procedure Started** | 12:50 | **Fluoro Time** | 3.2 | |
| **Arterial Access** | 13:05 | **Total Arterial Time** | | |
| **Procedure Completed** | 13:40 | **Destination** | | |
| **Off Table** | 13:45 | **Room#** | 8648 | |

**Access Site**

| Time | Sheath Size | Entry site | Entry method | Placed By | Other |
|---|---|---|---|---|---|
| 13:05 | 501 SET | Femoral vein left | Percutaneous | Kirsch, Matthias | |

| | | |
|---|---|---|
| **Contrast Allergy:** | Yes | |
| **Allergies:** | Tetanus booster | |
| **Other:** | | |

| Contrast Type | Amt Infused (cc) | Rm #12 Fluoro (min.) | Comment | Reason |
|---|---|---|---|---|
| Omnipaque 240 100ml | 35 | | | |

| Time | Medication | Amount | Route | Reason Given | Given By | Other |
|---|---|---|---|---|---|---|
| 12:45 | Versed | 1 mg | IVP | Sedation | Pomante, Michelle | |
| 12:51 | Versed | 1 mg | IVP | Sedation | Pomante, Michelle | |
| 12:51 | Fentanyl | 50 mcg | IVP | Procedural | Pomante, Michelle | |
| 12:59 | Versed | 1.5 mg | IVP | Sedation | Pomante, Michelle | |
| 12:59 | Fentanyl | 50 mcg | IVP | Procedural | Pomante, Michelle | |

**Total Sedation**                    **Total Amount**

Medical Record

Name: **TYSON,DEREK**

Exam Date: **4/21/2007**

Patient Number: 3652089

| Time | Comments |
|------|----------|
| 12:35 | Patient entered room. Procedure explained to patient. Consents, allergies, and labs reviewed. Rt & Lt groin area prepped with betadine. EKG, NIBP, and SO2 sat monitors applied. Patient draped in sterile fashion. |
| 12:47 | Scout image obtatined. |
| 12:50 | Physician entered CVL and assessed patient. "Time out" by staff and physician to validate patients ID and correct procedure ordered.  Physician has determined patient to be an appropriate candidate for conscious sedation. |
| 12:59 | Ultrasound utilized in obtaining access. |
| 13:01 | Left groin area localized with 1% Lidocaine. |
| 13:05 | Access obtained under ultrasound guidance and 501 set. |
| 13:06 | Newton wire advanced up left femoral vein. |
| 13:07 | 6 Fr sheath placed. |
| 13:08 | Ultrasound image obtained. |
| 13:09 | Marked 5 Fr PIG catheter advanced over Newton.  Newton wire removed. |
| 13:10 | Contrast hand injected to confirm placement. |
| 13:11 | DSA of left inferior vena cava.  Measurements obtained. |
| 13:19 | Amplatz wire advanced through marked 5 Fr PIG catheter. |
| 13:20 | Measurements obtained below the infrarenal. |
| 13:23 | 5 Fr PIG catheter removed over wire.  Gunther Tulip advanced over wire. |
| 13:25 | Gunther Tulip deployed. |
| 13:26 | Final image obtained. |
| 13:40 | Procedure completed. Sheath removed and pressure applied to puncture site. Patient instructed to keep his left leg straight for 6-8 hours or according to physician's orders, and to inform nurse of any bleeding or pain at puncture site. |

| Time | Equipment | Other |
|------|-----------|-------|
| 12:20 | VASCULAR TRAY | |
| 12:20 | INFUSION FLOWSWITCH | |
| 12:21 | .035 X 145 NEWTON LT | |
| 12:21 | MICRO 501 7CM REG | |
| 12:21 | 5FR X 70 PIG | |
| 12:54 | ROYAL FLUSH 5FR X 70 PIGTAIL | |
| 13:09 | 16FR X 13 PERFORMER .035 | |
| 13:17 | GUNTHER TULIP FEM APPROACH | |
| 13:19 | .035 x 145 AMPLATZ | |

### *Pre Aldrete Score*

| *Pre Aldrete LOC* | *Resp* | *Color* | *Activity* | *Circulation* | *Pre Total* |
|-------------------|--------|---------|------------|---------------|-------------|
| Fully awake | Able to deep breath | Normal Skin Tones | Moves 4 extremities | BP+/- 20% Pre-Anes level | 10 |

### *Vital signs*

| *Time* | *Heart rate* | *NIBPs* | *NIBPd* | *NIBPm* | *SpO2* | *Resp rate* |
|--------|--------------|---------|---------|---------|--------|-------------|
| 11:35 | | | | | | |
| 11:36 | | | | | | |

| *Time* | *Equipment* | *Lesion* | *Other* |
|--------|-------------|----------|---------|
| 12:20 | VASCULAR TRAY | | |
| | INFUSION FLOWSWITCH | | |
| 12:21 | .035 X 145 NEWTON LT | | |
| | MICRO 501 7CM REG | | |
| | 5FR X 70 PIG | | |

Name: **TYSON,DEREK**

Exam Date: **4/21/2007**

Patient Number: **3652089**

---

*Comments during cath*

| Time | Comments |
|------|----------|
| 12:35 | Patient entered room. Procedure explained to patient. Consents, allergies, and labs reviewed. Rt & Lt groin area prepped with betadine. EKG, NIBP, and SO2 sat monitors applied. Patient draped in sterile fashion. |

*Vital signs*

| Time | Heart rate | NIBPs | NIBPd | NIBPm | SpO2 | Resp rate |
|------|-----------|-------|-------|-------|------|-----------|
| 12:41 | 86 | 146 | 90 | 109 | 97 | |
| 12:45 | 81 | 143 | 90 | 108 | 97 | |

| Time | Medication | Amount | Route | Reason Given | Given By | Other |
|------|-----------|--------|-------|--------------|----------|-------|
| 12:45 | Versed | 1 mg | IVP | Sedation | Pomante, Michelle | |

*Comments during cath*

| Time | Comments |
|------|----------|
| 12:47 | Scout image obtained. |

*Pulses Pre*

| Time | Pulse Site | Pulse Strength |
|------|-----------|----------------|
| 12:48 | NOT APPLICABLE | |

*Vital signs*

| Time | Heart rate | NIBPs | NIBPd | NIBPm | SpO2 | Resp rate |
|------|-----------|-------|-------|-------|------|-----------|
| 12:50 | 82 | 149 | 87 | 108 | 97 | |

*Comments during cath*

| Time | Comments |
|------|----------|
| 12:50 | Physician entered CVL and assessed patient. "Time out" by staff and physician to validate patients ID and correct procedure ordered.  Physician has determined patient to be an appropriate candidate for conscious sedation. |

| Time | Medication | Amount | Route | Reason Given | Given By | Other |
|------|-----------|--------|-------|--------------|----------|-------|
| 12:51 | Versed | 1 mg | IVP | Sedation | Pomante, Michelle | |
| | Fentanyl | 50 mcg | IVP | Procedural | Pomante, Michelle | |

| Time | Equipment | | | Lesion | Other |
|------|-----------|--|--|--------|-------|
| 12:54 | ROYAL FLUSH 5FR X 70 PIGTAIL | | | | |

*Vital signs*

| Time | Heart rate | NIBPs | NIBPd | NIBPm | SpO2 | Resp rate |
|------|-----------|-------|-------|-------|------|-----------|
| 12:55 | 82 | 146 | 90 | 109 | 97 | |

*Comments during cath*

| Time | Comments |
|------|----------|
| 12:59 | Ultrasound utilized in obtaining access. |

| Time | Medication | Amount | Route | Reason Given | Given By | Other |
|------|-----------|--------|-------|--------------|----------|-------|
| 12:59 | Versed | 1.5 mg | IVP | Sedation | Pomante, Michelle | |
| | Fentanyl | 50 mcg | IVP | Procedural | Pomante, Michelle | |

*Vital signs*

| Time | Heart rate | NIBPs | NIBPd | NIBPm | SpO2 | Resp rate |
|------|-----------|-------|-------|-------|------|-----------|
| 13:00 | 82 | 140 | 86 | 104 | 96 | |

*Comments during cath*

| Time | Comments |
|------|----------|
| 13:01 | Left groin area localized with 1% Lidocaine. |

Name: **TYSON,DEREK**

Exam Date: **4/21/2007**

Patient Number: **3652089**

*Vital signs*

| Time | Heart rate | NIBPs | NIBPd | NIBPm | SpO2 | Resp rate |
|------|-----------|-------|-------|-------|------|-----------|
| 13:05 | 82 | 140 | 83 | 102 | 95 | |

*Comments during cath*

| Time | Comments |
|------|----------|
| 13:05 | Access obtained under ultrasound guidance and 501 set. |
| 13:06 | Newton wire advanced up left femoral vein. |
| 13:07 | 6 Fr sheath placed. |
| 13:08 | Ultrasound image obtained. |
| 13:09 | Marked 5 Fr PIG catheter advanced over Newton.  Newton wire removed. |

| Time | Equipment | Lesion | Other |
|------|-----------|--------|-------|
| 13:09 | 16FR X 13 PERFORMER .035 | | |

*Vital signs*

| Time | Heart rate | NIBPs | NIBPd | NIBPm | SpO2 | Resp rate |
|------|-----------|-------|-------|-------|------|-----------|
| 13:10 | 82 | 132 | 84 | 100 | 96 | |

*Comments during cath*

| Time | Comments |
|------|----------|
| 13:10 | Contrast hand injected to confirm placement. |
| 13:11 | DSA of left inferior vena cava.  Measurements obtained. |

*Vital signs*

| Time | Heart rate | NIBPs | NIBPd | NIBPm | SpO2 | Resp rate |
|------|-----------|-------|-------|-------|------|-----------|
| 13:15 | 83 | 132 | 80 | 97 | 98 | |

| Time | Equipment | Lesion | Other |
|------|-----------|--------|-------|
| 13:17 | GUNTHER TULIP FEM APPROACH | | |

*Comments during cath*

| Time | Comments |
|------|----------|
| 13:19 | Amplatz wire advanced through marked 5 Fr PIG catheter. |

| Time | Equipment | Lesion | Other |
|------|-----------|--------|-------|
| 13:19 | .035 x 145 AMPLATZ | | |

*Vital signs*

| Time | Heart rate | NIBPs | NIBPd | NIBPm | SpO2 | Resp rate |
|------|-----------|-------|-------|-------|------|-----------|
| 13:20 | 82 | 133 | 82 | 99 | 96 | |

*Comments during cath*

| Time | Comments |
|------|----------|
| 13:20 | Measurements obtained below the infrarenal. |
| 13:23 | 5 Fr PIG catheter removed over wire.  Gunther Tulip advanced over wire. |

*Vital signs*

| Time | Heart rate | NIBPs | NIBPd | NIBPm | SpO2 | Resp rate |
|------|-----------|-------|-------|-------|------|-----------|
| 13:25 | 82 | 146 | 90 | 109 | 96 | |

*Comments during cath*

| Time | Comments |
|------|----------|
| 13:25 | Gunther Tulip deployed. |
| 13:26 | Final image obtained. |

Name: **TYSON,DEREK**

Exam Date: **4/21/2007**

Patient Number: **3652089**

*Vital signs*

| Time | Heart rate | NIBPs | NIBPd | NIBPm | SpO2 | Resp rate |
|------|-----------|-------|-------|-------|------|-----------|
| 13:30 | 80 | 146 | 89 | 108 | 97 | |

*Pulses Post*

| Time | Pulse Site | Pulse Strength |
|------|-----------|----------------|
| 13:32 | NOT APPLICABLE | |

*Comments during cath*

| Time | Comments |
|------|----------|
| 13:40 | Procedure completed. Sheath removed and pressure applied to puncture site. Patient instructed to keep his left leg straight for 6-8 hours or according to physician's orders, and to inform nurse of any bleeding or pain at puncture site. |

*Post Aldrete Score*

| Post Aldrete LOC | Resp | Color | Activity | Circulation | Post Total |
|------------------|------|-------|----------|-------------|------------|
| Fully awake | Able to deep breath | Normal Skin Tones | Moves 4 extremities | BP+/- 20% Pre-Anes level | 10 |

**Total area dose (uGym2)**
11219

**Tot. fluoro time (min)**
3.2

Name: **TYSON,DEREK**

Exam Date: **4/21/2007**

Patient Number: **3652089**

## Pressure Summary

| Pressure Channel | Site | S/A | D/V | EDP/M |
|---|---|---|---|---|
| | | | | |

Name: **TYSON,DEREK**

Exam Date: **4/21/2007**

Patient Number: **3652089**

## SEDATION REPORT

| Time | Medication | Amount | Route | Reason Given | Given By | Other |
|------|-----------|--------|-------|--------------|----------|-------|
| 12:45 | Versed | 1 mg | IVP | Sedation | Pomante, Michelle | |
| 12:51 | Versed | 1 mg | IVP | Sedation | Pomante, Michelle | |
| 12:51 | Fentanyl | 50 mcg | IVP | Procedural | Pomante, Michelle | |
| 12:59 | Versed | 1.5 mg | IVP | Sedation | Pomante, Michelle | |
| 12:59 | Fentanyl | 50 mcg | IVP | Procedural | Pomante, Michelle | |

| Time | NIBPs | NIBPd | NIBPm | Pulse rate | SpO2 | Resp rate |
|------|-------|-------|-------|-----------|------|-----------|
| 11:35 | | | | | | |
| 11:36 | | | | | | |
| 12:41 | 146 | 90 | 109 | 86 | 97 | |
| 12:45 | 143 | 90 | 108 | 81 | 97 | |
| 12:50 | 149 | 87 | 108 | 82 | 97 | |
| 12:55 | 146 | 90 | 109 | 82 | 97 | |
| 13:00 | 140 | 86 | 104 | 82 | 96 | |
| 13:05 | 140 | 83 | 102 | 82 | 95 | |
| 13:10 | 132 | 84 | 100 | 82 | 96 | |
| 13:15 | 132 | 80 | 97 | 83 | 98 | |
| 13:20 | 133 | 82 | 99 | 82 | 96 | |
| 13:25 | 146 | 90 | 109 | 82 | 96 | |
| 13:30 | 146 | 89 | 108 | 80 | 97 | |

Name: **TYSON,DEREK**

Exam Date: **4/21/2007**

Patient Number: **3652089**

## X-ray Summary

### XRAY SCENES

| Time | Plane | RAO/LAO | Cran./Caud. | SID | Magnification | Mode |
|------|-------|---------|-------------|-----|---------------|------|
| 12:47:55 | A | 0.0 | 0.0 | 106.5 | 135 | DR |
| 13:12:22 | A | 0.0 | 0.0 | 104.1 | 132 | DSA |
| 13:26:21 | A | 0.0 | 0.0 | 104.1 | 132 | DR |

| Time | Voltage | Current | Frame freq. | Pulse width | Time of scene | Focus | Amplifier format |
|------|---------|---------|-------------|-------------|---------------|-------|------------------|
| 12:47:55 | 73.6 | 502.3 | 0.01 | 125.8 | 0.3 | small | 48 |
| 13:12:22 | 84.1 | 527.3 | 3.00 | 101.0 | 7.2 | large | 48 |
| 13:26:21 | 74.4 | 505.8 | 0.01 | 100.6 | 0.3 | small | 48 |

### TOTAL FUORO. / DOSE

| Plane | Total area dose | Fluoroscope time |
|-------|-----------------|------------------|
| A | 11219 | 3.2 |

Name: **TYSON,DEREK**

Exam Date: **4/21/2007**

Patient Number: **3652089**