# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

    JERMAINE PIERSON
    Civil Case No. 1:17-cv-03284-RLY-TAB

## DECLARATION OF BENJAMIN A. BERTRAM

I, Benjamin A. Bertram, declare and state the following:

1. My name is Benjamin A. Bertram and I am a partner at the law firm of Bertram & Graf, L.L.C., in Kansas City, Missouri, and counsel for Plaintiff in the above-captioned action.

2. The facts stated in this declaration are within my personal knowledge, true, and correct.

3. Plaintiff's Short Form Complaint ("SFC") was filed on September 15, 2017.

4. Plaintiff's Case Categorization Form ("CCF") was served on December 22, 2018. A copy of the CCF is attached hereto as Exhibit A-1. The original CCF identified Injury Category 5 (failed retrieval) and Category 6 (asymptomatic perforation).

5. On or about April 2019, my office received six-hundred-sixty-five (665) pages of records from Eastern Idaho Regional Medical Center.

6. The records obtained from Eastern Idaho Regional Medical Center in April 2019 were sent via e-mail to CookFilterMDL@FaegreBD.com on October 2, 2019. A copy of the e-mail submission is attached hereto as Exhibit A-2

7. An Amended CCF was submitted via e-mail to CookFilterMDL@FaegreBD.com on October 2, 2019. The CCF was amended to reflect the highest injury categories: Migration and DVT requiring percutaneous treatment/angioplasty. A copy of the e-mail submission and Amended CCF are attached hereto as Exhibit A-3.

Pursuant to 28 U.S.C Section 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

EXECUTED on this 3rd day of October, 2019.

/s/ Benjamin A. Bertram
Benjamin A. Bertram