# **EXHIBIT A-3**

# Ben Bertram

| | |
|---|---|
| **From:** | Ben Bertram |
| **Sent:** | Wednesday, October 2, 2019 7:29 PM |
| **To:** | Cook Filter MDL; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Jeremy DeGraeve; Bianca Fennix; Kandy McKee |
| **Subject:** | Pierson v. Cook Incorporated, et al.;; Case No. 1:17-cv-03284; Service of Amended Case Categorization Form |
| **Attachments:** | Pierson, Jermaine_Cat 7 - DVT, Angioplasty.pdf; Pierson, Jermaine_Cat 7 - Migration.pdf; Amended Categorization Form - Pierson, Jermaine.pdf |

Counsel:

Please find attached the following documents:

1) Amended Case Categorization Form – Jermaine Pearson;
2) Category 7 – (12.13.2015) CT scan documenting change in IVC filter position/migration; and
3) Category 7 – (9.18.2015) DVT requiring percutaneous treatment/angioplasty.

Please note that the amendments are based on the Case Categorization Form instructions, which indicate that only the highest level injury category need to be identified on the form.  Additionally, it appears that the records forming the basis of this amendment were not available to Plaintiff until April 2019, which was several months after the December 22, 2018, deadline for submission of Categorization Forms.

Please let me know if you have any questions.

Thanks,

**Benjamin A. Bertram**
Attorney | Bertram & Graf, L.L.C.
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
benbertram@bertramgraf.com
www.bertramgraf.com

Office: 816.523.2205 | Direct: 816.595.1274 | Fax: 816.523.8258



The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.  I am communicating to you via e-mail because you have consented to receive communications via this medium.  If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.

The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited.  If you have received this transmission in error, please call (816) 523-2205.

## Categorization Form

A. Plaintiff's Name:     Pierson, Jermaine

B. Plaintiff's Case Number:     1:17-cv-03284

C. Plaintiff's Counsel (Lead Firm Name):     Bertram & Graf, LLC

D. Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury:_____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☐

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☐. **Circle all sub-categories that apply below**:

   ☐ a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   ☐ b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   ☐ c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   ☑ d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:
   Apex of the filter was below renal veins; CT imaging now shows it above renal veins

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

☐ e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

☐ f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

☑ g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: DVT requiring percutaneous intervention and angioplasty

☐ h) infection;

Briefly describe claim of symptomatic injury:_____

☐ i) bleeding;

Briefly describe claim of symptomatic injury:_____

☐ j) death; and

Briefly describe claim of symptomatic injury:_____

☐ k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:      Benjamin A. Bertram_____

Plaintiff's Counsel's Firm:     Bertram & Graf, LLC_____