UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Categorization Form**

A.      Plaintiff's Name:      Earline Pitts

B.      Plaintiff's Case Number:      1:17-cv-03992-JMS-MJD

C.      Plaintiff's Counsel (Lead Firm Name): Marc J. Bern & Partners, LLP

D.      Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: [ ]

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: [ ]

   Briefly describe claimed complication/outcome/injury:_____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: [ ]

   Briefly describe claimed complication/outcome/injury:_____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: [ ]

   Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

    Check here for Category 5: [ ]

    Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    Check here for Category 6: [ ]

    Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    Check here for Category 7: [✔]. **Circle all sub-categories that apply below**:

    (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

    Briefly describe claim of symptomatic injury:
    _____

    (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

    Briefly describe claim of symptomatic injury:
    _____

    (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

    Briefly describe claim of symptomatic injury:
    _____

    (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
    Briefly describe claim of symptomatic injury:
    _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: Patient had pulmonary Embolism despite having an IVC filter and on Coumadin

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.  Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: **Debra J Humphrey**

Plaintiff's Counsel's Firm: **Marc J. Bern & Partners LLP.**

Plaintiff's Counsel's Signature: _____

4

**Date:** 5/7/15

**Physician Orders:**
O2 to keep sats > 92%

**Medications:**
1% lido

**Progress Notes:**
IV venogram shows well positioned filter without clot

**MD Signature:** [signature]

**Time:** 1015

☑ Verified prior to procedure: Patient, consent, procedure, equipment, site/side, position.

**MD** McLaughlin
**Nurse/Tech** LC / RT

**Admitting Diagnosis:** PE despite IVC placement — venogram to evaluate

**Name of Person Responsible for Transport Home:** Dtr in laws

**Time of Last Oral Intake:** last pm         INR 1.4

**Vital Signs:**
BP 184/81    P 79    O2 Sat 95%    Pain Score – 9 R hip/leg

**Routine Medications:** leflunomide, lisinopril, meloxicam, singulair, prolia, ropinirole, zyrtec, xanax, ASA, astelin, atorvastatin, bisoprolol, calcium, cyclobenzaprine, MVI, coumadin, famotidine, fish oil, lasix, gabapentin, eye gtts

**Allergies:** codeine, morphine, percocet, fioricet, valium

**Health History:** OSA c̄ CPAP use, PE – MI x2, fx back, COPD – ? cholest., chronic back pain, GERD – neuropathy, back surgery – "n" cardiac stents, IVC placement Jan 2015, macular degeneration, Bil rotator cuff repair, R shoulder joint replace, carpal tunnel bil, Bil thumb surgery, R foot hammer toe, TAH, hemorrhoidectomy

**Site Verified/Marked** ☑   Right ☐   Left ☐
**Clinical Alarms/Monitors On/Checked** ☑

**Nurses Notes:** 0830 – Alert, talkative – oriented – restless in bed from back pain, came in by wheelchair – 0930 Dr. McLaughlin @ bedside to review procedure, consent obtained – 1000 to IR #3, propped for comfort, O2 2L NC on for comfort. Monitors on c̄ alarms. BP 175/95, NSR 87, O2 sat 98% – 1030 – to IR recovery 4 – VSS, taking po

**Signature:** L Chandler

Mary Washington Healthcare

IG2491

MWH.
Pitts, Earline C
MRN: 411371    DOB: [redacted]
ECD: 6222170387    Age: 75Y

**Outpatient Procedure Record (Radiology)**
FR-1036-MWHC   REV 1/2010

# Mary Washington Hospital

1001 Sam Perry Blvd

Fredericksburg, Virginia 22401

Phone: (540) 741-1100

RADIOLOGY REPORT

---

**NAME**: PITTS EARLINE C

**MR #**: 411371

**ORDERING MD**: MAURER CHARLES L.

**ACCESSION #**: 6502326

**EXAM DATE**: 05/07/2015 10:34

**ACCOUNT #**: ▇▇▇▇▇▇▇

---

```
^RI^DC
***Final Report***
DISTRIBUTION NOTES:
EXAM DATE: 05/07/2015   10:34
EXAM: IR  VENOUS IVC
ACCESSION #: 6502326
CPT CODE(S):
ORDERING MD: MAURER, CHARLES L.
ATTENDING MD: MCLAUGHLIN, M.D.,  JOHN J.
PROCEDURE REASON:  DVT
RESULT:  INDICATION: Patient with pulmonary embolus despite having an IVC
filter and on Coumadin.
PROCEDURE:  The risks, benefits and alternatives to the procedure were
explained to the patient, and informed written and oral consent was
obtained.
The right neck was prepped and draped in sterile fashion. 1% lidocaine
was used for local anesthesia. A 21-gauge micropuncture needle was placed
into the right internal jugular vein using ultrasound guidance. Jugular
vein is patent on ultrasound. A permanent copy of the ultrasound was
placed in the patients chart. A 5-French straight flush catheter was then
advanced under fluoroscopic guidance into the infrarenal IVC. Contrast
injected and images were obtained. The catheter was removed and
hemostasis obtained with manual compression.
COMPLICATIONS: None.
MEDICATIONS: 1% lidocaine.
CONTRAST: 20 mL of Omnipaque-300.
FLUOROSCOPIC TIME: 2 minutes.
FINDINGS:
Inferior vena cava is patent without thrombus. The previously placed IVC
filter is well-positioned though tilted slightly to the left. No thrombus
seen within or above the filter. Renal veins are patent.

IMPRESSION:  Well-positioned and patent IVC filter without thrombus.
Dictated: JOHN J. MCLAUGHLIN, M.D. On: 05/07/2015    14:21
Electronically signed by: MCLAUGHLIN, M.D., JOHN J. On: 05/07/2015    16:28
```