IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:18-cv-02234; 1:19-cv-01992; 1:19-cv-02024; 1:19-cv-02027;
1:19-cv-02028; 1:19-cv-02029; 1:19-cv-02033; 1:19-cv-02123;
1:19-cv-02125; 1:19-cv-02127; 1:19-cv-02130; 1:19-cv-02132;
1:19-cv-02136; 1:19-cv-02143; 1:19-cv-02144; 1:19-cv-02146;
1:19-cv-02147; 1:19-cv-02149; 1:19-cv-02150; 1:19-cv-02151;
1:19-cv-02153; 1:19-cv-02155; 1:19-cv-02186; 1:19-cv-02188;
1:19-cv-02189; 1:19-cv-02192; 1:19-cv-02193; 1:19-cv-02194;
1:19-cv-02197; 1:19-cv-02200; 1:19-cv-02206; 1:19-cv-02212;
1:19-cv-02214; 1:19-cv-02222; 1:19-cv-02238; 1:19-cv-02240;
1:19-cv-02379.

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned cases are dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiffs may refile his/her case in the Southern District of Indiana. If any Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

By: /s/ *Christopher K. Johnston*
Christopher K. Johnston
LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC
268 Ponce de Leon Ave.
Suite 1020
San Juan, PR  00918
Tel: (415) 744-1500
Email: Kyle@MassTortsLaw.com

*Counsel for Plaintiffs*

Dated: October 2, 2019

By: /s/ *Jessica Benson Cox*
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian, Suite 2500
Indianapolis, Indiana 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
Email: Jessica.Cox@FaegreBD.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: October 2, 2019