IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:18-cv-02234; 1:19-cv-01992; 1:19-cv-02024; 1:19-cv-02027;
1:19-cv-02028; 1:19-cv-02029; 1:19-cv-02033; 1:19-cv-02123;
1:19-cv-02125; 1:19-cv-02127; 1:19-cv-02130; 1:19-cv-02132;
1:19-cv-02136; 1:19-cv-02143; 1:19-cv-02144; 1:19-cv-02146;
1:19-cv-02147; 1:19-cv-02149; 1:19-cv-02150; 1:19-cv-02151;
1:19-cv-02153; 1:19-cv-02155; 1:19-cv-02186; 1:19-cv-02188;
1:19-cv-02189; 1:19-cv-02192; 1:19-cv-02193; 1:19-cv-02194;
1:19-cv-02197; 1:19-cv-02200; 1:19-cv-02206; 1:19-cv-02212;
1:19-cv-02214; 1:19-cv-02222; 1:19-cv-02238; 1:19-cv-02240;
1:19-cv-02379.

**EXHIBIT
TO
STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**SCHEDULE OF CASES**

| Plaintiff Names | Case Nos. |
|---|---|
| Christmas, Stephen | 1:18-cv-02234 |
| Smith, Lawrance | 1:19-cv-01992 |
| Folger, Barbara | 1:19-cv-02024 |
| Martin, Carl (2027) | 1:19-cv-02027 |
| Nichols, Carla | 1:19-cv-02028 |
| Hogan, Carlton and Lela | 1:19-cv-02029 |
| Rushton, Darlene | 1:19-cv-02033 |
| Eller, Dennis | 1:19-cv-02123 |
| Dominguez, Derrick and Dena | 1:19-cv-02125 |
| Nelan, Eliza | 1:19-cv-02127 |
| Hunnicutt, Harry A. and Katie | 1:19-cv-02130 |

| | |
|---|---|
| Stoscup, Heidi | 1:19-cv-02132 |
| Perez, Jesusa Gonzalez | 1:19-cv-02136 |
| Webb, Joyce | 1:19-cv-02143 |
| Jagger, Julie | 1:19-cv-02144 |
| Killian, Kelly | 1:19-cv-02146 |
| Jacques, Kendrell M. | 1:19-cv-02147 |
| McFarlane, Kenneth and Leah | 1:19-cv-02149 |
| Glenn, Larry | 1:19-cv-02150 |
| Aragon, Lilian | 1:19-cv-02151 |
| Bright, Mary | 1:19-cv-02153 |
| McFadden, Matthew | 1:19-cv-02155 |
| Schonbeck, Monika | 1:19-cv-02186 |
| Belcher, Nancy | 1:19-cv-02188 |
| Hosford, Nancy | 1:19-cv-02189 |
| Martin, Patricia | 1:19-cv-02192 |
| Howell, Paul Richard | 1:19-cv-02193 |
| Maisonet, Petra [ESTATE OF] | 1:19-cv-02194 |
| Williams, Ricky and Helen | 1:19-cv-02197 |
| Bendure, Ronald III | 1:19-cv-02200 |
| Bullock, Russell | 1:19-cv-02206 |
| King, Russell and Jill | 1:19-cv-02212 |
| Heatherly, Shelby Thomas | 1:19-cv-02214 |
| Collins, Tiffany | 1:19-cv-02222 |
| Carson, William | 1:19-cv-02238 |
| Fendley, William and Cat | 1:19-cv-02240 |
| Bassett, William | 1:19-cv-02379 |