IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
   1:17-cv-00128-SEB-DML

## ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED that Case No. 1:17-cv-00128-SEB-DML styled Latoya Barrett v. C.R. Bard et. al. is dismissed. More specifically, Latoya Barrett's current claims for the failed retrieval attempt documented in the her Short-Form Complaint, PPS form, and Categorization Form which are on file or have been served on the Defendants as of this date are dismissed with prejudice.

It is further ordered that this dismissal is entered without prejudice to Plaintiff Latoya Barrett refiling in the event of a future injury, provided any such case is filed in the Southern District of Indiana within the applicable statute of limitations period.

All parties shall bear their own costs.

Dated: October _____, 2019

_____
United States District Judge