IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to the following Plaintiffs:

    **See Exhibit A**

_____

### ORDER ON THE PLAINTIFFS' MOTION TO WITHDRAW

    Plaintiffs' Motion to Withdraw the appearance of David Matthew Haynie is GRANTED.

    IT IS HEREBY ORDERED that David Matthew Haynie and the firm FORESTER HAYNIE, PLLC are hereby withdrawn as counsel of record in the cause numbers listed on the attached Exhibit A.

Date: 10/3/2019

                                       Tim A. Baker
                                       United States Magistrate Judge
                                       Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.