## EXHIBIT A

| | |
|---|---|
| 1:15-cv-01684-RLY-TAB | Keen, Clarence |
| 1:15-cv-01685-RLY-TAB | Robinson, William |
| 1:15-cv-01686-RLY-TAB | Varela, Nelson |
| 1:15-cv-01688-RLY-TAB | Nichols, Cheryl |
| 1:16-cv-00992-RLY-TAB | Beasley, Tammy |
| 1:16-cv-00994-RLY-TAB | Brandon, Sandra |
| 1:16-cv-00995-RLY-TAB | Duncan, Larry |
| 1:16-cv-00997-RLY-TAB | Haley, Donald |
| 1:16-cv-00998-RLY-TAB | Holcomb, Chontell |
| 1:16-cv-01000-RLY-TAB | Lawler, Philip |
| 1:16-cv-01002-RLY-TAB | Morrison, David |
| 1:16-cv-01003-RLY-TAB | Myers, Ricky |
| 1:16-cv-01005-RLY-TAB | Penaranda, Rafael |
| 1:16-cv-01011-RLY-TAB | Vaughan, James |
| 1:16-cv-01012-RLY-TAB | Weems, Willie |
| 1:16-cv-01050-RLY-TAB | Forte, Charles |
| 1:16-cv-01051-RLY-TAB | Kelly, Cindy |
| 1:16-cv-01052-RLY-TAB | Wilson, Constance |
| 1:16-cv-01054-RLY-TAB | Chappell, Derrick |
| 1:16-cv-01055-RLY-TAB | Dickerson, Edgar |
| 1:16-cv-01056-RLY-TAB | Koryat, Barbara |
| 1:16-cv-01057-RLY-TAB | Gallimore, Jerry |
| 1:16-cv-01058-RLY-TAB | Hecker, John |
| 1:16-cv-01058-RLY-TAB | Hecker, Karen |
| 1:16-cv-01059-RLY-TAB | Mickalowksi, Joseph |
| 1:16-cv-01060-RLY-TAB | Howard, Linda |
| 1:16-cv-01061-RLY-TAB | Swan-Meyer, Lisa |
| 1:16-cv-01062-RLY-TAB | Honeycutt, Rachel |
| 1:16-cv-01063-RLY-TAB | Brannon, Theo |
| 1:16-cv-01064-RLY-TAB | Horne, Verneta |
| 1:16-cv-01074-RLY-TAB | Stinson, Gaynell |
| 1:16-cv-01075-RLY-TAB | Olivares, Jordan |
| 1:16-cv-01077-RLY-TAB | Ellison, Lois |
| 1:16-cv-01078-RLY-TAB | Nicholson, Michelle |
| 1:16-cv-01079-RLY-TAB | Hardiman, Myron |
| 1:16-cv-01080-RLY-TAB | Robison, Pattie |
| 1:16-cv-01082-RLY-TAB | Thompson, Willie |
| 1:16-cv-01086-RLY-TAB | Manning, Michael |
| 1:16-cv-01087-RLY-TAB | Billau, Allen |
| 1:16-cv-01088-RLY-TAB | Randolph, Beatrice |
| 1:16-cv-01089-RLY-TAB | Zimmerman, Louis |
| 1:16-cv-01098-RLY-TAB | Sardone, Irene |
| 1:16-cv-01099-RLY-TAB | Scroggins, Margaret |

| | |
|---|---|
| 1:16-cv-01102-RLY-TAB | Garnett, Cecilia |
| 1:16-cv-01810-RLY-TAB | Gonzales, Juan |
| 1:16-cv-02860-RLY-TAB | Banks, Deborah |
| 1:16-cv-02893-RLY-TAB | Irvine, Ronnie |
| 1:17-cv-01454-RLY-TAB | Janszen, Andrew |
| 1:17-cv-01455-RLY-TAB | Keuntje, Gary |
| 1:17-cv-01458-RLY-TAB | Daley, Roselyn |
| 1:17-cv-01461-RLY-TAB | Weatherwax, Marquite |
| 1:17-cv-01464-RLY-TAB | Carroll, Harold |
| 1:17-cv-01465-RLY-TAB | Ritter, Paula |
| 1:17-cv-01466-RLY-TAB | Keiber, Robert |
| 1:17-cv-01467-RLY-TAB | Rhodes, Roland |
| 1:17-cv-01468-RLY-TAB | Johnson, Gaylua |
| 1:17-cv-01469-RLY-TAB | Willing, Greg |
| 1:17-cv-02773-RLY-TAB | Johnson, Kathryn |