IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 10/04/2019
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Marcella C. Brady, 1:16-cv-02882

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-titled plaintiff and Defendants, Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS, hereby stipulate that all claims in the above-captioned case are dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| By: */s/ Peyton P. Murphy*<br>Peyton P. Murphy<br>MURPHY LAW FIRM, LLC<br>2354 S. Acadian Thruway<br>Baton Rouge, LA  70808<br>Tel: (225) 928-8800<br>Email: Peyton@MurphyLawFirm.com<br><br>*Counsel for Plaintiff*<br><br>Dated: October 4, 2019 | By: */s/ Jessica Benson Cox*<br>Jessica Benson Cox<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian, Suite 2500<br>Indianapolis, Indiana 46204<br>Tel: (317) 237-0300<br>Fax: (317) 237-1000<br>Email: Jessica.Cox@FaegreBD.com<br><br>*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*<br><br>Dated: October 4, 2019 |