# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).¹

1:14-ml-02570
(and cases identified in attached Exhibit A)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Michael S. Kruse | Michael S. Kruse |
| **Law Firm, Company, and/or Agency:** | | |
| **Address:** | 10 S. Broadway<br>Suite 1125<br>St. Louis, MO 63102 | 211 N. Broadway<br>Suite 2925<br>St. Louis, MO 63102 |
| **Primary E-mail:** | | |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | | |
| **Facsimile:** | | |

Date: 10/4/2019

s/ Michael S. Kruse

---

¹ Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.