# EXHIBIT A

| Case No.: | Case Name |
|---|---|
| 1:16-cv-01166-RLY-TAB | GEHNER v. COOK INCORPORATED et al |
| 1:16-cv-01167-RLY-TAB | JACOBS v. COOK INCORPORATED et al |
| 1:16-cv-01168-RLY-TAB | MACNEARY v. COOK INCORPORATED et al |
| 1:17-cv-00517-RLY-TAB | HECK et al v. COOK INCORPORATED et al |
| 1:17-cv-01300-RLY-TAB | GRIEBEL v. COOK INCOPORATED et al |
| 1:17-cv-01333-RLY-TAB | HELENE et al v. COOK INCORPORATED et al |
| 1:17-cv-01392-RLY-TAB | BURKE v. COOK INCORPORATED et al |
| 1:17-cv-01429-RLY-TAB | CONLEY v. COOK INCORPORATED et al |
| 1:17-cv-01457-RLY-TAB | SISCO v. COOK INCORPORATED et al |
| 1:17-cv-01460-RLY-TAB | TIMMS et al v. COOK INCORPORATED et al |
| 1:17-cv-01472-RLY-TAB | WILLIAMS v. COOK INCORPORATED et al |
| 1:17-cv-01605-RLY-TAB | ALBERT v. COOK INCORPORATED et al |
| 1:17-cv-02813-RLY-TAB | CARNEY v. COOK INCORPORATED et al |
| 1:17-cv-03923-RLY-TAB | TODD v. COOK INCORPORATED et al |
| 1:17-cv-03967-RLY-TAB | RITZ v. COOK INCORPORATED et al |
| 1:17-cv-04240-RLY-TAB | SCOTT v. COOK INCORPORATED et al |
| 1:17-cv-04245-RLY-TAB | CARR v. COOK INCORPORATED et al |
| 1:17-cv-04295-RLY-TAB | HANNAGAN et al v. COOK INCORPORATED et al |
| 1:17-cv-04298-RLY-TAB | SHAVER v. COOK INCORPORATED et al |
| 1:17-cv-04771-RLY-TAB | GRIFFIS v. COOK INCORPORATED et al |
| 1:17-cv-06065-RLY-TAB | COLLINS et al v. COOK GROUP INCORPORATED et al |
| 1:17-cv-06066-RLY-TAB | HALINSKI et al. v. COOK GROUP INCORPORATED et al |
| 1:18-cv-00182-RLY-TAB | SHEFFIELD v. COOK INCORPORATED et al |
| 1:18-cv-00182-RLY-TAB | TUCKER v. COOK INCORPORATED et al |
| 1:18-cv-00654-RLY-TAB | CANADA v. COOK INCORPORATED et al |
| 1:18-cv-00663-RLY-TAB | BROWN v. COOK INCORPORATED et al |
| 1:18-cv-00669-RLY-TAB | COLLINS v. COOK INCORPORATED et al |
| 1:18-cv-00671-RLY-TAB | CONGERY V. COOK INCORPORATED et al |
| 1:18-cv-00676-RLY-TAB | PETERSON v. COOK INCORPORATED et al |
| 1:18-cv-00677-RLY-TAB | HOEFLER v. COOK INCORPORATED et al |
| 1:18-cv-00678-RLY-TAB | DESANTIS v. COOK INCORPORATED et al |
| 1:18-cv-00681-RLY-TAB | GRIFFITH v. COOK INCORPORATED et al |
| 1:18-cv-00682-RLY-TAB | WILLIS v. COOK INCORPORATED et al |
| 1:18-cv-00703-RLY-TAB | GUM v. COOK INCORPORATED et al |
| 1:18-cv-00821-RLY-TAB | JOHNSON et al v. COOK INCORPORATED et al |
| 1:18-cv-00829-RLY-TAB | SMITH v. COOK INCORPORATED et al |
| 1:18-cv-01202-RLY-TAB | HARDAWAY v. COOK INCORPORATED et al |
| 1:18-cv-01274-RLY-TAB | RIDGEON v. COOK INCORPORATED et al |

| | |
|---|---|
| 1:18-cv-01275-RLY-TAB | ROBINSON et al v. COOK INCORPORATED et al |
| 1:18-cv-01507-RLY-TAB | LAKE v. COOK INCORPORATED et al |
| 1:18-cv-01508-RLY-TAB | KITTRELL v. COOK INCORPORATED et al |
| 1:18-cv-01509-RLY-TAB | MAYNOR v. COOK INCOPORATED et al |
| 1:18-cv-01519-RLY-TAB | FURNAS et al v. COOK INCORPORATED et al |
| 1:18-cv-01525-RLY-TAB | SWETT v. COOK INCORPORATED et al |
| 1:18-cv-01526-RLY-TAB | WILLINGHAM, II v. COOK INCORPORATED et al |
| 1:18-cv-01924-RLY-TAB | SMITH et al v. COOK INCORPORATED et al |
| 1:18-cv-02138-RLY-TAB | COLE v. COOK INCORPORATED et al |
| 1:18-cv-02222-RLY-TAB | HEIDY et al v. COOK INCORPORATED et al |
| 1:18-cv-02233-RLY-TAB | DILUGLIO v. COOK INCORPORATED et al |
| 1:18-cv-02846-RLY-TAB | SPRINKLE et al v. COOK INCORPORATED et al |
| 1:18-cv-02847-RLY-TAB | BALL v. COOK INCORPORATED et al |
| 1:18-cv-02850-RLY-TAB | COLE v. COOK INCORPORATED et al |
| 1:18-cv-02859-RLY-TAB | PASTORI et al v. COOK INCORPORATED et al |
| 1:18-cv-03404-RLY-TAB | POINTER v. COOK INCORPORATED et al |
| 1:18-cv-03926-RLY-TAB | SADBERRY v. COOK INCORPORATED et al |
| 1:19-cv-00112-RLY-TAB | DONAHUE v. COOK INCORPORATED et al |
| 1:19-cv-00580-RLY-TAB | BENEIGH et al v. COOK INCORPORATED et al |
| 1:19-cv-01375-RLY-TAB | MATTHEWS v. COOK INCORPORATED et al |
| 1:19-cv-01381-RLY-TAB | YEATES v. COOK INCORPORATED et al |
| 1:19-cv-01561-RLY-TAB | ROSENBAUM v. COOK INCORPORATED et al |
| 1:19-cv-01618-RLY-TAB | SLATON et al v. COOK INCORPORATED et al |
| 1:19-cv-03600-RLY-TAB | CASTILLO v. COOK INCORPORATED et al |
| 1:19-cv-03601-RLY-TAB | WECKLER v. COOK INCORPORATED et al |