UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB |

**Entry from Status Conference held September 26, 2019**

**Before the Hon. Richard L. Young, Judge**

The parties appear for the status conference set this date. Plaintiffs appear by Joe Williams, Ben Martin, Mike Heaviside and Stuart Goldenberg; Defendants appear by Andrea Pierson, Jessica Cox, Eric Friedman, Ben Broadhead and Steve Bennett (telephonically).

Bellwether trial settings and deadlines were discussed.

The following hearings are now scheduled:

- **OCTOBER 25, 2019 at 10:00 a.m.** in Room 301, Evansville, Oral Argument on Summary Judgment
- **NOVEMBER 15, 2019 at 9:00 a.m.** in Room 301, Evansville, status conference
- **DECEMBER 19, 2019 at 10:00 a.m**. in Room 349, Indianapolis, status conference
- **DECEMBER 19, 2019 at 2:00 p.m.** in Room 349, Indianapolis, motions hearing

Distributed Electronically to Registered Counsel of Record