IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,            1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL            MDL No: 2570

This Document Relates to Plaintiff:
Mary Perkins

Civil Case No. 1:19-cv-132

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS OF MARY PERKINS

Comes now, Plaintiff Mary Perkins and Defendants Cook Medical Inc., et al, in the above titled lawsuit and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiff Mary Perkins in this action against Defendants are dismissed with prejudice. All parties shall bear their own fees and costs.

Respectfully Submitted,

/s/ Robert J. Fenstersheib

Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com
*Attorney for Plaintiff*

By: /s/ Jessica Benson Cox
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian, Suite 2500
Indianapolis, Indiana 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
Email: Jessica.Cox@FaegreBD.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: October 2, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on 10/4/2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Robert J. Fenstersheib
_____
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com