IN THE UNITED STATES
DISTRICT COURT SOUTHERN
DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:17-cv-4143-RLY-TAB
1:17-cv-4145-RLY-TAB

Entry of Appearance

To the Clerk of Court and all parties of record:

I hereby enter my appearance on behalf of Plaintiff.

Respectfully submitted,

*/s/* Bradly M. Lakin
Bradley M. Lakin #6243318
SL Chapman LLC
330 North Fourth Street
Suite 330
St. Louis, MO 63102
Phone: (314) 588-9300
Fax: (314) 588-9302
Bradl@slchapman.com

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/* Bradley M. Lakin