IN THE UNITED STATES
DISTRICT COURT SOUTHERN
DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND RLY-TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570- MDL No. 2570 |

This Document Relates to:
Civil Case # 1:17-cv-4145
Civil Case # 1:17-cv-4143

## MOTION TO WITHDRAW

COMES NOW, Robert J. Evola, having left SL Chapman LLC, and withdraws as counsel for Plaintiff, Whitney Fry. Plaintiff continues to be represented in this litigation by SL Chapman LLC.

DATED: October 4, 2019

RESPECTFULLY SUBMITTED,

BY: /s/ Robert J. Evola
Robert J. Evola
SL Chapman, LLC
330 North Fourth Street, Suite 330
St. Louis, Missouri 63102
Telephone: (314) 588-9300
Fax: (314) 588-9302

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Robert J. Evola