## AFFIDAVIT OF DAVID C. DEGREEFF, ESQ.

STATE OF MISSOURI        )
                         ) ss
COUNTY OF JACKSON        )

1. I, David C. DeGreeff, am over the age of 18 and fully competent to testify to the matters stated herein.

2. I have personal knowledge of the facts stated herein.

3. I am an attorney at the law firm Wagstaff & Cartmell LLP. I represent the following Plaintiffs (among others) in the IVC Filter MDL: Steven Land (1:17-cv-2349), Marcus Simmons (1:18-cv-212), and Curtis Shields (1:18-cv-1379).

4. This affidavit is made pursuant to Rule 56(d). Additional discovery is needed before those three Plaintiffs can respond adequately to the summary judgment motion filed by Defendant Cook Medical, Inc. ("Cook"), if the Court determines that Cook has met its initial burden on summary judgment (which the above-named Plaintiffs contest), thereby triggering the Plaintiffs' obligation to bring forth contrary evidence.

5. No case-specific discovery has been done on any of the three above-named cases. Case specific discovery will reveal evidence pertinent to the statute-of-limitations issues raised by Cook's motion, including information about when the Plaintiffs first discovered that Cook's defective product was the source of their injuries, how they made that discovery, and whether other information indicates that they should have made that discovery sooner.

6. Plaintiffs also need additional discovery as to Cook's role in any delay in these Plaintiffs having the necessary knowledge to bring their claims at an earlier time. For instance, all Plaintiffs have alleged that Cook fraudulently concealed material information, thereby preventing the Plaintiffs from learning that Cook's product was defective and caused their

injuries. Discovery would likely reveal information about what Cook concealed from these plaintiffs' and their physicians, as well as its own sales force, about the various injuries caused by Cook's IVC filters and the frequency and severity of those injuries.

FURTHER, affiant sayeth naught.

In witness whereof, I have affixed my signature this 3rd day of October, 2019.

_____
David C. DeGreeff, Esq.

Subscribed and sworn to before me, this 3rd day of October, 2019.

_____
Notary Public

My Commission expires:

April 9, 2020

MICHELLE GOLDWASSER
My Commission Expires
April 9, 2020
Jackson County
Commission #12414155

EXHIBIT A