**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:19-cv-03300 | 1:19-cv-03310 |
| 1:19-cv-03301 | 1:19-cv-03623 |
| 1:19-cv-03302 | 1:19-cv-03698 |
| 1:19-cv-03304 | 1:19-cv-03699 |
| 1:19-cv-03305 | 1:19-cv-03715 |
| 1:19-cv-03306 | 1:19-cv-03752 |
| 1:19-cv-03309 | 1:19-cv-03770 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  October 4, 2019                         /s/ Kip S. M. McDonald
                                                Andrea Roberts Pierson (# 18435-49)
                                                Kip S. M. McDonald (# 29370-49)
                                                FAEGRE BAKER DANIELS LLP
                                                300 North Meridian Street, Suite 2700
                                                Indianapolis, Indiana 46204
                                                Telephone: (317) 237-0300
                                                Facsimile: (317) 237-1000
                                                E-Mail:  andrea.pierson@faegrebd.com
                                                E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald