**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Case No. 1:14-ml-2570-RYL-TAB**<br>**MDL No. 2570** |

**This Document Relates To:**

---

| | |
|---|---|
| **Curtis Shields** | **1:18-cv-1379** |
| **Steven Land** | **1:16-cv-2349** |
| **Marcus Simmons** | **1:18-cv-212** |

---

**NOTICE OF RE-FILING OF PLAINTIFFS' OPPOSITIONS TO COOK MEDICAL INC.'S OMNIBUS MOTION FOR SUMMARY JUDGMENT IN THE ABOVE-REFERENCED CASES IN THE MDL**
**AND EXPLANATION OF LATE FILING IN THE MDL**

Plaintiffs Curtis Shields (1:18-cv-1379), Steven Land (1:16-cv-2349) and Marcus Simmons (1:18-cv-212) hereby give notice of the need to refile their respective Oppositions to Cook Medical Inc.'s Omnibus Motion for Summary Judgment after the deadline. Due to a clerical error, the above-referenced opposition briefs were timely filed in each individual Plaintiff's case on October 3, 2019, but inadvertently not filed in MDL 2570. The filed-stamped opposition briefs from the individual cases are attached hereto as **Exhibits A-C**. Please take notice that the opposition briefs have now been refiled in MDL 2570.

Dated: October 4, 2019

Respectfully submitted,

*/s/ David C. DeGreeff*
Thomas P. Cartmell MO #45366
Jeffrey M. Kuntz MO #52371
David C. DeGreeff MO #55019
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
816-701-1100
tcartmell@wcllp.com
jkuntz@wcllp.com

ddegreeff@wcllp.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ David C. DeGreeff*
Thomas P. Cartmell MO #45366
Jeffrey M. Kuntz MO #52371
David DeGreeff MO #55019
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112