IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
DEWEY WILLIAMS
Civil Case #1:19-cv-03665

**MOTION TO AMEND SHORT-FORM COMPLAINT**

Plaintiff Dewey Williams, by and through his attorneys, respectfully requests that this Court grant this motion to amend his Short-Form Complaint to reflect the correct IVC filter implant date of September 26, 2005, as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(A). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Dewey Williams filed the present action in the United States District Court of the Southern District of Indiana on August 28, 2019.

2. Due to a scrivener's error, Plaintiff's initial complaint improperly listed his Cook IVC filter implant date of September 16, 2005.

3. Upon learning of this error, counsel promptly sought relief by filing this motion to amend the short form complaint to reflect the correct implant date of September 26, 2005.

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to amend his Complaint to reflect the correct implant date of September 26, 2005.

Respectfully submitted this 7th day of October, 2019.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

October 7, 2019

/s/ Rhett A. McSweeney
Rhett A. McSweeney