UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to the Following Actions:<br><br>Ronald Snow<br>1:14-cv-06013<br><br>Tonya Brand<br>1:14-cv-06018<br><br>Amanda K. Rauch<br>1:15-cv-00175<br><br>Bobbie Payne and William T. Payne, Jr.<br>1:16-cv-01801<br><br>Thomas Clark and Karen M. Clark<br>1:16-cv-02642<br><br>Carolyn Greenwood Lachenmayr and Walter F. Lachenmayr<br>1:17-cv-00347<br><br>Graciano Silva and Gloria Silva<br>1:17-cv-01685<br><br>Betty J. Olsen<br>1:19-cv-01602 | **Notice of Change of Attorney Information** |

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Joseph N. Williams | Joseph N. Williams |

| Law Firm, Company, and/or Agency: | Riley Williams & Piatt, LLC | Riley Williams & Piatt, LLC |
|---|---|---|
| Address: | 301 Massachusetts Avenue Indianapolis, IN 46204 | 301 Massachusetts Avenue Suite 300 Indianapolis, IN 46204 |
| Primary E-mail: | jwilliams@rwp-law.com | jwilliams@rwp-law.com |
| Secondary E-mail(s): | jonwilli@gmail.com, eamos@rwp-law.com, mllewellyn@rwp-law.com | jonwilli@gmail.com, eamos@rwp-law.com, mllewellyn@rwp-law.com |
| Telephone Number: | (317) 633-5270 | (317) 633-5270 |
| Facsimile: | (317) 426-3348 | (317) 426-3348 |

Date:  October 7, 2019　　　　/s/ *Joseph N. Williams*
　　　　　　　　　　　　　　Joseph N. Williams (#25874-49)
　　　　　　　　　　　　　　RILEY WILLIAMS & PIATT, LLC
　　　　　　　　　　　　　　301 Massachusetts Avenue, Suite 300
　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　(317) 633-5270
　　　　　　　　　　　　　　Fax:  (317) 426-3348
　　　　　　　　　　　　　　jwilliams@rwp-law.com

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on the 7th day of October, 2019, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　/s/ *Joseph N. Williams*
　　　　　　　　　　　　　　Joseph N. Williams