UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to the Following Actions: Thomas Clark and Karen M. Clark 1:16-cv-02642 Graciano Silva and Gloria Silva 1:17-cv-01685 | **Notice of Change of Attorney Information** |

TO:    THE CLERK OF THE COURT AND ALL OTHER PARTIES

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Anne Medlin Lowe | Anne Medlin Lowe |
| **Law Firm, Company, and/or Agency:** | Riley Williams & Piatt, LLC | Riley Williams & Piatt, LLC |
| **Address:** | 301 Massachusetts Avenue Indianapolis, IN 46204 | 301 Massachusetts Avenue Suite 300 Indianapolis, IN 46204 |
| **Primary E-mail:** | alowe@rwp-law.com | alowe@rwp-law.com |
| **Secondary E-mail(s):** | mllewellyn@rwp-law.com | eamos@rwp-law.com, mllewellyn@rwp-law.com |
| **Telephone Number:** | (317) 633-5270 | (317) 633-5270 |
| **Facsimile:** | (317) 426-3348 | (317) 426-3348 |

Date:  October 7, 2019

/s/ *Anne Medlin Lowe*

Anne Medlin Lowe (#31402-49)
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
(317) 633-5270
Fax:  (317) 426-3348
alowe@rwp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2019, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Anne Medlin Lowe*

Anne Medlin Lowe