**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to:

   1:19-cv-03342   1:19-cv-03701   1:19-cv-03798
   1:19-cv-03359   1:19-cv-03730   1:19-cv-03800
   1:19-cv-03360   1:19-cv-03731   1:19-cv-03805
   1:19-cv-03361   1:19-cv-03773
   1:19-cv-03362   1:19-cv-03775
   1:19-cv-03558   1:19-cv-03777
   1:19-cv-03628   1:19-cv-03778

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS


Dated:  October 7, 2019               /s/ Andrea Roberts Pierson
                                                        Andrea Roberts Pierson (# 18435-49)
                                                        Kip S. M. McDonald (# 29370-49)
                                                        FAEGRE BAKER DANIELS LLP
                                                        300 North Meridian Street, Suite 2700
                                                        Indianapolis, Indiana 46204
                                                        Telephone: (317) 237-0300
                                                        Facsimile: (317) 237-1000
                                                        E-Mail:  andrea.pierson@faegrebd.com
                                                        E-Mail:  kip.mcdonald@faegrebd.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Roberts Pierson