**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Bonnie Marsden v. Cook, et al. 1:18-cv-03521

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS**

COMES NOW Plaintiff Bonnie Marsden, by and through Plaintiff's counsel of record, in response to Defendants Cook et al.'s Motion for Summary Judgment on statute of limitation grounds and advises this Court that Plaintiff is unable to offer facts or argument in opposition to Defendant's Motion for Summary Judgment on statute of limitation grounds. However, to the extent that Cook relies on Plaintiff's Case Categorization Form as support, Plaintiff respectfully submits that Cook's reliance on the Form is improper because the Form states that it "is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is **not** admissible and is not to be considered relevant for any other purpose." (Dkt. 9638-1 at 64998 (emphasis added)). Therefore, Plaintiff Marsden respectfully asks the Court to deny the Cook Defendants' Renewed Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations (Dkt. 11725) in the above-referenced case.

| | |
|---|---|
| Dated: October 3, 2019 | /s/ Christopher K. Johnston<br>Christopher K. Johnston<br>LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC<br>268 Ponce de Leon Ave, Ste 1020<br>San Juan, PR 00918<br>Phone: (415) 744-1500<br>Fax: (415) 202-6264<br>kyle@masstortslaw.com<br><br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of October, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Christopher K. Johnston
Christopher K. Johnston