INSD Change of Attorney Information *(Rev. 2/16)*

# UNITED STATES DISTRICT COURT
Southern District of Indiana



## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   )  1:14-ml-02570-RLY-TAB
)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| Name: |  |  |
| Law Firm, Company, and/or Agency: |  |  |
| Address: | 300 N. Meridian Street, Suite 2700<br>Indianapolis IN  46204 | 300 N. Meridian Street, Suite 2500<br>Indianapolis, IN  46204 |
| Primary E-mail: |  |  |
| Secondary E-mail(s): |  |  |
| Telephone Number: |  |  |
| Facsimile: |  |  |

Date: 10/10/2019                    s/ Adrienne Franco Busby

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.