IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-03377 | 1:19-cv-03538 | 1:19-cv-03829 |
| 1:19-cv-03378 | 1:19-cv-03630 | 1:19-cv-03831 |
| 1:19-cv-03379 | 1:19-cv-03689 | |
| 1:19-cv-03380 | 1:19-cv-03818 | |
| 1:19-cv-03381 | 1:19-cv-03826 | |
| 1:19-cv-03412 | 1:19-cv-03827 | |
| 1:19-cv-03413 | 1:19-cv-03828 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:  October 10, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson
Kip S. M. McDonald
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
andrea.pierson@faegrebd.com
kip.mcdonald@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                         /s/ Kip S. M. McDonald