# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the following cases:

1:17-cv-04339, Perry Sylvain v. Cook Incorporated et al.
1:17-cv-04345, James Cooper v. Cook Incorporated et al.
1:17-cv-04200, Kristi Craft v. Cook Incorporated et al.
1:17-cv-04340, Larry John Vaughan, Jr. v. Cook Incorporated et al.
1:17-cv-01697, Joshua Rich Craig v. Cook Incorporated et al.
1:17-cv-04171, Alma Rodriguez v. Cook Incorporated et al.
1:18-cv-01833, Galen Page Schatzman v. Cook Incorporated et al.
1:18-cv-00647, Arthur Wayne Schermerhorn v. Cook Incorporated et al.

## ORDER FILING UNDER SEAL AND MAINTAINING UNDER SEAL DOCUMENT DKT. NOS. 11189-1 THROUGH 11189-5 AND 11000-1 AND DENYING PLAINTIFF COOPER'S REQUEST FOR A BLANKET SEALING ORDER

This matter has come before the Court on Plaintiff James Cooper's Motion to Seal Documents [Dkt. No. 11560] and The Cook Defendants' Brief in Response to Plaintiff's Motion to Seal Documents. The Court, having reviewed Plaintiff's Motion and the Cook Defendants' Brief in Response and being otherwise duly advised, finds that good cause exists with respect to certain of the relief requested and that Plaintiff's Motion should be GRANTED, IN PART, AND DENIED, IN PART.

IT IS THEREFORE ORDERED that Plaintiff James Cooper's motion is granted, in part, and that **Exhibits 1-5 [Dkt. Nos. 11189-1 through 11189-5]** to Defendants' Omnibus Opposition to Motions to Reconsider Dismissals of Their Cases Filed by Twenty-six Plaintiffs [Dkt. No. 11189] **and Exhibit 1 [Dkt. No. 11000-1]** to Plaintiff's Motion for Reconsideration of

US.124857216.06

- 2 -

the Court's Order Dismissing Plaintiff's Claims for Failure to Submit Case Categorization Form and Motion to Reinstate [Dkt. No. 11000] are ordered to be filed and maintained ***under seal.***

IT IS FURTHER ORDER that Plaintiff Cooper's request for a blanket sealing order with respect to all medical records of any plaintiff **is denied.** Plaintiff Cooper lacks authority to assert claims and speak on behalf of all plaintiffs, has failed to comply with this Court's local rules, and has otherwise failed to demonstrate good cause for a blanket sealing order. Plaintiff Cooper and all plaintiffs in this MDL are reminded and directed to comply with S.D. Ind. L.R. 5-11 with respect to sealing of documents and information.

SO ORDERED this _____ day of _____, 2019.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.