# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Judith Morter, 1:19-cv-03831

## **ORDER**

Considering the parties' Stipulation of Dismissal With Prejudice of Plaintiff Judith Morter.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Judith Morter against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS in the above-captioned case are dismissed with prejudice, with each party to bear its own costs.

Signed this _____ day of _____, 2019.

_____
Honorable Richard L. Young
United States District Court Judge