# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:19-cv-03424 | 1:19-cv-03432 | 1:19-cv-03772 | 1:19-cv-03853 |
| 1:19-cv-03425 | 1:19-cv-03433 | 1:19-cv-03774 | 1:19-cv-03856 |
| 1:19-cv-03426 | 1:19-cv-03692 | 1:19-cv-03797 | 1:19-cv-03858 |
| 1:19-cv-03427 | 1:19-cv-03726 | 1:19-cv-03834 | 1:19-cv-03859 |
| 1:19-cv-03428 | 1:19-cv-03727 | 1:19-cv-03837 | 1:19-cv-03860 |
| 1:19-cv-03429 | 1:19-cv-03750 | 1:19-cv-03847 | 1:19-cv-03864 |
| 1:19-cv-03430 | 1:19-cv-03751 | 1:19-cv-03849 | 1:19-cv-03885 |
| 1:19-cv-03431 | 1:19-cv-03771 | 1:19-cv-03850 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  October 11, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Kip S. M. McDonald
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
andrea.pierson@faegrebd.com
kip.mcdonald@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson