IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

**CHARLES MONK**
**Case no. 1:19-cv-04059-RLY-TAB**

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, seeks leave to file his First Amended Short Form Complaint, attached hereto.

1. Plaintiff seeks leave to file his amended short form complaint to correct the date of implant and identify the correct filter.

2. Plaintiff's counsel has conferred with defendants' counsel and defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully requests the Court grant his leave to file the First Amended Short Form Complaint, attached as Exhibit A, which makes the correction discussed herein.

Dated: October 14, 2019                           Respectfully submitted,

                                                         /s/ William B. Curtis
                                                         William B. Curtis, Esq.
                                                         Texas State Bar No. 00783918
                                                         **CURTIS LAW GROUP**
                                                         12225 Greenville Ave., Suite 750
                                                         Dallas, TX  75243
                                                         (214) 890-1000 Telephone
                                                         (214) 890-1010 Facsimile
                                                         bcurtis@curtis-lawgroup.com
                                                         **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ William Curtis*