# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Civil No. 1:14-ml-2570-RLY-TAB**<br>**MDL No. 2570** |

**This Document Relates to Plaintiff(s):**

**CHARLES MONK**

**Civil Case # 1:19-cv-04059-RLY-TAB**

---

**FIRST AMENDED SHORT FORM COMPLAINT**

---

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Charles Monk

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Maryland

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Maryland

6. Plaintiff's/Deceased Party's current state of residence:

   Maryland

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for Maryland
   United States District Court for Illinois

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      27 & 28

   b. Other allegations of jurisdiction and venue:

      *Order Dismissing 95 Pending [Category 2] Cases* [doc 10594 and doc 10583] A copy of the Order is attached.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

  ☑  Cook Celect® Vena Cava Filter

  ☐  Gunther Tulip Mreye

  ☐  Cook Celect Platinum

  ☐  Other: _____

11. Date of Implantation as to each product:

  May 30, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

  Washington Adventist Hospital; Takoma Park, MD

13. Implanting Physician(s):

  Asante Dickson, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

  ☑  Count I:  Strict Products Liability – Failure to Warn

  ☑  Count II:  Strict Products Liability – Design Defect

  ☑  Count III:  Negligence

  ☑  Count IV:  Negligence Per Se

  ☑  Count V:  Breach of Express Warranty

  ☑  Count VI:  Breach of Implied Warranty

  ☐  Count VII:  Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII:  Loss of Consortium

| | | |
|---|---|---|
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☑ | Count XI: | Punitive Damages |

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

15. Attorney for Plaintiff(s):

    William B. Curtis, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

    Curtis Law Group

    12225 Greenville Ave., Suite 750

    Dallas, TX 75243

    Texas State Bar No. 00783918

          Respectfully submitted,

          */s/ William B. Curtis*
          William B. Curtis, Esq.
          Texas State Bar No. 00783918
          **CURTIS LAW GROUP**
          12225 Greenville Ave., Suite 750
          Dallas, TX  75243
          (214) 890-1000 Telephone
          (214) 890-1010 Facsimile
          bcurtis@curtis-lawgroup.com

          **ATTORNEY FOR PLAINTIFF**

# ATTACHMENT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND             Case No: 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to:
1:15-cv-01609; 1:16-cv-01791; 1:16-cv-02474; 1:16-cv-02475; 1:16-cv-02680;
1:16-cv-02695; 1:16-cv-02698; 1:16-cv-02700; 1:16-cv-02701; 1:16-cv-02708;
1:16-cv-02710; 1:16-cv-02712; 1:16-cv-02714; 1:16-cv-02971; 1:16-cv-02973;
1:16-cv-02974; 1:16-cv-02976; 1:16-cv-03002; 1:16-cv-03012; 1:16-cv-03015;
1:16-cv-03031; 1:16-cv-03034; 1:16-cv-03040; 1:16-cv-03159; 1:16-cv-03160;
1:16-cv-03321; 1:16-cv-03324; 1:16-cv-03446; 1:16-cv-03511; 1:17-cv-00489;
1:17-cv-01016; 1:17-cv-01627; 1:17-cv-01628; 1:17-cv-01629; 1:17-cv-01633;
1:17-cv-01634; 1:17-cv-02321; 1:17-cv-02323; 1:17-cv-02324; 1:17-cv-02325;
1:17-cv-02447; 1:17-cv-02450; 1:17-cv-02622; 1:17-cv-02624; 1:17-cv-02625;
1:17-cv-03040; 1:17-cv-03042; 1:17-cv-03043; 1:17-cv-03052; 1:17-cv-03064;
1:17-cv-03597; 1:17-cv-03599; 1:17-cv-03600; 1:17-cv-03602; 1:17-cv-03825;
1:17-cv-04026; 1:17-cv-04091; 1:17-cv-04093; 1:17-cv-04095; 1:17-cv-04096;
1:17-cv-04098; 1:17-cv-04100; 1:17-cv-04204; 1:17-cv-04400; 1:17-cv-04432;
1:17-cv-04433; 1:18-cv-00022; 1:18-cv-00114; 1:18-cv-00117; 1:18-cv-00327;
1:18-cv-00381; 1:18-cv-00383; 1:18-cv-00757; 1:18-cv-00759; 1:18-cv-00762;
1:18-cv-00764; 1:18-cv-01054; 1:18-cv-01056; 1:18-cv-01057; 1:18-cv-01058;
1:18-cv-01061; 1:18-cv-01064; 1:18-cv-01179; 1:18-cv-01394; 1:18-cv-01395;
1:18-cv-01400; 1:18-cv-01407; 1:18-cv-01470; 1:18-cv-01666; 1:18-cv-01775;
1:18-cv-01860; 1:18-cv-01861; 1:18-cv-01862; 1:18-cv-01863; and
1:18-cv-01964

**ORDER DISMISSING 95 PENDING CASES**

Based upon the agreement of the parties and consideration of the parties' Stipulation Dismissing 95 Pending Cases by the Court the 95 cases captioned above, and listed in Exhibit A, are dismissed without prejudice. These plaintiffs may refile their cases in MDL 2570, in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. No Plaintiff listed in Exhibit A, however, may refile his or her case if the future claim is based solely on one of the injuries, complications, or

1

outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in MDL 2570 under this order on the basis of that future injury.

Date: 5/02/2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system. Service on all nonregistered counsel of record to be made by Plaintiffs' Lead Counsel

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
1:15-cv-01609; 1:16-cv-01791; 1:16-cv-02474; 1:16-cv-02475; 1:16-cv-02680;
1:16-cv-02695; 1:16-cv-02698; 1:16-cv-02700; 1:16-cv-02701; 1:16-cv-02708;
1:16-cv-02710; 1:16-cv-02712; 1:16-cv-02714; 1:16-cv-02971; 1:16-cv-02973;
1:16-cv-02974; 1:16-cv-02976; 1:16-cv-03002; 1:16-cv-03012; 1:16-cv-03015;
1:16-cv-03031; 1:16-cv-03034; 1:16-cv-03040; 1:16-cv-03159; 1:16-cv-03160;
1:16-cv-03321; 1:16-cv-03324; 1:16-cv-03446; 1:16-cv-03511; 1:17-cv-00489;
1:17-cv-01016; 1:17-cv-01627; 1:17-cv-01628; 1:17-cv-01629; 1:17-cv-01633;
1:17-cv-01634; 1:17-cv-02321; 1:17-cv-02323; 1:17-cv-02324; 1:17-cv-02325;
1:17-cv-02447; 1:17-cv-02450; 1:17-cv-02622; 1:17-cv-02624; 1:17-cv-02625;
1:17-cv-03040; 1:17-cv-03042; 1:17-cv-03043; 1:17-cv-03052; 1:17-cv-03064;
1:17-cv-03597; 1:17-cv-03599; 1:17-cv-03600; 1:17-cv-03602; 1:17-cv-03825;
1:17-cv-04026; 1:17-cv-04091; 1:17-cv-04093; 1:17-cv-04095; 1:17-cv-04096;
1:17-cv-04098; 1:17-cv-04100; 1:17-cv-04204; 1:17-cv-04400; 1:17-cv-04432;
1:17-cv-04433; 1:18-cv-00022; 1:18-cv-00114; 1:18-cv-00117; 1:18-cv-00327;
1:18-cv-00381; 1:18-cv-00383; 1:18-cv-00757; 1:18-cv-00759; 1:18-cv-00762;
1:18-cv-00764; 1:18-cv-01054; 1:18-cv-01056; 1:18-cv-01057; 1:18-cv-01058;
1:18-cv-01061; 1:18-cv-01064; 1:18-cv-01179; 1:18-cv-01394; 1:18-cv-01395;
1:18-cv-01400; 1:18-cv-01407; 1:18-cv-01470; 1:18-cv-01666; 1:18-cv-01775;
1:18-cv-01860; 1:18-cv-01861; 1:18-cv-01862; 1:18-cv-01863; and
1:18-cv-01964

## STIPULATION DISMISSING 95 PENDING CASES

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the 95 cases captioned above, and listed in the attached Exhibit A, are dismissed without prejudice, with each party to bear its own costs.[1] These plaintiffs may refile their cases in MDL 2570, in the Southern District of Indiana, in the event a legally

---

[1] Please be advised Cook Defendants included the above-captioned cases in their Second Amended Motion to Dismiss for Failure to Submit a Case Categorization Form, (see Dkt. 10211). Because these cases are being dismissed, the motion to dismiss is moot with respect to these plaintiffs.

cognizable injury occurs in the future within the statute of limitations after that injury occurs. No Plaintiff listed in Exhibit A, however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the MDL under this Order on the basis of that future injury.

Dated this 30th of April, 2019.

Respectfully submitted,

/s/ William B. Curtis
CURTIS LAW GROUP
12225 Greenville Ave.
Suite 750
Dallas, TX  75243
Tel:  (214) 890-1000
bcurtis@curtis-lawgroup.com
ATTORNEY FOR PLAINTIFFS

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: 317-237-8274
Fax: 317-237-1000
Andrea.Pierson@FaegreBD.com
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                           /s/ Andrea Roberts Pierson
                                                           Andrea Roberts Pierson

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND Case No: 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION MDL No. 2570

This Document Relates to:
1:15-cv-01609; 1:16-cv-01791; 1:16-cv-02474; 1:16-cv-02475; 1:16-cv-02680;
1:16-cv-02695; 1:16-cv-02698; 1:16-cv-02700; 1:16-cv-02701; 1:16-cv-02708;
1:16-cv-02710; 1:16-cv-02712; 1:16-cv-02714; 1:16-cv-02971; 1:16-cv-02973;
1:16-cv-02974; 1:16-cv-02976; 1:16-cv-03002; 1:16-cv-03012; 1:16-cv-03015;
1:16-cv-03031; 1:16-cv-03034; 1:16-cv-03040; 1:16-cv-03159; 1:16-cv-03160;
1:16-cv-03321; 1:16-cv-03324; 1:16-cv-03446; 1:16-cv-03511; 1:17-cv-00489;
1:17-cv-01016; 1:17-cv-01627; 1:17-cv-01628; 1:17-cv-01629; 1:17-cv-01633;
1:17-cv-01634; 1:17-cv-02321; 1:17-cv-02323; 1:17-cv-02324; 1:17-cv-02325;
1:17-cv-02447; 1:17-cv-02450; 1:17-cv-02622; 1:17-cv-02624; 1:17-cv-02625;
1:17-cv-03040; 1:17-cv-03042; 1:17-cv-03043; 1:17-cv-03052; 1:17-cv-03064;
1:17-cv-03597; 1:17-cv-03599; 1:17-cv-03600; 1:17-cv-03602; 1:17-cv-03825;
1:17-cv-04026; 1:17-cv-04091; 1:17-cv-04093; 1:17-cv-04095; 1:17-cv-04096;
1:17-cv-04098; 1:17-cv-04100; 1:17-cv-04204; 1:17-cv-04400; 1:17-cv-04432;
1:17-cv-04433; 1:18-cv-00022; 1:18-cv-00114; 1:18-cv-00117; 1:18-cv-00327;
1:18-cv-00381; 1:18-cv-00383; 1:18-cv-00757; 1:18-cv-00759; 1:18-cv-00762;
1:18-cv-00764; 1:18-cv-01054; 1:18-cv-01056; 1:18-cv-01057; 1:18-cv-01058;
1:18-cv-01061; 1:18-cv-01064; 1:18-cv-01179; 1:18-cv-01394; 1:18-cv-01395;
1:18-cv-01400; 1:18-cv-01407; 1:18-cv-01470; 1:18-cv-01666; 1:18-cv-01775;
1:18-cv-01860; 1:18-cv-01861; 1:18-cv-01862; 1:18-cv-01863; and
1:18-cv-01964

**ORDER DISMISSING 95 PENDING CASES**

Based upon the agreement of the parties and consideration of the parties' Stipulation Dismissing 95 Pending Cases by the Court the 95 cases captioned above, and listed in Exhibit A, are dismissed without prejudice. These plaintiffs may refile their cases in MDL 2570, in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. No Plaintiff listed in Exhibit A, however, may refile his or her case if the future claim is based solely on one of the injuries, complications, or

1

outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in MDL 2570 under this order on the basis of that future injury.

Date:

                                                            _____

Judge Richard L. Young
United States District Court Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system. Service on all nonregistered counsel of record to be made by Plaintiffs' Lead Counsel

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:15-cv-01609; 1:16-cv-01791; 1:16-cv-02474; 1:16-cv-02475; 1:16-cv-02680; 1:16-cv-02695; 1:16-cv-02698; 1:16-cv-02700; 1:16-cv-02701; 1:16-cv-02708; 1:16-cv-02710; 1:16-cv-02712; 1:16-cv-02714; 1:16-cv-02971; 1:16-cv-02973; 1:16-cv-02974; 1:16-cv-02976; 1:16-cv-03002; 1:16-cv-03012; 1:16-cv-03015; 1:16-cv-03031; 1:16-cv-03034; 1:16-cv-03040; 1:16-cv-03159; 1:16-cv-03160; 1:16-cv-03321; 1:16-cv-03324; 1:16-cv-03446; 1:16-cv-03511; 1:17-cv-00489; 1:17-cv-01016; 1:17-cv-01627; 1:17-cv-01628; 1:17-cv-01629; 1:17-cv-01633; 1:17-cv-01634; 1:17-cv-02321; 1:17-cv-02323; 1:17-cv-02324; 1:17-cv-02325; 1:17-cv-02447; 1:17-cv-02450; 1:17-cv-02622; 1:17-cv-02624; 1:17-cv-02625; 1:17-cv-03040; 1:17-cv-03042; 1:17-cv-03043; 1:17-cv-03052; 1:17-cv-03064; 1:17-cv-03597; 1:17-cv-03599; 1:17-cv-03600; 1:17-cv-03602; 1:17-cv-03825; 1:17-cv-04026; 1:17-cv-04091; 1:17-cv-04093; 1:17-cv-04095; 1:17-cv-04096; 1:17-cv-04098; 1:17-cv-04100; 1:17-cv-04204; 1:17-cv-04400; 1:17-cv-04432; 1:17-cv-04433; 1:18-cv-00022; 1:18-cv-00114; 1:18-cv-00117; 1:18-cv-00327; 1:18-cv-00381; 1:18-cv-00383; 1:18-cv-00757; 1:18-cv-00759; 1:18-cv-00762; 1:18-cv-00764; 1:18-cv-01054; 1:18-cv-01056; 1:18-cv-01057; 1:18-cv-01058; 1:18-cv-01061; 1:18-cv-01064; 1:18-cv-01179; 1:18-cv-01394; 1:18-cv-01395; 1:18-cv-01400; 1:18-cv-01407; 1:18-cv-01470; 1:18-cv-01666; 1:18-cv-01775; 1:18-cv-01860; 1:18-cv-01861; 1:18-cv-01862; 1:18-cv-01863; and 1:18-cv-01964

# EXHIBIT A

| Plaintiff | Case Number |
|---|---|
| Phillips, April | 1:15-cv-01609 |
| Crumpton, Belma | 1:16-cv-01791 |
| Curole, Shelly | 1:16-cv-02474 |
| Grimes, Joshua | 1:16-cv-02475 |
| Alexander, Cheryl | 1:16-cv-02680 |
| Cain, Lenard L. | 1:16-cv-02695 |
| Casebolt, Gregory W. | 1:16-cv-02698 |
| Gray, Denise | 1:16-cv-02700 |
| Huerta, Yolanda | 1:16-cv-02701 |
| Taylor, Gayle | 1:16-cv-02708 |
| Cleghorn, Bryan T. | 1:16-cv-02710 |
| Gilbert, Bessie L. | 1:16-cv-02712 |
| Hulin, Jeanyne | 1:16-cv-02714 |
| Lacefield, Karen | 1:16-cv-02971 |
| Owens, Eric | 1:16-cv-02973 |
| Reagan, Charles W. | 1:16-cv-02974 |
| Stover, Dorothy | 1:16-cv-02976 |
| Coffman, Richard | 1:16-cv-03002 |
| ==Monk, Charles== | ==1:16-cv-03012== |
| Hackney, Tenia | 1:16-cv-03015 |
| Saraceno, Gene | 1:16-cv-03031 |
| Tyler, Renee | 1:16-cv-03034 |
| Hicks, James | 1:16-cv-03040 |
| Smith, Joseph | 1:16-cv-03159 |
| Kidd, Linda | 1:16-cv-03160 |
| Reynolds, Daniel | 1:16-cv-03321 |
| Cox, Janice | 1:16-cv-03324 |
| Jester, Antoine Jr. | 1:16-cv-03446 |
| Dill, Marshall L. | 1:16-cv-03511 |
| Badger, Estell | 1:17-cv-00489 |
| Armour, Sammie | 1:17-cv-01016 |
| Cappabianca, David | 1:17-cv-01627 |
| Cave, Sharon | 1:17-cv-01628 |
| Conley, Thomas | 1:17-cv-01629 |
| Moore, John, Sr. | 1:17-cv-01633 |
| Moore, Kelly | 1:17-cv-01634 |
| Owens, Alaimo | 1:17-cv-02321 |
| Lamprey, Melissa | 1:17-cv-02323 |
| McCoy, Nasir | 1:17-cv-02324 |

| | |
|---|---|
| Kelley, Jack | 1:17-cv-02325 |
| Robinson, Robert (GT 2447) | 1:17-cv-02447 |
| Thornton, Lillie | 1:17-cv-02450 |
| O'Neal, Danny | 1:17-cv-02622 |
| Taylor, William Jr. | 1:17-cv-02624 |
| Topping, Louise | 1:17-cv-02625 |
| Pritchett, Billy | 1:17-cv-03040 |
| Quigley, Jason | 1:17-cv-03042 |
| Ables, Suzanne | 1:17-cv-03043 |
| Jackson, Turkessa | 1:17-cv-03052 |
| Myers, Russell | 1:17-cv-03064 |
| Allen, Catherine | 1:17-cv-03597 |
| Hampton, Linda | 1:17-cv-03599 |
| Cooper, Chris | 1:17-cv-03600 |
| Redman, Kathleen | 1:17-cv-03602 |
| Studer, Andre | 1:17-cv-03825 |
| Baker, Jason | 1:17-cv-04026 |
| Starr, John | 1:17-cv-04091 |
| Cleek, Michael | 1:17-cv-04093 |
| Bryant, John | 1:17-cv-04095 |
| Cordar, Johnny | 1:17-cv-04096 |
| Rawls, Sharon | 1:17-cv-04098 |
| Hanf, Janie | 1:17-cv-04100 |
| Kimbell, Candy | 1:17-cv-04204 |
| Everly, Gary | 1:17-cv-04400 |
| Oden, Jon | 1:17-cv-04432 |
| Gilbreath, Lawrence | 1:17-cv-04433 |
| Ferguson, John | 1:18-cv-00022 |
| Smith, Elizabeth A. | 1:18-cv-00114 |
| Helsley, Brandon | 1:18-cv-00117 |
| Alford, Margaret | 1:18-cv-00327 |
| Austin, Maureen | 1:18-cv-00381 |
| Brown, Brenda | 1:18-cv-00383 |
| Cooper, Michael | 1:18-cv-00757 |
| Taylor, Kevin | 1:18-cv-00759 |
| Gentry, Lewis | 1:18-cv-00762 |
| Johnson, Bettye | 1:18-cv-00764 |
| Strickland, Derrick | 1:18-cv-01054 |
| Atkins, Sheila | 1:18-cv-01056 |
| Tyndale, Faith | 1:18-cv-01057 |
| Davis, Alicina | 1:18-cv-01058 |

5

| Turner, Wilma | 1:18-cv-01061 |
| --- | --- |
| Lowe, Robert | 1:18-cv-01064 |
| Mink, Ron | 1:18-cv-01179 |
| Esmonde, Alan | 1:18-cv-01394 |
| Hedemann, Anthony | 1:18-cv-01395 |
| Stoddart, Roy | 1:18-cv-01400 |
| Radcliff, Larry | 1:18-cv-01407 |
| Keith, Cherrill | 1:18-cv-01470 |
| Hayes, Bruce | 1:18-cv-01666 |
| Sears, Keith | 1:18-cv-01775 |
| Spearman, Wendy | 1:18-cv-01860 |
| Smith, Kathleen | 1:18-cv-01861 |
| Johnson, Kathy | 1:18-cv-01862 |
| Smith, Christine | 1:18-cv-01863 |
| Cox, Yolanda | 1:18-cv-01964 |