IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTSLIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

**CHARLES MONK**
Case no. 1:19-cv-04059-RLY-TAB

## **ORDER**

ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Charles Monk is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of October 2019.

_____
Honorable Richard L. Young
United States District Court Judge