# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

**This Document Relates to Plaintiff:**

 1:17-cv-01020; Schoby, Louise

## MOTION TO SUBSTITUTION PARTY AND AMEND COMPLAINT

Counsel for Plaintiff Louise Schoby hereby moves this Court to substitute Christy Schoby as personal representative of the estate of Louise Schoby, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rules of Civil Procedure 15(a)(2).

1. Louise Schoby filed her lawsuit on April 3, 2017.

2. Louise Schoby died on August 15, 2018.

3. A Notice/Suggestion of Death was filed on July 15, 2019 [doc 11375].

4. At the time of her death, Plaintiff was a resident of the State of Texas. Under Texas law, Ms. Schoby's action against Defendant survives her death and is not extinguished. No administration of the estate is pending, and none is necessary.

5. Christy Schoby, adult daughter, is the proper party to substitute for plaintiff-decedent Louise Schoby and therefore has proper capacity to proceed forward with the lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party upon a motion by any party or by the representatives of the deceased party.

6.  Based on the foregoing, Christy Schoby requests that this Court grant her request for substitution as plaintiff in this action for Plaintiff Louise Schoby, deceased.

7.  Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Louise Schoby is now deceased. See Exhibit A.

8.  Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiff, Louise Schoby and Christy Schoby request the Court grant Plaintiff's Motion to Substitute Christy Schoby as Personal Representative for the Estate of Louise Schoby, deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto as Exhibit A, into the record of this matter.

Dated:  October 14, 2019.

Respectfully submitted,

 *S/ William Curtis*

WILLIAM B. CURTIS, ESQ
CURTIS LAW  GROUP
Texas State Bar No. 00783918
12225 Greenville Ave., Suite 750
Dallas, TX 75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
Email:  BCurtis@Curtis-LawGroup.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ William B. Curtis