IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

    1:17-cv-01020; Schoby, Louise

## **ORDER**

ORDERED that Plaintiff's Motion to Substitute and Amend Complaint is hereby GRANTED.

Plaintiff Christy Schoby is substituted as proper Plaintiff for decedent Louise Schoby. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

    Signed this _____ day of October 2019.

_____
Honorable Richard L. Young
United States District Court Judge