# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-03471 | 1:19-cv-03506 | 1:19-cv-03882 |
| 1:19-cv-03472 | 1:19-cv-03507 | 1:19-cv-03886 |
| 1:19-cv-03473 | 1:19-cv-03871 | 1:19-cv-03894 |
| 1:19-cv-03474 | 1:19-cv-03874 | 1:19-cv-03895 |
| 1:19-cv-03475 | 1:19-cv-03875 | 1:19-cv-03899 |
| 1:19-cv-03493 | 1:19-cv-03876 | 1:19-cv-03909 |
| 1:19-cv-03494 | 1:19-cv-03878 | 1:19-cv-03914 |
| 1:19-cv-03495 | 1:19-cv-03880 | 1:19-cv-03916 |
| 1:19-cv-03505 | | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  October 14, 2019

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Kip S. M. McDonald
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
andrea.pierson@faegrebd.com
kip.mcdonald@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson