IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS, MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ml- 2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
KENDRA LAVONNE WARFORD

Civil Case #: 1:17-cv-02462

## NOTICE OF SUGGESTION OF DEATH

Plaintiff Kendra Lavonne Warford, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby gives notice of the death of Plaintiff Kendra Lavonne Warford on June 1, 2019, see copy of the Certificate of Death, attached as Exhibit A. Plaintiff respectfully informs this Court that a Motion for Substitution of Party will be filed by appropriate representative of Kendra Lavonne Warford's estate.

DATED: October 14, 2019.

Respectfully submitted,

THE NATIONS LAW FIRM

/s/   Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
3131 Briarpark, Ste. 208
Houston, TX 77042-3795
Tel: (713) 807-8400
Fax: (713) 807-8423

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties or record by operation of the Court's electronic filing system. Parties may access this filing through the court's ECF system.

                                          /s/   Howard L. Nations