EXHIBIT "A"

# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

2332986

### COMMONWEALTH OF VIRGINIA – CERTIFICATE OF DEATH
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**MEDICAL EXAMINER'S CERTIFICATE**

DATE RECORD FILED: **JUNE 10, 2019**
STATE FILE NUMBER: **19-028848**

1. FULL NAME OF DECEDENT: **KENDRA LAVONNE WARFORD**
2. SEX: **FEMALE**
3. DATE OF DEATH: [ACTUAL]
4. DATE OF BIRTH: **APRIL 6, 1973**
5. AGE: **46**
6. WAS DECEDENT EVER IN U.S. ARMED FORCES?: **NO**
7. BIRTHPLACE: **NEW YORK**
8. SOCIAL SECURITY NUMBER: [redacted]
9. STREET ADDRESS: [redacted]
10. CITY OR TOWN OF RESIDENCE: **NORFOLK**
11. COUNTY OF DECEDENT'S RESIDENCE:
12. U.S. STATE: **VIRGINIA**
12c. ZIP CODE: **23518**
INSIDE CITY OR TOWN LIMITS?: **YES**

13. RACE OF DECEDENT: **BLACK OR AFRICAN AMERICAN**
14. DECEDENT OF HISPANIC ORIGIN?: **NON-HISPANIC**
15. EDUCATION: **HIGH SCHOOL DIPLOMA**
16. CITIZEN OF WHAT COUNTRY: **UNITED STATES OF AMERICA**
17. USUAL OR LAST OCCUPATION: **CARETAKER**
18. KIND OF BUSINESS OR INDUSTRY: **HOME HEALTH**
19. MARITAL STATUS: **SEPARATED**
20. NAME OF SPOUSE: **ROSHAN BINNS**
21. FULL NAME OF DECEDENT'S FATHER: **BENNIE IRVING SR.** — 21a. GENDER: **MALE**
22. FULL NAME OF DECEDENT'S MOTHER: **SANDRA WARFORD** — 22a. GENDER: **FEMALE**
23. INFORMANT'S RELATIONSHIP: **NIECE**
24. FULL NAME OF INFORMANT: **JOSALYN IRVING**
25. NAME OF HOSPITAL OR INSTITUTION OF DEATH: **NONE**
26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: **OTHER (SPECIFY) APARTMENT**
27. CITY OR TOWN OF DEATH: **NORFOLK**
28. STREET ADDRESS OR RT. NO OF PLACE OF DEATH: [redacted]

29. METHOD OF DISPOSITION: **CREMATION / INCINERATION**
30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY: **VIRGINIA CREMATORY**
31. PLACE OF DISPOSITION - STREET ADDRESS: **120 WEST BERKLEY AVE.** — 31a. CITY/COUNTY: **NORFOLK** — 31b. STATE: **VIRGINIA** — 31c. ZIP CODE: **23523**
32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE: **/S/ DONNA B ALEXANDER**
32c. LICENSEE'S NO.: **0502860052**
32f. NAME OF FUNERAL HOME OR FACILITY: **METROPOLITAN FUNERAL SERVICE**
33. NAME OF FUNERAL DIRECTOR/LICENSEE: **DONNA B ALEXANDER**
33a. STREET ADDRESS OF FUNERAL HOME: **120 WEST BERKLEY AVENUE NORFOLK VIRGINIA 23523**

34. TIME OF DEATH: **02:07 P.M.** [FOUND]

35. PART I.
IMMEDIATE CAUSE OF DEATH (A): **COMBINED DRUG INTOXICATION**
UNDERLYING CAUSE (B): **NORTRIPTYLINE, AMITRIPTYLINE, TRAMADOL AND CYCLOBENZAPRINE**

PART II. Other significant conditions contributing to death: **HYPERTENSIVE CARDIOVASCULAR DISEASE AND OBESITY**

36. WAS THE MEDICAL EXAMINER CONTACTED?: **YES**
36a. AUTOPSY?: **NO**
36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?: **YES**
37. DID TOBACCO USE CONTRIBUTE TO DEATH?: **NO**

38. IF FEMALE: **UNKNOWN IF PREGNANT WITHIN THE PAST YEAR**

39. IF EXTERNAL, TO WHAT EXTENT IT CONTRIBUTED TO CAUSE OF DEATH?: **PRIMARY**
40. MANNER OF DEATH: **ACCIDENT**

41. DATE OF INJURY: **JUNE 1, 2019**
42. TIME OF INJURY: **UNKNOWN**
43. INJURY AT WORK?: **NO**
44. PLACE OF INJURY: **HOME PREMISES**
45. LOCATION OF INJURY-STREET ADDRESS: **9054 1ST VIEW STREET APT. C111**
45a. CITY / COUNTY: **NORFOLK**
45b. STATE: **VIRGINIA**
45c. ZIP CODE: **23503**

46. IF TRANSPORTATION INJURY, SPECIFY: —
47. DESCRIBE HOW INJURY RELATING TO DEATH OCCURRED: **CONSUMED DRUGS**

48. SIGNATURE OF MEDICAL EXAMINER: **/S/ EDWIN CRUZ**
48a. NAME OF MEDICAL EXAMINER: **EDWIN CRUZ**
48b. DATE SIGNED: **JUNE 2, 2019**
49. OFFICE STREET ADDRESS: **830 SOUTHAMPTON AVENUE SUITE 100**
49a. CITY: **NORFOLK**
49b. STATE: **VIRGINIA**
49c. ZIP CODE: **23510**



This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department of Health, Richmond, Virginia.

DATE ISSUED: **AUGUST 29, 2019**

*Janet M. Rainey*, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner.
Section 32.1-272, Code of Virginia, as amended.

VS 15C