IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
KENDRA LAVONNE WARFORD

Civil Case # 1:17-cv-02462-RLY-TAB

**MOTION TO SUBSTITUTE PARTY AND FOR
LEAVE TO AMEND SHORT FORM COMPLAINT**

Counsel for plaintiff Kendra Lavonne Warford, respectfully moves this Court to substitute Roshan Binns, as personal representative for the Estate of Kendra Lavonne Warford, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and for leave to amend short form complaint Pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Kendra Lavonne Warford filed a products liability lawsuit against Defendants on, July 21, 2017, in the Southern District of Indiana, Indianapolis Division.

2. On June 1, 2019, Kendra Lavonne Warford passed away.

3. On October 14, 2019, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [Doc. 12140].

4. Roshan Binns, surviving spouse of Kendra Lavonne Warford, is a proper party to substitute for Decedent and has proper capacity to move forward with the surviving products liability lawsuit pursuant to Fed.R.Civ.P.25(a)(1), "if a party dies and the claim is not

extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5.      Additionally, Counsel seeks leave to amend the short form complaint to substitute Roshan Binns as plaintiff and personal representative of the estate of Kendra Lavonne Warford.  See amended short form complaint, attached hereto as Exhibit A.

WHEREFORE, Counsel for Plaintiff, Roshan Binns, surviving spouse and representative of the Decedent, Kendra Lavonne Warford, respectfully requests that this Court grant plaintiff's Motion to Substitute Party and to grant leave to Amend Short Form Complaint and direct the Clerk to enter the Amended Short Form Complaint, attached hereto, into the record of this matter.

Dated: October 14, 2019.

                                          Respectfully submitted,

                                          THE NATIONS LAW FIRM

                                             /s/ Howard L. Nations
                                          Howard L. Nations
                                          Texas Bar No. 14823000
                                          3131 Briarpark Dr., Suite 208
                                          Houston, TX 77042-3795
                                          (713) 807-8400
                                          (713) 807-8423 (Fax)

                                          ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was electronically filed. Notice of this filing will be sent to all parties or record by operation of the Court's electronic filing system. Parties may access this filing through the court's ECF system.

                                                /s/ Howard L. Nations
                                                Howard L. Nations