IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 10/15/2019
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Addison, Robert – 1:16-cv-03522

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-titled plaintiff and Defendants, Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS, hereby stipulate that all claims in the above-captioned case are dismissed with prejudice, with each party to bear its own costs.

By: */s/ Peyton P. Murphy*
Peyton P. Murphy
MURPHY LAW FIRM, LLC
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Tel: (225) 928-8800
Email: Peyton@MurphyLawFirm.com

*Counsel for Plaintiff*

Dated: October 3, 2019

By: */s/ Jessica Benson Cox*
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian, Suite 2500
Indianapolis, Indiana 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
Email: Jessica.Cox@FaegreBD.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: October 3, 2019