IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 10/15/2019
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
1:18-cv-03100

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

Dated: October 7, 2019

By: */s/ Michael T. Gallagher*
Michael T. Gallagher
THE GALLAGHER LAW FIRM PLLC
2905 Sackett Street
Houston, TX 77098
Tel: (713) 222-8080
Email: donnaf@gld-law.com

*Counsel for Plaintiff*

By: */s/ Jessica Benson Cox*
FAEGRE BAKER DANIELS LLP
Jessica Benson Cox
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
Email: Jessica.Cox@FaegreBD.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*