UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
144 Cases From Five States Listed in Exhibit A

**COOK DEFENDANTS' NOTICE OF ORAL ARGUMENT FOR
ITS RENEWED OMNIBUS MOTION FOR
SUMMARY JUDGMENT BASED ON APPLICABLE
STATUTE OF LIMITATIONS FROM FIVE STATES**

Pursuant to the Court's instructions regarding oral argument on dispositive motions in this litigation, the Cook Defendants[1] hereby notify parties and counsel with cases subject to the Cook Defendants' pending Renewed Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations from Five States (Dkt. 11725 & 11726 (brief in support)) that oral argument on the motion will be held at the following time and location:

Date: October 25, 2019, 10:00 AM Central Standard Time

Location: Winfiled Denton Federal Building & U.S. Courthouse

101 Nw. Martin Luther King Blvd.

Evansville, IN  47708

Pursuant to the Court's direction during the September 26, 2019, MDL Status Conference, the Court has limited oral argument to five counsel per side.

---

[1] The defendants are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants").

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated:  October 15, 2019 | /s/ *Andrea Roberts Pierson* |
|  | Andrea Roberts Pierson, Co-Lead Counsel |
|  | Jessica Benson Cox |
|  | FAEGRE BAKER DANIELS LLP |
|  | 300 North Meridian Street, Suite 2500 |
|  | Indianapolis, Indiana 46204 |
|  | Telephone:     (317) 237-0300 |
|  | Andrea.Pierson@FaegreBD.com |
|  | Jessica.Cox@FaegreBD.com |
|  |  |
|  | James Stephen Bennett, Co-Lead Counsel |
|  | FAEGRE BAKER DANIELS LLP |
|  | 110 West Berry Street, Suite 2400 |
|  | Fort Wayne, Indiana 46802 |
|  | Telephone:     (260) 424-8000 |
|  | Stephen.Bennett@FaegreBD.com |
|  |  |
|  | *Attorneys for the Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, a copy of the foregoing **COOK DEFENDANTS' NOTICE OF ORAL ARGUMENT FOR ITS RENEWED OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON APPLICABLE STATUTE OF LIMITATIONS FROM FIVE STATES** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*