# EXHIBIT A

# Exhibit A

| | |
|---|---|
| Frank, Kelly | 1:15-cv-01070 |
| Boatner, Heidi | 1:15-cv-01187 |
| Lunderman, Edward and Sarah Lynn | 1:15-cv-01542 |
| Fox, Lynell Margaret | 1:15-cv-01822 |
| Hollebeek, David and Julie | 1:16-cv-00174 |
| Horton, Glenda | 1:16-cv-00175 |
| Penaranda, Rafael | 1:16-cv-01005 |
| Jackson, Sandra | 1:16-cv-01033 |
| Ramon, Allysha | 1:16-cv-01046 |
| Ray, Gregory Neill | 1:16-cv-02135 |
| Davidson, Toney | 1:16-cv-02265 |
| Surles, Enoch & Julia | 1:16-cv-02361 |
| Garrison, Tina | 1:16-cv-02462 |
| Geberth, Patricia J. & Roy J. | 1:16-cv-02600 |
| Kerr, Aimee | 1:16-cv-02659 |
| Novak, Leslie Marie | 1:16-cv-02672 |
| Picou, Joseph G. | 1:16-cv-02747 |
| Sharp, Sharon K. | 1:16-cv-02763 |
| Coleman, Dianna & Jerry | 1:16-cv-02894 |
| Miller, Scott | 1:16-cv-02901 |
| Williams, Stephanie | 1:16-cv-03014 |
| Driggers, Laura | 1:16-cv-03032 |

| | |
|---|---|
| Ford, Corinthia | 1:16-cv-03388 |
| Loose, Teresa & Arnold | 1:16-cv-03399 |
| Addison, Robert Shelton | 1:16-cv-03522 |
| Barrett, LaToya | 1:17-cv-00128 |
| Hubbard, Derrick E. & Janice M. | 1:17-cv-00209 |
| Versluis, Scott | 1:17-cv-00266 |
| Greig, Susan | 1:17-cv-00300 |
| Beard, Amber | 1:17-cv-00480 |
| Buell, James | 1:17-cv-00516 |
| Johnson, Maria L. | 1:17-cv-00608 |
| Williams, Myrtle & Wilson | 1:17-cv-00679 |
| Alger, Lessie | 1:17-cv-01023 |
| Francis, Katrina | 1:17-cv-01168 |
| Warren, Hezekiah | 1:17-cv-01241 |
| Floyd, Stephen | 1:17-cv-01256 |
| Ball, Janice | 1:17-cv-01320 |
| Hayes, Melissa | 1:17-cv-01417 |
| Johnson, Gaylua | 1:17-cv-01468 |
| Douglass, Tanja & Cornelius | 1:17-cv-01478 |
| Brown-Street, Sonya | 1:17-cv-01625 |
| Del Cid, Jose | 1:17-cv-01704 |
| Romero, Elvia G. | 1:17-cv-01763 |
| Rankin, Betty T. | 1:17-cv-01978 |

| | |
|---|---|
| Leal, Alberto | 1:17-cv-02020 |
| Benavides, Armando [ESTATE] | 1:17-cv-02047 |
| Franklin, Sharon H. & Paul A. | 1:17-cv-02162 |
| Breaux-Nabors, Valeriun | 1:17-cv-02174 |
| McGee, Michelle D. | 1:17-cv-02221 |
| Engelbrecht, Robert | 1:17-cv-02291 |
| Corder, Lavonne and Timothy | 1:17-cv-02327 |
| Land, Steven | 1:17-cv-02349 |
| McGahan, Sandra | 1:17-cv-02364 |
| Webster, Loriann | 1:17-cv-02510 |
| Dobies, Alan | 1:17-cv-02631 |
| Bowen, Jasmine | 1:17-cv-02704 |
| Trevino, Jose | 1:17-cv-02728 |
| Frost, Beverly | 1:17-cv-02742 |
| Smith, Richard | 1:17-cv-02800 |
| Carillo, Raul | 1:17-cv-02819 |
| Ramos, Carol | 1:17-cv-02975 |
| Bothe, Chance | 1:17-cv-03013 |
| Cole, Alisa | 1:17-cv-03025 |
| Murray, Diana | 1:17-cv-03046 |
| Lee, Dionne | 1:17-cv-03058 |
| Driver, Samantha | 1:17-cv-03262 |
| Pierson, Jermaine | 1:17-cv-03284 |

| | |
|---|---|
| Mauck, John | 1:17-cv-03328 |
| Etheredge, Manda | 1:17-cv-03333 |
| Ibarra, Maria A. | 1:17-cv-03363 |
| Cook, Nathaniel | 1:17-cv-03380 |
| Lipscomb, Donald E. Jr. | 1:17-cv-03494 |
| Houck, Louise L. | 1:17-cv-03886 |
| Pitts, Earline | 1:17-cv-03992 |
| Frey, Steve | 1:17-cv-04197 |
| Linder, Colleen | 1:17-cv-04670 |
| White, Jerri and Jimmy | 1:18-cv-00101 |
| Simmons, Marcus K. | 1:18-cv-00212 |
| Bartolotta, Eva and Michael | 1:18-cv-00230 |
| Deleski, Terry Ray | 1:18-cv-00498 |
| Phillips, Sherrie | 1:18-cv-00549 |
| Carpenter, Sandy E. | 1:18-cv-00928 |
| Boggs, Audra | 1:18-cv-00958 |
| Simpson, Walter and Christine | 1:18-cv-01016 |
| Yandell, Connie and Calvin | 1:18-cv-01073 |
| Bennett, Zachary Raymond | 1:18-cv-01148 |
| LeBlanc, Avery | 1:18-cv-01367 |
| Shields, Curtis | 1:18-cv-01379 |
| Robertson, Latasha | 1:18-cv-01396 |
| Newhouse, Robin and Frederick, Sr. | 1:18-cv-01662 |

| | |
|---|---|
| Bryan, Lucretia | 1:18-cv-01839 |
| Spyker, Mark | 1:18-cv-02010 |
| Delvalle, Sacha E. | 1:18-cv-02347 |
| Taylor, Amber | 1:18-cv-02549 |
| Sevelis, Rodney | 1:18-cv-02580 |
| Straub, Josie | 1:18-cv-02582 |
| Fox, Gregory | 1:18-cv-02628 |
| Nitz, Debra Ellen | 1:18-cv-02717 |
| Medford, Alicia | 1:18-cv-02940 |
| Tubbs, Jerry and Annia | 1:18-cv-02978 |
| Davis, William J. | 1:18-cv-02985 |
| Jackson, Gentriece | 1:18-cv-03012 |
| Smith, James Carmichael | 1:18-cv-03096 |
| Jones, Kandace | 1:18-cv-03131 |
| Marsden, Bonnie | 1:18-cv-03521 |
| McCrear, Kymisha S. [ESTATE OF] | 1:18-cv-03564 |
| Southern, George Jr. and Edith | 1:18-cv-03575 |
| Abbott, Donald | 1:19-cv-00436 |
| Bowie, Kenneth | 1:19-cv-00666 |
| Robinson, Kathleen | 1:19-cv-00746 |
| Devine, Kelly | 1:19-cv-00811 |
| Scott, Loretta | 1:19-cv-01586 |
| Tyson, Derek A. and Clara Johnson | 1:19-cv-01979 |

US.124452941

| | |
|:---:|:---:|
| Hanners, Cynthia and Dustin | 1:19-cv-02031 |
| Boone, Diondrae and McLilly, April | 1:19-cv-02047 |
| Poteat, Betty | 1:19-v-00843 |

- 8 -

US.124452941