UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

OCT 1 1 2019

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

IN RE; COOK MEDICAL, INC.,   Cause No.: 1-4-ML-2570-RlY-TAB

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Stephen A. Bamberger respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Webster Alexander in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Supreme Court of California (1967), Supreme Court of Virginia (1992), United States District Court (EDVA) (1992).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have received a reprimand or been subject to other disciplinary action from the following pertaining to conduct or fitness as a member of the bar: Virginia State Bar, 2011, Public Reprimand; 2010 Public Reprimand.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: 10/8/2019

Respectfully submitted,

*[signature]*

Stephen A. Bamberger
1529 Old Bridge Road, Suite 102
Woodbridge, VA 22192
703-551-4979
703-499-9809 (fax)
sbamberger@verizon.net

## CERTIFICATE OF SERVICE

I certify that on October 8, 2019 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

United States District Court
Southern District of Indiana
Indianapolis Division
Birch Bayh Federal Building and US Courthouse
46 East Ohio Street
Indianapolis, IN 46204

*[signature]*

Stephen A. Bamberger

Law Offices of Stephen Bamberger
1529 Old Bridge Road, Suite 102
Woodbridge, VA 22192
703-551-4979
703-499-9809 (fax)