UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE; COOK MEDICAL, INC.,      Cause No.: 1-4-ML-2570-RlY-TAB

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Stephen A. Bamberger, counsel for **Webster Alexander**, for leave to appear and participate *pro hac vice* in the above-captioned cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Stephen A. Bamberger
1529 Old Bridge Road, Suite 102
Woodbridge, VA 22192
703-551-4979
703-499-9809 (fax)
sbamberger@verizon.net

Dated: _____           _____

United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
Stephen A. Bamberger
1529 Old Bridge Road, Suite 102
Woodbridge, VA 22192