Stephen Bamberger
Attorney at Law
1529 Old Bridge Road, #102
Woodbridge, VA 22192

Clerk, Admissions
United States District Court
Southern District of Indiana
Indianapolis Division
Birch Bayh Federal Building and US Courthouse
46 East Ohio Street
Indianapolis, IN 46204

RECEIVED
OCT 11 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

46204-199999