# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>Case No. 1:14-ml-2570-RLY-TAB |

This Document relates to:

Civil Case # 1:16-cv-3523-RLY-TAB  Martin

## ORDER

IT IS ORDERED that Plaintiff's Motion to Substitute Party and Amend the Short Form Complaint filed by Geraldine Martin, as Personal Representative of the Estate of Marion Martin Jr., be and the same is hereby GRANTED and the amended complaint is deemed filed as of the ate of this order. The Clerk of Court is directed to substitute Geraldine Martin as Plaintiff of record in Case No. 1:16-cv-3523-RLY-TAB.

Date: 10/16/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.