# DEATH CERTIFICATION

**STATE FILE NUMBER:** 139-18-046277

**DECEDENT'S NAME:** *MARION WESLEY MARTIN JR*
**AKA's:** NA
**ARMED FORCES:** YES
**DATE OF BIRTH:**
**SEX:** MALE
**SOCIAL SECURITY NUMBER:**

**TYPE OF PLACE OF DEATH:** HOSPITAL- INPATIENT
**AGE:** 69 YEARS
**COUNTY OF DEATH:** RICHLAND
**NAME AND ADDRESS OF PLACE OF DEATH:** PALMETTO HEALTH BAPTIST, COLUMBIA, SC 29220
**PLACE OF DISPOSITION:** BIBLE LIGHT HOLINESS CEMETERY
**DISPOSITION LOCATION:** RIDGEWAY, SOUTH CAROLINA
**METHOD OF DISPOSITION:** BURIAL
**DECEDENT'S RESIDENCE:** 1022 HOOD ROAD, RIDGEWAY, FAIRFIELD COUNTY, SC, 29130
**PLACE OF BIRTH:** SOUTH CAROLINA
**MARITAL STATUS:** MARRIED
**SURVIVING SPOUSE'S NAME:** GERALDINE EDGER
**FATHER'S NAME:** MARION W MARTIN SR
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** HATTIE BELL SQUIREWELL
**INFORMANT'S NAME:** GERALDINE MARTIN
**RELATIONSHIP:** FAMILY MEMBER
**MAILING ADDRESS:**
**FUNERAL HOME:** NELSON'S FUNERAL HOME, LLC, 270 N DOGWOOD AVE, RIDGEWAY, SC, 29130
**FUNERAL DIRECTOR:** EDDIE J NELSON
**LICENSE NUMBER:** 1592
**EMBALMER'S NAME:** EDDIE J NELSON
**LICENSE NUMBER:** 1592
**ACTUAL OR PRESUMED DATE OF DEATH:** DECEMBER 05, 2018
**MANNER OF DEATH:** NATURAL
**ACTUAL OR PRESUMED TIME OF DEATH:** 2050
**CAUSE OF DEATH - PART I**
DISTRIBUTIVE SHOCK

**OTHER SIGNIFICANT CONDITIONS - PART II:**
NA

**CORONER CONTACTED?** NO
**AUTOPSY PERFORMED?** NO
**AUTOPSY AVAILABLE?** NA
**DATE OF INJURY:** NA
**TIME OF INJURY:** NA
**INJURY AT WORK?** NA
**PLACE OF INJURY:** NA
**LOCATION OF INJURY:** NA
**HOW THE INJURY OCCURRED?**
NA

**CERTIFIER NAME AND TITLE:** MD MITUL ASHOK PATEL
**LICENSE NUMBER:** 34713
**CERTIFIER'S ADDRESS:** TAYLOR AT MARION, COLUMBIA, SC, 29220
**DATE FILED:** DECEMBER 11, 2018
**DATE OF ISSUANCE:** DECEMBER 11, 2018
**SPECIAL INSTRUCTIONS:**
NA

SC07371977

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

David E. Wilson, Jr.
Acting Director

Angelia P. Saleeby
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 04/09/2018

