STATE OF SOUTH CAROLINA )
COUNTY OF <u>FAIRFIELD</u> ) IN THE PROBATE COURT
)
IN THE MATTER OF ) **CERTIFICATE OF APPOINTMENT**
<u>MARION WESLEY MARTIN, JR.</u> )
(Decedent) ) CASE NUMBER: <u>2019ES2000031</u>

**This is to certify that**

<u>GERALDINE E. MARTIN</u>

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

In the above matter and that this appointment, having been executed on the <u>5th</u> day of <u>February</u>, <u>2019</u> is now in full force and effect.

**RESTRICTIONS:**

Executed this <u>5th</u> day of <u>February</u>, <u>2019</u>.

*Pamela W. Renwick*
PAMELA W. RENWICK, PROBATE JUDGE
by *[signature]*

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141ES (1/2014)
62-1-305, 62-3-103