> Notice of withdrawal acknowledged. Defendants' motion for summary judgment [Filing No. 11502] is withdrawn.
>
> Tim A. Baker
> U.S. Magistrate Judge
> 10/16/2019

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

149 Cases From Five States Listed in
Exhibit A to Dkts. 11502 & 11503

**COOK DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR
OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON
APPLICABLE STATUTE OF LIMITATIONS FROM FIVE STATES**

Pending before the Court is the Cook Defendants' Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations from Five States (Dkt. 11502-03). At the last status conference, the Court set a briefing schedule for the motion.

The Cook Defendants hereby withdraw the motion in order to address a procedural issue that is not covered by the motion as filed. The Cook Defendants anticipate re-filing the omnibus on September 5, 2019. The Cook Defendants informed the PSC and counsel with cases subject to the motion of this issue by email on Friday, August 30, 2019. The Cook Defendants also advised counsel of their intent to refile the motion and to set the motion for oral argument in October 2019, with the Court's permission.

Respectfully submitted,

Dated: September 4, 2019

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (#26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204-1750

- 2 -

Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett (# 22869-02)
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802-2322
Telephone:  (260) 424-8000
Facsimile:  (260) 460-1700
Stephen.Bennett@FaegreBD.com

*Counsel for the Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2019, a copy of the foregoing notice was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*