# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 2570 ) ) Case No. 1:14-ml-2570-RLY-TAB ) ) |
| THIS DOCUMENT RELATES TO: | ) Judge Richard L. Young ) |
| *Plaintiff Steven Green* Case No.: 1:15-cv-01683 | ) Magistrate Judge Tim A. Baker ) ) |
| *Plaintiff Mary Hollingsworth* Case No.: 1:16-cv-00999 | ) ) ) |
| *Plaintiff David Mowrer* Case No.: 1:16-cv-01053 | ) ) ) |

## ORDER

Plaintiff's Motion for Substitution of counsel is granted.

IT IS HEREBY ORDERED that David Matthew Haynie, formerly of the firm of BARON & BUDD, P.C., be withdrawn as counsel of record in this action and Sindhu S. Daniel of the firm of BARON & BUDD, P.C., be substituted as counsel of record for Plaintiff.

Date: 10/16/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.

1