IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Civil Case #: 1:18-cv-1393
    Darlene Bruno

## ORDER GRANTING PLAINTIFF'S
## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

IT IS ORDERED that Plaintiff's Unopposed Motion For Leave to File Amended Complaint is hereby GRANTED.  The amended short form complaint attached as an exhibit to Plaintiff's motion is deemed filed as of the date of this order.

Date: 10/16/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.