# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | 1:14-ml-2570-RLY-TAB |
| ) | |
| ) | JUDGE RICHARD YOUNG |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*DIAZ v. COOK MEDICAL, INC*
*Civil Action No. 1:18-cv-02944-RLY-TAB*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Alicia Cole, on behalf of the Estate of Migdalia, is substituted for Plaintiff Migdalia Diaz in the above captioned cause. The amended short form complaint attached as an exhibit to Plaintiff's motion is deemed filed as of the date of this order.

Date: 10/16/2019

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.