IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to the following Actions:

1:17-cv-00455  Cremeans
1:17-cv-00457  Kratochvil
1:17-cv-00458  Stafford
1:17-cv-02611  Shockley

### ORDER

On June 5, 2019, Plaintiffs Sheila Stafford, Barbie Lynn Kratochvil, Daris Cremeans and Saleea Shockley (collectively, "Plaintiffs"), filed their Motion for Extension of Time to File a Reply Brief in Support of Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Plaintiffs' Claims for Failure to Submit Case Categorization Form and Motion to Reinstate (hereinafter "Plaintiffs' Motion").   The Court, having considered Plaintiffs' Motion in its entirety and being duly advised, **GRANTS** Plaintiffs' Motion.

**IT IS THEREFORE ORDERED** that the Plaintiffs' deadline to file their replies to the Cook Defendants' response in opposition to Cook Defendants' Response in Opposition to Plaintiffs' Motions to Reconsider the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss is **June 14, 2019**.

Date: 10/16/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.