IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Cases listed in caption are dismissed without prejudice.
> Dated: 10/16/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:19-cv-02234; 1:19-cv-01992; 1:19-cv-02024; 1:19-cv-02027;
1:19-cv-02028; 1:19-cv-02029; 1:19-cv-02033; 1:19-cv-02123;
1:19-cv-02125; 1:19-cv-02127; 1:19-cv-02130; 1:19-cv-02132;
1:19-cv-02136; 1:19-cv-02143; 1:19-cv-02144; 1:19-cv-02146;
1:19-cv-02147; 1:19-cv-02150; 1:19-cv-02151; 1:19-cv-02155;
1:19-cv-02186; 1:19-cv-02188; 1:19-cv-02189; 1:19-cv-02192;
1:19-cv-02193; 1:19-cv-02194; 1:19-cv-02197; 1:19-cv-02200;
1:19-cv-02206; 1:19-cv-02212; 1:19-cv-02214; 1:19-cv-02222;
1:19-cv-02238; 1:19-cv-02240.

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned cases are dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiffs may refile his/her case in the Southern District of Indiana. If any Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.