**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Judith Morter, 1:19-cv-03831

## **ORDER**

Considering the parties' Stipulation of Dismissal With Prejudice of Plaintiff Judith Morter.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff

Judith Morter against Defendants Cook Incorporated, Cook Medical LLC, and William Cook

Europe ApS in the above-captioned case are dismissed with prejudice, with each party to bear its

own costs.

Signed this 16th day of October, 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana