IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-535-RLY-TAB    Warfield

## ORDER OF DISMISSAL

On September 30, 2019, Magistrate Judge Baker ordered Plaintiff's daughter, LaTonia Warfield, on behalf of Plaintiff Brenda Warfield, deceased, to show cause, within 14 days, why her case should not be dismissed for failure to prosecute.  (Filing No. 11915.)  LaTonia Warfield has failed to do so.  Accordingly, Plaintiff Brenda Warfield's case is hereby **DISMISSED without prejudice**.  Plaintiff's counsel's motion to withdraw (Filing No. 10812) is **GRANTED**.

**SO ORDERED** this 16th day of  2019.

 

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Via U.S. Mail to:
LaTonia Warfield
2897 North Druid Hills Road, #297
Atlanta, GA  30329