## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to the Actions on the Attached Exhibit A** | NOTICE OF CHANGE OF ADDRESS |

COME NOW Howard L. Nations and The Nations Law Firm, counsel of record for the Plaintiffs on the attached Exhibit A, and notify the Court and all counsel that their physical mailing address has changed to 9703 Richmond Avenue, Suite 200, Houston, Texas 77042, effective immediately. Their phone number, fax number and email addresses remain the same.

Respectfully submitted,

**THE NATIONS LAW FIRM**

 /s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Avenue, Suite 200
Houston, Texas 77042
Telephone:  (713) 807-8400
Facsimile:  (713) 807-8423

**ATTORNEYS FOR PLAINTIFFS**

# Exhibit A

Exhibit A

| Case Number: | Case Name: |
|---|---|
| 1:15-cv-01690-RLY-TAB | DRABEK v. COOK INCORPORATED et al |
| 1:15-cv-01813-RLY-TAB | DEWHURST et al v. COOK INCORPORATED et al |
| 1:15-cv-01814-RLY-TAB | SMITH v. COOK INCORPORATED et al |
| 1:15-cv-01822-RLY-TAB | FOX v. COOK INCORPORATED et al |
| 1:15-cv-01824-RLY-TAB | PULFORD v. COOK INCORPORATED et al |
| 1:15-cv-01826-RLY-TAB | BROOKS v. COOK INCORPORATED et al |
| 1:15-cv-01829-RLY-TAB | BELL et al v. COOK INCORPORATED et al |
| 1:16-cv-00160-RLY-TAB | MORE v. COOK INCORPORATED et al |
| 1:16-cv-00238-RLY-TAB | JENNINGS v. COOK INCORPORATED et al |
| 1:16-cv-00442-RLY-TAB | GURULE et al v. COOK INCORPORATED et al |
| 1:16-cv-00443-RLY-TAB | MAZEN et al v. COOK INCORPORATED et al |
| 1:16-cv-00445-RLY-TAB | BROWN et al v. COOK INCORPORATED et al |
| 1:16-cv-00678-RLY-TAB | ANDERS et al v. COOK INCORPORATED et al |
| 1:16-cv-00680-RLY-TAB | PHILLIPS v. COOK INCORPORATED et al |
| 1:16-cv-00683-RLY-TAB | SHELL v. COOK INCORPORATED et al |
| 1:16-cv-00693-RLY-TAB | PEPIOT et al v. COOK INCORPORATED et al |
| 1:16-cv-01111-RLY-TAB | CARAVELLA et al v. COOK INCORPORATED et al |
| 1:16-cv-01113-RLY-TAB | CLARK v. COOK INCORPORATED et al |
| 1:16-cv-01115-RLY-TAB | GUZMAN et al v. COOK INCORPORATED et al |
| 1:16-cv-01116-RLY-TAB | HOWARD et al v. COOK INCORPORATED et al |
| 1:16-cv-01118-RLY-TAB | SCROGGINS v. COOK INCORPORATED et al |
| 1:16-cv-01148-RLY-TAB | HANSEN v. COOK INCORPORATED et al |
| 1:16-cv-01818-RLY-TAB | DURAZO v. COOK INCORPORATED et al |
| 1:16-cv-01958-RLY-TAB | REINSEL v. COOK INCORPORATED et al |
| 1:16-cv-02017-RLY-TAB | BITTNER v. COOK INCORPORATED et al |
| 1:16-cv-02018-RLY-TAB | KLEIN v. COOK INCORPORATED et al |
| 1:16-cv-02021-RLY-TAB | SKINNER v. COOK INCORPORATED et al |
| 1:16-cv-02043-RLY-TAB | MUATA v. COOK INCORPORATED et al |
| 1:16-cv-02046-RLY-TAB | MESSINA v. COOK INCORPORATED et al |
| 1:16-cv-02063-RLY-TAB | BANKS et al v. COOK INCORPORATED et al |
| 1:16-cv-02064-RLY-TAB | DAVES et al v. COOK INCORPORATED et al |
| 1:16-cv-02065-RLY-TAB | DENIL et al v. COOK INCORPORATED et al |
| 1:16-cv-02066-RLY-TAB | DUVALL v. COOK INCORPORATED et al |
| 1:16-cv-02096-RLY-TAB | D'AMICO et al v. COOK INCORPORATED et al |
| 1:16-cv-02156-RLY-TAB | HOLLMAN et al v. COOK INCORPORATED et al |
| 1:16-cv-02264-RLY-TAB | MEACHAM v. COOK INCORPORATED et al |
| 1:16-cv-02281-RLY-TAB | HASTY et al v. COOK INCORPORATED et al |
| 1:16-cv-02303-RLY-TAB | WASHINGTON et al v. COOK INCORPORATED et al |
| 1:16-cv-02435-RLY-TAB | DURAND v. COOK INCORPORATED et al |
| 1:16-cv-02460-RLY-TAB | WASHBURN et al v. COOK INCORPORATED et al |
| 1:16-cv-02655-RLY-TAB | BATES v. COOK INCORPORATED et al |
| 1:16-cv-02745-RLY-TAB | MACKEY v. COOK INCORPORATED et al |
| 1:16-cv-02753-RLY-TAB | BROWN et al v. COOK INCORPORATED et al |
| 1:16-cv-03409-RLY-TAB | COLEMAN et al v. COOK INCORPORATED et al |
| 1:16-cv-03410-RLY-TAB | KRANS v. COOK INCORPORATED et al |
| 1:17-cv-00255-RLY-TAB | FOX et al v. COOK INCORPORATED et al |

| | |
|---|---|
| 1:17-cv-00532-RLY-TAB | HAYES v. COOK INCORPORATED et al |
| 1:17-cv-00552-RLY-TAB | FELDNER v. COOK INCORPORATED et al |
| 1:17-cv-00553-RLY-TAB | COSTIGAN et al v. COOK INCORPORATED et al |
| 1:17-cv-00554-RLY-TAB | TURNER et al v. COOK INCORPORATED et al |
| 1:17-cv-00557-RLY-TAB | DUTOUR v. COOK INCORPORATED et al |
| 1:17-cv-00565-RLY-TAB | SANDERS et al v. COOK INCORPORATED et al |
| 1:17-cv-00592-RLY-TAB | GEARHART et al v. COOK INCORPORATED et al |
| 1:17-cv-00641-RLY-TAB | WILLIAMS v. COOK INCORPORATED et al |
| 1:17-cv-00665-RLY-TAB | HOWE v. COOK INCORPORATED et al |
| 1:17-cv-00668-RLY-TAB | WILLIAMS v. COOK INCORPORATED et al |
| 1:17-cv-00677-RLY-TAB | SISCO et al v. COOK INCORPORATED et al |
| 1:17-cv-00678-RLY-TAB | McDONALD et al v. COOK INCORPORATED et al |
| 1:17-cv-00716-RLY-TAB | BROWN v. COOK INCORPORATED et al |
| 1:17-cv-00717-RLY-TAB | BARNABY v. COOK INCORPORATED et al |
| 1:17-cv-00720-RLY-TAB | MITCHELL v. COOK INCORPORATED et al |
| 1:17-cv-00721-RLY-TAB | CRUZ et al v. COOK INCORPORATED et al |
| 1:17-cv-00723-RLY-TAB | WEISS v. COOK INCORPORATED et al |
| 1:17-cv-00724-RLY-TAB | COSTA v. COOK INCORPORATED et al |
| 1:17-cv-00727-RLY-TAB | BOCHMANN v. COOK INCORPORATED et al |
| 1:17-cv-00732-RLY-TAB | KENNEDY et al v. COOK INCORPORATED et al |
| 1:17-cv-00735-RLY-TAB | CRAWFORD v. COOK INCORPORATED et al |
| 1:17-cv-00748-RLY-TAB | CONOVER et al v. COOK INCORPORATED et al |
| 1:17-cv-00751-RLY-TAB | ESSARY et al v. COOK INCORPORATED et al |
| 1:17-cv-00773-RLY-TAB | MYLES v. COOK INCORPORATED et al |
| 1:17-cv-00802-RLY-TAB | BRONAUGH v. COOK INCORPORATED et al |
| 1:17-cv-00813-RLY-TAB | CASSETTA v. COOK INCORPORATED et al |
| 1:17-cv-00936-RLY-TAB | WHITE v. COOK INCORPORATED et al |
| 1:17-cv-00944-RLY-TAB | DOSS v. COOK INCORPORATED et al |
| 1:17-cv-00946-RLY-TAB | COLYER v. COOK INCORPORATED et al |
| 1:17-cv-00950-RLY-TAB | RHODES v. COOK INCORPORATED et al |
| 1:17-cv-00952-RLY-TAB | DAVIS v. COOK INCORPORATED et al |
| 1:17-cv-00953-RLY-TAB | FREW et al v. COOK INCORPORATED et al |
| 1:17-cv-00954-RLY-TAB | GALARDE et al v. COOK INCORPORATED et al |
| 1:17-cv-00963-RLY-TAB | WHITAKER v. COOK INCORPORATED et al |
| 1:17-cv-00964-RLY-TAB | KLEIN v. COOK INCORPORATED et al |
| 1:17-cv-00966-RLY-TAB | JENKINS v. COOK INCORPORATED et al |
| 1:17-cv-00967-RLY-TAB | OSANI et al v. COOK INCORPORATED et al |
| 1:17-cv-00992-RLY-TAB | ROSE et al v. COOK INCORPORATED et al |
| 1:17-cv-00993-RLY-TAB | VIA v. COOK INCORPORATED et al |
| 1:17-cv-00994-RLY-TAB | WILSON et al v. COOK INCORPORATED et al |
| 1:17-cv-00995-RLY-TAB | BERGANSKY v. COOK INCORPORATED et al |
| 1:17-cv-00996-RLY-TAB | DIXON v. COOK INCORPORATED et al |
| 1:17-cv-00997-RLY-TAB | O'QUIN v. COOK INCORPORATED et al |
| 1:17-cv-01011-RLY-TAB | STEWART v. COOK INCORPORATED et al |
| 1:17-cv-01012-RLY-TAB | POPLIN v. COOK INCORPORATED et al |
| 1:17-cv-01024-RLY-TAB | THOMPSON v. COOK INCORPORATED et al |
| 1:17-cv-01031-RLY-TAB | MCCARTNEY et al v. COOK INCORPORATED et al |

| | |
|---|---|
| 1:17-cv-01036-RLY-TAB | HAMMOND et al v. COOK INCORPORATED et al |
| 1:17-cv-01038-RLY-TAB | TAYLOR et al v. COOK INCORPORATED et al |
| 1:17-cv-01040-RLY-TAB | HANEL v. COOK INCORPORATED et al |
| 1:17-cv-01041-RLY-TAB | RILEY v. COOK INCORPORATED et al |
| 1:17-cv-01042-RLY-TAB | JACKSON v. COOK INCORPORATED et al |
| 1:17-cv-01044-RLY-TAB | LINDLER v. COOK INCORPORATED et al |
| 1:17-cv-01084-RLY-TAB | MELCER v. COOK INCORPORATED et al |
| 1:17-cv-01085-RLY-TAB | LONG v. COOK INCORPORATED et al |
| 1:17-cv-01125-RLY-TAB | CRISWELL v. COOK INCORPORATED et al |
| 1:17-cv-01126-RLY-TAB | LOBB v. COOK INCORPORATED et al |
| 1:17-cv-01128-RLY-TAB | BROWN v. COOK INCORPORATED et al |
| 1:17-cv-01129-RLY-TAB | BETTERTON v. COOK INCORPORATED et al |
| 1:17-cv-01167-RLY-TAB | WICKLINE et al v. COOK INCORPORATED et al |
| 1:17-cv-01180-RLY-TAB | FOGLIA et al v. COOK INCORPORATED et al |
| 1:17-cv-01182-RLY-TAB | MCMURRAY v. COOK INCORPORATED et al |
| 1:17-cv-01184-RLY-TAB | ERDMANN-BYRNES et al v. COOK INCORPORATED et al |
| 1:17-cv-01186-RLY-TAB | WRIGHT et al v. COOK INCORPORATED et al |
| 1:17-cv-01188-RLY-TAB | BENNETT v. COOK INCORPORATED et al |
| 1:17-cv-01190-RLY-TAB | WALKER v. COOK INCORPORATED et al |
| 1:17-cv-01191-RLY-TAB | CLINE v. COOK INCORPORATED et al |
| 1:17-cv-01193-RLY-TAB | WATTS et al v. COOK INCORPORATED et al |
| 1:17-cv-01194-RLY-TAB | FERNOW v. COOK INCORPORATED et al |
| 1:17-cv-01195-RLY-TAB | VANSANT v. COOK INCORPORATED et al |
| 1:17-cv-01196-RLY-TAB | HARRIS v. COOK INCORPORATED et al |
| 1:17-cv-01201-RLY-TAB | SALINAS v. COOK INCORPORATED et al |
| 1:17-cv-01203-RLY-TAB | BILES et al v. COOK INCORPORATED et al |
| 1:17-cv-01232-RLY-TAB | NUNNERY et al v. COOK INCORPORATED et al |
| 1:17-cv-01233-RLY-TAB | BRYAN v. COOK INCORPORATED et al |
| 1:17-cv-01234-RLY-TAB | SCHIESSLER et al v. COOK INCORPORATED et al |
| 1:17-cv-01235-RLY-TAB | BINFORD v. COOK INCORPORATED et al |
| 1:17-cv-01236-RLY-TAB | JOHNSON v. COOK INCORPORATED et al |
| 1:17-cv-01237-RLY-TAB | KESLER et al v. COOK INCORPORATED et al |
| 1:17-cv-01289-RLY-TAB | WOOLSEY et al v. COOK INCORPORATED et al |
| 1:17-cv-01294-RLY-TAB | COLLINS v. COOK INCORPORATED et al |
| 1:17-cv-01301-RLY-TAB | LONG v. COOK INCORPORATED et al |
| 1:17-cv-01336-RLY-TAB | WILLS et al v. COOK INCORPORATED et al |
| 1:17-cv-01360-RLY-TAB | SMITH et al v. COOK INCORPORATED et al |
| 1:17-cv-01361-RLY-TAB | HENRY v. COOK INCORPORATED et al |
| 1:17-cv-01362-RLY-TAB | HARLEY v. COOK INCORPORATED et al |
| 1:17-cv-01363-RLY-TAB | ZAZULA v. COOK INCORPORATED et al |
| 1:17-cv-01364-RLY-TAB | KLOOSTRA v. COOK INCORPORATED et al |
| 1:17-cv-01368-RLY-TAB | LINHARDT et al v. COOK INCORPORATED et al |
| 1:17-cv-01374-RLY-TAB | CHAPMAN v. COOK INCORPORATED et al |
| 1:17-cv-01383-RLY-TAB | SWANN v. COOK INCORPORATED et al |
| 1:17-cv-01398-RLY-TAB | HATTAWAY et al v. COOK INCORPORATED et al |
| 1:17-cv-01399-RLY-TAB | BLASSINGAME v. COOK INCORPORATED et al |
| 1:17-cv-01400-RLY-TAB | JACKSON v. COOK INCORPORATED et al |

| | |
|---|---|
| 1:17-cv-01401-RLY-TAB | LEON et al v. COOK INCORPORATED et al |
| 1:17-cv-01414-RLY-TAB | AIKENS v. COOK INCORPORATED et al |
| 1:17-cv-01419-RLY-TAB | FRITZ v. COOK INCORPORATED et al |
| 1:17-cv-01420-RLY-TAB | KANORR v. COOK INCORPORATED et al |
| 1:17-cv-01421-RLY-TAB | CARLSON et al v. COOK INCORPORATED et al |
| 1:17-cv-01452-RLY-TAB | SODIPO et al v. COOK INCORPORATED et al |
| 1:17-cv-01453-RLY-TAB | MORGAN et al v. COOK INCORPORATED et al |
| 1:17-cv-01462-RLY-TAB | JAMES v. COOK INCORPORATED et al |
| 1:17-cv-01481-RLY-TAB | CHOREY v. COOK INCORPORATED et al |
| 1:17-cv-01482-RLY-TAB | COX v. COOK INCORPORATED et al |
| 1:17-cv-01483-RLY-TAB | LEONARD v. COOK INCORPORATED et al |
| 1:17-cv-01484-RLY-TAB | THOMPSON v. COOK INCORPORATED et al |
| 1:17-cv-01485-RLY-TAB | COREAS v. COOK INCORPORATED et al |
| 1:17-cv-01486-RLY-TAB | HERRERA et al v. COOK INCORPORATED et al |
| 1:17-cv-01487-RLY-TAB | MCCRAE v. COOK INCORPORATED et al |
| 1:17-cv-01488-RLY-TAB | SERVER v. COOK INCORPORATED et al |
| 1:17-cv-01489-RLY-TAB | GRAVES v. COOK INCORPORATED et al |
| 1:17-cv-01550-RLY-TAB | JONES v. COOK INCORPORATED et al |
| 1:17-cv-01699-RLY-TAB | WEERES et al v. COOK INCORPORATED et al |
| 1:17-cv-01703-RLY-TAB | QUARRELLS v. COOK INCORPORATED et al |
| 1:17-cv-01764-RLY-TAB | NOE v. COOK INCORPORATED et al |
| 1:17-cv-01765-RLY-TAB | MENSEN et al v. COOK INCORPORATED et al |
| 1:17-cv-01766-RLY-TAB | BLALOCK et al v. COOK INCORPORATED et al |
| 1:17-cv-01767-RLY-TAB | ROSELL v. COOK INCORPORATED et al |
| 1:17-cv-01768-RLY-TAB | PANTALL et al v. COOK INCORPORATED et al |
| 1:17-cv-01805-RLY-TAB | COOK v. COOK INCORPORATED et al |
| 1:17-cv-01861-RLY-TAB | REDMOND v. COOK INCORPORATED et al |
| 1:17-cv-01876-RLY-TAB | ANDERSON v. COOK INCORPORATED et al |
| 1:17-cv-01993-RLY-TAB | SHEETS et al v. COOK INCORPORATED et al |
| 1:17-cv-01994-RLY-TAB | LUNDY et al v. COOK INCORPORATED et al |
| 1:17-cv-01995-RLY-TAB | SCHLAGEL et al v. COOK INCORPORATED et al |
| 1:17-cv-01997-RLY-TAB | HUVEN v. COOK INCORPORATED et al |
| 1:17-cv-02360-RLY-TAB | BALLARD, et al v. COOK INCORPORATED et al |
| 1:17-cv-02417-RLY-TAB | KENNEDY v. COOK INCORPORATED et al |
| 1:17-cv-02423-RLY-TAB | SEYMER et al v. COOK INCORPORATED et al |
| 1:17-cv-02462-RLY-TAB | WARFORD v. COOK INCORPORATED et al |
| 1:17-cv-02482-RLY-TAB | MCCALLA v. COOK INCORPORATED et al |
| 1:17-cv-02483-RLY-TAB | TILLIS et al v. COOK INCORPORATED et al |
| 1:17-cv-02484-RLY-TAB | MACK v. COOK INCORPORATED et al |
| 1:17-cv-02497-RLY-TAB | COLANGELO et al v. COOK INCORPORATED et al |
| 1:17-cv-02760-RLY-TAB | MOBLEY v. COOK INCORPORATED et al |
| 1:17-cv-02761-RLY-TAB | COUFAL v. COOK INCORPORATED et al |
| 1:17-cv-02779-RLY-TAB | CONWAY v. COOK INCORPORATED et al |
| 1:17-cv-02816-RLY-TAB | FRIES v. COOK INCORPORATED et al |
| 1:17-cv-02877-RLY-TAB | JONES v. COOK INCORPORATED et al |
| 1:17-cv-02913-RLY-TAB | WHITWORTH et al v. COOK INCORPORATED et al |
| 1:17-cv-02925-RLY-TAB | NELSON v. COOK INCORPORATED et al |

| | |
|---|---|
| 1:17-cv-03072-RLY-TAB | WASHINGTON v. COOK INCORPORATED et al |
| 1:17-cv-03073-RLY-TAB | HALL v. COOK INCORPORATED et al |
| 1:17-cv-03074-RLY-TAB | FRY et al v. COOK INCORPORATED et al |
| 1:17-cv-03079-RLY-TAB | BALLANTYNE v. COOK INCORPORATED et al |
| 1:17-cv-03192-RLY-TAB | STEBBINS v. COOK INCORPORATED et al |
| 1:17-cv-03193-RLY-TAB | FERNIZA v. COOK INCORPORATED et al |
| 1:17-cv-03194-RLY-TAB | DARBY v. COOK INCORPORATED et al |
| 1:17-cv-03195-RLY-TAB | HOLSEY et al v. COOK INCORPORATED et al |
| 1:17-cv-03196-RLY-TAB | SEYMORE v. COOK INCORPORATED et al |
| 1:17-cv-03511-RLY-TAB | GRIFFIN v. COOK INCORPORATED et al |
| 1:17-cv-03512-RLY-TAB | GREEN et al v. COOK INCORPORATED et al |
| 1:17-cv-03653-RLY-TAB | RADCLIFF v. COOK INCORPORATED et al |
| 1:17-cv-03689-RLY-TAB | HIGHTOWER et al v. COOK INCORPORATED et al |
| 1:17-cv-03691-RLY-TAB | BLENDER v. COOK INCORPORATED et al |
| 1:17-cv-03692-RLY-TAB | BOLOGNA et al v. COOK INCORPORATED et al |
| 1:17-cv-03797-RLY-TAB | HARRIS et al v. COOK INCORPORATED et al |
| 1:17-cv-03889-RLY-TAB | SMITH et al v. COOK INCORPORATED et al |
| 1:17-cv-03913-RLY-TAB | HACKNEY et al v. COOK INCORPORATED et al |
| 1:17-cv-03917-RLY-TAB | WRIGHT et al v. COOK INCORPORATED et al |
| 1:17-cv-03940-RLY-TAB | MILLER v. COOK INCORPORATED et al |
| 1:17-cv-04161-RLY-TAB | VARNER et al v. COOK INCORPORATED et al |
| 1:17-cv-04309-RLY-TAB | VAZQUEZ-DIAZ v. COOK INCORPORATED et al |
| 1:17-cv-04315-RLY-TAB | KARSTETER et al v. COOK INCORPORATED et al |
| 1:17-cv-04430-RLY-TAB | WILLIAMS v. COOK INCORPORATED et al |
| 1:17-cv-04431-RLY-TAB | BANDICK v. COOK INCORPORATED et al |
| 1:17-cv-04474-RLY-TAB | DODGE v. COOK INCORPORATED et al |
| 1:17-cv-04537-RLY-TAB | ROBERTSON et al v. COOK INCORPORATED et al |
| 1:17-cv-04564-RLY-TAB | LEIGHLITER v. COOK INCORPORATED et al |
| 1:17-cv-04589-RLY-TAB | COPE v. COOK INCORPORATED et al |
| 1:17-cv-04594-RLY-TAB | SATTERWHITE v. COOK INCORPORATED et al |
| 1:17-cv-04595-RLY-TAB | WEAVER et al v. COOK INCORPORATED et al |
| 1:17-cv-04652-RLY-TAB | SPINKS v. COOK INCORPORATED et al |
| 1:17-cv-04653-RLY-TAB | DENNIS v. COOK INCORPORATED et al |
| 1:18-cv-00100-RLY-TAB | WEBER et al v. COOK INCORPORATED et al |
| 1:18-cv-00118-RLY-TAB | WARD et al v. COOK INCORPORATED et al |
| 1:18-cv-00185-RLY-TAB | MAGRI-SAVOIE et al v. COOK INCORPORATED et al |
| 1:18-cv-00247-RLY-TAB | VINCIGUERRA v. COOK INCORPORATED et al |
| 1:18-cv-00265-RLY-TAB | ZAGOZAN v. COOK INCORPORATED et al |
| 1:18-cv-00267-RLY-TAB | ALLEN et al v. COOK INCORPORATED et al |
| 1:18-cv-00268-RLY-TAB | BREVARD v. COOK INCORPORATED et al |
| 1:18-cv-00273-RLY-TAB | BURRAGE v. COOK INCORPORATED et al |
| 1:18-cv-00277-RLY-TAB | JONES et al v. COOK INCORPORATED et al |
| 1:18-cv-00278-RLY-TAB | PARK et al v. COOK INCORPORATED et al |
| 1:18-cv-00279-RLY-TAB | YELEY et al v. COOK INCORPORATED et al |
| 1:18-cv-00280-RLY-TAB | GORDON v. COOK INCORPORATED et al |
| 1:18-cv-00295-RLY-TAB | KING v. COOK INCORPORATED et al |
| 1:18-cv-00331-RLY-TAB | HICKS v. COOK INCORPORATED et al |

| | |
|---|---|
| 1:18-cv-00361-RLY-TAB | MCLANE et al v. COOK INCORPORATED et al |
| 1:18-cv-00362-RLY-TAB | BECKER et al v. COOK INCORPORATED et al |
| 1:18-cv-00379-RLY-TAB | LANGFORD v. COOK INCORPORATED et al |
| 1:18-cv-00395-RLY-TAB | SHEPPARD v. COOK INCORPORATED et al |
| 1:18-cv-00397-RLY-TAB | MURPHY v. COOK INCORPORATED et al |
| 1:18-cv-00399-RLY-TAB | BOGARD v. COOK INCORPORATED et al |
| 1:18-cv-00400-RLY-TAB | ZANIN v. COOK INCORPORATED et al |
| 1:18-cv-00438-RLY-TAB | WISE et al v. COOK INCORPORATED et al |
| 1:18-cv-00441-RLY-TAB | WOLFE et al v. COOK INCORPORATED et al |
| 1:18-cv-00517-RLY-TAB | HENRY v. COOK INCORPORATED et al |
| 1:18-cv-00522-RLY-TAB | ETCHISON v. COOK INCORPORATED et al |
| 1:18-cv-00529-RLY-TAB | AUTREY v. COOK INCORPORATED et al |
| 1:18-cv-00546-RLY-TAB | GONZALEZ v. COOK INCORPORATED et al |
| 1:18-cv-00547-RLY-TAB | STOUT v. COOK INCORPORATED et al |
| 1:18-cv-00551-RLY-TAB | FARMER et al v. COOK INCORPORATED et al |
| 1:18-cv-00622-RLY-TAB | MCGILL et al v. COOK INCORPORATED et al |
| 1:18-cv-00623-RLY-TAB | MALONE et al v. COOK INCORPORATED et al |
| 1:18-cv-00626-RLY-TAB | ROSEN et al v. COOK INCORPORATED et al |
| 1:18-cv-01063-RLY-TAB | ROSE et al v. COOK INCORPORATED et al |
| 1:18-cv-01188-RLY-TAB | SALCIDA v. COOK INCORPORATED et al |
| 1:18-cv-01189-RLY-TAB | GENTRY v. COOK INCORPORATED et al |
| 1:18-cv-01213-RLY-TAB | YORK v. COOK INCORPORATED et al |
| 1:18-cv-01214-RLY-TAB | OPPERMAN et al v. COOK INCORPORATED et al |
| 1:18-cv-01215-RLY-TAB | RATCLIFFE v. COOK INCORPORATED et al |
| 1:18-cv-01285-RLY-TAB | STIMPEL v. COOK INCORPORATED et al |
| 1:18-cv-01419-RLY-TAB | HOLDER v. COOK INCORPORATED et al |
| 1:18-cv-01420-RLY-TAB | ZAMORA v. COOK INCORPORATED et al |
| 1:18-cv-01423-RLY-TAB | WETHINGTON et al v. COOK INCORPORATED et al |
| 1:18-cv-01442-RLY-TAB | SPURGIN v. COOK INCORPORATED et al |
| 1:18-cv-01869-RLY-TAB | SHIVERDAKER et al v. COOK INCORPORATED et al |
| 1:18-cv-02491-RLY-TAB | BROOKS v. COOK INCORPORATED et al |
| 1:18-cv-02493-RLY-TAB | OSWALD v. COOK INCORPORATED et al |
| 1:18-cv-02601-RLY-TAB | RICH v. COOK INCORPORATED et al |
| 1:18-cv-03206-RLY-TAB | MOODT v. COOK INCORPORATED et al |
| 1:18-cv-03245-RLY-TAB | SCOTT et al v. COOK INCORPORATED et al |
| 1:18-cv-03252-RLY-TAB | REIMANN-YOUNG v. COOK INCORPORATED et al |
| 1:18-cv-03895-RLY-TAB | GONZALEZ v. COOK INCORPORATED et al |
| 1:18-cv-03898-RLY-TAB | BYASSEE v. COOK INCORPORATED et al |
| 1:19-cv-00066-RLY-TAB | KARI v. COOK INCORPORATED et al |
| 1:19-cv-00620-RLY-TAB | HUNTER et al v. COOK INCORPORATED et al |
| 1:19-cv-01005-RLY-TAB | SMALL v. COOK INCORPORATED et al |
| 1:19-cv-01491-RLY-TAB | WILLIAMS et al v. COOK INCORPORATED et al |
| 1:19-cv-01818-RLY-TAB | THURMAN et al v. COOK INCORPORATED et al |
| 1:19-cv-02281-RLY-TAB | BACON v. COOK INCORPORATED et al |
| 1:19-cv-02288-RLY-TAB | GILLEN v. COOK INCORPORATED et al |
| 1:19-cv-02347-RLY-TAB | FOREMAN v. COOK INCORPORATED et al |
| 1:19-cv-02353-RLY-TAB | PITTMAN et al v. COOK INCORPORATED et al |

| | |
|---|---|
| 1:19-cv-02357-RLY-TAB | CAMPBELL v. COOK INCORPORATED et al |
| 1:19-cv-02358-RLY-TAB | HUGHES v. COOK INCORPORATED et al |
| 1:19-cv-02359-RLY-TAB | COSTELLO et al v. COOK INCORPORATED et al |
| 1:19-cv-02361-RLY-TAB | JOHNSON v. COOK INCORPORATED et al |
| 1:19-cv-02491-RLY-TAB | KILER v. COOK INCORPORATED et al |
| 1:19-cv-02492-RLY-TAB | TENNEY v. COOK INCORPORATED et al |
| 1:19-cv-02495-RLY-TAB | OCHOA et al v. COOK INCORPORATED et al |
| 1:19-cv-02533-RLY-TAB | MCGRATH et al v. COOK INCORPORATED et al |
| 1:19-cv-02552-RLY-TAB | LOWERY v. COOK INCORPORATED et al |
| 1:19-cv-02650-RLY-TAB | LEGANGER v. COOK INCORPORATED et al |
| 1:19-cv-02865-RLY-TAB | ROZIER v. COOK INCORPORATED et al |
| 1:19-cv-03537-RLY-TAB | DUCK et al v. COOK INCORPORATED et al |
| 1:19-cv-03847-RLY-TAB | HACKL et al v. COOK INCORPORATED et al |
| 1:19-cv-03849-RLY-TAB | SCRIBA-PORTOLAN v. COOK INCORPORATED et al |
| 1:19-cv-03880-RLY-TAB | FITZGERALD v. COOK INCORPORATED et al |