# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

   1:19-cv-03929   1:19-cv-03938
   1:19-cv-03931   1:19-cv-03940
   1:19-cv-03932   1:19-cv-03941
   1:19-cv-03933   1:19-cv-03942
   1:19-cv-03935

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
     William Cook Europe ApS

| | |
|---|---|
| Dated:  October 17, 2019 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson<br>Kip S. M. McDonald<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>andrea.pierson@faegrebd.com<br>kip.mcdonald@faegrebd.com<br><br>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson