# EXHIBIT B

**EXHIBIT A: STATEMENTS REGARDING KNOWLEDGE OF DEFECT AND LEGAL CAUSATION FROM PLAINTIFFS' AFFIDAVITS AND DECLARATIONS**

| No. | Plaintiff | Case No. | Claim in Affidavit/Declaration |
|---|---|---|---|
| 4 | Garrison, Tina | 1:16-cv-02462 | "The first time that I learned the reason for the failed removal attempt could have been from the defective design of the IVC Filter was in the early fall of 2015." (Dkt. 11972-1, ¶ 3.) |
| 11 | White, Jerri and Jimmy | 1:18-cv-00101 | "The first time that I learned the reason for the failed removal attempt could have been from the defective design of the IVC filter was around the spring of 2017 during a radio ad." (Dkt. 11971-1, ¶ 3.) |
| 12 | Williams, Stephanie | 1:16-cv-03104 | "On February 1, 2016, I was told that the IVC Filter that was implanted in me might be defective and it could be causing my injuries. Before 2016, I was not aware of the causal connection between my injuries and the defective nature of Cook's IVC Filter." (Dkt. 12043-14, ¶ 5.) |
| 17 | Horton, Glenda | 1:16-cv-00175 | "In mid-2015, I learned that some inferior vena cava filters may be defective and could cause injuries. Shortly thereafter, I learned from one of my doctors that the filter implanted in me may be defective and may be causing my injuries." (Dkt. 11986-1, ¶ 4.) |
| 22 | Bartolotta, Eva | 1:18-cv-0230 | "I did not know or suspect that the IVC filter was causing my injuries until shortly before I filed the above captioned case on January 26, 2019. I could not make the causal connection that the above referenced injuries I sustained were due to the IVC filter because no medical provider informed me of said connection until this date." (Dkt. 11969-1, ¶ 5.) |
| 31 | Driggers, Laura | 1:17-cv-03032 | "On April 11, 2016, I was told that the IVC Filter that was implanted in me might be defective and it could be the cause of my injuries. Before 2016, I was not aware of the causal connection between my injuries and the defective nature of Cook's IVC Filter." (Dkt. 12034-6, ¶ 5.) |
| 36 | Frost, Beverly | 1:17-cv-02742 | "In our about 2016, I began to think that the IVC filter that was implanted in me might be defective and perhaps that is why it could not be removed from my body." (Dkt. 11973-1, ¶ 5.) |
| 39 | Hollebeek, David | 1:16-cv-00174 | "In early 2015, I learned that some inferior vena cava filters may be defective and could cause |

| | | | |
|---|---|---|---|
| | | | injuries. It was on or around early 2015 when I learned that the filter implanted in me may be defective and may be causing my injuries." (Dkt. 11989-1, ¶ 4.) |
| 44 | Jones, Kandace | 1:18-cv-03131 | "In October of 2016, I became aware that the IVC Filter that was implanted in me was manufactured by Cook and that it was likely defective and that it was likely causing my injuries." (Dkt. 12044-1, ¶ 5.) |
| 63 | Beard, Amber | 1:17-cv-00480 | "I was neither told nor made aware before the end of 2015 that the IVC filter implanted in my body was defective or related to any injuries I have. Before October of 2016, I was not aware that Cook's IVC Filter caused my injuries" (Dkt. 12045-3, ¶ 5.) |
| 66 | Boatner, Heidi | 1:15-cv-01187 | "I subsequently learned in 2014 that Cook filters may be defective. This information was not provided to me by any of my doctors." (Dkt. 11958-1, ¶ 6.) |
| 69 | Bowen, Jasmine | 1:17-cv-02704 | "In August of 2016, I became aware that the IVC Filter that was implanted in me was manufactured by Cook and that it was likely defective and that it was likely causing my injuries. Before August of 2016, I was not aware that Cook's IVC Filter caused my injuries." (Dkt. 12032-1, ¶ 5.) |
| 89 | Leal, Alberto | 1:17-cv-02020 | "I was neither told nor made aware before the beginning of 2016 that the IVC filter implanted in my body was defective or related to any injuries I have." (Dkt. 12046-3, ¶ 5.) |
| 97 | McGee, Michelle | 1:17-cv-02221 | "I learned that my IVC filter device could have caused my injuries in October of 2015 when I saw television ads regarding potential defects with Cook Medical IVC filters like the one I received." (Dkt. 11982-1, ¶ 5.) |
| 98 | Medford, Alicia | 1:18-cv-02940 | "In 2016, I learned through my mother that IVC filters might be defective. . . . Before 2016, I was not aware of the causal connection between the unsuccesful removal and Cook's wrongdoing." (Dkt. 12034-2, ¶¶ 7, 9.) |
| 99 | Murray, Diana | 1:17-cv-03046 | "On September 30, 2014, I was told that the IVC Filter that was implanted in me was defective and that it could have been the cause of my injuries. Before 2015, I was not aware of the causal connection between my injuries and the defective nature of Cook's IVC Filter." (Dkt. 12043-2, ¶ 5.) |

-2-

| 100 | Picou, Joseph | 1:16-cv-02747 | "Plaintiff did not discover until end of 2016 the causal connection between his/her injuries and the defective Cook IVC filter." (Dkt. 12043, p. 9 (omnibus response brief does not provide affidavit as with other cases, refers to filing date and cites to short-form complaint).) |
|---|---|---|---|
| 101 | Ramon, Allysha | 1:16-cv-01046 | "It was not until sometime in early January 2016 after seeing an ad on Face Book that I only then realized that the iVC Filter that was my implanted in me might be defective and that it could be causing my injuries." (Dkt. 12050-1, ¶ 6.) |
| 102 | Ramos, Carol | 1:17-cv-02975 | "I did not know that I had been harmed, that my IVC filter was defective or that it could be causing me an injury until approximately October 14, 2015, when I first saw a television commercial discussing injuries from IVC filters and I contacted my attorney." (Dkt. 12000-1, ¶ 4.) |
| 103 | Rankin, Betty | 1:17-cv-01978 | "I was neither told nor made aware before the beginning of 2016 that the IVC filter implanted in my body was defective or related to any injuries I have." (Dkt. 12047-3, ¶ 5.) |
| 105 | Robertson, Latasha | 1:18-cv-01396 | "On May 11, 2016, I was told that the IVC Filter that was implanted in me might be defective and that it could be causing my injuries. Before 2016, I was not aware of the causal connection between my injuries and the defective nature of Cook's IVC filter." (Dkt. 12043-4, ¶ 5.) |
| 106 | Romero, Elvia | 1:17-cv-01763 | "I was neither told nor made aware before the beginning of 2016 that the IVC filter implanted in my body was defective or related to any injuries I have." (Dkt. 12048-3, ¶ 5.) |
| 110 | Taylor, Amber | 1:18-cv-02549 | "In 2016, I learned through my mother that the IVC filters might be defective. . . . Before 2016, I was not aware of the causal connection between the unsuccessful removal and Cook's wrongdoing." (Dkt. 12034-1, ¶¶ 7, 9.) |
| 111 | Trevino, Jose | 1:17-cv-02728 | "In November of 2015, I became aware that the IVC Filter that was implanted in me was manufactured by Cook and that it was likely defective and that it was likely causing my injuries. Before November of 2015, I was not aware that Cook's IVC Filter caused my injuries." (Dkt. 12031-1, ¶ 5.) |
| 117 | Alger, Lessie | 1:17-cv-01023 | "On August 3, 2015, I was told that the IVC Filter that was implanted in me might be defective and it could be the cause of my injuries. Before 2015, |

-3-

| | | | |
|---|---|---|---|
| | | | I was not aware of the causal connection between my injuries and the defective nature of Cook's IVC Filter." (Dkt. 12043-8, ¶ 5.) |
| 119 | Brown-Street, Sonya | 1:17-cv-01625 | "On August 3, 2015, I was told that the IVC Filter that was implanted in me might be defective and it could be the cause of my injuries. Before 2015, I was not aware of the causal connection between my injuries and the defective nature of Cook's IVC Filter." (Dkt. 12043-8, ¶ 5.) |
| 120 | Lucretia, Bryan | 1:18-cv-01839 | "I subsequently learned in 2016 that the filter could not be removed and was a cause of subsequent DVTs. This information was not provided to me by any of my doctors or the radiologists interpreting my imaging studies." (Dkt. 12016-1, ¶ 9.) |
| 122 | Del Cid, Jose | 1:17-cv-01704 | "In late 2016, I was told that the IVC Filter that was implanted in me might be defective and that t could be causing my injuries. Before 2016, I was not aware of the causal connection between my injuries and Cook's IVC filter." (Dkt. 11877, ¶ 5.) |
| 124 | Fox, Lynell Margaret | 1:15-cv-01822 | "In 2015, I began to hear advertisements regarding issues of IVC filter. Prior to this, I did not have reason to suspect that I had been injured by my IVC filter, nor did I know the cause of such unknown injury." (Dkt. 11996-1, ¶ 5.) |
| 125 | Frank, Kelly | 1:15-cv-01070 | "[T]alking with my mother in November 2013 was the first time I made any connection between my back pain and the Cook Celect Vena Cava Filter." (Dkt. 12049-4.) |
| 126 | Franklin, Sharon | 1:17-cv-02162 | "In 2016, I saw television ads regarding potential defects with Cook Medical IVC filters like the one I had received. Before 2016, I was not aware of the causal connection between my 2011 failed retrieval procedure and my Cook Medical IVC filter." (Dkt. 11979-1, ¶ 6.) |
| 131 | Lee, Dionne | 1:17-cv-03058 | "On September 29, 2015, I was told that the IVC Filter that was implanted in me might be defective and that it could be causing my injuries. Before 2015, I was not aware of the causal connection between my injuries and Cook's IVC Filter." (Dkt. 12043-12, ¶ 5.) |
| 133 | Mauck, John | 1:17-cv-03328 | "In August of 2016, I learned from a television commercial that my Cook Celect IVC filter might be defective and that this defect may have caused or contributed to my injury. Before August of |

| | | | |
|---|---|---|---|
| | | | 2016, I was not aware of the causal connection between my injuries and the Cook Celect filter device." (Dkt. 12035-1, ¶ 5.) |
| 135 | Newhouse, Robin and Frederick Sr. | 1:18-cv-01662 | "In 2017, I first learned the IVC filter could have caused my injuries." (Dkt. 12019-1, ¶ 5.) |
| 141 | Smith, James Carmichael | 1:18-cv-03096 | "Plaintiff was never made aware that the issues making retrieval impossible were due to a defect of the medical device itself, and would have no way of knowing until seeing an advertisement on television stating this was a possibility." (Dkt. 11976, p. 5) (assertion made as part of brief, affidavit/declaration not submitted).) |
| 144 | Williams, Myrtle and Wilson | 1:17-cv-00679 | "Plaintiff Myrtle Williams was unaware until around July 2015 that her injuries could have been as a result of a defective Cook IVC filter when she began to see advertisements on television regarding the IVC filter." (Dkt. 12013, p. 5) (assertion made as part of brief, affidavit/declaration not submitted).) |