IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Christopher Galvez

Civil Case No. 1:18-cv-02309

## **ORDER**

Considering the parties' Stipulation to Reinstate Complaint and Stipulation of Dismissal With Prejudice of Plaintiff Christopher Galvez.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that Complaint of Plaintiff Christopher Galvez is first reinstated as to all named defendants. IT IS THEN HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Christopher Galvez against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS are dismissed in their entirety with prejudice and each party shall bear its own costs.

Signed this _____ day of _____, 2019.

_____
Honorable Richard L. Young
United States District Court Judge