IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS           Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff:

    JONATHAN FERRER
    1:19-cv-01111

_____

**ORDER ON THE PARTIES' STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    Considering the parties' Stipulation of Dismissal Without Prejudice of JONATHAN FERRER.

    IT IS HEREBY ORDERED that all claims of Plaintiff JONATHAN FERRER against Defendants CCOK MEDICAL, LLC, COOK INCORPORATED, and WILLIAM COOK EUROPE APS are dismissed in their entirety without prejudice and each party shall bear its own costs.  If this case is subsequently refiled, it must be filed in the Southern District of Indiana, or this dismissal will immediately convert to one with prejudice.

    Signed this _____ day of _____, 2019.


                              _____
                              Honorable Richard L. Young
                              United States District Court Judge