IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>　　MANUEL TORRES<br>　　1:18-cv-00158 | |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MANUEL TORRES and Defendants, COOK MEDICAL LLC, COOK INCORPORATED AND WILLIAM COOK EUROPE APS, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs. If this case is subsequently refiled, it must be filed in the Southern District of Indiana, or this dismissal will immediately convert to one with prejudice.

Dated: October 22, 2019.          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Ben C. Martin*
　　　　　　　　　　　　　　　　　　　Ben C. Martin, Bar No. 13052400
　　　　　　　　　　　　　　　　　　　Thomas Wm. Arbon, Bar No. 01284275
　　　　　　　　　　　　　　　　　　　**MARTIN | BAUGHMAN, PLLC**
　　　　　　　　　　　　　　　　　　　3710 Rawlins Street, Suite 1230
　　　　　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　　　　　Telephone: (214) 761-6614
　　　　　　　　　　　　　　　　　　　Facsimile: (214) 744-7590
　　　　　　　　　　　　　　　　　　　bmartin@bencmartin.com
　　　　　　　　　　　　　　　　　　　tarbon@bencmartin.com

　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff MANUEL TORRES***

&

/s/ Andrea R. Pierson
Andrea R. Pierson, Bar No. 18435-49
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Andrea.Pierson@FaegreBD.com

*Attorney for the Cook Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 22, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Ben C. Martin
Ben C. Martin