IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-2570<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br><br>Dan O'Neill,<br><br>v.<br><br>Cook Medical, Inc. et al. | Case No. 1:16-cv-1137 |

APPROVED. Case is dismissed without prejudice.
Dated: 10/22/19

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, as against Cook Medical Inc., Cook Medical LLC and William Cook Europe APS (hereinafter "Cook defendants") pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own costs.

In the event Plaintiff refiles his case against Cook defendants, Plaintiff may refile his case against Cook defendants in the Southern District of Indiana. If Plaintiff refiles his/her case against Cook defendants in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.