**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

---

This Document Relates to All Cases

---

**ORDER ON MOTION FOR LEAVE TO FILE**
**A BRIEF IN EXCESS OF THIRTY-FIVE PAGES**

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a

Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook

Defendants" or "Cook") Motion for Leave to File a Brief in Excess of Thirty-Five Pages

regarding the Cook Defendants' Response to Plaintiffs' Motion for Remand and Transfer Venue,

and being duly advised, now GRANTS the Motion, finding that it was made for good cause and

valid reasons.

IT IS THEREFORE ORDERED that the Cook Defendants are granted leave to file a

brief in excess of thirty-five pages, specifically the Cook Defendants' Response to Plaintiffs'

Motion to Remand and Transfer Venue.

Date: 10/23/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.

US.122330969