# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

1:16-cv-03468    1:17-cv-02435
1:18-cv-00516

# ORDER

On June 12, 2019, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed their Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Reconsideration. The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook Defendants' Motion.

**IT IS THEREFORE ORDERED** that the Cook Defendants' deadline to respond to Plaintiffs' Motion for Reconsideration of the Court's Order on the Cook Defendants' Second Amended Motion to Dismiss is **June 26, 2019,** and that Plaintiff's reply will be due on **July 8, 2019**.

Date: 10/23/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.

US.123507871.02