**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

This Document Relates to All Cases

_____

**ORDER ON MOTION FOR LEAVE TO FILE**
**A REPLY BRIEF IN EXCESS OF 20 PAGES**

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a

Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook

Defendants"'s) Motion for Leave to File a Reply Brief in Excess of 20 Pages regarding the Cook

Defendants' Motion for Judgment as a Matter of Law, and being duly advised, now GRANTS

the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED that the Cook Defendants are granted leave to file a

reply brief in excess of 20 pages in support of the Cook Defendants' Motion for Judgment as a

Matter of Law.

Date: 10/23/2019            _____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.