# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions only:

   *Brand v. Cook Medical, Inc. et al.,*
   Case No. 1:14-cv-06018-RLY-TAB

_____

## ORDER ON MOTION FOR LEAVE TO FILE
## A REPLY BRIEF IN EXCESS OF 20 PAGES

The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook Defendants") Motion for Leave to File a Reply Brief in Excess of 20 Pages in support of The Cook Defendants' Motion for New Trial, and being duly advised, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED that the Cook Defendants are granted leave to file a reply memorandum in excess of 20 pages in support of The Cook Defendants' Motion for New Trial.

Date: 10/23/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.