IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs:
KIMBERLY ANN ROBERTSON and
FAX MARSHALL ROBERTSON

Civil Case # 1:17-cv-04537-RLY-TAB

### MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

COMES NOW, Plaintiff Kimberly Ann Robertson, by and through undersigned counsel, and pursuant to Fed.R.Civ.P 25(a) and 15(a)(2), and moves the Court to substitute Fax Marshall Robertson as Representative of the Estate of Kimberly Ann Robertson, deceased.

1. Plaintiffs Kimberly Ann Robertson and Fax Marshall Robertson originally filed a products liability lawsuit against Defendants on, December 6, 2017, in the Southern District of Indiana, Indianapolis Division.

2. On January 22, 2018, Plaintiff's counsel served Defendants with a Plaintiff Profile Sheet that listed Fax Marshall Robertson as Kimberly Ann Robertson's spouse.

3. On October 23, 2019, Plaintiffs' counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). See Doc. No. 12204.

4. Fax Marshall Robertson, surviving spouse of Kimberly Ann Robertson, is a proper party to substitute for Decedent Kimberly Ann Robertson and has proper capacity to move forward with the surviving products liability lawsuit pursuant to Fed.R.Civ.P.25(a)(1), "if

-1-

a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent s successor or representative."

5. Additionally, Counsel seeks leave to amend the short form complaint and to substitute Fax Marshall Robertson as plaintiff and personal representative of the estate of Kimberly Ann Robertson. See amended short form complaint, attached hereto as Exhibit A.

WHEREFORE, Counsel for Plaintiff, Fax Marshall Robertson, surviving spouse and representative of the Decedent, Kimberly Ann Robertson, respectfully requests that this Court grant Plaintiff's Motion to Substitute Party and to grant leave to Amend Short Form Complaint, and direct the Clerk to enter the Amended Short Form Complaint, attached hereto, into the record of this matter.

Dated: October 23, 2019.

                                          Respectfully submitted,

                                          THE NATIONS LAW FIRM

                                             /s/ Howard L. Nations
                                          Howard L. Nations
                                          Texas Bar No. 14823000
                                          9703 Richmond Avenue, Ste. 200
                                          Houston, TX 77042
                                          (713) 807-8400
                                          (713) 807-8423 (Fax)

                                          ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing was electronically filed on this 23rd day of October, 2019.  Notice of this filing will be sent to all parties or record by operation of the Court's electronic filing system.  Parties may access this filing through the court's ECF system.

                /s/ Howard L. Nations
               Howard L. Nations