# Exhibit A

Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiffs:
FAX MARSHALL ROBERTSON, as Representative
of the Estate of KIMBERLY ANN ROBERTSON, Deceased

Civil Case # 1:17-CV-02462

---

## AMENDED SHORT FORM COMPLAINT

---

COME NOW the Plaintiffs named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document

213).  Plaintiffs further show the court as follows:

1.     Plaintiff/Deceased Party:

     Kimberly Ann Robertson, Deceased

2.     Spousal Plaintiff/Deceased Party's spouse or other party making loss of

     consortium claim:

     Fax Marshall Robertson

3.     Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

     Fax Marshall Robertson, Representative of the Estate of Kimberly Ann Robertson

1

4.     Plaintiff's/Deceased Party's state of residence at the time of implant:

Oklahoma

5.     Plaintiff's/Deceased Party's state of residence at the time of injury:

Oklahoma

6.     Plaintiff's/Deceased Party's current state of residence:

Oklahoma

7.     District Court and Division in which venue would be proper absent direct filing:

USDC, Northern District of Oklahoma at Tulsa

8.     Defendants (Check Defendants against whom Complaint is made):

☒     Cook Incorporated

☒     Cook Medical LLC

☒     William Cook Europe ApS

9.     Basis of Jurisdiction:

☒     Diversity of Citizenship

☐     Other: _____

a.     Paragraphs in Master Complaint upon which venue and jurisdiction lie:

 6 through 28, inclusive.

b.     Other allegations of jurisdiction and venue:

 N/A

2

10.    Defendants' Inferior Vena Cava Filter about which Plaintiff is making a claim

(Check applicable Inferior Vena Cava Filters):

☒    Günther Tulip® Vena Cava Filter

☐    Cook Celect® Vena Cava Filter

☐    Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other:

_____

11.    Date of Implantation as to each product:

12/9/2007_____

12.    Hospital(s) where Plaintiff was implanted (including City and State):

Hillcrest Hospital South, Tulsa, Oklahoma_____

13.    Implanting Physician(s):

John Dennis, DO_____

14.    Counts in the Master Complaint brought by Plaintiffs:

☒    Count I:        Strict Products Liability – Failure to Warn

☒    Count II:       Strict Products Liability – Design Defect

☒    Count III:      Negligence

☒    Count IV:       Negligence Per Se

☒    Count V:        Breach of Express Warranty

☒    Count VI:       Breach of Implied Warranty

3

☒     Count VII:    Violations of Applicable Oklahoma State Law

Prohibiting Consumer Fraud and Unfair and

Deceptive Trade Practices

☒     Count VIII:    Loss of Consortium

☐     Count IX:    Wrongful Death

☐     Count X:    Survival

☒     Count XI:    Punitive Damages

☐     Other:    _____ (please state the facts

supporting this Count in the space, immediately

below)

_____

_____

_____

15.     Attorney for Plaintiffs:

 Howard L. Nations_____

16.     Address and bar information for Attorney for Plaintiffs:

9703 Richmond Avenue
Suite 200
Houston, TX 77042
(713) 807-8400
Texas Bar No. 14823000

4

Respectfully submitted,

THE NATIONS LAW FIRM

 /s/   Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Avenue
Suite 200
Houston, TX 77042
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFFS