IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS, MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ml- 2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Kimberly Ann Robertson and
Fax Marshall Robertson
Civil Case #: 1:17-cv-04537

## AMENDED NOTICE OF SUGGESTION OF DEATH

Plaintiffs, Kimberly Ann Robertson and Fax Marshall Robertson, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby gives notice of the death of Plaintiff Kimberly Ann Robertson on August 18, 2018, see redacted copy of the Certificate of Death, attached as Exhibit A. Plaintiff respectfully informs this Court that a Motion for Substitution of Party will be filed by appropriate representative of Kimberly Ann Robertson's estate.

DATED: October 23, 2019                    Respectfully submitted,

                                           /s/   Howard L. Nations
                                           Howard L. Nations
                                           Texas Bar No. 14823000
                                           **THE NATIONS LAW FIRM**
                                           9703 Richmond Avenue, Ste. 200
                                           Houston, TX 77042
                                           Tel: (713) 807-8400
                                           Fax: (713) 807-8423

                                           ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was electronically filed on this 23rd day of October, 2019.  Notice of this filing will be sent to all parties or record by operation of the Court's electronic filing system.  Parties may access this filing through the court's ECF system.

      /s/   Howard L. Nations