# Exhibit A

Exhibit A

# STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2018-025156

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | KIMBERLY ANN ROBERTSON |
| 1a. LAST NAME PRIOR TO FIRST MARRIAGE | GREEN |
| 2. SEX | FEMALE |
| 3. SOCIAL SECURITY NUMBER | [redacted] |
| 4. EVER IN US ARMED FORCES? | NO |
| 5a. AGE - Last birthday (years) | 53 |
| 6. DATE OF BIRTH | [redacted] |
| 7. BIRTHPLACE | OMAHA, NEBRASKA |
| 8a. RESIDENCE-State | OKLAHOMA |
| 8b. RESIDENCE-County | TULSA |
| 8c. RESIDENCE-City or Town | TULSA |
| 8d. RESIDENCE-Zip Code | 74133 |
| 8e. RESIDENCE-Inside City Limits? | YES |
| 8f. RESIDENCE-Street and Number | [redacted] |
| 9. MARITAL STATUS AT TIME OF DEATH | ☒ Married |
| 10. SURVIVING SPOUSE'S NAME | FAX MARSHALL ROBERTSON |
| 11a. FATHER'S NAME | FREEMAN DOYLE GREEN |
| 11b. FATHER'S LAST NAME PRIOR TO FIRST MARRIAGE | GREEN |
| 12a. MOTHER'S NAME | NANCY ROSE GREEN |
| 12b. MOTHER'S LAST NAME PRIOR TO FIRST MARRIAGE | GREGALONS |
| 13. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 14. DECEDENT'S RACE | WHITE |
| 15. DECEDENT'S EDUCATION | ASSOCIATE DEGREE (E.G. AA, AS) |
| 16. DECEDENT'S USUAL OCCUPATION | WAITRESS |
| 17. KIND OF BUSINESS / INDUSTRY | RESTAURANT |
| 18a. INFORMANT'S NAME | FAX MARSHALL ROBERTSON |
| 18b. RELATIONSHIP TO DECEDENT | SPOUSE |
| 18c. MAILING ADDRESS | [redacted] |
| 19. METHOD OF DISPOSITION | ☒ Cremation |
| 20. PLACE OF DISPOSITION | FLORAL HAVEN CREMATORY |
| 21. LOCATION | BROKEN ARROW, OKLAHOMA |
| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | FLORAL HAVEN FUNERAL HOME, 6500 S. 129TH EAST AVE., BROKEN ARROW, OKLAHOMA 74012 |
| 23. FUNERAL HOME DIRECTOR | FLOYD E. RICHARDSON |
| 24. FH ESTABLISHMENT LICENSE # | 1660ES |
| 25. PLACE OF DEATH | ☒ Decedent's home |
| 26. FACILITY NAME | 6331 S 69TH E PLACE |
| 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | TULSA, OKLAHOMA, 74133 |
| 28. COUNTY OF DEATH | TULSA |
| 29. DATE OF DEATH | AUGUST 18, 2018 |
| 30. TIME OF DEATH | 20:00 |
| 31. WAS MEDICAL EXAMINER CONTACTED? | YES |
| 32. WAS AN AUTOPSY PERFORMED? | NO |
| 33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

## CAUSE OF DEATH

**34. PART I.**
a. IMMEDIATE CAUSE: CONGESTIVE HEART FAILURE — Approximate interval: UNKNOWN

**35. PART II.** Other significant conditions contributing to death but not resulting in the underlying cause given in PART I: OBSTRUCTIVE SLEEP APNEA, OBESITY

1864722

| Field | Value |
|---|---|
| 36. MANNER OF DEATH | ☒ Natural |
| 37. IF FEMALE | ☒ Unknown if pregnant within the past year |
| 38. DID TOBACCO USE CONTRIBUTE TO DEATH? | ☒ Unknown |
| 46. CERTIFIER | ☒ MEDICAL EXAMINER |
| 47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | ROSS JAMES MILLER, MD, 1115 WEST 17TH STREET, TULSA, OKLAHOMA 74107 |
| Certifier | ROSS J MILLER, MD |
| 48. LICENSE NUMBER | 31176 |
| 49. DATE DEATH CERTIFIED | AUGUST 22, 2018 |
| 50. REGISTRAR'S SIGNATURE | Kelly M Baker |
| 52. DATE RECEIVED BY STATE REGISTRAR | AUGUST 27, 2018 |

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Friday, August 31, 2018 10:13:32 AM

REVISION 2016  VS 154 (12/16)