**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570
_____

This Document Relates to:

   1:19-cv-03989
   1:19-cv-03997

_____

### APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS

Dated:  October 23, 2019         /s/ Kip S. M. McDonald
                                        Andrea Roberts Pierson
                                        Kip S. M. McDonald
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2500
                                        Indianapolis, Indiana 46204
                                        Telephone: (317) 237-0300
                                        andrea.pierson@faegrebd.com
                                        kip.mcdonald@faegrebd.com

                                        *Attorneys for Defendants Cook Incorporated,
                                        Cook Medical LLC, and William Cook Europe
                                        ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald