IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS, MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ml- 2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Kimberly Ann Robertson and
Fax Marshall Robertson
Civil Case #: 1:17-cv-04537

## MOTION TO SEAL

Pursuant to Rule 7, of the Federal Rule of Civil Procedure and Rule 5-11, of the Local Rules, Plaintiffs respectfully move this Honorable Court to seal Doc. No. 12204 and accept Docket No. 12211 as Plaintiffs' Amended Notice of Suggestion of Death.

The following is stated in support of the Motion:

1. Plaintiffs Kimberly Ann Robertson and Fax Marshall Robertson originally filed a products liability lawsuit against Defendants on December 6, 2017, in the Southern District of Indiana, Indianapolis Division.

2. On October 23, 2019, Plaintiffs counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [Doc. No. 12204]. A clerical error resulted in Plaintiffs inadvertently uploading this document [No. 12204] Exhibit A, to the CM/ECF system without redaction.

3. The actual Amended Notice of Suggestion of Death was then filed as Doc. No. 12211.

4. The document filed as Doc. No. 12204 contains information that should not be viewed by the public, as it contains private information that should be redacted pursuant to Local Rule 5-11( c ).

5. Plaintiffs respectfully request that the Court order that Doc. No. 12204, be permanently sealed and accept Doc. No. 12211 as Plaintiffs Amended Notice of Suggestion of Death.

WHEREFORE, Plaintiffs pray that the Motion be granted and that the Court enter the proposed Order attached hereto.

DATED: October 23, 2019.

        Respectfully submitted,

        **THE NATIONS LAW FIRM**

        /s/ Howard L. Nations
        Howard L. Nations
        Texas Bar No. 14823000
        9703 Richmond Avenue, Ste. 200
        Houston, Texas 77042
        Telephone: (713) 807-8400
        Facsimile: (713) 807-8423

        **ATTORNEYS FOR PLAINTIFFS**