IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
KIMBERLY ANN ROBERTSON and
FAX MARSHALL ROBERTSON

Civil Case # 1:17-cv-04537-RLY-TAB

## **ORDER**

Pending before the Court on the Motion to Seal.

**IT IS ORDERED** that Plaintiff's motion to seal is **granted.** The Clerk of Court is directed to take the necessary steps to permanently seal Doc. No. 12204.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF INDIANA