IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Cases.

**ORDER ON MOTIONS TO SEAL**

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, the following motions to seal are granted.

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 10314]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 10322]

Plaintiffs' Motion to Maintain Documents Under Seal [Filing No. 10851]

Plaintiff's Motion to Seal [Filing No. 10993]

Plaintiff's Motion to Seal [Filing No. 10998]

Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Reply Memorandum in Support of Motion for New Trial [Filing No. 11280]

Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Reply Memorandum in Support of Motion for Judgment as a Matter of Law [Filing No. 11282]

Cook Defendants' Motion to Maintain Under Seal Exhibits A and B to the Declaration of Andrea Pierson Relating to the Cook Defendants' Motion for New Trial [Filing No. 11828]

The Clerk shall maintain the following documents under seal pending further order.

Filing No. 10311
Filing No. 10312
Filing No. 10313

Filing No. 10321
Filing No. 10850
Filing No. 10956-1
Filing No. 10958-1
Filing No. 11279
Filing No. 11281
Filing No. 11821

Date:  10/242019

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.