AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| Cynthia Johnson as Independent Executor of the Estate of Darrell Johnson, deceased )<br>*Plaintiff* )<br>v. )<br>*Defendant* ) ) ) | Case No. <br><br>Pertains to Case No. 1:18-cv-00960-SEB-MPB |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*