THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
121 W. SPRING STREET, ROOM 210
NEW ALBANY, IN 47150

OFFICIAL BUSINESS

RECEIVED
US DISTRICT COURT
NEW ALBANY DIVISION
OCT 24 2019
LAURA A. BRIGGS

LaTonia Warfield
2897 N. Druid Hills Road, #297
Atlanta, GA 30329

NIXIE   300 DE 1   0010/21/19
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC: 47150367399   *1070-06481-02-43*

B78618.25

$0.500
US POSTAGE
FIRST-CLASS
062S0009595004
47150