| EXHIBIT A -- *McDermitt* Deadlines ||
|---|---|
| **DEADLINE** | **TASK** |
| 12/6/19 | Fact Discovery Closes |
| 12/13/19 | Plaintiff Expert Disclosures & Reports |
| 1/6/20 | Deadline for Conducting Independent Medical Examinations |
| 1/13/20 | Defendant Expert Disclosures & Reports |
| 2/13/20 | Expert Discovery Closes |
| 2/20/20 | *Daubert* and Summary Judgment Motions |
| 2/17/20 | Affirmative Depo Designations by Page and Line |
| 2/17/20 | Preliminary Witness and Exhibit List |
| 2/27/20 | Counter Depo Designations and Objections |
| 3/9/20 | Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations |
| 3/9/20 | Motions in Limine and to Bifurcate Issues and Claims |
| 3/11/20 | Final Witness List and Notice of Witnesses to Attend Trial |
| 3/16/20 | Objections to Re-direct Depo Designations and Responses to Objections to Counter Designations |
| 3/18/20 | Responses to *Daubert* and Motions for Summary Judgment |
| 3/23/20 | Responses to Motions in Limine |
| 3/23/20 | Responses to Objections to Re-direct Depo Designations & Submit to Court for Rulings |
| 3/25/20 | Parties Submit Stipulations of Facts, Trial Briefs, and Notice to Court of Use of Evidence Presentation Equipment |
| 3/27/20 | Jury Instructions & Verdict Forms |
| 4/1/20 | Replies to *Daubert* and Motions for Summary Judgment |

| TBD | Hearing on *Daubert*, Summary Judgment, and In Limine Motions |
|---|---|
| TBD | Final Pretrial Conference |
| 4/27/20 | Jury Selection |
| 4/27/20 | Trial Start Date |