UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

**ORDER REGARDING CERTAIN CASES SUBJECT
TO COOK DEFENDANTS' PENDING
MOTION FOR SUMMARY JUDGMENT
<u>ON STATUTE OF LIMITATIONS GROUNDS</u>**

This matter came before the Court on the Renewed Motion for Summary Judgment Based on Applicable Statutes of Limitation (the "Motion") filed by the defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook") (Dkt. 11725).

Having duly considered the motion:

IT IS HEREBY ORDERED:

1. Cook's Motion is **GRANTED** as to the following twelve (12) cases that have either not responded to the Motion or have filed responses indicating that they have no grounds to oppose the Motion.

- Jackson, Sandra        1:16-cv-01003
- Kerr, Aimee            1:16-cv-02659
- Miller, Scott          1:16-cv-02901
- Barrett, LaToya        1:17-cv-00128
- Hubbard, Derick        1:17-cv-00209
- Versluis, Scott        1:17-cv-00266
- Greig, Susan           1:17-cv-00300

- 2 -

- Floyd, Stephan                1:17-cv-01256
- Engelbrecht, Robert           1:17-cv-02291
- McGahan, Sandra               1:17-cv-02364
- Bothe, Chance                 1:17-cv-03013
- Cook, Nathaniel               1:17-cv-03380

2.   Cook has withdrawn its Motion with respect to four (4) cases. Cook's Motion to **DENIED AS MOOT** for these cases.

- Weaver, Annette (Estate)      1:14-cv-06014
- Carpenter, Sandy              1:18-cv-00928
- Boggs, Audra                  1:18-cv-00958
- Collins, Kerri                1:18-cv-02901

3.   The following fifteen (15) Plaintiffs have moved to dismiss their cases and the stipulation to dismiss has either already been entered by this Court or remains pending on the docket. Cook's Motion is **DENIED AS MOOT** for these cases.

- Addison Robert                1:16-cv-03522
- Novak, Leslie                 1:16-cv-02672
- Brady, Marcella (Estate)      1:16-cv-02882
- Francis, Katrina              1:17-cv-01168
- Clark, Robert                 1:17-cv-01598
- Warren, Hezekiah              1:17-cv-01241
- Houck, Louise                 1:17-cv-03886

- 3 -

- Turner, Sonny              1:18-cv-01059
- LeBlanc, Avery             1:18-cv-01367
- Johnson, Ralph             1:18-cv-02073
- Jeffers, Mark (Estate)     1:18-cv-02447
- Niemi, Judith              1:18-cv-02683
- Walker, Hattie             1:18-cv-02931
- County, Isiah (Estate)     1:18-cv-03100
- Perkins, Mary              1:19-cv-00132

**SO ORDERED** this 28th day of October 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

US.125012892