UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AIMEE KERR, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|       v. | )   No. 1:16-cv-02659-RLY-TAB |
| | ) |
| COOK INCORPORATED, | ) |
| COOK MEDICAL LLC, | ) |
| WILLIAM COOK EUROPE APS, | ) |
| | ) |
|       Defendants. | ) |

### JUDGMENT

The court, having granted the Defendants' Motion for Summary Judgment, now enters judgment in favor of the Defendant and against the Plaintiff.

**SO ORDERED** this 28th day of October 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record