# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

MONICA WILSON
Civil Case No. 1:18-cv-02069-RLY-TAB

**DECLARATION OF MATTHEW R. LOPEZ IN SUPPORT OF PLAINTIFF MONICA WILSON'S RESPONSE IN OPPOSITION TO COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS**

I, Matthew R. Lopez, certify as follows:

1. I am an attorney with Lopez McHugh LLP and am licensed to practice law in the State of California. I have been admitted *pro hac vice* to practice in this Court for purposes of this MDL. I have personal knowledge of the facts set forth herein. If called upon, I could and would competently testify to the following from my own personal knowledge. I file this Declaration in support of Plaintiff Monica Wilson's Response in Opposition to Cook Defendants' Motion for Summary Judgment Based on Statute of Limitations.

2. Attached to this Declaration as Exhibit A is a true and correct copy of excerpts from the Plaintiff Profile Sheet submitted by plaintiff Monica Wilson in this action. The document has been redacted as required by Fed. R. Civ. P. Rule 5.2.

1

3.	Attached to this Declaration as Exhibit B is a true and correct copy Trial Exhibit PX-1148 from the trial of *Brand v. Cook*, 1:14-ML-2570-RLY-TAB (email dated August 31, 2004 from Arne Melgaard-Nielsen to Neal Ferrano, titled Statement + comments regarding the new Tulip filter.)

4.	Attached to this Declaration as Exhibit C is a true and correct copy of Trial Exhibit PX-1099 from the trial of *Brand v. Cook*, 1:14-ML-2570-RLY-TAB (Email dated February 9, 2006 from Line Hedegaard Larsen to multiple persons, titled Executive Summary Celect Filter.)

5.	Attached to this Declaration as Exhibit D are true and correct copies of excerpts of testimony from the transcript of the trial of *Brand v. Cook*, 1:14-ML-2570-RLY-TAB, dated January 14 – 19, 2019.)

I certify under penalty of perjury, pursuant to the laws of the United States of America and the States of California and Indiana, that the foregoing is true and correct.

Dated this 28th day of October 2019, at Newport Beach, California.

	/s/ *Matthew R. Lopez*
	Matthew R. Lopez

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Matthew R. Lopez*
Matthew R. Lopez