**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

___

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Monica Wilson v. Cook Incorporated, et al.    **Date:** July 6, 2018
**Docket No.:** 1:18-cv-02069
**Plaintiff(s) attorney and Contact information:**
Ramon R. Lopez, Matthew R. Lopez
Lopez McHugh LLP
100 Bayview Circle, Suite 5600, Newport Beach, CA 92660
(949) 737-1501

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Monica Victoria Wilson
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: NA
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: NA                                         Loss of Consortium?  ☐ Yes ☑ No
3. Date of birth: ▆▆▆ 1981
4. Date of death (if applicable): NA
5. Social Security No.: ▆▆▆-0147
6. Current Address: ▆▆▆▆▆▆▆▆▆ FL 34102
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| Edwards, CO | 12/2006 - 08/2008 |
| Truckee, CO | 08/2008 - 04/2009 |
| 1450 Idlewild Drive, Reno, NV 89509 | 04/2009 - 07/2010 |

1

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ Migration | ☑ Other Left renal vein perforation |
| ☐ Tilt | ☐ Other |
| ☑ Vena Cava Perforation | ☐ Other |
| ☐ Fracture | ☐ Other |
| ☐ Device is unable to be retrieved | ☐ Other |
| ☐ Bleeding | ☐ Other |
| ☐ Organ Perforation | ☐ Other |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Attempted removal procedure by Dr. James Scanlon

(e.g. imaging studies, surgery, doctor visits)
Multiple Scans associated with removal attempts by

Retrieval by open laparotomy by Dr. Martin Back

by

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Approximately 3 weeks after implantation of IVC filter, plaintiff developed stabbing pain in her chest and upper abdominal area. She went to see her implanting physician, Dr. Scanlon who recommended that the filter be removed. He attempted the retrieval percutaneously on 8/25/2014 but couldn't retrieve not retrieve the filter. t was causing her great pain whenever he tugged at it so he stopped the procedure. The removal report notes that there was at least one strut outside of the caval wall, which explained why the filter was stuck. The doctor felt that further attempts to remove the device would likely lead to possible vena caval injury and/or hemorrhage. A follow-up scan on 9/9/2014 noted that at least one filter leg extended into the region of the left renal vein. Plaintiff sought a second opinion and it was recommended that she undergo an open abdominal removal, which was performed on 9/29/2014. During this procedure penetration of IVC filter struts through the caval wall was confirmed. A year later, she was having problems with narrowing of her vena cava and underwent a balloon procedure to correct this. She was told that scar tissue had formed in the IVC as a result of the difficult retrieval attempt. Beside having to undergo several stenting and angioplasty procedures, she developed post operative pancreatitis after one procedure which required care and time away from work. Throughout this ordeal she was rendered unable to care for herself and her daughter. She still experiences pain and lack of appetite which has led to weight loss. She has also experienced emotional pain and anxiety.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age 36   Height 5'3"   Weight Approx. 100lbs.
2. Provide your: Age 32   Weight 96 lbs.   (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders
    Applies to me and: ☐ the documents are attached OR ☑ have no documents OR
    ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, _Monica Wilson_, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _07.25.2018_ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_monica wilson_
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

12