# EXHIBIT B

| To: | Neal Feranot[fearnot@medinst.com] |
| --- | --- |
| Cc: | Per Hendriksen[p.hendriksen@cook-wce.com] |
| From: | Arne Mølgaard-Nielsen |
| Sent: | Tue 8/31/2004 9:12:18 AM |
| Importance: | Normal |
| Subject: | Statement + comments regarding the new Tulip filter. |
| Received: | Tue 8/31/2004 9:12:18 AM |



Hi Neal
I hope you can help us in prioritizing this project/statements.

For getting the CE mark to the filter, we need the NB approval as a filter is class III.

Our different evaluations with statements have to be based on tests and knowledge.

As the filters are exactly equal in the basis, and only have slightly different cures at the middle part of the 4 anchoring legs, it is assumed that the new filter is as safe as the current used.
The current have 10 years of use with only one complaint referring a breakage.

The original filter was tested at 50% deformation.

The new filter was tested at 50 % deformation and was ok at 15 to 7½ mm but failed at 30 to 15 mm.
The original was tested at 25 to 12½ mm.

Brian Choules stated at a telephone conversation that from a fatigue point of view, the 2 filters are equal.
It has also been notified us that the computer simulation will break the new filter at ø30 with 15 mm compression whereas from ø 30 mm to ø40, a 10 mm movement their is low risk of fatigue.

We desperately need some statement like this: The two filters are equal. Could a FAE made on both show this??....
And the results of the fatigue test validate the computer-simulation.

We need something to make us feel it is OK to have 30 mm in the IFU as we have for our current.

My personal opinion is, if the new is not considered safe, the current should be stopped, based on theoretical calculations and testing.

We are trying to get some knowledge of the movement of a cava with an implanted filter, but nobody seems to have a dynamic evaluation.

To me it is very important that we at WCE can have the same conclusion as what was send to the FDA.
We do not want to hide that the filter broke at a test at a clinical relevant diameter, but to use the result to prove the safety

Neal can you arrange that someone at Med will get a high priority to take care of this items.

We may try to talk this over later today or tomorrow.
Many regards Arne


Arne Mølgaard-Nielsen
Manager of Quality & Research
Cook   Bjaeverskov,   Denmark
Tel. Direct: +45-56868512
 Mobile: +4520276939
e-mail:         a.moelgaard@cook-wce.com

Confidentiality note: The information contained in this mail is strictly confidential, privileged and intended only for the use of the above addressee(s). All other use is strictly prohibited. If you have received this mail in error, please immediately notify William Cook Europe, phone No +45 56 86 86 86.

Company Confidential                                                                                                                                                       CookMDL2570_0483735