**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Vicki Lynn Anderson  v. Cook, et al.;* 1:16-cv-02796

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On October 1, 2019, Defendants filed a Motion for Summary Judgment as to multiple cases, including the above-captions case. *See Dkt. Nos.* 11924 & 11924-1 (arguing that Ms. Anderson did not suffer an injury because her filter is only tilted) (the "Motion").

On Pursuant to Local Rule 56-1(b), Plaintiff Vicki Lynn Anderson's ("Plaintiff") opposition would otherwise be due on or before Tuesday, October 29, 2019.

The Parties agree to extend time for Plaintiff oppose or otherwise respond to Defendants' Motion through and including Monday, November 4, 2019. In other words, **Defense counsel has stated that she does not object to the requested extension.**

1852901.1

Dated: October 28, 2019

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s Wendy R. Fleishman*
    Wendy R. Fleishman

Wendy R. Fleishman
Daniel E. Seltz
Daniel R. Leathers
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:   212.355.9592
Emails:       wfleishman@lchb.com
                 dseltz@lchb.com
                 dleathers@lchb.com

*Counsel for Plaintiff Vicki Lynn Anderson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 28th of October, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/*
Wendy R. Fleishman