# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Vicki Lynn Anderson v. Cook, et al.;* 1:16-cv-02796

## [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter, having come before the Court on Plaintiff's Unopposed Motion to Extend Time for her response to Defendants' Motion to for Summary Judgment (*See* Dkt. Nos. 11924 & 11924-1) and the Court having received the same and being duly advised, now finds that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the time in which Plaintiff may respond to Defendants' Motion for Summary Judgment is hereby extended through and including November 4, 2019.

Dated _____, 2019

                                                                */s/*_____
                                                                 JUDGE,
                                                                 United States District Court
                                                                 Southern District of Indiana

Distribution: Copies to all registered counsel of record will be made via CM/ECF