**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-03814 | 1:19-cv-04029 | 1:19-cv-04039 |
| 1:19-cv-04025 | 1:19-cv-04030 | 1:19-cv-04044 |
| 1:19-cv-04026 | 1:19-cv-04031 | 1:19-cv-04049 |
| 1:19-cv-04027 | 1:19-cv-04032 | 1:19-cv-04050 |
| 1:19-cv-04028 | 1:19-cv-04033 | 1:19-cv-04069 |

---

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: October 18, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson
Kip S. M. McDonald
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
andrea.pierson@faegrebd.com
kip.mcdonald@faegrebd.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald