IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
Plaintiff Jason Snider, 1:17-cv-03614

## AFFIDAVIT OF PLAINTIFF JASON SNIDER

Jason Snider deposes and says as follows:

1. That I am the plaintiff in the above entitled action;

2. That on May 26, 2007, when I as 16 years old, I had a Cook Gunther Tulip filter implanted in Columbus, Ohio;

3. That removal attempts on July 18, 2007 and July 25, 2007 failed;

4. That on October 10, 2010 tests confirmed that legs penetrated the wall and extended into the pancreas and duodenum;

5. That on March 03, 2011 open surgery was performed to remove the Cook Gunther Tulip IVC filter;

6. That in discussions with my doctor, at and around the time of the surgery, I was told that the problems with the filter were just a medical problem that sometimes occurred with IVC filters. I was not told nor did I have reason to believe that the surgery was caused by any defect with the IVC filter itself;

7. That in mid to late 2016, I was told by Dr. Rosalyn Batley that the IVC filter that had been implanted in me in 2007 may have had a manufacturing defect which caused my medical issues;

8. That this was the first time I had reason to believe or suspect that the Cook Gunther Tulip IVC filter might have been defective; and

EXHIBIT A

9.    That I then began to investigate to determine if the Cook Gunther Tulip IVC filter was defective and eventually filed this law suit against Cook on October 10, 2017.

State of OHIO        }
                     }
County of PERRY      }

_Jason Snider_  10/25/2019
Affiant Jason Snider       date

Witnessed my hand and seal this 25th day of October, 2019 by Affiant Jason Snider.

_[signature]_
Notary Public
My Commission Expires: March 27, 2022

**TESLIA R. HART**
Notary Public State of Ohio
My Commission Expires
March 27, 2022