# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION § § § § § | |
| | Case No. 1:14-ml-2570-RLY-TAB |
| YVETTE MORGAN § § | MDL no. 2570 |
| *Plaintiff*, § § | |
| vs. § § | CIVIL ACTION NO. 1:18-cv-00769 |
| COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS § § § § | |
| *Defendants*. § | |

_____

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
_____

Plaintiff, Yvette Morgan, by and through her counsel, hereby dismisses, without prejudice, all claims in this action against Defendant Cook Medical, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff states:

1) The complaint was filed on March 9, 2018.

2) Defendants Cook Medical, Inc. *et al* were served.

3) Defendants Cook Medical, Inc. *et al* have not filed an answer or motion for summary judgment.

4) Plaintiff, Yvette Morgan, files this notice of dismissal with the intention of dismissing the case under FRCP 41(a)(1)(A)(i) without prejudice to refiling.

- 2 -

Respectfully submitted this 12th day of July, 2019

                                                          Respectfully submitted,

*/s  Katharine Krottinger, Esq.*
**Katharine Krottinger, Esq.**
Texas Bar No. 24077251
The Monsour Law Firm
404 North Green Street
P. O. Box 4209
Longview, Texas  75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: katy@monsourlawfirm.com

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

A copy of the foregoing filing was served via ECF/electronic mail on all counsel of record this 12th day of July, 2019.

>*/s  Katharine Krottinger, Esq.*
>**Katharine Krottinger, Esq.**