# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

---

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Victoria Looper v. Cook, Inc., et al.     **Date:** _____

**Docket No.:** 1:16-cv-03510

**Plaintiff(s) attorney and Contact information:**

Lowe Law Group
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Tel: 801-917-8500

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), [REDACTED]

   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] |
| | |

1

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.



3

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

   a. If yes, please identify any such device(s) or product(s). _____
   b. When was this device or product implanted in you? _____
   c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? _____
   d. Provide the name and address of facilities where the other device or product implanted in you? _____
   e. State your understanding of why was the other device or product implanted in you? _____

• *Attach medical evidence of product identification*

### IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): 02/18/2014
2. Type of retrieval: Open removal of inferior vena cava filter (see records)
3. Retrieval physician (Name/Address): Christopher Carsten, III, MD, 200 Patewood Dr c300, Greenville, SC 29615
4. Medical Facility (Name/Address): Greenville Memorial Hospital, 701 Grove Rd. Greenville, SC 29605
5. Reason for Retrieval: Hx DVT; Ovarian Ca; Abdominal pn; Malposition, dysfunction IVC filter

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): Approx. 08/16/2013
2. Type of retrieval: Laparoscopic Surgery (failed)
3. Retrieval physician (Name/Address): Christopher Carsten, III, MD, 200 Patewood Dr c300, Greenville, SC 29615
4. Medical Facility (Name/Address): Greenville Memorial Hospital, 701 Grove Rd. Greenville, SC 29605
5. Reason for Retrieval: Attempt to remove IVC filter without surgery

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

1. Date of retrieval (including any attempts): _____
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☑ **Migration** | ☐ Other _____ |
| ☑ **Tilt** | ☐ Other _____ |
| ☑ **Vena Cava Perforation** | ☐ Other _____ |
| ☐ **Fracture** | ☐ Other _____ |
| ☑ **Device is unable to be retrieved** | ☐ Other _____ |
| ☐ **Bleeding** | ☐ Other _____ |
| ☐ **Organ Perforation** | ☐ Other _____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

migration, tilt, perforation, irretrievability by doctor visits; surgery; imaging

(e.g. imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

searing & stabbing abdominal/side pain; anxiety, panic attacks, and worry about the filter causing additional damage or injury;

## VIII. MEDICAL BACKGROUND

1. ███████████████ ███ ██████ ██ ███████ █████
███████████████████████████████████████████

5

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| **Approximate Date** | **Doctor or Healthcare Provider Involved (including address)** |
|---|---|
| ■ | |
| | |
| | |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. <u>Before the implantation</u> of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?



5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| **Approximate Date** | **Doctor or Healthcare Provider Involved (including address)** |
|---|---|
| ███████████ | ████████████████████████████ |
| ███████████ | ████████████████████████ |
| ███████████ | ████████████████████████ |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ |
|  |  |  |
|  |  |  |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

   

   Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

   _____

   _____

8. 

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| ▮▮▮ |  |  |
| ▮▮▮ |  |  |
| ▮▮▮ |  |  |
| ▮▮▮ |  |  |
| ▮▮▮ |  |  |

| | | |
|---|---|---|
| ██████ | | |
| ██████ | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date Range | Health Problem or Surgery |
|---|---|
| ██████ | ██████ |
| ████ | ██████████ |
| ████████ | █████ |
| ████ | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?   ████  ████

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

████████████████████████████████████████████████

8

13. Do you now or have you ever smoked tobacco products? ▇▇ ▇▇

    If yes: How long have/did you smoke? ▇▇ _____

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| ▇▇ | ▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇ | |
| | | | |
| | | | |
| | | | |
| | | | |

## IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ▇▇ ▇▇

    a. Court in which lawsuit/claim was filed or initiated: ▇▇ _____

    b. Case/Claim Number: _____

    c. Nature of Claim/Injury: _____

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the ▇▇ ▇▇ ▇▇

    a. Date (or year) of application: ▇▇ _____

    ▇▇ _____

    ▇▇ _____

    ▇▇ _____

9

    e.    Whether the claim was accepted or denied: _____

3.    Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮ |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1.  

4. 



## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, __Victoria Propil__, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

__Victoria Propil__
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]