UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: 144 Cases from Five States Listed in Filing No. 11726-1 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ENTRY ON OCTOBER 25, 2019 HEARING ON COOK'S RENEWED OMNIBUS MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS**

**RICHARD L. YOUNG, JUDGE**

The parties appeared for a hearing on the choice-of-law and judicial estoppel issues raised in the Cook Defendants' Renewed Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations (Filing No. 11921). After listening to the parties' oral argument, the court finds, under the unique circumstances of this case, that judicial estoppel does not bar Cook from arguing the application of Indiana's choice-of-law rules. The court further finds that Indiana law applies. The cases at issue were originally filed in the Southern District of Indiana, Indianapolis Division, and are not "direct-filed" cases—i.e., cases treated as if they originated in the plaintiff's home district and had been transferred to this district by the Judicial Panel on Multi-District Litigation pursuant to Section 1407.

The next status conference is scheduled for November 15, 2019.

**SO ORDERED** this 29th day of October 2019.

                                                 RICHARD L. YOUNG, JUDGE
                                                 United States District Court
                                                 Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.