IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## FOR FAILURE TO SERVE CASE CATEGORIZATION FORM

| Plaintiff | Cause Number | Lead Counsel |
| --- | --- | --- |
| Buck, Vanessa | 1:17-cv-03264 | RICHARD J. PLEZIA & ASSOCIATES |
| Douglas, Deborah | 1:17-cv-03381 | LAW OFFICES OF BAIRD BROWN |
| Powers, Andrea | 1:17-cv-03431 | LAW OFFICES OF BAIRD BROWN |
| Valentine, William | 1:17-cv-03559 | MARC J. BERN & PARTNERS, LLP |
| Hamblin, Kevin | 1:19-cv-03144 | MARTIN BAUGHMAN, PLLC |
| Stewart, Tammy | 1:19-cv-03388 | LAW OFFICES OF BAIRD BROWN |
| Scott, Carolyn | 1:19-cv-03685 | MATTHEW L. WHITE |