# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

    1:18-cv-03274-RLY-TAB
    Roy G. Mosier

## **DECLARATION OF GRAHAM B. LIPPSMITH**

I, GRAHAM B. LIPPSMITH, declare:

1.    I am an attorney at law duly licensed to practice in the State of California, State of Hawai'i, and admitted *pro hac vice* before this Court. I am a partner at the law firm of Kasdan LippSmith Weber Turner, LLP, attorneys of record for Plaintiff Roy G. Mosier ("Plaintiff") and make this declaration on his behalf in support of Plaintiff's Opposition to the Cook Defendants' Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases. Except as otherwise noted, I have personal knowledge of the information set forth below, and I could competently testify to it if called upon to do so.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Short Form Complaint.

1

3. On or about December 3, 2018, Plaintiff submitted his verified Plaintiff Profile Sheet, executed Medical Authorization forms, and Categorization Form to Cook.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff's verified Plaintiff Profile Sheet.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiff's Case Categorization Submission form and supporting medical records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on October 29, 2019 in Los Angeles, California.

Dated: October 29, 2019

Respectfully submitted,

KASDAN LIPPSMITH WEBER TURNER LLP

*/s/ Graham B. LippSmith*
Graham B. LippSmith
360 East 2nd Street, Suite 300
Los Angeles, CA 90012
Telephone: (213) 254-4800
Fax: (213) 254-4801
glippsmith@klwtlaw.com

*Counsel for Plaintiff Roy G. Mosier*