# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

*MDL No. 2570*
IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that
is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed
in accordance with the requirements and guidelines set forth in the applicable Case Management
Order.

## I. CASE INFORMATION

**Caption:** Mosier v. Cook Medical, Inc., et al.                    **Date:** October 25, 2018
**Docket No.:**  1:18-cv-03274-RLY-TAB
**Plaintiff(s) attorney and Contact information:**
 Graham B. LippSmith, Esq.
 Kasdan LippSmith Weber Turner, LLP
 360 East 2nd Street, Suite 300
 Los Angeles, CA 90012          Telephone: (213) 254-4800

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s),
      including maiden name (if applicable): Roy G. Mosier
   b. If you are completing this form in a representative capacity (e.g., on behalf of the
      estate of a deceased person), please list your full name and your relationship to the
      person listed in 1(a) above: Not applicable.
      [If you are completing this form in a representative capacity, please respond to the
      remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Not applicable.                    Loss of Consortium?  ☐Yes ☑No
3. Date of birth: █████████████
4. Date of death (if applicable): Not applicable.
5. Social Security No.: ██████████
6. Current Address: ████████████████████████
   a. If you have lived at this address for less than ten (10) years, provide each of your
      prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| Not applicable. | |
| | |
| | |

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

Kymberley Waldroff (Approx. 1984 - 1997)

Ladonna Mosier (Approx. 6 mos. in 2007)

Sheri Moore (2008 - 2011)

8. Do you have children? ☑Yes ☐No

If yes, please provide the following information with respect to each child:

| Name and Address of Child | DOB | Is the Child Dependent on You? |
|---|---|---|
| Melissa Erin Mosier | ███ | No |
| Justin Kendrick Mosier | ███ | No |
| Joshua Keith Mosier | ███ | No |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

Vernene Kennon, age 59, Fiancee

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

Wharton County Junior College

11. Are you claiming damages for lost wages: ☑Yes ☐No

12. If so, for what time period: Approx February - August 2015

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

| Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
|---|---|---|---|
| Swift Transportation | Truck Driver | 2011 - 2015 | $850/week |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

a.  Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐Yes ☑No

b.  If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

Not applicable.

14. Have you ever served in any branch of the military? ☐Yes ☑No

a.  If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

Not applicable.

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes ☑No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

Not applicable.

16. Do you have a computer? ☐Yes ☑No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☐Yes ☐No ☑Not Applicable

## III. DEVICE INFORMATION

1. Date of Implant: July 23, 2014
2. Reason for Implant: Pulmonary Embolism and DVT Prophylaxis
3. Brand Name: Cook Celect
4. Mfr. Cook Medical
5. Lot Number: Unknown to Plaintiff
6. Placement Physician (Name/Address): Julie A. Alford, MD
7. Medical Facility (Name/Address): Mercy Hospital - Springfield
1235 East Cherokee Street, Springfield, MO 65804

(This section to be used if more than one filter is at issue)

1. Date of Implant: Not applicable.
2. Reason for Implant:
3. Brand Name:
4. Mfr.
5. Lot Number:
6. Placement Physician (Name/Address):
7. Medical Facility (Name/Address):

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?    Not applicable.

    a.  If yes, please identify any such device(s) or product(s). _____

    b.  When was this device or product implanted in you? _____

    c.  Provide the name, address and phone number of the physician(s) who implanted this other device or product? _____

    d.  Provide the name and address of facilities where the other device or product implanted in you? _____

    e.  State your understanding of why was the other device or product implanted in you?
        _____

*• Attach medical evidence of product identification*

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): January 24, 2015
2. Type of retrieval: Percutaneous via right internal jugular vein
3. Retrieval physician (Name/Address): William John Nicholas, MD
4. Medical Facility (Name/Address): Freeman Hospital West - 1102 W. 32nd St., Joplin, MO 64804
5. Reason for Retrieval: Pltf was told that the filter was making him sick and prescribed Pradaxa

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): Not applicable.
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

1. Date of retrieval (including any attempts): Not applicable.
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

1. Date of retrieval (including any attempts): Not applicable.
2. Type of retrieval: _____
3. Retrieval physician (Name/Address): _____
4. Medical Facility (Name/Address): _____
5. Reason for Retrieval: _____

## V.  OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☑ **Other** Depression |
| ☐ **Tilt** | ☑ **Other** Anoxemia |
| ☑ **Vena Cava Perforation** | ☑ **Other** Anxiety |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Doctor Visits                                        by  John Robert Tyler, MD

(e.g. imaging studies, surgery, doctor visits)  by  Eric Von Holten, DO

_____  by  _____

_____  by  _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff suffers from depression and anxiety brought on by the difficult illness and subsequent surgery

due to the IVC filter. Plaintiff is informed that his daily chest pains could be due to the ongoing anxiety.

## VIII. MEDICAL BACKGROUND

1. Provide your <u>current</u>: Age __55__ Height __6'1"__ Weight __235 lbs__
2. Provide your: Age __51__ Weight __268__ (approximate, if unknown) <u>at the time</u> the Cook Inferior Vena Cava Filter was implanted in you.

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:  Not applicable.

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
|  |  |
|  |  |
|  |  |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. <u>Before the implantation</u> of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

   ☑Yes ☐No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 2015 | Mercy Hospital - 100 Mercy Way, Joplin, MO 64804 (Stroke) |
| 2016 & 2017 | Freeman Hospital West - 1102 W. 32nd St., Joplin, MO 64804 (Chest Pain and Gall Bladder Removal) |
| August 2018 | Mercy Hospital Springfield - 1235 E Cherokee St, Springfield, MO 65804 (Meningitis) |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| John Robert Tyler, DO<br>Internal Medicine / Hospitalist | 100 Mercy Way, Suite 540<br>Joplin, MO 64804 | Late 2014 - 2015 |
| Eric Von Holten, DO<br>Internal Medicine | 3202 McIntosh Circle Drive<br>Joplin, MO 64804 | 2016 to Present |
|  |  |  |
|  |  |  |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

   ☑Yes ☐No

   Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

   Plaintiff has returned to work as a truck driver.

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter;
   0

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter:
   At least 1

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐Yes ☑No |  |  |
| Crohn's Disease<br>☐Yes ☑No |  |  |
| Factor V Leiden<br>☐Yes ☑No |  |  |
| Protein Deficiency<br>☐Yes ☑No |  |  |
| Spinal fusion/back sx<br>☑Yes ☐No | 2007 | Plaintiff recalls only that it was in Houston, TX. |

| Anti-thrombin deficiency ☐Yes ☑No | | |
|---|---|---|
| Prothrombin mutation ☐Yes ☑No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| Approx. Date Range | Health Problem or Surgery |
|---|---|
| Not applicable. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?  ☑Yes ☐No

If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

Plaintiff takes Amitriptyline for ongoing depression and anxiety that was first experienced in

January 2015. Dr. Eric Von Holten is his treating physician.

13. Do you now or have you ever smoked tobacco products? ☑Yes ☐No

   If yes: How long have/did you smoke? _____1996 to Present_____

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| See Attachment | | | |
| See Attachment | | | |
| See Attachment | | | |
| See Attachment | | | |
| See Attachment | | | |
| See Attachment | | | |
| See Attachment | | | |

## IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐Yes ☑No.  If yes, specify:

   a. Court in which lawsuit/claim was filed or initiated:_____

   b. Case/Claim Number:._____

   c. Nature of Claim/Injury:_____

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☑Yes ☐No.  If yes, specify:

   a. Date (or year) of application:__July 20, 2015_____

   b. Type of benefits sought:  __Supplemental Security Income (SSI)_____

   c. Agency/Insurer from which you sought the benefits:_Social Security Administration_

   d. The nature of the claimed injury/disability: _Disability_____

9

e.  Whether the claim was accepted or denied: _Accepted_____

3.  Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition: ·

| Name | Address (if known) | Relationship to You |
|------|--------------------|---------------------|
| Vernene Kennon | ███████████████████ | Fiancee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives.  If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1.  If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
    Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

2.  If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
    Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

3.  Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
    Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

   Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

   Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)

   Applies to me and: ☐the documents are attached OR ☐I have no documents OR ☑ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

   Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

   Applies to me and: ☐the documents are attached OR ☑I have no documents OR ☐ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.

   Applies to me and: ☑the documents are attached OR ☐I have no documents OR ☐ Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

    Applies to me and: ☐ the documents are attached OR ☑ I have no documents OR
    ☐ Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, ___Roy G. Mosier_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated

___October 25, 2018_____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_Roy G. Mosier_
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated

_____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]

**ATTACHMENT A**

| Medication and Dosage | Pharmacy Name and Address | Reason for Taking Medication | Approximates Date(s) of Use |
|---|---|---|---|
| Glipizide 10mg | Walgreens Pharmacy 3222 S. Main Street Joplin, MO 64801 | Diabetes | Approx. 2014 - Present |
| Lantus 40 Units | Walgreens Pharmacy 3222 S. Main Street Joplin, MO 64801 | Diabetes | Approx. 2014 - 2016 |
| Metformin 850 (?) | Walgreens Pharmacy 3222 S. Main Street Joplin, MO 64801 | Diabetes | Approx. 2014 - Present |
| Gabapentin 30mg | Walgreens Pharmacy 3222 S. Main Street Joplin, MO 64801 | Nerve pain in leg | Approx. 2015 - 2017 |
| Cyclobenzaprine 10mg | Walgreens Pharmacy 3222 S. Main Street Joplin, MO 64801 | Muscle Relaxant | Approx. 2015 - 2016 |
| Chantix | Walgreens Pharmacy 3222 S. Main Street Joplin, MO 64801 | Smoking Cessation | January 2016 |
| Advair | Walgreens Pharmacy 3222 S. Main Street Joplin, MO 64801 | Bronchodilator | January 2016 - Present |
| ProAir HFA | Walgreens Pharmacy 3222 S. Main Street Joplin, MO 64801 | Albuterol Inhalation | January 2016 – Present |
| Zoloft | Walgreens Pharmacy 3222 S. Main Street Joplin, MO 64801 | Antidepressant | 2014 – 2016 |
| Venlafaxine | Walgreens Pharmacy 3222 S. Main Street Joplin, MO 64801 | Antidepressant | Approx. 2016 |
| Amitriptyline | Walgreens Pharmacy 3222 S. Main Street Joplin, MO 64801 | Antidepressant | Approx. 2016 - Present |

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

MOSIER,ROY G
MRN: ▮▮▮▮
DOB: ▮▮▮▮ , Sex: M
Adm: 7/22/2014, D/C: 8/5/2014

## Physician Progress Notes (continued)

**Progress Notes by Dhakal, Prabin, MD at 7/23/2014  7:59 AM (continued)**            Version 1 of 2

### Assessment:

Principal Problem:
  Possible SAH (subarachnoid hemorrhage)
Active Problems:
  Aneurysm of anterior cerebral artery
  Pulmonary embolism
  Diabetes mellitus type 2, uncontrolled

### Plan:

Recent Pulmonary embolism
-off heparin drip for possibility of subarachnoid hemorrhage.
-IVC filter placed today.

DM
-on SSI, POC glucose checks.

COPD
-stable. Continue bronchodilators.

DVT prophylaxis: scd

Code status: Full Code

Prabin Dhakal, MD
7/23/2014, 7:59 AM

   Electronically signed by Dhakal, Prabin, MD at 7/23/2014  2:35 PM

**Progress Notes by Wagoner, Brian G., NP at 7/24/2014  8:17 AM**            Version 1 of 1

| Author:  Wagoner, Brian G., NP | Service:  (none) | Author Type:  Nurse Practitioner |
|---|---|---|
| Filed:  7/24/2014 8:20 AM | Note Time:  7/24/2014  8:17 AM | Status:  Signed |
| Editor:  Wagoner, Brian G., NP (Nurse Practitioner) | | Cosigner:  Sauer, James M, MD at 7/24/2014  8:55 AM |

### Post Procedure Vascular/Interventional Radiology Note

Pre-Radiology Procedure Diagnosis: R/O SAH

Technical Procedure: Fluoroscopically guided LP

Specimens removed: 10 ml of clear colorless CSF

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

MOSIER,ROY G
MRN: ▮▮▮▮

Printed by 13859 at 2/1/16 11:13 AM

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

MOSIER,ROY G
MRN: ▮▮▮▮▮▮
DOB: ▮▮▮▮▮ , Sex: M
Adm: 7/22/2014, D/C: 8/5/2014

## Physician Progress Notes (continued)

**Progress Notes by Dhakal, Prabin, MD at 7/25/2014  8:06 AM (continued)**          Version 1 of 1

## Assessment:

Principal Problem:
  Headache
Active Problems:
  Pulmonary embolism
  Diabetes mellitus type 2, uncontrolled

## Plan:

Recent Pulmonary embolism
-subarachnoid hemorrhage is ruled out (negative LP for xanthochromia, no aneurysm in cerebral angio).
-IVC filter placed. Can be removed in 3-6 months, if no complications with anticoagulation therapy.
-will start heparin/warfarin today.
-pleuritic chest pain better with lidocaine patch and norco prn.

Headache
-not from subarachnoid hemorrhage
-neurology managing headache.

DM
-on SSI, POC glucose checks show multiple elevated blood glucose levels. Start lantus at bedtime. Check
HbA1C in am.

COPD
-stable. Continue bronchodilators.

DVT prophylaxis: scd

Code status: Full Code

Prabin Dhakal, MD
7/25/2014, 8:07 AM

    Electronically signed by Dhakal, Prabin, MD at 7/25/2014  8:19 AM

**Progress Notes by Rosenfelder, Blake T, PHARMACIST at 7/25/2014  8:28 AM**          Version 1 of 1

| | | |
|---|---|---|
| Author:  Rosenfelder, Blake T, PHARMACIST | Service:  (none) | Author Type:  Pharmacist |
| Filed: 7/25/2014  8:29 AM | Note Time:  7/25/2014  8:28 AM | Status:  Signed |
| Editor:  Rosenfelder, Blake T, PHARMACIST (Pharmacist) | | Cosigner:  Dhakal, Prabin, MD at 7/25/2014  3:11 PM |

## RX ANTICOAG MONITORING ORDERS

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

MOSIER,ROY G
MRN: ▮▮▮▮▮▮

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

MOSIER,ROY G
MRN:
DOB:               , Sex: M
Adm: 7/22/2014, D/C: 8/5/2014

## Procedure Notes (continued)

**Procedures by Day, Danny R at 8/5/2014 10:21 AM (continued)**                Version 1 of 1

Notification Time:  0955

NONINVASIVE VENOUS STUDY: ☒          ARMS

Noninvasive venous study performed on:     ☒      **Right**      ☐      **Left**

A. ☐          There are **no** echo images consistent with acute venous obstruction throughout the venous system scanned.

B. ☒          Imaging is consistent with an obstruction in the

☒      **Superfical venous**      ☐      **Deep venous sytem**

☒      **Right**                        ☐      **Left**
☐      Jugular                         ☐      Jugular
☐      Subclavian                    ☐      Subclavian
☐      Upper Arm                    ☐      Upper Arm
☒      Forearm                        ☐      Forearm

☒      **Softer echoes are considered consistent with acute venous obstruction**
☐      **Brighter echoes are considered consistent with chronic venous obstruction**
☐      **Soft echoes not well adhered to vein wall are considered consistent with  freefloating obstruction**

☐      **Venous reflux is considered to be consistent with venous insufficiency**

Technologist Comments:

Electronically signed by Day, Danny R at 8/5/2014 10:24 AM

## Operative Notes

**Operative Report by Alford, Julie A, MD at 7/23/2014  9:00 AM**                Version 1 of 1

Author:  Alford, Julie A, MD          Service:  (none)                    Author Type:  Physician
Filed:  7/23/2014 9:01 AM           Note Time:  7/23/2014  9:00 AM      Status:  Signed
Editor:  Alford, Julie A, MD (Physician)

### Post Procedure Vascular/Interventional Radiology Note

Pre-Radiology Procedure Diagnosis: PE, possible SAH

Technical Procedure: IVCgram and IVC filter placement

Specimens removed: NA

Findings: Cook Celect IVC filter placed via right IJ.

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

MOSIER,ROY G
MRN:

MERCY HOSPITAL SPRINGFIELD
1235 E. Cherokee St.
Springfield MO 65804-2203

MOSIER,ROY G
MRN: [REDACTED]
DOB: [REDACTED] , Sex: M
Adm: 7/22/2014, D/C: 8/5/2014

## RADIOLOGY ORDERS/RESULTS (continued)

### IR ARTERIOGRAM HEAD [208756435] (continued)

Authorized by:  Duff, Robert Scott, MD                    Ordering mode:  Standard
Additional signing events:
  Duff, Robert Scott, MD 07/24/14 1449, for Discontinuing in Telephone with readback mode, Communicator -
  Redding, Kayla M, RT Comment-To be done in surgery room 10 with Dr. Coger
Discontinued by:  Redding, Kayla M, RT 07/23/14 0641
[Order entry error]
Questions:
  Reason for Exam SAH
Comments:
  Dr Coger to do.


### IR IVC FILTER [208761668]

Electronically signed by:  **Ugbarugba, Emmanuel E, MD on 07/22/14**          Status:  **Completed**
**2110**
This order may be acted on in another encounter.
Ordering user:  Ugbarugba, Emmanuel E, MD 07/22/14          Ordering provider:  Ugbarugba, Emmanuel E, MD
2110
Authorized by:  Ugbarugba, Emmanuel E, MD                    Ordering mode:  Standard
Questions:
  Reason for Exam Pulmonary Embolism
**Specimen Information**

| Type | Source | Collected By |
|------|--------|--------------|
|      |        | 07/23/14 0830 |


## INTERPRETATION

Ultrasound guided right internal jugular venous access, inferior
venacavogram and inferior vena cava filter placement 7/23/2014.

Reason for exam: The patient is a 51-year-old male with PE and a
possible subarachnoid hemorrhage.  Placement of an IVC filter is
requested.

There are no comparisons.

The procedure and its risks, benefits and alternatives were explained
to the patient.  Consent to proceed was obtained.

Moderate IV conscious sedation was provided with Versed and fentanyl.

Ultrasound evaluation revealed a patent right internal jugular vein.
The right neck was prepped and draped in the usual fashion.  Local
anesthesia was achieved with lidocaine.  Utilizing ultrasound
guidance, the right internal jugular vein was accessed and a dilator
was placed.  A permanent recorded ultrasound image of the access site
was obtained.  The dilator was exchanged for the Cook sheath which was

SPRG HEALTH INFORMATION
MANAGEMENT
1235 E. Cherokee St.

MOSIER,ROY G
MRN: [REDACTED]

MERCY HOSPITAL SPRINGFIELD          MOSIER,ROY G
1235 E. Cherokee St.                MRN: ▮▮▮▮▮▮
Springfield MO 65804-2203           DOB: ▮▮▮▮▮▮ , Sex: M
                                    Adm: 7/22/2014, D/C: 8/5/2014

## RADIOLOGY ORDERS/RESULTS (continued)

advanced over an angled Glidewire into the IVC.  Inferior venacavogram
in the frontal projection was performed.  The IVC is widely patent and
free of filling defects.  The renal vein origins are identified.  The
IVC is it is appropriate in size for filter placement.  The Cook
Celect IVC filter was advanced through the sheath and was deployed in
the infrarenal IVC without difficulty.  A spot radiograph was
obtained.  Note that the spot radiograph was obtained in the oblique
position.  The sheath was removed and hemostasis was achieved with
light manual compression.  There were no immediate post procedure
complications.

IMPRESSION
Impression: Successful Cook Celect IVC filter placement.  This filter
is potentially retrievable.


Dictated by: ALFORD, JULIE A on Wed Jul 23, 2014  1:50:10 PM CDT
Electronically Signed By: Alford, Julie A, MD on 7/23/2014  1:50 PM


### US LOW EXT VEN DUPLEX COMP BILAT [208761670]

Electronically signed by:  **Ugbarugba, Emmanuel E, MD on 07/22/14**                    Status:  **Completed**
**2110**
This order may be acted on in another encounter.
Ordering user:  Ugbarugba, Emmanuel E, MD 07/22/14          Ordering provider:  Ugbarugba, Emmanuel E, MD
2110
Authorized by:  Ugbarugba, Emmanuel E, MD                   Ordering mode:  Standard
Questions:
    Reason for Exam Deep Vein Thrombosis DVT
    Method of Transportation Stretcher
**Specimen Information**

| Type | Source | Collected By |
|------|--------|--------------|
|      |        | 07/22/14 2216 |


## INTERPRETATION

Mercy Hospital Springfield
Cardiovascular Services
Noninvasive Vascular Laboratory
1235 E. Cherokee
Springfield, MO 65804
Phone: (417) 820-2628
Fax: (417) 820-3306


---------------------------------------------------------
Noninvasive Vascular Lab

SPRG HEALTH INFORMATION          MOSIER,ROY G
MANAGEMENT                       MRN: ▮▮▮▮▮▮
1235 E. Cherokee St.

Printed by 13859 at 2/1/16 11:14 AM

**Report Status:** Signed
## History & Physical/Summary

**Name:** MOSIER,ROY G
**Age:** 52   **Sex:** M   **DOB:** ▮▮▮▮▮▮▮
**Account Number:** ▮▮▮▮▮▮▮
**Admitted:** 01/23/15   **Discharged:** 01/24/15
**Room:** 221-1   **Location:** CARD2
**Unit Number:** JU00744360
**Dictated By:** Nicholas,William John MD
**Supervising Dr:**
**Facility:** JOPLIN

**Freeman Health System**
1102 W. 32nd Street
Joplin, Missouri 64804
**417.347.1111**

**Freeman Neosho Hospital**
113 W. Hickory
Neosho, Missouri 64850
**417.451.1234**

========================================================

DIAGNOSIS:
Noncardiac chest pain.  Patient had atypical prolonged pain lasting
approximately 12 hours.  Dobutamine stress echocardiogram was normal.
History of pulmonary embolism with DVT in 08/14.  An IVC filter was placed at
that time and was explanted this admission.
Noninsulin dependent diabetes mellitus.
Hypertension.
Longstanding smoking history.  Smoking cessation has been urged.

DISCHARGE MEDICATIONS:
Patient will continue his home medications of
  1. Glipizide 10.
  2. Lisinopril 20.
  3. Metformin 1 gm bid.
  4. Sitagliptin 50 bid.
  5. Albuterol inhalers.
  6. Montelukast 10.
  7. Sucralfate 1 gm tid.
  8. Coumadin 12 mg qd.
Will also add
  9. Prilosec 20 mg qd.

FOLLOWUP:
Patient will follow up with his PCP in 1-2 weeks.

CLINICAL RESUME AND HOSPITAL COURSE:
Roy Mosier is a 52 year old gentleman who presented with chest pain and
shortness of breath.  Since he had a pulmonary embolism in 08/14 he was
anxious that he may be having recurrent symptoms.  However, his INR was
adequate.  D-dimer was not markedly elevated.  He underwent stress testing
and had a normal Dobutamine stress echocardiogram.  He has no exertional
chest discomfort.

ALLERGIES:
CIPROFLOXACIN.

========================================================

CC: ;~
**Dictated Date / Time:** 01/24/15 1309
**Transcribed Date / Time:** 01/24/15 1437

**Report ID:** 0124-0405
**Transcriptionist:** MR.KKA
**Printed on** 01/29/15 **at** 0820

**Page 1 of 4**

**Report Status:** Signed

**Cardiac Cath Lab Report**

**Name:** MOSIER,ROY G

**Freeman Health System**

**Age:** 52   **Sex:** M   **DOB:** ███████████
1102 W. 32nd Street

**Account Number:** ██████████████
Joplin, Missouri 64804

**Admitted:** 01/23/15   **Discharged:** 01/24/15
**417.347.1111**

**Room:** 221-1   **Location:** CARD2

**Unit Number:** JU00744360

**Freeman Neosho Hospital**

**Dictated By:** Nicholas,William John MD
113 W. Hickory

**Supervising Dr:**
Neosho, Missouri 64850

**Facility:** JOPLIN
**417.451.1234**

================================================================

DATE:
1/24/2015

PROCEDURE PERFORMED:
  1. IVC venography.
  2. IVC filter explant.

INDICATIONS:
Roy Mosier is a 52 year old gentleman who had an IVC filter placed without following PE.  It was placed prophylactically because of concerns of leg DVT.  He has been able to tolerate Pradaxa and does not need the filter now.

TECHNIQUE:
Using ultrasound guidance a right IJ access was attempted.  A Cook Celect retrieval system was used.  Initially venography was performed to confirm no thrombus in the filter.  The filter was then snared and pulled through the Celect retrieval system.

FINDINGS:
The IVC was widely patent pre and post IVC filter extraction.  Fluoroscopy was used throughout the case.

**<Electronically signed by William John Nicholas, MD>**
**01/29/15 0818**

================================================================

**CC:** ;~

**Report ID:** 0126-0744

**Dictated Date / Time:** 01/24/15 1303

**Transcriptionist:** MR.MDG

**Transcribed Date / Time:** 01/26/15 1409

**Printed on** 01/29/15 at 0822

**Page 1 of 1**