# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

## Categorization Form

A. Plaintiff's Name: ___Roy Mosier_____

B. Plaintiff's Case Number: ___1:18-cv-03274-RLY-TAB_____

C. Plaintiff's Counsel (Lead Firm Name): __Kasdan LippSmith Weber Turner LLP_____

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: _X_

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:____

    Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:____

    Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:____

    Briefly describe claimed complication/outcome/injury:_____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:\_\_\_\_

   Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: X  . **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:   Jaclyn L. Anderson

Plaintiff's Counsel's Firm:   Kasdan LippSmith Weber Turner LLP

Plaintiff's Counsel's Signature:   *Jaclyn L. Anderson*

4

**Report Status:** Signed

## History & Physical/Summary

**Name:** MOSIER,ROY G
**Age:** 52  **Sex:** M  **DOB:**
**Account Number:**
**Admitted:** 01/23/15  **Discharged:** 01/24/15
**Room:** 221-1  **Location:** CARD2
**Unit Number:** JU00744360
**Dictated By:** Nicholas,William John MD
**Supervising Dr:**
**Facility:** JOPLIN

Freeman Health System
1102 W. 32nd Street
Joplin, Missouri 64804
417.347.1111

Freeman Neosho Hospital
113 W. Hickory
Neosho, Missouri 64850
417.451.1234

===============================================================

DIAGNOSIS:
Noncardiac chest pain. Patient had atypical prolonged pain lasting approximately 12 hours. Dobutamine stress echocardiogram was normal. History of pulmonary embolism with DVT in 08/14. An IVC filter was placed at that time and was explanted this admission.
Noninsulin dependent diabetes mellitus.
Hypertension.
Longstanding smoking history. Smoking cessation has been urged.

DISCHARGE MEDICATIONS:
Patient will continue his home medications of
  1. Glipizide 10.
  2. Lisinopril 20.
  3. Metformin 1 gm bid.
  4. Sitagliptin 50 bid.
  5. Albuterol inhalers.
  6. Montelukast 10.
  7. Sucralfate 1 gm tid.
  8. Coumadin 12 mg qd.
  Will also add
  9. Prilosec 20 mg qd.

FOLLOWUP:
Patient will follow up with his PCP in 1-2 weeks.

CLINICAL RESUME AND HOSPITAL COURSE:
Roy Mosier is a 52 year old gentleman who presented with chest pain and shortness of breath. Since he had a pulmonary embolism in 08/14 he was anxious that he may be having recurrent symptoms. However, his INR was adequate. D-dimer was not markedly elevated. He underwent stress testing and had a normal Dobutamine stress echocardiogram. He has no exertional chest discomfort.

ALLERGIES:
CIPROFLOXACIN.

===============================================================
**CC:** ;~
**Dictated Date / Time:** 01/24/15 1309
**Transcribed Date / Time:** 01/24/15 1437

**Report ID:** 0124-0405
**Transcriptionist:** MR.KKA
**Printed on** 01/29/15 at 0820

Page 1 of 4

**Report Status:** Signed

## Cardiac Cath Lab Report

**Name:** MOSIER,ROY G
**Age:** 52  **Sex:** M  **DOB:** ▮
**Account Number:** ▮
**Admitted:** 01/23/15   **Discharged:** 01/24/15
**Room:** 221-1  **Location:** CARD2
**Unit Number:** JU00744360
**Dictated By:** Nicholas,William John MD
**Supervising Dr:**
**Facility:** JOPLIN

**Freeman Health System**
1102 W. 32nd Street
Joplin, Missouri 64804
417.347.1111

**Freeman Neosho Hospital**
113 W. Hickory
Neosho, Missouri 64850
417.451.1234

============================================================

DATE:
1/24/2015

**PROCEDURE PERFORMED:**
1. IVC venography.
2. IVC filter explant.

INDICATIONS:
Roy Mosier is a 52 year old gentleman who had an IVC filter placed without following PE. It was placed prophylactically because of concerns of leg DVT. He has been able to tolerate Pradaxa and does not need the filter now.

TECHNIQUE:
Using ultrasound guidance a right IJ access was attempted. A Cook Celect retrieval system was used. Initially venography was performed to confirm no thrombus in the filter. The filter was then snared and pulled through the Celect retrieval system.

FINDINGS:
The IVC was widely patent pre and post IVC filter extraction. Fluoroscopy was used throughout the case.

<Electronically signed by William John Nicholas, MD>
01/29/15 0818

============================================================
**CC:** ;~
**Dictated Date / Time:** 01/24/15 1303
**Transcribed Date / Time:** 01/26/15 1409

**Report ID:** 0126-0744
**Transcriptionist:** MR.MDG
**Printed on** 01/29/15 at 0822

Page 1 of 1