IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    MANUEL TORRES
    1:18-cv-00158

**ORDER ON THE PARTIES' STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Considering the parties' Stipulation of Dismissal Without Prejudice of MANUEL TORRES.

IT IS HEREBY ORDERED that all claims of Plaintiff MANUEL TORRES against Defendants CCOK MEDICAL, LLC, COOK INCORPORATED, and WILLIAM COOK EUROPE APS are dismissed in their entirety without prejudice and each party shall bear its own costs. If this case is subsequently refiled, it must be filed in the Southern District of Indiana, or this dismissal will immediately convert to one with prejudice.

Signed this 29th day of October 2019.

                                                              RICHARD L. YOUNG, JUDGE
                                                              United States District Court
                                                               Southern District of Indiana