IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed without prejudice.
Dated: 10/29/19

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL no. 2570 |
| YVETTE MORGAN | |
| *Plaintiff*, | |
| vs. | CIVIL ACTION NO. 1:18-cv-00769 |
| COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS | |
| *Defendants*. | |

___

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
___

Plaintiff, Yvette Morgan, by and through her counsel, hereby dismisses, without prejudice, all claims in this action against Defendant Cook Medical, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff states:

1) The complaint was filed on March 9, 2018.

2) Defendants Cook Medical, Inc. *et al* were served.

3) Defendants Cook Medical, Inc. *et al* have not filed an answer or motion for summary judgment.

4) Plaintiff, Yvette Morgan, files this notice of dismissal with the intention of dismissing the case under FRCP 41(a)(1)(A)(i) without prejudice to refiling.