**EXHIBIT: A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Rosenbluth, et al v. Cook et al 1:16-cv-00474

## AFFIDAVIT OF MADELINE ROSENBLUTH

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2. I am a resident of Norwalk, Connecticut.

3. I am currently 71 years old, and I was implanted with an IVC Filter.

4. Cook has not taken my deposition regarding the relevant litigation

5. In late 2015, I was told that the IVC Filter that was implanted in me might be defective and that it could be causing my injuries. Before 2015, I was not aware of the causal connection between my injuries and Cook's IVC Filter.

6. In late 2015, I became aware that the IVC Filter that was implanted in me was manufactured by Cook.

I declare under the penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

Monday, October 28, 2019         */s/ Madeline Rosenbluth*
                                 Madeline Rosenbluth