# Exhibit B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

MADELINE ROSENBLUTH AND HOWARD ROSENBLUTH

Civil Case # 1:16-cv-474

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Madeline Rosenbluth

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Howard Rosenbluth

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Connecticut

1
SHORT FORM COMPLAINT

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Connecticut

6. Plaintiff's/Deceased Party's current state of residence:

Connecticut

7. District Court and Division in which venue would be proper absent direct filing:

U.S.D.C. Bridgeport

8. Defendants (Check Defendants against whom Complaint is made):

- ✓ Cook Incorporated
- ✓ Cook Medical LLC
- ✓ William Cook Europe APS

9. Basis of Jurisdiction:

- ✓ Diversity of Citizenship
- □ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

9; diversity

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ✓ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    5/21/11

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Norwalk Hospital

    Norwalk, CT

13. Implanting Physician(s):

    Michael Lynch, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I: Strict Products Liability – Failure to Warn
- ✓ Count II: Strict Products Liability – Design Defect
- ✓ Count III: Negligence
- ✓ Count IV: Negligence Per Se

3

SHORT FORM COMPLAINT

- ✓ Count V: Breach of Express Warranty
- ✓ Count VI: Breach of Implied Warranty
- ✓ Count VII: Violations of Applicable <u>Connecticut</u>_____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ✓ Count VIII: Loss of Consortium

    Count IX: Wrongful Death

    Count X: Survival

- ✓ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

<u>Timothy Litzenburg</u>

4

SHORT FORM COMPLAINT

16. Address and bar information for Attorney for Plaintiff(s):

The Miller Firm, LLC

108 Railroad Avenue

Orange, VA 22960

VA Bar No. 79688

               Respectfully submitted,

               */s/ Timothy A. Litzenburg*
               TIMOTHY A. LITZENBURG
               **THE MILLER FIRM LLC**
               108 Railroad Avenue
               Orange, Virginia 22960
               Tel: (540) 672-4224
               Fax: (540) 672-3055
               tlitzenburg@millerfirmllc.com

               *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 29, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

               */s/ Timothy A. Litzenburg*
               Timothy A. Litzenburg
               Virginia Bar No. 76988