UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC   )
FILTER MARKETING, SALES           ) 1:14-ml-02570-RLY-TAB
PRACTICES AND PRODUCT             ) MDL No. 2570
LIABILITY LITIGATION              )
_____   )
                                  )
This Document Relates to:         )

1:17-cv-06069; 1:19-cv-00623; 1:19-cv-02141; 1:19-cv-02475;
1:19-cv-02494; 1:19-cv-02540; 1:19-cv-02695; 1:19-cv-02696;
1:19-cv-02709; 1:19-cv-02711; 1:19-cv-02725; 1:19-cv-02730.

### ORDER ON (DKT. 11682) THE COOK DEFENDANTS' AMENDED MOTION TO DISMISS FOR FAILURE TO PROVIDE PPS

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") has not been submitted.

Accordingly, Cook's Motion to Dismiss is **GRANTED** as to the following cases:

1. Anthony Atkins           1:17-cv-06069
2. Josephine Schissler      1:19-cv-02141
3. Bro Grace Amen           1:19-cv-02494
4. Myra Breakstone          1:19-cv-02695
5. Helen Dovolis            1:19-cv-02696
6. Lois Flurschutz          1:19-cv-02709
7. Lyle Gillman             1:19-cv-02725

1

The following cases have submitted a Plaintiff Profile Sheet after the Cook Defendants filed the Motion; therefore, the Cook Defendants' Motion is **DENIED AS MOOT** for these cases:

1. Keri Phillips            1:19-cv-00623
2. LaVenia Brown            1:19-cv-02475
3. Gloria Hutchings [ESTATE] 1:19-cv-02540
4. Paul Gibble [ESTATE]     1:19-cv-02711
5. Alexander Vonholtz       1:19-cv-02730

All parties shall bear their own fees and costs.

**SO ORDERED** this 29th day of October, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.