IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

2 Cases Listed in Exhibit A to Cook's Omnibus
Motion for Summary Judgment Based on
Statute of Limitations

John McCormack; 1:18-cv-02110

Sammie Lambert; 1:19-cv-02561

## PLAINTIFFS' MOTION FOR ORAL ARGUMENT PURSUANT TO RULE 7-5

Pursuant to Local Rule 7-5, Plaintiffs respectfully submit this Motion and request the Court hear oral argument regarding their Response to Cook Defendants' Omnibus Motion for Summary Judgment Based on Statute of Limitations.

Plaintiffs believe oral argument will help the Court understand the legal and factual basis for the relief requested. Furthermore, the issues involving this matter are unique to each individual Plaintiff and drastic in their prejudicial nature to the individual plaintiffs if Cook's Motion for Summary Judgment is granted. Plaintiffs believe that oral argument should take 20 minutes per Plaintiff.

Dated: October 29, 2019                                Respectfully submitted,

/s/ Basil E. Adham
Basil E. Adham
TX Bar No. 24081742
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com
*ATTORNEY FOR PLAINTIFF*

Case 1:14-ml-02570-RLY-TAB   Document 12271   Filed 10/29/19   Page 2 of 2 PageID #: 90433