UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MYRA BREAKSTONE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COOK INCORPORATED, ) <br> COOK MEDICAL LLC, ) <br> WILLIAM COOK EUROPE APS, ) <br> ) <br> Defendants. ) | No. 1:19-cv-02695-RLY-TAB |

### JUDGMENT

The court, having granted the Defendants' Motion to Dismiss (dkt. 11682), now enters judgment in favor of the Defendants and against the Plaintiff.

**SO ORDERED** this 29th day of October 2019.

 _____
 RICHARD L. YOUNG, JUDGE
 United States District Court
 Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
 Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record