UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HELEN DOVOLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-02696-RLY-TAB |
| ) | |
| COOK INCORPORATED, ) | |
| COOK MEDICAL LLC, ) | |
| WILLIAM COOK EUROPE APS, ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

The court, having granted the Defendants' Motion to Dismiss (dkt. 11682), now enters judgment in favor of the Defendants and against the Plaintiff.

**SO ORDERED** this 29th day of October 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record