IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

2 Cases Listed in Exhibit A to Cook's
Omnibus Motion for Summary Judgment
Based on Statute of Limitations

John McCormack; 1:18-cv-02110

Sammie Lambert; 1:19-cv-02561

**SEALED EXHIBITS IN SUPPPORT OF PLAINTIFFS' RESPONSE TO COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS**