## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:14-cv-06014, 1:16-cv-01003, 1:16-cv-01033, 1:16-cv-02659,
1:16-cv-02901, 1:17-cv-00128, 1:17-cv-00209, 1:17-cv-00266,
1:17-cv-00300, 1:17-cv-01256, 1:17-cv-02291, 1:17-cv-02364,
1:17-cv-03013, 1:17-cv-03380, 1:18-cv-00928, 1:18-cv-00958,
and 1:18-cv-02901.

## MOTION TO CORRECT ORDER [DKT. 12228]

Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), respectfully move this Court to correct the Order entered at Dkt. 12228.

1. On October 28, 2019, following the submission of a proposed order, the Court entered the Order Regarding Certain Cases Subject to Cook Defendants' Pending Motion for Summary Judgment on Statute of Limitations Grounds [Dkt. 12228] (the "Order).

2. The Order inadvertently listed plaintiff Sandra Jackson's case number as "1:16-cv-01003." The correct case number relating to plaintiff Sandra Jackson is 1:16-cv-1033.

3. The Cook Defendants seek to correct the Order to account for the correct case number for plaintiff Sandra Jackson.

4. A Revised Proposed Order correcting plaintiff Sandra Jackson's case number is attached as Exhibit A.

WHEREFORE, the Cook Defendants respectfully requests that the Court strike the Order entered at Dkt. 12228 and enter the Revised Proposed Order attached as Exhibit A to this motion.

Dated: October 29, 2019

        Respectfully Submitted,

        /s/ Andrea Roberts Pierson
        Andrea Roberts Pierson, Co-Lead Counsel
        FAEGRE BAKER DANIELS LLP
        300 North Meridian Street, Suite 2500
        Indianapolis, Indiana  46204
        Telephone:    (317) 237-0300
        Facsimile:    (317) 237-1000
        Andrea.Pierson@FaegreBD.com

        James Stephen Bennett, Co-Lead Counsel
        FAEGRE BAKER DANIELS LLP
        110 W. Berry Street, Suite 2400
        Fort Wayne, Indiana  46802
        Telephone:    (260) 424-8000
        Facsimile:    (260) 460-1700
        Stephen.Bennett@FaegreBD.com

        *Attorneys for Defendants Cook Incorporated,*
        *Cook Medical LLC f/k/a Cook Medical*
        *Incorporated, William Cook Europe APS*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2019, a copy of the foregoing MOTION TO CORRECT ORDER [DKT. 12228] was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson