UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE COOK MEDICAL, INC., IVC FILTERS     Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND            MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

### REVISED ORDER REGARDING CERTAIN CASES SUBJECT TO COOK DEFENDANTS' PENDING MOTION FOR SUMMARY JUDGMENT <u>ON STATUTE OF LIMITATIONS GROUNDS</u>

This matter came before the Court on the Renewed Motion for Summary Judgment Based on Applicable Statutes of Limitation (the "Motion") filed by the defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook"). Having duly considered the motion:

IT IS HEREBY ORDERED:

1. Cook's Motion is **GRANTED** as to the following twelve (12) cases that have either not responded to the Motion or have filed responses indicating that they have no grounds to oppose the Motion.

- Jackson, Sandra         1:16-cv-01033
- Kerr, Aimee             1:16-cv-02659
- Miller, Scott           1:16-cv-02901
- Barrett, LaToya         1:17-cv-00128
- Hubbard, Derick         1:17-cv-00209
- Versluis, Scott         1:17-cv-00266
- Greig, Susan            1:17-cv-00300
- Floyd, Stephan          1:17-cv-01256

- Engelbrecht, Robert          1:17-cv-02291
- McGahan, Sandra              1:17-cv-02364
- Bothe, Chance                1:17-cv-03103
- Cook, Nathaniel              1:17-cv-03380

2.  Cook has withdrawn its Motion with respect to four (4) cases. Cook's Motion to **DENIED AS MOOT** for these cases.

- Weaver, Annette (Estate)     1:14-cv-06014
- Carpenter, Sandy             1:18-cv-00928
- Boggs, Audra                 1:18-cv-00958
- Collins, Kerri               1:18-cv-02901

3.  The following fifteen (15) Plaintiffs have moved to dismiss their cases and the stipulation to dismiss has either already been entered by this Court or remains pending on the docket. Cook's Motion is **DENIED AS MOOT** for these cases.

- Addison Robert               1:16-cv-03522
- Novak, Leslie                1:16-cv-02672
- Brady, Marcella (Estate)     1:16-cv-02882
- Francis, Katrina             1:17-cv-01168
- Clark, Robert                1:17-cv-01598
- Warren, Hezekiah             1:17-cv-03522
- Houck, Louise                1:17-cv-03886
- Turner, Sonny                1:18-cv-01059

- 3 -

- LeBlanc, Avery          1:18-cv-01367
- Johnson, Ralph          1:18-cv-02073
- Jeffers, Mark (Estate)  1:18-cv-02447
- Niemi, Judith           1:18-cv-02683
- Walker, Hattie          1:18-cv-02931
- County, Isiah (Estate)  1:18-cv-03100
- Perkins, Mary           1:19-cv-00132

**SO ORDERED** this _____ day of _____ 2019

Dated: _____

                                                   Hon. Richard L. Young
                                                   United States District Judge
                                                   Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.