# Exhibit A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
_____

Civil Case #_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   _____

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____

6. Plaintiff's/Deceased Party's current state of residence:

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   _____

8. Defendants (Check Defendants against whom Complaint is made):

    ☐ Cook Incorporated

    ☐ Cook Medical LLC

    ☐ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☐ Diversity of Citizenship

    ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 6 through 28 _____

      _____

      _____

   b. Other allegations of jurisdiction and venue:

      _____

      _____

      _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

  ☐ Günther Tulip® Vena Cava Filter

  ☐ Cook Celect® Vena Cava Filter

  ☐ Gunther Tulip Mreye

  ☐ Cook Celect Platinum

  ☐ Other:
  _____

11. Date of Implantation as to each product:

_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

_____

_____

13. Implanting Physician(s):

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

  ☐ Count I:  Strict Products Liability – Failure to Warn

  ☐ Count II:  Strict Products Liability – Design Defect

  ☐ Count III:  Negligence

  ☐ Count IV:  Negligence Per Se

3

- ☐     Count V:     Breach of Express Warranty

- ☐     Count VI:     Breach of Implied Warranty

- ☐     Count VII:     Violations of Applicable _____ insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- ☐     Count VIII:     Loss of Consortium

- ☐     Count IX:     Wrongful Death

- ☐     Count X:     Survival

- ☐     Count XI:     Punitive Damages

- ☐     Other: _____ (please state the facts supporting this Count in the space, immediately below)

- ☐     Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    Nathaniel K. Scearcy_____

16. Address and bar information for Attorney for Plaintiff(s):

    1901 West 47th Place, Suite 210, Westwood, Kansas, 66205

    Missouri Bar Number 68372

                        Respectfully submitted,

                        **Potts Law Firm, LLP**

                        */s/ Nathaniel K. Scearcy*
                        Nathaniel K. Scearcy, MO# 68372
                        THE POTTS LAW FIRM, LLP
                        1901 West 47th Place, Suite 210
                        Kansas City, Missouri 66205
                        Phone: (816) 931-2230
                        Fax: (816) 931-7030
                        nscearcy@potts-law.com

                        *Counsel for the Plaintiff*