# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Nicky Mobley v. Cook Incorporated, et al.
**Date:** 1/31/2019    **Docket No.:** 1:19-cv-00231-RLY-TAB
**Plaintiff(s) attorney and Contact information:**
   Nathaniel Scearcy
   The Potts Law Firm, LLP
   1901 West 47th Place, Suite 210
   Westwood, Kansas  66205
   Phone: (816) 931-2230    Fax: (816) 931-7030

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): ▇▇▇▇▇▇▇▇▇▇▇



1



a. 



### IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): 6/21/2016 (attempt)
2. Type of retrieval: trans jugular
3. Retrieval physician (Name/Address): Marc E. Mitchell, MD, 2500 N. State St., Jackson, MS 39216
4. Medical Facility (Name/Address): University of Mississippi Medical Center, 2500 N. State St., Jackson, MS 39216
5. Reason for Retrieval: tilted and projected filter causing stomach pain

(This section to be used if more than one retrieval attempted)

1. Date of retrieval (including any attempts): 7/26/2016
2. Type of retrieval: open removal
3. Retrieval physician (Name/Address): Marc E. Mitchell, MD, 2500 N. State St., Jackson, MS 39216
4. Medical Facility (Name/Address): University of Mississippi Medical Center, 2500 N. State St., Jackson, MS 39216
5. Reason for Retrieval: tilted and projected filter causing stomach pain and unable to remove via trans jugular

1. Date of retrieval (including any attempts): n/a
2. Type of retrieval: n/a
3. Retrieval physician (Name/Address): n/a

4

    4. Medical Facility (Name/Address):    n/a
    5. Reason for Retrieval: n/a

    1. Date of retrieval (including any attempts): n/a
    2. Type of retrieval: n/a
    3. Retrieval physician (Name/Address): n/a
    4. Medical Facility (Name/Address): n/a
    5. Reason for Retrieval: n/a

## V. OUTCOME ATTRIBUTED TO DEVICE

| | |
|---|---|
| ☐ **Migration** | ☒ **Other** <u>failed retrieval led to open removal</u> |
| ☒ **Tilt** | ☐ **Other** _____ |
| ☒ **Vena Cava Perforation** | ☐ **Other** _____ |
| ☐ **Fracture** | ☐ **Other** _____ |
| ☐ **Device is unable to be retrieved** | ☐ **Other** _____ |
| ☐ **Bleeding** | ☐ **Other** _____ |
| ☐ **Organ Perforation** | ☐ **Other** _____ |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

  <u>Diagnostic angiogram</u>    by <u>Marc E. Mitchell, MD</u>
(e.g. imaging studies, surgery, doctor visits)
_____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

<u>Plaintiff has suffered from vena cava tilt, perforation of the device, attempted removal and subsequent successful open removal, constant abdominal pain, pain and suffering and other injuries as they become apparent.</u>

5







11.





2. 



me

6. 

13

## VERIFICATION

I, __Nicky D. Mobley_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __January 31, 2019_____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I, _____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Claimant]