**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**EXHIBIT A TO MOTION TO DISMISS DUPLICATIVE FILINGS**

# Exhibit A - Cook Filter - Duplicate Filing

| | Complaint No. 1 | | | | | Complaint No. 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name | Filing Date | Cause Number | Federal/State | Jurisdiction | Plaintiff Counsel | Filing Date | Duplicate Cause Number | Federal/State | Jurisdiction | Plaintiff Counsel |
| Benhart, David | 4/19/2017 | 1:17-cv-01226 | Federal | Southern District of IN | Amanda Washington<br><br>McGlynn Glisson & Mouton<br><br>amanda@mcglynnglisson.com | 7/1/2019 | 1:19-cv-02692 | Federal | Southern District of IN | Gregory McEwen<br><br>McEwen Law Firm, Ltd<br><br>Gmcewen@mcewenlaw.com |
| Harrison, Darlene Miller | 8/5/2019 | 1:19-cv-03297 | Federal | Southern District of IN | John Dalimonte<br><br>DALIMONTE RUEB LAW GROUP<br><br>john@drlawllp.com | 8/27/2019 | 1:19-cv-03645 | Federal | Southern District of IN | Ben Martin<br><br>Martin\|Baughman PLLC<br><br>bmartin@martinbaughman.com |
| Jenkins, Susan | 5/4/2016 | 1:16-cv-01068 | Federal | Southern District of IN | Joseph A. Osborne<br><br>OSBORNE & ASSOCIATES LAW FIRM PA<br><br>josborne@realtoughlawyers.com<br><br>Richard W. Schutte<br><br>WRIGHT & SCHULTE, LLC<br><br>rschulte@yourlegalhelp.com | 6/27/2019 | 1:19-cv-02614 | Federal | Southern District of IN | Jeff Seldomridge<br><br>THE MILLER FIRM LLC<br><br>jseldomridge@millerfirmllc.com |
| Katrausky, Patricia [ESTATE OF] | 10/30/2017 | 1:17-cv-03968 | Federal | Southern District of IN | Andrew Kirkendall<br><br>F.KIRKENDALL DWYER LLP<br><br>rk@kirkendalldwyer.com | 9/4/2019 | 1:19-cv-03755 | Federal | Southern District of IN | David C. Degreef<br><br>Wagstaff & Cartmell, LLP<br><br>tcartmell@wcllp.com |

## Exhibit A - Cook Filter - Duplicate Filing

| | Complaint No. 1 | | | | | Complaint No. 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Case Name** | **Filing Date** | **Cause Number** | **Federal/State** | **Jurisdiction** | **Plaintiff Counsel** | **Filing Date** | **Duplicate Cause Number** | **Federal/State** | **Jurisdiction** | **Plaintiff Counsel** |
| Keller, Douglas M. Jr. | 5/10/2019 | 1:19-cv-01900 | Federal | Southern District of IN | Gregory Bentley Joseph Zonies<br><br>ZONIES LAW LL C<br><br>jzonies@zonieslaw.com | 6/27/2019 | 1:19-cv-02623 | Federal | Southern District of IN | Ben Martin<br><br>Law Offices of Ben Martin<br><br>bmartin@bencmartin.com |
| Meddock, Teresa | 8/16/2018 | 1:18-cv-02519 | Federal | Southern District of IN | Basil Adham<br><br>JOHNSON LAW GROUP<br><br>IVC@johnsonlawgroup.com | 7/15/2019 | 1:19-cv-02893 | Federal | Southern District of IN | Laci Whitley<br><br>FLINT LAW FIRM<br><br>lwhitley@flintlaw.cp |
| Muff, Leonard | 5/9/2019 | 1:19-cv-01881 | Federal | Southern District of IN | David Matthews<br><br>MATTHEWS & ASSOCIATES<br><br>matthewsivc@thematthewslawfirm.com | 7/3/2019 | 1:19-cv-02728 | Federal | Southern District of IN | Charles Johnson<br><br>LAW OFFICES OF CHARLES JOHNSON<br><br>bdehkes@charleshjohnsonlaw.com |
| Myers, Gregory Gene | 12/28/2017 | 1:17-cv-04754 | Federal | Southern District of IN | Matthew Lopez<br><br>Lopez McHugh<br><br>rlopez@lopezmchugh.com | 8/1/2019 | 1:19-cv-03228 | Federal | Southern District of IN | Scott Seideman<br><br>The Seideman Law Firm<br><br>sseid@seidlaw.com |
| Royce, Mathew | 1/8/2018 | 1:18-cv-00068 | Federal | Southern District of IN | Debra J. Humphrey<br><br>MARC J. BERN & PARTNERS, LLP<br><br>Dhumphrey@bernllp.com | 9/14/2019 | 1:19-cv-03918 | Federal | Southern District of IN | Matthew R. McCarley<br><br>FEARS NACHAWATI, PLLC<br><br>afurness@fnlawfirm.com |

# Exhibit A - Cook Filter - Duplicate Filing

| | Complaint No. 1 | | | | | Complaint No. 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Case Name** | **Filing Date** | **Cause Number** | **Federal/State** | **Jurisdiction** | **Plaintiff Counsel** | **Filing Date** | **Duplicate Cause Number** | **Federal/State** | **Jurisdiction** | **Plaintiff Counsel** |
| Ryan, John | 9/27/2018 | 1:18-cv-02982 | Federal | Southern District of IN | Basil Adham<br><br>Johnson Law Group<br><br>IVC@johnsonlawgroup.com | 7/9/2019 | 1:19-cv-02825 | Federal | Southern District of IN | John Dalimonte<br><br>Dalimonte Rueb Law Group<br><br>john@drlawllp.com |
| Seibert, Christine | 8/13/2018 | 1:18-cv-02486 | Federal | Southern District of IN | Basil Adham<br><br>Johnson Law Group<br><br>IVC@johnsonlawgroup.com | 9/5/2019 | 1:19-cv-03792 | Federal | Southern District of IN | Brandon L. Rich<br><br>Driggs, Bills & Day, PLLC<br><br>brich@lawdbd.com |
| Sims, Palmer Sr. | 3/20/2018 | 1:18-cv-06091 | Federal | Southern District of IN | E. Samuel Geislerv<br><br>AYLSTOCK WITKIN KREIS & OVERHOLTZ<br><br>sgeisler@awkolaw.com | 6/24/2019 | 1:19-cv-02541 | Federal | Southern District of IN | Charles H. Johnson<br><br>LAW OFFICES OF CHARLES H. JOHNSON, PA<br><br>bdehkes@charleshjohnsonlaw.com |