**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS DUPLICATIVE FILINGS**

| Exhibit B - Cook Filter - Duplicate Filing | | | | | |
|---|---|---|---|---|---|
| | **Complaint No. 2** | | | | |
| **Case Name** | **Filing Date** | **Duplicate Cause Number** | **Federal/State** | **Jurisdiction** | **Plaintiff Counsel** |
| Benhart, David | 7/1/2019 | 1:19-cv-02692 | Federal | Southern District of IN | Gregory McEwen<br><br>McEwen Law Firm, Ltd<br><br>Gmcewen@mcewenlaw.com |
| Harrison, Darlene Miller | 8/27/2019 | 1:19-cv-03645 | Federal | Southern District of IN | Ben Martin<br><br>Martin\|Baughman PLLC<br><br>bmartin@martinbaughman.com |
| Jenkins, Susan | 6/27/2019 | 1:19-cv-02614 | Federal | Southern District of IN | Jeff Seldomridge<br><br>THE MILLER FIRM LLC<br><br>jseldomridge@millerfirmllc.com |

## Exhibit B - Cook Filter - Duplicate Filing

| | Complaint No. 2 | | | | |
|---|---|---|---|---|---|
| **Case Name** | **Filing Date** | **Duplicate Cause Number** | **Federal/State** | **Jurisdiction** | **Plaintiff Counsel** |
| Katrausky, Patricia [ESTATE OF] | 9/4/2019 | 1:19-cv-03755 | Federal | Southern District of IN | David C. Degreef<br><br>Wagstaff & Cartmell, LLP<br><br>tcartmell@wcllp.com |
| Keller, Douglas M. Jr. | 6/27/2019 | 1:19-cv-02623 | Federal | Southern District of IN | Ben Martin<br><br>Law Offices of Ben Martin<br><br>bmartin@bencmartin.com |
| Meddock, Teresa | 7/15/2019 | 1:19-cv-02893 | Federal | Southern District of IN | Laci Whitley<br><br>FLINT LAW FIRM<br><br>lwhitley@flintlaw.cp |

| Exhibit B - Cook Filter - Duplicate Filing | | | | | |
|---|---|---|---|---|---|
| | Complaint No. 2 | | | | |
| Case Name | Filing Date | Duplicate Cause Number | Federal/State | Jurisdiction | Plaintiff Counsel |
| Muff, Leonard | 7/3/2019 | 1:19-cv-02728 | Federal | Southern District of IN | Charles Johnson<br><br>LAW OFFICES OF CHARLES JOHNSON<br><br>bdehkes@charleshjohnsonlaw.com |
| Myers, Gregory Gene | 8/1/2019 | 1:19-cv-03228 | Federal | Southern District of IN | Scott Seideman<br><br>The Seideman Law Firm<br><br>sseid@seidlaw.com |
| Royce, Mathew | 9/14/2019 | 1:19-cv-03918 | Federal | Southern District of IN | Matthew R. McCarley<br><br>FEARS NACHAWATI, PLLC<br><br>afurness@fnlawfirm.com |

| Exhibit B - Cook Filter - Duplicate Filing | | | | | |
|---|---|---|---|---|---|
| | Complaint No. 2 | | | | |
| Case Name | Filing Date | Duplicate Cause Number | Federal/State | Jurisdiction | Plaintiff Counsel |
| Ryan, John | 7/9/2019 | 1:19-cv-02825 | Federal | Southern District of IN | John Dalimonte<br><br>Dalimonte Rueb Law Group<br><br>john@drlawllp.com |
| Seibert, Christine | 9/5/2019 | 1:19-cv-03792 | Federal | Southern District of IN | Brandon L. Rich<br><br>Driggs, Bills & Day, PLLC<br><br>brich@lawdbd.com |
| Sims, Palmer Sr. | 6/24/2019 | 1:19-cv-02541 | Federal | Southern District of IN | Charles H. Johnson<br><br>LAW OFFICES OF CHARLES H. JOHNSON, PA<br><br>bdehkes@charleshjohnsonlaw.com |