**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                   MDL No. 2570

_____

**<u>EXHIBIT C TO MOTION TO DISMISS DUPLICATIVE FILINGS</u>**

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 11:02 AM |
| **To:** | amanda@mcglynnglisson.com; Greg McEwen |
| **Cc:** | Symons, Rochelle R. |
| **Subject:** | Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Benhart, David |

Amanda and Gregory,

McGlynn Glisson & Mouton filed a complaint on behalf of Benhart, David. The case number is 1:17-cv-01226.  McEwen Law Firm, Ltd has filed a second, identical complaint on behalf of the same plaintiff.  The case's case number is 1:19-cv-02692. Please dismiss the duplicate complaint.  I wanted to make you aware of the issue, and that we will be moving to dismiss the later-filed case next **Tuesday, October 29, after close of business** if one of the cases is not dismissed.  Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 11:20 AM |
| **To:** | john@drlawllp.com; Tom Arbon |
| **Cc:** | Symons, Rochelle R.; Ben Martin |
| **Subject:** | Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Harrison, Darlene Miller |

John and Tom,

Dalimonte Rueb Law Group filed a complaint on behalf of Harrison, Darlene Miller. The case number is 1:19-cv-03297. Martin|Baughman PLLC has filed a second, identical complaint on behalf of the same plaintiff. The case's case number is 1:19-cv-03645. Please dismiss the duplicate complaint. I wanted to make you aware of the issue, and that we will be moving to dismiss the later-filed case next **Tuesday, October 29, after close of business** if one of the cases is not dismissed. Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 11:17 AM |
| **To:** | josborne@realtoughlawyers.com; rschulte@yourlegalhelp.com; jseldomridge@millerfirmllc.com |
| **Cc:** | Symons, Rochelle R. |
| **Subject:** | Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Jenkins, Susan |

Joseph and Jeff,

Osborne and Francis and Wright & Schulte LLC filed a complaint on behalf of Jenkins, Susan. The case number is 1:16-cv-01068.  THE MILLER FIRM LLC has filed a second, identical complaint on behalf of the same plaintiff.  The case's case number is 1:19-cv-02614. Please dismiss the duplicate complaint.  I wanted to make you aware of the issue, and that we will be moving to dismiss the later-filed case **next Tuesday, October 29, after close of business** if one of the cases is not dismissed.  Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

**Blake A. Angelino**
*Associate*
*Admitted to Practice in Illinois; Ohio*
blake.angelino@FaegreBD.com    Download vCard
D: +1 312 356 5145

**Faegre Baker Daniels LLP**
311 S. Wacker Drive | Suite 4300 | Chicago, IL 60606, USA

1

## Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 1:41 PM |
| **To:** | ak@kirkendalldwyer.com; akirkendall@kirkendalldwyer.com |
| **Cc:** | Symons, Rochelle R.; Tom P. Cartmell; David C. DeGreeff |
| **Subject:** | FW: Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Katrausky, Patricia |

Sorry Andrew, David, and Tom, I mistyped this email below. Same issues though.

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

---

**From:** Angelino, Blake A.
**Sent:** Friday, October 25, 2019 10:17 AM
**To:** 'rk@kirkendalldwyer.com' <rk@kirkendalldwyer.com>; Tom P. Cartmell <tcartmell@wcllp.com>
**Cc:** Symons, Rochelle R. <rochelle.symons@FaegreBD.com>
**Subject:** Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Katrausky, Patricia

Andrew and David,

Kirkendall Dwyer LLP filed a complaint on behalf of Katrausky, Patricia. The case number is 1:17-cv-03968.  Wagstaff & Cartmell, LLP has filed a second, identical complaint on behalf of the same plaintiff.  The case's case number is 1:19-cv-03755. Please dismiss the duplicate complaint.  I wanted to make you aware of the issue, and that we will be moving to dismiss the later-filed case next **Tuesday, October 29, after close of business** if one of the cases is not dismissed.  Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

1

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 1:46 PM |
| **To:** | jzonies@zonieslaw.com; Tom Arbon |
| **Cc:** | bmartin@bencmartin.com; Symons, Rochelle R. |
| **Subject:** | Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Keller, Douglas M. Jr. |

Gregory and Tom,

Zonies Law LLC filed a complaint on behalf of Keller, Douglas M. Jr.. The case number is 1:19-cv-01900.  Law Offices of Ben Martin has filed a second, identical complaint on behalf of the same plaintiff.  The case's case number is 1:19-v-02623.  Please dismiss the duplicate complaint.  I wanted to make you aware of the issue,  and that we will be moving to dismiss the later-filed case next **Tuesday, October 29, after close of business** if one of the cases is not dismissed.  Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

## Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 2:36 PM |
| **To:** | Basil Adham |
| **Cc:** | Symons, Rochelle R. |
| **Subject:** | FW: Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Meddock, Teresa |

Basil, FYI, I meant to add you to the email below.

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

---

**From:** Angelino, Blake A.
**Sent:** Friday, October 25, 2019 12:58 PM
**To:** 'IVC@johnsonlawgroup.com' <IVC@johnsonlawgroup.com>; Laci Whitley <lwhitley@flintlaw.com>
**Cc:** Symons, Rochelle R. <rochelle.symons@FaegreBD.com>
**Subject:** Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Meddock, Teresa

Basil and Laci,

Johnson Law Group filed a complaint on behalf of Meddock, Teresa. The case number is 1:18-cv-02519. FLINT LAW FIRM has filed a second, identical complaint on behalf of the same plaintiff. The case's case number is 1:19-cv-02893. Please dismiss the duplicate complaint. I wanted to make you aware of the issue, and that we will be moving to dismiss the later-filed case next Tuesday, October 29, after close of business if one of the cases is not dismissed. Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 2:01 PM |
| **To:** | matthewsivc@thematthewslawfirm.com; bdehkes@charleshjohnsonlaw.com |
| **Cc:** | dmatthews@thematthewslawfirm.com; Symons, Rochelle R. |
| **Subject:** | Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Muff, Leonard |

David and Charles,

Matthews & Associates filed a complaint on behalf of Muff, Leonard. The case number is 1:19-cv-01881. LAW OFFICES OF CHARLES JOHNSON has filed a second, identical complaint on behalf of the same plaintiff. The case's case number is 1:19-cv-02728. Please dismiss the duplicate complaint. I wanted to make you aware of the issue, and that we will be moving to dismiss the later-filed case next **Tuesday, October 29, after close of business** if one of the cases is not dismissed. Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

1

## Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 2:09 PM |
| **To:** | rlopez@lopezmchugh.com; sseid@seidlaw.com |
| **Cc:** | Symons, Rochelle R.; mlopez@lopezmchugh.com |
| **Subject:** | Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Myers, Gregory Gene |

Matthew and Scott,

Lopez McHugh filed a complaint on behalf of Myers, Gregory Gene. The case number is 1:17-cv-04754.  The Seideman Law Firm has filed a second, identical complaint on behalf of the same plaintiff.  The case's case number is 1:19-cv-03228.  Please dismiss the duplicate complaint.  I wanted to make you aware of the issue,  and that we will be moving to dismiss the later-filed case next Tuesday, October 29, after close of business if one of the cases is not dismissed.  Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

## Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 2:32 PM |
| **To:** | Dhumphrey@bernllp.com; afurness@fnlawfirm.com |
| **Cc:** | Symons, Rochelle R. |
| **Subject:** | Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Royce, Mathew |

Debra and Matthew,

MARC J. BERN & PARTNERS, LLP filed a complaint on behalf of Royce, Mathew. The case number is 1:18-cv-00068.  FEARS NACHAWATI, PLLC has filed a second, identical complaint on behalf of the same plaintiff.  The case's case number is 1:19-cv-03918. Please dismiss the duplicate complaint.  I wanted to make you aware of the issue, and that we will be moving to dismiss the later-filed case next Tuesday, October 29, after close of business if one of the cases is not dismissed.  Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 2:35 PM |
| **To:** | IVC@johnsonlawgroup.com; john@drlawllp.com |
| **Cc:** | Symons, Rochelle R.; Basil Adham |
| **Subject:** | Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Ryan, John |

Basil and John,

Johnson Law Group filed a complaint on behalf of Ryan, John. The case number is 1:18-cv-02982. Dalimonte Rueb Law Group has filed a second, identical complaint on behalf of the same plaintiff. The case's case number is 1:19-cv-02825. Please dismiss the duplicate complaint. I wanted to make you aware of the issue, and that we will be moving to dismiss the later-filed case next **Tuesday, October 29, after close of business** if one of the cases is not dismissed. Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

1

## Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 2:45 PM |
| **To:** | IVC@johnsonlawgroup.com; brich@lawdbd.com; brich@advocates.com |
| **Cc:** | Symons, Rochelle R.; Basil Adham |
| **Subject:** | Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Seibert, Christine |

Basil and Brandon,

Johnson Law Group filed a complaint on behalf of Seibert, Christine. The case number is 1:18-cv-02486. Driggs, Bills & Day, PLLC has filed a second, identical complaint on behalf of the same plaintiff. The case's case number is 1:19-cv-03792. Please dismiss the duplicate complaint. I wanted to make you aware of the issue, and that we will be moving to dismiss the later-filed case next Tuesday, October 29, after close of business if one of the cases is not dismissed. Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Friday, October 25, 2019 2:50 PM |
| **To:** | sgeisler@awkolaw.com; bdehkes@charleshjohnsonlaw.com |
| **Cc:** | Symons, Rochelle R. |
| **Subject:** | Cook Filter MDL - Request to Dismiss Duplicate Complaint on Behalf of Sims, Palmer Sr. |

Samuel and Charles,

AYLSTOCK WITKIN KREIS & OVERHOLTZ filed a complaint on behalf of Sims, Palmer Sr.  The case number is 1:18-cv-06091.  LAW OFFICES OF CHARLES H. JOHNSON, PA has filed a second, identical complaint on behalf of the same plaintiff.  The case's case number is 1:19-cv-02541. Please dismiss the duplicate complaint.  I wanted to make you aware of the issue,  and that we will be moving to dismiss the later-filed case **next Tuesday, October 29, after close of business** if one of the cases is not dismissed.  Please let me know if you have any questions or concerns, ideally we can simply stipulate to dismiss one of the cases.

Best,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*