# Exhibit A

## **AFFIDAVIT OF STEVEN SOWARDS**

I, Steven Sowards, after first being duly sworn upon oath, depose and state as follows:

1. My name is Steven Sowards, I am an adult over the age of 18 residing in the State of Florida.

2. I am the named plaintiff in Case No. 1:16-CV-02122-RLY-TAB.

3. In 2009 I suffered a traumatic injury as a pedestrian hit by an automobile. Unknown to me, during the course of treatment for this accident, an IVC filter was implanted on July 29, 2009 to prophylactically prevent clots.

4. In February 2012, I began experiencing severe abdominal pain. Believing I was suffering from appendicitis, I sought medical treatment at the Florida Hospital Emergency Room in Celebration, Florida.

5. During the February ER visits, medical staff ruled out appendicitis and prescribed pain killers before discharging me from the Emergency Room.

6. On February 27, 2012, with the abdominal pain persisting, I sought a second opinion. It was during this visit that I first learned I had an IVC filter and that the filter was the potential cause of the abdominal pain. I was referred to vascular surgeon Dr. Robert Winter at Florida Hospital, Orlando, Florida for a surgery consultation to remove the IVC filter.

7. On February 29, 2012, Dr. Winter performed the surgery to remove my IVC filter.

8. Following the surgery I asked the medical staff whether my filter had been defective. I was told it was not and that this had been very unusual and extremely rare failure.

1

9. In approximately June of 2016, I read a news article describing a growing number of reports of IVC filter failures. It was at this time that I realized I may have a legal claim and contacted the Levin Papantonio law firm.

Further affiant sayeth not.

Steven Sowards

STATE OF Michigan
COUNTY OF Lenawee

The foregoing affidavit was acknowledged before me this 24 day of October, 2019, by Steven Sowards, who is personally known to me and who acknowledged the foregoing Affidavit to be true and correct to the best of his information, knowledge and belief.

BETH A. VANARSDALL
Notary Public, Monroe County, Michigan
My Commission Expires April 25, 2020
Acting in Lenawee Co.

NOTARY PUBLIC
Type Name: Beth A Vanarsdall
My Commission Expires: 4/25/2020
Commission No.:_____

2