IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
James Furnas and Carol Furnas
1:18-cv-1519

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT IN MISCHARACTERIZED NO INJURY CASES

The above captioned Plaintiffs James and Carol Furnas oppose Defendants' Motion for Summary Judgment in Mischaracterized No Injury Cases (CM/ECF Doc. 11923) as it applies to their case. On the Census document forming the basis of Defendants' Motion for Summary Judgment, Plaintiffs designated their case as a Category 7 Injury case, alleging a DVT, but did not possess the records at the time of serving the Census Form. Plaintiffs have since obtained the records pertaining to Mr. Furnas' DVT and have now supplemented the Census Form accordingly. In light of the aforementioned supplemented census, Defendants' have since agreed to withdraw the Motion for Summary Judgment as it pertains to this case. Accordingly, Defendants' Motion for Summary Judgment in Mischaracterized No Injury Cases (CM/ECF Doc. 11923) should be denied as moot as it pertains to the above captioned matter.

Respectfully submitted,

*/s/Michael S. Kruse*
Michael S. Kruse, E.D. Mo. Bar # 57818MO
**NIEMEYER, GREBEL & KRUSE, LLC**
10 S. Broadway, Suite 1125
St. Louis, MO 63102
Telephone: (314) 241-1919
Facsimile: (314) 665-3017
kruse@ngklawfirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served by way of the Court's CM/ECF filing system this 29th day of October, 2019.

/s/ Michael S. Kruse