## AFFIDAVIT OF CLAYTON KINSEY

STATE OF ALABAMA          )
                          ) ss
COUNTY OF BARBOUR         )

1. I, Clayton Kinsey, am over the age of 18 and fully competent to testify to the matters stated herein.

2. I have personal knowledge of the facts stated herein.

3. On July 3rd, 2008, I had surgery to implant a Günther Tulip Vena Cava Filter ("Filter").

4. At the time of the implant surgery, I had just been involved in an accident and suffered injuries, including a head injury, that required multiple surgeries.

5. I did not realize at that time that I was having the Filter implanted.

6. Sometime in March 2013, I experienced leg and back pain that prompted me to see a doctor.

7. After seeing the doctor and having an MRI, I was told that I had the Filter in one of my arteries and it now needed to be removed.

8. Until that time, March 2013, I was still unaware that the Filter had been implanted or that it remained in my body.

9. After that point, I was told that the Filter was in a dangerous position in my body and needed to be removed. I was not aware of why or how the Filter had come to be in that state.

10. None of my doctors told me that there was a possibility that a defect in the Filter product itself was the reason for removal of the Filter.

11. Sometime in 2016, I discovered, through a television advertisement, that the Filter I had removed may have been defective, and that may have been the reason for my injuries.

FURTHER, affiant sayeth naught.

In witness whereof, I have affixed my signature this 25th day of October, 2019.

_____
Clayton Kinsey

Subscribed and sworn to before me, this 25th day of October, 2019.

_____
Notary Public

My Commission expires:

8-14-21

EXHIBIT A