## AFFIDAVIT OF DAVID C. DEGREEFF, ESQ.

STATE OF MISSOURI )
) ss
COUNTY OF JACKSON )

1. I, David C. DeGreeff, am over the age of 18 and fully competent to testify to the matters stated herein.

2. I have personal knowledge of the facts stated herein.

3. I am an attorney at the law firm Wagstaff & Cartmell LLP. I represent the Plaintiff, Clayton Kinsey (1:17-cv-4414).

4. This affidavit is made pursuant to Rule 56(d). Additional discovery is needed before this Plaintiff can respond adequately to the summary judgment motion filed by Defendant Cook Medical, Inc. ("Cook"), if the Court determines that Cook has met its initial burden on summary judgment (which the above-named Plaintiff's contest), thereby triggering the Plaintiffs' obligation to bring forth contrary evidence.

5. No case-specific discovery has been done on this case. Case specific discovery will reveal evidence pertinent to the statute-of-limitations issues raised by Cook's motion, including information about when the Plaintiff first discovered that Cook's defective product was the source of his injury, how he made that discovery, and whether other information indicates that they should have made that discovery sooner.

6. Plaintiffs also need additional discovery as to Cook's role in any delay in the Plaintiff having the necessary knowledge to bring his claims at an earlier time. For instance, the Plaintiff has alleged that Cook fraudulently concealed material information, thereby preventing the Plaintiff from learning that Cook's product was defective and caused their injuries. Discovery would likely reveal information about what Cook concealed from the Plaintiff and his

physicians, as well as its own sales force, about the various injuries caused by Cook's IVC filters and the frequency and severity of those injuries.

FURTHER, affiant sayeth naught.

In witness whereof, I have affixed my signature this 29th day of October, 2019.

_____
David C. DeGreeff, Esq.

Subscribed and sworn to before me, this 29th day of October, 2019.

_____
Notary Public

My Commission expires:

April 9, 2020

MICHELLE GOLDWASSER
My Commission Expires
April 9, 2020
Jackson County
Commission #12414155

EXHIBIT B