UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Leslie Diaz v. Cook Incorporated, et al., 1:19-cv-122

### AFFIDAVIT OF LESLIE DIAZ

1.  I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2.  I am currently 51 years old, and I was implanted with an IVC Filter in 2003 in the State of Oregon.

3.  In 2007 portions of the IVC filter were operatively removed.

4.  While the IVC filter was partially removed in 2007, part of the IVC filter remains in my body and I continue to experience injuries such as perforation of the IVC.

5.  I am currently a resident of the state of Oregon.

6.  Cook has not taken my deposition regarding the relevant litigation.

7.  In late 2018, I was told that the IVC Filter that had been implanted in me might be defective. Before 2018, I was not aware of the causal relationship between my injuries and the Cook IVC filter and/or or the causal relationship between my injury and the conduct of the manufacturer.

8. In late 2018 I became aware that the IVC Filter that was implanted in me was manufactured by Cook.

I declare under the penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

10-28 , 2019

Leslie Diaz