UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case no. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
CASE NO. 1:19-cv-01018- RLY-TAB
(BAILEY HOWARTH)

**AFFIRMATION IN OPPOSITION TO COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS FOR 26 CASES**

I, Rosemarie Riddell Bogdan, Esq., an attorney duly licensed to practice law in the State of New York and elsewhere, do affirm under the penalties of perjury as follows:

1. I am a partner at Martin, Harding and Mazzotti, LLP, attorneys for plaintiff, Bailey Howarth, in this action against the Cook Defendants. This action arises out of an injury caused by a Cook Gunther Tulip IVC filter implanted and removed in this New York resident in New York hospitals as more fully set forth in the attached Memorandum in Opposition to the Cook Defendants' motion seeking summary judgment on statute of limitations against various plaintiffs in this MDL, including the plaintiff, Bailey Howarth.

2. The following Exhibits are attached to and incorporated into this Affirmation in Opposition with Memorandum of Law:

    A. Short Form Complaint of plaintiff, Bailey Howarth, direct filed in this MDL Court on 3-13-2019; and

B. A true and correct copy of the operative report dated 5-31-2006 of Dr. Heena Rajdeo at Westchester Medical Center, Valhalla, New York in which the subject Cook IVC filter was implanted into plaintiff, along with the product identification of this filter from the hospital chart; and

C. A true and correct copy of the operative report dated 3-30-2016 of Dr. Ralph Clement Darling at Albany Medical Center, Albany, New York for the surgical removal of this same Cook IVC filter, along with the pathology report from this surgery; and

D. Entry on Motion for Judgment on the Pleadings based on the Statute of Repose, Case 1:14-ml-02570 RLY-TAB, Filed 05/31/2017, pages 1- 16 Page ID #:11506-11521; and

E. Cook Defendants' Memorandum in Support of Motion for Judgment on the Pleadings Based on Statutes of Repose, Case 1:14-ml-02570-RLY-TAB Document 4186-1 Filed 03/27/17 Pages 1-12 Page ID#: 9192-9203; and

F. <u>Brand</u> Trial Exhibit PX-1148; PX-1099 and Excerpts from Trial Testimony of Harlan M. Krumholz, M.D.

3. Also attached is Plaintiff Howarth's Memorandum in Opposition to Cook Defendants' motion for summary judgment on statute of limitations.

For the reasons set forth in Plaintiff's Memorandum in Opposition to Cook Defendants' motion for summary judgment, the Court must deny the Cook Defendants' motion in all respects.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2019
      Albany, New York

                             By:    */s/Rosemarie Riddell Bogdan*
                                      Rosemarie Riddell Bogdan, Esq.
                                       (Bar No.: NDNY 506409)
                                      MARTIN, HARDING AND MAZZOTTI, LLP
                                      Attorneys for Plaintiff, Bailey Howarth
                                      1222 Troy-Schenectady Road
                                      P.O. Box 15141
                                      Albany, New York 12212-5141
                                      Tel.:  (518) 862-1200
                                      Email: rrbivccook@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October 2019, a copy of the foregoing **Plaintiff Bailey Howarth's ATTORNEY AFFIRMATION IN OPPOSITION TO COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS FOR 26 CASES with Exhibits** was electronically filed and notice of the filing of this document will be sent by all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's electronic system.

*/s/Rosemarie Riddell Bogdan, Esq.*