# WESTCHESTER MEDICAL CENTER
# OPERATIVE REPORT

**NAME:** Howarth, Bailey  
**ADMIT DATE:** 05/27/2006   **SURGERY DATE:** 05/31/2006  
**ATTENDING PHYSICIAN:** Heena P. Rajdeo, M.D.  
**MR#:** ▮  
**DISCHARGE DATE:** 06/05/200  
**BILLING NUMBER:** ▮

ASSISTANT: Khahd Chaudhry, M.D. *PGS 3*

PREOPERATIVE DIAGNOSIS: Spinal injury. *L1 Burst Fx*

POSTOPERATIVE DIAGNOSIS: Spinal injury.

NAME OF PROCEDURE: Insertion of *removable* vertebral inferior vena cava filter. *(Günther Tulip)*

SURGEON: Dr. Rajdeo *and* Samir Pandya, M.D.

ANESTHESIA: Local and monitored anesthesia care.

INTRAVENOUS FLUIDS: 600 cc of Plasma-Lyte.

ESTIMATED BLOOD LOSS: 0.

URINE OUTPUT: Normal.

COMPLICATIONS: None.

DISPOSITION: Recovery room in stable condition.

DESCRIPTION OF PROCEDURE: After a conservative diagnosis and consent, the patient was taken to the operating room and placed on the table in the supine position. The right groin was prepped and draped in the standard sterile fashion. 1% lidocaine was infiltrated into the skin overlying the common femoral vein to provide a local anesthetic. Intravenous sedation was administered by the anesthesia staff. The common femoral vein was punctured with a Seldinger needle and a guide wire placed into the inferior vena cava. The cord was introduced here and was placed into the common femoral vein to facilitate venography. Contrast venography was performed and there were no problems within the cava or iliac veins. The renal veins and iliac veins were identified and marked. The tract was serially dilated over the guide wire and a provided sheath placed into the cava under fluoroscopy. The sheath was flushed with heparinized saline. The device was inserted over the wire, into the sheath and positioned below the lowest renal vein. The sheath was withdrawn exposing the filter. With continuous fluoroscopic imaging, the filter was deployed in the inferior vena cava. Completion of venogram showed good filter position within the cava without thrombus formation. The device and sheath were removed and 10 minutes of pressure was applied to the puncture site for hemostasis. Dressings were applied. The patient tolerated the procedure well and was taken to the Post Anesthesia Care Unit in stable condition.

Page 1

ORIGINAL - CHART COPY

## WESTCHESTER MEDICAL CENTER
## OPERATIVE REPORT

**NAME:** Howarth, Bailey  **MR#:** ▮▮▮▮
**ADMIT DATE:** 05/27/2006  **SURGERY DATE:** 05/31/2006  **DISCHARGE DATE:** 06/05/2006
**ATTENDING PHYSICIAN:** Heena P. Rajdeo, M.D.  **BILLING NUMBER:** ▮▮▮▮

---

Heena P. Rajdeo, M.D.

DICT: Samir Ramesh Pandya - DD: 06/11/2006
TD: 06/12/2006 10:57 A
hts/HGJ
Job #: 000049960      Doc #: 72659

ORIGINAL - CHART COPY

# WESTCHESTER MEDICAL CENTER

## VALHALLA, NEW YORK 10595
## OPERATING ROOM
## CASE RECORD

HOWARTH, BAILEY
M: 05/27/06
1984  F  21
BACCAY, FRANCIS
PT#: [redacted]
SUR 1245845

DATE: 5-31-06   TIME IN: 1450
PT.'S ROOM #: 431 B   START TIME: 1520
O.R. #: 17   END TIME: 1650
O.R. MINUTES:   TIME OUT: 1655

Ages 2

**SURGEONS:**
OPERATIVE: Rajdeep Pandya
ATTENTING: Rajdeep
RESIDENT: Pandya MD
MEDICAL STUDENTS: Chaudhay MS 3

**ANESTHESIOLOGISTS:**
ATTENDING: [illegible]
RESIDENT: [illegible]
TYPE OF ANESTHESIA: GENERAL // SPINAL // EPIDURAL // CAUDAL // BLOCK: ___ / M.A.C. / LOCAL
OTHER:
ANESTHETIC AGENTS ADMINISTERED BY SURGEON: 1% lidocaine 1cc for local

PRE-OPERATIVE DIAGNOSIS: Paraplegia
POST-OPERATIVE DIAGNOSIS: Same

OPERATIVE PROCEDURES:
- Insertion of IVC filter Right groin
- Removal of Lt chest tube

ALLERGIES: NKDA

IMPLANT INFORMATION: YES // NO
COOK®
GUNTHER TULIP™ VENA CAVA FILTER SET
IGTCFS-65-FEM
LOT NO. 1514796

ELB: ___

*REFER TO LASER PROTOCOL: YES // NO
SURGEON'S // RESIDENT'S SIGNATURE: [signature]

**REFER TO PERI-OP ASSESSMENT & DOCUMENTATION FORM #HC429-91: YES // NO   CODE:

| SCRUB NURSE(S)/TECH(S) | CIRCULATING NURSE(S) | | |
|---|---|---|---|
| 1. S. Tepoli RN | V. Venemulben | X-RAY: | YES/NO |
| 2. | | IMAGE: | YES/NO |
| 3. | | AUTOTRANSFUSION: | YES/NO |
| 4. | LASER NURSE | MICROSCOPE: | YES/NO |
| | | LASER: Type: | YES/NO |

SPECIMEN(S): YES / NO   CULTURES: YES / NO   CAVITRON: YES/NO
SPONGE & NEEDLE COUNTS CORRECT: YES / NO // N/A   ULTRASOUND: YES/NO
INSTRUMENT COUNT CORRECT: YES // NO // N/A   VIDEO CAMERA: YES/NO

TYPE OF CASE: CLEAN   CLEAN/CONTAMINATED   CONTAMINATED   INFECTED
CASE STATUS: SCHEDULED   EMERGENCY   URGENT