**ALBANY MEDICAL CENTER HOSPITAL**
**NEW SCOTLAND AVENUE**
**ALBANY, NY 12208**

**OPERATIVE REPORT**

NAME: HOWARTH, BAILEY C         MR #: ▇▇▇
DOB: ▇▇▇                         ECD #: ▇▇▇9
ATTENDING MD: DARLING, RALPH CLEMENT MD      OPERATION DATE: 03/30/2016

SURGEON: Dr. Ralph Clement Darling

FIRST ASSISTANTS: Dr. Courtney Warner and Dr. Barbara Melendez, and Dr. Jeffrey Nath.

PREOPERATIVE DIAGNOSIS: Infected vena cava filter with infected thrombus.

POSTOPERATIVE DIAGNOSIS: Infected vena cava filter with infected thrombus.

OPERATION: Removal of infected vena cava filter and infected thrombus, resection of vena cava, and primary repair.

INDICATIONS: Ms. Howarth is a woman who has a history of septic pulmonary emboli and a thrombus around a filter. She has presumed infected thrombus and an infected IVC filter. We were asked to remove the filter as a nidus for her infection. Risks, benefits, and alternatives discussed with her. She understands and accepts and she wants us to proceed.

PROCEDURE: As soon as general endotracheal was received, abdomen was prepped and draped in the usual sterile fashion. A midline incision was made, carried down through the fascia. The duodenum was kocherized and the right colon was elevated. This allowed us access to the infrahepatic vena cava, as well as to the bifurcation. Umbilical tapes were placed around the right and left renals as well as the infrahepatic cava and the cava just above the bifurcation. We also had the gonadal separately identified. We used Rumel clamps. We cinched down all of this, opened up the vena cava. There was still a tremendous amount of lumbar bleeding which we could not truly identify and we had to use wire cutters to remove some of the prongs because about 3 of the prongs were outside the vena cava. We did this, removed the filter with some duress. This went well and then essentially scooped out all of the infected hematoma _just at the_____ end of venectomy with some of the remaining vena cava was resected. This actually went very well. We did lose a fair amount of blood. Anesthesia did a good job of keeping her hemodynamically stable. We removed all of the infected hematoma, thrombus, and the TEE demonstrated that none of the thrombus went cephalad toward her lungs. We then irrigated it vigorously and resected some more of the _____ adherent thrombus and then closed it primarily using a 5-0 Prolene suture. This went well, laid nicely. There were no leaks. O2 sats remained stable and she was also hemodynamically stable. The patient tolerated the procedure well. Midline was closed with number 1 nylon and skin with clips. Dry sterile dressings were applied. Sponge, instrument, and needle counts correct x2. The patient tolerated the procedure well was transferred to the recovery room in stable condition. EBL was around 400 mL.

RALPH CLEMENT DARLING, MD

RD/acu/sandhya.v_cbe

ALBANY MEDICAL CENTER HOSPITAL
NEW SCOTLAND AVENUE
ALBANY, NY  12208

OPERATIVE REPORT

NAME: HOWARTH, BAILEY C           MR #:
DOB:                              ECD #:
ATTENDING MD: DARLING, RALPH CLEMENT MD    OPERATION DATE: 03/30/2016

Dict: R. Clement Darling, III, MD
Job ID: 48550809

D: 04/01/2016 12:25:25

Transcript ID: 59599422
T: 04/02/2016 10:31:08

**Edited By  DARLING, RALPH CLEMENT MD 06-Apr-2016 15:11:56 -04:00**
**Edited By  DARLING, RALPH CLEMENT MD 06-Apr-2016 15:16:03 -04:00**

Electronically Signed By: DARLING, RALPH CLEMENT MD on  06-Apr-2016 15:16:03 -04:00

**Albany Medical Center Hospital**
**Division of Anatomic Pathology**
43 New Scotland Ave.   Albany, NY 12208
Telephone: (518) 262-5454   Fax: (518) 262-3663
**Surgical Pathology Report**

| | | | |
|---|---|---|---|
| Patient: | HOWARTH, BAILEY C. | Physician: | Ralph C Darling, MD |
| Case#: | | Location: | M5, OB |
| DOB: | F | Procedure Date: | 3/30/2016 |
| MR #: | | Receive Date: | 3/30/2016 |
| ECD #: | | Accession Date: | 3/30/2016 |
| Copy To: | | Report Date: | 4/22/2016 13:51 |

### FINAL DIAGNOSIS:

**VENA CAVA FILTER, REMOVAL:**
   FILTER, GROSS ONLY.        /dw

*I attest that the above diagnosis is based upon my personal microscopic examination of the slide(s) and/or other materials, and that I have reviewed, approved, and electronically signed this report.*

Attending Pathologist: Llewellyn A Foulke, MD

### SPECIMEN:
A: GROSS EXAMINATION, VENA CAVA FILTER
# of Blocks: 1

### CLINICAL HISTORY:
UNSPECIFIED

### PRE-OP DIAGNOSIS:
UNSPECIFIED

### SURGICAL PROCEDURE:
EXPLANT VENA CAVA FILTER

### GROSS DESCRIPTION:
   Received fresh labeled "vena cava filter" is a 5.5 x 1.0 x 0.3 cm metallic gray foreign body, consistent with a stent-like device. No sections are submitted. Gross examination only. A gross photograph is taken.     /jrb

Assigned Resident: SANAZ AINECHI, MD;    Grossed by: ADAM N TEGNANDER