# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Gregory Denton v. Cook Incorporated, et al., 1:16-cv-01140

## **AFFIDAVIT OF GREGORY DENTON**

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2. I am currently 55 years old, and I was implanted with an IVC Filter in 2004 in the State of Oregon.

3. I am currently a resident of the state of Oregon.

4. Cook has not taken my deposition regarding the relevant litigation.

5. In late 2015, I was told that the IVC Filter that had been implanted in me might be defective. Before 2015, I was not aware of the causal relationship between my injuries and the Cook IVC filter and/or or the causal relationship between my injury and the conduct of the manufacturer.

6. In late 2015 I became aware that the IVC Filter that was implanted in me was manufactured by Cook.

I declare under the penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

October 29, 2019

_____
Gregory Denton