UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case no. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
CASE NO. 1:19-cv-01018- RLY-TAB (BAILEY HOWARTH)

**PLAINTIFF, BAILEY HOWARTH'S NOTICE OF ORAL ARGUMENT FOR HER AFFIRMATION IN OPPOSITION TO COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS FOR 26 CASES**

PLEASE TAKE NOTICE, that Plaintiff, Bailey Howarth, by and through her attorneys, Rosemarie Riddell Bogdan, Esq., Martin, Harding & Mazzotti, LLP, hereby notify parties and counsel with cases subject to the Cook Defendants' pending Omnibus Motion for Summary Judgment Based on Statute of Limitations for 26 Cases, that oral argument is requested at a date and time to be scheduled by the Court at the Winfield K. Denton Federal Building & U.S. Courthouse, 101 Northwest Martin Luther King Blvd., Evansville, IN 47708, or at such other location as this Court may determine.

Dated: October 29, 2019
      Albany, New York

                              By:    */s/Rosemarie Riddell Bogdan*
                                         Rosemarie Riddell Bogdan, Esq.
                                         (Bar No.: NDNY 506409)
                                         MARTIN, HARDING AND MAZZOTTI, LLP
                                         Attorneys for Plaintiff, Bailey Howarth
                                         1222 Troy-Schenectady Road
                                         P.O. Box 15141
                                         Albany, New York 12212-5141
                                         Tel.: (518) 862-1200
                                         Email: rrbivccook@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October 2019, a copy of the foregoing **Plaintiff Bailey Howarth's Notice of Oral Argument in Opposition to Cook Defendants' Omnibus Motion for Summary Judgment on Statute of Limitations Grounds for 26 Cases** was electronically filed and notice of the filing of this document will be sent by all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's electronic system.

*/s/Rosemarie Riddell Bogdan, Esq.*
