UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Donald L. Davis v. Cook Incorporated, et al., 1:19-cv-592

### AFFIDAVIT OF DONALD L. DAVIS

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2. I am currently 62 years old, and I was implanted with an IVC Filter in 2007 in the State of Montana

3. In 2007 I underwent an open removal of the IVC filter.

4. I am currently a resident of the state of Montana.

5. Cook has not taken my deposition regarding the relevant litigation

6. In April of 2016, I became aware that the IVC Filter that had been implanted in me might have been defective. Before April of 2016, I was not aware of the causal connection between my injuries and the defective nature of Cook's IVC Filter.

7. After April of 2016, I became aware that the IVC Filter that had been implanted in me was manufactured by Cook.

I declare under the penalty of perjury under the laws of the State of Montana that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

October, 24, 2019

_____
Donald L. Davis