The MetroHealth System | 2500 MetroHealth Drive Cleveland OH 44109 | 216-778-7800 | 880945895

| **Hospital Encounter** | Brian Giddens (MR# 0514100; DOB: 11/20/1966) 05/04/2010 in IP 11B with Charles J. Yowler, MD [014100] |
|---|---|

| | Provider | Location | CSN # |
|---|---|---|---|
| 5/11/2010 | Yowler, Charles J., MD | Inactive Departments | 32892287 |

**OP Note signed by Claridge, Jeffrey A., MD at 6/1/2010 4:08 PM**

Author: Claridge, Jeffrey A., MD    Service: (none)                Author Type: Physician
Filed: 5/27/2010 9:13 AM            Note Time: 5/11/2010 9:29 AM   Status: Signed
Editor: Claridge, Jeffrey A., MD (Physician)

Name: GIDDENS, BRIAN
MR#: 0514100
ENC#: 605015866


Date of Procedure: 05/11/2010


PREOPERATIVE DIAGNOSIS: Inferior vena cava perforation; abdominal pain.


POSTOPERATIVE DIAGNOSIS: Inferior vena cava perforation; abdominal pain; duodenal perforation.


OPERATION: Exploratory laparotomy; opening of inferior vena cava and removal of inferior vena cava filter; repair of inferior vena cava; repair of hole in the duodenum due to duodenal perforation.


ATTENDING SURGEON: Jeffrey A. Claridge, M.D.


FIRST SURGEON:


ANESTHESIA: General endotracheal anesthesia.



Estimated Blood Loss:


INDICATIONS: This is a 43-year-old gentleman who presented several weeks prior to this with abdominal pain. A CT scan revealed a small potential fluid collection just anterior to the inferior vena cava near the area of the colon or the duodenum. It looked to be more proximal to the colon and inferior to the duodenum. The patient's abdominal pain was not really in this location. However, the rest of the scan looked normal. The patient actually got better during his hospital course, although this had happened once before. We discussed the findings of the CT scan with the patient. These demonstrated a likely perforation of the inferior vena cava with certain arms of the inferior vena cava filter. We discussed our plan at that point in time. The patient actually underwent a colonoscopy, which was normal. We opted to bring the patient back in three or four weeks for a re-evaluation if his pain became worse. We repeated his CT scan. I started the patient on antibiotics for a small fluid collection with a possible abscess. My concern was that the inferior vena cava may even be removed. However, because of at least three arms protruding through the inferior vena cava wall (with two being clear, one with the body just starting in the anterior aorta and one entering the vertebral body posteriorly), we knew that we will not be able to remove this percutaneously. The patient returned to clinic with abdominal pain and really wished to get this removed during his exploratory laparotomy. We discussed the priorities of the procedure and the risks associated with them including bleeding, infection,



PLAINTIFF'S EXHIBIT
4
Giddens

The MetroHealth System | 2500 MetroHealth Drive Cleveland OH 44109 | 216-778-7800 | 880945895

clot, the need for a future inferior vena cava filter, and death as well as the most likely course of not relieving the patient's abdominal pain. We discussed other risks and benefits as well. The patient's wife was present for the conversation.

PROCEDURE: The patient was brought to the Operating Room and placed in the supine position. The patient had been given a bowel prep the day before. The patient received antibiotics preoperatively. He also received oral antibiotics the day before surgery as well.

I made an incision in the mid-abdomen and dissected down. I had to dissect the colon off the inferior colon with the right colon up with a Kocher clamp. The colon was stuck down to the duodenum. There was an inflammatory mass that centered on the area where the duodenum, the inferior vena cava and the colon were all basically fused. We dissected the colon off the duodenum. There was a hole clearly seen in the duodenum where the tong had eroded through. There was a minute, mature hole that was leaking the smallest amount of amylase. There was a little saponification around the hole. There was an inflammatory mass of the colon that was surrounding it and trying to wall this off. At this point, I repaired the duodenum transversely in two layers using Vicryl suture. We then proceeded to make sure that the colon was intact. I dissected more off the duodenum off to get good access of the inferior vena cava.

My Vascular Surgery Service partner then attempted to perform a vena cava removal. He was unable to actually do this. Please see his dictation for details.

We got control of the inferior vena cava. We made a venotomy and pulled out the inferior vena cava filter piecemeal. We got all of the pieces with tongs. This was the safest maneuver for the patient. We then closed the inferior vena cava.

We gave the patient 4,000 units of Heparin prior to clamping and waited 3 minutes.

We then opened this up. We used clamps above and below. We placed vessel loops around a couple of lumbar branches. We closed the linear venotomy using two running 4-0 Prolene sutures to clamp off distally. We made sure that we had good filling with no clot. We then removed the one proximally. There was no bleeding. I placed a little Surgicel over the suture line. I irrigated a small amount. I placed a sleeve of omentum down between the duodenum and the inferior vena cava. There was no reason to fix a hole in the aorta. Basically, it just started eroding. There was no bleeding. There was a pretty chronic erosion that was occurring. At this point, we re-examined and made sure that the laparotomy pad count was correct. We closed the abdomen. The estimated blood loss was approximately 400-500 cc for the procedure.

The patient did extremely well and was transferred to the Recovery Room in satisfactory condition.

I was present for the entire procedure.

NOTE: Dr. Christopher Smith performed the percutaneous retrieval and scrubbed in for a period of time when we removed the filter. I talked to the patient's family at the end of the operative case.

Jeffrey A. Claridge, M.D.

JAC/MedQ/ Dict: 05/26/2010 15:05:26  TRANS: 05/27/2010 08:58:03  JOB: 420507416  DictJob#: 294350