IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

    DIANE SMITH
    Civil Case No. 1:17-cv-03819

### DECLARATION OF BENJAMIN A. BERTRAM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Benjamin A. Bertram, declare and state the following:

1. My name is Benjamin a. Bertram and I am a partner at the law firm of Bertram & Graf, L.L.C., in Kansas City, Missouri, and counsel for Plaintiff in the above-captioned action.

2. The facts stated in this Declaration are within my personal knowledge, true, and correct.

3. Plaintiff's Short Form Complaint ("SFC") was filed on October 23, 2017. A copy is attached hereto as "Exhibit 1."

4. Plaintiff's Plaintiff Profile Sheet ("PPS") was served on counsel for the Cook Defendants on December 11, 2017. A redacted copy of Plaintiff's PPS is attached hereto as "Exhibit 2."

5. A copy of the Cook Defendants' Brief in Support of it's Motion for Judgment on the Pleadings filed on March 27, 2017, [Dkt. 4186-1] is attached hereto at as "Exhibit 3."

      6.      A copy of the Court's order on the Cook Defendants' Motion for Judgment on the Pleadings [Dkt. 4918] is attached hereto as "Exhibit 4."

      7.      A copy of Tonya Brand Trial Exhibit PX-1148 is attached hereto as "Exhibit 5."

      8.      A copy of Tonya Brand Trial Exhibit PX-1099 is attached hereto as "Exhibit 6."

      9.      Excerpts of Tonya Brand Trial Testimony of Harlan M. Krumholz, M.D., 1079:23-1080:3, 577:18-23, 709:2-9, 630:19-631:10, 954:23-955:1, 955:18-956:2, and Trial Testimony of Gregory I. Gordon, M.D., 1675:25-1676:7 are attached hereto as Exhibit 7.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

EXECUTED on this  29th  day of October, 2019.


                                                       /s/ Benjamin A. Bertram
                                                       Benjamin A. Bertram