# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Diane Smith

Civil Case # 1:17-cv-03819

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Diane Smith

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not appliable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Conneticut

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Conneticut

6. Plaintiff's/Deceased Party's current state of residence:

   Conneticut

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the District of Conneticut

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   □ Other: ____________________________________________

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-26

   ____________________________________________

   ____________________________________________

   b. Other allegations of jurisdiction and venue:

   ____________________________________________

   ____________________________________________

   ____________________________________________

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

☒ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

________________________________________

11. Date of Implantation as to each product:

September 12, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

Hartford Hospital; Hartford, Conneticut

13. Implanting Physician(s):

Michael Hallisey, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

Case 1:17-cv-03815-JMS-MJD Document 1 Filed 10/23/17 Page 4 of 5 PageID #: 4

X Count V: Breach of Express Warranty

X Count VI: Breach of Implied Warranty

X Count VII: Violations of Applicable Conneticut (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

□ Count VIII: Loss of Consortium

□ Count IX: Wrongful Death

□ Count X: Survival

X Count XI: Punitive Damages

□ Other: ____________________ (please state the facts supporting this Count in the space, immediately below)

□ Other: ____________________ (please state the facts supporting this Count in the space, immediately below)

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

15. Attorney for Plaintiff(s):

Skikos Crawford Skikos & Joseph, LLP

16. Address and bar information for Attorney for Plaintiff(s):



Respectfully submitted,

/s/Melissa Mielke, Esq.

**SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP**
Steven Skikos (CA SBN 148110)
Matthew Skikos (CA SBN 245402)
Melissa Mielke (CA SBN 284560)
One Sansome Street, Ste. 2830
San Francisco, CA 94104
Tel: (415) 546-7300; Fax: (415) 546-7301
mmielke@skikos.com

*Attorneys for Plaintiff*