# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** Figueroa v. Cook Medical, Inc., et al.     **Date:** 11/6/2017

**Docket No.:** 1:17-cv-04103-JMS-MJD
**Plaintiff(s) attorney and Contact information:**
  SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP
  Melissa E. Mielke (CA SBN 294560)
  One Sansome St., Ste. 2830, San Francisco, CA 94104
  Phone: (415) 546-7300; Fax: (415) 546-7301

## II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Johanna Figueroa
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: Not applicable
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Not applicable     Loss of Consortium? ☐ Yes X No
3. Date of birth: [redacted]
4. Date of death (if applicable): Not applicable
5. Social Security No.: [redacted]
6. Current Address: 11876 Spring Dr., Denver, CO 80233
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| 500 Cortez St., Denver, CO | Approx. 2002 - 2005 |
| 3621 E. 122nd Avenue | Approx. 2005 – 8/2011 |

1

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

   Not applicable

8. Do you have children?  X  Yes  ☐ No

   If yes, please provide the following information with respect to each child:

   | Name and Address of Child | DOB | Is the Child Dependent on You? |
   |---|---|---|
   | ███████████████████ | ██████ | ██ |
   | | ██████ | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

   ████████████████

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

    High School

11. Are you claiming damages for lost wages: ☐Yes X No

12. If so, for what time period:  Not applicable

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

    | Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
    |---|---|---|---|
    | Not applicable as client is not making claim for LOE | Not applicable as client is not making claim for LOE | Not applicable as client is not making claim for LOE | Not applicable as client is not making claim for LOE |

    a. Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐ Yes  X No

    b. If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

       Not applicable

14. Have you ever served in any branch of the military? ☐ Yes   X No

    a. If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

       Not applicable

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐Yes X No

    If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

    _____Not applicable_____

16. Do you have a computer?  X Yes  ☐ No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites?
    X Yes   ☐ No   ☐ Not Applicable

### III. DEVICE INFORMATION

1. Date of Implant: __3/1/2007__
2. Reason for Implant: pulmonary embolism prevention
3. Brand Name: Gunther Tulip
4. Mfr. Cook
5. Lot Number: Unknown to Plaintiff
6. Placement Physician (Name/Address): Dr. Stephen Humes
7. Medical Facility (Name/Address): St. Anthony Hospital North

(This section to be used if more than one filter is at issue)

1. Date of Implant: Not applicable
2. Reason for Implant: Not applicable
3. Brand Name: Not applicable
4. Mfr. Not applicable
5. Lot Number: Not applicable
6. Placement Physician (Name/Address): Not applicable
7. Medical Facility (Name/Address): Not applicable

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above?

   a. If yes, please identify any such device(s) or product(s).  Not applicable
   b. When was this device or product implanted in you?  Not applicable
   c. Provide the name, address and phone number of the physician(s) who implanted this other device or product?  Not applicable
   d. Provide the name and address of facilities where the other device or product implanted in you?  Not applicable
   e. State your understanding of why was the other device or product implanted in you? Not applicable

• *Attach medical evidence of product identification*

3

## IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): 7/30/2007
2. Type of retrieval: percutaneous
3. Retrieval physician (Name/Address): Ronald Jendry, M.D.
4. Medical Facility (Name/Address): St. Anthony Hospital North
5. Reason for Retrieval: Filter no longer needed; aborted due to complications

(This section to be used if more than one retrieval attempted)

6. Date of retrieval (including any attempts): 7/31/2007
7. Type of retrieval: open removal
8. Retrieval physician (Name/Address): Charles W. Mains, M.D.; Timothy Moore, M.D.
9. Medical Facility (Name/Address): St. Anthony Hospital Central
10. Reason for Retrieval: Filter embedding, complex filter removal requiring open laparotomy

11. Date of retrieval (including any attempts): Not applicable
12. Type of retrieval: Not applicable
13. Retrieval physician (Name/Address): Not applicable
14. Medical Facility (Name/Address): Not applicable
15. Reason for Retrieval: Not applicable

## V. OUTCOME ATTRIBUTED TO DEVICE

| ☐ **Migration** | X **Other** Please see medical records for additional information: filter embedding necessitating abortion of initial percutaneous removal procedure; open surgical procedure for complex filter removal, painful scarring |
|---|---|
| ☐ **Tilt** | **Other** |
| ☐ **Vena Cava Perforation** | ☐ **Other** |
| ☐ **Fracture** | ☐ **Other** |
| ☐ **Device is unable to be retrieved** | ☐ **Other** |
| ☐ **Bleeding** | ☐ **Other** |
| ☐ **Organ Perforation** | ☐ **Other** |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Imaging studies, procedures         by Physicians at St. Anthony Hospitals

4

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff is not a medical or legal expert. Please see medical records for additional information. To the best of Plaintiff's knowledge and abilities, Plaintiff responds as follows: Plaintiff sustained injuries and experienced complaints attributable to the Cook IVC filter device including but not limited to: filter embedding necessitating abortion of initial percutaneous removal procedure; open surgical procedure for complex filter removal. As a result, Plaintiff has a long, painful scar along her abdomen.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age 36  Height  5'1"   Weight  Approx.   160  lbs.
2. Provide your:  Age: 27  Weight: 170 lbs. (approximate, if unknown) at the  time the Cook Inferior Vena Cava Filter was implanted in you.
3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| ■ | ■ |
| ■ | ■ |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inferior Vena Cava Filter(s)]*

4. Before the implantation of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

   ☐ Yes   X  No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| 7■ | ■ |
| ■ | ■ |
| ■ | ■ |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital, or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Plaintiff cannot recall each and every doctor, hospital or other healthcare provider he/she may have had in the 7 years. However, to the best of Plaintiff's knowledge and recollection, Plaintiff responds as follows: | | |
| ████████ | ████████ | |
| ████████ | ████████ | ████████ |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

    ☐ Yes  X No

    Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving of your Cook Inferior Vena Cava Filter(s).

    <u>    Not applicable    </u>

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter: <u>Plaintiff is not a medical expert. Please see medical records for additional information. Plaintiff had approximately 0 deep vein thrombosis before the implant of the Cook IVC Filter and 0 deep vein thromboses after the implant of the Cook IVC Filter. Please see medical records for additional information.</u>

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC filter: <u>Plaintiff is not a medical expert. Please see medical records for additional information. Plaintiff had approximately 1 pulmonary embolisms before the implant of the Cook IVC Filter and 0 pulmonary embolisms after the implant of the Cook IVC Filter. Please see medical records for additional information.</u>

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| Condition | Date Range | Treating Doctor and/or Facility |
|---|---|---|
| Lupus<br>☐ Yes  X  No | | |
| Crohn's Disease<br>☐ Yes  X No | | |
| Factor V Leiden<br>☐ Yes   X No | | |
| Protein Deficiency<br>☐ Yes   X No | | |

| Spinal fusion/back sx<br>☐ Yes X No | | |
|---|---|---|
| Anti-thrombin deficiency<br>☐Yes  X No | | |
| Prothrombin mutation<br>☐Yes X No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| **Approx. Date Range** | **Health Problem or Surgery** |
|---|---|
| ███████ | ███████ |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

    Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?  ☐Yes X*No

    *Plaintiff is not seeking damages for emotional distress above and beyond generalized pain and suffering.

    If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

    Not applicable

13. Do you now or have you ever smoked tobacco products?

    ☐ Yes  X No

    If yes: How long have/did you smoke?  Not applicable

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following.

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| Plaintiff cannot recall each and every prescription medication Plaintiff was taking in the 3 years prior to the implant to present. However, to the best of Plaintiff's recollection, Plaintiff responds as follows: Plaintiff reserves the right to supplement this response with additional information. Please see pharmacy records. | | | |
| ███ | ███ | ███ | ███ |

7

| | | | |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |

### IX.  PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ☐ Yes  X  No.  If yes, specify:

    a. Court in which lawsuit/claim was filed or initiated: Not applicable

    b. Case/Claim Number: Not applicable

    c. Nature of Claim/Injury: Not applicable

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI or SSD) benefits, or other State or Federal disability benefits since the placement of the device? ☐ Yes  X No.  If yes, specify:

    a. Date (or year) of application: Not applicable

    b. Type of benefits sought:   Not applicable

    c. Agency/Insurer from which you sought the benefits: Not applicable

    d. The nature of the claimed injury/disability: Not applicable
    e. Whether the claim was accepted or denied: Not applicable

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| ▮ | ▮ | ▮ |

### X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives.  If you do, please provide a true and correct copy of any such

documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.
    Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR X Does not apply to me

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).
    Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR X Does not apply to me

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.
    Applies to me and: ☐ the documents are attached OR X I have no documents OR ☐ Does not apply to me

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between you and any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
    Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR X Does not apply to me

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.
    Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR X Does not apply to me

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s)
    Applies to me and: X the documents are attached OR ☐ I have no documents OR ☐ Does not apply to me

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.
    Applies to me and: ☐ the documents are attached OR X I have no documents OR ☐ Does not apply to me

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.
    Applies to me and: X the documents are attached OR ☐ I have no documents OR ☐ Does not apply to me

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.
    Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR

9

      X  Does not apply to me

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders

      Applies to me and: ☐ the documents are attached OR ☐ I have no documents OR
      X Does not apply to me

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, __Johanna Figueroa__, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated __November 9, 2017__ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Claimant]

## VERIFICATION OF LOSS OF CONSORTIUM (if applicable)

I,_____, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated _____ and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

_____
[Signature of Consortium Plaintiff]