UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEMARCUS VAUGHN, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>COOK INCORPORATED, )<br>COOK MEDICAL LLC, )<br>WILLIAM COOK EUROPE APS, )<br> )<br>Defendants. ) | No. 1:19-cv-02617-RLY-TAB |

## **JUDGMENT**

The court, having granted the Defendants' Motion to Dismiss (dkt. 11683), now enters judgment in favor of the Defendants and against the Plaintiff.

**SO ORDERED** this 30th day of October 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _Jina M. Doyle_

Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record