UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN A. MITCHELL, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-02841-RLY-TAB |
| | ) | |
| COOK INCORPORATED, | ) | |
| COOK MEDICAL LLC, | ) | |
| WILLIAM COOK EUROPE APS, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

The court, having granted the Defendants' Motion to Dismiss (dkt. 11683), now enters judgment in favor of the Defendants and against the Plaintiff.

**SO ORDERED** this 30th day of October 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record