AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| Tammie Norsworthy | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-4026 |
| Cook Incorporated, Cook Medical LLC, William Cook E | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tammie Norsworthy .

Date: 10/09/2019

/s/ Kirk J. Goza
*Attorney's signature*

Kirk J. Goza,
*Printed name and bar number*

9500 Nall Avenue, Suite 400
Overland Park, KS 66207

*Address*

kgoza@gohonlaw.com
*E-mail address*

(913) 451-3433
*Telephone number*

(913) 839-0567
*FAX number*