AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Kevin Sargent ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-3672 |
| Cook Incorporated, Cook Medical LLC, William Cook E ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin Sargent                                                                                     .

Date:   10/09/2019                                        /s/ Kirk J. Goza
                                                                  *Attorney's signature*

                                                                  Kirk J. Goza,
                                                                  *Printed name and bar number*

                                                                  9500 Nall Avenue, Suite 400
                                                                  Overland Park, KS  66207

                                                                  *Address*

                                                                  kgoza@gohonlaw.com
                                                                  *E-mail address*

                                                                  (913) 451-3433
                                                                  *Telephone number*

                                                                  (913) 839-0567
                                                                  *FAX number*