# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document relates to the following cases:

*Janice Ball v. Cook Incorporated, et al.*, 1:17-cv-01320
*James Buell and Darina Buell v. Cook Incorporated, et al.*, 1:17-cv-00516
*Sharon Sharp v. Cook Incorporated, et al.*, 1:16-cv-02763
*Donald Lipscomb, Jr. v. Cook Incorporated, et al.*, 1:17-cv-03494
*Amber Beard v. Cook Incorporated, et al.*, 1:17-cv-00480
*Alberto Leal v. Cook Incorporated, et al.*, 1:17-cv-02020
*Betty Rankin v. Cook Incorporated, et al.*, 1:17-cv-01978
*Elvia Romero v. Cook Incorporated, et al.*, 1:17-cv-01763
*Allysha Ramon v. Cook Incorporated, et al.*, 1:16-cv-1046

## ORDER GRANTING THE COOK DEFENDANTS'
## MOTION TO SEAL COOK CONFIDENTIAL DOCUMENTS
## AND INFORMATION PUBLICLY FILED BY VARIOUS PLAINTIFFS

This matter has come before the Court on The Cook Defendants' Motion to Seal Cook Confidential Documents and Information Publicly Filed by Various Plaintiffs. The Court, having reviewed the Cook Defendants' Motion to Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Dkt. Nos. 12020-3, 12040-2, 12042-2, 12045-2, 12046-2, 12047-2, 12048-2, and 12050-3 (**copies of the Expert Report of Harlan Krumholz, MD (dated April 30, 2018); **and Dkt. No. 12022-7** (an internal company email chain [CookMDL2570_0405333]) are to be filed and maintained ***under seal.***

US.125248383

- 2 -

SO ORDERED this ____ day of _____, 2019.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.