UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) <br> ) 1:14-ml-02570-RLY-TAB <br> ) MDL No. 2570 <br> ) <br> ) <br> ) |
| This Document Relates to: | ) |

1:17-cv-00914; 1:17-cv-02511; 1:17-cv-02679; 1:17-cv-02701;
1:17-cv-02714; 1:17-cv-02798; 1:17-cv-03314; 1:17-cv-03340;
1:17-cv-04389; 1:18-cv-01857; 1:18-cv-02432; 1:18-cv-02697;
1:18-cv-03960; 1:18-cv-03994; 1:19-cv-00025; 1:19-cv-00484;
1:19-cv-00843; 1:19-cv-00668; 1:19-cv-1231; 1-19-cv-1242;
1:19-cv-01428; 1:19-cv-01645; 1:19-cv-1711.

## ORDER ON (DKT. 11684) THE COOK DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO CURE PPS DEFICIENCIES

Pursuant to Federal Rule of Civil Procedure 37(b), 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court dismiss those cases in which the Plaintiff Profile Sheet ("PPS") deficiencies have not been cured.

Accordingly, Cook's Motion to Dismiss is **GRANTED** as to the following cases:

| | | |
|---|---|---|
| 1. | Uzzle, Charles/Venita | 1:17-cv-00914 |
| 2. | Zeck, Henry | 1:17-cv-02714 |
| 3. | Ellis, Randy | 1:17-cv-03314 |
| 4. | Brown, Ezill | 1:17-cv-04389 |
| 5. | Aycock, Neal | 1:18-cv-01857 |
| 6. | Goss, Linda | 1:18-cv-02432 |
| 7. | Kemper, Thomas | 1:18-cv-03994 |

| | | |
|---|---|---|
| 8. | Orange, Cindy | 1:19-cv-00025 |
| 9. | Earley, Phyllis | 1:19-cv-00668 |
| 10. | Poteat, Betty | 1:19-cv-00843 |
| 11. | Burleson, Diane | 1:19-cv-01428 |

The following cases have submitted a Supplemental Plaintiff Profile Sheet after the Cook Defendants filed the Motion; therefore, the Cook Defendants' Motion is **DENIED AS MOOT** for these cases:

| | | |
|---|---|---|
| 1. | Savage, Lashonda L. | 1:17-cv-02511 |
| 2. | De Leonard, Shirley and Richard | 1:17-cv-02679 |
| 3. | Mull, Linda | 1:17-cv-02701 |
| 4. | Chester, Carl [ESTATE] | 1:17-cv-02798 |
| 5. | Anderson, Leonard | 1:17-cv-03340 |
| 6. | Billiet, David | 1:18-cv-02697 |
| 7. | Adams, Steven | 1:18-cv-03960 |
| 8. | Walker, Ruchelle | 1:19-cv-00484 |
| 9. | Beck, Jeremiah | 1:19-cv-01231 |
| 10. | Marshall, Henry | 1:19-cv-01242 |
| 11. | Kingsland, Gail | 1:19-cv-01645 |
| 12. | Good, Damon | 1:19-cv-01711 |

All parties shall bear their own fees and costs.

**SO ORDERED** this 31st day of October 2019.

                                                             RICHARD L. YOUNG, JUDGE
                                                             United States District Court
                                                             Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.