UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES UZZLE, <br> VENITA UZZLE, <br>       Plaintiffs, <br>       v. <br> COOK INCORPORATED, <br> COOK MEDICAL LLC, <br> WILLIAM COOK EUROPE APS, <br>       Defendants. | No. 1:17-cv-00914-RLY-TAB |

### JUDGMENT

The court, having granted the Defendants' Motion to Dismiss (dkt. 11684), now enters judgment in favor of the Defendants and against the Plaintiff.

**SO ORDERED** this 31st day of October 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record