UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE; COOK MEDICAL, INC.,            Cause No.:  1:14-ml-2570-RLY-TAB

This document relates to 1:19-cv-6099-RLY-TAB    Alexander

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Stephen A. Bamberger, counsel for **Webster Alexander**, for leave to appear and participate *pro hac vice* in the above-captioned cause only.

Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Stephen A. Bamberger
1529 Old Bridge Road, Suite 102
Woodbridge, VA 22192
703-551-4979
703-499-9809 (fax)
sbamberger@verizon.net

Counsel shall register for electronic filing, as required by Local Rule 5-2(a), within 7 days.

Date: 11/1/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
Stephen A. Bamberger
1529 Old Bridge Road, Suite 102
Woodbridge, VA 22192