**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

| | |
|---|---|
| 1:19-CV-03744 | 1:19-CV-04088 |
| 1:19-CV-03745 | 1:19-CV-04090 |
| 1:19-CV-03746 | 1:19-CV-04092 |
| 1:19-CV-03747 | 1:19-CV-04093 |
| 1:19-CV-03748 | 1:19-CV-04094 |
| 1:19-CV-03749 | 1:19-CV-04097 |
| 1:19-CV-04070 | 1:19-CV-04098 |

---

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS


Dated:        November 1, 2019          /s/ Kip S. M. McDonald
                                        Andrea Roberts Pierson (# 18435-49)
                                        Kip S. M. McDonald (# 29370-49)
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2700
                                        Indianapolis, Indiana 46204
                                        Telephone: (317) 237-0300
                                        Facsimile: (317) 237-1000
                                        E-Mail:  andrea.pierson@faegrebd.com
                                        E-Mail:  kip.mcdonald@faegrebd.com

US.125273495.01

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.125273495.01