IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to:
    1:17-cv-04339-RLY-TAB    Sylvain
    1:17-cv-04345-RLY-TAB    Cooper
    1:17-cv-04200-RLY-TAB    Craft
    1:17-cv-04340-RLY-TAB    Vaughan
    1:17-cv-01697-RLY-TAB    Craig
    1:17-cv-04171-RLY-TAB    Rodriguez
    1:18-cv-01833-RLY-TAB    Schatzman
    1:18-cv-00647-RLY-TAB    Schermerhorn

## **ORDER**

    This matter is before the Court on Plaintiff James Cooper's motion [Filing No. 11560] to seal Exhibits 1, 2, and 3 of Defendants' Omnibus Opposition to Motions to Reconsider Dismissals of Cases Filed by Twenty-Six Plaintiffs [Filing No. 11189] and to further seal Exhibit 1 of Cooper's Motion for Reconsideration [Filing No. 11000]. The Cook Defendants do not object to sealing Exhibits 1 through 5 [Filing Nos. 11189-1 through 11189-5] to Defendants' Omnibus Opposition or Exhibit 1 [Filing No. 111000] of Cooper's Motion for Reconsideration in order to protect Plaintiffs' interest in their medical privacy. The Court, having reviewed Cooper's motion and the Cook Defendants' brief in response, pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats, finds that good cause exists with respect to certain of the relief requested.

Thus, Cooper's motion to seal [Filing No. 11560] is granted, in part, and denied, in part. The Clerk shall maintain under seal the following documents: Exhibits 1-5 [Filing No. 11189-1 through 11189-5] to Defendants' Omnibus Opposition [Filing No. 11189] as well as Exhibit 1 [Filing No. 11000-1] to Cooper's Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims for Failure to Submit Case Categorization Form and Motion to Reinstate [Filling No. 11000]. However, Cooper's request for a blanket sealing order with respect to any and all further medical records of any Plaintiff within this MDL is denied. Cooper lacks authority to assert claims and speak on behalf of all plaintiffs, has failed to comply with this Court's local rules, and has otherwise failed to demonstrate good cause for a blanket sealing order.

Date: 11/1/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.