UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL 2570

This document relates to:
**JOSHUA JORDAN WILLIAMS**
**1:19-cv-04116-RLY-TAB**

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Joshua Jordan Williams, pursuant to FRCP 15(a)(2), requests leave to file his First Amended Short Form Complaint based on the following:

1. This is a products liability case in which Plaintiff seeks damages for injuries allegedly sustained as a result of being implanted with a defective and unreasonably dangerous Inferior Vena Cava ("IVC") filter manufactured by Defendants.

2. Plaintiff's counsel has learned that the Inferior Vena Cava Filter's product type was inaccurately identified on the previously filed Short Form Complaint.

3. Plaintiff seeks leave to file the attached "First Amended Short Form Complaint" identifying the Inferior Vena Cava Filter's product type of Cook Celect® Vena Cava Filter.

4. "A party may amend its pleading only with the opposing party's written consent or the Court's leave. The court should freely give leave when justice so requires." Rule 15(a)(2), Fed. R. Civ. P.; Forman v. Davis, 371 U.S. 178, 182 (1962).

5. Plaintiff's counsel has conferred with defense counsel, and Defendants do not oppose this motion.

6. No party will be prejudiced by allowing Plaintiff to amend the Complaint.

WHEREFORE, Plaintiff prays that this Motion be granted, that Plaintiff be granted leave to file his First Amended Short Form Complaint, and for such other appropriate relief.

Dated: November 4, 2019

Respectfully submitted,

THE DYSART LAW FIRM, P.C.

By: /s/ Christopher W. Dysart
Christopher W. Dysart, MO Bar #37069
16020 Swingley Ridge Rd., Ste. 340
Chesterfield, MO 63017
(636) 590-7110
(314) 548-6230 Fax
cdysart@dysart-law.com
*Attorney for Plaintiffs*