**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No.  1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                                MDL 2570


This document relates to:
**JOSHUA JORDAN WILLIAMS
1:19-cv-04116-RLY-TAB**


**PROPOSED ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

IT IS ORDERED that Plaintiff's Unopposed Motion For Leave to File Amended

Complaint is hereby GRANTED.  The amended short form complaint attached as an exhibit to

Plaintiff's motion is deemed filed as of the date of this order.

Date:  _____day of _____, 2019



_____

United States Magistrate Judge
Southern District of Indiana