UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Kathy Stevenson, Administrator of Estate of Alex Paul Stevenson, Jr.
Case No. 1:17-cv-2454

## **STIPULATION OF DISMISSAL**

Above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned case is dismissed, with each party to bear its own costs. This Plaintiff may refile his/her case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiff captioned above, however, may not refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the Plaintiff in his or her short-form complaint, plaintiff fact sheet, or categorization form in the dismissed action. To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in the Southern District of Indiana under this order on the basis of that future injury only.

US.125282731.02

BY:    /s/ E. Scott Verhine               /s/Jessica Benson Cox
      E. Scott Verhine, MSB#10548    FAEGRE BAKER DANIELS LLP
      Verhine & Verhine PLLC            Jessica Benson Cox
      1013 Adams Street                 300 North Meridian Suite 2500
      Vicksburg, MS 39183              Indianapolis IN 46204
      (601) 636-0791                    Tel: (317) 237-0300
      (601) 636-2718 (fax)              Fax: (317) 237-1000
      Email: scott@verhine.biz          Email: Jessica.Cox@FaegreBD.com

      *Attorney For Plaintiff*            *Attorneys for Defendants Cook*
                                                        *Incorporated, Cook Medical LLC,*
                                                        *And William Cook Europe APS*

Dated: November 5, 2019

## **CERTIFICATE OF SERVICE**

I, E. Scott Verhine, hereby certify that on November 5, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

         */s/ E. Scott Verhine*
         Attorney for Plaintiff