## David C. DeGreeff

| | |
|---|---|
| **From:** | Angelino, Blake A. <Blake.Angelino@FaegreBD.com> |
| **Sent:** | Monday, November 4, 2019 6:38 PM |
| **To:** | David C. DeGreeff |
| **Cc:** | Symons, Rochelle R.; Cox, Jessica Benson |
| **Subject:** | RE: Tilt only MSJ - Rusty Alto |

Thanks David. I can only agree the language we proposed to the PSC, unfortunately.  We may need to ride this one out and hand it over to the Judge.

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

---

**From:** David C. DeGreeff <ddegreeff@wcllp.com>
**Sent:** Monday, November 04, 2019 3:12 PM
**To:** Angelino, Blake A. <blake.angelino@FaegreBD.com>
**Cc:** Symons, Rochelle R. <rochelle.symons@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Subject:** RE: Tilt only MSJ - Rusty Alto

Blake –

Attached is a redline version of the Dismissal that plaintiff is willing to agree to.  Let me know by the end of the day tomorrow whether it is agreeable to the defense.  Given that the defense is seeking SJ based on the idea that no cognizable injury has occurred, the attached should be acceptable.  Trying to limit the location of refiling is not going to be acceptable, and I expect the Court will agree with the plaintiff that this case should simply be dismissed without prejudice (as opposed to MSJ) based on the arguments by the defense.  Thanks Blake, and give me a call if you want to discuss.

*David C. DeGreeff*
*Wagstaff & Cartmell, LLP*
*4740 Grand Avenue*
*Suite 300*
*Kansas City , MO   64112*
*816 701-1100*
*816 701-1183 (direct)*
*816 531-2372 Facsimile*
*ddegreeff@wcllp.com*

*THE INFORMATION CONTAINED IN THIS E-MAIL IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) INDICATED ABOVE.  IF YOU RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY TELEPHONE IMMEDIATELY AT  816-701-1183  AND DESTROY THE ORIGINAL MESSAGE.*

---

**From:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Sent:** Monday, November 4, 2019 2:35 PM
**To:** David C. DeGreeff <ddegreeff@wcllp.com>
**Cc:** Symons, Rochelle R. <Rochelle.Symons@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Subject:** RE: Tilt only MSJ - Rusty Alto

1                              **EXHIBIT B**

Thanks for the bump, David. We proposed the attached to the PSC, and could dismiss your case on the same terms.

Let me know what you think, I'm around if you want to discuss. If this works, let us know and we can close the loop on this one.

Best,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

---

**From:** David C. DeGreeff <ddegreeff@wcllp.com>
**Sent:** Monday, November 04, 2019 2:19 PM
**To:** Angelino, Blake A. <blake.angelino@FaegreBD.com>
**Cc:** Symons, Rochelle R. <rochelle.symons@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Subject:** RE: Tilt only MSJ - Rusty Alto

Hi Blake. Just following up on this. I need time to oppose the motion if no agreed dismissal is going to be filed. I am also fine with an additional extension if that is easier for the time being. Thanks man.

*David C. DeGreeff*
*Wagstaff & Cartmell, LLP*
*4740 Grand Avenue*
*Suite 300*
*Kansas City , MO   64112*
*816 701-1100*
*816 701-1183 (direct)*
*816 531-2372 Facsimile*
*ddegreeff@wcllp.com*

*THE INFORMATION CONTAINED IN THIS E-MAIL IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) INDICATED ABOVE. IF YOU RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY TELEPHONE IMMEDIATELY AT 816-701-1183 AND DESTROY THE ORIGINAL MESSAGE.*

---

**From:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Sent:** Tuesday, October 29, 2019 12:48 PM
**To:** David C. DeGreeff <ddegreeff@wcllp.com>
**Cc:** Symons, Rochelle R. <Rochelle.Symons@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Subject:** RE: Tilt only MSJ - Rusty Alto

David, that sounds right. It looks like the PSC asked for 10 days last night, I don't know the disposition of that but let's calendar 10 days from yesterday. I'll let you know on language for the dismissal once I have some.

Have a good one,

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

---

**From:** David C. DeGreeff <ddegreeff@wcllp.com>
**Sent:** Tuesday, October 29, 2019 10:32 AM
**To:** Angelino, Blake A. <blake.angelino@FaegreBD.com>

**Cc:** Symons, Rochelle R. <rochelle.symons@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Subject:** RE: Tilt only MSJ - Rusty Alto

Sounds like the responses on the tilt only cases like this one have all been pushed back 10 days.  Am I correct on that?  Thanks Blake.

*David C. DeGreeff*
*Wagstaff & Cartmell, LLP*
*4740 Grand Avenue*
*Suite 300*
*Kansas City , MO   64112*
*816 701-1100*
*816 701-1183 (direct)*
*816 531-2372 Facsimile*
*ddegreeff@wcllp.com*

*THE INFORMATION CONTAINED IN THIS E-MAIL IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) INDICATED ABOVE.  IF YOU RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY TELEPHONE IMMEDIATELY AT  816-701-1183  AND DESTROY THE ORIGINAL MESSAGE.*

---

**From:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Sent:** Monday, October 28, 2019 10:08 AM
**To:** David C. DeGreeff <ddegreeff@wcllp.com>
**Cc:** Symons, Rochelle R. <Rochelle.Symons@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Subject:** RE: Tilt only MSJ - Rusty Alto

I do not have a form that immediately comes to mind, but do not think filing something is really necessary.  That said, feel free to put something on the docket saying we agreed to an extension to November 4, though.  I ask that you run it by me beforehand.

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

---

**From:** David C. DeGreeff <ddegreeff@wcllp.com>
**Sent:** Monday, October 28, 2019 9:48 AM
**To:** Angelino, Blake A. <blake.angelino@FaegreBD.com>
**Cc:** Symons, Rochelle R. <rochelle.symons@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Subject:** RE: Tilt only MSJ - Rusty Alto

That would be great.  I assume we need to file a motion to extend?  Have a form for that you want to use?  Thanks.

*David C. DeGreeff*
*Wagstaff & Cartmell, LLP*
*4740 Grand Avenue*
*Suite 300*
*Kansas City , MO   64112*
*816 701-1100*
*816 701-1183 (direct)*
*816 531-2372 Facsimile*
*ddegreeff@wcllp.com*

THE INFORMATION CONTAINED IN THIS E-MAIL IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) INDICATED ABOVE.  IF YOU RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY TELEPHONE IMMEDIATELY AT  816-701-1183  AND DESTROY THE ORIGINAL MESSAGE.

**From:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Sent:** Monday, October 28, 2019 9:46 AM
**To:** David C. DeGreeff <ddegreeff@wcllp.com>
**Cc:** Symons, Rochelle R. <Rochelle.Symons@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Subject:** RE: Tilt only MSJ - Rusty Alto

Thanks David, it looks like we're talking about Rusty Alto.  I need to elevate this one to the client to see what language we can agree to.  I don't know that that will be an issue in the first place, but how about we extend the deadline to response to November 4th to give us both time to figure it out.

Let me know if that works for you.

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

**From:** David C. DeGreeff <ddegreeff@wcllp.com>
**Sent:** Monday, October 28, 2019 9:36 AM
**To:** Angelino, Blake A. <blake.angelino@FaegreBD.com>
**Subject:** Tilt only MSJ

Hi Blake.  We have a case included in this MSJ.  We are willing to agree to dismissal without prejudice so long as there is a statement in the stip that the defense agrees the client has not been injured and the SOL has not started running.  I assume this is not an issue given the defense is arguing there has been no injury, but please let me know today if possible.  Sorry for the short notice, I have a month long trial starting a week and have been slammed.  Thanks for your help.

*David C. DeGreeff*
*Wagstaff & Cartmell, LLP*
*4740 Grand Avenue*
*Suite 300*
*Kansas City , MO   64112*
*816 701-1100*
*816 701-1183 (direct)*
*816 531-2372 Facsimile*
*ddegreeff@wcllp.com*

THE INFORMATION CONTAINED IN THIS E-MAIL IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) INDICATED ABOVE.  IF YOU RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER BY TELEPHONE IMMEDIATELY AT  816-701-1183  AND DESTROY THE ORIGINAL MESSAGE.