# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:19-cv-03865 | 1:19-cv-04178 |
| 1:19-cv-04150 | 1:19-cv-04181 |
| 1:19-cv-04168 | 1:19-cv-04182 |
| 1:19-cv-04169 | 1:19-cv-04183 |
| 1:19-cv-04172 | 1:19-cv-04184 |
| 1:19-cv-04173 | 1:19-cv-04185 |
| 1:19-cv-04177 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

　　I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

　　Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
　　Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
　　William Cook Europe ApS

| | |
|---|---|
| Dated:　　November 8, 2019 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegrebd.com<br>E-Mail: kip.mcdonald@faegrebd.com |

US.120263840.01

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01