**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Sebrina Reed
Civil Case# 1:18-cv-01942

## STIPULATION OF DISMISSAL

Above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe APS agree that the above-captioned case is dismissed, with each party to bear its own costs. This Plaintiff may refile his/her case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiff captioned above, however, may not refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the Plaintiff in his or her short-form complaint, plaintiff fact sheet, or categorization form in the dismissed action. To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in the Southern District of Indiana under this order on the basis of that future injury only.

US.125282731.02

Respectfully submitted,

/s/ JOHN T. KIRTLEY, III
John T. Kirtley, III
 Texas Bar No. 11534050
 2603 Oak Lawn Avenue, Suite 300
 P.O. Box 199109
 Dallas, Texas 75219
 (214) 521-4412
 (214) 526-6026 Fax
 jkirtley@lawyerworks.com
    Asst. molvera@lawyerworks.com
 ivcfiling@lawyerworks.com

ATTORNEY FOR THE PLAINTIFF SEBRINA REED

By: */s/ Jessica Benson Cox*
FAEGRE BAKER DANIELS LLP
Jessica Benson Cox
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
Email: Jessica.Cox@FaegreBD.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

US.125282731.02