UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Vicki Lynn Anderson  v. Cook, et al.;* 1:16-cv-02796

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons set forth fully in the accompanying memorandum, Plaintiff Vicki Lynn Anderson ("Plaintiff") seeks an extension of time to respond to the "Cook Defendants' Omnibus Motion for Summary Judgment In 46 Miscategorized No Injury Cases." Dkt. Nos. 11923, 11924, and 11924-1 ("Motion").

Defendants filed the Motion on October 1, 2019.  In a series of e-mails, Plaintiff, through her counsel, engaged the Defendants in an effort to reach agreement on a joint stipulation to dismiss her case without prejudice under Rule 41(a)(1)(A)(ii). It was not until Monday, November 4, 2019 that the parties reached an impasse on any agreed-to language for dismissal.

In light of that impasse, Plaintiff intends to file a motion for voluntary dismissal without prejudice in the next seven days.  Should the Court grant that motion, Defendants' summary judgment motion will be moot, and the requested extension will work to conserve the parties' and the Court's resources. In the event that the Court denies Plaintiff's motion, Plaintiff respectfully requests that her opposition to Defendants' motion be due 21 days after such denial.

1855688.4

Dated: November 8, 2019 Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s Wendy R. Fleishman*
    Wendy R. Fleishman

    Wendy R. Fleishman
    Daniel E. Seltz
    Daniel R. Leathers
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    250 Hudson Street, 8th Floor
    New York, NY  10013-1413
    Telephone:  212.355.9500
    Facsimile:   212.355.9592
    Emails:       wfleishman@lchb.com
                  dseltz@lchb.com
                  dleathers@lchb.com

*Counsel for Plaintiff Vicki Lynn Anderson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th of November, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

          */s/ Wendy R. Fleishman*
          Wendy R. Fleishman