UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Vicki Lynn Anderson v. Cook, et al.;* 1:16-cv-02796

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully requests a brief extension of time to respond to Defendants' pending motion for summary judgment, if such a response proves to be necessary. Plaintiff intends to file a motion for voluntary dismissal that should moot Defendants' motion.

On October 1, 2019, Defendants filed a Motion for Summary Judgment as to multiple cases, including the above-captioned case. *See* Dkt. Nos. 11923, 11924, and 11924-1 (arguing that Ms. Anderson did not suffer an injury because her filter is only tilted) ("Motion"). Defendants' Motion argues that Ms. Anderson claims are "miscategorized" because she has a tilted filter, which, according to Defendants, "fail to raise a legally cognizable injury because tilt is not an injury." *See* Dkt. No. 11924 at 2; *see also id.* at 8. Defendants have consented to an extension of 10 days, through and including November 8, 2019, for Plaintiffs to respond to the Motion.

Plaintiff has engaged Defendants regarding a stipulation of dismissal without prejudice under Rule 41(a)(1)(A)(ii), but have not been able to reach agreement on the language of such a

stipulation. It was not until Monday, November 4, 2019 that the parties reached an impasse. *See* Exhibit A (e-mail chain including drafts of proposed dismissals).

Defendants have proposed that the stipulation of dismissal can be *without* prejudice, but only if Plaintiff, in the event she refiles a case against Cook involving her filter, refile in this Court (whether or not this MDL exists any longer). *See* Exhibit B (e-mail attaching the proposed stipulation); and Exhibit C (proposed dismissal without prejudice). Alternatively, Defendants would agree to a dismissal *with* prejudice. *See* Exhibit D. But Defendants would not agree to adding (undisputedly true) language that the dismissal *with* prejudice was based on Plaintiff's complaint and injury that claimed tilt only. Exhibit A, at 2 (proposing the additional language that the dismissed claim was "regarding a tilted filter, which Defendants argue is not an injury"). Plaintiff, who is a resident of New Jersey, cannot agree to file any future case in the Southern District of Indiana, and further cannot agree to a dismissal with prejudice that does not adequately protect her interests in the event of a new injury regarding her filter that is not additional to tilt.

Defendants ultimately responded in a telephone conversation on November 7, 2019 that they would not consent to this requested extension. *See* Exhibit A, at 1 (requesting this extension). This is a factor in favor of granting this motion. *Thomas v. Clarian Health Partners, Inc.*, No. 1:10-CV-01174-RLY, 2011 WL 2295066, at *2 (S.D. Ind. June 9, 2011) (granting a second extension of time to file an opposition to a motion for summary judgment and stating, "It … appears to the court that [the defendant] has been inappropriately narrow-minded in its duty to cooperate.").

Plaintiff plans to file a Rule 41(a)(2) motion with this Court to dismiss her own case without prejudice by November 15, 2019. That motion would moot Defendants' summary

judgment motion. Thus, this extension will conserve the parties' and the Court's limited resources.

For these reasons, Plaintiff respectfully asks that she be permitted to file her opposition to Defendants' Motion within 21 days after any denial of her motion for without-prejudice dismissal.

Dated: November 8, 2019

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s Wendy R. Fleishman*
Wendy R. Fleishman

Wendy R. Fleishman
Daniel E. Seltz
Daniel R. Leathers
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592
Emails:     wfleishman@lchb.com
            dseltz@lchb.com
            dleathers@lchb.com

*Counsel for Plaintiff Vicki Lynn Anderson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th of November, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

          */s/ Wendy R. Fleishman*
           Wendy R. Fleishman