# EXHIBIT B

# Leathers, Daniel R.

| | |
|---|---|
| **From:** | Cox, Jessica Benson <Jessica.Cox@FaegreBD.com> |
| **Sent:** | Sunday, November 03, 2019 5:07 PM |
| **To:** | Leathers, Daniel R. |
| **Subject:** | FW: Dismissal for Tilt, etc. cases |
| **Attachments:** | Cook -Stipulation of Dismissal For Miscategorized No Injury Cases.docx |

Language attached  . .

**From:** Pierson, Andrea Roberts
**Sent:** Friday, November 01, 2019 3:18 PM
**To:** Michael Heaviside (mheaviside@hrzlaw.com) (mheaviside@hrzlaw.com) <mheaviside@hrzlaw.com>
**Subject:** Dismissal for Tilt, etc. cases

Mike –

Attached is a proposed stipulation of dismissal for the cases subject to our MSJ on tilt and other no-injury cases.  Cook would agree to dismissal on these terms.

Thanks,

Andrea