**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Vicki Lynn Anderson  v. Cook, et al.;* 1:16-cv-02796

### [PROPOSED] ORDER EXTENDING TIME FOR PLAITNIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter, having come before the Court on Plaintiff's Motion to Extend Time for her response to Defendants' Motion to for Summary Judgment (*See* Dkt. Nos. 11924 & 11924-1) and the Court having received the same and being duly advised, now finds that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the time in which Plaintiff may respond to Defendants' Motion for Summary Judgment is hereby extended through and including 21 days after any denial of her Rule 41(a)(2) motion for without-prejudice dismissal.  If the Court grants the motion for voluntary dismissal, no response to the summary judgment motion will be necessary, as the motion will be moot.

Dated _____, 2019

> */s/* _____
> JUDGE,
> United States District Court
> Southern District of Indiana

Distribution: Copies to all registered counsel of record will be made via CM/ECF