# EXHIBIT B

**Whetstone, Crystal**

| | |
|---|---|
| **From:** | Whetstone, Crystal |
| **Sent:** | Monday, December 17, 2018 4:39 PM |
| **To:** | CookFilterMDL@FaegreBD.com; plaintiffscoleadcounselmdl@gmail.com |
| **Cc:** | Duane, John C.; Hill, Joan; Migliori, Don |
| **Subject:** | Cook Categorization Forms (Email 2 of 2) |
| **Attachments:** | Redacted; McGee_Michelle.1.pdf; McGee_Michelle.2.pdf; McGee_Michelle.3.pdf; Redacted |



Persuant to CMO-6, attached please find the categorization forms and the specific medical records for the following plaintiffs:

- Redacted
- Michelle McGee- 1:17-cv-02221
- Redacted



Thank you,
**Crystal Whetstone** | Paralegal | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9588 | f. 843.216.9450 | clwhetstone@motleyrice.com

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

## CASE CATEGORIZATION SUBMISSION

### Instructions

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018**. Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

# Categorization Form

A. Plaintiff's Name: Michelle McGee

B. Plaintiff's Case Number: 1:17-cv-02221

C. Plaintiff's Counsel (Lead Firm Name): Motley Rice LLC

D. Categorization (check only one and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1:____

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2:____

    Briefly describe claimed complication/outcome/injury:_____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3:____

    Briefly describe claimed complication/outcome/injury:_____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4:____

    Briefly describe claimed complication/outcome/injury:_____

2

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

    Check here for Category 5:\_\_\_\_

    Briefly describe claimed complication/outcome/injury:_____

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    Check here for Category 6: X\_\_\_

    Briefly describe claimed complication/outcome/injury: IVC filter migrated prior to removal.

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    Check here for Category 7:\_\_\_\_. **Circle all sub-categories that apply below**:

    (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

    Briefly describe claim of symptomatic injury:
    _____

    (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

    Briefly describe claim of symptomatic injury:
    _____

    (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

    Briefly describe claim of symptomatic injury:
    _____

    (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
    Briefly describe claim of symptomatic injury:
    _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

3

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name: John C. Duane

Plaintiff's Counsel's Firm: Motley Rice LLC

Plaintiff's Counsel's Signature: s/ John C. Duane

4

9.233-9120

```
MEDICAL CITY DALLAS OP IMAGING      Name: MCGEE,MICHELLE
7777 FOREST LANE                    Phys: Macaluso Jr,Anthony  MD
DALLAS, TX                          DOB: Redacted      Age: Redacted    Sex: F
75230                               Acct: Redacted            Loc: H.RAD
PHONE #: 972-566-7226               Exam Date: 04/19/2011 Status: REG CLI
  FAX #: 972-566-5848               Radiology No:
                                    Unit No: Redacted

    7777 FOREST LANE
    DALLAS,TX


EXAMS:                                              CPT CODE:
002525858 COLON BARIUM ENEMA                        74270
```

History: Status post partial colectomy for diverticulitis and ileostomy placement..

Findings:

Water soluble contrast was introduced into the colon in retrograde fashion, with filling from the rectum to the cecum. The appendix was opacified. The colon is markedly foreshortened. There is no evidence of annular or constricting lesion or colonic obstruction. There is a slight narrowing in the region of the mid sigmoid colon which may be the level of the anastomosis. Stool is present limiting evaluation for polyps, but no large masses are seen. The appendix was opacified, and appears normal.

There is no evidence of colonic obstruction or annular or constricting mass lesion. No polyps are identified, and no mucosal abnormalities are seen.

Impression:

1. Mild luminal narrowing at the junction of the sigmoid colon and descending colon, possibly the level of the anastomosis. Sutures cannot clearly be seen, and the exact level of the anastomosis cannot be determined with certainty.

2. Retained stool and a few diverticula are noted. There is no evidence of colonic obstruction or annular or constricting lesion.

```
Electronically signed by:    RAMAKRISHNA
Date:                        04/19/11
Time:                        16:11

      ** Electronically Signed by M.D. KALPANA RAMAKRISHNA **
      **          on 04/19/2011 at 1611                    **
           Reported and signed by: KALPANA RAMAKRISHNA, M.D.


PAGE  1                   Out Patient              (CONTINUED)
```

POOR ORIGINAL

Redacted
              Redacted  04/21/11
DOB: Redacted 35/F Macaluso Jr,Anthony
Medical City Dallas Hospital

```
MEDICAL CITY DALLAS OP IMAGING      Name: MCGEE,MICHELLE
7777 FOREST LANE                    Phys: Macaluso Jr,Anthony  MD
DALLAS, TX                          DOB:                Age:         Sex: F
75230                               Acct:                    Loc: H.RAD
PHONE #: 972-566-7226               Exam Date: 04/19/2011 Status: DEP CLI
  FAX #: 972-566-5848               Radiology No:
                                    Unit No: Redacted
```

**\*\* Report Has Been Amended \*\***

EXAMS:                                           CPT CODE:
002525858 COLON BARIUM ENEMA                     74270
   <CONTINUED>

abnormalities are seen.

*Impression:*

1. Mild luminal narrowing at the junction of the sigmoid colon and descending colon, possibly the level of the anastomosis. Sutures cannot clearly be seen, and the exact level of the anastomosis cannot be determined with certainty.

2. Retained stool and a few diverticula are noted. There is no evidence of colonic obstruction or annular or constricting lesion.

---

```
Electronically signed by:     RAMAKRISHNA
Date:                         04/19/11
Time:                         16:11
```

```
        ** Electronically Signed by M.D. KALPANA RAMAKRISHNA **
        **           on 04/19/2011 at 1611                   **
             Reported and signed by: KALPANA RAMAKRISHNA, M.D.
```

MCGEE,MICHELLE
MR#:            04/21/11
DOB:       F Macaluso Jr.Anthony
Medical City Dallas Hospital

CC: Macaluso Jr,Anthony  MD

```
Dictated Date/Time: 04/19/2011 (1607)
Technologist: TERESA R TAYLOR
Transcribed Date/Time: 04/19/2011 (1611)
Transcriptionist: H.PHY.KR2
Electronic Signature Date/Time: 04/19/2011 (1611)
Orig Print D/T: S: 04/19/2011 (1630)
Reprint D/T: 04/20/2011 (1502)         BATCH NO: 3260
```

PAGE  2                          Signed Report

**POOR ORIGINAL**

```
MEDICAL CITY DALLAS OP IMAGING    Name: MCGEE,MICHELLE
7777 FOREST LANE                  Phys: Macaluso Jr,Anthony  MD
DALLAS, TX                        DOB:  Redacted    Age: Redacted   Sex: F
75230                             Acct: Redacted         Loc: H.RAD
PHONE #: 972-566-7226             Exam Date: 04/19/2011 Status: DEP CLI
  FAX #: 972-566-5848             Radiology No:
                                  Unit No: Redacted
```

** Report Has Been Amended **

```
EXAMS:                                          CPT CODE:
002525858 COLON BARIUM ENEMA                    74270
```

Addendum - 04/20/2011 SIGNED 04/20/2011

ADDENDUM:  002525858 RAD/BE
Upon further review, the patient's IVC filter tip is at the T8 level, apparently within the intrahepatic IVC.  Certainly, the filter is well above the level of the kidneys and cholecystectomy clips.  No prior studies available for comparison.  Findings communicated to Dr. Macaluso at 1400 hrs.

_____

Electronically signed by: Akilan Arumugham
Date:    04/20/11
Time:    14:52

```
    ** Electronically Signed by AKILAN ARUMUGHAM M.D. **
    **            on 04/20/2011 at 1452               **
           Reported and signed by: AKILAN ARUMUGHAM M.D.
           Dictated Date/Time: 04/20/2011 (1450)
           Transcribed: 04/20/2011 (1452) H.PHY.AA3
```

Report

History: Status post partial colectomy for diverticulitis and ileostomy placement..

Findings:

Water soluble contrast was introduced into the colon in retrograde fashion, with filling from the rectum to the cecum. The appendix was opacified. The colon is markedly foreshortened.  There is no evidence of annular or constricting lesion or colonic obstruction.  There is a slight narrowing in the region of the mid sigmoid colon which may be the level of the anastomosis.  Stool is present limiting evaluation for polyps, but no large masses are seen.  The appendix was opacified, and appears normal.

There is no evidence of colonic obstruction or annular or

constricting mass lesion.  No polyps are identified, and no mucosal abnormalities are seen.

Impression:

PAGE  1                     Signed Report                    (CONTINUED)

```
MEDICAL CITY DALLAS              Name: MCGEE,MICHELLE
7777 FOREST LANE                 Phys: Macaluso Jr,Anthony  MD
DALLAS, TX                       DOB: [Redacted]        Age: [Redacted]    Sex: F
75230                            Acct: [Redacted]             Loc: H.PREIN
PHONE #: 972-566-7225            Exam Date: 04/21/2011 Status: PRE IN
   FAX #: 972-566-4687           Radiology No:
                                 Unit No: [Redacted]
```

```
   EXAMS:                                        CPT CODE:
002526909 IVC                                    75825
```

   Is malpositioned filter.

Procedure: Informed consent was obtained.  Right neck prepped and draped in the usual sterile fashion.  1% lidocaine used for local anesthesia.

Under direct ultrasound visualization, right internal jugular vein was cannulated using a micropuncture set.  Ultrasound images captured and placed in the permanent record.

Once access was achieved, a wire was advanced through the filter into the left common iliac vein.

Pigtail catheter advanced over the wire.

Venogram performed delineating the bilateral common iliac veins and IVC.  The IVC measured less than 30 mm.  Renal vein single renal vein inflows were identified.  No thrombus is identified.  Filter is in the intrahepatic IVC.

The catheter was removed over a wire.  5-French sheath placed.  An Option retrievable filter was then deployed through the sheath under fluoroscopic guidance.  The filter tip was placed at the level of the renal vein inflows.

A repeat the exam was performed to confirm placement.

The sheath was removed over a wire and a 11-French sheath placed into the intrahepatic IVC.  A 15 mm snare was used to capture the malpositioned filter,.  Sheath was then advanced over the filter  and the filter was removed intact.

The sheath was removed and hemostasis using manual pressure.

Medication:  The patient received intravenous Versed and fentanyl for conscious sedation.  The patient was under continuous physiologic monitoring by nurse during the procedure.  Total sedation time was 45 minutes.

   Impression:


   IVC filter placement as above.  The filter may retrieved at a future date.

   Malpositioned previously placed over the intrahepatic IVC was successfully captured and removed intact.

```
PAGE  1                     Signed Report                  (CONTINUED)
```

```
MEDICAL CITY DALLAS              Name: MCGEE,MICHELLE
7777 FOREST LANE                 Phys: Macaluso Jr,Anthony   MD
DALLAS, TX                       DOB:  Redacted      Age: 35      Sex: F
75230                            Acct: Redacted      Loc: H.PREIN
PHONE #: 972-566-7225            Exam Date: 04/21/2011 Status: PRE IN
   FAX #: 972-566-4687           Radiology No:
                                 Unit No: Redacted


  EXAMS:                                              CPT CODE:
002526909 IVC                                         75825
   <CONTINUED>


         _____

         Electronically signed by: Akilan Arumugham
         Date:    04/21/11
         Time:    14:20


         ** Electronically Signed by AKILAN ARUMUGHAM M.D. **
         **           on 04/21/2011 at 1420                **
                Reported and signed by: AKILAN ARUMUGHAM M.D.
```

CC: Macaluso Jr,Anthony   MD

Dictated Date/Time: 04/21/2011 (1414)
Technologist: RACHEL N PRUITT RT; RODRICK CARTER RT
Transcribed Date/Time: 04/21/2011 (1420)
Transcriptionist: H.PHY.AA3
Electronic Signature Date/Time: 04/21/2011 (1420)
                                      BATCH NO: N/A

PAGE   2                  Signed Report