UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>) |
| _____ | )   1:14-ml-02570-RLY-TAB |
| | )   MDL No. 2570 |
| This Document Relates to:<br>All Actions | )<br>) |

**COURT'S NOTICE OF MAILING**

Pursuant to the Case Management Order Regarding Coordination with State Court Litigation issued on October 25, 2019 (CMO 26), the court prepared and mailed letters to the state courts involved in Cook IVC filter litigation on November 5, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record