IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Patricia Katrausky v. Cook Medical Inc., et al.,*

Case No. 1:17-cv-03968-RLY-TAB

APPROVED. Case is dismissed without prejudice.
Dated: 11/07/2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendants, pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that this case is hereby dismissed without prejudice. This stipulation for dismissal relates only to the individual case captioned above, and is not intended to affect any other pending case. The Parties, by and through counsel of record, hereby move the Court for an Order dismissing this case without prejudice, with each party to bear its own costs and expenses.

*/s/ Alexander Dwyer*
Alexander Dwyer
Kirkendall Dwyer, LLP
440 Louisiana, Suite 1900
Houston, TX 77002

*Attorneys for Plaintiff*

By: */s/ Jessica Benson Cox*
FAEGRE BAKER DANIELS LLP
Jessica Benson Cox
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
Email: Jessica.Cox@FaegreBD.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: November 5, 2019