# EXHIBIT  A

**OMNI Healthcare**

1427 Laurens Road, Suite I
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

| | | | |
|---|---|---|---|
| **Patient Name** | THERESA GILLEN | **Case ID** | ███████ |
| **Patient DOB** | ███████ | **Referring Physician** | Ramin Ahmadi, MD |
| **Exam Date** | 12/02/2017 | **Exam Description** | CT Abdomen w/o Contrast |

**HISTORY:**  Cook Gunther Tulip filter.

**TECHNICAL FACTORS:**  Standard CT technique was utilized.

**COMPARISON:**  None.

**FINDINGS:**  This dictation refers only to the IVC filter.

CAVAL PERFORATION: Yes. Grade 4 perforation of the 3 o'clock strut into the aorta (series 2, image 94). Grade 3 perforation of 6 o'clock strut to abut anterior superior endplate of L3.  Grade 1 perforations of 9 and 12 o'clock struts.

TILT: Yes. 21.35 degrees in the sagittal direction and 21.65 degrees in the coronal direction.  Apex of filter touches right posterior wall of IVC.

MIGRATION: Yes. Apex of filter 1.22cm below right renal vein confluence.

PERTINENT NEGATIVES: No IVC thrombosis or stenosis.

ADDITIONAL FINDINGS: Fracture of 6 o'clock strut in the mid to distal portion.  Configuration of 2 o'clock strut also suggests fracture more proximally.

**CONCLUSION:**
**IVC filter as described.**

Thank you for the opportunity to provide your interpretation.

*Stephen J. Pomeranz, MD*

Stephen J. Pomeranz, MD

A: PC/SJP/lw 10/08/2019 5:23 PM
T: LW 10/08/2019 11:58 AM

1-877-674-7323 (1-877-MRI-READ)

WWW.PROSCAN.COM



**OMNI Healthcare**

1427 Laurens Road, Suite I
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA - ███████████                    CT Abdomen w/o Contrast  - 12/02/2017



(1)    Angle: 21.35 degrees



**OMNI Healthcare**

1427 Laurens Road, Suite I
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA - ██████████                    CT Abdomen w/o Contrast  - 12/02/2017





**OMNI Healthcare**

1427 Laurens Road, Suite I
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA -                                          CT Abdomen w/o Contrast  - 12/02/2017



(1)   Length: 1.22 cm



**OMNI Healthcare**

1427 Laurens Road, Suite I
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA - ███████████          CT Abdomen w/o Contrast  - 12/02/2017



(1)  Area: 0.94 sq. cm, Mean: 242.61, SD: 335.84, Median: 113.00
(2)  Angle: 21.65 degrees

1-877-674-7323 (1-877-MRI-READ)          WWW.PROSCAN.COM



Case 1:14-ml-02570-RLY-TAB   Document 12399-1   Filed 11/08/19   Page 7 of 9 PageID #: 91313

**OMNI Healthcare**

1427 Laurens Road, Suite I
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA - ███████████                    CT Abdomen w/o Contrast  - 12/02/2017





**OMNI Healthcare**

1427 Laurens Road, Suite I
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA - ███████████          CT Abdomen w/o Contrast  - 12/02/2017





**OMNI Healthcare**

1427 Laurens Road, Suite I
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA - ███████████                    CT Abdomen w/o Contrast  - 12/02/2017



