# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this AMENDED Supplemental Plaintiff Profile Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I.  CASE INFORMATION

**Caption:** *Theresa Lynne Gillen v. Cook Incorporated, et al.*   Date: 6/7/2019
**Docket No.:** 1:19-cv-02288-RLY-TAB
**Plaintiff(s') attorney and Contact information:**

Howard L. Nations
3131 Briarpark Dr., Suite 208
Houston, TX 77042
(713) 807-8400; (713) 807-8423(Fax)

## II.  PLAINTIFF INFORMATION

1. Please state:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Theresa Lynne Gillen
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: None
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]

2. Spouse: Javier Luis Lopez     Loss of Consortium?  ___ Yes   _X_ No
3. Date of birth: ■■■■
4. Date of death (if applicable): N/A
5. Social Security No.: ■■■■
6. Current Address: 7736 Fair Ave., Sun Valley, CA 91352
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| 2513 N. Glenoaks Blvd., Burbank, CA 91504 | 2005 to 2010 |
|  |  |

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

   (a) Javier Luis Lopez, Approximately in 1997

8. Do you have children?  _X_ Yes  ___ No

   If yes, please provide the following information with respect to each child:

   | Name and Address of Child | DOB | Is the Child Dependent on You? |
   |---|---|---|
   | ███ | ███ | No |
   |  |  |  |
   |  |  |  |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

   None

10. Please state your highest level of education: Some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

    Some college, Los Angeles Pierce College

11. Are you claiming damages for lost wages:  ___ Yes  _X_ No

12. If so, for what time period: N/A

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

    | Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
    |---|---|---|---|
    | Burbank Unified School District | Playground Supervisor | 2009 to 2016 | ███ |

| ▓▓▓▓▓ | Child caretaker | ▓▓▓▓▓ | ▓▓▓▓▓ |

    a.    Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ___ Yes  _X_ No

    b.    If so, state the year you filed and whether the bankruptcy trustee has been notified of your pending claim.

    N/A

14.    Have you ever served in any branch of the military? ___ Yes  _X_ No

    a.    If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

    N/A

15.    Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ___ Yes ___ No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

N/A

16.    Do you have a compu, er? _X_ Yes ___ No

17.    If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, Linkedin or other social media websites?

    _X_ Yes  ___ No  ___ Not applicable

### III. DEVICE INFORMATION

1. Date of Implant: 2/11/2005
2. Reason for Implant: Deep venous thrombosis, contraindication to anticoagulation, head trauma following train crash
3. Brand Name: Gunther Tulip
4. Mfr.: Cook, Inc.
5. Lot Number: 1434527
6. Placement Physician (Name/Address): Robert Henry McKay, MD, 3700 South St., Lakewood, CA 90711
7. Medical Facility (Name/Address): Glendale Memorial Hospital and Health Center, 1420 S. Central Ave., Glendale, CA 91204

(This section to be used if more than one filter is at issue)
1. Date of Implant: N/A

2. Reason for Implant: N/A
3. Brand Name: N/A
4. Mfr.: N/A
5. Lot Number: N/A
6. Placement Physician (Name/Address): N/A
7. Medical Facility (Name/Address): N/A

Have you ever been implanted with any other vena cava filters or related product(s) besides the Cook Inferior Vena Cava Filter(s) for the treatment of the same condition(s) identified in your answer above? No.

    a. If yes, please identify any such device(s) or product(s). N/A
    b. When was this device or product implanted in you? N/A
    c. Provide the name, address and phone number of the physician(s) who implanted this other device or product? N/A
    d. Provide the name and address of facilities where the other device or product was implanted in you: N/A
    e. State your understanding of why was the other device or product implanted in you? N/A

*Attach medical evidence of product identification*

### IV. RETRIEVAL/REMOVAL/EXPLANT PROCEDURE INFORMATION

1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A

(This section to be used if more than one retrieval attempted)
1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A
1. Date of retrieval (including any attempts): N/A
2. Type of retrieval: N/A
3. Retrieval physician (Name/Address): N/A
4. Medical Facility (Name/Address): N/A
5. Reason for Retrieval: N/A

### V.  OUTCOME ATTRIBUTED TO DEVICE

| | | | |
|---|---|---|---|
| _X_ | Migration | ___ | Other |
| _X_ | Tilt | ___ | Other |
| _X_ | Vena Cava Perforation | ___ | Other |
| _X_ | Fracture | ___ | Other |
| ___ | Device is unable to be retrieved | ___ | Other |
| ___ | Bleeding | ___ | Other |
| ___ | Organ Perforation | ___ | Other |

### VI.  HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

 Imaging studies                         by Danh Tien Nguyen, MD/Stephan J. Pomeranz, MD
(e.g., imaging studies, surgery, doctor visits)

_____ by _____

_____ by _____

### VII.  CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Stress, anxiety, and a burst vericose vein in leg.

### VIII.  MEDICAL  BACKGROUND

1. Provide your current: Age   52       Height   5'3"       Weight   220 lbs.

2. Provide your: Age   38       Weight   200 lbs.      (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

-5-

3. In chronological order, list any and all hospitalizations and outpatient procedures you had in the five (5) year period BEFORE implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure; and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| None | |
| | |
| | |

*[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Cook Inverior Vena Cava Filter]*

4. <u>Before the implantation</u> of the Cook Inferior Vena Cava Filter(s), did you regularly exercise or participate in activities that required lifting or strenuous physical activity?

    ___ Yes    _X_ No

5. In chronological order, list any and all hospitalizations and outpatient procedures you had AFTER implantation of the Cook Inferior Vena Cava Filter(s). Identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each hospitalization or outpatient procedure, and provide the approximate date(s) for each:

| Approximate Date | Doctor or Healthcare Provider Involved (including address) |
|---|---|
| Approx. 2005 | Providence Saint Joseph Medical Center<br>501 S. Buena Vista St.<br>Burbank, CA 91505 |
| 6/2011, 7/2012 | Warren S. Line, MD<br>191 S. Buena Vista St., Ste. 320<br>Burbank, CA 915050 |
| 5/2012 | Lotus Clinical Research, LLC<br>100 W. California Blvd., Unit #25<br>Pasadena, CA 91105 |

6. To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital or other health care provider from which you have received medical advice and/or treatment in the past seven (7) years:

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Danh Tien Nguyen, MD (Radiology) | 3900 Sherman Dr., Ste. 100<br>Riverside, CA 92503<br>Tel: (951) 682-7580 | Approx. in 2017 |

| Sasan Najibi, MD (General & Vascaular Surgery) | 2950 W. Burbank Blvd. Burbank CA, 91505 Tel: (818) 558-7700 | 2017 |
|---|---|---|
| Batris Ther Hacopian, MD (Family Practice) | 2211 W. Magnolia Blvd., Ste. 120 Burbank, CA 91506 Tel: (818) 955-5773 | 2017 to present |
| Lawrence O'Connor, MD (Cardiology) | 1510 S. Central Ave., Ste. 420 Glendale, CA 91204 Tel: (818) 242-8816 | Approx. in 2018 |
| Christopher Lee, MD (Orthopedic Sports Medicine) | 191 S. Buena Vista St., Ste. 470 Burbank, CA 91505 Tel: (818) 848-3030 | 2017 |
| Burbank Advanced Imaging Center (Radiology) | 10101 Riverside Dr. Toluca Lake, CA 91602 Tel: (818) 762-2626 | 2017 to 2018 |

7. <u>Since the date</u> that the Cook Inferior Vena Cava Filter(s) was implanted, have you regularly exercised, or regularly participated in activities that required lifting, or regularly engaged in strenuous physical activity?

   ___ Yes   _X_ No

   Describe each activity which you contend has been limited or which you contend that you can no longer engage in because of receiving your Cook Inferior Vena Cava Filter(s).

   N/A

8. Number of Deep Vein Thromboses before and after implant of your Cook IVC Filter:

   Before: 1 / After: 0

9. Number of Pulmonary Emboli before and after the implant of your Cook IVC Filter:

   Before: 0 / After: 0

10. If you had any of the following conditions beginning five years before your IVC filter implant or after it was implanted, please provide the requested information.

| **Condition** | **Date Range** | **Treating Doctor and/or Facility** |
|---|---|---|
| Lupus ___ Yes _X_ No | | |

| | | |
|---|---|---|
| Crohn's Disease<br>___ Yes   _X_ No | | |
| Factor V Leiden<br>___ Yes   _X_ No | | |
| Protein Deficiency<br>___ Yes   _X_ No | | |
| Spinal fusion/back sx<br>___ Yes   _X_ No | | |
| Anti-thrombin deficiency<br>___ Yes   _X_ No | | |
| Prothrombin mutation<br>___ Yes   _X_ No | | |

11. For the period beginning five (5) years before your IVC implant to the present date, describe all major health problems and surgeries you recall, other than those listed above.

| **Approximate Date Range** | **Health Problem or Surgery** |
|---|---|
| 2007 to present | High Blood Pressure |
| 2007 to present | Inactive Thyroid |
| 12/2018 to present | Low Blood Count |
| | |
| | |
| | |
| | |

12. If you are seeking damages for emotional distress in this lawsuit, you must respond to this question:

    Have you experienced, been diagnosed with or received psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders during the three (3) years prior to the filing of this lawsuit through the present?   ___ Yes   _X_ No

    If yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:

    N/A

-8-

13. Do you now or have you ever smoked tobacco products? ___ Yes  _X_ No

    If yes: How long have/did you smoke? N/A

14. List each prescription medication you have taken for more than three (3) months at a time, beginning three (3) years prior to the implant to the present, please provide the following:

| Medication | Reason for Taking | Dates of Use | Pharmacy (with Address if Known) |
|---|---|---|---|
| Hydrochlorothiazide 25 mg | High Blood Pressure | 2012 to present | CVS Pharmacy 10945 Victory Blvd. North Hollywood, CA 91606 |
| Levothyroxine 75 mg | Inactive Thyroid | 2012 to present | CVS Pharmacy 10945 Victory Blvd. North Hollywood, CA 91606 |
|  |  |  |  |
|  |  |  |  |

### IX. PRIOR CLAIM INFORMATION & FACT WITNESSES

1. Have you filed a lawsuit or made a claim since the placement of the device, other than in the present suit, relating to any bodily injury? ___ Yes  _X_ No.  If yes, specify:

    a. Court in which lawsuit/claim was filed or initiated: N/A

    b. Case/Claim Number: N/A

    c. Nature of Claim/Injury: N/A

2. Have you applied for Workers' Compensation (WC), Social Security disability (SSI) or SSD) benefits, or other State or Federal disability benefits since the placement of the device? _X_ Yes  ___ No. If yes, please specify:

    a. Date (or year) of application: 2006

    b. Type of benefits sought: SSD

    c. Agency/Insurer from which you sought the benefits: Social Security Administration

    d. The nature of the claimed injury/disability: Traumatic Brain Injury

    e. Whether the claim was accepted or denied: Accepted

3. Identify by name, address and relationship to you, all persons (other than your healthcare providers) who possess information concerning your injuries and/or current medical condition:

| Name | Address (if known) | Relationship to You |
|---|---|---|
| ███████ | ███████ | Daughter |
|  |  |  |
|  |  |  |

## X. DOCUMENT REQUESTS

In addition to the requirements in Amended Case Management Order #4, Section 1.d., that each plaintiff shall provide the defendants with hard copies or electronic files of all medical records in their possession or in the possession of their attorneys or other representatives, including, but not limited to, records that support product identification, state whether you have any of the following documents in your possession or in the possession of your attorneys or other representatives. If you do, please provide a true and correct copy of any such documents with this completed Profile Sheet.

1. If you were appointed by a Court to represent the plaintiff in this lawsuit, produce any documents demonstrating such appointment.

   Applies to me and: ___ the documents are attached OR ___ I have no documents OR _X_ Does not apply to me.

2. If you represent the Estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

   Applies to me and: ___ the documents are attached OR ___ I have no documents OR _X_ Does not apply to me.

3. Produce any Cook Inferior Vena Cava Filter product packaging, labeling, advertising, or any other product-related items.

   Applies to me and:___ the documents are attached OR _X_ I have no documents OR ___ Does not apply to me.

4. Produce all documents concerning any communication between you and the Food and Drug Administration (FDA), or between yo uand any employee or agent of the Cook Group Defendants, regarding the Cook Inferior Vena Cava Filter(s) at issue, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

   Applies to me and: ___ the documents are attached OR ___ I have no documents OR _X_ Does not apply to me.

5. Produce all documents, correspondence or communication relating to the Cook Inferior Vena Cava Filter, which was exchanged between Cook Group Defendants, your healthcare providers or you, except those communications that are attorney/client or work product privileged or that are between your counsel in this case and Cook or Cook's counsel.

   Applies to me and: ___ the documents are attached OR ___ I have no documents OR  _X_ Does not apply to me.

6. Produce all documents describing risks and/or benefits of Inferior Vena Cava Filters, which you received before your procedure, including but not limited to any risks and/or benefits associated with the Cook Inferior Vena Cava Filter(s).

   Applies to me and: ___ the documents are attached OR _X_ I have no documents OR ___ Does not apply to me.

7. Produce any and all documents reflecting the model number and lot number of the Cook Inferior Vena Cava Filter(s) you received.

   Applies to me and: _X_ the documents are attached OR ___ I have no documents OR ___ Does not apply to me.

8. If you underwent surgery or any other procedure to remove, in whole or in part, the Cook Inferior Vena Cava Filter(s), produce any and all documents, other than documents that may have been generated by expert witnesses retained by your counsel for litigation purposes, that relate to any evaluation of the Cook Inferior Vena Cava Filter(s) removed from you.

   Applies to me and: ___ the documents are attached OR ___ I have no documents OR _X_ Does not apply to me.

9. If you claim lost wages or lost earning capacity, produce copies of your Federal and State tax returns for the period beginning three years before you claim your wage loss began to the present date, redacting irrelevant information.

   Applies to me and: ___ the documents are attached OR ___ I have no documents OR _X_ Does not apply to me.

10. All documents concerning payments on behalf of the injured party for medical treatment relating to the injuries claimed in this lawsuit, including, but not limited to any lien notices and documents which identify potential lien holders.

    Applies to me and: ___ the documents are attached OR _X_ I have no documents OR ___ Does not apply to me.

## AUTHORIZATIONS

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached in Exhibit A. The form will authorize counsel for the Cook Group Companies to obtain those records identified within this Claimant Profile Form.

## VERIFICATION

I, <u>THERESA GILLEN</u>, declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Claimant Profile Form dated   <u>10/24/2019</u>   and verified that all of the information provided is true and correct to the best of my knowledge, information and belief.

*[signature]*
Theresa Lynne Gillen

**OMNI Healthcare**

1427 Laurens Road, Suite J
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

| | | | |
|---|---|---|---|
| **Patient Name** | THERESA GILLEN | **Case ID** | |
| **Patient DOB** | | **Referring Physician** | Ramin Ahmadi, MD |
| **Exam Date** | 12/02/2017 | **Exam Description** | CT Abdomen w/o Contrast |

**HISTORY:**  Cook Gunther Tulip filter.

**TECHNICAL FACTORS:**  Standard CT technique was utilized.

**COMPARISON:**  None.

**FINDINGS:**  This dictation refers only to the IVC filter.

CAVAL PERFORATION: Yes. Grade 4 perforation of the 3 o'clock strut into the aorta (series 2, image 94). Grade 3 perforation of 6 o'clock strut to abut anterior superior endplate of L3.  Grade 1 perforations of 9 and 12 o'clock struts.

TILT: Yes. 21.35 degrees in the sagittal direction and 21.65 degrees in the coronal direction.  Apex of filter touches right posterior wall of IVC.

MIGRATION: Yes. Apex of filter 1.22cm below right renal vein confluence.

PERTINENT NEGATIVES: No IVC thrombosis or stenosis.

ADDITIONAL FINDINGS: Fracture of 6 o'clock strut in the mid to distal portion.  Configuration of 2 o'clock strut also suggests fracture more proximally.

**CONCLUSION:**
**IVC filter as described.**

Thank you for the opportunity to provide your interpretation.

*Stephen J. Pomeranz, MD* (signature)

Stephen J. Pomeranz, MD

A: PC/SJP/lw 10/08/2019 5:23 PM
T: LW 10/08/2019 11:58 AM

1-877-674-7323 (1-877-MRI-READ)   WWW.PROSCAN.COM

Page 1 of 8


PROSCAN Reading Services

**OMNI Healthcare**

1427 Laurens Road, Suite J
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA -               CT Abdomen w/o Contrast  - 12/02/2017



1-877-674-7323 (1-877-MRI-READ)           WWW.PROSCAN.COM

Page 2 of 8



**OMNI Healthcare**

1427 Laurens Road, Suite J
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA - 

CT Abdomen w/o Contrast  - 12/02/2017





OMNI Healthcare

1427 Laurens Road, Suite J
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA -

CT Abdomen w/o Contrast  - 12/02/2017





**OMNI Healthcare**

1427 Laurens Road, Suite J
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA - ▮▮▮▮▮▮▮▮▮▮   CT Abdomen w/o Contrast  - 12/02/2017



(1) Area: 0.94 sq. cm, Mean: 242.61, SD: 335.84, Median: 113.00
(2) Angle: 21.65 degrees

1-877-674-7323 (1-877-MRI-READ)   WWW.PROSCAN.COM



**OMNI Healthcare**

1427 Laurens Road, Suite J
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA -                                         CT Abdomen w/o Contrast  - 12/02/2017



1-877-674-7323 (1-877-MRI-READ)           WWW.PROSCAN.COM

Page 6 of 8



**OMNI Healthcare**

1427 Laurens Road, Suite J
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA - 

CT Abdomen w/o Contrast  - 12/02/2017





**OMNI Healthcare**

1427 Laurens Road, Suite J
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

GILLEN, THERESA -                         CT Abdomen w/o Contrast  - 12/02/2017



1-877-674-7323 (1-877-MRI-READ)          WWW.PROSCAN.COM

Page 8 of 8

