UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**CASE CATEGORIZATION SUBMISSION**

**Instructions**

Pursuant to the Court's Order regarding case categorization (Doc. 9322), each plaintiff is required to certify the respective outcomes, complications, and injuries claimed by submitting specific medical records evidencing the claimed complication, outcomes, and injuries into one of seven categories outlined by the Court in its Order ("Categorization Process"). The following requirements apply to the Categorization Process:

1. Each plaintiff must submit the attached Categorization Form by **December 22, 2018.** Forms shall be served on Cook at CookFilterMDL@FaegreBD.com, per CMO-6, and on Plaintiffs' Leadership at plaintiffscoleadcounselmdl@gmail.com. Any plaintiff that fails to submit this Form by the deadline may be subject to dismissal upon motion by a party and at the discretion of the Court.

2. Each plaintiff may select more than one of the seven categories outlined in the Categorization Form, with the understanding that only the "highest" alleged category will be considered for purposes of the census ordered by the Court and that each category alleged requires a specific medical record. Once the appropriate category is marked, the claimed outcome/complication/injury must be briefly described. For example, the description can be "asymptomatic perforation," "failed retrieval attempt," "fractured filter with retained fragment," "emotional distress claim," etc.

3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as a non-compliance with the Court's Order.

4. This Case Category Submission is for the purpose of complying with the Court's Order on the Cook Defendant's Motion for Screening Order and Bellwether Selection Plan only and is not admissible and is not to be considered relevant for any other purpose.

**Supplemental Categorization Form**

A.   Plaintiff's Name:                              Theresa Lynne Gillen

B.   Plaintiff's Case Number:              1:19-cv-02288-RLY-TAB

C.   Plaintiff's Counsel (Lead Firm Name):   The Nations Law Firm

D.   Categorization (check each that applies and briefly describe):

1.   Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunther Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: _____

2.   Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: _____

   Briefly describe claimed complication/outcome/injury: _____

3.   Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: _____

   Briefly describe claimed complication/outcome/injury: _____

4.   Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: _____

   Briefly describe claimed complication/outcome/injury: _____

5.   Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: _____

Briefly describe claimed complication/outcome/injury: _____

6.   Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: \_\_\_\_X\_\_\_\_

Briefly describe claimed complication/outcome/injury: <u>Asymptomatic - perforation of one (1) strut into the aorta and one (1) strut abuts the anterior superior endplate of L3; migration of the filter 1.22cm below right renal vein; fracture of one (1) strut in the mid to distal portion of the filter and another fractured strut more proximilly, and and tilting of the filter 21.35 degrees sagittal direction and 21.65 coronal direction.</u>

7.   Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: _____

**Check all sub-categories that apply below:**

_____ (a) IVC thrombotic occlusion   consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury: _____

_____ (b) filter embolization   consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury: _____

_____ (c) filter fracture   consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury: _____

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

3

_____ (d) filter migration    consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;

Briefly describe claim of symptomatic injury: _____

_____ (e) penetration or perforation    consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: _____

_____ (f) recurrent pulmonary embolism (PE)    consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: _____

_____ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: _____

_____ (h) infection;

Briefly describe claim of symptomatic injury: _____

_____ (i) bleeding;

Briefly describe claim of symptomatic injury: _____

_____ (j) death; and

Briefly describe claim of symptomatic injury: _____

_____ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _____

4

E.	Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

    Plaintiff's Counsel Name:      Howard L. Nations

    Plaintiff's Counsel's Firm:       The Nations Law Firm

    Plaintiff's Counsel's Signature:   *Howard L. Nations*

**OMNI Healthcare**

1427 Laurens Road, Suite I
Greenville, South Carolina 29607
Phone: 1 864-881-4461
Fax: 1 864-881-0137

| | | | |
|---|---|---|---|
| **Patient Name** | THERESA GILLEN | **Case ID** | |
| **Patient DOB** | | **Referring Physician** | Ramin Ahmadi, MD |
| **Exam Date** | 12/02/2017 | **Exam Description** | CT Abdomen w/o Contrast |

**HISTORY:** Cook Gunther Tulip filter.

**TECHNICAL FACTORS:** Standard CT technique was utilized.

**COMPARISON:** None.

**FINDINGS:** This dictation refers only to the IVC filter.

CAVAL PERFORATION: Yes. Grade 4 perforation of the 3 o'clock strut into the aorta (series 2, image 94). Grade 3 perforation of 6 o'clock strut to abut anterior superior endplate of L3. Grade 1 perforations of 9 and 12 o'clock struts.

TILT: Yes. 21.35 degrees in the sagittal direction and 21.65 degrees in the coronal direction. Apex of filter touches right posterior wall of IVC.

MIGRATION: Yes. Apex of filter 1.22cm below right renal vein confluence.

PERTINENT NEGATIVES: No IVC thrombosis or stenosis.

ADDITIONAL FINDINGS: Fracture of 6 o'clock strut in the mid to distal portion. Configuration of 2 o'clock strut also suggests fracture more proximally.

**CONCLUSION:**
**IVC filter as described.**

Thank you for the opportunity to provide your interpretation.

*[signature]*

Stephen J. Pomeranz, MD

A: PC/SJP/lw 10/08/2019 5:23 PM
T: LW 10/08/2019 11:58 AM

