# EXHIBIT E

# Charles Bailey

| | |
|---|---|
| **From:** | Cox, Jessica Benson <Jessica.Cox@FaegreBD.com> |
| **Sent:** | Monday, October 28, 2019 9:15 AM |
| **To:** | Charles Bailey; Pierson, Andrea Roberts |
| **Cc:** | Kim Truongle; Symons, Rochelle R.; Angelino, Blake A. |
| **Subject:** | RE: Gillen, Theresa (1:19-cv-02288-RLY-TAB) |

Hi Charles,

Thank you for sending.  We need a bit more time on this one, so sorry about that.  How about we extend your deadline to respond to our Motion to Nov 4th for now, just to give us a bit more time to evaluate.  We will get back to you ASAP, but hopefully this doesn't put you up against a deadline to respond while we evaluate.  Work for you?

-JBC

---

**From:** Charles Bailey <Charles.Bailey@howardnations.com>
**Sent:** Friday, October 25, 2019 12:28 PM
**To:** Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Cc:** Kim Truongle <Kim.Truongle@howardnations.com>
**Subject:** Gillen, Theresa (1:19-cv-02288-RLY-TAB)

Good morning, Ms. Pierson and Ms. Cox:

Our Cook IVC filter client Theresa Gillen is on your Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases.  We have amended our Categorization Form and Amended and Supplemented our Plaintiff Profile Form, attaching records, showing that Ms. Gillen's filter has actually perforated, migrated and fractured.  I have attached copies of those to this email.

Considering these inuries, we ask that you withdraw your Motion for Summary Judgment as to Ms. Gillen.  Please let me know if you are agreeable to the withdrawal.  A prompt reply will be appreciated, so that we may timely respond to the Motion if you are not agreeable.

Best regards,

Charles D. Bailey III
Senior Paralegal



A National Litigation Firm
3131 Briarpark Drive, Suite 208, Houston, TX 77042-3795
Tel: 713-807-8400  ·  800-269-3050  ·  Fax: 713-807-8423
charles@howardnations.com · www.howardnations.com

CONFIDENTIALITY NOTICE:  Please notify us at 1-800-269-3050 if you have received this transmission in error. The information in this E-Mail is intended solely for the addressee and may be confidential and protected under applicable law. Please do not review, disclose, disseminate, copy or act in reliance on this information as such conduct may be illegal. Thank you for your cooperation and please accept our apologies for any inconvenience this error may have caused.