THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
121 W. SPRING STREET, ROOM 210
NEW ALBANY, IN 47150

OFFICIAL BUSINESS

RECEIVED
US DISTRICT COURT
NEW ALBANY DIVISION
NOV 07 2019
LAURA A. BRIGGS

LOUISVILLE KY 400
25 OCT '19
PM 2 L

LaTonia Warfield
2897 North Druid Hills Road, #297
Atlanta, GA 30329

NIXIE        300    DE  1         0011/05/19
          RETURN TO SENDER
          INSUFFICIENT ADDRESS
          UNABLE TO FORWARD

BC: 47150367399    *1070-50129-25-45

B78615.18
$0.500
US POSTAGE
FIRST-CLASS
062S0009595004
47150