UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

**ORDER ON PENDING MOTIONS TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(b), Third Amended Case Management Order No. 4 or Revised Second Amended Order Regarding Case Categorization Forms, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively "Cook"), have filed three Motions to Dismiss, Filing Nos. 12259, 12273, and 12291. The following Plaintiffs have failed to respond to the pending motions:

**I.   Cook Defendants' Motion to Dismiss for Lack of Service of Case Categorization Form -- Filing No. 12259**

1. Buck, Vanessa - 1:17-cv-03264
2. Douglas, Deborah - 1:17-cv-03381
3. Powers, Andrea - 1:17-cv-03431
4. Valentine, William - 1:17-cv-03559
5. Hamblin, Kevin - 1:19-cv-03144
6. Stewart, Tammy - 1:19-cv-03388
7. Scott, Carolyn - 1:19-cv-03685

## II. Cook Defendants' Motion to Dismiss for Lack of Service of PPS -- Filing No. 12273

1. Snyder, Barbara - 1:19-cv-02570
2. Ratliff, Marilyn - 1:19-cv-02789
3. Mitchell, John M. - 1:19-cv-02848
4. Shields, Michael - 1:19-cv-02850
5. Chavers, Amaris - 1:19-cv-02851
6. Gaffney, Steven - 1:19-cv-03012
7. Mitchell, Carol - 1:19-cv-03019
8. Simmons, Marcus - 1:19-cv-03029
9. Hamblin, Kevin - 1:19-cv-03144
10. Stewart, Tammy - 1:19-cv-03388
11. Wright, Mark - 1:19-cv-03390
12. Small, Michael - 1:19-cv-03396
13. Jones, Anthony - 1:19-cv-03407
14. Turner, Elvin Shane - 1:19-cv-03408
15. Foster, Diana Voorhies - 1:19-cv-03410
16. White, Randy - 1:19-cv-03480
17. Scott, Carolyn - 1:19-cv-03685

### III. Cook Defendants' Motion to Dismiss for Duplicate Filings -- Filing No. 12291

1. Benhart, David - 1:19-cv-02692
2. Harrison, Darlene Miller - 1:19-cv-03297
3. Jenkins, Susan - 1:16-cv-01068
4. Keller, Douglas M. Jr. - 1:19-cv-02623
5. Meddock, Teresa - 1:19-cv-02893
6. Muff, Leonard - 1:19-cv-02728
7. Myers, Gregory Gene - 1:19-cv-03228
8. Royce, Mathew - 1:19-cv-03918
9. Ryan, John - 1:19-cv-02825
10. Seibert, Christine - 1:19-cv-03792
11. Sims, Palmer Sr. - 1:19-cv-02541

**If Plaintiffs fail to comply within twenty (20) days of the date of this Order, their cases shall be dismissed.**

**SO ORDERED** this 8th day of November, 2019

Dated:   11/08/2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.