IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

Dwight Doane, 1:18-cv-02735

### RESPONSE IN OPPOSITION TO THE COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT IN 46 MISCATEGORIZED NO INJURY CASES (Dkt. No. 11923)

Plaintiff Dwight Doane, by and through his counsel, file this response to the Cook Defendants'[1] Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases. In support of this Motion, Plaintiff Dwight Doane states the following:

1. On October 1, 2019, in their Motion for Summary Judgment, Cook Defendants alleged that Plaintiff Dwight Doane's Categorization Form and supporting medical records failed to demonstrate a legally cognizable injury.

2. On October 9, 2019, Johnson Law Group, counsel for Plaintiff, met and conferred with Cook Defendants regarding Plaintiff's newly diagnosed injuries as identified in Plaintiff's Supplemental Plaintiff Profile Sheet that was served on Cook Defendants in February of 2019.

3. On October 11, 2019, Cook Defendants agreed to withdraw their Motion for Summary Judgment as it relates to Plaintiff Dwight Doane. Attached as **Exhibit A** is the Email Correspondence between Johnson Law Group and Cook Defendants.

---

[1] As used in this response, "Cook" and "Cook Defendants" refer to Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

4. Subsequently, Plaintiff served a supplemental Categorization Form and supporting medical records which reflected the newly diagnosed injuries on Cook Defendants. Attached as **Exhibit B** is Plaintiff Doane's Supplemental Categorization Form and supporting medical records. Attached as **Exhibit C** is the Email Transmission regarding the Supplemental Categorization Form and supporting medical records.

Accordingly, Plaintiff's Counsel asks the Court to deny the Cook Defendants' Motion to Dismiss as it relates to Plaintiff Dwight Doane.

Dated:   November 8, 2019              Respectfully Submitted,

**JOHNSON LAW GROUP**

 /s/Basil Adham
Basil Adham
BAdham@JohnsonLawGroup.com
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
Ph: (832) 415-3867
Fax: (713) 583-9460

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on November 8, 2019, a copy of Plaintiffs' Response to Cook's Omnibus Motion For Summary Judgment was served on all counsel in accordance with the Federal Rules of Civil Procedure via electronic filing with this Court's CM/ECF system.

       */s/Basil Adham*
       Basil Adham