IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dwight Doane, 1:18-cv-02735

**Exhibit A – Email Correspondence**

# Analisa Del Pozo

| | |
|---|---|
| **From:** | Broadhead, J. Benjamin <ben.broadhead@FaegreBD.com> |
| **Sent:** | Friday, October 11, 2019 8:01 AM |
| **To:** | Analisa Del Pozo |
| **Subject:** | RE: 1:18-cv-02735 - Dwight Doane - No Injury MSJ |

[EXTERNAL]

Analisa,

Thanks for reaching out. We will withdraw the motion as to Mr. Doane. If you have not done so, please submit the amended CCF to the official CCF mailbox so that there is a proper record of it.

Thanks,
Ben

**J. Benjamin Broadhead**
*Associate*
ben.broadhead@FaegreBD.com   Download vCard
D: +1 317 237 1316

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

---

**From:** Analisa Del Pozo <ADelPozo@johnsonlawgroup.com>
**Sent:** Wednesday, October 9, 2019 5:35 PM
**To:** Broadhead, J. Benjamin <ben.broadhead@FaegreBD.com>
**Cc:** Cook Filter MDL <CookFilterMDL@FaegreBD.com>; plaintiffscoleadcounselmdl@gmail.com
**Subject:** 1:18-cv-02735 - Dwight Doane - No Injury MSJ

Mr. Broadhead –

We have identified that Dwight Doane's case was included in the "no injury" MSJ filed by Cook on October 1, 2019. We disagree with Cook's understanding of the injuries alleged and thus the inclusion of Mr. Doane's case.

On February 1, 2019, our office uploaded a supplemental PPS with supporting medical records to your office's secured site indicating that new injuries had been identified. For clarification, we offer the attached supplemental categorization form with supporting medical records related to Mr. Doane's injuries. The records indicate that Mr. Doane has suffered an IVC and renal vein perforation, as well as a filter tilt and embedment. These documents have also been uploaded to your secured site.

We would like to avoid further motion practice; please let us know if you plan to remove Mr. Doane's case from the "no injury" MSJ.

Regards,
Analisa



**Analisa Del Pozo | Attorney**

Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098

Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (713) 583-9460

adelpozo@johnsonlawgroup.com   |   www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged.  This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.