IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dwight Doane, 1:18-cv-02735

**<u>Exhibit C – Email Transmission</u>**

## Analisa Del Pozo

| | |
|---|---|
| **From:** | Analisa Del Pozo |
| **Sent:** | Wednesday, October 23, 2019 2:53 PM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Subject:** | 1:18-cv-02735 - Dwight Doane |
| **Attachments:** | RE: 1:18-cv-02735 - Dwight Doane - No Injury MSJ |

Hello –

A supplemental case categorization form was uploaded to your secured site on October 9, 2019. Mr. Broadhead asked that I email the office CCF mailbox as well. Thank you.



**Analisa Del Pozo | Attorney**
Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (713) 583-9460
adelpozo@johnsonlawgroup.com  |  www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged.  This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.