IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Bruce Mason

Civil Case # 1:19-cv-4403

**FIRST AMENDED**
SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Brucé Mason

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New Jersey

6. Plaintiff's/Deceased Party's current state of residence:

   New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

   - ☑ Cook Incorporated

   - ☑ Cook Medical LLC

   - ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   - ☑ Diversity of Citizenship

   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-26 (jurisdiction)

   Paragraphs 27-28 (venue)

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter

- ☒ Cook Celect® Vena Cava Filter

- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other:

_____

11. Date of Implantation as to each product:

**2/1/2011**

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Riddle Memorial Hospital; Media, Pennsylvania

_____

13. Implanting Physician(s):

Daniel A. Teano, MD

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I:     Strict Products Liability – Failure to Warn

- ☒ Count II:    Strict Products Liability – Design Defect

- ☒ Count III:   Negligence

- ☒ Count IV:    Negligence Per Se

3

☑    Count V:      Breach of Express Warranty

☑    Count VI:     Breach of Implied Warranty

☐    Count VII:    Violations of Applicable ___Pennsylvania___ (insert State)

Law  Prohibiting  Consumer  Fraud  and  Unfair  and  Deceptive  Trade

Practices

☐    Count VIII:   Loss of Consortium

☐    Count IX:     Wrongful Death

☐    Count X:      Survival

☑    Count XI:     Punitive Damages

☐    Other:        _____ (please state the facts supporting

this Count in the space, immediately below)

☐    Other:        _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

L. Paul Mankin
_____

16. Address and bar information for Attorney for Plaintiff(s):

4

L. Paul Mankin, SBN # 264038, 4655 Cass Street, Suite 410, San Diego, CA 92109

Respectfully Submitted,

/s/ L. Paul Mankin
L. Paul Mankin, #264038
Law Office of Paul Mankin, APC
4655 Cass Street, Suite 410
San Diego, CA 92109
Tel: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ L. Paul Mankin