**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Ardrey, Joyce, 1:16-cv-01122

## STIPULATION OF DISMISSAL

Above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned case is dismissed, with each party to bear its own costs.  This Plaintiff may refile her case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs.  If Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiff captioned above, however, may not refile her case if the future claim is based on one of the injuries, complications, or outcomes identified by the Plaintiff in her short-form complaint, plaintiff fact sheet, or categorization form in the dismissed action.  To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in the Southern District of Indiana under this order on the basis of that future injury only.

Dated: November 8, 2019   *Respectfully Submitted,*

By:   */s/ Asim M. Badaruzzaman*
Asim M. Badaruzzaman
Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
T: (973) 639-9100
F: (973) 679-8656
abadaruzzaman@seegerweiss.com
cseeger@seegerweiss.com

Jeffrey S. Grand
77 Water Street, 8th Floor
New York, New York 10005
T: (212) 584-0700
F: (212) 584-0799
jgrand@seegerweiss.com

*Counsels for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2019, I electronically filed the foregoing document using the CM/ECF system, which then sent a notification of such filing to all counsel of record.

*/s/ Asim M. Badaruzzaman*
Asim M. Badaruzzaman
