UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to All Actions

**JOINT MOTION FOR APPROVAL AND
ENTRY OF AMENDED CASE MANAGEMENT ORDER NO. 27**

Pursuant to Paragraph 16 of the Court's order of October 25, 2017 (Dkt. 12224), the parties to *Johnson* (1:17-cv-1236-RLY-TAB) and *Burrage* (1:18-cv-273-RLY-TAB) hereby jointly submit the attached Proposed Amended Case Management Order 27 including proposed schedules for the discovery and trials of the *Johnson* (1:17-cv-1236-RLY-TAB) and *Burrage* (1:18-cv-273-RLY-TAB) bellwether cases.

**JOINTLY SUBMITTED BY:**

/s/ *Howard Nations*
Howard Nations
Alison Divine
THE NATIONS LAW FIRM
3131 Briarpark Drive, Suite 208
Houston, TX 77042-3795
Nations@howardnations.com
Alison.Divine@howardnations.com

*Counsel for Plaintiffs James A. Johnson and Eddie Burrage*

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:   (317) 237-0300
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

*Counsel for Cook Defendants*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2019, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                /s/ *Andrea Roberts Pierson*