# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Lena Jordon, 1:16-cv-01731
Charlene Anthony, 1:16-cv-01775
Heather O'Malley, 1:18-cv-01718
Jill M and Robert Puffer, 1:19-cv-00118

## STIPULATION OF DISMISSAL

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned cases are dismissed, with each party to bear its own costs. These Plaintiffs may refile his/her case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If any Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiffs captioned above, however, may not refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the Plaintiff in his or her short-form complaint, plaintiff fact sheet, or categorization form in the dismissed action. To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in the Southern District of Indiana under this order on the basis of that future injury only.

Dated: 11/8/2019

 _/s/ Matthew R. McCarley_
FEARS NACHAWATIC PLLC
Matthew R. McCarley, TXSB#24041426
5473 Blair Road
Dallas, TX 75231
Tel: (214) 890-0711
Fax: (214) 890-0712
Email: mccarley@fnlawfirm.com

By: _/s/ Jessica Benson Cox_
FAEGRE BAKER DANIELS LLP
Jessica Benson Cox
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
Email: Jessica.Cox@FaegreBD.com

_Counsel for Defendants Cook Incorporated,
Cook Medical LLC, and William Cook
Europe APS_

US.125282731.02

<u>CERTIFICATE OF SERVICE</u>

I, Matthew R. McCarley, hereby certify that on November 8, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.


 */s/ Matthew R. McCarley*
Attorney for Plaintiff