**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to 46 Category 6 and 7 Cases
(Listed in Exhibit A To Original Motion, Dkt. 11923)

**COOK DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' RESPONSES TO COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT IN <u>46 MISCATEGORIZED NO INJURY CASES</u>**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for an extension of the deadline to file an omnibus reply to Plaintiffs' individual responses in opposition to Cook Defendants' Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases (Dkt. 11923). In support of this Motion, Cook Defendants state:

1. On October 1, 2019, Cook Defendants filed their Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases (Dkt. 11923).

2. Pursuant to Local Rule 56-1, the deadline for Plaintiffs to respond to Cook Defendants' motion was October 29, 2019.

3. Seven plaintiffs filed responses by the October 29, 2019 deadline.

4. Pursuant to Local Rule 56-1, the deadline for Cook Defendants' to reply to those seven plaintiffs is November 12, 2019.

5. However, Cook Defendants agreed to extend the deadlines for three plaintiffs to respond, and those extensions expired on November 4, November 7, and November 8, respectively. Accordingly, Cook Defendants' respective deadlines to reply to those plaintiffs are November 18, November 21, and November 22.

6. For the convenience of the parties and the Court, Cook Defendants would like to file an omnibus reply addressing all of the arguments raised by Plaintiffs in a single brief.

7. Because the deadlines for Cook Defendants to reply to Plaintiffs' individual responses range from November 12, 2019 to November 22, 2019, it is not feasible for Cook Defendants to adequately address each plaintiff's arguments in an omnibus reply by the November 12, 2019 deadline.

8. Cook Defendants therefore request that the Court merge these staggered deadlines into a single deadline of **November 18, 2019** for Cook Defendants to file an omnibus reply.

9. Cook Defendants have conferred with Plaintiff's Steering Committee regarding this Motion, and Plaintiff's Steering Committee has agreed to the proposed deadline.

WHEREFORE, Cook Defendants respectfully request that the Court grant their Motion to extend the deadline for filing their omnibus reply to Plaintiffs' responses in opposition to Cook Defendants' Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases to November 18, 2019.

Dated: November 12, 2019

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:    (317) 237-0300
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:    (260) 424-8000
Stephen.Bennett@FaegreBD.com

*Attorneys for the Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*