UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This document relates to:
26 Cases Listed in Exhibit A To Original Motion,
Dkt. 11921
_____

## ORDER ON MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF 20 PAGES

The Court, having considered Cook's Motion for Leave to File a Reply Brief in Excess of 20 Pages in support of its Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations, and being duly advised, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED that Cook is granted leave to file a reply brief in excess of 20 pages in support of its Renewed Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations.

Dated:_____

_____
The Honorable Richard L. Young, Judge
United States District Court for the
Southern District of Indiana

Distribution:

Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.