UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to 26 Cases Listed in Exhibit A To Original Motion, Dkt. 11921 | |

**COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' RESPONSES TO COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON APPLICABLE STATUTE OF LIMITATIONS**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for an extension of the deadline to file an omnibus reply to Plaintiffs' individual responses in opposition to Cook Defendants' Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations (Dkt. 11921). In support of this Motion, Cook Defendants state:

1. On October 1, 2019, Cook Defendants filed their Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations (Dkt. 11921).

2. Pursuant to Local Rule 56-1, the deadline for Plaintiffs to respond to Cook Defendants' motion was October 29, 2019.

3. Nineteen plaintiffs filed responses by the October 29, 2019 deadline. The deadline for Cook Defendants to reply to those responses is November 12, 2019.

4. Cook believes that the Court's evaluation of the motion for summary judgment will best be served by a consolidated reply that addresses all of Plaintiffs' arguments. However, the 19 responses filed by Plaintiffs involve several hundred pages and raise a variety of different

1

arguments concerning complex issues. As a result, it is taking Cook more time that its attorneys initially expected to prepare the consolidated reply to these 19 responses, and Cook believes that the Court will be better served by extending the deadline for the reply from the current November 12, 2019 deadline.

5. The hearing on the motion originally scheduled for November 15 has been postponed, so an extension of time for Cook's reply will not delay the Court's consideration of the motion.

6. Accordingly, Cook Defendants respectfully request that the Court extend the deadline for Cook Defendants to file their omnibus reply to **November 15, 2019**.

7. Cook's attorneys have reached out to Plaintiffs' attorneys to see if they have any objection to the requested extension, but Cook had not received a response by the time this motion was filed.

WHEREFORE, Cook Defendants respectfully request that the Court grant their Motion to extend the deadline for filing their omnibus reply to Plaintiffs' responses in opposition to Cook Defendants' Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations to November 15, 2019.

Dated:  November 12, 2019

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:    (317) 237-0300
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400

Fort Wayne, Indiana 46802
Telephone:    (260) 424-8000
Stephen.Bennett@FaegreBD.com

*Attorneys for the Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*