# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to 26 Cases Listed in Exhibit A To Original Motion, Dkt. 11921

## [PROPOSED] ORDER

On November 12, 2019, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed their Motion for Extension of Time to Reply to Plaintiffs' Responses to Cook Defendants' Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations. The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook Defendants' Motion.

IT IS THEREFORE ORDERED that the Cook Defendants' deadline to reply to Plaintiffs' Responses to Cook Defendants' Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations is **November 15, 2019**.

SO ORDERED this day of _____ day of _____, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

US.125490114.01