IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Susan Jenkins 1:19-cv-02614 | |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims brought in this particular lawsuit (1:19-cv-02614) against the Cook Defendants by Plaintiff Susan Jenkins are hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: Monday, November 12, 2019

| | |
|---|---|
| */s/ Jeff T. Seldomridge*<br>Jeff T. Seldomridge (Va. Bar No. 89552)<br>The Miller Firm, LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA 22960<br>TEL:  540.672.4224<br>FAX:  540.672.3055<br><br>*Counsel for Plaintiff* | By: */s/ Jessica Benson Cox*<br>Jessica Benson Cox<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian, Suite 2500<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Fax: 317-237-1000<br>Email: Jessica.Cox@FaegreBD.com<br><br>*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019, a copy of the foregoing Stipulation of Dismissal was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*