# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:19-cv-02692; 1:19-cv-03297; 1:16-cv-01068;
1:19-cv-03755; 1:19-cv-02623; 1:19-cv-02893;
1:19-cv-02728; 1:19-cv-03228; 1:19-cv-03918;
1:19-cv-02825; 1:19-cv-03792; and 1:19-cv-02541.

## REPLY IN SUPPORT OF MOTION TO DISMISS DUPLICATIVE FILINGS

On October 29, 2019, the Cook Defendants filed their Motion to Dismiss Duplicative Filings [Dkt. 12291]. The Motion sought to dismiss 12 duplicative cases filed on behalf of identical plaintiffs more than once. In response to the Cook Defendants' Motion, two plaintiffs stipulated to dismissal of one of the duplicative matters, and 10 plaintiffs made no response.

The Cook Defendants respectfully request the Court dismiss cases involving plaintiffs that did not reply to the Motion to Dismiss.

### I. Plaintiffs that made no substantive response should be dismissed.

Currently, there are 10 plaintiffs that have filed more than one action pending in this MDL alleging identical claims and injuries.

Specifically, the following plaintiffs have filed duplicate lawsuits in this MDL naming identical defendants, asserting identical claims, and asking for identical relief:

| | |
|---|---|
| Benhart, David | 1:17-cv-01226 |
| Harrison, Darlene Miller | 1:19-cv-03297 |
| Keller, Douglas M. Jr. | 1:19-cv-01900 |

| | |
|---|---|
| Meddock, Teresa | 1:18-cv-02519 |
| Muff, Leonard | 1:19-cv-01881 |
| Myers, Gregory Gene | 1:17-cv-04754 |
| Royce, Mathew | 1:18-cv-00068 |
| Ryan, John | 1:18-cv-02982 |
| Seibert, Christine | 1:18-cv-02486 |
| Sims, Palmer Sr. | 1:18-cv-06091 |

As these plaintiffs have not responded to the Cook Defendants' Motion to Dismiss Duplicate filings, they should be dismissed.

### II. The Cook Defendants withdraw their motion as moot as to the plaintiffs who have voluntarily dismissed one of the duplicative cases.

In response to the Cook Defendants' Motion to Dismiss Duplicative Filings, two plaintiffs filed a stipulation of dismissal, dismissing one of the duplicative cases. The Cook Defendants withdraw their Motion as to the following two plaintiffs as moot:

| | |
|---|---|
| Jenkins, Susan | 1:16-cv-01068 |
| Katrausky, Patricia | 1:19-cv-03755 |

### Conclusion

The Cook Defendants respectfully request that the Court dismiss the plaintiffs that did not respond to the Cook Defendants' Motion to Dismiss Duplicate Filings or file a stipulation dismissing one of the pending duplicative matters should be dismissed.

Dated: November 12, 2019

        Respectfully Submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:    (317) 237-0300
Facsimile:     (317) 237-1000
Andrea.Pierson@FaegreBD.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:    (260) 424-8000
Facsimile:     (260) 460-1700
Stephen.Bennett@FaegreBD.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, William Cook Europe APS*

US.125493793.01

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2019, a copy of the foregoing Reply in Support of Motion to Dismiss Duplicative Filings was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                            /s/ *Andrea Roberts Pierson*