# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:19-cv-02692; 1:19-cv-03297; 1:16-cv-01068; 1:19-cv-03755;
1:19-cv-02623; 1:19-cv-02893; 1:19-cv-02728; 1:19-cv-03228;
1:19-cv-03918; 1:19-cv-02825; 1:19-cv-03792; 1:19-cv-02541

## [PROPOSED] ORDER ON COOK'S MOTION TO DISMISS DUPLICATIVE FILINGS

This matter came before the Court on the Motion to Dismiss Duplicate Filings ("Motion") of Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook"). Having duly considered the motion:

IT IS HEREBY ORDERED:

1. Cook's Motion is **GRANTED**

2. All later-filed cases listed listed below, are duplicative, and therefore are dismissed with prejudice.

    - Benhart, David             1:19-cv-02692
    - Harrison, Darlene Miller   1:19-cv-03297
    - Keller, Douglas M. Jr.     1:19-cv-02623
    - Meddock, Teresa            1:19-cv-02893
    - Muff, Leonard              1:19-cv-02728
    - Myers, Gregory Gene        1:19-cv-03228

US.125212495.02

- Royce, Mathew                1:19-cv-03918

- Ryan, John                   1:19-cv-02825

- Seibert, Christine           1:19-cv-03792

- Sims, Palmer Sr.             1:19-cv-02541

**SO ORDERED** this _____ day of _____ 2019

Dated:_____          _____
                                        Hon. Richard L. Young
                                        United States District Judge
                                        Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

US.125212495.02