**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to 26 Cases Listed in Exhibit
A To Original Motion, Dkt. 11921

**ORDER**

On November 12, 2019, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook

Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed

their Motion for Extension of Time to Reply to Plaintiffs' Responses to Cook Defendants'

Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations.  The Court,

having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook

Defendants' Motion.

IT IS THEREFORE ORDERED that the Cook Defendants' deadline to reply to Plaintiffs'

Responses to Cook Defendants' Omnibus Motion for Summary Judgment Based on Applicable

Statute of Limitations is **November 15, 2019**.

SO ORDERED this day of   13   day   November  , 2019.
of

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1