APPROVED. Case is dismissed without prejudice.
Dated: 11/13/2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Lena Jordon, 1:16-cv-01731
Charlene Anthony, 1:16-cv-01775
Heather O'Malley, 1:18-cv-01718
Jill M and Robert Puffer, 1:19-cv-00118

## **STIPULATION OF DISMISSAL**

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned cases are dismissed, with each party to bear its own costs. These Plaintiffs may refile his/her case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If any Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiffs captioned above, however, may not refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the Plaintiff in his or her short-form complaint, plaintiff fact sheet, or categorization form in the dismissed action. To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in the Southern District of Indiana under this order on the basis of that future injury only.

US.125282731.02