IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is dismissed without prejudice.
> Dated: 11/13/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Susan Jenkins 1:19-cv-02614

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants, through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims brought in this particular lawsuit (1:19-cv-02614) against the Cook Defendants by Plaintiff Susan Jenkins are hereby dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: Monday, November 12, 2019

| | |
|---|---|
| */s/ Jeff T. Seldomridge* | By: */s/ Jessica Benson Cox* |
| Jeff T. Seldomridge (Va. Bar No. 89552) | Jessica Benson Cox |
| The Miller Firm, LLC | FAEGRE BAKER DANIELS LLP |
| The Sherman Building | 300 North Meridian, Suite 2500 |
| 108 Railroad Avenue | Indianapolis, IN 46204 |
| Orange, VA 22960 | Tel: (317) 237-0300 |
| TEL:  540.672.4224 | Fax: 317-237-1000 |
| FAX:  540.672.3055 | Email: Jessica.Cox@FaegreBD.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS* |