# EXHIBIT A

# Leathers, Daniel R.

| | |
|---|---|
| **From:** | Leathers, Daniel R. |
| **Sent:** | Tuesday, November 05, 2019 5:38 PM |
| **To:** | Angelino, Blake A.; Cox, Jessica Benson |
| **Cc:** | Symons, Rochelle R.; Seltz, Daniel E.; Records-NY |
| **Subject:** | Re: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796 |
| **Attachments:** | image001.gif |

Hi Jessica and Blake:

Thank you so much for getting back to us with respect to the proposed stipulation of dismissal without prejudice and stipulation of dismissal with prejudice.

After consultation with our client, we plan on filing a Rule 41(a)(2) Motion with the court for dismissal of the action.

In light of the November 8 deadline for the opposition to motion for summary judgment, which may be rendered moot following the ruling on our rule 41 motion, please let us know if you consent to a further extension to oppose the motion for summary judgment.

We understand local rule 7-1 will provide for 14 days for the opposition to our R41 motion and 7 days for a reply. There after, the court will need time to consider our motion and rule on the same, perhaps 7-14 days. We therefore propose an extension for us to file an opposition to the motion for summary judgment motion through and including December 10. We obviously can readdress should the court not have a ruling on our Rule 41 motion by that time.

Please let us know if you consent to the same, and I will prepare the consent motion regarding the extension.

Many thanks, Dan



_____
Dan Leathers, Esq.
Lieff Cabraser Heimann & Bernstein

---

**From:** Angelino, Blake A. <blake.angelino@faegrebd.com>
**Sent:** Monday, November 4, 2019 7:41 PM
**To:** Leathers, Daniel R.
**Cc:** Symons, Rochelle R.
**Subject:** RE: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

Good evening Dan,

Following up on our call this morning, I can only agree to dismiss with prejudice based on the stipulation I sent or the language we proposed to the PSC. Please let me know what you want to do. I'm around all day tomorrow if you want to talk.

Best,

1

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

---

**From:** Leathers, Daniel R. <dleathers@lchb.com>
**Sent:** Monday, November 04, 2019 11:55 AM
**To:** Angelino, Blake A. <blake.angelino@FaegreBD.com>
**Cc:** Symons, Rochelle R. <rochelle.symons@FaegreBD.com>
**Subject:** RE: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), above-titled Plaintiff and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiff's claims **regarding a tilted filter, which Defendants argue is not an injury**, against Defendants are dismissed with prejudice, with each party to bears its own costs.

**Daniel R. Leathers**
Attorney at Law
dleathers@lchb.com
t 212.355.9500 ext. 6649
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

---

**From:** Angelino, Blake A. [mailto:Blake.Angelino@FaegreBD.com]
**Sent:** Friday, November 01, 2019 12:58 PM
**To:** Leathers, Daniel R.; Cox, Jessica Benson
**Cc:** Symons, Rochelle R.
**Subject:** RE: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

Good afternoon Dan,

I know Jessica is out of the office until next week. I've attached a stipulation of dismissal with prejudice for you, in response to the second half of your email.

Best,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*

---

**From:** Leathers, Daniel R. <dleathers@lchb.com>
**Sent:** Friday, November 01, 2019 11:48 AM
**To:** Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Cc:** Symons, Rochelle R. <rochelle.symons@FaegreBD.com>; Angelino, Blake A. <blake.angelino@FaegreBD.com>
**Subject:** RE: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

Hi Jessica:

We understand from leadership that all 'tilt' case oppositions were pushed out by the Court on 10/25 for 10 days [from 10/29] (making the opposition due next Fri., 11/8). That makes our unopposed motion re: extension of time (to Nov. 4) presumably moot – but, nevertheless,**can you please let us know your client's position on the dismissal without prejudice?**

And, because it looks like there will be a time crunch, if you can please also send a proposed stipulation of dismissal**with** prejudice to see if we could work with that --- with the client's consent and understanding, etc.,

I would appreciate it.

Many thanks,
Dan

**Daniel R. Leathers**
Attorney at Law
dleathers@lchb.com
t 212.355.9500 ext. 6649
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

---

**From:** Leathers, Daniel R.
**Sent:** Monday, October 28, 2019 1:45 PM
**To:** 'Cox, Jessica Benson'
**Cc:** Symons, Rochelle R.; Angelino, Blake A.
**Subject:** RE: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

Thank you. We will get it on file.

Speak/e-mail soon.

-Dan

**Daniel R. Leathers**
Attorney at Law
dleathers@lchb.com
t 212.355.9500 ext. 6649
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

---

**From:** Cox, Jessica Benson [mailto:Jessica.Cox@FaegreBD.com]
**Sent:** Monday, October 28, 2019 1:44 PM
**To:** Leathers, Daniel R.
**Cc:** Symons, Rochelle R.; Angelino, Blake A.
**Subject:** RE: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

Looks good, thanks Dan.

3

**From:** Leathers, Daniel R. <dleathers@lchb.com>
**Sent:** Monday, October 28, 2019 1:43 PM
**To:** Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Cc:** Symons, Rochelle R. <rochelle.symons@FaegreBD.com>; Angelino, Blake A. <blake.angelino@FaegreBD.com>
**Subject:** RE: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

Yes, that works for us.

Attached is a draft unopposed motion that we will file shortly given your consent.

Many thanks for your continued follow-up with your client about this.

-Dan

**Daniel R. Leathers**
Attorney at Law
dleathers@lchb.com
t 212.355.9500 ext. 6649
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

**From:** Cox, Jessica Benson [mailto:Jessica.Cox@FaegreBD.com]
**Sent:** Monday, October 28, 2019 10:18 AM
**To:** Leathers, Daniel R.
**Cc:** Symons, Rochelle R.; Angelino, Blake A.
**Subject:** RE: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

How about we formally extend your response deadline to Nov 4th for now? Hopefully I can get back to you soon on a stip. Thanks!

-JBC

**From:** Leathers, Daniel R. <dleathers@lchb.com>
**Sent:** Thursday, October 24, 2019 5:36 PM
**To:** Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>
**Subject:** RE: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

Hi Jessica:

Thanks for letting me know as soon as you can.

You're right, I'd forgotten we had run into each other at the Durom conference and discussed Case Western.

Speak to you soon.

-Dan

4



**Daniel R. Leathers**
Attorney at Law
dleathers@lchb.com
t 212.355.9500 ext. 6649
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

---

**From:** Cox, Jessica Benson [mailto:Jessica.Cox@FaegreBD.com]
**Sent:** Thursday, October 24, 2019 4:49 PM
**To:** Leathers, Daniel R.
**Subject:** Re: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

Hi Dan, got your VM sorry I was in a meeting all day. I'm just waiting to hear back from my client about this but hopeful we can work something out on the stip. will be in touch ASAP!

And yes! I think we might have figured out the Case connection when we spoke years ago in the Durom litigation?! I never run into people from Case!! Will be in touch soon!!

Sent from my iPhone

On Oct 24, 2019, at 3:03 PM, Leathers, Daniel R. <dleathers@lchb.com> wrote:

> Hi Jessica:
>
> We have not heard from you about this to understand your clients' position about dismissal without prejudice as to a client that you argue is not injured (and thus would not have a cause of action).
>
> I tried to call you to discuss, but you were not available (so I left a VM).
>
> Please let us know as soon as possible as our opposition deadline, of course, remains next Tuesday.
>
> If easier, you can reach me at my work cell phone at 929-316-5156.
>
> Many thanks,
> Dan
>
> <image001.gif>   **Daniel R. Leathers**
> Attorney at Law
> dleathers@lchb.com
> t 212.355.9500 ext. 6649

5

f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

**From:** Leathers, Daniel R.
**Sent:** Tuesday, October 22, 2019 3:41 PM
**To:** 'Cox, Jessica Benson'; Pierson, Andrea Roberts; Bennett, James Stephen
**Cc:** Seltz, Daniel E.; Records-NY; Hasic, Eldin
**Subject:** RE: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

In light of the fact that your argument is that Ms. Anderson was not injured, I'm not sure how a dismissal<u>with</u> prejudice makes sense.

Essentially, a person without a claim/injury (as you argue) could not bring a new case if the case is dismissed without prejudice on the basis of your MSJ re: no injury argument – as is/was outlined in the draft sent to you as the basis for the dismissal that would be stipulated to/with the Court. It is not as if the case would be refiled by us (or anyone) with those injuries. We (or anyone else) would be estopped from doing so.

Please let me know your thoughts on this.

Thank you,
Dan

&lt;image001.gif&gt;   **Daniel R. Leathers**
Attorney at Law
dleathers@lchb.com
t 212.355.9500 ext. 6649
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

**From:** Cox, Jessica Benson [mailto:Jessica.Cox@FaegreBD.com]
**Sent:** Tuesday, October 22, 2019 3:17 PM
**To:** Leathers, Daniel R.; Pierson, Andrea Roberts; Bennett, James Stephen
**Cc:** Seltz, Daniel E.; Records-NY; Hasic, Eldin
**Subject:** RE: IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

Hey Dan, hope all is well.

We can agree to dismiss with prejudice. If that works for you, let me know and I will edit the stipulation accordingly.

-JBC

6

**From:** Leathers, Daniel R. <dleathers@lchb.com>
**Sent:** Tuesday, October 22, 2019 12:15 PM
**To:** Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>; Cox, Jessica Benson <Jessica.Cox@FaegreBD.com>; Bennett, James Stephen <Stephen.Bennett@faegrebd.com>
**Cc:** Seltz, Daniel E. <dseltz@lchb.com>; Records-NY <Records-NY@lchb.com>
**Subject:** IVC - Cook - Stipulation of dismissal - Vicki Lynn Anderson v. Cook, et al.; 1:16-cv-02796

Dear Andrea, Jessica, and Stephen:

*Vicki Lynn Anderson v. Cook, et al.;* 1:16-cv-02796, is one of our Cook IVC cases that is subject to your pending motion for summary judgment based on lack of injury – in this case, due to tilt only. (*See* Dkt Nos. 11924 & 11924-1, attached).

Following your filing of the motion for summary judgment, we agree to the dismissal of this action. Please kindly sign and return the attached Word document, and we will counter-sign and file.

Please let us know as soon as possible as our opposition is otherwise due a week from today.

Kind regards,
Dan Leathers

<image001.gif>

**Daniel R. Leathers**
Attorney at Law
dleathers@lchb.com
t 212.355.9500 ext. 6649
f 212.355.9592

Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
www.lieffcabraser.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.


This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in

error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.