**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

1:19-cv-03917
1:19-cv-03943
1:19-cv-04227
1:19-cv-04228
1:19-cv-04230
1:19-cv-04236

---

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook
Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS

Dated:        November 14, 2019         /s/ Kip S. M. McDonald
                                        Andrea Roberts Pierson (# 18435-49)
                                        Kip S. M. McDonald (# 29370-49)
                                        FAEGRE BAKER DANIELS LLP
                                        300 North Meridian Street, Suite 2500
                                        Indianapolis, Indiana 46204
                                        Telephone: (317) 237-0300
                                        Facsimile: (317) 237-1000
                                        E-Mail:  andrea.pierson@faegrebd.com
                                        E-Mail:  kip.mcdonald@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

2