> APPROVED. Case is dismissed without prejudice.
> Dated: 11/14/19
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Vicki Lynn Anderson v. Cook, et al.;* 1:16-cv-02796

## RULE 41(a)(2) MOTION TO DISMISS PLAINTIFFS' OWN COMPLAINT WITHOUT PREJUDICE

For the reasons set forth fully in the accompanying memorandum, Plaintiff Vicki Lynn Anderson ("Ms. Anderson" or "Plaintiff") seeks an order dismissing her own case without prejudice pursuant to Rule 41(a)(2).

On October 1, 2019, Defendants filed "Cook Defendants' Omnibus Motion for Summary Judgment In 46 Miscategorized No Injury Cases." Dkt. Nos. 11923, 11924, and 11924-1. ("Motion"). Defendants' Motion argues that Ms. Anderson claims are "miscategorized" because she has a tilted filter, which, according to the defense, "fail to raise a legally cognizable injury because tilt is not an injury." *See* Dkt. No. 11924 at 2; *see also id.* at 8.

Despite believing (and arguing) that Plaintiff has no claim, the Defendants are not agreeable to dismissing her case without prejudice under Rule 41(a)(1)(A)(ii) without extracting additional stipulations. Plaintiff therefore brings this motion for dismissal of her own action without prejudice.