# EXHIBIT 1
## (Plaintiffs Arguing That Statute of Limitations Runs from Discovery of Product Defect)

| Case No. on Exh. A | Plaintiff | Cause Number | Dkt. No. of Response | Position on Discovery Rule |
|---|---|---|---|---|
| 2 | Davis, Donald L. & Lynda | 1:19-cv-00592 | 12303 | "Plaintiff had no reason to believe the Cook filter was the cause of his injuries because he did not discover that the device was defective until years later." |
| 3 | Denton, Gregory | 1:16-cv-01140 | 12301 | "Plaintiff had no reason to believe the Cook filter was the cause of his injuries because he did not discover that the device was defective until years later." |
| 4 | Diaz, Leslie | 1:19-cv-00122 | 12299 | "Plaintiff had no reason to believe the Cook filter was the cause of her injuries because she did not discover that the device was defective until years later." |
| 5 | Doukas, Marika | 1:16-cv-02822 | 12307 | "Plaintiff had no reason to believe the Cook filter was the cause of her injuries because she did not discover that the device was defective until years later." |
| 9 | Giddens, Brian | 1:16-cv-00996 | 12304 | "[T]he two-year statute of limitations did not begin to run until 2015 when Plaintiff learned about the defects of his previously removed IVC filter and that he had a potential products liability claim." |
| 11 | Howarth, Bailey | 1:19-cv-01018 | 12300 | Argues Cook Defendants "have not performed any discovery or depositions in this case and are unable to establish when plaintiff, Howarth first discovered that it was the product defects in her filter that was the actual cause of her injury" |
| 13 | Kinsey, Clayton | 1:17-cv-04414 | 12298 | "Mr. Kinsey's physician never told him that his injuries, including the removal of the |

Error! Unknown document property name.

- 2 -

| Case No. on Exh. A | Plaintiff | Cause Number | Dkt. No. of Response | Position on Discovery Rule |
|---|---|---|---|---|
| | | | | Filter, could have been caused by a defect in the IVC Filter product. … It was not until 2016 that Mr. Kinsey learned that the Filter was defective, and that this may have been the reason for his injuries." |
| 15 | Looper, Victoria | 1:16-cv-03510 | 12250 | "Ms. Looper had no reason to believe the Cook filter was the cause of her injuries because she did not discover that the device was defective until years later." |
| 17 | Mobley, Nicky | 1:19-cv-231 | 12284 | "Ms. Mobley had no reason to believe the Cook filter was the cause of her injuries because she did not discover that the device was defective until years later." |
| 18 | Poggensee, Edward | 1:17-cv-02675 | 12305 | "[O]nce Mr. Poggensee was aware the cause of his injury was the defective Cook IVC Filter, he filed suit in a timely fashion for both Iowa and Indiana's two-year statute of limitations." |
| 21 | Snider, Jason R. | 1:17-cv-03614 | 12248 | "Plaintiff was not aware and did not discover that Cook Defendants' IVC filter might have been defective until mid to late 2016." |
| 22 | Sowards, Steven | 1:16-cv-02122 | 12295 | "Based on the news article, Plaintiff for the first time had reason to believe or suspect that Cook's IVC filter might have been defective." |
| 24 | Wilson, Monica | 1:18-cv-02069 | 12236 | "Ms. Wilson had no reason to believe the Cook filter was the cause of her injuries because she did not discover that the device was defective until years later." |

**Error! Unknown document property name.**