UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Larry Jackson, 1:17-cv-02697

## STIPULATION OF DISMISSAL

Above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned case is dismissed, with each party to bear its own costs. This Plaintiff may refile his/her case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiff captioned above, however, may not refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the Plaintiff in his or her short-form complaint, plaintiff fact sheet, or categorization form in the dismissed action. To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled in the Southern District of Indiana under this order on the basis of that future injury only.

| | |
|---|---|
| By: */s/ Richard Joseph Plezia*<br>Richard Joseph Plezia<br>RICHARD J. PLEZIA & ASSOCIATES<br>2909 Hilcroft Avenue<br>Suite 575<br>Houston, TX 77057<br>713-800-1151<br>Fax: 281-602-7735<br>Email: efile@rplezialaw.com<br><br>*Counsel for Plaintiff*<br><br>Dated: November 15, 2019 | By: */s/ Jessica Benson Cox*<br>FAEGRE BAKER DANIELS LLP<br>Jessica Benson Cox<br>300 North Meridian, Suite 2500<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Fax: (317) 237-1000<br>Email: Jessica.Cox@FaegreBD.com<br><br>*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*<br><br>Dated: November 15, 2019 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*