**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES, AND                    Case No: 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to Plaintiff(s):
Samuel A. Wilson and Lois A. Wilson

Civil Case #1:16-cv-2405

## STIPULATION OF DISMISSAL

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and

William Cook Europe ApS agree that the above-captioned case is dismissed, with each party to

bear its own costs.  This Plaintiff may refile his/her case in the Southern District of Indiana, in the

event a legally cognizable injury occurs in the future within the statute of limitations after that

injury occurs.  If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of

Indiana this dismissal will automatically convert to a dismissal with prejudice. Plaintiff captioned

above, however, may not refile his or her case if the future claim is based on one of the injuries,

complications, or outcomes identified by the Plaintiff in his or her short-form complaint, plaintiff

fact sheet, or categorization form in the dismissed action.  To the extent that an allegedly

cognizable injury occurs in the future, the case may be refiled in the Southern District of Indiana

under this order on the basis of that future injury only.

US.125282731.02

Dated: <u>November 18, 2019</u>

Respectfully submitted,

**Farr, Farr, Emerich, Hackett, Carr &
Holmes, P.A.**

<u>/s/ George T. Williamson</u>
George T. Williamson
Florida Bar No.: 85585
99 Nesbit Street
Punta Gorda, FL 33950
P. (941) 639-1158
F. (941) 639-0028
gwilliamson@farr.com
Counsel for Plaintiffs

Respectfully submitted,

**Faegre Baker Daniels LLP**

<u>/s/ Jessica Benson Cox</u>
Jessica Benson Cox
300 North Meridian Suite 2500
Indianapolis, IN 46204
P. (317) 237-0300
F. (317) 237-1000
Jessica.cox@faegrebd.com
Counsel for Defendants

US.125282731.02

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 18, 2019, a copy of the foregoing Stipulation of

Dismissal was filed electronically, and notice of the filing of this document will be sent to all

parties by operation of the Court's electronic filing system to CM/ECF participants registered to

receive service in this matter.  Parties may access this filing through the Court's system.


/s/ Jessica Benson Cox

US.125490390.01