**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to 46 Category 6 and 7 Cases
(Listed in Exhibit A to Instant Motion, Dkt. 11923-1)

_____

**SEALED EXHIBIT IN SUPPORT OF\
COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF
OMNIBUS MOTION FOR SUMMARY JUDGMENT
IN 46 MISCATEGORIZED NO INJURY CASES**