# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to 46 Category 6 and 7 Cases
(Listed in Exhibit A to Instant Motion, Dkt. 11923-1)

## THE COOK DEFENDANTS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

In accordance with Local Rule 5-11(d)(2)(A)(ii), the Cook Defendants respectfully move the Court to maintain *under seal* **Exhibit A (Dkt. No. 12454)** to the Cook Defendants' Memorandum in Support of Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases (Dkt. No. 12453).

Plaintiff Theresa Gillen has designed the medical records attached to **Exhibit A (Dkt. No. 12454)** as "Confidential." A proposed order is submitted with this Motion.

Dated: November 19, 2019

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreBD.com

*Attorneys for the Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

US.125593088

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2019, a copy of the foregoing The Cook Defendants' Motion to Maintain Documents Under Seal was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*