# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to 46 Category 6 and 7 Cases
(Listed in Exhibit A to Instant Motion, Dkt. 11923-1)

### [PROPOSED] ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

This matter comes before the Court on the Cook Defendants' Motion to Maintain Documents Under Seal. The Court, having reviewed the Motion and being otherwise duly advised, GRANTS the Motion.

IT IS THEREFORE ORDERED that **Exhibit A (Dkt. No. 12454)** to the Cook Defendants' Memorandum in Support of Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases (Dkt. No. 12453) is to be filed and maintained *under seal.*

SO ORDER this this _____ day of _____, 2019.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF

US.125593687