UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS         Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This document relates to:
26 Cases Listed in Exhibit A to Opening Motion (Dkt. 11921)

_____

**COOK DEFENDANTS' PARTIAL WITHDRAWAL OF
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Following further communication with Plaintiff's counsel, the Cook Defendants hereby withdraw their motion for summary judgment, Docket 11921, as it relates to Plaintiff Rex Hill in case no. 1:18-cv-04021.  This withdrawal does not affect the Cook Defendants' motion as to any other Plaintiff.

                                                  Respectfully Submitted,

Dated:  November 20, 2019                         /s/ *Andrea Roberts Pierson*
                                                  Andrea Roberts Pierson, Co-Lead Counsel
                                                  Jessica Benson Cox
                                                  FAEGRE BAKER DANIELS LLP
                                                  300 North Meridian Street, Suite 2500
                                                  Indianapolis, Indiana 46204
                                                  Telephone:    (317) 237-0300
                                                  Andrea.Pierson@FaegreBD.com
                                                  Jessica.Cox@FaegreBD.com

                                                  James Stephen Bennett, Co-Lead Counsel
                                                  FAEGRE BAKER DANIELS LLP
                                                  110 West Berry Street, Suite 2400
                                                  Fort Wayne, Indiana 46802
                                                  Telephone:    (260) 424-8000
                                                  Stephen.Bennett@FaegreBD.com

                                                  *Attorneys for the Defendants Cook Incorporated,
                                                  Cook Medical LLC, and William Cook Europe ApS*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019, a copy of the foregoing **COOK DEFENDANTS' PARTIAL WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT** was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*

US.125610606.01