### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

1:19-cv-03993
1:19-cv-04289
1:19-cv-04295
1:19-cv-04307

---

### APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS


Dated:        November 21, 2019              /s/ Kip S. M. McDonald
                                             Andrea Roberts Pierson (# 18435-49)
                                             Kip S. M. McDonald (# 29370-49)
                                             FAEGRE BAKER DANIELS LLP
                                             300 North Meridian Street, Suite 2500
                                             Indianapolis, Indiana 46204
                                             Telephone: (317) 237-0300
                                             Facsimile: (317) 237-1000
                                             E-Mail:  andrea.pierson@faegrebd.com
                                             E-Mail:  kip.mcdonald@faegrebd.com


US.120263840.01

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ Kip S. M. McDonald

US.120263840.01