**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

1:19-cv-04194       1:19-cv-04329
1:19-cv-04239       1:19-cv-04337
1:19-cv-04296       1:19-cv-04338
1:19-cv-04319       1:19-cv-04341
1:19-cv-04320       1:19-cv-04358
1:19-cv-04323

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook
Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook
Medical"); and
William Cook Europe ApS


Dated:        November 22, 2019            /s/ Kip S. M. McDonald_____
                                          Andrea Roberts Pierson (# 18435-49)
                                          Kip S. M. McDonald (# 29370-49)
                                          FAEGRE BAKER DANIELS LLP
                                          300 North Meridian Street, Suite 2500
                                          Indianapolis, Indiana 46204
                                          Telephone: (317) 237-0300
                                          Facsimile: (317) 237-1000
                                          E-Mail:  andrea.pierson@faegrebd.com
                                          E-Mail:  kip.mcdonald@faegrebd.com


US.120263840.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2019, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ Kip S. M. McDonald

US.120263840.01