# UNITED STATES DISTRICT COURT
Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   ) 1:17-cv-01327-RLY-TAB
)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Jeffrey A. Bowersox | Jeffrey A. Bowersox |
| **Law Firm, Company, and/or Agency:** | Bowersox Law Firm, P.C. | Bowersox Law Firm, P.C. |
| **Address:** | 6960 SW Varns Street, Suite 200<br>Portland, OR 97223 | 3 Centerpointe Drive, Suite 190<br>Lake Oswego, OR 97035 |
| **Primary E-mail:** | jeffrey@bowersoxlaw.com | jeffrey@bowersoxlaw.com |
| **Secondary E-mail(s):** | kim@bowersoxlaw.com | kim@bowersoxlaw.com |
| **Telephone Number:** | (503) 452-5858 | (503) 452-5858 |
| **Facsimile:** | (503) 345-6893 | (503) 345-6893 |

Date: 11/25/2019                             s/ Jeffrey A. Bowersox

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.