**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
XXXXX

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. This Plaintiff may refile his/her case in the Southern District of Indiana or any other proper venue, ~~in the event~~ at such time as a legally cognizable injury occurs in the future within the applicable statute of limitations after that injury occurs. ~~If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.~~ To date, the Defendants do not believe, as set forth in their *Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases* filed October 1, 2019, that Plaintiff has suffered a cognizable injury under applicable law and the Court's categorization framework. Plaintiff captioned above, however, may not refile his or her case if the future claim is based on ~~one of the injuries, complications, or outcomes~~ the filter tilt identified by the Plaintiff in his ~~or her~~ short-form complaint, plaintiff fact sheet, ~~or~~ and categorization form in the dismissed action. To the extent that an allegedly cognizable injury occurs in the future, the case may be refiled ~~in the Southern District of Indiana~~ under this order ~~on the basis of~~ based on that future injury (or injuries) only.

US.125282731.02

**EXHIBIT C**