*Law Offices*
***Stathis & Leonardis***
*32 South Main Street*
*Edison, New Jersey 08837*
*Tele: (732) 494-0600*
*Fax: (732) 494-0206*

***Gregory A. Stathis***
*Member of NJ Bar*
***Nicholas J. Leonardis***
*Member of NJ & NY Bar*
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

***Marc D. Portlock***
*Member of NJ & PA Bar*
***John S. Sawicki***
*Member of NJ & Washington, DC Bar*
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
***Sean M. Mahoney***
*Member of NJ & PA Bar*

*File No.: 3800MDP*

April 26, 2017

**Via Email & Regular Mail**
Faegre Baker Daniels
**Attn: Angela Kelver Hall, Esq.**
202 South Michigan Street, Suite 1400
South Bend, IN 46601-2020

**Re: Hines v. Cook Incorporated, et al**
**Cause No. 1:16-cv-3135**

Dear Ms. Kelver Hall:

Pursuant to the Third Amended Case Management Order No. 4, enclosed please find Plaintiff's Profile Sheet for James D. Hines, along with executed Authorizations and CD with all medical records in this firm's possession.

Please contact the undersigned with any questions.

Very truly yours,

MARC D. PORTLOCK

MDP

Enclosures (CD with medical records via regular mail)
Cc: James D. Hines