| | |
|---|---|
| **From:** | Laura Townsend |
| **To:** | portlocklaw@gmail.com |
| **Subject:** | Cook IVC Filter MDL 1:14-ml-2570-RLY-TAB |
| **Date:** | Friday, November 15, 2019 11:47:08 AM |
| **Attachments:** | portlock ord to dismiss.pdf |
| | Notice of Change of Attorney Information.pdf |

Mr. Portlock,

Per our recent discussion, attached is the order dismissing your member case, among others.

Please complete and file a Notice of Change of Attorney Information in the master case 1:14-ml-2570-RLY-TAB so that you'll receive electronic notices in this MDL.

If you have any other questions, please feel free to reach out to me.

Thanks,

Laura Townsend
Deputy in Charge/CRD to
Magistrate Judge Van T. Willis
U.S. District Court
Southern District of Indiana
121 W. Spring Street, Room 210
New Albany, IN 47150
(812) 542-4511