# Law Office of Marc D. Portlock

4436 Rt. 27
P.O. Box 462
Kingston, New Jersey 08858
Tel: (609) 356-0862
Fax: (609) 356-0865
portlocklaw@gmail.com

Marc D. Portlock
Member of NJ & PA Bar

File No.: 19-0107

November 19, 2019

<u>VIA EMAIL (blake.angelino@faegrebd.com), FAX (317-237-1000) and CERTIFIED MAIL</u>

Andrea Roberts Pierson, Esq.
Blake Angelino, Esq.
Faegre Baker Daniels, LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204

RE: Cook MDL – *Hines v. Cook Inc., et al.*, 1:16-cv-3135

Dear Counsel:

Enclosed please find an executed copy of a Categorization Form for Plaintiff, James D. Hines, including medical records. I trust this satisfies the Court's Order of May 7, 2019, and you will provide me with your consent to reinstate the above referenced member case.

If my understanding is not correct, please contact me immediately so I can file the appropriate motion.

Very truly yours,

MARC D. PORTLOCK

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

INDIANAPOLIS, IN 46204

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| Extra Services & Fees | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $1.30 |
| Total Postage and Fees | $7.60 |

Postmark Here: Kingston New Jersey NOV 19 2019

Sent To: FAEGRE BAKER DANIELS
Street and Apt. No., or PO Box No.: 300 N. MERIDIAN ST, STE 2700
City, State, ZIP+4®: INDIANAPOLIS, IN 46204

PS Form 3800, April 2015

Xerox® WorkCentre® 6515DN Multifunction Printer 

# Confirmation Report

Fax Number	16093560865
Local Name
Fax Name

The job has been sent.
Original Size: 8.5 x 11"

4436 RT. 27
P.O. Box 462
Kingston, NJ 08528
T: 609-356-0862
F: 609-356-0865



# Fax

| To: | Andrea Roberts Pierson, Esq.<br>Blake Angelino, Esq. | From: | MARC D. PORTLOCK, ESQ. |
|---|---|---|---|
| Fax: | 317-237-10000 | Pages: | |
| Phone: | | Date | 11/19/19 |
| Re: | Hines v. Cook, 1:16-cv-3135 | cc: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Categorization Form and medical records attached.

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|---|---|---|---|---|---|---|---|---|
| 1 | 0260 | Faegre Baker Daniels | 11-19; 13:24 | 1:38 | 10/10 | Super G3 | | Completed |