| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **To:** | portlocklaw@gmail.com |
| **Subject:** | RE: James Hines CCF Dismissal |
| **Date:** | Thursday, November 21, 2019 10:19:49 AM |

Good morning, Marc.

Thank you for your email, and I am sorry I missed your call yesterday afternoon. We do not consent to reinstating this matter. Additionally, this case appears to be barred by the Indiana statute of limitations.

Regards,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**

*Admitted to Practice in Illinois; Ohio*

---

**From:** portlocklaw@gmail.com <portlocklaw@gmail.com>
**Sent:** Tuesday, November 19, 2019 11:59 AM
**To:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Subject:** RE: James Hines CCF Dismissal

Blake,

Enclosed please find a copy of my client's Categorization form, including medical records supporting injury claimed.

Please provide your consent to reinstate this matter.

Thank you.

Marc


Marc D. Portlock, Esq.
Law Office of Marc D. Portlock
4436 Rt. 27
P.O. Box 462
Kingston, NJ 08528
Tel: 609-356-0862
Fax: 609-356-0865
portlocklaw@gmail.com

**From:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Sent:** Monday, November 18, 2019 3:04 PM
**To:** portlocklaw@gmail.com
**Subject:** James Hines CCF Dismissal

Good afternoon, here are the orders I mentioned on the phone.  Let me know if you still have any questions.

Best,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**

*Admitted to Practice in Illinois; Ohio*