# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff<br>     JAMES D. HINES<br><br>Civil Case # 1:16-cv-3135 | **Case No. 1:14-ml-2570-RLY-TAB**<br>**MDL 2570** |

## ORDER TO REINSTATE

The Court, having received and considered plaintiff's Motion to Reinstate, and good cause exists,

IT IS HEREBY ORDERED reinstating *Hines v. In re: Cook Medical, Inc., et al.,* 1:16-cv-3135 as to all Defendants.

DATED_____

_____
United States District Court
Southern District of Indiana