AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| James Seal on behalf of Harvis Seal | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-2658 |
| IN RE: Cook Medical, Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Seal on behalf of Harvis Seal.

Date: 11/26/2019

/s/Devin A. Lowell
*Attorney's signature*

Devin A. Lowell, La. Bar No. 36555
*Printed name and bar number*

650 Poydras Street, Suite 2150
New Orleans, Louisiana  70130
*Address*

dlowell@murray-lawfirm.com
*E-mail address*

(504) 525-8100
*Telephone number*

(504) 584-5249
*FAX number*