AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| John Tillman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-3057 |
| IN RE: Cook Medical, Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Tillman                                                                            .

Date:    11/26/2019                                             /s/Devin A. Lowell
                                                                            *Attorney's signature*

                                                            Devin A. Lowell, La. Bar No. 36555
                                                                *Printed name and bar number*

                                                            650 Poydras Street, Suite 2150
                                                            New Orleans, Louisiana  70130
                                                                            *Address*

                                                            dlowell@murray-lawfirm.com
                                                                        *E-mail address*

                                                            (504) 525-8100
                                                                    *Telephone number*

                                                            (504) 584-5249
                                                                        *FAX number*