IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Debra Chirgwin

Civil Case # 1:17-cv-2292

## SUGGESTION OF DEATH OF DEBRA CHIRGWIN

Plaintiff, Debra Chirgwin, by and through undersigned counsel and pursuant to Fed.R.Civ.P. 25, hereby suggests upon the record the death of Plaintiff, Debra Chirgwin. Upon information and belief, Plaintiff Debra Chirgwin died on or about July 3, 2019. The Death Certificate is attached hereto as Exhibit "1".

Dated: November 27, 2019

/s/ William F. Blankenship III
William F. Blankenship III
Texas Bar No. 90001483 (*Admitted Pro Hac Vice*)
Blankenship Law Firm
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
(214) 361-7500
(214) 361-7505 (Fax)
bill@blankenshiplaw.com
maggie@blankenshiplaw.com

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ William F. Blankenship III*
William F. Blankenship III