# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
## BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION OFFICE
### PHYSICIAN'S / MEDICAL EXAMINER'S CERTIFICATE OF DEATH
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

**STATE FILE NUMBER:** 011955

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | DEBRA LYNN CHIRGWIN |
| 2. Sex | Female |
| 3. SSN | [redacted] |
| 4a. Age (Last Birthday) | 60 |
| 5. Date of Birth | [redacted] |
| 6. Birthplace | Huntington, WV |
| 7a. Residence (State) | WV |
| 7b. County | Cabell |
| 7c. City or Town | Huntington |
| 7d. Street and Number | 16 Lost Valley Drive |
| 7f. Zip Code | 25705 |
| 7g. Inside City Limits? | No |
| 8. Ever in US Armed Forces? | No |
| 9. Marital Status | Married |
| 10. Surviving Spouse's Name | William Joseph Chirgwin |
| 11. Father's Name | Eugene Ashworth |
| 12. Mother's Name | Doris Burns |
| 13a. Informant's Name | William Joseph Chirgwin |
| 13b. Relationship | Husband |
| 13c. Mailing Address | 16 Lost Valley Drive, Huntington, WV 25705 |
| 14. Place of Death | Decedent's home |
| 15. Facility Name | 16 Lost Valley Drive |
| 16. City/State/Zip | Huntington, WV 25705 |
| 17. County of Death | Cabell |
| 18. Method of Disposition | Burial |
| 19. Place of Disposition | Oaklawn Memorial Park |
| 20. Disposition Location | Huntington, WV |
| 21. Funeral Facility | WALLACE FUNERAL HOME, Box 7, Barboursville, WV 25504 |
| 23. License Number | 1448 |
| 24. Date Pronounced Dead | 7-3-2019 |
| 25. Time Pronounced Dead | 2014 |
| 28. Actual or Presumed Date of Death | 7-3-2019 |
| 29. Actual or Presumed Time of Death | 2014 |
| 30. Medical Examiner Contacted? | Yes |
| Medical Examiner Case # | 19-3562 |

## CAUSE OF DEATH

31. PART I.
- a. Immediate Cause: respiratory arrest
- b. Due to: Chronic pulmonary embolism
- c. Due to: COPD
- d. Due to: OSA

| Field | Value |
|---|---|
| 32a. Was an Autopsy Performed? | No |
| 32b. Autopsy Findings Available? | No |
| 33. Did Tobacco Use Contribute to Death? | Probably |
| 34. If Female | Unknown if pregnant within the last year |
| 35a. Cause/Manner Pending? | — |
| 35b. Final Manner of Death | Natural |

**Signature of Certifier:** [signed]
**Date Certified:** 7-15-19

37b. Print Name / Address: Zachary Hocker, 2585 3rd Avenue, Huntington, WV 25702
37c. Title of Certifier: MD

**39. Date Filed:** JUL 17 2019

FORM VS-002 (Rev. 9/2017)