IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

## EXHIBIT A TO MOTION TO DISMISS
## FOR FAILURE TO SERVE CASE CATEGORIZATION FORM

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Crawford, Phillip | 1:19-cv-03858 | MCSWEENEY LANGEVIN LLC |
| Shelton, Christopher | 1:19-cv-03993 | OSBORNE & FRANCIS LAW FIRM, PLLC |
| Booth, Cheryl | 1:19-cv-04074 | WILSHIRE LAW FIRM PLC |
| Scott, Sinnia | 1:19-cv-04134 | THE SEIDEMAN LAW FIRM, PC |
| Garnett, Joey | 1:19-cv-04196 | MARTIN BAUGHMAN, PLLC |
| Bevins, Jennifer | 1:19-cv-04198 | MCSWEENEY LANGEVIN LLC |

US.125711165.01