**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND　　　　　　Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION　　　　　　　　MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**FOR FAILURE TO SERVE CASE CATEGORIZATION FORM**

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Thursday, November 21, 2019 12:53 PM |
| **To:** | 'dave@westrikeback.com'; 'Jonathan Mencel' |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss after **December 1, 2019**.

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Bevins, Jennifer | 1:19-cv-04198 | 11/13/2019 |
| Crawford, Phillip | 1:19-cv-03858 | 10/14/2019 |

Thank you,

Rochelle R. Symons
*Paralegal*
rochelle.symons@FaegreBD.com   Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Thursday, November 21, 2019 12:56 PM |
| **To:** | 'masstorts@wilshirelawfirm.com' |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms - Booth, Cheryl - 1:19-cv-04074 - Categorization Form Due Date: 11/13/2019 |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case has passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss after **December 1, 2019**.

**Rochelle R. Symons**
*Paralegal*
rochelle.symons@FaegreBD.com    Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Thursday, November 21, 2019 12:52 PM |
| **To:** | 'bmartin@bencmartin.com'; 'karin.scheehle@gknet.com'; 'tarbon@bencmartin.com'; Josh Upthegrove |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss after **December 1, 2019**.

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Garnett, Joey | 1:19-cv-04196 | 10/28/2019 |
| Nunez, Richard | 1:19-cv-04169 | 10/28/2019 |
| Workman, Goldie | 1:19-cv-04161 | 11/8/2019 |

Thank you,

**Rochelle R. Symons**
*Paralegal*
rochelle.symons@FaegreBD.com    Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Thursday, November 21, 2019 12:55 PM |
| **To:** | 'sseid@seidlaw.com' |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms - Scott, Sinnia - 1:19-cv-04134 - Categorization Form Due Date: 11/6/2019 |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case has passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss after **December 1, 2019**.

**Rochelle R. Symons**
*Paralegal*
rochelle.symons@FaegreBD.com   Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

# Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Thursday, November 21, 2019 12:54 PM |
| **To:** | 'josborne@realtoughlawyers.com' |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms - Shelton, Christopher- 1:19-cv-03993 - Categorization Form Due Date: 10/23/2019 |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case has passed. On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617). The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order. Cook is filing the motion to dismiss after **December 1, 2019**.

Rochelle R. Symons
*Paralegal*
rochelle.symons@FaegreBD.com   Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA