# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following:
  *Luis A. Colon*
  Case No. 1:18-cv-00807-RLY-TAB

## PLAINTIFF LUIS A. COLON'S MOTION TO TRANSFER VENUE UNDER SECTION 28 U.S.C. 1404(a)

Pursuant to 28 U.S.C. § 1404(a), Plaintiff Luis A. Colon files this Motion to Transfer to the United States District Court for the Southern District of Florida (Broward division) for case-specific pretrial proceedings and trial. This venue would have been correct and appropriate absent direct filing. Because the balance of private factors, public interest factors, and the interests of justice weighs heavily in favor of transferring this case to the Southern District of Florida and because the MDL has already accomplished its purpose in this case, Plaintiff respectfully requests that this Court transfer this case to the Southern District of Florida (Broward division).

Respectfully submitted,

**MARTIN BAUGHMAN, PLLC**

*/s/ Ben C. Martin*
Ben C. Martin, Esq.
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 74407590
Email: bmartin@bencmartin.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                 */s/ Ben C. Martin*
                                                 Ben C. Martin