# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    LUIS COLON
    1:18-cv- 807

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Luis Colon_(Plaintiff)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Florida

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Florida

6. Plaintiff's/Deceased Party's current state of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court – Southern District of Florida (Broward) division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other:

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

2

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   ☐  Günther Tulip® Vena Cava Filter

   ☒  Cook Celect® Vena Cava Filter

   ☐  Günther Tulip® Vena Cava MR*eye*® Filter

   ☐  Cook Celect® Platinum Vena Cava Filter

   ☐  Other:_____

11. Date of Implantation as to each product:

   May 4, 2012_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Memorial Regional Hospital, 3501 Johnson Street, Hollywood, FL 33021_____

13. Implanting physician:

   Rafael Sanchez, MD, 1150 N. 35th Ave, Hollywood, FL 33021_____

3

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I: Strict Products Liability – Failure to Warn

☑ Count II: Strict Products Liability – Design Defect

☑ Count III: Negligence

☑ Count IV: Negligence Per Se

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☐ Count VII: Violations of Applicable _____ (*insert State*) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☑ Other: Fraudulent Concealment

☐ Other: _____
(*please state the facts supporting this Count in the space, immediately below*)

15. Attorney for Plaintiff(s):

Ben C. Martin and Thomas Wm. Arbon

16. Address and bar information for Attorney for Plaintiff(s):

3710 Rawlins Street, Suite 1230, Dallas, Texas 75219

Ben C. Martin, State Bar No.: 13052400

Thomas Wm. Arbon, State Bar No. 01284275

4

                Respectfully submitted,

                */s/ Ben C. Martin*
                Ben C. Martin, Bar No. 13052400
                Thomas Wm. Arbon, Bar No. 01284275
                **The Law Office of Ben C. Martin**
                3710 Rawlins Street, Suite 1230
                Dallas, TX 75219
                Telephone: (214) 761-6614
                Facsimile: (214) 744-7590
                bmartin@bencmartin.com
                tarbon@bencmartin.com

                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on _____, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Angela Spears | Cliff W. Marcek |
| Rosen & Spears | Cliff W. Marcek, P.C. |
| 5075 Westheimer, Suite 760 | 700 South Third Street |
| Houston, TX 77056 | Las Vegas, NV 89101 |
| | |
| Anthony James Urban | David J. Britton |
| Law Offices of Anthony Urban, P.C. | Law Offices of David J. Britton |
| 474 N. Centre Street, Third Floor | 2209 N. 30th Street, Suite 4 |
| Pottsville, PA 17901 | Tacoma, WA 98403 |
| | |
| Bard K. Brian | Jay Harris |
| 222 Kentucky Avenue, Suite 10 | Harris, Reny & Torzewski |
| Paducah, KY 42001 | Two Maritime Plaza, 3rd Floor |
| | Toledo, OH 43604 |

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

*/s/ Ben C. Martin*
Ben C. Martin

6