IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS, MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ml- 2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
ALBERT PEDRO SALCIDA

Civil Case #: 1:18-CV-01188-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the recently-discovered death of Albert Pedro Salcida, plaintiff in this action. Albert Pedro Salcida passed away on July 22, 2019, See Exhibit A, Death Certificate for Albert Pedro Salcida. Counsel for Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Albert Pedro Salcida's estate.

DATED: 12/3/2019

Respectfully submitted,

/s/   Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
**THE NATIONS LAW FIRM**
9703 Richmond Avenue, Suite 200
Houston, TX 77042
Tel: (713) 807-8400
Fax: (713) 807-8423

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was electronically filed on this 3rd day of December, 2019.  Notice of this filing will be sent to all parties or record by operation of the Court's electronic filing system.  Parties may access this filing through the court's ECF system.

                                                     /s/   Howard L. Nations