# Exhibit A

Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY of SAN BERNARDINO
### DEPARTMENT OF PUBLIC HEALTH
351 N. MT. VIEW AVENUE, SAN BERNARDINO, CALIFORNIA 92415-0010

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

3201936008364

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | ALBERT |
| 2. MIDDLE | PEDRO |
| 3. LAST (Family) | SALCIDA |
| 5. AGE Yrs. | 55 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | UNK |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 07/22/2019 |
| 8. HOUR | 1845 |
| 13. EDUCATION | 07 |
| 14/15. HISPANIC? | YES MEXICAN |
| 16. RACE | NATIVE AMERICAN |
| 17. USUAL OCCUPATION | ROOFING |
| 18. KIND OF BUSINESS/INDUSTRY | CONSTRUCTION |
| 19. YEARS IN OCCUPATION | 20 |
| 21. CITY | RIVERSIDE |
| 22. COUNTY | RIVERSIDE |
| 23. ZIP CODE | 92509 |
| 24. YEARS IN COUNTY | UNK |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | MARLANA MOLINA, DAUGHTER |
| 31. NAME OF FATHER—FIRST | ALBERT |
| 32. MIDDLE | RIOS |
| 33. LAST | SALCIDA |
| 34. BIRTH STATE | CA |
| 35. NAME OF MOTHER—FIRST | JENNIE |
| 37. LAST (BIRTH NAME) | AGUILAR |
| 38. BIRTH STATE | CA |
| 39. DISPOSITION DATE | 07/30/2019 |
| 40. PLACE OF FINAL DISPOSITION | RES-MARLANA MOLINA |
| 41. TYPE OF DISPOSITION | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | RUBIDOUX MORTUARY |
| 45. LICENSE NUMBER | FD913 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MAXWELL OHIKHUARE, MD |
| 47. DATE | 07/30/2019 |
| 101. PLACE OF DEATH | LOMA LINDA UNIVERSITY MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY | IP |
| 104. COUNTY | SAN BERNARDINO |
| 105. FACILITY ADDRESS | 11234 ANDERSON STREET |
| 106. CITY | LOMA LINDA |
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | BACTERIAL ENDOCARDITIS |
| Time Interval (A) | WKS |
| 108. DEATH REPORTED TO CORONER? | YES — 701904988 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | NO |
| 111. USED IN DETERMINING CAUSE? | NO |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED? | NO |
| 114. PHYSICIAN CERTIFICATION — Decedent Attended Since (A) | 07/22/2019 |
| Decedent Last Seen Alive (B) | 07/22/2019 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | CHARMAINE IBARRA JAMIAS M.D. |
| 116. LICENSE NUMBER | A147836 |
| 117. DATE | 07/25/2019 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS | CHARMAINE IBARRA JAMIAS M.D., 11234 ANDERSON STREET, LOMA LINDA, CA 92354 |

*010001004270856*

### CERTIFIED COPY OF VITAL RECORD

STATE OF CALIFORNIA } SS
COUNTY OF SAN BERNARDINO

DATE ISSUED: AUG 1 3 2019

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.

MAXWELL OHIKHUARE, M.D.
COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS




*0 0 2 7 4 8 6 2 6*

This copy not valid unless prepared on engraved border displaying the date, seal and signature of Registrar.
PRINCO (Rev) 06/17

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE