IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
ALBERT PEDRO SALCIDA

Civil Case #: 1:18-cv-01188-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF
## AND FOR LEAVE TO AMEND COMPLAINT

COMES NOW, Plaintiff ALBERT PEDRO SALCIDA, by and through undersigned counsel, and pursuant to Fed.R.Civ.P 25(a) and 15(a)(2), and moves the Court to substitute MARLANA MARIE MOLINA as Representative of the Estate of ALBERT PEDRO SALCIDA, deceased.

1.   Plaintiff ALBERT PEDRO SALCIDA originally filed a products liability lawsuit against Defendants on, April 19, 2018 in the Southern District of Indiana, Indianapolis Division.

2.   On May 18, 2018, Plaintiff's counsel served Defendants with a Plaintiff Profile Sheet that listed MARLANA MARIE MOLINA as one of ALBERT PEDRO SALCIDA's children.

3.   On December 3, 2019, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [See Doc. No. 12505.]

4.   MARLANA MARIE MOLINA, surviving child of ALBERT PEDRO SALCIDA, is a proper party to substitute for Plaintiff-decedent ALBERT PEDRO SALCIDA's and has

proper capacity to move forward with the surviving products liability lawsuit pursuant to Fed.R.Civ.P.25(a)(1), "if a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent s successor or representative."

5. MARLANA MARIE MOLINA further seeks leave to file the attached amended short form complaint to substitute herself as Plaintiff on behalf of Plaintiff-decedent ALBERT PEDRO SALCIDA. (See Amended Short Form Complaint, attached hereto as Exhibit "A").

WHEREFORE, Plaintiff respectfully requests that this Court grant substitution of Plaintiff in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the Amended short Form Complaint.

Dated: 12/3/2019

    Respectfully submitted,

    THE NATIONS LAW FIRM

       /s/ Howard L. Nations
    Howard L. Nations
    Texas Bar No. 14823000
    **THE NATIONS LAW FIRM**
    9703 Richmond Avenue, Suite 200
    Houston, TX 77042
    Tel: (713) 807-8400
    Fax: (713) 807-8423

    ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing was electronically filed on this 3rd day of December, 2019.  Notice of this filing will be sent to all parties or record by operation of the Court's electronic filing system.  Parties may access this filing through the court's ECF system.

                   _/s/ Howard L. Nations_____
                   Howard L. Nations