IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
ALBERT PEDRO SALCIDA

Civil Case #: 1:18-cv-01188-RLY-TAB

**ORDER**

Pending before the Court on the Motion to Substitute Party and for Leave to Amend Short Form Complaint.

**IT IS ORDERED** that Plaintiff's motion for substitution is **granted.** MARLANA MARIE MOLINA is substituted for ALBERT PEDRO SALCIDA, Deceased, in this action, continuing the claims of ALBERT PEDRO SALCIDA on behalf of his Estate. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF INDIANA