UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to 46 Category 6 and 7 Cases
(Listed in Exhibit A To Original Motion, Dkt. 11923)

## ORDER

On November 12, 2019, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed their Agreed Motion for Extension of Time to Reply to Plaintiffs' Responses to Cook Defendants' Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases. The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook Defendants' Motion.

IT IS THEREFORE ORDERED that the Cook Defendants' deadline to reply to Plaintiffs' Responses to Cook Defendants' Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases is **November 18, 2019**.

SO ORDERED this day of 3rd day of December, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record