IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS, MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ml- 2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
NANCY IRENE BLALOCK and THOMAS
REID BLALOCK

Civil Case #: 1:17-CV-01766

### NOTICE OF SUGGESTION OF DEATH

Counsel for Plaintiffs in the above-referenced action give notice and suggest upon the record,

pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the recently-discovered death of

Nancy Irene Blalock, plaintiff in this action. Nancy Irene Blalock passed away on November 2,

2018,  See Exhibit A, Death Certificate for Nancy Irene Blalock.  Counsel for Plaintiff respectfully

informs this Court that a Motion for Substitution of Parties will be filed by the appropriate

representative of Nancy Irene Blalock's estate.

DATED: 12/4/2019                                  Respectfully submitted,


                                                 /s/   Howard L. Nations
                                                 Howard L. Nations
                                                 Texas Bar No. 14823000
                                                 **THE NATIONS LAW FIRM**
                                                 9703 Richmond Avenue, Suite 200
                                                 Houston, TX 77042
                                                 Tel: (713) 807-8400
                                                 Fax: (713) 807-8423

                                                 ATTORNEY FOR PLAINTIFF(S)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on this 4th day of December, 2019.  Notice of this filing will be sent to all parties or record by operation of the Court's electronic filing system.  Parties may access this filing through the court's ECF system.

/s/   Howard L. Nations