# Exhibit A

Exhibit A

# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# GASTON COUNTY
## OFFICE OF REGISTER OF DEEDS

**NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**N.C. VITAL RECORDS**
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 036-00   LOCAL NO. ____   COUNTY OF DEATH ____   STATE FILE NO. ____

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Nancy
- 1b. MIDDLE: Irene
- 1c. LAST: Blalock
- 1d. SUFFIX: 
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Mosteller

- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 58
- 4. DATE OF BIRTH: [redacted]
- 5. BIRTHPLACE: Gaston, NC
- 6. DATE OF DEATH: November 2, 2018

**PLACE OF DEATH**: Nursing home/Long term care facility
- 7c. FACILITY NAME: Belaire Health Care Ctr
- 7d. CITY OR TOWN: Gastonia
- 7e. COUNTY OF DEATH: Gaston

- 8. MARITAL STATUS: Married
- 9. SURVIVING SPOUSE: Thomas Blalock
- 10a. DECEDENT'S USUAL OCCUPATION: Cook
- 10b. KIND OF BUSINESS/INDUSTRY: Restaurant

- 11. SOCIAL SECURITY NUMBER: [redacted]
- 12a. RESIDENCE-STATE: NC
- 12b. COUNTY: Cleveland
- 12c. CITY OR TOWN: Kings Mountain
- 12e. INSIDE CITY LIMITS: No
- 12f. ZIP CODE: 28086
- 13. WAS DECEDENT EVER IN U.S. ARMED FORCES: No

- 14. DECEDENT'S EDUCATION: High school graduate or GED completed
- 15. HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
- 16. RACE: White

**PARENTS**
- 17. FATHER/PARENT NAME: Sylvester Lonzo Mosteller
- 18. MOTHER/PARENT NAME: Gladys Morgan

- 19a. INFORMANT'S NAME: Thomas Blalock
- 19b. RELATIONSHIP TO DECEDENT: Husband
- 19c. MAILING ADDRESS: [redacted]

**DISPOSITION**
- 20a. METHOD OF DISPOSITION: Burial
- 20b. PLACE OF DISPOSITION: Olney Presby. Church Cemetery
- 20c. LOCATION: Gastonia, NC 28052
- 21a. SIGNATURE OF FUNERAL DIRECTOR: Tammy Greene
- 21b. LICENSE NUMBER: FS1884
- 21c. NAME OF EMBALMER: J. Scott Greene
- 21d. LICENSE NUMBER: FS1561
- 22. NAME AND ADDRESS OF FUNERAL HOME: Greene Funeral Service - South Chapel 1503 South York Road Gastonia, NC 28052

**MEDICAL CERTIFICATION**
- 23. IMMEDIATE CAUSE:
  - a. FTT
  - b. Ca c̄ Mets - Cervical
  - c. protein Malnutrition
  - d. Due - S/p amputation leg

- 24a. WAS AN AUTOPSY PERFORMED? No

- 25. MANNER OF DEATH: Natural
- 27. TIME OF DEATH: 7:05 AM
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown
- 29. IF FEMALE: Not pregnant within past year

**CERTIFIER**: Certifying physician/nurse practitioner/physician assistant
- 33a. SIGNATURE AND TITLE OF CERTIFIER: [signed]
- 33b. LICENSE NUMBER: 1265429864
- 33c. DATE SIGNED: 11/5/18
- 33d. NAME AND ADDRESS OF CERTIFIER: Janet Kelchner, 1021 X Ray Dr. Gastonia, NC 28054

**REGISTRAR**
- 34. FOR LOCAL REGISTRAR: Chris Dobbins LSS
- 35. DATE FILED: November 8, 2018

Volume **248** Page ____

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

65880

**Susan S. Lockridge**
Register of Deeds
Gaston County

Witness my hand and official seal this the **8TH** day of **NOVEMBER** 20**18** BY: Briana J Davis

Deputy/Assistant Register of Deeds

DHHS 3914 (REVISED 8/15) NC VITAL RECORDS

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.