IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
NANCY IRENE BLALOCK and
THOMAS REID BLALOCK

Civil Case #: 1:17-CV-01766

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

COMES NOW, Plaintiff Nancy Irene Blalock, by and through undersigned counsel, and pursuant to Fed.R.Civ.P 25(a) and 15(a)(2), and moves the Court to substitute Thomas Reid Blalock as Representative of the Estate of Nancy Irene Blalock, deceased.

1. Plaintiff Nancy Irene Blalock originally filed a products liability lawsuit against Defendants on, May 29, 2017 in the Southern District of Indiana, Indianapolis Division.

2. On June 28, 2017, Plaintiff's counsel served Defendants with a Plaintiff Profile Sheet that listed Thomas Reid Blalock as Nancy Irene Blalock's spouse.

3. On December 4, 2019, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [See Doc. No. 12521]

4. Thomas Reid Blalock, surviving spouse of Nancy Irene Blalock, is a proper party to substitute for Plaintiff-decedent Nancy Irene Blalock and has proper capacity to move forward with the surviving products liability lawsuit pursuant to Fed.R.Civ.P.25(a)(1), "if a party dies and the claim is not extinguished, the Court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent s successor or representative."

5. Thomas Reid Blalock further seeks leave to file the attached amended short form complaint to substitute himself as Plaintiff on behalf of Plaintiff-decedent Nancy Irene Blalock. (See Amended Short Form Complaint, attached hereto as Exhibit "A").

WHEREFORE, Plaintiff respectfully requests that this Court grant substitution of Plaintiff in this action and for leaveto file the Amended Short Form Complaint, and direct the Clerk to file the Amended short Form Complaint.

Dated: 12/4/2019

        Respectfully submitted,

        THE NATIONS LAW FIRM

          /s/ Howard L. Nations
        Howard L. Nations
        Texas Bar No. 14823000
        **THE NATIONS LAW FIRM**
        9703 Richmond Avenue, Suite 200
        Houston, TX 77042
        Tel: (713) 807-8400
        Fax: (713) 807-8423

        ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was electronically filed on this 4th day of December, 2019.  Notice of this filing will be sent to all parties or record by operation of the Court's electronic filing system.  Parties may access this filing through the court's ECF system.

                /s/ Howard L. Nations
                Howard L. Nations