# Exhibit A

Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

This Document Relates to Plaintiffs:
THOMAS REID BLALOCK, Representative of
the Estate of NANCY IRENE BLALOCK, deceased

Civil Case #: 1:17-CV-01766-RLY-TAB

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Nancy Irene Blalock, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Thomas Reid Blalock

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Thomas Reid Blalock, Representative

1

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Carolina

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   USDC, Western District of North Carolina, Charlotte Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      6 through 28, inclusive.

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☒ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

1/30/2014

12. Hospital(s) where Plaintiffs was implanted (including City and State):

Carolinas Medical Center, Charlotte, NC

13. Implanting Physician(s):

Jeffrey Stein, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

3

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable North Carolina State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiff(s):

  Howard L. Nations

16. Address and bar information for Attorney for Plaintiff(s):

9703 Richmond Avenue, Suite 200
Houston, TX 77042
(713) 807-8400
Texas Bar No. 14823000

Respectfully submitted,

4

THE NATIONS LAW FIRM

  /s/  Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Avenue, Suite 200
Houston, TX 77042
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFF(S)