IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Edwin Reed, Jr. and Karen Reed

Civil Case #1:16-cv-1859-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Counsel for Plaintiffs in the above-referenced action give notice and suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the recently-discovered death of Edwin Reed, Jr. plaintiff is in this case. Edwin Reed, Jr. passed away on November 29, 2016, See Exhibit A, Death Certificate for Edwin Reed, Jr. Counsel for Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by Karen Reed, Administrator of the Estate of Edwin Reed, Jr.

Dated: December 5, 2019

Respectfully submitted,

By: /s/ Willard J. Moody
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
will@moodyrrlaw.com

1

Jonathan A. Hogins, Esquire (VSB #83982)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
jhogins@moodyrrlaw.com
ATTORNEYS FOR THE PLAINTIFFS

I hereby certify that on December 05, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.