# EXHIBIT A

# CERTIFICATE OF DEATH

Ohio Department of Health - Vital Statistics

Reg. Dist. No. 14
Primary Reg. Dist. No. 1401
Registrar's No. 1400 2016 000288
State File No. 2016110357

**1. Decedent's Legal Name:** EDWIN B REED JR
**2. Sex:** MALE
**3. Date of Death:** NOVEMBER 29, 2016
**4. Social Security Number:** 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
**5a. Age (Years):** 73
**6. Date of Birth:** FEBRUARY 26, 1943
**7. Birthplace:** DETROIT, MICHIGAN
**8a. Residence State:** OHIO
**8b. County:** CLINTON
**8c. City or Town:** WILMINGTON
**8d. Street and Number:** 1582 LAKEWOOD DRIVE
**8f. Zipcode:** 45177
**8g. Inside City Limits?** YES
**9. Ever in US Armed Forces?** NO
**10. Marital Status at Time of Death:** MARRIED
**11. Surviving Spouse's Name:** KAREN KING
**12. Decedent's Education:** COLLEGE, BUT NO DEGREE
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** WHITE
**15. Father's Name:** EDWIN B REED SR
**16. Mother's Name (prior to first marriage):** DOROTHY CHRISTY
**17a. Informant's Name:** KAREN REED
**17b. Relationship to Decedent:** WIFE
**17c. Mailing Address:** 1582 LAKEWOOD DRIVE, WILMINGTON, OHIO 45177
**18a. Place of Death:** HOSPITAL - INPATIENT
**18b. Facility Name:** CLINTON MEMORIAL HOSPITAL
**18c. City or Town, State and Zip Code:** WILMINGTON, OH 45177
**18d. County of Death:** CLINTON
**19. Signature of Funeral Service Licensee or Other Agent:** SHANE C SMITH
**20. License Number:** 008815
**21. Name and Complete Address of Funeral Facility:** REYNOLDS-SMITH FUNERAL HOME, 327 N SOUTH ST, WILMINGTON, OH 45177
**22a. Method of Disposition:** BURIAL
**22b. Date of Disposition:** DECEMBER 03, 2016
**22c. Place of Disposition:** SUGAR GROVE CEMETERY
**22d. Location:** WILMINGTON, OH
**23. Registrar's Signature:** Melanie D Niajaker
**24. Date Filed:** 12/5/16
**25a. Name of Person Issuing Disposition Permit:** SMITH, JAMES
**25b. District No.:** 1400
**25c. Date Disposition Permit Issued:** DECEMBER 3, 2016
**26a. Certifier:** [X] Certifying Physician
**26b. Time of Death:** 1955
**26c. Date Pronounced Dead:** Nov 29, 2016
**26d. Was the Medical Examiner or Coroner Contacted?** NO
**26e. Signature and Title of Certifier:** Tamar Vashakmadze MD
**26f. License Number:** 35.095795
**26g. Date Signed:** 12/5/2016
**27. Name and Address of Person who Completed Cause of Death:** TAMAR VASHAKMADZE, 610 W. MAIN STREET, WILMINGTON, OH 45177

**28. Part I. Cause of Death:**

| | Cause | Interval |
|---|---|---|
| Immediate Cause (a) | Pneumonia | 1 week |
| Due to (b) | Sepsis with Septic Shock | 1-2 days |
| Due to (c) | Dehydration with hypernatremia | 1 week |
| Due to (d) | | |

**29a. Was An Autopsy Performed?** No
**29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?** Not Applicable
**30. Did Tobacco Use Contribute to Death?** Unknown
**32. Manner of Death:** Natural
**33d. Injury at Work?** (blank)

HEA 2734 Rev. 07/15-09/16



I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.

DE-5 16 002063

Melanie D. Niezaber
MELANIE D. NIEZABER, LOCAL REGISTRAR
OFFICE OF VITAL STATISTICS
WITNESS MY SIGNATURE & SEAL



REV. 6/2009