# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**EXHIBIT A TO MOTION TO DISMISS**
**PLAINTIFF SCHEDULE**

| Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Reidy, John | 1:19-cv-03358 | 10/25/2019 | 11/25/2019 | 1 |
| Sargent, Kevin | 1:19-cv-03672 | 9/27/2019 | 10/15/2019 | 2 |
| Valdez, Carmen | 1:19-cv-03699 | 11/6/2019 | 11/25/2019 | 1 |
| Crawford, Phillip | 1:19-cv-03858 | 10/11/2019 | 10/23/2019 | 3 |
| Nunez, Richard | 1:19-cv-04169 | 11/11/2019 | 11/25/2019 | 4 |
| Garnett, Joey | 1:19-cv-04196 | 11/13/2019 | 11/25/2019 | 4 |
| Bevins, Jennifer | 1:19-cv-04198 | 11/13/2019 | 11/25/2019 | 5 |