# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 1**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

Faegre Baker Daniels LLP
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 25, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Benjamin A. Bertram
BERTRAM & GRAF, L.L.C.
2345 Grand Blvd.
Suite 1925
Kansas City, MO 64108
benbertram@bertramgraf.com; bianca@bertramgraf.com; jeremy@bertramgraf.com; blair@bertramgraf.com

Re:   Cook MDL Plaintiff Profile Deficiency

Dear Benjamin A. Bertram:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Murphy, Sheila
- Reidy, John
- Valdez, Carmen
- Vela, Moises
- Washington, Wayne
- Zingone, Ciro

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*[signature: B. Angelino]*

Blake Angelino


Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## **EXHIBIT B TO MOTION TO DISMISS**
## **NOTICE LETTERS**

### **Sub-Exhibit 2**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

Faegre Baker Daniels LLP
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

October 15, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Bradley Honnold
GOZA & HONNOLD, LLC
9500 Nall Avenue, Suite 400
Overland Park, KS 66207

Re:   Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Bradley Honnold:

According to our records, we have not received the Plaintiff Profile Sheet for Sargent, Kevin ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*Blake Angelino* (signature)

Blake Angelino


Cc:   Michael Heaviside - mheaviside@hrzlaw.com
      Ben Martin – bmartin@bencmartin.com
      David Matthews – dmatthews@thematthewslawfirm.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 3**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▼ UK ▼ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

Faegre Baker Daniels LLP
311 South Wacker Drive ▼ Suite 4300
Chicago ▼ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

October 23, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

David M. Langevin
MCSWEENEY LANGEVIN LLC
2116 Second Avenue South
Minneapolis, MN 55404
dave@westrikeback.com; jon@westrikeback.com

    Re:    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear David M. Langevin:

According to our records, we have not received the Plaintiff Profile Sheet for Crawford, Phillip ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

*[signature]*

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 4**

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

Faegre Baker Daniels LLP
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 25, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

**For MDL Plaintiffs**

Ben C. Martin
MARTIN BAUGHMAN, PLLC
3710 Rawlins Street
Suite 1230
Dallas, TX 75219
bmartin@bencmartin.com; karin.scheehle@gknet.com;
tarbon@bencmartin.com; jupthegrove@martinbaughman.com

Re:   Cook MDL Plaintiff Profile Deficiency

Dear Ben C. Martin:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Chester, Steven
- Garnett, Joey
- Nunez, Richard
- Workman, Goldie

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Ben C. Martin
2
11/25/2019

Very truly yours,

*[signature: B. Angelino]*

Blake Angelino


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

### EXHIBIT B TO MOTION TO DISMISS
### NOTICE LETTERS

### Sub-Exhibit 5

US.119355742.01

**FaegreBD.com**

# FAEGRE BAKER DANIELS

USA ▼ UK ▼ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

Faegre Baker Daniels LLP
311 South Wacker Drive ▼ Suite 4300
Chicago ▼ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 25, 2019

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| **For MDL Plaintiffs** |

David M. Langevin
MCSWEENEY LANGEVIN LLC
2116 Second Avenue South
Minneapolis, MN 55404
dave@westrikeback.com; jon@westrikeback.com

Re: <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear David M. Langevin:

According to our records, we have not received the Plaintiff Profile Sheet for Bevins, Jennifer ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc: Michael Heaviside - mheaviside@hrzlaw.com
Ben Martin – bmartin@bencmartin.com
David Matthews – dmatthews@thematthewslawfirm.com