IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Edwin Reed, Jr. and Karen Reed</u>

Civil Case #1:16-cv-1859-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF
## AND FOR LEAVE TO AMEND COMPLAINT

COMES NOW Plaintiff, Edwin Reed, Jr., deceased, by and through undersigned counsel, pursuant to Fed. R. Civ. P 25(a) and 15(a)(2), and moves the Court to substitute Karen Reed, as Representative of the Estate of Edwin Reed, Jr., deceased.

1. Plaintiff, Edwin Reed, Jr. originally filed a products liability lawsuit against Defendants on July 11, 2016 in the Southern District of Indiana, Indianapolis Division.

2. On September 30, 2016, Plaintiff's counsel served Defendants with a Plaintiff Fact Sheet that listed Karen Reed as Edwin Reeds, Jr.'s spouse.

3. On December 05, 2019, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [See Doc. No. 12529]

4. Karen Reed, surviving spouse of Edwin Reed, Jr. is a proper party to substitute for Plaintiff-decedent Edwin Reed, Jr. and has proper capacity to move forward with

surviving product liability lawsuit pursuant to Fed.R.Civ.P.25(a)(1), "if a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.

5. Karen Reed further sees leave to file the attached amended short form complaint to substitute herself as Plaintiff on behalf of Plaintiff-decedent Edwin Reed, Jr. (See Amended Short Form Complaint, attached hereto as Exhibit "A").

WHEREFORE, Plaintiff respectfully requests that this Court grant substitution of Plaintiff in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the Amended Short Form Complaint.

Dated: December 06, 2019

Respectfully submitted,

By: /s/ Willard J. Moody
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
will@moodyrrlaw.com

Jonathan A. Hogins, Esquire (VSB #83982)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
jhogins@moodyrrlaw.com
ATTORNEYS FOR THE PLAINTIFFS

I hereby certify that on December 06, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.