IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
Karen Reed, Administrator of the Estate of Edwin Reed, Jr.


 Civil Case #1:16-cv-1859-RLY-TAB
_____

### ORDER

Pending before the Court on the Motion to Substitute Party and for Leave to Amend

Short Form Complaint.

**IT IS ORDERED** that Plaintiff's Motion for Substitution is granted. Karen Reed is

substituted for Edwin Reed, Jr., Deceased, in this action, continuing the claims of Edwin Reed,

Jr. on behalf of his Estate. The Clerk of Court is directed to make the necessary adjustments to

reflect this substitution in the file and the Court's ECF system.


Dated: _____


                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF INDIANA