IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to the Following Action Only:<br><br>David McDermitt and Carol McDermitt<br>1:18-cv-00946 | |

**AGREED MOTION TO TAKE CERTAIN
DEPOSITIONS BEYOND FACT DISCOVERY DEADLINE**

Defendants Cook Incorporated, Cook Medical, LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants"), by and through their attorneys, respectfully move the Court for permission to take certain depositions beyond the deadline for the close of fact discovery, on or before February 5, 2020. In support of this motion, the Cook Defendants state as follows:

1. The Court's fact discovery deadline in the *McDermitt* matter is December 6, 2019. Such deadline has not yet expired.

2. The Cook Defendants requested the deposition(s) of certain damages witnesses, including but not limited to Mrs. Carol McDermitt and any other family members who may testify at trial. However, due in part to Mrs. McDermitt's health condition, the parties have been unable to schedule the depositions to date. On November 18, 2019, counsel for the parties agreed to postpone these depositions pending the availability of Mrs. McDermitt and other family members/damages witnesses.

2

3. The parties intend to take the deposition of one of plaintiff's treating physicians, Todd Biggerstaff, M.D., but have been unable to identify a mutually agreeable date prior to the current fact discovery deadline. Dr. Biggerstaff's deposition will be taken on December 9, 2019.

4. The parties have agreed to stipulate to the authenticity and foundation for Plaintiff's medical records, but they have not yet conferred regarding any redactions that may be necessary to assure the admissibility of the records. In the event that the parties cannot reach agreement regarding the admissibility of the records, it is possible that either party may need to take custodial records deposition(s). The parties agree that any such custodial records depositions may be taken beyond the close of discovery, if necessary. The parties agree that custodial records depositions will not be conducted as to any records for which the parties' only disagreement about admissibility concerns relevance and/or privacy issues, such as the proper scope of redactions.

5. The parties can complete the above-described discovery on or before February 5, 2020, and therefore request the Court's permission to take this limited discovery beyond the deadline for the close of fact discovery.

6. The parties have not previously sought an extension of time of the fact discovery deadline, and this request extension will not interfere with any court settings or case management deadlines in this case.

7. The undersigned counsel has conferred with Plaintiff David McDermitt's counsel, Stuart L. Goldenberg, and Mr. Goldenberg has authorized counsel to represent that he consents to the motion.

WHEREFORE, the Cook Defendants respectfully request that the Court grant this motion permit the parties to obtain the above-described limited discovery on or before February 5, 2020.

Dated:  December 6, 2019                            Respectfully submitted,


                                                         */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

*Counsel for the Cook Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stuart L. Goldenberg
Marlene J. Goldenberg
GOLDENBERG LAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN  55402
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

                                                 */s/ Andrea Roberts Pierson*

US.125799392.03