IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to the Following Action Only:

David McDermitt and Carol McDermitt
1:18-cv-00946

**ORDER GRANTING AGREED MOTION TO TAKE CERTAIN
DEPOSITIONS BEYOND FACT DISCOVERY DEADLINE**

Defendants Cook Incorporated, Cook Medical, LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants"), by counsel, filed a Motion for Extension of Time to Take Certain Depositions Beyond the Fact Discovery Deadline, on or before February 5, 2020. Having considered the Cook Defendants' motion and being duly advised, the Court now GRANTS the Cook Defendants' motion.

IT IS THEREFORE ORDERED that the parties may conduct the following depositions on or before **February 5, 2020**: (1) Mrs. Carol McDermitt and any other family members or other damages witnesses who are designated to testify at trial on behalf of Plaintiff; (2) Plaintiff's treating physician, Todd Biggerstaff, M.D. (to be conducted on December 9, 2019 or as soon thereafter as is reasonably practicable); and (3) Custodians of record as needed to establish admissibility of Plaintiff's medical records.

Dated:_____

_____
Judge, United States District Court
 Southern District of Indiana,
Indianapolis Division

**DISTRIBUTION TO:**

**ALL PARTIES OF RECORD**