IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES   Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION    MDL No. 2570

This Document Relates to Plaintiff(s)

Jeremy Moad_____

Civil Case #: 1:19-cv-04714-TWP-TAB_____

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Jeremy Moad ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:19-cv-04714-TWP-TAB filed on November 27, 2019.

Date: December 11, 2019.

                Respectfully submitted,

                **JOHNSON LAW GROUP**

                /s/ Basil Adham_____
                Basil Adham, (TX Bar No.24081742)
                2925 Richmond Ave, Suite 1700
                Houston, TX 77098
                Telephone: (713) 626-9336
                Facsimile: (713) 583-9460
                E-mail: ivc@johnsonlawgroup.com
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of December 2019, I electronically transmitted the foregoing Notice of Voluntary Dismissal Without Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                         /s/ Basil Adham