**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | . Case No. 1:14-ml-2570-RLY-TAB<br>.       MDL No. 2570<br>.<br> |

| | |
|---|---|
| This Document Relates to Plaintiff:<br><br>Natalie McKillop,<br><br>     Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>     Defendants. | . Case 1:19-cv-04780-JRS-MJD<br>.<br>.<br>.<br>.     **Motion for Leave to**<br>.     **Amend Complaint**<br>.<br>.<br>.<br>.<br>.<br>.<br>. |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, Plaintiff respectfully move this Court for an Order to amend as a matter of course the Short Form Complaint filed on 12/04/2019, within 21 days of the original filing and prior to Defendants service of an Answer.

Plaintiff respectfully seek leave to file the attached amended short form complaint to correct an issue regarding the spelling of Plaintiff's name. Plaintiff inadvertently indicated Plaintiff's name was spelled McKilop when in fact Plaintiff's name is spelled McKillop.

Based on the foregoing, Plaintiff respectfully request that this Court grant Plaintiff's motion for leave to amend her Complaint as a matter of course and enter the attached Amended Short Form Complaint.

Date: December 11, 2019

Respectfully submitted,

**JOHNSON LAW GROUP**

/s/ Basil Adham_____
Basil Adham, (TX Bar No.24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2019, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Basil Adham_____