IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| _____Ellis Baker_____ ) | |
|     *Plaintiff* ) | Case No. 1:14-ml-2570-RLY-TAB |
|     v. ) | MDL No. 2570 |
| _____Cook Medical Inc., et al_____ ) | |
|     *Defendant* ) | |

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff, Ellis Baker; Case No. 1:19-cv-04779-RLY-TAB

Dated: December 12, 2019.

    Respectfully submitted,

    /s/ *Michael J. Ogborn*____

    Michael J. Ogborn, Bar No. 20932
    Ogborn Mihm, LLP
    1700 Lincoln Street, Suite 2700
    Denver, CO 80203
    Telephone: (303) 592-5900
    Facsimile: (303) 592-5910
    E-Mail: mike.ogborn@omtrial.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ *Sofia Gabriella Lewis*

    Paralegal to Michael J. Ogborn