# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:19-cv-04231 | 1:19-cv-04553 |
| 1:19-cv-04333 | 1:19-cv-04608 |
| 1:19-cv-04334 | 1:19-cv-04614 |
| 1:19-cv-04335 | 1:19-cv-04620 |
| 1:19-cv-04336 | 1:19-cv-04630 |
| 1:19-cv-04379 | 1:19-cv-04637 |
| 1:19-cv-04380 | 1:19-cv-04653 |
| 1:19-cv-04381 | 1:19-cv-04684 |
| 1:19-cv-04447 | 1:19-cv-04683 |
| 1:19-cv-04475 | 1:19-cv-04690 |
| 1:19-cv-04476 | 1:19-cv-04793 |
| 1:19-cv-04549 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   December 13, 2019

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

  I hereby certify that on December 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ Kip S. M. McDonald

US.120263840.01