# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:19-cv-04615 | 1:19-cv-04755 |
| 1:19-cv-04616 | 1:19-cv-04857 |
| 1:19-cv-04621 | 1:19-cv-04758 |
| 1:19-cv-04649 | 1:19-cv-04762 |
| 1:19-cv-04659 | 1:19-cv-04777 |
| 1:19-cv-04669 | 1:19-cv-04780 |
| 1:19-cv-04678 | 1:19-cv-04783 |
| 1:19-cv-04679 | 1:19-cv-04784 |
| 1:19-cv-04699 | 1:19-cv-04787 |
| 1:19-cv-04700 | 1:19-cv-04792 |
| 1:19-cv-04703 | 1:19-cv-04795 |
| 1:19-cv-04713 | 1:19-cv-04801 |
| 1:19-cv-04714 | 1:19-cv-04803 |
| 1:19-cv-04715 | 1:19-cv-04843 |
| 1:19-cv-04716 | 1:19-cv-04846 |
| 1:19-cv-04719 | |
| 1:19-cv-04720 | |
| 1:19-cv-04725 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

| | |
|---|---|
| Dated: December 13, 2019 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP |

US.120263840.01

300 North Meridian Street, Suite 2500  
Indianapolis, Indiana 46204  
Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
E-Mail:  andrea.pierson@faegrebd.com  
E-Mail:  kip.mcdonald@faegrebd.com  

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

2