IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to the Following Action Only:

David McDermitt and Carol McDermitt
1:18-cv-00946

**COOK DEFENDANTS' AMENDED MOTION TO CONDUCT CERTAIN
DISCOVERY BEYOND FACT DISCOVERY DEADLINE**

Defendants Cook Incorporated, Cook Medical, LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants"), by and through their attorneys, respectfully move the Court for a limited extension to the fact discovery deadline (up to (February 5, 2020) to evaluate the need for/conduct any discovery that may be necessary regarding Plaintiffs' *new* December 6, 2019, allegation that he recently sustained DVT(s) as a result of the IVC filter that is the subject of this action. In support of this motion, the Cook Defendants state as follows:

1.  Fact discovery in the *McDermitt* matter closed on December 6, 2019. On the same day, the Cook Defendants filed an *agreed* motion for permission to take certain depositions on or before February 5, 2020 (Dkt. 12541). Specifically, the Cook Defendants requested permission to take the following select depositions beyond the close of discovery:

    a. **Damages witnesses who will be called as witnesses by Plaintiffs at trial**. The deposition(s) of certain damages witnesses, including but not limited to Mrs. Carol McDermitt and any other family members who may testify at trial whom Plaintiffs

      were unable to produce prior to the close of discovery given Mrs. McDermitt's health condition.

   b. **A treating physician**. The deposition of Todd Biggerstaff, M.D., treating physician, whose first mutually-agreeable deposition date was December 9, 2019. (Dr. Biggerstaff's deposition has since been completed.)

   c. **Custodians of records**. Custodians of records who may be necessary to establish the admissibility of certain medical records, should the parties be unable to agree on admissibility.[1]

2. On the same day, December 6, 2019 (*i.e.*, the close of fact discovery), counsel for Plaintiffs forwarded certain medical records from Village Green Health Campus. This provider had not been disclosed by Plaintiff until his November 6, 2019 deposition. Counsel for Cook did not have an opportunity to review any records from that facility, which document that Plaintiff was diagnosed with a deep vein thrombosis ("DVT") in mid-2019, until they were first produced on December 6, 2019. *See* 12/6/19 Email from Plaintiff's Counsel (Ben Stellpflug) attached as Exhibit A.

3. At approximately 5:44 pm EST on December 6, 2019 (*i.e*, the close of fact discovery), counsel for Plaintiffs served a supplemental Plaintiff Profile Sheet ("PPS"). *See* 12/6/19 (5:44 pm EST) email attached as Exhibit B. Within Plaintiffs' Supplemental PPS, Plaintiffs alleged *for the first time* that the subject IVC filter *caused* him to develop his recent DVT.

---

[1] Although the parties agreed to stipulate to the authenticity and foundation for Plaintiff's medical records, they have not yet conferred regarding any redactions that may be necessary to assure the admissibility of the records. In the event that the parties cannot reach agreement regarding the admissibility of the records, the parties agreed that custodial records depositions may be taken beyond the close of discovery, if necessary. The parties agreed that custodial records depositions will not be conducted as to any records for which the parties' only disagreement about admissibility concerns relevance and/or privacy issues, such as the proper scope of redactions.

4.     Given Plaintiffs belated disclosure of an additional condition that he now alleges was caused by his IVC Filter, the Cook Defendants had no opportunity to evaluate the newly-presented claim prior to the close of fact discovery or to determine whether any further discovery is warranted.

5.     The Cook Defendants therefore request that they be permitted up to February 5, 2020, to evaluate this new claim, determine if additional fact discovery is necessary, and to conduct limited discovery relevant to this new claim.

6.     As noted above, the Cook Defendants previously sought the Court's approval for an agreed extension of the fact discovery deadline. This motion amends that motion. Neither party has otherwise sought an extension of time of the fact discovery deadline.

7.     The requested extension will not interfere with any court settings or case management deadlines in this case.

8.     The undersigned counsel has conferred with Plaintiffs' counsel, Stuart L. Goldenberg. Mr. Goldenberg has authorized counsel to represent that he consents to the motion except as to the Cook Defendants' request for an extension of the fact discovery deadline regarding the DVT claim.

WHEREFORE, the Cook Defendants respectfully request that the Court grant this motion and permit the Cook Defendants to conduct the above-described limited fact discovery and depositions necessary to evaluate Plaintiffs' new claim of DVT, on or before February 5, 2020.

Dated:  December 13, 2019	Respectfully submitted,

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  jessica.cox@faegrebd.com

*Counsel for the Cook Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Stuart L. Goldenberg
    Marlene J. Goldenberg
    GOLDENBERG LAW, PLLC
    800 LaSalle Avenue, Suite 2150
    Minneapolis, MN  55402
    mjgoldenberg@goldenberglaw.com
    slgoldenberg@goldenberglaw.com

                                                        */s/ Andrea Roberts Pierson*

US.125895953.02