# Friedman, Eric M.

| | |
|---|---|
| **From:** | Ben Stellpflug <bstellpflug@goldenberglaw.com> |
| **Sent:** | Friday, December 06, 2019 1:04 PM |
| **To:** | Friedman, Eric M.; Cox, Jessica Benson |
| **Cc:** | Stuart Goldenberg; Luc Mainguy |
| **Subject:** | David McDermitt Village Green Records |
| **Attachments:** | Village Green. Medical Records. McDermitt, David.zip |

Jessica and Eric:

Attached, please find the Village Green records received via the Marker Group for Mr. McDermitt. Please let me know if you have any questions. Thank you.

-Ben



**Ben Stellpflug • Associate Attorney**
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612) 436-5039 • Toll-Free: (855) 333-4662 X939 • Fax: (612) 367-8107
email • website • bio

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you receive this e-mail in error, please notify the sender at 612-333-4662 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.