# Friedman, Eric M.

| | |
|---|---|
| **From:** | Luc Mainguy <LMainguy@goldenberglaw.com> |
| **Sent:** | Friday, December 06, 2019 5:44 PM |
| **To:** | Cook Filter MDL |
| **Cc:** | Friedman, Eric M.; Cox, Jessica Benson; Stuart Goldenberg; Ben Stellpflug |
| **Subject:** | Notice of PPS Supplement; McDermitt et al. v. Cook, Inc. et al.; 1:18-cv-00946 |

To Whom it May Concern,

You are hereby notified that a supplemented PPS and relevant documents for the above named case have been uploaded to the specified link as per Amended Case Management Order No. 6.

Sincerely,



**Luc T. Mainguy • Legal Assistant**
**GOLDENBERGLAW, PLLC**
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612)-238-3159 • Toll-Free: (855) 333-4662 X939 • Fax: (612) 367-8107
email • website • bio

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you receive this e-mail in error, please notify the sender at 612-333-4662 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.