IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB MDL No. 2570 |

This Document Relates to the Following Actions:

*ROYCE v. COOK INCORPORATED et al*,
1:19-cv-03918-RLY-TAB

### PLAINTIFFS' RESPONSE IN OPPOSITION TO THE COOK DEFENDANTS' MOTION TO DISMISS DUPLICATIVE FILINGS

Plaintiff Mathew Royce, by and through his counsel, files this response in opposition to Cook Defendants' Motion to Dismiss Duplicative Filings [Doc 12291] and respectfully requests that the Court grant additional time for Plaintiff to submit a Consent Order Granting Substitution of Attorney.

Plaintiff has forwarded the Consent Order Granting Substitution of Attorney Form to Defendants who are not prejudiced by the delay in its receipt. On the other hand, Plaintiff will be irreparably harmed and deprived of his right to choose counsel if his case is dismissed. In support of this Motion, Plaintiff states the following:

1. On October 29, 2019, the Cook Defendants filed their Motion to Dismiss against multiple Plaintiffs, including various Plaintiffs represented by Fears Nachawati, PLLC for duplicate filings.

2. Plaintiff Mathew Royce hired Marc J. Bern & Partners, LLP on about January 08, 2018. On or about September 01, 2019, Plaintiff notified Marc J. Bern & Partners,

    LLP that he no longer wanted representation in this matter and terminated their employment.

3. On about September 14, 2019, Plaintiff Mathew Royce substituted Fears Nachawati, PLLC as counsel of record in place of Marc. J. Bern & Partners, LLP. Exhibit A.

This case is therefore not a duplicate filing and dismissal is not an appropriate remedy. Fears Nachawati, PLLC represents Plaintiff herein and should be allowed to litigate this case in accordance with the substitution of counsel that has been filed with this Court.

WHEREFORE, Plaintiff respectfully requests that the Court deny Cook Defendants' Motion to Dismiss Duplicative Filings in the above-captioned case.

Dated: December 13, 2019

            Respectfully submitted,

            /s/ Matthew R. McCarley
            Matthew R. McCarley
            Texas Bar No. 24041426
            mccarley@fnlawfirm.com
            Arati C. Furness
            Texas Bar No. 24094382
            California Bar No. 225435
            afurness@fnlawfirm.com
            FEARS NACHAWATI, PLLC
            5473 Blair Rd
            Dallas, TX 75231
            Tel. (214) 890-0711
            Fax (214) 890-0712

            ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Matthew R. McCarley
Matthew R. McCarley