# EXHIBIT A

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | **District of** | Indiana - Indianapolis |

Mathew Royce

Plaintiff (s),

V.

COOK INCORPORATED et al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:19-cv-3918

Notice is hereby given that, subject to approval by the court,  Mathew Royce  substitutes

(Party (s) Name)

Arati Furness, Fears Nachawati, PLLC  , State Bar No.  TX - 24094382  as counsel of record in

(Name of New Attorney)

place of  Debra J. Humphrey; Marc J. Bern & Partners, LLP (60 E. 42nd St; Suite 950; New York, NY)  .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Fears Nachawati Law Firm

Address: 5473 Blair Rd; Dallas, TX 75231

Telephone: (214) 960-5710  Facsimile

E-Mail (Optional): jeraldd@fnlawfirm.com

I consent to the above substitution.

Date: 12/12/19

Mathew Royce

(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12/12/2019.

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]