# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:19-cv-04477 | 1:19-cv-04734 |
| 1:19-cv-04551 | 1:19-cv-04742 |
| 1:19-cv-04552 | 1:19-cv-04743 |
| 1:19-cv-04556 | 1:19-cv-04749 |
| 1:19-cv-04599 | 1:19-cv-04764 |
| 1:19-cv-04626 | 1:19-cv-04765 |
| 1:19-cv-04628 | 1:19-cv-04769 |
| 1:19-cv-04629 | 1:19-cv-04771 |
| 1:19-cv-04631 | 1:19-cv-04772 |
| 1:19-cv-04633 | 1:19-cv-04774 |
| 1:19-cv-04634 | 1:19-cv-04778 |
| 1:19-cv-04660 | 1:19-cv-04779 |
| 1:19-cv-04680 | 1:19-cv-04794 |
| 1:19-cv-04704 | 1:19-cv-04797 |
| 1:19-cv-04705 | 1:19-cv-04806 |
| 1:19-cv-04706 | 1:19-cv-04831 |
| 1:19-cv-04707 | 1:19-cv-04839 |
| 1:19-cv-04708 | 1:19-cv-04841 |
| 1:19-cv-04709 | 1:19-cv-04844 |
| 1:19-cv-04727 | 1:19-cv-04848 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:      December 13, 2019      /s/ Kip S. M. McDonald
    Andrea Roberts Pierson (# 18435-49)

US.120263840.01

Kip S. M. McDonald (# 29370-49)<br>
FAEGRE BAKER DANIELS LLP<br>
300 North Meridian Street, Suite 2500<br>
Indianapolis, Indiana 46204<br>
Telephone: (317) 237-0300<br>
Facsimile: (317) 237-1000<br>
E-Mail:  andrea.pierson@faegrebd.com<br>
E-Mail:  kip.mcdonald@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01