UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ | ) ) ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATED TO ALL ACTIONS | | |

**SCHEDULING ORDER**

The status and motions hearings set for December 19, 2019 are VACATED. Further, status conferences are set for **JANUARY 14, 2020 at 3:30 p.m. and FEBRUARY 7, 2020 at 10:00 a.m. in Evansville, Indiana.** Leadership counsel shall appear before the Honorable Richard L. Young, Judge in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708.

**SO ORDERED** this 17th day of December 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record