# EXHIBIT B

# EXHIBIT B

## *Hill* — Live Witnesses

### PLAINTIFF'S LIVE WITNESSES

| Witness | Role | Location |
| --- | --- | --- |
| Dr. David Kessler | Expert | California |
| Dr. Michael Fishbein | Expert | California |
| Dr. James Gardner | Cook employee | Indiana |
| Bruce Fleck | Cook employee | Indiana |
| Dr. Robert McMeeking | Expert | California/Scotland |
| Per Hendrickson | Cook employee | Denmark |
| Darrell Talbert | Cook employee | Indiana |
| Dr. Alexander Marmureanu | Expert | California |
| Henrik Gyllun | Cook employee | Denmark |
| Russell Hill | Plaintiff's husband | Florida |
| Elizabeth Hill | Plaintiff | Florida |

### DEFENDANTS' LIVE WITNESSES

| Witness | Role | Location |
| --- | --- | --- |
| Dr. Jon Fryzek | Expert | Maryland |
| Mark Breedlove | Cook employee | Indiana |
| Dr. Timothy Morris | Expert | California |
| Dr. Renu Virmani | Expert | Maryland |
| Harold Pellerite | Expert | Maryland |

| | | |
|---|---|---|
| Dr. Anthony Venbrux | Expert | D.C. |
| Dr. Scott Robertson | Expert | California |
| Dr. Todd Baron | Expert | North Carolina |

### *Brand* — Live Witnesses

### PLAINTIFF'S LIVE WITNESSES

| Witness | Role | Location |
|---|---|---|
| Harlan M. Krumholz, MD | Expert | Connecticut |
| Michael C. Fishbein | Expert | California |
| Per Hendricksen | Cook employee | Denmark |
| Gregory I. Gordon, MD | Expert | Nebraska |
| Robert Maxwell McMeeking, Ph.D. | Expert | California/Scotland |
| Lykke Sylow Iversen | Cook Employee | Denmark |
| Henrik Gyllun | Cook employee | Denmark |
| Tonya Brand | Plaintiff | Georgia |
| William D. Voorhees | Cook employee | Indiana |
| Darrell Talbert | Cook employee | Indiana |

### DEFENDANTS' LIVE WITNESSES

| Witness | Role | Location |
|---|---|---|
| Mark Breedlove | Cook employee | Indiana |
| Kenneth Renkens, M.D. | Expert | Indiana |
| David Gillespie, M.D. | Expert | Massachusetts |

2

| | | |
|---|---|---|
| Renu Virmani, MD | Expert | Maryland |
| Evan Fogel, MD | Expert | Indiana |
| Dr. Timothy Morris | Expert | California |
| Christy Foreman | Expert | Virginia |
| Dr. Scott Robertson | Expert | California |
| Dr. Jon Fryzek | Expert | Maryland |