# EXHIBIT C

```
 1  may be a little bit of evidence, as indicated.  Short,
 2  certainly.  Thank you.
 3           THE COURT:  All right.  And then, of course, any
 4  proposed instructions would be helpful as well on that.  If
 5  you can get those to me Monday sometime, that would be good.
 6           MR. MARTIN:  Certainly.
 7           THE COURT:  That would be good.
 8           MR. WILLIAMS:  Your Honor, forgive me because I was
 9  gone for most of November, but did we ever decide what
10  substantive law would apply to the punitive phase?
11           THE COURT:  We're using Indiana.
12           MR. WILLIAMS:  Okay.
13           THE COURT:  Anything else?
14           MS. PIERSON:  No, sir.
15           MR. MARTIN:  Nothing from the plaintiff.  Thank you,
16  sir.
17           THE COURT:  You all look tired.  What's wrong?
18           MR. MARTIN:  You want a list?
19           MR. HEARD:  Judge, just to make sure for the
20  record -- and I apologize because, as you know, this is my
21  first time in Indiana Federal Court -- but do we need to go
22  ahead and make a motion to -- for the Court to receive and
23  accept the verdict into the record of the Court?
24           THE COURT:  No.  It's already made the record.
25           MR. HEARD:  Thank you.
```