**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Actions:

1:19-cv-02522; 1:19-cv-02528; 1:19-cv-02570; 1:19-cv-02576;
1:19-cv-02582; 1:19-cv-02617; 1:19-cv-02617; 1:19-cv-02789;
1:19-cv-02841; 1:19-cv-02848; 1:19-cv-02850; 1:19-cv-02851;
1:19-cv-02852

---

## AMENDED MOTION TO DISMISS
## FOR FAILURE TO SERVE CASE CATEGORIZATION FORM

Pursuant to Federal Rule of Civil Procedure 41(b), Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617), and Case Management Order 18, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, the "Cook Defendants"), respectfully request that the Court dismiss certain matters set forth herein. In support of this Motion, the Cook Defendants state as follows:

1.    On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617) ("Categorization Form Order"). It ordered all plaintiffs that filed a complaint on or after May 3, 2019, to submit a complete Case Categorization Form and specific medical record in support within 30 days of filing their complaint:

> All Plaintiffs in newly-filed actions in this MDL (as of **May 3, 2019**), whether by direct filing of the Complaint in this MDL or by transfer into this MDL, must categorize their cases using the form provided in Filing No. 9638-1, supported by specific medical documentation, and submit the same to the Cook Defendants and Plaintiffs' Leadership, within **30 days** of the filing of the Complaint or of the transfer date to this MDL, whichever is applicable.

Categorization Form Order, 2.

2.      "Failure to comply with [the Court's] Order shall result in **dismissal** of his or her case without prejudice" Categorization Form Order, 3.

3.      The Cook Defendants served 13 plaintiffs with notice of their failure to serve a Categorization Form in compliance with the Court's Orders. Attached as Exhibit A is a list setting forth each individual case ripe for dismissal pursuant to Categorization Form Order based on the plaintiffs' failure to comply with the order.[1] On August 22, 2019, the Cook Defendants sent an email to each plaintiff's individual counsel and Plaintiffs' Lead Counsel notifying them that a Categorization Form had not been received and a motion to dismiss may be filed if a Categorization was not served within three days of the date of the email. A true and correct copy of each of these notice emails is attached as Exhibit B.

4.      As of the 9:00 A.M. on date of filing of this Motion, the Cook Defendants have not received a completed Categorization from the Plaintiffs in the cases listed in Exhibit A.

5.      Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Categorization Form Order, and Case Management Order 18, the Cook Defendants respectfully request that the cases listed in Exhibit A be dismissed.

WHEREFORE, the Cook Defendants respectfully request that the Court dismiss the above-captioned matters, and for all other just and appropriate relief.

---

[1] Exhibit A sets forth each plaintiff's name, civil action number, the date the Categorization Form was due, and the date the notice of failure to serve a Categorization Form email was sent to the plaintiff's counsel and Plaintiffs' Lead Counsel.

US.124440411.01

Dated: September 3, 2019

Respectfully Submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:      (317) 237-0300
Facsimile:      (317) 237-1000
Andrea.Pierson@FaegreBD.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:      (260) 424-8000
Facsimile:      (260) 460-1700
Stephen.Bennett@FaegreBD.com

*Attorneys for Defendants Cook Incorporated,*
*Cook Medical LLC, and William Cook Europe*
*APS*

US.124440411.01

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, a copy of the foregoing Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.


/s/ Andrea Roberts Pierson

4

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## EXHIBIT A TO AMENDED MOTION TO DISMISS
## FOR FAILURE TO SERVE CASE CATEGORIZATION FORM

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Nicholson, Phyllis | 1:19-cv-02522 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Marshall, Edwin Jr. | 1:19-cv-02528 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Snyder, Barbara | 1:19-cv-02570 | MARTIN BAUGHMAN, PLLC |
| Jones, Monika | 1:19-cv-02576 | MARTIN BAUGHMAN, PLLC |
| Scott, Amber | 1:19-cv-02582 | MARTIN BAUGHMAN, PLLC |
| Cressman, Robert III | 1:19-cv-02617 | MARTIN BAUGHMAN, PLLC |
| Vaughn, Demarcus | 1:19-cv-02617 | MARTIN BAUGHMAN, PLLC |
| Ratliff, Marilyn | 1:19-cv-02789 | MARTIN BAUGHMAN, PLLC |
| Mitchell, John A. Jr. | 1:19-cv-02841 | MARTIN BAUGHMAN, PLLC |
| Mitchell, John M. | 1:19-cv-02848 | MARTIN BAUGHMAN, PLLC |
| Shields, Michael | 1:19-cv-02850 | MARTIN BAUGHMAN, PLLC |
| Chavers, Amaris | 1:19-cv-02851 | MARTIN BAUGHMAN, PLLC |
| Manseau, Michael | 1:19-cv-02852 | MARTIN BAUGHMAN, PLLC |

# EXHIBIT  B

## Symons, Rochelle R.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Thursday, August 22, 2019 4:37 PM |
| **To:** | 'kyle@masstortslaw.com'; 'carlos.h@masstortslaw.com'; 'joaquin@masstortslaw.com' |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **September 3, 2019.**

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Marshall, Edwin Jr. | 1:19-cv-02528 | 7/22/2019 |
| Nicholson, Phyllis | 1:19-cv-02522 | 7/22/2019 |

Thank you,

Rochelle R. Symons
*Paralegal*
rochelle.symons@FaegreBD.com    Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

**Symons, Rochelle R.**

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Thursday, August 22, 2019 4:38 PM |
| **To:** | 'bmartin@bencmartin.com'; 'karin.scheehle@gknet.com'; 'tarbon@bencmartin.com'; Josh Upthegrove |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **September 3, 2019.**

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Chavers, Amaris | 1:19-cv-02851 | 8/9/2019 |
| Cressman, Robert III | 1:19-cv-02615 | 7/29/2019 |
| Jones, Monika | 1:19-cv-02576 | 7/25/2019 |
| Manseau, Michael | 1:19-cv-02852 | 8/9/2019 |
| Mitchell, John A. Jr. | 1:19-cv-02841 | 8/9/2019 |
| Mitchell, John M. | 1:19-cv-02848 | 8/9/2019 |
| Ratliff, Marilyn | 1:19-cv-02789 | 8/7/2019 |
| Scott, Amber | 1:19-cv-02582 | 7/25/2019 |
| Shields, Michael | 1:19-cv-02850 | 8/9/2019 |
| Snyder, Barbara | 1:19-cv-02570 | 7/25/2019 |
| Vaughn, Demarcus | 1:19-cv-02617 | 7/29/2019 |

Thank you,

Rochelle R. Symons
*Paralegal*
rochelle.symons@FaegreBD.com    Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Actions:

1:19-cv-02522; 1:19-cv-02528; 1:19-cv-02570; 1:19-cv-02576;
1:19-cv-02582; 1:19-cv-02617; 1:19-cv-02617; 1:19-cv-02789;
1:19-cv-02841; 1:19-cv-02848; 1:19-cv-02850; 1:19-cv-02851;
1:19-cv-02852

---

## [PROPOSED] ORDER ON THE
## COOK DEFENDANTS' AMENDED MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order

Regarding Case Categorization Forms, Cooks' Motion to Dismiss is **GRANTED**.

| | | |
|---|---|---|
| 1. | Nicholson, Phyllis | 1:19-cv-02522 |
| 2. | Marshall, Edwin Jr. | 1:19-cv-02528 |
| 3. | Snyder, Barbara | 1:19-cv-02570 |
| 4. | Jones, Monika | 1:19-cv-02576 |
| 5. | Scott, Amber | 1:19-cv-02582 |
| 6. | Cressman, Robert III | 1:19-cv-02617 |
| 7. | Vaughn, Demarcus | 1:19-cv-02617 |
| 8. | Ratliff, Marilyn | 1:19-cv-02789 |
| 9. | Mitchell, John A. Jr. | 1:19-cv-02841 |
| 10. | Mitchell, John M. | 1:19-cv-02848 |

2

US.124441495.01

| | |
|---|---|
| 11. Shields, Michael | 1:19-cv-02850 |
| 12. Chavers, Amaris | 1:19-cv-02851 |
| 13. Manseau, Michael | 1:19-cv-02852 |

All parties shall bear their own fees and costs. Those cases are:

**SO ORDERED** this _____ day of _____ 2019

Dated:_____     _____
                                Hon. Richard L. Young
                                United States District Judge
                                Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

2