IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:17-cv-03264; 1:17-cv-03381; 1:17-cv-03431; 1:17-cv-03559;
1:19-cv-03144; 1:19-cv-03388; and 1:19-cv-03685

### ORDER ON THE COOK DEFENDANTS' AMENDED MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order Regarding Case Categorization Forms, Cooks' Motion to Dismiss is **GRANTED**.

All parties shall bear their own fees and costs. Those cases are:

1. Buck, Vanessa            1:17-cv-03264
2. Douglas, Deborah         1:17-cv-03381
3. Hamblin, Kevin           1:19-cv-03144
4. Scott, Carolyn           1:19-cv-03685

The following cases have submitted a Categorization Form following the filing of Cook's motion to dismiss and, therefore, Cook's motion is **DENIED**:

1. Powers, Andrea           1:17-cv-03431
2. Valentine, William       1:17-cv-03559
3. Stewart, Tammy           1:19-cv-03388

**SO ORDERED** this 19th day of December 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.