**From:** Stuart Goldenberg
**Sent:** Friday, December 13, 2019 3:37 PM
**To:** Pierson, Andrea Roberts; Friedman, Eric M.
**Cc:** Joseph N. Williams; Ben Stellpflug; Michael Heaviside
**Subject:** Re: McDermitt - extension of fact discovery

Andrea,

Thank you for the nice wishes today on our new granddaughter.

In our conversation you asked me if we would agree to an additional one month extension for discovery since we recently amended our PFS to include DVT that was recently diagnosed. As was discussed at Mr. McDermitt's deposition many weeks ago, this was going to be something we were going to do once it was evaluated by our expert. Since you will receive his report today, you will see he opines that the filter was a substantial contributing cause of the DVT.

When I asked you what additional discovery you needed, you mentioned perhaps the deposition of his orthopedic surgeon and perhaps other doctors. I cannot understand how these doctors will be helpful to a jury on the issue of DVT.  You will be able to have your own experts attempt to refute this if you wish. Mr. McDermitt's other risk factors for DVT are well known to you from the records. There is nothing these treating doctors can add except what is in the records. These doctors have nothing to do with the filter.  Respectfully we must oppose this request.

It was Cook that asked for an expedited trial schedule and we have complied. It is no mystery that filters cause an increased risk of DVT, the literature says it is up to a 40% risk. Just look at PREPIC I and II among other studies we list in his report. Our expert is certainly not saying that Mr. McDermitt's filter was the sole cause, just a contributing cause.

Most importantly, we must consider the proportionality of your request. You have already taken the deposition of four treating doctors. Given the nature of this case, any more depositions would not be proportionate discovery. Moreover, it is prejudicial to us. A month delay would now allow you to receive our expert reports and conduct more discovery. Then extend all deadlines another month.

You indicated you would be filing something before the court today. We do appreciate your professionalism and courtesy in this case so far.  We hope you will reconsider this motion so we can keep this case moving to trial on schedule.

Have a good weekend.

Best,

**Stuart L. Goldenberg • Senior Partner**
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402
Direct: (612) 335-9960 • Toll-Free: (855) 333-4662 X960 • Fax: (612) 367-8107

email • website • bio

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that

constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you receive this e-mail in error, please notify the sender at 612-333-4662 or by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.

**From:** Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>
**Sent:** Thursday, December 5, 2019 1:26 PM
**To:** Friedman, Eric M.; Stuart Goldenberg
**Subject:** RE: McDermitt - extension of fact discovery

Just to clarify, we arent extending the fact discovery deadline.  We would be stipulating to take these limited depositions (if necessary) beyond the fact discovery deadline.  General fact discovery will still close on 12/6 as planned.

**From:** Friedman, Eric M. <Eric.Friedman@FaegreBD.com>
**Sent:** Thursday, December 05, 2019 1:26 PM
**To:** Stuart Goldenberg <slgoldenberg@goldenberglaw.com>
**Cc:** Pierson, Andrea Roberts <Andrea.Pierson@FaegreBD.com>
**Subject:** McDermitt - extension of fact discovery

Stuart:

Sorry to load you down with emails today, but we need to get a motion to extend the fact discovery deadline filed today.  We will seek an extension so we can take Dr. Biggerstaff's deposition (he is available on the evening of 12/9), take Mrs. McDermitt's deposition and the depositions of any family members you intend to call at trial, and take custodial depositions as needed.

We'll do Biggerstaff's deposition ASAP, but I think we should ask for a 60-day extension overall so we have some time to work around Mrs. McDermitt's health and iron out any kinks in a record stipulation.

**Are you agreeable to a 60-day extension of the fact discovery deadline, out to 2/4/20, with the proviso that Biggerstaff's dep will occur at the earliest mutually available time (ideally, 12/9)**?

Best,

Eric M. Friedman
*Associate*
*Admitted to Practice in Indiana and California*
eric.friedman@FaegreBD.com   Download vCard
D: +1 317 237 1187

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.