**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions:

1:19-cv-02541; 1:19-cv-02614; 1:19-cv-02623; 1:19-cv-02692;
1:19-cv-02728; 1:19-cv-02825; 1:19-cv-02893; 1:19-cv-03228;
1:19-cv-03297; 1:19-cv-03755; 1:19-cv-03792; 1:19-cv-03918

_____

**ORDER ON (DKT. 12291) COOK'S**
**MOTION TO DISMISS DUPLICATIVE FILINGS**

This matter came before the Court on the Motion to Dismiss Duplicate Filings ("Motion") of Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook"). Having duly considered the motion:

IT IS HEREBY ORDERED:

1. Cook's Motion is **GRANTED** as to the following duplicative cases; and therefore are dismissed with prejudice

    · Sims, Palmer Sr.           1:19-cv-02541

    · Keller, Douglas M. Jr.     1:19-cv-02623

    · Benhart, David             1:19-cv-02692

    · Muff, Leonard              1:19-cv-02728

    · Ryan, III, John Joseph     1:19-cv-02825

    · Meddock, Teresa            1:19-cv-02893

    · Myers, Greg                1:19-cv-03228

- Harrison, Darlene Miller     1:19-cv-03297
- Seibert, Christine     1:19-cv-03792
- Royce, Mathew     1:19-cv-03918

2. The following Plaintiffs have moved for dismissal of a duplicate case following the filing of Cook's motion to dismiss and, therefore, Cook's motion to dismiss is **DENIED AS MOOT** for these cases.

- Jenkins, Susan     1:19-cv-02614
- Katrausky, Patricia [ESTATE OF]     1:19-cv-03755

   (Patricia G. Collier – Administrator)

**SO ORDERED** this 20th day of December 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.