IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff
GUADALUPE GAMBOA
Civil Case # 1:19-cv-4819

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15 (a)(1) of the Federal Rules of Civil Procedure, Plaintiff respectfully move this Court for an Order to amend as a matter of course the Short Form Complaint filed on 12/06/2019, within 21 days of the original filing and prior to Defendants service of an Answer.

Plaintiff respectfully seek leave to file the attached amended short form complaint to correct an issue regarding the addition of a new party Plaintiff, namely, Leonard Gamboa, Jr. as the Plaintiff's spouse making loss of consortium claim.

Based on the foregoing, Plaintiff respectfully request that this Court grant Plaintiff's motion for leave to amend her Complaint as a matter of course and enter the attached Amended Short Form Complaint.

Respectfully submitted,

/s/Zainab Tarique
Zainab Tarique
TX Bar No. 24113095
Leslie MacLean
TX Bar No. 00794209

**PLAINTIFF'S MOTION FOR LEAVE TO AMENDED COMPLAINT**

**WATERS & KRAUS, LLP**
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
ztarique@waterskraus.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/*Zainab Tarique*

**PLAINTIFF'S MOTION FOR LEAVE TO AMENDED COMPLAINT**