IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiffs

GUADALUPE GAMBOA

Civil Case # <u>1:19-cv-4819</u>

### ORDER

NOW, this _____ day of _____, 2019, the Court having duly considered Plaintiffs' Motion for Leave to Amend Complaint and the Response thereto, if any:

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

Dated: _____, 2020.

_____
JUDGE PRESIDING