# EXHIBIT B

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Watson Fentanyl Patch Products Liability
Litigation

Plaintiff,

v.                                      Case No.: 1:12−cv−06296

Honorable Matthew F.
Kennelly

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2013:

MINUTE entry before Honorable Matthew F. Kennelly: Telephone status
conference held with attorneys for plaintiffs in the remaining pending cases and for
defendants. The proposed agreed protective order, discovery sharing order, plaintiff's lead
counsel designation order, and scheduling order are approved. Electronic versions of these
orders are to be submitted promptly, following the instructions on Judge Kennelly's web
page. Hearing on approval of settlements is set to 5/23/13 at 1:30 p.m. Any cases not yet
filed that require settlement approval may be filed directly in this district and should be
identified as related to this case. Telephone status hearing is set for 7/23/13 at 1:30 p.m.
Defendants' counsel is directed to make the necessary arrangements for all counsel to be
on the telephone and then to call chambers (312−435−5618). Judicial staff mailed
notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.