IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed without prejudice.
> Dated: 1/03/2020
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Jeremy Moad

Civil Case #: 1:19-cv-04714-TWP-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Jeremy Moad ("Plaintiff") and hereby provide notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:19-cv-04714-TWP-TAB filed on November 27, 2019.

Date: December 11, 2019.

Respectfully submitted,

**JOHNSON LAW GROUP**

/s/ Basil Adham
Basil Adham, (TX Bar No.24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
*Attorney for Plaintiff*