# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL G. PARKER, | ) Case No. 1:15-cv-597 |
| Plaintiff, | ) |
| -vs- | ) |
| COOK INCORPORATED, COOK MEDICAL, LLC.; and WILLIAM COOK EUROPE APS | ) |
| Defendants. | ) |

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Michael G. Parker_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

1

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Missouri _____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Missouri_____

6. Plaintiff's/Deceased Party's current state of residence:

   Missouri_____

7. District Court and Division in which venue would be proper absent direct filing:

   _____

8. Defendants (Check Defendants against whom Complaint is made):

   X     Cook Incorporated

   X     Cook Medical LLC

   X     William Cook Europe ApS

9. Basis of Jurisdiction:

   X     Diversity of Citizenship

   ☐     Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction.

2

    b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐    Günther Tulip® Vena Cava Filter

    x    Cook Celect® Vena Cava Filter

    ☐    Gunther Tulip Mreye

    ☐    Cook Celect Platinum

    ☐    Other: _____

11. Date of Implantation as to each product:

July 08, 2008 _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. John's Mercy Medical Center
615 S. New Ballas Rd.
St. Louis, MO 63141

13. Implanting Physician(s):

Richard C. Pennell, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    X    Count I:    Strict Products Liability – Failure to Warn

    X    Count II:    Strict Products Liability – Design Defect

    X    Count III:    Negligence

    X      Count IV:      Negligence Per Se

    X      Count V:       Breach of Express Warranty

    X      Count VI:      Breach of Implied Warranty

    X      Count VII:     Violations of Applicable <u>Missouri</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐      Count VIII:    Loss of Consortium

    ☐      Count IX:      Wrongful Death

    ☐      Count X:       Survival

    X      Count XI:      Punitive Damages

    ☐      Other:      _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

<u>Ben C. Martin and Thomas Wm. Arbon</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>3219 McKinney Ave., Ste. 100 Dallas, TX 75204</u>

<u>Ben C. Martin SBOT 13052400</u>

<u>Thomas Wm. Arbon SBOT 01284275</u>

Respectfully submitted,

**THE LAW OFFICE OF BEN C. MARTIN**

*/s/ Ben C. Martin*
Ben C. Martin, TX Bar No. 13052400
Thomas Wm. Arbon, TX Bar No. 01284275
**THE LAW OFFICE OF BEN C. MARTIN**
3219 McKinney Avenue, Ste. 100
Dallas, TX 75204
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

*Counsel for Plaintiff*

5