# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

MEGAN CHAMBERS
1:16-cv-06031-RLY-TAB

### SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Megan Chambers (Plaintiff)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Joseph Chambers (Spouse - Plaintiff)

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Ohio

6. Plaintiff's/Deceased Party's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court – Southern District of Ohio (Eastern) division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other:

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

  ☐ Günther Tulip® Vena Cava Filter

  ☑ Cook Celect® Vena Cava Filter

  ☐ Günther Tulip® Vena Cava MR*eye*® Filter

  ☐ Cook Celect® Platinum Vena Cava Filter

  ☐ Other:_____

11. Date of Implantation as to each product:

 February 22, 2008_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

 Grant Medical Center, 111 S. Grant Ave, Columbus, OH 43215_____

13. Implanting physician:

 Ricardo Barboza, MD, 111 S. Grant Ave, Columbus, OH 43215_____

14. Counts in the Master Complaint brought by Plaintiff(s):

 ☑ Count I:  Strict Products Liability – Failure to Warn

 ☑ Count II:  Strict Products Liability – Design Defect

 ☑ Count III:  Negligence

 ☑ Count IV:  Negligence Per Se

 ☑ Count V:  Breach of Express Warranty

 ☑ Count VI:  Breach of Implied Warranty

 ☐ Count VII:  Violations of Applicable _____ (*insert State*) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☐ Count IX:    Wrongful Death

☐ Count X:     Survival

☑ Count XI:    Punitive Damages

☑ Other:       Fraudulent Concealment

☐ Other:       _____

(*please state the facts supporting this Count in the space, immediately below*)

15. Attorney for Plaintiff(s):

Ben C. Martin and Thomas Wm. Arbon_____

16. Address and bar information for Attorney for Plaintiff(s):

3710 Rawlins Street, Suite 1230, Dallas, Texas 75219_____

Ben C. Martin, State Bar No.: 13052400_____

Thomas Wm. Arbon, State Bar No. 01284275_____

Respectfully submitted,

*/s/ Ben C. Martin*_____
Ben C. Martin, Bar No. 13052400
Thomas Wm. Arbon, Bar No. 01284275
**The Law Office of Ben C. Martin**
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

***Attorneys for Plaintiff***

4

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin
