UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to Plaintiff: Rusty Alto, 1:19-cv-2300 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

Plaintiff moves for voluntary dismissal of his case without prejudice. Cook opposes the motion, arguing it is an attempt to circumvent Cook's pending Omnibus Motion for Summary Judgment in 46 Mischaracterized No Injury Cases filed on October 1, 2019. Having reviewed the parties' submissions, the court finds Plaintiff's motion (Filing No. 12386) should be **DENIED**.

**SO ORDERED** this 7th day of January 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1