IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs

GABRIEL SOLORIO

Civil Case # 1:19-cv-5012

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff:

   GABRIEL SOLORIO

2. Spousal Plaintiff Party's spouse or other party making loss of consortium claim:

   Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's Party's state of residence at the time of implant:

   California

1

5. Plaintiff's state of residence at the time of injury:

   California

6. Plaintiff's current state of residence:

   California

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Central District of California – Western Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other: ___

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 9-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    November 21, 2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Mammoth Hospital, Mammoth Lakes, CA

13. Implanting Physician(s):

    Dr. Andrew Bourne

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Failure to Warn

    ☒ Count II: Strict Products Liability – Design Defect

    ☒ Count III: Negligence

    ☒ Count IV: Negligence Per Se

    ☒ Count V: Breach of Express Warranty

    ☒ Count VI: Breach of Implied Warranty

    ☒ Count VII: Violations of Applicable California Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3

- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☐ Other: _____(please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

    Zainab Tarique and Leslie MacLean

16. Address and bar information for Attorney for Plaintiff(s):

    3141 Hood Street, Suite 700, Dallas, TX 75219

    Zainab's Bar # 24113095    Leslie's Bar # 00794209

Respectfully submitted,

/s/Zainab Tarique
Zainab Tarique
TX Bar No. 24113095
Leslie MacLean
TX Bar No. 00794209
**WATERS & KRAUS, LLP**
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
ztarique@waterskraus.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/*Zainab Tarique*