IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

TARA SEIBERT

Civil Case # <u>1:19-cv-5024</u>

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15 (a)(1) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves this Court for an Order to amend as a matter of course the Short Form Complaint filed on 12/23/2019, within 21 days of the original filing and prior to Defendants service of an Answer.

Plaintiff respectfully seeks leave to file the attached amended short form complaint to correct the District Court and Division in which venue would be proper absent direct filing. Currently, it states **U.S. District Court of Southern District of Ohio – Eastern Division**. Instead, it should state **U.S. District Court for the Northern District of Alabama – Northeastern Division**.

In addition, Plaintiff respectfully seeks leave to file the attached amended short form complaint to correct State listed under Count VII.  Currently, it states Violations of Applicable **Michigan** Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices. Instead, it should state Violations of Applicable **Alabama** Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices.

**PLAINTIFF'S MOTION FOR LEAVE TO AMENDED COMPLAINT**

Based on the foregoing, Plaintiff respectfully request that this Court grants Plaintiff's motion for leave to amend her Complaint as a matter of course and enter the attached Amended Short Form Complaint.

Respectfully submitted,

/s/Zainab Tarique
Zainab Tarique
TX Bar No. 24113095
Leslie MacLean
TX Bar No. 00794209
**WATERS & KRAUS, LLP**
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
ztarique@waterskraus.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/*Zainab Tarique*