IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:19-cv-04818 | 1:20-cv-00019 |
| 1:19-cv-04986 | 1:20-cv-00022 |
| 1:19-cv-04985 | 1:20-cv-00024 |
| 1:19-cv-05041 | 1:20-cv-00025 |
| 1:19-cv-05074 | 1:20-cv-00028 |
| 1:19-cv-06103 | 1:20-cv-00031 |
| 1:19-cv-06106 | 1:20-cv-00033 |
| 1:20-cv-00002 | 1:20-cv-00034 |
| 1:20-cv-00003 | 1:20-cv-00035 |
| 1:20-cv-00005 | 1:20-cv-00036 |
| 1:20-cv-00012 | 1:20-cv-00042 |
| 1:20-cv-00013 | 1:20-cv-00040 |
| 1:20-cv-00016 | 1:20-cv-00043 |
| 1:20-cv-00018 | 1:20-cv-00046 |
| | 1:20-cv-00047 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:    January 10, 2020        /s/ Kip S. M. McDonald
                                                            Andrea Roberts Pierson (# 18435-49)
                                                            Kip S. M. McDonald (# 29370-49)
                                                            FAEGRE BAKER DANIELS LLP
                                                            300 North Meridian Street, Suite 2500
                                                             Indianapolis, Indiana 46204

Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
E-Mail:  andrea.pierson@faegrebd.com  
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald