# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:19-cv-04818 | 1:20-cv-00019 |
| 1:19-cv-04986 | 1:20-cv-00022 |
| 1:19-cv-04985 | 1:20-cv-00024 |
| 1:19-cv-05041 | 1:20-cv-00025 |
| 1:19-cv-05074 | 1:20-cv-00028 |
| 1:19-cv-06103 | 1:20-cv-00031 |
| 1:19-cv-06106 | 1:20-cv-00033 |
| 1:20-cv-00002 | 1:20-cv-00034 |
| 1:20-cv-00003 | 1:20-cv-00035 |
| 1:20-cv-00005 | 1:20-cv-00036 |
| 1:20-cv-00012 | 1:20-cv-00040 |
| 1:20-cv-00013 | 1:20-cv-00042 |
| 1:20-cv-00016 | 1:20-cv-00043 |
| 1:20-cv-00018 | 1:20-cv-00046 |
| | 1:20-cv-00047 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   January 10, 2020

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204

US.120264241.01

Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
E-Mail: andrea.pierson@faegrebd.com  
E-Mail: kip.mcdonald@faegrebd.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

2

US.120264241.01