**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to All Actions

---

**JOINT MOTION TO AMEND CASE MANAGEMENT ORDER NO. 27 (Dkt. 12473)**

The parties to the *McDermitt* (1:18-cv-946-RLY-TAB) bellwether case hereby jointly submit the attached proposed Second Amended Case Management Order #27.

1.    The current bellwether trial plan (Amended Case Management Order #27, Dkt. 12473) includes deadlines for service of preliminary exhibit lists in *McDermitt*. However, the plan does not specify a deadline for service of final exhibit lists.

2.    The parties hereby jointly request that the Court enter the attached proposed Second Amended Case Management Order #27, which specifies that final exhibit lists shall be served in *McDermitt* on or before March 13, 2020.

3.    The attached proposed Second Amended Case Management Order #27 does not differ from Amended Case Management Order #27 (Dkt. 12473) except as noted above.

**JOINTLY SUBMITTED BY:**

US.126121473.01

/s/ *Stuart L. Goldenberg*

Stuart L. Goldenberg
Marlene J. Goldenberg
GOLDENBERG LAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
slgoldenberg@goldenberglaw.com
mjgoldenberg@goldenberglaw.com

*Counsel for Plaintiff David McDermitt*

/s/ *Andrea Roberts Pierson*

Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:     (317) 237-0300
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

*Counsel for Cook Defendants*

2

US.126121473.01

3

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on January 10, 2020, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*

US.126121473.01