UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC            )
FILTER MARKETING, SALES                   ) 1:14-ml-02570-RLY-TAB
PRACTICES AND PRODUCT                     ) MDL No. 2570
LIABILITY LITIGATION                      )
_____       )
                                          )
This Document Relates to:                 )

1:19-cv-02570; 1:19-cv-02582; 1:19-cv-02789; 1:19-cv-02848;
1:19-cv-02850; 1:19-cv-02851; 1:19-cv-03012; 1:19-cv-03019;
1:19-cv-03029; 1:19-cv-03144; 1:19-cv-03366; 1:19-cv-03369;
1:19-cv-03372; 1:19-cv-03373; 1:19-cv-03374; 1:19-cv-03375;
1:19-cv-03376; 1:19-cv-03386; 1:19-cv-03388; 1:19-cv-03390;
1:19-cv-03391; 1:19-cv-03396; 1:19-cv-03403; 1:19-cv-03407;
1:19-cv-03408; 1:19-cv-03410; 1:19-cv-03480; 1:19-cv-03499;
1:19-cv-03685; and 1:19-cv-03805.

## ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROVIDE PPS (Dkt. 12273)

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") has not been submitted.

Accordingly, Cook's Motion to Dismiss is **GRANTED** as to the following cases:

| | | |
|---|---|---|
| 1. | Snyder, Barbara | 1:19-cv-02570 |
| 2. | Ratliff, Marilyn | 1:19-cv-02789 |
| 3. | Mitchell, John M. | 1:19-cv-02848 |
| 4. | Shields, Michael | 1:19-cv-02850 |
| 5. | Chavers, Amaris | 1:19-cv-02851 |
| 6. | Gaffney, Steven | 1:19-cv-03012 |
| 7. | Mitchell, Carol | 1:19-cv-03019 |
| 8. | Simmons, Marcus | 1:19-cv-03029 |
| 9. | Stewart, Tammy | 1:19-cv-03388 |
| 10. | Wright, Mark | 1:19-cv-03390 |
| 11. | Small, Michael | 1:19-cv-03396 |
| 12. | White, Randy | 1:19-cv-03480 |

1

The Cook Defendants' Motion to Dismiss is **DENIED AS MOOT** as to the following cases as these plaintiffs have provided a PPS:

1. Hines, Randall — 1:19-cv-03366
2. Porritt, William — 1:19-cv-03369
3. Gabryszak, Todd — 1:19-cv-03372
4. Sheard, Robert Jr. — 1:19-cv-03373
5. Homsher, William — 1:19-cv-03374
6. Salvatierra, Jose — 1:19-cv-03375
7. Kirkwood, Sally — 1:19-cv-03376
8. Dunlap, Shirley — 1:19-cv-03386
9. Swayze, James — 1:19-cv-03391
10. Harper-Smith, Yolanda — 1:19-cv-03403
11. Jones, Anthony — 1:19-cv-03407
12. Turner, Elvin Shane — 1:19-cv-03408
13. Foster, Diana Voorhies — 1:19-cv-03410
14. Logan, Joann — 1:19-cv-03499
15. Jones, Barbara — 1:19-cv-03805

The following cases have been dismissed and, therefore, Cook's Motion to Dismiss is **DENIED AS MOOT**:

1. Scott, Amber — 1:19-cv-02582
2. Hamblin, Kevin — 1:19-cv-03144
3. Scott, Carolyn — 1:19-cv-03685

All parties shall bear their own fees and costs.

**SO ORDERED** this 13th day of January, 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.