UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### COOK DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER APPLYING INDIANA CHOICE OF LAW TO DIRECT-FILED CASES

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for an extension of the deadline to file a response in opposition to Plaintiffs' Motion for Reconsideration of the Court's Order Applying Indiana Choice of Law to Direct-Filed Cases (Dkt. 12609). In support of this Motion, Cook Defendants state:

1. On January 2, 2020, Plaintiffs filed their Motion for Reconsideration of the Court's Order Applying Indiana Choice of Law to Direct-Filed Cases (Dkt. 12609).

2. Pursuant to Local Rule 7-1(c)(3)(A), the deadline for Cook Defendants to respond to Plaintiffs' motion is January 16, 2020.

3. Due to the complexity and importance of the issues raised in Plaintiffs' motion, Cook Defendants request that the Court extend the deadline for their response to **January 23, 2020**. The new deadline for Plaintiffs to reply would therefore be extended to **January 30, 2020**, eight days prior to the status conference scheduled for February 7, 2020.

1

4. Cook Defendants have conferred with Plaintiff's Steering Committee regarding this Motion, and Plaintiff's Steering Committee has agreed to the proposed extension.

WHEREFORE, Cook Defendants respectfully request that the Court grant their Motion to extend the deadline for filing their response to Plaintiffs' Motion for Reconsideration of the Court's Order Applying Indiana Choice of Law to Direct Filed Cases to **January 23, 2020**.

Dated: January 13, 2020

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:   (317) 237-0300
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE BAKER DANIELS LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:   (260) 424-8000
Stephen.Bennett@FaegreBD.com

*Attorneys for the Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2020, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ *Andrea Roberts Pierson*

US.126280506.01