IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:19-cv-04128 | 1:20-cv-00067 |
| 1:19-cv-04133 | 1:20-cv-00068 |
| 1:19-cv-04585 | 1:20-cv-00072 |
| 1:19-cv-04858 | 1:20-cv-00073 |
| 1:19-cv-04859 | 1:20-cv-00076 |
| 1:19-cv-04860 | 1:20-cv-00078 |
| 1:19-cv-04861 | 1:20-cv-00079 |
| 1:19-cv-04862 | 1:20-cv-00080 |
| 1:19-cv-04863 | 1:20-cv-00081 |
| 1:19-cv-04865 | 1:20-cv-00093 |
| 1:19-cv-04866 | 1:20-cv-00095 |
| 1:20-cv-00044 | 1:20-cv-00103 |
| 1:20-cv-00053 | 1:20-cv-00106 |
| 1:20-cv-00055 | 1:20-cv-00107 |
| 1:20-cv-00056 | 1:20-cv-00111 |
| 1:20-cv-00058 | 1:20-cv-00112 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    January 14, 2020

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE BAKER DANIELS LLP

US.120263840.01

300 North Meridian Street, Suite 2500<br>
Indianapolis, Indiana 46204<br>
Telephone: (317) 237-0300<br>
Facsimile: (317) 237-1000<br>
E-Mail:  andrea.pierson@faegrebd.com<br>
E-Mail:  kip.mcdonald@faegrebd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald