# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:19-cv-04128 | 1:20-cv-00067 |
| 1:19-cv-04133 | 1:20-cv-00068 |
| 1:19-cv-04585 | 1:20-cv-00072 |
| 1:19-cv-04858 | 1:20-cv-00073 |
| 1:19-cv-04859 | 1:20-cv-00076 |
| 1:19-cv-04860 | 1:20-cv-00078 |
| 1:19-cv-04861 | 1:20-cv-00079 |
| 1:19-cv-04862 | 1:20-cv-00080 |
| 1:19-cv-04863 | 1:20-cv-00081 |
| 1:19-cv-04865 | 1:20-cv-00093 |
| 1:19-cv-04866 | 1:20-cv-00095 |
| 1:20-cv-00044 | 1:20-cv-00103 |
| 1:20-cv-00053 | 1:20-cv-00106 |
| 1:20-cv-00055 | 1:20-cv-00107 |
| 1:20-cv-00056 | 1:20-cv-00111 |
| 1:20-cv-00058 | 1:20-cv-00112 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS

| | |
|---|---|
| Dated:  January 14, 2020 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE BAKER DANIELS LLP |

US.120264241.01

300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegrebd.com
E-Mail:  kip.mcdonald@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01