UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | 1:14-ml-02570-RLY-TAB |

**Entry from Status Conference held January 14, 2020**

**Before the Hon. Richard L. Young, Judge**

The parties appear for the status conference set this date. Plaintiffs appear by Joe Williams, Ben Martin, Mike Heaviside and Stuart Goldenberg; Defendants appear by Andrea Pierson, Jessica Cox and Kip McDonald.

Agenda items were discussed. Rulings and scheduling items will be issued by separate order.

Distributed Electronically to Registered Counsel of Record