# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    KEVIN HAMBLIN
    1:19-cv-03144

**PROPOSED
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff KEVIN HAMBLIN, through his undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs.  If this case is subsequently refiled, it must be filed in the Southern District of Indiana, or this dismissal will immediately convert to one with prejudice.

Dated: January ___, 2020.

    Ben C. Martin, Bar No. 13052400
    **Martin Baughman, PLLC**
    3710 Rawlins Street, Suite 1230
    Dallas, Texas 75219
    Telephone: (214) 761-6614
    Facsimile: (214) 744-7590
    bmartin@martinbaughman.com

    *Attorney for Plaintiff*