IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

*Tonya Brand*
1:14-cv-06018-RLY-TAB

# Order Granting Plaintiff Tonya Brand's
# Motion to Reconsider Order Granting New Trial

This matter comes before the Court on Plaintiff Tonya Brand's Motion to Reconsider Order Granting New Trial. And the Court, being duly advised, hereby grants said motion.

**It is Therefore Ordered, Adjudged, and Decreed** that the Court reconsiders its decision granting a new trial and reinstates the verdict and judgment.

**All of Which is Ordered** _____.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.