# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Kevin Lucas,<br><br>    Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS,<br><br>    Defendants. | Case No. 1:19-cv-06100-RLY-TAB<br><br>**Motion for Leave to Amend Complaint** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully move this Court for an Order to amend the Short Form Complaint filed on 01/17/2020, with consent from Defense to amend.

1. Plaintiff respectfully seeks leave to file the attached short form complaint to correct an issue in item numbers 11, 12, and 13 in order to reflect the fact that Plaintiff was implanted with two Cook IVC filters.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filling of this motion.

Based on the foregoing, Plaintiff respectfully requests this Court grant Plaintiff's motion

for leave to amend his Short Form Complaint and enter the attached Second Amended Short Form Complaint.

Date: January 21, 2020

                                                Respectfully submitted,

                                                **JOHNSON LAW GROUP**

                                                /s/ Basil Adham_____
                                                Basil Adham, (TX Bar No.24081742)
                                                2925 Richmond Ave, Suite 1700
                                                Houston, TX 77098
                                                Telephone: (713) 626-9336
                                                Facsimile: (713) 583-9460
                                                E-mail: ivc@johnsonlawgroup.com
                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of January, 2020, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                /s/ Basil Adham_____