AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| ANDREW BUSSEY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-6105 |
| COOK INCORPORATED, et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Bussey                                                                                            .

Date:   01/22/2020                                               s/ Monte Bond
                                                                            *Attorney's signature*

                                                        Monte Bond - Texas Bar No. 02585625
                                                              *Printed name and bar number*

                                                                  Tautfest Bond, PLLC
                                                              5151 Belt Line Rd., Suite 1000
                                                                    Dallas, TX 75254
                                                                            *Address*

                                                                  mbond@tautfestbond.com
                                                                        *E-mail address*

                                                                        (214) 617-9980
                                                                      *Telephone number*

                                                                        (214) 853-4281
                                                                          *FAX number*