AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| ANDREW BUSSEY ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-6105 |
| COOK INCORPORATED, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrew Bussey                                                                                                                         .

Date:    01/22/2020                                                        s/ Jessica Glitz
                                                                          *Attorney's signature*

                                                        Jessica Glitz - Texas Bar No. 24076095
                                                         *Printed name and bar number*

                                                                 Tautfest Bond, PLLC
                                                            5151 Belt Line Rd., Suite 1000
                                                                 Dallas, TX 75254
                                                                        *Address*

                                                                jglitz@tautfestbond.com
                                                                    *E-mail address*

                                                                    (214) 617-9980
                                                                  *Telephone number*

                                                                    (214) 853-4281
                                                                     *FAX number*