IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br>    Randy Early | |
| Civil Case No. 1:19-cv-6104 | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Jessica Glitz, counsel of record for Plaintiff Randy Early, hereby gives notice, pursuant to Local Rule 87-7(c)(4) of the withdrawal of Corrie J. Yackulic of the law firm Corrie Yackulic Law Firm, PLLC as counsel of record for Plaintiff in this matter. I will continue to represent Plaintiff in this matter.

Dated this 23rd day of January, 2020.        Respectfully Submitted,

**TAUTFEST BOND, PLLC**

*/s/ Jessica Glitz*
Jessica Glitz, TX Bar #: 24076095
5151 Belt Line Rd., Suite 1000
Dallas, TX 75254
T: (214) 617-9980
F: (214) 853-4281
jglitz@tautfestbond.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ *Jessica Glitz*
Jessica Glitz