# EXHIBIT B

```
                    SOUTHERN DISTRICT OF INDIANA
                        INDIANAPOLIS DIVISION
                    UNITED STATES DISTRICT COURT


IN RE: COOK MEDICAL, INC.,      )
IVC FILTERS MARKETING, SALES    ) Cause No.
PRACTICES AND LIABILITY,        ) 1:14-ML-2570-RLY-TAB
LITIGATION                      ) Evansville, Indiana
                                ) May 2, 2018
                                ) 11:28 a.m.
                                )
```

**Before the Honorable**
**RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE

**For Plaintiffs:**        Ben C. Martin, Esq.
                           LAW OFFICES OF BEN C. MARTIN
                           3710 Rawlins St., Suite 1230
                           Dallas, TX   75219


                           Joseph N. Williams, Esq.
                           RILEY WILLIAMS & PIATT, LLC
                           301 Massachusetts Avenue
                           Indianapolis, IN   46204


                           Michael W. Heaviside, Esq.
                           HEAVISIDE REED ZAIC
                           910 17th Street NW, Suite 800
                           Washington, D.C.   20006

| | |
|---|---|
| For **Defendants**: | Andrea Roberts Pierson, Esq.<br>FAEGRE BAKER DANIELS LLP<br>300 N. Meridian St., Suite 2700<br>Indianapolis, IN  46204 |
| | J. Stephen Bennett, Esq.<br>FAEGRE BAKER & DANIELS LLP<br>110 W. Berry Street, Suite 2400<br>Fort Wayne IN  46802 |
| Court Reporter: | Margaret A. Techert<br>United States District Court<br>101 NW Martin Luther King Blvd.<br>Evansville, Indiana  47708 |

```
 1  line is that we're still working on a proposed order.  We want
 2  to reach an agreement on it.  I just want to give you a status
 3  as to where we stand and we'll go through it pretty quickly.
 4          Next slide.  So Your Honor, the first slide is just
 5  where we stand now.  We're just over 4,000 cases in the MDL,
 6  about half Tulip, half Celect.  I wanted to note that since
 7  our last hearing, we had about 250 cases come in.  So we're
 8  still going at a pretty good clip.
 9          THE COURT:  Does anybody have any idea what
10  percentage of these are being directly filed in the
11  Indianapolis Division or what percentage are being transferred
12  in from other --
13          MS. PIERSON:  I can address that, Your Honor.
14          THE COURT:  Just an approximate.
15          MS. PIERSON:  Almost all of them are directly filed.
16  It's very rare for us to have a transfer.
17          THE COURT:  I haven't seen many of them come
18  through.  I usually get a notice on transfer.
19          MR. BENNETT:  Right; and I get the courthouse news
20  dailies and about half that email is Cook filings.
21          Next slide, please.
22          THE COURT:  I have to remand these to myself, I
23  guess.
24          MR. BENNETT:  Right.  So we started with the -- when
25  we were here last time, we started with the outcomes that are
```