# EXHIBIT C

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
 2                       INDIANAPOLIS DIVISION

 3

 4   IN RE: COOK MEDICAL, INC.,      )
     IVC FILTERS MARKETING, SALES    ) Cause No.
 5   PRACTICES AND LIABILITY,        ) 1:14-ML-2570-RLY-TAB
     LITIGATION                      ) Evansville, Indiana
 6                                   ) April 29, 2019
                                     ) 1:35 p.m.
 7                                   )

 8

 9

10                     Before the Honorable
                        RICHARD L. YOUNG
11
                   OFFICIAL REPORTER'S TRANSCRIPT OF
12                         STATUS CONFERENCE

13

14   For Plaintiffs:            David P. Matthews, Esq.
                                MATTHEWS & ASSOCIATES
15                              2905 Sackett Street
                                Houston, TX  77098
16

17                              Ben C. Martin, Esq.
                                Law Offices of Ben C. Martin
18                              3710 Rawlins Street, Suite 1230
                                Dallas, TX  75219
19

20
                                Joseph N. Williams, Esq.
21                              RILEY WILLIAMS & PIATT, LLC
                                301 Massachusetts Avenue
22                              Indianapolis, IN  46204

23

24

25
```

```
 1
 2                                    Michael W. Heaviside, Esq.
                                      Heaviside Reed Zaic
 3                                    910 17th Street NW, Suite 800
                                      Washington, D.C.  20006
 4
 5
 6
     For Defendants:                  Andrea Roberts Pierson, Esq.
 7                                    Jessica Benson Cox, Esq.
                                      J. Stephen Bennett, Esq.
 8                                    Kip S.M. McDonald, Esq.
                                      Faegre Baker Daniels, LLP
 9                                    300 N. Meridian St., Suite 2700
                                      Indianapolis, IN  46204
10
11
12
13   Court Reporter:                  Margaret A. Techert
                                      United States District Court
14                                    101 NW Martin Luther King Blvd.
                                      Evansville, Indiana  47708
15
16            PROCEEDINGS TAKEN BY MACHINE SHORTHAND
         TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION
17
18
19
20
21
22
23
24
25
```

1  suggesting a failure of the MDL but if that is any sort of a
2  suggestion that it would harm the process or not be a
3  completion of the process to have other district courts be
4  remanded in accordance with lexecon just as has been --
5         THE COURT:  These 15, the home district is here.
6         MR. MARTIN:  Well, it's not, though, Your Honor, and
7  we'll get into this when we have this other discussion
8  probably next status conference or the conference after that.
9  But when Judge Campbell issued his remand order, there was no
10 direct filing order -- there was no waiver of lexecon in that
11 case.  There's no waiver of lexecon in this case.
12        In that case, in case management order number 42,
13 ordered that it will transfer directly filed cases to the
14 proper district.  That was -- that was not the Bard case.  In
15 the Bard case, Your Honor, Judge Campbell remanded the cases
16 without any direct filing order.
17        THE COURT:  Sounds like a lot of these cases I'd be
18 transferring these cases to myself.
19        MR. MARTIN:  I'm saying, Your Honor, and we've
20 cited -- we've cited some law in the motion that the Court
21 will be reviewing when we address the issue of the complete
22 remand.  But in addressing these 15 cases, the law is not that
23 absent some waiver -- let me see.  If you have -- if you have
24 a direct filed case and if the Court were to review the short
25 form complaint that was agreed upon by Cook, as well as the