# EXHIBIT D

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF INDIANA
 2                        INDIANAPOLIS DIVISION

 3

 4   IN RE: COOK MEDICAL, INC.,     )
     IVC FILTERS MARKETING, SALES   ) Cause No.
 5   PRACTICES AND LIABILITY,       ) 1:14-ML-2570-RLY-TAB
     LITIGATION                     ) Indianapolis, Indiana
 6                                  ) June 13, 2019
                                    ) 10:05 a.m.
 7                                  )

 8

 9

10                      Before the Honorable
                          RICHARD L. YOUNG
11
                   OFFICIAL REPORTER'S TRANSCRIPT OF
12                         STATUS CONFERENCE

13

14   For Plaintiffs:
                                  Ben C. Martin, Esq.
15                                Law Offices of Ben C. Martin
                                  3710 Rawlins Street, Suite 1230
16                                Dallas, TX   75219

17

18                                Joseph N. Williams, Esq.
                                  Riley Williams & Piatt, LLC
19                                301 Massachusetts Ave.
                                  Indianapolis, IN 46204

20

21                                DAVID P. MATTHEWS, Esq.
                                  Matthews & Associates
22                                2905 Sackett Street
                                  Houston, TX   77098

23

24

25
```

```
 1                           Michael W. Heaviside, Esq.
                             Heaviside Reed Zaic
 2                           910 17th Street NW, Suite 800
                             Washington, D.C.  20006
 3

 4                           Gregory J. Pals, Esq.
                             The Driscoll Law Firm, PC
 5                           211 N. Broadway, 40th Floor
                             St. Louis, MO  63102
 6

 7                           J. Christopher Elliott, Esq.
                             Bachus & Schanker, LLC
 8                           18990 Wynkoop St., Ste. 700
                             Denver, CO  80202
 9

10                           Hazel S. Chang, Esq.
                             Wilshire Law Firm
11                           3005 Wilshire Blvd., 12th Floor
                             Los Angeles, CA  90010
12

13                           Kori Westbrook, Esq.
                             Johnson Law Group
14                           2925 Richmond Ave., Ste 1700
                             Houston, TX  77098
15

16
    For Defendants:          Andrea Roberts Pierson, Esq.
17                           Jessica Benson Cox, Esq.
                             Kip McDonald, Esq.
18                           Brian Paul, Esq.
                             Eldin Hasic, Esq.
19                           Faegre Baker Daniels, LLP
                             300 N. Meridian St., Suite 2700
20                           Indianapolis, IN  46204

21

22  Court Reporter:          Margaret A. Techert
                             United States District Court
23                           101 NW Martin Luther King Blvd.
                             Evansville, Indiana  47708

24

25            PROCEEDINGS TAKEN BY MACHINE SHORTHAND
              TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION
```

1    So just because Cook is located in the Southern
2    District of Indiana, that doesn't mean that the parties could
3    skip the necessity of reaching agreement on a direct filing
4    order; or specifically, it didn't obviate the Plaintiffs'
5    obligation if they wanted to reserve a right to automatic
6    transfer at the conclusion of the pretrial proceedings, that
7    they didn't have to propose a direct filing order or this
8    Court didn't have to bless it.
9         THE COURT: You're making this so much more
10   complicated than it needs to be.  There's no direct filing
11   order.  There's no Lexecon issue on these direct files.  If
12   the Plaintiffs want to have their case tried in their home
13   area or their home district, then they need to file a change
14   of venue.  That's just the way the rules are.
15        MS. PIERSON: Yes.
16        THE COURT: You can't do it any other way.
17        MS. PIERSON: We agree.
18        THE COURT: Without express agreement.
19        MS. PIERSON: We agree, Your Honor.  At the end of
20   the day, we think this is a question of statutory construction
21   and it really isn't anymore complicated than that.
22        THE COURT: We can make it really complicated but
23   I'm not inclined to do that.
24        MS. PIERSON: And I fear both sides have done that
25   over the last month as we really toil over these issues.  We