IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
David McDermitt and Carol McDermitt, 1:18-cv-00946

## STIPULATION TO APPLY INDIANA LAW TO *MCDERMITT V. COOK INC. ET AL.*

At the January 14, 2020 MDL status conference before this Court, the parties noted that there was uncertainty in which substantive law would apply to *McDermitt v. Cook Inc., et al.*, 1:18-cv-00946. The Court ordered the parties to brief the issue on or before January 31, 2020 so the choice of law issue could be resolved ahead of the filing deadline for dispositive motions.

The parties, each having independently evaluated the facts of this case and the applicable law, agree that Indiana law is the appropriate body of law to apply in this case. Accordingly, in the interest of certainty for motion and trial practice in this matter, the parties by and through the undersigned counsel hereby stipulate that Indiana law applies to and governs *McDermitt*.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Stuart L. Goldenberg*<br>Stuart L. Goldenberg<br>Marlene J. Goldenberg<br>GOLDENBERG LAW, PLLC<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN  55402<br>slgoldenberg@goldenberglaw.com<br>mjgoldenberg@goldenberglaw.com | /s/ *Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>Jessica Benson Cox<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>andrea.pierson@faegrebd.com<br>jessica.cox@faegrebd.com |
| *Counsel for Plaintiffs David McDermitt and Carol McDermitt* | *Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS* |
| Dated:  January 29, 2020 | Dated:  January 29, 2020 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: <u>/s/ Andrea Roberts Pierson</u><br>
Andrea Roberts Pierson