IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following:
  *Megan Chambers*
  Case No. 1:16-cv-06031-RLY-TAB

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

The Court, having considered Plaintiff's Motion to Remand to the United States District Court for the Southern District of Ohio (Eastern division) and being otherwise duly advised, now GRANTS Plaintiff's Motion.

The Clerk is THEREFORE ORDERED to REMAND this action to the United States District Court for the Southern District of Ohio (Eastern division).

**SO ORDERED** this ___ day of _____, 20__.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.