# UNITED STATES DISTRICT COURT
Southern District of Indiana

Submit by E-Mail

Save for E-Filing

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
1:19-cv-551-RLY-TAB; 1:19-cv-04838-RLY-TAB;
1:19-cv-555-RLY-TAB; 1:19-cv-04134-RLY-TAB;
1:19-cv-03303-RLY-TAB; 1:19-cv-00542-RLY-TAB;
1:19-cv-1311-RLY-TAB; 1:19-cv-03268-RLY-TAB;

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| Name: | SCOTT R SEIDEMAN | SCOTT R SEIDEMAN |
| Law Firm, Company, and/or Agency: | THE SEIDEMAN LAW FIRM, P.C. | THE SEIDEMAN LAW FIRM, P.C. |
| Address: | 701 Commerce St., Ste. 400<br>Dallas, TX 75202 | 200 Adriatic Parkway, Suite 102<br>McKinney, Texas 75072 |
| Primary E-mail: | sseid@seidlaw.com | sseid@seidlaw.com |
| Secondary E-mail(s): | mhoppe@seidlaw.com | mhoppe@seidlaw.com |
| Telephone Number: | 214-752-0443 | 214-752-0443 |
| Facsimile: | 214-752-0449 | 214-752-0449 |

Date: January 31, 2020           s/ Scott R Seideman

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.