| From: | insd_cmecf@insd.uscourts.gov |
|---|---|
| Sent: | Monday, June 24, 2019 5:35 PM |
| To: | nef@insd.uscourts.gov |
| Subject: | Activity in Case 1:14-ml-02570-RLY-TAB IN RE: COOK MEDICAL INC. Motion (Other) |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTICE\*\*\*The electronically filed document(s) may be viewed once at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).**

**U.S. District Court**
**Southern District of Indiana**
**Office of the Clerk**
**(317)229-3700**
www.insd.uscourts.gov

## Notice of Electronic Filing

The following transaction was entered by Pierson, Andrea on 6/24/2019 at 6:34 PM EDT and filed on 6/24/2019

| | |
|---|---|
| Case Name: | IN RE: COOK MEDICAL INC. |
| Case Number: | 1:14-ml-02570-RLY-TAB |
| Filer: | COOK INCORPORATED |
| | COOK MEDICAL LLC |
| | WILLIAM COOK EUROPE APS |
| Document Number: | 11230 |

**Docket Text:**
**MOTION *to Dismiss For Failure to Serve Case Categorization Form*, filed by MDL Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS. (Attachments: # (1) Exhibit Exhibit A, # (2) Exhibit Exhibit B)(Pierson, Andrea)**

**1:14-ml-02570-RLY-TAB Notice has been electronically mailed to:**

A. Craig Eiland    ceiland@eilandlaw.com, treagan@eilandlaw.com

A. Layne Stackhouse    layne@shraderlaw.com

Abigail M. Butler    abigail.butler@faegrebd.com, susan.miller@faegrebd.com

Abigale Rhodes Green    agreen@grossmangreen.com, abigalerhodes@gmail.com

Adam Weintraub    aweintraub@lchb.com

Adrienne Franco Busby    adrienne.busby@faegrebd.com, sherri.tucker@faegrebd.com

Ahmed S. Diab     adiab@thegomezfirm.com, jwilliams@thegomezfirm.com, kbarton@gomeztrialattorneys.com, nstoneman@gomeztrialattorneys.com

Alex Davis     alex@jonesward.com

Alex Jerome Brown     alex.brown@lanierlawfirm.com

Alexander G. Dwyer     adwyer@kirkendalldwyer.com, amith@kirkendalldwyer.com, anelson@kirkendalldwyer.com, twyckoff@kirkendalldwyer.com

Alyson Marie Petrick     apetrick@careydanis.com, gcarey@careydanis.com

Amanda Washington     amanda@mcglynnglisson.com, roxanne@mcglynnglisson.com

Amir M. Kahana     AMK@kahanalaw.com

Amorina Patrice Lopez     alopez@lopezmchugh.com, mjones@lopezmchugh.com, mwass@lopezmchugh.com

Amy M. Carter     acarter@sgpblaw.com, 4985426420@filings.docketbird.com, nlewis@sgpblaw.com, tpace@sgpblaw.com

Andrea Roberts Pierson     andrea.pierson@faegrebd.com, deborah.miller@faegrebd.com, sarah.hebard@faegrebd.com, victoria.yoke@faegrebd.com

Andres F. Alonso     aalonso@alonsokrangle.com, dkrangle@alonsokrangle.com

Andrew E. McGraw     amcgraw@levinlaw.com, mgriffin@levinlaw.com

Andrew F. Kirkendall     akirkendall@kirkendalldwyer.com, anelson@kirkendalldwyer.com, cmcnabb@kirkendalldwyer.com, twyckoff@kirkendalldwyer.com

Andrew J. Cross     across@careydanis.com, apetrick@careydanis.com, gcarey@careydanis.com

Andrew J. Hill , III     ahill@bbga.com, 3245663420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Andrew Lorin Campbell     andrew.campbell@faegrebd.com, penny.hultman@faegrebd.com

Angela Spears     angie@rosenspearslaw.com, ladon@rosenspearslaw.com

Anna Rutigliano     anna.rutigliano@FaegreBD.com, penny.hultman@faegrebd.com, rochelle.symons@faegrebd.com

Anne Kramer Ricchiuto     anne.ricchiuto@FaegreBD.com, sherri.tucker@faegrebd.com

Anne Medlin Lowe     alowe@rwp-law.com, mllewellyn@rwp-law.com

Annesley H DeGaris     adegaris@degarislaw.com, asapone@degarislaw.com

Anthony James Nemo     tnemo@meshbesher.com, mbrylow@meshbesher.com

Anthony Scott Godfrey     agodfrey@bencmartin.com, cguerra@bencmartin.com

Arati Chauhan Furness    afurness@fnlawfirm.com, cnakagai@fnlawfirm.com

Ashleigh Elizabeth Raso    araso@meshbesher.com, mfrenz@meshbesher.com

Ashton Rose Smith    ashton@moorelawgroup.com, kara@moorelawgroup.com

Asim M. Badaruzzaman    abadaruzzaman@seegerweiss.com, hsafdar@seegerweiss.com, mcampbell@seegerweiss.com, pamin@seegerweiss.com, ssiegel@seegerweiss.com

Baird A. Brown    bairdbrownlaw@gmail.com

Bard K. Brian    bardbrian99@msn.com, mjeffords@bardbrianlawyer.com

Barry D. Levy    bdl@oal-law.com, axf@oal-law.com, cas@oal-law.com

Basil E. Adham    IVC@johnsonlawgroup.com, lhoward@johnsonlawgroup.com

Ben C. Martin    bmartin@martinbaughman.com, cguerra@martinbaughman.com, dmacdonald@martinbaughman.com, lchambers@martinbaughman.com

Ben Michael Shrader    bshrader@hmelegal.com

Benjamin A. Bertram    benbertram@bertramgraf.com, bianca@bertramgraf.com

Blair Bertram Matyszczyk    blair@bertramgraf.com, afeliciano@bertramgraf.com, bianca@bertramgraf.com, jeremy@bertramgraf.com, kandy@bertramgraf.com

Bobby Moak    bobbymoak402@att.net, bmoak@locnet.net

Bobby Saadian    masstorts@wilshirelawfirm.com

Bobby J. Bell , Jr    bob@hollis-wright.com, brooklyna@hollis-wright.com, paigec@hollis-wright.com

Brandon Lightfoot Rich    brich@lawdbd.com, rsanpedro@lawdbd.com

Bret Daniel Stanley    bstanley@eilandlaw.com, treagan@eilandlaw.com

Brian Dratch    bdratch@njcounsel.com

Brian A Goldstein    brian.goldstein@cellinoandbarnes.com, denise.kinghorn@cellinoandbarnes.com, michael.williams@cellinoandbarnes.com

Brian Douglas Weinstein    brian@weinsteincaggiano.com, sara@weinsteincaggiano.com, service@weinsteincaggiano.com

Brian J. Paul    brian.paul@faegrebd.com, amy.gershanoff@faegrebd.com

Brian James Holmes    bholmes@hurley-law.com, cdifranco@hurley-law.com

Brian John Perkins    bjp@meyers-flowers.com, kaz@meyers-flowers.com, kb@meyers-flowers.com

Brian Keith Jackson    kj@rileyjacksonlaw.com, jbailey@rileyjacksonlaw.com

Brian S. Katz    brian@brianskatz.com, bkatz@flintlaw.com, nichole@brianskatz.com

Bruce G. Jones    bruce.jones@faegrebd.com, kathy.olmscheid@faegrebd.com

Bryant A. Fitts    bfitts@fittslawfirm.com, chernandez@fittslawfirm.com, cshufelt@fittslawfirm.com, mhardy@fittslawfirm.com, paralegal@fittslawfirm.com

C. Calvin Warriner , III    ccw@searcylaw.com, arh@searcylaw.com, twright@searcylaw.com

Calle Marie Mendenhall    cmendenhall@frplegal.com, calle@frplegal.com, cisbell@frplegal.com

Carasusana B. Wall    cara@toledolaw.com, andrea@toledolaw.com, yasmine@toledolaw.com

Carlos M. Hernandez-Burgos    carlos.h@masstortslaw.com

Caroline Underwood Hollingsworth    caroline@hgdlawfirm.com

Carolyn J. Cuneo    cj.cuneo@andruswagstaff.com, ivcfiling@andruswagstaff.com

Carter David Grant    cgrant@hmelegal.com

Chad C. Lucas    chad@kuhlmanlucas.com, brian@kuhlmanlucas.com, kehl@kuhlmanlucas.com, kelly@kuhlmanlucas.com

Chad K. Florin    ckflorin@florinroebig.com, dewing@florinroebig.com, scummings@florinroebig.com, whf@florinroebig.com

Chad M. Tuschman    ctuschman@wdtlaw.org, rkigar@wdtlaw.org

Charles F. Webber    chuck.webber@faegrebd.com, brian.zabawa@faegrebd.com

Charles Rene Houssiere , III    choussiere@hdhtex.com, Jreznickova@hdhtex.com, rkauffman@hdhtex.com

Charles T. Paglialunga    chuck@phlawfirm.com

Charles Wade Miller    charles@hop-law.com, john@hop-law.com, kay@hop-law.com

Charlotte L. Itoh    charlotte@thefinelawfirm.com, patty@thefinelawfirm.com

Chris T. Hellums    chrish@pittmandutton.com, pdh-efiling@pittmandutton.com, rebeccah@pittmandutton.com

Christian Peters Fannin    cfannin@kreindler.com

Christin Jaye Eaton    christin.eaton@faegrebd.com

Christina Marie Graziano    cgraziano@hausfeld.com

Christopher A. Seeger    cseeger@seegerweiss.com, abadaruzzaman@seegerweiss.com, gmaglasang@seegerweiss.com, hsafdar@seegerweiss.com, mcampbell@seegerweiss.com, pamin@seegerweiss.com, ssiegel@seegerweiss.com

Christopher J. Spanos    cspanos@wjnklaw.com, gsrevord@wjnklaw.com

Christopher James Baker     cjbaker@heardlawfirm.com, dramirez@heardlawfirm.com

Christopher Kyle Johnston     kyle@masstortslaw.com, joe@masstortslaw.com

Christopher M. Houlihan     choulihan@riscassidavis.com, kking@riscassidavis.com, sstokes@riscassidavis.com

Christopher Moze Cowper     mcowper@cowperlaw.com

Christopher Thomas Kirchmer     ckirchmer@pulf.com

Christopher W. Dysart     cdysart@dysart-law.com, dfranklin@dysart-law.com, mduffy@dysart-law.com, rspeichinger@dysart-law.com

Clarence Mark Whitehead     cmw@whiteheadfirm.com, eric@whiteheadfirm.com

Clifford Alan Rieders     crieders@riederstravis.com, dbueno@riederstravis.com

Clinton L. Kelly     clint@kellyfirm.net, april@kellyfirm.net, info@kellyfirm.net, michele@kellyfirm.net, sheila@kellyfirm.net

Cory Holley Driggers     chdriggers@mcatlaw.com, chdriggers22@gmail.com

Craig Rosenbaum     cr@rosenbaumnylaw.com, ag@rosenbaumnylaw.com, ec@rosenbaumnylaw.com, kk@rosenbaumnylaw.com

Craig D. Brown     cdb@meyers-flowers.com, slh@meyers-flowers.com

Craig D. Henderson     chenderson@snapkalaw.com, tthomas@snapkalaw.com

D. Todd Mathews     todd@gorijulianlaw.com, agabriel@gorijulianlaw.com, cfischer@gorijulianlaw.com, dschumacher@gorijulianlaw.com, kmeyer@gorijulianlaw.com

Daniel Barton     dbarton@bartonlawgroup.com, lea@bartonlawgroup.com

Daniel Aaron Rihn     arihn@peircelaw.com, mrossi@peircelaw.com

Daniel Edward Seltz     dseltz@lchb.com

Daniel Robert Seidman     dseidman@seidmanlaw.net

Daniel S. Gruber     dgruber@gruberlawfirm.com, hmartindale@gruberlawfirm.com, rhernandez@gruberlawfirm.com

Danielle Leah Rodriguez     danielle@lawrencelaws.com, rodriguezd1@nku.edu

David A. Wenner     jen@snyderwenner.com, brian@snyderwenner.com, david@juryscientist.com

David B Rheingold     drheingold@rheingoldlaw.com, gcornejo@rheingoldlaw.com

David B. Owen-Jimenez     david@masstortslaw.com, jose@masstortslaw.com

David Bruce Krangle     dkrangle@alonsokrangle.com, aalonso@alonsokrangle.com

David C. DeGreeff    ddegreeff@wcllp.com, dconwell@wcllp.com, jgallas@wcllp.com, sholland@wcllp.com

David J. Diamond    ddiamond@goldbergandosborne.com, khampton@1800theeagle.com

David Karl May    david@princemay.com, cknowles@cckfirm.com

David L. Augustus    davidaugustus@spencer-law.com, liceasims@spencer-law.com

David L. Grebel    grebel@ngklawfirm.com

David M. Peterson    dmp@petersonlawfirm.com, csc@petersonlawfirm.com, kps@petersonlawfirm.com, nsc@petersonlawfirm.com

David Matthew Haynie    matthew@foresterhaynie.com, jay@foresterhaynie.com, jgriffin@foresterhaynie.com

David Michael Langevin    dave@westrikeback.com, filing@westrikeback.com, ram@westrikeback.com

David P. Matthews    matthewsivc@thematthewslawfirm.com, dmatthews@thematthewslawfirm.com, jrhoades@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com, mchavez2@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

David Randolph Smith    drs@drslawfirm.com, marlena@drslawfirm.com

David S. Corwin    dcorwin@corwinlawgroup.com

David Westcott Bauman    dave@padberglaw.com, cassie@padberglaw.com

Dean A. Goetz    dgoetz12@gmail.com, staciegoetzlaw@gmail.com

Deborah Palmer    debbie@dkpalmerpllc.com

Debra J. Humphrey    dhumphrey@bernllp.com, acolella@bernllp.com, anunez@bernllp.com, jcappelli@bernllp.com, jcouch@bernllp.com, jrogers@bernllp.com, kabraham@bernllp.com, kwan@bernllp.com, kwang@bernllp.com, ldecarlo@bernllp.com, pkula@bernllp.com

Denman Hilton Heard    denman@heardlawfirm.com, bprice@heardlawfirm.com, dramirez@heardlawfirm.com

Devin Arthur Lowell    dlowell@murray-lawfirm.com

Don K. Ledgard    DLedgard@capretz.com, pmartinez@capretz.com

Don Milner Sowers    thefirm@logganslaw.com

Donald A. Migliori    dmigliori@motleyrice.com, dlmurray@motleyrice.com

Donald Patrick McKenna , Jr    don@hwnn.com, lynne@hwnn.com, peggy@hwnn.com

Dorothy J. Dohanics    ddohanics@dallashartman.com, schieze@dallashartman.com

Douglass A. Kreis    dkreis@awkolaw.com, athane@awkolaw.com

Edward Blizzard    eblizzard@blizzardlaw.com, agreenberg@blizzardlaw.com, jpiper@blizzardlaw.com

Elizabeth Alice Mote    liz@klhlaw.com, leigh@klhlaw.com

Elizabeth L. Dudley    liz@lizdudleylaw.com

Emily Ward Roark    emily@bryant.law, christina@bryant.law

Eric J. Haag    ehaag@wiscinjurylawyers.com, jwiggen@wiscinjurylawyers.com

Eric M. Terry    eric@thlawyer.com, kstephens@thlawyer.com

Eric Michael Friedman    eric.friedman@faegrebd.com, Sherri.Gahagen@FaegreBD.com

Eric Peter Czelusta    eczelusta@florinroebig.com, dewing@florinroebig.com, whf@florinroebig.com

Erin C. Murphy    emurphy@leemurphylaw.com

Ethan L. Shaw    elshaw@shawcowart.com, lperryman@shawcowart.com, tpessoa@shawcowart.com

Everette Scott Verhine    scott@verhine.biz, lisa@verhine.biz

Fareesh S. Sarangi    fareesh@sarangilaw.com, fareesh.sarangi@gmail.com

Fred Thompson , III    fthompson@motleyrice.com, mbessis@motleyrice.com

Frederick R. Hovde    rhovde@hovdelaw.com, kfaulk@hovdelaw.com, twhitehead@hovdelaw.com

Gabriel M Mendoza    gmendoza@eastonlawfirm.com, ealmaraz@eastonlawfirm.com

Garry Bao Trinh    kimball@bighornlaw.com, evelyn@bighornlaw.com

Genevieve Mary Zimmerman    gzimmerman@meshbesher.com, hsternquist@meshbesher.com

George Jerre Duzane    gjduzlaw@comcast.net

George Tharin Williamson    gwilliamson@farr.com, jbradsher@farr.com

Graham B. LippSmith    glippsmith@klwtlaw.com, devans@klwtlaw.com, nsmith@klwtlaw.com

Graham Lee Newman    gnewman@csa-law.com, bsluce@csa-law.com

Grant Lavalle Davis    gdavis@dbjlaw.net, khensley@dbjlaw.net, mnolte@dbjlaw.net

Gregory Dalton Bentley    gbentley@zonieslaw.com, jcox@zonieslaw.com, jzonies@zonieslaw.com

Gregory David Rueb    greg@rminjurylaw.com, megan@rminjurylaw.com

Gregory J. Pals    greg@thedriscollfirm.com, melissa@thedriscollfirm.com, tiffany@thedriscollfirm.com

Gregory Neil McEwen    gmcewen@mcewenlaw.com, thansen@mcewenlaw.com, tkrager@mcewenlaw.com

Gregory Steven Spizer    gspizer@anapolweiss.com, edelvalle@anapolweiss.com

Hadley L. Matarazzo     hmatarazzo@faraci.com, tzukoski@faraci.com

Halli D. Cohn    halli.cohn@troutman.com, katherine.keranen@troutman.com

Henry G. Garrard , III    hgarrard@bbga.com, 1971299420@filings.docketbird.com, 6543346420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Henry S Queener    hqueener@queenerlaw.com, stisdale@queenerlaw.com

Howard A. Snyder    howard@howardsnyderlaw.com, hmartindale@gruberlawfirm.com

Howard L. Nations    charles@howardnations.com, becky.witt@howardnations.com, kim@howardnations.com, shelley@howardnations.com

Irwin B. Levin    ilevin@cohenandmalad.com, llowe@cohenandmalad.com

J. Christopher Elliott    celliott@coloradolaw.net, alexandra.franklin@coloradolaw.net, allison.brown@coloradolaw.net

J. Curt Tanner    ctanner@corywatson.com, ivc@corywatson.com

Jack E. Urquhart    jurquhart@snapkalaw.com, tthomas@snapkalaw.com

Jaclyn L. Anderson    janderson@klwtlaw.com, devans@klwtlaw.com, nsmith@klwtlaw.com

Jacob A Boyd    jboyd@bencmartin.com, cguerra@bencmartin.com

Jacob A. Flint    jflint@flintlaw.com, lisa@flintlaw.com, lwhitley@flintlaw.com

Jaime E. Moss    moss@lkmlawfirm.com, torres@lkmlawfirm.com

James Lee , Jr    jlee@leemurphylaw.com

James Piatt    jpiatt@rwp-law.com, eamos@rwp-law.com, mllewellyn@rwp-law.com

James A. Morris    jmorris@jamlawyers.com, demeterio@jamlawyers.com, sgreenberg@jamlawyers.com

James B Tuttle    jbtesq@nycap.rr.com, barbparker@nycap.rr.com

James B. Matthews , III    jmatthews@bbga.com, 2616494420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

James B. Zouras    jzouras@stephanzouras.com, adahl@stephanzouras.com, jortizacosta@stephanzouras.com, kbowers@stephanzouras.com, larbuckle@stephanzouras.com, malmeida@stephanzouras.com

James E. Shipley , Jr    tlgservice@tatelawgroup.com, wkell@tatelawgroup.com

James Russell Segars , III    tripp@diazlawfirm.com

James Stephen Bennett    stephen.bennett@faegrebd.com, diane.nestleroad@faegrebd.com

James T. Capretz     jcapretz@capretz.com, lawyers@capretz.com

James W. Childress     jchildress@jchildresslaw.com

Jan Marie Conlin     jmc@ciresiconlin.com, dll@ciresiconlin.com, mgd@ciresiconlin.com

Jane Dall Wilson     jane.wilson@faegrebd.com, deborah.miller@faegrebd.com

Janet Ward Black     jwblack@wardblacklaw.com, jcarter@wardblacklaw.com

Jason J. Joy     jason@jasonjoylaw.com, service@jasonjoylaw.com

Jason Paul Johnston     Jason.Johnston@zimmreed.com, Tina.Olson@zimmreed.com

Jason T. Brown     jtb@jtblawgroup.com, cocozguan@jtblawgroup.com, tonyteng@jtblawgroup.com

Jasper D. Ward , IV     jasper@jonesward.com, sean@jonesward.com

Jeff Seldomridge     jseldomridge@millerfirmllc.com, pemery@millerfirmllc.com

Jeff Ryan Gaddy     jgaddy@levinlaw.com, rwoods@levinlaw.com, tgilbert@levinlaw.com

Jeff S. Gibson     jgibson@cohenandmalad.com, bhovey@cohenandmalad.com, jbergeron@cohenandmalad.com, torner@cohenandmalad.com

Jeffrey A. Bowersox     jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

Jeffrey D. Lipman     lipmanlawfirm@aol.com

Jeffrey S. Grand     jgrand@seegerweiss.com

Jennifer Nolte     jnolte@allennolte.com, bwiginton@allennolte.com

Jennifer A. Lenze     jlenze@lkmlawfirm.com, torres@lkmlawfirm.com

Jennifer A. Moore     jennifer@moorelawgroup.com, kara@moorelawgroup.com

Jerard M. Scanland     jscanland@milawoffices.com

Jeremy J. Pichon     jeremy@dswplaw.com, docket@dswplaw.com

Jessica Glitz     jglitz@tautfestbond.com, scarr@tautfestbond.com

Jessica Benson Cox     jessica.cox@faegrebd.com, jan.davis@faegrebd.com

Jim Mac Perdue     jperduejr@perdueandkidd.com, mclinton@perdueandkidd.com, sgarvey@perdueandkidd.com

John A. Dalimonte     john@drlawllp.com, aaron.morgan@drlawllp.com, donna.berrios@drlawllp.com, johndalimonte@yahoo.com

John C. Duane     jduane@motleyrice.com, clwhetstone@motleyrice.com, jhill@motleyrice.com

John D. Allison    jdallison@eahjlaw.com, kbergland@eahjlaw.com, nikelie@eahjlaw.com

John D. Sileo    jack@johnsileolaw.com, amanda@johnsileolaw.com, casey@johnsileolaw.com, noele@johnsileolaw.com

John H. Allen , III    trey@allennolte.com, bwiginton@allennolte.com, jnolte@allennolte.com

John J. Driscoll    john@thedriscollfirm.com, tiffany@thedriscollfirm.com

John Joseph Tanner    joe.tanner@faegrebd.com, susan.trenary@faegrebd.com

John Paul Mandler    john.mandler@faegrebd.com, kathy.olmscheid@faegrebd.com

John Reily Crone    john.crone@andruswagstaff.com, jenni.mobley@andruswagstaff.com

John S. Selinger    john@selingerlaw.com, glory@selingerlaw.com

John Salvatore Serpe    jserpe@serpejones.com

John T. Kirtley , III    jkirtley@lawyerworks.com, ivcfiling@lawyerworks.com, molvera@lawyerworks.com

John W. Chwarzynski , Jr    thefirm@logganslaw.com

Jon C. Conlin    jconlin@corywatson.com, ivc@corywatson.com

Jonathan Sedgh    jsedgh@weitzlux.com, dkelly@weitzlux.com, lschultz@weitzlux.com

Jonathan Andrew Knoll    jknoll@cohenandmalad.com, bhovey@cohenandmalad.com, torner@cohenandmalad.com

Jonathan D. Peck    jonathan@lowelawgroup.com, jonathan.peck.esq@gmail.com

Jonathan M. Ashton    jashton@gallonlaw.com, mwiltshire@gallonlaw.com

Jonathan S. Mann    jonm@pittmandutton.com, pdh-efiling@pittmandutton.com

Jose Tomas Ballesteros    jose@masstortslaw.com, jballesteros@icloud.com

Joseph A. Mooneyham    joe@mbllc.com, brittanie@mbllc.com, katy@mbllc.com, will@mbllc.com

Joseph A. Osborne    josborne@realtoughlawyers.com, aromanelli@realtoughlawyers.com, rbell@realtoughlawyers.com, tcoe@realtoughlawyers.com

Joseph H. Saunders    joe@saunderslawyers.com, efrem@saunderslawyers.com

Joseph J. Cappelli    jcappelli@bernllp.com

Joseph Jacob Zonies    jzonies@zonieslaw.com, gbentley@zonieslaw.com, jcox@zonieslaw.com, lrandolph@zonieslaw.com

Joseph N. Williams    jwilliams@rwp-law.com, eamos@rwp-law.com, jonwilli@gmail.com, mllewellyn@rwp-law.com

Joseph R. Johnson     jjohnson@babbitt-johnson.com, dcodding@babbitt-johnson.com

Josh B. Wages     jwages@bbga.com, 5201272420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Joshua D. Christian     jchristian@christiananddavis.com, lmcquiddy@christiananddavis.com

Joshua Dallas Miller     justice@torisevalaw.com

Joshua Sean Kincannon     jkincannon@wilentz.com, jkennedy@wilentz.com, mmcguckin@wilentz.com

Julia Reed Zaic     julia@hrzlaw.com, Laura@hrzlaw.com

Julie E. Lamkin     jlamkin@jeffreysglassman.com, jelamkin@gmail.com

Justin E. Dunlap     justin@hotzerunkle.com

Justin L. Lawrence     justin@lawrencelaws.com, documents@lawrencelaws.com

Justin W. Fishback     jfishback@shawcowart.com

Karen Puccio     ivc@corywatson.com

Karen H. Beyea-Schroeder     karen.schroeder@rburnettlaw.com

Karolina Sylvia Southard     ksouthard@lawdbd.com, rvanderberg@lawdbd.com

Katharine Gale Krottinger     katy@monsourlawfirm.com, jennifer@monsourlawfirm.com

Kathleen Rachel Hersh-Boyle     khershboyle@hershlaw.com, general@hershlaw.com

Kathryn Snapka     ksnapka@snapkalaw.com, agomez@snapkalaw.com, chenderson@snapkalaw.com, dmoreno@snapkalaw.com, nmontez@snapkalaw.com, tthomas@snapkalaw.com

Katie Eidson Griffin     katie@sill-law.com, david@sill-law.com, scarl@fulmersill.com

Kay L. Van Wey     kay@vanweylaw.com, jeanne@vanweylaw.com

Keith Altman     kaltman@excololaw.com, pharma@excololaw.com

Keith David Griffin     kgriffin@girardikeese.com, ppaz@girardikeese.com

Keith E. Patton     keith@pattonlaw.com, ecf@pattonlaw.com

Kelly Elizabeth Reardon     kreardon@reardonlaw.com

Kelsey Louise Stokes     kelsey_stokes@fleming-law.com

Kenneth Soh     ksoh@kirklinsoh.com, jkirklin@kirklinsoh.com

Kerrianne L. Waters     kwaters@wjnklaw.com, selliott@wjnklaw.com

Kevin J. Boissoneault     kboisson@gallonlaw.com, mwiltshire@gallonlaw.com

Kevin M. Fitzgerald     kfitzgerald@fitz-lawgroup.com, csumner@fitz-lawgroup.com

Kevin Patrick Sullivan     ksullivan@salsburysullivanlaw.com, shanley@salsburysullivanlaw.com

Kimball Jones     kimball@bighornlaw.com, evelyn@bighornlaw.com

Kimberly Lambert Adams     kadams@levinlaw.com, rwoods@levinlaw.com

Kimberly May Brancato     gps@meyers-flowers.com, mcp@meyers-flowers.com, slh@meyers-flowers.com

Kimberlyann A. Robards     kimrobards@spencer-law.com, liceasims@spencer-law.com

Kip S.M. McDonald     Kip.McDonald@FaegreBD.com, CookFilterFileclerk@FaegreBD.com, julia.manning@FaegreBD.com, rochelle.symons@FaegreBD.com

Kirk J. Goza     kgoza@gohonlaw.com, ljoyce@gohonlaw.com, mkizine@gohonlaw.com

Kristen Kyle Barton     kbarton@thegomezfirm.com, nstoneman@thegomezfirm.com

Kristy M. Arevalo     kma@mccunewright.com, ece@mccunewright.com

Kyle Jared Pozan     kpozan@hmelegal.com

Laci Marie Whitley     lwhitley@flintlaw.com, jgrumke@flintlaw.com, stacy@flintlaw.com

Laura E. Smith     laura@hrzlaw.com, julia@hrzlaw.com

Laura Greene Lumaghi     laura@dowdlaw.net

Laura J. Baughman     lbaughman@martinbaughman.com, AWILSON@baronbudd.com, cguerra@bencmartin.com, cguerra@martinbaughman.com, spierce@baronbudd.com

Laura Lynne Voght     lvoght@attorneykennugent.com, kwinkleman@attorneykennugent.com

Lauren Bronson     lbronson@newmanbronson.com, ks@newmanbronson.com

Laurie Kamerrer     kamerrer@lkmlawfirm.com, torres@lkmlawfirm.com

Lee Paul Mankin     pmankin@paulmankin.com

Lee Philip Teichner     lee.teichner@hklaw.com, denise.perlich@hklaw.com, julia.frow@hklaw.com

Leslie MacLean     lmaclean@waterskraus.com, ddaily@waterskraus.com

Leslie M. Cronen     lcronen@garycjohnson.com, cfugate@garycjohnson.com

Levi M. Plesset     lplesset@mjfwlaw.com, mfox@mjfwlaw.com

Lisa Ann Gorshe     lgorshe@johnsonbecker.com, edusbabek@johnsonbecker.com

Llonyddwch Rhyddid Watkins     lrw@martinhild.com, knh@martinhild.com

Lloyd W. Gathings , II     lgathings@gathingslaw.com, arice@gathingslaw.com

Lucas J. Foust     lfoust@foustlaw.net, secretary@foustlaw.net

Marc Weingarten     mweingarten@lockslaw.com, lbriggs@lockslaw.com

Marc D. Portlock     mportlock@stathisleonardis.com, gkapcsandi@stathisleonardis.com

Margaret M. Branch     mbranch@branchlawfirm.com, afunk@branchlawfirm.com, bleeway@branchlawfirm.com, psanchez@branchlawfirm.com

Maria Schiuma Fischer     maria@ddpalaw.com, service@ddpalaw.com

Marian S. Rosen     marian@rosenspearslaw.com, diana@rosenspearslaw.com

Mark A. Tate     tlgservice@tatelawgroup.com

Mark D. Samson     msamson@kellerrohrback.com, kathy-kendrick-5008@ecf.pacerpro.com

Mark E. Stephenson     mes@tsohiolaw.com, firm@tsohiolaw.com

Mark Edward Berns     berns@onderlaw.com, schoemehl@onderlaw.com

Mark Mathew Kitrick     mkitrick@klhlaw.com, leigh@klhlaw.com

Mark P. Bryant     mark@bryant.law, christina@bryant.law

Mark R. Niemeyer     niemeyer@ngklawfirm.com, eagan@ngklawfirm.com

Marlene Jaye Goldenberg     mjgoldenberg@goldenberglaw.com, csand@goldenberglaw.com, emodl@goldenberglaw.com, lmainguy@goldenberglaw.com

Martin G. Rubenstein     rubenstein@levybaldante.com, egemberling@levybaldante.com

Martin P. Schrama     mschrama@stark-stark.com, rpettiford@stark-stark.com, scw@stark-stark.com

Matthew David Schultz     mschultz@levinlaw.com, tgilbert@levinlaw.com

Matthew E. Munson     matt.munson@beasleyallen.com, lisa.courson@beasleyallen.com, renee.lindsey@beasleyallen.com

Matthew J. Riley     mriley@shawcowart.com, scole@shawcowart.com

Matthew John Skikos     mskikos@skikos.com, dsimon@skikos.com, jtucci@skikos.com

Matthew Lee White     mattwhiteatty@aol.com, cjones@grayandwhitelaw.com, kmadaj@grayandwhitelaw.com, mwhite@grayandwhitelaw.com

Matthew R. Lopez     mlopez@lopezmchugh.com, alopez@lopezmchugh.com, mjones@lopezmchugh.com, mwass@lopezmchugh.com

Matthew R. McCarley    mccarley@fnlawfirm.com, afurness@fnlawfirm.com, cnakagai@fnlawfirm.com, cware@fnlawfirm.com, JDarby@fnlawfirm.com, jwesley@fnlawfirm.com, vmcneme@fnlawfirm.com

Matthew S. Mokwa    mmokwa@maherlawfirm.com, mrayser@maherlawfirm.com

Max Petrunya    mpetrunya@peircelaw.com, adudley@peircelaw.com

Melanie J. Garner    mgarner@lockslaw.com, gdanzi@lockslaw.com

Melanie Knies Schmickle    pharma@swmwlaw.com, melanie@swmwlaw.com

Melissa Mielke    mmielke@skikos.com, jtucci@skikos.com

Melissa A. Goodman    mag@ciresiconlin.com, alr@ciresiconlin.com

Melissa Fry Hague    hague@lawgsp.com, puzzella@lawgsp.com

Merritt Elizabeth Cunningham    mcunningham@stagliuzza.com, bwilliams@stagliuzza.com

Michael Heaviside    mheaviside@hrzlaw.com, salbers@hrzlaw.com

Michael Stag    mstag@smithstag.com, nmartin@smithstag.com

Michael B. Leh    mleh@lockslaw.com, ahouchins@lockslaw.com, jgalzarano@lockslaw.com

Michael Brandon Smith    bsmith@cssfirm.com, gstanton@cssfirm.com, kackerman@cssfirm.com

Michael C. Glass    mglass@rapplaw.com, cdonovan@rapplaw.com

Michael D. Bell    mbell@gallonlaw.com, mwiltshire@gallonlaw.com

Michael G. Guajardo    mike@guajardomarks.com, kaitlyn@guajardomarks.com

Michael George Phelan    mphelan@phelanpetty.com

Michael J. Hart    mjhart@scwstl.com

Michael J. Walsh    mwalsh@walshwoodard.com, cculmone@walshwoodard.com, mmartineau@walshwoodard.com

Michael Joseph Quillin    quillin@osclaw.com, sutton@osclaw.com

Michael S. Kruse    kruse@ngklawfirm.com, toth@ngklawfirm.com

Michael T. Gallagher    donnaf@gld-law.com, pamm@gld-law.com

Michael T. Mertz    mmertz@hurley-law.com, ccromydas@hurley-law.com, fverta@hurley-law.com, kdastrup@hurley-law.com, mcondon@hurley-law.com

Michelle L. Tiger    mtiger@youmancaputo.com, kmcsorley@youmancaputo.com

Misty Ann Farris    mfarris@fnlawfirm.com, cguerra@bencmartin.com

Monte Bond    mbond@tautfestbond.com, amartinez@tautfestbond.com, jglitz@tautfestbond.com

Nancy Hersh    nhersh@hershlaw.com, general@hershlaw.com

Nancy Ann Mismash    nmismash@robertdebry.com, lharper@robertdebry

Nathan A. Buttars    nate@lowelawgroup.com

Nathan Arvel Duncan    nathan@dhhlawfirm.com, terra@dhhlawfirm.com

Nathan Craig Van Der Veer    nate@frplegal.com, jbayse@frplegal.com, klove@frplegal.com

Nathaniel Kelly Scearcy    nscearcy@potts-law.com, etaylor@potts-law.com

Nicholas Blake Alford    Nicholas.Alford@FaegreBD.com, deborah.miller@faegrebd.com

Nicholas R. Farnolo    nfarnolo@napolilaw.com, 2520801420@filings.docketbird.com, fcox@napolilaw.com

Nicole K.H. Maldonado    nmaldonado@baumhedlundlaw.com, 6596797420@filings.docketbird.com, denglish@baumhedlundlaw.com, dphillips@baumhedlundlaw.com, fvillatoro@baumhedlundlaw.com, sbeam@baumhedlundlaw.com

Nicole Marie Martell    service@ddpalaw.com, nicole@ddpalaw.com

Oluwaseun Adetoun Adeyemi    masstorts@roxellrichards.com, adeyemiseun89@gmail.com, rr@roxellrichards.com

Omar Mark Zamora    mark@markzamora.com, cara@markzamora.com, kristia@orlandofirm.com

Pamela A. Borgess    pborgess@borgesslaw.com, ebrogan@borgesslaw.com

Patrick H. Garrard    pgarrard@bbga.com, 4949990420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Patrick H. Reilly    patrick.reilly@faegrebd.com, dianne.armstroff@faegrebd.com

Patrick J. Condron    thefirm@logganslaw.com

Patrick Micheal Regan    pregan@reganfirm.com, ekerns@reganfirm.com

Patrick Thomas Fennell    patrick@fmtrials.com, carey@fmtrials.com, rwood@crandalllaw.com

Paul L. Stoller    paul@drlawllp.com, donna.berrios@drlawllp.com, felice.wortman@drlawllp.com

Paul T. Boudreaux    paul@rrbok.com, kelly@rrbok.com

Peter Andrew Miller    pmiller@millerdellafera.org, kroach@millerdellafera.org

Peter C Wetherall    pwetherall@wetherallgroup.com, admin@wetherallgroup.com, evelynhaw2017@gmail.com, lolson@wetherallgroup.com

Peter E. Goss    pgoss@goss-lawfirm.com, jcampain@goss-lawfirm.com

Peter J. Flowers     pjf@meyers-flowers.com, amr@meyers-flowers.com, kaz@meyers-flowers.com

Peyton P. Murphy     peyton@murphylawfirm.com, courtney@murphylawfirm.com, devynn@murphylawfirm.com, kacia@murphylawfirm.com

Philip A. Pendergrass , Jr     philip@schneiderhammers.com

Phillip Bohrer     phil@bohrerbrady.com

Rachel Beth Abrams     rabrams@levinsimes.com, bsund@levinsimes.com, dfleissig@levinsimes.com, jcwilletts@levinsimes.com, jjohnson@levinsimes.com

Ramon R. Lopez     rlopez@lopezmchugh.com, mwass@lopezmchugh.com

Rand P. Nolen     rand_nolen@fleming-law.com, pam_myers@fleming-law.com

Randal A. Kauffman     rkauffman@hdhtex.com, lblevins@hdhtex.com

Randi Kassan     rkassan@thesandersfirm.com, ivcfilterteam@thesandersfirm.com

Rhett A. McSweeney     ram@westrikeback.com, dave@westrikeback.com, filing@westrikeback.com, mark@westrikeback.com, melanie@westrikeback.com

Richard J. Rosenblum     rrosenblum@rubin-machado.com, srubin@rubin-machado.com

Richard James Serpe     rserpe@serpefirm.com, alex@serpefirm.com

Richard Joseph Plezia     efile@rplezialaw.com

Richard Sanford Lewis     rlewis@hausfeld.com, adorsey@hausfeld.com

Richard W. Schulte     rschulte@yourlegalhelp.com, cartim@yourlegalhelp.com, jgebelle@yourlegalhelp.com

Riley L. Burnett , Jr     rburnett@rburnettlaw.com

Robert Bruce Warner     bwarner@wvpersonalinjury.com, pwhitlock@wvpersonalinjury.com

Robert J. Binstock     bbinstock@reichandbinstock.com, atorres@reichandbinstock.com, mephron@reichandbinstock.com

Robert J. Evola     roberte@slchapman.com, docket@slchapman.com

Robert J. Fenstersheib     rjf@fenstersheib.com, sfl@fenstersheib.com, smh@fenstersheib.com

Robert John McLaughlin     rmclaughlin@hmelegal.com

Robert Kirtley Finnell     cook-ivc@finnellfirm.com

Robert Louis Kinsman     robert@krauseandkinsman.com, marie@krauseandkinsman.com

Robert M. Hammers , Jr     rob@schneiderhammers.com, abbie@schneiderhammers.com

Robert Roy Luke    legal@lukefirm.com, dbarton@bartonlawgroup.com, info@lukefirm.com, Lindsey@lukefirm.com, lynee@bartonlawgroup.com, robert@lukefirm.com

Robert Sadler Bailey    sbailey@baileygreer.com

Robert T. Naumes , Jr    bnaumes@jeffreysglassman.com

Rodrigo R. de Llano    rod@dandell.com, ivc@dandell.com

Roger L. Mandel    rmandel@jeevesmandellawgroup.com, khill@jeeveslawgroup.com

Ronald Cox    rcox@proffittcox.com, nfisher@proffittcox.com

Roopal P. Luhana    luhana@chaffinluhana.com, aichinger@chaffinluhana.com, cohn@chaffinluhana.com, szumla@chaffinluhana.com

Rosemarie Riddell Bogdan    rrbivccook@1800law1010.com, kawivccook@1800law1010.com

Roxell Ann Richards    rr@roxellrichards.com, paralegal@roxellrichards.com

Russell Wills Budd    rbudd@baronbudd.com, awilson@baronbudd.com

Ryan A. Keane    ryan@keanelawllc.com, alex@keanelawllc.com

Ryan Everett Hodge    hodgelaw@kansaslaw.com, elaine@kansaslaw.com, frontdesk@kansaslaw.com, records@kansaslaw.com, tammy@kansaslaw.com, tricia@kansaslaw.com

Ryan F. Stephan    rstephan@stephanzouras.com, adahl@stephanzouras.com, jortizacosta@stephanzouras.com, jzouras@stephanzouras.com, kbowers@stephanzouras.com, larbuckle@stephanzouras.com

Sally R. Bage    sbage@waterskraus.com, ddaily@waterskraus.com

Samuel Mason Wendt    sam@wendtlaw.com, micaela@wendtlaw.com

Sander Esserman    esserman@sbep-law.com, cguerra@bencmartin.com, moore@sbep-law.com

Sandy A. Liebhard    liebhard@bernlieb.com, adeng@bernlieb.com, cbeboe@bernlieb.com, Dweck@bernlieb.com, ebrown@bernlieb.com

Sarah Ann Wolter    sarah.wolter@andruswagstaff.com, c.j.cuneo@andruswagstaff.com, darlene.ambrosine@andruswagstaff.com, jenni.suhr@andruswagstaff.com

Scott Brady    scott@bohrerbrady.com, greta@bohrerbrady.com

Scott Kehlenbrink    skehlenbrink@jchildresslaw.com

Scott R. Seideman    sseid@seidlaw.com, mhoppe@seidlaw.com

Sean J. Stokes    sstokes@riscassidavis.com

Sean T. Keith    skeith@arkattorneys.com, kitty@arkattorneys.com, mboling@arkattorneys.com

Seth S. Webb    sethw@getbc.com, andeem@getbc.com, lizl@getbc.com, megano@getbc.com

Shaun M. Cummings    scummings@florinroebig.com, ckflorin@florinroebig.com, dewing@florinroebig.com, whf@florinroebig.com

Shawn Gayland Foster    sfoster@dbjlaw.net, lmcwhorter@dbjlaw.net

Sheila M. Bossier    sbossier@bossier-law.com

Shezad Malik    drmalik@shezadmalik.com, ryan@shezadmalik.com

Sindhu S. Daniel    sdaniel@baronbudd.com, arol@baronbudd.com, awilson@baronbudd.com, chguerra@baronbudd.com

Sofia E. Bruera    sofia@brueralaw.com, melanie@brueralaw.com

Stephen B. Caplin    sbcaplin@gmail.com, joni_strahl@hotmail.com

Stephen Barnett Murray , Jr    smurrayjr@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, dlowell@murray-lawfirm.com, kbeck@murray-lawfirm.com

Steven B. Rotman    srotman@hausfeld.com

Steven C. Ruth    ivc@getjustice.com, ndavis@getjustice.com

Stuart E. Scott    sscott@spanglaw.com, ecampbell@ecf.courtdrive.com, ecampbell@spanglaw.com, pfrietchen@ecf.courtdrive.com, pfrietchen@spanglaw.com, sschebek@ecf.courtdrive.com, sschebek@spanglaw.com, sscott@ecf.courtdrive.com

Stuart F. Cubbon    stucubbon@cubbon.com, vcase@cubbon.com

Stuart Lee Goldenberg    slgoldenberg@goldenberglaw.com, csand@goldenberglaw.com

Stuart Marshall Salsbury    ssalsbury@salsburysullivanlaw.com, shanley@salsburysullivanlaw.com

T. Aaron Stringer    aaron@lowelawgroup.com, tastringer@gmail.com

T. Matthew Leckman    mleckman@pbmattorneys.com, jlowe@pbmattorneys.com, staylor@pbmattorneys.com

TaKeena Monette Thompson Sandifer    takeena.sandifer@arlaw.com

Terence John Sweeney    sweeneylawfirm@optonline.net, tsweeneylawfirm@gmail.com

Teresa C. Toriseva    justice@torisevalaw.com

Thomas B. Calvert    tom@calvertaplc.com, carole@calvertaplc.com

Thomas Christopher Trent    ctrent@johnsontrent.com, cking@johnsontrent.com, ddaniels@johnsontrent.com

Thomas Edward Florek    tflorek@florekmorganlaw.com, thomasfloreklaw@gmail.com

Thomas H. Terry, III    tterry@tterry-law.com

Thomas P. Cartmell    tcartmell@wcllp.com, m.goldwasser@wcllp.com

Thomas T. Merrigan    tom@sweeneymerrigan.com, tucker@sweeneymerrigan.com

Thomas W. Arbon    tarbon@martinbaughman.com, cguerra@martinbaughman.com, tbolton@martinbaughman.com

Timmy K. Goss    tim@freeseandgoss.com, brenda@freeseandgoss.com, yvette@freeseandgoss.com

Timothy A. Litzenburg    tlitzenburg@millerfirmllc.com, jseldomridge@millerfirmllc.com, kunderwood@millerfirmllc.com

Timothy E. Grochocinski    tim@nbafirm.com, kris@nbafirm.com

Timothy J. Freiberg    freiberglaw@gmail.com

Todd C. Comeaux    TC@comeauxlawfirm.com, courtney@murphylawfirm.com, devynn@murphylawfirm.com, kacia@murphylawfirm.com

Todd Eugene Hilton    hilton@stuevesiegel.com, joyce@stuevesiegel.com, mcclellan@stuevesiegel.com, olivas@stuevesiegel.com, perez@stuevesiegel.com, williams@stuevesiegel.com

Todd Mitchell Rubin    trubin@finzfirm.com, 6993700420@filings.docketbird.com, efile@finzfirm.com

Tracy Cinocca    tcinocca@cinoccalaw.com, kthompson@cinoccalaw.com

Troy A. Brenes    tbrenes@breneslawgroup.com, jsabol@breneslawgroup.com

Turner W. Branch    tbranch@branchlawfirm.com, afunk@branchlawfirm.com, bleeway@branchlawfirm.com, doshea@branchlawfirm.com, ksmith@branchlawfirm.com, psanchez@branchlawfirm.com

Victoria Redstone Calhoon    victoria.calhoon@faegrebd.com

Wendy R. Fleishman    wfleishman@lchb.com, creyes@lchb.com, dleathers@lchb.com, dmahajan@lchb.com, dseltz@lchb.com

Wes Scott Larsen    wes@jvwlaw.net, candice@jvwlaw.net

Wilfried Hermann Florin    whf@florinroebig.com, CKFlorin@florinroebig.com, DEwing@florinRoebig.com, SCummings@florinroebig.com

Willard J. Moody , Jr    will@moodyrrlaw.com, courtney@moodyrrlaw.com, jhogins@moodyrrlaw.com, renee@moodyrrlaw.com

William Cafaro    bcafaro@cafaroesq.com, abuzin@buzinlaw.com, nduran@cafaroesq.com

William Curtis    bcurtis@curtis-lawgroup.com, jgomez@curtis-lawgroup.com

William Rivera-Alvarez    william@masstortslaw.com

William Alton Maxey    will@mbllc.com, katy@mbllc.com

William F. Blankenship , III    bill@blankenshiplaw.com, jeanette@blankenshiplaw.com, rachel@blankenshiplaw.com

William Henry Barfield    bill@mcdonaldworley.com, scott@mcdonaldworley.com, trina@mcdonaldworley.com, williambarfield@icloud.com

Wolfgang Mueller    wolf@wolfmuellerlaw.com, bobbi@wolfmuellerlaw.com, jan@wolfmuellerlaw.com

Yvonne M. Flaherty    ymflaherty@locklaw.com, brgilles@locklaw.com, rnzubiate@locklaw.com

Zachary Paul McFarlane    zmcfarlane@fittslawfirm.com, vmena@fittslawfirm.com

**1:14-ml-02570-RLY-TAB Notice has not been electronically mailed to:**

BARD PERIPHERAL VASCULAR, INC.

C.R. BARD, INC.

COOK CANTON, LLC

COOK DENMARK HOLDING APS

COOK POLYMER TECHNOLOGY

DOES I-XXX

RAPID CITY REGIONAL HOSPITAL, INC.

ROE CORPORATIONS XXI-XL

ANDREA MADDOCK

ANNIE JOHNSON

Adam Daniel Pollock
Serpe Jones Andrews Callender & Bell
2929 Allen Parkway
Suite 1600
Houston, TX 77019

Alexandra B Caggiano
WEINSTEIN COUTURE PLLC

601 UNION STREET, SUITE 2420
SEATTLE, WA 98101

Anna Emem Imose
McAfee & Taft (Tulsa)
TWO W SECOND ST STE 1100
TULSA, OK 74103

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

BAILIE DAVIS

BESSIE BELL

BEVERLY FOSTER

BILL MILLER

Benjamin Robert Couture
WEINSTEIN COUTURE PLLC
601 UNION STREET, SUITE 2420
SEATTLE, WA 98101

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

C Timothy Reynolds
Steed Dunnill Reynolds Bailey Stephenson LLP
One Horizon Ridge
1010 W Ralph Hall Pkwy, 2nd Floor
Rockwall, TX 75032

CARLENE E COVINGTON

CYNTHIA GUZMAN

Caleb B. David
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339

Caleb Hoff Didriksen , III
Didriksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

Carl A Woods , III
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Carrie R. Capouellez
LOPEZ MCHUGH LLP
214 Flynn Avenue
Moorestown, NJ 08057

Cassidy M. Stalley
Lynn, Jackson, Shultz & Lebrun, PC
PO Box 8250
Rapid City, SD 57709-8250

Christian F Pereira
Christian F Pereira Law Offices
249 East Ocean Boulevard Suite 814
Long Beach, CA 90802

Christopher Lashier

Christopher Jordon Nassar
Rodolf & Todd
401 S BOSTON AVE STE 2000
TULSA, OK 74103

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

DANIEL CANNON

DONALD K RUFFING, SR

DONNA GRACE STEPHENS

DOROTHY CUSHLEY

David Carl Anderson
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

David Lewis Shuman
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339

Debra Tedeschi Varner
MCNEER HIGHLAND MCMUNN & VARNER
P. O. Drawer 2040
Clarksburg, WV 26302-2040

ENOCH SURLES

Emily A. Kolbe
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309

Ephraim Samuel Geisler
Aylstock, Witkin, Kreis & Overholtz, Pllc
17 East Main Street
Suite 200
Pensacola, FL 32502

Evan M Zucker
BARON AND BUDD PC
15910 Ventura Boulevard Suite 1600
Encino, CA 91436

GREGORY DENTON

HEIDI OUBRE

HOLLY MCKEITHEN

Heather K. D'Onofrio
THE D'ONOFRIO FIRM
10 BEATTY ROAD
SUITE 200
MEDIA, PA 19063

Howard D Ruddell
Faegre Baker Daniels LLP
11766 Wilshire Boulevard Suite 750
Los Angeles, CA 90025

Iveliz Lizy Cardenas-Santiago
Matthews Assoc
2905 Sackett St
Houston, TX 77098

JAMES SEAL

JENNIE CASTROMAN

JERRY D. IKNER

JESSICA REYNOLDS

JESUS GUTIERREZ

JOANN BOZE

JOHN CORNEW
409 E Maple Ave
Lindenwold, NJ 08021

James Craig Buchan
McAfee & Taft (Tulsa)
TWO W SECOND ST STE 1100
TULSA, OK 74103

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129-

Jay Harris
Harris, Reny & Torzewski

3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Jennifer M Andrews
Naman Howell Smith & Lee LLC
306 Wst 7th Street, Suite 405
Fort Worth, TX 76102-4911

John F McCormick , Jr
Sherwood & McCormick
15 W 6TH ST STE 2112
TULSA, OK 74119

John Pinckney Harloe , III
FREESE & GOSS PLLC
3031 Allen Street
Dallas, TX 75204

Johnny Johnson


Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Julie L. Rhoades
ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND
800 Commerce St.
Houston, TX 77002

KAREN HOLLOWAY


KEVIN BANKS


KIMBERLY ROBERTS
22 Pine Street
Mt. Holly, NJ 08060

Keely Ann Perdue
Christiansen Law Offices
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101

Kevin L. Edwards
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street
Suite 100
Dallas, TX 75204

LEOBARDO LOPEZ GUZMAN


Leslee Nicole Haas
Johnson, Trent & Taylor, LLP
919 Milam
Suite 1700
Houston, TX 77002

Lizy Santiago
ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND
800 Commerce St.
Houston, TX 77002

Lonnie R. Braun
Thomas Braun Bernard & Burke, LLP
4200 Beach Drive
Suite 1
Rapid City, SD 57702

MARK ANTHONY MASON


MARTHA FERNANDEZ


MICHAEL BRANHAM


MICHELLE NICHOLSON


Marc G. Cowden
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

Matthew Dumont Clark
FAEGRE BAKER DANIELS LLP (CO)
3200 WELLS FARGO CENTER
1700 LINCOLN ST
DENVER, CO 80203

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue

Las Vegas, NV 89129

Maya G Brenes
Brenes Law Group PC
16A Journey Suite 200
Long Beach, CA 90802

Michael Anthony Secret
MCNEER HIGHLAND MCMUNN & VARNER
P. O. Drawer 2040
Clarksburg, WV 26302-2040

Michael Franklin Smith
McAfee & Taft (Tulsa)
TWO W SECOND ST STE 1100
TULSA, OK 74103

Michael G. Daly
POGUST BRASLOW & MILLROOD LLC
161 Washington Street
Suite 940
Conshohocken, PA 19428

Michael Lee Carr
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

NATHAN HADDAD

Nathaniel Thomas Smith
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Nicholas Graham
Lopez McHugh LLP
100 Bayview Circle
Suite 5600
Noewport Beach, CA 92660

Nicole G Andrews
Serpe Jones Andrews Callender & Bell
2929 Allen Parkway
Suite 1600
Houston, TX 77019

Ora Meriedy

PAULA PETERSEN

Patricia Ashford

Pedro de la Cerda
Edwards and de la Cerda PLLC
3031 Allen Street Suite 100
Dallas, TX 75204

Peter De La Cerda
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street, Suite 100
Dallas, TX 75204

Peter S. Christiansen
Christiansen Law Offices
810 S. Casino Center Boulevard
Suite 104
Las Vegas, NV 89101

Philip Sholtz
THE DRISCOLL FIRM, P.C.
211 N. Broadway
40th Floor
St. Louis, MO 63102

R. Todd Terry
Christiansen Law Offices
810 S. Casino Center Boulevard
# 104
Las Vegas, NV 89101

RONALD G. FETCHKO

RYBURN V. ANDERSON

Randall Howard Stefani
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309

Rhett Conlon Parker
Phelps Dunbar, LLP
Suite 1900

100 S Ashley Dr
Tampa, FL 33602-5311

Richard A Capshaw
Capshaw & Associates
3500 Maple Avenue, Suite 1100
Dallas, TX 75219

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

Robert R. Hearn
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311

Roland K Tellis
BARON AND BUDD PC
15910 Ventura Boulevard Suite 1600
Encino, CA 91436

SANDRA MICHEAU

SHARON J. ARDIZZONE

Sharon Carlstedt Britton
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311

Steven Ernest Holden
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

Steven J. Oberg
Lynn, Jackson, Shultz & Lebrun, PC
PO Box 8250
Rapid City, SD 57709-8250

Steven R. Maher
MAHER GUILEY AND MAHER
631 West Morse Blvd., #200
Winter Park, FL 32789

TERESA MONZELL PENDLETON


TERRY WARR


TIMOTHY BEASLEY


TRALVE W. BASS


Tarifa Belle Laddon
Faegre Baker Daniels LLP
11766 Wilshire Boulevard Suite 750
Los Angeles, CA 90025

Terence R. Quinn
Goodsell Quinn, LLP
246 Founders Park Dr.
Suite 201
PO Box 9249
Rapid City, SD 57709-9249

Theodore Clayton Sherwood
Sherwood & McCormick
15 W 6TH ST STE 2112
TULSA, OK 74119

Thomas Meriedy


Tim K Goss
Freese & Goss PLLC
3500 Maple Ave., Suite 1100
Dallas, TX 75219
United Sta

Timothy C Bolton
Law Offices of Ben C. Martin
3710 Rawlins Street
Suite 1230
Dallas, TX 85219

Timothy P. Lupardus
LUPARDUS LAW OFFICE
P. O. Box 1680
Pineville, WV 24874-1680


VINCENT WALTON

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

W. Douglas Easton
Easton & Easton, LLP
650 Town Center Drive
Suite 1850
Costa Mesa, CA 92626

WILLIAM BENTON EDWARDS

Wilnar Jeanne Julmiste
ANDERSON GLENN LLP - BOCA RATON FL
2201 NW Corporate Blvd
STE 100
Boca Raton, FL 33431

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=6/24/2019] [FileNumber=6438283-0]
[72ca7ce7ebca4719f5a6d233bc0af6d272c18d9f900797c200d1d8bbff51a96a5f2dd
8cbbb588175f019ec90e299b900e8dc97280c2d0f1384df4d999ad09443]]
**Document description:**Exhibit Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=6/24/2019] [FileNumber=6438283-1]
[bbd76876d6f5f3084bf501d59f009b078aad08a99c11608804d5caffbf9707301a063
72d19bb235fc21fad4b4bdeb835a13f54e454ad8fb919164e32956e7506]]
**Document description:**Exhibit Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=6/24/2019] [FileNumber=6438283-2]
[1faebac19f6e1f4213c5a6e63ec2e859f46e5f5dff187f19028695357e9d7e4cb8e42
5d4cb1fec07dbf7d54ec541447e42eac1b5d436312c3e0e8adfeff0dab3]]