| | |
|---|---|
| **From:** | insd_cmecf@insd.uscourts.gov |
| **Sent:** | Wednesday, July 24, 2019 12:34 PM |
| **To:** | nef@insd.uscourts.gov |
| **Subject:** | Activity in Case 1:14-ml-02570-RLY-TAB IN RE: COOK MEDICAL INC. Order on Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTICE\*\*\*The electronically filed document(s) may be viewed once at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).**

**U.S. District Court**
**Southern District of Indiana**
**Office of the Clerk**
**(317)229-3700**
www.insd.uscourts.gov

### Notice of Electronic Filing

The following transaction was entered on 7/24/2019 at 1:32 PM EDT and filed on 7/23/2019

| | |
|---|---|
| **Case Name:** | IN RE: COOK MEDICAL INC. |
| **Case Number:** | 1:14-ml-02570-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 11425 |

**Docket Text:**
**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-**

01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:**      MAYS v. COOK INCORPORATED et al

**Case Number:**    1:18-cv-03700-RLY-TAB

**Filer:**

**Document Number:** 8

**Docket Text:**
**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

**Case Name:**      VAUGHN v. COOK INCORPORATED, et al.

**Case Number:**    1:18-cv-03910-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**
**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-**

01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

| | |
|---|---|
| **Case Name:** | SCHECH v. COOK INCORPORATED et al |
| **Case Number:** | 1:19-cv-00057-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

Case Name:          KUPINEWICZ et al v. COOK INCORPORATED et al

Case Number:        1:19-cv-00060-RLY-TAB

Filer:

Document Number: 11

Docket Text:

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

Case Name:          MCCOLLUM v. COOK INCORPORATED et al

Case Number:        1:19-cv-00070-RLY-TAB

Filer:

Document Number: 10

Docket Text:

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson,**

**Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

| | |
|---|---|
| Case Name: | WILBANKS et al v. COOK INCORPORATED et al |
| Case Number: | 1:19-cv-00072-RLY-TAB |
| Filer: | |
| Document Number: | 11 |

Docket Text:
**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

| | |
|---|---|
| Case Name: | JOHNSON v. COOK INCORPORATED et al |
| Case Number: | 1:19-cv-00073-RLY-TAB |
| Filer: | |
| Document Number: | 11 |

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

**Case Name:**          WILLIAMSON v. COOK INCORPORATED et al

**Case Number:**       1:19-cv-00074-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera**

**[Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

**Case Name:**      JOHNSON v. COOK INCORPORATED et al

**Case Number:**    1:19-cv-00089-RLY-TAB

**Filer:**

**Document Number:** 13

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

**Case Name:**      HOPE v. COOK INCORPORATED et al

**Case Number:**    1:19-cv-00092-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is**

GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

| | |
|---|---|
| Case Name: | EGAN v. COOK INCORPORATED et al |
| Case Number: | 1:19-cv-00093-RLY-TAB |
| Filer: | |
| Document Number: | 13 |

Docket Text:

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-

01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:** JOSEPH v. COOK INCORPORATED et al

**Case Number:** 1:19-cv-00097-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:** WETHERBEE v. COOK INCORPORATED et al

**Case Number:** 1:19-cv-00101-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-

01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:**       AMEY v. COOK INCORPORATED et al

**Case Number:**     1:19-cv-00119-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

**Case Name:**        PATTON v. COOK INCORPORATED et al

**Case Number:**      1:19-cv-00124-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

**Case Name:**        BORDNER v. COOK INCORPORATED et al

**Case Number:**      1:19-cv-00140-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson,**

**Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

| | |
|---|---|
| **Case Name:** | GAY et al v. COOK INCORPORATED et al |
| **Case Number:** | 1:19-cv-00144-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**
**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

| | |
|---|---|
| **Case Name:** | DICKT v. COOK INCORPORATED et al |
| **Case Number:** | 1:19-cv-00165-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

| | |
|---|---|
| **Case Name:** | SPANGLER et al v. COOK INCORPORATED et al |
| **Case Number:** | 1:19-cv-00168-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera**

[Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:** SANTIAGO VASQUEZ v. COOK INCORPORATED et al

**Case Number:** 1:19-cv-00170-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:** WILLIAMS v. COOK MEDICAL LLC et al

**Case Number:** 1:19-cv-00232-RLY-TAB

**Filer:**

**Document Number:** 12

**Docket Text:**

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is

**GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

| | |
|---|---|
| Case Name: | MILNER et al v. COOK INCORPORATED |
| Case Number: | 1:19-cv-00294-RLY-TAB |
| Filer: | |
| Document Number: | 12 |

Docket Text:

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-**

01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:**   STEPHENS v. COOK INCORPORATED ET AL.

**Case Number:**   1:19-cv-00510-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:**   HUVEN v. COOK INCORPORATED et al

**Case Number:**   1:19-cv-00899-RLY-TAB

**Filer:**

**Document Number:** 6

**Docket Text:**

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-

01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:**         FIERRO v. COOK INCORPORATED et al

**Case Number:**       1:19-cv-00904-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:**       FISHER et al v. COOK INCORPORATED et al

**Case Number:**     1:19-cv-00905-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

**Case Name:**       COVINGTON et al v. COOK INCORPORATED et al

**Case Number:**     1:19-cv-00961-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson,**

Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

| | |
|---|---|
| Case Name: | LIVERS et al v. COOK INCORPORATED et al |
| Case Number: | 1:19-cv-01010-RLY-TAB |
| Filer: | |
| Document Number: | 11 |

Docket Text:

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

| | |
|---|---|
| Case Name: | SPLAN v. COOK MEDICAL INCORPORATED et al |
| Case Number: | 1:19-cv-06097-RLY-TAB |
| Filer: | |
| Document Number: | 15 |

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

| | |
|---|---|
| **Case Name:** | HARRIS v. COOK INCORPORATED et al |
| **Case Number:** | 1:19-cv-01101-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera**

[Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:**      MORRIS v. COOK INCORPORATED et al
**Case Number:**    1:19-cv-01132-RLY-TAB
**Filer:**
**Document Number:** 9

Docket Text:
ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:**      NELSON v. COOK INCORPORATED et al
**Case Number:**    1:19-cv-01209-RLY-TAB
**Filer:**
**Document Number:** 14

Docket Text:
ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is

GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

| | |
|---|---|
| Case Name: | COOK v. COOK INCORPORATED et al |
| Case Number: | 1:19-cv-01212-RLY-TAB |
| Filer: | |
| Document Number: | 11 |

Docket Text:

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-

**01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

**Case Name:**   SCUDIERI v. COOK INCORPORATED et al

**Case Number:**   1:19-cv-01256-RLY-TAB

**Filer:**

**Document Number:** 14

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

**Case Name:**   JOHNSON v. COOK INCORPORATED et al

**Case Number:**   1:19-cv-01337-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-**

01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:**      IZZO v. COOK INCORPORATED et al

**Case Number:**      1:19-cv-01340-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:**      MCCALL v. COOK INCORPORATED et al

**Case Number:**      1:19-cv-01341-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

**Case Name:**      RUSSELL et al v. COOK INCORPORATED et al

**Case Number:**      1:19-cv-01358-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson,**

Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

| | |
|---|---|
| **Case Name:** | ROEMER v. COOK INCORPORATED et al |
| **Case Number:** | 1:19-cv-01401-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

| | |
|---|---|
| **Case Name:** | EWING v. COOK INCORPORATED et al |
| **Case Number:** | 1:19-cv-01412-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 9 |

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

| | |
|---|---|
| **Case Name:** | FUMANTI v. COOK INCORPORATED et al |
| **Case Number:** | 1:19-cv-01414-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 8 |

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera**

[Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

| | |
|---|---|
| **Case Name:** | CLARK et al v. COOK INCORPORATED et al |
| **Case Number:** | 1:19-cv-01429-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

| | |
|---|---|
| **Case Name:** | APPLEGATE v. COOK INCORPORATED et al |
| **Case Number:** | 1:19-cv-01434-RLY-TAB |
| **Filer:** | |
| **Document Number:** | 11 |

**Docket Text:**
ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is

GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

| | |
|---|---|
| Case Name: | RODRIGUEZ v. COOK INCORPORATED et al |
| Case Number: | 1:19-cv-01614-RLY-TAB |
| Filer: | |
| Document Number: | 11 |

Docket Text:

ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-

01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)

**Case Name:**       WHALEN v. COOK INCORPORATED et al

**Case Number:**     1:19-cv-01623-RLY-TAB

**Filer:**

**Document Number:** 11

**Docket Text:**

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS(Filing No. 11230) - (11230) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED as moot in part. The following cases have no Categorization Form on file; therefore, the Motion to Dismiss is GRANTED without prejudice for these cases: Williams, Joshua Jordan 1:19-cv-00232; Stephens, Kristin Leigh 1:19-cv-510; Huven, Karen 1:19-cv-00899; Harris, Maxine 1:19-cv-01101; Morris, Jessie 1:19-cv-01132; Bales, Joe Jr. 1:19-cv-01270; Roemer, Julia Hope 1:19-cv-01401; Ewing, Tammy 1:19-cv-01412; Fumanti, Sandra 1:19-cv-01414; Whalen, John 1:19-cv-01623; Mays, Talesia 1:18-cv-03700; Vaughn, Demarcus 1:18-cv-03910. The following cases have submitted Categorization Forms after the Cook Defendants filed the present Motion; therefore, the Cook Defendants' Motion is DENIED as moot for these cases: Schech, Jonathan 1:19-cv-00057; Kupinewicz, Teresa and Bob 1:19-cv-00060; McCollum, Joyce 1:19-cv-00070; Wilbanks, Tracey and Calvin 1:19-cv-00072; Johnson, Audrey Kay 1:19-cv-00073; Williamson, Clayton R. 1:19-cv-00074; Johnson, Willie R. 1:19-cv-00089; Hope, Felicia 1:19-cv-00092; Egan, James J. 1:19-cv-00093; Joseph, Yolanda 1:19-cv-00097; Wetherbee, Robert 1:19-cv-00101; Amey, Carlton 1:19-cv-00119; Patton, Amien Mufeed 1:19-cv-00124; Bordner, June 1:19-cv-00140; Gay, Errol and Carolyn 1:19-cv-00144; Dickt, Lydian 1:19-cv-00165; Spangler, Jessie and Mullins, Quentin 1:19-cv-00168; Vasquez, Myrna I. Santiago 1:19-cv-00170; Holder, Vera [Estate of], Jerome Milner & Mia Clinton, 1:19-cv-00294; Fierro, Cassandra K. 1:19-cv-00904; Fisher, Robert and Anna 1:19-cv-00905; Covington, Tyrone & Lameca D. 1:19-cv-00961; Livers, Shawnee and Richard 1:19-cv-01010; Nelson, James 1:19-cv-01209; Cook, George 1:19-cv-01212; Scudieri, Terrence 1:19-cv-01256; Johnson, Sherry 1:19-cv-01337; Izzo, Todd 1:19-cv-01340; McCall, Tanya 1:19-cv-01341; Russell, Buddy and Patricia 1:19-cv-01358; Clark, Eric and Erica 1:19-cv-01429; Applegate, Debra 1:19-cv-01434; Rodriguez, Elisa 1:19-cv-01614; Splan, Elaine 1:19-cv-06097. Signed by Judge Richard L. Young on 7/23/2019. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT)**

**1:14-ml-02570-RLY-TAB Notice has been electronically mailed to:**

Irwin B. Levin (Terminated)    ilevin@cohenandmalad.com, llowe@cohenandmalad.com

Stephen B. Caplin    sbcaplin@gmail.com, joni_strahl@hotmail.com

Marc Weingarten    mweingarten@lockslaw.com, lbriggs@lockslaw.com

John Joseph Tanner    joe.tanner@faegrebd.com, susan.trenary@faegrebd.com

Frederick R. Hovde    rhovde@hovdelaw.com, kfaulk@hovdelaw.com, twhitehead@hovdelaw.com

Nancy Hersh    nhersh@hershlaw.com, general@hershlaw.com

Willard J. Moody, Jr    will@moodyrrlaw.com, courtney@moodyrrlaw.com, jhogins@moodyrrlaw.com, renee@moodyrrlaw.com

Turner W. Branch    tbranch@branchlawfirm.com, afunk@branchlawfirm.com, bleeway@branchlawfirm.com, doshea@branchlawfirm.com, ksmith@branchlawfirm.com, psanchez@branchlawfirm.com

Andrea Roberts Pierson    andrea.pierson@faegrebd.com, deborah.miller@faegrebd.com, sarah.hebard@faegrebd.com, victoria.yoke@faegrebd.com

Sandy A. Liebhard    liebhard@bernlieb.com, Dweck@bernlieb.com, adeng@bernlieb.com, cbeboe@bernlieb.com, ebrown@bernlieb.com

James T. Capretz    jcapretz@capretz.com, lawyers@capretz.com

Lee Philip Teichner    lee.teichner@hklaw.com, denise.perlich@hklaw.com, julia.frow@hklaw.com

Todd C. Comeaux    TC@comeauxlawfirm.com, courtney@murphylawfirm.com, devynn@murphylawfirm.com, kacia@murphylawfirm.com

Rand P. Nolen    rand_nolen@fleming-law.com, pam_myers@fleming-law.com

Phillip Bohrer    phil@bohrerbrady.com

Brian J. Paul    brian.paul@faegrebd.com, amy.gershanoff@faegrebd.com

Wolfgang Mueller    wolf@wolfmuellerlaw.com, bobbi@wolfmuellerlaw.com, jan@wolfmuellerlaw.com

Thomas Christopher Trent    ctrent@johnsontrent.com, cking@johnsontrent.com, ddaniels@johnsontrent.com

Adrienne Franco Busby    adrienne.busby@faegrebd.com, sherri.tucker@faegrebd.com

Jeff S. Gibson (Terminated)    jgibson@wagnerreese.com, dvecchione@wagnerreese.com

Charles F. Webber    chuck.webber@faegrebd.com, brian.zabawa@faegrebd.com

Abigail M. Butler    abigail.butler@faegrebd.com, susan.miller@faegrebd.com

Jane Dall Wilson    jane.wilson@faegrebd.com, deborah.miller@faegrebd.com

James Stephen Bennett    stephen.bennett@faegrebd.com, diane.nestleroad@faegrebd.com

Steven B. Rotman    srotman@hausfeld.com

Christopher A. Seeger    cseeger@seegerweiss.com, abadaruzzaman@seegerweiss.com, gmaglasang@seegerweiss.com, hsafdar@seegerweiss.com, mcampbell@seegerweiss.com, pamin@seegerweiss.com, ssiegel@seegerweiss.com

Matthew Lee White    mattwhiteatty@aol.com, cjones@grayandwhitelaw.com, kmadaj@grayandwhitelaw.com, mwhite@grayandwhitelaw.com

Yvonne M. Flaherty    ymflaherty@locklaw.com, brgilles@locklaw.com, rnzubiate@locklaw.com

Anne Kramer Ricchiuto    anne.ricchiuto@FaegreBD.com, gretchen.stigdon@faegrebd.com

Andrew Lorin Campbell    andrew.campbell@faegrebd.com, penny.hultman@faegrebd.com

James A. Morris    jmorris@jamlawyers.com, demeterio@jamlawyers.com, sgreenberg@jamlawyers.com

Annesley H DeGaris    adegaris@degarislaw.com, asapone@degarislaw.com

Jennifer A. Moore    jennifer@moorelawgroup.com, kara@moorelawgroup.com

Justin L. Lawrence    justin@lawrencelaws.com, documents@lawrencelaws.com

Donald A. Migliori    dmigliori@motleyrice.com, dlmurray@motleyrice.com

Keith E. Patton    keith@pattonlaw.com, ecf@pattonlaw.com

David P. Matthews    matthewsivc@thematthewslawfirm.com, dmatthews@thematthewslawfirm.com,
jrhoades@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com, mchavez2@thematthewslawfirm.com,
msalazar@thematthewslawfirm.com

Jessica Benson Cox    jessica.cox@faegrebd.com, jan.davis@faegrebd.com

Howard L. Nations    charles@howardnations.com, becky.witt@howardnations.com, kim@howardnations.com,
shelley@howardnations.com

Joseph N. Williams (Terminated)    jwilliams@rwp-law.com, eamos@rwp-law.com, jonwilli@gmail.com,
mllewellyn@rwp-law.com

Thomas P. Cartmell    tcartmell@wcllp.com, m.goldwasser@wcllp.com

Kevin M. Fitzgerald    kfitzgerald@fitz-lawgroup.com, csumner@fitz-lawgroup.com

Clinton L. Kelly    clint@kellyfirm.net, april@kellyfirm.net, info@kellyfirm.net, michele@kellyfirm.net,
sheila@kellyfirm.net

Timmy K. Goss    tim@freeseandgoss.com, brenda@freeseandgoss.com, yvette@freeseandgoss.com

Timothy J. Freiberg    freiberglaw@gmail.com

Robert J. Fenstersheib    rjf@fenstersheib.com, sfl@fenstersheib.com, smh@fenstersheib.com

Douglass A. Kreis    dkreis@awkolaw.com, athane@awkolaw.com

Charles Wade Miller    charles@hop-law.com, john@hop-law.com, kay@hop-law.com

David S. Corwin    dcorwin@corwinlawgroup.com

Joseph J. Cappelli    jcappelli@bernllp.com

C. Calvin Warriner, III    ccw@searcylaw.com, arh@searcylaw.com, twright@searcylaw.com

Andrew J. Cross    across@careydanis.com, apetrick@careydanis.com, gcarey@careydanis.com

Keith Altman    kaltman@excololaw.com, pharma@excololaw.com

TaKeena Monette Thompson Sandifer (Terminated)    takeena.sandifer@arlaw.com

Matthew E. Munson    matt.munson@beasleyallen.com, lisa.courson@beasleyallen.com, renee.lindsey@beasleyallen.com

Victoria Redstone Calhoon    victoria.calhoon@faegrebd.com

James Piatt (Terminated)    jpiatt@rwp-law.com, eamos@rwp-law.com, mllewellyn@rwp-law.com

Matthew R. Lopez    mlopez@lopezmchugh.com, alopez@lopezmchugh.com, mjones@lopezmchugh.com, mwass@lopezmchugh.com

Jonathan Andrew Knoll    jknoll@cohenandmalad.com, bhovey@cohenandmalad.com, torner@cohenandmalad.com

Eric J. Haag    ehaag@wiscinjurylawyers.com, jwiggen@wiscinjurylawyers.com

Kip S.M. McDonald    Kip.McDonald@FaegreBD.com, CookFilterFileclerk@FaegreBD.com, brian.paul@FaegreBD.com, eldin.hasic@FaegreBD.com, julia.manning@FaegreBD.com, rochelle.symons@FaegreBD.com, sherri.gahagen@FaegreBD.com

Jasper D. Ward, IV    jasper@jonesward.com, sean@jonesward.com

Henry G. Garrard, III    hgarrard@bbga.com, 1971299420@filings.docketbird.com, 6543346420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Josh B. Wages    jwages@bbga.com, 5201272420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Don K. Ledgard    DLedgard@capretz.com, pmartinez@capretz.com

Leslie M. Cronen    lcronen@garycjohnson.com, cfugate@garycjohnson.com

Michael T. Gallagher    donnaf@gld-law.com, pamm@gld-law.com

Ryan F. Stephan    rstephan@stephanzouras.com, adahl@stephanzouras.com, jortizacosta@stephanzouras.com, jzouras@stephanzouras.com, kbowers@stephanzouras.com, larbuckle@stephanzouras.com, malmeida@stephanzouras.com

Brian S. Katz    brian@brianskatz.com, bkatz@flintlaw.com, nichole@brianskatz.com

Jacob A. Flint    jflint@flintlaw.com, lisa@flintlaw.com, lwhitley@flintlaw.com

John A. Dalimonte    john@drlawllp.com, aaron.morgan@drlawllp.com, donna.berrios@drlawllp.com, johndalimonte@yahoo.com

Ben C. Martin (Terminated)    bmartin@martinbaughman.com, cguerra@martinbaughman.com, dmacdonald@martinbaughman.com, lchambers@martinbaughman.com

Abigale Rhodes Green    agreen@grossmangreen.com, abigalerhodes@gmail.com

Sheila M. Bossier    sbossier@bossier-law.com

Joseph R. Johnson    jjohnson@babbitt-johnson.com, dcodding@babbitt-johnson.com

Michael T. Mertz    mmertz@hurley-law.com, ccromydas@hurley-law.com, fverta@hurley-law.com, kdastrup@hurley-law.com, mcondon@hurley-law.com

John J. Driscoll    john@thedriscollfirm.com, tiffany@thedriscollfirm.com

Anne Medlin Lowe    alowe@rwp-law.com, mllewellyn@rwp-law.com

Randi Kassan    rkassan@thesandersfirm.com, ivcfilterteam@thesandersfirm.com

Bruce G. Jones    bruce.jones@faegrebd.com, kathy.olmscheid@faegrebd.com

Troy A. Brenes (Terminated)    tbrenes@breneslawgroup.com, jsabol@breneslawgroup.com

Jason T. Brown    jtb@jtblawgroup.com, cocozguan@jtblawgroup.com, tonyteng@jtblawgroup.com

Teresa C. Toriseva    justice@torisevalaw.com

Charles Rene Houssiere, III    choussiere@hdhtex.com, Jreznickova@hdhtex.com, rkauffman@hdhtex.com

Nicholas Blake Alford    Nicholas.Alford@FaegreBD.com, deborah.miller@faegrebd.com

Lucas J. Foust    lfoust@foustlaw.net, secretary@foustlaw.net

Peter C Wetherall    pwetherall@wetherallgroup.com, admin@wetherallgroup.com, evelynhaw2017@gmail.com, lolson@wetherallgroup.com

Bard K. Brian    bardbrian99@msn.com, mjeffords@bardbrianlawyer.com

George Jerre Duzane    gjduzlaw@comcast.net

Matthew R. McCarley    mccarley@fnlawfirm.com, JDarby@fnlawfirm.com, afurness@fnlawfirm.com, cnakagai@fnlawfirm.com, cware@fnlawfirm.com, jwesley@fnlawfirm.com, vmcneme@fnlawfirm.com

Thomas H. Terry, III    tterry@tterry-law.com

Ramon R. Lopez    rlopez@lopezmchugh.com, mwass@lopezmchugh.com

James Lee, Jr    jlee@leemurphylaw.com

Erin C. Murphy    emurphy@leemurphylaw.com

Marian S. Rosen    marian@rosenspearslaw.com, diana@rosenspearslaw.com

Angela Spears    angie@rosenspearslaw.com, ladon@rosenspearslaw.com

Julia Reed Zaic    julia@hrzlaw.com, Laura@hrzlaw.com

Laura E. Smith    laura@hrzlaw.com, julia@hrzlaw.com

Robert M. Hammers, Jr    rob@schneiderhammers.com, abbie@schneiderhammers.com

Patrick H. Reilly    patrick.reilly@faegrebd.com, dianne.armstroff@faegrebd.com

Randal A. Kauffman    rkauffman@hdhtex.com, lblevins@hdhtex.com

Mark A. Tate    tlgservice@tatelawgroup.com

James E. Shipley, Jr    tlgservice@tatelawgroup.com, wkell@tatelawgroup.com

Nathan Craig Van Der Veer    nate@frplegal.com, jbayse@frplegal.com, klove@frplegal.com

Shezad Malik    drmalik@shezadmalik.com, ryan@shezadmalik.com

Michael Heaviside    mheaviside@hrzlaw.com, salbers@hrzlaw.com

Kimberly Lambert Adams (Terminated)    kadams@levinlaw.com, rwoods@levinlaw.com

Kathleen Rachel Hersh-Boyle    khershboyle@hershlaw.com, general@hershlaw.com

Brian James Holmes    bholmes@hurley-law.com, cdifranco@hurley-law.com

Joshua Dallas Miller    justice@torisevalaw.com

Alex Davis    alex@jonesward.com

Patrick Micheal Regan    pregan@reganfirm.com, ekerns@reganfirm.com

Thomas W. Arbon    tarbon@martinbaughman.com, cguerra@martinbaughman.com, tbolton@martinbaughman.com

David Michael Langevin    dave@westrikeback.com, filing@westrikeback.com, ram@westrikeback.com

Rhett A. McSweeney    ram@westrikeback.com, dave@westrikeback.com, filing@westrikeback.com, mark@westrikeback.com, melanie@westrikeback.com

Anna Rutigliano    anna.rutigliano@FaegreBD.com, penny.hultman@faegrebd.com, rochelle.symons@faegrebd.com

William Curtis    bcurtis@curtis-lawgroup.com, jgomez@curtis-lawgroup.com

Richard J. Rosenblum    rrosenblum@rubin-machado.com, srubin@rubin-machado.com

Brian Dratch    bdratch@njcounsel.com

Timothy A. Litzenburg    tlitzenburg@millerfirmllc.com, jseldomridge@millerfirmllc.com, kunderwood@millerfirmllc.com

Kristy M. Arevalo    kma@mccunewright.com, ece@mccunewright.com

Russell Wills Budd    rbudd@baronbudd.com, awilson@baronbudd.com

Kelly Elizabeth Reardon     kreardon@reardonlaw.com

Christopher Thomas Kirchmer     ckirchmer@pulf.com

Brian Keith Jackson     kj@rileyjacksonlaw.com, jbailey@rileyjacksonlaw.com

Jeff Ryan Gaddy     jgaddy@levinlaw.com, rwoods@levinlaw.com, tgilbert@levinlaw.com

Robert Sadler Bailey     sbailey@baileygreer.com

Laura Lynne Voght     lvoght@attorneykennugent.com, kwinkleman@attorneykennugent.com

Rosemarie Riddell Bogdan     rrbivccook@1800law1010.com, kawivccook@1800law1010.com

Scott Brady     scott@bohrerbrady.com, greta@bohrerbrady.com

Graham B. LippSmith     glippsmith@klwtlaw.com, devans@klwtlaw.com, nsmith@klwtlaw.com

Gregory David Rueb     greg@rminjurylaw.com, megan@rminjurylaw.com

Patrick Thomas Fennell     patrick@fmtrials.com, carey@fmtrials.com, rwood@crandalllaw.com

Jennifer Nolte     jnolte@allennolte.com, bwiginton@allennolte.com

Paul L. Stoller     paul@drlawllp.com, donna.berrios@drlawllp.com, felice.wortman@drlawllp.com

Jaclyn L. Anderson     janderson@klwtlaw.com, devans@klwtlaw.com, nsmith@klwtlaw.com

Christopher Moze Cowper     mcowper@cowperlaw.com

Nathan A. Buttars     nate@lowelawgroup.com

George Tharin Williamson     gwilliamson@farr.com, jbradsher@farr.com

Matthew David Schultz     mschultz@levinlaw.com, tgilbert@levinlaw.com

A. Layne Stackhouse     layne@shraderlaw.com

Daniel Edward Seltz     dseltz@lchb.com

Wendy R. Fleishman     wfleishman@lchb.com, creyes@lchb.com, dleathers@lchb.com, dmahajan@lchb.com, dseltz@lchb.com

Michael Brandon Smith     bsmith@cssfirm.com, gstanton@cssfirm.com, kackerman@cssfirm.com

Jason Paul Johnston     Jason.Johnston@zimmreed.com, Tina.Olson@zimmreed.com

Todd Eugene Hilton     hilton@stuevesiegel.com, joyce@stuevesiegel.com, mcclellan@stuevesiegel.com, olivas@stuevesiegel.com, perez@stuevesiegel.com, williams@stuevesiegel.com

Steven C. Ruth     ivc@getjustice.com, ndavis@getjustice.com

John C. Duane    jduane@motleyrice.com, clwhetstone@motleyrice.com, jhill@motleyrice.com

Cory Holley Driggers    chdriggers@mcatlaw.com, chdriggers22@gmail.com

Joshua Sean Kincannon    jkincannon@wilentz.com, jkennedy@wilentz.com, mmcguckin@wilentz.com

Joseph A. Osborne (Terminated)    josborne@realtoughlawyers.com, aromanelli@realtoughlawyers.com, rbell@realtoughlawyers.com, tcoe@realtoughlawyers.com

Michael J. Hart    mjhart@scwstl.com

Jon C. Conlin    jconlin@corywatson.com, ivc@corywatson.com

Karen Puccio    ivc@corywatson.com

Melissa Mielke    mmielke@skikos.com, jtucci@skikos.com

Mark Mathew Kitrick    mkitrick@klhlaw.com, leigh@klhlaw.com

Elizabeth Alice Mote    liz@klhlaw.com, leigh@klhlaw.com

David C. DeGreeff    ddegreeff@wcllp.com, dconwell@wcllp.com, jgallas@wcllp.com, sholland@wcllp.com

Eric M. Terry    eric@thlawyer.com, kstephens@thlawyer.com

Stuart E. Scott    sscott@spanglaw.com, ecampbell@ecf.courtdrive.com, ecampbell@spanglaw.com, pfrietchen@ecf.courtdrive.com, pfrietchen@spanglaw.com, sschebek@ecf.courtdrive.com, sschebek@spanglaw.com, sscott@ecf.courtdrive.com

Jaime E. Moss    moss@lkmlawfirm.com, torres@lkmlawfirm.com

Laurie Kamerrer    kamerrer@lkmlawfirm.com, torres@lkmlawfirm.com

Jennifer A. Lenze    jlenze@lkmlawfirm.com, torres@lkmlawfirm.com

Jan Marie Conlin    jmc@ciresiconlin.com, dll@ciresiconlin.com, mgd@ciresiconlin.com

Melissa A. Goodman    mag@ciresiconlin.com, alr@ciresiconlin.com

Jeff Seldomridge    jseldomridge@millerfirmllc.com, pemery@millerfirmllc.com

Kay L. Van Wey    kay@vanweylaw.com, jeanne@vanweylaw.com

Max Petrunya    mpetrunya@peircelaw.com, adudley@peircelaw.com

Daniel Aaron Rihn    arihn@peircelaw.com, mrossi@peircelaw.com

Samuel Mason Wendt    sam@wendtlaw.com, micaela@wendtlaw.com

Clarence Mark Whitehead    cmw@whiteheadfirm.com, eric@whiteheadfirm.com

Danielle Leah Rodriguez    danielle@lawrencelaws.com, rodriguezd1@nku.edu

Monte Bond    mbond@tautfestbond.com, amartinez@tautfestbond.com, emartinez@tautfestbond.com, jglitz@tautfestbond.com

David Matthew Haynie    matthew@foresterhaynie.com, jay@foresterhaynie.com, jgriffin@foresterhaynie.com

Richard W. Schulte    rschulte@yourlegalhelp.com, cartim@yourlegalhelp.com, jgebelle@yourlegalhelp.com

Jonathan Sedgh    jsedgh@weitzlux.com, dkelly@weitzlux.com, jmichaels@weitzlux.com, lschultz@weitzlux.com

Lauren Bronson    lbronson@newmanbronson.com, ks@newmanbronson.com

D. Todd Mathews    todd@gorijulianlaw.com, agabriel@gorijulianlaw.com, cfischer@gorijulianlaw.com, dschumacher@gorijulianlaw.com, kmeyer@gorijulianlaw.com

Jeremy J. Pichon    jeremy@dswplaw.com, docket@dswplaw.com

Richard Sanford Lewis    rlewis@hausfeld.com, adorsey@hausfeld.com

Ahmed S. Diab    adiab@thegomezfirm.com, jwilliams@thegomezfirm.com, kbarton@gomeztrialattorneys.com, nstoneman@gomeztrialattorneys.com

Marlene Jaye Goldenberg (Terminated)    mjgoldenberg@goldenberglaw.com, emodl@goldenberglaw.com, lmainguy@goldenberglaw.com

Elizabeth L. Dudley    liz@lizdudleylaw.com

Kevin J. Boissoneault    kboisson@gallonlaw.com, mwiltshire@gallonlaw.com

Michael D. Bell    mbell@gallonlaw.com, mwiltshire@gallonlaw.com

Jonathan M. Ashton    jashton@gallonlaw.com, mwiltshire@gallonlaw.com

Asim M. Badaruzzaman    abadaruzzaman@seegerweiss.com, hsafdar@seegerweiss.com, mcampbell@seegerweiss.com, pamin@seegerweiss.com, ssiegel@seegerweiss.com

T. Matthew Leckman    mleckman@pbmattorneys.com, jlowe@pbmattorneys.com, staylor@pbmattorneys.com

Nicole K.H. Maldonado    nmaldonado@baumhedlundlaw.com, 6596797420@filings.docketbird.com, denglish@baumhedlundlaw.com, dphillips@baumhedlundlaw.com, fvillatoro@baumhedlundlaw.com, sbeam@baumhedlundlaw.com

Everette Scott Verhine    scott@verhine.biz, lisa@verhine.biz

Jeffrey S. Grand    jgrand@seegerweiss.com

Kelsey Louise Stokes    kelsey_stokes@fleming-law.com

Richard James Serpe    rserpe@serpefirm.com, alex@serpefirm.com

Stuart Lee Goldenberg (Terminated)    slgoldenberg@goldenberglaw.com, csand@goldenberglaw.com

Ethan L. Shaw (Terminated)     elshaw@shawcowart.com, lperryman@shawcowart.com, tpessoa@shawcowart.com

Thomas T. Merrigan     tom@sweeneymerrigan.com, tucker@sweeneymerrigan.com

Matthew J. Riley (Terminated)     mriley@shawcowart.com, scole@shawcowart.com

Justin W. Fishback (Terminated)     jfishback@shawcowart.com

Philip A. Pendergrass, Jr     philip@schneiderhammers.com

Keith David Griffin     kgriffin@girardikeese.com, ppaz@girardikeese.com

Peter E. Goss     pgoss@goss-lawfirm.com, jcampain@goss-lawfirm.com

Seth S. Webb     sethw@getbc.com, andeem@getbc.com, lizl@getbc.com, megano@getbc.com

Nicholas R. Farnolo     nfarnolo@napolilaw.com, 2520801420@filings.docketbird.com, fcox@napolilaw.com

Emily Ward Roark     emily@bryant.law, christina@bryant.law

Mark P. Bryant     mark@bryant.law, christina@bryant.law

Dean A. Goetz     dgoetz12@gmail.com, staciegoetzlaw@gmail.com

Amorina Patrice Lopez     alopez@lopezmchugh.com, mjones@lopezmchugh.com, mwass@lopezmchugh.com

Roopal P. Luhana     luhana@chaffinluhana.com, aichinger@chaffinluhana.com, cohn@chaffinluhana.com, szumla@chaffinluhana.com

J. Christopher Elliott     celliott@coloradolaw.net, alexandra.franklin@coloradolaw.net, allison.brown@coloradolaw.net

Pamela A. Borgess     pborgess@borgesslaw.com, ebrogan@borgesslaw.com

Carasusana B. Wall     cara@toledolaw.com, andrea@toledolaw.com, yasmine@toledolaw.com

Wes Scott Larsen     wes@jvwlaw.net, candice@jvwlaw.net

Chad M. Tuschman     ctuschman@wdtlaw.org, rkigar@wdtlaw.org

Eldin Hasic     eldin.hasic@faegrebd.com, diane.nestleroad@faegrebd.com

Michael J. Walsh     mwalsh@walshwoodard.com, cculmone@walshwoodard.com, mcurran@walshwoodard.com

Jonathan D. Peck     jonathan@lowelawgroup.com, jonathan.peck.esq@gmail.com

John S. Selinger     john@selingerlaw.com, glory@selingerlaw.com

Ryan A. Keane     ryan@keanelawllc.com, alex@keanelawllc.com

James B. Zouras     jzouras@stephanzouras.com, adahl@stephanzouras.com, jortizacosta@stephanzouras.com, kbowers@stephanzouras.com, larbuckle@stephanzouras.com, malmeida@stephanzouras.com

Kenneth Soh    ksoh@kirklinsoh.com, jkirklin@kirklinsoh.com

Ronald Cox    rcox@proffittcox.com, nfisher@proffittcox.com

Jonathan S. Mann    jonm@pittmandutton.com, pdh-efiling@pittmandutton.com

Bobby Saadian    masstorts@wilshirelawfirm.com

Chris T. Hellums    chrish@pittmandutton.com, pdh-efiling@pittmandutton.com, rebeccah@pittmandutton.com

Benjamin A. Bertram (Terminated)    benbertram@bertramgraf.com, bianca@bertramgraf.com

Scott Kehlenbrink    skehlenbrink@jchildresslaw.com

James W. Childress    jchildress@jchildresslaw.com

Kyle Jared Pozan    kpozan@hmelegal.com

Robert John McLaughlin    rmclaughlin@hmelegal.com

Carter David Grant    cgrant@hmelegal.com

Ben Michael Shrader    bshrader@hmelegal.com

Genevieve Mary Zimmerman    gzimmerman@meshbesher.com, hsternquist@meshbesher.com

John Reily Crone    john.crone@andruswagstaff.com, jenni.mobley@andruswagstaff.com

Ashleigh Elizabeth Raso    araso@meshbesher.com, mfrenz@meshbesher.com

David A. Wenner    jen@snyderwenner.com, brian@snyderwenner.com, david@juryscientist.com

Matthew S. Mokwa    mmokwa@maherlawfirm.com, mrayser@maherlawfirm.com

Basil E. Adham    IVC@johnsonlawgroup.com, lhoward@johnsonlawgroup.com

Brian John Perkins    bjp@meyers-flowers.com, kaz@meyers-flowers.com

Joseph Jacob Zonies    jzonies@zonieslaw.com, gbentley@zonieslaw.com, jcox@zonieslaw.com, lrandolph@zonieslaw.com

Michael S. Kruse (Terminated)    kruse@ngklawfirm.com, toth@ngklawfirm.com

Rachel Beth Abrams    rabrams@levinsimes.com, bsund@levinsimes.com, dfleissig@levinsimes.com, jcwilletts@levinsimes.com, jjohnson@levinsimes.com

Henry S Queener (Terminated)    hqueener@queenerlaw.com, stisdale@queenerlaw.com

Daniel S. Gruber    dgruber@gruberlawfirm.com, hmartindale@gruberlawfirm.com, rhernandez@gruberlawfirm.com

Howard A. Snyder    howard@howardsnyderlaw.com, hmartindale@gruberlawfirm.com

Gregory Dalton Bentley     gbentley@zonieslaw.com, jcox@zonieslaw.com, jzonies@zonieslaw.com

Sofia E. Bruera     sofia@brueralaw.com, melanie@brueralaw.com

Donald Patrick McKenna, Jr     don@hwnn.com, lynne@hwnn.com, peggy@hwnn.com

T. Aaron Stringer     aaron@lowelawgroup.com, tastringer@gmail.com

Peyton P. Murphy     peyton@murphylawfirm.com, courtney@murphylawfirm.com, devynn@murphylawfirm.com, kacia@murphylawfirm.com

Margaret M. Branch     mbranch@branchlawfirm.com, afunk@branchlawfirm.com, bleeway@branchlawfirm.com, psanchez@branchlawfirm.com

Jacob A Boyd (Terminated)     jboyd@bencmartin.com, cguerra@bencmartin.com

David B Rheingold     drheingold@rheingoldlaw.com, gcornejo@rheingoldlaw.com

James B Tuttle     jbtesq@nycap.rr.com, barbparker@nycap.rr.com

Christopher M. Houlihan     choulihan@riscassidavis.com, kking@riscassidavis.com, sstokes@riscassidavis.com

Sean J. Stokes     sstokes@riscassidavis.com

Bobby J. Bell, Jr (Terminated)     bob@hollis-wright.com, brooklyna@hollis-wright.com, paigec@hollis-wright.com

Brian Douglas Weinstein (Terminated)     brian@weinsteincaggiano.com, sara@weinsteincaggiano.com, service@weinsteincaggiano.com

Amir M. Kahana     AMK@kahanalaw.com

Charles T. Paglialunga     chuck@phlawfirm.com

Craig Rosenbaum     cr@rosenbaumnylaw.com, ag@rosenbaumnylaw.com, ec@rosenbaumnylaw.com, kk@rosenbaumnylaw.com

Barry D. Levy     bdl@oal-law.com, axf@oal-law.com, cas@oal-law.com

Peter Andrew Miller     pmiller@millerdellafera.org, kroach@millerdellafera.org

Marc D. Portlock     mportlock@stathisleonardis.com, gkapcsandi@stathisleonardis.com

Amanda Washington     amanda@mcglynnglisson.com, roxanne@mcglynnglisson.com

Jim Mac Perdue     jperduejr@perdueandkidd.com, mclinton@perdueandkidd.com, sgarvey@perdueandkidd.com

Stephen Barnett Murray, Jr     smurrayjr@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, dlowell@murray-lawfirm.com, kbeck@murray-lawfirm.com

Robert Roy Luke     legal@lukefirm.com, Lindsey@lukefirm.com, dbarton@bartonlawgroup.com, info@lukefirm.com, lynee@bartonlawgroup.com, robert@lukefirm.com

Daniel Barton     dbarton@bartonlawgroup.com, lea@bartonlawgroup.com

Andrew E. McGraw     amcgraw@levinlaw.com, mgriffin@levinlaw.com

Michael George Phelan     mphelan@phelanpetty.com

Martin P. Schrama     mschrama@stark-stark.com, rpettiford@stark-stark.com, scw@stark-stark.com

Terence John Sweeney     sweeneylawfirm@optonline.net, tsweeneylawfirm@gmail.com

Baird A. Brown     bairdbrownlaw@gmail.com

Melanie J. Garner     mgarner@lockslaw.com, gdanzi@lockslaw.com

Gregory Neil McEwen     gmcewen@mcewenlaw.com, thansen@mcewenlaw.com, tkrager@mcewenlaw.com

John T. Kirtley, III     jkirtley@lawyerworks.com, ivcfiling@lawyerworks.com, molvera@lawyerworks.com

Deborah Palmer     debbie@dkpalmerpllc.com

David Karl May     david@princemay.com, cknowles@cckfirm.com

Anthony James Nemo     tnemo@meshbesher.com, mbrylow@meshbesher.com

John D. Sileo     jack@johnsileolaw.com, amanda@johnsileolaw.com, casey@johnsileolaw.com, noele@johnsileolaw.com

Peter J. Flowers     pjf@meyers-flowers.com, kaz@meyers-flowers.com

David Westcott Bauman (Terminated)     dave@padberglaw.com, cassie@padberglaw.com

Wilfried Hermann Florin     whf@florinroebig.com, CKFlorin@florinroebig.com, DEwing@florinRoebig.com, SCummings@florinroebig.com

Eric Peter Czelusta     eczelusta@florinroebig.com, dewing@florinroebig.com, whf@florinroebig.com

Merritt Elizabeth Cunningham     mcunningham@stagliuzza.com, bwilliams@stagliuzza.com

Michael Stag     mstag@smithstag.com, nmartin@smithstag.com

Andrew J. Hill, III     ahill@bbga.com, 3245663420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Patrick H. Garrard     pgarrard@bbga.com, 4949990420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

James B. Matthews, III     jmatthews@bbga.com, 2616494420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

David Bruce Krangle     dkrangle@alonsokrangle.com, aalonso@alonsokrangle.com

Andres F. Alonso    aalonso@alonsokrangle.com, dkrangle@alonsokrangle.com

Kirk J. Goza    kgoza@gohonlaw.com, ljoyce@gohonlaw.com, mkizine@gohonlaw.com

Brian A Goldstein    brian.goldstein@cellinoandbarnes.com, denise.kinghorn@cellinoandbarnes.com, michael.williams@cellinoandbarnes.com

Fareesh S. Sarangi    fareesh@sarangilaw.com, fareesh.sarangi@gmail.com

Stuart Marshall Salsbury    ssalsbury@salsburysullivanlaw.com, shanley@salsburysullivanlaw.com

Kevin Patrick Sullivan    ksullivan@salsburysullivanlaw.com, shanley@salsburysullivanlaw.com

Kathryn Snapka    ksnapka@snapkalaw.com, agomez@snapkalaw.com, chenderson@snapkalaw.com, dmoreno@snapkalaw.com, nmontez@snapkalaw.com, tthomas@snapkalaw.com

Craig D. Henderson    chenderson@snapkalaw.com, tthomas@snapkalaw.com

Jack E. Urquhart    jurquhart@snapkalaw.com, tthomas@snapkalaw.com

Karolina Sylvia Southard    ksouthard@lawdbd.com, rvanderberg@lawdbd.com

Sean T. Keith    skeith@arkattorneys.com, kitty@arkattorneys.com, mboling@arkattorneys.com

Edward Blizzard    eblizzard@blizzardlaw.com, agreenberg@blizzardlaw.com, jpiper@blizzardlaw.com

William F. Blankenship, III    bill@blankenshiplaw.com, jeanette@blankenshiplaw.com, rachel@blankenshiplaw.com

Oluwaseun Adetoun Adeyemi    masstorts@roxellrichards.com, adeyemiseun89@gmail.com, rr@roxellrichards.com

Roxell Ann Richards    rr@roxellrichards.com, paralegal@roxellrichards.com

Andrew F. Kirkendall    akirkendall@kirkendalldwyer.com, anelson@kirkendalldwyer.com, cmcnabb@kirkendalldwyer.com, twyckoff@kirkendalldwyer.com

Alexander G. Dwyer    adwyer@kirkendalldwyer.com, amith@kirkendalldwyer.com, anelson@kirkendalldwyer.com, twyckoff@kirkendalldwyer.com

John D. Allison    jdallison@eahjlaw.com, kbergland@eahjlaw.com, nikelie@eahjlaw.com

David Randolph Smith    drs@drslawfirm.com, marlena@drslawfirm.com

J. Curt Tanner    ctanner@corywatson.com, ivc@corywatson.com

Nathaniel Kelly Scearcy    nscearcy@potts-law.com, etaylor@potts-law.com

Thomas B. Calvert    tom@calvertaplc.com, carole@calvertaplc.com

Katie Eidson Griffin    katie@sill-law.com, david@sill-law.com, scarl@fulmersill.com

Jeffrey D. Lipman    lipmanlawfirm@aol.com

Amy M. Carter     acarter@sgpblaw.com, 4985426420@filings.docketbird.com, nlewis@sgpblaw.com, tpace@sgpblaw.com

Graham Lee Newman     gnewman@csa-law.com, bsluce@csa-law.com

Robert Bruce Warner     bwarner@wvpersonalinjury.com, pwhitlock@wvpersonalinjury.com

Mark Edward Berns     berns@onderlaw.com, schoemehl@onderlaw.com

Janet Ward Black     jwblack@wardblacklaw.com, jcarter@wardblacklaw.com

Melanie Knies Schmickle     pharma@swmwlaw.com, melanie@swmwlaw.com

Gregory J. Pals     greg@thedriscollfirm.com, melissa@thedriscollfirm.com, tiffany@thedriscollfirm.com

Nathan Arvel Duncan     nathan@dhhlawfirm.com, terra@dhhlawfirm.com

Michael C. Glass     mglass@rapplaw.com, cdonovan@rapplaw.com

Debra J. Humphrey     dhumphrey@bernllp.com, aterron@bernllp.com, jcappelli@bernllp.com, jcouch@bernllp.com, kwang@bernllp.com, pkula@bernllp.com

Christopher Kyle Johnston     kyle@masstortslaw.com, joe@masstortslaw.com

Zachary Paul McFarlane     zmcfarlane@fittslawfirm.com, vmena@fittslawfirm.com

David M. Peterson     dmp@petersonlawfirm.com, csc@petersonlawfirm.com, kps@petersonlawfirm.com, nsc@petersonlawfirm.com

David B. Owen-Jimenez     david@masstortslaw.com, jose@masstortslaw.com

Robert T. Naumes, Jr     bnaumes@jeffreysglassman.com

Julie E. Lamkin     jlamkin@jeffreysglassman.com, jelamkin@gmail.com

Mark R. Niemeyer (Terminated)     niemeyer@ngklawfirm.com, eagan@ngklawfirm.com

David L. Grebel (Terminated)     grebel@ngklawfirm.com

Jeffrey A. Bowersox     jeffrey@bowersoxlaw.com, kim@bowersoxlaw.com

William Rivera-Alvarez     william@masstortslaw.com

Carlos M. Hernandez-Burgos (Terminated)     carlos.h@masstortslaw.com

Sarah Ann Wolter     sarah.wolter@andruswagstaff.com, c.j.cuneo@andruswagstaff.com, darlene.ambrosine@andruswagstaff.com, jenni.suhr@andruswagstaff.com

Kerrianne L. Waters     kwaters@wjnklaw.com, selliott@wjnklaw.com

Christopher J. Spanos     cspanos@wjnklaw.com, gsrevord@wjnklaw.com

Justin E. Dunlap    justin@hotzerunkle.com

Garry Bao Trinh    kimball@bighornlaw.com, evelyn@bighornlaw.com

Charlotte L. Itoh    charlotte@thefinelawfirm.com, patty@thefinelawfirm.com

Karen H. Beyea-Schroeder (Terminated)    karen.schroeder@rburnettlaw.com

Bobby Moak    bobbymoak402@att.net, bmoak@locnet.net

Tracy Cinocca    tcinocca@cinoccalaw.com, kthompson@cinoccalaw.com

Dorothy J. Dohanics    ddohanics@dallashartman.com, schieze@dallashartman.com

Riley L. Burnett, Jr    rburnett@rburnettlaw.com

William Cafaro    bcafaro@cafaroesq.com, abuzin@buzinlaw.com, nduran@cafaroesq.com

Christin Jaye Eaton    christin.eaton@faegrebd.com

John Salvatore Serpe    jserpe@serpejones.com

Adam Weintraub    aweintraub@lchb.com

Patrick J. Condron    thefirm@logganslaw.com

Don Milner Sowers    thefirm@logganslaw.com

Alexandra B. Caggiano    alex@weinsteincaggiano.com, service@weinsteincaggiano.com

Jose Tomas Ballesteros    jose@masstortslaw.com, jballesteros@icloud.com

Craig D. Brown    cdb@meyers-flowers.com, slh@meyers-flowers.com

Kimberly May Brancato    gps@meyers-flowers.com, mcp@meyers-flowers.com, slh@meyers-flowers.com

Lee Paul Mankin    pmankin@paulmankin.com

Terence R. Quinn    terry@goodsellquinn.com, sara@goodsellquinn.com

Richard Joseph Plezia    efile@rplezialaw.com

Alyson Marie Petrick    apetrick@careydanis.com, gcarey@careydanis.com

A. Craig Eiland    ceiland@eilandlaw.com, treagan@eilandlaw.com

Bret Daniel Stanley    bstanley@eilandlaw.com, treagan@eilandlaw.com

Daniel Robert Seidman    dseidman@seidmanlaw.net

Blair Bertram Matyszczyk    blair@bertramgraf.com, afeliciano@bertramgraf.com, bianca@bertramgraf.com, jeremy@bertramgraf.com, kandy@bertramgraf.com

John Paul Mandler    john.mandler@faegrebd.com, kathy.olmscheid@faegrebd.com

Levi M. Plesset    lplesset@mjfwlaw.com, mfox@mjfwlaw.com

Michelle L. Tiger    mtiger@youmancaputo.com, kmcsorley@youmancaputo.com

Wesley A. Bowden    wbowden@levinlaw.com, tgilbert@levinlaw.com

Christina Marie Graziano    cgraziano@hausfeld.com

Shawn Gayland Foster    sfoster@dbjlaw.net, lmcwhorter@dbjlaw.net

Timothy E. Grochocinski    tim@nbafirm.com, kris@nbafirm.com

Todd Mitchell Rubin    trubin@finzfirm.com, 6993700420@filings.docketbird.com, efile@finzfirm.com

Ryan Everett Hodge    hodgelaw@kansaslaw.com, elaine@kansaslaw.com, frontdesk@kansaslaw.com, records@kansaslaw.com, tammy@kansaslaw.com, tricia@kansaslaw.com

Michael Joseph Quillin    quillin@osclaw.com, sutton@osclaw.com

Mark D. Samson    msamson@kellerrohrback.com, kathy-kendrick-5008@ecf.pacerpro.com

Jessica Glitz    jglitz@tautfestbond.com, scarr@tautfestbond.com

Michael G. Guajardo    mike@guajardomarks.com, kaitlyn@guajardomarks.com

Robert J. Evola    roberte@slchapman.com, docket@slchapman.com

Leslie MacLean    lmaclean@waterskraus.com, ddaily@waterskraus.com

Sally R. Bage    sbage@waterskraus.com, ddaily@waterskraus.com

James Craig Buchan    craig.buchan@mcafeetaft.com, anna.deshazo@mcafeetaft.com, shanda.hacker@mcafeetaft.com

William Alton Maxey    will@mbllc.com, katy@mbllc.com

Joseph A. Mooneyham    joe@mbllc.com, brittanie@mbllc.com, katy@mbllc.com, will@mbllc.com

Matthew John Skikos    mskikos@skikos.com, dsimon@skikos.com, jtucci@skikos.com

Kimberlyann A. Robards    kimrobards@spencer-law.com, liceasims@spencer-law.com

David L. Augustus    davidaugustus@spencer-law.com, liceasims@spencer-law.com

Clifford Alan Rieders    crieders@riederstravis.com, dbueno@riederstravis.com

Robert Louis Kinsman    robert@krauseandkinsman.com, marie@krauseandkinsman.com

Laura Greene Lumaghi    laura@dowdlaw.net

Michael B. Leh    mleh@lockslaw.com, ahouchins@lockslaw.com, jgalzarano@lockslaw.com

Joshua D. Christian    jchristian@christiananddavis.com, lmcquiddy@christiananddavis.com

Gabriel M Mendoza    gmendoza@eastonlawfirm.com, ealmaraz@eastonlawfirm.com

Melissa Fry Hague    hague@lawgsp.com, puzzella@lawgsp.com

Gregory Steven Spizer    gspizer@anapolweiss.com, edelvalle@anapolweiss.com

Katharine Gale Krottinger    katy@monsourlawfirm.com, jennifer@monsourlawfirm.com

Ashton Rose Smith    ashton@moorelawgroup.com, kara@moorelawgroup.com

Kristen Kyle Barton    kbarton@thegomezfirm.com, nstoneman@thegomezfirm.com

Fred Thompson, III    fthompson@motleyrice.com, mbessis@motleyrice.com

Nancy Ann Mismash    nmismash@robertdebry.com, lharper@robertdebry.com

David J. Diamond    ddiamond@goldbergandosborne.com, khampton@1800theeagle.com

Joseph H. Saunders    joe@saunderslawyers.com, efrem@saunderslawyers.com

Robert Kirtley Finnell    cook-ivc@finnellfirm.com

Llonyddwch Rhyddid Watkins    lrw@martinhild.com, knh@martinhild.com

Rodrigo R. de Llano    rod@dandell.com, ivc@dandell.com

Robert J. Binstock    bbinstock@reichandbinstock.com, atorres@reichandbinstock.com, mephron@reichandbinstock.com

Christian Peters Fannin    cfannin@kreindler.com

Denman Hilton Heard    denman@heardlawfirm.com, bprice@heardlawfirm.com, dramirez@heardlawfirm.com

Alex Jerome Brown    alex.brown@lanierlawfirm.com

Christopher James Baker    cjbaker@heardlawfirm.com, dramirez@heardlawfirm.com

Lisa Ann Gorshe    lgorshe@johnsonbecker.com, edusbabek@johnsonbecker.com

John H. Allen, III    trey@allennolte.com, bwiginton@allennolte.com, jnolte@allennolte.com

Omar Mark Zamora    mark@markzamora.com, cara@markzamora.com, kristia@orlandofirm.com

Chad C. Lucas    chad@kuhlmanlucas.com, brian@kuhlmanlucas.com, kehl@kuhlmanlucas.com, kelly@kuhlmanlucas.com

Maria Schiuma Fischer    maria@ddpalaw.com, service@ddpalaw.com

James Russell Segars, III    tripp@diazlawfirm.com

Brandon Lightfoot Rich    brich@lawdbd.com, rsanpedro@lawdbd.com

William Henry Barfield    bill@mcdonaldworley.com, scott@mcdonaldworley.com, trina@mcdonaldworley.com, williambarfield@icloud.com

Mark E. Stephenson    mes@tsohiolaw.com, firm@tsohiolaw.com

Paul T. Boudreaux    paul@rrbok.com, kelly@rrbok.com

Arati Chauhan Furness    afurness@fnlawfirm.com, cnakagai@fnlawfirm.com

Martin G. Rubenstein    rubenstein@levybaldante.com, egemberling@levybaldante.com

Roger L. Mandel    rmandel@jeevesmandellawgroup.com, khill@jeeveslawgroup.com

Caroline Underwood Hollingsworth    caroline@hgdlawfirm.com

Nicole Marie Martell    service@ddpalaw.com, nicole@ddpalaw.com

Hadley L. Matarazzo    hmatarazzo@faraci.com, tzukoski@faraci.com

Halli D. Cohn    halli.cohn@troutman.com, katherine.keranen@troutman.com

Eric Michael Friedman    eric.friedman@faegrebd.com, Sherri.Gahagen@FaegreBD.com

Calle Marie Mendenhall    cmendenhall@frplegal.com, calle@frplegal.com, cisbell@frplegal.com

Anthony Scott Godfrey    agodfrey@bencmartin.com, cguerra@bencmartin.com

Laura J. Baughman    lbaughman@martinbaughman.com, AWILSON@baronbudd.com, cguerra@bencmartin.com, cguerra@martinbaughman.com, spierce@baronbudd.com

Sander Esserman    esserman@sbep-law.com, cguerra@bencmartin.com, moore@sbep-law.com

Grant Lavalle Davis    gdavis@dbjlaw.net, khensley@dbjlaw.net, mnolte@dbjlaw.net

Thomas Edward Florek    tflorek@florekmorganlaw.com, thomasfloreklaw@gmail.com

Laci Marie Whitley    lwhitley@flintlaw.com, jgrumke@flintlaw.com, stacy@flintlaw.com

Stuart F. Cubbon    stucubbon@cubbon.com, vcase@cubbon.com

Jerard M. Scanland    jscanland@milawoffices.com

Carolyn J. Cuneo    cj.cuneo@andruswagstaff.com, ivcfiling@andruswagstaff.com

Misty Ann Farris    mfarris@fnlawfirm.com, cguerra@bencmartin.com

Scott R. Seideman    sseid@seidlaw.com, mhoppe@seidlaw.com

Christopher W. Dysart     cdysart@dysart-law.com, dfranklin@dysart-law.com, mduffy@dysart-law.com, rspeichinger@dysart-law.com

Lloyd W. Gathings, II     lgathings@gathingslaw.com, arice@gathingslaw.com

Jason J. Joy     jason@jasonjoylaw.com, service@jasonjoylaw.com

Constantine P. Venizelos     dean@constantllp.com

Keely Ann Perdue     keely@christiansenlaw.com

Bryant A. Fitts     bfitts@fittslawfirm.com, chernandez@fittslawfirm.com, cshufelt@fittslawfirm.com, mhardy@fittslawfirm.com, paralegal@fittslawfirm.com

Sindhu S. Daniel     sdaniel@baronbudd.com, arol@baronbudd.com, awilson@baronbudd.com, chguerra@baronbudd.com

Chad K. Florin     ckflorin@florinroebig.com, dewing@florinroebig.com, scummings@florinroebig.com, whf@florinroebig.com

Shaun M. Cummings     scummings@florinroebig.com, ckflorin@florinroebig.com, dewing@florinroebig.com, whf@florinroebig.com

Marc J. Bern     mbern@bernllp.com, dhumphrey@bernllp.com

Chelsea Elizabeth Dickerson     cdickerson@dickersonoxton.com

Devin Arthur Lowell     dlowell@murray-lawfirm.com

Kimball Jones     kimball@bighornlaw.com, evelyn@bighornlaw.com

Jesse A. Drumm     jdrumm@fridaylaw.com, bmorrison@fridaylaw.com

Peter D. Friday     pfriday@fridaylaw.com, bmorrison@fridaylaw.com

John W. Chwarzynski, Jr     thefirm@logganslaw.com

**1:14-ml-02570-RLY-TAB Notice has not been electronically mailed to:**

BARD PERIPHERAL VASCULAR, INC.

C.R. BARD, INC.

COOK CANTON, LLC

COOK DENMARK HOLDING APS

COOK POLYMER TECHNOLOGY

DOES I-XXX

RAPID CITY REGIONAL HOSPITAL, INC.

ROE CORPORATIONS XXI-XL

ANDREA MADDOCK

ANNIE JOHNSON

Adam Daniel Pollock
Serpe Jones Andrews Callender & Bell
2929 Allen Parkway
Suite 1600
Houston, TX 77019

Anna Emem Imose
McAfee & Taft (Tulsa)
TWO W SECOND ST STE 1100
TULSA, OK 74103

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

BAILIE DAVIS

BESSIE BELL

BEVERLY FOSTER

BILL MILLER

Benjamin Robert Couture
WEINSTEIN COUTURE PLLC
601 UNION STREET, SUITE 2420
SEATTLE, WA 98101

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.

474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

C Timothy Reynolds
Steed Dunnill Reynolds Bailey Stephenson LLP
One Horizon Ridge
1010 W Ralph Hall Pkwy, 2nd Floor
Rockwall, TX 75032

CARLENE E COVINGTON

CYNTHIA GUZMAN

Caleb B. David
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339

Caleb Hoff Didriksen , III
Didriksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

Carl A Woods , III
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Carrie R. Capouellez
LOPEZ MCHUGH LLP
214 Flynn Avenue
Moorestown, NJ 08057

Cassidy M. Stalley
Lynn, Jackson, Shultz & Lebrun, PC
PO Box 8250
Rapid City, SD 57709-8250

Christian F Pereira
Christian F Pereira Law Offices
249 East Ocean Boulevard Suite 814
Long Beach, CA 90802

Christopher Lashier

Christopher Jordon Nassar
Rodolf & Todd
401 S BOSTON AVE STE 2000
TULSA, OK 74103

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

DANIEL CANNON

DONALD K RUFFING, SR

DONNA GRACE STEPHENS

DOROTHY CUSHLEY

David Carl Anderson
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

David Lewis Shuman
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339

Debra Tedeschi Varner
MCNEER HIGHLAND MCMUNN & VARNER
P. O. Drawer 2040
Clarksburg, WV 26302-2040

ENOCH SURLES

Emily A. Kolbe
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600

Des Moines, IA 50309

Ephraim Samuel Geisler
Aylstock, Witkin, Kreis & Overholtz, Pllc
17 East Main Street
Suite 200
Pensacola, FL 32502

Evan M Zucker
BARON AND BUDD PC
15910 Ventura Boulevard Suite 1600
Encino, CA 91436

GREGORY DENTON

HEIDI OUBRE

HOLLY MCKEITHEN

Heather K. D'Onofrio
THE D'ONOFRIO FIRM
10 BEATTY ROAD
SUITE 200
MEDIA, PA 19063

Howard D Ruddell
Faegre Baker Daniels LLP
11766 Wilshire Boulevard Suite 750
Los Angeles, CA 90025

Iveliz Lizy Cardenas-Santiago
Matthews Assoc
2905 Sackett St
Houston, TX 77098

JAMES SEAL

JENNIE CASTROMAN

JERRY D. IKNER

JESSICA REYNOLDS

JESUS GUTIERREZ

JOANN BOZE


JOHN CORNEW
409 E Maple Ave
Lindenwold, NJ 08021

JUAN CORSINO


James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129-

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Jennifer M Andrews
Naman Howell Smith & Lee LLC
306 Wst 7th Street, Suite 405
Fort Worth, TX 76102-4911

John F McCormick , Jr
Sherwood & McCormick
15 W 6TH ST STE 2112
TULSA, OK 74119

John Pinckney Harloe , III
FREESE & GOSS PLLC
3031 Allen Street
Dallas, TX 75204


Johnny Johnson


Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Julie L. Rhoades
ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND

800 Commerce St.
Houston, TX 77002


KAREN HOLLOWAY


KEVIN BANKS


KIMBERLY ROBERTS
22 Pine Street
Mt. Holly, NJ 08060

Kevin L. Edwards
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street
Suite 100
Dallas, TX 75204

LEOBARDO LOPEZ GUZMAN


Leslee Nicole Haas
Johnson, Trent & Taylor, LLP
919 Milam
Suite 1700
Houston, TX 77002

Lizy Santiago
ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND
800 Commerce St.
Houston, TX 77002

Lonnie R. Braun
Thomas Braun Bernard & Burke, LLP
4200 Beach Drive
Suite 1
Rapid City, SD 57702

MARK ANTHONY MASON


MARTHA FERNANDEZ


MICHAEL BRANHAM


Marc G. Cowden
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

Matthew Dumont Clark
FAEGRE BAKER DANIELS LLP (CO)
3200 WELLS FARGO CENTER
1700 LINCOLN ST
DENVER, CO 80203

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Maya G Brenes
Brenes Law Group PC
16A Journey Suite 200
Long Beach, CA 90802

Michael Anthony Secret
MCNEER HIGHLAND MCMUNN & VARNER
P. O. Drawer 2040
Clarksburg, WV 26302-2040

Michael Franklin Smith
McAfee & Taft (Tulsa)
TWO W SECOND ST STE 1100
TULSA, OK 74103

Michael G. Daly
POGUST BRASLOW & MILLROOD LLC
161 Washington Street
Suite 940
Conshohocken, PA 19428

Michael Lee Carr
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

NATHAN HADDAD

Nathaniel Thomas Smith
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Nicholas Graham

Lopez McHugh LLP
100 Bayview Circle
Suite 5600
Noewport Beach, CA 92660

Nicole G Andrews
Serpe Jones Andrews Callender & Bell
2929 Allen Parkway
Suite 1600
Houston, TX 77019

Ora Meriedy

PAULA PETERSEN

Patricia Ashford

Paula McDaniel

Pedro de la Cerda
Edwards and de la Cerda PLLC
3031 Allen Street Suite 100
Dallas, TX 75204

Peter De La Cerda
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street, Suite 100
Dallas, TX 75204

Peter S. Christiansen
Christiansen Law Offices
810 S. Casino Center Boulevard
Suite 104
Las Vegas, NV 89101

Philip Sholtz
THE DRISCOLL FIRM, P.C.
211 N. Broadway
40th Floor
St. Louis, MO 63102

R. Todd Terry
Christiansen Law Offices
810 S. Casino Center Boulevard
# 104
Las Vegas, NV 89101

RONALD G. FETCHKO

RYBURN V. ANDERSON

Randall Howard Stefani
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309

Rhett Conlon Parker
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311

Richard A Capshaw
Capshaw & Associates
3500 Maple Avenue, Suite 1100
Dallas, TX 75219

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

Robert R. Hearn
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311

Roland K Tellis
BARON AND BUDD PC
15910 Ventura Boulevard Suite 1600
Encino, CA 91436

SANDRA MICHEAU

SHAN TAYLOR

SHARON J. ARDIZZONE

Sharon Carlstedt Britton
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311

Steven Ernest Holden
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

Steven J. Oberg
Lynn, Jackson, Shultz & Lebrun, PC
PO Box 8250
Rapid City, SD 57709-8250

Steven R. Maher
MAHER GUILEY AND MAHER
631 West Morse Blvd., #200
Winter Park, FL 32789

TERESA MONZELL PENDLETON

TERRY WARR

TIMOTHY BEASLEY

TRALVE W. BASS

Tarifa Belle Laddon
Faegre Baker Daniels LLP
11766 Wilshire Boulevard Suite 750
Los Angeles, CA 90025

Theodore Clayton Sherwood
Sherwood & McCormick
15 W 6TH ST STE 2112
TULSA, OK 74119

Thomas Meriedy

Tim K Goss
Freese & Goss PLLC
3500 Maple Ave., Suite 1100
Dallas, TX 75219
United Sta

Timothy C Bolton
Law Offices of Ben C. Martin
3710 Rawlins Street
Suite 1230
Dallas, TX 85219

Timothy P. Lupardus
LUPARDUS LAW OFFICE
P. O. Box 1680
Pineville, WV 24874-1680

VINCENT WALTON


W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

W. Douglas Easton
Easton & Easton, LLP
650 Town Center Drive
Suite 1850
Costa Mesa, CA 92626

WILLIAM COOK EUROPE APS


WILLIAM BENTON EDWARDS


Wilnar Jeanne Julmiste
ANDERSON GLENN LLP - BOCA RATON FL
2201 NW Corporate Blvd
STE 100
Boca Raton, FL 33431

**1:18-cv-03700-RLY-TAB Notice has been electronically mailed to:**

**1:18-cv-03700-RLY-TAB Notice has not been electronically mailed to:**

**1:18-cv-03910-RLY-TAB Notice has been electronically mailed to:**

**1:18-cv-03910-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00057-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00057-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00060-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00060-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00070-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00070-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00072-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00072-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00073-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00073-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00074-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00074-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00089-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00089-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00092-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00092-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00093-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00093-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00097-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00097-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00101-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00101-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00119-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00119-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00124-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00124-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00140-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00140-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00144-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00144-RLY-TAB Notice has not been electronically mailed to:**

COOK INCORPORATED

COOK MEDICAL LLC

WILLIAM COOK EUROPE APS

**1:19-cv-00165-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00165-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00168-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00168-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00170-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00170-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00232-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00232-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00294-RLY-TAB Notice has been electronically mailed to:**

Paul L. Stoller     felice.wortman@drlawllp.com

**1:19-cv-00294-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00510-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00510-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00899-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00899-RLY-TAB Notice has not been electronically mailed to:**

COOK INCORPORATED


COOK MEDICAL LLC


WILLIAM COOK EUROPE APS

**1:19-cv-00904-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00904-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00905-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00905-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-00961-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-00961-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01010-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01010-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-06097-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-06097-RLY-TAB Notice has not been electronically mailed to:**

COOK GROUP, INC.

COOK INCORPORATED

COOK MEDICAL INCORPORATED

WILLIAM COOK EUROPE APS

**1:19-cv-01101-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01101-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01132-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01132-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01209-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01209-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01212-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01212-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01256-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01256-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01337-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01337-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01340-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01340-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01341-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01341-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01358-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01358-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01401-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01401-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01412-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01412-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01414-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01414-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01429-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01429-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01434-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01434-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01614-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01614-RLY-TAB Notice has not been electronically mailed to:**

**1:19-cv-01623-RLY-TAB Notice has been electronically mailed to:**

**1:19-cv-01623-RLY-TAB Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=7/24/2019] [FileNumber=6490932-0]
[b37355f3b258f189d336a29885f235911a0b8a6324a945caa56753be7f3e2641b7594
17c6a791df2dbd8f80ceca5edb225538d422b8ba027fd81fb7556c848b4]]