IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
David McDermitt and Carol McDermitt, 1:18-cv-00946

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Carol McDermitt and Defendants, Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS, hereby stipulate that Plaintiff Carol McDermitt's claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

By: /s/ Stuart L. Goldenberg
Stuart L. Goldenberg
Marlene J. Goldenberg
GOLDENBERG LAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN  55402
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

*Attorneys for Plaintiff*

Dated:  February 3, 2020

By: */s/ Jessica Benson Cox*
FAEGRE BAKER DANIELS LLP
Jessica Benson Cox
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
Email: Jessica.Cox@FaegreBD.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated:  February 3, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Stuart L. Goldenberg
Stuart L. Goldenberg