# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
David McDermitt and Carol McDermitt, 1:18-cv-00946

## **ORDER**

Considering the parties' Stipulation of Dismissal With Prejudice of Plaintiff Carol McDermitt.

IT IS HEREBY ORDERED, ADJUDGE AND DECLARED that all claims of Plaintiff Carol McDermitt against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS in the above-captioned case are dismissed with prejudice, with each party to bear its own costs. All claims of Plaintiff David McDermitt remain open and unaffected by this Order.

Signed this _____ day of _____, 2020.

_____
Honorable Richard L. Young
United States District Court Judge