UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### ORDER

On January 13, 2020, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed their Agreed Motion for Extension of Time to Respond to Plaintiffs' Motion for Reconsideration of the Court's Order Applying Indiana Choice of Law to Direct-Filed Cases. The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook Defendants' Motion.

IT IS THEREFORE ORDERED that the Cook Defendants' Response (dkt 12703) to Plaintiffs' Motion for Reconsideration of the Court's Order Applying Indiana Choice of Law to Direct-Filed Cases is deemed timely filed.

SO ORDERED this day of 4th day of February, 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record