IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to the Following Action Only:

David McDermitt and Carol McDermitt
1:18-cv-00946

**ORDER GRANTING COOK DEFENDANTS' AMENDED MOTION TO CONDUCT
CERTAIN DISCOVERY BEYOND FACT DISCOVERY DEADLINE**

Defendants Cook Incorporated, Cook Medical, LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants"), by counsel, filed a Motion To Conduct Certain Discovery Beyond the Fact Discovery Deadline, on or before February 5, 2020. Having considered the Cook Defendants' motion and being duly advised, the Court now GRANTS the Cook Defendants' motion.

IT IS THEREFORE ORDERED that the parties may conduct the following depositions on or before **February 5, 2020**: (1) Mrs. Carol McDermitt and any other family members or other damages witnesses who are designated to testify at trial on behalf of Plaintiff; (2) Plaintiff's treating physician, Todd Biggerstaff, M.D. (completed on December 9, 2019); and (3) Custodians of record as needed to establish admissibility of Plaintiff's medical records.

IT IS FURTHER ORDERED that the Cook Defendants may continue to conduct discovery up to and through February 5, 2020 regarding Plaintiff David McDermitt's claim that the subject IVC filter caused him to experience a deep vein thrombosis ("DVT").

Dated: 2/04/2020

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**DISTRIBUTION TO:**

**ALL PARTIES OF RECORD**