# UNITED STATES DISTRICT COURT
Southern District of Indiana

Submit by E-Mail

Save for E-Filing

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   ) 1:14-ml-2570-RLY-TAB (AND APPLICABLE
)  MEMBER CASES)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | | |
| **Law Firm, Company, and/or Agency:** | Faegre Baker Daniels LLP | Faegre Drinker Biddle Reath LLP |
| **Address:** | | |
| **Primary E-mail:** | eldin.hasic@faegrebd.com | eldin.hasic@faegredrinker.com |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | | |
| **Facsimile:** | | |

Date: 02/05/2020                              s/ Eldin Hasic

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.