IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:19-cv-04809 | 1:20-cv-00334 |
| 1:19-cv-04914 | 1:20-cv-00335 |
| 1:19-cv-05044 | 1:20-cv-00336 |
| 1:20-cv-00316 | 1:20-cv-00337 |
| 1:20-cv-00317 | 1:20-cv-00338 |
| 1:20-cv-00318 | 1:20-cv-00340 |
| 1:20-cv-00319 | 1:20-cv-00344 |
| 1:20-cv-00326 | 1:20-cv-00351 |
| 1:20-cv-00327 | 1:20-cv-00368 |
| 1:20-cv-00330 | 1:20-cv-00373 |
| 1:20-cv-00332 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   February 5, 2020          /s/ Kip S. M. McDonald
                                   Andrea Roberts Pierson (# 18435-49)
                                   Kip S. M. McDonald (# 29370-49)
                                   FAEGRE DRINKER BIDDLE & REATH LLP
                                   300 North Meridian Street, Suite 2500
                                   Indianapolis, Indiana 46204
                                   Telephone: (317) 237-0300
                                   Facsimile: (317) 237-1000
                                   E-Mail: andrea.pierson@faegredrinker.com
                                   E-Mail: kip.mcdonald@faegredrinker.com

US.120263840.01

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              /s/ Kip S. M. McDonald

US.120263840.01