UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) )  1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) ) |
| This Document Relates to: | ) |

1:19-cv-03358; 1:19-cv-03672; 1:19-cv-03699; 1:19-cv-03858;
1:19-cv-04169; 1:19-cv-04196; 1:19-cv-04198.

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO PROVIDE PPS (Dkt. 12530)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") has not been submitted.

Accordingly, Cook's Motion to Dismiss is **GRANTED** as to the following cases:

| | | |
|---|---|---|
| 1. | Reidy, John | 1:19-cv-03358 |
| 2. | Sargent, Kevin | 1:19-cv-03672 |
| 3. | Valdez, Carmen | 1:19-cv-03699 |
| 4. | Crawford, Phillip | 1:19-cv-03858 |
| 5. | Nunez, Richard | 1:19-cv-04169 |
| 6. | Garnett, Joey | 1:19-cv-04196 |
| 7. | Bevins, Jennifer | 1:19-cv-04198 |

All parties shall bear their own fees and costs.

**SO ORDERED** this 5th day of February 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.