IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
    1:19-cv-01824-RLY-TAB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the following Plaintiff:

    Kramer, Patricia E.

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ Douglass A. Kreis
    Douglass A. Kreis
    AYLSTOCK, WITKIN, KREIS &
        OVERHOLTZ, PLLC
    Email: DKreis@awkolaw.com
    17 East Main Street, Suite 200
    Pensacola, Florida 32502
    Phone: (850) 202-1010
    Facsimile: (850) 916-7449
    *Counsel for Plaintiff*