UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
**All Cases**

### NOTICE OF CHANGE OF CONTACT INFORMATION PROVIDED IN AMENDED CASE MANAGEMENT ORDER NO. 6

Please be advised of the following changes in contact information provided in Case Management Order No. 6:

I. <u>Service of Short Form Complaints</u>

*Previous Information:*  *New Information:*
CookFilterMDL@FaegreBD.com   CookFilterMDL@FaegreDrinker.com

II. <u>Service of Plaintiffs Fact Sheet, Plaintiffs Profile Form, Executed Medical Authorizations, Medical Records and Other Responsive Documents.</u>

*Previous Information:*  *New Information:*
CookFilterMDL@FaegreBD.com   CookFilterMDL@FaegreDrinker.com

*Previous Upload Information:*

https://sft.faegrebd.com/envelope/CookFilterMDL

*New Upload Information:*

https://sft.faegredrinker.com/envelope/CookFilterMDL

A proposed Second Amended Case Management Order No. 6, including the changes outlined above, will be proposed for entry by the Court.

US.126667432.01

Dated: February 6, 2020

        Respectfully Submitted,

        /s/ Andrea Roberts Pierson
        Andrea Roberts Pierson, Co-Lead Counsel
        Jessica Benson Cox
        FAEGRE DRINKER BIDDLE & REATH LLP
        300 North Meridian Street, Suite 2500
        Indianapolis, Indiana 46204
        Telephone: (317) 237-0300
        Andrea.Pierson@FaegreDrinker.com
        Jessica.Cox@FaegreDrinker.com

        James Stephen Bennett, Co-Lead Counsel
        FAEGRE DRINKER BIDDLE & REATH LLP
        110 W. Berry Street, Suite 2400
        Fort Wayne, Indiana 46802
        Telephone: (260) 424-8000
        Stephen.Bennett@FaegreDrinker.com

        *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2020, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson

US.126667432.01