IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to the Following Actions:

1:19-cv-03858; 1:19-cv-03993; 1:19-cv-04074; 1:19-cv-04134;
1:19-cv-04196; 1:19-cv-04198

_____

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO SERVE CASE CATEGORIZATION FORM (DKT. 12501)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Revised Second Amended Order Regarding Case Categorization Forms, Cooks' Motion to Dismiss is **DENIED AS MOOT** as to the following plaintiffs as their cases were previously dismissed pursuant to Dkt. 12767:

1. Crawford, Phillip           1:19-cv-03858
2. Garnett, Joey               1:19-cv-04196
3. Bevins, Jennifer            1:19-cv-04198

The following cases have submitted a Categorization Form following the filing of Cook's motion to dismiss and, therefore, Cook's motion is **DENIED**:

1. Shelton, Christopher        1:19-cv-03993
2. Booth, Cheryl               1:19-cv-04074
3. Scott, Sinnia               1:19-cv-04134

All parties shall bear their own fees and costs.

**SO ORDERED** this 6th day of February 2020.

                                                               _____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.