## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **TRACY BRYANT AND CHARLES BRYANT, JR.** ) | **MDL No. 1:14-ml-2570-RLY-TAB** |
| ) | **MDL No. 2570** |
| ) | |
| **v.** ) | |
| ) | |
| **COOK INCORPORATED;** ) | **Civil Case No. 1:19-cv-4985-RLY-TAB** |
| **COOK MEDICAL LLC;** ) | |
| **WILLIAM COOK EUROPE APS** ) | |

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure

and the Seventh Amendment of the U.S. Constitution.


Dated:  February 7, 2020                         Respectfully submitted,

/s/ *C. Calvin Warriner, III*
C. Calvin Warriner, III
Florida Bar No.  374131
ccw@searcylaw.com
Searcy Denney Scarola Barnhart
& Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL  33409
Phone:  561-686-6300

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.


*/s/ C. Calvin Warriner, III*
C. Calvin Warriner, III