IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Jeanette Pelt:

Civil Case #: 1:19-cv-00860-RLY-TAB

## ORDER

Pursuant to the agreement between the Parties reflected in Plaintiff's Motion for Leave to Amend Complaint, and finding good cause therefore, it is hereby ORDERED that:

1. Plaintiff is hereby granted leave to file an Amended Short Form Complaint that was attached to his Motion;

2. The Clerk of the Court is directed to file the Amended Short Form complaint into the record in this matter.

Date: 2/7/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.