IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

DAVID MARITCH

Civil Case #1:16-cv-01092

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED**, and Ronald

Maritch, on behalf of the Estate of David Maritch, is substituted as Plaintiff in the above referenced

action. Plaintiff's Amended Complaint is deemed filed as of the date of this order.

Date: 2/7/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.