IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Shauneika Ray

Civil Case #1:18-cv-2280

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Shauneika Ray

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Georgia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Georgia

6. Plaintiff's/Deceased Party's current state of residence:

   Georgia

7. District Court and Division in which venue would be proper absent direct filing:

   Georgia Northern District Court

8. Defendants (check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 through 28, inclusive.

   b. Other allegations of jurisdiction and venue:

-2-

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Gunther Tulip® Vena Cava Filter
- ☑ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    September 24, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Atlanta Medical Center, 303 Parkway Drive, N.E., Atlanta, GA 30312

13. Implanting Physician(s):

    Dr. Barry F. Jeffries

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☑ Count I:   Strict Products Liability – Failure to Warn
    - ☑ Count II:  Strict Products Liability – Design Defect

☑ Count III: Negligence

☑ Count IV: Negligence Per Se

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable  Georgia  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☑ Count XII: Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

-4-

15. Attorney for Plaintiff(s): Eric M. Terry and Tor A. Hoerman

16. Address and bar information for Attorney for Plaintiff(s):

    Eric M. Terry, Illinois Bar No. 6282169
    Tor A. Hoerman, Illinois Bar No. 6229439
    TorHoerman Law LLC
    210 S. Main Street
    Edwardsville, IL 62025

17. Jury Trial demanded for all issues so triable?

    ☑ Yes

    ☐ No

RESPECTFULLY SUBMITTED this  8th   day of  November 2018         .

                              **TORHOERMAN LAW LLC**

                              By:   */s/Eric M. Terry*
                                  Eric M. Terry, Illinois Bar No. 6282169
                                  Tor A. Hoerman, Illinois Bar No. 6229439
                                  **TORHOERMAN LAW LLC**
                                  210 S. Main Street
                                  Edwardsville, IL 62025

                              *Attorneys for Plaintiffs*