# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE TIM A. BAKER |
| ) | |

**This Document Relates to:**
*CLARK v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:18-CV-01715*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party and Amend Complaint finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Crystal Clark, on behalf of the Estate of Billy W. Clark Jr., is substituted for Plaintiff Billy W. Clark Jr., in the above captioned cause. The Amended Complaint shall be deemed filed as of the date of this order.

Date: 2/7/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.