UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) ) |
| This Document Relates to: 1:18-cv-03627 (Nancy Wilson) | ) ) |

**ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION (Dkt. 11362)**

Having considered Plaintiffs' Request for Reconsideration of the Court's Order Dismissing Plaintiffs' Claim for Failure to Submit a Completed Plaintiff Profile Sheet, the Court concludes the Motion should be granted as Plaintiff had submitted the required Plaintiff Profile Sheet. Plaintiffs' Motion therefore is **GRANTED** and the Clerk is directed to reinstate Cause No. 1:18-cv-03627.

**SO ORDERED** this 7th day of February 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1