SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
BONNIE ELAZAB and DEAN ELAZAB

CIVIL CASE # 1:17-cv-00417-RLY-TAB

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO SPECIFICALLY SUPPLEMENT MOTION FOR RECONSIDERATION
WITH AFFIDAVITS OF BEN MARTIN AND MICHAEL HEAVISIDE**

On this day, the Court considered Plaintiffs', Bonnie Elazab and her husband Dean Elazab's, Motion for Leave to Specifically Supplement Motion for Reconsideration with the Affidavits of Ben Martin and Michael Heaviside. After considering the Motion, the Court finds that the Motion should be GRANTED. It is therefore;

ORDERED that Plaintiffs', Bonnie Elazab and her husband Dean Elazab's, original Motion for Reconsideration supplemented with the Affidavit of Ben Martin (Docket No. 11420), as well as the Affidavit of Michael Heaviside (Docket No. 11421), which were filed on July 23, 2019, is hereby GRANTED.

Date: 2/7/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.