# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Megan Chambers*, 1:16-cv-06031-RLY-TAB

## COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF CHAMBERS' MOTION TO REMAND

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for an extension of the deadline to file a response in opposition to Plaintiff Chambers' Motion to Remand (Dkt. 12730). In support of this Motion, Cook Defendants state:

1. On January 30, 2020, Plaintiff Chambers filed her Motion to Remand (Dkt. 12730).

2. Pursuant to Local Rule 7-1(c)(3)(A), the deadline for Cook Defendants to respond to Plaintiffs' motion is February 13, 2020.

3. Due to the complexity and importance of the issues raised in Plaintiff's motion, Cook Defendants request that the Court extend the deadline for their response to **February 20, 2020**.

4. Cook Defendants have reached out to Plaintiff Chambers' counsel multiple times regarding this Motion, but counsel has yet to respond.

1

US.126673051.01

WHEREFORE, Cook Defendants respectfully request that the Court grant their Motion to extend the deadline for filing their response to Plaintiff Chambers' Motion to Remand to **February 20, 2020**.

Dated:  February 10, 2020

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:    (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:    (260) 424-8000
Stephen.Bennett@faegredrinker.com

*Attorneys for the Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2020, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*