IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Megan Chambers*, 1:16-cv-06031-RLY-TAB

### NOTICE OF PLAINTIFF CHAMBERS' AGREEMENT TO COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully notify the Court that counsel for Plaintiff Chambers has agreed to the proposed extension in Cook Defendants' Motion for Extension of Time to Respond to Plaintiff Chambers' Motion to Remand (Dkt. 12794). Accordingly, Cook Defendants' motion is now an agreed motion for extension of time.

| | |
|---|---|
| Dated: February 10, 2020 | /s/ *Andrea Roberts Pierson*<br>Andrea Roberts Pierson, Co-Lead Counsel<br>Jessica Benson Cox<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Andrea.Pierson@faegredrinker.com<br>Jessica.Cox@faegredrinker.com<br><br>James Stephen Bennett, Co-Lead Counsel<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>110 West Berry Street, Suite 2400<br>Fort Wayne, Indiana 46802<br>Telephone: (260) 424-8000<br>Stephen.Bennett@faegredrinker.com<br><br>*Attorneys for the Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS* |

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2020, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ *Andrea Roberts Pierson*