UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) )     1:14-ml-02570-RLY-TAB |

**Entry from Status Conference held February 7, 2020**

**Before the Hon. Richard L. Young, Judge**

The parties appear for the status conference set this date. Plaintiffs appear by Joe Williams, Ben Martin, Mike Heaviside and Charles Siegel. Stuart Goldenberg appears by phone; Defendants appear by Andrea Pierson and Steve Bennett .

Agenda items were discussed. Rulings and scheduling items will be issued by separate order.

Distributed Electronically to Registered Counsel of Record