UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    MICHAEL SHIELDS
    1:19-cv-02850

## ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATON

This matter is before the Court on Plaintiff's Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims for Failure to Provide Plaintiff Profile Sheets. The Court, having been duly advised, now GRANTS the Motion, finding that it was made for good cause.

**IT IS, THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Reconsideration is **GRANTED**.

SO ORDERED this _____ day of February 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1