UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

David McDermitt and Carol McDermitt
1:18-cv-00946

**COOK DEFENDANTS MOTION FOR
SUMMARY JUDGMENT—STATUTE OF REPOSE**

The Cook Defendants[1] respectfully move the Court to enter summary judgment on all of Plaintiff David McDermitt's claims against them. The Cook Defendants are entitled to summary judgment on Plaintiff's claims on the grounds that there is no genuine issue of material fact and the Cook Defendants are entitled judgment as a matter of law. Specifically:

1. Plaintiff's product-based claims (Strict Products Liability-Failure to Warn, Strict Products Liability-Design Defect, Negligence, Negligence Per Se, and Breach of Implied Warranty) fail as a matter of law because they are barred by Indiana's statute of repose, Ind. Code § 34-20-3-1;

2. Plaintiff's claims based on breach of warranty of fitness for a particular purpose and breach of express warranty fail as a matter of law because Plaintiff was not in privity with any of the Cook Defendants;

3. Plaintiff's claim based on alleged Violation of Ohio Rev. Code. Ann. § 1345.01

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants").

- 2 -

      fails as a matter of law because none of the claimed offending conduct occurred in the state of Ohio; and

4. Plaintiff's claim for punitive damages fails as a matter of law because Plaintiff's claims for compensatory damages fail, as set forth above.

This motion is supported by the Cook Defendants' Memorandum In Support Of Motion For Summary Judgment—Statute of Repose and the exhibits filed herewith. For the foregoing reasons, the Cook Defendants urge the Court to grant their motion and to enter summary judgment in favor of the Cook Defendants and provide all other just and appropriate relief.

Dated: February 10, 2020

            Respectfully submitted,

            /s/Andrea Roberts Pierson
            Andrea Roberts Pierson
            Jessica Benson Cox
            FAEGRE DRINKER BIDDLE & REATH LLP
            300 North Meridian Street, Suite 2500
            Indianapolis, Indiana 46204
            Telephone: (317) 237-0300
            Andrea.Pierson@faegredrinker.com
            Jessica.Cox@faegredrinker.com

            James Stephen Bennett
            FAEGRE DRINKER BIDDLE & REATH LLP
            110 W. Berry Street, Suite 2400
            Fort Wayne, Indiana 46802
            Telephone: (260) 424-8000
            Stephen.Bennett@faegredrinker.com

            *Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, a copy of the foregoing THE COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT—STATUTE OF REPOSE was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/Andrea Roberts Pierson