# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Megan Chambers*, 1:16-cv-06031-RLY-TAB

## ORDER

On February 10, 2020, Defendants Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed their Motion for Extension of Time to Respond to Plaintiff Chambers' Motion to Remand. The Court, having considered the Motion in its entirety and being duly advised, **GRANTS** the Cook Defendants' Motion.

**IT IS THEREFORE ORDERED** that the Cook Defendants' new deadline to respond to Plaintiff Chambers' Motion to Remand is **February 20, 2020**.

**SO ORDERED:** 2/11/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

US.126687208.01