UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC ) <br> FILTERS MARKETING, SALES ) <br> PRACTICES AND PRODUCT ) <br> LIABILITY LITIGATION ) <br> _____ ) | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

This Document Relates to:

*Luis A. Colon*
Case No. 1:18-cv-00807-RLY-TAB
*Forrest Gibbs*
Case No. 1:17-cv-01785-RLY-TAB
*Timothy Hall*
Case No. 1:16-cv-01083-RLY-TAB
*Michael Parker*
Case No. 1:15-cv-00597-RLY-TAB
*Patricia Pemberton*
Case No. 1:16-cv-00432-RLY-TAB
*Megan Chambers*
Case No. 1:16-cv-06031-RLY-TAB
_____

**ORDER ON MOTIONS TO TRANSFER VENUE**

Pursuant to 28 U.S.C. section 1404(a), Plaintiffs Luis A. Colon, Forrest Gibbs, Timothy Hall, Michael Parker, Patricia Pemberton, and Megan Chambers, move for transfer of their cases to their "home" districts for case-specific pretrial proceedings and for trial. Having considered the parties submissions, the applicable law, and the parties' oral argument, the court finds Plaintiffs' motions to transfer venue must be **DENIED**. Out of the *Hill*, *Gage*, and *Brand* bellwether cases, only two have gone to trial, and they both involved the Celect filter, not the Tulip. Moreover, the court recently vacated the

1

judgment in *Brand* and ordered a new trial. Consequently, only one bellwether has a verdict. In addition, the court entered a screening order and bellwether selection plan in October 2018. Three additional bellwether cases remain to be tried. On this record, Plaintiffs' Motions to Transfer Venue (Filing Nos. 12503, 12616, 12618, 12622, 12624, and 12626) must be **DENIED**.

**SO ORDERED** this 11th day of February 2010.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.