UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:

*Tonya Brand*, 1:14-cv-06018-RLY-TAB
_____

### ORDER ON PLAINTIFF'S BILL OF COSTS, PLAINTIFF'S AMENDED BILL OF COSTS, AND THE COOK DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUBMISSION REGARDING PLAINTIFF'S AMENDED BILL OF COSTS

Given the court's ruling granting the Cook Defendants' Motion for New Trial, the following motions are **DENIED as MOOT**: (1) Plaintiff's Bill of Costs (10310) and (10320); (2) Plaintiff's Amended Bill of Costs (10637); and (3) the Cook Defendants' Motion for Leave to File Supplemental Submission Regarding Plaintiff's Amended Bill of Costs (Filing No. 10707).

**SO ORDERED** this 11th day of February 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.