IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>**Kimberly Jo Champagne-Hernandez**<br>Civil Case #  1-17-cv-435 | |

**ORDER GRANTING WITHDRAWAL OF APPEARANCES**

This matter having come before the Court upon the Motion to Withdraw Appearances of Randall H. Stefani and Emily Kolbe of the law firm of Ahlers & Cooney, P.C. and Jeffrey D. Lipman of the Lipman Law Firm, the Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that the appearances of Randall H. Stefani and Emily Kolbe of the law firm of Ahlers & Cooney, P.C. and Jeffrey D. Lipman of the Lipman Law Firm on behalf of Plaintiff are withdrawn.

Date: 2/12/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

*Electronic copies to all registered counsel of record via ECF.*

01621258-1\99500-250