IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:18-cv-00877 Russell, Lashan

### ORDER

Having reviewed Counsel's Motion to Substitute Party Plaintiff:

    IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party Plaintiff is granted. Herbert Russell is substituted for Lashan Russell, deceased, in this action, continuing the claims of Lashan Russell on behalf of her Estate. Plaintiff's proposed amended complaint is deemed filed as of the date of this order.

IT IS SO ORDERED.

Date: 2/12/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF.