IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES           Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION                       MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Lashan Russell_____

Civil Case #: 1:18-cv-877_____

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Lashan Russell_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Herbert Russell_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Herbert Russell, as surviving spouse/administrator_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Alabama_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Alabama

6. Plaintiff's/Deceased Party's current state of residence:

   Alabama

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Middle District of Alabama

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ❑ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☒ Gunther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ❏ Gunther Tulip Mreye
- ❏ Cook Celect Platinum
- ❏ Other:

_____

11. Date of Implantation as to each product:

September 7, 2007_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Flowers Hospital, Dothan, Alabama_____

_____

13. Implanting Physician(s):

Michael N. Downing, M.D._____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I:    Strict Products Liability - Failure to Warn
- ☒ Count II:   Strict Products Liability - Design Defect
- ☒ Count III:  Negligence
- ☒ Count IV:   Negligence Per Se

4

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable <u>Alabama</u>_____(insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count VIII: Loss of Consortium

☑ Count IX: Wrongful Death

☑ Count X: Survival

☑ Count XI: Punitive Damages

❏ Other: _____ (please state the facts supporting this Count in the space, immediately below)

❏ Other:_____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

Respectfully Submitted:

**MCGLYNN, GLISSON & MOUTON**


By: S/Amanda L. Washington_____
Amanda L. Washington - Bar Roll #:34811
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Tel: (225)344-3555
***Counsel for Plaintiffs***

5