IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    1:16-cv-3429-RLY-TAB    Albrecht

## ORDER ON MOTION TO WITHDRAW COUNSEL

This matter is before the Court on a motion to withdraw the appearance of Plaintiff's counsel, Devin A. Lowell and Stephen B. Murray, Jr. [Filing No. 11734.] If Plaintiff is not communicating with his counsel or otherwise prosecuting this case, the proper course is not to simply have his counsel withdraw, but rather to dismiss the case. Plaintiff Zackariah Albrecht shall show cause, if any, within 14 days why his cause should not be dismissed.

Date: 2/12/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Via U.S. Mail to:

Zackariah Albrecht
853 Mickelsen Court
Brentwood, CA 94513-6218

Zackariah Albrecht
6162 Bonner Avenue
North Hollywood, CA 91606-4918