IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS          CASE NO. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES, AND                              MDL NO. 2570
PRODUCT LIABILITY LITIGATION
_____

This Document Relates to Plaintiff(s),

Gerald D. Saiz
Civil Case No. 1:19-cv-193

_____

## ENTRY OF APPEARANCE

     COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance

on behalf of the Plaintiff(s) in the above referenced action.

Respectfully Submitted,

**FLINT LAW FIRM LLC**

/s/ Brian S. Katz
Brian S. Katz, KY Bar No. 86633
FLINT LAW FIRM, LLC
2226 Broadway, Suite 1
Post Office Box 2903
Paducah, Kentucky 42002-2903
Phone: (270) 575-3939
Fax: (270) 575-3936
bkatz@flintfirm.com
***Attorney for Plaintiff***