**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

---

This Document Relates to:

| | |
|---|---|
| 1:19-cv-05058 | 1:20-cv-00408 |
| 1:20-cv-00396 | 1:20-cv-00409 |
| 1:20-cv-00397 | 1:20-cv-00410 |
| 1:20-cv-00398 | 1:20-cv-00418 |
| 1:20-cv-00399 | 1:20-cv-00423 |
| 1:20-cv-00401 | 1:20-cv-00424 |
| 1:20-cv-00403 | 1:20-cv-00425 |
| 1:20-cv-00406 | |

---

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:          February 13, 2020          /s/ Kip S. M. McDonald
                                           Andrea Roberts Pierson (# 18435-49)
                                           Kip S. M. McDonald (# 29370-49)
                                           FAEGRE DRINKER BIDDLE & REATH LLP
                                           300 North Meridian Street, Suite 2500
                                           Indianapolis, Indiana 46204
                                           Telephone: (317) 237-0300
                                           Facsimile: (317) 237-1000
                                           E-Mail: andrea.pierson@faegredrinker.com
                                           E-Mail: kip.mcdonald@faegredrinker.com

US.120263840.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01