IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____
IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES, AND               CASE NO. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                      MDL NO. 2570
_____
This Document Relates to Plaintiff(s),

Michael J. Becker (Pl.) and Tanya Becker (Deceased)
Civil Case No. 1:19-cv-02904
_____

## ENTRY OF APPEARANCE

    COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance on behalf of the Plaintiff(s) in the above referenced action.

        Respectfully Submitted,

        **FLINT LAW FIRM LLC**

        /s/ Brian S. Katz
        Brian S. Katz, KY Bar No. 86633
        FLINT LAW FIRM, LLC
        2226 Broadway, Suite 1
        Post Office Box 2903
        Paducah, Kentucky 42002-2903
        Phone: (270) 575-3939
        Fax: (270) 575-3936
        bkatz@flintfirm.com
        *Attorney for Plaintiff*