IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES, AND                   CASE NO. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                 MDL NO. 2570

_____

This Document Relates to Plaintiff(s),

William Petrarca
Civil Case No. 1:19-cv-02891

_____

### ENTRY OF APPEARANCE

      COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance

on behalf of the Plaintiff(s) in the above referenced action.


      Respectfully Submitted,

      **FLINT LAW FIRM LLC**

      /s/ Brian S. Katz
      Brian S. Katz, KY Bar No. 86633
      FLINT LAW FIRM, LLC
      2226 Broadway, Suite 1
      Post Office Box 2903
      Paducah, Kentucky 42002-2903
      Phone: (270) 575-3939
      Fax: (270) 575-3936
      bkatz@flintfirm.com
      *Attorney for Plaintiff*