IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Plaintiffs:

Amber Taylor, Case No. 1:18-cv-2549

Alicia Medford, Case No. 1:18-cv-2940

Terry Deleski, Case No. 1:18-cv-498

Betty Poteat, Case No. 1:19-cv-00843

**MOTION TO MAINTAIN UNDER SEAL CERTAIN EXHIBITS RELATING TO PLAINTIFFS' RESPONSE IN OPPOSITION TO COOK'S OMNIBUS MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Amber Taylor, Alicia Medford, Terry Deleski, and Betty Poteat, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 5.2 hereby request the sealing of Exhibits A, C, E, and F to Plaintiffs' Response in Opposition to Cook's Omnibus Motion for Summary Judgment (Sealed Dkt. Nos. 12036-1, 12036-2, 12036-3, and 12036-4) as these documents were filed inadvertently with personal identifiers visible. As the privacy interests of Plaintiffs will be jeopardized if these documents were revealed to the public, Plaintiffs respectfully request these documents be maintained under seal.

1. Exhibit A (Sealed Dkt. No. 12036-1) contains the Categorization Forms and Medical Records of Plaintiff Amber Taylor. As certain documents within Exhibit A contain the personal identifiers of Plaintiff Amber Taylor, Document 12036-1 must be sealed pursuant to Fed. R. Civ. P. 5.2.

2. Exhibit C (Sealed Dkt. No. 12036-2) contains the Categorization Forms and Medical Records of Plaintiff Alicia Medford. Because certain documents within Exhibit C contain the personal identifiers of Plaintiff Alicia Medford, Document 12036-2 must be sealed pursuant to Fed. R. Civ. P. 5.2.

3. Exhibit E (Sealed Dkt. No. 12036-3) contains the Categorization Forms and Medical Records of

   Plaintiff Terry Deleski. Certain documents within Exhibit E contain the personal identifiers of Plaintiff Terry Deleski, therefore, Document 12036-3 must be sealed pursuant to Fed. R. Civ. P. 5.2.

4. Exhibit F (Sealed Dkt. No. 12036-4) contains the Categorization Forms and Medical Records of Betty Poteat. Since certain documents within Exhibit F contain the personal identifiers of Plaintiff Betty Poteat, Document 12036-4 must be maintained under seal pursuant to Fed. R. Civ. P. 5.2.

5. Revised versions of Exhibits A, C, E, and F have been attached to this motion for consideration by the court in accordance with Local Rule 5-11 and Fed. R. Civ. P. 5.2.

   WHEREFORE, Plaintiffs respectfully request the Court to maintain Exhibits A, C, E, and F to their Response in Opposition to Cook's Omnibus Motion for Summary Judgment (Sealed Dkt. Nos. 12036-1, 12036-2, 12036-3, 12036-4) under seal in accordance with Fed. R. Civ. P. 5.2 as these documents contain personal identifiers of Plaintiffs and Plaintiffs' privacy interests would be irreparably harmed if these records were made available to the public. Further, Plaintiffs respectfully submit the redacted versions of these documents to this motion with redactions applied to the personal identifiers in accordance with Fed. R. Civ. P. 5.2.

Dated: 2/14/2020

                                          Respectfully submitted,

                                          /s/ Basil E. Adham
                                          Basil E. Adham
                                          TX Bar No. 24081742
                                          **JOHNSON LAW GROUP**
                                          2925 Richmond Ave., Suite 1700
                                          Houston, Texas 77098
                                          (713) 626-9336 Phone
                                          (713) 626-3394 Fax
                                          ivc@johnsonlawgroup.com
                                          *ATTORNEY FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

      I hereby certify that on, February 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        /s/ Basil E. Adham
                                        Basil E. Adham