IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Amber Taylor, Case No. 1:18-cv-2549

Alicia Medford, Case No. 1:18-cv-2940

Terry Deleski, Case No. 1:18-cv-498

Betty Poteat, Case No. 1:19-cv-00843

### ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN UNDER SEAL CERTAIN EXHIBITS RELATING TO PLAINTIFFS' RESPONSE IN OPPOSITION TO COOK'S OMNIBUS MOTION FOR SUMMARY JUDGMENT

This matter has come before the Court on The Plaintiffs' Motion to Maintain Under Seal Certain Exhibits Relating to Plaintiffs' Response in Opposition to Cook's Omnibus Motion for Summary Judgment (Sealed Dkt. Nos. 12036-1, 12036-2, 12036-3, and 12036-4). The Court, having reviewed the Plaintiffs' Motion to Maintain Under Seal and being otherwise duly advised, finds that the relief sought by the Plaintiffs should be GRANTED.

IT IS THEREFORE ORDERED that **The Plaintiffs' Motion to Maintain Under Seal Certain Exhibits Relating to Plaintiffs' Response in Opposition to Cook's Omnibus Motion for Summary Judgment (Sealed Dkt. Nos. 12036-1, 12036-2, 12036-3, and 12036-4)** are to be maintained *under seal*.

SO ORDERED this _____ day of _____, 2020.

_____
TIM A. BAKER
United States Magistrate Judge
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record