IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Amber Taylor, Case No. 1:18-cv2549
Alicia Medford, Case No. 1:18-cv2940
Terry Deleski, Case No. 1:18-cv498
Betty Poteat, Case No. 1:19-cv-00843

**Exhibit A - Amber Taylor Categorization Forms and Medical Records**

Protected Health Information under HIPAA

Basil E. Adham
TX Bar No. 24081742
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com

**Categorization Form**

A.  Plaintiff's Name:                            Amber Taylor

B.  Plaintiff's Case Number:              1:18-cv-2549

C.  Plaintiff's Counsel (Lead Firm Name): Johnson Law Group

D.  Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury: _____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury: _____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Check here for Category 5: ☒

Briefly describe claimed complication/outcome/injury: <u>Filter has become tilted since placement. Multiple tines are demonstrated outside the wall of the IVC. Failed removal.</u>

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: ☒

Briefly describe claimed complication/outcome/injury: <u>Filter has become tilted since placement. Multiple tines are demonstrated outside the wall of the IVC. Failed removal.</u>

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: ☐.  **Circle all sub-categories that apply below**:

☐ (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury: _____

☐ (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury: _____

☐ (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury: _____

☐ (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury: _____

☐ (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

2

Briefly describe claim of symptomatic injury:_____

☐ (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

☐ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

☐ (h) infection;

Briefly describe claim of symptomatic injury:_____

☐ (i) bleeding;

Briefly describe claim of symptomatic injury:_____

☐ (j) death; and

Briefly describe claim of symptomatic injury:_____

☐ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.   Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:         Basil Adham

Plaintiff's Counsel's Firm:        Johnson Law Group

Plaintiff's Counsel's Signature:   _____

3

```
NORTH AUSTIN MEDICAL CENTER          Name: TAYLOR,AMBER LYNN
12221 N MOPAC EXPRESSWAY             Phys: Monks,Brian Eugene
AUSTIN, TX   78758                   DOB:      /1988    Age: 24      Sex: F
                                     Acct: H00060983424   Loc: H.RAD
PHONE #: 512-901-6641                Exam Date: 03/02/2012 Status: DEP SDC
  FAX #: 512-901-1397                Radiology No:
                                     Unit No: H001233871
```

EXAMS:                               Clinical Indication::
000901495 VENOGRAM CAVAL INFERIOR W

   REF #:   903562

   INFERIOR VENACAVAGRAM

   The filter has become tilted since its placement.  Additionally, while there is less clot burden within the inferior vena cava, residual clot persists within the inferior vena cava.  Multiple tines are demonstrated outside the wall of the inferior vena cava.  After consultation with the patient, it was decided not to remove the inferior venacaval filter due to the residual thrombus.

   IMPRESSION
   Residual thrombus within the inferior vena cava as discussed above.


       ** Electronically Signed by Newell E Dutton MD **
       **           on 03/05/2012 at 0802              **
             Reported by: NEWELL E. DUTTON, M.D.
             Signed by:   Dutton MD,Newell E


CC: Duchicela Santacruz,Jorge Auta; Monks,Brian Eugene

Dictated Date/Time: 03/02/2012 (1558)

Technologist: BROWN,ALLISON R.
Transcribed Date/Time: 03/03/2012 (0453)
Transcriptionist: TRAN.DKR
Electronic Signature Date/Time: 03/05/2012 (0802)
Printed Date/Time: 03/05/2012 (0802) BATCH NO: N/A

PAGE   1                            Signed Report

## Categorization Form

A.    Plaintiff's Name:                 Amber Taylor

B.    Plaintiff's Case Number:        1:18-cv-2549

C.    Plaintiff's Counsel (Lead Firm Name): Johnson Law Group

D.    Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: _____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury: _____

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury: _____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Check here for Category 5: ☐

Briefly describe claimed complication/outcome/injury: _____

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: ☒

Briefly describe claimed complication/outcome/injury: <u>Four legs of the IVC filter protrude far beyond the walls of the IVC, with one of these in the paraspinous region into the psoas muscle.</u>

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: ☐.  **Circle all sub-categories that apply below**:

☐ (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury: _____

☐ (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury: _____

☐ (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury: _____

☐ (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury: _____

☐ (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

2

Briefly describe claim of symptomatic injury:_____

☐ (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

☐ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

☐ (h) infection;

Briefly describe claim of symptomatic injury:_____

☐ (i) bleeding;

Briefly describe claim of symptomatic injury:_____

☐ (j) death; and

Briefly describe claim of symptomatic injury:_____

☐ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        Basil Adham

Plaintiff's Counsel's Firm:       Johnson Law Group

Plaintiff's Counsel's Signature:  _/s/_____

# San Antonio Diagnostic Imaging

818 Lexington Ave * San Antonio, TX 78212 * Phone: (210) 572-1211 * Fax: (210) 653-9843
Community Radiology Associates, PA

## RADIOLOGY REPORT

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | TAYLOR, AMBER | **ID#:** | 1491218 |
| **STUDY DATE:** | 10/25/2018 | **DOB:** | /1988 |
| **REFERRING DR:** | RAMIN AHMADI, MD | **FAX:** | (800)653-2147 |
| **DIAGNOSIS:** | Unspecified injury of inferior vena cava, subsequent encounter | | |

### ABDOMEN CT

**Procedure:** 5 mm intervals obtained from the lung bases 2 the iliac wings without the ministration of oral or intravenous contrast. Radiation dose CT DI 7.78 mGy.

**HISTORY:** IVC Checker of filter.

**Findings:** Four of the legs of the IVC filter protrude far beyond the walls of the IVC, with one of these in the paraspinous region into the psoas muscle. There is no evidence of extravasation.

The lung bases are free of infiltrate, nodule, or mass. Noncontrast images of the liver, gallbladder, spleen, pancreas, adrenal glands, kidneys, visualized loops of small and large bowel, bones, soft tissues are within normal limits. If there is any concern for pathology below the level of the iliac wings, CT pelvis is suggested.

**IMPRESSION:**
1. Positioning of the IVC filter is described.
2. No acute findings within the abdomen by CT given lack of contrast at levels scanned today.

This report may have been prepared without benefit of clinical correlation and/or relevant patient historical, medical, and correlative imaging data. If such data become available, an addendum can be added to this report. I offer imaging analysis for surgery and therapy planning.

Thank you for allowing us to participate in your patient's medical care.

_____
John Wright, M.D.
BOARD CERTIFIED RADIOLOGIST

PATIENT: TAYLOR, AMBER                                    DOB: ███████/1988

# *San Antonio Diagnostic Imaging*

818 Lexington Ave * San Antonio, TX 78212 * Phone: (210) 572-1211 * Fax: (210) 653-9843
Community Radiology Associates, PA

10/29/2018  4:13:27 PM

_____
Electronically signed by John Wright, M.D.