IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Amber Taylor, Case No. 1:18-cv2549

Alicia Medford, Case No. 1:18-cv2940

Terry Deleski, Case No. 1:18-cv498

Betty Poteat, Case No. 1:19-cv-00843

**Exhibit C - Alicia Medford Categorzation Form and Medical Records**

Protected Health Information under HIPAA

Basil E. Adham
TX Bar No. 24081742
JOHNSON LAW GROUP
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com

**Categorization Form**

A.  Plaintiff's Name:                Alicia Medford Rodriguez

B.  Plaintiff's Case Number:         1:18-cv-2940

C.  Plaintiff's Counsel (Lead Firm Name): Johnson Law Group

D.  Categorization (check each that applies and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury: _____

3.  Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury: _____

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☐

    Briefly describe claimed complication/outcome/injury: _____

5.  Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Check here for Category 5: ☒

Briefly describe claimed complication/outcome/injury: <u>failed retrieval attempt due to embedment.</u>

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☐.  **Circle all sub-categories that apply below**:

   ☐ (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   ☐ (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   _____

   ☐ (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   ☐ (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
   Briefly describe claim of symptomatic injury:
   _____

   ☐ (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

   Briefly describe claim of symptomatic injury: _____

☐ (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: _____

☐ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: _____

☐ (h) infection;

Briefly describe claim of symptomatic injury: _____

☐ (i) bleeding;

Briefly describe claim of symptomatic injury: _____

☐ (j) death; and

Briefly describe claim of symptomatic injury: _____

☐ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: _____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        Basil Adham

Plaintiff's Counsel's Firm:      Johnson Law Group

Plaintiff's Counsel's Signature: _/s/_____

3

5201 Harry Hines Blvd.
Dallas TX 75235-7708

MEDFORD,ALICIA LATRAVIA
MRN: 4196941
DOB: ▮1990, Sex: F

## Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| | | | DALLAS TX | |

**Alicia Latravia Medford**
7/30/2008  5:42 AM   ED to Hosp-Admission

Description: **18 year old female**
Department: **Five E Neurosurgery**

### IR IVC FILTER PLACEMENT [42915214]

Resulted: 08/01/08 1309, Result status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Lee, Albert E., MD  07/31/08 1619 | Resulted by: | Josephs, Shellie C., MD<br>Thapa, Guna B., MD |
| Performed: | 07/31/08 1619 - 07/31/08 1710 | Resulting lab: | PARKLAND LAB |

Narrative:
PROCEDURE: IVC filter removal

DATE OF SERVICE: 07/31/2008

PREPROCEDURE MEDICATIONS: None.

INTRAPROCEDURE MEDICATIONS: Lidocaine 1% subcutaneously
Versed and Fentanyl IV, titrated for conscious sedation

PROCEDURE: The patient was placed supine on the fluoroscopy table. The right lower neck was prepped and draped in the usual sterile fashion. Lidocaine was used for local anesthesia. Under ultrasound guidance the right internal jugular vein was accessed using an 18 gauge single wall needle. A guidewire was advanced through the needle into the inferior vena cava. Over the wire a 5 Fr. flush catheter was advanced and positioned near the IVC and common iliac venous confluence. A venogram of the IVC performed. The catheter was exchanged over the wire for a Tulip filter retrieval sheath. Tip of the filter was grasped with the snare and the sheath was pushed down under fluoroscopic guidance. But even after repeated attempts, the sheath could not be pushed through the claws of the filters. Followup venography was performed through the sheath. The sheath was removed and hemostasis achieved at the puncture site by manual compression. A sterile bandage was applied to the puncture site.

COMPLICATIONS: None apparent.

Impression:

1. Infrarenal Tulip IVC filter could not be retrieved due to fibrous ingrowth. The filter is now permanent.

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| | | 07/31/08 1619 |

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - Unknown | PARKLAND LAB | Unknown | 5201 HARRY HINES BLVD<br>DALLAS TX | 09/08/04 0000 - Present |

Printed on 5/18/2017  9:34 AM

PARKLAND HEALTH & HOSPITAL SYSTEM

000048