IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Amber Taylor, Case No. 1:18-cv2549

Alicia Medford, Case No. 1:18-cv2940

Terry Deleski, Case No. 1:18-cv498

Betty Poteat, Case No. 1:19-cv-00843

**Exhibit E - Terry Deleski Categorization Form and Medical Records**

Protected Health Information under HIPAA

Basil E. Adham
TX Bar No. 24081742
JOHNSON LAW GROUP
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com

**Categorization Form**

A.  Plaintiff's Name:  Terry R. Deleski

B.  Plaintiff's Case Number:  1:18-cv-498

C.  Plaintiff's Counsel (Lead Firm Name): Johnson Law Group

D.  Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury: _____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☐

   Briefly describe claimed complication/outcome/injury: _____

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

  Check here for Category 5: ☒

    Briefly describe claimed complication/outcome/injury: <u>Large amount of clot within the filter which precludes its removal.</u>

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    Check here for Category 6: ☐

    Briefly describe claimed complication/outcome/injury:

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    Check here for Category 7: ☒.  **Circle all sub-categories that apply below**:

    ☒ (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

    Briefly describe claim of symptomatic injury:
    <u>Inferior venacavogram showed large amount of clot within the filter which precludes its removal.</u>

    ☐ (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

    Briefly describe claim of symptomatic injury:

    ☐ (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

    Briefly describe claim of symptomatic injury:

    ☐ (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
    Briefly describe claim of symptomatic injury:

☐ (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:_____

☐ (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

☐ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

☐ (h) infection;

Briefly describe claim of symptomatic injury:_____

☐ (i) bleeding;

Briefly describe claim of symptomatic injury:_____

☐ (j) death; and

Briefly describe claim of symptomatic injury:_____

☐ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E. Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:      Basil Adham

Plaintiff's Counsel's Firm:      Johnson Law Group

Plaintiff's Counsel's Signature:  _/s/_____

 

**Saint Alphonsus**
Department of Medical Imaging
1055 N. Curtis Road | Boise, ID 83706 | (208) 367-2121

**Gem State Radiology**

Patient: DELESKI, TERRY R
DOB: ■/1951
Site: SARMC
Ref. Prov: RODDE D. COX*
Add. Providers: . . . . . . .

EMPI: 04782008
PT: In
Exam: 2009RH4D6BFV

Visit/Acct: 0928808369/■8369
MRN: 000784706
Room/Bed: 3416/01    SA

**EXAM DATE:** 10/29/2009 10:54         Contrast:

PROCEDURE: **SP INTRODUCTION OF CATHETER, SUPERIOR OR INFERIOR VENA CAVA**

INDICATIONS: Pelvic trauma.

COMPARISON: None.

TECHNIQUE _T_ FINDINGS:

There was sterile prep and drape of the right neck. Local infiltration of 1% Xylocaine. Ultrasound guidance for single wall puncture of the right internal jugular vein. Introduction of a 5-French sheath. Through this sheath a small angled tapered angiographic catheter was advanced. Successful placement across the right atrium into the IVC. This was advanced down to level of the IVC filter. Inferior venacavogram was performed. This shows a large amount of clot contained within the filter which precludes its removal. The patient is currently nonweightbearing because of extensive pelvic fractures. He will be nonweightbearing for the next two months. Would reconsider attempted removal when he becomes weight-bearing.

**IMPRESSION:**     **Large amount of retained clot within the IVC filter precluding its removal.**

36010

Dictated by: John Q. Knochel, M.D. on 10/29/2009 at 12:53
Approved by: John Q. Knochel, M.D. on 10/29/2009 at 12:53

000053