IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Amber Taylor, Case No. 1:18-cv2549

Alicia Medford, Case No. 1:18-cv2940

Terry Deleski, Case No. 1:18-cv498

Betty Poteat, Case No. 1:19-cv-00843

**Exhibit F - Betty Poteat Categorization Form and Medical Records**

Protected Health Information under HIPAA

Basil E. Adham
TX Bar No. 24081742
JOHNSON LAW GROUP
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com

**Categorization Form**

A. Plaintiff's Name: Betty Poteat

B. Plaintiff's Case Number: 1:19-cv-00843

C. Plaintiff's Counsel (Lead Firm Name): Johnson Law Group

D. Categorization (check each that applies and briefly describe):

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: _____

3. Stenosis of the IVC and Anticoagulation Cases: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☐

   Briefly describe claimed complication/outcome/injury: _____

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☒

   Briefly describe claimed complication/outcome/injury: Findings: On frontal projection imaging the IVC filter placed intrarenally was in satisfactory position, however on oblique projection venography is apparent that the apex of the filter had become incorporated into the wall of the cava posteriorly and thus the apex of the filter was no longer intraluminal.

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☒

   Briefly describe claimed complication/outcome/injury: <u>Right IJ cannulated in antegrade fashion... Venography performed... revealed that the apex of the filter had become incorporated into the wall of the cava posteriorly. Multiple snare retrieval devices used in an attempt to capture the hook at the apex of the filter to allow retrieval. These maneuvers were unsuccessful and the right groin was prepped and draped... Using exchange technique a balloon was placed under fluoroscopic control along the posterior aspect of the cava in an attempt to disrupt the adhesions and anchored the filter apex to the posterior wall the caval. This was unsuccessful. The balloon was then used to and repositioned and an attempt to disrupt the endothelial endothelialized tissue securing the apex of the filter to the posterior wall of the IVC. Additional attempts were made to disc rupture these adhesions and additional CFMH is near the apex of the filer without success. The procedure was then aborted and access sites were secured. Findings: On frontal projection imaging the IVC filter placed intrarenally was in satisfactory position, however on oblique projection venography is apparent that the apex of the filter had become incorporated into the wall of the cava posteriorly and thus the apex of the filter was no longer intraluminal.</u>

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☒.  **Circle all sub-categories that apply below**:

   ☐ (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   ☐ (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

☐ (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

☐ (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:

☐ (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:

☐ (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:

☒ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: <u>Lower extremity pain and edema. Focal acute deep venous thrombosis involving the left peroneal vein.</u>

☐ (h) infection;

Briefly describe claim of symptomatic injury:

☐ (i) bleeding;

Briefly describe claim of symptomatic injury:

☐ (j) death; and

Briefly describe claim of symptomatic injury:

☐ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:

E.	Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

    Plaintiff's Counsel Name:        Basil Adham

    Plaintiff's Counsel's Firm:         Johnson Law Group

    Plaintiff's Counsel's Signature:       /s/ Basil Adham



ROANOKE MEMORIAL HOSPITAL  POTEAT, BETTY L
1906 BELLEVIEW AVENUE  MRN: 749135
DOB: ▇ 1943, Sex: F
Adm: 7/3/2010, D/C: 7/14/2010

**Procedures by Shay, Jeffery Dyrke, MD at 7/3/2010 7:27 PM (continued)**

**Complications:** none

**Estimated Blood Loss:** less than 5 ml

**Specimens:** none

**Procedure Findings:** See report.

**Condition of Patient:**
The patient was transferred in stable condition.

Electronically signed by Shay, Jeffery Dyrke, MD at 7/3/2010 7:32 PM

**Procedures signed by Foster, James Edward II, MD at 7/7/2010 2:04 PM**

| | | | |
|---|---|---|---|
| Author: Foster, James Edward II, MD | Service: (none) | | Author Type: Physician |
| Filed: 7/7/2010 2:04 PM | Date of Service: 7/7/2010 8:14 AM | | Note Type: Procedures |
| Status: Signed | Editor: Foster, James Edward II, MD (Physician) | | |

Procedure Orders:
1. VASCULAR REPORT [141225963] ordered by at 07/06/10 0000

**DATE OF PROCEDURE:** 07/06/2010

**BILATERAL LOWER EXTREMITY DUPLEX EVALUATION:**

**REFERRED BY:** Babbitt.

**INDICATION:** Lower extremity pain and edema.

Venous imaging and duplex evaluation of both lower extremities are performed.

**RIGHT LOWER EXTREMITY:** The deep venous system in the right lower extremity was clear and compressible at all levels. There is no evidence of acute dilatation. There is no intraluminal echogenic material seen.

Color flow imaging shows normal venous flow throughout the deep venous system.

The superficial venous system is also clear and compressible at all levels.

**LEFT LOWER EXTREMITY:** Left imaging of the deep venous system shows thrombosis of the left peroneal vein in the calf. Thrombus does not extend proximally into the tibioperoneal trunk. The remainder of the deep venous system and left lower extremity was clear.

**IMPRESSION:** Focal acute deep venous thrombosis involving the left peroneal vein.
No evidence of acute deep venous thrombosis in the right lower extremity.

**TECH:** NG.

Dictator: JAMES EDWARD FOSTER II, M.D.
JEF / MEDQ



ROANOKE MEMORIAL HOSPITAL
1906 BELLEVIEW AVENUE

POTEAT,BETTY L
MRN: 749135
DOB: 1943, Sex: F
Adm: 7/3/2010, D/C: 7/14/2010

## Study Result (continued)

IMPRESSION:
1. Bibasilar airspace opacities, left greater than right, compatible with atelectasis versus infiltrates, unchanged.
2. Small bilateral pleural effusions, right greater than left, unchanged.
3. No pneumothorax.
4. Stable, mild cardiomegaly.
5. Normal pulmonary vascularity.
6. Osteopenia.
7. Healing, lateral left 4th rib fracture.
8. Mild to moderate gaseous distention of visualized colon, unchanged, suggesting colonic ileus. Advise clinical correlation.

THIS REPORT IS FINAL AND ELECTRONICALLY SIGNED
Preliminary read at:Jul 11 2010  9:25P Signed by: KHURSHEED IMAM MD At: Jul 11 2010  9:29P

## Lab and Collection

XR CHEST 1 VIEW (Order #141575328) on 7/11/2010 - Lab and Collection Information

## Result History

XR CHEST 1 VIEW (Order #141575328) on 7/11/2010 - Order Result History Report

## Results

IR VENOGRAPHY (EXP) (Accession 33691179) (Order 143372796)

### Patient Information

| Patient Name | HAR | Sex | DOB | SSN |
|---|---|---|---|---|
| Poteat, Betty L (749135) | 8197 | Female | /1943 | -8443 |

### Code Status

---

### Encounter Info

| | Provider | Department | CSN |
|---|---|---|---|
| 9/8/2010  9:30 AM | Angio Suite RMH | Special Px Rmh | 97309891 |

### Result Information

| Status | Provider Status |
|---|---|
| Final result (Collected: 9/8/2010  3:08 PM) | Ordered |

### Study Result

VENOGRAPHY (EXP) RAD Code:  ORDER #: RMS: 90022 Inv: 143372796
1 SP RECOVERY CONE REMOVAL SYS - CPT: C1773

CLINICAL: ivc filter removal

REPORT:  Clinical History: Patient presents for attempt to retrieve a Cook retrievable IVC filter placed approximately 3 months earlier.

Procedure:
1. Ultrasound guided antegrade cannulation right IJ.
2. Ultrasound guided antegrade cannulation right common femoral vein.
3. IVC catheterization x2 utilizing transjugular and transfemoral access.
4. IVC venography.
5. Venous angioplasty of IVC in an attempt to disrupt adhesions at the point were filter apex had become endothelialized along the posterior wall of the IVC at the level of L2-L3.

Procedural sedation: IV fentanyl and Versed administered under physician's revision a nurse monitored. Procedure length 60 minutes. Patient tolerated procedure without incident.

Technique: Informed consent was obtained. Initially a, the right neck was prepped and draped in standard fashion. Right IJ was patent on preliminary sonography. Right IJ was cannulated in antegrade fashion using real-time ultrasound imaging guidance a micropuncture technique.

000055



ROANOKE MEMORIAL HOSPITAL  
1906 BELLEVIEW AVENUE

POTEAT, BETTY L  
MRN: 749135  
DOB: ▉ 1943, Sex: F  
Adm: 9/8/2010, D/C: 9/8/2010

## Study Result (continued)

Hardcopy sonographic images were saved. Using exchange technique, 4 French straight flush catheter was advanced over a guidewire into the IVC. IVC venography was performed to assess the patency of the IVC and whether or not thrombus had accumulated within the confines of the IVC filter a multiplanar IVC venography, performed to assess whether filter apex at DICOM endothelialized a revealed indeed that the apex of the filter had become incorporated into the wall of the cava posteriorly. Multiple snare retrieval device is within used in an attempt to capture of the hook at the apex of the filter to allow retrieval. These maneuvers were unsuccessful and as the right groin was prepped and draped in standard fashion a and pulmonary sonography demonstrated patency the right common femoral vein 3 right common femoral vein was cannulated in antegrade fashion using real time ultrasound imaging guidance a micropuncture technique. Hardcopy sonographic images were saved. Using exchange technique initially a 14 mm x 4 cm balloon was placed under fluoroscopic control along the posterior aspect of the cava in an attempt to disrupt the adhesions and anchored the filter apex to the posterior wall the caval. This was unsuccessful. 16 mm balloon was then used to and repositioned and an attempt to disrupt the endothelial endothelialized tissue securing the apex of the filter to the posterior wall of the IVC . Additional attempts were made to disc rupture these adhesions and additional CFMH is near the apex of the filter without success. The procedure was then aborted and access sites were secured with hemostasis using manual compression.

Findings: On frontal projection imaging the IVC filter placed infrarenally was in satisfactory position, however on oblique projection venography it is apparent that the apex of the filter had become incorporated into the wall of the cava posteriorly and thus the apex the filter was no longer intraluminal. This explain why her despite the maneuvers described above the filter apex cannot be snared and the filter could not be retrieved.

IMPRESSION: As above.

THIS REPORT IS FINAL AND ELECTRONICALLY SIGNED  
Preliminary read at:Sep 10 2010  4:27P  Signed by: JEFFERY DYRKE SHAY  At: Sep 10 2010  4:34P

## Lab and Collection

IR VENOGRAPHY (EXP) (Order #143372796) on 9/8/2010 - Lab and Collection Information

## Result History

IR VENOGRAPHY (EXP) (Order #143372796) on 9/10/2010 - Order Result History Report

## Results

VENOUS LOWER EXTREMITY DUPLEX BILATERAL (Order 141124692)

### Patient Information

| Patient Name | HAR | Sex | DOB | SSN |
|---|---|---|---|---|
| Poteat, Betty L (749135) | ▉0516 | Female | ▉/1943 | ▉-8443 |

| Room | Bed | Code Status |
|---|---|---|
| 0982 | 0982 A | --- |

### Encounter Info

| | Department | CSN |
|---|---|---|
| 7/3/2010 12:45 PM | M9 Pcu Rmh | 96329982 |

### Result Information

| Date and Time | Provider Status |
|---|---|
| Instantiated: 7/5/2010 10:01 AM | Ordered |

## Lab and Collection

000056