IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

    DONALD DUNKLEBERG
    Civil Case No. 1:19-cv-1526-RLY-TAB

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

IT IS HEREBY ORDERED the Unopposed Motion for Leave to Amend Complaint filed by Donald Dukleberg is hereby GRANTED. The Clerk of Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date:  2/14/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF.