**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff: | § § § | Case No.  1:19-cv-03865-JMS-TAB |
| Estate of James Platt, | § § | |
| Plaintiff, | § § | **Order on Motion for Leave to Amend Complaint** |
| v. | § § | |
| Cook Incorporated, Cook Medical LLC, and William Cook Europe APS | § § § | |
| Defendants. | § § | |

Considering the parties' Motion for Leave to Amend Complaint of Estate of James Platt.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed

Motion for Leave to Amend the Complaint filed by James Platt is hereby GRANTED and the

Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this

matter.

Date:  2/14/2020

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF.