**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 Case No. 1:14-ml-2570-RLY-TAB |

This Document relates to:

Civil Case # 1:17-cv-1432-RLY-TAB

## ORDER

IT IS ORDERED that Plaintiff's Motion to Substitute Party and Amend the Short Form

Complaint filed by Cheri McDuff, as Personal Representative of the Estate of Henry F. Souder,

be and the same is hereby GRANTED. The Clerk of Court is directed to substitute Cheri McDuff

as Plaintiff of record in Case No. 1:17-cv-1432-RLY-TAB and the Amended Short Form

Complaint shall be entered into the record in this matter.

Date:  2/14/2020

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF.