IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

   1:17-cv-01020; Schoby, Louise

## ORDER

ORDERED that Plaintiff's Motion to Substitute and Amend Complaint is hereby GRANTED.

Plaintiff Christy Schoby is substituted as proper Plaintiff for decedent Louise Schoby. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/14/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF.