IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
KENDRA LAVONNE WARFORD

Civil Case # 1:17-cv-02462-RLY-TAB

## ORDER

Pending before the Court on the Motion to Substitute Party and for Leave to Amend Short Form Complaint.

**IT IS ORDERED** that Plaintiff's motion for substitution is **granted.** Roshan Binns is substituted for Kendra Lavonne Warford, Deceased, in this action, continuing the claims of Kendra Lavonne Warford on behalf of her Estate. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the Court's ECF system and file the Amended Short Form Complaint in this matter.

Date: 2/14/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF.