IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
NANCY IRENE BLALOCK and
THOMAS REID BLALOCK

Civil Case #: 1:17-cv-01766

## ORDER

Pending before the Court is the Motion to Substitute Party and for Leave to Amend Short Form Complaint.

**IT IS ORDERED** that Plaintiff's motion for substitution is **granted.** Thomas Reid Blalock is substituted for Nancy Irene Blalock, Deceased, in this action, continuing the claims of Nancy Irene Blalock on behalf of her Estate. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the Court's ECF system and the amended complaint shall be entered into the docket in this matter.

Date: 2/14/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF.