IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
ALBERT PEDRO SALCIDA

Civil Case #: 1:18-cv-01188-RLY-TAB

**ORDER**

Pending before the Court is the Motion to Substitute Party and for Leave to Amend Short Form Complaint.

**IT IS ORDERED** that Plaintiff's motion for substitution is **granted.** MARLANA MARIE MOLINA is substituted for ALBERT PEDRO SALCIDA, Deceased, in this action, continuing the claims of ALBERT PEDRO SALCIDA on behalf of his Estate. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the Court's ECF system and enter the amended complaint into the record in this matter.

Date: 2/14/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF.