IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to Plaintiffs:
MARLANA MARIE MOLINA, as Representative of
the Estate of ALBERT PEDRO SALCIDA, Deceased

Civil Case # 1:18-cv-01188-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiffs named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs further show the court as follows:

1. Plaintiff/Deceased Party:

    Albert Pedro Salcida, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Marlana Marie Molina, Representative

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   USDC, Eastern District of Pennsylvania at Allentown

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6 through 28, inclusive.

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter about which Plaintiff is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

☒ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

1/8/2009

12. Hospital where Plaintiff was implanted (including City and State):

Lehigh Valley Hospital, Allentown, PA

13. Implanting Physician:

Stephen J. Huber, MD

14. Counts in the Master Complaint brought by Plaintiffs:

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Pennsylvania State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiffs:

   Howard L. Nations

16. Address and bar information for Attorney for Plaintiffs:

   9703 Richmond Avenune, Suite 200
   Houston, TX 77042-3795
   Texas Bar No. 14823000

Respectfully submitted,

4

THE NATIONS LAW FIRM

  /s/   Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Avenue, Suite 200
Houston, TX 77042
(713) 807-8400
(713) 807-8423 (Fax)

ATTORNEY FOR PLAINTIFFS