IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Karen Reed, Administrator of the Estate of Edwin Reed, Jr.</u>

Civil Case #1:16-cv-1859-RLY-TAB
_____

### ORDER

Pending before the Court is the Motion to Substitute Party and for Leave to Amend Short Form Complaint.

**IT IS ORDERED** that Plaintiff's Motion for Substitution is granted. Karen Reed is substituted for Edwin Reed, Jr., Deceased, in this action, continuing the claims of Edwin Reed, Jr. on behalf of his Estate. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the Court's ECF system and to enter the amended complaint into the record in this matter.

Date: 2/14/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF.