IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

John McCormack; 1:18-cv-02110
Sammie Lambert; 1:19-cv-02561

**MOTION TO MAINTAIN UNDER SEAL CERTAIN EXHIBITS RELATING TO PLAINTIFFS' RESPONSE TO THE COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS**

Plaintiffs, John McCormack and Sammie Lambert, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 5.2 hereby request the sealing of Exhibits A and B to Plaintiffs' Response to the Cook Defendant's Omnibus Motion for Summary Judgment Based on Statute of Limitations (Sealed Dkt. Nos. 12278-1 and 12278-2) as these documents were filed inadvertently with personal identifiers visible. As the privacy interests of Plaintiffs will be jeopardized if these documents were revealed to the public, Plaintiffs respectfully request these documents be maintained under seal.

1. Exhibit A (Sealed Dkt. No. 12278-1) contains the Categorization Forms and Medical Records of Plaintiff Sammie Lambert. As certain documents within Exhibit A contain the personal identifiers of Plaintiff Sammie Lambert, Document 12278-1 must be sealed pursuant to Fed. R. Civ. P. 5.2.

2. Exhibit B (Sealed Dkt. No. 12278-2) contains the Categorization Forms and Medical Records of Plaintiff John McCormack. Because certain documents within Exhibit C contain the personal identifiers of Plaintiff John McCormack, Document 12278-2 must be sealed pursuant to Fed. R. Civ. P. 5.2.

3. Revised versions of Exhibits A and B have been attached to this motion for consideration by the court

in accordance with Local Rule 5-11 and Fed. R. Civ. P. 5.2.

WHEREFORE, Plaintiffs respectfully request the Court to maintain Exhibits A and B to their Response to the Cook Defendant's Omnibus Motion for Summary Judgment Based on Statute of Limitations (Sealed Dkt. Nos. 12278-1 and 12278-2) under seal in accordance with Fed. R. Civ. P. 5.2 as these documents contain personal identifiers of Plaintiffs and Plaintiffs' privacy interests would be irreparably harmed if these records were made available to the public. Further, Plaintiffs respectfully submit the redacted versions of these documents to this motion with redactions applied to the personal identifiers in accordance with Fed. R. Civ. P. 5.2 and Local Rule 5-11.

Dated: 2/17/2020

Respectfully submitted,

/s/ Basil E. Adham
Basil E. Adham
TX Bar No. 24081742
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com
*ATTORNEY FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that on, February 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Basil E. Adham
Basil E. Adham