IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

2 Cases Listed in Exhibit A to Cook's
Omnibus Motion for Summary Judgment
Based on Statute of Limitations

John McCormack; 1:18-cv-02110

Sammie Lambert; 1:19-cv-02561

**Exhibit A – Sammie Lambert Categorization Form and Medical Records**

Protected Health Information under HIPAA

Basil E. Adham
TX Bar No. 24081742
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com

**Categorization Form**

A. Plaintiff's Name:  Sammie Lambert

B. Plaintiff's Case Number:  1:19-cv-02561-SEB-TAB

C. Plaintiff's Counsel (Lead Firm Name): Johnson Law Group

D. Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   Check here for Category 1: ☐

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   Check here for Category 2: ☐

   Briefly describe claimed complication/outcome/injury: _____

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   Check here for Category 3: ☒

   Briefly describe claimed complication/outcome/injury: <u>After multiple attempts, the sheath was advanced down to the level of the filter and inferior vena cavogram was done. It was then noted that the nose of the filter and the hook actually were imbedded in the wall of the vena cava. At this point it was our concern that to place a wire through the filter, and to remove it forcefully would run a considerable risk of injury to the vena cava. And therefore, it was elected to leave the filter in place, and to continue the patient's anticoagulation.</u>

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

   Check here for Category 4: ☒

   Briefly describe claimed complication/outcome/injury: <u>After multiple attempts, the sheath was advanced down to the level of the filter and inferior vena cavogram was done. It was then noted that the nose of the filter and the hook actually were imbedded in the wall of the vena cava. At this point it was our concern that to place a wire through the filter, and to remove it forcefully would run a considerable risk of injury to the vena cava. IVC filter with minimal rightward tilt and 12 intact limbs at L2-L3 level. Several limbs extend beyond the IVC including one which is embedded in the L3 vertebral body.</u>

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: ☒

   Briefly describe claimed complication/outcome/injury: <u>FAILED REMOVAL: A microwire was inserted followed by a mini sheath, followed by an 0.35 Advantage wire. The wire was placed down into the vena cava negotiating around the right atrium. First a catheter cone was placed. However, the filter was seen to be tilted, and it was not possible to get the catheter cone around the nose of the filter. Therefore, the catheter cone was removed and a Tulip snare filter was used to try to engage the hook on the filter. This was unsuccessful. The Tulip snare was exchanged for a loop snare, and once again it was not possible to access the hook. Once again the snare could not be passed around the hooks. After multiple attempts, the sheath was advanced down to the level of the filter and inferior vena cavogram was done. It was then noted that the nose of the filter and the hook actually were imbedded in the wall of the vena cava. At this point it was our concern that to place a wire through the filter, and to remove it forcefully would run a considerable risk of injury to the vena cava. And therefore, it was elected to leave the filter in place, and to continue the patient's anticoagulation.</u>

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6: ☐

   Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: ☒.  **Circle all sub-categories that apply below**:

   ☐ (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

2

Briefly describe claim of symptomatic injury:
_____

☐ (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:
_____

☒ (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury: <u>Today she complains of tearing, burning back pain that radiates to her abdomen and down her legs when standing from a seated position or when sitting up from lying down. Open removal of IVC filter. There were several struts of the filter protruding through the wall of the vena cava. The struts that had perforated vena cava were cut a in the pieces of strut were removed from the field. One of the struts was intubated intervertebral body and this was removed another was free in the retroperitoneal space and was removed. The tip of the filter with its hook was palpated through the wall of the vena cava, and was actually visible through the wall.</u>

☒ (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;

Briefly describe claim of symptomatic injury: <u>Today she complains of tearing, burning back pain that radiates to her abdomen and down her legs when standing from a seated position or when sitting up from lying down. Open removal of IVC filter. There were several struts of the filter protruding through the wall of the vena cava. The struts that had perforated vena cava were cut a in the pieces of strut were removed from the field. One of the struts was intubated intervertebral body and this was removed another was free in the retroperitoneal space and was removed. The tip of the filter with its hook was palpated through the wall of the vena cava, and was actually visible through the wall.</u>

☒ (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: <u>Today she complains of tearing, burning back pain that radiates to her abdomen and down her legs when standing from a seated position or when sitting up from lying down. Open removal of IVC filter. There were several struts of the filter protruding through the wall of the vena cava. The struts that had perforated vena cava were cut a in the pieces of strut were removed from the field. One of the struts was intubated intervertebral body and this was removed another was free in the retroperitoneal space and was removed. The tip of the filter with its hook was palpated through the wall of the vena cava, and was actually visible through the wall.</u>

☐ (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury: _____

☐ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury: _____

☐ (h) infection;

Briefly describe claim of symptomatic injury: _____

☐ (i) bleeding;

Briefly describe claim of symptomatic injury: _____

☐ (j) death; and

Briefly describe claim of symptomatic injury: _____

☒ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: <u>Open removal of IVC filter. Dissection was carried down through the external oblique aponeurosis and muscle, the internal oblique aponeurosis and muscle and the transversus abdominis muscle, exposing the peritoneal sac. The IVC filter was easily visible through the wall of the vena cava. There were several struts of the filter protruding through the wall of the vena cava. The struts that had perforated vena cava were cut a in the pieces of strut were removed from the field. One of the struts was intubated intervertebral body and this was removed another was free in the retroperitoneal space and was removed. The tip of the filter with its hook was palpated through the wall of the vena cava, and was actually visible through the wall. A 16 French red rubber catheter was obtained and trimmed to the appropriate length. The wire hook from a Rummel tourniquet was then passed through the red rubber catheter and a 1. Silk suture was graft with a hook and brought out through the catheter. A 2 mm nick was made in the wall of the vena cava over the visible hook and the suture was passed around the hook and tightened against the red rubber catheter. The filter was then drawn into the catheter using the silk suture and was easily removed from the vena cava.</u>

E.   Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that

the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

    Plaintiff's Counsel Name:        Basil Adham

    Plaintiff's Counsel's Firm:        Johnson Law Group

    Plaintiff's Counsel's Signature:      [signature]



UNIVERSITY HOSPITAL
2500 North State Street
Jackson MS 39216
Operative Notes

LAMBERT,SAMMIE RENEE
MRN: 0600552
DOB: ▮▮▮ 1951, Sex: F
Adm: 6/24/2013, D/C: 6/24/2013

## Operative Notes

**Op Note by Fred Wallace Rushton Jr. at 06/24/13 1557**          Version 2 of 2

| | | |
|---|---|---|
| Author: Fred Wallace Rushton Jr. | Service: Vascular Surgery | Author Type: Physician |
| Filed: 06/25/13 1306 | Date of Service: 06/24/13 1557 | Status: Signed |
| Editor: Fred Wallace Rushton Jr. (Physician) | | |
| Related Notes: Original Note by Fred Wallace Rushton Jr. (Physician) filed at 06/24/13 1602 | | |

**Date of Surgery:**
6/24/2013

**Attending:**
Surgeon(s) and Role:
   * Fred Wallace Rushton Jr. - Primary

**Surgical Staff:**
Sheila G Kowall, RN - Circulator
Sharie Desselle - Scrub Tech
Jose Miguel Urencio Marcue - Surgical Resident
Mandy L Strickland - Radiology Technologist

**Anesthesia Staff:**
Anesthesiologist: Juan Villani, MD
Anesthesia Resident/CRNA: Greg Burnham, CRNA

**Procedure Details:**

RESIDENT SURGEON:
Dr. Miguel Urencio.

PREOP DIAGNOSIS:
IVC filter in patient with a history of pulmonary emboli.

POSTOP DIAGNOSIS:
IVC filter in patient with a history of pulmonary emboli.

PROCEDURE:
Inferior vena cavogram with attempted removal of inferior vena cava filter.

This 61-year-old white woman has been found to have a coagulopathy, and has a history of pulmonary emboli. She had been anticoagulated and had an incisional hernia from a previous operation. We were asked to place a temporary inferior vena cava filter to allow her anticoagulation to be stopped for her ventral hernia repair. She returned at this time for planned retrieval of the filter.

With the patient on the angiography table in the supine position and satisfactory sedation, prepping and draping of the right side of the neck. With ultrasound guidance the right internal jugular vein was entered percutaneously with a micropuncture needle. A microwire was inserted followed by a mini sheath, followed by an 0.35 Advantage wire. The wire was placed down into the vena cava negotiating around the right atrium. Then, the puncture site was dilated with first a 5-French dilator and sheath, and then a 10-French dilator and



UNIVERSITY HOSPITAL  
2500 North State Street  
Jackson MS 39216  
Operative Notes

LAMBERT,SAMMIE RENEE  
MRN: 0600552  
DOB: ████ 1951, Sex: F  
Adm: 6/24/2013, D/C: 6/24/2013

## Operative Notes (continued)

**Op Note by Fred Wallace Rushton Jr. at 06/24/13 1557 (continued)**                                Version 2 of 2

sheath with a 10-French catheter just above the filter and the vena cava. First a catheter cone was placed. However, the filter was seen to be tilted, and it was not possible to get the catheter cone around the nose of the filter. Therefore, the catheter cone was removed and a Tulip snare filter was used to try to engage the hook on the filter. This was unsuccessful. The Tulip snare was exchanged for a loop snare, and once again it was not possible to access the hook.

Therefore the Advantage wire was replaced and was placed through the tines of the filter on the right side so that the filter was held in a more upright position. Once again the snare could not be passed around the hooks. After multiple attempts, the sheath was advanced down to the level of the filter and inferior vena cavogram was done. It was then noted that the nose of the filter and the hook actually were imbedded in the wall of the vena cava. At this point it was our concern that to place a wire through the filter, and to remove it forcefully would run a considerable risk of injury to the vena cava. And therefore, it was elected to leave the filter in place, and to continue the patient's anticoagulation. The sheath was removed. Pressure was held, and the patient was returned to the postanesthesia care unit in satisfactory and stable condition having tolerated the procedure well. Estimated blood loss was about 25 cc. Contrast volume was 30 cc.

(DOC:569072472)

Electronically signed by Fred Wallace Rushton Jr. on 06/25/13 1306

**Op Note by Fred Wallace Rushton Jr. at 06/24/13 1557**                                              Version 1 of 2

Author: Fred Wallace Rushton Jr.     Service: Vascular Surgery          Author Type: Physician  
Filed: 06/24/13 1602                 Date of Service: 06/24/13 1557     Status: Signed  
Editor: Fred Wallace Rushton Jr. (Physician)  
Related Notes:   Addendum by Fred Wallace Rushton Jr. (Physician) filed at 06/25/13 1306

**Date of Surgery:**  
6/24/2013

**Attending:**  
Surgeon(s) and Role:  
  * Fred Wallace Rushton Jr. - Primary

**Surgical Staff:**  
Sheila G Kowall, RN - Circulator  
Sharie Desselle - Scrub Tech  
Jose Miguel Urencio Marcue - Surgical Resident  
Mandy L Strickland - Radiology Technologist

**Anesthesia Staff:**  
Anesthesiologist: Juan Villani, MD  
Anesthesia Resident/CRNA: Greg Burnham, CRNA

**Procedure Details:**   Dictation on: 06/24/2013  4:02 PM by: RUSHTON, FRED W [FRUSHTON]



UNIVERSITY HOSPITAL
2500 North State Street
Jackson MS 39216
Operative Notes

LAMBERT, SAMMIE RENEE
MRN: 0600552
DOB: ███ 1951, Sex: F
Adm: 6/24/2013, D/C: 6/24/2013

## Operative Notes (continued)

**Op Note by Fred Wallace Rushton Jr. at 06/24/13 1557 (continued)**                              Version 1 of 2

Electronically signed by Fred Wallace Rushton Jr. on 06/24/13 1602

### END OF REPORT



UNIVERSITY HOSPITAL
2500 North State Street
Jackson MS 39216
Notes

LAMBERT,SAMMIE RENEE
MRN: 0600552
DOB: ▮▮▮▮1951, Sex: F
Enc. Date: 06/17/16

THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER

**Progress Notes by Douglas Wolfe, MD at 06/17/16 0902 (continued)**

(I49.5) **Sick sinus syndrome**

Follow-up:
Return in about 6 months (around 12/17/2016).
1. Changed sensing parameters.
2. She has an IVC filter.
Patient Care Team:
Brett Oakley Brown, MD as PCP - General
Brenda J Buckhaulter, RN as Registered Nurse

Revision History

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 06/17/16 0916 | Douglas Wolfe, MD | Physician | Sign |

Attribution information within the note text is not available.

**Progress Notes by Jesica D McKenzie, FNP at 06/28/16 0907**

| | | |
|---|---|---|
| Author: Jesica D McKenzie, FNP | Service: (none) | Author Type: Nurse Practitioner |
| Filed: 07/01/16 0848 | Encounter Date: 6/28/2016 | Note Type: Progress Notes |
| Status: Attested | Editor: Jesica D McKenzie, FNP (Nurse Practitioner) | |
| Cosigner: Fred Wallace Rushton Jr. at 07/01/16 1352 | | |

**Attestation signed by Fred Wallace Rushton Jr. at 07/01/16 1352**

**VASCULAR SURGERY ATTENDING NOTE:**

I have seen and evaluated the patient. I have discussed the clinical information with the Nurse Practitioner, and I agree with the findings and plan as documented in the Nurse Practitioner's note.

**Subjective:**

**Patient ID:** Sammie Lambert

**CC:** follow-up with venous dopplers

**HPI:** This patient is a 64 y.o. White female with a hx of DVT and PE following VSD and aortic tumor repair in 7/2012 with subsequent IVC filter placement. She was also started on anticoagulation at that time. She was taken off of her anticoagulation in 2013 for a hernia repair and an IVC filter was placed. She resumed anticoagulation following surgery. Patient had an unsuccessful attempt to retrieve IVC filter on 6/24/13, filter remains in place. She was taken off anticoagulation in 2014. She is here today for routine follow-up with



| UNIVERSITY HOSPITAL | LAMBERT,SAMMIE RENEE |
|---|---|
| 2500 North State Street | MRN: 0600552 |
| Jackson MS 39216 | DOB: ▮▮▮▮ 1951, Sex: F |
| Notes | Enc. Date: 06/28/16 |

**Progress Notes by Jesica D McKenzie, FNP at 06/28/16 0907 (continued)**

venous dopplers to r/o DVTs. <mark>Today she complains of tearing, burning back pain that radiates to her abdomen and down her legs when standing from a seated position or when sitting up from lying down.</mark> This also occurs sometimes after eating and sometimes it is unprovoked when lying down. The pain usually lasts a few minutes and resolves on its own. This has been going on over the last year and occurs daily to every other day. She takes ASA and Plavix daily. She does not smoke.

**Vital Signs:**
Vitals
BP: 144/79 mmHg (RUA)
Heart Rate: 85
Resp: 20
Temp: 97.6 °F (36.4 °C)
Temp Source: Oral
Measurements
Weight: 97.535 kg (215 lb 0.4 oz)
Height: 175.3 cm (5' 9")
BSA (Calculated - sq m): 2.18 sq meters
BMI (Calculated): 31.8
Pulse Oximetry
SpO2: 96 %

**Past Medical History**

| Diagnosis | Date |
|---|---|
| - Anxiety | |
| - H/O echocardiogram | 9/2012 |

    LEFT VENTRICLE:   There is no left ventricular hypertrophy.  The left ventricular size is normal. The overall left ventricular systolic function is normal.  Estimated LV ejection fraction is 55%. There are no segmental wall motion abnormalities. Mitral inflow pattern by Doppler suggests normal physiology

- TIA (transient ischemic attack)
    TIA x 3 , the last episode the end of May or June 1st 2012
- Orthopnea
    stated able to lie flat for a short period of time but after some time has to sit up.  Stated would feel as if smothering
- Other sleep disturbances                                                                                                      -snoring, +am fatigue, - am headaches
- Difficulty swallowing
    stated mouth dry and sometimes has difficulty swallowing, denies problems swallowing clear liquids.
- Arthritis
    to left knee
- Hx of pulmonary embolus                                                                                                       diagnosed 8/12
- On anticoagulant therapy                                                                                                      on coumadin since August 2012
- Stroke
    in 2008 with residual weakness to the right side
- Wears dentures
    full upper and lower
- Wears glasses
    reading
- Hypertension
    1 year



**UNIVERSITY HOSPITAL**
2500 North State Street
Jackson MS 39216
Notes

LAMBERT,SAMMIE RENEE
MRN: 0600552
DOB: ▌1951, Sex: F
Enc. Date: 06/28/16

---

**Progress Notes by Jesica D McKenzie, FNP at 06/28/16 0907 (continued)**

- Activity involving cardiorespiratory exercise — 6/13/13
  *work in yard daily for about 2 hours-planting and raking, denies chst pain, sob or palpitations*
- Stridor
- H/O being hospitalized
  *October 2012 for bronchitis x 24 hours*
- H/O being hospitalized — 05/2013
  *Hernia repair*
- Cardiac abnormality
  *Pt is followed by Dr. Winniford; (Last visit was 09/2012) has hx of PFO with closure and Intraaortic septal aneurysm and papillary fibroelastic tumor on Aortic Valve*
- H/O cardiac catheterization — 07/2012
  *See Cardiology tab*
- Cardiac device in situ
  *pacemaker; Spoke with Dan Trussell and he stated to use same recommendations regarding ICD as noted in interrogation for 4/14/13 (See Cardiology tab)*
- Seizure — 6/25/2014
- Dyslipidemia, goal LDL below 70 — 9/2/2014

## Current Outpatient Prescriptions

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| amitriptyline (ELAVIL) 10 mg tablet | 10 mg nightly Take by mouth 1 - 2 tablets At bedtime | | |
| aspirin 325 mg tablet | Take 1 tablet by mouth daily | 30 tablet | 11 |
| atorvastatin (LIPITOR) 40 mg tablet | Take 1 tablet by mouth daily | 30 tablet | 11 |
| citalopram (CELEXA) 20 mg tablet | 20 mg 2 (two) times daily Take by mouth | | |
| clopidogrel (PLAVIX) 75 MG tablet | Take 1 tablet by mouth daily | 30 tablet | 11 |
| docusate sodium (COLACE) 100 mg capsule | Take 100 mg by mouth daily as needed for Constipation | | |
| furosemide (LASIX) 40 mg tablet | Take 40 mg by mouth daily | | |
| gabapentin (NEURONTIN) 300 mg capsule | 300 mg nightly Take by mouth | | |
| levetiracetam (KEPPRA) 500 MG tablet | TAKE ONE TABLET BY MOUTH TWICE A DAY | 60 tablet | 9 |
| MULTIPLE VITAMIN PO | Take by mouth | | |
| oxybutynin (DITROPAN) 5 MG tablet | 5 mg daily Take by mouth | | |
| ranitidine (ZANTAC) 150 mg tablet | Take 150 mg by mouth 2 (two) times daily | | |

No current facility-administered medications for this visit.



**UNIVERSITY HOSPITAL**
2500 North State Street
Jackson MS 39216
Notes

LAMBERT,SAMMIE RENEE
MRN: 0600552
DOB: ▮▮▮▮ 1951, Sex: F
Enc. Date: 06/28/16

---

**Progress Notes by Jesica D McKenzie, FNP at 06/28/16 0907 (continued)**

**Review of Systems**
Constitutional: No fever. No sudden changes in weight.
Cardiovascular: No CP. Palpitations sometimes with "a lot of activity". Swelling to LE "all the time".
Respiratory: No SOB. Dyspnea with "a lot of activity". SOB with exertion with "a lot of activity" every now and then. Dyspnea at night, uses several pillows x 1 year, worse in the last months.
Musculoskeletal: Denies problems with ambulation. Denies weakness or claudication. Chronic pain and stiffness in knees with walking.
Neurological: No headaches. No recent seizures, unable to recall last occurrence. No focal weakness, sudden trouble speaking or understanding, sudden trouble walking or loss of coordination. No altered sensations.
Skin: No color changes, rash, wounds or bruising

**Objective:**
Physical Exam
Constitutional: Well-developed, no distress
HEENT: Normocephalic, atraumatic. Anicteric sclera, conjunctiva pink. Normal external auditory canals and pinna. No nasal crusting.
Neck: Normal ROM
Cardiovascular: RRR, warm and well perfused. No edema. Cap refill brisk.
Pulmonary: Normal effort, breathing comfortably on room air, breath sounds normal to auscultation bilaterally
Abdomen: Soft, non tender, non distended, BS +
Musculoskeletal: Normal ROM and gait
Extremities: Mild LE edema. No varicosities or stasis changes. Calves non-tender. Radial and DP pulses palpable.
Skin: No ulcers, rash or wounds.
Neuro: AAO x 3, normal coordination, muscle strength equal bilaterally
Psychiatric: Mood and affect congruent, insight is good, speech is fluent and words are clear

**Assessment:**
Hx of PE and TIAs
Presence of IVC filter

Bilateral Venous Doppler today: no DVTs

CT abdomen/pelvis today: IVC filter with minimal rightward tilt and 12 intact limbs at L2-L3 level. Several limbs extend beyond the IVC including one which is embedded in the L3 vertebral body.

Additional Comments: low risk for cardiovascular complications per Cardiology

**Plan:**
Pt scheduled for IVC filter retrieval on 7/18/16
Dr.Rushton discussed procedure, risks, benefits and possible complications with patient - patient wishes to proceed with procedure
Consent signed
Pre-anesthesia appt scheduled
Pre-surgical testing scheduled
Dr. Rushton also saw this patient and agrees with plan

Jesica McKenzie, NP-C
6/28/2016

---

**UNIVERSITY HOSPITAL**
2500 North State Street
Jackson MS 39216
Notes

LAMBERT, SAMMIE RENEE
MRN: 0600552
DOB: ▮▮▮▮ 1951, Sex: F
Enc. Date: 06/28/16

THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER

### Progress Notes by Jesica D McKenzie, FNP at 06/28/16 0907 (continued)

j

**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 07/01/16 0848 | Jesica D McKenzie, FNP | Nurse Practitioner | Sign |

Attribution information within the note text is not available.

### Patient Instructions by Joel B Woody, RN at 06/28/16 1128

Author: Joel B Woody, RN
Filed: 06/28/16 1133
Status: Addendum
Service: (none)
Encounter Date: 6/28/2016
Editor: Joel B Woody, RN (Registered Nurse)
Author Type: Registered Nurse
Note Type: Patient Instructions

You have been scheduled for surgery in the main operating room with Dr. Rushton. Your surgery date is 07/18/2016

You will receive a call from the hospital 1 to 2 days prior to your operation to let you know what time to be at the hospital.

You have a appointment to see anesthesia in Suite A of the pavilion today at 12:45

Hold your Plavix for three days before surgery

You will need to have labs drawn, a chest x-ray, and an EKG prior to your surgery date. These items have been ordered in the computer, and you can have them done prior to your anesthesia appointment.

Nothing to eat or drink after midnight on the morning of your surgery.

Please call 601-984-2680 with any questions.

**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 06/28/16 1133 | Joel B Woody, RN | Registered Nurse | Addend |
| 06/28/16 1129 | Joel B Woody, RN | Registered Nurse | Sign |

Attribution information within the note text is not available.

### H&P (View-Only) by Fred Wallace Rushton Jr. at 07/18/16 0723

Author: Fred Wallace Rushton Jr.
Filed: 07/18/16 0723
Status: Signed
Service: (none)
Date of Service: 07/18/16 0723
Editor: Fred Wallace Rushton Jr. (Physician)
Author Type: Physician
Note Type: H&P (View-Only)

VASCULAR SURGERY ATTENDING NOTE:

I have seen the patient and have been no changes to patient's history and physical examination.



UNIVERSITY HOSPITAL
2500 North State Street
Jackson MS 39216
Notes

LAMBERT,SAMMIE RENEE
MRN: 0600552
DOB: ███ 1951, Sex: F
Adm: 7/18/2016, D/C: 7/23/2016

### H&P (View-Only) by Fred Wallace Rushton Jr. at 07/18/16 0723 (continued)

Revision History

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 07/18/16 1400 | Fred Wallace Rushton Jr. | Physician | Sign |

Attribution information within the note text is not available.

### Interval H&P Note by Fred Wallace Rushton Jr. at 07/18/16 1400

Author: Fred Wallace Rushton Jr.   Service: (none)   Author Type: Physician
Filed: 07/18/16 1400   Date of Service: 07/18/16 1400   Note Type: Interval H&P Note
Status: Signed   Editor: Fred Wallace Rushton Jr. (Physician)

7/18/2016                               2:00 PM

I have seen the patient and there have been no changes to the patient's history and physical examination and review of systems

Revision History

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 07/18/16 1400 | Fred Wallace Rushton Jr. | Physician | Sign |

Attribution information within the note text is not available.

Source Note

Author: Fred Wallace Rushton Jr.   Service: (none)   Author Type: Physician
Filed: 07/18/16 0723   Date of Service: 07/18/16 0723   Note Type: H&P (View-Only)
Status: Signed   Editor: Fred Wallace Rushton Jr. (Physician)

VASCULAR SURGERY ATTENDING NOTE:

I have seen the patient and have been no changes to patient's history and physical examination.

Revision History

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 07/18/16 1400 | Fred Wallace Rushton Jr. | Physician | Sign |

Attribution information within the note text is not available.

### Brief Op Note by Fred Wallace Rushton Jr. at 07/18/16 1435

Author: Fred Wallace Rushton Jr.   Service: Vascular Surgery   Author Type: Physician
Filed: 07/21/16 1440   Date of Service: 07/18/16 1435   Note Type: Brief Op Note
Status: Signed   Editor: Fred Wallace Rushton Jr. (Physician)

## Procedure Note

**Date:** 7/18/2016



| UNIVERSITY HOSPITAL | LAMBERT,SAMMIE RENEE |
| --- | --- |
| 2500 North State Street | MRN: 0600552 |
| Jackson MS 39216 | DOB: ███ 1951, Sex: F |
| Notes | Adm: 7/18/2016, D/C: 7/23/2016 |

### Brief Op Note by Fred Wallace Rushton Jr. at 07/18/16 1435 (continued)

**Pre-Op Diagnosis Codes:**
* Presence of IVC filter [Z95.828]
* Personal history of pulmonary embolism [Z86.711]

**Post-op Diagnosis:** Same

**Procedure(s):** Open removal of IVC filter

**Surgeon(s) and Role:**
* Fred Wallace Rushton Jr. - Primary

**Surgical Staff:**
Circulator: Kendall Roberts, RN
Relief Scrub: Misty Phipps
Scrub Tech: Miciela R Luke
Surgical Resident: Jennifer R. Dinning, MD; Tara Hughes, MD

**Description of Findings:**

**Specimen(s):**

| ID | Type | Source | Tests | Collected by | Time | Destination |
| --- | --- | --- | --- | --- | --- | --- |
| 1 : IVC Filter | Permanent | | | Fred Wallace Rushton Jr. | 7/18/2016 0959 | Pathology |

**Estimated Blood Loss:** less than 100 mL

**IV Fluids:** See Anesthesia Record

**Condition:** stable

**Complications:** None

### VASCULAR SURGERY ATTENDING NOTE:

I was present during the key portions of the procedure and immediately available for any complications postoperatively, the current procedure being

**Revision History**

| Date/Time | User | Provider Type | Action |
| --- | --- | --- | --- |
| > 07/21/16 1440 | Fred Wallace Rushton Jr. | Physician | Sign |

Attribution information within the note text is not available.

### Op Note by Fred Wallace Rushton Jr. at 07/18/16 1440



UNIVERSITY HOSPITAL
2500 North State Street
Jackson MS 39216
Notes

LAMBERT,SAMMIE RENEE
MRN: 0600552
DOB: 1951, Sex: F
Adm: 7/18/2016, D/C: 7/23/2016

---

### Op Note by Fred Wallace Rushton Jr. at 07/18/16 1440 (continued)

| | | |
|---|---|---|
| Author: Fred Wallace Rushton Jr. | Service: Vascular Surgery | Author Type: Physician |
| Filed: 07/22/16 0949 | Date of Service: 07/18/16 1440 | Note Type: Op Note |
| Status: Signed | Editor: Fred Wallace Rushton Jr. (Physician) | |

**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 07/22/16 0949 | Fred Wallace Rushton Jr. | Physician | Sign |

Attribution information within the note text is not available.

### Op Note by Fred Wallace Rushton Jr. at 07/18/16 1442

| | | |
|---|---|---|
| Author: Fred Wallace Rushton Jr. | Service: Vascular Surgery | Author Type: Physician |
| Filed: 07/21/16 1557 | Date of Service: 07/18/16 1442 | Note Type: Op Note |
| Status: Addendum | Editor: Fred Wallace Rushton Jr. (Physician) | |

## Procedure Note

**Date of Surgery:** 7/18/2016

**Pre-Op Diagnosis Codes:**
* Presence of IVC filter [Z95.828]
* Personal history of pulmonary embolism [Z86.711]

**Post-op Diagnosis:** Same

**Procedure(s):** Open removal of IVC filter

**Surgeon(s) and Role:**
* Fred Wallace Rushton Jr. - Primary

**Surgical Staff:**
Circulator: Kendall Roberts, RN
Relief Scrub: Misty Phipps
Scrub Tech: Miciela R Luke
Surgical Resident: Jennifer R. Dinning, MD; Tara Hughes, MD

**Specimen(s):**

| ID | Type | Source | Tests | Collected by | Time | Destination |
|---|---|---|---|---|---|---|
| 1 : IVC Filter | Permanent | | | Fred Wallace Rushton Jr. | 7/18/2016 0959 | Pathology |

**Estimated Blood Loss:** less than 100 mL



| UNIVERSITY HOSPITAL | LAMBERT,SAMMIE RENEE |
|---|---|
| 2500 North State Street | MRN: 0600552 |
| Jackson MS 39216 | DOB: ▮▮▮1951, Sex: F |
| Notes | Adm: 7/18/2016, D/C: 7/23/2016 |

**Op Note by Fred Wallace Rushton Jr. at 07/18/16 1442 (continued)**

**IV Fluids:** See Anesthesia Record

**Condition:** stable

**Complications:** None

There is no CPT listed for this procedure; It is similar in complexity and time required to CPT 35132.

**Procedure Details:** With the patient on the operating table in the supine position after satisfactory induction of general anesthesia and a time-out had been completed indicating allergies and antibiotics and after the abdomen was prepped and draped, an oblique incision was made along the course of the intercostal nerves between the right rib cage and the iliac crest.  ==Dissection was carried down through the external oblique aponeurosis and muscle, the internal oblique aponeurosis and muscle, and the transversus abdominis muscle, exposing the peritoneal sac.==  A retroperitoneal dissection was done elevating the peritoneal contents anteriorly and medially.  An Omni retractor was placed to retract the musculature from the side of the wound as well as to retract the intraperitoneal contents anteriorly.  The aorta was palpated and exposed with the vena cava being exposed to the patient's right of the aorta.  ==The IVC filter was easily visible through the wall of the vena cava.  There were several struts of the filter protruding through the wall of the vena cava.  The struts that had perforated vena cava were cut a in the pieces of strut were removed from the field.  One of the struts was intubated intervertebral body and this was removed, another was free in the retroperitoneal space and was removed.==

==The tip of the filter with its hook was palpated through the wall of the vena cava, and was actually visible through the wall.  A 16 French red rubber catheter was obtained and trimmed to the appropriate length.  The wire hook from a Rummel tourniquet was then passed through the red rubber catheter and a 1. Silk suture was graft with a hook and brought out through the catheter.  A 2 mm nick was made in the wall of the vena cava over the visible hook and the suture was passed around the hook and tightened against the red rubber catheter.  The filter was then drawn into the catheter using the silk suture and was easily removed from the vena cava.==  There was minimal bleeding from the small cavotomy, and the small nick was closed with a figure of 8 5-0 Prolene suture.  Palpation of the vena cava and examination of all surfaces of the vena cava revealed no residual partial of the filter.

After hemostasis was complete the retroperitoneal contents were allowed to retract back in place, and the incision was closed in 2 layers using double-stranded 1. PDS suture on the fascia layers, 3 0 Vicryl on the subcutaneous tissue, and 4 0 Monocryl suture on the skin in a subcuticular fashion.  The patient was then taken to the post anesthesia care unit in satisfactory stable condition having tolerated the procedure well.

Estimated blood loss was less than 100 mL, 0 contrast was employed.



**UNIVERSITY HOSPITAL**
2500 North State Street
Jackson MS 39216
Notes

LAMBERT,SAMMIE RENEE
MRN: 0600552
DOB: ▓▓▓▓ 1951, Sex: F
Adm: 7/18/2016, D/C: 7/23/2016

## Op Note by Fred Wallace Rushton Jr. at 07/18/16 1442 (continued)

**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 07/21/16 1557 | Fred Wallace Rushton Jr. | Physician | Addend |
| 07/21/16 1457 | Fred Wallace Rushton Jr. | Physician | Sign |

Attribution information within the note text is not available.

## Op Note by Fred Wallace Rushton Jr. at 07/21/16 1457

Author: Fred Wallace Rushton Jr.   Service: (none)   Author Type: Physician
Filed: 07/22/16 0949   Date of Service: 07/21/16 1457   Note Type: Op Note
Status: Signed   Editor: Fred Wallace Rushton Jr. (Physician)

**Revision History**

| Date/Time | User | Provider Type | Action |
|---|---|---|---|
| > 07/22/16 0949 | Fred Wallace Rushton Jr. | Physician | Sign |

Attribution information within the note text is not available.

## Discharge Summaries by Tara Hughes, MD at 07/23/16 0907

Author: Tara Hughes, MD   Service: Vascular Surgery   Author Type: Resident
Filed: 07/25/16 1700   Date of Service: 07/23/16 0907   Note Type: Discharge Summaries
Status: Signed   Editor: Tara Hughes, MD (Resident)
Cosigner: Fred Wallace Rushton Jr. at 08/03/16 0855

## Vascular Surgery Discharge Summary

**MRN:** 0600552

**Patient:** Sammie Renee Lambert

**Resident:** Tara Hughes

**Attending:** Fred Wallace Rushton Jr.

**Admission date:** 7/18/2016

**Discharge date:** 7/23/2016

**Admission Diagnosis:** Presence of IVC filter [Z95.828]
S/P IVC filter [Z95.828]

**Discharge Diagnosis:** Presence of IVC filter [Z95.828]
S/P IVC filter [Z95.828]