IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

2 Cases Listed in Exhibit A to Cook's
Omnibus Motion for Summary Judgment
Based on Statute of Limitations

John McCormack; 1:18-cv-02110

Sammie Lambert; 1:19-cv-02561

---

**<ins>Exhibit B – John McCormack Categorization Form and Medical Records</ins>**

Protected Health Information under HIPAA

Basil E. Adham
TX Bar No. 24081742
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com

**Categorization Form**

A.    Plaintiff's Name:       John Mccormack

B.    Plaintiff's Case Number:    1:18-cv-02110

C.    Plaintiff's Counsel (Lead Firm Name): Johnson Law Group

D.    Categorization (check each that applies and briefly describe):

    1.    <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: ☐

    2.    <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: ☐

    Briefly describe claimed complication/outcome/injury:_____

    3.    <u>Stenosis of the IVC and Anticoagulation Cases</u>: "Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: ☐

    Briefly describe claimed complication/outcome/injury:_____

    4.    <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: ☐

    Briefly describe claimed complication/outcome/injury:_____

    5.    <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Check here for Category 5: ☒

Briefly describe claimed complication/outcome/injury: <u>Required open abdominal removal.</u>

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: ☐

Briefly describe claimed complication/outcome/injury:_____

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: ☒. **Circle all sub-categories that apply below**:

☐ (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:

_____

☐ (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

Briefly describe claim of symptomatic injury:

_____

☐ (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:_____

☐ (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;
Briefly describe claim of symptomatic injury:_____

☒ (e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: <u>IVC filter prongs extruding into aorta, duodenum, and spine with open abdominal removal and repair of duodenum, aorta, and vena cava. Significant abdominal pain and discomfort.</u>

2

☐ (f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

☐ (g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

☐ (h) infection;

Briefly describe claim of symptomatic injury:_____

☐ (i) bleeding;

Briefly describe claim of symptomatic injury:_____

☐ (j) death; and

Briefly describe claim of symptomatic injury:_____

☒ (k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury: IVC filter prongs extruding into aorta, duodenum, and spine with open abdominal removal and repair of duodenum, aorta, and vena cava. Significant abdominal pain and discomfort.

E.     Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:          Basil Adham_____

Plaintiff's Counsel's Firm:          Johnson Law Group_____

Plaintiff's Counsel's Signature:    _____

3

### ALBANY MEDICAL CENTER HOSPITAL
### NEW SCOTLAND AVENUE
### ALBANY, NY 12208

OPERATIVE REPORT

**NAME:** MCCORMACK, JOHN F

**DOB:** ▉/1957

**ATTENDING MD:** RALPH CLEMENT DARLING, MD

**MR #:** 2338358

**ECD #:** 307621284

**OPERATION DATE:** 07/13/2015

SURGEON: Dr. Darling

ASSISTANT: Dr. Benjamin Chang

PREOPERATIVE DIAGNOSIS: Temporary IVC filter with prongs extruding into the aorta, duodenum, and spine.

POSTOPERATIVE DIAGNOSIS: Temporary IVC filter with prongs extruding into the aorta, duodenum, and spine.

OPERATION: Removal of IVC filter with primary repair of duodenum, aorta, and vena cava.

INDICATIONS: Mr. McCormack is a gentleman who has had a vena cava filter, and has some abdominal pain. He has had significant pain and discomfort with this and wants this removed. He was on Coumadin for 9 months for a left leg DVT. This is quiescent. He has had no further complications. Risks, benefits, and options including death, pulmonary embolus, vena cava occlusion, leg swelling, and bleeding were discussed with them and bowel injury and he understands and accepts and wants to proceed.

PROCEDURE: After suitable general endotracheal anesthesia was obtained, abdomen was prepped and draped in a sterile fashion. Right subcostal incision was made and carried down into the peritoneum. A Kocher maneuver was performed. The vena cava was easily identified. The prongs sticking into the aorta, which we cut with a wire cutter and then gently teased out of the aorta. A 6-0 Prolene was used to repair the hole. Similarly there was 1 another problem in the duodenum, which we transected again with a wire cutter and then oversewed the hole with a 5-0 Prolene. Dr. Nigam then came in and did his repair of that. There was also one prong posteriorly, which went into the spine, which we again cut with a wire cutter and removed. We then gained proximal and distal control of the vena cava above and below the filter, made a longitudinal venotomy and vena cava filter was very embedded into the wall of the vena cava, but we can remove without problem without damaging the vena cava. Then we primarily repaired the vena cava using a 5-0 Prolene suture. We checked meticulously for hemostasis, which was obtained and then the vena cava filled nicely, had a great signal. The subcostal incision was closed in 1 layer of #1 PDS and 3-0 Vicryl and then a 4-0 subcuticular. Dry sterile dressing was applied. Sponge, and instruments were correct x2. The patient tolerated the procedure well and was transferred to the recovery room in stable condition.

RALPH CLEMENT DARLING, MD

RD/acu/sandhya.v_cbe

Dict: R. Clement Darling, III, MD

Page 1 of 2

**ALBANY MEDICAL CENTER HOSPITAL**
**NEW SCOTLAND AVENUE**
**ALBANY, NY 12208**

OPERATIVE REPORT

**NAME:** MCCORMACK, JOHN F **MR #:** 2338358
**DOB:** /1957 **ECD #:** 307621284
**ATTENDING MD:** RALPH CLEMENT DARLING, **OPERATION DATE:** 07/13/2015
MD

Job ID: 45744760

D: 07/13/2015 15:51:00

Doc ID: 56625895
T: 07/14/2015 12:45:47

Electronically Signed By: DARLING, RALPH CLEMENT MD on 20-Jul-2015 17:15:20 -04:00