# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

| | |
|---|---|
| This Document Relates to Plaintiff: ) | |
| ) | |
| Kelly M. Devine, ) | Case No. 1:19-cv-00811-RLY-TAB |
| ) | |
| Plaintiff, ) | |
| ) | Order on Motion for Leave to |
| ) | Amend Complaint |
| v. ) | |
| ) | |
| Cook Incorporated, Cook Medical LLC, and ) | |
| William Cook Europe APS ) | |
| ) | |
| Defendants. ) | |

Considering Plaintiff's Motion for Leave to Amend Complaint of Kelly M. Devine.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Motion for Leave to Amend the Complaint filed by Kelly M. Devine is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/18/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF.