IN THE UNITED STATES
DISTRICT COURT SOUTHERN
DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Motion granted. The appearance of attorney Robert Evola is withdrawn.
>
> Tim A. Baker
> U.S. Magistrate Judge
> 2/18/2020

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
RLY-TAB  PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-
MDL No. 2570

This Document Relates to:
Civil Case # 1:17-cv-4145
Civil Case # 1:17-cv-4143

## MOTION TO WITHDRAW

COMES NOW, Robert J. Evola, having left SL Chapman LLC, and withdraws as counsel for Plaintiff, Whitney Fry.  Plaintiff continues to be represented in this litigation by SL Chapman LLC.

DATED: October 4, 2019

RESPECTFULLY SUBMITTED,

BY:   /s/ Robert J. Evola
Robert J. Evola
SL Chapman, LLC
330 North Fourth Street, Suite 330
St. Louis, Missouri 63102
Telephone:  (314) 588-9300
Fax:  (314) 588-9302