IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs:

John McCormack; 1:18-cv-02110
Sammie Lambert; 1:19-cv-02561

**ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN UNDER SEAL CERTAIN EXHIBITS RELATING TO PLAINTIFFS' RESPONSE TO THE COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS**

This matter has come before the Court on The Plaintiffs' Motion to Maintain Under Seal Certain Exhibits Relating to Plaintiffs' Response in Opposition to Cook's Omnibus Motion for Summary Judgment (Sealed Dkt. Nos. 12278-1 and 12278-2). The Court, having reviewed the Plaintiffs' Motion to Maintain Under Seal and being otherwise duly advised, finds that the relief sought by the Plaintiffs should be GRANTED.

IT IS THEREFORE ORDERED that **the Plaintiffs' Motion to Maintain Under Seal Certain Exhibits Relating to Plaintiffs' Response to the Cook Defendants' Omnibus Motion for Summary Judgment Based on Statute of Limitations, Sealed Dkt. Nos. 12278-1 and 12278-2** is granted and these exhibits are to be maintained *under seal* pending further order.

Date: 2/18/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distributed Electronically to All Registered Counsel of Record