UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to All Actions

**MOTION FOR APPROVAL AND
ENTRY OF SECOND AMENDED CASE MANAGEMENT
ORDER NO. 6**

Counsel for Cook Defendants hereby moves for entry of the parties agreed *Second Amended Case Management Order No. 6*, and in support states:

1. Counsel for Cook Defendants recently filed several Notice of Change of Attorney Information consistent with Local Rule 5-3, reflecting a change in email domain name to @faegredrinker.com, and law firm to Faegre Drinker Biddle & Reath LLP. See Dkts. 12739, 12740, and 12742.

2. As a result of these changes, certain provisions the existing *Amended Case Management Order No. 6: Service of Short Form Complaints, Plaintiffs Profile Form, Plaintiffs' Fact Sheet and Other Responsive Documents* [Dkt. 4227] require updating.

3. An interim *Notice of the Change of Contact Information Provided in Amended Case Management Order No. 6* was filed on February 6, 2020 [Dkt. 12775].

4. Cook Defendants have prepared the attached proposed *Second Amended Case Management Order No. 6* ("Proposed Order") to reflect the updated information.

5. Cook Defendant have also revised the Proposed Order to reflect the Court's recent *Order Regarding Service to Counsel of Record* [11188], removing the requirement that Plaintiffs' Lead Counsel serve all non-registered counsel of record.

6. Plaintiffs' Liaison & State/Federal Liaison Counsel, Joseph N. Williams, has agreed to the entry of the proposed order.

WHEREFORE, Cook Defendants move for entry of the agreed Second Amended Case Management Order No. 6, and for all other proper relief.

Respectfully Submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, a copy of the foregoing *Motion for Approval and Entry of Second Amended Case Management Order No. 6* was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*

US.126773064.01