UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

THIS DOCUMENT RELATES TO:
   1:19-cv-05016-RLY-TAB
   1:19-cv-04774-RLY-TAB
   1:19-cv-03247-RLY-TAB
   1:18-cv-03413-RLY-TAB
   1:19-cv-05017-RLY-TAB
   1:19-cv-04819-RLY-TAB
   1:17-cv-04406-RLY-TAB
   1:19-cv-04771-RLY-TAB
   1:18-cv-03410-RLY-TAB
   1:19-cv-03248-RLY-TAB
   1:17-cv-04244-RLY-TAB
   1:19-cv-04918-RLY-TAB
   1:18-cv-03402-RLY-TAB
   1:19-cv-01258-RLY-TAB
   1:19-cv-04772-RLY-TAB
   1:19-cv-04827-RLY-TAB
   1:20-cv-00122-RLY-TAB
   1:19-cv-04922-RLY-TAB
   1:19-cv-04825-RLY-TAB
   1:19-cv-05024-RLY-TAB
   1:20-cv-00108-RLY-TAB
   1:20-cv-00121-RLY-TAB
   1:19-cv-05012-RLY-TAB
   1:19-cv-04914-RLY-TAB
   1:20-cv-00223-RLY-TAB

**FILED**

FEB 1 8 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

v.

COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No 2570

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Zainab Tarique respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the above-styled cases. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Texas (2019).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. Per the Amended Order Establishing Policies and Procedures (Doc. 3309) the filing fee is waived if the attorney has not previously been admitted to practice in the United States Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: February 14, 2020

Respectfully submitted,

_____
Zainab Tarique
3141 Hood Street, Suite 700
Dallas, TX 75219
214-357-6244
214-357-7252 (Facsimile)
ztarique@waterskraus.com

## CERTIFICATE OF SERVICE

I certify that on February 14, 2020 a copy of the foregoing Motion to Appear *Pro Hac Vice* was submitted E-Mail to the following:

>Andrea Roberts Pierson
>andrea.pierson@faegrebd.com
>
>Kip S.M. McDonald
>kip.mcdonald@faegrebd.com

*/s/ Zainab Tarique*
Zainab Tarique
3141 Hood Street, Suite 700
Dallas, TX 75219
214-357-6244
214-357-7252 (Facsimile)
ztarique@waterskraus.com