UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

THIS DOCUMENT RELATES TO:
    1:19-cv-05016-RLY-TAB
    1:19-cv-04774-RLY-TAB
    1:19-cv-03247-RLY-TAB
    1:18-cv-03413-RLY-TAB
    1:19-cv-05017-RLY-TAB
    1:19-cv-04819-RLY-TAB
    1:17-cv-04406-RLY-TAB
    1:19-cv-04771-RLY-TAB
    1:18-cv-03410-RLY-TAB
    1:19-cv-03248-RLY-TAB
    1:17-cv-04244-RLY-TAB
    1:19-cv-04918-RLY-TAB
    1:18-cv-03402-RLY-TAB
    1:19-cv-01258-RLY-TAB
    1:19-cv-04772-RLY-TAB
    1:19-cv-04827-RLY-TAB
    1:20-cv-00122-RLY-TAB
    1:19-cv-04922-RLY-TAB
    1:19-cv-04825-RLY-TAB
    1:19-cv-05024-RLY-TAB
    1:20-cv-00108-RLY-TAB
    1:20-cv-00121-RLY-TAB
    1:19-cv-05012-RLY-TAB
    1:19-cv-04914-RLY-TAB
    1:20-cv-00223-RLY-TAB

v.

COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Zainab Tarique** counsel for above referenced cases, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Zainab Tarique**
**Waters & Kraus, LLP**
**3141 Hood Street, Suite 700**
**Dallas, Texas 75219**
**(214) 357-6244**
**(214) 357-7252 (Facsimile)**
**ztarique@waterskraus.com**

Dated: _____

_____
Tim A. Baker
United States District Court
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
    **Zainab Tarique**
    **Waters & Kraus, LLP**
    **3141 Hood Street, Suite 700**
    **Dallas, Texas 75219**