DALLAS 750

13 FEB '20

stamps.com

**$0.65 0**
US POSTAGE
FIRST-CLASS
062S0011168231
75219

**waterskraus**

U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

RECEIVED

FEB 18 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

46204-191930