UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to: David McDermitt, 1:18-cv-0946-RLY-TAB | ) ) ) ) ) ) ) ) )     1:14-ml-02570-RLY-TAB |

## SCHEDULING ORDER

A hearing on Cook's Motion for Summary Judgment – Statute of Repose (dkt. 12802) as to Plaintiff David McDermitt's claims is set for **MARCH 12, 2020 at 3:00 p.m.** Counsel shall appear before the Honorable Richard L. Young in Room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204.

**SO ORDERED** this 19th day of February 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record