IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Elaine Splan

Civil Case   1:19-cv-06097

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Elaine Splan

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Wyoming

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Nevada

6. Plaintiff's/Deceased Party's current state of residence:

   Nevada

7. District Court and Division in which venue would be proper absent direct filing:

   District Court of Nevada

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 13 and 14

   b. Other allegations of jurisdiction and venue:

   Paragraphs 1, 26, and 27

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒   Günther Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other: _____

11. Date of Implantation as to each product:

    August 28, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Deconess Billings Clinic, Billings, Montana

13. Implanting Physician(s):

    Robert Hancock, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒   Count I:      Strict Products Liability – Failure to Warn

    ☒   Count II:     Strict Products Liability – Design Defect

    ☒   Count III:    Negligence

    ☐   Count IV:     Negligence Per Se

3

☐ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable <u>Nevada</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: <u>Strict Products Liability</u> (please state the facts supporting <u>Manufacturing Defect</u> this Count in the space, immediately below)

☒ Other: <u>Negligent Misrepresentation</u> (please state the facts supporting this Count in the space, immediately below)

<u>Defendants negligently provided Plaintiff, her healthcare providers and the general medical community with false or incorrect information, or omitted or failed to disclose material information concerning the Cook Filter. Defendants made misrepresentations knowing they were false and misleading, and contained omissions and concealment of the truth about the dangers of the use of the Cook Filter. These materials included instructions for use and warning document that was included in the package of the Cook Filter that was implanted in Plaintiff. See Paragraphs 92-101 of Plaintiff's Master Complaint.</u>

15. Attorney for Plaintiff(s):

   Keely A. Perdue, Esq. and R. Todd Terry, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

Nevada Bar No. 13931and Nevada Bar. No. 6519, respectively

Christiansen Law Offices, 810 S. Casino Center Blvd., Suite 104, LV, NV 89101

keely@christiansenlaw.com    tterry@christiansenlaw.com

Respectfully submitted,

**CHRISTIANSEN LAW OFFICES**

**/s/ Keely A. Perdue**
R. Todd Terry, Esq.
Nevada Bar No. 6519
Keely A. Perdue, Esq.
Nevada Bar No. 13931
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:   (702) 240-7979
Facsimile:   (866) 412-6992
keely@christiansenlaw.com
tterry@christiansenlaw.com
*Attorneys for Plaintiff Elaine Splan*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of CHRISTIANSEN LAW OFFICES, and that on this 19th day of February, 2020, I caused the foregoing document entitled **SHORT FORM COMPLAINT** to be filed and served via the Court's CM/ECF electronic filing system upon all registered parties and their counsel.

