# EXHIBIT A

| \  | *McDermitt* Deadlines |
|---|---|
| **DEADLINE** | **TASK** |
| 12/6/19 | Fact Discovery Closes |
| 12/13/19 | Plaintiff Expert Disclosures & Reports |
| 1/6/20 | Deadline for Conducting Independent Medical Examinations |
| 1/13/20 | Defendant Expert Disclosures & Reports |
| 2/10/20 | Limited Summary Judgment Motion (Statute of Repose, Statutory, Contract-Based, and Derivative Claims Only) |
| 2/13/20 | Expert Discovery Closes |
| 2/24/20 | Response to Limited Motion for Summary Judgment |
| 3/2/20 | Reply to Limited Motion for Summary Judgment |
| 3/12/20 | Hearing on Limited Motion for Summary Judgment at 3:00 pm in Indianapolis |
| 3/24/20 | Affirmative Depo Designations by Page and Line |
| 3/10/20 | Preliminary Witness and Exhibit List |
| 3/13/20 | *Daubert* and Summary Judgment Motions (Substantive Tort-Based Claims) |
| 4/6/20 | Counter Depo Designations and Objections |
| 4/20/20 | Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations |
| 4/2/20 | Motions in Limine and to Bifurcate Issues and Claims |
| 4/3/20 | Responses to *Daubert* and Motions for Summary Judgment |
| 4/6/20 | Final Witness List and Notice of Witnesses to Attend Trial |
| 4/8/20 | Final Exhibit List |
| 4/24/20 | Objections to Re-direct Depo Designations and Responses to Objections to Counter Designations |
| 4/17/20 | Responses to Motions in Limine |
| 5/1/20 | Responses to Objections to Re-direct Depo Designations & Submit to Court for Rulings |
| 4/20/20 | Parties Submit Stipulations of Facts, Trial Briefs, and Notice to Court of Use of Evidence Presentation Equipment |
| 4/22/20 | Jury Instructions & Verdict Forms |
| 4/17/20 | Replies to *Daubert* and Motions for Summary Judgment |
| TBD (on or before 5/8/20) | Hearing on *Daubert*, Summary Judgment, and In Limine Motions |
| TBD (on or before 5/8/20) | Final Pretrial Conference |
| 6/1/20 | Jury Selection |
| 6/1/20 | Trial Start Date |

| *Johnson* Deadlines ||
|:---:|:---|
| **DEADLINE** | **TASK** |
| 4/3/20 | Fact Discovery Closes |
| 4/22/20 | Plaintiff Expert Disclosures & Reports |
| 5/8/20 | Deadline for Conducting Independent Medical Examination |
| 5/22/20 | Defendant Expert Disclosures & Reports |
| 6/22/20 | Expert Discovery Closes |
| 7/6/20 | *Daubert* and Summary Judgment Motions |
| 7/9/20 | Affirmative Depo Designations by Page and Line |
| 7/9/20 | Preliminary Witness and Exhibit List |
| 7/23/20 | Counter Depo Designations and Objections |
| 7/27/20 | Motions In Limine and To Bifurcate Issues and Claims |
| 7/30/20 | Final Witness List and Notice of Witnesses to Attend Trial |
| 8/6/20 | Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations |
| 8/13/20 | Objections to Re-direct Depo Designations and Responses to Objections to Counter Designations |
| 8/17/20 | Responses to *Daubert* and Motions for Summary Judgment |
| 8/20/20 | Responses to Motions in Limine |
| 8/24/20 | Responses to Objections to Re-direct Depo Designations & Submit to Court for Rulings |
| 8/28/20 | Parties Submit Stipulations of Facts, Trial Briefs, and Notice to Court of Use of Evidence Presentation Equipment |
| 9/2/20 | Jury Instructions & Verdict Forms |
| 9/7/20 | Replies to *Daubert* and Motions for Summary Judgment |
| TBD | Hearing on *Daubert*, Motions for Summary Judgment, and Motions in Limine |
| TBD | Final Pretrial Conference |
| 10/19/20 | Jury Selection |
| 10/19/20 | Trial Start Date |

| \ | *Burrage* Deadlines |
|---|---|
| **DEADLINE** | **TASK** |
| 6/17/20 | Fact Discovery Closes |
| 7/17/20 | Plaintiff Expert Disclosures & Reports |
| 8/4/20 | Deadline for Conducting Independent Medical Examination |
| 8/18/20 | Defendant Expert Disclosures & Reports |
| 9/18/20 | Expert Discovery Closes |
| 11/6/20 | Daubert and Summary Judgment Motions |
| 11/2/20 | Affirmative Depo Designations by Page and Line |
| 11/2/20 | Preliminary Witness and Exhibit List |
| 11/11/20 | Counter Depo Designations and Objections |
| 11/13/20 | Motions In Limine and To Bifurcate Issues and Claims |
| 11/18/20 | Final Witness List and Notice of Witnesses to Attend Trial |
| 11/24/20 | Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations |
| 12/2/20 | Objections to Re-direct Depo Designations and Responses to Objections to Counter Designations |
| 12/4/20 | Responses to Daubert and Motions for Summary Judgment |
| 12/8/20 | Responses to Motions in Limine |
| 12/10/20 | Responses to Objections to Re-direct Depo Designations & Submit to Court for Rulings |
| 12/10/20 | Parties Submit Stipulations of Facts, Trial Briefs, and Notice to Court of Use of Evidence Presentation Equipment |
| 12/14/20 | Jury Instructions & Verdict Forms |
| 12/21/20 | Replies to Daubert and Motions for Summary Judgment |
| TBD | Hearing on Daubert, Motions for Summary Judgment, and Motions in Limine |
| TBD | Final Pretrial Conference |
| 2/8/21 | Jury Selection |
| 2/8/21 | Trial Start Date |