# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | CASE No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| THIS FILING RELATES TO: | : : | |
| JONES; 1:18-CV-3131-RLY-TAB | : | ORDER |

## ORDER GRANTING MOTION TO AMEND SHORT-FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion to amend the Short-Form Complaint in the above captioned matter. Plaintiff's amended complaint shall be entered on the docket in this matter.

SO ORDERED.
Date: 2/20/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.