IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
____Kandace Jones_____

Civil Case #__1:18-cv-3131_____

FIRST AMENDED
**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   ____Kandace Jones_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   ____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   ____N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   ____Michigan_____

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Michigan

6. Plaintiff's/Deceased Party's current state of residence:

    Michigan

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Eastern District of Michigan, Southern Division

8. Defendants (Check Defendants against whom Complaint is made):

    ☒   Cook Incorporated

    ☒   Cook Medical LLC

    ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
       Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:

       N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    Gunther Tulip Mreye
    Cook Celect Platinum
    Other:
    _____

11. Date of Implantation as to each product:

    06/11/2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    St. John Providence Hospital, Southfield, MI

13. Implanting Physician(s):

    Denis R. Lincoln, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

- [x] Count V:     Breach of Express Warranty

- [x] Count VI:    Breach of Implied Warranty

- [x] Count VII:   Violations of Applicable __Michigan__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- [ ] Count VIII:  Loss of Consortium

- [ ] Count IX:    Wrongful Death

- [ ] Count X:     Survival

- [x] Count XI:    Punitive Damages

- [ ] Other:       _____ (please state the facts supporting this Count in the space, immediately below)

- [ ] Other:       _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    David M. Langevin

16. Address and bar information for Attorney for Plaintiff(s):

4

| 2116 Second Ave South |
|---|
| Minneapolis, Minnesota 55404 |
| MN Bar No. 269542 |

                                        Respectfully submitted,

                                        */s/ David M. Langevin*
                                        David M. Langevin
                                        MN Bar No. 329563
                                        **McSweeney Langevin LLC**
                                        2116 Second Avenue South
                                        Minneapolis, MN 55404
                                        Telephone: (877) 542-4646
                                        Facsimile:  (612) 454-2678
                                        dave@westrikeback.com

                                        ***Lead Counsel for Plaintiff(s)***