IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., | | |
| IVC FILTERS MARKETING, | | |
| SALES PRACTICES AND | : | CASE No. 1:14-ml-2570-RLY-TAB |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2570 |
| | : | CIVIL CASE No. 1:19-cv-03665 |
| | : | |
| | : | |
| | : | |
| WILLIAMS; 1:19-cv-3665-RLY-TAB | : | ORDER |

## ORDER GRANTING MOTION TO AMEND SHORT-FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion to amend the Short-Form Complaint in the above captioned matter. Plaintiff's amended complaint shall be entered into the record in this matter.

SO ORDERED.
Date: 2/20/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.