**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL 2570 |

This document relates to:
**JOSHUA JORDAN WILLIAMS**
**1:19-cv-04116-RLY-TAB**

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

IT IS ORDERED that Plaintiff's Unopposed Motion For Leave to File Amended Complaint is hereby GRANTED. The amended short form complaint attached as an exhibit to Plaintiff's motion is deemed filed as of the date of this order.

Date: 2/20/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.