IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs

GUADALUPE GAMBOA

Civil Case # <u>1:19-cv-4819</u>

## ORDER

NOW, the Court having duly considered Plaintiffs' Motion for Leave to Amend Complaint, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs' Amended Complaint shall be entered on the docket in this matter.

Date: 2/20/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.