IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    David McDermitt
    Civil Case No. 1:18-cv-00946-RLY-TAB

## **PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiff David McDermitt respectfully moves the Court to maintain under seal Plaintiff's Response to Cook's Motion for Summary Judgment—Statute of Repose, along with Exhibits E, F, H, I, and J. Defendants have designated those documents as "confidential," and they are discussed in detail within the Response.

Dated:  February 24, 2020      Respectfully submitted,

                                                GOLDENBERGLAW, PLLC

                                                */s/ Stuart L. Goldenberg*
                                                Stuart L. Goldenberg
                                                Benjamin C. Stellpflug
                                                GoldenbergLaw, PLLC
                                                800 LaSalle Avenue
                                                Suite 2150
                                                Minneapolis, MN 55402
                                                (612) 333-4662
                                                slgoldenberg@goldenberglaw.com
                                                bstellpflug@goldenberglaw.com

Joseph N. Williams, Esq.
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email:       jwilliams@rwp-law.com

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
THE LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, TX  75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@bencmartin.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

             /s/ *Luc Mainguy*
             Luc T. Mainguy