IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to<br>David McDermitt, Civil Case No.: 1:18-cv-00946 | |

## **AFFIDAVIT OF STUART L. GOLDENBERG**

I, Stuart L. Goldenberg, being duly sworn, state as follows:

1. Attached as Exhibit A is a true and correct copy of Exhibit 1 from the Deposition of Laura Plunkett, PHD, DABT, the Expert Report of Dr. Laura Plunkett.

2. Attached as Exhibit B is a true and correct copy of Exhibit 9 from the Deposition of Derek D. Muehrcke, M.D., the Expert Report for Dr. Derek Muehrcke.

3. Attached as Exhibit C is a true and correct copy of transcript excerpts from the Deposition of Laura Plunkett, PHD, DABT.

3. Attached as Exhibit D is a true and correct copy of the Affidavit of Dereke Muehrcke, M.D.

4. Attached as Exhibit E is a true and correct copy of CookMDL2570_0183121.

5. Attached as Exhibit F is a true and correct copy of CookMDL2570_0180213.

6. Attached as Exhibit G is a true and correct copy of Hoppe, et al. "Gunther Tulip Filter Retrievability Multicenter Study Including CT Follow-up: Final Report," June 2006.

1

7. Attached as Exhibit H is a true and correct copy of CookMDL2570_0380878.

8. Attached as Exhibit I is a true and correct copy of CookMDL2570_0379327.

9. Attached as Exhibit J is a true and correct copy of CookMDL2570_1376718-42.

10. Attached as Exhibit K is a true and correct copy of transcript excerpts from the Deposition of Dr. Sabah Butty.

11. Attached as Exhibit L is a true and correct copy of transcript excerpts from the Deposition of Dr. Todd Biggerstaff.

12. Attached as Exhibit M is a true and correct copy of transcript excerpts from the Deposition of Carol McDermitt.

13. Attached as Exhibit N is a true and correct copy of Deso, S.E., et al. "Evidence-Based Evaluation of Inferior Vena Cava Filter Complications Based on Filter Type." June 2016.

14. Attached as Exhibit O is a true and correct copy of Durack, JC, et al. "Perforation of the IVC: rule rather than exception after long indwelling times for the Gunther Tulip and Celect retrievable filters."

15. Attached as Exhibit P is a true and correct copy of the Affidavit of David McDermitt.

16. Attached as Exhibit Q is a true and correct copy of the Cook Medical Urgent Field Safety Notice, dated February 26, 2019.

17. Attached as Exhibit R is a true and correct copy of transcript excerpts from the Deposition of Dr. Derek Muehrcke.

18. Attached as Exhibit S is a true and correct copy of Plaintiff's Short Form Complaint.

19. Attached as Exhibit T is a true and correct copy of transcript excerpts from the Deposition of Shannon Kauffman.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  February 24, 2020         By: /s/ Stuart Goldenberg
                                  GOLDENBERGLAW, PLLC

                                        Stuart Goldenberg (#158719)  
                                        800 LaSalle Ave Ste 2150  
                                        Minneapolis, MN 55402  
                                        Direct Phone: 612-335-9960  
                                        Fax: 612-367-8107  
                                        Admitted Pro Hac Vice