UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Tonya Brand, 1:14-cv-06018-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON PLAINTIFF'S MOTION TO RECONSIDER ORDER GRANTING NEW TRIAL**

Plaintiff moves for reconsideration of the court's January 6, 2020 Order vacating the jury's verdict and ordering a new trial. The court, having reviewed the parties' submissions, finds the motion (Filing No. 12679) should be **DENIED**.

**SO ORDERED** this 25th day of February 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.