IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Debra Chirgwin

Civil Case # 1:17-cv-2292

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

COMES NOW, Plaintiff Debra Chirgwin, by and through undersigned counsel, and pursuant to Fed.R.Civ.P 25(a), and moves the Court to substitute William J. Chirgwin as Administrator of the Estate of Debra Chirgwin, deceased.

1. Plaintiff Debra Chirgwin originally filed a products liability lawsuit against Defendants on, July 6, 2017 in the Southern District of Indiana, Indianapolis Division.

2. On August 9, 2017, Plaintiff's counsel served Defendants with a Plaintiff Profile Sheet that listed William J. Chirgwin as Debra Chirgwin's spouse.

3. On November 27, 2019, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [See Doc. No. 12495]

4. William J. Chirgwin, surviving spouse of Debra Chirgwin, is a proper party to substitute for Plaintiff-decedent William J. Chirgwin and has proper capacity to continue the claims made in this lawsuit pursuant to Fed.R.Civ.P.25(a)(1), "if a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion

for substitution may be made by any party or by the decedent s successor or representative."

WHEREFORE, Plaintiff respectfully requests that this Court grant substitution of Plaintiff in this action and direct the Clerk to reflect this substitution in the file and the Court's ECF system.

Dated: February 25, 2020.

/s/ William F. Blankenship III
William F. Blankenship III
Texas Bar No. 90001483 (*Admitted Pro Hac Vice*)
Blankenship Law Firm
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
(214) 361-7500
(214) 361-7505 (Fax)
bill@blankenshiplaw.com
maggie@blankenshiplaw.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ William F. Blankenship III
William F. Blankenship III