IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Debra Chirgwin

Civil Case # 1:17-cv-2292

### ORDER

Pending before the Court is Plaintiff's Motion to Substitute Party.

**IT IS ORDERED** that Plaintiff's Motion to Substitute Party is **granted.** William J. Chirgwin is substituted for Debra Chirgwin, deceased, in this action, continuing the claims originally brought by Debra Chirgwin on behalf of her Estate. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system.

Dated: _____.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF INDIANA