IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS          CASE NO. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION                                        MDL NO. 2570

_____

This Document Relates to Plaintiff(s),

Jeffrey P. Powers
Civil Case No. 1:19-cv-4501

_____

## ENTRY OF APPEARANCE

COMES NOW attorney, Brian S. Katz, of the Flint Law Firm, LLC, and enters his appearance

on behalf of the Plaintiff(s) in the above referenced action.


Respectfully Submitted,

**FLINT LAW FIRM LLC**

/s/ Brian S. Katz
Brian S. Katz, KY Bar No. 86633
FLINT LAW FIRM, LLC
2226 Broadway, Suite 1
Post Office Box 2903
Paducah, Kentucky 42002-2903
Phone: (270) 575-3939
Fax: (270) 575-3936
bkatz@flintfirm.com
*Attorney for Plaintiff*