## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:19-cv-06097 | 1:20-cv-00507 |
| 1:20-cv-00196 | 1:20-cv-00508 |
| 1:20-cv-00388 | 1:20-cv-00509 |
| 1:20-cv-00452 | 1:20-cv-00510 |
| 1:20-cv-00453 | 1:20-cv-00517 |
| 1:20-cv-00455 | 1:20-cv-00520 |
| 1:20-cv-00458 | 1:20-cv-00522 |
| 1:20-cv-00459 | 1:20-cv-00527 |
| 1:20-cv-00460 | 1:20-cv-00528 |
| 1:20-cv-00474 | 1:20-cv-00529 |
| 1:20-cv-00475 | 1:20-cv-00532 |
| 1:20-cv-00477 | 1:20-cv-00534 |
| 1:20-cv-00478 | 1:20-cv-00535 |
| 1:20-cv-00482 | 1:20-cv-00536 |
| 1:20-cv-00483 | 1:20-cv-00537 |
| 1:20-cv-00486 | 1:20-cv-00544 |
| 1:20-cv-00487 | 1:20-cv-00546 |
| 1:20-cv-00490 | 1:20-cv-00547 |
| 1:20-cv-00491 | 1:20-cv-00548 |
| 1:20-cv-00493 | 1:20-cv-00554 |
| 1:20-cv-00502 | 1:20-cv-00555 |
| 1:20-cv-00505 | 1:20-cv-00556 |
| 1:20-cv-00506 | 1:20-cv-00560 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

US.120264241.01

| | | |
|---|---|---|
| Dated: | February 26, 2020 | /s/ Andrea Roberts Pierson |
| | | Andrea Roberts Pierson (# 18435-49) |
| | | Kip S. M. McDonald (# 29370-49) |
| | | FAEGRE DRINKER BIDDLE & REATH LLP |
| | | 300 North Meridian Street, Suite 2500 |
| | | Indianapolis, Indiana 46204 |
| | | Telephone: (317) 237-0300 |
| | | Facsimile: (317) 237-1000 |
| | | E-Mail: andrea.pierson@faegredrinker.com |
| | | E-Mail: kip.mcdonald@faegredrinker.com |

US.120264241.01

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson