> APROVED. Case is dismissed without prejudice.
> Dated: 2/26/20
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

<u>HOLLY A. HICKS KENDRICK</u>

Civil Case 1:16-cv-3163

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SPECIFIED PLAINTIFF ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the following Plaintiff ONLY hereby provides notice of her voluntary dismissal without prejudice:

Holly A. Hicks Kendrick

The claims of all other Plaintiffs are unaffected by this Voluntary Dismissal.

Dated: February 25, 2020

Respectfully Submitted,

*/s/ Amir M. Kahana, Esq.*
Amir M. Kahana (SBN 218149)
Kahana Law, P.C.
2603 Main Street, Suite 350
Irvine, CA 92614
T:   949.812.4781
F:   949.245.7597