IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
| | |
|---|---|
| 1:16-cv-1046-RLY-TAB | Ramon |
| 1:16-cv-2763-RLY-TAB | Sharp |
| 1:17-cv-480-RLY-TAB | Beard |
| 1:17-cv-516-RLY-TAB | Buell |
| 1:17-cv-1320-RLY-TAB | Ball |
| 1:17-cv-1763-RLY-TAB | Romero |
| 1:17-cv-1978-RLY-TAB | Rankin |
| 1:17-cv-2020-RLY-TAB | Leal |
| 1:17-cv-3494-RLY-TAB | Lipscomb |

**ORDER ON MOTION TO SEAL**

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, Defendants' motion to seal [Filing Nos. 12348] is granted. The Clerk shall maintain Filing Nos. 12020-3, 12022-7, 12040-2, 12042-2, 12045-2, 12046-2, 12047-2, 12048-2, and 12050-3 under seal pending further order.

Date: 2/27/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.