**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND            Case No: 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                  MDL No. 2570

This Document Relates to:

Lawrence Simon et al v. Cook et al 1:16-cv-00343

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUBSTITUTION OF PARTIES

The above-titled Plaintiffs respectfully ask this Court to grant their Motion for leave to file a Substitution of Parties. In support of this Motion, the Plaintiffs state as follows:

1. Federal Rule of Civil Procedure, Rule 6(b) provides that a Court "may, for good cause, extend the time: (B) on motion made after the time has expired if the party failed to act because of excusable neglect."

2. Rule 6(b) "works in conjunction with Rule 25(a)(1) to provide the intended flexibility in enlarging the time for substitution." *Zeidman v. Gen. Accident Ins. Co.*, 122 F.R.D. 160, 161 (S.D.N.Y. 1988).

3. Courts have found that the "burden of showing excusable neglect has only been required in instances where a moving party has failed to move for substitution after <u>adequate</u> suggestion of death has been made upon the record." *Kessler v. S.E. Permanente Med. Group of N. Carolina, P.A.*, 165 F.R.D. 54, 57 (E.D.N.C. 1995)(*emphasis added*)  See also *Zeidman v. General Accident Insurance Company*, 122 F.R.D. 160 (S.D.N.Y.1988); *Farrington v. Benjamin*, 100 F.R.D. 474 (D.V.I.1984); *Ashley v. Illinois Central Gulf Railroad Company*, 98 F.R.D. 722 (S.D.Miss.1983).

4. A suggestion is not merely the receipt of actual knowledge of death; rather, the suggestion must identify the successor to the estate who may be substituted for the decedent. *Kessler v. S.E. Permanente Med. Group of N. Carolina, P.A.*, 165 F.R.D. 54, 56 (E.D.N.C. 1995)

5. Plaintiffs' suggestion of death did not identify the successors to the estate as is required to make a suggestion of death valid. Exhibit A.

6. Accordingly, pursuant to Federal Rule of Civil Procedure 25(a) and Rule 6(b), Plaintiffs respectfully request that the Court grant Plaintiffs' Motion for leave to file a Substitution of Parties. Exhibit B.

WHEREFORE, the Plaintiffs respectfully request that the Court grant them leave to file a Substitution of Parties, and for all other just and appropriate relief.

Dated: February 27, 2020

*/s/  Jeff Seldomridge*
Jeff Seldomridge VSB # 89552
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960
Phone: (866) 529-3323
Fax: (540) 672-3055
jseldomridge@millerfirmllc.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on 27th of February, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jeff Seldomridge*
Jeff Seldomridge