# Exhibit A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to:
 1:16-cv-343-RLY-TAB
 LAWRENCE SIMON

## NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF, LAWRENCE SIMON

Pursuant to Fed. R. Civ. P. 25, counsel hereby suggests upon the record the death of Plaintiff Lawrence Simon. A copy of the death certificate is attached hereto as Exhibit A.

Dated: February 9, 2017

>  /s/Jeff Seldomridge
> Jeff Seldomridge
> **THE MILLER FIRM LLC**
> 108 Railroad Avenue
> Orange, Virginia 22960
> Tel: (540) 672-4224
> Fax: (540) 672-3055
> jseldomridge@millerfirmllc.com
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

>  /s/ Jeff Seldomridge
> Jeff Seldomridge