IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs

KEVIN ESPLEY and BARBARA ESPLEY

Civil Case # 1:19-cv-5017-RLY-TAB

### ORDER

The Court having duly considered Plaintiffs' Motion for Leave to Amend Complaint and the Response thereto, if any:

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. Plaintiff's proposed amended complaint shall be entered on the docket in this matter.

Date: 2/27/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record will be made by CM/ECF.