IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs

CYNTHIA BATES

Civil Case # 1:19-cv-5016

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff:

    Cynthia Bates

2. Spousal Plaintiff Party's spouse or other party making loss of consortium claim:

    Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    None

4. Plaintiff's Party's state of residence at the time of implant:

    Ohio

1

5. Plaintiff's state of residence at the time of injury:

   Ohio

6. Plaintiff's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District for the Southern District of Ohio

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other: ___

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 9-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    April 14, 2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    The Christ Hospital, Cincinnati, OH

13. Implanting Physician(s):

    Dr. Daniel Long

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒   Count I: Strict Products Liability – Failure to Warn

    ☒   Count II: Strict Products Liability – Design Defect

    ☒   Count III: Negligence

    ☒   Count IV: Negligence Per Se

    ☒   Count V: Breach of Express Warranty

    ☒   Count VI: Breach of Implied Warranty

    ☒   Count VII: Violations of Applicable Ohio Law Prohibiting Consumer
        Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____(please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____

15. Attorney for Plaintiff(s):

　　Zainab Tarique and Leslie MacLean

16. Address and bar information for Attorney for Plaintiff(s):

　　3141 Hood Street, Suite 700, Dallas, TX 75219

　　Zainab's Bar # 24113095    Leslie's Bar # 00794209

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　/s/Zainab Tarique
　　　　　　　　　　　　Zainab Tarique
　　　　　　　　　　　　TX Bar No. 24113095
　　　　　　　　　　　　Leslie MacLean
　　　　　　　　　　　　TX Bar No. 00794209
　　　　　　　　　　　　**WATERS & KRAUS, LLP**
　　　　　　　　　　　　3141 Hood Street, Suite 700
　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　Telephone: (214) 357-6244
　　　　　　　　　　　　Facsimile: (214) 357-7252
　　　　　　　　　　　　ztarique@waterskraus.com

　　　　　　　　　　　　*Lead Counsel for Plaintiffs*