IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-00568 | 1:20-cv-00579 |
| 1:20-cv-00569 | 1:20-cv-00581 |
| 1:20-cv-00571 | 1:20-cv-00582 |
| 1:20-cv-00573 | 1:20-cv-00590 |
| 1:20-cv-00577 | 1:20-cv-00591 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

 Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
 Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
 William Cook Europe ApS

Dated: February 28, 2020  /s/ Andrea Roberts Pierson
              Andrea Roberts Pierson (# 18435-49)
              Kip S. M. McDonald (# 29370-49)
              FAEGRE DRINKER BIDDLE & REATH LLP
              300 North Meridian Street, Suite 2500
              Indianapolis, Indiana 46204
              Telephone: (317) 237-0300
              Facsimile: (317) 237-1000
              E-Mail: andrea.pierson@faegredrinker.com
              E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson