IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKERTING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>OMEL CORLEY Civil Action No.: 1:17-cv-3379 | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

NOW INTO COURT comes counsel for Plaintiff, OMELY CORLEY, who moves this Court for an order substituting TANYA CORLEY on behalf of her deceased father, OMEL CORLEY, in the above-captioned matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for the following reasons:

1. On September 21, 2017, Omel Corley filed a products liability lawsuit in the above-referenced matter.

2. On May 06, 2017, Omel Corley passed away.

3. Plaintiff filed a suggestion of Death on October 12, 2018.  *See* Doc. No. 9400.

4. Omel Corley's product liability action against defendants survived Plaintiff decedent's death and is not concluded.

5. The decedent's daughter, Tanya M. Corley, is a proper party to substitute for plaintiff-decedent Omel Corley and wishes to be substituted on his behalf in this case.

WHEREFORE, counsel for Plaintiff request that this Court grant this request for substitution of Plaintiff in this action.

Dated: February 28, 2020

                                    Respectfully Submitted,

                                    **MARC J. BERN AND PARTNERS, LLP.**

                                    */s/ Debra J. Humphrey*
                                    Debra J. Humphrey
                                    60 E. 42nd St., Suite 950
                                    New York, NY 10165
                                    (212) 702-5000
                                    (212) 818-0164 (FAX)

                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

                                    */s/ Debra J. Humphrey*