STATE OF SOUTH CAROLINA                              PROBATE COURT
COUNTY OF RICHLAND

IN THE MATTER OF: OMEL CORLEY

CASE NUMBER:     2018 ES40 00443

### CERTIFICATE OF APPOINTMENT AS PERSONAL REPRESENTATIVE

This is to certify that

### TANYA M. CORLEY

is the duly qualified **PERSONAL REPRESENTATIVE**

in the above matter and that this appointment, having been executed on the 16th day of April, 2018, is now in full force and effect, including authorization to receive all monies, income, principal, interest and dividends of and belonging to said estate.

**RESTRICTIONS:**
Only those imposed by law.


Executed this 16th day of April, 2018.

*Amy W. McCulloch*
Amy W. McCulloch
Richland County Probate Judge

Do not accept a copy of this
certificate without the raised
seal of the Probate Court.

FORM #141PC (1/91)
SCPC 1-305, 3-103, 5-304, 5-421, 7-201