IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVCFILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to Plaintiff <br><br> OMEL CORLEY <br> Civil Action No. 1:17-CV-3379 | Case No. 1:14-ml-2570-RLY-TAB <br><br> MDL No. 2570 |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Tanya Corley's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises hereby states:

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED.

2. TANYA M. CORLEY, as daughter and personal representative of OMEL CORLEY, is substituted as Plaintiff in this action.

Dated this _____ of _____, 2020.

_____<br>
Tim A. Baker<br>
United States Magistrate Judge<br>
Souther District of Indiana

cc: All counsel of record