THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
121 W. SPRING STREET, ROOM 210
NEW ALBANY, IN 47150

OFFICIAL BUSINESS

RECEIVED
US DISTRICT COURT
NEW ALBANY DIVISION
MAR 02 2020
LAURA A. BRIGGS

LOUISVILLE KY 400
13 FEB '20
PM 2 L

Zackariah Albrecht
853 Mickelsen Court
Brentwood, CA 94513-6218

UTF

NIXIE       957    EE 1       00002/25/20
            RETURN TO SENDER
            NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 47150357299          *1870-03385-13-14

UTF
SHIPPERSRIDES

B44997.10
$0.50
US POSTAGE
FIRST-CLASS
062S0009595004
47150