# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

David McDermitt
1:18-cv-00946

## MOTION FOR LEAVE TO
## FILE A REPLY BRIEF IN EXCESS OF 20 PAGES

Pursuant to Local Rule 7.1(e)(2), Cook respectfully moves this Court for an order granting leave to file a reply brief in excess of 20 pages, specifically its reply in support of its Motion for Summary Judgment – Statute of Repose, Dkt. No. 12802. This brief will be electronically filed today, March 2, 2020. In support of this motion, Cook states:

1. Local Rule 7.1 provides that reply briefs may not exceed 20 pages without prior approval of the Court. *See* Local Rule 7-1.

2. Cook hereby requests leave to file a reply brief in excess of 20 pages in support of its Motion for Summary Judgment – Statute of Repose in the *McDermitt* case.

3. The reply addresses Plaintiff's response to Cook's motion, which raises multiple new issues and includes over two hundred pages of exhibits. Due to the complexity and importance of these issues, these arguments needed to be given due consideration.

1

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible but find it necessary for the reasons detailed above to request leave of court to exceed the 20-page maximum set forth in Local Rule 7-1(e)(1).

5. Cook will be able to adequately address the issues raised in 25 pages or less.

6. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, Cook respectfully requests that this Court grant it leave to file a reply brief in excess of 20 pages.

Respectfully Submitted,

Dated: March 2, 2019

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreBD.com
Jessica.Cox@FaegreBD.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreBD.com

*Attorneys for the Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, a copy of the foregoing **MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF 20 PAGES** was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*