# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

David McDermitt
1:18-cv-00946

## ORDER ON MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF 20 PAGES

The Court, having considered Cook's Motion for Leave to File a Reply Brief in Excess of 20 Pages in support of its Motion for Summary Judgment – Statute of Repose, Dkt. No. 12802, and being duly advised, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

IT IS THEREFORE ORDERED that Cook is granted leave to file a reply brief in excess of 20 pages in support of its Motion for Summary Judgment – Statute of Repose.

Dated:_____

_____
The Honorable Richard L. Young, Judge
United States District Court for the
Southern District of Indiana

Distribution:

Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.