# EXHIBIT B

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION
 3                    CASE NO.:  1:14-ml-2570-RLY-TAB
                      MDL NO.:   2570
 4
 5     IN RE:  COOK MEDICAL, INC., IVC FILTERS
        MARKETING, SALES PRACTICES AND
 6      PRODUCT LIABILITY LITIGATION
 7           Plaintiff,
 8      _____/
 9
        This Document Relates to
10      David McDermitt, Civil Case No.: 1:18-cv-00946
11      _____/
12
                        *****CONFIDENTIAL*****
13
14      VIDEOTAPED
        DEPOSITION OF:       DEREK D. MUEHRCKE, M.D.
15
        DATE:                SATURDAY, FEBRUARY 1, 2020
16
        TIME:                9:41 A.M. - 6:49 P.M.
17
        PLACE:               CASA MONICA RESORT & SPA
18                           AUTOGRAPH COLLECTION
                             95 CORDOVA STREET
19                           ST. AUGUSTINE, FLORIDA  32084
20      STENOGRAPHICALLY
        REPORTED BY:         COURTNEY N. VERHAGEN, RMR, CRR
21
22
23
24
25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 276

1       Thank you.
2       MR. GOLDENBERG:  Objection to form.
3   BY MS. COX:
4       Q.  I want to talk about the April 21st, 2017, CT
5   image.
6           First, did you record any measurements that you
7   made on the April 21st, 2017, CT image?
8       A.  I don't know that I recorded them.
9       Q.  If you had recorded them, would you have
10  brought them with you today?
11      A.  Yes, I would have.
12      Q.  Okay.  Did you follow any written protocols in
13  measuring Mr. McDermitt's filter on these images?
14      A.  No.  Just measured them visually, seeing where
15  they perforated, and how long they were sticking out of
16  the inferior vena cava.
17          (Deposition Exhibit 17 was marked.)
18  BY MS. COX:
19      Q.  Okay.  I'm going to hand you what's been marked
20  as Exhibit 17, and I'll represent to you these are
21  CT slices from the April 21st, 2017, CT scan.
22          Do you recognize these?
23      A.  Yep.
24      Q.  I tried to give you the whole collection so you
25  could kind of see where we were in the body here.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 277

1     A.    Yeah.
2     Q.    And I think -- you tell me, but I'm assuming
3  that the best place to talk about your -- how you
4  measured would be slice 73?
5     A.    What -- what are you looking at?
6     Q.    Well, I want to talk about how you measured his
7  perforation.
8     A.    The perforations.  Okay.
9     Q.    So is the best slice to look at 73?
10    A.    Well, no.  The -- the best -- the best film is
11 the coronal reconstructions.  We don't have them here.
12    Q.    Okay.  Actually, I think we do.
13    A.    Good.  Yeah.  Those are the -- I think that's
14 the easiest way to show you the perforation.  Well, I
15 mean, you can demonstrate the perforation on these, but
16 to measure them, it's better on a coronal.
17         (Discussion held off the record between
18     Attorney Cox and Attorney Pierson.)
19 BY MS. COX:
20    Q.    So you made your measurements on which slices?
21    A.    Well, the coronals and the axials, but the
22 coronals are the ones which are easier to measure,
23 though.  You've got -- you can't measure -- I think
24 it's -- I think it's -- gives you a better idea on the
25 coronals to -- to measure the distance.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 278

1   Q.   You measured looking at both the coronal and
2   the axial?
3   A.   Well -- well, I looked at all the images, and I
4   believe I measured the perforation from the -- when I --
5   when I appreciate the fact that there is a clear
6   perforation and not tenting, then I measured them on the
7   coronals.
8   Q.   And Exhibit 17 contains axial images?
9   A.   If you measure these, this gives you a
10  diameter, really, of the -- of the -- of the tine.
11            I'm sorry.  What was your question?  If --
12            (Discussion held off the record between
13      Attorney Cox and Attorney Pierson.)
14  BY MS. COX:
15  Q.   My discussion -- my -- my question to you was,
16  what images did you use to measure perforation of
17  Mr. McDermitt?
18            MR. GOLDENBERG:  Asked and answered.
19            Go ahead.
20            THE WITNESS:  The coronal sections of the
21      vena cava.
22  BY MS. COX:
23  Q.   So you did not use the axial images to measure?
24  A.   Right.
25  Q.   Okay.  You don't recall the specific

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 279

1   measurements that you came up with?
2       A.   I -- I -- I'm -- two -- my -- my -- my
3   perforations were 3 and a little bit over 3 millimeters.
4       Q.   3 and a little bit over 3 millimeters?
5       A.   Yeah.  So they're Grade 1 and 2 perforations.
6       Q.   Okay.  Let's just use Exhibit 73 (sic) here,
7   and would you tell me which ones you measured to be
8   what, to the best of your recollection?
9       A.   Well, I think -- I think the 8 o'clock tine is
10  probably the biggest one, and then probably the
11  5 o'clock tine is next.  It's close to the 10 o'clock,
12  though, but I think probably the 8 o'clock is -- is the
13  largest.
14           You can -- it's -- clearly you can see that
15  there's no tenting present.  You can clearly see that
16  there's contrast in the inferior vena cava which is
17  separate.  There is darkness between the struts of the
18  filter and the contrast in the inferior vena cava, so
19  there's no tenting.  If there was tenting, one would
20  expect to see contrast in the inferior vena cava
21  touching the -- the filters if there were tenting, but
22  there's no tenting here.
23      Q.   So the greatest perforation you found was the
24  8 o'clock one?
25      A.   I think the 8 o'clock is probably the biggest

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 280

1   one and then --
2       Q.   Is that this one that I'm pointing to on the
3   screen?
4       A.   Yeah.  That would be the 8 o'clock, yeah.
5       Q.   And how far did you measure that perforation
6   to --
7       A.   About 3 and a -- 3.2 or something, 3.1.
8       Q.   3 to 3.1?
9       A.   3.1.
10      Q.   3 to 3.1 millimeters?
11      A.   Yeah.
12      Q.   Okay.  And then the second largest, what did
13  you say?
14      A.   Well, I -- I -- well, I don't remember.  We
15  don't have the coronal section, so I can't tell you
16  which they are.  But it looks like probably the
17  6 o'clock one would be sticking out the next to most,
18  and then the 2 and the 10 o'clock are probably behind --
19  are -- are next.
20           But there's a limited number of photographs
21  here, and it's hard to really --
22      Q.   Do you recall the 2 o'clock or 10 o'clock tine
23  being out greater than 3 millimeters?
24      A.   I don't think they necessarily were.
25      Q.   So the answer is "no"?