# EXHIBIT C

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
 2                      INDIANAPOLIS DIVISION

 3

 4   IN RE: COOK MEDICAL, INC.,        )
     IVC FILTERS MARKETING, SALES      ) Cause No.
 5   PRACTICES AND LIABILITY,          ) 1:14-ML-2570-RLY-TAB
     LITIGATION                        ) Indianapolis, Indiana
 6                                     ) August 20, 2019
                                       ) 9:03 a.m.
 7                                     )

 8

 9

10                      Before the Honorable
                          RICHARD L. YOUNG
11
                    OFFICIAL REPORTER'S TRANSCRIPT OF
12                         STATUS CONFERENCE

13

14   For Plaintiffs:
                                   Ben C. Martin, Esq.
15                                 Law Offices of Ben C. Martin
                                   3710 Rawlins Street, Suite 1230
16                                 Dallas, TX  75219

17
                                   Joseph N. Williams, Esq.
18                                 Riley Williams & Piatt, LLC
                                   301 Massachusetts Ave., Ste. 300
19                                 Indianapolis, IN  46204

20
                                   Roger L. Mandel, Esq.
21                                 Jeeves Law Group
                                   12222 Merit Drive, Suite 1200
22                                 Dallas, TX  75251

23
                                   Michael W. Heaviside, Esq.
24                                 Heaviside Reed Zaic
                                   910 17th Street NW, Suite 800
25                                 Washington, D.C.  20006
```

1  '07.  He too has many comorbidities.  I believe he does have a
2  legitimate perforation.  Those comorbidities include coronary
3  artery disease, atrial fibrillation, renal disease and
4  diabetes.  And McDermitt, similar.  Also 81 years old.
5  Implant was in January of '07.  They'll point out it was
6  implanted in Indiana, which is true, but this is the one where
7  there's a two-millimeter penetration, which as we discussed ad
8  nauseam during the last trial, has always been my
9  understanding Cook's position that's not a perforation.  So I
10 don't think it's helpful.  He's also morbidly obese, has had
11 recent surgery to both quadriceps, has basal cell carcinoma
12 and heart disease.
13         So we believe Harris is clearly not representative.
14 These two gentlemen are somewhat similarly situated; and to
15 the extent that Cook indicates in their paperwork that I think
16 they liked Johnson, we can live with Johnson.
17         The last one would be Ervin; and given our dilemma
18 in actually all these cases, we feel strongly that Ervin
19 should be a Tulip case.  Reason being it is the only failed
20 retrieval in this whole array of cases.  She's 71 years old.
21 I think Cook pointed out in their paperwork that, of course,
22 they don't want this case, Ervin, because it's a failed
23 retrieval.  I think they point out:  Oh, no, she's got
24 symptomatology.
25         I spoke with the Plaintiff's attorney and he said: