# EXHIBIT D

Cardiovasc Intervent Radiol (2012) 35:299–308
DOI 10.1007/s00270-011-0151-9

CLINICAL INVESTIGATION

# Perforation of the IVC: Rule Rather Than Exception After Longer Indwelling Times for the Günther Tulip and Celect Retrievable Filters

Jeremy C. Durack · Antonio C. Westphalen ·
Stephanie Kekulawela · Shiv B. Bhanu ·
David E. Avrin · Roy L. Gordon · Robert K. Kerlan

Received: 22 December 2010 / Accepted: 11 March 2011 / Published online: 30 March 2011
© Springer Science+Business Media, LLC and the Cardiovascular and Interventional Radiological Society of Europe (CIRSE) 2011

**Abstract**
*Purpose* This study was designed to assess the incidence, magnitude, and impact upon retrievability of vena caval perforation by Günther Tulip and Celect conical inferior vena cava (IVC) filters on computed tomographic (CT) imaging.
*Methods* Günther Tulip and Celect IVC filters placed between July 2007 and May 2009 were identified from medical records. Of 272 IVC filters placed, 50 (23 Günther Tulip, 46%; 27 Celect, 54%) were retrospectively assessed on follow-up abdominal CT scans performed for reasons unrelated to the filter. Computed tomography scans were examined for evidence of filter perforation through the vena caval wall, tilt, or pericaval tissue injury. Procedure records were reviewed to determine whether IVC filter retrieval was attempted and successful.
*Results* Perforation of at least one filter component through the IVC was observed in 43 of 50 (86%) filters on CT scans obtained between 1 and 880 days after filter placement. All filters imaged after 71 days showed some degree of vena caval perforation, often as a progressive process. Filter tilt was seen in 20 of 50 (40%) filters, and all tilted filters also demonstrated vena caval perforation. Transjugular removal was attempted in 12 of 50 (24%) filters and was successful in 11 of 12 (92%).
*Conclusions* Longer indwelling times usually result in vena caval perforation by retrievable Günther Tulip and Celect IVC filters. Although infrequently reported in the literature, clinical sequelae from IVC filter components breaching the vena cava can be significant. We advocate filter retrieval as early as clinically indicated and increased attention to the appearance of IVC filters on all follow-up imaging studies.

**Keywords** Pulmonary thromboembolism · IVC filter perforation · Celect · Günther Tulip

## Introduction

Widespread belief in the relative safety and efficacy of inferior vena cava (IVC) filters has led to an increase in their use for prevention of pulmonary emboli [1–5]. The advent of retrievable IVC filters has further contributed to this trend. Some filters, including the Günther Tulip and Celect, are approved for safety and efficacy as retrievable filters, or as permanent devices if left in place. Despite these approvals, in reality, we have a limited understanding of the way IVC filters behave after they are inserted [6, 7]. One type of behavior with potential clinical significance is the interaction between IVC filters and the vena cava over time. A commonly encountered result of this interaction is vena caval perforation by filter components. Filter fragmentation or complete filter migration also can occur

J. C. Durack (✉) · A. C. Westphalen · D. E. Avrin ·
R. L. Gordon · R. K. Kerlan
Department of Radiology and Biomedical Imaging, University of California, San Francisco, 505 Parnassus Avenue, M361, San Francisco, CA 94143-0628, USA
e-mail: jeremy.durack@ucsf.edu

S. Kekulawela
Department of Surgery, Penn State Milton S. Hershey Medical Center, 500 University Drive, MC H159, Hershey, PA 17033, USA

S. B. Bhanu
University of California, San Francisco School of Medicine, 505 Parnassus Avenue, Box 0120, San Francisco, CA 94143-0120, USA

[8–11]. Whereas filter fragmentation or migration can place a patient at considerable risk, the clinical significance of varying degrees of IVC perforation continues to be debated.

Accurate characterization of filter-caval interactions in situ is essential for valid inferences to be drawn regarding IVC filter behavior over time. Abdominal CT imaging and fluoroscopic venography are common modalities used to visualize IVC filters; however, the information gathered through fluoroscopic venography is limited relative to CT imaging. Fluoroscopic venography opacifies the vena cava lumen with positive contrast, allowing visualization of caval filling defects (suggestive of bland or malignant thrombus), vena caval contours, and filter orientation within the lumen. Not well visualized on fluoroscopy are the full-thickness of the vena cava wall and surrounding tissues. In contrast, abdominal CT reveals IVC filter position and caval thrombus, as well as delineates the vena caval lumen, wall and pericaval tissues. Acknowledging that abdominal CT imaging is most commonly reviewed by non-interventionalists, the diagnostic radiologist can play a vital role in identifying filter-related issues that may require specialized management.

The purpose of this study was to characterize the incidence, time-course, magnitude, and impact on retrievability of IVC filter perforation identified on follow-up CT scans obtained for reasons not directly related to the filter.

**Materials and Methods**

Approval for this Health Insurance Portability and Accountability Act compliant study was obtained from the Committee on Human Research, the institutional review board of our institution, with a waiver of informed consent.

Patient Population and IVC Filter Types

Patients with Günther Tulip or Celect conical vena cava filters (Cook Medical, Bloomington, IN) placed between July 2007 and May 2009 were identified from institutional log books. The most common indication for filter placement was a temporary contraindication to anticoagulation, such as bleeding or surgical procedure, in a patient with a documented history of pulmonary embolus (PE) or deep venous thrombosis (DVT; 39/50, 78%). This was followed by patients with documented PE or DVT who were at high risk for PE during initiation of anticoagulation (7/50, 14%), trauma patients (3/50, 6%), and prophylaxis during the perioperative period for patients at high risk for thromboembolism (1/50, 2%).

We chose to assess the Günther Tulip and Celect conical retrievable filters because they represent the predominant filters inserted in our institution. During the 2-year time period, 272 Günther Tulip or Celect IVC filters were inserted. Of these, 53 filters in 52 patients were identified on subsequent abdominal CT scans performed for indications unrelated to the filter. Two filters were excluded due to metal artifacts on CT that obscured the filter and one filter was excluded due to a large mass compressing the vena cava at the site of filter deployment. Of the remaining 50 filters (20 females, 29 males; mean age, 58 (range, 18–89) years; 23 Günther Tulip, 27 Celect), all were inserted without complications. Two IVC filters were inserted above the level of the renal veins, and the remaining 48 were placed infrarenally. One patient had both suprarenal and infrarenal filters inserted on two different occasions.

Imaging Acquisition

Abdominal CT images were acquired using GE CT scanners (HiSpeed/LightSpeed, GE Medical Systems, Milwaukee, WI). Section collimation was 0.6 mm ($n = 1$), 1.25 mm ($n = 14$), 2.5 mm ($n = 6$), 3 mm ($n = 1$), or 5 mm ($n = 28$). Thirty-one of 50 filters (62%) were evaluated with intravenous contrast-enhanced CT scans (29/31 Omnipaque 350, 1/31 Omnipaque 300, 1/31 Visipaque 320 contrast agent; GE Healthcare, Shanghai, China). The volume of intravenous contrast ranged from 85–150 ml, delivered using automatically triggered power injectors in all cases. Because CT studies were obtained for clinical indications unrelated to the IVC filters, there was considerable variability in the phase of contrast enhancement during image acquisition.

Imaging Interpretation

All abdominal CT scans performed after IVC filter insertion were independently reviewed on picture archiving and communication system workstations (Agfa Healthcare; Mortsel, Belgium) by three board-certified radiologists: an interventional radiologist, an abdominal imaging specialist, and one member of the faculty co-appointed in interventional radiology and abdominal imaging. Any discrepancies were reassessed collectively until agreement was achieved. Each IVC filter was visualized in the axial plane, with coronal and sagittal reconstructions available for review at the radiologist's discretion.

Each filter was assigned a grade according to the degree of perforation, as outlined in Table 1 and illustrated in Fig. 1. Filter components were documented as perforating through the full thickness of the IVC only if clearly identified beyond the outer caval wall margins. We encountered cases where metallic density from the most distal tip of a filter component was seen outside caval margins, but only

**Table 1** Grades of IVC filter perforation

| Grade | Degree of IVC filter perforation |
|---|---|
| 0 | No IVC perforation |
| I | Perforated component <3 mm from IVC wall |
| II | Perforated component >3 mm from IVC wall |
| III | Contacting adjacent structure |
| IV | Perforation of adjacent structure |

on one slice. This finding was suggestive of partial volume averaging, and thus filter grade determination was made on the adjacent CT slice where filter component continuity was appreciable (Fig. 2).

Filter components that appeared to tent or deform the caval contours, but not transgress the caval wall, or that were contained within vena caval margins, were categorized as grade 0. If the most recent CT scan available for review indicated some degree of perforation (grade 1 or higher), all previous CT imaging after IVC filter placement was reviewed for evidence of progressive erosion through the vena cava. In addition, the number and type of filter components that perforated the IVC were recorded. For grade 3 or 4 perforations, we documented the pericaval tissue types contacted or perforated. Last, filter tilt was recorded if the filter hook clearly contacted the vena caval wall on CT (Fig. 3). As vena cavagrams are not routinely performed after filter insertion at our institutions, we were unable to assess immediate filter tilt.

Statistical Analysis

All statistical analyses were performed using SAS (Version 9.2, SAS Institute, Cary, NC). Quantile regression was performed using the QUANTREG procedure, using the simplex algorithm and resampling-based confidence limits. As follow-up imaging times were right-skewed, we used quantile regression to compare median follow-up times between filter types [12]. Fisher's exact test was used to compare rates of perforation between filter types, and the binomial test was used to assess whether the overall rate of perforation in the whole population of filters examined was statistically significantly different from chance. Analysis of maximum grade as an ordinal variable was done using a Cochran-Mantel-Haenszel test. A $p$ value < 5% was considered to represent statistical significance.

Results

The mean time interval between filter insertion and the most recent abdominal CT study available for review was 188 (range, 1–880) days. The Günther Tulip filter had longer follow-up times (mean 247, median 148, range 1–880 days) compared with the Celect filter (mean 152, median 71, range 6–552 days); however, the difference in median follow-up times did not reach statistical significance ($p = 0.32$). Perforation of at least one filter component through the IVC was observed in 43 of 50 (86%) filters ($p < 0.001$). No perforation was evident in 7 of 50 filters (14%), none of which had CT imaging available for review beyond 71 days after filter insertion. Celect filters showed higher perforation rates (25/27, 93%) compared with Günther Tulip filters (18/23, 78%), but the difference did not reach statistical significance ($p = 0.23$). Table 2 presents the maximum grade of perforation for each filter examined. Grade III was the most common overall, occurring with greater relative frequency for Celect compared with Günther Tulip filters (41% vs. 26%). The relative risk of grade III perforation was 1.6-fold higher for the Celect filter (95% confidence interval (CI), 0.7–3.9), but the difference was not statistically significant ($p = 0.37$).

The majority of perforating filters revealed more than one component beyond the IVC wall. Three perforating primary struts was the most commonly encountered pattern, seen in 28% of the 43 perforating filters. This was followed by an equal distribution of one and two primary strut perforations (23%). All four primary struts were found to perforate in 19% of combined perforating filters. The distribution according to number of perforating primary struts was similar for both filter types (Table 3). Secondary struts infrequently perforated through the vena cava. This was seen in only three cases, all with concurrent primary



**Fig. 1** Grades of filter perforation on axial CT imaging. Grade 0: no perforation; grade I: perforation <3 mm from caval wall; grade II: perforation >3 mm from caval wall; grade III: contact with adjacent structures, in this case the aortic wall; and grade IV: perforation of adjacent structures, in this case liver parenchyma





**Fig. 2** Partial volume averaging through a primary filter strut. (*Top*) Partial volume averaging through distal tip of a primary filter strut. (*Bottom*) One 1.25-mm slice above, showing grade I perforation from the same primary strut at 10 o'clock. For consistency with previous reports, we refer to the longer filter "legs" as primary struts, and the shorter filter "arms" as secondary struts

strut perforation. A single Günther Tulip filter hook was visualized outside of the IVC margins. Grade III perforations included those filters that appeared to contact, but not perforate, pericaval structures. Sixteen filters (32%) showed contact with the duodenum, seven with the aortic wall (14%), three with vertebral bodies (6%), and one each contacted the adrenal gland and pancreas. Grade IV perforations showed clear penetration into pericaval structures. Three filters penetrated into the duodenum (6%), two into the psoas muscle (4%), and one each into the aorta (Fig. 4), liver, and a lymph node. Figure 5 shows examples of marked caval perforation and the resulting bony reaction from adjacent vertebral bodies.



**Fig. 3** Filter tilt assessment on axial CT imaging. The filter hook is seen to contact the posterior wall of the IVC at the 6 o'clock position (*arrowhead*)

**Table 2** Maximum grade of perforation for each filter examined overall, and by filter type

| Maximum grade | Günther Tulip | Celect | Overall |
|---|---|---|---|
| 0 | 5 (22)[a] | 2 (7) | 7 (14) |
| I | 2 (9) | 6 (22) | 8 (16) |
| II | 7 (30) | 4 (15) | 11 (22) |
| III | 5 (22) | 11 (41) | 16 (32) |
| IV | 4 (17) | 4 (15) | 8 (16) |

[a] Numbers in parentheses represent the percentage of the total number of each filter type examined. The overall test of difference in maximum grade was statistically not significant ($p = 0.36$)

The earliest CT evidence of IVC perforation by a filter occurred 6 days after insertion. For the seven filters that did not perforate the IVC, the longest imaging intervals from the time of insertion were 1, 10, 18, 21, 31, 33, and 71 days. By comparison, the longest CT imaging interval from time of insertion for the 43 perforating filters was considerably longer (median 107 days, 25/75 quartiles = 20/358 days). After insertion, 17 of 50 (34%) filters were imaged with a single abdominal CT scan during the study period. Thirty-three of 50 (66%) filters had multiple abdominal CT scans available for review. Eighteen of 43 perforating filters (42%) with multiple CT scans performed a varying time points after filter deployment demonstrated progressive erosion through IVC wall over time (Table 4; Fig. 6). Thirteen of the 18 (72%) filters that ultimately demonstrated progressive extension of filter components

**Table 3** Quantity and type of filter components demonstrating perforation through the vena cava (grades I-IV) overall, and by filter type

| No. and type of perforating components | No. of filters (% total filters) | Günther Tulip[a] | Celect[a] |
|---|---|---|---|
| 1 Primary strut | 10 (20) | 5 (22) | 5 (19) |
| 2 Primary struts | 10 (20) | 4 (17) | 6 (22) |
| 3 Primary struts | 12 (24) | 6 (26) | 6 (22) |
| 4 Primary struts | 8 (16) | 2 (9) | 6 (22) |
| 1 Secondary strut | 2 (4) | 0 (0) | 2 (7) |
| 2 Secondary struts | 1 (2) | 1 (4) | 0 (0) |
| Hook | 1 (2) | 1 (4) | 0 (0) |

[a] Numbers in parentheses represent percentage of each filter type



**Fig. 4** Axial noncontrast CT showing multiple perforating primary IVC filter struts. The arrowhead marks a primary strut perforating into the aorta

beyond the outer vena caval margins showed no IVC perforation on the earliest available scan after filter insertion. Eleven of the 33 (33%) perforating filters imaged at multiple time points showed no evidence of progressive radial extension from the first to the last CT available for review. Filter tilt, defined by visualization of filter hook contact with the vena caval wall on axial CT imaging, was appreciated in 20 of 50 (40%) combined filters. By filter type, 7 of 23 (30%) Günther Tulip and 13 of 27 (48%) Celect filters demonstrated tilt relative to the caval axis on the most recent CT available for review. All tilted filters also demonstrated some degree of IVC perforation.

No migration or filter component fracture was evident on CT imaging, although subtle migration may not have been appreciated. Available clinical records and imaging studies through the study end date were reviewed for the period of filter implantation. There were no documented cases of clinically or radiographically suspected pulmonary emboli while filters were in place. Likewise, there were no documented cases of symptomatic IVC filter perforations in the study group.





**Fig. 5** (*Top*) Axial CT imaging showing perforation of all four primary filter struts resulting in bony reaction from the adjacent vertebral body (*arrowhead*). (*Bottom*) Posterior IVC filter strut perforation resulting in erosion into the vertebral body (*arrowhead*)

Transjugular filter removal was initiated in 12 of 50 (24%) filters examined in this study, 10 of which (83%) demonstrated some degree of IVC perforation. Six of these 12 filters (50%) were tilted. Removal was successful in 11



**Table 4** Progressive radial extension of IVC filter components through the vena caval wall was appreciated in 18 of 33 filters with multiple time points for CT evaluation

| Filter | Days after filter insertion until first scan | IVC perforation on first scan after filter insertion | Days after insertion until last available scan |
|---|---|---|---|
| 1 | 1 | No | 71 |
| 2 | 1 | No | 440 |
| 3 | 1 | No | 519 |
| 4 | 1 | No | 742 |
| 5 | 3 | No | 10 |
| 6 | 3 | No | 414 |
| 7 | 7 | No | 245 |
| 8 | 8 | No | 171 |
| 9 | 11 | No | 540 |
| 10 | 15 | Yes | 146 |
| 11 | 16 | No | 255 |
| 12 | 17 | No | 243 |
| 13 | 28 | No | 105 |
| 14 | 32 | No | 552 |
| 15 | 33 | Yes | 148 |
| 16 | 108 | Yes | 759 |
| 17 | 129 | Yes | 636 |
| 18 | 190 | Yes | 511 |

For these 18 filters, the number of days between IVC filter insertion and the first and last available abdominal CT scans is indicated, as well as whether IVC perforation was evident on the first available CT scan





**Fig. 6** Representative example of progressive extension of primary filter struts beyond the IVC margins over time. The axial CT image on the *top* was obtained 16 days after insertion, whereas the image on the *bottom* was obtained 255 days after insertion. Exuberant ossification around the posterior strut by the adjacent vertebral body is evident on the more recent CT (*arrowhead*)

of 12 retrieval procedures (92%; maximum grade of perforation: grade 0 = 2, grade I = 1, grade II = 5, grade III = 3 filters). One filter retrieval was initiated but aborted in a grade IV perforated, non-tilted filter with CT evidence of penetration into the psoas musculature. The procedure was aborted without an attempt to snare the retrieval hook after a fluoroscopic vena cavagram confirmed extreme perforation of multiple primary struts (Fig. 7).

**Discussion**

This study was initiated after numerous IVC filters' struts were seen extending conspicuously beyond vena caval margins on CT studies obtained in our clinical practice. Through a systematic retrospective imaging review, we sought to better understand the natural history of the Günther Tulip and Celect filters. We place retrievable filters in almost all patients so that they can be removed when clinically indicated. We most often use the transjugular approach for placement and retrieval to avoid any possible complications of deep venous thrombosis of the iliac veins. Although a number of transjugular retrievable IVC filters are available, we have the most institutional experience with the Günther Tulip and Celect filters. Although also approved as permanent filters, we found that after longer indwelling times, components of both the Günther Tulip and Celect filters perforate the vena cava at a high rate.

The perforation rates reported here (Günther Tulip 78%, Celect 93%) are higher than previously published in human or animal studies for these filter types, ranging from 22–56% [13–15]. Additionally, we found that all filters imaged by CT after 71 days demonstrated some degree of perforation. We believe these perforation rates are valid and may have been detected at a higher rate for a number of reasons. First, a process of progressive vena caval erosion was found in 40% of filters, suggesting that the




**Fig. 7** Extreme perforation of multiple primary struts. Axial contrast-enhanced CT image shows all four primary struts perforating through the vena cava (*left*). Digital subtraction vena cavagram at the time of filter removal (*right*) showing two primary struts perforating through the vena cava (*arrowheads*). Due to the extent of vena caval perforation, retrieval was not attempted

extended time period, and multiple time points of observation in this study, exposed a proclivity that may not have been evident previously. By capturing changes in filter appearance over time, we suspect that perforation may result from dynamic mechanical interactions between the filter and the vena cava. Second, CT imaging increases the specificity of detection compared to venographic studies. As discussed by Sadaf et al., the outer wall of the IVC is not visualized on vena cavagrams, which may lead to a false impression of penetration, or "pseudopenetration" [10]. Third, a number of grade III–IV perforations revealed marked reactive ossification around primary struts in contact with adjacent vertebral bodies (Fig. 5). We believe this degree of bony reaction could only result from true perforation, when metallic struts directly erode into the periosteum. Last, the time period of follow-up was considerably longer in this study than in previous reports examining filter perforation in patients receiving these filter types. Previous long-term studies on the Günther Tulip filter (up to 494 days), which has been available for a longer period of time than the Celect (followed up to 127 days), also were focused on filter retrieval rather than perforation [13, 14]. In this study, CT imaging was evaluated for up to 880 days after filter insertion with a specific intent to examine caval perforation.

Although the newer Celect filter differs somewhat in strut design from its predecessor, the Günther Tulip, no statistical difference was found in relative perforation rates. Previous investigations have questioned whether subtle design differences may increase risk of perforation [10]. We believe that our results indicate that the primary struts of both of the conical retrievable filter types studied here perforate the vena cava over time at a high rate. We have shown that perforation of secondary struts was uncommon for both filter types. It is worth noting that the secondary struts of the Tulip filter are paired (joined), thus direct comparison by number of perforating secondary struts may be biased due to this structural distinction. It is possible that studies examining a larger number of filters, with greater statistical power, could reveal differential rates of perforation by filter type. It also may be that conical filters, regardless of specific design, possess an inherently greater propensity to perforate the caval wall. Longer-term evaluation of conical filters and those with longitudinal struts paralleling the vena caval wall may address this question.

How much clinical importance should be assigned to IVC filter perforation remains a debated question. Numerous case reports in the literature describe clinical symptoms attributed to IVC filters. Although some report grave symptoms, including large-volume hemorrhage, pancreatitis, and abscess formation, others report symptomatic but less threatening penetration of the duodenum, aorta, or ureters [10, 16–18]. The larger series suggest that the overall perforation-related complication rate remains very low [19]. At our institutions, one case of filter-related retroperitoneal hemorrhage was suspected on CT in a patient with a normal coagulation profile who was not taking anticoagulants (Fig. 8). No other studies or procedures were performed to confirm this imaging finding. There were no clinical or radiographic indications of inadequate embolus filtration, filter migration, or filter component fracture during the time period of this study.

One question of potential clinical import is whether the caval perforation adversely impacts retrievability of IVC filters. In this study, retrieval was initiated in 12 of 50 filters. Ten of these 12 filters demonstrated some degree of vena caval perforation on CT. Despite this, retrieval was successful in all procedures in which an attempt to snare the filter was initiated. In a single case, marked caval perforation by multiple primary struts in a non-tilted filter was evident on the CT and vena cavagram discouraging the operators from inserting the filter retrieval snare. A number of previous studies have described similarly high retrieval





**Fig. 8** Each of the primary struts and two secondary struts (*) from this IVC filter perforate well beyond the margins of the vena cava. A primary strut is seen to extend into a fluid collection anterior to the right kidney (*circled*) suggestive of hemorrhage induced by the perforated strut

rates for the same filter types, though few studies have correlated direct evidence of caval perforation with retrieval success [20]. Smouse et al. reported that excessive tissue ingrowth around filter legs contributed to failure of Günther Tulip filter retrieval in more than half (59.3%) of unsuccessful retrieval attempts [21]. In this study, filters were examined using orthogonal vena cavagrams and not CT. It is conceivable that caval perforation played an unappreciated role in these unsuccessful retrieval attempts attributed to filter endothelialization.

We feel that it is prudent to assess filter appearance on available CT imaging before retrieval. Before this study, our decision to attempt filter removal was based primarily on caval venography performed on every patient immediately before the attempt. We are not advocating the routine use of CT for the sole purpose of evaluating filters before removal, although it is our current practice to request and review any CT imaging since filter placement before engaging in catheter venography. No specific contraindications to filter retrieval currently exist based on imaging evidence of perforation. However, if the interventionalist is aware of considerable filter extension beyond caval margins, this knowledge may impact decisions about how much force to exert in removing the filter, or whether to attempt removal at all [21].

We recognize that the proportion of patients who underwent filter removal was low. Analysis of the factors related to filter retrieval rates at our institution revealed justifiable reasons to leave a filter in place in many cases, such as ongoing contraindications to anticoagulation, residual venous thrombosis, clot within the filter, or poor patient prognosis [22]. However, the same study found that 21.6% of patients that did not have a clear plan for retrieval at discharge had no contraindication, by imaging or otherwise, to filter removal. Given the established increased risk of deep venous thrombosis from IVC filters themselves, greater effort to remove filters in appropriate patients is justified [23]. At the same time, longer-term studies examining retrievable-type filters that become permanent filters also are justified.

Whereas filter tilt has been evaluated with regard to impact upon retrievability, we also examined the relationship between tilt and caval perforation. Numerous studies have measured tilt angles on vena cavagrams and described methods to improve removal success, such as the use of endobronchial forceps, snares, filter straightening, or laser-assisted techniques [24–27]. We found that all 20 filters showing contact between the caval wall and filter hook on axial images also showed some degree of caval perforation. However, the frequency of available CT imaging was too variable to deduce whether tilt was a cause or effect of perforation. Either could conceivably be the case. Tilted filters may exert differential strut forces on the vena cava wall, leading to perforation. Conversely, perforation though the vena cava may displace the filter hook away from the caval axis. A systematic study of filter tilt over time may answer this question, although prospective



evaluation using fluoroscopic or CT imaging would require consideration of radiation-associated risks.

There are a number of limitations to this study. This study provides insight into the natural history of only two types of conical retrievable IVC filters. There are many types of filters available for insertion, including other variations on the conical retrievable-type design. Our findings cannot be assumed to apply for all filters of a similar design. Furthermore, because the CT imaging review was performed retrospectively at widely variable time intervals after filter insertion, the available data reflect a bias toward a patient population that required additional CT imaging. The impact of this bias is difficult to assess, although it is possible that our findings may not reflect the natural history of Günther tulip and Celect filters in all patients. Because the timing of CT imaging after filter placement was not prescribed, standardized evaluation at specific time points was not possible in this study. In addition, immediate postinsertion CT imaging was not captured, thus the suggestion that IVC filter components progressively erode through the vena cava is derived from variably timed serial CT studies. We found that all filters evaluated after 71 days demonstrated caval perforation. It is therefore relevant to consider that the 7 of 50 filters without evidence of perforation had lower mean CT follow-up times relative to those that with perforation (26 vs. 215 days, respectively). We must consider that had longer term imaging follow-up been available for all filters, an even higher perforation rate may have been discovered.

Our imaging review criteria were designed to avoid false-positive interpretations. For example, CT imaging could overrepresent caval perforation in cases of partial volume averaging through filter struts; however, every effort was made to consider this pitfall. Additionally, changes in vena caval pressures and volumes related to the supine imaging position, respiratory, and cardiac cycles could belie the natural position of IVC filter components. The dynamic forces impacting the vena cava are captured in milliseconds during CT imaging and are difficult to standardize reliably.

We found that the perforation rates for Günther Tulip and Celect filters were strikingly high, and may be even higher than reported if longer-term follow-up imaging were available for review. We have further demonstrated that many filters can be seen to progress from a nonperforated to a perforated state over time. As such, we believe that increased attention to the appearance of IVC filters on CT imaging is warranted regardless of the indication for imaging. Whereas case reports of symptomatic filter perforations will continue to spark debate over the implications of these findings, we continue to believe in the established clinical benefit of conical IVC filters for prevention of pulmonary emboli.

**Acknowledgment** The authors thank Dr. Rebecca Scherzer for her contributions to the statistical analysis in this study.

**Conflict of Interest** I certify that there is no actual or potential conflict of interest in relation to this article.

## References

1. Stein PD, Kayali F, Olson RE (2004) Twenty-one-year trends in the use of inferior vena cava filters. Arch Intern Med 164(14):1541–1545
2. Jaff MR, Goldhaber SZ, Tapson VF (2005) High utilization rate of vena cava filters in deep vein thrombosis. Thromb Haemost 93:1117–1119
3. Athanasoulis CA, Kaufman JA, Halpern EF et al (2000) Inferior vena cava filters: review of a 26-year single-center clinical experience. Radiology 216:54–66
4. Ray CE, Mitchell E, Zipser S et al (2006) Outcomes with retrievable inferior vena cava filters: a multicenter study. J Vasc Interv Radiol 17:1595–1604
5. Karmy-Jones R, Jurkovich GJ, Velmahos GC et al (2007) Practice patterns and outcomes of retrievable vena cava filters in trauma patients: an AAST multicenter study. J Trauma 62:17–24
6. White RH, Zhou H, Kim J et al (2000) A population-based study of the effectiveness of inferior vena cava filter use among patients with venous thromboembolism. Arch Intern Med 160:2033–2041
7. Girard P, Stern J, Parent F (2002) Medical literature and vena cava filters: so far so weak. Chest 122(3):963–967
8. Ray CE, Kaufman JA (1996) Complications of inferior vena cava filters. Abdom Imaging 21(4):368–374
9. Greenfield L, Proctor M (2000) Filter complications and their management. Semin Vasc Surg 13:213–216
10. Sadaf A, Rasuli P, Olivier A et al (2007) Significant caval penetration by the Celect inferior vena cava filter: attributable to filter design? J Vasc Interv Radiol 18(11):1447–1450
11. Dardik A, Campbell KA, Yeo CJ et al (1997) Vena cava filter ensnarement and delayed migration: an unusual series of cases. J Vasc Surg 26:869–874
12. Koenker R, Hallock K (2001) Quantile regression: an introduction. J Econ Perspect 15:143–156
13. Ota S, Yamada N, Tsuji A et al (2008) The Günther-Tulip retrievable IVC filter: clinical experience in 118 consecutive patients. Circ J 72:287–292
14. Sangwaiya MJ, Marentis TC, Walker TG et al (2009) Safety and effectiveness of the Celect inferior vena cava filter: preliminary results. J Vasc Interv Radiol 20:1188–1192
15. Smouse HB, Van Alstine WG, Mack S et al (2009) Deployment performance and retrievability of the Cook Celect vena cava filter. J Vasc Interv Radiol 20:375–383
16. Chintalapudi UB, Gutierrez OH, Azodo MV (1997) Greenfield filter caval perforation causing an aortic mural thrombus and femoral artery occlusion. Cathet Cardiovasc Diagn 41:53–55
17. Goldman HB, Hanna K, Dmochowski RR (1996) Ureteral injury secondary to an inferior vena caval filter. J Urol 156:1763
18. Sarkar MR, Lemminger FM (1997) An unusual case of upper gastrointestinal hemorrhage—perforation of a vena cava filter into the duodenum. Vasa 26:305–307
19. Woodward EB, Farber A, Wagner WH et al (2002) Delayed retroperitoneal arterial hemorrhage after inferior vena cava (IVC) filter insertion: case report and literature review of caval perforations by IVC filters. Ann Vasc Surg 16:193–196
20. Turba UC, Arslan B, Meuse M et al (2010) Gunter tulip filter retrieval experience: predictors of successful retrieval. Cardiovasc Intervent Radiol 33:732–738



21. Smouse HB, Rosenthal D, Ha VT et al (2009) Long-term retrieval success rate profile for the Günther Tulip vena cava filter. J Vasc Interv Radiol 20:871–877
22. Mission JF, Kerlan RK Jr, Tan JH et al (2010) Rates and predictors of plans for inferior vena cava filter retrieval in hospitalized patients. J Gen Intern Med 25(4):321–325
23. Greenfield LJ (2006) The PREPIC Study Group. Eight-year follow-up of patients with permanent vena cava filters in the prevention of pulmonary embolism: the PREPIC (Prevention du Risque d'Embolie Pulmonaire par Interruption Cave) Randomized Study. Perspect Vasc Surg Endovasc Ther 18:187–188
24. Kuo WT, Cupp JS, Louie JD et al (2010) Retrieval of permanently-embedded IVC filters and description of the laser-assisted sheath technique: radiographic-histopathologic correlation. J Vasc Interv Radiol Suppl 21(2):4
25. Stavropoulos SW, Dixon RG, Burke CT et al (2008) Embedded inferior vena cava filter removal: use of endobronchial forceps. J Vasc Interv Radiol 19:1297–1301
26. Rubenstein L, Chun AK, Chew M et al (2007) Loop-snare technique for difficult inferior vena cava filter retrievals. J Vasc Interv Radiol 18:1315–1318
27. Kuo WT, Bostaph AS, Loh CT et al (2006) Retrieval of trapped Günther Tulip inferior vena cava filters: snare-over-guide wire loop technique. J Vasc Interv Radiol 17:1845–1849

