# EXHIBIT E

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF INDIANA
 2                         INDIANAPOLIS DIVISION

 3

 4   IN RE: COOK MEDICAL, INC.,        )
     IVC FILTERS MARKETING, SALES      ) Cause No.
 5   PRACTICES AND LIABILITY,          ) 1:14-ML-2570-RLY-TAB
     LITIGATION                        ) Indianapolis, Indiana
 6                                     ) June 13, 2019
                                       ) 10:05 a.m.
 7                                     )

 8

 9

10                       Before the Honorable
                         RICHARD L. YOUNG
11
                     OFFICIAL REPORTER'S TRANSCRIPT OF
12                          STATUS CONFERENCE

13

14   For Plaintiffs:
                                  Ben C. Martin, Esq.
15                                Law Offices of Ben C. Martin
                                  3710 Rawlins Street, Suite 1230
16                                Dallas, TX   75219

17

18                                Joseph N. Williams, Esq.
                                  Riley Williams & Piatt, LLC
19                                301 Massachusetts Ave.
                                  Indianapolis, IN 46204

20

21                                DAVID P. MATTHEWS, Esq.
                                  Matthews & Associates
22                                2905 Sackett Street
                                  Houston, TX   77098

23

24

25
```

1             MS. COX:  Your Honor, the operative note that he did
2   submit in response to our motion made it clear that the
3   doctor's plan all along was to retrieve her filter.  You can't
4   find that retrieving successfully a filter is a physical
5   injury.  That's the whole point of the design is for it to be
6   retrievable.  So there's no physical injury here.  She's had
7   four years without a filter.  She has had no evidence of any
8   problem.  This is subject to immediate dismissal per your
9   order.
10            THE COURT:  Thank you.  Mr. Elliott, I appreciate
11  your zealous representation here of your client but I do have
12  serious concern here about letting this one go forward based
13  on what's been filed at this time.  So my inclination is to go
14  ahead and grant the motion to dismiss and Ms. Kelly -- this
15  appears that this was -- retrieval is the way it's designed.
16  Sounds to me like based on the medical records filed, that
17  this operation was a complete success.  Anything else would be
18  purely speculation on her part; and of course, we don't award
19  damages based on speculation.
20            So I'm going to go ahead and grant the motion to
21  dismiss on all seven of these cases.
22            MS. COX:  Thank you.  What about the 17?
23            THE COURT:  The 17 cases?
24            MS. COX:  We're just asking -- I can hand you a
25  proposed order.  We're just asking for dismissal without