IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-00601 | 1:20-cv-00615 |
| 1:20-cv-00602 | 1:20-cv-00620 |
| 1:20-cv-00614 | 1:20-cv-00623 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:     March 3, 2020         /s/ Andrea Roberts Pierson
                                              Andrea Roberts Pierson (# 18435-49)
                                              Kip S. M. McDonald (# 29370-49)
                                              FAEGRE DRINKER BIDDLE & REATH LLP
                                              300 North Meridian Street, Suite 2500
                                              Indianapolis, Indiana 46204
                                              Telephone: (317) 237-0300
                                              Facsimile: (317) 237-1000
                                              E-Mail: andrea.pierson@faegredrinker.com
                                              E-Mail: kip.mcdonald@faegredrinker.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson