# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document Relates to Plaintiff:<br>  LAWRENCE R. GRINNELL | |
| Civil Case No. This Case Relates to:<br>  1:16-cv-2311 | |

## NOTICE OF SUGGESTION OF DEATH

To:   All parties and their attorneys of record:

Please take notice that counsel undersigned, pursuant to Rule 25(a)(1), Fed.R.Civ.P., hereby informs the Court of the death of plaintiff Lawrence R. Grinnell.

DATED: March 3, 2020

**SNYDER AND WENNER, P.C.**

/s/ David A. Wenner
By_____
David A. Wenner, Esq.
2200 East Camelback Road, Suite 213
Phoenix, AZ  85016
*Attorneys for Plaintiff*

/ / /

/ / /

/ / /

/ / /

/ / /

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David A. Wenner
_____