UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL 2570

This document relates to:
**JOSHUA JORDAN WILLIAMS**
**1:19-cv-00232-RLY-TAB**

## ORDER GRANTING PLAINTIFF'S AMENDED MOTION SEEKING LEAVE TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO FILE CASE CATEGORIZATION FORM

Plaintiff's Amended Motion Seeking Leave to file his Response to Defendant's Motion to Dismiss [Doc. 11230] out of time is hereby granted. Response has been filed at Doc. 11386.

SO ORDERED this 4th day of March 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record