UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### MOTION FOR APPROVAL AND ENTRY OF
### FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4
### (PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL)

Counsel for Cook Defendants hereby moves for entry of the parties agreed *Fourth Amended Case Management Order No. 4*, and in support states:

1. Counsel for Cook Defendants recently filed several Notice of Change of Attorney Information consistent with Local Rule 5-3, reflecting a change in email domain name to @faegredrinker.com, and law firm to Faegre Drinker Biddle & Reath LLP. *See* Dkts. 12739, 12740, and 12742.

2. As a result of the Change of Attorney Information and the addition of a Case Categorization Form procedure under separate Court Order [Dkts. 9322, 9638, and 10617], certain provisions of the existing *Third Amended Case Management Order No. 4: Party Profile Forms & Fact Sheets Protocol* [Dkt. 4226] require updating.

3. Cook Defendants have also incorporated a revised process for handling non-compliance, or the failure to serve the required forms, with the goal of reducing the burden placed on the Court.

4. Cook Defendants have prepared the attached proposed *Fourth Amended Case Management Order No. 4* ("Proposed Order") and Plaintiff's Liaison Counsel & State/Federal Liaison Counsel, Joseph N. Williams, has agreed to the entry of the Proposed Order.

US.126992756.01

WHEREFORE, Cook Defendants move for entry of the agreed Fourth Amended Case Management Order No. 4, and for all other proper relief.

Respectfully Submitted,

/s/ *Kip S.M. McDonald*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com
Kip.McDonald@FaegeDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2020, a copy of the foregoing *Motion for Approval and Entry of Fourth Amended Case Management Order No. 4* was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Kip S.M. McDonald*

US.126992756.01