UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) ) THIS DOCUMENT RELATED TO : ) 1:16-cv-1003 RICKY MYERS and ) 1:16-cv-1033 SANDRA JACKSON ) | 1:14-ml-02570-RLY-TAB |

**ORDER ON COOK DEFENDANTS' MOTION TO CORRECT ORDER**

Cook Defendants' Motion [12282] to Correct Order is GRANTED IN PART. The order entered on 10/28/19 (Dkt 12228) contained an incorrect case number under paragraph 1.  The case involving Sandra Jackson was listed at 1:16-cv-10**0**3 and should have been 1:16-cv-10**3**3.  The Clerk is directed to close case 1:16-cv-1033 as of 10/28/19.

**SO ORDERED** this 5th day of March 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record