## APPENDIX A to Plaintiff's Preliminary Exhibit List

Medical Records:

- American Derm. Laboratory - Med and Path Inventory (DMcDermitt-ADL-420016-000001-000010).pdf
- Brookville Family Care - Certification (DMcDermitt-BFCare-420016-000124)
- Brookville Family Care - Medical (DMcDermitt-BFCare-420016-000024-000070).PDF
- Brookville Family Care - Medical (DMcDermitt-BFCare-420016-000071-000098).PDF
- Brookville Family Care - Medical (DMcDermitt-BFCare-420016-000099).PDF
- Brookville Family Care - Medical (DMcDermitt-BFCare-420016-000100-123).PDF
- Brookville Family Care - Medical (DMcDermitt-BFCare-420016-000125-000130).PDF
- Dayton Gastroenterology - Medical (DMcDermitt-DaytonG-420016-000001-000003)
- Dayton Gastroenterology - Certification (DMcDermitt-DaytonG-420016-000004)
- Dayton Gastroenterology - Certification (DMcDermitt-DaytonG-420016-000005)
- Dayton Gastroenterology - Certification (DMcDermitt-DaytonG-420016-000006)
- Dayton Interventional Radiology - Medical (DMcDermitt-DaytonIR-420016-000001-000003).PDF
- Dayton Interventional Radiology - Medical (DMcDermitt-DaytonIR-420016-000006-000016).PDF
- Dayton Skin Care - Certification (DMcDermitt-DSC-MD-420016-000001)
- Dayton Skin Care - Medical (DMcDermitt-DSC-MD-420016-000008-000027).PDF
- Dermatologists of Southwest Ohio - Medical (DMcDermitt-DSO-MD-420016-000001-000021).PDF
- Dermatology and Laser Surgery Center - Certification (DMcDermitt-DLSC-420016-000051)
- Dermatology and Laser Surgery Center (DMcDermitt-DLSC-420016-000001-000045).PDF
- Dermpath Diagnostics - Medical (DMcDermitt-DD-MD-420016-000002-000014).PDF
- Dermpath Diagnostics - Pathology Inventory (DMcDermitt-DD-MD-420016-000001).PDF
- Drs. Smith, Rofail & Kalra - Medical (DMcDermitt-DrsSR&K-420016-000001-000002).PDF
- Drs. Smith, Rofail & Kalra - Certification (DMcDermitt-DrsSR&K-420016-000003)

- Drs. Smith, Rofail & Kalra - Medical and Billing (DMcDermitt-DrsSR&K-420016-000004-000007).PDF
- Drs. Smith, Rofail & Kalra - Certification (DMcDermitt-DrsSR&K-420016-000008)
- Duke, H. Michael, M.D. - Medical and Billing (DMcDermitt-HMDuke-420016-000001-000033).PDF
- Duke, H. Michael, M.D. - Certification (DMcDermitt-HMDuke-420016-000034)
- Good Samaritan Hospital - Medical (DMcDermitt-GSH-MD-420016-000001-000009).PDF
- Good Samaritan Hospital - Certification (DMcDermitt-GSH-MD-420016-000010)
- IU Health Pathology Laboratory Anatomic Pathology (DMcDermitt-IUHPLAP-PD-420016-000001).PDF
- IU Health Pathology Laboratory Anatomic Pathology (DMcDermitt-IUHPLAP-PD-420016-000002-000006).PDF
- IU Health University Hospital - Cardiology (DMcDermitt-IUHUH-CD-420016-000004-000005)
- IU Health University Hospital - Medical (DMcDermitt-IUHUH-MD-420016-000001-000085).PDF
- IU Health University Hospital - Correspondence (DMcDermitt-IUHUH-MD-420016-000086)
- IU Health University Hospital - Medical (DMcDermitt-IUHUH-MD-420016-000087-000184).PDF
- IU Health University Hospital - Radiology (DMcDermitt-IUHUH-RD-420016-000003).PDF
- IU Health University Hospital - Radiology (DMcDermitt-IUHUH-RD-420016-000004-000008).PDF
- IU Health University Hospital - Radiology PE Summary (DMcDermitt-IUHUH-RD-420016-000009).PDF
- James Parliament, M.D. (DmcDermitt-JParliament-420016-000001-000084).PDF
- Miami Valley Hospital - Medical (DMcDermitt-MVH-MD-420016-000002-000484).PDF
- Miami Valley Hospital - Certification (DMcDermitt-MVH-MD-420016-000001)
- Miami Valley Hospital - Film Inventory (DMcDermitt-MVH-RD-420016-000025-000026)
- Miami Valley Hospital - Radiology (DMcDermitt-MVH-RD-420016-000001).PDF
- Miami Valley Hospital - Radiology (DMcDermitt-MVH-RD-420016-000002-000023).PDF
- Miami Valley Hospital - Radiology PE Summary (DMcDermitt-MVH-RD-420016-000024).PDF

- Mid America Clinical Laboratories - Certification (DMcDermitt-MACL-BD-420016-000003)
- Mid America Clinical Laboratories - Medical (DMcDermitt-MACL-MD-420016-000001-000006).PDF
- Mid America Clinical Laboratories - Certification (DMcDermitt-MACL-MD-420016-000007)
- Parliament, James M.D. - Correspondence (DMcDermitt-JParliament-420016-000091)
- Premier Orthopedics - Certification (DMcDermitt-PO-MD-420016-000096)
- Premier Orthopedics - Medical (DMcDermitt-PO-MD-420016-000001-000034).PDF
- Premier Orthopedics - Medical (DMcDermitt-PO-MD-420016-000036-000082).PDF
- Premier Orthopedics - Medical (DMcDermitt-PO-MD-420016-000083-000089)
- Reid Health - Certification (DMcDermitt-ReidHealth-MD-420016-000001)
- Reid Health - Medical (DMcDermitt-ReidHealth-MD-420016-000002-000248).PDF
- Reid Hospital & Health Care Services - PE Summary-Cardiology (DMcDermitt-RH&HCS-CD-420016-000003)
- Reid Hospital & Health Care Services - PE Summary-Radiology CD (DMcDermitt-RH&HCS-420016-000057)
- Reid Hospital & Health Care Services - PE Summary-Radiology CD (DMcDermitt-RH&HCS-RD-420016-000062)
- Reid Hospital & Health Care Services - Medical (DMcDermitt-RH&HCS-MD-420016-000001-000423).PDF
- Reid Hospital & Health Care Services - Medical (DMcDermitt-RH&HCS-MD-420016-000424).PDF
- Reid Hospital And Health Care Services - Certification (DMcDermitt-RH&HCS-MD-420016-000425)
- Reid Hospital & Health Care Services - Medical (DMcDermitt-RH&HCS-MD-420016-000426-001175).PDF
- Reid Hospital & Health Care Services - Medical (DMcDermitt-RH&HCS-MD-420016-001176-001371).PDF
- Reid Hospital & Health Care Services - Pathology (DMcDermitt-RH&HCS-PD-420016-000001-000003).PDF
- Reid Hospital & Health Care Services - Radiology (DMcDermitt-RH&HCS-RD-420016-000001).PDF
- Reid Hospital & Health Care Services - Radiology (DMcDermitt-RH&HCS-RD-420016-000002-000025).PDF
- Reid Hospital & Health Care Services - Radiology (DMcDermitt-RH&HCS-RD-420016-000026).PDF
- Reid Hospital & Health Care Services - Radiology (DMcDermitt-RH&HCS-RD-420016-000027-000049).PDF

- Reid Hospital & Health Care Services - Radiology Reports (DMcDermitt-RH&HCS-420016-000050-000056).PDF
- Reid Hospital & Health Care Services - Radiology Reports (DMcDermitt-RH&HCS-420016-000058-000061).PDF
- Reid Hospital & Health Care Services - Radiology Reports (DMcDermitt-RH&HCS-RD-420016-000063-000077).PDF
- Reid Medical Associates - Medical (DMcDermitt-RMA-420016-000001-000022).PDF
- Reid Medical Associates - Medical (DMcDermitt-RMA-420016-000072-000100).PDF
- The Springs of Richmond - Medical and Billing (DMcDermitt-SRichmond-420016-000001-000750).PDF
- The Springs of Richmond - Medical and Billing (DMcDermitt-SRichmond-420016-000751-001013).PDF
- Village Green Health Campus (DMcDermitt-VGHC-420016-000001-000750)
- Village Green Health Campus (DMcDermitt-VGHC-420016-000751-001247)

**Pharmacy Records**

- Kroger Pharmacy (DMcDermitt-KrogerPharm-420016-000001-000003).PDF
- Kroger Pharmacy - Pharmacy (DMcDermitt-KrogerPharm-420016-000004-000005)
- Humana, Inc. - Pharmacy (DMcDermitt-Humana-420016-000008-000015)
- Meijer Pharmacy - Pharmacy (DMcDermitt-MeijerPharm-420016-000001-000004)
- OptumRx - Pharmacy (DMcDermitt-OptumRx-420016-000001-000011)

**Medical Records – Imaging**

- IU Health University Hospital (DOS 01.04.2004 to 01.08.2007)
- Miami Valley Hospital (DOS 06.10.2013 to 06.01.2019)
- Provided By Plaintiff - 03-27-2018 (Methodist DOS 1.08.2017 and 4.21.2017)
- Provided By Plaintiff - 05-17-2019 (Methodist DOS 1.08.2007 and 4.21.2017)
- Reid Hospital & Health Care Services (DOS 09.26.2006 to 08.14.2012)
- Reid Hospital & Health Care Services (DOS 08.04.2019)
- Reid Hospital & Health Care Services (DOS 08.04.2019 to 08.09.0219)
- Reid Hospital & Health Care Services (DOS 08.05.2019)

**Medical Records Produced by Plaintiff**

- Combined Medical Records [PP Med Recs 000001-000124].PDF
- Plaintiff Produced Records (DMcDermitt-PPR-420016-000001-000008).PDF
- Plaintiff Produced Records (DMcDermitt-PPR-420016-000009-000042)