## **APPENDIX B to Plaintiff's Preliminary Exhibit List**

<u>Medical Billing Records:</u>

- American Dermatopathology Laboratory - Billing (DMcDermitt-ADL-420016-000011-000014)
- Brookville Family Care - Billing (DMcDermitt-BFCare-420016-000131-000132)
- Dayton Gastroenterology - Billing (DMcDermitt-DaytonG-420016-000007)
- Dayton Interventional Radiology - Billing (DMcDermitt-DaytonIR-420016-000004)
- Dermatologists of Southwest Ohio - Billing (DMcDermitt-DSO-MD-420016-000022-000025)
- Dermpath Diagnostics - Billing (DMcDermitt-DD-BD-420016-000001-000009)
- Mid America Clinical Labs - Billing (DMcDermitt-MACL-BD-420016-000001-000002)
- Premier Orthodpedics - Billing (DMcDermitt-Premier-420016-000002-000003)
- Premier Orthopedics - Billing (DMcDermitt-PO-MD-420016-000090-000095)
- Reid Hospital & Health Care Services - Billing (DMcDermitt-RH&HCS-BD-420016-000033-000049)
- Reid Medical Associates - Billing (DMcDermitt-RMA-420016-000024-000071)
- Richmond Radiologists, Inc. - Billing (DMcDermitt-RichmondR-420016-000001-000002)
- Village Green Health Campus - Billing (DMcDermitt-VGHC-420016-001248-001256)