IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

1:18-cv-00946-RLY-TAB (David McDermitt)

_____

**COOK DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants") hereby submit their preliminary witness and exhibit lists. These lists have been prepared before the Cook Defendants have completed their investigation of the claims and defenses at issue in this action, and prior to any rulings by the Court on dispositive motions, Daubert motions or motions in limine. Therefore, the Cook Defendants reserve the right to amend and supplement these lists during the course of this litigation. If the Cook Defendants identify additional witnesses they intend to call at trial, or documents they intend to use at trial, the Cook Defendants' counsel will promptly amend this document. In addition, the Cook Defendants do not represent that they will call all witnesses listed or offer at trial all exhibits listed in **Exhibit A.** Cook Defendants reserves the right not to offer exhibits listed and to object to the introduction of evidence based on the Court's rulings on dispositive motions, motions in limine, and Daubert motions.

**PRELIMINARY WITNESS LIST**

1. Todd Biggerstaff, M.D.

2. Mark Breedlove

3. Sabah Butty, M.D.

4. Christy Foreman, MBE

5. Antonios Gasparis, M.D.

6. Matthew Graf

7. Henrik Gyllun

8. Theodore Heise, Ph.D.

9. Jennifer Jerele, M.D.

10. Shannon Kauffman, M.D.

11. April Lavender

12. Todd Lee, PharmaD, Ph.D.

13. Rob Lyles

14. Carol A. McDermitt

15. David E. McDermitt

16. Lars Milling

17. Scott W. Robertson, Ph.D.

18. Renu Virmani, M.D. (by video)

19. All witnesses listed on plaintiff's witness list.

20. Additional witnesses necessary for impeachment or rebuttal.

21. All witnesses retained as experts by any party for the purpose of testifying at trial.

22. All witnesses who may be necessary to authenticate or otherwise lay evidentiary foundation for exhibits.

Dated: March 10, 2020

    Respectfully Submitted,

    /s/ *Andrea Roberts Pierson*
    Andrea Roberts Pierson
    Jessica Benson Cox
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Andrea.Pierson@FaegreDrinker.com
    Jessica.Cox@FaegreDrinker.com

    James Stephen Bennett
    FAEGRE DRINKER BIDDLE & REATH LLP
    110 W. Berry Street, Suite 2400
    Fort Wayne, Indiana 46802
    Telephone: (260) 424-8000
    Stephen.Bennett@FaegreDrinker.com

    *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Stuart L. Goldenberg
Marlene J. Goldenberg
GoldenbergLaw, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN  55402
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

David P. Matthews
Matthews & Associates
2905 Sackett Street
Houston, TX  77098
dmatthews@thematthewslawfirm.com

Ben C. Martin
Martin Baughman
3170 Rawlins Street, Suite # 1230
Dallas, TX  75219
bmartin@martinbaughman.com

Joseph N. Williams
Riley Williams & Piatt, LLC
301 Massachusetts Avenue
Indianapolis, IN  46204
jwilliams@rwp-law.com

Michael W. Heaviside
Heaviside Reed Zaic
312 Broadway, Suite 203
Laguna Beach, CA  92651
mheaviside@hrzlaw.com

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson