**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Debra Chirgwin, 1:17-cv-2292

**[PROPOSED] ORDER DENYING MOTION TO SUBSTITUTE**

This matter came before the Court on the Motion to Substitute [Dkt. 12940] (the "Motion") filed by Plaintiff Debra Chirgwin, 1:17-cv-02292. Having duly considered the motion:

IT IS HEREBY ORDERED:

1. Plaintiff Debra Chirgwin's Motion to Substitute is **DENIED.**

2. Plaintiff is granted 30 days to file a proper motion, or her case shall be dismissed.

**SO ORDERED** this _____ day of _____ 2020

Dated:_____

                                              Hon. Richard L. Young
                                              United States District Judge
                                              Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.