UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:18-cv-3403-RLY-TAB

### AGREED MOTION FOR ENTRY OF ORDER ON RAYMOND HEDLUND'S PENDING MOTION TO REINSTATE (DKT. 11130)

Counsel for Cook Defendants and Plaintiff Raymond Hedlund have conferred and agree that the pending Motion to Reinstate (Dkt. 11130), should be denied as moot as to Mr. Hedlund's case only, given his case was never dismissed.

WHEREFORE, Cook Defendants move for entry of the proposed Order on Plaintiff's Motion to Reinstate, and for all other proper relief.

Respectfully Submitted,

/s/ *Kip S.M. McDonald*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com

Jessica.Cox@FaegreDrinker.com
Kip.McDonald@FaegeDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, a copy of the foregoing *Agreed Motion for Entry of Order on Raymond Hedlund's Pending Motion to Reinstate (Dkt. 11130),* was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Kip S.M. McDonald*