UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, )))))) | |
| _____ ) | 1:14-ml-02570-RLY-TAB |
| This Document Relates to: ) David McDermitt, ) 1:18-cv-0946-RLY-TAB ) | |

## SCHEDULING ORDER

The hearing on Cook's Motion for Summary Judgment – Statute of Repose (dkt. 12802) as to Plaintiff David McDermitt's claims set for MARCH 12, 2020 at 3:00 p.m. is VACATED AND RESET to **MARCH 13, 2020 at 2:30 p.m. (Eastern)**. The information needed to participate in this **telephonic** conference will be provided by a separate notification to pertinent counsel.

**SO ORDERED** this 11th day of March 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record