UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:18-cv-3403-RLY-TAB

### ORDER ON PLAINTIFF'S MOTION TO REINSTATE (Dkt. 11130)

Having considered Plaintiff Counsel's Request to Reinstate Raymond Hedlund, 1:18-cv-3403-RLY-TAB case, and the Parties' Proposed Order, the Court concludes the Motion should be **DENIED** as moot as to Raymond Hedlund only.

**SO ORDERED** this 12th day of March 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record