**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **NORMA MURAVIOV** )<br>**JOHN MURAVIOV** )<br>)<br> v. )<br>)<br>**COOK INCORPORATED;** )<br>**COOK MEDICAL LLC;** )<br>**WILLIAM COOK EUROPE APS** )<br> ) | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Civil Case No. 1:20-cv-00715-RLY-TAB |

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  March 12, 2020                             Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher