IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to the Following Action Only:<br><br>David McDermitt<br>1:18-cv-00946 | |

**AGREED MOTION TO EXTEND CERTAIN CASE MANAGEMENT
DEADLINES IN CASE MANAGEMENT ORDER # 27**

Defendants Cook Incorporated, Cook Medical, LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants"), by and through their attorneys, respectfully move the Court for permission to extend the *McDermitt Daubert* and Summary Judgment Motion (Substantive Tort-Based Claims) deadlines outlined in the Second Amended Case Management Order # 27 (Bellwether Trial Plan) [Dkt. 12906], by two business days, and in support, state as follows:

1. The Court's current deadlines concerning *Daubert* and Summary Judgment Motion (Substantive Tort-Based Claims), per the Second Amended Case Management Order # 27 (Bellwether Trial Plan) [Dkt. 12906], are as follows:

| | |
|---|---|
| 3/13/20 | *Daubert* and Summary Judgment Motions (Substantive Tort-Based Claims) |
| 4/3/20 | Responses to *Daubert* and Motions for Summary Judgment |
| 4/17/20 | Replies to *Daubert* and Motions for Summary Judgment |

2. Cook Defendants request the deadlines in CMO #27 be extended by two business days as follows:

| 3/17/20 | *Daubert* and Summary Judgment Motions (Substantive Tort-Based Claims) |
| --- | --- |
| 4/7/20 | Responses to *Daubert* and Motions for Summary Judgment |
| 4/21/20 | Replies to *Daubert* and Motions for Summary Judgment |

3. The undersigned counsel is requesting the brief extension in light of events related to COVID-19, or coronavirus, including the temporary closure of undersigned's law firm office earlier this week, and the recent closures of local schools. These events have impacted Cook Defendants ability to finalize its *Daubert* and summary judgment filings on the timeline previously ordered.

4. The undersigned counsel is aware of Local Rule 7-1 requirements for extensions of time but respectfully submits that the exponential growth in concerns with coronavirus and unexpected school and office closures' impact on counsel's ability to finalize filings was an unforeseeable and extraordinary circumstance that warrants a brief two business-day extension.

5. Since amending CMO #27 to set separate deadlines for Cook Defendants' limited motion for summary judgment concerning statute of repose, statutory, contract-based, and derivative claims on February 19, 2020 [Dkt. 12906], no party has sought an extension of the deadlines discussed herein.

6. No party will be prejudiced by the requested extension, nor will the extension materially change any pretrial deadlines or affect the Court's administration of this matter.

7. The undersigned counsel has conferred with Plaintiff David McDermitt's counsel, Stuart L. Goldenberg, and Mr. Goldenberg agreed to the relief requested.

WHEREFORE, the Cook Defendants respectfully request that the Court grant this motion and extend certain *McDermitt* Daubert and Summary Judgment Motion (Substantive Tort-Based

US.127027291.01

Claims) deadlines contained in Second Amended Case Management Order # 27 (Bellwether Trial Plan) [Dkt. 12906] by two-business days.

Dated: March 12, 2020

Respectfully Submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Stuart L. Goldenberg
    Marlene J. Goldenberg
    GOLDENBERG LAW, PLLC
    800 LaSalle Avenue, Suite 2150
    Minneapolis, MN  55402
    mjgoldenberg@goldenberglaw.com
    slgoldenberg@goldenberglaw.com

                                                    */s/ Andrea Roberts Pierson*