IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to the Following Action Only:

David McDermitt
1:18-cv-00946

**ORDER GRANTING AGREED MOTION TO EXTEND CERTAIN CASE MANAGEMENT DEADLINES IN CASE MANAGEMENT ORDER # 27**

Defendants Cook Incorporated, Cook Medical, LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants"), by counsel, filed an Agreed Motion To Extend Certain Case Management Deadlines In Case Management Order # 27. Having considered the Cook Defendants' motion and being duly advised, the Court now GRANTS the Cook Defendants' motion.

IT IS THEREFORE ORDERED that *Daubert* and Summary Judgment deadlines outlined in Second Amended Case Management Order # 27 (Bellwether Trial Plan) [Dkt. 12906] are amended to the following:

| | |
|---|---|
| 3/17/20 | *Daubert* and Summary Judgment Motions (Substantive Tort-Based Claims) |
| 4/7/20 | Responses to *Daubert* and Motions for Summary Judgment |
| 4/21/20 | Replies to *Daubert* and Motions for Summary Judgment |

//

//

//

US.127027415.01

Dated:_____ _____
 Judge, United States District Court
  Southern District of Indiana,
 Indianapolis Division

DISTRIBUTION TO:ALL PARTIES OF RECORD

US.127027415.01