**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

This Document Relates to the Following Action:

    Omel Corley   1:17-cv-03379

_____

## RESPONSE IN OPPOSITION TO PLAINTIFF OMEL CORLEY'S MOTION TO SUBSTITUTE PARTY

On February 21, 2020, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, the "Cook Defendants") filed their Motion to Dismiss for Failure to Comply with Federal Rule of Civil Procedure 25(a) [Dkt. 12927]. On February 28, 2020, Plaintiff Omel Corley filed the instant Motion to Substitute Party [Dkt. 12980], and filed a Response in Opposition to the Cook Defendants' Motion to Dismiss for Failure to Comply with Federal Rule of Civil Procedure 25(a) [Dkt. 13018]. The Cook Defendants filed a reply in support of their Motion to Dismiss, asking the Court to deny Plaintiff's Motion to Substitute Party and to dismiss this matter with prejudice. (See Dkt. 13024.) For the reasons set forth in the Cook Defendants' Reply in Support of their Motion to Dismiss, substitution is improper. (Dkt. 12927.) The Cook Defendants respectfully request that the Court deny Plaintiff's Motion to Substitute Party and dismiss Plaintiff's claims with prejudice.

Dated: March 12, 2020

Respectfully Submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:       (317) 237-0300
Facsimile:        (317) 237-1000
Andrea.Pierson@FaegreBD.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:       (260) 424-8000
Facsimile:        (260) 460-1700
Stephen.Bennett@FaegreBD.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020, a copy of the foregoing Response in Opposition to Plaintiff's Motion to Substitute was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson