UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-
MDL No. 2570

This Document Relates to:

1:16-cv-00551; 1:16-cv-01285; 1:16-cv-01640; 1:16-cv-02279;
1:16-cv-02290; 1:16-cv-02382; 1:16-cv-02383; 1:16-cv-02385;
1:16-cv-02410; 1:16-cv-02693; 1:16-cv-02899; 1:17-cv-00069;
1:17-cv-00159; 1:17-cv-00218; 1:17-cv-00303; 1:17-cv-00388;
1:17-cv-00417; 1:17-cv-00420; 1:17-cv-00434; 1:17-cv-00455;
1:17-cv-00457; 1:17-cv-00458; 1:17-cv-00530; 1:17-cv-00692;
1:17-cv-00800; 1:17-cv-00971; 1:17-cv-01327; 1:17-cv-01456;
1:17-cv-01551; 1:17-cv-01559; 1:17-cv-01697; 1:17-cv-01853;
1:17-cv-01854; 1:17-cv-02239; 1:17-cv-02259; 1:17-cv-02611;
1:17-cv-02715; 1:17-cv-03085; 1:17-cv-03100; 1:17-cv-04171;
1:17-cv-04200; 1:17-cv-04218; 1:17-cv-04339; 1:17-cv-04340;
1:17-cv-04345; 1:17-cv-06074; 1:18-cv-00081; 1:18-cv-00098;
1:18-cv-00103; 1:18-cv-00412; 1:18-cv-00568; 1:18-cv-00569;
1:18-cv-00647; 1:18-cv-00675; 1:18-cv-01410; 1:18-cv-01833;
1:18-cv-01879; 1:18-cv-02150; 1:18-cv-02245; 1:18-cv-02326;
1:18-cv-02498; 1:18-cv-02500; 1:18-cv-02739; 1:18-cv-03003;
1:18-cv-03520; 1:18-cv-06089; 1:19-cv-00232.

**ORDER ON PLAINTIFFS' MOTIONS TO
REINSTATE/VACATE COURT ORDERS OF DISMISSAL**

The court has considered the Plaintiffs' Motions to Reinstate/Vacate Court Orders

of Dismissal, the parties' arguments during the July 12, 2019 telephonic hearing, and the

affidavits submitted by co-lead counsel for the Plaintiff Steering Committee ("PSC"),

Ben Martin (Filing Nos. 11420, 11472) and Michael Heaviside (Filing No. 11421),

regarding PSC communications on the Parties' Order Regarding Case Categorization and Census (Filing No. 9638) and Revised Second Amended Order Regarding Case Categorization Forms (Filing No. 10617).  The following Motions to Reinstate are **GRANTED** and the Clerk of the Court is directed to **REINSTATE** the following cases:

| Plaintiff Name | Filing No. | Cause No. |
|---|---|---|
| Ogden, Judith | 10734 | 1:16-cv-00551 |
| Valvo, Heather | 10759 | 1:16-cv-01285 |
| Taubler, Samuel | 10758 | 1:16-cv-01640 |
| Cunningham, James | 10643 | 1:16-cv-02279 |
| Simpson, Carmen and David | 11416 | 1:16-cv-02290 |
| Catchings, Fernita | 11429 | 1:16-cv-02382 |
| Major, Marilyn (Estate) | 11429 | 1:16-cv-02383 |
| Ross, Cassandra | 11429 | 1:16-cv-02385 |
| Thomson, Scott & Cheryl | 11340 | 1:16-cv-02410 |
| Contreras, Amanda | 11154 | 1:16-cv-02693 |
| Smith, Slater | 11429 | 1:16-cv-02899 |
| Lanzer, Jodi | 11429 | 1:17-cv-00069 |
| Peacock, Robin | 10926 | 1:17-cv-00159 |
| Keltee, Rogers William | 11429 | 1:17-cv-00303 |
| Elazab, Bonnie and Dean | 11171 | 1:17-cv-00417 |
| Governale, Edna | 11340 | 1:17-cv-00420 |
| Papierski, Chester | 11429 | 1:17-cv-00434 |
| Cremeans, Daris | 10726 | 1:17-cv-00455 |
| Kratochvil, Barbie Lynn | 10725 | 1:17-cv-00457 |
| Stafford, Sheila | 10724 | 1:17-cv-00458 |
| Parker, David | 11267 | 1:17-cv-00692 |
| Okolish, Frank | 10924 | 1:17-cv-00800 |
| Halley, Belinda Sue | 10644 | 1:17-cv-00971 |

| | | |
|---|---|---|
| Mooney, Carol Ann | 11340 | 1:17-cv-01551 |
| Beard, Pamela | 10923 | 1:17-cv-01559 |
| Craig, Joshua Rich | 10997 | 1:17-cv-01697 |
| McNally, Rose | 10979 | 1:17-cv-01853 |
| Smith, Sandy | 10981 | 1:17-cv-01854 |
| Flietstra, Stephanie | 10925 | 1:17-cv-02239 |
| Durrant, Jacquelyn | 10604 | 1:17-cv-02259 |
| Shockley, Saleea | 10723 | 1:17-cv-02611 |
| Parker, Norman, Individually and as Personal Representative of the Estate of Betty L. Parker | 10642 | 1:17-cv-02715 |
| Bain, Betty | 10939 | 1:17-cv-03085 |
| Paciocco, Louis V. | 11348 | 1:17-cv-03100 |
| Rodriguez, Alma | 11001 | 1:17-cv-04171 |
| Craft, Kristi | 10999 | 1:17-cv-04200 |
| Auerbach, Benjamin | 11340 | 1:17-cv-04218 |
| Cooper, James | 11000 | 1:17-cv-04345 |
| Sylvain, Perry | 11007 | 1:17-cv-04339 |
| Vaughan, Larry John Jr. | 11006 | 1:17-cv-04340 |
| Sauls, Lillie | 10686 | 1:18-cv-00081 |
| Cochran, Teresita | 11414 | 1:18-cv-00098 |
| French, Darin | 11415 | 1:18-cv-00103 |
| Trepus, Marvin | 10645 | 1:18-cv-00412 |
| Hightower, Oscar | 11235 | 1:18-cv-00568 |
| Wills, Tammy and Gregory | 11235 | 1:18-cv-00569 |
| Schermerhorn, Arthur Wayne | 11003 | 1:18-cv-00647 |
| Milke, Theresa (Estate Of) | 10749 | 1:18-cv-00675 |
| Rose, Justin | 11434 | 1:18-cv-01410 |

| Plaintiff Name | Filing No. | Case No. |
|---|---|---|
| Schatzman, Galen Page | 11004 | 1:18-cv-01833 |
| Jones, Richard | 11350 | 1:18-cv-02150 |
| Marchionne, Mark | 11350 | 1:18-cv-02245 |
| Pezzotti, Lillian | 11151 | 1:18-cv-02326 |
| Gil, Nilda | 11340 | 1:18-cv-02498 |
| Cullum, Berkley as Personal Representative of Cullum, Troy | 11130 | 1:18-cv-02739 |
| Cropp, Benjamin Jr. (Estate Of) | 11222 | 1:18-cv-03003 |
| Reese, Beth | 11130 | 1:18-cv-03520 |
| Kay, Christine | 11185 | 1:18-cv-06089 |
| Williams, Joshua Jordan | 11474 | 1:19-cv-00232 |

The following cases have not submitted the *specific* medical record required by the Parties' Order Regarding Case Categorization and Census (Filing No. 9638) and Revised Second Amended Order Regarding Case Categorization Forms (Filing No. 10617). The Case Categorization Submission Instructions were clear:

> 3. The category selected must be supported by attaching specific medical record(s) confirming the injury/complication/category selected, with the relevant line or portion highlighted. Submission of an entire medical file, or references to previously produced records are also not permitted and shall be treated as non-compliance with the Court's Order.

(Filing No. 9638-1). The following Motions to Reinstate did not comply with this requirement:

| Plaintiff Name | Records Submitted | Filing No. | Case No. |
|---|---|---|---|
| Slobodijan, Eric | 73 pages of records were submitted prior to the case categorization form | 11229 | 1:17-cv-00218 |

4

| | | | |
|---|---|---|---|
| Odom, Ethel | 1,360 pages of records were submitted prior to the case categorization form | 11226 | 1:17-cv-00388 |
| Million, James | 643 pages of records were submitted prior to the case categorization form | 11224 | 1:17-cv-00530 |
| Anders, Joseph Keith | 92 pages of records were submitted prior to the case categorization form | 10641 & 10674 | 1:17-cv-01327 |
| Phillips, Ricky | 567 pages of records were submitted prior to the case categorization form | 11228 | 1:17-cv-01456 |
| Foley, Maureen A. | 360 pages of records were submitted with the case categorization form | 11157 | 1:17-cv-06074 |
| Davis, Betsy | 268 pages of records were submitted prior to case categorization form | 11223 | 1:18-cv-01879 |
| O'Brien, Nicki | 264 pages of records were submitted prior to case categorization form | 11225 | 1:18-cv-02500 |

Plaintiffs' Motion to Reinstate are **UNDER ADVISEMENT**. Plaintiffs are given **fifteen (15) days** from the date of this Order to comply. Failure to comply shall result in dismissal.

**SO ORDERED** this 12th day of March 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record