IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.  IVC FILTERS
MARKETING SALES PRACTICES AND                    1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION                  MDL No. 2570

_____

This Document Relates to:

Plaintiff **JOHN IRVING**, Civil Case # 1:16-cv-03468
Plaintiff **JADA BAKER**, Civil Case # 1:17-cv-02435
Plaintiff **TERESA WALKER**, Civil Case # 1:18-cv-00516

**NOTICE OF ADDRESS CHANGE**

COMES NOW, Sean T. Keith, notifying the court of change of address information.  Please

update my contact to, Keith Law Group, PLLC., Regions Bank Building, Suite 108, 5050 W.

Northgate Road, Rogers, AR 72758. Email: sean@keithlawgroup.com, Phone: (479) 335-1355.

Dated:  March 16, 2020                         Respectfully submitted,

                               By:   /s/ Sean T. Keith_____
                                     Sean T. Keith, ABA 93158
                                     Keith Law Group, PLLC.
                                     Regions Bank Building, Ste. 108
                                     5050 W. Northgate Road, Rogers, AR 72758
                                     Ph. (479) 335-1355/Fax (479) 244-2889
                                     sean@keithlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2020, I filed the foregoing via the Court's electronic filing system, which shall send notice of the filing and a copy thereof to all counsel of record.

/s/ Sean T. Keith
Sean T. Keith