IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-m1-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to<br>David McDermitt, Civil Case No.: 1:18-cv-00946 | |

## **ORDER**

Considering Plaintiff's Motion to Exclude or Limit the Expert Testimony of Scott W. Robertson, PhD,

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that Plaintiff's Motion to Exclude or Limit the Expert Testimony of Scott W. Robertson, PhD is GRANTED.

Signed this _____ day of _____, 2020.

_____
Honorable Richard L. Young
United States District Court Judge