IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:

David McDermitt
Civil Case No. 1:18-cv-00946-RLY-TAB

## ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

This comes before the Court on Plaintiff's Motion to Maintain Document Under Seal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's motion is Granted.

**It is therefore Ordered, Adjudged, and Decreed** that Exhibit A to Plaintiff's Memorandum of Law in Support of Motion to Exclude or Limit the Expert Testimony of Scott W. Robertson, PhD shall remain under seal.

**All of which is Ordered** this _____ day of _____, 2020

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.