IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    David McDermitt
    Civil Case No. 1:18-cv-00946-RLY-TAB

## **PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiff David McDermitt respectfully moves the Court to maintain under seal Exhibits A and B to Plaintiff's Memorandum of Law in Support of Motion to Exclude or Limit the Expert Testimony of Antonios P. Gasparis, MD. Defendants have designated these documents as "confidential."

Dated:  March 17, 2020

                                      Respectfully submitted,
                                      */s/ Stuart L. Goldenberg*
                                      Stuart L. Goldenberg (#158719)
                                      Benjamin C. Stellpflug (#0401095)
                                      GOLDENBERGLAW, PLLC
                                      800 LaSalle Avenue, Suite 2150
                                      Minneapolis, MN 55402
                                      Telephone: (612) 333-4662
                                      Facsimile: (612) 367-8107
                                      slgoldenberg@goldenberglaw.com
                                      bstellpflug@goldenberglaw.com

                                      Joseph N. Williams (#25874-49)
                                      RILEY WILLIAMS & PIATT
                                      301 Massachusetts Avenue

Indianapolis, IN 46204
(317) 633-5270 (phone)
(317) 426-3348 (fax)
jwilliams@rwp-law.com

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPO-
RATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@martinbaughman.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Counsel for Plaintiff.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 17, 2020, a copy of the foregoing was served via email and U.S. Mail to the following:

Jessica Benson Cox
Andrea Roberts Pierson
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
jessica.cox@faegredrinker.com
andrea.pierson@faegredrinker.com

                                            */s/ Luc Mainguy*