IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-m1-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to<br>David McDermitt, Civil Case No.: 1:18-cv-00946 | |

## PLAINTIFF'S MOTION TO EXCLUDE OR LIMIT
## ALL ANECDOTAL TESTIMONY

COMES NOW David McDermitt, Plaintiff in the above-captioned action, by and through undersigned counsel, and hereby respectfully requests that this Court exclude or limit all anecdotal testimony from Cook's experts.

WHEREFORE, Plaintiff seeks an Order excluding all such testimony for the reasons set forth in the accompanying memorandum of law.

Dated: March 17, 2020

                                              Respectfully submitted,

                                              */s/ Stuart L. Goldenberg*
                                              Stuart L. Goldenberg (#158719)
                                              Benjamin C. Stellpflug (#0401095)
                                              GOLDENBERGLAW, PLLC
                                              800 LaSalle Avenue, Suite 2150
                                              Minneapolis, MN 55402

Telephone: (612) 333-4662
Facsimile: (612) 367-8107
slgoldenberg@goldenberglaw.com
bstellpflug@goldenberglaw.com

Joseph N. Williams (#25874-49)
RILEY WILLIAMS & PIATT
301 Massachusetts Avenue
Indianapolis, IN 46204
(317) 633-5270 (phone)
(317) 426-3348 (fax)
jwilliams@rwp-law.com

Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin, Esq.
Martin Baughman, PLLC
3710 Rawlins Street, Suite 1230
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@martinbaughman.com

David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Counsel for Plaintiff.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2020, a copy of the foregoing was served via email and U.S. Mail to the following:

Jessica Benson Cox
Andrea Roberts Pierson
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
jessica.cox@faegredrinker.com
andrea.pierson@faegredrinker.com

                                                    */s/ Luc Mainguy*