IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-m1-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to<br>David McDermitt, Civil Case No.: 1:18-cv-00946 | |

## **ORDER**

Considering Plaintiff's Motion to Exclude or Limit Anecdotal Testimony,

IT IS HEREBY ORDERED, ADJUDGE, AND DECLARED that Plaintiff's Motion to Exclude or Limit Anecdotal Testimony is GRANTED.

Signed this _____ day of _____, 2020.

_____
Honorable Richard L. Young
United States District Court Judge

1