**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

David McDermitt
1:18-cv-00946

**MOTION FOR LEAVE TO FILE A BRIEF
IN EXCESS OF THIRTY-FIVE PAGES (SUMMARY JUDGMENT)**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (the "Cook Defendants") respectfully move this Court for an order granting it leave to file a memorandum in excess of 35 pages, specifically Defendants' Memorandum In Support of General Motion for Summary Judgment. This memorandum will be electronically filed today on March 17, 2020. In support of this motion, the Cook Defendants state:

1. Local Rule 7.1 provides that memoranda of law in support of any motion shall not exceed 35 pages without prior approval of the Court. *See* Local Rule 7-1.

2. The Cook Defendants hereby request leave to file a memorandum of law in excess of 35 pages in support of its General Motion for Summary Judgment.

3. The Cook Defendants believe they will need more than the usually allotted 35 pages to adequately address the many grounds for disposing of Plaintiff's multiple claims as a matter of law. Plaintiff asserts at least seven different theories of recovery, and the Cook Defendants have multiple grounds for the dismissal of each of these theories. In addition,

Plaintiff's claims raise novel issues concerning whether the medical conditions of which Plaintiff complains are actually legally recognizable injuries at all, which Cook must address at length.

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary for the reasons detailed above to request leave of court to exceed the 35-page maximum set forth in Local Rule 7.1(e)(2).

5. Cook will be able to adequately address the issues raised in 50 pages or less.

6. Pursuant to Local Rule 7-1(e)(3), Cook has included a table of contents, statement of issues, and table of authorities in its Memorandum in Support.

WHEREFORE, theCook Defendants respectfully request that this Court grant them leave to file a memorandum in excess of 35 pages supporting their General Motion for Summary Judgment.

Respectfully submitted,

Dated: March 17, 2020

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH, LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH, LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegredrinker.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 2 -

US.127036154.02

## CERTIFICATE OF SERVICE

I certify that on March 17, 2020, a copy of the foregoing **MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson

US.108375873