**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

David McDermitt
1:18-cv-00946

**MOTION FOR LEAVE TO FILE A BRIEF
IN EXCESS OF THIRTY-FIVE PAGES (MUEHRCKE *DAUBERT* MOTION)**

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (the "Cook Defendants") respectfully move this Court for an order granting it leave to file a memorandum in excess of 35 pages, specifically Defendants' Memorandum in Support of Motion to Partially Exclude Expert Opinions of Dr. Derek Muehrcke. This memorandum will be electronically filed today on March 17, 2020. In support of this motion, the Cook Defendants state:

1. Local Rule 7.1 provides that memoranda of law in support of any motion shall not exceed 35 pages without prior approval of the Court. *See* Local Rule 7-1.

2. The Cook Defendants hereby request leave to file a memorandum of law in excess of 35 pages in support of its *Daubert* motion addressing the admissibility of the testimony of Plaintiff's expert Dr. Derek Muehrcke. Dr. Muehrcke is the only expert Plaintiff has designated to testify on medical issues in the case, and his proposed testimony encompasses multiple issues, including general causation, specific causation, past and future injuries, and medical expenses.

3. The Cook Defendants believe they will need more than the usually allotted 35 pages to adequately address both Dr. Muehrcke's general opinions and his multiple case-specific opinions concerning Plaintiff.

4. The undersigned counsel for Cook state that they have used their best efforts to present their arguments as efficiently as possible, but find it necessary for the reasons detailed above to request leave of court to exceed the 35-page maximum set forth in Local Rule 7.1(e)(2).

5. Cook will be able to adequately address the issues raised in 45 pages or less.

6. Pursuant to Local Rule 7-1(e)(3), Cook has included a table of contents, statement of issues, and table of authorities in its Memorandum in Support.

WHEREFORE, the Cook Defendants respectfully requests that this Court grant them leave to file a memorandum in excess of 35 pages supporting their *Daubert* motions regarding Dr. Muehrcke.

Dated:  March 17, 2020                    Respectfully submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH, LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH, LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegredrinker.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on March 17, 2020, a copy of the foregoing **MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF THIRTY-FIVE PAGES** was filed electronically.  Parties may access this filing through the Court's electronic records system.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
