## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to the Following Action Only:

David McDermitt
1:18-cv-00946

### THE COOK DEFENDANTS' MOTION TO PARTIALLY EXCLUDE CASE-SPECIFIC EXPERT OPINIONS OF DEREK MUEHRCKE, M.D.

The defendants, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants"), hereby move, pursuant to the Federal Rules of Evidence, to partially exclude the proffered expert testimony of Dr. Derek Muehrcke – plaintiff's medical expert -- on the grounds that portions of his proposed expert testimony fail to meet the standards for such testimony imposed by Rule 702 and by *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993). In support of this motion, the Cook Defendants have contemporaneously filed a memorandum, with exhibits cited therein, explaining the bases for their motion.

WHEREFORE, the Cook Defendants respectfully request the Court to partially exclude from evidence the proffered expert testimony of Dr. Muehrcke, and for all other just and proper relief.

                                                        Respectfully submitted,

Dated: March 17, 2020                /s/ *Andrea Roberts Pierson*
                                                        Andrea Roberts Pierson
                                                        Jessica Benson Cox
                                                        FAEGRE DRINKER BIDDLE & REATH, LLP
                                                       300 North Meridian Street, Suite 2700
                                                       Indianapolis, Indiana 46204
                                                       Telephone: (317) 237-0300
                                                       Facsimile: (317) 237-1000
                                                       E-Mail: andrea.pierson@faegredrinker.com
                                                       E-Mail: jessica.cox@faegredrinker.com

                                                       James Stephen Bennett
                                                       FAEGRE DRINKER BIDDLE & REATH, LLP
                                                       110 W. Berry Street, Suite 2400
                                                       Fort Wayne, Indiana 46802
                                                       Telephone: (260) 424-8000
                                                       Facsimile: (260) 460-1700
                                                       stephen.bennett@faegredrinker.com

                                                       *Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, a copy of the foregoing **THE COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO PARTIALLY EXCLUDE CASE-SPECIFIC EXPERT OPINIONS OF DEREK MUEHRCKE, M.D.** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*

US.127036133.02