# EXHIBIT D

```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF INDIANA
               INDIANAPOLIS DIVISION
```

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., ) | |
| IVC FILTERS MARKETING, SALES ) | Cause No. |
| PRACTICES AND LIABILITY, ) | 1:14-ML-2570- RLY-TAB |
| LITIGATION ) | Evansville, Indiana |
| ) | **October** 31, 2017 |
| ) | 8:28 a.m. |
| ) | |

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 6

**For Plaintiffs:**          David P. Matthews, Esq.
                             MATTHEWS & ASSOCIATES
                             2905 Sackett Street
                             Houston, TX  77098

                             Matthew D. Schultz, Esq.
                             LEVIN PAPANTONIO THOMAS MITCHELL
                             RAFFERTY & PROCTOR PA
                             316 S. Baylen Street, Suite 600
                             Pensacola, FL  32502

                             Joseph N. Williams, Esq.
                             RILEY WILLIAMS & PIATT, LLC
                             301 Massachusetts Avenue
                             Indianapolis, IN  46204

1        Do you expect or anticipate a Celect to be safe or
2   safer as the Gunther Tulip?
3   A   Yes, I did expect that.
4   Q   And did you expect that Ms. Hill's filter, after reading
5   the instructions, that it would become embedded?
6   A   No, sir.
7   Q   Did you expect that Ms. Hill's Celect, reading the
8   instructions for use, if reading them at the time, could not
9   be removed by the only retrieval technique provided by Cook?
10  A   Absolutely not, sir --
11           MS. PIERSON:  Objection, no foundation, and it's
12  outside the scope of his report.
13           THE COURT:  If it's not in his report, then he can't
14  give an opinion on that.
15           MR. MARTIN:  I would argue page 33 through 37, Your
16  Honor, has -- gets us there.  It doesn't use that exact
17  wording, but it gets us there.  It discusses it.  It discusses
18  that very issue, what is expected, what is known.
19           THE COURT:  As to retrieval?
20           MR. MARTIN:  As to retrieval.
21           MS. PIERSON:  May we approach?
22           (Beginning of bench conference.)
23           MS. PIERSON:  Sorry.  I just hate to argue these
24  issues in front of the jury.
25           His report discusses the off-label retrieval

1 and to do a survey, I'm sure that they would say that this is
2 complete speculation.  I think that, clearly, this is solid
3 evidence when he's looking at complaints from medical doctors
4 in the field.
5             Thank you.
6             THE COURT:  All right.  Let me take a look at this
7 and then make a ruling when we come back from lunch.
8             MS. PIERSON:  Thank you.
9             THE COURT:  1:15 be back.
10            THE CLERK:  All rise.  Court is in recess.
11              (A recess was taken at this time.)
12                        (In open court.)
13            THE CLERK:  All rise.
14            THE COURT:  Please be seated.
15            The Court has considered the question of whether
16 Dr. Marmureanu can give an opinion regarding consumer
17 expectations as to the safety and whether the product fell
18 below safety assumptions of the consumer, which are, of
19 course, physicians.
20            After reviewing the report again, there is no
21 opinion from Dr. Marmureanu in his expert report regarding
22 consumer doctors' expectations as to the safety and whether
23 that product fell below safety assumptions to the consumer.
24 So, of course, he can't give that opinion, since it's not in
25 his report.  However, he can testify, which he has done,

```
              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                   INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,      )
IVC FILTERS MARKETING, SALES    ) Cause No.
PRACTICES AND LIABILITY,        ) 1:14-ML-2570- RLY-TAB
LITIGATION                      ) Evansville, Indiana
                                ) November 9, 2017
                                ) 9:19 a.m.
                                )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
JURY TRIAL- VOLUME 12

**For Plaintiffs:**                David P. Matthews, Esq.
                                   MATTHEWS & ASSOCIATES
                                   2905 Sackett Street
                                   Houston, TX  77098

                                   Matthew D. Schultz, Esq.
                                   LEVIN PAPANTONIO THOMAS MITCHELL
                                   RAFFERTY & PROCTOR PA
                                   316 S. Baylen Street, Suite 600
                                   Pensacola, FL  32502

                                   Joseph N. Williams, Esq.
                                   RILEY WILLIAMS & PIATT, LLC
                                   301 Massachusetts Avenue
                                   Indianapolis, IN  46204

1           But when they came time to tell the doctors?  They
2    left that definition out.  They told physicians, every
3    physician, no perforations.
4           Again, I submit to you that is not Bill Cook's
5    company.  Mr. Webber a few minutes ago told you that they
6    wanted to get the Celect filter on the market and they wanted
7    to get it on the market to help people, and he said it's not
8    about the money.
9           Mike, can I have Dr. Gardner's first email?  This is
10   three years before Jane got her filter.  This is literally
11   within weeks of when the filter first got on the market.  And
12   their medical science officer, Dr. Jim Gardner, he said, "My
13   greatest concern at the moment is that payers are going to
14   take a good, hard look at IVC filter placement."
15          To stand up here and say it's not about the money,
16   you've seen repeatedly throughout this trial that they knew
17   there were problems with this filter.  The minute somebody
18   came up with the idea to take those Tulip leaves off, Arne
19   Molgaard said, "If do you that, it's going to progressively
20   perforate.  I think it's a bad idea."  In 2006 the executive
21   summary said these safety risks are too great.  Don't put this
22   thing on the market.  They didn't put their foot on the gas to
23   help patients.  They did it for the money.
24          You just heard also repeatedly that Dr. Moreno said,
25   "I wouldn't do this procedure without a filter."  He did.  He