# EXHIBIT E

# Derek D. Muehrcke, MD, FACS

973 North Griffin Shores Drive
Saint Augustine, Florida 32080

**Luc T. Mainguy**
GoldenbergLaw, PLLC
800 LaSalle Avenue,
Suite 2150
Minneapolis, Minnesota 55402

February 2, 2020

Re: David McDermitt

Dear Mr. Mainguy:

My billings are as follows:
1) Please find my February billing for the McDermitt case. I worked 18.5 hours preparing for the deposition @$650/Hr. = $12,025

2) My deposition was taken February 1, 2020 at the Casa Monica Hotel. I worked 10.5 hours @$750/Hr. = $7,875

3) In addition to the above I retrieve my patient list of patients who received IVC filters placed by myself or Dr. Pirris between 2005 and July 1, 2013 at Flagler Hospital. This time also includes the database inquiry for IVC filters seen in my office placed since 7/1/13. This information was requested during the notice of deposition.
I worked two hours @ $650/hr.= $1300. This billing is separate from my Deposition preparation and deposition given on 2/1/2020.

    Therefore, the total invoice for Defense council is $7,875, and $1300= $9,175.

Thank you for your prompt attention.

Sincerely yours,

Derek Muehrcke, MD FACS
Tel: 904-910-2343
e-mail: dmuehrcke@aol.com
973 North Griffin Shores Drive
 Saint Augustine, Florida 32080