# EXHIBIT N

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
2                    INDIANAPOLIS DIVISION
3            Civil Action No. 1:14-ml-2570-RLY-TAB
4     _____

                                           )
5     IN RE: COOK MEDICAL, INC.,           )
      IVC FILTERS MARKETING, SALES         )
6     PRACTICES AND PRODUCT                )
      LIABILITY LITIGATION                 )
7     _____)
8     This document relates to
      David McDermitt, Civil Case No. 1:18-cv-00946
9
10
11
12          VIDEO DEPOSITION OF SABAH BUTTY, MD
13
14
15
              The video deposition upon oral examination
16     of SABAH BUTTY, MD, a witness produced and sworn
       before me, Tara Gandel Hudson, RPR, CRR, a Notary
17     Public in and for the County of Hancock, State of
       Indiana, taken on behalf of the Defendants, Cook
18     Incorporated, Cook Medical LLC, and William Cook
       Europe ApS, at the offices of Faegre Baker Daniels,
19     300 North Meridian Street, Suite 2500,
       Indianapolis, Marion County, Indiana, on the 3rd
20     day of December, 2019, scheduled to commence at
       3:30 p.m., pursuant to the Federal Rules of Civil
21     Procedure with written notice as to the time and
       place thereof.
22
23
24
25

Veritext Legal Solutions

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 66

1    "Mr. McDermitt was a poor candidate for
2    anticoagulation."
3        What does that mean?
4  A   The fact that he had the presence of an ongoing
5    bleed, a retroperitoneal hematoma, and that he
6    would not be able to get the standard of care, a
7    blood thinner for the popliteal blood clot,
8    would make him a poor candidate for
9    anticoagulation or blood thinner, as he would
10   more likely worsen.  His condition would worsen.
11 Q   At the time you placed Mr. McDermitt's IVC
12   filter, did you believe he was at risk of
13   pulmonary embolism?
14 A   Sure.
15       For the presence of a common iliac vein
16   clot, a popliteal vein clot -- both of these are
17   at risk for embolizing.
18 Q   At the time that you placed his IVC filter, was
19   Mr. McDermitt a candidate for treatment of the
20   clots through the use of blood thinners alone?
21 A   It would have been inappropriate at that time.
22       At the time of this procedure, it would
23   have been inappropriate.
24 Q   At the time that you placed Mr. McDermitt's IVC
25   filter, did you believe that he was at risk

Page 67

1    potentially of dying from a pulmonary embolism
2    without treatment?
3  A   Yes.
4  Q   Tell us, if you could, how you placed
5    Mr. McDermitt's Tulip filter.
6  A   So my approach is typically to go from a neck
7    approach or jugular vein approach.  We will
8    typically use ultrasound to gain access to the
9    blood vessel.  Once I'm in the blood vessel, we
10   will typically --
11       People will vary in terms of the extent of
12   their diagnostic exam.  I try and do a
13   diagnostic exam that goes basically from the
14   common femoral vein all the way up to the  --
15       (Reporter clarification.)
16 A    -- cavoatrial junction of the heart.  Others may
17   just image the inferior vena cava.
18       I choose to go down to the level of the
19   common femoral vein because I know that central
20   to that level or above that level, ultrasound
21   can be unreliable.  Sometimes it can be hard on
22   CT to diagnose a blood clot.
23       So that's my reasoning for doing it.
24   That's why I mentioned the clot in the common
25   iliac vein.

Page 68

1        So once I've delineated the anatomy to make
2    sure that the vein, the inferior vena cava, that
3    is to receive the filter is of an appropriate
4    size; that there is no clot in there; and that I
5    have established the landmarks, then I can go
6    ahead and place the filter.
7        So it's generally a jugular approach,
8    diagnostic exam, common femoral vein, both
9    sides, all the way up to the cavoatrial
10   junction, identify our venous landmarks, and
11   then place the filter.
12 Q   When you place a vena cava filter like you did
13   in Mr. McDermitt's case, are you able to see
14   everything that you're doing on fluoroscopy?
15 A   In the sense of --
16       Can you be more specific?
17 Q   Sure, sure.
18       When you're placing an IVC filter, how do
19   you see what you're doing? where you're placing
20   it?
21 A   Just how we're traveling in the blood vessel, is
22   that what you're asking?
23 Q   Yes.
24 A   Yes.
25       So with fluoroscopy, we're able to see

Page 69

1    exactly where we're going.  And with the
2    assistance of injecting contrast material; in
3    other words, to pass by or allow us to see the
4    vein in real time, with live X ray or
5    fluoroscopy.
6        And then we use our catheters and guide
7    wires to steer us in those locations or position
8    the delivery of the filter where it needs to be.
9  Q   Do you take any images or pictures along the way
10   when you're placing an IVC filter?
11 A   Yes.
12 Q   What are those called?
13 A   "Venograms."
14 Q   In the case of Mr. McDermitt, did you take a
15   venogram of the placement of his IVC filter?
16 A   Yes.
17 Q   Were there any complications during the time
18   that you were placing Mr. McDermitt's IVC
19   filter?
20 A   No.
21 Q   Were you able to place the filter in the correct
22   place, caudal to the renal veins?
23 A   Yes.
24 Q   Was Mr. McDermitt's filter tilted in any way?
25 A   No.

18 (Pages 66 - 69)