UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

David McDermitt
1:18-cv-00946

## COOK DEFENDANTS' GENERAL MOTION FOR SUMMARY JUDGMENT

The Cook Defendants[1] respectfully move the Court to enter summary judgment on all of Plaintiff David McDermitt's claims against them. The Cook Defendants are entitled to summary judgment on Plaintiff's claims on the grounds that there is no genuine issue of material fact and the Cook Defendants are entitled judgment as a matter of law. Specifically:

1. Plaintiff's warning-based claims (Strict Products Liability-Failure to Warn, Negligence, and Negligence Per Se) fail as a matter of law because Plaintiff cannot establish the element of causation;

2. Plaintiff's claims based on alleged asymptomatic perforation, asymptomatic tilt, potential difficulty in retrieval, and a need for medical monitoring fail as a matter of law because they do not allege a legally cognizable injury;

3. Plaintiff's design-based claims (Strict Products Liability-Design Defect, Negligence, Negligence Per Se, and Breach of Implied Warranty) fail as a matter

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants").

US.127027100.01

of law because Plaintiff cannot offer the required expert testimony that (1) the Tulip IVC filter was defective or (2) some defect in the Tulip IVC filter caused Plaintiff some injury;

4. Plaintiff's claims based on negligence per se fails as a matter of law because federal law preempts any the claim;

5. Plaintiff's claims based on UCC breach of warranty fail as a matter of law because (1) Plaintiff failed to commence this action within the Indiana UCC's four-year statute of limitations and (2) Plaintiff failed to provide Cook with the notice of breach required by the UCC;

6. Plaintiff's claims based on breach of warranty of fitness for a particular purpose and breach of express warranty fail as a matter of law because Plaintiff was not in privity with any of the Cook Defendants;

7. Plaintiff's claim based on alleged Violation of Ohio Rev. Code. Ann. § 1345.01 fails as a matter of law because none of the claimed offending conduct occurred in the state of Ohio; and

8. Plaintiff's claim for punitive damages fails as a matter of law because (1) Plaintiff's claims for compensatory damages fail, as set forth above, and (2) Plaintiff cannot produce clear and convincing evidence of Cook conduct that meets the statutory requirements of fraud, malice, or intentional misconduct.

This motion is supported by the Cook Defendants' Memorandum In Support Of General Motion For Summary Judgment, the exhibits filed herewith, and Cook's previous submission in this case. For the foregoing reasons, the Cook Defendants urge the Court to grant their motion

and to enter summary judgment in favor of the Cook Defendants and provide all other just and appropriate relief.

Dated: March 17, 2020

Respectfully submitted,

/s/Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, a copy of the foregoing THE COOK DEFENDANTS' GENERAL MOTION FOR SUMMARY JUDGMENT was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/Andrea Roberts Pierson