IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

David McDermitt
1:18-cv-00946

**UNSEALED EXHIBITS IN SUPPORT OF COOK DEFENDANTS'**
**MEMORANDUM IN SUPPORT OF GENERAL MOTION FOR SUMMARY JUDGMENT**

1