# EXHIBIT A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF INDIANA
2                INDIANAPOLIS DIVISION
3          Civil Action No. 1:14-ml-2570-RLY-TAB
4      _____
                                          )
5      IN RE: COOK MEDICAL, INC.,         )
       IVC FILTERS MARKETING, SALES       )
6      PRACTICES AND PRODUCT              )
       LIABILITY LITIGATION               )
7      _____)
8      This document relates to
       David McDermitt, Civil Case No. 1:18-cv-00946
9
10
11
12          VIDEO DEPOSITION OF SABAH BUTTY, MD
13
14
15
               The video deposition upon oral examination
16     of SABAH BUTTY, MD, a witness produced and sworn
       before me, Tara Gandel Hudson, RPR, CRR, a Notary
17     Public in and for the County of Hancock, State of
       Indiana, taken on behalf of the Defendants, Cook
18     Incorporated, Cook Medical LLC, and William Cook
       Europe ApS, at the offices of Faegre Baker Daniels,
19     300 North Meridian Street, Suite 2500,
       Indianapolis, Marion County, Indiana, on the 3rd
20     day of December, 2019, scheduled to commence at
       3:30 p.m., pursuant to the Federal Rules of Civil
21     Procedure with written notice as to the time and
       place thereof.
22
23
24
25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 40

1    A    Yes.  Yes.

2    Q    How did you learn about the types of risks that

3         you've just described?

4    A    I think it's just sort of an evolution of your

5         career, that these are things that we are taught

6         in fellowship.  And then just the advantage of

7         doing this much longer than the two-year

8         fellowship.  Doing it for almost 18 years now,

9         then that's how I know about these.

10   Q    It sounds like you're aware of the risks based

11        on your education, training, and experience

12        using filters --

13   A    Yes.

14   Q    -- is that correct?

15   A    Yes.

16   Q    In 2007, was your awareness of these risks:

17        Infection, migration, fracture, clotting,

18        permanent leg swelling, damage to the vein or

19        adjacent structures, and an inability to

20        retrieve -- were those all risks that you were

21        aware of based on your medical education,

22        training, and experience?

23   A    Yes.

24   Q    Was your knowledge of those risks based on

25        anything that Cook told you?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 41

1    A    No.

2    Q    Was your knowledge of the risks based on

3         anything that any other medical device

4         manufacturer told you?

5    A    No.

6    Q    In 2007, that was when you placed

7         Mr. McDermitt's filter; correct?

8    A    Yes.

9    Q    At the time you placed Mr. McDermitt's filter,

10        had you read the instructions for use?

11   A    No.

12   Q    Do you rely on the instructions for use, for any

13        IVC filter, to choose or place the filter in

14        your patients?

15   A    No.

16             Many of the devices are fairly similar in

17        terms of techniques; in terms of insertion.

18        They don't vary that much.

19             A lot of the techniques that you use for

20        filters are techniques that we use for other

21        procedures so --

22             And, you know, if it's --

23             If it's a new device within our practice or

24        something new, we try and have somebody else who

25        has had more experience to sort of be our

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 42

1          proctor and make sure that it's being done

2          safely.

3     Q    In 2007, at the time that Mr. McDermitt's filter

4          was placed, by that point in time, had you been

5          placing filters for five to seven years?

6     A    Yes.

7     Q    You were familiar with how to place them and

8          where to place them?

9     A    Yes.

10    Q    You were familiar with the risks that went along

11         with placing any filter?

12    A    Yes.

13    Q    In 2007, at the time you placed -- that you

14         chose Mr. McDermitt's filter and placed it, were

15         you relying on anything that Cook wrote or said

16         or did?

17    A    No.

18    Q    Your knowledge of how to place it came from your

19         education, training, and experience?

20    A    Yes.

21    Q    And your knowledge of the risks that went along

22         with placing it in Mr. McDermitt came from your

23         medical education, training, experience?

24    A    Yes.

25              THE VIDEOGRAPHER:  Off the record.  The

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 49

1           We just have different techniques now that

2      this practice has become more common, different

3      techniques in terms of trying to retrieve what

4      before was not sold or intended to be put in as

5      retrievable.

6   Q  Is it your practice, Dr. Butty, when you intend

7      to retrieve a filter from a patient, to use a

8      filter that the FDA has cleared for

9      retrievability?

10  A  Yes.

11  Q  Is the Tulip one of those filters?

12  A  It is.

13  Q  When you intend for a patient of yours to have a

14     retrievable filter, what type of filter do you

15     place?

16  A  Tulip and ALN filters, at least at Methodist

17     Hospital.  Within our practice, we also have the

18     Option filter.  So those are the three.  But the

19     ones at Methodist Hospital would be Tulip and an

20     ALN filter.

21  Q  Back in 2007, when you placed a filter that you

22     intended to be retrieved from a patient, what

23     filter did you choose most frequently?

24  A  The Tulip filter.

25  Q  Have you ever had a time that you placed a Tulip

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 59

1       Mr. McDermitt?

2    A  Yes.

3    Q  And was this prepared on or about January the

4       8th of 2007?

5    A  Yes.

6    Q  Contemporaneously with your care and treatment

7       of Mr. McDermitt?

8    A  Yes.

9    Q  Just to be clear, you are the physician who

10      wrote Exhibit 3; right?

11   A  Correct.  Yes.

12   Q  You are the physician who actually placed

13      Mr. McDermitt's Tulip filter?

14   A  Yes.

15   Q  Where and when did you place Mr. McDermitt's

16      Tulip filter?

17   A  I'm just going to depend on the date here,

18      January 8, 2007, and it would have been at

19      Methodist Hospital.

20   Q  How did you come to treat Mr. McDermitt?

21   A  It would have been a consult.  So

22      Dr. Biggerstaff, who I can see on the ordering

23      physician, I've known him or at least he's been

24      at Methodist Hospital for quite some time.

25      Typically he will call.  He's --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 64

1    In your opinion, when you were taking care

2    of Mr. McDermitt, did he have a large, mobile

3    clot?

4  A  I would say that it is a clot that is large

5    enough that warrants treatment, whether it's

6    with a blood thinner or with a inferior vena

7    cava filter, if it's indicated.

8  Q  There's another reference later on in your note

9    that I want to ask you about.

10   There's a reference on the second page to a

11   finding that:

12   "An acute, nonocclusive thrombus is present in

13   the left common iliac vein."

14   What is that?

15 A  It's another blood clot.  And that would be in a

16   location that could be life-threatening as well.

17 Q  What is that location?  Left common iliac vein?

18 A  Sure.

19   So the veins in the legs will come together

20   at a common point at the level of the belly

21   button.  And then from the belly button, they

22   will travel -- or the vein continues to the

23   heart.

24   And the main blood vessel or vein in the

25   body from the belly button up to the level of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 69

```
 1        exactly where we're going.  And with the
 2        assistance of injecting contrast material; in
 3        other words, to pass by or allow us to see the
 4        vein in real time, with live X ray or
 5        fluoroscopy.
 6             And then we use our catheters and guide
 7        wires to steer us in those locations or position
 8        the delivery of the filter where it needs to be.
 9   Q    Do you take any images or pictures along the way
10        when you're placing an IVC filter?
11   A    Yes.
12   Q    What are those called?
13   A    "Venograms."
14   Q    In the case of Mr. McDermitt, did you take a
15        venogram of the placement of his IVC filter?
16   A    Yes.
17   Q    Were there any complications during the time
18        that you were placing Mr. McDermitt's IVC
19        filter?
20   A    No.
21   Q    Were you able to place the filter in the correct
22        place, caudal to the renal veins?
23   A    Yes.
24   Q    Was Mr. McDermitt's filter tilted in any way?
25   A    No.
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 70

1    Q    Was Mr. McDermitt's filter outside the walls of

2         his IVC at all?

3    A    No.

4    Q    Was Mr. McDermitt's filter fractured, or did it

5         move after placement or have any other

6         complications of any sort?

7    A    No.

8              (A discussion was held off the record.)

9    Q    Dr. Butty, I'm handing you what's been marked as

10        Exhibit 4.

11   A    Okay.

12   Q    Can you tell us what that is, please.

13             (Deposition Exhibit 4 was marked for

14        identification.)

15   A    It is a picture of an inferior vena cava filter.

16        And this is most likely my postinsertion

17        venogram.  And I'm doing the postinsertion

18        venogram looking for tilt; looking to make sure

19        the legs are opposing the blood vessel wall; to

20        make sure the legs are opened up; and to confirm

21        positioning.

22   Q    What are you able to see, as you look at this

23        picture, about the way in which the filter is

24        placed?

25   A    So we're looking for tilt to see if it's

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 76

```
 1   Q   If it were 2 millimeters or 3 millimeters, would
 2       your answer be the same?
 3   A   Correct.  Yes.
 4   Q   Your opinion about legs through the wall at 1,
 5       2, 3 millimeters, has that been your opinion
 6       since the early 2000s?
 7   A   Yes.
 8   Q   At the time that you treated Mr. McDermitt, was
 9       it your view that perforation was not a
10       complication?
11   A   Correct.
12   Q   Is it accurate to say, Dr. Butty, that at the
13       time that you treated Mr. McDermitt, you didn't
14       view perforation to even be an injury to the
15       vein?
16   A   Correct.
17   Q   Is that still your opinion today?
18   A   It is.
19   Q   We were talking a moment ago about the image
20       that we've marked as Exhibit 4.  To a layperson
21       looking at this image, it might appear that the
22       hook is more to the right of this light part
23       than to the left.
24           Do you see that?
25   A   Can you point to me what you're --
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1      vein, acute clot, and that the inferior vena

2      cava filter was deployed successfully without

3      any complications.

4  Q   Okay.  At the time that you were placing

5      Mr. McDermitt's IVC filter, you weren't relying

6      on just one static image; correct?

7  A   Correct.

8  Q   You're seeing this real time in 3D; right?

9  A   Yes.

10 Q   At the time that you were there in the procedure

11     room, placing Mr. McDermitt's filter, did you

12     observe any tilt or perforation of his filter?

13 A   No.

14 Q   If you had observed any of those things, you

15     would have noted those in your procedure report;

16     correct?

17 A   Yes.

18 Q   Did you note any tilt, perforation, or any other

19     complications with this filter?

20 A   I didn't note any complications, no.

21 Q   Now, before Mr. McDermitt's IVC filter was

22     placed, did you speak with him?

23 A   I'm sure I did.  Yeah.

24 Q   Was it your practice, in 2007, to talk to your

25     patients about the risks of IVC filters before

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 83

1   Q   How do you weigh the risk of perforation of that

2       amount in comparison to the risk of PE for

3       Mr. McDermitt?

4           MR. GOLDENBERG:  I'm just going to object.

5       It's an improper hypothetical.

6           Go ahead.

7   A   I don't consider --

8           In general, I don't consider 2 millimeters

9       to be a risk.  I think, if it were me, I would

10      accept that risk as being reasonable, in hopes

11      of preventing a pulmonary embolism.

12  Q   At the time that you treated Mr. McDermitt back

13      in 2007, if someone had said to you, "You'll

14      place this Tulip filter.  The patient will have

15      it for more than ten years.  He has these risks

16      of PE that we've talked about, but it's also

17      likely that 10 or 12 years from now, he might

18      have couple of millimeters of perforation,"

19      would you still place the Tulip filter?

20  A   Yes.

21  Q   Why?

22  A   Because I don't consider that a complication of

23      the device, if there's 2 millimeters of

24      perforation.

25  Q   Dr. Butty, Mr. McDermitt had a number of risk

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 89

1        finding that needs an action.  It's not a
2        finding that has a symptom or a negative effect.
3    Q   Your opinion that "perforation is a radiographic
4        finding with no clinical significance," did you
5        hold that opinion in 2007 at the time that you
6        placed Mr. McDermitt's filter?
7    A   Yes.
8    Q   Has anything that you've learned in the last few
9        hours, when we have been talking about
10       Mr. McDermitt's case, has that changed your
11       opinion in any way?
12   A   No.
13   Q   Has that been your opinion since 2007?
14   A   Yes.
15   Q   Earlier today, you talked about filters having
16       different risk profiles.
17           What did you mean by that?
18   A   I think different filter designs tend to have a
19       greater likelihood of negative effects.
20           And the designs can be whether it's a
21       conical design; a design can be a difference in
22       the metal composition; or a convertible filter,
23       which is now a new thing.
24           So we've gone from permanent to temporary,
25       and now we have convertible filters.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 108

1        was available in 2007?

2    A   I do.

3    Q   At the time that you placed Mr. McDermitt's IVC

4        filter, did you feel like you had all the

5        information you needed about the Tulip filter?

6    A   Yes.

7    Q   Sitting here today, is there any information

8        that you believe you would have benefited from

9        or should have had before you received the

10       filter?

11   A   No.

12   Q   Is there anything that you've heard about

13       Mr. McDermitt's case or images or medical

14       records that would change your mind about

15       choosing the Tulip filter for Mr. McDermitt?

16   A   No.

17   Q   Since learning of Mr. McDermitt's lawsuit and

18       his allegations in this case, have you continued

19       to place the Tulip IVC filter?

20   A   Yes.

21           MS. PIERSON:  Thank you, Dr. Butty.  That's

22       all the questions I have.

23           MR. GOLDENBERG:  Why don't we take a break.

24           THE VIDEOGRAPHER:  We'll go off the record.

25       The time is 5:43 p.m.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 119

1   A    For placement in the inferior vena cava.

2   Q    Right.

3        But when the FDA approved it, were they

4        approving it for safety?  Is that your

5        understanding?

6        MS. PIERSON:  Object to form.

7   A    I know they approved it for use in the inferior

8        vena cava.

9   BY MR. GOLDENBERG:

10  Q    Right.

11       But my question to you is, is it your

12       understanding the FDA approved this product for

13       safety?

14  A    I told you what my understanding was.  That it

15       was approved for placement in the inferior vena

16       cava.  That was my understanding.

17  Q    Do you know the difference between FDA clearance

18       and FDA approval?

19  A    No.  I'm going to allow you to do that.

20  Q    Okay.  All right.

21       Do you know that when this product was

22       first cleared, the Tulip filter, it was cleared

23       as a permanent filter first?

24       Were you aware of that?

25  A    When it first came out?  Yeah, I knew it was

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 120

1       permanent.

2   Q   Yeah.  Okay.

3           And then you actually helped participate in

4       a study to decide if it was retrievable or not;

5       correct?

6   A   I remember that.

7   Q   Okay.  We're going to talk about that in just a

8       little while.

9           And how was it that you came to be chosen

10      for that?

11  A   I wasn't personally chosen.  I think our

12      hospital was chosen as a site for that.

13  Q   Okay.

14  A   So the group of physicians that I work with were

15      part of that study.

16  Q   So Cook decided that it wanted to do a study,

17      and so IU was one of the hospitals that was

18      chosen to help study it; is that fair?

19  A   Yes.

20  Q   Was IU ever chosen to study the efficacy of the

21      Tulip device?

22  A   Not that I can remember, no.

23  Q   Do you know if they were ever asked by Cook to

24      study the efficacy of the Tulip device?

25  A   I don't know.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 123

1              Is that okay?

2    A    Sure.

3    Q    So one of the first things you said that I

4         understood is that there are some standard risks

5         that are true of every surgery, like bleeding

6         and possibility of nerve damage, even death;

7         correct?

8    A    Yes.  I said there were several procedural

9         risks.

10   Q    Okay.  All right.

11             But the risks related to the retrievable

12        or -- we'll just call this a "retrievable

13        filter."

14             Okay?

15   A    Okay.

16   Q    All right.

17             The risks related to a retrievable filter

18        were what, that you told Mr. McDermitt?

19   A    They could be filter migration, infection,

20        fracture at the legs.  Could injure adjacent

21        structures, if they were in contact with them.

22   Q    Okay.

23   A    Tilt.

24             If we put in a filter, we can't always

25        guarantee that the filter will come out.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 152

1      the doctor's choice?

2   A   When to retrieve it or if to retrieve --

3   Q   Yeah.  When and if.

4   A   It's ultimately the patient's choice.  I mean,

5      we can only make a recommendation.

6   Q   Okay.  Sure.

7          But what I'm saying is, is that would you

8      agree that the device can be safely retrieved,

9      leaving the decision to the doctor and the

10     patient?

11  A   The decision is the patient's.  That's the

12     bottom line.

13  Q   Okay.  All right.

14         And can you tell me how long you would

15     expect to be able to retrieve the Tulip filter?

16  A   I'm not really sure what you're getting at.

17     What do you mean, "how long"?

18  Q   Okay.

19         Do you remember when I talked about earlier

20     that you had seen the IFU, the instructions for

21     use, that was part of the information that had

22     been provided to you from -- on the

23     investigational study?

24         MS. PIERSON:  Object to form.

25  A   I said that information was provided to us.  Did

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 153

1      I read every single thing?  I don't know.  It's

2      12 years ago.  That's the fairest answer I can

3      tell.

4  BY MR. GOLDENBERG:

5  Q    Okay.  All right.

6           Are you aware if the IFU ever mentions

7      anything about perforation, migration, or

8      fracture?

9  A    No.

10  Q    Okay.

11  A    And I don't know what --

12  Q    Let's talk a little bit about the efficacy of

13      the device, whether it works or not.

14           Do you remember I talked about that a

15      little bit?

16  A    Sure.

17  Q    In 2007, that's when you put this device in

18      Mr. McDermitt; is that fair?

19  A    Yes.

20  Q    Has anybody ever told you that the medical

21      science officer at Cook said --

22           MS. PIERSON:  I'm sorry.  Object.

23           If you're about to tell him the content of

24      documents that are marked "Confidential," he's

25      got to sign the protective order first.  It

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 165

1    that it is lesser than any other device on the

2    market.

3         As I've said before, I just -- I find it to

4    be the best device out there.  That's been my

5    experience.

6         MR. GOLDENBERG:  Why don't we take a

7    five-minute break, and I'll be right back.

8         THE VIDEOGRAPHER:  We'll go off the record.

9    This is the end of Media Unit 2.  The time is

10   6:56 p.m.

11        (A recess was taken.)

12        THE VIDEOGRAPHER:  We're back on the record

13   at 7:12 p.m. with media Unit 3.

14   BY MR. GOLDENBERG:

15   Q   Doctor, we were just talking about some of the

16       evidence behind IVC filters.  Have you ever --

17            Are you familiar with PREPIC 1 or PREPIC 2,

18       those studies?

19   A   A little bit.

20   Q   So you're aware that in PREPIC 1 they found no

21       significant benefit in terms of mortality of

22       symptomatic pulmonary embolism with filters?

23   A   Yes.

24   Q   And that there was actually an increase in

25       recurrent DVTs?  What does that mean?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 201

1      it's not an injury to the vena cava?

2   A  In terms of there being a long-term consequence

3      or negative event, because of that I think it's

4      just the nature of the vessel, the low flow, low

5      pressure.  The surrounding retroperitoneal

6      structures are fat.  That allows that to occur.

7          When we take out the inferior vena cava

8      filters, we will take them out with a patient on

9      a blood thinner.  We will almost never take them

10     out unless they are on a blood thinner

11     because -- so that's why you asked me what

12     happens when the tear occurs, and I say nothing.

13     It tends to be a self-limited event.  And we

14     know that because of the nature of the blood

15     vessel, we know that because we're doing it with

16     these patients fully anti-coagulated, it tends

17     to be a very transient event and

18     nonlife-threatening and no long-term

19     consequences.

20  Q  You've been here for a few hours now, Dr. Butty,

21     and we've talked about a number of risks and

22     complications with IVC filters.  We've also

23     talked about some things that may not be risks

24     or complications but that are alleged to have

25     been an injury to Mr. McDermitt --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 202

1   A   Mm-hmm.

2   Q   Is there anything you've heard today about those

3       possibilities that was not known to you in 2007

4       before you placed Mr. McDermitt's filter?

5   A   No.

6   Q   And all of the information that you have about

7       those possible events or risks or injuries,

8       whatever we call them, the information that's

9       known to you in 2007 about those things, did it

10      come from any source other than your own medical

11      education, training, and experience?

12  A   No.

13  Q   Counsel for Mr. McDermitt asked you some

14      questions about studies, PREPIC 1 and PREPIC 2.

15      And I was listening carefully to your answers.

16      You said in your experience filters have been

17      lifesaving?

18  A   Yes.

19  Q   Do you recall that answer?

20  A   I do.

21  Q   What did you mean when you say in your

22      experience filters have been lifesaving?

23  A   So lifesaving in the sense that we -- it is not

24      that infrequent where I put a filter in a

25      patient -- and, again, this is going to be over