# EXHIBIT F

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

```
           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF INDIANA
               INDIANAPOLIS DIVISION
        CIVIL ACTION NO. 1:14-ml-2570-RLY-TAB
                   MDL No. 2570

IN RE:  COOK MEDICAL, INC., IVC  )
FILTERS MARKETING, SALES         )
PRACTICES AND PRODUCT LIABILITY  )
LITIGATION                       )
                                 )
-------------------------------- )
                                 )
This Document Relates to:        )
     1:14-cv-06018-RLY-TAB       )
                                 )
-------------------------------- )
```

VIDEO DEPOSITION OF CAROL McDERMITT

The deposition upon oral examination of CAROL McDERMITT, a witness produced and sworn before me, Janine A. Ferren, RPR, CRR, CSR-IL No. 84-4852, Notary Public in and for the County of Hamilton, State of Indiana, taken on behalf of the Defendants, at the offices of Faegre Drinker Biddle & Reath LLP, 300 North Meridian Street, 25th Floor, Indianapolis, Marion County, Indiana, on the 4th day of February 2020, at 10:09 a.m., pursuant to the Federal Rules of Civil Procedure with written notice as to time and place thereof.

Page 55

1  Q  You didn't talk to him at all about it?
2  A  No.
3  Q  No one has told you what he said?
4  A  No.
5  Q  When did you first become aware that
6     Mr. McDermitt was thinking about filing this
7     lawsuit?
8  A  I suppose when the notice came out on the news
9     that the part was defective.
10 Q  Do you recall when that was?
11 A  No.
12 Q  Did you see the notice?
13 A  I heard it.  It was on the news, TV or
14    something, because that's where I -- that's
15    where I heard it.
16 Q  Okay.
17 A  I don't remember seeing it in the newspaper.
18 Q  So it was something that you saw or heard on TV?
19 A  Right.
20 Q  But you saw it yourself?
21 A  Yes.
22 Q  Did Mr. McDermitt also see it?
23 A  They announced it more than once.  He might not
24    have seen the first time I saw it, but then it
25    was on later and he saw it.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 57

1      he wasn't okay, so ...
2  Q   So tell me everything you remember about that
3      notice that you saw.
4  A   Just that it was on recall, it was a defective
5      part, and you should -- I don't know something
6      about, but he called the doctor and he looked
7      into it right away.
8  Q   Do you recall anything about what that notice
9      looked like?
10 A   No, I don't.  They just showed a -- I think they
11     probably showed a picture of it, because he's
12     got the umbrella thing or something.
13 Q   Sure.  Did that notice talk about any particular
14     company having a defective part?
15 A   I don't remember.
16 Q   Was it your understanding that the part that
17     Mr. McDermitt himself had gotten was defective?
18 A   Well, he had -- when they talked about the
19     filter and they showed a picture of it, and it's
20     like the one they put in there.  So I just don't
21     remember a lot of details about that.
22 Q   What was your impression of who was putting that
23     notice out?
24 A   Why would you put something in someone's body
25     that was defective?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 58

1  Q  Sorry, that wasn't a very good question.
2     Did you have an understanding of who was
3     behind that notice, who had actually published
4     it or created it?
5  A  No.
6  Q  Did you believe it was part of the news?
7  A  I didn't think about it.  I just -- you know,
8     when somebody has a recall on something like
9     that, it kind of gets your attention.
10 Q  So your understanding, after you saw that, was:
11    This product has been recalled?
12 A  Yes.
13 Q  Because it's defective?
14 A  Yes.  And it might possibly come apart.  Because
15    they talked about that lady -- if they said her
16    name, I don't remember it -- that it came apart
17    and she almost died, and that kind of stuck
18    pretty heavy.
19 Q  So when you saw that notice, they were actually
20    talking about a specific person who had had a
21    problem with their filter?
22 A  That was the main part of the recall -- I mean,
23    the announcement, I guess.
24 Q  Did they say that person had been involved in a
25    lawsuit?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 66

1  A  I believe it was that same evening. I don't
2     remember what station it was or how they brought
3     it in. But they just bring those announcements
4     in sometimes. And I think he saw the next one
5     or the one after. Anyhow, he got to see it.
6  Q  So it was like a public service announcement?
7        MR. GOLDENBERG: Objection to form.
8  A  I don't know. It was just an announcement.
9  Q  Not part of the show?
10 A  No.
11 Q  It was during commercials?
12 A  It was -- it wasn't a commercial. I just don't
13    remember, but I know they had it on TV. It
14    might have been on the news part; I don't know.
15 Q  But it wasn't a commercial?
16 A  No.
17 Q  How long was it after Mr. McDermitt saw that
18    notice before he went and talked to a doctor
19    about the filter?
20 A  I don't know exactly. I don't remember.
21 Q  Was it longer than a few weeks?
22 A  I don't believe so. I really don't know. You
23    know, we're going back a few years here, I mean.
24 Q  Sure. Who did Mr. McDermitt call first; his
25    doctor or Mr. Goldenberg?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 70

1  BY MR. FRIEDMAN:
2  Q   Mrs. McDermitt, during the break did you look at
3      any documents?
4  A   No.
5  Q   Did you talk to Stuart at all?
6  A   Slightly.
7  Q   Anything about your testimony?
8  A   No, no.
9  Q   Anything other than just pleasantries?
10 A   Yes, yeah.  I guess I misunderstood the question
11     or --
12 Q   Sure.
13 A   On -- I guess the filter has not been on recall.
14     I did not know that.
15 Q   Is it true, though, that --
16         MR. FRIEDMAN:  Oh, we're getting some echo
17     here.
18         MS. GOLDENBERG:  Just so you know, there
19     will be edits, so they will edit out these
20     pauses and things like that, so don't worry
21     about things like this.
22         THE WITNESS:  Okay.  Looks like you're back
23     in business.
24         MR. GOLDENBERG:  Thank you.  We were just
25     trying to fix my screen.  Okay.  We can go

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 71

1     ahead.
2         MR. FRIEDMAN: Okay.
3 BY MR. FRIEDMAN:
4 Q So Mr. Goldenberg explained to you that the
5    filter has not been recalled?
6 A Right. I didn't know that. I figured, since it
7    was on TV, that it was -- had been recalled.
8 Q Before just now, were you ever aware that it had
9    not been recalled?
10 A No. I thought it had been.
11 Q Did that surprise you to learn that it hadn't
12    been recalled?
13 A Yes.
14 Q When you gave your testimony earlier this
15    morning, you didn't believe it had been
16    recalled -- I'm sorry, I said the exact
17    opposite. Let me rephrase it.
18       When you were testifying earlier this
19    morning, your belief was that it had been
20    recalled?
21 A Yes.
22 Q Do you need to change any of those answers based
23    on what you've now learned?
24 A No. I just -- no. It was -- they just showed
25    the picture of it and was talking about that. I