# EXHIBIT G

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1              UNITED STATES DISTRICT COURT
2              SOUTHERN DISTRICT OF INDIANA
3                 INDIANAPOLIS DIVISION
4                        * * *
5
6   IN RE:   COOK MEDICAL, INC., IVC FILTERS
             MARKETING, SALES PRACTICES AND
7            PRODUCT LIABILITY LITIGATION
8
            CASE NO.  1:14-ml-2570-RLY-TAB
9
10  This Document Relates to
    David McDermitt, Civil Case No:   1:18-cv-00946
11
12                        * * *
13
14
15            Videotaped Deposition of
16  SHANNON KAUFFMAN, MD, a witness herein, called
17  by the defendant for examination pursuant to
18  the Rules of Civil Procedure, taken before me,
19  Patti Stachler, RMR, CRR, a Notary Public
20  within and for the State of Ohio, at the
21  Marriott at University of Dayton, 1414 South
22  Patterson Boulevard, Dayton, Ohio, on
23  December 2, 2019, at 11:57 a.m.
24                        * * *
25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 6

1      Q.   So you perform procedures and
2  review imaging?
3      A.   Correct.
4      Q.   Okay.  As an interventional
5  radiologist, do you place IVC filters?
6      A.   Yes.
7      Q.   Do you retrieve IVC filters?
8      A.   Yes.
9      Q.   We're here to talk about your
10 review of an April 2017 CT scan of a
11 Mr. McDermitt; is that correct?
12     A.   Correct.
13     Q.   Are you here as an independent
14 witness?
15     A.   Yes.
16     Q.   You have not been hired by either
17 side, by Mr. McDermitt or by Cook, to testify
18 to the jury, correct?
19     A.   Correct.
20     Q.   I'm going to hand you what's been
21 marked as Exhibit Number 1.  This is the notice
22 of your deposition.  Do you recall seeing this?
23     A.   Yes.
24     Q.   And it asks you to bring some
25 documents.  I understand you've brought your CV

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 19

```
 1              Q.   How often do you see that?
 2              A.   It's very common.  What percentage
 3    that is I think is variable to a certain degree
 4    within the filter, and there's some literature
 5    that talks about that, but all filters
 6    penetrate.
 7              Q.   Does it give you any cause for
 8    concern when you see this on an image?
 9              A.   No.  You have to take that in
10    context with the clinical situation.  So I
11    think all filters penetrate.  Certainly we talk
12    about that in reports.  And then you have to
13    correlate that with your patient and decide
14    whether that's a problem or not.  Not all
15    filter penetration or perforation is a problem.
16              Q.   Is it expected by doctors to see
17    penetration or perforation on images?
18              A.   Yes.
19              Q.   Would it be concerning to you if
20    you saw a filter strut two millimeters outside
21    the IVC on a CT scan?
22              A.   I think that depends on what is
23    two millimeters away from the IVC and what from
24    that leg.  Certainly can be, but two
25    millimeters, no, probably not.  There's not
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 20

1  going to be a whole lot that's around there
2  that should be causing a problem with that.
3         Q.   Would you be surprised to see a
4  filter strut two millimeters outside the IVC on
5  a CT scan taken ten years after a filter was
6  placed?
7         A.   No.
8         Q.   Why not?
9         A.   Because it's so common and it's a
10 natural evolution, progression of a filter.
11 You're putting a metal strut inside a very soft
12 tissue organ.
13        Q.   Do you consider perforation or
14 penetration in and of itself a complication or
15 bad outcome with a filter?
16        A.   No.
17        Q.   Why not?
18        A.   Because it's so common I think,
19 again, you have to expect that.  You're putting
20 tension inside a soft tissue organ with small
21 struts.  Unless it's causing a problem, then
22 you know, it's not a complication, per se.
23        Q.   The Tulip filter, I've heard it
24 called a conical filter.  What does that mean?
25        A.   So it's a -- what I explain to

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 24

```
 1   use in interventional radiology.
 2          Q.   Do you use other Cook products
 3   besides IVC filters?
 4          A.   Yes.
 5          Q.   Have you ever been hired to be a
 6   Cook consultant?
 7          A.   No.
 8          Q.   Have you ever been paid by Cook
 9   for anything?
10          A.   No.
11          Q.   Have you taken part in any
12   clinical trials involving IVC filters?
13          A.   We are part of the PRESERVE IVC
14   filter trial.
15          Q.   What is PRESERVE?
16          A.   PRESERVE is an IVC filter trial
17   involving 1800 patients with six different
18   filter types.  It's a long-term study over two
19   years where filters are placed and then may or
20   may not be retrieved to look at the efficacy of
21   filters and complication rates of filters.
22          Q.   Sounds like a pretty big study?
23          A.   It is a very -- it's the largest
24   IVC filter trial that there is.
25          Q.   And what's your role in this
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 25

1  trial?
2           A.   So I'm a PI here locally for Miami
3  Valley Hospital and enrolling patients.
4           Q.   So are you sort of in charge of
5  the study at this site?
6           A.   Yes.
7           Q.   When did you become involved in
8  the trial?
9           A.   Shortly after it opened.  I knew
10 about it prior to its opening, so we got the
11 research department involved at Miami Valley
12 Hospital.  I got all the regulatory documents,
13 and I think we were opened within a couple of
14 months of the study opening.
15              (Defendants' Exhibit 3 was marked
16               for identification.)
17 BY MS. COX:
18          Q.   I'm going to hand you what's been
19 marked as Exhibit 3.
20          A.   Thank you.
21          Q.   And this, I will represent to you,
22 is what I've printed from clinicaltrials.gov.
23 Do you recognize this?
24          A.   Yes.
25          Q.   What is this?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 27

1    Q. Do you use CT scans to evaluate
2  filters as part of the PRESERVE study?
3    A. Yes.
4    Q. In your role in the PRESERVE
5  study, do you evaluate CT images of IVC filters
6  placed here at Miami Valley?
7    A. Yes.
8    Q. If you look at Exhibit 3, this
9  discusses the outcomes measured by the PRESERVE
10 study, correct?
11   A. Correct.
12   Q. And in Exhibit 3 it defines
13 clinically significant perforation as
14 protrusion of filter legs through the wall of
15 the IVC causing hemorrhage or hematoma or
16 touching, impressing, or perforating another
17 organ or that triggers the decision to remove
18 the filter resulting in an attempt to remove
19 the IVC filter or requiring other intervention.
20       Did I read that correctly?
21   A. Yes.
22   Q. Tell me, what is this discussing?
23   A. So this is discussing what the
24 outcomes of those filters are, whether or not
25 those legs have went through the wall of the

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 42

1    clot in it.  It's not narrowed.  There's
2    nothing that looks abnormal about it.
3         Q.   Have we discussed all of the
4    findings you made that were relevant to his IVC
5    filter in April of 2017 in the findings
6    section?
7         A.   I believe so, yes.
8         Q.   You did not comment on perforation
9    or penetration in your findings section,
10   correct?
11        A.   I did not.
12        Q.   Would you have been looking for
13   this?
14        A.   Sure.
15        Q.   If you had seen a concerning
16   perforation on Mr. McDermitt's April 2017 CT,
17   would you have said so in the findings section
18   of your report?
19        A.   Yes.
20        Q.   The PRESERVE definition that we
21   read, clinically significant perforation, you
22   didn't find anything like that in
23   Mr. McDermitt's CT scan, correct?
24        A.   No.
25        Q.   Would it be your routine practice

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 44

1  know, tell me about that, they wanted to
2  know -- whoever ordered this asked what was
3  going on with the filter, and so that's my
4  number one.  It's my summary of findings.
5       Q.   So your impressions are sort of
6  like the opinions that you reached after
7  reviewing his scans in April 2017?
8       A.   Yes.
9       Q.   The impressions that you wrote
10 down in this report are the impressions that
11 you had when you were actually looking at the
12 images in April 2017, correct?
13      A.   Correct.
14      Q.   And that was long before we came
15 here today to talk about Mr. McDermitt's
16 lawsuit, correct?
17      A.   Yes.
18      Q.   Your first point under Impressions
19 talks about well -- is what?  Can you read
20 number one to me and tell me what this says?
21      A.   Well-positioned IVC filter in
22 infrarenal IVC.  The infrarenal IVC is
23 unremarkable.  The hook of the filter -- the
24 hook of this retrievable filter is adjacent to
25 the medial wall of the IVC, but is otherwise

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 45

1  well positioned.  No complication of IVC
2  filtration is noted.
3          Q.   So is this repeating your findings
4  from above?
5          A.   Yes.
6          Q.   And are you saying the filter's
7  well positioned in the right spot in the IVC?
8          A.   Yes.
9          Q.   And what did you find in terms of
10 the IVC below -- his IVC below and above his
11 filter?
12         A.   It was normal.
13         Q.   And the hook of the retrievable
14 filter being adjacent to the medial wall, we
15 discussed a little bit earlier, correct?
16         A.   Correct.
17         Q.   And at the end, the new -- this is
18 not in your findings.  It says, No complication
19 of IVC filtration is noted.
20              Did I read that correctly?
21         A.   You did.  And that's -- again, it
22 goes with the impression, would be a summary
23 statement, in my opinion, that I don't see a
24 complication of IVC filter in my opinion.
25         Q.   You were asked to perform a

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 46

1  careful review of Mr. McDermitt's filter on
2  April 21st, 2017, correct?
3         A.   Correct.
4         Q.   And as of April 21st, 2017, you
5  had placed and retrieved filters from your own
6  patients, correct?
7         A.   Correct.
8         Q.   And you'd already begun your
9  participation in PRESERVE study on IVC filters,
10 correct?
11        A.   Correct.
12        Q.   Had you identified filter
13 complications as part of your practice before
14 reading Mr. McDermitt's CT?
15        A.   Yes.
16        Q.   Did you identify any complication
17 with Mr. McDermitt's IVC filter on this CT?
18        A.   No.
19        Q.   Did you see anything at all in
20 this CT that raised any concern about his
21 filter?
22        A.   No.
23        Q.   If you had, would you have noted
24 it in your report?
25        A.   Yes.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 47

1  Q. Did you note anything that might
2  place Mr. McDermitt at risk for complication?
3  A. No.
4  Q. Would you have?
5  A. No. I think -- yes, I would have
6  noted that if there was a complication.
7  Again, I think this goes back to
8  an earlier question that you had for me: Does
9  any medical device -- is any medical device
10 free of risk or complication. I don't believe
11 that any medical device is free of a risk of
12 complication. You have to watch these things
13 and judge whether or not you're having a
14 complication and what to do with it from there.
15 But at this point in time, no, he was not
16 having a complication from his filter, in my
17 opinion.
18 Q. Have you re-reviewed the CT scan
19 since April of 2017?
20 A. Yes.
21 Q. Did you come to the very same
22 conclusions after this re-review?
23 A. Yes.
24 Q. Anything that you would change
25 about your report sitting here today?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 48

1      A.   No.
2      Q.   If one of the struts of
3  Mr. McDermitt's filter appeared to be two,
4  three, four, five millimeters outside of his
5  IVC on these images, would that be concerning
6  to you?
7      A.   It would not because I see it so
8  frequently.
9      Q.   Have you found it to be a problem
10 when you've seen it other times?
11     A.   Again, that depends on the
12 clinical scenario.  If someone is having pain
13 from it, if someone is having hemorrhage or
14 hematoma formation from it, if it's eroding or
15 penetrating into an adjacent structure that's
16 causing a problem, then, yes, it would be a
17 concern.
18          In general, penetration or
19 perforation I don't personally feel is a
20 complication because you see it so commonly.
21     Q.   So unless it meets our PRESERVE
22 definition, it's not a complication?
23     A.   Correct.
24     Q.   You were told that Mr. McDermitt
25 wanted his filter evaluated for potential

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 49

1  retrieval, correct?
2          A.   Correct.
3          Q.   Did you notice anything on his CT
4  that looked like it would prevent his filter
5  from being retrieved the normal way through a
6  small incision in his vein?
7          A.   No.
8          Q.   Anything that made you think his
9  filter would only come out if he had a surgery?
10         A.   No.
11         Q.   Anything on his CT that would make
12 you personally avoid attempting to retrieve his
13 filter?
14         A.   No.
15         Q.   Now, you don't recall speaking to
16 him after having the CT, correct?
17         A.   I do not.
18         Q.   If you were to meet with him today
19 and tell him what you saw on his CT scan, what
20 would you tell him?
21         A.   I would evaluate him.  If he wants
22 his filter out, we could certainly evaluate him
23 to see if he's, one, appropriate candidate to
24 have it out.  He may or may not be after
25 looking at his medical history.  And then, two,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 50

1  talk to him about the potentials for taking
2  that filter out.  There are both simple and
3  complex retrieval methods that can be employed,
4  and we would go over each of those.
5          Q.  Would you tell him his imaging
6  looks like a normal filter that had been in the
7  body for 12 years?
8          A.  Yes.
9          Q.  Would you tell him there's
10 anything to be concerned about?
11         A.  I would go through my normal risks
12 and benefits of taking a filter out.  I don't
13 think there's anything in particular, based on
14 this CT scan, that would make that any more
15 complex than any other filter.  In fact,
16 certainly it would be less complex than some
17 that we've taken out.
18         Q.  Mr. McDermitt testified that you
19 told him his filter had adhesed to the vein.
20 Do you recall telling him this?
21         A.  I do not.
22         Q.  Is that something you would have
23 told him based on your review?
24         A.  Certainly, you know, if I'm
25 talking to a filter -- talking to a patient

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 51

1  about a filter retrieval, we talk about the
2  fact that these things become encased in
3  tissue, that the body grows tissue over them
4  and sometimes they become adherent to the wall
5  of the vein.  That's a normal and expected
6  consequence of putting a filter in.  So, yeah,
7  it comes up in conversation that we talk about.
8  It's not a huge concern to me.  That's a normal
9  and expected finding.
10          Q.   He also testified that you told
11  him his filter was perforated by two
12  millimeters.  Do you recall telling him that?
13          A.   I do not.
14          Q.   Is that something you would have
15  told him based on your reading of the CT?
16          A.   I suppose I could have.  We talk
17  about that.  We talk about perforation.  But,
18  again, I don't feel like that's a complication.
19  So it's something that we talk about with any
20  of our filter patients.  It's not necessarily
21  something that prohibits retrieval or makes it
22  any more difficult.
23          Q.   He testified that you told him his
24  filter could only come out if he had a surgery
25  to remove it.  Would you have told him that?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 101

1 BY MS. COX:
2     Q.  -- carefully?
3     A.  Yes.
4     Q.  Did you review those images
5 carefully?
6     A.  Yes.
7     Q.  Did you find Mr. McDermitt's
8 filter was in a bad position?
9     A.  No.
10     Q.  What position was his filter in?
11     A.  It was in a expected location for
12 a filter being in for that time period, and I
13 didn't see any complication with this filter.
14     Q.  Did you find his filter had moved
15 at all out of the IVC?
16     A.  No.
17     Q.  Did you find it was broken?
18     A.  No.
19     Q.  Did you find anything concerning
20 about his filter?
21     A.  I did not.
22     MS. COX: Okay. Thank you.
23     THE WITNESS: You're welcome.
24     MR. GOLDENBERG: One second.
25     That's all the questions we have.

## Patient Information

**Name:** DAVID MCDERMITT
**Medical Record Number:** 313-97-90-45
**Sex Code:** M
**BirthDate:** 1/2/1938



## Exam Information

**Accession Number:** 12189846
**Modality:** CT
**Body Part:** ABD
**Description:** CT ABDOMEN AND CT PELVIS WITH CONTRAST
**Performed Date:** 4/21/2017 1:13:57 PM
**Scheduled Date:** 4/21/2017 2:45:00 PM
**Reason for Study:** IV only

## Final Report

CT CHEST WITH CONTRAST, CT ABDOMEN AND CT PELVIS WITH CONTRAST

INDICATION: IVC filter placement in 2007, patient wants filter evaluated for potential removal.

COMPARISON: Chest x-ray 3/16/2017

FINDINGS:

CT scan of the chest, abdomen and pelvis was performed during the intravenous administration of 100 cc of Omnipaque iodinated contrast. 3-D as well as curved multiplanar reformatted images were obtained for further evaluation.

Images are remarkable for a well positioned IVC filter in the immediate infrarenal IVC. There is no evidence of thrombus within the filter. The infrarenal IVC is of normal course and caliber. The hook of the filter approaches the posterior medial wall of the IVC. The suprarenal IVC is unremarkable.

Thyroid is unremarkable. Three-vessel aortic arch with moderate atherosclerotic disease noted. Heart size is normal. Scattered atherosclerotic disease throughout the thoracic aorta is noted. Coronary artery atherosclerotic disease noted. No mediastinal or hilar adenopathy identified. No pleural or pericardial effusion identified.

Lungs are clear outside of a perifissural, benign nodule in the right middle lobe.

The liver, spleen, pancreas and gallbladder are unremarkable. Adrenal glands are unremarkable. Kidneys are symmetrically enhancing bilaterally. No hydronephrosis or hydroureter is identified. Urinary bladder is grossly unremarkable. Prostate is enlarged. Colonic diverticulosis noted without evidence of diverticulitis. Aortoiliac atherosclerotic vascular calcifications are noted. Major branches are patent.

Multilevel degenerative changes are seen throughout spine. No adenopathy.

IMPRESSION:

1. Well positioned IVC filter in infrarenal IVC. The infrarenal IVC is unremarkable. The hook of this retrievable

8/30/2019

DMcDermitt-MVH-RD-420016-000006

filter is adjacent to the medial wall of the IVC but is otherwise well positioned. No complication of IVC filtration is noted.
2. Atherosclerosis including triple-vessel coronary artery atherosclerotic disease.
3. Diverticulosis without evidence of diverticulitis.

DICTATED BY: SHANNON KAUFFMAN M.D.
Workstation ID:C31421

**Principal Interpreter**

Name: SHANNON KAUFFMAN
Provider ID: 132043

**Transcriptionist**

Name: int ADT
Provider ID: DMTBB07D586-B931-4C3D-80BE-2910CDF53977

8/30/2019

DMcDermitt-MVH-RD-420016-000007