# EXHIBIT K

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF INDIANA
 3               INDIANAPOLIS DIVISION
 4                      * * *
 5
 6   IN RE:  COOK MEDICAL, INC., IVC FILTERS
             MARKETING, SALES PRACTICES AND
 7           PRODUCT LIABILITY LITIGATION
 8
             CASE NO.  1:14-ml-2570-RLY-TAB
 9
10   This Document Relates to
     David McDermitt, Civil Case No:  1:18-cv-00946
11
12                      * * *
13
          CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
14
15            Videotaped Deposition of
16   JENNIFER JERELE, MD, a witness herein, called
17   by the defendants for examination pursuant to
18   the Rules of Civil Procedure, taken before me,
19   Patti Stachler, RMR, CRR, a Notary Public
20   within and for the State of Ohio, at the
21   Marriott at University of Dayton, 1414 South
22   Patterson Boulevard, Dayton, Ohio, on
23   February 20, 2020, at 3:59 p.m.
24                      * * *
25
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 50

1  BY MS. COX:
2        Q.   In your opinion, what were
3  Mr. McDermitt's biggest risk factors for blood
4  clots following his surgery in May of 2019?
5        A.   The biggest risk factors were
6  bilateral lower extremity trauma, the lower
7  extremity surgery with immobilization, and then
8  a history of having a previous blood clot.
9        Q.   How long would having the
10 bilateral trauma, surgery, the immobilization,
11 and history of prior blood clots, the list that
12 you just read, how long would those place him
13 at risk for DVT?
14       A.   We place people on prophylaxis for
15 at least three weeks after surgery.  That's
16 when your highest risk is.  His history of a
17 previous blood clot, that risk will always be
18 there, so that never really changes.  But
19 usually six to eight weeks after the surgery
20 when people are starting to become much more
21 mobile is when those risks dramatically drop
22 off.
23       Q.   Would the risk for DVT last until
24 he was no longer immobile and back up and
25 walking regularly?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 99

1 Mr. McDermitt's quadricep injury and his
2 mobility after surgery than a cardiothoracic
3 surgeon?
4         A.   Yes.
5         Q.   Fair to say that you are in a
6 better position to assess the role his injury,
7 surgery, and prolonged immobility played in his
8 development of any postoperative complications
9 than a cardiothoracic surgeon would be?
10              MR. GOLDENBERG:  Form.
11        A.   Yes.
12 BY MS. COX:
13        Q.   At the time you treated
14 Mr. McDermitt, did you diagnose him with any
15 complication caused by his IVC filter?
16        A.   No.
17        Q.   Any reason to believe he had one?
18        A.   No.
19        Q.   If the expert hired by
20 Mr. McDermitt's lawyer said he was able to rule
21 out Mr. McDermitt's past history of DVT in his
22 left leg in 2007 as causing or contributing to
23 his development of DVT in July of 2019, would
24 you agree with him?
25              MR. GOLDENBERG:  Form.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 100

1          A.   No.
2    BY MS. COX:
3          Q.   Why not?
4          A.   Anyone with a previous history of
5    a DVT in effect has an increased risk of having
6    another DVT in the future.
7          Q.   In either leg?
8          A.   In either leg, yes.
9          Q.   If the expert hired by
10   Mr. McDermitt's lawyer said that
11   Mr. McDermitt's prior DVT in his left leg in
12   2007 would only place his left leg at risk for
13   DVT following your surgery and not his right,
14   would you agree with him?
15         A.   No.
16              MR. GOLDENBERG:  Form.
17   BY MS. COX:
18         Q.   I think you just told us why not,
19   correct?
20         A.   Yes.
21              MR. GOLDENBERG:  Same objection.
22   BY MS. COX:
23         Q.   If the expert hired by
24   Mr. McDermitt's lawyer said that he was able to
25   rule out Mr. McDermitt's injury to his knees,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 101

```
 1   the surgery he had, and his immobility after
 2   surgery as causing Mr. McDermitt's DVT in July
 3   of 2019, would you agree with him?
 4         A.    No.
 5               MR. GOLDENBERG:  Misstates his
 6   testimony.  Objection.
 7   BY MS. COX:
 8         Q.    Why not?
 9               MR. GOLDENBERG:  Form.
10         A.    The nature of his injury, the
11   trauma to his lower extremities, along with his
12   previous history and prolonged immobilization
13   puts him at extremely high risk of getting a
14   DVT.
15   BY MS. COX:
16         Q.    Mr. McDermitt injured his knees
17   and had surgery in May, but his DVT didn't
18   develop until the end of July, almost three
19   months later.  If the expert hired by
20   Mr. McDermitt's lawyer said his DVT developed
21   too long after the surgery to be related to it
22   in any way, would you agree?
23         A.    No.
24               MR. GOLDENBERG:  Objection.  Form.
25   BY MS. COX:
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 102

1     Q.  Why not?
2     A.  A lot of times patients will have
3  these DVTs long before the actual study that
4  proves it, so it's unclear as to when exactly
5  he did develop the DVT.  And with his prolonged
6  history of immobilization with wearing braces
7  well into July, that would still put him at
8  risk.
9     Q.  If you are asked to assess the
10 potential causes of Mr. McDermitt's DVT in July
11 of 2019, what information would have been
12 important for you to consider?
13    A.  His history of bilateral lower
14 extremity trauma, his history of a prolonged
15 immobilization and being bedbound, and his
16 previous history of a DVT.
17    Q.  So Mr. McDermitt was placed in a
18 rehab facility after surgery at Richmond
19 Springs, correct?
20    A.  Yes.
21    Q.  And he was there for at least a
22 month, correct?
23    A.  Yes.
24    Q.  Would it be important for you to
25 review and assess the records from the rehab

Case 1:14-ml-02570-RLY-TAB   Document 13080-6   Filed 03/18/20   Page 8 of 9 PageID #: 96457
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 154

1   the other factors in your analysis except for
2   the IVC filter; is that fair?
3         A.   Yes.
4              MR. GOLDENBERG:  Okay.  That's all
5   the questions I have.
6              THE VIDEOGRAPHER:  Off the record.
7              (Recess taken from 6:26 to 6:29.)
8              THE VIDEOGRAPHER:  We are back on the
9   video record.
10                   REDIRECT EXAMINATION
11  BY MS. COX:
12        Q.   I just had a few follow-up
13  questions for you, Dr. Jerele.  We appreciate
14  your time.
15             When we spoke earlier about
16  Mr. McDermitt's DVT that was diagnosed by
17  ultrasound in July of 2019, you made a comment
18  about, just because that's when the ultrasound was
19  taken, that doesn't mean that's when the actual
20  DVT developed.
21             Am I recalling that correctly?
22        A.   Correct.
23        Q.   Can you tell me what you mean by
24  that?
25        A.   I mean that when an ultrasound is

Veritext Legal Solutions
www.veritext.com                                      888-391-3376

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 155

1   done, usually a patient has been having
2   symptoms and a reason to need an ultrasound.
3   The ultrasound diagnoses the DVT, but by no
4   means will it say when it occurred.
5           Q.   So is it possible that his DVT
6   developed at some time before July 27, 2019?
7           A.   Likely, yes.
8           Q.   And would we have any way to know
9   when it developed, whether it would be the
10  sixth week, seventh week, eighth week after
11  surgery?
12          A.   No.
13          Q.   If there's no image taken, we have
14  no idea when it developed; is that fair?
15          A.   Correct.
16          Q.   Is it possible that it developed
17  even the third week after surgery?
18          A.   Potentially.  Less likely, but,
19  yes.
20          Q.   Counsel for Mr. McDermitt asked
21  you some questions about papers that have been
22  published in the orthopedic literature about a
23  person's risk factor for risk for DVT following
24  different injuries and surgeries.
25                  Do you remember those questions?