# EXHIBIT M

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

## I. CASE INFORMATION

**Caption:** MCDERMITT et al v. COOK INCORPORATED et al   **Date:** 12/6/2019
**Docket No.:** 1:18-cv-00946-RLY-TAB
**Plaintiff(s) attorney and Contact information:**
Marlene J. Goldenberg and Stuart L. Goldenberg
GoldenbergLaw, PLLC; 800 LaSalle Plaza, Suite 2150
Minneapolis, MN 55402; 612-436-5028
mjgoldenberg@goldenberglaw.com

## II. PLAINTIFF INFORMATION

1. Please State:
    a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): David E. McDermitt
    b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: N/A
    [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Carol A. McDermitt                              Loss of Consortium?  ☐Yes ☑No
3. Date of birth: 04/07/1940
4. Date of death (if applicable): N/A
5. Social Security No.:
6. Current Address: 10673 Primrose Road, New Paris, OH 45347
    a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| N/A | |
| | |
| | |

1

## V. OUTCOME ATTRIBUTED TO DEVICE

| | | |
|---|---|---|
| ☐ Migration | ☑ Other | Frequent monitoring required |
| ☐ Tilt | ☑ Other | Device is unable to be retrieved percutaneously |
| ☑ Vena Cava Perforation | ☑ Other | Device likely epithelialized |
| ☐ Fracture | ☑ Other | Deep Vein Thrombosis |
| ☐ Device is unable to be retrieved | ☐ Other | |
| ☐ Bleeding | ☐ Other | |
| ☐ Organ Perforation | ☐ Other | |

## VI. HOW OUTCOME(S) ATTRIBUTED TO DEVICE DETERMINED

Frequent Monitoring Required _____ by U.S. FDA Safety Communication

(e.g. imaging studies, surgery, doctor visits)
Perforation of the Vena Cava _____ by Imaging Study

Device is unable to be removed percutaneously _____ by Imaging study

See attached _____ by _____

## VII. CURRENT COMPLAINTS

Describe all injuries and physical complaints you attribute to the device:

Plaintiff has experienced injuries, including, but not limited to, the perforation of Plaintiff's vena cava wall and a DVT. In addition to these injuries, Plaintiff now requires constant medical monitoring, and the risks of removal outweigh the benefits. Plaintiff may now take anticoagulants. Plaintiff lives with the daily fear that the filter may malfunction, knowing that if it does, little can likely be done.

## VIII. MEDICAL BACKGROUND

1. Provide your current: Age 81  Height 5' 10"  Weight 220
2. Provide your: Age 69  Weight 200  (approximate, if unknown) at the time the Cook Inferior Vena Cava Filter was implanted in you.

5