# EXHIBIT O

# EXPERT REPORT OF
## Laura M. Plunkett, Ph.D., DABT
### December 13, 2019

**I.      Training and Qualifications**

1.      I am a pharmacologist, toxicologist, United States Food and Drug Administration (FDA) regulatory specialist, and principal of Integrative Biostrategies, LLC. Integrative Biostrategies, based in Houston, Texas, is a consulting firm that works at the interface of biological science, regulatory affairs, and business decisions to provide its clients with science-based solutions to issues associated with product development and stewardship. Before joining Integrative Biostrategies in 2001, I was head of the consulting firm Plunkett & Associates.

2.      I am board-certified as a Diplomate of the American Board of Toxicology. I am a member of several professional organizations and have authored or co-authored numerous scientific publications, including a book chapter on pharmacovigilance practices in the United States and another on the regulation of food additives (listed in Appendix A). I have over thirty years of experience in the areas of pharmacology and toxicology and have worked in both government and academic research. I have taught pharmacology and toxicology at the undergraduate and postgraduate levels.

3.      I received a B.S. degree in 1980 from the University of Georgia and a Ph.D. in pharmacology from the University of Georgia, College of Pharmacy in 1984. My doctoral research was focused in the area of cardiovascular pharmacology and specifically dealt with delineating neurochemical mechanisms responsible for the cardiac toxicity of digitalis glycosides.

4.      From June 1984 through August 1986, I was a Pharmacology Research Associate Training (PRAT) fellow at the National Institute of General Medical Sciences, Bethesda, Maryland. I worked in a neurosciences laboratory of the National Institute of Mental Health. My

risk. At the time the Tulip IVC filter entered the market, it was well-established in the scientific literature that failure modes for IVC devices included lack of retrievability, migration of the device from the site of placement in the vena cava, and perforation of the vena cava (*e.g.*, Messmer and Greenfield 1985; al Zahrani, 1985; Nitatori *et al.* 1991; Millward *et al.* 1991; Becker *et al.* 1992; Ferris *et al.* 1993; Millward *et al.* 1994; Smith, 1994; Young, 1995; Matchett *et al.* 1998). Since 2000, the evidence for serious patient safety concerns being linked to use of IVC filters, including the Tulip devices, has grown (*e.g.,* Owens et al. 2009; Angel *et al.* 2011; Kuo *et al.* 2011; Wang *et al.* 2011; Iqbal *et al.* 2012; Stavraopoulos *et al.* 2015; Chauhan *et al.* 2016; Tsui *et al.* 2016; Ramaswamy *et al.* 2018). Patients being treated for prevention of recurrent pulmonary embolism who receive IVC filters suffer more complications than patients who do not receive IVC filters (Decousus *et al.* 1998; Mismetti *et al.* 2015), not only as a result of a higher rate of deep venous thrombosis but also due to the unique individual filter complications inherent to design. Specifically, the Cook conical-shaped IVC filters have been shown to have an 86% perforation rate, and all Cook conical-shaped IVC filters in place for more than 71 days after implantation demonstrated perforation of the inferior vena cava wall (Durack *et al.* 2012). The literature indicates there was little difference in the perforation rate experienced in patients implanted with the Cook Tulip IVC filters and the Cook Celect IVC filters. In the same paper, physicians reported tilt was seen with up to 40% of Cook Tulip IVC filters, with migration occurring at a rate of 12.5% (Durack *et al.* 2012). Most conical shaped filters, such as the Tulip filter, cause perforations at a rate higher than other IVC filter designs (Deso *et al.* 2016). In fact, the Tulip filter perforation rates have been described as "strikingly high" (Durack *et al.* 2012). Perforations of the blood vessel wall by an IVC filter device are problematic as the protruding parts may interfere with surrounding organs, injure organ tissue, and lead to other potentially serious complications (*e.g.,* infection, bleeding, IVC thrombosis and even death). As has been discussed in the literature, the longer a filter remains in place, the greater the extent of perforation, and the less likely it is that the device will be able to be removed (Durack *et al.* 2012). Had Cook performed studies on these adverse events before and after Mr. McDermitt's insertion, this information would have been available to doctors, information that, if available, should have been communicated to them.