UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570
_____

This Document Relates to:
    David McDermitt,
    1:18-cv-00946-RLY-TAB
_____

## DECLARATION THAT PARTY WAS UNABLE TO FILE DUE TO TECHNICAL DIFFICULTIES

Please take notice that Counsel for defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, "Cook Defendants"), encountered technical difficulties on March 17, 2020, when attempting to file Cook Defendants: Motion to Exclude Expert (Muehrcke) [Dkt. 13073]; Motion for Summary Judgment [Dkt. 13074]; Motion to Exclude Expert (Plunkett) [Dkt. 13075], and the related Memorandums in Support and Exhibits [Dkts. 13076 – 13078, 13080]. The deadline for filing was March 17, 2020.

Cook Defendants encountered technical issues with the ECF filing system that are believed to be related to bandwidth issues caused by the current remote working arrangements in place due to COVID-19 precautions. The ECF filings would simply not advance or complete the filing process. Cook Defendants made good faith efforts to complete the filings, and all related filings, in a timely manner, including informing the Court per Section 16 of the Electronic Case Filing Policies and Procedures Manual and contacting opposing counsel, Stuart Goldenberg.

A copy of Cook Defendant's Memorandum in Support of Motion to Exclude of Limit Testimony of Dr. Plunkett [Dkt. 13078] was ultimately emailed to opposing counsel (exhibits

were sent via secure file transfer), when all efforts to file via ECF failed.  The other memorandums and motion filings were completed on March 17, 2020, or in the early morning hours of March 18, 2020. Cook Defendants were able to complete the Plunkett ECF filing and Exhibits related to the Motion for Summary Judgment, after consultation with Laura Townsend on March 18, 2020 at around 10:00 AM EDT.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 18, 2020                                                 Respectfully submitted,

                                                                */s/ Kip S.M. McDonald*
Andrea Roberts Pierson
Jessica Benson Cox
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  jessica.cox@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

*Counsel for the Cook Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Stuart L. Goldenberg
Marlene J. Goldenberg
GOLDENBERG LAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN  55402
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

                                                               */s/ Kip S.M. McDonald*