UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to the Following Action Only:

David McDermitt
1:18-cv-00946

**THE COOK DEFENDANTS' MOTION TO PARTIALLY EXCLUDE CASE-SPECIFIC EXPERT OPINIONS OF LAURA PLUNKETT, Ph.D.**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants") hereby move, pursuant to the Federal Rules of Evidence, to partially exclude the proffered expert testimony of Dr. Laura Plunkett – Plaintiff's regulatory expert – on the grounds that portions of her proposed expert testimony fails to meet the standards for such testimony imposed by Rule 702 and by *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993). In support of this motion, the Cook Defendants have contemporaneously filed a memorandum, with exhibits cited therein, explaining the bases for their motion.

WHEREFORE, the Cook Defendants respectfully request the Court to partially exclude from evidence the proffered expert testimony of Dr. Plunkett, and for all other just and proper relief.

US.127036135.02

                                                  Respectfully submitted,

Dated: March 17, 2020

                                        /s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH, LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile:  (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH, LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegredrinker.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2020, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*

US.113565288.02