# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:

1:20-cv-00503        1:20-cv-00738
1:20-cv-00701        1:20-cv-00739
1:20-cv-00725        1:20-cv-00742

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Cook Medical LLC (which is alleged in some cases to be also known as "Cook
        Medical, Inc.");
        Cook Incorporated (which is alleged in some cases to be doing business as "Cook
        Medical"); and
        William Cook Europe ApS

Dated:         March 19, 2020         /s/ Andrea Roberts Pierson_____
                                      Andrea Roberts Pierson (# 18435-49)
                                      Kip S. M. McDonald (# 29370-49)
                                      FAEGRE DRINKER BIDDLE & REATH LLP
                                      300 North Meridian Street, Suite 2500
                                      Indianapolis, Indiana 46204
                                      Telephone: (317) 237-0300
                                      Facsimile: (317) 237-1000
                                      E-Mail: andrea.pierson@faegredrinker.com
                                      E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01