**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

This Document Relates to:

1:20-cv-00503        1:20-cv-00738
1:20-cv-00701        1:20-cv-00739
1:20-cv-00725        1:20-cv-00742

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook
  Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook
  Medical"); and
  William Cook Europe ApS

Dated:  March 19, 2020   /s/ Andrea Roberts Pierson
              Andrea Roberts Pierson (# 18435-49)
              Kip S. M. McDonald (# 29370-49)
              FAEGRE DRINKER BIDDLE & REATH LLP
              300 North Meridian Street, Suite 2500
              Indianapolis, Indiana 46204
              Telephone: (317) 237-0300
              Facsimile: (317) 237-1000
              E-Mail: andrea.pierson@faegredrinker.com
              E-Mail: kip.mcdonald@faegredrinker.com

US.120264241.01

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

2

US.120264241.01