### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No.  2570

This Document Relates to Plaintiff(s)

_____ Carlene E. Covington _____

Civil Case # 1:20-cv-06114-RLY-TAB _____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    Carlene E. Covington _____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

    New York _____

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

New York

6.  Plaintiff's/Deceased Party's current state of residence:

New York

7.  District Court and Division in which venue would be proper absent direct
    filing:

U.S. District Court for the Western District of New York, Rochester Division

8.  Defendants (Check Defendants against whom Complaint is made):

☒ Cook Incorporated

☒ Cook Medical LLC

☒ William Cook Europe ApS

9.  Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other:

a.  Paragraphs in Master Complaint upon which venue and jurisdiction
    lie:   6 - 28

b.  Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a
claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Myere

    ☐ Cook Celect Platinum

    ☐ Other:

    _____

11. Date of Implantation as to each product:

    September 17, 2012

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Strong Memorial Hospital

    Rochester, NY

13. Implanting physician(s):

    Samuel Glickman, MD

    _____

    _____

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:    Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:  Negligence Per Se

☒  Count V:   Breach of Express Warranty

☒  Count VI:  Breach of Implied Warranty

☒  Count VII: Violations of Applicable ____New York____

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐  Count VIII: Loss of Consortium

☐  Count IX:  Wrongful Death

☐  Count X:   Survival

☒  Count XI:  Punitive Damages

☐  Other:  _____ (please state the facts supporting this

Count in the space immediately below)

☐  Other:  _____ (please state the facts supporting this

Count in the space immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   __Brian  A. Goldstein, Esq., Cellino & Barnes, P.C._____

16. Address and bar information for Attorney for Plaintiff(s):

2500 Main Place Tower, 350 Main Street, Buffalo, NY 14202-3725

New York State Bar No. 2715019

Respectfully submitted,

/s/ Brian A. Goldstein
Brian A. Goldstein, Esq.
**CELLINO & BARNES, PC**
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202-3725
(716) 888-8888
Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com

*Lead Counsel for Plaintiffs*