IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

     Jerry D. Pareja

Civil Case # 1:20-cv-06112-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff Party:

   Jerry D. Pareja

2. ~~Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:~~

3. ~~Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):~~

4. Plaintiff's state of residence at the time of implant:

   New York

5. Plaintiff's state of residence at the time of injury:

   <u>New York</u>

6. Plaintiff's current state of residence:

   <u>New York</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>United States District Court for the Southern District of New York</u>

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: <u>6 - 28</u>

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - ☒ Günther Tulip® Vena Cava Filter
    - ☐ Cook Celect® Vena Cava Filter
    - ☐ Günther Tulip Myere
    - ☐ Cook Celect Platinum
    - ☐ Other:

11. Date of Implantation as to each product:

    November 16, 2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

    New York Presbyterian Weill-Cornell Medical Center

    New York, New York

13. Implanting physician(s):

    David Trost, MD

    Marc Engelbrecht, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☒ Count I:   Strict Products Liability – Failure to Warn
    - ☒ Count II:  Strict Products Liability – Design Defect
    - ☒ Count III: Negligence
    - ☒ Count IV:  Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable ___New York___ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Brian A. Goldstein, Esq., Cellino & Barnes, P.C.

4

5

16. Address and bar information for Attorney for Plaintiff(s):

  2500 Main Place Tower, 350 Main Street, Buffalo, NY 14202-3725

  New York State Bar No. 2715019

Respectfully submitted,

/s/ Brian A. Goldstein
Brian A. Goldstein, Esq.
**CELLINO & BARNES, PC**
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202-3725
(716) 888-8888
Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com

*Lead Counsel for Plaintiffs*