UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to: David McDermitt, 1:18-cv-0946-RLY-TAB | 1:14-ml-02570-RLY-TAB |

# MINUTE ENTRY ON ORAL ARGUMENT HELD MARCH 13, 2020

## Before Richard L. Young, Judge

Oral Argument (telephonic) on Cook's Motion for Summary Judgment – Statute of Repose (dkt. 12802) as to Plaintiff David McDermitt's claims was held on **MARCH 13, 2020**. Counsel appeared by phone. Oral argument was heard and the motion was TAKEN UNDER ADVISEMENT.

Distributed Electronically to Registered Counsel of Record