UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: All Actions | |

### MOTION FOR APPROVAL AND ENTRY OF AGREED AMENDED CASE MANAGEMENT ORDER NO. 18 AND PROPOSED SECOND AMENDED ORDER ESTABLISHING POLICIES AND PROCEDURES

Counsel for Cook Defendants hereby moves for entry of the parties agreed *Amended Case Management Order No. 18 (Status Conferences and Motion Hearings),* and proposed *Second Amended Order Establishing Policies and Procedures*, and in support states:

1. Counsel for the parties have prepared the proposed *Amended Case Management Order No. 18: Status Conferences and Motion Hearings,* to eliminate a current briefing deadline conflict between Local Rule 7-1 and the existing CMO #18 by providing a uniform briefing schedule for all MDL motions, and to clarify that motions relating to an individual case or multiple cases, but not all cases, should be addressed at a motions hearing rather than a Status Conference.

2. Cook Defendants are also proposing the entry of *Second Amended Order Establishing Policies and Procedures*, and entry of the same in every new Member case moving forward, to reflect the recent amendments to Case Management Order Nos. 4 and 6; proposed herein Case Management Order # 18; and the Court's recent Order Regarding Service to Counsel of Record [11188], removing the requirement that Plaintiffs' Lead Counsel serve all non-registered counsel of record.

3. Plaintiff's Liaison Counsel & State/Federal Liaison Counsel, Joseph N. Williams, has agreed to the entry of the Proposed Orders.

WHEREFORE, Cook Defendants move for entry of the agreed *Amended Case Management Order No. 18 (Status Conferences and Motion Hearings),* and proposed *Second Amended Order Establishing Policies and Procedures*, and for all other proper relief.

>Respectfully Submitted,
>
>/s/ *Kip S.M. McDonald*
>Andrea Roberts Pierson, Co-Lead Counsel
>Jessica Benson Cox
>Kip S.M. McDonald
>FAEGRE DRINKER BIDDLE & REATH LLP
>300 North Meridian Street, Suite 2500
>Indianapolis, Indiana 46204
>Telephone: (317) 237-0300
>Andrea.Pierson@FaegreDrinker.com
>Jessica.Cox@FaegreDrinker.com
>Kip.McDonald@FaegeDrinker.com
>
>James Stephen Bennett, Co-Lead Counsel
>FAEGRE DRINKER BIDDLE & REATH LLP
>110 W. Berry Street, Suite 2400
>Fort Wayne, Indiana 46802
>Telephone: (260) 424-8000
>Stephen.Bennett@FaegreDrinker.com
>
>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020, a copy of the foregoing was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Kip S.M. McDonald*