# EXHIBIT A

**Jon Pappas**

| | |
|---|---|
| **From:** | Jon Pappas |
| **Sent:** | Monday, November 25, 2019 5:17 PM |
| **To:** | cookfilterMDL@faegreBD.com |
| **Cc:** | Josh Upthegrove |
| **Subject:** | Richard Nunez v. Cook Incorporated, et al.; Cause No. 1:19-cv-04169 |
| **Attachments:** | 2019.11.22_CCF, Nunez, Richard_(FINAL).pdf |

Attached is the Case Categorization Form (CCF) for the above-referenced matter.



**Jon Pappas I Sr. Litigation Paralegal**
3710 Rawlins Street, Suite 1230 I Dallas, TX 75219
Office (214) 761-6614 I Fax (214) 744-7590
jpappas@martinbaughman.com
www.martinbaughman.com