# EXHIBIT B

## Jon Pappas

| | |
|---|---|
| **From:** | Jon Pappas |
| **Sent:** | Friday, February 7, 2020 11:39 AM |
| **To:** | 'Stinson, Jill A.'; Cook Filter MDL |
| **Cc:** | Josh Upthegrove |
| **Subject:** | RE: Richard Nunez v. Cook Incorporated, et al.; Cause No. 1:19-cv-04169 |

Jill,

Thanks so much for the information. We will use that going forward.



**Jon Pappas I Sr. Litigation Paralegal**
3710 Rawlins Street, Suite 1230 I Dallas, TX 75219
Office (214) 761-6614 I Fax (214) 744-7590
jpappas@martinbaughman.com
www.martinbaughman.com

---

**From:** Stinson, Jill A. <jill.stinson@faegredrinker.com>
**Sent:** Friday, February 7, 2020 11:38 AM
**To:** Jon Pappas <jpappas@martinbaughman.com>; Cook Filter MDL <CookFilterMDL@faegredrinker.com>
**Cc:** Josh Upthegrove <jupthegrove@martinbaughman.com>
**Subject:** RE: Richard Nunez v. Cook Incorporated, et al.; Cause No. 1:19-cv-04169

Hi Jon,

Because of our recent change to the Faegre Drinker domain, the Faegre BD website is no longer accessible. Going forward, all submissions can be made to the link below, and we will have a notice explaining such on the MDL docket as quickly as possible. If you have any questions or need any additional information, please let me know. Apologies for any inconvenience, and thank you for your understanding.

https://sft.faegredrinker.com/envelope/CookFilterMDL

**Jill A. Stinson**
Paralegal
jill.stinson@faegredrinker.com
Connect: vCard

+1 317 237 8278 direct

---

**Faegre Drinker Biddle & Reath LLP**
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Jon Pappas <jpappas@martinbaughman.com>
**Sent:** Friday, February 7, 2020 12:10 PM
**To:** Cook Filter MDL <CookFilterMDL@faegredrinker.com>
**Cc:** Josh Upthegrove <jupthegrove@martinbaughman.com>
**Subject:** RE: Richard Nunez v. Cook Incorporated, et al.; Cause No. 1:19-cv-04169

I tried to upload this using the portal but could not upload the document. Attached is the PPS for Mr. Nunez.

Thanks,



**Jon Pappas I Sr. Litigation Paralegal**
3710 Rawlins Street, Suite 1230 I Dallas, TX 75219
Office (214) 761-6614 I Fax (214) 744-7590
jpappas@martinbaughman.com
www.martinbaughman.com

**From:** Jon Pappas
**Sent:** Monday, November 25, 2019 5:17 PM
**To:** cookfilterMDL@faegreBD.com
**Cc:** Josh Upthegrove <jupthegrove@martinbaughman.com>
**Subject:** Richard Nunez v. Cook Incorporated, et al.; Cause No. 1:19-cv-04169

Attached is the Case Categorization Form (CCF) for the above-referenced matter.



**Jon Pappas I Sr. Litigation Paralegal**
3710 Rawlins Street, Suite 1230 I Dallas, TX 75219
Office (214) 761-6614 I Fax (214) 744-7590
jpappas@martinbaughman.com
www.martinbaughman.com

2