**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:20-cv-00500 | 1:20-cv-00801 |
| 1:20-cv-00501 | 1:20-cv-00802 |
| 1:20-cv-00504 | 1:20-cv-00804 |
| 1:20-cv-00543 | 1:20-cv-00805 |
| 1:20-cv-00588 | 1:20-cv-00807 |
| 1:20-cv-00613 | 1:20-cv-00808 |
| 1:20-cv-00677 | 1:20-cv-00811 |
| 1:20-cv-00800 | 1:20-cv-00817 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:      March 25, 2020

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  kip.mcdonald@faegredrinker.com

US.120263840.01

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        /s/ Kip S. M. McDonald