**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **RANDALL THOMAS** ) | |
| **JOANN THOMAS** ) | MDL No. 1:14-ml-2570-RLY-TAB |
| ) | MDL No. 2570 |
| **v.** ) | |
| ) | |
| **COOK INCORPORATED;** ) | Civil Case No. 1:20-cv-00790-RLY-TAB |
| **COOK MEDICAL LLC;** ) | |
| **WILLIAM COOK EUROPE APS** ) | |

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  March 25, 2020  
  
Respectfully submitted,

/s/ Michael T. Gallagher  
Michael T. Gallagher  
Federal ID: 5395  
The Gallagher Law Firm  
2905 Sackett Street  
Houston, Texas 77098  
(713) 222-8080  
(713) 222-0066 - Facsimile  
donnaf@gld-law.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher
