# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Chad Tovar et al. v. Cook Group, et al.;*
Individual Case No. 1:20-cv-6115-RLY-TAB

## NOTICE OF APPEARANCE OF COUNSEL, DANIEL E. SELTZ

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court pursuant to the Second Amended Order Establishing Policies and Procedures in MDL No. 2570 (No. 1:14-ml-02570-RLY-TAB, Dkt. No. 13122, at 1) (waiving *pro hac vice* requirement for MDL cases).

I appear in this case as counsel for Plaintiffs Chad Tovar and Lauren Suzanne Tovar; Individual Case No. 1:20-cv-6115-RLY-TAB.

1955932.1

| | |
|---|---|
| Dated: March 25, 2020 | Respectfully submitted, |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: _____<br>Daniel E. Seltz |
| | Wendy R. Fleishman<br>Daniel E. Seltz<br>Daniel R. Leathers<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Telephone:   212.355.9500<br>Facsimile:    212.355.9592<br>Emails:        wfleishman@lchb.com<br>                   dseltz@lchb.com<br>                   dleathers@lchb.com |
| | *Counsel for Plaintiffs Chad Tovar and Lauren Suzanne Tovar* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th of March, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *[signature]*
Daniel E. Seltz