# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Carlos Saenz, 1:16-cv-00669

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Carlos Saenz and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that all of Plaintiff Carlos Saenz's claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

By: /s/ Todd E. Hilton
Todd E. Hilton
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Missouri, MO 64112
hilton@stuevesiegel.com

*Attorney for Plaintiff*

Dated: March 25, 2020

By: */s/ Kip McDonald*
FAEGRE DRINKER BIDDLE & REATH LLP
Kip McDonald
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-1485
Fax: 317-237-1000
Kip.McDonald@faegerdrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

Dated: March 25, 2020

## CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              By: /s/ Todd E. Hilton
                                                      Todd E. Hilton