UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

1:14-ml-02570-RLY-TAB

**ORDER ON MOTIONS FOR ORAL ARGUMENT AND TELEPHONIC APPEARANCE ON MOTIONS TO RECONSIDER/VACATE/REINSTATE**

On March 12, 2020, the court entered an order (doc. 13047) reinstating cases/vacating orders of dismissal in several cases and extending time to comply in a few others. Pursuant to that action, the Clerk is directed to terminate the following pending motions requesting oral argument and telephonic appearance as they are now moot:

| | |
|---|---|
| 10936 | 11164 |
| 10952 | 11165 |
| 11266 | 11166 |
| 11153 | 11167 |
| 11155 | 11168 |
| 11161 | 11169 |
| 11162 | 11170 |
| 11163 | |

**SO ORDERED** this 25th day of March 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record