**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

> APPROVED. Case is
> dismissed with prejudice.
> Dated:  3/26/2020
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Carlos Saenz, 1:16-cv-00669

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Carlos Saenz and

Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby

stipulate that all of Plaintiff Carlos Saenz's claims against Defendants are dismissed with prejudice,

with each party to bear its own costs.

Respectfully submitted,

By: /s/ Todd E. Hilton
Todd E. Hilton
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Missouri, MO 64112
hilton@stuevesiegel.com

*Attorney for Plaintiff*

Dated: March 25, 2020

By: /s/ Kip McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
Kip McDonald
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-1485
Fax: 317-237-1000
Kip.McDonald@faegerdrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

Dated: March 25, 2020