UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>Sioeli M. Uhila,<br><br>        Plaintiff,<br><br>    v.<br><br>Cook Incorporated, et al.,<br><br>        Defendants. | Civil No. 1:20-cv-06116-RLY-TAB |

## ENTRY OF APPEARANCE

Brian A. Goldstein hereby enters his appearance as counsel for plaintiffs. Prior to filing this Entry of Appearance, counsel attests that he registered for and obtained a Southern District of Indiana CFM/ECF log in name and password.

Respectfully submitted,

By: /s/ Brian A. Goldstein
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
Telephone Number 1.716.888.8888
Fax Number 1.716.854.6291
brian.goldstein@cellinoandbarnes.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein