**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **JESSICA MARIE HANDY** ) | |
| ) | **MDL No. 1:14-ml-2570-RLY-TAB** |
| ) | **MDL No. 2570** |
| **v.** ) | |
| ) | |
| **COOK INCORPORATED;** ) | **Civil Case No. 1:20-cv-00799-RLY-TAB** |
| **COOK MEDICAL LLC;** ) | |
| **WILLIAM COOK EUROPE APS** ) | |

**DEMAND FOR JURY TRIAL**

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure

and the Seventh Amendment of the U.S. Constitution.


Dated:  March 27, 2020                    Respectfully submitted,

                                         /s/ Michael T. Gallagher
                                         Michael T. Gallagher
                                         Federal ID: 5395
                                         The Gallagher Law Firm
                                         2905 Sackett Street
                                         Houston, Texas 77098
                                         (713) 222-8080
                                         (713) 222-0066 - Facsimile
                                         donnaf@gld-law.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher