UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>CARLENE J. EVANS<br><br>Civil Case # 1:18-cv-03254 | **NOTICE OF CHANGE OF FIRM AFFILIATION** |

**NOTICE IS HEREBY GIVEN** that effective April 1, 2019, undersigned David Bauman is no longer affiliated with Hale LLC or Padberg, Corrigan & Applebaum. Effective immediately, all filings, correspondence, and contacts should be addressed as follows:

> David Bauman
> DALIMONTE RUEB STOLLER, LLP
> 85 Devonshire Street, Suite 1000
> Boston, MA 02109-3572
> david.bauman@drlawllp.com
> 833-443-7529

DATED this 30th day of March 2020.

DALIMONTE RUEB STOLLER, LLP


*/s/David Bauman*
David Bauman
*Attorneys for Plaintiffs*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/   Donna M. Berrios