**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION        1:14-ml-2570-RLY-TAB
                                      MDL No. 2570

This Document Relates to:
    1:18-cv-01196

**MOTION TO WITHDRAW COUNSEL OF RECORD**

Hector Estrella, the Plaintiff in Case No. 1:18-cv-01196, respectfully requests that this Court withdraw C.J. Cuneo as counsel of record herein, as she is no longer employed with Andrus Wagstaff, P.C. and has no further involvement in this matter.

Date:  March 30, 2020.                Respectfully submitted,

                                      **ANDRUS WAGSTAFF, P.C.**

                                      By:  /s/ *Sarah A. Wolter*
                                           Sarah A. Wolter, CO Bar No. 47599
                                           7171 W. Alaska Drive
                                           Lakewood, CO  80226
                                           303-376-6360
                                           303-376-6361 Facsimile
                                           sarah.wolter@andruswagstaff.com

                                           *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all persons listed in the Court's electronic notification system.

By: */s/ Sarah A. Wolter*
Sarah A. Wolter, Esq., CO Bar No. 47599
**ANDRUS WAGSTAFF, PC**
