**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
     1:18-cv-01196

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW COUNSEL OF RECORD**

The Court ORDERS that C.J. Cuneo is hereby withdrawn as counsel of record for Hector

Estrella, the Plaintiff in Case No. 1:18-cv-01196.

IT IS SO ORDERED.

Date: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana