# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    1:18-cv-01182

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW COUNSEL OF RECORD

The Court ORDERS that C.J. Cuneo is hereby withdrawn as counsel of record for Michael Morrison, the Plaintiff in Case No. 1:18-cv-01182.

IT IS SO ORDERED.

Date: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana