### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-02636-RLY-TAB

### ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

The Court ORDERS that John Crone and C.J. Cuneo are hereby withdrawn, and Sarah A. Wolter of the law firm Andrus Wagstaff, P.C. is hereby substituted, as counsel of record for Annette Sales-Orr, the Plaintiff in Case No. 1:16-cv-02636-RLY-TAB.

IT IS SO ORDERED.

Date: _____

 

                                                        Tim A. Baker
                                                        United States Magistrate Judge
                                                        Southern District of Indiana