## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:19-cv-00531-TWP-DML

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Diane Smith, the Plaintiff in Case No. 1:19-cv-00531-TWP-DML, respectfully requests that this Court withdraw C.J. Cuneo as counsel of record herein, as she is no longer employed with Andrus Wagstaff, P.C. and has no further involvement in this matter.

I, Sarah A. Wolter of Andrus Wagstaff, P.C., request to be substituted as counsel of record in this matter.

Date: March 30, 2020.

Respectfully submitted,

**ANDRUS WAGSTAFF, PC**

By: /s/ *Sarah A. Wolter*
    Sarah A. Wolter, CO Bar No. 47599
    7171 W. Alaska Drive
    Lakewood, CO  80226
    303-376-6360
    303-376-6361 Facsimile
    sarah.wolter@andruswagstaff.com

    *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all persons listed in the Court's electronic notification system.

> By: /s/ *Sarah A. Wolter*
> Sarah A. Wolter, CO Bar No. 47599
> **ANDRUS WAGSTAFF, PC**