## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:19-cv-00531-TWP-DML

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

The Court ORDERS that C.J. Cuneo is hereby withdrawn, and Sarah A. Wolter of the law firm Andrus Wagstaff, P.C. is hereby substituted, as counsel of record for Diane Smith, the Plaintiff in Case No. 1:19-cv-00531-TWP-DML.

IT IS SO ORDERED.

Date: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana