IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

---

This Document Relates to Plaintiff:

    VERONICA TYYNISMAA
    Civil Case No. 1:17-cv-01252

---

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO PRODUCE PLAINTIFF PROFILE FORM

COMES NOW, Plaintiff Veronica Tyynismaa, by and through her counsel of record, respectfully request that this Court reconsider the dismissal of her claims for failure to file a Plaintiff Profile Form within the time frame set forth in the Third Amended Case Management Order No. 4, and reinstate her case in this MDL. In support thereof, Plaintiff states as follows:

1. Defendants filed their Motion to Dismiss (Doc. 7753) on March 2, 2018 on the premise that a Plaintiff Profile Form had not been produced.

2. On March 2, 2018, the same day as Defendants' filing of their Motion to Dismiss, counsel for Plaintiff submitted an email to Defendants at CookFilterMDL@FaegreBD.com attaching the Plaintiff Profile Form, supporting medical records, and executed defense authorizations. See, herein attached as Exhibit A, the email correspondence between Plaintiff's counsel and Defendants' counsel transmitting these discovery documents in compliance with Third Amended Case

Management Order No. 4.

3. With the submission of the Plaintiff Profile Form and supporting documents, undersigned counsel therefore adhered to Third Amended Case Management Order No. 4 and resolved the deficiency brought forth by Defendants.

4. Counsel additionally complied with the Court's order regarding case categorization (Doc. 9322) on December 21, 2018 with its timely submission of a Case Categorization Form and supporting medical records.

5. In the time period since the Court entered their Order to Dismiss, counsel conferred with Defendants in an effort to avoid bothering the Court with a reinstatement motion. Defendants advised they were unable to obtain an agreement on their end to reopen this case and advised we would need to make a motion.

6. Additionally, in response to Plaintiff's service of an amended short form complaint pursuant to Amended Case Management Order No. 6 on February 20, 2018, Defendants notified Counsel through e-mail correspondence on February 21, 2018 that they could not find any record that Counsel ever served Plaintiff's original complaint on Defendants. Defendants proceeded to notify Plaintiff of the Plaintiff Profile Form deficiency at issue the following day, February 22, 2018, through email with a correspondence letter attached stating the deficiency.

7. Although the original complaint was filed by Plaintiff on April 21, 2017, and an amended Complaint was filed on May 12, 2017, Counsel acknowledges that they inadvertently neglected to file proof of service of these two complaints with the Court due to law office failure. However, as per the Plaintiff Profile Form deficiency notice received from Defendants on February 22, 2018 Plaintiff reached the understanding

that this service issue was rectified by Plaintiff's email service of the amended complaint on February 20, 2018, as Plaintiff received a deficiency notice for the fact sheet two days subsequent. Furthermore, Defendants entered a Notice of Appearance and executed a waiver of service on March 21, 2018, and Plaintiff filed proof of service that same day.

8. When balancing harm to the parties, dismissal of Plaintiff's claims far outweigh any prejudice caused to the Defendants by any delay in their receipt of the Plaintiff Profile Form. Defendants have been able to properly work on this case as they were in fact served the Plaintiff Profile Form on March 2, 2018. Furthermore, Defendants must have been aware of the filing of Plaintiff's original and amended complaints since they filed their Motion to Dismiss.

WHEREFORE, based on the foregoing, Plaintiff respectfully moves this honorable Court to vacate its Order on the Cook Defendants' Motion to Dismiss (Doc. 15) granting dismissal without prejudice and reinstate their case in MDL 2570.

Dated: March 31, 2020                    Respectfully submitted,

                                         */s/ Randi Kassan*
                                         SANDERS PHILLIPS GROSSMAN, LLC
                                         100 Garden City Plaza, Suite 500
                                         Garden City, NY 11530
                                         Phone: (516) 741-5600
                                         Email: RKassan@thesandersfirm.com

                                         *Counsel for Plaintiff*

**EXHIBIT A**

**From:** Michael Nathan
**Sent:** Friday, March 02, 2018 2:28 PM
**To:** CookFilterMDL@FaegreBD.com
**Cc:** Randi Kassan
**Subject:** MDL No. 2570 In Re: cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation Plaintiff Profile

Dear Counsel,

Pursuant to Third Amended CMO No. 4, attached please find the following documents for Plaintiff Veronica Tyynismaa, Case No. 1:17-

1. Plaintiff Profile Form
2. Defense Authorizations
3. Medical Records
    a. McLaren Regional Medical Center (6)
    b. Lighthouse Family Medicine (2)
    c. Dr. Zubin Bhesania (2)
    d. Greater Yale Medical Center
    e. Lake Huron Medical Center

Please do not hesitate to contact myself and Randi Kassan with any questions.

Thank you,

Michael Nathan, Esq.
Sanders Phillips Grossman, LLC
100 Garden City Plaza Suite 500
Garden City, NY 11530
P: (516) 741-5600 ext. 2291
F: (516) 741-0128
mnathan@thesandersfirm.com

This e-mail and any document(s) accompanying this transmittal contains information from Sanders Phillips Grossman, LLC that is confidential and /o attorney-client information or work product. The information is intended only for the use of the individual or entity named above. If you are not the in disclosure, copying, distribution, or taking of any action in reliance upon the contents of this transmittal information is strictly prohibited and the docu Grossman, LLC immediately. If you have received this transmittal in error, please notify this firm immediately at 516-741-5600 or by return e-mail.