IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

-------------------------------------------------------------------

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

-------------------------------------------------------------------

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to Plaintiff:

VERONICA TYYNISMAA
Civil Case No. 1:17-cv-01252

-------------------------------------------------------------------

ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S
ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO PRODUCE PLAINTIFF
PROFILE FORM

Plaintiff Veronica Tyynismaa moves to vacate the dismissal of her case.  Having reviewed

the parties' submissions, the court finds her Motion should be **GRANTED.** Accordingly, the court

hereby **VACATES** the Order to the extent that it dismisses Plaintiff Veronica Tyynismaa's case.

*Tyynismaa v. Cook Medical LLC, et al.*, 1:17-cv-01252, is hereby reinstated.


**SO ORDERED** this _____ day of _____, 2020.


_____
HONORABLE RICHARD L. YOUNG