UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: David McDermitt, 1:18-cv-00946-RLY-TAB _____ | ) ) ) ) ) ) | |

**FINAL JUDGMENT**

Today, the court granted the Cook Defendants' Motion for Summary Judgment on the Statute of Repose. Accordingly, the court now enters final judgment in favor of the Defendants and against the Plaintiff.

**SO ORDERED** this 31st day of March 2020.

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.