UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | )<br>)<br>)<br>)<br>) |
| _____ | )   1:14-ml-02570-RLY-TAB |
| | ) |
| THIS DOCUMENT RELATES TO:<br>1:17-cv-00218; 1:17-cv-00388;<br>1:17-cv-00530; 1:17-cv-01327;<br>1:17-cv-01456; 1:17-cv-06074;<br>1:18-cv-01879; 1:18-cv-02500. | )<br>)<br>)<br>)<br>)<br>) |

**ORDER ON MOTIONS TO RECONSIDER/VACATE/REINSTATE**

On March 12, 2020, the court entered an order (doc. 13047) reinstating cases/vacating orders of dismissal in several cases and extending time to comply in a few others. The Motions to Reinstate (Document Nos. 10641, 10674, 11157, 11223, 11224, 11225, 11226, 11228 and 11229) in the 8 cases listed in this caption are now GRANTED, due to compliance. The Clerk is directed to reinstate the following cases:

| | |
|---|---|
| 1:17-cv-00218 | Eric J. Slobodjian |
| 1:17-cv-00388 | Ethel B. Odom |
| 1:17-cv-00530 | James Million |
| 1:17-cv-01327 | Joseph Keith Anders |
| 1:17-cv-01456 | Ricky T. Phillips |
| 1:17-cv-06074 | Maureen Foley |
| 1:18-cv-01879 | Betsy Davis |
| 1:18-cv-02500 | Nicki O'Brien |

**SO ORDERED** this 1st day of April 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record