IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-00770 | 1:20-cv-00860 |
| 1:20-cv-00773 | 1:20-cv-00867 |
| 1:20-cv-00789 | 1:20-cv-00883 |
| 1:20-cv-00790 | 1:20-cv-00884 |
| 1:20-cv-00798 | 1:20-cv-00894 |
| 1:20-cv-00799 | 1:20-cv-00895 |
| 1:20-cv-00822 | 1:20-cv-00896 |
| 1:20-cv-00825 | 1:20-cv-06116 |
| 1:20-cv-00845 | 1:20-cv-06117 |
| 1:20-cv-00859 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    April 1, 2020        /s/ Kip S. M. McDonald
                                                 Andrea Roberts Pierson (# 18435-49)
                                                 Kip S. M. McDonald (# 29370-49)
                                                 FAEGRE DRINKER BIDDLE & REATH LLP
                                                 300 North Meridian Street, Suite 2500
                                                 Indianapolis, Indiana 46204
                                                 Telephone: (317) 237-0300
                                                 Facsimile: (317) 237-1000
                                                 E-Mail: andrea.pierson@faegredrinker.com
                                                 E-Mail: kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald