# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) |  |
| **EARL S. SMALLEY, JR., DECEASED** |  |
| Civil Case No. 1:20-cv-822 |  |

## AMENDED SHORT FORM COMPLAINT

COMES NOW, the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Earl S. Smalley, Jr., Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Rhonda Smalley

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Rhonda Smalley, spouse and personal representative of the Estate of Earl S. Smalley, Jr., Deceased

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Pennsylvania

8. Defendants (check Defendants against whom Complaint is made):

   √   Cook Incorporated

   √   Cook Medical LLC

   √   William Cook Europe ApS

9. Basis of Jurisdiction:

   √   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which jurisdiction and venue lie:

      6-28

   b. Other allegations of jurisdiction and venue:

      _____

      _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

November 15, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

Presbyterian Hospital
200 Lothrop Street
Pittsburgh, PA 15213

13. Implanting Physician(s):

Geetha Jeyabalan, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- √ Count I:     Strict Products Liability – Failure to Warn
- √ Count II:    Strict Products Liability – Design Defect
- √ Count III:   Negligence
- √ Count IV:    Negligence Per Se
- √ Count V:     Breach of Express Warranty
- √ Count VI:    Breach of Implied Warranty
- √ Count VII:   Violations of Applicable Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

| | | |
|---|---|---|
| √ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| √ | Count XI: | Punitive Damages |
| ☐ | Other(s): | _____ (please state the facts supporting this Count in the space immediately below) |

_____

_____

15. Attorney for Plaintiff(s):

    Michael T. Gallagher

16. Address and bar information Attorney for Plaintiff(s):

    2905 Sackett Street
    Houston, TX  77098
    (713) 222-8080
    (713) 222-0066 - facsimile
    Federal ID: 5395

Dated:  April 1, 2020                    Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher  
Michael T. Gallagher