IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to the Following Action Only:

James Albert Johnson
1:17-cv-01236

## AGREED MOTION TO EXTEND FACT DISCOVERY DEADLINE

The defendants, Cook Incorporated, Cook Medical, LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS ("Cook"), by and through counsel, respectfully move the Court for an extension of time within which to complete fact discovery in the *Johnson* matter (1:17-cv-01236), as set forth in the Second Amended Case Management Order # 27 (Bellwether Trial Plan) [Dkt. 12906] ("CMO #27"). In support of this Motion, Cook states as follows:

1. As the Court knows, the current public health emergency caused by COVID-19 has caused extensive disruption to businesses of all sorts. President Trump has declared the COVID-19 outbreak a national emergency effective March 1, 2020.[1] The threat has grown substantially since that time. On March 20, Chief Judge Stinson issued an order continuing all

---

[1] President Donald Trump, Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak, March 13, 2020 (available at https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/).

jury trials through and including May 1, 2020.[2]  At that time, there were 18,747 confirmed cases of COVID-19 in the country.[3]  That count has skyrocketed to approximately 10 times that number in less than two weeks since the Court's order, with the growth continuing to accelerate.[4]

2. Per CMO #27, fact discovery in *Johnson* closes on April 3, 2020.  Dkt. 12906-1 at 3.  But the parties have faced ongoing difficulties scheduling depositions, particularly of treating physicians, other healthcare providers, and medical-expert witnesses, whose time now is monopolized by responding to the current healthcare emergency.  Moreover, travel restrictions and social-distancing requirements have complicated the taking of *any* depositions—including but not limited to the elderly plaintiff in *Johnson*, who is in a high-risk category for COVID-19.[5]

3. The parties interpret CMO #27 to permit extension of the fact discovery cutoff by agreement of the parties.  *See* Dkt. 12906 at ¶ 5 ("Extensions [of the close of discovery] may be granted by agreement or by leave of Court upon good cause shown.").  Nevertheless, in an abundance of caution, the parties in *Johnson* jointly request that the Court formally extend the fact discovery cutoff for *Johnson* as imposed by CMO #27.

---

[2] General Order, In Re: Court Operations Under the Exigent Circumstances Created by COVID-19 and Related Coronavirus, March 20, 2020 (available at https://www.insd.uscourts.gov/sites/insd/files/Court%20General%20Order%20RE%20COVID-19%20-%203-19-20.pdf).
[3] Centers for Disease Control and Prevention, Coronavirus Disease 2019 (COVID-19) – Cases in U.S., https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html (updated March 30, 2020).
[4] *Id.*
[5] Even if video depositions of the plaintiff in a bellwether were feasible and appropriate, at a minimum the videographer and court reporter would need to be present with the witness throughout the duration of the deposition.  Personnel who are available to provide such services in these cases have doubtlessly provided the same services in other cases and therefore pose an unacceptably high risk of carrying and transmitting COVID-19 to especially vulnerable witnesses like the Plaintiff.

4. On March 31, 2020, the parties also received this Court's Entry on the Cook Defendants' Motion for Summary Judgment – Statute of Repose [Dkt. 13187] in *McDermitt* (1:18-cv-00946) and entering Final Judgment [Dkt. 13188] in favor of the Cook Defendants. As such, the parties understand that CMO #27 requires the submission of an amended pretrial and trial schedule in the *Johnson* case on or before April 7, 2020. Dkt. 12906 at ¶ 16.

5. The undersigned counsel is aware of Local Rule 6-1 requirements for extensions of time, and has submitted the instant motion as soon as practicable following entry of judgment in *McDermitt* late in the day on March 31, 2020, which triggered the parties' duty to amend Exhibit A of CMO #27 on or before April 7, 2020.

6. No party has previously sought an extension of the deadlines discussed herein.

7. No party will be prejudiced by the requested extension (as both parties join in the request for the extension), nor will the extension affect the Court's administration of this matter.

8. The undersigned counsel has conferred with Plaintiff James Johnson's counsel, Alison Divine, and Ms. Divine agreed to the relief requested.

WHEREFORE, Cook respectfully request that the Court grant this motion and extend the fact discovery cutoff contained in Second Amended Case Management Order # 27 (Bellwether Trial Plan) [Dkt. 12906]. The parties will meet and confer and propose a new schedule pursuant to CMO #27 on or before April 7, 2020.

Dated: April 1, 2020

Respectfully Submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2020 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Howard Nations
Alison Divine
THE NATIONS LAW FIRM
3131 Briarpark Drive, Suite 208
Houston, TX  77042-3795
Nations@howardnations.com
Alison.Divine@howardnations.com

*/s/ Andrea Roberts Pierson*