IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to the Following Action Only:

James Albert Johnson
1:17-cv-01236

**ORDER GRANTING AGREED MOTION TO
EXTEND FACT DISCOVERY DEADLINE**

Defendants Cook Incorporated, Cook Medical, LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants"), by counsel, filed an Agreed Motion To Extend Fact Discovery Deadline. Having considered the Cook Defendants' motion and being duly advised, the Court now GRANTS the Cook Defendants' motion.

IT IS THEREFORE ORDERED that the fact discovery cutoff for the *Johnson* case, as contained in the Second Amended Case Management Order # 27 (Bellwether Trial Plan) [Dkt. 12906] ("CMO #27), is extended pending the Parties' submission of a proposed amended pretrial and trial schedule as required by CMO #27 on or before April 7, 2020.

Dated: _____

_____
Judge, United States District Court
Southern District of Indiana,
Indianapolis Division

DISTRIBUTION TO: ALL PARTIES OF RECORD