UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Chad Tovar et al. v. Cook Group, et al.;*
Individual Case No. 1:20-cv-6115-RLY-TAB

## NOTICE RE: RETURN OF PERSONAL SERVICE

To:   The clerk of court and all defendants of record

I am submitting this explanation to the within Proof of Service/Return of Personal Service pursuant to the request of the South District of Indiana's clerk office.

The within Proof of Service/Return of Personal Service pertains to individual docket number 1:20-cv-6115-RLY-TAB (*Chad Tovar et al. v. Cook Group, et al.*). At or around mid-day on March 25, 2020, the JPML transferred this case originally filed in the Central District of California, Eastern Division, Case No. 5:20-cv-00487-PA-SP (C.D. Cal. 2020) to the above-referenced individual case number in this MDL (1:20-cv-6115-RLY-TAB (S.D. Ind. 2020)).

Just prior to that transfer, though, the initial complaint filed in the Central District of California, Eastern Division (now appearing as Dkt. No. 1 in the above-referenced individual S.D. Ind. case number) was served on all named defendants. As noted, later that same day, the JPML consolidated the case into this MDL and a new individual docket number in the Southern District of Indiana was assigned (1:20-cv-6115-RLY-TAB).

As a result of the JPML tag-and-removal transfer, the Central District of California, Eastern Division case number was closed to new filings. Thus, Plaintiffs are no longer able to file the Proofs of Service/Return of Personal Service of the initial Complaint in the court with original jurisdiction, Case No. 5:20-cv-00487-PA-SP (C.D. Cal. 2020).

Therefore, at the direction of Southern District of Indiana clerk's office, I am filing this explanation and attached Proof of Service/Return of Personal Service for each defendant that was served with the Complaint initially filed in the Central District of California, Eastern Division, Case No. 5:20-cv-00487-PA-SP (C.D. Cal. 2020), which now appears as Docket No. 1 in individual docket number 1:20-cv-6115-RLY-TAB (*Chad Tovar et al. v. Cook Group, et al.*).

Dated: April 2, 2020

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
Wendy R. Fleishman

Wendy R. Fleishman
Daniel E. Seltz
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:   212.355.9592
Emails:       wfleishman@lchb.com
                   dseltz@lchb.com

*Counsel for Plaintiffs Chad Tovar and Lauren Suzanne Tovar*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd of April, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Wendy Fleishman*
Wendy R. Fleishman

FABRICE N. VINCENT SBN: 160780
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111
(415) 956-1000

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

CHAD TOVAR AND LAUREN SUZANNE TOVAR

v.

COOK GROUP, INC., ET AL.

CASE NUMBER: 5:20-CV-00487

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
*(Use separate proof of service for each person/party served)*

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. [X] summons
   [X] complaint
   [ ] alias summons
   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint
   [ ] third party complaint
   [ ] counter claim
   [ ] cross claim
   [X] other *(specify)*: CIVIL COVER SHEET

2. Person served:
   a. [X] Defendant *(name:)* COOK MEDICAL INCORPORATED A/K/A COOK MEDICAL, INC.
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      CORPORATION SERVICE COMPANY, REGISTERED AGENT, BY SERVING DEANNA SCHUBILE - AUTHORIZED AGENT
   c. [X] Address where the papers were served: 50 WEST BROAD STREET, SUITE 1800
      COLUMBUS, OH 43215

3. Manner of Service in compliance with *(the appropriate box must be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. I served the person named in Item 2:
   a. [X] By Personal Service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [X] Papers were served on *(date)*: 03/25/2020 at *(time)*: 09:45 am
   b. [ ] By Substituted Service. By leaving copies:
      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] Papers were served on *(date)*: at *(time)*:
      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] papers were mailed on
      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.
   c. [ ] Mail and acknowledgment of service. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of summons and Complaint).

d. [X] **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. [ ] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service.)

f. [ ] **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. [ ] **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. [ ] **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. [ ] by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (date):     at (time):

   b. [ ] By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

   c. [ ] By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):
   NATIONWIDE LEGAL
   ANTONIO GREEN
   Nationwide Legal, LLC (12-234648)
   859 Harrison St., STE A
   San Francisco, CA 94107
   (415) 351-0400

   a. Fee for service: $ .00
   b. [X] Not a registered California process server
   c. [ ] Exempt from registration under B&P 22350(b)
   d. [ ] Registered California process server
      Registration # :
      County:

8. [ ] I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 27, 2020     **ANTONIO GREEN**     _(Signature)_
                         Type or Print Server's Name

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**