IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-3429-RLY-TAB   Albrecht

## ORDER OF DISMISSAL

On February 12, 2020, Magistrate Judge Baker ordered Plaintiff Zackariah Alan Albrecht to show cause, within 14 days, why his case should not be dismissed for failure to prosecute. (Filing No. 12815.) Plaintiff has failed to do so. Accordingly, Plaintiff Zackariah Alan Albrecht's case is hereby **DISMISSED without prejudice**. Plaintiff's counsel's motion to withdraw (Filing No.11734) is **GRANTED**.

**SO ORDERED** this 2nd day of April, 2020.

                                                        RICHARD L. YOUNG, JUDGE
                                                        United States District Court
                                                         Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Via U.S. Mail to:

| | |
|---|---|
| Zackariah Alan Albrecht<br>853 Mickelsen Court<br>Brentwood, CA  94513-6218 | Zachariah Alan Albrecht<br>6162 Bonner Avenue<br>North Hollywood, CA  91606-4918 |