# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) NO. 1:14-ml-2570-RLY-TAB<br>) MDL No. 2570<br>)<br>)<br>)<br>) |
| _____ | ) |
| This document Relates to Plaintiff:<br>    LAWRENCE R. GRINNELL | )<br>)<br>) |
| Civil Case No. This Case Relates to:<br>    1:16-cv-2311 | )<br>)<br>) |
| _____ | |

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lawrence R. Grinnell and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that plaintiff Lawrence R. Grinnell's claims against defendants are dismissed with prejudice, with each party to bear its own costs.

DATED: April 3, 2020

**SNYDER AND WENNER, P.C.**

By /s/ David A. Wenner
_____
David A. Wenner, Esq.
2200 East Camelback Road, Suite 213
Phoenix, AZ  85016
*Attorneys for Plaintiff*

And

/ / /

/ / /

/ / /

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FAEGRE DRINKER BIDDLE & REATH LLP


By     /s/ Andrea Roberts Pierson
           Andrea Roberts Pierson
           FAEGRE DRINKER BIDDLE & REATH LLP
           300 North Meridian Street, Suite 2500
           Indianapolis, Indiana 46204
           Telephone: (317) 237-0300
           Andrea.Pierson@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

# CERTIFICATE OF SERVICE

I hereby certify that on _____, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David A. Wenner
_____