IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION  _____  This document Relates to Plaintiff:      LAWRENCE R. GRINNELL  Civil Case No. This Case Relates to:      1:16-cv-2311 _____ | NO. 1:14-ml-2570-RLY-TAB  MDL No. 2570 |

## ORDER FOR DISMISSAL

The Court having received and reviewed the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED dismissing plaintiff Lawrence R. Grinnell's claims against defendants with prejudice, with each party to bear its own costs.

DATED: _____

_____
Honorable Richard L. Young
United States District Court