IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    Dennis Peterson
    1:18-cv-00676

## **SUGGESTION OF DEATH**

Pursuant to the Federal Rules of Civil Procedure, the undersigned hereby suggests the death, on the record, of Plaintiff Dennis Peterson, whose death occurred on October 4, 2019.

    Respectfully submitted,

    **NIEMEYER, GREBEL & KRUSE, LLC**

    /s/ Michael S. Kruse
    Michael S. Kruse, #57818
    211 N. Broadway, Suite 2950
    St. Louis, MO 63102
    314/241-1919 (T)
    314/665-3017 (F)
    kruse@ngklawfirm.com
    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 3rd day of April, 2020, by way of the Court's CM/ECF filing system.

/s/ Michael S. Kruse