**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS  MDL Docket No. 1:14-ml-2570
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Plaintiff Raymond Hedlund, Civil Case No. 1:18-cv-03403-RLY-TAB

---

### <u>MOTION TO REINSTATE ORIGINAL CASE</u>

**COMES NOW,** Plaintiff, RAYMOND HEDLUND, respectfully requests this Court to reinstate his original case under MDL Docket No. 1:16-cv-01134-RLY-TAB, and in support thereof states as follows:

1. This is a product liability case regarding an unreasonably dangerous Cook IVC Filter Plaintiff had implanted in 2014.

2. Plaintiff retained Onder, Shelton, O'leary & Peterson, LLC (hereinafter "Original Counsel") on or around May 2016.

3. On May 6, 2016, Original Counsel, on behalf of Plaintiff, filed a complaint against Cook Medical Incorporated regarding the Cook IVC Filter that is the subject of the current proceeding. *See* MDL Docket No. 1:16-cv-01134-RLY-TAB.

4. On October 15, 2014, MDL No. 2570, in which Plaintiff's case is included, was formed and brought before this Court.

5. After filing the original complaint, Original Counsel failed, on several occasions, to timely file critical pleading documents and respond to Defendant to cure deficiencies.

6. Original Counsel failed to communicate with Plaintiff to the extent that Plaintiff reasonably believed Original Counsel no longer represented him.

7.  Accordingly, Plaintiff was unaware Original Counsel had even filed a complaint on his behalf, given the complete lack of communication.

8.  To the Plaintiff's detriment, Plaintiff reasonably relied on Original Counsel to provide representation in this matter to seek redress for his injuries caused by the defective Cook IVC Filter.

9.  After some time passed without any communication from Original Counsel, Plaintiff retained the undersigned counsel. Plaintiff still was under the reasonable expectation that a claim had not been filed on his behalf.

10. On November 2, 2018 the undersigned, on behalf of Plaintiff, filed a Short Form Complaint against Cook Medical Inc., alleging claims for the same Cook IVC Filter as the complaint in the original case. This case was assigned MDL Docket No. 1:18-cv-03403.

11. Accordingly, since Plaintiff was unaware Original Counsel had filed a complaint on his behalf, the undersigned counsel was not aware of the original case until after the undersigned filed the complaint on November 2, 2018.

12. Thus far, the undersigned has responded to Defendant and met all required deadlines in a timely and complete manner, as reflected under MDL Docket No. 1:18-cv-03403.

13. On December 10, 2018, Plaintiff served Defendant with the Plaintiff Fact Sheet, HIPAA authorizations, and all complete medical records.

14. On June 14, 2019, Plaintiff, in compliance with this Court's order, timely provided the remaining and necessary Case Categorization Forms to Defendant.

15. At this stage in the current case, neither party has taken depositions nor has any other critical stage of litigation commenced, and as a result, reinstating the original case does not prejudice the Defendant.

16. Moreover, in an effort to avoid prejudicing Plaintiff and creating unnecessary confusion, reinstating the original case, MDL Docket No. 1:14-ml-2570, preserves the filing date of the original case and prevents Plaintiff from being subject to any timeliness or jurisdictional issues.

17. Thus, reinstating the original case is both reasonable and appropriate.

**WHEREFORE,** Plaintiff respectfully requests this Court to reinstate the original case as stated herein, and for such other relief as the Court deems appropriate.

Respectfully submitted,

Di Pietro Partners

/s/ *Nicole Martell*
Nicole Martell
Bar No. 10072
E-mail: Nicole@ddpalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of April, 2020, I filed the foregoing via the Court's electronic filing system, which shall send notice of the filing and a copy thereof to all counsel of record.

/s/ *Nicole Martell*
Nicole Martell