IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
    Dennis Peterson
    1:18-cv-00676

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Kevin Peterson, as Special Administrator of the Estate of Dennis A. Peterson, deceased, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, respectfully moves the Court to substitute Kevin Peterson, as Special Administrator of the Estate of Dennis A. Peterson, for Plaintiff Dennis Peterson and grant leave to file the attached First Amended Short Form Complaint. In support of this motion, movant states the following:

1. Plaintiff Dennis Peterson filed a Short Form Complaint for this action in this Court on March 6, 2018. His action was originally included as part of the multi-Plaintiff action of *Kenyon A. Collins, et al. v. Cook Group, Inc.,* et al., No. 1:17-cv-6065-RLY-TAB, and the Short Form Complaint was filed in this Court pursuant to this Court's Order of January 18, 2018, No: 1:14-ml-02570-RLY-TAB, CM/ECF Doc. 7507.

2. On October 4, 2019, Plaintiff Dennis Peterson passed away from injuries not related to the IVC filter at issue.

3. On March 10, 2020, movant Kevin Peterson was appointed Special Administrator of the Estate of Dennis A. Peterson. The Estate is pending in the District Court of Stearns County,

1

State of Minnesota, and bears the cause number 73-PR-20-20169. A copy of that Appointment and the Letters of Special Administration are attached hereto as Exhibits 1 and 2.

4. As the duly appointed Special Administrator of the Estate of Dennis A. Peterson, movant is now the appropriate party to continue this action in the place of the decedent.

5. A proposed First Amended Short Form Complaint containing a survival count is attached here at Exhibit 3.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Kevin Peterson, as Special Administrator of the Estate of Dennis A. Peterson, deceased, as Party Plaintiff for Dennis Peterson; (2) the Court grant leave to file the attached First Amended Short Form Complaint; and (3) the Court deem the attached First Amended Short Form Complaint filed instanter.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

/s/ Michael S. Kruse
Michael S. Kruse, #57818
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 3rd day of April, 2020, by way of the Court's CM/ECF filing system.

                                                /s/ Michael S. Kruse