# EXHIBIT 1

Electronically Served
3/10/2020 9:22 AM
Stearns County, MN

Form P-406 – MNCLE © 2016

Filed in District Court
State of Minnesota
Dated 3/10/2020

Miller/Davis Company - millerdavis.com
Content created and owned by Minnesota Continuing Legal Education

**STATE OF MINNESOTA**

**COUNTY OF STEARNS**

SEVENTH JUDICIAL DISTRICT
DISTRICT COURT
PROBATE DIVISION

Court File No. 73-PR-20-2169

**Estate of:** Dennis A. Peterson a/k/a Dennis Allan Peterson

**Decedent.**

**ORDER OF FORMAL APPOINTMENT OF SPECIAL ADMINISTRATOR**

The Petition for Formal Appointment of Special Administrator, signed by Kevin Peterson _____, came before this Court on March 10, 2020. The Court, having heard and considered the Petition, determines the following:

1. This Court has jurisdiction and venue in this Court is proper.

2. The Petition is complete.

3. The Petitioner has declared or affirmed that the representations contained in the Petition are true and complete to the best of the Petitioner's knowledge or belief.

4. The Petitioner is an interested person as defined by Minnesota law.

5. On the basis of the Petition, it appears that the Decedent died:

    ☐ intestate.

    or

Minn. Stat. § 524.3-614(2)

P-406

Order of Formal Appointment
of Special Administrator

WARNING - UNAUTHORIZED COPYING OF THIS FORM PROHIBITED

Form P-406 – MNCLE © 2016                Content created and owned by Minnesota Continuing Legal Education

☒ testate and <u>Kevin Peterson</u>

is named as Personal Representative in the Will and is ☒ available and qualified

☐ unavailable to serve as special administrator.

6. There ☐ is ☒ is not pending an application or petition for probate of the Will of the Decedent or appointment of a Personal Representative in this or another court.

7. No Personal Representative has been appointed whose appointment has not been terminated.

8. Appointment of a special administrator is necessary to protect the Estate because:
Kevin Peterson is the Personal Representative nominated in the Last Will and Testament of the decedent and shall be appointed as Special Administrator to represent decedent in litigation on a products liability claim.

9. An emergency exists to the extent that appointment should be made **without** notice because: Kevin Peterson shall be appointed as Special Administrator to represent decedent in litigation on a products liability claim.

10. <u>Kevin Peterson</u>

is a proper person to be appointed special administrator of the Estate.

Minn. Stat. § 524.3-614(2)                P-406                Order of Formal Appointment of Special Administrator

WARNING - UNAUTHORIZED COPYING OF THIS FORM PROHIBITED

Form P-406 – MNCLE © 2016       Content created and owned by Minnesota Continuing Legal Education

**IT IS ORDERED:**

1. The Petition is granted.

2. Kevin Peterson

   is formally appointed as the special administrator of the Estate, with __no__ bond, to preserve the Estate and to secure its proper administration until a general Personal Representative is appointed by the Registrar or by the Court.

3. Upon filing of any required bond and oath or statement of acceptance, letters of special administration shall be issued subject to the following restrictions, if any:

   Kevin Peterson shall be appointed as Special Administrator to represent decedent in litigation on a products liability claim.

BY THE COURT

Dated: __3/10/20__

_____
Judge of District Court

(COURT SEAL)

Minn. Stat. § 524.3-614(2)       P-406       Order of Formal Appointment of Special Administrator

WARNING - UNAUTHORIZED COPYING OF THIS FORM PROHIBITED