# EXHIBIT 2

Electronically Served
3/10/2020 9:22 AM
Stearns County, MN

73-PR-20-2169

Case 1:14-ml-02570-RLY-TAB   Document 13212-2   Filed 04/03/20   Page 2 of 2 PageID #: 96875

73-PR-20-2169

Filed in District Court
State of Minnesota
Dated 3/10/2020

Miller/Davis Company - millerdavis.com

Form P-410 – MNCLE © 2016          Content created and owned by Minnesota Continuing Legal Education

**STATE OF MINNESOTA**

**COUNTY OF** <u>STEARNS</u>

<u>SEVENTH</u> **JUDICIAL DISTRICT**
**DISTRICT COURT**
**PROBATE DIVISION**

Court File No. <u>73-PR-20-2169</u>

**Estate of:** <u>Dennis A. Peterson a/k/a Dennis Allan Peterson</u>,

Decedent.

**LETTERS OF SPECIAL ADMINISTRATION**

1. The Decedent died on <u>10/04/2019</u>.

2. <u>Kevin Peterson</u>

   has been appointed Special Administrator of Decedent's Estate and is now qualified to act as Special Administrator of the Estate and has authority to administer the Estate according to law with the following restrictions *(If none, so state)*:

   Kevin Peterson is appointed as Special Administrator to represent decedent in litigation on a products liability claim.

BY THE COURT

Dated: <u>3/10/20</u>

_____
Judge of District Court/Registrar

(COURT SEAL)

Minn. Stat. § 524.3-614          P-410          Letters of Special Administration

WARNING - UNAUTHORIZED COPYING OF THIS FORM PROHIBITED