IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    Dennis Peterson
    1:18-cv-00676

## **ORDER**

ON THIS DAY came for consideration Kevin Peterson's Motion to Substitute himself, as Special Administrator of the Estate of Dennis A. Peterson, deceased, as Party Plaintiff for Dennis Peterson and Leave to File a First Amended Short Form Complaint.  Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Kevin Peterson, as Special Administrator of the Estate of Dennis A. Peterson, is hereby substituted as Party Plaintiff for Dennis Peterson in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to the Motion at issue as Exhibit 3 is hereby deemed filed instanter.

SO ORDERED:                                       _____
                                                                               Date