**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:20-cv-00900 | 1:20-cv-00922 |
| 1:20-cv-00904 | 1:20-cv-00924 |
| 1:20-cv-00905 | 1:20-cv-00925 |
| 1:20-cv-00913 | 1:20-cv-00926 |
| 1:20-cv-00916 | 1:20-cv-00933 |
| 1:20-cv-00920 | 1:20-cv-00937 |
| 1:20-cv-00921 | 1:20-cv-00938 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:          April 6, 2020                    /s/ Kip S. M. McDonald
                                                Andrea Roberts Pierson (# 18435-49)
                                                Kip S. M. McDonald (# 29370-49)
                                                FAEGRE DRINKER BIDDLE & REATH LLP
                                                300 North Meridian Street, Suite 2500
                                                Indianapolis, Indiana 46204
                                                Telephone: (317) 237-0300
                                                Facsimile: (317) 237-1000
                                                E-Mail: andrea.pierson@faegredrinker.com
                                                E-Mail: kip.mcdonald@faegredrinker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

2