# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION _____ | ) NO. 1:14-ml-2570-RLY-TAB<br>) MDL No. 2570<br>)<br>)<br>)<br>) |
| This document Relates to Plaintiff:<br>  LAWRENCE R. GRINNELL | )<br>)<br>) |
| Civil Case No. This Case Relates to:<br>  1:16-cv-2311<br>_____ | )<br>) |

## ORDER FOR DISMISSAL

The Court having received and reviewed the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED dismissing plaintiff Lawrence R. Grinnell's claims against defendants with prejudice, with each party to bear its own costs.

DATED: ____4/06/2020____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record