# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION          MDL No. 2570

This Document Relates to 46 Category 6 and 7 Cases
(Listed in Exhibit A to Instant Motion, Dkt. 11923-1)

## ORDER GRANTING THE COOK DEFENDANTS'
## MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

This matter comes before the Court on the Cook Defendants' Motion to Maintain

Documents Under Seal.  The Court, having reviewed the Motion and being otherwise duly advised,

GRANTS the Motion.

IT IS THEREFORE ORDERED that **Exhibit A (Dkt. No. 12454-1)** to the Cook Defendants'

Memorandum in Support of Omnibus Motion for Summary Judgment in 46 Miscategorized No

Injury Cases (Dkt. No. 12453) is to be maintained ***under seal,*** pursuant to Fed. R. Civ. P. 5.2.

Date: 4/6/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF