IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:18-cv-946-RLY-TAB   McDermitt

## ORDER ON MOTIONS TO SEAL

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, Defendants' motions to seal [Filing Nos. 12807, 12934] are granted. The Clerk shall maintain Filing Nos. 12803 and 12803-1 through 12803-13, and Filing Nos. 12933 and 12933-5, -6, -8 and -9 under seal pending further order.

Date: 4/6/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.