IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:17-cv-03969

**ORDER GRANTING PLAINTIFF'S MOTION TO
WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

    The Court ORDERS that John Crone is hereby withdrawn, and Sarah A. Wolter of the law firm Andrus Wagstaff, P.C. is hereby substituted, as counsel of record for Stephanie McCain, the Plaintiff in Case No. 1:17-cv-03969.

    IT IS SO ORDERED.

Date: 4/6/2020

                                    Tim A. Baker
                                    United States Magistrate Judge
                                    Southern District of Indiana

Distribution to all electronically registered counsel of record via ECF.