# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    1:16-cv-02636-RLY-TAB

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

The Court ORDERS that John Crone and C.J. Cuneo are hereby withdrawn, and Sarah A. Wolter of the law firm Andrus Wagstaff, P.C. is hereby substituted, as counsel of record for Annette Sales-Orr, the Plaintiff in Case No. 1:16-cv-02636-RLY-TAB.

IT IS SO ORDERED.

Date: 4/6/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of record via ECF.