AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| VINCENT MENNELLA | ) | 1:14-ml-2570-RLY-TAB |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | This document relates to Case No. |
| COOK INCORPORATED, et al. | ) | 1:20-cv-6118-RLY-TAB |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vincent Mennella.

Date: 04/06/2020

/s/Basil E. Adham
*Attorney's signature*

Basil E. Adham TX Bar No. 24081742
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*