IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No: 2570 |
| This Document Relates to Plaintiff(s):<br><br>CHERYL MCCALL<br><br>Civil Case # 1:15-cv-2051 | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter has come before the Court upon Plaintiff's Counsel's *Motion to Withdraw as Counsel of Record*. The Court, being duly advised, hereby finds that this Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that C. MOZE COWPER, ESQ. and the law firm of COWPER LAW LLP shall be withdrawn as counsel of record in this action.

SIGNED _____, 2020

_____
HONORABLE RICHARD L. YOUNG
United States District Court
Southern District of Indiana