UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Pamela Brown
1:17-cv-00699-RLY-TAB

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
(Filing No. 11497)

On August 2, 2019, pursuant to Federal Rule of Civil Procedure 41(b), Revised Second Amended Order Regarding Case Categorization Forms, and Case Management Order 18, the Cook Defendants filed a motion to dismiss Plaintiff's case for failure to serve medical records with her Categorization Form. This motion was stayed on September 4, 2019 for ninety days due to a Notice of Suggestion of Death filed by her attorneys (Filing No. 11547). No motion to substitute has been filed. On this record, the court finds the best course of action is to **GRANT** the Cook Defendants' motion (Filing No. 11497) **without prejudice**.

**SO ORDERED** this 8th day of April 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1