**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:20-cv-00947 | 1:20-cv-00985 |
| 1:20-cv-00956 | 1:20-cv-00988 |
| 1:20-cv-00957 | 1:20-cv-00989 |
| 1:20-cv-00969 | 1:20-cv-00991 |
| 1:20-cv-00970 | 1:20-cv-01000 |
| 1:20-cv-00980 | 1:20-cv-01002 |
| 1:20-cv-00982 | 1:20-cv-01014 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     April 10, 2020          /s/ Andrea Roberts Pierson
                                   Andrea Roberts Pierson (# 18435-49)
                                   Kip S. M. McDonald (# 29370-49)
                                   FAEGRE DRINKER BIDDLE & REATH LLP
                                   300 North Meridian Street, Suite 2500
                                   Indianapolis, Indiana 46204
                                   Telephone: (317) 237-0300
                                   Facsimile: (317) 237-1000
                                   E-Mail:  andrea.pierson@faegredrinker.com
                                   E-Mail:  kip.mcdonald@faegredrinker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2020, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01