IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Mary Bynoe v. Cook Medical Inc., et al.,*

Case No. 1:20-cv-00176-RLY-TAB

## ORDER OF DISMISSAL WITHOUT PREJUDICE

NOW ON this ___ day of April, 2020, after review of the Stipulation of Dismissal Without Prejudice filed by the Parties, the hereby Court orders that motion is granted. This case is dismissed without prejudice with each party to bear its own costs.

IT IS SO ORDERED.

Dated this ____ day of April , 2020.

_____
HONORABLE TIM A. BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF INDIANA