IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

*Nerissa Hannon v. Cook Medical Inc., et al.,*

Case No. 1:18-cv-00785-RLY-TAB
_____

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendants, pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that this case is hereby dismissed without prejudice.  This stipulation for dismissal relates only to the individual case captioned above, and is not intended to affect any other pending case.  The Parties, by and through counsel of record, hereby move the Court for an Order dismissing this case without prejudice, with each party to bear its own costs and expenses.

| | |
|---|---|
| */s/ David DeGreeff*<br>David C. DeGreeff<br>Wagstaff & Cartmell, LLP<br>4740 Grand Ave, Suite 300<br>Kansas City, MO 64112<br><br>*Attorneys for Plaintiff* | */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I, David C. DeGreeff, hereby certify that on April 13, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David C. DeGreeff*