IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s):
Carrie Lucas

Civil Case No. 1:20-cv-00951-RLY-TAB

## EX PARTE MOTION FOR REFUND OF DUPLICATE FILING FEE

COMES NOW Plaintiff Carrie Lucas, and requests that the excess funds paid through Pay.gov as filing fees in the above-referenced cause be refunded, and would show as follows:

1. On March 25, 2020, Plaintiff's attorney William F. Blankenship III filed this case through the Court's ECF system.

2. At approximately 15:31:51 on that date, after inputting the requested credit card information, a technical "glitch" occurred preventing the filing from being completed and required Plaintiff's attorney to start over with the filing. Notwithstanding, Plaintiff's attorney's credit card was charged a $400.00 fee as evidenced by Receipt #0756-5925113.

3. Plaintiff's attorney subsequently completed the filing at approximately 15:35:40 and paid another $400.00 filing fee by credit card through Pay.gov as evidenced by Receipt #0756-5925154.

4. Only this second filing fee is applied to Plaintiff's case - the first filing fee, while charged to Plaintiff's Attorney's credit card, is not associated with any case filed in this district.

-1-

WHEREFORE, premises considered, Plaintiff Carrie Lucas requests that the first filing fee in the amount of $400.00 (associated with Receipt #0756-5925113), be refunded to Plaintiff's Attorney William F. Blankenship III's credit card.

Dated: April 13, 2020.

Respectfully submitted,

*/s/ William F. Blankenship III*
William F. Blankenship III
Texas Bar No. 90001483
Blankenship Law Firm
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
(214) 361-7500
(214) 361-7505 (Fax)
bill@blankenshiplaw.com
maggie@blankenshiplaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on this 13th day of April, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ William F. Blankenship III*
William F. Blankenship III