IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:20-cv-00951-RLY-TAB   Lucas

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Refund of Duplicate Filing Fee. Having reviewed the motion, the Court now grants same. The Clerk is instructed to issue a refund of $400 to the credit card used in this transaction. (Receipt #0756-5925113)

So Ordered this ___ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE