IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES     Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCT LIABILITY LITIGATION           MDL No. 2570

This Document Relates to:

Civil Case #:

| | |
|---|---|
| REGINA ELDER | 1:14-cv-00784-RLY-TAB |
| MARIE WELLS and RICHARD WELLS | 1:14-cv-00841-RLY-TAB |
| JACOB R. ORMOND | 1:14-cv-01323-RLY-TAB |
| DOUGLAS KELTNER | 1:15-cv-00102-RLY-TAB |
| ROSEMARY DUNNING | 1:15-cv-00235-RLY-TAB |
| JASON DURHAM | 1:15-cv-00238-RLY-TAB |
| JAMES SMITH | 1:15-cv-00554-RLY-TAB |
| ARTHUR C. SUMMERS | 1:15-cv-02069-RLY-TAB |
| GINA TAYLOR | 1:15-cv-06024-RLY-TAB |

**NOTICE OF APPEARANCE**

To:   The Clerk of Court and all partiers of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in these cases on behalf of plaintiffs as set forth in each of the above referenced matters.

                                                  Respectfully Submitted,

Dated:  4/13/2020      */s/ John A. Dalimonte*
                                             John A. Dalimonte
                                             (Pro Hac Vice MA Bar No 554554)
                                             DALIMONTE RUEB STOLLER LLP
                                             85 Devonshire Street, Suite 1000
                                             Boston, MA 02109

Tel: 617-302-9900<br>
Fax: 617-742-9130<br>
Email: john@drlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants registered to receive service in this MDL

*/s/ John A. Dalimonte*
John A. Dalimonte