IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

*Nerissa Hannon v. Cook Medical Inc., et al.,*

Case No. 1:18-cv-00785-RLY-TAB

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

NOW ON this 14th day of April, 2020, after review of the Stipulation of Dismissal Without Prejudice filed by the Parties, the Court hereby orders that motion is granted.

This case is dismissed without prejudice with each party to bear its own costs.

IT IS SO ORDERED.

Dated this 14th day of April, 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record