## EXHIBIT A

The following charges for deposition transcripts, as reflected in the attached documentation, were necessarily incurred by the Cook Defendants in the defense of this action:

| WITNESS | DATE | DEPOSITION COST |
|---|---|---|
| David McDermitt | 11/06/2019 | $3,034.15 |
| Carol McDermitt | 02/04/2020 | $2,747.00 |
| Sabah Butty, MD | 12/03/2019 | $3,079.25 |
| Todd Biggerstaff, MD | 12/09/2019 | $2,113.50 |
| Shannon Kauffman, MD | 12/02/2019 | $1,492.53 |
| Jennifer Jerele, MD | 2/20/2020 | $2850.25 |
| Derek Muehrcke, MD | 02/01/2020 | $7,822.79 |
| Laura Plunkett, Ph.D., DABT | 01/21/2020 | $4,255.30 |
| David Fruit | 11/18/2019 | $868.85 |
| **TOTAL** | | **$28,263.62** |

**Veritext, LLC**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Jessica Cox<br>Faegre Baker Daniels, LLP<br>300 N Meridian St<br>Ste 2500<br>Indianapolis, IN, 46204 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | MW4032349<br>11/14/2019<br>$3,034.15 |
|---|---|---|---|---|

| Case: | In Re: Cook Medical Inc., Ivc Filters Marketing, Sales Practices And Products Liability Litigation v. |
|---|---|
| Job #: | 3621375 \| Job Date: 11/6/2019 \| Delivery: Expedited |
| Billing Atty: | Jessica Cox |
| Location: | Faegre Baker Daniels, LLP<br>300 N Meridian St \| Ste 2500<br>Indianapolis, IN 46204 |
| Sched Atty: | \| Faegre Baker Daniels, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| David Eugene McDermitt | Original Transcript - Medical, Technical or Video | Page | 268.00 | $4.95 | $1,326.60 |
| | Original Transcript - Expedited - Medical, Technical or Video | Page | 268.00 | $2.55 | $683.40 |
| | Attendance Fee - First Hour | Hour | 1.00 | $75.00 | $75.00 |
| | Attendance Fee - Addl Hours | Hour | 5.50 | $45.00 | $247.50 |
| | Exhibits | Per Page | 59.00 | $0.35 | $20.65 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1 | 1.00 | $46.00 | $46.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Realtime & Rough Services | Page | 222.00 | $2.50 | $555.00 |
| | Shipping & Handling - Expedited | Package | 1.00 | $35.00 | $35.00 |

| Notes: | | | |
|---|---|---|---|
| | | **Invoice Total:** | $3,034.15 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $3,034.15 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | | |
|---|---|---|---|
| **To pay online, go to www.veritext.com** | **Please remit payment to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | MW4032349<br>3621375<br>11/14/2019<br>$3,034.15 |
| Veritext accepts all major credit cards (American Express, Mastercard, Visa, Discover) | | | |

43437

**Veritext, LLC**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Jessica Cox<br>Faegre Drinker Biddle & Reath LLP<br>600 E 96th St, Suite 600<br>Indianapolis, IN, 46240 | **Invoice #:** | MW4183910 |
|---|---|---|---|
| | | **Invoice Date:** | 2/11/2020 |
| | | **Balance Due:** | $2,747.00 |

| Case: | In Re: Cook Medical Inc., et al. v. |
|---|---|
| Job #: | 3974066 | Job Date: 2/4/2020 | Delivery: Expedited |
| Billing Atty: | Jessica Cox |
| Location: | Faegre Baker Daniels, LLP<br>300 N Meridian St | Ste 2500<br>Indianapolis, IN 46204 |
| Sched Atty: | | Faegre Drinker Biddle & Reath LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Carol McDermitt | Original Transcript - Medical, Technical or Video | Page | 233.00 | $4.95 | $1,153.35 |
| | Original Transcript - Expedited - Medical, Technical or Video | Page | 233.00 | $2.55 | $594.15 |
| | Attendance Fee - First Hour | Hour | 1.00 | $75.00 | $75.00 |
| | Attendance Fee - Addl Hours | Hour | 4.50 | $45.00 | $202.50 |
| | Exhibits | Per Page | 20.00 | $0.35 | $7.00 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1 | 1.00 | $110.00 | $110.00 |
| | Equipment Rental | 1 | 1.00 | $50.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Realtime & Rough Services | Page | 190.00 | $2.50 | $475.00 |
| | Shipping & Handling - Expedited | Package | 1.00 | $35.00 | $35.00 |

| **Notes:** | | **Invoice Total:** | $2,747.00 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $2,747.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

43437

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | MW4183910 |
|---|---|
| Job #: | 3974066 |
| Invoice Date: | 2/11/2020 |
| Balance: | $2,747.00 |

**Veritext, LLC**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Andrea Pierson<br>Faegre Drinker Biddle & Reath LLP<br>300 N Meridian St<br>Ste 2500<br>Indianapolis, IN, 46204 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | MW4076250<br>12/11/2019<br>$3,079.25 |

| | |
|---|---|
| **Case:** | In Re: Cook Medical Inc., Ivc Filters Marketing, Sales Practices And Products Liability Litigation v. |
| **Job #:** | 3791264 \| Job Date: 12/3/2019 \| Delivery: Expedited |
| **Case #:** | 1:14ml2570RLYTAB |
| **Billing Atty:** | Andrea Pierson |
| **Location:** | Faegre Baker Daniels, LLP |
| | 300 N Meridian St \| Ste 2500<br>Indianapolis, IN 46204 |
| **Sched Atty:** | Andrea Roberts Pierson \| Faegre Drinker Biddle & Reath LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Sabah Butty , MD | Original Transcript - Medical, Technical or Video | Page | 255.00 | $4.95 | $1,262.25 |
| | Original Transcript - Expedited - Medical, Technical or Video | Page | 255.00 | $3.30 | $841.50 |
| | Attendance Fee (First Hour) | Hour | 1.00 | $75.00 | $75.00 |
| | Attendance Fee (Add'l Hours) | Hour | 1.50 | $45.00 | $67.50 |
| | Exhibits | Per Page | 55.00 | $0.60 | $33.00 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1 | 1.00 | $110.00 | $110.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Realtime & Rough Services | Page | 190.00 | $2.50 | $475.00 |
| | Attendance Fee - Before/After Hours | Hour | 2.00 | $67.50 | $135.00 |
| | Shipping & Handling - Expedited | Package | 1.00 | $35.00 | $35.00 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $3,079.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,079.25 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 124 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | | |
|---|---|---|---|
| **To pay online, go to www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | MW4076250<br>3791264<br>12/11/2019<br>$3,079.25 |

43437



**Veritext, LLC**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569

**VERITEXT LEGAL SOLUTIONS**

| | | |
|---|---|---|
| **Bill To:** | Andrea Roberts Pierson<br>Faegre Baker Daniels, LLP<br>300 N Meridian St<br>Ste 2500<br>Indianapolis, IN, 46204 | **Invoice #:** MW4086052<br>**Invoice Date:** 12/12/2019<br>**Balance Due:** $2,113.50 |

| | |
|---|---|
| **Case:** | In Re: Cook Medical Inc., IVC Filters Marketing, Sales Practices And Products Liability Litigation v. |
| **Job #:** | 3804483 \| Job Date: 12/9/2019 \| Delivery: Expedited |
| **Billing Atty:** | Andrea Roberts Pierson |
| **Location:** | Faegre Baker Daniels, LLP<br>300 N Meridian St \| Ste 2500<br>Indianapolis, IN 46204 |
| **Sched Atty:** | Andrea Roberts Pierson \| Faegre Baker Daniels, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Todd S. Biggerstaff, MD | Original Transcript - Medical, Technical or Video | Page | 159.00 | $4.95 | $787.05 |
| | Original Transcript - Expedited - Medical, Technical or Video | Page | 159.00 | $3.30 | $524.70 |
| | Attendance Fee - First Hour | Hour | 1.00 | $112.50 | $112.50 |
| | Surcharge - Extended Hours | Hour | 2.00 | $67.50 | $135.00 |
| | Exhibits | Per Page | 205.00 | $0.35 | $71.75 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1 | 1.00 | $110.00 | $110.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Realtime & Rough Services | Page | 117.00 | $2.50 | $292.50 |
| | Shipping & Handling - Expedited | Package | 1.00 | $35.00 | $35.00 |

| | |
|---|---|
| **Notes:** | **Invoice Total:** $2,113.50 |
| | **Payment:** $0.00 |
| | **Credit:** $0.00 |
| | **Interest:** $0.00 |
| | **Balance Due:** $2,113.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** MW4086052<br>**Job #:** 3804483<br>**Invoice Date:** 12/12/2019<br>**Balance:** $2,113.50 |

43437

**Veritext, LLC**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| **Bill To:** | Jessica Cox<br>Faegre Baker Daniels, LLP<br>300 N Meridian St<br>Ste 2500<br>Indianapolis, IN, 46204 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | MW4072858<br>12/12/2019<br>$1,492.53 |

| | |
|---|---|
| **Case:** | In Re: Cook Medical Inc., IVC Filters Marketing, Sales Practices And Product Liability Litigation v. |
| **Job #:** | 3794322 \| Job Date: 12/2/2019 \| Delivery: Expedited |
| **Billing Atty:** | Jessica Cox |
| **Location:** | Marriott at University of Daytona |
| | 1414 S. Patterson Blvd.<br>Dayton, OH 45409 |
| **Sched Atty:** | Andrea Roberts Pierson \| Faegre Baker Daniels, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Shannon Kauffman , MD | Original Transcript - Medical, Technical or Video | Page | 129.00 | $4.30 | $554.70 |
| | Original Transcript - Expedited - Medical, Technical or Video | Page | 129.00 | $3.00 | $387.00 |
| | Attendance Fee-Hrly | Hour | 2.00 | $60.00 | $120.00 |
| | Exhibits | Per Page | 26.00 | $0.60 | $15.60 |
| | Rough Draft | Page | 108.00 | $1.55 | $167.40 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1 | 1.00 | $110.00 | $110.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $46.00 | $46.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling - Expedited | Package | 1.00 | $46.83 | $46.83 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,492.53 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,492.53 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

43437

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | MW4072858 |
| **Job #:** | 3794322 |
| **Invoice Date:** | 12/12/2019 |
| **Balance:** | $1,492.53 |

**Veritext, LLC**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Jessica Cox<br>Faegre Drinker Biddle & Reath LLP<br>300 N Meridian St<br>Ste 2500<br>Indianapolis, IN, 46204 | | Invoice #:<br>Invoice Date:<br>Balance Due: | MW4212595<br>2/29/2020<br>$2,850.25 |
|---|---|---|---|---|

| Case: | In Re: Cook Medical Inc., Ivc Filters Marketing, Sales Practices And Products Liability Litigation v. |
|---|---|
| Job #: | 3987555 \| Job Date: 2/20/2020 \| Delivery: Expedited |
| Case #: | 1:14M12570RLYTAB |
| Billing Atty: | Jessica Cox |
| Location: | Marriott at University of Dayton<br>1414 S. Patterson Blvd<br>Dayton, OH 45409 |
| Sched Atty: | Jessica Cox \| Faegre Drinker Biddle & Reath LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jennifer Jerele , MD | Original Transcript | Page | 213.00 | $4.35 | $926.55 |
| | Transcript - Expedited Fee | Page | 213.00 | $3.50 | $745.50 |
| | Attendance Fee-Hrly | Hour | 1.00 | $60.00 | $60.00 |
| | Surcharge - Extended Hours | Hour | 2.00 | $85.00 | $170.00 |
| | Exhibits | Per Page | 283.00 | $0.65 | $183.95 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1 | 1.00 | $125.00 | $125.00 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $48.00 | $48.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $48.50 | $48.50 |
| | Realtime & Rough Services | Page | 181.00 | $2.75 | $497.75 |
| | Shipping & Handling - Expedited | Package | 1.00 | $45.00 | $45.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $2,850.25 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,850.25 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | MW4212595 |
|---|---|
| Job #: | 3987555 |
| Invoice Date: | 2/29/2020 |
| Balance: | $2,850.25 |

43437

**Veritext, LLC**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| Bill To: | Jessica Cox  
Faegre Drinker Biddle & Reath LLP  
300 N Meridian St  
Ste 2500  
Indianapolis, IN, 46204 | **Invoice #:** MW4178226  
**Invoice Date:** 2/21/2020  
**Balance Due:** $7,822.79 |
|---|---|---|

| Case: | In Re: Cook Medical Inc., Ivc Filters Marketing, Sales Practices And Products Liability Litigation v. |
|---|---|
| Job #: | 3825651 \| Job Date: 2/1/2020 \| Delivery: Expedited |
| Billing Atty: | Jessica Cox |
| Location: | Casa Monica Resort & Spa, Autograph Collection  
95 Cordova Street, St. \| Alcazar Room  
Augustine, FL 32084 |
| Sched Atty: | \| Faegre Drinker Biddle & Reath LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Derek D. Muehrcke , M.D. | Original Transcript - Medical, Technical or Video | Page | 473.00 | $4.45 | $2,104.85 |
| | Original Transcript - Expedited - Medical, Technical or Video | Page | 473.00 | $3.55 | $1,679.15 |
| | Attendance Fee-Hrly | Hour | 8.50 | $60.00 | $510.00 |
| | Surcharge - Extended Hours | Hour | 1.00 | $90.00 | $90.00 |
| | Exhibits | Per Page | 360.00 | $0.40 | $144.00 |
| | Realtime Services | Page | 399.00 | $1.80 | $718.20 |
| | Rough Draft | Page | 399.00 | $1.55 | $618.45 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1 | 1.00 | $110.00 | $110.00 |
| | Conference Suite & Amenities | 1 | 1.00 | $1,755.00 | $1,755.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $48.14 | $48.14 |

| Notes: | | **Invoice Total:** | $7,822.79 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $7,822.79 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | Please remit payment to:  
Veritext  
P.O. Box 71303  
Chicago IL 60694-1303 | **Invoice #:** MW4178226 |
|---|---|---|
| **To pay online, go to www.veritext.com** | | **Job #:** 3825651 |
| Veritext accepts all major credit cards  
(American Express, Mastercard, Visa, Discover) | | **Invoice Date:** 2/21/2020 |
| | | **Balance:** $7,822.79 |

43437

**Veritext, LLC**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Victoria Calhoon<br>Faegre Baker Daniels, LLP<br>300 N Meridian St<br>Ste 2500<br>Indianapolis, IN, 46204 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | MW4157118<br>1/30/2020<br>$4,255.30 |

| | |
|---|---|
| **Case:** | In Re: Cook Medical Inc., Ivc Filters Marketing, Sales Practices And Products Liability Litigation v. |
| **Job #:** | 3834517 \| Job Date: 1/21/2020 \| Delivery: Expedited |
| **Billing Atty:** | Victoria Calhoon |
| **Location:** | The Nations Law Firm |
| | 9703 Richmond Avenue, Suite 200<br>Houston, TX 77042 |
| **Sched Atty:** | Andrea Pierson \| Faegre Baker Daniels, LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Laura Plunkett, PHD, DABT | Original Transcript - Medical, Technical or Video | Page | 320.00 | $4.75 | $1,520.00 |
| | Original Transcript - Expedited - Medical, Technical or Video | Page | 320.00 | $3.30 | $1,056.00 |
| | Attendance Fee-Hrly | Hour | 7.50 | $60.00 | $450.00 |
| | Exhibits | Per Page | 346.00 | $0.40 | $138.40 |
| | Realtime Services | Page | 265.00 | $1.80 | $477.00 |
| | Rough Draft | Page | 265.00 | $1.55 | $410.75 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1 | 1.00 | $110.00 | $110.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $48.15 | $48.15 |

| **Notes:** | | |
|---|---|---|
| | **Invoice Total:** | $4,255.30 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $4,255.30 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

43437

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | MW4157118 |
| **Job #:** | 3834517 |
| **Invoice Date:** | 1/30/2020 |
| **Balance:** | $4,255.30 |

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118369 | 11/27/2019 | 65692 |
| **Job Date** | **Case No.** | |
| 11/18/2019 | | |
| **Case Name** | | |
| In Re: Cook Medical, Inc. Sales Practices and Product Liabilty Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kip S.M. McDonald
Faegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204-1750

CERTIFIED TRANSCRIPT OF:

   David Shane Fruit     868.85

| | |
|---|---:|
| **TOTAL DUE  >>>** | **$868.85** |
| AFTER 12/27/2019  PAY | $999.18 |

Benchmark has become WBE/WOSB/WBENC Certified.
Please let us know if you require additional verification for credits.

Benchmark has gone  GREEN!
All invoices are provided in electronic format, directed to the ordering attorney from your firm.  If there is a different email address where we should direct the billing or if you prefer paper billing, please email:  info@benchmark-reporting.com. Thank you for helping us keep the trees in the forest!!

| | |
|---|---:|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 868.85 |

**Tax ID:** 41-1224131          Phone: 317-237-0300    Fax:317-237-1000

*Please detach bottom portion and return with payment.*

Kip S.M. McDonald
Faegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204-1750

| | | | | |
|---|---|---|---|---|
| Job No. | : | 65692 | BU ID | : 3 REF OUT |
| Case No. | : | | | |
| Case Name | : | In Re: Cook Medical, Inc. Sales Practices and Product Liabilty Litigation | | |
| Invoice No. | : | 118369 | Invoice Date | : 11/27/2019 |
| **Total Due** | : | **$868.85** | | |

**Remit To:**   **Benchmark Reporting Agency, Inc.**
                **222 South Ninth Street, Suite 450**
                **Minneapolis, MN  55402**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: