IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:20-cv-00951-RLY-TAB   Lucas

## ORDER

This matter is before the Court on Plaintiff's Motion for Refund of Duplicate Filing Fee. Having reviewed the motion, the Court now grants same. The Clerk is instructed to issue a refund of $400 to the credit card used in this transaction. (Receipt #0756-5925113)

So Ordered:  4/14/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Electronic distribution to all registered counsel of record via ECF email.

Finance