IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
ALEXIS MASON
Civil Case #1:18-cv-00866-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that counsel undersigned, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Court of the death of Plaintiff Alexis Mason.

**DATED:** April 15, 2020

Respectfully submitted,

*s/ Joseph J. Zonies*
Joseph J. Zonies, Esq., No. 29539
Gregory D. Bentley, Esq., No. 42655
**ZONIES LAW LLC**
1700 Lincoln Street, Suite 2400
Denver, CO 80203
(720) 464-5300
jzonies@zonieslaw.com
gbentley@zonieslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing **NOTICE OF SUGGESTION OF DEATH** was filed and served on this 15th day of April, 2020, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

<i>s/ Joseph J. Zonies</i><br>
Joseph J. Zonies