**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

This Document Relates to:

1:20-cv-00617
1:20-cv-00973
1:20-cv-00974
1:20-cv-01044
1:20-cv-01059
1:20-cv-01068
1:20-cv-01072
1:20-cv-01076
1:20-cv-06121

_____

## <u>APPEARANCE OF COUNSEL</u>

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:       April 16, 2020          /s/ Andrea Roberts Pierson
                                                       Andrea Roberts Pierson (# 18435-49)
                                                       Kip S. M. McDonald (# 29370-49)
                                                       FAEGRE DRINKER BIDDLE & REATH LLP
                                                       300 North Meridian Street, Suite 2500
                                                       Indianapolis, Indiana 46204
                                                       Telephone: (317) 237-0300
                                                       Facsimile: (317) 237-1000
                                                       E-Mail: andrea.pierson@faegredrinker.com
                                                       E-Mail: kip.mcdonald@faegredrinker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

2