**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| **TOMMY GORDON** | ) |
| | ) **MDL No. 1:14-ml-2570-RLY-TAB** |
| | ) **MDL No. 2570** |
| **v.** | ) |
| | ) |
| **COOK INCORPORATED;** | ) **Civil Case No. 1:20-cv-01019-RLY-TAB** |
| **COOK MEDICAL LLC;** | ) |
| **WILLIAM COOK EUROPE APS** | ) |

---

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure

and the Seventh Amendment of the U.S. Constitution.


Dated:  April 16, 2020                    Respectfully submitted,

                                          /s/ Michael T. Gallagher
                                          Michael T. Gallagher
                                          Federal ID: 5395
                                          The Gallagher Law Firm
                                          2905 Sackett Street
                                          Houston, Texas 77098
                                          (713) 222-8080
                                          (713) 222-0066 - Facsimile
                                          donnaf@gld-law.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher