# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

David McDermitt and Carol McDermitt
1:18-cv-00946

## ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL THE COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF PARTIAL MOTION TO EXCLUDE EXPERT OPINIONS OF DEREK MUEHRCKE, M.D. AND EXHIBITS A, B, F, K, O, AND P THERETO

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal The Cook Defendants' Memorandum in Support of Partial Motion to Exclude Expert Opinions of Dereck Muehrcke, M.D. and Exhibits A, B, F, K, O, and P thereto. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **The Cook Defendants' Memorandum in Support of Partial Motion to Exclude Expert Opinions of Dereck Muehrcke, M.D. [Dkt. No. 13077] and Exhibit A [Dkt. No. 13077-1], Exhibit B [Dkt. No. 13077-2], Exhibit F [Dkt. No. 13077-3], Exhibit K [Dkt. No. 13077-4], Exhibit O [Dkt. No. 13077-5], and Exhibit P [Dkt. No. 13077-6] thereto** are to be maintained *under seal.*

US.127381405

SO ORDERED this ____ day of _____, 2020.

                                                      Tim A. Baker
                                                    United States Magistrate Judge
                                                    Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.127381405