# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-00909 | 1:20-cv-01124 |
| 1:20-cv-01019 | 1:20-cv-01126 |
| 1:20-cv-01026 | 1:20-cv-01128 |
| 1:20-cv-01067 | 1:20-cv-01130 |
| 1:20-cv-01083 | 1:20-cv-01133 |
| 1:20-cv-01122 | 1:20-cv-06127 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

　　I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

　　Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
　　Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
　　William Cook Europe ApS

Dated:　　April 21, 2020　　　　　　　/s/ Andrea Roberts Pierson
　　　　　　　　　　　　　　　　　　　Andrea Roberts Pierson (# 18435-49)
　　　　　　　　　　　　　　　　　　　Kip S. M. McDonald (# 29370-49)
　　　　　　　　　　　　　　　　　　　FAEGRE DRINKER BIDDLE & REATH LLP
　　　　　　　　　　　　　　　　　　　300 North Meridian Street, Suite 2500
　　　　　　　　　　　　　　　　　　　Indianapolis, Indiana 46204
　　　　　　　　　　　　　　　　　　　Telephone: (317) 237-0300
　　　　　　　　　　　　　　　　　　　Facsimile: (317) 237-1000
　　　　　　　　　　　　　　　　　　　E-Mail: andrea.pierson@faegredrinker.com
　　　　　　　　　　　　　　　　　　　E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson