UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to:<br><br>Case No. 1:20-cv-1183 (Drew)<br>Case No. 1:20-cv-1184 (Ratliff)<br>Case No. 1:20-cv-1187 (Johnson) | |

# Order Granting Plaintiffs' Motion for Remand

This matter comes before the Court on Plaintiffs' Lorin Drew, Reginald Ratliff, and Jahmel and Shauntae Johnson Motion for Remand. And the Court, being duly advised, hereby grants said motion.

**It is Therefore Ordered, Adjudged, and Decreed** that the case for Plaintiff Lorin Drew is remanded to the Superior Court of Marion County, Civil Division 10, under Cause No. 49D10-2004-CT-014001.

**It is Further Ordered, Adjudged, and Decreed** that the case for Plaintiff Reginald Ratliff is remanded to the Superior Court of Marion County, Civil Division 11, under Cause No. 49D11-2004-CT-013982.

**It is Further Ordered, Adjudged, and Decreed** that the case for Plaintiffs Jahmel and Shauntae Johnson is remanded to the Superior Court of Marion County, Civil Division 3, under Cause No. 49D03-2004-CT-014039.

**All of Which is Ordered** _____.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.