**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

David McDermitt and Carol McDermitt
1:18-cv-00946

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL THE COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE OR LIMIT THE TESTIMONY OF <u>DR. LAURA PLUNKETT AND EXHIBITS A, B, AND D THERETO</u>**

This matter has come before the Court on The Cook Defendant's Motion to Maintain Under Seal The Cook Defendants' Memorandum in Support of Motion to Exclude or Limit the Testimony of Dr. Laura Plunkett and Exhibits A, B, and D thereto. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that:

(1) **The Cook Defendants' Memorandum in Support of Motion to Exclude or Limit the Testimony of Dr. Laura Plunkett [Dkt. No. 13078], and Exhibit A [Dkt. No. 13078-1], Exhibit B [Dkt. No. 13078-2], and Exhibit D [Doc. No. 13078-4] thereto** are to be maintained *under seal*; and

(2) **Exhibit C [Dkt. No. 13078-3]** (which was erroneously filed under seal) is *unsealed*.

US.127685871

SO ORDERED this _____ day of _____, 2020.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.