THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
121 W. SPRING STREET, ROOM 210
NEW ALBANY, IN 47150

OFFICIAL BUSINESS

LOUISVILLE
KY 400
03 APR '20
PM 2 L

$0.50 0
US POSTAGE
FIRST-CLASS
062S0009595004
47150
B44976.04

2020 APR 21 PM 1: 05

FILED

APR 21 2020
US DISTRICT COURT
NEW ALBANY DIVISION

Zackariah Alan Albrecht
853 Mickelsen Court
Brentwood, CA 94513-6218

AKN

NIXIE        957    FE 1700        0004/16/20

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK
47150>3673

BC: 47150367399        *1070-03831-03-43