IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Tracie Boyd,<br><br>      Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>      Defendants. | Case No. 1:20-cv-06127-RLY-TAB<br><br>**Motion for Leave to Amend Complaint** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

    Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully move this Court for an Order to amend the Short Form Complaint filed on 04/17/2020, with consent from Defense to amend.

    1. Plaintiff respectfully seeks leave to file the attached short form complaint to correct an issue in item number 10. Counsel listed the Plaintiff's Inferior Vena Cava Filter as Cook Celect ® Vena Cava Filter. However, Defense stated the lot number of the filter is tied to a Cook Celect Platinum. Counsel has amended the complaint to list the Plaintiff's Inferior Vena Cava Filter as Cook Celect Platinum.

    2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully requests that this Court grant Plaintiff's motion for leave to amend her Short Form Complaint and enter the attached Amended Short Form Complaint.

Date: April 22, 2020.

                                                Respectfully submitted,

                                                **JOHNSON LAW GROUP**

                                                /s/ Basil Adham
                                                Basil Adham, (TX Bar No.24081742)
                                                2925 Richmond Ave, Suite 1700
                                                Houston, TX 77098
                                                Telephone: (713) 626-9336
                                                Facsimile: (713) 583-9460
                                                E-mail: ivc@johnsonlawgroup.com
                                                ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April 2020, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                /s/ Basil Adham