IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

In Re:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION         1:14-ml-2570-RLY-TAB
        MDL No. 2570

This Document Relates to:
1:19-cv-01206; 1:19-cv-01215; 1:18-cv-00394;
1:19-cv-02441; 1:18-cv-01227; 1:17-cv-02902;
1:17-cv-01744; 1:19-cv-02664; 1:19-cv-02661;
1:18-cv-02657; 1:19-cv-02679; 1:19-cv-02443;
1:17-cv-00466; 1:19-cv-02444; 1:17-cv-02963;
1:19-cv-03819; 1:19-cv-01238; 1:19-cv-02673.

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Frank Woodson of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., respectfully requests that this Court withdraw Matthew E. Munson as counsel on the above-mentioned matter, as he is no longer employed at Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. and has no further involvement in this matter.  Further, the undersigned requests that the e-mail address of matt.munson@beasleyallen.com be removed from the CM/ECF E-filing list.

I, Frank Woodson of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., request to be substituted as counsel of record in the matter.

Date:  April 23, 2020

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

/s/ Frank Woodson
Frank Woodson, Esq. (ASB-0479-W66E)
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Frank.woodson@beasleyallen.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to all persons listed in the Court's electronic notification system.

By: /s/*Frank Woodson*
Frank Woodson, ASB-0479-W66E
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.