**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

David McDermitt and Carol McDermitt
1:18-cv-00946

---

**ORDER GRANTING THE COOK DEFENDANTS' MOTION
TO MAINTAIN UNDER SEAL THE COOK DEFENDANTS'
MEMORANDUM IN SUPPORT OF GENERAL MOTION FOR
SUMMARY JUDGMENT AND EXHIBITS B, C, D, E, J, AND L THERETO**

This matter has come before the Court on The Cook Defendant's Motion to Maintain
Under Seal The Cook Defendants' Memorandum in Support of General Motion for Summary
Judgment and Exhibits B, C, D, E, J, and L Thereto.  The Court, having reviewed the Cook
Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good
cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **The Cook Defendants' Memorandum in Support
of General Motion for Summary Judgment [Dkt. Nos. 13076 and 13084] and Exhibit B
[Dkt. No. 13076-1], Exhibit C [Dkt. No. 13076-2]**, **Exhibit D [Dkt. No. 13076-3]**, **Exhibit E
[Dkt. No. 13076-4], Exhibit J [Dkt. No. 13076-5], and Exhibit L [Dkt. No. 13076-6] thereto**
are to be maintained *under seal*.

US.127737619

SO ORDERED this _____ day of _____, 2020.


_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.127737619