UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2592 |
| This Document Relates to:<br>17-cv-00004<br>17-cv-00881<br>18-cv-01004<br>18-cv-02081<br>18-cv-04022<br>19-cv-00241<br>19-cv-00301<br>19-cv-00535<br>19-cv-01027<br>19-cv-01195<br>19-cv-01320<br>19-cv-01620<br>19-cv-01622<br>19-cv-04039<br>19-cv-04069 | |

## MOTION TO SUBSTITUTE COUNSEL

COME NOW Plaintiffs, in the above-mentioned matters, and bring this Motion to Substitute Counsel, requesting the Court grant permission for attorney Brandon Lightfoot Rich to withdraw and to substitute attorney Taylor Wright Williams as attorney of record in these cases, and in support thereof would show:

Attorney Brandon Lightfoot Rich was previously appointed to represent Plaintiffs through Driggs, Bills & Day in MDL 2570. Attorney Rich is no longer with the firm Driggs, Bills & Day. Attorney Williams is currently employed by Driggs, Bills & Day.

The substitution of Attorney Williams for Attorney Rich does not prejudice any party. WHEREFORE, the Plaintiffs in the above-mentioned matters, respectfully move the Court to enter an order allowing Attorney Rich to withdraw from representing Plaintiffs and to substitute Attorney Williams as attorney of record in this case.

RESPECTFULLY SUBMITTED this 23rd day of April, 2020.

        DRIGGS, BILLS & DAY, PC

        *s/Taylor W. Williams*
        Taylor W. Williams, UT Bar No. 17348
        737 E. Winchester St., Salt Lake City, UT 84107
        (801) 363-9982
        twilliams@advocates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

*s/Taylor W. Williams*
Taylor W. Williams, UT Bar No. 17348
737 E. Winchester St., Salt Lake City, UT 84107
(801) 636-9982
twilliams@advocates.com