UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2592 |
| This Document Relates to:<br>17-cv-00004<br>17-cv-00881<br>18-cv-01004<br>18-cv-02081<br>18-cv-04022<br>19-cv-00241<br>19-cv-00301<br>19-cv-00535<br>19-cv-01027<br>19-cv-01195<br>19-cv-01320<br>19-cv-01620<br>19-cv-01622<br>19-cv-04039<   
19-cv-04069 | |

## ORDER ON MOTION TO SUBSTITUTE COUNSEL

Based upon good cause appearing, it is hereby ORDERED that Attorney Taylor Wright Williams be substituted as attorney of record for Attorney Brandon Lightfoot Rich in Civil Actions 1:17-cv-0004; 1:17-cv-00881; 1:18-cv-01004; 1:18-cv-02081; 1:18-cv-04022; 1:19-cv-00241; 1:19-cv-00301; 1:19-cv-00535; 1:19-cv-01027; 1:19-cv-01195; 1:19-cv-01320; 1:19-cv-01620; 1:19-cv-01622; 1:19-cv-04039; and 1:19-cv-04069 in MDL No. 2570.

This _____ day of April, 2020.

_____
Honorable Richard L. Young
United States District Judge