IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
James Albert Johnson, 1:17-cv-01236

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff James Albert Johnson, "Plaintiff" herein, and Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS, in the above entitled lawsuit, and pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), stipulate that all claims of Plaintiff James Albert Johnson against Cook Incorporated, Cook Medical LLC and William Cook Europe ApS are dismissed with prejudice, with each party to bear its own costs.

Date: April 24, 2020

Respectfully submitted,

| | |
|---|---|
| /s/   *Howard L. Nations* | /s/   *Jessica Benson Cox* |
| Howard L. Nations | Jessica Benson Cox |
| THE NATIONS LAW FIRM | FAEGRE DRINKER BIDDLE & REATH LLP |
| Texas Bar No. 14823000 | |
| 9703 Richmond Ave., Suite 200 | 300 N. Meridian Street, Suite 2500 |
| Houston, Texas 77042 | Indianapolis, Indiana 46204 |
| T:  713.807.8400 | T:  317.237.0300 |
| F:  713.807.8423 | F:  317.237.1000 |
| cb@howardnations.com | Jessica.Cox@FaegreDrinker.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |