AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| LARAY HARGROVE | ) | |
| *Plaintiff* | ) | Case No.   1:14-ml-2570-RLY-TAB |
| v. | ) | |
| COOK INCORPORATED, et al. | ) | This document relates to case no.: 1:20-cv-6123-RLY-TAB |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Laray Hargrove                                                                                                          .

Date:      04/24/2020                                    /s/Basil E. Adham
                                                                        *Attorney's signature*

                                                            Basil E. Adham TX Bar No. 24081742
                                                                   *Printed name and bar number*

                                                                   Johnson Law Group
                                                            2925 Richmond Ave, Suite 1700
                                                                    Houston, TX 77098

                                                                          *Address*

                                                            IVC@johnsonlawgroup.com
                                                                     *E-mail address*

                                                                    (713) 626-9336
                                                                   *Telephone number*

                                                                    (713) 626-3394
                                                                       *FAX number*