IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is dismissed with prejudice.
> Dated: 4/24/20
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
James Albert Johnson, 1:17-cv-01236

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff James Albert Johnson, "Plaintiff" herein, and Defendants Cook

Incorporated, Cook Medical LLC and William Cook Europe ApS, in the above entitled lawsuit,

and pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), stipulate that all claims of Plaintiff

James Albert Johnson against Cook Incorporated, Cook Medical LLC and William Cook Europe

ApS are dismissed with prejudice, with each party to bear its own costs.

Date: April 24, 2020

Respectfully submitted,

/s/   *Howard L. Nations*
Howard L. Nations
THE NATIONS LAW FIRM
Texas Bar No. 14823000
9703 Richmond Ave., Suite 200
Houston, Texas 77042
T:  713.807.8400
F:  713.807.8423
cb@howardnations.com

/s/   *Jessica Benson Cox*
Jessica Benson Cox
FAEGRE DRINKER BIDDLE &
REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
T:  317.237.0300
F:  317.237.1000
Jessica.Cox@FaegreDrinker.com

**ATTORNEY FOR PLAINTIFF**

**ATTORNEY FOR DEFENDANTS**