UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | 1:14-ml-02570-RLY-TAB |

## SCHEDULING ORDER

A status hearing is set for **MAY 11, 2020 at 2:00 p.m. (Eastern).**

Leadership counsel shall appear telephonically before the Honorable Richard L. Young, Judge. Dialing information will be provided by separate entry.

**SO ORDERED** this 27th day of April 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record