IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:20-cv-00848-RLY-TAB

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs Hilary Ketron and Aaron Ketron.

Dated:  April 28, 2020          *s/ Joseph J. Fantini*
                                Joseph J. Fantini, Esq.
                                PA Atty No. 307833
                                **ROSEN INJURY LAWYERS**
                                101 Greenwood Avenue, Suite 440
                                Jenkintown, PA 19046
                                Telephone:  (215) 310-9649
                                Facsimile:  (215) 989-4424
                                jfantini@roseninjurylawyers.com

                                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 28, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                               *s/ Joseph J. Fantini, Esq.*