**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

Michael Boyles

v.

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND             Case No: 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to:
See Exhibit A for Action Schedule

## STIPULATION OF DISMISSAL OF CATEGORY 2 CASES

Above-titled Plaintiff, Michael Boyles, and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the cases listed in the attached Exhibit A, are dismissed without prejudice, with each party to bear its own costs. These plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. No Plaintiff listed in Exhibit A, however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated this 28th of April, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ Danielle L. Lawrence<br>Danielle L. Lawrence<br>Lawrence & Associates<br>2500 Chamber Center Drive<br>Suite 300<br>Fort Mitchell, KY 41017<br>danielle@lawrencelaws.com<br><br>/s/ Justin L. Lawrence<br>Justin L. Lawrence<br>Lawrence & Associates<br>2500 Chamber Center Drive<br>Suite 300<br>Fort Mitchell, KY 41017<br>justin@lawrencelaws.com | /s/ James Stephen Bennett<br>James Stephen Bennett<br>FAEGRE BAKER DANIELS LLP<br>110 W. Berry Street, Suite 2400<br>Fort Wayne, IN 46802<br>Tel: 264-460-1725<br>Fax: 317-237-1000<br>Stephen.Bennett@FaegreBD.com<br>ATTORNEY FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that on 28th of April, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ James Stephen Bennett
James Stephen Bennett