AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| PAULA AMARAL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. | ) | |
| *Defendant* | ) | This document relates to case no.: 1:20-cv-6122-RLY-TAB |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paula Amaral                                                                                                               .

Date:      04/28/2020                                                          /s/Basil E. Adham
                                                                                              *Attorney's signature*


                                                                              Basil E. Adham TX Bar No. 24081742
                                                                                          *Printed name and bar number*

                                                                                            Johnson Law Group
                                                                                      2925 Richmond Ave, Suite 1700
                                                                                            Houston, TX 77098

                                                                                                  *Address*


                                                                                 IVC@johnsonlawgroup.com
                                                                                            *E-mail address*


                                                                                        (713) 626-9336
                                                                                        *Telephone number*


                                                                                        (713) 626-3394
                                                                                          *FAX number*