AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| MARY HAIRE <br> *Plaintiff* <br> v. <br> COOK INCORPORATED, et al. <br> *Defendant* | ) ) ) ) ) ) Case No.  1:14-ml-2570-RLY-TAB <br> This document relates to case no.: 1:20-cv-06126-RLY-TAB |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mary Haire                                                                                           .

Date:   04/28/2020

/s/Basil E. Adham
*Attorney's signature*

Basil E. Adham TX Bar No. 24081742
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*