IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

**IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND TAB  PRODUCTSLIABILITY LITIGATION**

**Case No. 1:14-ml-2570-RLY-TAB**
**MDL No. 2570**

---

**This Document Relates to Plaintiff(s):**

**CHARLES MONK**
**Case no. 1:19-cv-04059-RLY-TAB**

## ORDER

ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Charles Monk is hereby GRANTED, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 4/28/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.