IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
Maureen Foley
Civil Case #1:17-cv-06074

## MOTION TO WITHDRAW APPEARANCE

Attorneys, Susan E. Loggans, John W. Chwarzynski, Jr., Don Milner Sowers and Patrick J. Condron, respectfully move to withdraw their appearance and representation of Plaintiff, Maureen Foley. Plaintiff will continue to be represented by Joseph N. Williams of Riley Williams & Piatt, LLC. Because Joseph N. Williams is continuing representation of Plaintiff, no evidence of written notice to Plaintiff is necessary pursuant to Local Rule 83.7(c).

WHEREFORE, attorneys Susan E. Loggans, John W. Chwarzynski, Jr., Don Milner Sowers and Patrick J. Condron, respectfully move the Court for an Order allowing her to withdraw her appearance and representation of Plaintiff, and for all other just and proper relief.

Respectfully submitted,

Patrick J. Condron
Susan E. Loggans & Associates, P.C.

## CERTIFICATE OF SERVICE

I, Deborah A. Hecimovich, hereby certify that on April 28, 2020, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.