**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Morton, Hurieya, 1:19-cv-00415

## <u>STIPULATION OF DISMISSAL OF CATEGORY 2 CASE</u>

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned case is dismissed without prejudice, with each party to bear its own costs.  Plaintiff may refile her case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs.  If Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. Plaintiff, however, may not refile her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated: April 29, 2020


Respectfully submitted,

_/s/  Jeff Seldomridge_
Jeff Seldomridge
MILLER LAW FIRM LLC
108 Railroad Avenue
Orange, VA 22960
540-672-4224
Fax: 540-672-3055
Email: jseldomridge@millerfirmllc.com

_Attorney for Plaintiff_

_/s/ Kip S.M. McDonald_
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH
LLP (Indianapolis)
300 North Meridian Street , Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-1485
Fax: (317) 237-1000
Email: Kip.McDonald@FaegreDrinker.com

_Attorney for Defendants_

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S.M. McDonald*
Kip S.M. McDonald