IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: <br> 1:14-ML-02570-RLY-TAB <br> MDL No. 2570 <br><br> Hon. Richard L. Young |
| This Document Relates to: <br> Plaintiffs listed on the attached Exhibit A | |

## NOTICE OF TRANSFER TO INACTIVE STATUS

PLEASE TAKE NOTICE that effective April 1, 2020 Baird Brown was transferred to inactive status by the California Bar.

Date:   May 1, 2020

Respectfully submitted,

/s/ Baird A. Brown_____
Baird A. Brown
LAW OFFICES OF BAIRD BROWN, PC
3055 Wilshire Boulevard, Ste 980
P (213) 487-8880
F (213) 487-8884
bairdbrownlaw@gmail.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the CM/ECF participants registered to receive services in this MDL.

 /s/ Lucas Granillo_____
Lucas Granillo

## **Exhibit A**

1:16-cv-02989;   *Tavares v. Cook Incorporated, et al.*
1:17-cv-02446;   *Brown v. Cook Incorporated, et al.*
1:17-cv-02616;   *Rodriguez v. Cook Incorporated, et al.*
1:17-cv-02671;   *Whetstone v. Cook Incorporated, et al.*
1:17-cv-02672;   *Heeb v. Cook Incorporated, et al.*
1:17-cv-02759;   *Varela v. Cook Incorporated, et al.*
1:17-cv-02774;   *Frecker v. Cook Incorporated, et al.*
1:17-cv-02775;   *Goodwin v. Cook Incorporated, et al.*
1:17-cv-02796;   *Crump v. Cook Incorporated, et al.*
1:17-cv-02799;   *Everette v. Cook Incorporated, et al.*
1:17-cv-02800;   *Smith v. Cook Incorporated, et al.*
1:17-cv-02851;   *Phillips v. Cook Incorporated, et al.*
1:17-cv-02920;   *Wardrip v. Cook Incorporated, et al.*
1:17-cv-02921;   *Fike v. Cook Incorporated, et al.*
1:17-cv-02922;   *Beltran v. Cook Incorporated, et al.*
1:17-cv-02923;   *Wilkins v. Cook Incorporated, et al.*
1:17-cv-03025;   *Cole v. Cook Incorporated, et al.*
1:17-cv-03283;   *Hoffland v. Cook Incorporated, et al.*
1:17-cv-03333;   *Etheredge v. Cook Incorporated, et al.*
1:17-cv-03381;   *Douglas v. Cook Incorporated, et al.*
1:17-cv-03388;   *Jackson v. Cook Incorporated, et al.*
1:17-cv-03389;   *James v. Cook Incorporated, et al.*
1:17-cv-03430;   *Kelley v. Cook Incorporated, et al.*
1:17-cv-03431;   *Powers v. Cook Incorporated, et al.*
1:17-cv-03525;   *Anderson-Cotton v. Cook Incorporated, et al.*
1:17-cv-03526;   *Estrada v. Cook Incorporated, et al.*
1:17-cv-03528;   *McGlothin v. Cook Incorporated, et al.*
1:17-cv-03698;   *Bright v. Cook Incorporated, et al.*
1:17-cv-03785;   *Pearl v. Cook Incorporated, et al.*
1:17-cv-03791;   *Bailey v. Cook Incorporated, et al.*
1:17-cv-04046;   *Stout v. Cook Incorporated, et al.*
1:18-cv-02274;   *Branch v. Cook Incorporated, et al.*
1:18-cv-02602;   *Lonsdale v. Cook Incorporated, et al.*
1:19-cv-00860;   *Pelt v. Cook Incorporated, et al.*

**Exhibit A (Cont'd)**

1:19-cv-03353;   Castile *v. Cook Incorporated, et al.*
1:19-cv-03366;   Hines *v. Cook Incorporated, et al.*
1:19-cv-03369;   Porritt *v. Cook Incorporated, et al.*
1:19-cv-03372;   Gabryszak *v. Cook Incorporated, et al.*
1:19-cv-03373;   Sheard *v. Cook Incorporated, et al.*
1:19-cv-03374;   Homsher *v. Cook Incorporated, et al.*
1:19-cv-03375;   Salvatierra *v. Cook Incorporated, et al.*
1:19-cv-03376;   Kirkwood *v. Cook Incorporated, et al.*
1:19-cv-03386;   Dunlap *v. Cook Incorporated, et al.*
1:19-cv-03387;   Webb *v. Cook Incorporated, et al.*
1:19-cv-03388;   Stewart *v. Cook Incorporated, et al.*
1:19-cv-03390;   Wright *v. Cook Incorporated, et al.*
1:19-cv-03391;   Swayze *v. Cook Incorporated, et al.*
1:19-cv-03392;   Morris *v. Cook Incorporated, et al.*
1:19-cv-03396;   Small *v. Cook Incorporated, et al.*
1:19-cv-03403;   Harper-Smith *v. Cook Incorporated, et al.*
1:19-cv-03407;   Jones *v. Cook Incorporated, et al.*
1:19-cv-03408;   Turner *v. Cook Incorporated, et al.*
1:19-cv-03409;   Grayson *v. Cook Incorporated, et al.*
1:19-cv-03410;   Voorhies-Foster *v. Cook Incorporated, et al.*
1:19-cv-03411;   Hamsley *v. Cook Incorporated, et al.*