UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
See Exhibit A for Action Schedule

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a) the above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the cases listed in the attached Exhibit A, are dismissed with prejudice, with each party to bear its own costs. Plaintiffs and Defendants certify they have complied with their obligations under Section IV of Court's Case Management Order regarding Rules, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund [Dkt. 1246].

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants hereby respectfully request that the Court dismiss the cases listed on Exhibit A in their entirety with prejudice.

Dated May 4, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ David P. Matthews<br>David P. Matthews<br>MATTHEWS & ASSOCIATES<br>2509 Sackett St.<br>Houston, TX  77098<br>P:  713.522.5250 | /s/ Kip S.M. McDonald<br>Kip S. M. McDonald<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana  46204<br>P:  317.237.0300 |

US.127029090.03

F:  713.535.7184  
dmatthews@thematthewslawfirm.com

F:  317.237.1000  
Kip.McDonald@FaegreDrinker.com

ATTORNEY FOR PLAINTIFFS

ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ David P. Matthews*  
David P. Matthews

US.127029090.03

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff |
|---|---|
| 1:17-cv-02209-RLY-TAB | Nathaniel Aguilar |
| 1:17-cv-01964-RLY-TAB | Robert Antisdel |
| 1:18-cv-00578-RLY-TAB | Jeanette Ark |
| 1:17-cv-01965-RLY-TAB | Brandon Bak |
| 1:17-cv-03816-RLY-TAB | Melvin Barbour |
| 1:18-cv-00580-RLY-TAB | Dennis Baughman |
| 1:18-cv-00720-RLY-TAB | Bernice Blair |
| 1:18-cv-00581-RLY-TAB | Karen Bloom |
| 1:16-cv-00233-RLY-TAB | Lisa Bolaszewski |
| 1:16-cv-01269-RLY-TAB | Michelle Fortenbaugh, on behalf of Karen Breese |
| 1:17-cv-03130-RLY-TAB | Cassondra Bridgman |
| 1:16-cv-01849-RLY-TAB | Teresa Buttler-King |
| 1:16-cv-00241-RLY-TAB | Ashley Byrd |
| 1:18-cv-03593-RLY-TAB | Kim-Lan Carlson |
| 1:19-cv-03432-RLY-TAB | Lauren Crater |
| 1:16-cv-01845-RLY-TAB | Bonnie Cressler |
| 1:18-cv-00618-RLY-TAB | Jessica Davidson |
| 1:17-cv-02258-RLY-TAB | Donald Dawson |
| 1:17-cv-02080-RLY-TAB | Dion Draughn |
| 1:17-cv-03185-RLY-TAB | Betty Edwards |
| 1:17-cv-02074-RLY-TAB | Sheila Freeman |
| 1:16-cv-00234-RLY-TAB | Daniel Goble |
| 1:16-cv-00230-RLY-TAB | Louis Gonzalez |
| 1:17-cv-02027-RLY-TAB | Wanda Gray Vaughan |
| 1:17-cv-02061-RLY-TAB | Margaret Grochowalski |
| 1:17-cv-02067-RLY-TAB | David Hare |
| 1:17-cv-01915-RLY-TAB | Susan Harmon |
| 1:17-cv-01920-RLY-TAB | Neale Henslee |
| 1:19-cv-02601-RLY-TAB | Heather Hoag |
| 1:17-cv-02208-RLY-TAB | Alvin Hollingsworth |
| 1:16-cv-06047-RLY-TAB | Noel Incavo |
| 1:19-cv-02610-RLY-TAB | Robert Jones |
| 1:17-cv-01941-RLY-TAB | Tamika Kasey |
| 1:17-cv-01945-RLY-TAB | Lou Kelly |

| | |
|---|---|
| 1:19-cv-02589-RLY-TAB | Denise Kristopaitis |
| 1:18-cv-03883-RLY-TAB | Joddy Lansing |
| 1:17-cv-03707-RLY-TAB | Ronald Longale |
| 1:16-cv-01978-RLY-TAB | Timothy Mayo |
| 1:18-cv-00743-RLY-TAB | Alana McCloud (Jackson) |
| 1:16-cv-00192-RLY-TAB | David McLendon |
| 1:18-cv-00902-RLY-TAB | Charles Melvin, Personal Representative Lorraine M. Nettles |
| 1:17-cv-03221-RLY-TAB | Sonja Mesker |
| 1:18-cv-00746-RLY-TAB | Samuel Mills |
| 1:19-cv-02751-RLY-TAB | Donna Jane Moore |
| 1:17-cv-04693-RLY-TAB | Jimmie Nixon |
| 1:18-cv-00849-RLY-TAB | Raymond Prewitt |
| 1:18-cv-00850-RLY-TAB | Victory Quimayousie |
| 1:18-cv-00852-RLY-TAB; 1622-CC00366 | Nancy Rhines |
| 1:19-cv-02748-RLY-TAB | Sandra Robin |
| 1:18-cv-00884-RLY-TAB | Priscilla Roper |
| 1:17-cv-02008-RLY-TAB | Shirley Rouse |
| 1:19-cv-01387-RLY-TAB | Michelle Ruiz |
| 1:18-cv-00887-RLY-TAB | Jankie Sammy |
| 1:19-cv-02590-RLY-TAB | Barbara Sanders |
| 1:16-cv-01133-RLY-TAB | Virginia Schick |
| 1:17-cv-02019-RLY-TAB | Alexander Sickert |
| 1:16-cv-00194-RLY-TAB | Brooke Smith |
| 1:16-cv-00227-RLY-TAB | Nanette Springs |
| 1:17-cv-02022-RLY-TAB | Terry Stevulak |
| 1:17-cv-02024-RLY-TAB | Ashley Teague |
| 1:19-cv-02588-RLY-TAB | Marie Thompson |
| 1:16-cv-01984-RLY-TAB | Cheryl Tomlinson |
| 1:17-cv-04050-RLY-TAB | Michael Trujillo |
| 1:16-cv-00193-RLY-TAB | Diane Turcotte |
| 1:18-cv-02689-RLY-TAB | Diane Vlna |
| 1:16-cv-00226-RLY-TAB | Dale Weimar |
| 1:16-cv-00186-RLY-TAB | Kyara West |
| 1:16-cv-00224-RLY-TAB | Tanisha Wiley |

US.127029090.03