UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to:<br><br>Case No. 1:20-cv-1183 (Drew)<br>Case No. 1:20-cv-1184 (Ratliff)<br>Case No. 1:20-cv-1187 (Johnson) | **Plaintiffs' Notice of Cite Correction** |

Plaintiffs Lorin Drew, Reginald Ratliff, and Jahmel and Shauntae Johnson, by counsel, file this Notice of Cite Correction to correct an error in Plaintiffs' Motion for Remand and would respectfully show the Court the following:

## Specific Cite Correction

In its response brief, Cook correctly points out a mistaken citation in Plaintiffs' motion for remand. Plaintiffs' motion mistakenly attributed a researcher's comment regarding the *Betz Inc. v. Zee Co. Inc.* 718 F.3d 615 (7th Cir. 2013), opinion to the opinion itself. [Filing No. 13331, at ECF p. 97112, 97116-18.]  The correct quotation on page seven of Plaintiffs' motion should read:

> [Defendants] cannot run around the forum defendant rule by having only the non-forum defendant remove the case.

*Betz* 718 F.3d at 632.[1] The undersigned apologizes to both opposing counsel and the Court for this mistake.

The corrected quotation continues to support Plaintiffs' position that the Seventh Circuit does not take a favorable view of manipulative removal practices. It is unlikely the Seventh Circuit would reject the *Betz* defendant's efforts to evade the forum-defendant rule by manipulating **who** removed the case and then approve an end-run around the forum-defendant rule based on a manipulation of **when** the removal was filed in relation to service of process.

Plaintiffs will respond to the balance of Cook's response in their reply brief.

Respectfully submitted,

/s/*Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
jwilliams@rwp-law.com

Laci M. Whitley
FLINT LAW FIRM, LLC
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777 ext. 329
Facsimile: (618) 288-6824
Email: lwhitley@flintlaw.com

*Counsel for Plaintiffs*

---

[1] This corrected quotation removes a second sentence stating, "Just as defendants should not be able to run around the forum defendant rule with snap removals," and was attributed to the Circuit Court's opinion in error.

## Certificate of Service

I hereby certify that on May 5, 2020, a copy of the foregoing document was filed electronically through the Court's ECF filing system. Notice of this filing will be sent to all parties of record by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/*Joseph N. Williams*
Joseph N. Williams