AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| FRANK D. SELSOR<br>*Plaintiff*<br>v.<br>COOK MEDICAL, INC., et al.<br>*Defendant* | Case No. 1:20-cv-1307 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, FRANK D. SELSOR.

Date:  05/05/2020

/s/ Christina E. Mancuso
*Attorney's signature*

Christina E. Mancuso, TX Bar No. 12891400
*Printed name and bar number*

SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270
*Address*

cmancuso@sgptrial.com
*E-mail address*

(214) 276-7680
*Telephone number*

(214) 276-7699
*FAX number*