UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to:<br><br>Case No. 1:20-cv-1183 (Drew)<br>Case No. 1:20-cv-1184 (Ratliff)<br>Case No. 1:20-cv-1187 (Johnson) | |

# Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Remand

Plaintiffs, Lorin Drew, Reginald Ratliff, and Jahmel and Shauntae Johnson, by counsel, respectfully move the Court to grant them a five (5) day extension of time to file a reply in support of their Motion to Remand. In support of this motion, Plaintiffs state the following:

1. Plaintiffs filed their Motion to Remand on April 21, 2020 and Defendants filed its response on May 1, 2020. [*See* ECF Nos. 13331 and 13380.]

2. Pursuant to Amended Case Management Order 18, Plaintiffs' reply is due on or before May 7, 2020.

3. Plaintiffs respectfully request a five (5) day extension of time up to and including May 12, 2020 to file their reply.

4.      The undersigned counsel has discussed the requested extension with counsel for Defendants, Brian Paul, who stated that Defendants do not object to the extension request.

**Wherefore**, Plaintiffs, Lorin Drew, Reginald Ratliff, and Jahmel and Shauntae Johnson, by counsel, respectfully move the Court grant this motion and order that Plaintiffs' reply in support of their Motion to Remand is due on or before May 12, 2020.

Respectfully submitted,

RILEY WILLIAMS & PIATT, LLC


/s/ *Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
301 Massachusetts Avenue, Suite 300
Indianapolis, IN  46204
Telephone:   (317) 633-5270
Facsimile:    (317) 426-3348
Email:         jwilliams@rwp-law.com

Laci M. Whitley
FLINT LAW FIRM, LLC
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777 ext. 329
Facsimile: (618) 288-6824
Email: lwhitley@flintlaw.com

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on the 5th day of May, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams