UNITED SATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to:<br><br>Case No. 1:20-cv-1183 (Drew)<br>Case No. 1:20-cv-1184 (Ratliff)<br>Case No. 1:20-cv-1187 (Johnson) | |

# Order Granting Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Remand

This matter comes before the Court on Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Remand, which motion is on file and part of the Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' Motion is **Granted**.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiffs' Reply in Support of Motion to Remand is due on or before **May 12, 2020.**

**All of Which is Ordered** _____.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.