**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
See Exhibit A for Action Schedule

## ORDER DISMISSING CASES WITH PREJUDICE

Having considered the Stipulation of Dismissal with Prejudice of the Plaintiffs, whose

cases are listed on Exhibit A to this Order, and Defendants, Cook Incorporated, Cook Medical,

LLC, and William Cook Europe ApS:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the

Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety with prejudice.

SO ORDERED this 7th day of May 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff |
|---|---|
| 1:17-cv-02209-RLY-TAB | Nathaniel Aguilar |
| 1:17-cv-01964-RLY-TAB | Robert Antisdel |
| 1:18-cv-00578-RLY-TAB | Jeanette Ark |
| 1:17-cv-01965-RLY-TAB | Brandon Bak |
| 1:17-cv-03816-RLY-TAB | Melvin Barbour |
| 1:18-cv-00580-RLY-TAB | Dennis Baughman |
| 1:18-cv-00720-RLY-TAB | Bernice Blair |
| 1:18-cv-00581-RLY-TAB | Karen Bloom |
| 1:16-cv-00233-RLY-TAB | Lisa Bolaszewski |
| 1:16-cv-01269-RLY-TAB | Michelle Fortenbaugh, on behalf of Karen Breese |
| 1:17-cv-03130-RLY-TAB | Cassondra Bridgman |
| 1:16-cv-01849-RLY-TAB | Teresa Buttler-King |
| 1:16-cv-00241-RLY-TAB | Ashley Byrd |
| 1:18-cv-03593-RLY-TAB | Kim-Lan Carlson |
| 1:19-cv-03432-RLY-TAB | Lauren Crater |
| 1:16-cv-01845-RLY-TAB | Bonnie Cressler |
| 1:18-cv-00618-RLY-TAB | Jessica Davidson |
| 1:17-cv-02258-RLY-TAB | Donald Dawson |
| 1:17-cv-02080-RLY-TAB | Dion Draughn |
| 1:17-cv-03185-RLY-TAB | Betty Edwards |
| 1:17-cv-02074-RLY-TAB | Sheila Freeman |
| 1:16-cv-00234-RLY-TAB | Daniel Goble |
| 1:16-cv-00230-RLY-TAB | Louis Gonzalez |
| 1:17-cv-02027-RLY-TAB | Wanda Gray Vaughan |
| 1:17-cv-02061-RLY-TAB | Margaret Grochowalski |
| 1:17-cv-02067-RLY-TAB | David Hare |
| 1:17-cv-01915-RLY-TAB | Susan Harmon |
| 1:17-cv-01920-RLY-TAB | Neale Henslee |
| 1:19-cv-02601-RLY-TAB | Heather Hoag |
| 1:17-cv-02208-RLY-TAB | Alvin Hollingsworth |
| 1:16-cv-06047-RLY-TAB | Noel Incavo |
| 1:19-cv-02610-RLY-TAB | Robert Jones |
| 1:17-cv-01941-RLY-TAB | Tamika Kasey |

| | |
|---|---|
| 1:17-cv-01945-RLY-TAB | Lou Kelly |
| 1:19-cv-02589-RLY-TAB | Denise Kristopaitis |
| 1:18-cv-03883-RLY-TAB | Joddy Lansing |
| 1:17-cv-03707-RLY-TAB | Ronald Longale |
| 1:16-cv-01978-RLY-TAB | Timothy Mayo |
| 1:18-cv-00743-RLY-TAB | Alana McCloud (Jackson) |
| 1:16-cv-00192-RLY-TAB | David McLendon |
| 1:18-cv-00902-RLY-TAB | Charles Melvin, Personal Representative Lorraine M. Nettles |
| 1:17-cv-03221-RLY-TAB | Sonja Mesker |
| 1:18-cv-00746-RLY-TAB | Samuel Mills |
| 1:19-cv-02751-RLY-TAB | Donna Jane Moore |
| 1:17-cv-04693-RLY-TAB | Jimmie Nixon |
| 1:18-cv-00849-RLY-TAB | Raymond Prewitt |
| 1:18-cv-00850-RLY-TAB | Victory Quimayousie |
| 1:18-cv-00852-RLY-TAB; 1622-CC00366 | Nancy Rhines |
| 1:19-cv-02748-RLY-TAB | Sandra Robin |
| 1:18-cv-00884-RLY-TAB | Priscilla Roper |
| 1:17-cv-02008-RLY-TAB | Shirley Rouse |
| 1:19-cv-01387-RLY-TAB | Michelle Ruiz |
| 1:18-cv-00887-RLY-TAB | Jankie Sammy |
| 1:19-cv-02590-RLY-TAB | Barbara Sanders |
| 1:16-cv-01133-RLY-TAB | Virginia Schick |
| 1:17-cv-02019-RLY-TAB | Alexander Sickert |
| 1:16-cv-00194-RLY-TAB | Brooke Smith |
| 1:16-cv-00227-RLY-TAB | Nanette Springs |
| 1:17-cv-02022-RLY-TAB | Terry Stevulak |
| 1:17-cv-02024-RLY-TAB | Ashley Teague |
| 1:19-cv-02588-RLY-TAB | Marie Thompson |
| 1:16-cv-01984-RLY-TAB | Cheryl Tomlinson |
| 1:17-cv-04050-RLY-TAB | Michael Trujillo |
| 1:16-cv-00193-RLY-TAB | Diane Turcotte |
| 1:18-cv-02689-RLY-TAB | Diane Vlna |
| 1:16-cv-00226-RLY-TAB | Dale Weimar |
| 1:16-cv-00186-RLY-TAB | Kyara West |
| 1:16-cv-00224-RLY-TAB | Tanisha Wiley |