UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
See Exhibit A for Action Schedule

## ORDER DISMISSING CASES WITH PREJUDICE

Having considered the Stipulation of Dismissal with Prejudice of the Plaintiffs, whose cases are listed on Exhibit A to this Order, and Defendants, Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the claims of the Plaintiffs whose cases are listed on Exhibit A are dismissed in their entirety with prejudice.

SO ORDERED this 7th day of May 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

EXHIBIT "A"

| Member Case Number | Full Name of Plaintiff |
|---|---|
| 1:17-cv-02209-RLY-TAB | Nathaniel Aguilar |
| 1:17-cv-01964-RLY-TAB | Robert Antisdel |
| 1:18-cv-00578-RLY-TAB | Jeanette Ark |
| 1:17-cv-01965-RLY-TAB | Brandon Bak |
| 1:17-cv-03816-RLY-TAB | Melvin Barbour |
| 1:18-cv-00580-RLY-TAB | Dennis Baughman |
| 1:18-cv-00720-RLY-TAB | Bernice Blair |
| 1:18-cv-00581-RLY-TAB | Karen Bloom |
| 1:16-cv-00233-RLY-TAB | Lisa Bolaszewski |
| 1:16-cv-01269-RLY-TAB | Michelle Fortenbaugh, on behalf of Karen Breese |
| 1:17-cv-03130-RLY-TAB | Cassondra Bridgman |
| 1:16-cv-01849-RLY-TAB | Teresa Buttler-King |
| 1:16-cv-00241-RLY-TAB | Ashley Byrd |
| 1:18-cv-03593-RLY-TAB | Kim-Lan Carlson |
| 1:19-cv-03432-RLY-TAB | Lauren Crater |
| 1:16-cv-01845-RLY-TAB | Bonnie Cressler |
| 1:18-cv-00618-RLY-TAB | Jessica Davidson |
| 1:17-cv-02258-RLY-TAB | Donald Dawson |
| 1:17-cv-02080-RLY-TAB | Dion Draughn |
| 1:17-cv-03185-RLY-TAB | Betty Edwards |
| 1:17-cv-02074-RLY-TAB | Sheila Freeman |
| 1:16-cv-00234-RLY-TAB | Daniel Goble |
| 1:16-cv-00230-RLY-TAB | Louis Gonzalez |
| 1:17-cv-02027-RLY-TAB | Wanda Gray Vaughan |
| 1:17-cv-02061-RLY-TAB | Margaret Grochowalski |
| 1:17-cv-02067-RLY-TAB | David Hare |
| 1:17-cv-01915-RLY-TAB | Susan Harmon |
| 1:17-cv-01920-RLY-TAB | Neale Henslee |
| 1:19-cv-02601-RLY-TAB | Heather Hoag |
| 1:17-cv-02208-RLY-TAB | Alvin Hollingsworth |
| 1:16-cv-06047-RLY-TAB | Noel Incavo |
| 1:19-cv-02610-RLY-TAB | Robert Jones |
| 1:17-cv-01941-RLY-TAB | Tamika Kasey |

| | |
|---|---|
| 1:17-cv-01945-RLY-TAB | Lou Kelly |
| 1:19-cv-02589-RLY-TAB | Denise Kristopaitis |
| 1:18-cv-03883-RLY-TAB | Joddy Lansing |
| 1:17-cv-03707-RLY-TAB | Ronald Longale |
| 1:16-cv-01978-RLY-TAB | Timothy Mayo |
| 1:18-cv-00743-RLY-TAB | Alana McCloud (Jackson) |
| 1:16-cv-00192-RLY-TAB | David McLendon |
| 1:18-cv-00902-RLY-TAB | Charles Melvin, Personal Representative Lorraine M. Nettles |
| 1:17-cv-03221-RLY-TAB | Sonja Mesker |
| 1:18-cv-00746-RLY-TAB | Samuel Mills |
| 1:19-cv-02751-RLY-TAB | Donna Jane Moore |
| 1:17-cv-04693-RLY-TAB | Jimmie Nixon |
| 1:18-cv-00849-RLY-TAB | Raymond Prewitt |
| 1:18-cv-00850-RLY-TAB | Victory Quimayousie |
| 1:18-cv-00852-RLY-TAB; 1622-CC00366 | Nancy Rhines |
| 1:19-cv-02748-RLY-TAB | Sandra Robin |
| 1:18-cv-00884-RLY-TAB | Priscilla Roper |
| 1:17-cv-02008-RLY-TAB | Shirley Rouse |
| 1:19-cv-01387-RLY-TAB | Michelle Ruiz |
| 1:18-cv-00887-RLY-TAB | Jankie Sammy |
| 1:19-cv-02590-RLY-TAB | Barbara Sanders |
| 1:16-cv-01133-RLY-TAB | Virginia Schick |
| 1:17-cv-02019-RLY-TAB | Alexander Sickert |
| 1:16-cv-00194-RLY-TAB | Brooke Smith |
| 1:16-cv-00227-RLY-TAB | Nanette Springs |
| 1:17-cv-02022-RLY-TAB | Terry Stevulak |
| 1:17-cv-02024-RLY-TAB | Ashley Teague |
| 1:19-cv-02588-RLY-TAB | Marie Thompson |
| 1:16-cv-01984-RLY-TAB | Cheryl Tomlinson |
| 1:17-cv-04050-RLY-TAB | Michael Trujillo |
| 1:16-cv-00193-RLY-TAB | Diane Turcotte |
| 1:18-cv-02689-RLY-TAB | Diane Vlna |
| 1:16-cv-00226-RLY-TAB | Dale Weimar |
| 1:16-cv-00186-RLY-TAB | Kyara West |
| 1:16-cv-00224-RLY-TAB | Tanisha Wiley |