Submitted this 4th day of August, 2016.

/s/ signature

Douglas B. King, Esq., Co-Lead Counsel
Christopher D. Lee, Esq.
James M. Boyers, Esq.
John C. Babione, Esq.
Sandra Davis Jansen, Esq.
Kip S. M. McDonald, Esq.
WOODEN McLAUGHLIN LLP
One Indiana Square, Suite 1800
Indianapolis, IN  46204-4208
Tel:  (317) 639-6151
Fax:  (317) 639-6444
doug.king@woodenmclaughlin.com
chris.lee@woodenmclaughlin.com
jim.boyers@woodenmclaughlin.com
john.babione@woodenmclaughlin.com
sandy.jansen@woodenmclaughlin.com
kip.mcdonald@woodenmclaughlin.com

Andrea R. Pierson, Esq., Co-lead Counsel
J. Stephen Bennett, Esq.
Victoria Calhoon, Esq.
John T. Schlafer, Esq.
Nicholas B. Alford, Esq.
Jessica B.Cox, Esq.
FAEGRE BAKER DANIELS
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Tel: +1 (317) 237-0300
Fax: +1 (317) 237-1000
andrea.pierson@FaegreBD.com
stephen.bennett@FaegreBD.com
victoria.calhoon@FaegreBD.com
john.schlafer@FaegreBD.com
nicholas.alford@FaegreBD.com
jessica.cox@FaegreBD.com

Counsel for Cook Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2016, a copy of the foregoing Defendant Fact Sheet was served by electronic mail to the following:

Michael W. Heaviside
HEAVISIDE REED ZAIC
mheaviside@hrzlaw.com

Ben C. Martin
Law Office of Ben C. Martin
bmartin@bencmartin.com

David P. Matthews
Lizy Santiago
MATTHEWS & ASSOCIATES
dmatthews@thematthewslawfirm.com
lsantiago@thematthewslawfirm.com

D. Todd Mathews
GORI JULIAN & ASSOCIATES
Todd@gorijulianlaw.com