# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF
# ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐   I have **no pending cases** in the District Court for the Southern District of Indiana.

✔   I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   )   See attached list of cases pending in master docket 1:14-ml-2570-RLY-TAB

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | William B. Curtis | William B. Curtis |
| **Law Firm, Company, and/or Agency:** | Curtis Law Group | Curtis Law Group |
| **Address:** | 12225 Greenville Ave. Suite 750<br>Dallas, TX 75252 | 17754 Preston Rd., Suite 200<br>Dallas, TX 75252 |
| **Primary E-mail:** | bcurtis@curtis-lawgroup.com | bcurtis@curtis-lawgroup.com |
| **Secondary E-mail(s):** | jgomez@curtis-lawgroup.com | jgomez@curtis-lawgroup.com |
| **Telephone Number:** | (214) 890-1000 | (214) 890-1000 |
| **Facsimile:** | (214) 890-1010 | (214) 890-1010 |

Date: 05/08/2020                       s/ William Curtis

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.

**Attachment 1**

| Last Name: | First Name: | Docket no.: |
| --- | --- | --- |
| Tozzie | James | 1:15-cv-01607-RLY-TAB |
| Waller | William | 1:15-cv-01608-RLY-TAB |
| Van DeLaare | Vonda | 1:15-cv-01610-RLY-TAB |
| DeRita | Rosalie | 1:15-cv-01611-RLY-TAB |
| Casey | James | 1:16-cv-01790-RLY-TAB |
| Taylor | Roger | 1:16-cv-01793-RLY-TAB |
| Hundley | Lillie | 1:16-cv-02294-RLY-TAB |
| Justice | Martha | 1:16-cv-02472-RLY-TAB |
| Neal | Clarine | 1:16-cv-02473-RLY-TAB |
| Ainsworth | Sandra | 1:16-cv-02679-RLY-TAB |
| Arnett | Ken | 1:16-cv-02685-RLY-TAB |
| Bedell | Beth | 1:16-cv-02691-RLY-TAB |
| Forester | Kurt | 1:16-cv-02711-RLY-TAB |
| Hulver | Cathleen | 1:16-cv-02717-RLY-TAB |
| Jackson | Dorothy | 1:16-cv-02724-RLY-TAB |
| McLendon | Jasmine | 1:16-cv-02725-RLY-TAB |
| Picou | Joseph | 1:16-cv-02747-RLY-TAB |
| Williams | Dorothy | 1:16-cv-02764-RLY-TAB |
| Talley | Harriette | 1:16-cv-02765-RLY-TAB |
| Golder | Andrea | 1:16-cv-02780-RLY-TAB |
| Sanders | Elaine | 1:16-cv-02975-RLY-TAB |
| Wilson | Teri | 1:16-cv-03013-RLY-TAB |
| Williams | Stephanie | 1:16-cv-03014-RLY-TAB |
| Driggers | Laura | 1:16-cv-03032-RLY-TAB |
| Washington | Elaine | 1:16-cv-03039-RLY-TAB |
| Istre | Gene | 1:16-cv-03322-RLY-TAB |
| Davis | Jimmy | 1:16-cv-03323-RLY-TAB |
| Councilman | Marsha | 1:16-cv-03447-RLY-TAB |
| Rubin | Wesley | 1:17-cv-00485-RLY-TAB |
| Kline | David | 1:17-cv-00487-RLY-TAB |
| Brown | William | 1:17-cv-01014-RLY-TAB |
| Spencer | Vincent | 1:17-cv-01015-RLY-TAB |
| Rudd | Veda | 1:17-cv-01017-RLY-TAB |
| Puglisi | Robert | 1:17-cv-01019-RLY-TAB |
| Schoby | Louise | 1:17-cv-01020-RLY-TAB |
| Wise | Anita | 1:17-cv-01021-RLY-TAB |
| Alger | Lessie | 1:17-cv-01023-RLY-TAB |
| Brown-Street | Sonya | 1:17-cv-01625-RLY-TAB |
| Burcker | Richard | 1:17-cv-01626-RLY-TAB |

**Attachment 1**

| | | |
|---|---|---|
| Edley | Lori | 1:17-cv-01630-RLY-TAB |
| Hopkins | Johnny | 1:17-cv-01631-RLY-TAB |
| Davis | Joseph | 1:17-cv-02448-RLY-TAB |
| Conry | Pamela | 1:17-cv-02449-RLY-TAB |
| Graham | Tracy | 1:17-cv-02451-RLY-TAB |
| Murray | Diana | 1:17-cv-03046-RLY-TAB |
| Briggs | Stephen | 1:17-cv-03048-RLY-TAB |
| Wilson | Julie | 1:17-cv-03050-RLY-TAB |
| Lee | Dionne | 1:17-cv-03058-RLY-TAB |
| Johnson | Roland | 1:17-cv-03060-RLY-TAB |
| Turner | Larry | 1:17-cv-03603-RLY-TAB |
| Perry | Dolly | 1:17-cv-04088-RLY-TAB |
| Fissell | Deborah | 1:17-cv-04089-RLY-TAB |
| Williams | Christie | 1:17-cv-04090-RLY-TAB |
| Shaikh | Nisar | 1:17-cv-04092-RLY-TAB |
| Dumont | Paul | 1:17-cv-04094-RLY-TAB |
| Lindy | Joanne | 1:17-cv-04099-RLY-TAB |
| McCafferty | Sandra | 1:17-cv-04434-RLY-TAB |
| Lindholm | Tammi | 1:18-cv-00116-RLY-TAB |
| Kingery | Elizabeth | 1:18-cv-00243-RLY-TAB |
| Rigby | Tameka | 1:18-cv-00380-RLY-TAB |
| Lower | Brian | 1:18-cv-00635-RLY-TAB |
| D'Amico | Ashley | 1:18-cv-00758-RLY-TAB |
| Waltke | Karen | 1:18-cv-01065-RLY-TAB |
| Walsh | Candy | 1:18-cv-01178-RLY-TAB |
| Sullivan | William | 1:18-cv-01352-RLY-TAB |
| Robertson | Latasha | 1:18-cv-01396-RLY-TAB |
| Hazelberg | Stella | 1:18-cv-01397-RLY-TAB |
| Whisby | Melissa | 1:18-cv-01399-RLY-TAB |
| Tatum | Ray | 1:18-cv-01408-RLY-TAB |
| Bisson | Doris | 1:18-cv-01864-RLY-TAB |
| Johnson | Fred | 1:18-cv-01963-RLY-TAB |
| Hensley | Joe | 1:18-cv-01976-RLY-TAB |
| Xu | Yu | 1:18-cv-02285-RLY-TAB |
| Sanchez | Jose | 1:18-cv-02514-RLY-TAB |
| Sweatt | Mitsue | 1:18-cv-02516-RLY-TAB |
| Steele | Kim | 1:18-cv-03923-RLY-TAB |
| Phillips | Keri | 1:19-cv-00623-RLY-TAB |
| Ballard | Katherine | 1:19-cv-01907-RLY-TAB |
| Dalton | Stacie | 1:19-cv-01910-RLY-TAB |

**Attachment 1**

| | | |
|---|---|---|
| Logozzo | Josephine | 1:19-cv-03004-RLY-TAB |
| Moran | Bruce | 1:19-cv-03007-RLY-TAB |
| Ward | Thomas | 1:19-cv-03008-RLY-TAB |
| Hebbe | Sarah | 1:19-cv-03010-RLY-TAB |
| Toolate | Stephanie | 1:19-cv-03013-RLY-TAB |
| Babik | Christopher | 1:19-cv-03459-RLY-TAB |
| Garcia | Jorge | 1:19-cv-03460-RLY-TAB |
| Grimes | Joshua | 1:19-cv-03462-RLY-TAB |
| Taylor | William | 1:19-cv-03467-RLY-TAB |
| Ziaja | Paul | 1:19-cv-03469-RLY-TAB |
| Clark | Lorraine | 1:19-cv-04058-RLY-TAB |
| Monk | Charles | 1:19-cv-04059-RLY-TAB |
| Sanders | Kia | 1:20-cv-01296-RLY-TAB |