IN THE UNITED SATES DISTRICRT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
HONORABLE JUDGE RICHARD L. YOUNG

RE: COOK MEDICAL, INC., IVC FILTERS MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case# 1:14-2570 RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Civil Case # 1:15-cv- (0) -02051

**FILED**
9:27 am, May 11, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Cheryl McCall

_____

PLAINTIFF

v

C. Moze Cowper

_____

COUNSEL / PETITIONER / DEFENDANT

Opposition of MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF CHERYL MCCALL Case 1:115-cv-02051-RLY-TAB DOCUMENT 98 FILED 04/07/20 Pages 1-4 Page I.D. # 685 Exhibit (1)1-13. Filed by C. Moze Cowper. In most jurisdictions, the client s signature on the form eliminates the need to hold a hearing on the matter. This motion was not signed nor seen by client / Plaintiff Cheryl McCall. This motion was not served to client / Plaintiff Cheryl McCall no CERTIFICATE OF SERVICE as sworn by Moze Cowper to state I caused of copy of the foregoing via certified mail, regular mail, With known address 13602 Ramona Drive Whittier CA 90602. F 562-464-9954. Email mccallcheryl@yahoo.com.            1Of 6

Cheryl McCall by chance to discover unseen filed motion in learned process of Pacer account, fee of usage and obtaining of filed documents, filings of view of or access to any persons.

Counsel Moze Cowper violated court rules, violated sworn actions to court., false declarations U.S.C. S 1623 statements, Exhibit(1) 1-13

Rule 59. Motion to correct error

(A) Motion to correct error--When mandatory. A Motion to Correct Error is not a prerequisite for appeal, except when a party seeks to address: may be made by the trial court, or by any party.

(H) Motion to correct error based on evidence outside the record. Remove in entirety.

(1) The motion shall be supported by affidavits showing the truth of the grounds set out in the motion and the affidavits shall be served with the motion.

The rule requires that the motion for leave to withdraw as counsel of record must be accompanied by a showing that a copy of the motion that has been furnished to the party the attorney represents Plaintiff Cheryl McCall. Furthermore, the notice must advise the party of any ensuing deadlines and settings in the cause. Moze Cowper did provide unintended 'copy of motion to state filed Exhibit (2) 1-5 via email April 10th motion file date April 12th. This in fact was not the motion filed. Moze Cowper concealing already filed different and unseen motion to withdraw April 7th, 2020. Exhibit(1)1-13 perjury of sworn statement to court will file proof of service to Cheryl McCall.. No CERTIFICATE of SERVICE, no PROOF of SERVICE filed or received of either motion. Exhibit (1) 04/07/20 Document 98 Page I.D. #688 filed without any notice to client, / plaintiff, without any viewing, leaving no option of client / plaintiff Cheryl McCall to file in opposition of content, defend false statements and egregious actions. Violating the rules of this court and do so with malicious intent, in secrecy it appears as motion against Cheryl McCall. It is requested the court consider action to reprimand and sanction as it fit in this matter to representing counsel Moze Cowper of Cowper Law LLP. Case filed under Texas Bar 24095180 licensing, acting under California Bar 326614 licensing to act under ruling of Indiana Southern District Division, Mr. Cowper proceeds with his actions as if he is untouchable and above the rules of courts. Mr. Cowper's Actions gravely affected Cheryl McCall's rights of fair judicial processes and slandered viewpoints of this court towards her. It is requested Cowper Law LLP be denied all contingency fees, as no client should have to defend themselves to their own counsel in front of court of ongoing litigation proceedings Cook Medical MDL 2570.. These defamatory statements caused harm and will continue to cause harm as in the reasonably foreseeable re-publication of these defamatory statements.

Pursuant FED .R.CIV .P. 12 and Local Rule 7.1 (a) Dispositive motions. Motion to dismiss all parts all wordings in C. Moze Cowper's 4/7/2020 filed MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF CHERYL MCCALL filed 04/07/2020. Request in its entirety be removed in entry of action in McCall v Cook Medical..

1. All parts 1-13 are false and damming statements incorrect of truths violate attorney client privilege. Local Rule 1.6 Confidentiality of Information. (a) and Local Rule 4.1 Truthfullness in Statements to Others (a). Misrepresentation (1) misleading statements, affirmative false statements and Local Rule 8.4 Misconduct (c) engage in conduct t involving, dishonesty, fraud, deceit or misrepresentation. Most importantly (d) engaging in conduct that is prejudicial to the administration of justice.

2. No draft, NO copy of now entered as filed request "MOTION TO WITHDRAW AS COUNSEL OF RECORD' for Cheryl McCall filed 4/7/2020 of United States District Court Indiana, Honorable RICHARD L. YOUNG presiding no copy was submitted to Cheryl McCall. Motion of expansive, accusatory and defaming statements. Client / plaintiff of no ability to reply to these statements as filed extends far beyond scope of court ethics nothing of motion sent via email by Moze Cowper to Cheryl McCall, Cowper Law Exhibit (3) Cover letter accompanying 1-5 MOTION TO WITHDRAW .. A simple acceptable motion for the court, client copy received by (email) to Cheryl McCall.

3. Motion filed auspiciously and surreptitiously of Mr. Moze Cowper Exhibit (1) 1-13 A now 13 item statements of MOTION TO WITHDRAW AS COUNSEL OF RECORD are void in merits of actual truth, motion comprised by Moze Cowper.. created of malice in displayed personnel vendetta and covering breach of duty to Cheryl McCall questioned lack of action in duty of counsel being breached, and proceeding in ongoing litigation with known false medical records, to deny all requested medical records 11/23/2019 for comparison of Cheryl McCall's copy versus Cowper Laws received of medical records of Cheryl McCall. Signed release of all records 12/10/2015 to Cowper Law (standard of practice obtain plaintiff's/clients complete medical records, copy to paper, EXEL file or other client disk back up..)

4. Cheryl McCall as of 11/23/2019 to present requested with patience awaited the promised copy of records, to this date complete failure to produce medical rerecords 4 months of precious time drug on in email request / faxed request / online secretary service "Ruby Receptionist" and requested to various changes of staff members assigned to my case. Repeated inquiry with no records to be obtained becoming obvious no designated set of records was ever obtained of client in representation and so stated 'let me fight these guys for you".

ontinued evasive tactics created massive time delay in promise of reply, with no reply by Moze Cowper, only staff Noel Garcia and Rose Mongoon to recite "after the holidays' 'after Jan 8th' 'office is closed and reopens in mid Jan', February comes March to April, Cheryl McCall receiving weeks of opposition, now in total frustration requests disclosure of truth of fact Cowper Law LLP never obtained or promptly turned over medical records to steering committee, Cheryl McCall to ask please inform as a client, so I may stop requesting over and over, do not proceed in ridiculous replies "we are still needing to xerox copy your records" "Do you have a lap top" " I don't think you can open disc format "

5. To this date 05/06/2020 months in requests Cheryl McCall has no set of records from Cowper Law LLP. No answers to any questions, and continues to proceed in litigation with known false medical records, to deny client / plaintiff Cheryl McCall opportunity to amend and provide medical documentation of false medical records. This caused the quote "COMPLETE AND IRREPARABLE BREAKDOWN OF THE ATTORNEY-CIENT REATIONSHIP" stated of Mr. Cowper, These continuous failing of duty are the only reason Cheryl McCall requested 'pro per' to state "I would be better of alone pro per than your lack of duty",

6. Trepidation, threats, on again off again of Moze Cowper " we will represent you we wont represent you" delay in draft motion, not being produced or attached to email as stated Exhibit (3) Emails motion to withdraw sent to Cheryl McCall dated April 10th with fax cover sheet of April 10th, of a 04/01/20 filing. Additionally, multiple emails sent by Moze Cowper and staff each and every one void of reason, void of answer, but content of email in accusations in content to create issues in e-mails never sent or never occurred, Cheryl McCall continually replied in question of content.

7. Cheryl McCall to state many times of poor health, and these emails and this whole process an immeasurable ordeal make all conditions worse, dealing with results in negative an defaming statements on court docket available for any attorney or lay person with Pacer or court acess. Taking my precious time with un-pleasantries to level of imminence physical and emotional pain., Add in COVID19 I am left in abandonment with total sense of betrayal in false promises of Moze Cowper "let me fight these guys for me" bringing the last 5 years to a complete and total waist of energies. To impede my right to fair justice.

8. Mr. Cowper statements of filed motion. support thereof, these erroneous statements are void of truth in fact and void of action as documented. Repeatedly Cowper Law ignored all reference to and my pleading to at least review records.

Cook Medical device failure, malfunction and complication occurred during extraction of fractured, migrated, L2 Lumbar embedded IVC filter. Obtained procedure Medicare procedure ledger of Cheryl McCall's happenings 5/26/2015 – A Cook Medical CVC central venus catheter device failure.
(catheter on global recall).   Not listed in operative narrative, left in omission by my treating physician. Intent to avoid entire occurrence and reporting of device failure adverse event. Cook Medical Website states "contact the field operations or customer service for help with this matter. Numerous emails were sent of no response or reply from treating my Cook Medical compensated physician Dr. Sung Wan Ham or any representative of Cook Medical. As email was sent within hours email from Moze Cowper reprimanding for my actions. Became method of contact for Moze Cowper who was (proofs on file) "out of the office" "on vacation" "out of the country" and "just off an airplane will contact you" "I will contact you after meting with Kip McDonald." Days and days and day of no reply.

9. Cheryl McCall learned of an unsettling strong kinship between Cook Medical Defense counsel Kip McDonald and Moze Cowper a decade of prior pharma litigating and not for plaintiffs favor. Mr. Cowper opened this platform with filed 07/04/20 motion damning to the personal character of client Cheryl McCall sworn to by Mr. Cowper, Opposition to it's contents and urgency in legal right in request for it's immediate removal from court docket. This never should have occurred. Mr. Cowper was litigator for 3 years for now Cook Medical Inc. defense, failing to inform Cheryl McCall a total sense of betrayal. To include statement of Mr. Cowper "even Kip says I should drop you" no words describe the feeling to become the advisory not the client.

10. Addressing 5.6.7.8.9. Breaking lawyer client bond and confidentiality Mr. Cowper states 8. while we believe the above non-confidential events...... etc etc" Who is the "We" and who are "They" to classify client happenings as "non-confidential." Statement 5. Exhibit (4) Police Incident Report NOT TO BE DUPLICATED 5/11/2019 Cheryl McCall to personally obtain requested copy of incident of Cheryl McCall. Time of incident seeing suicide, end of life in action as the only answer to end physical pains of illness, financial devastation, false offers of settlement during loss of mother recurrent bone cancer months or days to live. 4 years in of my battle, alone Cheryl McCall to message "if my life should end my file will be turned over to family to continue in fight against and damages adding suicide to list of losses." I believe this extremely confidential, violation of attorney client confidentiality and in violation of HIPPA rights, Slander and here-say, known false statement to court committed by Mr. Cowper to re-word to create a desired false scenario.

Occurrence made to be perceived as cause of action taken by Cook Medical in of enforcement of violation of law or threat made by Ms. McCall. Mr. Cowper presents misleading truths in ongoing case I am a party to as he removes himself from situation. All able to acquire filed motion in MDL to now and forever to have affected in the viewpoint of Cheryl McCall to included future jury and presiding Judge, leaving an inexcusable tool for defense to call upon at will. Statement 5,

(of Mr. Cowper's interpenetrated hearsay scenario of which he was not present to and had no privilege to disclose (HIPPA) submitted the following) quote *"Ms. McCall contacted a number (email yahoo list of contacts) of individuals at Cook Medical Inc. and a decision was made to call the local authorities and police were sent to Ms McCall's home in Whittier, California."* > the 5/11/2019 mothers day incident a 'Welfare Check' possible suicide 4 of Whittler's Police in concern arrived to my home in a 'Welfare Check at Whittier CA., my family residence 50 plus years.

11. In poor health and the stresses of producing this document, Respectfully I, Cheryl McCall ask Honorable Judge RICARD L. YOUNG to make decision in these matters best way fit under law. To grant order of removal of motion in completeness. To hold Cowper Law LLP, Moze Cowper for violations committed to this court and Cheryl McCall. I am a lay person and these proceedings and actions I have no experience.

12. Request motion to amend this complaint / request to be granted of honorable Judge RRICHARD L. YOUNG.

A copy of this opposition as it reads will be sent via certified mail to last known address of Moze Cowper

Moze Cowper Esq. COWPER LAW LLP

10880 Wilshire Blv. Ste 1840 Los Angeles, CA 90024

P (877)-529-3707 F (877)-284-0980

Dated 05/06/2020
Signed _____
Cheryl McCall
13602 Ramona Drive
Whittier CA 90602
P (562)-351-3008 F (562)-464-9954
Email mccallcheryl@yahoo.com

temporary-efiling@insd.uscourts.gov