IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No: 2570 |

This Document Relates to Plaintiff(s):

CHERYL MCCALL

Civil Case # 1:15-cv-2051

## MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF CHERYL MCCALL

Pursuant to S.D. Ind. L.R. 83-7, counsel for Cheryl McCall, COWPER LAW LLP, hereby request the Court for an Order allowing C. MOZE COWPER, ESQ. and the firm COWPER LAW LLP to withdraw as counsel of record for Cheryl McCall. In support thereof, counsel states the following:

1. This action was filed on December 23, 2015, on behalf of Cheryl McCall, alleging personal injuries caused due to a Cook Gunther Tulip IVC filter.

2. There has been a complete and irreparable breakdown of the Attorney-Client relationship.

3. Plaintiff has contacted both defense counsel or Cook Medical Inc. (the defendant in this matter) on approximately *fifty occasions* in the last year while knowing that she is to have no direct contact with them.

4. Mr. Cowper has warned his client not to contact defense counsel or anyone at Cook Medical Inc. on innumerable occasions and the client refuses to comply.

EX 1 1 OF 3

5. In or around May 11, 2019, Ms. McCall contacted a number of individuals at Cook Medical Inc. and a decision was made to call the local authorities and police were sent to Ms. McCall's home in Whittier, California.

6. Over the last year, Plaintiff McCall has also left abusive, vulgar, and threatening messages to a number of staff at Cowper Law LLP via email, fax, text messages, and voicemail.

7. On February 10, 2020, both plaintiff and defense counsel had a conference call with this Court in order to discuss the aforementioned events.

8. While we believe the above *non-confidential* events are sufficient grounds to withdraw as counsel, if this court desires further information or specific examples to further support the good faith basis for this motion and for withdraw, it is respectfully requested that the court have an *in camera* hearing outside of the presence of all other parties so that the specific facts demonstrating good cause for this withdraw may be demonstrated to the court.

9. Finally, Plaintiff McCall has explicitly stated, in writing, that she intends to proceed *In Pro Per*.

10. For the aforementioned reasons, a compelling reason exists for the Court to permit C. MOZE COWPER, ESQ. and the law firm of COWPER LAW LLP to withdraw as counsel in this case.

11. Given that counsel's withdraw will leave Plaintiff without representation, counsel notes that there is not a trial set in this matter and there are no pending motions.

12. Plaintiff Cheryl McCall's last known address is 13602 Ramona Drive, Whittier, CA 90602 and her last known telephone number is 562-351-3008.

Ex 1 2 of 3

13. A copy of this filed motion will be served upon Cheryl McCall at her last known address as referenced above.

WHEREFORE, counsel respectfully moves the Court for an Order withdrawing C. MOZE COWPER, ESQ. and the law firm of COWPER LAW LLP from representation of Plaintiff Cheryl McCall. A proposed Order has been filed herewith.

**Dated: April 7, 2020**

Respectfully Submitted,

/s/ C. Moze Cowper
C. Moze Cowper, Esq.
**COWPER LAW LLP**
10880 Wilshire Blvd., Ste. 1840
Los Angeles, CA 90024
P: (877) 529-3707
F: (877) 284-0980
Email: mcowper@cowperlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

Additionally, on this date, I caused a copy of the foregoing to be served via certified mail and regular mail on the following party:

**Cheryl McCall**
**13602 Ramona Drive**
**Whittier, CA 90602**

/s/ C. Moze Cowper
C. Moze Cowper, Esq.
**COWPER LAW LLP**
10880 Wilshire Blvd., Ste. 1840
Los Angeles, CA 90024
P: (877) 529-3707
F: (877) 284-0980
Email: mcowper@cowperlaw.com

Ex 1 3 of 3