## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

Additionally, on this date, I caused a copy of the foregoing to be served via certified mail and regular mail on the following party:

Cheryl McCall
13602 Ramona Drive
Whittier, CA 90602

/s/ C. Moze Cowper
C. Moze Cowper, Esq
COWPER LAW LLP
10880 Wilshire Blvd., Ste. 1840
Los Angeles, CA 90024
P: (877) 529-3707
F: (877) 284-0980
Email:
mcowper@cowperlaw.com

---

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No: 2570

This Document Relates to Plaintiff(s):

CHERYL MCCALL

Civil Case # 1:15-cv-2051

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter has come before the Court upon Plaintiff's Counsel's *Motion t Withdraw as Counsel of Record*. The Court, being duly advised, hereby finds that thi Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that C. MOZE COWPEI ESQ. and the law firm of COWPER LAW LLP shall be withdrawn as counsel of record i this action.

SIGNED _____, 2020

HONORABLE RICHARD L. YOUNG
United States District Court
Southern District of Indiana

EX 2
1 OF 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No: 2570

This Document Relates to Plaintiff(s):

CHERYL MCCALL

Civil Case # 1:15-cv-2051

## MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF CHERYL MCCALL

Pursuant to S.D. Ind. L.R. 83-7, counsel for Cheryl McCall, COWPER LAW LLP, hereby request the Court for an Order allowing C. MOZE COWPER, ESQ. and the firm COWPER LAW LLP to withdraw as counsel of record for Cheryl McCall. In support thereof, counsel states the following:

1. This action was filed on December 23, 2015, on behalf of Cheryl McCall, alleging injuries caused due to a Cook Gunther Tulip IVC filter.

2. There has been a complete and irreparable breakdown of the Attorney-Client relationship. Further, Plaintiff McCall has explicitly stated, in writing, that she intends to proceed *In Pro Per*. As such, a compelling reason exists for the Court to permit C. MOZE COWPER, ESQ. and the law firm of COWPER LAW LLP to withdraw as counsel in this case.

3. Given that counsel's withdrawal will leave Plaintiff without representation, counsel notes that there is not a trial set in this matter and there are no pending motions.

4. Cheryl McCall's last known address is 13602 Ramona Drive, Whittier, CA 90602 and her last known telephone number is 562-351-3008.

5. A copy of this filed motion will be served upon Cheryl McCall at her last known address as referenced above.

WHEREFORE, counsel respectfully moves the Court for an Order withdrawing C. MOZE COWPER, ESQ. and the law firm of COWPER LAW LLP from representation of Plaintiff Cheryl McCall. A proposed Order has been filed herewith.

Dated: April 12, 2020

Respectfully Submitted,

/s/ C. Moze Cowper
C. Moze Cowper, Esq.
COWPER LAW LLP
10880 Wilshire Blvd., Ste. 1840
Los Angeles, CA 90024
P: (877) 529-3707
F: (877) 294-0980
Email: mcowper@cowperlaw.com

*Attorney for Plaintiff*

Ex2 282