

# Cowper Law LLP

April 10, 2020

**VIA EMAIL AND FAX TO:** mccallcheryl@yahoo.com; 562-464-9954

Cheryl McCall
13602 Ramona Drive
Whittier, CA 90602

RE:   **Withdrawal as Counsel**
      **McCall v. Cook Medical, Inc. (1:15-cv-02051)**

Dear Cheryl,

As you know, on April 7, 2020, this firm electronically filed a Motion to Withdraw as Counsel in the District Court of the Southern District of Indiana in your case against Cook Medical Inc. Our withdrawal will not be complete until the Judge signs the Order granting withdrawal. As such, I am still the attorney of record until such Order is granted and filed in your case.

We have received your demand that your file be turned over to you within seven (7) days. We will send your entire file to you this weekend via FedEx. We will also inform you once the Judge issues his Order.

In the meantime, it has come to my attention that you have been sending more harassing texts messages to attorney Noel Garcia's personal cell phone. Please immediately cease this behavior or we will take all appropriate legal action against you.

Respectfully,

C. Moze Cowper, Esq.

www.cowperlaw.com

Ex 3 1 of 4

## Fax Confirmation Image

Page 1

Date/Time            : APR-18-2020 01:17PM SAT
Model Name           : M2070 Series
Machine Serial Number: 0704B8KHCC0023F
Host Name            : SEC842519021F3B

| No  | Name/Number   | Start Time    | Time   | Mode | Page    | Result |
|-----|---------------|---------------|--------|------|---------|--------|
| 228 | 18772840980   | 04-18 13:16PM | 01'22" | G3   | 002/002 | OK     |

Email

From: 5623513008@vzwpix.com                                 4/10/20 5:10 PM
To: My Email

Moze Cowper Cowper Law LLP
Again you should get your facks completely in check before you use your comments and emails to abuse me and cover the many erounous false statements replys to emaill and occurances that never hapened. Did not happen as you and your staff replied to cover your withdraw without cause and breach of duty.
Medical records from Keck denied since 11/23/2019
5 different emeails postponting, with different reason for not forwarding,
After the holidays
After the 8th if January
Do you have a Lap top?
You wont be able to open. discs.
We are working on it
Fed ex delivery with no set of records from Keck Medicine 11/21/2014 to 8/26/2016
Box was returned not deinied as was absent the very records I had been requesting
No reason or reply for why records a standard of field of work in law are not in posession of representing attorney Cowper Law LLC 3 months od denial to then withdrawl as counsel.
On again off affain emails, no phone call
Cowper Law somehow stated in email "I had contact with another firm listing the name of said firm, impossibility as I Cheryl McCall received no contact of confirmation, and left out completely Cowper Law by name in professional courtesy,. Yet Cowper Law accused of contact this firm by name and to email Cheryl McCall to fact of cobtact with said attorney. Taking action behind my knowlege was only way Cowper Law could have comprised email sent.
No reply, no answer,. no action of duty owed to inform client Cheryl McCall of reasons for denial of every question submited.
In the midst of Covid19 Moze Cowper withdrawl of counsel with no face to face encounter to review my offered information.
My posseosion of legally admissible medical procedure, billing an false medicare coding in regards to McCall vs Cook Medical.
Cowper Law to proceed with knowingly false medical records created with intent to avoid causation to Cook Medical manufacturer of broken, defective, migrated, embedded, calsified broken struts in Lumbard Body L2, ivc thrombosed Gunther Tulup IVC Filter Cook Medical
Moze Cowper also to deny amending original complaint where incorrect IVC filter by name is present is 12/23/2015 filed complaint.
Stating it makes no matter if the wrong filter name was imputed in complaint.
No action has been taken by Moze Cowper to fight this case. Turning it over to steering committee.
Moze Cowper sold his representation as a counsel fighting for me,
never informing Cheryl McCall he was a mass tort filing counsel only, and would take no action in pursuing my case.
To finnaly correct and include correspondence from Noel Garcia
Quote,"
Cheryl I wish you the same. I truly sympathize with you more than you kno. From your health struggles to fear to upset with the system.
I get it and I am very sorry.
end Quote Text message from Noel Garcia as I texted goodbye to her.

EX 3   2 of 4



Email

## Re: Draft Motion to Withdrawal as Your Counsel

**From:** My Email

**To:** Moze Cowper

NOT ATTACHED
MARCH 16TH
your funny records from kaiser
and no the release i redacted stated to contact the number on release
and I kno you did not forward the request i faxed to you.
and no I make no promises .
you will not threaten me.
you still havnt explained where records are i requested 3 months ago from you
never answered why you cannot produce them
you have ground me into a pulp dealing with your threats on off on off
no answers no medical records.
conspiracy theory coment.
my detailed email of all the conflicts of my Cook Medical compensated physician Dr Sung M Ham.  The blatent discrepancies that I have in my possessions, not just og eror but completly false with intent to protect Cook Medical thru my entire care.  Pathology report imposibility of medicine to be recieved as in tact ivc filter post extraction. yet filter was cut,  dug, liyssed sharply, pott scicors, wire cit out of various parts of my insides

Is it that you forward my records to sterring committee, as you obiously do not read them.
Help me understand.

leave to world pandemic. and the couts at a standstill.
my odds of death have increased 2 fold
my in home health worker was canceled caseworkers can not come to homes

so yes vegas odd say remain miss mccall counsel she is to sick to fight
and all we have to do is what we have done
ignore all requests and questions she will burn herself out and likly die.
making collecting any settlement much easier
cheryl mccall

*Sent from my Verizon LG Smartphone*

------ Original message------
**From:** Moze Cowper
**Date:** Mon, Mar 16, 2020 3.34 PM
**To:** mccallcheryl@yahoo.com;
**Cc:** Noel Garcia;
**Subject:** Re: Draft Motion to Withdrawal as Your Counsel

If you would like us to continue as your counsel, we are willing to do so **if you promise to not contact defense counsel or Cook.**  You promised us this multiple times and you did it again last week.  For reasons I cannot explain (other than the COVID-19 virus has completely disrupted civilization in the last few weeks), defense has not filed the motion nor sought a restraining order against you.  Are there new medical records from Kaiser that we need to obtain?  You said you went to the hospital last week.  Where did you go?

Please advise if you would like us to continue as your counsel.

Moze

**From:** "mccallcheryl@yahoo.com" >
**Date:** Monday, March 16, 2020 at 2:10 PM

EX 3  3 of 4

**To:** Moze Cowper >
**Subject:** Re: Draft Motion to Withdrawal as Your Counsel

there is no other councel
but you kno this, you knew this before i did
i have an underlying condition
i am forever on my own
i am hurt, i am abandoned,
o ooo i should just learn to be quiet an take the wrongs that continue against me

and now as thru out your representation

the silence.. day after day after day after

cheryl ann mccall
*Sent from my Verizon LG Smartphone*

----- Original message------
**From:** Moze Cowper
**Date:** Wed, Mar 11, 2020 12:29 PM
**To:** mccallcheryl@yahoo.com;
**Cc:** John Guth;Noel Garcia;
**Subject:** Draft Motion to Withdrawal as Your Counsel

Cheryl,

Please see the attached motion to withdrawal as your counsel that we intend to file tomorrow. In the motion, we indicate that you are going to continue with the lawsuit against Cook Medical on your own behalf (pro per). Today, however, you emailed me a number of abusive emails that suggest you are talking with an attorney at Lopez McHugh. Please inform me by the end of today whether you intend to retain Lopez McHugh as this would change the attached motion. Thanks.

C. Moze Cowper
**Cowper Law LLP**
Office: 877.LAW.3707
Mobile: 310.750.7337
Fax: 877.284.0980
www.cowperlaw.com

This message may contain information that is attorney work product, attorney-client privileged or other wise confidential. If you are not an intended recipient, the use or disclosure of this message is strictly prohibited. If you received this message in error, please notify the sender by reply e-mail, and delete the message and any attachments.

Ex 3  4 of 4