# Fax Confirmation Image

Page 1

```
Date/Time              : APR-23-2020 01:14PM THU
Model Name             : M2070 Series
Machine Serial Number  : 0704B8KHCC0023F
Host Name              : SEC842519021F3B
```

| No  | Name/Number | Start Time    | Time   | Mode | Page    | Result |
|-----|-------------|---------------|--------|------|---------|--------|
| 233 | 5679145     | 04-23 13:13PM | 01'08" | G3   | 002/002 | OK     |

## WHITTIER POLICE DEPARTMENT
PROUDLY SERVING THE CITIES OF WHITTIER AND SANTA FE SPRINGS

Report #: ____
PSA#: ____

### REQUEST FOR RELEASE OF INFORMATION

Name of Applicant: Cheryl McCall    Agency: Self
Home Address: 13602 Ramona    Home telephone: 562 464 9954
Work Address: —    Work/Cell telephone: 562 351 3008

**REQUESTED INFORMATION:**
Date/Time of Incident: 5/12/2019 1pm-    Location: 13602 Ramona Drive Whittier 90602

Report Type: (Please check one)
- ☐ Arrest Report
- ☐ Crime Report
- ☐ Other ____
- ☐ Traffic Collision
- ☐ Special Computer Search
- ☐ Local Criminal History
- ☑ Incident Report/Call for Service
- ☐ Digital Photos
- ☐ 911 Audio

**PARTY OF INTEREST:** (Please check one)
- ☑ Victim named in document(s) requested
- ☐ Driver, passenger, or pedestrian involved in traffic collision report requested
- ☐ Arrestee
- ☐ Witness
- ☐ Reporting Party
- ☐ Insurance company representing subject of record (Claim# ____)
- ☐ Parent/guardian of juvenile
- ☐ Media
- ☐ Bail Bondsman
- ☐ Military Recruiter (signed authorization required)
- ☐ Attorney for: ____ (authorization req)
- ☐ Law Enforcement Officer conducting criminal investigation – Case No. ____
- ☐ Property Owner
- ☐ Authorized individual (signed authorization required)
- ☐ Other party of interest: (specify) ____

I declare under the penalty of perjury that I am the party of interest identified above.
Signature: /s/ Cheryl McCall    Date: 4/23/2020

**(OFFICE USE ONLY)**
- ☐ Booking sheet and/or Dispo
- ☐ Redacted copy released    Prepared By ____ # ____
- ☐ Local Criminal History
- ☐ Denied    Comments or reason for denial: ____
- ☐ Complete Report released    Released by ____ # ____

Fax copy of Request: ( )    ☐ Mail   ☐ Will Call
Date: ____    Amount: $ ____

5/24/2011  Fax to (562) 567-9145, mail to 13200 Penn Street, Whittier CA 90602, or hand deliver

Ex 5 1 of 2

# Incident Report

**WHITTIER POLICE DEPARTMENT**
13200 E. Penn Street
Whittier, CA 90602
(562) 567-9200
www.whittierpd.org

NOT TO BE DUPLICATED
WHITTIER POLICE

Print Date/Time: 04/23/2020 21:07
Login ID: police\bly

Incident: 2019-00019890
ORI Number: CA0197600

| Field | Value |
|---|---|
| Incident Date/Time: | 5/11/2019 11:31:35 AM |
| Location: | 13602 E RAMONA DR, Whittier CA 90602 |
| Phone Number: | |
| Report Required: | No |
| Prior Hazards: | No |
| LE Case Number: | |
| Incident Type: | |
| Venue: | WHITTIER |
| Source: | TELEPHONE |
| Priority: | 1 |
| Status: | I/P |
| Nature of Call: | |

## Unit/Personnel

| Unit | Personnel |
|---|---|
| W244 | 244-GONZALEZ |
| W469 | 469-CHENG |
| W477 | 477-CERVANTES |
| W509 | 509-JUNGE |

## Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| | REPORTING PARTY | [redacted] | [redacted] | [redacted] | | | |

## Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

## Disposition(s)

| Disposition | Count |
|---|---|
| 16 | 2 |
| 13 | 1 |
| 8 | 2 |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

05/11/2019 11:32:56 RHERRERO Narrative: WELFARE CHECK ON FEM SHERYL MCCALL APPROXIMATELY IN 20S
05/11/2019 11:33:51 RHERRERO Narrative: [redacted]
05/11/2019 11:34:01 BBECKER Narrative: [redacted]
05/11/2019 11:34:53 RHERRERO Narrative: [redacted]
05/11/2019 11:35:12 RHERRERO Narrative: [redacted]
05/11/2019 11:36:00 RHERRERO Narrative: [redacted]
05/11/2019 11:36:15 RHERRERO Narrative: [redacted]
05/11/2019 11:36:15 BBECKER Narrative: [redacted]
05/11/2019 11:37:28 RHERRERO Narrative: [redacted]
05/11/2019 11:38:01 D CHENG - DCHENG Narrative: Dispatch received by unit W469
05/11/2019 11:38:07 JJUNGE Narrative: Dispatch received by unit W509
05/11/2019 11:38:13 RHERRERO Narrative: [redacted]
05/11/2019 11:38:15 AGONZALEZ Narrative: Dispatch received by unit W244
05/11/2019 11:39:59 MMEZA Narrative: 477 COM S HAD C3 509 19
05/11/2019 11:40:14 Jcervantes Narrative: Dispatch received by unit W477
05/11/2019 11:40:29 RHERRERO Narrative: [redacted]
05/11/2019 11:52:49 MMEZA Narrative: 509 - C4 WITH FEMALE
05/11/2019 12:30:25 JJUNGE Narrative: Dispatch received by unit W509
05/11/2019 12:37:57 JJUNGE Narrative: [redacted] SHE IS INVOLVED IN A CIVIL LAW SUIT WITH A MEDICAL CORP. TODAY SHE SENT AN EMAIL TO THE CORP EXPRESSING HER FRUSTRATION WITH THE PROCESS. [redacted] SHERYL TOLD ME SHE IS NOT INTERESTED IN HARMING HERSELF OR ANYONE ELSE. SHE SAID THE EMAIL WAS SENT OUT OF FRUSTRATION. THE EMAIL WAS SENT ON 05/10. FAMILY IS AT THE HOUSE. FAMILY IS NOT CONCERNED AND DOES NOT SEE ANY ALCOHOL. NO WEAPONS IN THE HOUSE. SHERYL REFUSED TO GO TO HOSPITAL...

EX 5 2 of 2