Table of Contents:

Mose Cowper Cowper Law LLP

Cheryl McCall Opposition to filed Motion of Withdraw of Counsel Moze Cowper civil case #1:15-cv-(0)-02051

Total pages this as tab of exhibits included 18 pages total.

Exhibit (1) 1- 3 pages: As filed a 13 point statement Motion supposed file date 04/07/2020 Moze Cowper. No - CERTIFICATE OF SERVICE to Cheryl McCall, motion unseen by Cheryl McCall. Docket entry error court filed motion as Civil Case# 1:15-cv-2051. case does not exist as documented in motion . Civil Case 1:15-cv-02051. Grounds in and of itself to dismiss.

Exhibit (2) 1-2 pages: Erroneous non-existent Motion stated by Moze Cowper and staff this being the Motion to Withdraw as filed only to be sent via Email to Cheryl McCall. No CERTIFICATE OF SERVICE to Cheryl McCall, simple motion acceptable as it was presented delayed email.

Exhibit (3) 1-4 Documents received of and sent to Cowper Law. (1 of 4) Cover letter via fax April 10th, 2020 - NO documentation, no draft is provided with it. No email is received other than cover letter with uncalled for accusational, defaming closing paragraph, "It's come to my attention" (2 of 4) Email sent 04/10/2020 fax copy sent 04/18/2020 reply of Cheryl McCall in correction to Moze Cowper's false documenting. Provided word for word conversation in text with Noel Garcia as it actually occurred. (3-4/4-4) on again off again Moze Cowper of threats I wont represent you,... I will represent you, last of any communication received.

Exhibit (4) 1-2 Obtaining, requesting and police incident report Whittier Police 05/11/2019 this redacted version is exact as it was provided to Cheryl McCall 04/23/2020 .

I swear to best of my ability these are truthful documented facts as they occurred to correct Moze Cowper's constant damning verbiages and scenarios. This has been a grueling series of events impeding my health care needs and to intentionally block my filling of documents in the courts in correction of and to amend my medical records of Keck Medicine of U.S.C

Dated __5/8/2020__   Signature __[signature]__

18 of 18