INSD Pro Se Civil (unrelated to imprisonment) IFP request 4/19

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

**FILED**
9:26 am, May 11, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case No. _____
(to be filled in by the Clerk's Office)

Cheryl McCall
_Plaintiff(s)_
Civil Case # 1:15-CV-02051

-v-

C. Moze Cowper ESQ
_Defendant(s)_ / Attorney for Plaintiff

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Non-prisoner IFP request 4/19

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

I. **Personal Information**

1) Are you employed?  ☐ Yes  ☒ No

2) Are you married?  ☐ Yes  ☒ No
   If "Yes," is your spouse employed?  ☐ Yes  ☐ No

3) Do you have any dependents that you are responsible for supporting?
   ☐ Yes  ☒ No
   If "Yes," list them below:

| Name (initials for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

II. **Income** - If you are married, your answers *must include your spouse's income.* (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary?  $ ~~0~~ N/A

2) Provide the name and address of your employer(s):
   ~~0~~ N/A

3) State your spouse's total *monthly* wages or salary?  $ ~~0~~ N/A

INSD Pro Se Civil Non-prisoner IFP request 4/19

4) State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| SOCIAL SECURITY ADMINISTRATION MONTHLY DISABILITY | $ 1,128.00 |
| | $ |

III. **Expenses** - If you are married or have dependents, *your expenses should also include your household's expenses.*
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

   ☒ Rent or  ☐ Mortgage         $ 525.00

   Car payment(s)                $ 0

   Alimony or court-ordered child support $ 0

   Credit card payment(s)        $ 210.00

2) Do you have any other *monthly* expenses that you have not already listed?
   ☒ Yes     ☐ No

   If "Yes," list them below:

| Expense | Amount |
|---|---|
| KAISER COPAYMENT | $ 40.00 mo |
| MONTHLY PRESCRIPTIONS | $ 28.00 mo |
| AUTO INSURANCE | $ 47.00 mo |
| Cell PHone Verizon | 40.00 mo |
| LANDLINE Frontier | 51.00 mo |

Page 3 of 5

INSD Pro Se Civil Non-prisoner IFP request 4/19

3) What are your total *monthly* expenses?  $ 941 00

IV. <u>Property</u> - If you are married, your answers must *include your spouse's property.*

1) Do you own a car? ☒ Yes   ☐ No   If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| Ford Bronco II | 1989 | $ 1800 |
|  |  | $ |

2) Do you own your home(s)?   ☐ Yes   ☒ No

If "Yes," state the approximate value(s).  $ _____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?    $ _____

3) Do you have any cash or checking, savings, or other similar accounts?
☒ Yes   ☐ No

If "Yes," state the total of such sums.   $ 20 00
US BANK SAVINGS

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

☐ Yes   ☒ No

If "Yes," describe the property and the approximate value(s).

_____

INSD Pro Se Civil Non-prisoner IFP request 4/19

V. **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

I FAll between tHE AGE FoR meal ASSISTAnce AT 53 - To young for Senior meals No DePenDenT CHilDren THIS LeAveS ME SHorT financially EACH MONTH

I, Cheryl McCall, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

4/29/200
Date

Signature - Signed Under Penalty of Perjury

IN Response/REPly TO
Civil case 1:15-CV-02051
1:14 ml-2570-RLY-TAB
OPPosition To my ATTorney
DEDicATED FAX LINE
F 562 464-9954
COVID HAS MADE CourT DEAlings complex - THANK yoU
P 562 351-3008  FP 562 464-9954

Page 5 of 5