UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | 1:14-ml-02570-RLY-TAB |

**Entry from Status Conference held May 11, 2020**

**Before the Hon. Richard L. Young, Judge**

    The parties appear for the telephonic status conference set this date. Plaintiffs appear by Joe Williams, Ben Martin, Mike Heaviside and Charles Siegel. Defendants appear by Andrea Pierson, Jessica Cox, Brian Paul and Steve Bennett.

    Agenda items were discussed. Any rulings or scheduling items will be issued by separate order.

Distributed Electronically to Registered Counsel of Record