## CERTIFICATE OF SERVICE

**FILED**
8:09 am, May 15, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

I hereby certify that on 05/13/2020 a copy of the foregoing McCall v Cowper civil case 1:15-cv-02051 18 pages was filed electronically. Notice of this filling should be sent to the following parties through the Court's Electronic Case File. Parties may access this filling through the Court's system. In addition a full copy objection to motion as it was sent in email to temporary-efiling@insd..usccourts.gov pro se' in 2 files is on this date 05/13/2020 was sent via certified mail.

Files will be forwarded as sent to the court via e-mail to the following addressing

mcowper@cowperlaw.com

I further certify that on this date 05/13/2020 a copy of the foregoing McCall v Cowper civil case 1:15-cv- 02051 was mailed/sent via USPS certified signed return receipt to the following party.

Moze Cowper, Esq.
COWPER LAW LLP
10880 Wilshire Blv. Ste. 1840
Los Angeles, CA. 90024
P: (877) 529-3707
F: (877) 284-0980

_____     05/13/2020    5/13/2020
Name of E-Filer                Date
Cheryl McCall
13602 Ramona Drive
Whittier CA, 90602
P: (562) 331-3008
F: (562) 464-9954
E-mail mccallcheryl@yaoo.com

It should be noted as M. Cowper sworn to the court counsel M. Cowper of Cowper Law never provided copy in any form to client Cheryl McCall the Motion to Withdraw filed 04/07/20 DOCUMENT 98

```
                    WHITTIER
               8520 MICHIGAN AVE
             WHITTIER, CA 90605-9998
                   058454-0100
                  (800)275-8777
                05/13/2020 04:35 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope (Domestic) (LOS ANGELES, CA 90024) (Weight:0 Lb 4.50 Oz) (Estimated Delivery Date) (Saturday 05/16/2020) | 1 | $1.80 | $1.80 |
| Certified (USPS Certified Mail #) (70200090000128687578) | | | $3.55 |
| Return Receipt (USPS Return Receipt #) (9590940253619189286879) | | | $2.85 |
| Total: | | | $8.20 |

```
Debit Card Remit'd                        $8.20
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX3226)
    (Approval #)
    (Transaction #:210)
    (Receipt #:013236)
    (Debit Card Purchase:$8.20)
    (Cash Back:$0.00)
    (AID:A0000000980840      Chip)
    (AL:US DEBIT)
    (PIN:Verified)
```

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5907-0066-008-00020-15859-02

or scan this code with your mobile device:



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LOS ANGELES, CA 90024

| | |
|---|---|
| Certified Mail Fee $3.55 | 0100 09 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.80 | |
| Total Postage and Fees $8.20 | |

Sent To C. MOZE Cowper
Street and Apt. No., or PO Box No. 10880 Ste 1840 Wilshire Blvd
City, State, ZIP+4® Los Angeles 90024

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0090 0001 2868 7578