# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-01289 | 1:20-cv-01305 |
| 1:20-cv-01295 | 1:20-cv-01307 |
| 1:20-cv-01296 | 1:20-cv-01308 |
| 1:20-cv-01297 | 1:20-cv-01309 |
| 1:20-cv-01301 | 1:20-cv-01317 |
| 1:20-cv-01304 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS

Dated:  May 18, 2020    /s/ Andrea Roberts Pierson
                Andrea Roberts Pierson (# 18435-49)
                Kip S. M. McDonald (# 29370-49)
                FAEGRE DRINKER BIDDLE & REATH LLP
                300 North Meridian Street, Suite 2500
                Indianapolis, Indiana 46204
                Telephone: (317) 237-0300
                Facsimile: (317) 237-1000
                E-Mail: andrea.pierson@faegredrinker.com
                E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson