**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

David McDermitt and Carol McDermitt
1:18-cv-00946

**ORDER SEALING AND MAINTAINING UNDER SEAL**
**DOCUMENT DKT. NOS. 12933-1, 12933-2, 12933-3 AND 129933-4**

This matter has come before the Court on The Cook Defendants' Motion to Seal and Maintain Under Seal Exhibits A, B, C, and D to Plaintiff's Response to Cook's Motion for Summary Judgment – Statute of Repose [Dkt. No. 12933]. The Court, having reviewed The Cook Defendants' Motion to Seal and Maintain Under Seal and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit A [Dkt. No. 12933-1], Exhibit B [Dkt. No. 12933-2], Exhibit C [Dkt. No. 12933-3], and Exhibit D [Dkt. No. 12933-4]** to Plaintiff's Response to Cook's Motion for Summary Judgment – Statute of Repose [Dkt. No. 12933] are *to be filed under seal* and *maintained under seal.*

SO ORDERED this \_\_\_\_ day of _____, 2020.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.128070150