**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

---

This Document Relates to:

David McDermitt
1:18-cv-00946

---

### ORDER MAINTAINING DOCUMENT DKT. NO. 13056 UNDER SEAL

This matter has come before the Court on Plaintiff's Motion to Maintain Document
Under Seal [Dkt. No. 13057] and The Cook Defendants' Brief in Support of Plaintiff's Motion to
Maintain Document Under Seal.  The Court, having reviewed Plaintiff's Motion and the Cook
Defendant's Brief in Support and being otherwise duly advised, finds that good cause exists and
the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit A [Dkt. No. 13056]** to Plaintiff's
Memorandum of Law in Support of Motion to Exclude or Limit the Expert Testimony of Christy
Foreman, MBE is to be maintained ***under seal.***

SO ORDERED this ____ day of _____, 2020.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.128097993