UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

David McDermitt
1:18-cv-00946

**ORDER MAINTAINING DOCUMENT DKT. NO. 13060 UNDER SEAL**

This matter has come before the Court on Plaintiff's Motion to Maintain Document Under Seal [Dkt. No. 13061] and The Cook Defendants' Brief in Support of Plaintiff's Motion to Maintain Document Under Seal.  The Court, having reviewed Plaintiff's Motion and the Cook Defendant's Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit A [Dkt. No. 13060]** to Plaintiff's Memorandum of Law in Support of Motion to Exclude or Limit the Expert Testimony of Scott W. Robertson, Ph.D. is to be maintained *under seal.*

SO ORDERED this ____ day of _____, 2020.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.128116852