# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570<br><br>Judge RICHARD L. YOUNG |

This Document Relates to Plaintiffs:

See Exhibit A

## PLAINTIFFS' MOTION SUBSTITUTE ATTORNEY

Attorney, Baird A. Brown of Law Offices of Baird Brown, PC, respectfully moves to withdraw his appearance and representation of plaintiffs listed on the attached Exhibit A. Those plaintiffs will continue to be represented by Donald G. Norris of Law Offices of Donald G. Norris, A Law Corporation. Because Donald G. Norris is continuing representation of Plaintiff, no evidence of written notice to Plaintiffs are necessary pursuant to Local Rules 83.7(c).

Notwithstanding Local Rule 83.7(c), the Plaintiffs as well as the attorneys of LAW OFFICES OF BAIRD BROWN, PC and LAW OFFICES OF DONALD G. NORRIS, A LAW CORPORATION consent to the proposed withdrawal.

WHEREFORE, attorney BAIRD A . BROWN, and the firm LAW OFFICES OF BAIRD A. BROWN, PC, respectfully moves the Court for an Order allowing him to withdraw his appearance and representation of Plaintiffs, and for all other just and proper relief.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Baird A. Brown<br>Baird A. Brown (Bar No. 56627)<br>LAW OFFICES OF BAIRD BROWN, PC<br>3055 Wilshire Boulevard, Ste. 980<br>P (213) 487-8880<br>F (213) 487-8884<br>bairdbrownlaw@gmail.com<br>Counsel for Plaintiffs | /s/ Donald G. Norris<br>Donald G. Norris (Bar No. 90000)<br>LAW OFFICES OF DONALD G. NORRIS,<br>A LAW CORPORATION<br>3055 Wilshire Boulevard, Ste. 980<br>P (213) 487-8880<br>F (213) 487-8884<br>dnorrislaw@gmail.com<br>Counsel for Plaintiffs |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify all attorneys of record of such filing.

      /s/ Taurin Robinson
      Taurin Robinson