# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Judge RICHARD L. YOUNG |

This Document Relates to Plaintiffs:

See Exhibit A

### [PROPOSED] ORDER ON PLAINTIFFS' MOTION SUBSTITUTE ATTORNEY

Plaintiffs' Motion to Withdraw is GRANTED.

IT IS HEREBY ORDERED that BAIRD A. BROWN and the firm LAW OFFICES OF BAIRD BROWN, PC are hereby withdrawn as counsel of record for the Plaintiffs listed on the attached Exhibit A and that plaintiffs will continue to be represented by Donald G. Norris of Law Offices of Donald G. Norris, A Law Corporation.

Date:

_____
Judge, United States District Court
Southern District of Indiana