## EXHIBIT A

| CASE NUMBER | FILER |
|---|---|
| 1:16-cv-02989-RLY-TAB | ROBERT J. TAVARES |
| 1:17-cv-02446-RLY-TAB | ADELINE BROWN |
| 1:17-cv-02616-RLY-TAB | VIVIANO RODRIGUEZ |
| 1:17-cv-02671-RLY-TAB | TERESA WHETSTONE |
| 1:17-cv-02672-RLY-TAB | WILLIAM HEEB |
| 1:17-cv-02759-RLY-TAB | JENNIFER VARELA |
| 1:17-cv-02774-RLY-TAB | CANDY FRECKER |
| 1:17-cv-02775-RLY-TAB | PENNEY GOODWIN |
| 1:17-cv-02796-RLY-TAB | LACOLYA CRUMP |
| 1:17-cv-02799-RLY-TAB | DERRILL EVERETTE |
| 1:17-cv-02800-RLY-TAB | Richard Smith |
| 1:17-cv-02851-RLY-TAB | WILLIAM PHILLIPS |
| 1:17-cv-02920-RLY-TAB | JESSE WARDRIP |
| 1:17-cv-02921-RLY-TAB | EVERETT FIKE, represented by LATINA I. LINDSTROM |
| 1:17-cv-02922-RLY-TAB | DEBRA BELTRAN |
| 1:17-cv-02923-RLY-TAB | STEPHEN WILKINS |
| 1:17-cv-03025-RLY-TAB | ALISA COLE |
| 1:17-cv-03283-RLY-TAB | CHARLENE HOFFLAND |
| 1:17-cv-03333-RLY-TAB | MANDA ETHEREDGE |
| 1:17-cv-03388-RLY-TAB | HENRY JACKSON |
| 1:17-cv-03389-RLY-TAB | REUBEN JAMES |
| 1:17-cv-03430-RLY-TAB | WILBUR KELLEY |
| 1:17-cv-03431-RLY-TAB | ANDREA POWERS |
| 1:17-cv-03526-RLY-TAB | BETTY ESTRADA |
| 1:17-cv-03528-RLY-TAB | BRITTANY MCGLOTHIN |
| 1:17-cv-03698-RLY-TAB | ANNE BRIGHT |
| 1:17-cv-03785-RLY-TAB | MARJORIE PEARL |
| 1:17-cv-03791-RLY-TAB | TEMBERLEY BAILEY O/B/O CHARLOTTE RENA SHACKELFORD |
| 1:17-cv-04046-RLY-TAB | SHIRLEY STOUT |
| 1:18-cv-02274-RLY-TAB | CYNTHIA BRANCH |
| 1:19-cv-00860-RLY-TAB | JEANETTE PELT |
| 1:19-cv-01793-RLY-TAB | MARIA S. TAVARES |

| | |
|---|---|
| 1:19-cv-01796-RLY-TAB | EDITH R. TENNESSEE |
| 1:19-cv-03353-RLY-TAB | MANIA CASTILE |
| 1:19-cv-03366-RLY-TAB | RANDALL HINES |
| 1:19-cv-03369-RLY-TAB | WILLIAM PORRITT |
| 1:19-cv-03372-RLY-TAB | TODD GABRYSZAK |
| 1:19-cv-03373-RLY-TAB | ROBERT SHEARD, JR |
| 1:19-cv-03374-RLY-TAB | WILLIAM HOMSHER |
| 1:19-cv-03375-RLY-TAB | JOSE SALVATIERRA |
| 1:19-cv-03376-RLY-TAB | SALLY KIRKWOOD |
| 1:19-cv-03386-RLY-TAB | SHIRLEY DUNLAP |
| 1:19-cv-03387-RLY-TAB | VONDA WEBB |
| 1:19-cv-03391-RLY-TAB | JAMES SWAYZE |
| 1:19-cv-03392-RLY-TAB | LILLIE MORRIS |
| 1:19-cv-03403-RLY-TAB | YOLANDA HARPER-SMITH |
| 1:19-cv-03407-RLY-TAB | ANTHONY JONES |
| 1:19-cv-03408-RLY-TAB | ELVIN SHANE TURNER |
| 1:19-cv-03409-RLY-TAB | SUSAN GRAYSON |
| 1:19-cv-03410-RLY-TAB | DIANA VOORHIES FOSTER |
| 1:19-cv-03411-RLY-TAB | MICHAEL HAMSLEY |