**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:20-cv-01328 | 1:20-cv-01380 |
| 1:20-cv-01354 | 1:20-cv-01381 |
| 1:20-cv-01357 | 1:20-cv-01382 |
| 1:20-cv-01371 | 1:20-cv-01383 |
| 1:20-cv-01379 | 1:20-cv-01384 |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   May 22, 2020           /s/ Kip S. M. McDonald
                                Andrea Roberts Pierson (# 18435-49)
                                Kip S. M. McDonald (# 29370-49)
                                FAEGRE DRINKER BIDDLE & REATH LLP
                                300 North Meridian Street, Suite 2500
                                Indianapolis, Indiana 46204
                                Telephone: (317) 237-0300
                                Facsimile: (317) 237-1000
                                E-Mail:  andrea.pierson@faegredrinker.com
                                E-Mail:  kip.mcdonald@faegredrinker.com

US.120263840.01

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01