UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br>_____ <br>This Document Relates to: <br>James Albert Johnson, <br>1:17-cv-01236-RLY-TAB | 1:14-ml-02570-RLY-TAB |

## ORDER VACATING TRIAL DATE

Pursuant to a Stipulation of Dismissal filed by parties on 4/24/20, the court entered an order and case 1:17-cv-1236-RLY-TAB was dismissed with prejudice. The trial setting of February 8, 2021 is therefore VACATED.

**SO ORDERED** this 22nd day of May 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record