UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to all actions _____ | ) ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**SCHEDULING ORDER**

The court sets the following hearings/conferences before the Honorable Richard L. Young. Please note the hearings set for Indianapolis are listed in the **Eastern** time zone and those set for Evansville are listed in the **Central** time zone.

**Status hearings:**

- JULY 10, 2020 at 10:00 a.m. – Indianapolis, Courtroom 349

- AUGUST 13, 2020 at 10:00 a.m. – Indianapolis, Courtroom 349

- SEPTEMBER 10, 2020 at 10:00 a.m. – Indianapolis, Courtroom 349

- OCTOBER 8, 2020 at 10:00 a.m. – Indianapolis, Courtroom 349

- NOVEMBER 12, 2020 at 10:00 a.m. – Indianapolis, Courtroom 349

Pursuant to Amended CMO 18, parties are expected to prepare an agenda, which shall be submitted to the Court in advance of the status conferences by Lead and/or Liaison Counsel no later than five (5) days prior to the status conference. The parties are expected to confer on issues to be addressed before the status conferences. The parties shall advise the Court at least three (3) days in advance of the conference should they

agree that any scheduled conference is unnecessary. Lead counsel are directed to email a joint agenda to Tina Doyle, Courtroom Deputy.

### **Motions hearings:**

- JULY 30, 2020 at 1:00 p.m. – Evansville, Courtroom 301
- AUGUST 27, 2020 at 1:00 p.m. – Evansville, Courtroom 301
- SEPTEMBER 24, 2020 at 1:00 p.m. – Evansville, Courtroom 301
- OCTOBER 29, 2020 at 1:00 p.m. – Evansville, Courtroom 301

Also pursuant to Amended CMO 18, each side shall file a "Notice of Hearing" identifying the Monthly Motions to be heard and relevant counsel fifteen (15) days before the Monthly Motions Hearing. The parties shall advise the Court at least three (3) days in advance of the hearing should the parties agree that any scheduled hearing is unnecessary.

All conferences will be held in person. The court anticipates only lead counsel need appear for hearings, though any counsel, with a filed Notice of Appearance, may attend.

**SO ORDERED** this 22nd day of May 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record