UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br> _____ <br> This Document Relates to: <br> James Albert Johnson, <br> 1:17-cv-01236-RLY-TAB and <br> Eddie Clark Burrage <br> 1:18-cv-00273-RLY-TAB | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB ) ) ) ) ) ) |

## CORRECTING ORDER REGARDING TRIAL DATES

The court previously issued an order (dkt. 13490) vacating the trial setting in case 1:17-cv-1236-RLY-TAB, pursuant to a Stipulation of Dismissal filed by parties on 4/24/20. The order stated the trial setting was February 8, 2021 when it should have been OCTOBER 19, 2020. That trial setting is now vacated.

To be clear, the trial setting in 1:18-cv-273-RLY-TAB, Eddie Clark Burrage v Cook Incorporated, et al, remains set for **FEBRUARY 8, 2021**.

**SO ORDERED** this 26th day of May 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record