IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:18-cv-946-RLY-TAB    McDermitt

## ORDER ON MOTIONS TO SEAL

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, Plaintiff's motions to seal [Filing Nos. 13057, 13061] are granted. The Clerk shall maintain Filing Nos. 13056 and 13060 under seal pending further order.

Date: 5/27/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.