AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| ERNESTINE SPEARMAN<br>*Plaintiff*<br>v.<br>COOK INCORPORATED, et al.<br>*Defendant* | Case No. 1:24-ml-2570-RLY-TAB<br>This documents relates to case no.: 1:20-cv-06139-RLY-TAB |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ERNESTINE SPEARMAN

Date: 05/27/2020

/s/Basil E. Adham
*Attorney's signature*

Basil E. Adham TX Bar No. 24081742
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*