IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:18-cv-946-RLY-TAB    McDermitt

## ORDER ON MOTIONS TO SEAL

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, the following motions to seal are granted.

- Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Memorandum in Support of Partial Motion to Exclude Expert Opinions of Derek Muehrcke, MD and Exhibits A, B, F, K, O, and P Thereto [Filing No. 13296]

- Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Memorandum in Support of Motion to Exclude or Limit the Testimony of Dr. Laura Plunkett and Exhibits A, B, and D Thereto [Filing No. 13332]

- Cook Defendants' Motion to Maintain Under Seal the Cook Defendants' Memorandum in Support of General Motion for Summary Judgment and Exhibits B, C, D, E, J, and L Thereto [Filing No. 13349]

- Cook Defendants' Motion to Seal and Maintain Under Seal Exhibits A, B, C, and D to Plaintiff's Response to Cook's Motion for Summary Judgment – Statute of Repose [Dkt. No. 12933] [Filing No. 13452]

The Clerk shall maintain the following documents under seal pending further order.

Filing No. 13077 to 13077-6
Filing No. 13078
Filing No. 13078-1
Filing No. 13078-2
Filing No. 13078-4

    Filing No. 13076 to 13076-6
    Filing No. 13084
    Filing No. 12933-1
    Filing No. 12933-2
    Filing No. 12933-3
    Filing No. 12933-4

    In addition, Filing No. 13078-3 shall be unsealed.

    Date: 5/28/2020

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution to all registered counsel of record via the Court's ECF system.