IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-2525-RLY-TAB   Seifert

## ORDER OF DISMISSAL

On September 8, 2017, Plaintiff filed a notice of suggestion of death of Plaintiff John Seifert. Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. Failure to file such a motion within 90 days shall result in the dismissal of the party and/or the case. As it has now been more than 90 days since Plaintiff filed a notice of suggestion of death regarding Plaintiff John Seifert and no motion to substitute the proper party has been filed, this matter is now dismissed with prejudice.

6/01/2020

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.