IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No: 2570 |

This Document Relates to Plaintiff(s):

CHERYL MCCALL

Civil Case # 1:15-cv-2051-RLY-TAB

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter has come before the Court upon Plaintiff's Counsel's *Motion to Withdraw as Counsel of Record*. The Court, being duly advised, hereby finds that this Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that C. MOZE COWPER, ESQ. and the law firm of COWPER LAW LLP shall be withdrawn as counsel of record for Cheryl McCall in this action. The Clerk shall add Plaintiff's contact information, shown below, to the docket, and shall serve McCall by mail with all orders relating to her individual case or all cases in the MDL. Counsel are under the same oblication to serve McCall with all filings made on behalf of the parties.

Date: 6/1/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all elelctronically registerd counsel of record via ECF.

Cheryl McCall
13602 Ramona Drive
Whittier, CA 90602