IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570
_____

This Document Relates to:
Plaintiff Eddie Clark Burrage
1:18-cv-00273-RLY-TAB
_____

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Eddie Clark Burrage, by counsel, respectfully submits his Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) states that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). When a plaintiff moves for voluntary dismissal under Rule 41(a)(2), the district court enjoys broad discretion in deciding whether to grant the motion. *Kovalic v. DEC Int'l, Inc.,* 855 F.2d 471, 473 (7th Cir. 1988). Here, the Court should grant Plaintiff's motion on the basis of judicial economy.

For the reasons stated in Plaintiff's brief, filed simultaneously herewith, Plaintiff respectfully requests the Court grant his instant motion and dismiss the above-captioned case without prejudice.

DATED: June 1, 2020

Respectfully submitted,

THE NATIONS LAW FIRM

*/s/  Howard L. Nations*
Howard L. Nations

Texas State Bar No. 14823000
9703 Richmond Ave, Suite 200
Houston, TX  77042
(713) 807-8400
(713) 807-8423 (Fax)
cdb@howardnations.com