IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
ALEXIS MASON
Civil Case #1:18-cv-00866-RLY-TAB

## MOTION FOR SUBSTITION OF PROPER PARTY

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiff moves the Court for an order substituting Lisa Burnett on behalf of Alexis Mason, in the above-referenced action, pursuant to Rule 25(a)(1):

1. On March 16, 2018, Alexis Mason filed this products liability lawsuit.

2. On April 15, 2020, Plaintiff filed a Suggestion of Death.

3. Alexis Mason's product liability action against Defendant survived Plaintiff decedent's death and is not concluded.

4. Decedent's mother, Lisa Burnett, is a proper party to substitute for plaintiff-decedent Alexis Mason and wishes to be substituted on her behalf in this case.

WHEREFORE, Counsel for the Plaintiff requests that this Court grant this request for substitution of Plaintiff in this action.

**DATED:** June 1, 2020

        Respectfully submitted,

        *s/ Joseph J. Zonies*
        Joseph J. Zonies, Esq., No. 29539
        Gregory D. Bentley, Esq., No. 42655
        **ZONIES LAW LLC**
        1700 Lincoln Street, Suite 2400
        Denver, CO 80203
        (720) 464-5300
        jzonies@zonieslaw.com
        gbentley@zonieslaw.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing **MOTION FOR SUBSTITUTION OF PROPER PARTY** was filed and served on this 1st day of June, 2020, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

<u>*s/ Joseph J. Zonies*</u>
Joseph J. Zonies