IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
ALEXIS MASON
Civil Case #1:18-cv-00866-RLY-TAB

## ORDER GRANTING MOTION TO SUBSTITUTE PROPER PARTY

IT IS ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED, and Lisa Burnett, on behalf of the Alexis Mason, is substituted as Plaintiff in the above referenced action.

Date: 6/2/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.