IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Jeanne McLeah Stimpel

Civil Case No. 1:18-cv-01285-JMS-MJD

### **PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

Comes now, Plaintiff Jeanne McLean Stimpel in the above entitled lawsuit, and pursuant to Federal Rule of Civil Procedure 41(a)(2), requests that all claims of Plaintiff Jeanne McLean Stimpel in this action against Defendants Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS be dismissed without prejudice, with each party to bear its own costs, and in support will show as follows:

Plaintiff no longer wishes to pursue her claim against defendants herein.

Wherefore, premises considered, Plaintiff Jeanne McLean Stimpel requests that her claim against defendants Cook Incorporated, Cook Medical, LLC and William Cook Europe ApS herein be dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
9703 Richmond Avenue, Suite 200
Houston, TX 77042
(713) 807-8400 phone
(713) 807-8423 fax

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 3, 2020, counsel for defendants was contacted regarding plaintiff request under this motion and defendants position thereon. To date, no response has been received.

/s/ Howard L. Nations
Howard L. Nations