# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC.,<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions only:

> Eddie Clark Burrage
> 1:18-cv-00273-RLY-TAB

### COOK'S MOTION FOR EXTENSION OF DEADLINE FOR RESPONSE TO PLAINTIFF'S MOTION TO DISMISS

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court for an order extending the deadline for their response to Plaintiff's motion to dismiss from June 11, 2020, to June 30, 2020. In support of this motion, the Cook Defendants state:

1. On June 1, 2020, Plaintiff Eddie Clark Burrage moved this Court under Rule 41 to dismiss his case without prejudice. *See* Dkts. 13543, 13544. Plaintiff Burrage's case has been selected for a bellwether trial in this MDL and is scheduled to go to trial on February 8, 2021. *See* Dkt. 12906.

2. Under the Court's CMO, the current deadline for the Cook Defendants' response to Plaintiff Burrage's motion is June 11, 2020. *See* Amended Case Management Plan Regarding Status Conferences and Motion Hearings With The Court: CMO 18 at 3 (Dkt. 13121).

3. Because of the status of the *Burrage* case as a bellwether, and the implications of Plaintiff's motion to dismiss for the MDL proceedings as a whole, the Cook Defendants require

additional time to analyze the possible effects of the requested dismissal and to respond to Plaintiff Burrage's motion.

4.      Cook's attorneys communicated their intention to seek this extension to Plaintiff's attorneys by email on the morning of June 3, 2020.  As of the time of this submission, Cook's attorneys have not received any response from Plaintiffs' attorneys concerning Plaintiff's position on this requested extension.

WHEREFORE, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS respectfully requests that this Court grant its motion and extend the deadline for their response to Plaintiff's motion to dismiss from June 11, 2020, to June 30, 2020.

Dated: June 3, 2020

Respectfully submitted,

/s/   Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:         (317) 237-0300
Facsimile:          (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:         (260) 424-8000
Facsimile:          (260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

## CERTIFICATE OF SERVICE

I certify that on June 3, 2020 a copy of the foregoing **MOTION FOR EXTENSION OF DEADLINE FOR RESPONSE TO PLAINTIFF'S MOTION TO DISMISS** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson

US.128269117.02