# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions only:

    Eddie Clark Burrage
    1:18-cv-00273-RLY-TAB

## ORDER ON MOTION FOR EXTENSION OF
## DEADLINE FOR RESPONSE TO MOTION TO DISMISS

This matter came before the Court on the motion of Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") for an order extending the deadline for filing their response to Plaintiff Burrage's motion to dismiss (Dkt 13543) from June 11, 2020, to June 30, 2020. Having duly considered the motion,

IT IS HEREBY ORDERED:

1. That the Cook Defendants' motion is in all respects granted, and

2. That the deadline for the Cook Defendants to file a response to Plaintiff Burrage's motion to dismiss is extended to June 30, 2020.

Dated: _____, 2020

    _____
    RICHARD L. YOUNG, JUDGE
    United States District Court
    Southern District of Indiana

US.128269136.01