UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2592 |

This Document Relates to:
> 17-cv-00004
> 17-cv-00881
> 18-cv-01004
> 18-cv-02081
> 18-cv-04022
> 19-cv-00241
> 19-cv-00301
> 19-cv-00535
> 19-cv-01027
> 19-cv-01195
> 19-cv-01320
> 19-cv-01620
> 19-cv-01622
> 19-cv-04039
> 19-cv-04069

### ORDER ON MOTION TO SUBSTITUTE COUNSEL

Based upon good cause appearing, it is hereby ORDERED that Attorney Taylor Wright Williams be substituted as attorney of record for Attorney Brandon Lightfoot Rich in Civil Actions 1:17-cv-0004; 1:17-cv-00881; 1:18-cv-01004; 1:18-cv-02081; 1:18-cv-04022; 1:19-cv-00241; 1:19-cv-00301; 1:19-cv-00535; 1:19-cv-01027; 1:19-cv-01195; 1:19-cv-01320; 1:19-cv-01620; 1:19-cv-01622; 1:19-cv-04039; and 1:19-cv-04069 and in MDL 2570.

Date: 6/5/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.