IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiff Eddie Clark Burrage
1:18-cv-00273-RLY-TAB

## PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Eddie Clark Burrage, by counsel, moves to withdraw his Motion to Dismiss Without Prejudice against Defendants Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively referred to as the "Cook Defendants") and in support states as follows:

1. On June 1, 2020, Plaintiff filed a Motion to Dismiss Without Prejudice. (Doc. 13543, 13544)

2. On June 3, 2020, the Cook Defendants filed a Motion for Extension of Deadline For Response to Plaintiff's Motion to Dismiss. (Doc. 13571).

3. On June 5, 2020, Plaintiff filed a Motion to Dismiss that did not seek a dismissal without prejudice, to save both sides costs and expense.

WHEREFORE, Plaintiff, by counsel, respectfully requests the Court grant his instant motion and withdraw his Motion to Dismiss Without Prejudice, and for all other just and proper relief.

DATED: June 5, 2020.

                Respectfully submitted,

                THE NATIONS LAW FIRM

                */s/ Howard L. Nations*
                Howard L. Nations
                Texas State Bar No. 14823000
                9703 Richmond Ave, Suite 200
                Houston, TX  77042
                (713) 807-8400
                (713) 807-8423 (Fax)
                cdb@howardnations.com