IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiff Eddie Clark Burrage
1:18-cv-00273-RLY-TAB

## **ORDER**

Pending before the Court is *Plaintiff's Motion to Withdraw Plaintiff's Motion to Dismiss Without Prejudice*. The Court, having read said motion and being duly advised **GRANTS** Plaintiff's motion and therefore *Plaintiff's Motion to Dismiss Without Prejudice* is **WITHDRAWN**.

**DONE and ORDERED** this _____ day of June, 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana