IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiff Eddie Clark Burrage
1:18-cv-00273-RLY-TAB

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff Eddie Clark Burrage, by counsel, respectfully submits his Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) states that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). This Court has the discretion to dismiss the case with or without prejudice. *Carter v. City of Allen*, 922 F.3d 824, 825 (7th Cir. 2019). Here, in the interests of judicial economy and to save both sides unnecessary costs and expense, Plaintiff moves to dismiss his case with prejudice.

For the reasons stated in Plaintiff's brief filed simultaneously herewith, Plaintiff respectfully requests the Court grant his instant motion and dismiss the above-captioned case with both sides bearing their own costs and grant all other and further relief that the Court considers proper.

Respectfully submitted,

THE NATIONS LAW FIRM

*/s/ Howard L. Nations*

                Howard L. Nations  
                Texas State Bar No. 14823000  
                9703 Richmond Ave, Suite 200  
                Houston, TX  77042  
                (713) 807-8400  
                (713) 807-8423 (Fax)  
                cdb@howardnations.com