IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff
Maureen Foley
Civil Case #1:17-cv-06074

### ORDER

This matter has come before the Court upon Susan E. Loggans & Associates, P.C.'s Motion to Withdraw Appearance. The Court, being duly advised, hereby finds that this Motion should be granted.

**It is Therefore Ordered, Adjudged, and Decreed** that the appearances of Susan E. Loggans, John W. Chwarczynski, Jr., Don Milner Sowers and Patrick J. Condron, shall be withdrawn. The Plaintiff is no longer represented by Susan E. Loggans & Associates, P.C. (Susan E. Loggans, John W. Chwarczynski, Jr., Don Milner Sowers and Patrick J. Condron), and she/they need not be included in any service list in this matter.

**So Ordered**

Date: 6/5/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF.