# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Judge RICHARD L. YOUNG |

This Document Relates to Plaintiffs:

See Exhibit A

## ORDER ON PLAINTIFFS' MOTION SUBSTITUTE ATTORNEY

Plaintiffs' Motion to Withdraw is GRANTED.

IT IS HEREBY ORDERED that BAIRD A. BROWN and the firm LAW OFFICES OF BAIRD BROWN, PC are hereby withdrawn as counsel of record for the Plaintiffs listed on the attached Exhibit A and that plaintiffs will continue to be represented by Donald G. Norris of Law Offices of Donald G. Norris, A Law Corporation.

Date: 6/5/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via ECF.

**EXHIBIT A**

| CASE NUMBER | FILER |
|---|---|
| 1:16-cv-02989-RLY-TAB | ROBERT J. TAVARES |
| 1:17-cv-02446-RLY-TAB | ADELINE BROWN |
| 1:17-cv-02616-RLY-TAB | VIVIANO RODRIGUEZ |
| 1:17-cv-02671-RLY-TAB | TERESA WHETSTONE |
| 1:17-cv-02672-RLY-TAB | WILLIAM HEEB |
| 1:17-cv-02759-RLY-TAB | JENNIFER VARELA |
| 1:17-cv-02774-RLY-TAB | CANDY FRECKER |
| 1:17-cv-02775-RLY-TAB | PENNEY GOODWIN |
| 1:17-cv-02796-RLY-TAB | LACOLYA CRUMP |
| 1:17-cv-02799-RLY-TAB | DERRILL EVERETTE |
| 1:17-cv-02800-RLY-TAB | Richard Smith |
| 1:17-cv-02851-RLY-TAB | WILLIAM PHILLIPS |
| 1:17-cv-02920-RLY-TAB | JESSE WARDRIP |
| 1:17-cv-02921-RLY-TAB | EVERETT FIKE, represented by LATINA I. LINDSTROM |
| 1:17-cv-02922-RLY-TAB | DEBRA BELTRAN |
| 1:17-cv-02923-RLY-TAB | STEPHEN WILKINS |
| 1:17-cv-03025-RLY-TAB | ALISA COLE |
| 1:17-cv-03283-RLY-TAB | CHARLENE HOFFLAND |
| 1:17-cv-03333-RLY-TAB | MANDA ETHEREDGE |
| 1:17-cv-03388-RLY-TAB | HENRY JACKSON |
| 1:17-cv-03389-RLY-TAB | REUBEN JAMES |
| 1:17-cv-03430-RLY-TAB | WILBUR KELLEY |
| 1:17-cv-03431-RLY-TAB | ANDREA POWERS |
| 1:17-cv-03526-RLY-TAB | BETTY ESTRADA |
| 1:17-cv-03528-RLY-TAB | BRITTANY MCGLOTHIN |
| 1:17-cv-03698-RLY-TAB | ANNE BRIGHT |
| 1:17-cv-03785-RLY-TAB | MARJORIE PEARL |
| 1:17-cv-03791-RLY-TAB | TEMBERLEY BAILEY O/B/O CHARLOTTE RENA SHACKELFORD |
| 1:17-cv-04046-RLY-TAB | SHIRLEY STOUT |
| 1:18-cv-02274-RLY-TAB | CYNTHIA BRANCH |
| 1:19-cv-00860-RLY-TAB | JEANETTE PELT |
| 1:19-cv-01793-RLY-TAB | MARIA S. TAVARES |

| | |
|---|---|
| 1:19-cv-01796-RLY-TAB | EDITH R. TENNESSEE |
| 1:19-cv-03353-RLY-TAB | MANIA CASTILE |
| 1:19-cv-03366-RLY-TAB | RANDALL HINES |
| 1:19-cv-03369-RLY-TAB | WILLIAM PORRITT |
| 1:19-cv-03372-RLY-TAB | TODD GABRYSZAK |
| 1:19-cv-03373-RLY-TAB | ROBERT SHEARD, JR |
| 1:19-cv-03374-RLY-TAB | WILLIAM HOMSHER |
| 1:19-cv-03375-RLY-TAB | JOSE SALVATIERRA |
| 1:19-cv-03376-RLY-TAB | SALLY KIRKWOOD |
| 1:19-cv-03386-RLY-TAB | SHIRLEY DUNLAP |
| 1:19-cv-03387-RLY-TAB | VONDA WEBB |
| 1:19-cv-03391-RLY-TAB | JAMES SWAYZE |
| 1:19-cv-03392-RLY-TAB | LILLIE MORRIS |
| 1:19-cv-03403-RLY-TAB | YOLANDA HARPER-SMITH |
| 1:19-cv-03407-RLY-TAB | ANTHONY JONES |
| 1:19-cv-03408-RLY-TAB | ELVIN SHANE TURNER |
| 1:19-cv-03409-RLY-TAB | SUSAN GRAYSON |
| 1:19-cv-03410-RLY-TAB | DIANA VOORHIES FOSTER |
| 1:19-cv-03411-RLY-TAB | MICHAEL HAMSLEY |