# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>**Order on Motion for Leave to Amend Complaint** |
| This Document Relates to Plaintiff:<br><br>Robert Galentine,<br><br>      Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>      Defendants. | This Document Relates to Case:<br><br>1:20-cv-06149-RLY-TAB |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves this Court for an Order to amend his complaint initially filed on May 15, 2020 in the Middle District of Florida in order to comply with Case Management Order 6 ("CMO 6," Doc. no. 12910) which requires a short form complaint to be served within 30 days of a case's transfer into this MDL.

    1. On May 15, 2020, Plaintiff filed his initial complaint in the United States District Court for the Middle District of Florida.

    2. On May 21, 2020, the Hon. Brian J. Davis issued an order directing Plaintiff on or before June 4, 2020 to remedy deficiencies found in his initial complaint.

3. On May 28, 2020, the Judicial Panel for Multidistrict Litigation issued a transfer order transferring Plaintiff's case from the Middle District of Florida to the Southern District of Indiana.

4. On June 2, 2020, Plaintiff amended his complaint as a matter of course to comply with the Middle District of Florida's earlier order. (Doc. no. 13550).

5. Both Plaintiff's initial filing on May 15, 2020 and amended filing on June 2, 2020 related to the filing of long form complaints. Plaintiff has yet to file a Short Form Complaint with any court and is therefore unable to serve Defendants with original process or through the procedures outlined in CMO 6 which provides that "Plaintiffs who have not already served Defendants with the Short Form Complaint through original process shall have thirty (30) days after the date a case is docketed in this MDL to serve the Short Form Complaint via e-mail." (Doc. no. 12910).

Based on the foregoing, Plaintiff respectfully moves this Court to grant Plaintiff's motion for leave to amend his Complaint in order to comply with CMO 6 and enter the attached Amended Short Form Complaint.

Date: June 8, 2020

Respectfully submitted,

**JOHNSON LAW GROUP**

/s/ Basil Adham
Basil Adham (TX Bar No. 24081742)
2925 Richmond Ave, Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of June, 2020 I electronically transmitted the foregoing Motion for Leave to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Basil Adham