# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>**Order on Motion for Leave to Amend Complaint** |
| This Document Relates to Plaintiff:<br><br>Robert Galentine,<br><br>  Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>  Defendants. | This Document Relates to Case:<br><br>1:20-cv-06149-RLY-TAB |

Considering the parties' Motion for Leave to Amend Complaint of Robert Galentine.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Motion for Leave to Amend the Complaint filed by Robert Galentine is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: _____

_____
Tim A. Baker
Magistrate Judge