IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES      Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                             MDL No. 2570
LIABILITY LITIGATION
_____

This Document Relates to the Following Actions only:

    Eddie Clark Burrage
    1:18-cv-00273-RLY-TAB

_____

**COOK'S MOTION FOR EXTENSION OF DEADLINE FOR
RESPONSE TO PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court for an order extending the deadline for their response to Plaintiff's motion to dismiss from June 15, 2020, to June 30, 2020. In support of this motion, the Cook Defendants state:

    1.    On June 1, 2020, Plaintiff Eddie Clark Burrage ("Plaintiff") moved this Court under Rule 41 to dismiss his case without prejudice. *See* Dkts. 13543, 13544. Plaintiff Burrage's case has been selected for a bellwether trial in this MDL and is scheduled to go to trial on February 8, 2021. *See* Dkt. 12906.

    2.    On June 5, 2020, Plaintiff filed a Motion to Withdraw Dkt. 13543 Motion to Dismiss without prejudice. *See* Dkt. 13586.

    3.    Additionally, on June 5, 2020, Plaintiff filed a Motion to Dismiss with Prejudice. *See* Dkts. 13587, 13588.

4. Under the Court's CMO, the current deadline for the Cook Defendants' response to Plaintiff Burrage's Motion to Dismiss with prejudice is June 15, 2020. *See* Amended Case Management Plan Regarding Status Conferences and Motion Hearings With The Court: CMO 18 at 3 (Dkt. 13121).

5. Because of the status of the *Burrage* case as a bellwether, and the implications of Plaintiff's motion to dismiss for the MDL proceedings as a whole, the Cook Defendants require additional time to analyze the possible effects of the requested dismissal and to respond to Plaintiff Burrage's motion.

WHEREFORE, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS respectfully requests that this Court grant its motion and extend the deadline for their response to Plaintiff's Motion to Dismiss With Prejudice from June 15, 2020, to June 30, 2020.

Dated: June 11, 2020

Respectfully submitted,

/s/  Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:         (317) 237-0300
Facsimile:          (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:         (260) 424-8000
Facsimile:          (260) 460-1700
stephen.bennett@faegredrinker.com

- 3 -

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

## CERTIFICATE OF SERVICE

I certify that on June 11, 2020 a copy of the foregoing **MOTION FOR EXTENSION OF DEADLINE FOR RESPONSE TO PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson

US.128353769.02