IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Christine Chavez

Civil Case # 1:20-cv-832

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW CHRISTINE CHAVEZ, Plaintiff herein, and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure seeks leave to file her First Amended Short Form Complaint, which is attached hereto.

1. Plaintiff seeks leave to file her amended short form complaint to correct the date of implant.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the relief sought.

Based on the foregoing, Plaintiff respectfully requests the Court grant her leave to file her Amended Short Form Complaint, attached as Exhibit A, which makes the correction requested.

Dated: June 15, 2020

Respectfully submitted,

*/s/ William F. Blankenship III*
William F. Blankenship III
Texas Bar No. 90001483
Blankenship Law Firm
3500 Maple Avenue, Suite 1100

Dallas, Texas 75219<br>
(214) 361-7500<br>
(214) 361-7505 (Fax)<br>
bill@blankenshiplaw.com<br>
maggie@blankenshiplaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail on all non-CM/ECF participants:

*/s/ William F. Blankenship III*<br>
William F. Blankenship III
