IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

**CHRISTINE CHAVEZ**
Case no. 1:20-cv-832

## ORDER

COMES BEFORE THE COURT the Unopposed Motion for Leave to Amend Complaint filed by Christine Chavez in this case, which is hereby GRANTED. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Signed this _____ day of June 2020.

_____
HONORABLE RICHARD L YOUNG
UNITED STATES DISTRICT JUDGE