IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to Plaintiffs,
Robert Bryant and Melissa Casey-Bryant

Civil Case # 1:20-CV-06156-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiffs named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs further show the court as follows:

1. Plaintiff/Deceased Party:

   Robert Bryant

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Melissa Casey-Bryant

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of the implant:

   New York

1

5.   Plaintiff's/Deceased Party's state of residence at the time of injury:

New York

6.   Plaintiff's/Deceased Party's current state of residence:

New York

7.   District Court and Division in which venue would be proper absent direct filing:

Case commenced in the U.S. District Court, Northern District of New York (NDNY)

and transferred to U.S. District Court Southern District of Indiana. Venue is proper in the

U.S. District Court, NDNY and should be remanded to that Court for any necessary further

discovery proceedings and trial once the MDL's coordinated discovery and pretrial

proceedings are complete.

8.   Defendants (Check Defendants against whom Complaint is made):

X Cook Incorporated

X Cook Medical LLC

X William Cook Europe ApS

9.   Basis of Jurisdiction:

X Diversity of Citizenship

☐ Other:_____

a.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 – 28. For purposes of remand and trial, venue is proper pursuant to

28 U.S.C. Section 1391 in the federal judicial district of the Plaintiff's state of

residence.  A substantial amount of activity giving rise to the claims occurred in

this District, and Defendants may be found within this District, therefore venue is

proper in this jurisdiction under 28 U.S.C. Section 1391.

2

b.  Other allegations of jurisdiction and venue:

N/A

10.  Defendants' Inferior Vena Cava Filter about which Plaintiffs are making a claim

(Check applicable Inferior Vena Cava Filters):

☐  Gunther Tulip® Vena Cava Filter

**X** Cook Celect® Vena Cava Filter

☐  Gunther Tulip Mreye

☐  Cook Celect Platinum

☐  Other:

11.  Date of Implantation as to each product:

10/29/2013

12.  Hospital where Plaintiff was implanted (including City and State):

St. Peter's Hospital, Albany, New York

13.  Implanting Physician:

Jonathan Mishkin, M.D.

14.  Counts in the Master Complaint brought by Plaintiffs:

X      Count I:      Strict Products Liability – Failure to Warn

X      Count II:     Strict Products Liability – Design Defect

X      Count III:    Negligence

X      Count IV:     Negligence Per Se

X      Count V:      Breach of Express Warranty

X      Count VI:     Breach of Implied Warranty

3

X   Count VII:   Violations of Applicable New York Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

X   Count VIII:   Loss of Consortium

☐   Count IX:   Wrongful Death

☐   Count X:   Survival

X   Count XI:   Punitive Damages

☐   Other:   _____ (please state the facts supporting this

Count in this space, immediately below.

_____

15. Attorney for Plaintiffs:

  Rosemarie Riddell Bogdan, Esq., Martin, Harding & Mazzotti, LLP

16. Address and bar information for Attorney for Plaintiffs:

  Rosemarie Riddell Bogdan, Esq.
  NDNY Bar Roll Number: 506409
  NYS Bar Roll Number: 380552
  1222 Troy-Schenectady Road
  PO Box 15141
  Albany, NY 12212-5141

  Respectfully submitted,

  */s/ Rosemarie Riddell Bogdan*
  Rosemarie Riddell Bogdan
  NDNY Bar Roll Number: 506409
  NYS Bar Roll Number: 380552
  MARTIN, HARDING & MAZZOTTI, LLP
  Attorneys for Plaintiffs
  1222 Troy-Schenectady Road
  P.O. Box 15141
  Albany, New York 12212-5141
  Telephone: (518) 862-1200
  rrbivccook@1800law1010.com

Dated: June 16, 2020

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/Rosemarie Riddell Bogdan*