IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ROBERT BRYANT AND MELISSA CASEY-BRYANT,** | ) <br> ) MDL No. 1:14-ml-2570-RLY-TAB <br> ) MDL No. 2570 <br> ) |
| v. | ) <br> ) |
| **COOK INCORPORATED;** <br> **COOK MEDICAL LLC;** <br> **WILLIAM COOK EUROPE APS** | )Civil Case No. 1:20-cv-06156-RLY-TAB |

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated:  June 16, 2020

                                              Respectfully submitted,

                                              */s/ Rosemarie Riddell Bogdan*
                                              Rosemarie Riddell Bogdan
                                              NDNY Barr Roll Number:  506409
                                              NYS Bar Roll Number:  380552
                                              MARTIN, HARDING & MAZZOTTI, LLP
                                              Attorneys for Plaintiffs
                                              1222 Troy-Schenectady Road
                                              P.O. Box 15141
                                              Albany, New York 12212-5141
                                              Telephone: (518) 862-1200
                                              rrbivccook@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan