UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
Case No. 1:20-cv-1183 (Drew)
Case No. 1:20-cv-1184 (Ratliff)
Case No. 1:20-cv-1187 (Johnson)

### COOK DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE TO PLAINTIFFS' MOTION TO REMAND

Currently pending before the Court is a motion to remand filed by Plaintiffs Drew, Ratliff, and Johnson. Dkt. 13331. Plaintiffs' motion turns on the question of whether snap removal by a forum defendant is allowed in this jurisdiction. The Cook Defendants therefore wish to notify the Court of a recent order entered by Judge Barker in an analogous case: *Whipkey v. Eli Lilly & Co.*, Case No. 1:20-cv-00450, ECF No. 29 (S.D. Ind. June 16, 2020). In her order, attached for the Court's reference, Judge Barker unequivocally approved the practice of snap removal by forum defendants, holding that "we now join our sister district courts in the Seventh Circuit as well as the Second, Third, and Fifth Circuit Courts of Appeals that have concluded that § 1441(b)(2) permits a forum defendant to remove before service of process." Order at p. 8. For the reasons Judge Barker gives in her order, and based on the law discussed in the Cook Defendants' brief (Dkt. 13380), this Court should come to the exact same conclusion and deny Plaintiffs' motion to remand.

Dated: June 17, 2020

        Respectfully Submitted,

        <u>/s/ Brian J. Paul</u>
        Andrea Roberts Pierson, Co-Lead Counsel
        Jessica Benson Cox
        Brian J. Paul
        FAEGRE DRINKER BIDDLE & REATH LLP
        300 North Meridian Street, Suite 2500
        Indianapolis, Indiana 46204
        Telephone: (317) 237-0300
        Andrea.Pierson@FaegreDrinker.com
        Jessica.Cox@FaegreDrinker.com
        Brian.Paul@FaegreDrinker.com

        James Stephen Bennett, Co-Lead Counsel
        FAEGRE DRINKER BIDDLE & REATH LLP
        110 W. Berry Street, Suite 2400
        Fort Wayne, Indiana 46802
        Telephone: (260) 424-8000
        Stephen.Bennett@FaegreDrinker.com

        *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of June, 2020, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Brian J. Paul