IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-
TAB  PRODUCTS LIABILITY LITIGATION      MDL No. 2570

This Document Relates to Plaintiff(s):

CHRISTINE CHAVEZ
Case no. 1:20-cv-832

## ORDER

COMES BEFORE THE COURT the Unopposed Motion for Leave to Amend

Complaint filed by Christine Chavez in this case, is hereby GRANTED.  The Clerk of the

Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 6/16/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.