IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Christine Chavez

Civil Case # 1:20-cv-832

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Christine Chavez

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

   Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

3. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

4. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California

5. Plaintiff's/Deceased Party's current state of residence:

   California

6. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Central District of California – Southern Division

7. Defendants (Check Defendants against whom Complaint is made):

   x   Cook Incorporated

   x   Cook Medical LLC

   x   William Cook Europe ApS

8. Basis of Jurisdiction:

   x   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

9. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

   | X | Günther Tulip® Vena Cava Filter |
   |---|---|
   |   | Cook Celect® Vena Cava Filter |
   |   | Gunther Tulip Mreye |
   |   | Cook Celect Platinum |
   |   | Other: _____ |

10. Date of Implantation as to each product:

    May 5, 2013

11. Hospital(s) where Plaintiff was implanted (including City and State):

    St. Joseph Hospital (Orange, California)

12. Implanting Physician(s):

    Kurt Openshaw, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s):

    | x | Count I: | Strict Products Liability – Failure to Warn |
    |---|---|---|
    | x | Count II: | Strict Products Liability – Design Defect |
    | x | Count III: | Negligence |
    | x | Count IV: | Negligence Per Se |
    | x | Count V: | Breach of Express Warranty |
    | x | Count VI: | Breach of Implied Warranty |
    | x | Count VII: | Violations of Applicable California Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
    | ☐ | Count VIII: | Loss of Consortium |

3

- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- x Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

14. Attorney for Plaintiff(s):

    William F. Blankenship III

15. Address and bar information for Attorney for Plaintiff(s):

    William F. Blankenship III (Texas Bar No. 90001483), Blankenship Law Firm, 3500 Maple Avenue, Suite 1100, Dallas, Texas 75219

Respectfully submitted,

*/s/ William F. Blankenship III*
William F. Blankenship III
Texas Bar No. 90001483
Blankenship Law Firm
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
(214) 361-7500
(214) 361-7505 (Fax)
bill@blankenshiplaw.com
maggie@blankenshiplaw.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail on all non-CM/ECF participants:

*/s/ William F. Blankenship III*
William F. Blankenship III