**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

David McDermitt
1:18-cv-00946

**ORDER MAINTAINING**
**DOCUMENT DKT. NOS. 13064-1 AND 13064-2 UNDER SEAL**

This matter has come before the Court on Plaintiff's Motion to Maintain Documents Under Seal [Dkt. No. 13065] and The Cook Defendants' Brief in Support of Plaintiff's Motion to Maintain Documents Under Seal. The Court, having reviewed Plaintiff's Motion and the Cook Defendant's Brief in Support and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit A [Dkt. No. 13064-1]** and **Exhibit B [Dkt. No. 13064-2]** to Plaintiff's Memorandum of Law in Support of Motion to Exclude or Limit the Expert Testimony of Antonios P. Gasparis, M.D. are to be maintained *under seal.*

SO ORDERED.
Date: 6/17/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.