**Exhibit A – List of Cases**

| Case Caption | Case Number |
| --- | --- |
| Frank Alaimo v. Cook Incorporated, et al. | 1:16-cv-00344 |
| Gary Astin v. Cook Incorporated, et al. | 1:17-cv-00164 |
| Connie Bennet v. Cook Incorporated, et al. | 1:17-cv-00042 |
| Linda Billups v. Cook Incorporated, et al. | 1:17-cv-01244 |
| Mary Callum v. Cook Incorporated, et al. | 1:17-cv-02157 |
| Thomas Cardosi v. Cook Incorporated, et al. | 1:19-cv-2326 |
| Michael Cherry v. Cook Incorporated | 1:17-cv-00796 |
| Mary Clinton v. Cook Incorporated, et al. | 1:17-cv-02160 |
| David Cooper v. Cook Incorporated, et al. | 1:18-cv-01331 |
| Noel Crespo v. Cook Incorporated, et al. | 1:17-cv-06056 |
| Kenneth Ducote v. Cook Incorporated, et al. | 1:17-cv-01328 |
| Daniel Early v. Cook Incorporated, et al. | 1:16-cv-02830 |
| Scott Espeleta v. Cook Incorporated, et al. | 1:17-cv-03858 |
| Chris Evans v. Cook Incorporated, et al. | 1:18-cv-00539 |
| Tony Farmer v. Cook Incorporated, et al. | 1:19-cv-6106 |
| Denise Febres v. Cook Incorporated, et al. | 1:17-cv-01838 |
| Shaneka Foster v. Cook Incorporated, et al. | 1:17-cv-00793 |
| Sam Garrett v. Cook Incorporated, et al. | 1:19-cv-01463 |
| Belinda Gossett v. Cook Incorporated, et al. | 1:18-cv-02034 |
| Christopher Gough v. Cook Incorporated, et al. | 1:17-cv-06068 |
| Servietta Hameed v. Cook Incorporated, et al. | 1:17-cv-06059 |
| Carlann Harris v. Cook Incorporated, et al. | 1:16-cv-02421 |
| Marcella Johnson v. Cook Incorporated, et al. | 1:17-cv-00799 |
| Alvin Lloyd v. Cook Incorporated, et al. | 1:16-cv-2377 |
| Demond Mack v. Cook Incorporated, et al. | 3:16-cv-00730 |
| Austin Mareno v. Cook Incorporated, et al. | 1:17-cv-04485 |
| Sharon Miller v. Cook Incorporated, et al. | 1:17-cv-01655 |
| Sherry Noble v. Cook Incorporated, et al. | 1:18-cv-01483 |
| Charles O'Mahoney v. Cook Incorporated, et al. | 1:17-cv-06060 |
| David Panach v. Cook Incorporated, et al. | 1:16-cv-985 |
| Rafe Pharris v. Cook Incorporated, et al. | 1:18-cv-01207 |
| Brenda Phillips v. Cook Incorporated, et al. | 1:18-cv-00920 |
| Herman Purvis v. Cook Incorporated, et al. | 1:17-cv-02556 |
| Ellen Repasky v. Cook Incorporated, et al. | 1:16-cv-02367 |
| Florence Reynolds v. Cook Incorporated, et al. | 1:17-cv-01834 |
| Paul Richard v. Cook Incorporated, et al. | 1:17-cv-06061 |
| William Robinson v. Cook Incorporated, et al. | 1:17-cv-00178 |
| Matthew Ropac v. Cook Incorporated, et al. | 1:18-cv-01484 |

| | |
|---|---|
| Umeki Session v. Cook Incorporated, et al. | 1:17-cv-01398 |
| Lisa Smith v. Cook Incorporated, et al. | 1:16-cv-02374 |
| Winifred Stephens v. Cook Incorporated, et al. | 1:17-cv-04487 |
| Trisha Whitesell v. Cook Incorporated, et al. | 1:17-cv-00037 |
| Carol Wood v. Cook Incorporated, et al. | 1:18-cv-03626 |