IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Jeanne McLeah Stimpel

Civil Case No. 1:18-cv-01285-JMS-MJD

## ORDER

Considering the Plaintiff's Motion to Dismiss Without Prejudice of all claims of Jeanne McLeah Stimpel herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that all claims of Plaintiff Jeanne McLeah Stimpel against Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in Civil Action No. 1:18-cv-01285 are dismissed in their entirety without prejudice as to the refiling of same, and each party shall bear its own costs.

6/18/2020

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record