UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: | |
| *Eddie Clark Burrage*<br>1:18-cv-00273-RLY-TAB | |

**ORDER ON PENDING MOTIONS**

Plaintiff Eddie Clark Burrage moves to withdraw his Motion to Dismiss Without Prejudice. The motion (Filing No. 13586) is **GRANTED**. In light of that ruling, Plaintiff's Motion to Dismiss Without Prejudice (Filing No. 13543) is **DENIED as MOOT** and Cook's Motion for Extension of Deadline for Response to Plaintiff's Motion to Dismiss (Filing No. 13571) is **DENIED as MOOT**.

**SO ORDERED** this 18th day of June 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.