IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:20-cv-01425 | 1:20-cv-01527 |
| 1:20-cv-01516 | 1:20-cv-01530 |
| 1:20-cv-01517 | 1:20-cv-01536 |
| 1:20-cv-01522 | 1:20-cv-01537 |
| 1:20-cv-01523 | 1:20-cv-01538 |
| 1:20-cv-01524 | 1:20-cv-01539 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    June 19, 2020      /s/ Kip S. M. McDonald
                     Andrea Roberts Pierson (# 18435-49)
                     Kip S. M. McDonald (# 29370-49)
                     FAEGRE DRINKER BIDDLE & REATH LLP
                     300 North Meridian Street, Suite 2500
                     Indianapolis, Indiana 46204
                     Telephone: (317) 237-0300
                     Facsimile: (317) 237-1000
                     E-Mail: andrea.pierson@faegredrinker.com
                     E-Mail: kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald