UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

　　All Cases

## COOK DEFENDANTS' MOTION
## FOR PARTIAL DISMISSAL OR PARTIAL SUMMARY JUDGMENT
## ON CLAIM OF FRAUDULENT CONCEALMENT

The Cook Defendants[1] respectfully move the Court to enter partial dismissal or

partial summary judgment on all Plaintiffs' claims of fraudulent concealment and

equitable estoppel, as set out in paragraphs 195-199 of Plaintiffs' Master Consolidated

Complaint for Individual Claims, Dkt. 211.  The Cook Defendants are entitled to

dismissal of these claims on the grounds that (1) Plaintiffs have failed to plead these

claims with the particularity required by Federal Rule of Civil Procedure 9(b), and

(2) that Plaintiffs have failed to plead a critical element of fraudulent concealment in this

context, specifically that Cook took some affirmative action to prevent Plaintiffs from

discovering their causes of action.  In the alternative, Cook is entitled to summary

judgment on these claims on the grounds that Plaintiffs can raise no genuine issue of

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook
Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants").

material fact in support of the claims, and the Cook Defendants are entitled to judgment on those claims as a matter of law.

This motion is supported by the Cook Defendants' Memorandum In Support of Motion for Partial Dismissal or Partial Summary Judgment and Cook's previous submissions in this litigation.  For the foregoing reasons, the Cook Defendants urge the Court to grant their motion and to grant dismissal or summary judgment in favor of the Cook Defendants on Plaintiffs' claims of fraudulent concealment and equitable estoppel.

Dated: June 19, 2020                Respectfully submitted,

/s/Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH
LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH
LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2020, a copy of the foregoing Cook Defendants'

Motion For Partial Dismissal or Summary Judgment on Claim of Fraudulent

Concealment was filed electronically, and notice of the filing of this document will be

sent to all parties by operation of the Court's electronic filing system to CM/ECF

participants registered to receive service in this matter.  Parties may access this filing

through the Court's system.

/s/Andrea Roberts Pierson

US.128397241.02