UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

MITCHELL FLOWERS,
Case No.: 1:20-cv-00894-JPH-MJD

## MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF, MITCHELL FLOWERS

Pursuant to Local Rule 83.7, counsel for Mitchell Flowers, O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC, hereby request the Court for an order allowing MICHAEL J. QUILLIN, and the firm O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC, to withdraw as counsel of record for Mitchell Flowers. In support thereof, counsel states:

1. Plaintiff's case was filed on March 19, 2020.

2. Defendants served Plaintiff's counsel with a deficiency notice regarding Plaintiff's Profile Sheet ("PPS") on June 15, 2020.

3. Plaintiff's Counsel has tried numerous times, via telephone, mail and e-mail to contact Plaintiff regarding his deficient PPS.

4. Counsel for Plaintiff has sent written correspondence to Plaintiff regarding the PPS on: March 23, 2020; May 19, 2020; May 22, 2020; and, June 3, 2020.

5. On May 19, 2020, since counsel was unable to reach Plaintiff via telephone or receive a response to correspondence, counsel retained the services of a private investigator to locate Plaintiff, and the Private Investigator was able to locate a new phone number and address for Plaintiff.

6. Counsel for Plaintiff was able to make contact with Plaintiff at the new phone number and address.

7. However, to date, Plaintiff has failed to provide a signed and completed PPS.

8. Due to a lack of communication or cooperation from Mitchell Flowers, regarding this matter, a compelling reason exists for the Court to permit Michael Quillin and O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC to withdraw as counsel for Plaintiff.

9. If this court desires further information or specific examples to further support the good faith basis for this motion and for withdraw, it is respectfully requested that the court have an *in camera* hearing outside of the presence of all other parties so that the facts demonstrating good cause for this withdrawal may be demonstrated to the Court.

10. Given that counsel's withdrawal will leave Plaintiff without representation, counsel notes that there is no trial date set in this matter, and there are no pending motions regarding this matter.

11. Plaintiff Mitchell Flower's last known address is 226 N. Long Street, Salisbury NC 28144 and his last known telephone number is (704) 202-4361.

12. A copy of this filed motion will be served on Mitchell Flowers at his last known address of 226 N. Long Street, Salisbury NC 28144 via both certified and regular mail.

WHEREFORE, counsel respectfully moves the Court for an Order withdrawing Michael Quillin and O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC from representing Mitchell Flowers.  A proposed Order has been filed herewith.

Dated:  June 19, 2020

>*/s/ Michael J. Quillin*
> Michael J. Quillin
> O'Leary, Shelton, Corrigan,
> Peterson, Dalton & Quillin, LLC
> 1034 S. Brentwood Blvd., PH 1-A
> St. Louis, MO 63117
> Telephone: (314) 405-9000
> Facsimile: (314) 405-9999
> Email: quillin@osclaw.com
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, I electronically filed the foregoing Motion to Withdraw as Counsel of Record without Substitution for Plaintiff, Mitchell Flowers, with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL and mailed via U.S. Certified Mail Return Receipt Requested and regular mail to Mitchell Flowers at 226 N. Long Street, Salisbury NC 28144.

*/s/ Michael J. Quillin*
Michael J. Quillin
O'Leary, Shelton, Corrigan,
Peterson, Dalton & Quillin, LLC
1034 S. Brentwood Blvd., PH 1-A
St. Louis, MO 63117
Telephone: (314) 405-9000
Facsimile: (314) 405-9999
Email: quillin@osclaw.com