UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

MITCHELL FLOWERS,
Case No.:  1:20-cv-00894-JPH-MJD

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

This matter has come before the Court upon Plaintiff's Counsel's *Motion to Withdraw as Counsel of Record.* The Court being duly advised, hereby finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that MICHAEL J. QUILLIN and the law firm of O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC shall be withdrawn as counsel of record in this action.

SIGNED_____,_____, 2020

_____
HONORABLE RICHARD L. YOUNG
United States District Court
Southern District of Indiana