IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff

TERESA HANEY

Civil Case # 1:19-cv-4771

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to FRCP 15(a)(2), moves this Court for an order amending the Short

Form Complaint.

1. Plaintiff seeks leave to file the attached amended short form complaint to correct the
   State listed under Count VII. Currently, it states Violations of Applicable **Virginia**
   Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices. Instead,
   it should state Violations of Applicable **Colorado** Law Prohibiting Consumer Fraud
   and Unfair and Deceptive Trade Practices.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not
   oppose the filing of this motion.

Based on the foregoing, Plaintiff requests that this Court grant this request for the

substation as set forth above and for leave to file the Amended Short Form Complaint and direct

the Clerk to file the attached Amended Short Form Complaint.

**PLAINTIFF'S MOTION FOR LEAVE TO AMENDED COMPLAINT**

Respectfully submitted,

/s/Zainab Tarique
Zainab Tarique
TX Bar No. 24113095
Leslie MacLean
TX Bar No. 00794209
**WATERS & KRAUS, LLP**
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
ztarique@waterskraus.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/*Zainab Tarique*

**PLAINTIFF'S MOTION FOR LEAVE TO AMENDED COMPLAINT**