IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to Plaintiff

ARNIE PIKE and TRACEY J. WOOD

Civil Case # 1:19-cv-4827

─────────────────────────────────────────────────────────

**ORDER**

─────────────────────────────────────────────────────────

NOW, this _____ day of _____, 2020, the Court having duly

considered Plaintiffs' Motion for Leave to Amend Complaint and the Response thereto, if any:

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

Dated: _____, 2020.


_____
JUDGE PRESIDING