IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff

RAMONA SEGARS

Civil Case # 1:19-cv-4825

## ORDER

NOW, this _____ day of _____, 2020, the Court having duly considered Plaintiff's Motion for Leave to Amend Complaint and the Response thereto, if any:

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

Dated: _____, 2020.

_____
JUDGE PRESIDING