IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs

GUADALUPE GAMBOA

Civil Case # 1:19-cv-4819

**ORDER**

Considering the Plaintiff's Motion for Leave to Amend Complaint of Guadalupe Gamboa.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Unopposed Motion for Leave to Amend the Complaint filed by Guadalupe Gamboa is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 6/23/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.