UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

NICHOLAS GLAUDE,
Case No.: 1:20-cv-913-RLY-TAB

> Motion denied.  If Plaintiff fails to stay in contact with counsel, the appropriate action is to dismiss the case, not allow counsel to withdraw and permit a non-responsive Plaintiff to proceed *pro se*.  Plaintiff shall show cause within 28 days why this case should not be dismissed from the MDL for failure to prosecute.
> Tim A. Baker, U.S. Magistrate Judge
> June 24, 2020
> Distribution to all registered counsel of record via ECF and to the following via U.S Mail: Nicholas Glaude, 1440 East 195th Street, Euclid, OH 44117

## MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF, NICHOLAS GLAUDE

Pursuant to Local Rule 83.7, counsel for Nicholas Glaude, O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC, hereby request the Court for an order allowing MICHAEL J. QUILLIN, and the firm O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC, to withdraw as counsel of record for Nicholas Glaude. In support thereof, counsel states:

1. Plaintiff's case was filed on March 20, 2020.

2. Defendants served Plaintiff's counsel with a deficiency notice regarding Plaintiff's Profile Sheet ("PPS") on June 15, 2020.

3. Plaintiff's Counsel has tried numerous times, via telephone and mail to contact Plaintiff regarding his deficient PPS.

4. Counsel for Plaintiff has sent written correspondence to Plaintiff regarding the PPS on: March 23, 2020; May 19, 2020; May 27, 2020; and, June 3, 2020.

5. As Plaintiff's counsel was unable to reach Plaintiff by phone, Plaintiff's counsel researched to public records to determine whether new contact information was available for Plaintiff. Plaintiff's Counsel found another possible address for Plaintiff and also sent correspondence to that address.

6. Counsel attempted to call Mr. Glaude via telephone on all previously provided and listed numbers with no answer and no option to leave voice messages.

7. On May 19, 2020, since counsel was unable to reach Plaintiff via telephone or receive a response to correspondence, counsel retained the services of a private investigator to locate Plaintiff. The private investigator was also unable to contact or locate Plaintiff.

8. On June 19, 2020, Plaintiff's Counsel served a Categorization Form for Plaintiff, along with supporting medical records. Per available medical records, Plaintiff was categorized as a Category 6 case for IVC perforation.

9. However, to date, Plaintiff has failed to provide a signed and completed PPS.

10. Due to a lack of communication or cooperation from Nicholas Glaude regarding this matter, a compelling reason exists for the Court to permit Michael Quillin and O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC to withdraw as counsel for Plaintiff.

11. Given that counsel's withdrawal will leave Plaintiff without representation, counsel notes that there is no trial date set in this matter, and there are no pending motions regarding this matter.

12. If this court desires further information or specific examples to further support the good faith basis for this motion and for withdraw, it is respectfully requested that the court have an *in camera* hearing outside of the presence of all other parties so that the facts demonstrating good cause for this withdrawal may be demonstrated to the Court.

13. Plaintiff Nicholas Glaude's last known address is 1440 E 195th Street, Euclid, OH 44117 and his phone number is (216) 307-0620.

14. A copy of this filed motion will be served on Nicholas Glaude at his last known address of 1440 E 195th Street, Euclid, OH 44117 via both certified and regular mail.

WHEREFORE, counsel respectfully moves the Court for an Order withdrawing Michael Quillin and O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC from representing Nicholas Glaude. A proposed Order has been filed herewith.


Dated:  June 19, 2020


*/s/ Michael J. Quillin*
Michael J. Quillin
O'Leary, Shelton, Corrigan,
Peterson, Dalton & Quillin, LLC
1034 S. Brentwood Blvd., PH 1-A
St. Louis, MO 63117
Telephone: (314) 405-9000
Facsimile: (314) 405-9999
Email: quillin@osclaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, I electronically filed the foregoing Motion to Withdraw as Counsel of Record without Substitution for Plaintiff, Nicholas Glaude, with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL and mailed via U.S. Certified Mail Return Receipt Requested and regular mail to Nicholas Glaude at 1440 E 195th Street, Euclid, OH 44117.

*/s/ Michael J. Quillin*
Michael J. Quillin
O'Leary, Shelton, Corrigan,
Peterson, Dalton & Quillin, LLC
1034 S. Brentwood Blvd., PH 1-A
St. Louis, MO 63117
Telephone: (314) 405-9000
Facsimile: (314) 405-9999
Email: quillin@osclaw.com