UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570

This document relates to:
**JOSHUA JORDAN WILLIAMS**
**1:19-cv-04116-RLY-TAB**

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DUPLICATE COMPLAINT WITHOUT PREJUDICE

COMES NOW Plaintiff, Joshua Jordan Williams, by and through counsel, The Dysart Law Firm, P.C. pursuant to FRCP 41 and states the following:

1. This is a duplicate proceeding filed on behalf of Plaintiff. Plaintiff's other case in this matter is No: 1:19-cv- 00232.

2. Plaintiff's counsel seeks to dismiss, without prejudice, this duplicate case only leaving intact the original case, 1:19-cv-00232.

3. Plaintiff's counsel has conferred with defense counsel, and Defendant consents to this dismissal without prejudice.

WHEREFORE, Plaintiff prays that this Motion be granted, that Plaintiff's duplicate cause of action, Case No. 1:19-cv-04116, be dismissed without prejudice.

        Respectfully submitted,


        THE DYSART LAW FIRM, P.C.

        By:  /s/ Christopher W. Dysart
        Christopher W. Dysart, MO Bar #37069
        16020 Swingley Ridge Rd., Ste. 340
        Chesterfield, MO 63017
        (314) 548-6298
        (636) 600-5535 Fax
        cdysart@dysart-law.com
        *Attorney for Plaintiff*


Dated: June 24, 2020

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via the Court's electronic filing system and/or U.S. mail, postage prepaid on this 24th day of June 2020.

/s/ Christopher W. Dysart
**Christopher W. Dysart**