UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL 2570

This document relates to:
**JOSHUA JORDAN WILLIAMS**
**1:19-cv-04116-RLY-TAB**

### PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DUPLICATE COMPLAINT WITHOUT PREJUDICE

The Court, having received and considered Plaintiff's Unopposed Motion to Dismiss Duplicate Complaint Without Prejudice, and finding good cause exists.

IT IS HEREBY ORDERED Dismissing *Williams v. In re: Cook Medical, Inc, et al.*, 1:19-cv-04116-RLY-TAB.

SO ORDERED: _____

United States District Court
Southern District of Indiana

DATED: _____