IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____


This Document Relates to Plaintiff(s)
 Ellen Repasky_____

 Civil Case # 1:16-cv-2367_____

### SUGGESTION OF DEATH OF PLAINTIFF ELLEN REPASKY

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal

Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Ellen

Repasky, which occurred on November 4, 2019. Please see the death certificate attached hereto as

Exhibit A.

RESPECTFULLY SUBMITTED this 26th day of June, 2020.

**SHRADER & ASSOCIATES, L.L.P.**


*/s/ A. Layne Stackhouse*_____
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

***Counsel for Plaintiff***

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

<em>/s/ A. Layne Stackhouse</em>