# Exhibit 1

**STATE OF NORTH CAROLINA**

DURHAM County

File No. 20-E-750

In The General Court Of Justice
Superior Court Division
Before the Clerk

**IN THE MATTER OF THE ESTATE OF:**

Name
ELLEN MONRO REPASKY

**LETTERS**
OF ADMINISTRATION

G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

Name And Address Of Fiduciary 1
CHRISTOPHER C WILMS JR
2216 S MIAMI BLVD STE 101
DURHAM, NC  27703

Title Of Fiduciary 1
ADMINISTRATOR

Name And Address Of Fiduciary 2

Title Of Fiduciary 2

SEAL

Date Of Qualification
06/19/2020

Clerk Of Superior Court
ARCHIE L SMITH III

**EX OFFICIO JUDGE OF PROBATE**

Date Of Issuance
06/19/2020

Signature  Amanda F Lloyd

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

**NOTE:** *This letter is not valid without the official seal of the Clerk of Superior Court.*

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts