# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Ellen Repasky

Civil Case # 1:16-cv-2367

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Ellen Repasky

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    North Carolina

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

    North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

    Middle District of North Carolina, Durham Division

8. Defendants (Check Defendants against whom Complaint is made):

    ☒  Cook Incorporated

    ☒  Cook Medical LLC

    ☒  William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒  Diversity of Citizenship

    ☐  Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6-28

    b. Other allegations of jurisdiction and venue:

    N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    X Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

    ☐

11. Date of Implantation as to each product:

    January 20, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Durham Regional Hospital, Durham, N.C.

13. Implanting Physician(s):

    Amar Amaresh, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☐X   Count I:    Strict Products Liability – Failure to Warn

    ☐X   Count II:   Strict Products Liability – Design Defect

    ☐X   Count III:  Negligence

    ☐X   Count IV:   Negligence Per Se

3

☐X    Count V:        Breach of Express Warranty

☐X    Count VI:       Breach of Implied Warranty

☐X    Count VII:      Violations of Applicable <u>North Carolina</u> (insert State) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count VIII:     Loss of Consortium

☐     Count IX:       Wrongful Death

☐     Count X:        Survival

☐X    Count XI:       Punitive Damages

☐     Other:          _____ (please state the facts supporting this Count in the space, immediately below)

☐     Other:          _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

<u>A. Layne Stackhouse</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>A. Layne Stackhouse (KY #94038), Shrader & Associates, L.L.P., 3900 Essex Lane,</u>

<u>Suite 390, Houston, TX  77027</u>

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

<u>*/s/ A. Layne Stackhouse*     </u>
A. Layne Stackhouse (KY# 94038)
3900 Essex Lane, Suite 390
Houston, TX 77027
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

<u>*/s/ A. Layne Stackhouse*     </u>