UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS     Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND     MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This document relates to:

1:19-cv-06099; 1:20-cv-00497; 1:20-cv-00662; 1:20-cv-00742;
1:20-cv-00772; 1:20-cv-00773; 1:20-cv-00825; 1:20-cv-00973;
1:20-cv-00993; 1:20-cv-01083; 1:20-cv-01098; 1:20-cv-01297.

_____

**NOTICE OF NON-COMPLIANCE PURSUANT TO**
**FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4:**
*__(PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL)__*

PLEASE TAKE NOTICE that the Plaintiffs identified herein have not submitted a Case

Categorization Form or Plaintiff Profile Sheet as required by Fourth Amended Case Management

Order No. 4 (Dkt. 13046) ("CMO No. 4"), and have been notified by Defendants of this non-

compliance as required by CMO No. 4:

1.     Plaintiffs Subject to Dismissal for Lack of Service of Case Categorization Form (CCF)

| Case Name | Cause Number | Plaintiff Counsel Firm Name | CCF Due Date | Deficiency Notice |
|---|---|---|---|---|
| Alexander, Webster | 1:19-cv-06099 | LAW OFFICE OF STEPHEN BAMBERGER | 10/3/2019 | 6/16/2020 |
| Stevenson, Isabelle and Bertram | 1:20-cv-00497 | MESSA & ASSOCIATES | 3/16/2020 | 6/16/2020 |
| Sheehan, Lisa | 1:20-cv-00662 | DALIMONTE RUEB LAW GROUP, LLP | 3/30/2020 | 6/16/2020 |
| Peavy, Terry | 1:20-cv-00742 | DALIMONTE RUEB LAW GROUP, LLP | 4/6/2020 | 6/16/2020 |
| Ramos, John (IL) | 1:20-cv-01098 | DALIMONTE RUEB LAW GROUP, LLP | 5/11/2020 | 6/16/2020 |

2.      Plaintiffs Subject to Dismissal for Lack of Service of Plaintiff Profile Sheet (PPS)

| Case Name | Cause Number | Plaintiff Counsel Firm Name | PPS Due Date | Deficiency Notice |
|---|---|---|---|---|
| Sheehan, Lisa | 1:20-cv-00662 | DALIMONTE RUEB LAW GROUP, LLP | 3/30/2020 | 4/29/2020 |
| Peavy, Terry | 1:20-cv-00742 | DALIMONTE RUEB LAW GROUP, LLP | 4/6/2020 | 4/29/2020 |
| Wilson, Connie | 1:20-cv-00772 | MARC J. BERN & PARTNERS, LLP | 4/9/2020 | 4/29/2020 |
| Sipes, Michael and Connie | 1:20-cv-00773 | THE GALLAGHER LAW FIRM PLLC | 5/9/2020 | 5/21/2020 |
| Senich, Anne M. [ESTATE OF] | 1:20-cv-00825 | THE GALLAGHER LAW FIRM PLLC | 5/13/2020 | 5/21/2020 |
| Green, Craig | 1:20-cv-00973 | THE GALLAGHER LAW FIRM PLLC | 5/26/2020 | 6/15/2020 |
| Davis, Tyrone | 1:20-cv-00993 | FENSTERSHEIB LAW GROUP, P.A. | 4/29/2020 | 5/21/2020 |
| Golden, Peggy | 1:20-cv-01083 | THE GALLAGHER LAW FIRM PLLC | 6/7/2020 | 6/15/2020 |
| Ramos, John (IL) | 1:20-cv-01098 | DALIMONTE RUEB LAW GROUP, LLP | 5/11/2020 | 5/21/2020 |
| Olsen, Pamela | 1:20-cv-01297 | DALIMONTE RUEB STOLLER LLP | 6/1/2020 | 6/16/2020 |

As outlined by CMO No. 4, the Plaintiffs above should not file a response to Defendants'

Notice of Non-Compliance, but are directed to submit their required PPS or CCF to Defendants

at  CookFilterMDL@FaegreDrinker.com within fourteen (14) days of the date this Notice of

Non-Compliance is filed.  (CMO No. 4, ¶ 3).

Defendants will notify the Court if any Plaintiff listed above fails to cure their

deficiencies within fourteen (14) days, to effectuate the contemplated dismissal by the Court

pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply

with this Court's Order. *Id.*

Dated: June 26, 2020

Respectfully Submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:      (317) 237-0300
Andrea.Pierson@Faegredrinker.com
Jessica.Cox@Faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:      (260) 424-8000
Stephen.Bennett@Faegredrinker.com

*Attorneys for Defendants Cook Incorporated,
Cook Medical LLC, and William Cook Europe
ApS*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2020, a copy of the foregoing Notice of Non-Compliance was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


/s/ Andrea Roberts Pierson