IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHLEEN SCHNEIBEL-GILLICK AND JAMES MORRIS, | MDL No. 1:14-ml-2570-RLY-TAB |
| | MDL No. 2570 |
| v. | |
| COOK INCORPORATED; COOK MEDICAL LLC; WILLIAM COOK EUROPE APS | Civil Case No. 1:20-cv-06168-RLY-TAB |

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: June 29, 2020

                                                  Respectfully submitted,

                                                */s/ Rosemarie Riddell Bogdan*
                                                Rosemarie Riddell Bogdan
                                                NDNY Barr Roll Number: 506409
                                                NYS Bar Roll Number: 380552
                                                MARTIN, HARDING & MAZZOTTI, LLP
                                                Attorneys for Plaintiffs
                                                1222 Troy-Schenectady Road
                                                P.O. Box 15141
                                                Albany, New York 12212-5141
                                                Telephone: (518) 862-1200
                                                rrbivccook@1800law1010.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan