**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:20-cv-01389
1:20-cv-01390

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:     June 29, 2020      /s/ Kip S. M. McDonald
    Andrea Roberts Pierson (# 18435-49)
    Kip S. M. McDonald (# 29370-49)
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    E-Mail: andrea.pierson@faegredrinker.com
    E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01