# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>**Unopposed Motion to Amend Complaint** |
| This Document Relates to Plaintiff:<br><br>Justin Vit,<br><br>   Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>   Defendants. | This Document Relates to Case:<br><br>1:20-cv-06142-RLY-TAB |

## **UNOPPOSED MOTION TO AMEND COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves this Court for an Order to amend his short form complaint filed with this court on May 28, 2020.

1. Plaintiff respectfully seeks leave to file the attached short form complaint to correct an issue in item number 11. Counsel indicated the date of implantation of Plaintiff's Cook IVC filter was 03/31/2004, when in fact the date of implantation is 03/29/2004.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully moves this Court to grant Plaintiff's

unopposed motion to amend his Complaint and enter the attached Amended Short Form Complaint.

Date: June 29, 2020

                                              Respectfully submitted,

                                              **JOHNSON LAW GROUP**

                                              /s/ Basil Adham
                                              Basil Adham, (TX Bar No.24081742)
                                              2925 Richmond Ave, Suite 1700
                                              Houston, TX 77098
                                              Telephone: (713) 626-9336
                                              Facsimile: (713) 583-9460
                                              E-mail: ivc@johnsonlawgroup.com
                                              ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of June, 2020 I electronically transmitted the foregoing Motion for Leave to  to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                /s/ Basil Adham