# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>**Order on Unopposed Motion to Amend Complaint** |
| This Document Relates to Plaintiff:<br><br>Justin Vit,<br><br>      Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>      Defendants. | This Document Relates to Case:<br><br>1:20-cv-06142-RLY-TAB |

Considering the parties' Unopposed Motion to Amend Complaint of Justin Vit. **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Motion to Amend the Complaint filed by Justin Vit is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: _____

 

                                                     Tim A. Baker<br>                                                     Magistrate Judge