IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
  Ellen Repasky

 Civil Case # 1:16-cv-2367

## MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A) and Fed. R. Civ. P. 5.2, Plaintiff Ellen Repasky respectfully moves the Court to maintain under seal the Death Certificate filed in support of Plaintiff's Suggestion of Death and Motion to Substitute (see Dkt. No. 13711). In support of this Motion, Plaintiff states the exhibit is a Death Certificate, which contains Personal Data Identifiers. Plaintiff has conferred with Defendants and they do not oppose this Motion.

Plaintiff previously filed this document as Exhibit A to her Suggestion of Death (see Dkt. No., Dkt. No. 13701-1, filed June 26, 2020). Plaintiff's understanding is that the Death Certificate is currently being maintained under seal and requests both Dkt. No. 13701-1 and Dkt. No. 13711 be maintained under seal as containing Personal Data Identifiers under Fed. R. Civ. P. 5.2.

A version of the death certificate with Personal Data Identifiers redacted is being filed contemporaneously herewith. A proposed order is attached hereto.

Dated: June 30, 2020.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*