IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Ellen Repasky

 Civil Case # 1:16-cv-2367

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

ON THIS DAY came for consideration Plaintiff's Motion to Maintain Document Under Seal **[Dkt. No. 13711 and 13701-1]** to Plaintiff's Notice of Suggestion of Death. Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that the document **[Dkt. No. 13711 and 13701-1]** to the Notice of Suggestion of Death is to be maintained under seal.

Dated this ___ of _____, 2020.


SO ORDERED: _____

1