# NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
## N.C. VITAL RECORDS
### CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. _____ LOCAL NO. _____ COUNTY OF DEATH _____ STATE FILE NO. _____

**DECEDENT** (TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK)

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Ellen
- 1b. MIDDLE: Catherine
- 1c. LAST: Repasky
- 1d. SUFFIX: 
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Monro

aka / aka / aka

- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 75
- 3b. UNDER 1 YEAR (Months/Days):
- 3c. UNDER 1 DAY (Hours/Minutes):
- 4. DATE OF BIRTH: [redacted]
- 5. BIRTHPLACE: Alleghany Co. PA
- 6. DATE OF DEATH: 11/04/19

**PLACE OF DEATH** (Check only one)
- 7a. IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient ☐ ER/Outpatient ☐ DOA
- 7b. IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice facility ☐ Nursing home/Long term care facility ☐ Decedent's home ☐ Other (Specify)
- 7c. FACILITY NAME: Duke Regional Hospital
- 7d. CITY OR TOWN: Durham
- 7e. COUNTY OF DEATH: Durham

- 8. MARITAL STATUS: ☐ Married ☐ Married, but separated ☒ Widowed ☐ Divorced ☐ Never married ☐ Unknown
- 9. SURVIVING SPOUSE (Give name prior to first marriage):
- 10a. DECEDENT'S USUAL OCCUPATION: Tax Preparer
- 10b. KIND OF BUSINESS/INDUSTRY: Finance

- 11. SOCIAL SECURITY NUMBER: [redacted]1323
- 12a. RESIDENCE–STATE OR FOREIGN COUNTRY: North Carolina
- 12b. COUNTY: Durham
- 12c. CITY OR TOWN: Durham
- 12d. STREET AND NUMBER: 303 E. Carver Street #305B
- 12e. INSIDE CITY LIMITS: ☒ Yes ☐ No
- 12f. ZIP CODE: 27704
- 13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: ☐ Yes ☒ No

- 14. DECEDENT'S EDUCATION: ☒ Some college credit, but no degree
- 15. DECEDENT OF HISPANIC ORIGIN?: ☒ No, not Spanish/Hispanic/Latino
- 16. DECEDENT'S RACE: ☒ White

**PARENTS**
- 17. FATHER/PARENT NAME: Walter Robert Monro
- 18. MOTHER/PARENT NAME (Last Name Prior to First Marriage): Helen Catherine Worth

- 19a. INFORMANT'S NAME: Ellen C. Repasky
- 19b. RELATIONSHIP TO DECEDENT: Self/Preneed
- 19c. MAILING ADDRESS: 303 E. Carver Street #305B Durham, NC 27704

**DISPOSITION**
- 20a. METHOD OF DISPOSITION: ☒ Cremation
- 20b. PLACE OF DISPOSITION: Quality Cremation
- 20c. LOCATION: Durham, North Carolina
- 21a. SIGNATURE OF FUNERAL DIRECTOR:
- 21b. LICENSE NUMBER: 3889
- 21c. NAME OF EMBALMER: Not Embalmed
- 21d. LICENSE NUMBER:
- 22. NAME AND ADDRESS OF FUNERAL HOME: American Cremation & Funeral Service-1204 Person Street Durham, North Carolina 27703

**MEDICAL CERTIFICATION**
- 23. Part I. Chain of events:
  - a. IMMEDIATE CAUSE: Septic shock — Approximate interval: Days
  - b.
  - c.
  - d.
- PART II. Other significant conditions: Acute lymphocytic leukemia, chronic obstructive pulmonary disease
- 24a. WAS AN AUTOPSY PERFORMED?: ☒ No
- 24b. WERE AUTOPSY FINDINGS AVAILABLE: ☐ Yes ☐ No

- 25. MANNER OF DEATH: ☒ Natural
- 26a. WAS CASE REFERRED TO MEDICAL EXAMINER?: ☒ No
- 26b. IF YES ☐ Declined by Medical Examiner
- 27. TIME OF DEATH (Approximate): 1121
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH?: ☒ Unknown
- 29. IF FEMALE: ☒ Not pregnant within past year

**MEDICAL EXAMINER ONLY**
- 30. DATE PRONOUNCED:
- 31a-g: (blank)

**CERTIFIER**
- 32. CERTIFIER: ☒ Certifying physician/nurse practitioner/physician assistant
- 33a. SIGNATURE AND TITLE: MD
- 33b. LICENSE NUMBER: 2016-02185
- 33c. DATE SIGNED: 11/04/2019
- 33d. NAME AND ADDRESS OF CERTIFIER: Jamie Privratsky 3643 N. Roxboro Rd., Durham, NC 27704

**REGISTRAR**
- 34. FOR LOCAL REGISTRAR (Name):
- 35. DATE FILED:
- 36. DATE REGISTERED BY STATE:

DATE CORRECTED: / ITEM(S) CORRECTED:
DATE AMENDED: / ITEM(S) AMENDED:

DHHS 1872 (REVISED 11/2017) N.C. VITAL RECORDS