# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION, | Case No. 1:14-ML-2570-RLY-TAB MDL No. 2570 |
| MARILYN KING, Plaintiff, | This Document Relates to: **MARILYN KING** **1:19-cv-02657-RLY-TAB** |
| Vs. | |
| COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, Defendants. | |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DUPLICATE COMPLAINT WITHOUT PREJUDICE

COMES NOW Plaintiff, Marilyn King, by and through counsel, The Law Offices of Jeffrey S. Glassman, LLC, pursuant to FRCP 41 and states the following:

1. This is a duplicate proceeding filed on behalf of Plaintiff. Plaintiff's other case in this matter is No: 1:19-cv-01195.

2. Plaintiff's counsel seeks to dismiss, without prejudice, this duplicate case only leaving intact the original case, 1:19-cv-01195.

3. Plaintiff's counsel has conferred with the defense counsel, and Defendant consents to this dismissal without prejudice.

WHEREFORE, Plaintiff prays that this Motion be granted, that Plaintiff's duplicate cause of action, Case No. 1:19-cv-02657, be dismissed without prejudice.

Respectfully Submitted,

THE LAW OFFICES OF JEFFREY S. GLASSMAN, LLC


By: /s/ Julie E. Lamkin
Julie E. Lamkin, MA BBO# 680482
Robert T. Naumes Jr., MA BBO# 664826
1 International Place, Ste. 1810
Boston, MA 02110
P: (617) 367-2900
F: (617) 722-9999
jlamkin@jeffreysglassman.com
***Attorneys for Plaintiff***


Dated July 1, 2020

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all of the parties via the Court's electronic filing system and/or U.S. mail, postage prepaid on this 1st day of July 2020.

/s/Julie E. Lamkin
**Julie E. Lamkin**