UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION, | Case No. 1:14-ML-2570-RLY-TAB MDL No. 2570 |
| MARILYN KING, <br><br> Plaintiff, | This Document Relates to: **MARILYN KING** **1:19-cv-02657-RLY-TAB** |
| Vs. | |
| COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, <br><br> Defendants. | |

**PROPOSED ORDER GRANTING PLAINTFF'S UNOPPOSED
MOTION TO DISMISS DUPLICATE COMPLAINT
WITHOUT PREJUDICE**

This Court, having received and considered Plaintiff's Unopposed Motion to Dismiss Duplicate Complaint Without Prejudice, and finding good cause exists.

IT IS HEREBY ORDERED Dismissing *King v. In re: Cook Medical, Inc, et al*., 1:19-cv-02657-RLY-TAB.


SO ORDERED: _____

United States District Court
Southern District of Indiana


DATED: _____