IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
 Ellen Repasky

Civil Case # 1:16-cv-2367

## ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

ON THIS DAY came for consideration Christopher C. Wilms, Jr.'s Motion to Substitute himself, as Administrator of the Estate of Ellen Repasky, deceased, as Party Plaintiff for Ellen Repasky and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Christopher C. Wilms, Jr, as Administrator of the Estate of Ellen Repasky, is hereby substituted as Party Plaintiff for Ellen Repasky in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed.

SO ORDERED.

Date: 7/2/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.