**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No.  1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                            MDL 2570


This document relates to:
**JOSHUA JORDAN WILLIAMS**
**1:19-cv-04116-RLY-TAB**


### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DUPLICATE COMPLAINT WITHOUT PREJUDICE

The Court, having received and considered Plaintiff's Unopposed Motion to Dismiss

Duplicate Complaint Without Prejudice, and finding good cause exists.

IT IS HEREBY ORDERED Dismissing *Williams v. In re: Cook Medical, Inc, et al.*,

1:19-cv-04116-RLY-TAB.

SO ORDERED this 2nd day of July 2020.


_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record