UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. <br> IVC FILTERS MARKETING, SALES <br> PRACTICE AND PRODUCTS <br> LIABILITY LITIGATION, | Case No. 1:14-ML-2570-RLY-TAB <br> MDL No. 2570 |
| MARILYN KING, <br><br>     Plaintiff, | This Document Relates to: <br> **MARILYN KING** <br> **1:19-cv-02657-RLY-TAB** |
| Vs. | |
| COOK MEDICAL INC., IVC FILTERS <br> MARKETING, SALES PRACTICES AND <br> PRODUCTS LIABILITY LITIGATION, <br><br>     Defendants. | |

## ORDER GRANTING PLAINTFF'S UNOPPOSED MOTION TO DISMISS DUPLICATE COMPLAINT WITHOUT PREJUDICE

This Court, having received and considered Plaintiff's Unopposed Motion to Dismiss Duplicate Complaint Without Prejudice, and finding good cause exists.

IT IS HEREBY ORDERED Dismissing *King v. In re: Cook Medical, Inc, et al.*, 1:19-cv-02657-RLY-TAB.

SO ORDERED this 2nd day of July 2020.

                                                      RICHARD L. YOUNG, JUDGE
                                                      United States District Court
                                                      Southern District of Indiana

Distributed Electronically to Registered Counsel of Record