IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiff Eddie Clark Burrage
1:18-cv-00273-RLY-TAB

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO COOK'S *OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, IN SUPPORT OF DISMISSAL OF ALL NATIONS FIRM CATEGORY 6 CASES***

Plaintiff Eddie Clark Burrage ("Plaintiff" or "Mr. Burrage") respectfully requests an extension of time to reply to Defendants Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS ("Cook" or the "Cook Defendants") *Opposition to Plaintiff's Motion to Dismiss or In the Alternative, In Support of Dismissal of All Nations Firm Category 6 Cases*, and in support states as follows:

1. On June 5, 2020, Mr. Burrage filed a three-page motion to dismiss his case with prejudice. (Doc. 13587).

2. On June 30, 2020, the Cook Defendants filed a thirty-page opposition brief and alternative motion that seeks relief against over one hundred Nations Law Firm cases pending in the MDL, the impact of which could have implications for all category 6 cases filed in the MDL. (Doc. 13714). Specifically, it asks the Court to deny Mr. Burrage's motion to dismiss with prejudice, or in the alternative, to dismiss all other category 6 cases represented by the Nations Law Firm.

1

3. As Cook has requested the unusual relief from the Court of dismissing over one hundred cases that are separate from Mr. Burrage's case, their opposition brief is actually an alternative motion to dismiss other cases in the MDL. Despite the header that their brief "Relates to the Following Actions only: Eddie Clark Burrage" their lengthy alternative motion contains facts and arguments that go well beyond his individual case and will require consultation with outside counsel and extensive research in order to draft a reply that adequately responds to the misrepresentations contained therein.

4. The Cook Defendants have not filed a Notice of Hearing to inform the Court they intend to present their opposition to Mr. Burrage's motion at the upcoming July 10, 2020 Monthly Status Conference pursuant to Amended CMO 18, ¶ 5, nor did they title their opposition as an "Omnibus Motion" pursuant to Amended CMO 18, ¶ 8. In addition, to Plaintiff's knowledge, the Cook Defendants were granted leave by the Court to file a motion within their response to Plaintiff's Motion to Dismiss pursuant to Local Rule 7-1(a).

5. On July 1, 2020, counsel for Mr. Burrage asked counsel for Cook to grant an extension of time to respond based on the length and implications of their brief, but this request was denied on the basis that the motion will be heard at the Monthly Status Conference on July 10, 2020. This was the first time that Plaintiff's counsel was informed of this intent.

6. On July 2, 2020, Plaintiff filed a Notice of Intent to have Mr. Burrage's Motion to Dismiss With Prejudice heard at the Monthly Motions Hearing on July 30, 2020, with counsel for the Nations Law Firm identified as relevant counsel. (Doc. 13732).

7. If this motion for extension of time is not granted, and instead Cook's opposition is presented at the July 10, 2020 Monthly Status Conference, counsel for Mr. Burrage will only have until July 6, 2020, which covers a holiday weekend, to draft his reply to Cook's lengthy opposition brief/alternative motion seeking what would be the unorthodox dismissal of over one hundred other cases. (Doc. 2396). Instead of being given the opportunity to gather the evidence needed to fully respond to each point raised in Cook's alternative motion to dismiss the claims of others, counsel for Mr. Burrage will be forced to cobble together a hasty response to arguments that rely on facts separate and apart from the facts in his individual case.

8. Because of the threat posed to over one hundred other Nations Law Firm clients, as well as the implications of the relief sought by Cook for plaintiffs across the entire MDL, counsel for Mr. Burrage requires additional time to file his reply to allow consultation with the relevant other plaintiffs' counsel and gather information relating to the arguments posed in order to properly counter each misrepresentation in Cook's opposition brief, so that the Court has the benefit of relying on an accurate factual record before ruling on his Motion to Dismiss With Prejudice.

9. In order to properly address each new allegation raised in Cook's voluminous opposition brief, Mr. Burrage respectfully requests that the Court grant an extension of time so that his reply is due on July 26, 2020, which will give the Cook Defendants four days to review the reply before presentment at the July 30, 2020 Monthly Motions Hearing. In the alternative, counsel for Mr. Burrage is also agreeable to having his Motion to Dismiss presented at the August 13, 2020 Status Hearing.

WHEREFORE, Plaintiff Eddie Clark Burrage respectfully requests that this Court grant his motion and extend his time to reply to Cook's *Opposition to Plaintiff's Motion to Dismiss or,*

*in the Alternative, In Support of Dismissal of All Nations Firm Category 6 Cases* from July 6, 2020 to July 26, 2020.

DATED: July 2, 2020

Respectfully submitted,

Howard L. Nations

*/s/ Howard L. Nations*
Howard L. Nations
Texas State Bar No. 14823000
cdb@howardnations.com
Alison L. Divine
Georgia Bar No. 672129
alison@howardnations.com
9703 Richmond Ave, Suite 200
Houston, TX  77042
(713) 807-8400
(713) 807-8423 (Fax)

4