IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Linda Kelley

Civil Case # 1:19-cv-1662

## SUGGESTION OF DEATH OF LINDA KELLEY

Plaintiff, Linda Kelley, by and through undersigned counsel and pursuant to Fed.R.Civ.P. 25, hereby suggests upon the record the death of Plaintiff, Linda Kelley. Upon information and belief, Plaintiff Linda Kelley died on or about February 1, 2020. The Death Certificate is attached hereto as Exhibit "1".

Dated: July 2, 2020

/s/ William F. Blankenship III
William F. Blankenship III
Texas Bar No. 90001483 (*Admitted Pro Hac Vice*)
Blankenship Law Firm
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
(214) 361-7500
(214) 361-7505 (Fax)
bill@blankenshiplaw.com
maggie@blankenshiplaw.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on July 2, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                */s/ William F. Blankenship III*
                William F. Blankenship III