IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GRANTED in part.
Reply is due 7/20/20
Dated: 7/06/20

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Plaintiff Eddie Clark Burrage
1:18-cv-00273-RLY-TAB

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO REPLY TO COOK'S *OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, IN SUPPORT OF DISMISSAL OF ALL NATIONS FIRM CATEGORY 6 CASES*

Plaintiff Eddie Clark Burrage ("Plaintiff" or "Mr. Burrage") respectfully requests an extension of time to reply to Defendants Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS ("Cook" or the "Cook Defendants") *Opposition to Plaintiff's Motion to Dismiss or In the Alternative, In Support of Dismissal of All Nations Firm Category 6 Cases*, and in support states as follows:

1. On June 5, 2020, Mr. Burrage filed a three-page motion to dismiss his case with prejudice. (Doc. 13587).

2. On June 30, 2020, the Cook Defendants filed a thirty-page opposition brief and alternative motion that seeks relief against over one hundred Nations Law Firm cases pending in the MDL, the impact of which could have implications for all category 6 cases filed in the MDL. (Doc. 13714). Specifically, it asks the Court to deny Mr. Burrage's motion to dismiss with prejudice, or in the alternative, to dismiss all other category 6 cases represented by the Nations Law Firm.

1