IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Eddie Clark Burrage

Civil Case No.  1:18-cv-00273-RLY-TAB

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice before this Court, and I appear in this case as co-counsel for Eddie Clark Burrage, along with Howard L. Nations.

DATED: July 7, 2020

                                        Respectfully submitted,

                                        THE NATIONS LAW FIRM

                                        */s/ Alison L. Divine*
                                        Alison L. Divine
                                        Georgia Bar No. 678129
                                        9703 Richmond Ave., Suite 200
                                        Houston, TX 77042
                                        (713) 807-8400
                                        (713) 807-8423 (Fax)

                                        ATTORNEY FOR PLAINTIFFS