IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

GREGORIO GONZALES
Civil Action No. 1:20-cv-1259

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. It is further agreed that the non-suit will only apply to docket number 1:20-cv-1259. This dismissal does not affect case number 1:18-cv-03509, which shall remain in suit.

Dated this 7th day of July, 2020.

Respectfully submitted,

**O'Leary, Shelton, Corrigan,
Peterson, Dalton & Quillin, LLC**

/s/ Michael J. Quillin
Michael J. Quillin
O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC
1034 S. Brentwood Blvd., 23rd Fl, PH 1-A
St. Louis, MO 63117
(314) 405-9000
quillin@osclaw.com
*Counsel for Plaintiff(s)*

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ *Kip S.M. McDonald*
Kip S.M. McDonald
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Tel. (317) 237-1485
Fax (317) 237-1000
Kip.McDonald@FaegreDrinker.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

/s/ *Michael J. Quillin*
Michael J. Quillin