IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Jacob M. Opperman and Carlotta Adams Opperman

Civil Case No.  1:18-cv-01214-RLY-TAB

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice before this Court, and I appear in this case as co-counsel for plaintiffs Jacob M. Opperman and Carlotta Adams Opperman, along with lead counsel Howard L. Nations.

DATED: July 7, 2020

                                            Respectfully submitted,

                                            THE NATIONS LAW FIRM

                                            */s/ Alison L. Divine*
                                            Alison L. Divine
                                            Georgia Bar No. 678129
                                            9703 Richmond Ave., Suite 200
                                            Houston, TX 77042
                                            (713) 807-8400
                                            (713) 807-8423 (Fax)

                                            ATTORNEY FOR PLAINTIFFS