IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Linda Kelley

Civil Case # 1:19-cv-1662

## MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Pursuant to Fed. R. Civ. P. 5.2, counsel for Plaintiff Linda Kelley respectfully moves the Court to maintain under seal the Death Certificate filed in support of Plaintiff's Suggestion of Death of Linda Kelley (Dkt. No. 13737-1). In support of this Motion, counsel for Plaintiff states the exhibit is a Death Certificate, which contains personal identifying information protected from disclosure pursuant to Fed. R. Civ. P. 5.2. Defendants do not oppose this Motion.

The subject Death Certificate was previously filed as an exhibit to the Suggestion of Death of Linda Kelley (Dkt. No. 13737, filed July 2, 2020). The subject Death Certificate is currently being maintained under seal and requests Dkt. No. 13737-1 be maintained under seal as containing personal identifying information protected from disclosure pursuant to Fed. R. Civ. P. 5.2. A redacted version of the death certificate which complies with Fed. R. Civ. P. 5.2 is being filed with this Motion.

Dated: July 7, 2020

Respectfully submitted,

*/s/ William F. Blankenship III*
William F. Blankenship III
Texas Bar No. 90001483 (*Admitted Pro Hac Vice*)
Blankenship Law Firm
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
(214) 361-7500
(214) 361-7505 (Fax)
bill@blankenshiplaw.com
maggie@blankenshiplaw.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ William F. Blankenship III*
William F. Blankenship III