# CERTIFICATE OF VITAL RECORD
## STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2020-006363

*202004006363*

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) | LINDA KAYE KELLEY |
| 1a. LAST NAME PRIOR TO FIRST MARRIAGE | SHOUN |
| 2. SEX | FEMALE |
| 3. SOCIAL SECURITY NUMBER | 1367 |
| 4. EVER IN US ARMED FORCES? | NO |
| 5a. AGE - Last birthday (years) | 70 |
| 5b. UNDER 1 YEAR (Months/Days) | |
| 5c. UNDER 1 DAY (Hours/Minutes) | |
| 6. DATE OF BIRTH (Mo/Day/Yr) | 1949 |
| 7. BIRTHPLACE (City and State or Foreign Country) | SAPULPA, OKLAHOMA |
| 8a. RESIDENCE-State | OKLAHOMA |
| 8b. RESIDENCE-County | CREEK |
| 8c. RESIDENCE-City or Town | SAPULPA |
| 8d. RESIDENCE-Zip Code | 74066 |
| 8e. RESIDENCE-Inside City Limits? | YES |
| 8f. RESIDENCE-Street and Number | 16651 SOUTH HICKORY STREET |
| 8g. RESIDENCE-Apt. Number | |
| 9. MARITAL STATUS AT TIME OF DEATH | ☒ Married |
| 10. SURVIVING SPOUSE'S NAME | TERRY WAYNE KELLEY, SR |
| 11a. FATHER'S NAME (First, Middle, Last) | JAMES SHOUN |
| 11b. FATHER'S LAST NAME PRIOR TO FIRST MARRIAGE | SHOUN |
| 12a. MOTHER'S NAME (First, Middle, Last) | OMA MARIE MAYES |
| 12b. MOTHER'S LAST NAME PRIOR TO FIRST MARRIAGE | FISH |
| 13. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 14. DECEDENT'S RACE | AMERICAN INDIAN OR ALASKA NATIVE (MUSCOGEE (CREEK) NATION, MUSCOGEE (CREEK) NATION) |
| 15. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 16. DECEDENT'S USUAL OCCUPATION | CERTIFIED NURSING ASSISTANT |
| 17. KIND OF BUSINESS / INDUSTRY | HOME HEALTH CARE |
| 18a. INFORMANT'S NAME | TERRY WAYNE KELLEY, SR |
| 18b. RELATIONSHIP TO DECEDENT | SPOUSE |
| 18c. MAILING ADDRESS | 16651 SOUTH HICKORY STREET, SAPULPA, OKLAHOMA 74066 |
| 19. METHOD OF DISPOSITION | ☒ Burial |
| 20. PLACE OF DISPOSITION | SALT CREEK |
| 21. LOCATION – City, Town and State | HENRYETTA, OKLAHOMA |
| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | INTEGRITY FUNERAL SERVICE, LLC - HENRYETTA, 410 EAST TRUDGEON, HENRYETTA, OKLAHOMA 74437 |
| 23. FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH | LEILA Z. PARKS |
| 24. FH ESTABLISHMENT LICENSE # | 1683ES |

### 25. PLACE OF DEATH

IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient

| Field | Value |
|---|---|
| 26. FACILITY NAME | HILLCREST HOSPITAL SOUTH |
| 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | TULSA, OKLAHOMA, 74133 |
| 28. COUNTY OF DEATH | TULSA |
| 29. DATE OF DEATH (Mo/Day/Yr) | FEBRUARY 1, 2020 |
| 30. TIME OF DEATH | 13:17 |
| 31. WAS MEDICAL EXAMINER CONTACTED? | YES |
| 32. WAS AN AUTOPSY PERFORMED? | NO |
| 33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

### CAUSE OF DEATH

| | Cause | Approximate interval: Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | PERFORATED VISCUS | DAYS |
| b. | BACTEREMIA | DAYS |
| c. UNDERLYING CAUSE | LIVER CIRRHOSIS | YEARS |
| d. | SEPTIC SHOCK | DAYS |

35. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

| Field | Value |
|---|---|
| 36. MANNER OF DEATH | ☒ Natural |
| 37. IF FEMALE | ☒ Not pregnant within past year |
| 38. DID TOBACCO USE CONTRIBUTE TO DEATH? | ☒ Unknown |
| 39. DATE OF INJURY | |
| 40. TIME OF INJURY | |
| 41. PLACE OF INJURY | |
| 42. DESCRIBE HOW INJURY OCCURRED | |
| 43. INJURY AT WORK? | |
| 44. LOCATION OF INJURY | |
| 45. IF TRANSPORTATION INJURY, SPECIFY | |
| 46. CERTIFIER | ATTENDING PHYSICIAN: ☒ Physician in charge of the patient's care |
| 47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | BRENT C MCANULTY, MD, 1145 SOUTH UTICA AVE #460, TULSA, OKLAHOMA 74104 |
| Certifier | BRENT C MCANULTY, MD |
| 48. LICENSE NUMBER | 25848OK |
| 49. DATE DEATH CERTIFIED | MARCH 4, 2020 |
| 50. REGISTRAR'S SIGNATURE | Kelly M Baker |
| 52. DATE RECEIVED BY STATE REGISTRAR | MARCH 6, 2020 |

REVISION 2016 — VS 154 (12/16)

Friday, March 06, 2020 11:20:10 AM

VOID IF ALTERED OR ERASED — VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED