**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**EXHIBIT A**
**TO**
**MOTION TO DISMISS DUPLICATIVE FILINGS**

| Plaintiff Name | Cause Number | Counsel | Duplicate Civil Act Number | Duplicate Counsel | Date Notified |
|---|---|---|---|---|---|
| Flakes, Anthony | 1:18-cv-01330 | OSBORNE & ASSOCIATES LAW FIRM PA | 1:18-cv-02820 | PRINCENTHAL & MAY, LLC | 3/23/2020 |
| Holcomb, Richard K. | 1:16-cv-00220 | MATTHEWS & ASSOCIATES | 1:17-cv-03355 | DAVIS BETHUNE & JONES LLC | 5/21/2020 |
| Mondello, Tindaro D. | 1:18-cv-00624 | MARC J. BERN & PARTNERS LLP | 1:20-cv-00485 | FLINT LAW FIRM, LLC | 3/23/2020 |
| Nicholson, Phyllis | 1:19-cv-02522 | LAW OFFICE OF CHRISTOPHER KYLE JOHNSTON | 1:20-cv-00115 | DALIMONTE RUEB LAW GROUP LLP | 3/23/2020 |
| Price, Michaell Christopher | 1:19-cv-02543 | MCSWEENEY/LANGEVIN | 1:20-cv-00291 | FEARS NACHAWATI, PLLC | 3/23/2020 |
| Seals, Lanny | 1:19-cv-02046 | TAUTFEST BOND PLLC | 1:19-cv-02707 | BLOOMFIELD & KATZ; FLINT LAW FIRM, LLC | 3/23/2020 |