**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

**GROUP EXHIBIT B**
**TO**
**MOTION TO DISMISS DUPLICATIVE FILINGS**

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Monday, March 23, 2020 3:34 PM |
| **To:** | 'David May' |
| **Cc:** | Danner, Michelle R.; josborne@realtoughlawyers.com |
| **Subject:** | Cook Filter MDL - Duplicate Complaint - Anthony Flakes |

Good afternoon,

It appears your firm, PRINCENTHAL & MAY, LLC, has filed a second complaint on behalf of your client, Flakes, Anthony. Your case number is 1:18-cv-02820, and the case number for the earlier filed case is 1:18-cv-01330. The prior complaint was filed by Joseph A. Osborne of OSBORNE & ASSOCIATES LAW FIRM PA (josborne@realtoughlawyers.com; tcoe@realtoughlawyers.com; ggiovanni@realtoughlawyers.com). I've CC'ed Joseph A. Osborne here.

Please dismiss the duplicate complaint. We are planning to file a motion to dismiss this Friday, if one of the cases is not dismissed.

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP
*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Thursday, May 21, 2020 1:20 PM |
| **To:** | 'gdavis@dbjlaw.net'; 'sfoster@dbjlaw.net' |
| **Cc:** | Danner, Michelle R.; 'matthewsivc@thematthewslawfirm.com'; 'lsantiago@thematthewslawfirm.com' |
| **Subject:** | Cook Filter MDL - Duplicate Complaint - Holcomb, Richard K. - 1:16-cv-00220 - 1:17-cv-03355 |

Good afternoon,

It appears your firm has filed a second complaint on behalf of plaintiff Holcomb, Richard K.. Your case number is 1:17-cv-03355, and the case number for the earlier filed case is 1:16-cv-00220. I've CC'ed counsel that filed the original complaint, David P. Matthews. (matthewsivc@thematthewslawfirm.com; lsantiago@thematthewslawfirm.com).

Please dismiss the duplicate complaint. We are planning to file a motion to dismiss shortly, if one of the cases is not dismissed.

Thank you in advance for your help on this issue,

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath LLP**

*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Monday, March 23, 2020 4:06 PM |
| **To:** | 'Laci Whitley' |
| **Cc:** | 'Dhumphrey@bernllp.com'; Joseph J. Cappelli; 'mbern@bernllp.com'; Danner, Michelle R. |
| **Subject:** | Cook Filter MDL - Duplicate Complaint - Tindaro Mondello |

Good afternoon,

It appears your firm, FLINT LAW FIRM, LLC, has filed a second complaint on behalf of your client, Mondello, Tindaro D.. Your case number is 1:20-cv-00485, and the case number for the earlier filed case is 1:18-cv-00624. The prior complaint was filed by Debra J. Humphrey of MARC J. BERN & PARTNERS, LLP (Dhumphrey@bernllp.com; acolella@bernllp.com; aterron@bernllp.com; anunez@bernllp.com; jluna@bernllp.com; kwang@bernllp.com). I've CC'ed Debra J. Humphrey here.

Please dismiss the duplicate complaint. We are planning to file a motion to dismiss this Friday, if one of the cases is not dismissed.

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath LLP**

*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Monday, March 23, 2020 4:22 PM |
| **To:** | 'john@drlawllp.com' |
| **Cc:** | Kyle Johnston; 'Carlos Hernandez'; 'joaquin@masstortslaw.com'; Danner, Michelle R. |
| **Subject:** | Cook Filter MDL - Duplicate Complaint - Nicholson, Phyllis |

Good afternoon,

It appears your firm, DALIMONTE RUEB LAW GROUP LLP, has filed a second complaint on behalf of your client, Nicholson, Phyllis. Your case number is 1:20-cv-00115, and the case number for the earlier filed case is 1:19-cv-02522. The prior complaint was filed by Christopher K. Johnston of LAW OFFICE OF CHRISTOPHER KYLE JOHNSTON (kyle@masstortslaw.com; carlos.h@masstortslaw.com; joaquin@masstortslaw.com). I've CC'ed Christopher K. Johnston here.

Please dismiss the duplicate complaint. We are planning to file a motion to dismiss this Friday, if one of the cases is not dismissed.

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP
*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

1

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Monday, March 23, 2020 4:32 PM |
| **To:** | 'Arati Furness'; Matthew McCarley |
| **Cc:** | Danner, Michelle R.; 'ram@westrikeback.com' |
| **Subject:** | Cook Filter MDL - Duplicate Complaint - Price, Michael |

Good afternoon,

It appears your firm, FEARS NACHAWATI, PLLC, has filed a second complaint on behalf of your client, Price, Micheal Christopher. Your case number is 1:20-cv-00291, and the case number for the earlier filed case is 1:19-cv-02543. The prior complaint was filed by Rhett A. McSweeney of MCSWEENEY/LANGEVIN (ram@westrikeback.com). I've CC'ed Rhett A. McSweeney here.

Please dismiss the duplicate complaint. We are planning to file a motion to dismiss this Friday, if one of the cases is not dismissed.

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP
*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Monday, March 23, 2020 4:36 PM |
| **To:** | 'brian@brianskatz.com'; 'Laci Whitley' |
| **Cc:** | 'jglitz@tautfestbond.com'; 'mbond@tautfestbond.com'; Danner, Michelle R. |
| **Subject:** | Cook Filter MDL - Duplicate Complaint - Lanny Seals |

Good afternoon,

It appears your firm, BLOOMFIELD & KATZ, has filed a second complaint on behalf of your client, Seals, Lanny. Your case number is 1:19-cv-02707, and the case number for the earlier filed case is 1:19-cv-02046. The prior complaint was filed by Monte Bond of TAUTFEST BOND PLLC (mbond@tautfestbond.com; jglitz@tautfestbond.com). I've CC'ed Monte Bond and Jessica Glitz here.

Please dismiss the duplicate complaint. We are planning to file a motion to dismiss this Friday, if one of the cases is not dismissed.

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP

*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*