# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## EXHIBIT C
## TO
## MOTION TO DISMISS DUPLICATIVE FILINGS

| Plaintiff Name | Duplicate Civil Act Number | Duplicate Counsel | Date Notified |
|---|---|---|---|
| Flakes, Anthony | 1:18-cv-02820 | PRINCENTHAL & MAY, LLC | 3/23/2020 |
| Holcomb, Richard K. | 1:17-cv-03355 | DAVIS BETHUNE & JONES LLC | 5/21/2020 |
| Mondello, Tindaro D. | 1:20-cv-00485 | FLINT LAW FIRM, LLC | 3/23/2020 |
| Nicholson, Phyllis | 1:20-cv-00115 | DALIMONTE RUEB LAW GROUP LLP | 3/23/2020 |
| Price, Micheal Christopher | 1:20-cv-00291 | FEARS NACHAWATI, PLLC | 3/23/2020 |
| Seals, Lanny | 1:19-cv-02707 | BLOOMFIELD & KATZ; FLINT LAW FIRM, LLC | 3/23/2020 |