# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## ORDER ON COOK'S
## MOTION TO DISMISS DUPLICATIVE FILINGS

This matter came before the Court on the Motion to Dismiss Duplicative Filings ("Motion") of Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook"). Having duly considered the motion:

IT IS HEREBY ORDERED:

Cook's Motion is **GRANTED** as to the following duplicative cases; and therefore are dismissed with prejudice.

- Holcomb, Richard K.            1:17-cv-03355
- Flakes, Anthony                1:18-cv-02820
- Seals, Lanny                   1:19-cv-02707
- Nicholson, Phyllis             1:20-cv-00115
- Price, Micheal Christopher     1:20-cv-00291
- Mondello, Tindaro D.           1:20-cv-00485