**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Meredith Parker v. Cook Group, et al.;*

Individual Case No. 1:20-cv-6167-RLY-TAB

## NOTICE OF APPEARANCE OF COUNSEL, DANIEL E. SELTZ

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court pursuant to the Second Amended Order Establishing Policies and Procedures in MDL No. 2570 (No. 1:14-ml-02570-RLY-TAB, Dkt. No. 13122, at 1) (waiving *pro hac vice* requirement for MDL cases).

I appear in this case as counsel for Plaintiff Meredith Parker; Individual Case No. 1:20-cv-6167-RLY-TAB.

Dated: July 8, 2020   Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
   Daniel E. Seltz

Wendy R. Fleishman
Daniel E. Seltz
Daniel R. Leathers
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:   212.355.9592
Emails:   wfleishman@lchb.com
          dseltz@lchb.com
          dleathers@lchb.com

*Counsel for Plaintiff Meredith Parker*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th of July, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Daniel E. Seltz