IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITATGATION | Case No. 1:14-ml-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Natasha Walker, 1:18-cv-679-RLY-TAB

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff Natasha Walker and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, "Defendants" herein, in the above entitled lawsuit, and pursuant to the Federal Rude of Civil Procedure 41(a)(1)(A)(ii), stipulate that all claims of Plaintiff Natasha Walker against Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS are dismissed with prejudice, with each party to bear its own costs.

WHEREFORE, Plaintiff Natasha Walker and Defendants hereby respectfully request that this Court dismiss the above captioned case in its entirety with prejudice with respect to the claims of Plaintiff only and order that these parties are to bear their own costs.

Dated: July 8, 2020

Respectfully submitted:

| | |
|---|---|
| /s/ Basil E. Adham | /s/ Andrea Roberts Pierson |
| Basil E. Adham | Andrea Roberts Pierson |
| TX Bar No 24081742 | FAEGRE DRINKER BIDDLE & |
| JOHNSON LAW GROUP | REATH LLP |
| 2925 Richmond Ave., Suite 1700 | 300 N. Meridian Street, Suite 2500 |
| Houston, TX 77098 | Indianapolis, IN 46204 |
| Telephone: (713) 626-9336 | Telephone: (317) 237-0300 |
| Facsimile: (713) 626-3394 | Facsimile: (317) 237-100 |
| ivc@johnsonlawgroup.com | Andrea.pierson@FaegreDrinker.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, & William Cook Europe ApS* |

## CERTIFICATE OF SERVICE

   I hereby certify that on July 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                            <u>/s/ Basil Adham</u>
                             Basil Adham