IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Linda Kelley

Civil Case # 1:19-cv-1662

**ORDER GRANTING MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

ON THIS DAY came for consideration the Motion to Maintain Document Under Seal. Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that the Death Certificate (Dkt. No. 13737-1) originally filed with the Suggestion of Death of Linda Kelly shall be maintained under seal. A redacted publically available document is located at Dkt. No. 13750.

Date: 7/8/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.