**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Cases:

21 Tennessee Plaintiffs[1] Listed in Exhibit A and
4 Texas Plaintiffs Listed in Exhibit B

**COOK DEFENDANTS' OMNIBUS
MOTION FOR JUDGMENT ON THE PLEADINGS
BASED ON STATUTE OF REPOSE IN TEXAS AND TENNESSEE**

In 2017, this Court dismissed several cases because the claims were barred by the applicable statutes of repose of Tennessee and Texas. *See* Entry on Motion for Judgment on the Pleadings Based on the Statute of Repose, Dkt. 4918. In the present Motion, Cook asks the Court to apply its prior rulings to (1) 21 additional cases from Tennessee that are barred by that state's 10-year statute of repose, and (2) 4 additional cases from Texas that are barred by that state's 15-year statute of repose.

Accordingly, the Cook Defendants ask the Court to dismiss with prejudice, in their entirety, the claims asserted by the 25 Plaintiffs listed in Exhibits A and B because they are barred by the applicable statutes of repose of Tennessee and Texas, respectively.

---

[1] For reference, Cook uses the umbrella terms "Tennessee Plaintiffs" and "Texas Plaintiffs" to refer to all of the plaintiffs with cases subject to this Motion from those states, and the term "Plaintiffs" to refer to all of them together.

- 2 -

                          Respectfully submitted,

Dated: July 8, 2020              /s/ *Andrea Roberts Pierson*
                                  Andrea Roberts Pierson, Co-Lead Counsel
                                  Jessica Benson Cox
                                  FAEGRE DRINKER BIDDLE & REATH LLP
                                  300 North Meridian Street, Suite 2500
                                  Indianapolis, Indiana  46204
                                  Telephone:  (317) 237-0300
                                  Andrea.Pierson@FaegreDrinker.com
                                  Jessica.Cox@FaegreDrinker.com

                                  James Stephen Bennett, Co-Lead Counsel
                                  FAEGRE DRINKER BIDDLE & REATH LLP
                                  110 West Berry Street, Suite 2400
                                  Fort Wayne, Indiana  46802
                                  Telephone:  (260) 424-8000
                                  Stephen.Bennett@FaegreDrinker.com

                                  *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, a copy of the foregoing **COOK DEFENDANTS' OMNIBUS MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON STATUTE OF REPOSE IN TEXAS AND TENNESSEE** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*

- 3 -

US.128597773