# EXHIBIT A

# EXHIBIT A

**Tennessee Plaintiffs**

| Plaintiff | Case No. | Lead Counsel | Placement Date | Filing Date | Time Elapsed Before Filing |
|---|---|---|---|---|---|
| Harvey, Kacy | 1:17-cv-03735 | Tautfest Bond, PLLC | August 28, 2007 | October 17, 2017 | 10 years, 1 months, 19 days |
| Idziak, Ruby | 1:17-cv-04697 | The Gallagher Law Firm PLLC | April 17, 2003 | December 21, 2017 | 14 years, 8 months, 4 days |
| Luster, Roy | 1:18-cv-00226 | Flint Law Firm, LLC | December 28, 2007 | January 26, 2018 | 10 years, 0 months, 29 days |
| Edwards, Eric | 1:18-cv-00432 | Tautfest Bond, PLLC | November 5, 2006 | February 14, 2018 | 11 years, 3 months, 10 days |
| Acree, Thomas | 1:18-cv-00947 | Johnson Law Group | September 24, 2007 | March 23, 2018 | 10 years, 6 months, 0 days |
| Crawley, Julie Ann | 1:18-cv-01992 | Dalimonte Rueb Law Group, LLP | February 10, 2005 | June 28, 2018 | 13 years, 4 months, 19 days |
| Dickens, Juliet | 1:18-cv-02532 | Fitzgerald Law Group, LLC | September 7, 2005 | August 16, 2018 | 12 years, 11 months, 10 days |
| Herron, Susan and Charlie | 1:18-cv-02670 | Fears Nachawati, PLLC | July 13, 2007 | August 28, 2018 | 11 years, 1 month, 16 days |
| Rogan, Joseph | 1:18-cv-03568 | Fears Nachawati, PLLC | February 17, 2007 | November 15, 2018 | 11 years, 8 months, 30 days |
| Brooks, Joshua S. | 1:18-cv-03618 | Fears Nachawati, PLLC | June 5, 2006 | November 20, 2018 | 12 years, 5 months, 6 days |
| McCarter, Mark A. (Estate) | 1:18-cv-03889 | Matthews & Associates | December 2, 2006 | December 10 2018 | 12 years, 0 months, 9 days |
| Haughton, Dominique | 1:19-cv-00569 | Johnson Law Group | December 28, 2008 | February 6, 2019 | 10 years, 1 month, 10 days |
| Sammy Sadler (Estate) | 1:19-cv-01156 | Johnson Law Group | January 17, 2005 | March 22, 2019 | 14 years, 2 months, 6 days |
| Curtis, David | 1:19-cv-02375 | Fears Nachawati, PLLC | January 14, 2009 | June 13, 2019 | 10 years, 5 months, 0 days |
| Osment, Ronald | 1:19-cv-02392 | Johnson Law Group | December 26, 2006 | June 14, 2019 | 12 years, 5 months, 20 days |
| Price, Michael Christopher | 1:19-cv-02543 | McSweeney Langevin LLC | January 3, 2007 | June 24, 2019 | 12 years, 5 months, 22 days |

US.128600049.01

| Plaintiff | Case No. | Lead Counsel | Placement Date | Filing Date | Time Elapsed Before Filing |
|---|---|---|---|---|---|
| McNeil, Keith | 1;19-cv-02890 | Johnson Law Group | January 21, 2007 | July 15, 2019 | 12 years, 5 months, 25 days |
| Garrett, Jeffrey | 1:19-cv-04703 | Johnson Law Group | February 9, 2009 | November 26, 2019 | 10 years, 9 months, 18 days |
| Solock, Douglas W. | 1:19-cv-04923 | Matthews & Associates | August 4, 2005 | December 13, 2019 | 14 years, 4 months, 10 days |
| Burks-Henry, Addie | 1:20-cv-00330 | Johnson Law Group | December 6, 2006 | January 29, 2020 | 13 years, 1 months, 24 days |
| Hill, Linda Faye | 1:20-cv-00504 | Matthews & Associates | January 26, 2006 | February 13, 2020 | 14 years, 0 months, 19 days |
| Ketron, Hilary and Aaron | 1:20-cv-00848 | Rosen Injury Lawyers | March 15, 2009 | March 16, 2020 | 11 years, 0 months, 1 day |

US.128600049.01