# EXHIBIT B

# EXHIBIT B

**Texas Plaintiffs**

| Plaintiff | Case No. | Lead Counsel | Placement Date | Filing Date | Time Elapsed Before Filing |
|---|---|---|---|---|---|
| Bolden, Monica and James | 1:17-cv-04773 | Degaris Wright McCall | April 14, 2002 | December 29, 2017 | 15 years, 8 months, 15 days |
| Holman, Maxine Cola | 1:19-cv-03413 | Matthews & Associates | January 1, 2002 | August 9, 2019 | 17 years, 7 months, 8 days |
| Margaret Caylor | 1:19-cv-03850 | Johnson Law Group | January 22, 2004 | Sept. 11, 2019 | 15 years, 7 months, 20 days |
| Saldana, Mary | 1:20-cv-00130 | Johnson Law Group | January 13, 2003 | January 14, 2020 | 17 years, 0 months, 1 day |