UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates To:

Case No. 1:17-cv-00996 (Dixon)
Case No. 1:18-cv-01214 (Opperman)
Case No. 1:18-cv-03371 (Parton)
Case No. 1:19-cv-01167 (Sykes)

## PLAINTIFFS' AGREED MOTION FOR EXTENSION OF TIME

Come now Plaintiffs Shirley Parton, Dionne Dixon, Jacob Opperman and Teresa Sykes, by and through undersigned counsel, and move the Court pursuant to Local Rule 6-1 and CMO 18 for additional time to file their response to Defendants' Motion for Judgement on the Pleadings as to Certain No-Injury Plaintiffs. (Dkt. 13728). Defendants do not object and have consented to the relief requested herein. In further support hereof, Plaintiffs state:

1. Defendants filed their Motion for Judgement on July 2, 2020. (Id.)

2. Pursuant to CMO 18, Plaintiffs have ten days, until July 13, 2020, to file a responsive pleading.

3. Given the intervening Independence Day Holiday, Plaintiffs request an additional seven days, until July 17, 2020, to respond to the Motion.

4. Defendants do not object and consent to this brief extension.

DATED this 10th day of July 2020.                    Respectfully Submitted,

                                                      THE NATIONS LAW FIRM

/s/ Howard L. Nations
Howard L. Nations
Texas State Bar No. 14823000
cdb@howardnations.com
Alison L. Divine
Georgia Bar No. 672129
alison@howardnations.com
9703 Richmond Ave, Suite 200
Houston, TX 77042
(713) 807-8400
(713) 807-8423 (Fax)
*Counsel for Plaintiffs Dionne Dixon and Jacob Opperman*


DALIMONTE RUEB STOLLER, LLP.

/s/ Paul L. Stoller
Paul L. Stoller (AZ Bar No. 016773)
*Admitted Pro Hac Vice*
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Ph: (602) 888-2807
paul@drlawllp.com
*Counsel for Plaintiffs Shirley Parton and Teresa Sykes*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                      /s/ Paul L. Stoller