UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:

Case No. 1:17-cv-00996 (Dixon)
Case No. 1:18-cv-01214 (Opperman)
Case No. 1:18-cv-03371 (Parton)
Case No. 1:19-cv-01167 (Sykes)

[PROPOSED] ORDER

Upon consideration of Plaintiffs' Agreed Motion for Extension of Time to respond to Defendants' Motion for Judgement, and no objection thereto, it is hereby

ORDERED THAT Plaintiffs Motion is GRANTED and

FURTHER ORDERED that Plaintiffs will file their response no later than July 17, 2020.

SO ORDERED this ___ day of July 2020.

_____
RICHARD J. YOUNG, JUDGE
United States District Court
Southern District of Indiana