# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
Case No. 1:17-cv-00996 (Dixon)
Case No. 1:18-cv-01214 (Opperman)
Case No. 1:18-cv-03371 (Parton)
Case No. 1:19-cv-01167 (Sykes)

## ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL EXHIBITS 5 THROUGH 8 TO THE COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN NO-INJURY PLAINTIFFS

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal Exhibits 5 through 8 to The Cook Defendants' Motion for Judgment on the Pleadings as to Certain No-Injury Plaintiffs. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibits 5 through 8 [Dkt. Nos. 13729-1 – 13729-4]** to The Cook Defendants' Motion for Judgment on the Pleadings as to Certain No-Injury Plaintiffs [Dkt. No. 13728] are ordered to be maintained *under seal.*

SO ORDERED this _____ day of _____, 2020.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

US.128617795