IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570
_____

This Document Relates to:
Case No. 1:17-cv-00996 (Dixon)
Case No. 1:18-cv-01214 (Opperman)
Case No. 1:18-cv-03371 (Parton)
Case No. 1:19-cv-01167 (Sykes)
_____

## ORDER ON MOTION TO SEAL

Pursuant to the Court's order of October 10, 2017, [Filing No. 6762], and subject to the same analysis and caveats therein, Defendants' motion to seal [Exhibits 5 through 8 [Dkt. Nos. 13729-1 – 13729- 4] to The Cook Defendants' Motion for Judgment on the Pleadings as to Certain No-Injury Plaintiffs [Dkt. No. 13728] is GRANTED.  The Clerk shall maintain Filing Nos. 13729-1, 13729-2, 13729-3, and 13729-4 under seal pending further order.

Date: 7/13/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.