IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiff Ronald Lee Wood
1:20-cv-00035-RLY-TAB

## NOTICE OF DISMISSAL

Plaintiff Ronald Lee Wood, provides notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that it dismisses the above-referenced action, without prejudice. No answer or motion for summary judgment has been filed by any of the Defendants.

DATED: July 13, 2020

                                                    Respectfully submitted,

                                                    */s/ Taylor W. Williams*

                                                    Taylor W. Williams, UT Bar No. 17348
                                                    **Driggs, Bills & Day, PC**
                                                    737 E. Winchester St.
                                                    Salt Lake City, UT 84106
                                                    (T): 801-308-9179
                                                    (F): 801-752-0607
                                                    twilliams@advocates.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

/s/ Taylor W. Williams, UT Bar No. 17348