UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 |
| This Document Relates to<br><br>Plaintiff(s): Charles Walter Catty Jr. | Case No. 1:20-cv-00668 |

### SUGGESTION OF DEATH OF CHARLES WALTER CATTY JR.

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), here informs this Honorable Court of the death of Charles Walter Catty Jr., which occurred on April 28, 2020. Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by the appropriate representative of Charles Walter Catty Jr.'s estate. The Death Certificate is attached hereto as Exhibit "1".

Dated: July 14, 2020      Respectfully submitted,

/s/ Debra J. Humphrey
Debra J. Humphrey
MARC J. BERN & PARTNERS LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was filed with the Court on July 14, 2020 through the Court's CM/ECF system, which will serve all counsel of record.

/s/ Debra J. Humphrey
Debra J. Humphrey
MARC J. BERN & PARTNERS LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Attorneys for Plaintiff*
