IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKERTING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Charles Walter Catty Jr.<br>Civil Action No.: 1:20-cv-00668 | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

NOW INTO COURT comes counsel for Plaintiff, CHARLES WALTER CATTY JR., who moves this Court for an order substituting SOPHIA L. ANDERSON on behalf of her deceased spouse, CHARLES WALTER CATTY JR., in the above-captioned matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure for the following reasons:

1. On February 28, 2020, Charles Walter Catty Jr. filed a products liability lawsuit in the above- referenced matter.

2. On April 28, 2020, Charles Walter Catty Jr. passed away.

3. Plaintiff filed a suggestion of Death on July 14, 2020.  *See* Doc. No. 13786

4. Charles Walter Catty Jr.'s product liability action against defendants survived Plaintiff decedent's death and is not concluded.

5. The decedent's spouse, Sophia L. Anderson, is a proper party to substitute for plaintiff-decedent Charles Walter Catty Jr. and wishes to be substituted on his behalf in this case.

WHEREFORE, counsel for Plaintiff request that this Court grant this request for substitution of Plaintiff in this action.

Dated: July 14, 2020

                          Respectfully Submitted,

                          **MARC J. BERN AND PARTNERS, LLP.**

                          */s/ Debra J. Humphrey*
                          Debra J. Humphrey
                          60 E. 42nd St., Suite 950
                          New York, NY 10165
                          (212) 702-5000
                          (212) 818-0164 (FAX)

                          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 14 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

                          */s/ Debra J. Humphrey*

## AFFIDAVIT OF NEXT OF KIN

The undersigned, being first duly sworn, deposes and says:

1. That I am the next of kin of, **Charles W. Catty, Jr**, who died on or about the **4** day of **28**, 20**20**.
   (A copy of the death certificate must be attached hereto.)

2. That my relationship to the deceased is **Wife**.

3. That no personal representative has been appointed for the decedent's estate in this state or elsewhere and no application for such appointment is pending in this state or elsewhere.

The foregoing is the truth to the best of my knowledge, information and belief.

Dated at **High point**, **N.C** this **6** day of **18**, 20 **20**
   (city)                              (state)

**Sophia L. Anderson**
Signature

**Sophia L. Anderson**
Print Name

**1703 B. Onekaj Ave**     **High point**     **N.C.**     **27260**
Address                          City                    State     Zip Code

**336 991-0657**
Telephone

Sworn and subscribed before me, on **6/18/2020**.

**Kamella Atkins**
Notary Public

Kamella Atkins
Notary Public
Guilford County, NC

My commission expires on **12/15/2024**.