IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVCFILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff<br><br>CHARLES WALTER CATTY Jr.<br>Civil Action No. 1:20-cv-00668 | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

### ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Sophia L. Anderson's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises hereby states:

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Motion is GRANTED.

2. SOPHIA L. ANDERSON as surviving spouse and personal representative of CHARLES WALTER CATTY Jr., is substituted as Plaintiff in this action.

Dated this _____ of _____, 2020.

_____
Tim A. Baker
United States Magistrate Judge
Souther District of Indiana

cc: All counsel of record