IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>All Cases | |

# Order Granting Plaintiffs' Steering Committee's Motion to Strike Cook's "Omnibus" Motion for Judgment on all Plaintiffs' Claims of Fraudulent Concealment

The Court has reviewed the pleadings and heard arguments on the PSC's Motion to Strike the Cook Defendants' Omnibus Motion for Partial Dismissal or Summary Judgment on Claim of Fraudulent Concealment. The Court has decided to **grant** the PSC's Motion to Strike.

It is hereby **Ordered** that the PSC's Motion to Strike the Cook Defendants' Omnibus Motion for Partial Dismissal or Summary Judgment on Claim of Fraudulent Concealment be and is **Granted**. It is further **Ordered** that the Cook Defendants' Omnibus Motion for Partial Dismissal or Summary Judgment on Claim of Fraudulent Concealment be and is stricken from the record.

**So Ordered** _____

                      Richard L. Young
                      Judge, United States District Court
                      Southern District of Indiana
                      Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.