IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>All Cases | |

## Order Granting Plaintiffs' Steering Committee's Motion to Hold in Abeyance Cook's "Omnibus" Motion for Partial Dismissal or Summary Judgment on Claims of Fraudulent Concealment

The Court has reviewed the pleadings and heard arguments on the PSC's Motion to Hold in Abeyance Cook's "Omnibus" Motion for Partial Dismissal or Summary Judgment on Claims of Fraudulent Concealment. The Court has decided to **grant** the PSC's Motion to Hold in Abeyance.

It is hereby **Ordered** that the PSC's Motion to Hold in Abeyance Cook's "Omnibus" Motion for Partial Dismissal or Summary Judgment on Claims of Fraudulent Concealment be and is **Granted**. It is further **Ordered** that the Cook Defendants' "Omnibus" Motion for Patrial Dismissal or Summary Judgment on Claims of Fraudulent Concealment is held in abeyance until the Court rules on the PSC's motion to strike. Should the Court deny the PSC's Motion to Strike, Plaintiffs will have thirty (30) days from the date of the Court's decision to file substantive responses.

**So Ordered** _____

_____
Richard L. Young
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.