IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Trombetta, et al. v. Cook Group Inc. et al., 1:16-cv-06040-RLY-TAB
Bourgade v. Cook Inc. et al., 1:17-cv-00895-RLY-TAB
Barma v. Cook Inc., et al., 1:17-cv-02207-RLY-TAB
Bechtold v. Cook Inc., et al., 1:17-cv-03002-RLY-TAB
Iglewski v. Cook Inc., et al., 1:17-cv-03003-RLY-TAB
Herrera v. Cook Inc., et al., 1:17-cv-03021-RLY-TAB
Clark, et al. v. Cook Group Inc., et al., 1:17-cv-06069-RLY-TAB
Hessler v. Cook Inc., et al., 1:19-cv-01043-RLY-TAB
Pittman v. Cook Inc., et al., 1:19-cv-01070-RLY-TAB

**MOTION TO WITHDRAW OF GREGORY J. PALS**
**(INDIVIDUAL ATTORNEY ONLY)**

Gregory J. Pals of The Driscoll Firm, P.C., respectfully requests that this Court withdraw him as counsel in the above-mentioned matters, as he will be departing The Driscoll Firm and will have no further involvement in these matters. John J. Driscoll and The Driscoll Firm will continue to represent Plaintiffs in these matters as before.

2

Dated: July 15, 2020	Respectfully Submitted,

                                             **THE DRISCOLL FIRM, P.C.**

By:	*/s/ Gregory J. Pals*
      Gregory J. Pals #48820 (MO)
      211 N. Broadway, 40th Floor
      St. Louis, MO 63102
      Tel: (314) 932-3232
      Fax: (314) 932-3233
      greg@thedriscollfirm.com
      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system, and parties may access the filing through the ECF system. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Gregory J. Pals*