UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS         Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                 MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This document relates to:
1:14-cv-00784;  1:14-cv-00841;  1:15-cv-00102;  1:15-cv-00235;
1:16-cv-00474;  1:16-cv-00996;  1:16-cv-01140;  1:16-cv-01524;
1:16-cv-02122;  1:16-cv-02272;  1:16-cv-02727;  1:16-cv-02822;
1:16-cv-03510;  1:17-cv-00996;  1:17-cv-01449;  1:17-cv-01464;
1:17-cv-02221;  1:17-cv-03487;  1:17-cv-04316;  1:18-cv-01214;
1:18-cv-01662;  1:18-cv-03274;  1:18-cv-03371;  1:18-cv-03502;
1:19-cv-00136;  1:19-cv-01167;  1:19-cv-02288;  1:19-cv-02300;
and 1:19-cv-02561.

_____

## NOTICE OF JULY 30, 2020 HEARING

PLEASE TAKE NOTICE that the motions attached in Exhibit A will be heard at the July 30, 2020 motions hearing set for 1:00 PM (CT), Room 301, 101 Northwest MLK Boulevard, Evansville, Indiana 47708. Pursuant to Amended Case Management Order 18 entered on March 24, 2020 Order (Dkt. 13121, ¶ 8.), the parties shall designate no more than two attorneys per side to present oral argument on each motion.

Dated: July 15, 2020

                                                       Respectfully Submitted,

                                                       /s/ Andrea Roberts Pierson
                                                       Andrea Roberts Pierson
                                                       Jessica Benson Cox
                                                      FAEGRE DRINKER BIDDLE & REATH LLP
                                                      300 North Meridian Street, Suite 2500
                                                     Indianapolis, Indiana 46204
                                                     Telephone: (317) 237-0300
                                                     Andrea.Pierson@FaegreDrinker.com
                                                     Jessica.Cox@FaegreDrinker.com

1

2

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2020, a copy of the foregoing Notice of Hearing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson