UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This document relates to:
1:14-cv-00784;  1:14-cv-00841;  1:15-cv-00102;  1:15-cv-00235;
1:16-cv-00474;  1:16-cv-00996;  1:16-cv-01140;  1:16-cv-01524;
1:16-cv-02122;  1:16-cv-02272;  1:16-cv-02727;  1:16-cv-02822;
1:16-cv-03510;  1:17-cv-00996;  1:17-cv-01449;  1:17-cv-01464;
1:17-cv-02221;  1:17-cv-03487;  1:17-cv-04316;  1:18-cv-01214;
1:18-cv-01662;  1:18-cv-03274;  1:18-cv-03371;  1:18-cv-03502;
1:19-cv-00136;  1:19-cv-01167;  1:19-cv-02288;  1:19-cv-02300;
and 1:19-cv-02561.

_____

## EXHIBIT A
## TO
## NOTICE OF JULY 30, 2020 HEARING

1. Cook Defendants' Omnibus Motion for Summary Judgment Based on Statute of Limitations [Open Removal Cases] – Dkt. 11921[1]

---

[1] Pursuant to the Court's May 29, 2020 Order, Dkt. 13539, there are 11 cases included in this motion that are to be decided under Indiana law. They are 1:14-cv-00784; 1:14-cv-00841; 1:15-cv-00102; 1:15-cv-00235; 1:16-cv-00474; 1:16-cv-00996; 1:16-cv-01140; 1:16-cv-02122; 1:16-cv-02822; 1:16-cv-03510; and 1:19-cv-02561.  The other 15 cases subject to this motion were filed during the period that is governed by "home" state choice of law rules under the Court's order (May 31, 2017 to June 13, 2019). *See* Dkt. 11921-1; Cook Defendants' Amended Reply in Support of Omnibus Motion for Summary Judgment on Statute of Limitations, Dkt. 12451.  Cook is reviewing the status of these 15 cases and will advise the Court by a subsequent filing whether any cases warrant withdrawal from the motion and whether any supplemental legal authority is needed to demonstrate Cook's entitlement to summary judgment on any cases that remain time-barred. For purposes of this Notice, only *Giddens* (1:16-cv-00996) and *Denton* (1:16-cv-01140) are being set for oral argument at the July 30, 2020 hearing. Because there are 9 additional cases subject to this motion that will be governed by Indiana law, however, Cook has included those cases in the caption above as related to this hearing in an effort to ensure all parties are fully informed of this Court's proceedings.

    a. Giddens, Brian (1:16-cv-00996) Counsel: Baron & Budd, P.C.

    b. Denton, Gregory (1:16-cv-01140) Counsel: Gori Julian & Associates and Onder, Shelton, O'Leary & Peterson LLC

2. Cooks' Motion for Judgment on the Pleadings as to Certain No-Injury Plaintiffs (Dkt. (13728)

    a. Dixon, Dionne (1:17-cv-00996) Counsel: The Nations Law Firm

    b. Opperman, Jacob (1:18-cv-01214) Counsel: The Nations Law Firm

    c. Parton, Shirley (1:18-cv-03371) Counsel: Dalimonte Rueb Law Group LLP

    d. Sykes, Teresa (1:19-cv-01167) Counsel: Dalimonte Rueb Law Group LLP

3. Cook Defendants' Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases (Dkt. 11923)

    a. Bishop-Jones, Vickie (1:16-cv-02272) Counsel: THE GALLAGHER LAW FIRM PLLC[2]

---

[2] Originally, there were 46 cases subject to this motion – since filing, 16 cases have been dismissed, the motion has been withdrawn as to 4 cases, and 12 cases have yet to be fully briefed. The 14 cases that remain and are fully briefed have been listed in the caption as related to the proceedings on July 30th in an effort to ensure all parties are notified of the Court's proceedings. Only one of these cases, however, the Bishop-Jones case, is being noticed for oral argument.