IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Dionne Keyaunna Dixon, 1:17-cv-00996 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff Dionne Keyaunna Dixon, Plaintiff" herein, and Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS, in the above entitled lawsuit, and pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), stipulate that all claims of Plaintiff Dionne Keyaunna Dixon against Cook Incorporated, Cook Medical LLC and William Cook Europe ApS are dismissed with prejudice, with each party to bear its own costs.

Date: July 16, 2020

    Respectfully submitted,

    /s/   Howard L. Nations
    Howard L. Nations
    THE NATIONS LAW FIRM
    Texas Bar No. 14823000
    9703 Richmond Ave., Suite 200
    Houston, Texas 77042
    T:  713.807.8400
    F:  713.807.8423
    cdb@howardnations.com

    **ATTORNEY FOR PLAINTIFF**

/s/   *Jessica Benson Cox*
Jessica Benson Cox
FAEGRE DRINKER BIDDLE &
REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
T:  317.237.0300
F:  317.237.1000
Jessica.Cox@FaegreDrinker.com

**ATTORNEY FOR DEFENDANTS**