**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:20-cv-00848-RLY-TAB

### PLAINTIFFS HILARY AND AARON KETRON'S MOTION IN RESPONSE IN OPPOSITION TO DEFENDANTS' OMNIBUS MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiffs, Hilary and Aaron Ketron respectfully request Defendants' Motion be denied in its entirety. The Cook Defendants are not entitled to judgment on Plaintiffs' complaint because although Plaintiffs failed to commence their action within the time permitted by the Tennessee statute of repose for such claims, Plaintiffs' claims based on negligence, negligence per se, and breach of express and implied warranty survive. Additionally, application of the statute of repose violates the Equal Protection Clause of the U.S. Constitution and the Class Legislation Clause of the Tennessee. For these reasons, and as further explained in the contemporaneously filed Plaintiffs Ketron's Memorandum Response in Opposition to Cook Defendants' Omnibus Motion for Judgment on the Pleadings, Plaintiffs respectfully request Defendants' Motion be denied in its entirety.

2

Dated: July 16, 2020                                    Respectfully submitted,


                                                        By: /s/ Joseph J. Fantini
                                                        Joseph J. Fantini
                                                        Rosen Injury Lawyers
                                                        101 Greenwood Ave., Suite 440
                                                        Jenkintown, PA 19046
                                                        Pennsylvania Bar Number: 307833
                                                        New Jersey Bar Number: 36302009
                                                        Telephone: (215) 310-9494
                                                        Fax: 215-989-4424
                                                        jfantini@roseninjurylawyers.com

                                                        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2020, a true and correct copy of Plaintiffs' Response in Opposition to Cook Defendants' Omnibus Motion for Judgment on the Pleadings was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF counsel of records.

Dated: July 16, 2020                                Respectfully submitted,


By: /s/ Joseph J. Fantini
Joseph J. Fantini
Rosen Injury Lawyers
101 Greenwood Ave., Suite 440
Jenkintown, PA 19046
Pennsylvania Bar Number: 307833
New Jersey Bar Number: 36302009
Telephone: (215) 310-9494
Fax: 215-989-4424
jfantini@roseninjurylawyers.com

*Attorneys for Plaintiffs*