AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| SHAQUANA MCCUTCHEN<br>*Plaintiff*<br>v.<br>COOK INCORPORATED, et al.<br>*Defendant* | )<br>)<br>) Case No.  1:14-ml-2570-RLY-TAB<br>) This document applies to case no.: 1:20-cv-06164-RLY-TAB<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SHAQUANA MCCUTCHEN                                    .

Date:   07/16/2020                                    /s/Basil E. Adham
                                                      *Attorney's signature*

                                                      Basil E. Adham TX Bar No. 24081742
                                                      *Printed name and bar number*

                                                      Johnson Law Group
                                                      2925 Richmond Ave, Suite 1700
                                                      Houston, TX 77098
                                                      *Address*

                                                      IVC@johnsonlawgroup.com
                                                      *E-mail address*

                                                      (713) 626-9336
                                                      *Telephone number*

                                                      (713) 626-3394
                                                      *FAX number*