IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Trombetta, et al. v. Cook Group Inc. et al., 1:16-cv-06040-RLY-TAB
Bourgade v. Cook Inc. et al., 1:17-cv-00895-RLY-TAB
Barma v. Cook Inc., et al., 1:17-cv-02207-RLY-TAB
Bechtold v. Cook Inc., et al., 1:17-cv-03002-RLY-TAB
Iglewski v. Cook Inc., et al., 1:17-cv-03003-RLY-TAB
Herrera v. Cook Inc., et al., 1:17-cv-03021-RLY-TAB
Clark, et al. v. Cook Group Inc., et al., 1:17-cv-06069-RLY-TAB
Hessler v. Cook Inc., et al., 1:19-cv-01043-RLY-TAB
Pittman v. Cook Inc., et al., 1:19-cv-01070-RLY-TAB

**ORDER**

The motion to withdraw of individual attorney Gregory J. Pals is GRANTED. The appearance of attorney Gregory J. Pals on behalf of the Plaintiffs in the above-referenced matters is hereby withdrawn.

Date: 7/16/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.