UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| *Monica Bolden*, 1:2017-cv-04773 | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
<u>OMNIBUS MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

Comes now the Plaintiff in the above styled civil action and requests Defendants' Motion be denied in its entirety.  The Cook Defendants are not entitled to judgment on Plaintiff's complaint because although the Plaintiff failed to commence her action within the time period permitted by the Texas status of repose, Texas law allows for an exception in cases where a defendant has provided in writing that a product has a useful life of longer than fifteen years after the date of sale.  For this reason, and as further explained in the contemporaneously filed Memorandum In Response to Cook Defendants' Omnibus Motion for Judgment on the Pleadings, Plaintiff Monica Bolden respectfully requests Defendants' Motion be denied in its entirely.

Dated July 17, 2020

                                                          Respectfully submitted,

                                                          By:   */s/ Annesley H. DeGaris*
                                                          Annesley H. DeGaris (ASB-9182-a63a)
                                                          **DeGaris Wright McCall, LLC**
                                                          2 North 20th Street, Suite 1030
                                                          Birmingham, AL 35203
                                                          Email: adegaris@degarislaw.com

                                                          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th of July 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Annesley H. DeGaris
Annesley H. DeGaris