# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Monica Bolden

Civil Case #1:17-cv-4773

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Monica Bolden

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    James Bolden

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Texas

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Texas

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court Northern District of Texas

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other:_____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 6-26 (Jurisdiction)

      Paragraphs 27-28 (Venue)

   b. Other allegations of jurisdiction and venue:

      _____

      _____

      _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

11. Date of Implantation as to each product:

    04/14/2002

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Presbyterian Hospital of Plano- 6200 W. Parker Road, Plano, TX 75093

13. Implanting Physician(s):

    Dr. Bruce Morris

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Failure to Warn

    ☒ Count II: Strict Products Liability – Design Defect

    ☒ Count III: Negligence

    ☒ Count IV: Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Texas Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: <u>Texas Breach of Express Warranty</u> (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

<u>The Cook Defendants expressly warranted in the Günther Tulip Patient Guide that the Günther Tulip Vena Cava Filter can be used as a permanently implanted device and is safe and effective as either a permanent or temporary device. At the time of making these express warranties, Cook Defendants knew of the foreseeable purposes for which the Günther Tulip Vena Cava Filter was to be used and Defendant warranted the Günther Tulip Vena Cava Filter to be in all respects safe as a permanently implanted device. Plaintiff Monica Bolden relied on the express warranties of the Cook Defendants in the Günther Tulip Patient Guide and proceeded with the permanent implantation of the Günther Tulip Vena Cava Filter on April 14, 2002 to treat a previous pulmonary embolism and failed anticoagulation that resulted in a</u>

4

severe upper GI hemorrhage.  The Günther Tulip Vena Cava Filter does not conform to the Cook Defendants express warranties and representations because the Günther Tulip Vena Cava Filter is not safe as a permanently implanted device and causes serious injuries and failed to satisfy the reasonable expectations of Plaintiff Monica Bolden. As a direct and proximate result of one or more of these wrongful acts or omissions of the Cook Defendants, Plaintiff Monica Bolden suffered a vena cava perforation that was diagnosed on August 9, 2017.

15. Attorney for Plaintiff(s):

    Annesley H. DeGaris

16. Address and bar information for Attorney for Plaintiff(s):

    Annesley H. DeGaris (AL State Bar No. 9182-A63A)

    DeGaris & Rogers, LLC

    Two North Twentieth Street, Suite 1030

    Birmingham, AL 35203

Plaintiff hereby demands trial by jury as to all issues.

Dated: December 29, 2017

                                          Respectfully submitted,

                                          s/ Annesley H. DeGaris
                                          Annesley H. DeGaris (ASB-9182-a63a)
                                          DEGARIS & ROGERS, LLC
                                          Two North Twentieth Street, STE 1030
                                          Birmingham, AL 35203
                                          Telephone: (205) 558-9000
                                          Email: adegaris@degarislaw.com

                                          *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

s/ Annesley H. DeGaris
Annesley H. DeGaris
