# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

*Monica Bolden*, 1:2017-cv-04773

## **AFFIDAVIT OF MONICA BOLDEN**

THE STATE OF TEXAS            )
                             )
COUNTY OF ___Dallas___        )

1.  I am of sound mind, over the age of 18, and capable of making this affidavit, and personally acquainted with the facts stated herein. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2.  I am a resident of Rowlett, Texas, where I have lived for many years.

3.  Cook has not taken my deposition regarding the relevant litigation.

4.  I was implanted with a Cook Gunther Tulip IVC Filter on April 14, 2002 at Presbyterian Hospital in Plano, Texas as a result of a previous pulmonary embolism with a gastrointestinal bleed.

5.   On the day of the surgery, the implanting doctor, Dr. Bruce Morris, discussed the procedure with me and Dr. Morris explained that the filter was permanent and could not be removed.

6. Also, prior to the surgery, Dr. Morris provided me with the Cook Gunther Tulip Vena Cava Filter Patient Guide to review.  I read and relied on the Patient Guide which stated that the Gunther Tulip IVC filter could be used as a permanently implanted device.  Because of my conversation with Dr. Morris and my review of the Patient Guide stating the filter was permanent, I decided that I would move forward with the implantation of the filter.

7. In August of 2017, I had a CT scan of my abdomen. Dr. Raul A. Pelaez reviewed the CT scan and found multiple IVC filter struts perforating my inferior vena cava.

8. I still have the Cook Gunther Tulip implanted in my vena cava. Periodically I feel a stabbing, pinching pain in my abdominal and back area depending on how I move that I feel is related to the filter strut perforations.

9. I declare under the penalty of perjury under the laws of the State of Texas that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

_Monica Bolden_
Affiant

SWORN TO AND before me on this _5th_ day of _July_ _____ 2020.

_Jeanette Rodriguez_
NOTARY PUBLIC, STATE OF TEXAS

Commission expires: _09/04/2022_

JEANETTE RODRIGUEZ
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 09/04/2022
NOTARY ID 13171309-2

3