# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:18-cv-01992-RLY-TAB

### PLAINTIFF JULIE CRAWLEY'S RESPONSE IN OPPOSITION TO COOK DEFENDANTS' OMNIBUS MOTION FOR JUDGMENT ON THE PLEADINGS

Comes now the Plaintiff in the above styled civil action and requests Defendants' Motion be denied in its entirety. The Cook Defendants are not entitled to judgment on Plaintiff's complaint because Plaintiff failed to commence her action within the time period permitted by the Tennessee status of repose. As more fully set forth in the attached memorandum, Defendants Motion should be denied.

Dated: July 17, 2020

Respectfully submitted,

*/s/John A. Dalimonte*
John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB LAW GROUP, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (617) 302-9900
Facsimile: (617) 742-9130
john@drlawllp.com
*Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2020, a true and correct copy of Plaintiff, Julie Crawley's Response in Opposition to Cook Defendants' Omnibus Motion for Judgment on the Pleadings was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF counsel of records.

*/s/John A. Dalimonte*