IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>**Motion for Leave to Amend Complaint** |
| This Document Relates to Plaintiff:<br><br>Mary Saldana,<br><br>       Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>       Defendants. | This Document Relates to Case:<br><br>1:20-cv-00130-RLY-TAB |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Mary Saldana, by and through her attorneys, respectfully moves this Court for an order to amend and for leave to file her First Amended Complaint, and states as follows:

1. Rule 15(a)(2) provides that a party may amend its pleading with the court's leave and that "[t]he court should freely give leave when justice so requires." *See* Fed. R. Civ. P. 15(a)(2).

2. Through this amendment, Plaintiff seeks to amend her allegations of Breach of Express Warranty (Count V) and Breach of Implied Warranty (Count VI).

3. Allowing Plaintiff to amend her complaint would serve justice and promote judicial efficiency. Further, allowing Plaintiff to file her First Amended Complaint would not cause undue

delay or undue prejudice to Defendants.

4. Good cause exists for granting this Motion as Plaintiff is seeking to amend the allegations of existing claims in the interest of promoting judicial efficiency and economy.

WHEREFORE, based on the foregoing, Plaintiff respectfully moves this Court to grant Plaintiff's Motion for Leave to Amend Complaint and enter the First Amended Complaint attached as an Exhibit.

Date: July 18, 2020

Respectfully submitted,

**JOHNSON LAW GROUP**

/s/ Basil Adham
Basil Adham, (TX Bar No.24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of July, 2020 I electronically transmitted the foregoing Motion for Leave to  to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                               /s/ Basil Adham