IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>9 Plaintiffs Listed in Cook's Omnibus Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee<br><br>Margaret Caylor, 1:19-cv-03850<br>Mary Saldana, 1:20-cv-00130<br>Thomas Acree, 1:18-cv-00947<br>Dominique Haughton, 1:19-cv-00569<br>Sammie Sadler, 1:19-cv-00156<br>Ronald Osment, 1:19-cv-02392<br>Keith McNeil, 1:19-cv-02890<br>Jeffrey Garrett, 1:19-cv-04703<br>Addie Burks-Henry, 1:20-cv-00330 | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THE RESPONSE IN OPPOSITION TO DEFENDANTS' OMNIBUS MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiffs, in the above styled civil action, by and through their attorneys, request Defendants' Omnibus Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee be denied in its entirety. The Cook Defendants are not entitled to judgment on Plaintiffs' complaint because: (1) although the Texas-Based Plaintiffs failed to commence their action within the time period permitted by the Texas status of repose, Texas law allows for an exception in cases where a defendant has provided in writing that a product has a useful life of longer than fifteen years after the date of sale and (2) although the Tennessee-Based Plaintiffs failed to commence their action within the time permitted by the Tennessee statute of repose for such claims, Plaintiffs' claims based on negligence, negligence per se, and breach of

express and implied warranty survive. Additionally, application of the statute of repose violates the Equal Protection Clause of the U.S. Constitution, the Class Legislation Clause of the Tennessee and public policy.

For these reasons, and as further explained in the contemporaneously filed Plaintiffs' Memorandum in Response in Opposition to Cook Defendants' Omnibus Motion for Judgment on the Pleadings, Plaintiffs respectfully request Defendants' Motion be denied in its entirety.

Dated: July 18, 2020　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Basil E. Adham
　　　　　　　　　　　　　　　　　　　　　　　Basil E. Adham
　　　　　　　　　　　　　　　　　　　　　　　TX Bar No. 24081742
　　　　　　　　　　　　　　　　　　　　　　　**JOHNSON LAW GROUP**
　　　　　　　　　　　　　　　　　　　　　　　2925 Richmond Ave., Suite 1700
　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77098
　　　　　　　　　　　　　　　　　　　　　　　(713) 626-9336 Phone
　　　　　　　　　　　　　　　　　　　　　　　(713) 626-3394 Fax
　　　　　　　　　　　　　　　　　　　　　　　ivc@johnsonlawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on, July 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: July 18, 2020

　　　　　　　　　　　　　　　　　　　　　　　/s/ Basil E. Adham
　　　　　　　　　　　　　　　　　　　　　　　Basil E. Adham