IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

9 Plaintiffs Listed in Cook's Omnibus Motion for
Judgment on the Pleadings Based on Statute of
Repose in Texas and Tennessee

Margaret Caylor, 1:19-cv-03850

Mary Saldana, 1:20-cv-00130

Thomas Acree, 1:18-cv-00947

Dominique Haughton, 1:19-cv-00569

Sammie Sadler, 1:19-cv-00156

Ronald Osment, 1:19-cv-02392

Keith McNeil, 1:19-cv-02890

Jeffrey Garrett, 1:19-cv-04703

Addie Burks-Henry, 1:20-cv-00330

## PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A). Plaintiffs Margaret Caylor, Mary Saldana, Thomas Acree, Dominique Haughton, Sammie Saddler, Ronald Osment, Keith McNeil, Jeffrey Garrett, and Addie Burks-Henry respectfully move the Court to maintain under seal Plaintiff's Memorandum in Support of the Response in Opposition to Defendants' Omnibus Motion for Judgment on the Pleadings, along with Exhibit 4. Defendant has designated this document as "confidential," and it is discussed in detail within the Memorandum.

In accordance with Local Rule 5-11(d)(2)(B). Plaintiffs have contemporaneously served Defendants with a complete version of the sealed filing.

Dated: July 18, 2020                              Respectfully submitted,

                                   **JOHNSON LAW GROUP**


                                   */s/ Basil E. Adham*
                                   Basil E. Adham
                                   TX Bar No. 24081742
                                   **JOHNSON LAW GROUP**
                                   2925 Richmond Ave., Suite 1700
                                   Houston, Texas 77098
                                   (713) 626-9336 Phone
                                   (713) 626-3394 Fax
                                   ivc@johnsonlawgroup.com
                                   *ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on, July 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Basil E. Adham*
Basil E. Adham