IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>9 Plaintiffs Listed in Cook's Omnibus Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee<br><br>Margaret Caylor, 1:19-cv-03850<br>Mary Saldana, 1:20-cv-00130<br>Thomas Acree, 1:18-cv-00947<br>Dominique Haughton, 1:19-cv-00569<br>Sammie Sadler, 1:19-cv-00156<br>Ronald Osment, 1:19-cv-02392<br>Keith McNeil, 1:19-cv-02890<br>Jeffrey Garrett, 1:19-cv-04703<br>Addie Burks-Henry, 1:20-cv-00330 | |

**ORDER GRANTING PLAINTIFFS' MOTION TO
MAINTAIN DOCUMENTS UNDER SEAL**

This comes before the Court on Plaintiff's Motion to Maintain Documents Under Seal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised, hereby finds that Plaintiffs' motion is **GRANTED.**

It is therefore Ordered, Adjudged and Decreed that Plaintiff's Memorandum in Support of the Response in Opposition to Defendants' Omnibus Motion for Judgment on the Pleadings, along with Exhibit 4, shall remain under seal.

All of which is Ordered this _____ day of _____, 2020.

_____
Judge, United States District Court

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.