IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>9 Plaintiffs Listed in Cook's Omnibus Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee<br><br>Margaret Caylor, 1:19-cv-03850<br>Mary Saldana, 1:20-cv-00130<br>Thomas Acree, 1:18-cv-00947<br>Dominique Haughton, 1:19-cv-00569<br>Sammie Sadler, 1:19-cv-00156<br>Ronald Osment, 1:19-cv-02392<br>Keith McNeil, 1:19-cv-02890<br>Jeffrey Garrett, 1:19-cv-04703<br>Addie Burks-Henry, 1:20-cv-00330 | |

**PLAINTIFFS' REQUEST AND MOTION FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 7-5**

Pursuant to Local Rule 7-5, Plaintiffs respectfully submit this Motion and request the Court hear oral argument regarding their Response to Cook Defendants' Omnibus Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee.

Plaintiffs believe oral argument will help the Court understand the legal and factual basis for the relief requested. Furthermore, the issues involving this matter are unique to each individual Plaintiff and drastic in their prejudicial nature to the individual plaintiffs if Cook's Motion for Judgment on the Pleadings is granted. Plaintiffs believe that oral argument should take 20 minutes per Plaintiff.

Dated: July 18, 2020                    Respectfully submitted,

**JOHNSON LAW GROUP**

*/s/ Basil E. Adham*
Basil E. Adham
TX Bar No. 24081742
**JOHNSON LAW GROUP**
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
(713) 626-9336 Phone
(713) 626-3394 Fax
ivc@johnsonlawgroup.com
*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on, July 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Basil E. Adham*
Basil E. Adham