IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF INDIANA
INDIANAPOIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

Kacy Harvey, No. 1:17-cv-03735

Eric Edwards, No. 1:18-cv-00432

**PLAINTIFF'S RESPONSE TO DEFENDANTS'**
**OMNIBUS MOTION FOR JUDGMENT ON THE PLEADINGS**

Comes now the Plaintiffs in the above styled civil action and requests Defendants' Motion be denied in its entirety. The Cook Defendants are not entitled to judgment on Plaintiff's complaint because although the Plaintiffs failed to commence their action within the time period permitted by the Tennessee statue of repose, Tennessee law allows for an exception in cases where the injuries sustained by the product is latent. For this reason, and as further explained in the contemporaneously filed Memorandum, In Response to Cook Defendants' Omnibus Motion for Judgment on the Pleadings, Plaintiff Kacy Harvey and Eric Edwards respectfully request Defendants' Motion be denied in its entirely.

Dated: July 18, 2020                                        Respectfully submitted,

                                                                **Tautfest Bond, PLLC**

*/s/ Jessica Glitz*
Jessica Glitz TX No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,Suite 1000,
Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
jglitz@tbtorts.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2020, a true and correct copy of Plaintiffs' Response in Opposition to Cook Defendants' Omnibus Motion for Judgment on the Pleadings was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF counsel of records.

Dated: July 18, 2020

Respectfully submitted,
*/s/ Jessica Glitz*
Jessica Glitz TX No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd., Suite 1000,
Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
jglitz@tbtorts.com
*Attorney for Plaintiffs*