IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Eddie Clark Burrage<br>Civil Case No. 1:14-cv-00273-RLY-TAB | |

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiff Eddie Clark Burrage respectfully moves the Court to maintain under seal Exhibit A to Plaintiff's Reply to Cook's Opposition to Plaintiff's Motion to Dismiss or, in the Alternative, in Support of Dismissal of All Nations Firm Category 6 Cases. Defendants have designated this document as "confidential."

| | |
|---|---|
| Dated: July 20, 2020 | Respectfully submitted,<br><br>THE NATIONS LAW FIRM<br><br>*/s/ Howard L. Nations*<br>Howard L. Nations<br>Texas Bar No. 14823000<br>Alison L. Divine<br>Georgia Bar No. 672129<br>9703 Richmond Ave, Suite 200<br>Houston, TX  77042<br>Telephone: (713) 807-8400<br>Facsimile:  (713) 807-8423<br>Email: cdb@howardnations.com<br>*Counsel for Plaintiff Eddie Clark Burrage* |