IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKERTING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> Sophia L. Anderson as Proposed Administrator of Charles Walter Catty Jr. <br> Civil Action No.: 1:20-cv-00668 | Case No. 1:14-ml-2570-RLY-TAB <br><br> MDL No. 2570 |

## MOTION TO MAINTAIN DOCUMENT UNDER SEAL

  Pursuant to Fed. R. Civ. P. 5.2, counsel for Plaintiff Charles Walter Catty Jr. respectfully moves the Court to maintain under seal the Death Certificate filed in support of Plaintiff's Suggestion of Death of Charles Walter Catty Jr. (Dkt. No. 13786-1). In support of this Motion, counsel for Plaintiff states the exhibit is a Death Certificate, which contains personal identifying information protected from disclosure pursuant to Fed. R. Civ. P. 5.2. Defendants do not oppose this Motion.

  The subject Death Certificate was previously filed as an exhibit to the Suggestion of Death of Charles Walter Catty Jr. (Dkt. No. 13786, filed July 15, 2020). The subject Death Certificate is currently being maintained under seal and requests Dkt. No. 13786-1 be maintained under seal as containing personal identifying information protected from disclosure pursuant to Fed. R. Civ. P. 5.2. A redacted version of the death certificate which complies with Fed. R. Civ. P. 5.2 is being filed with this Motion.

Dated: July 21, 2020

Respectfully Submitted,

**MARC J. BERN AND PARTNERS, LLP.**

*/s/ Debra J. Humphrey*
Debra J. Humphrey
60 E. 42nd St., Suite 950
New York, NY 10165
(212) 702-5000
(212) 818-0164 (FAX)

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Debra J. Humphrey*