# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVCFILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB  <br><br>MDL No. 2570 |
| This Document Relates to: <br> Sophia L. Anderson as Proposed Administrator of Charles Walter Catty Jr. | |
| Civil Action No. 1:20-cv-00668 | |

## ORDER GRANTING MOTION TO MAINTAIN DOCUMENT UNDER SEAL

ON THIS DAY came for consideration the Motion to Maintain Document Under Seal. Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that the Death Certificate (Dkt. No. 13737-1) originally filed with the Suggestion of Death of Charles Walter Catty Jr. shall be maintained under seal. A redacted publically available document is located at Dkt. No. 13833.

Date: 07/21/2020

Tim A. Baker
United States Magistrate Judge
Souther District of Indiana

cc: All counsel of record