IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to
Plaintiff:  Eddie Clark Burrage
Civil Case No.  1:18-cv-00273

_____

PLAINTIFF'S MOTION TO SEAL PLAINTIFF'S REPLY
AND ALTERNATIVE MOTION TO UNSEAL

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiff Eddie Clark Burrage respectfully submits

Plaintiff's Motion to Seal Plaintiff's Reply and Alternative Motion to Unseal. Plaintiff moves the

Court to temporarily seal Plaintiff's Reply to Cook's "Opposition to Plaintiff's Motion to Dismiss,

or, in Support of Dismissal of All Nations Firm Category 6 Cases" (Doc. 13827, "Plaintiff's

Reply"), while the Court considers whether to grant Plaintiff's alternative motion to unseal

"Exhibit A" to Plaintiff's Reply. In support thereof, the Plaintiff states as follows:

1.      On June 5, 2020, Plaintiff filed a Motion to Dismiss his case with prejudice. (Doc.

13587, "Plaintiff's Motion to Dismiss").

2.      On June 30, 2020, Cook filed an Opposition to Plaintiff's Motion and an alternative

motion seeking the dismissal of the Nations Law Firm's category 6 cases. (Doc. 13714 "Cook

Opp.") In their brief, Cook made the accusation that Plaintiff's counsel published information on

their website regarding IVC Filters that used "misleading language" and "scare tactics."  *See* Cook

Opp., p. 4. Cook's opposition requested the Court dismiss all of The Nations Law Firm's category

6 plaintiffs in part, because of these alleged misrepresentations (Cook Opp. p. 2).

1

3.      On July 20, 2020, Plaintiff filed his Reply brief with "Exhibit A" filed under seal according to the procedures set forth in this Court's Local Rules, because Cook designated those documents "confidential" during the discovery process. "Exhibit A" to Plaintiff's Reply contains information critical for a proper response to the baseless claims made by Cook in their opposition because it contains information not only showing why The Nations Law Firm website section on IVC Filters is accurate but also important evidence showing why these category 6 plaintiffs should not be dismissed. (Plaintiff's Reply, pp. 5-6).

4.      Soon after Plaintiff's Reply was filed counsel for Cook requested that the brief be filed under seal because it references information contained in "Exhibit A". In response, Plaintiff's case manager contacted the Court clerk to remove Plaintiff's Reply from public view on the ECF system pending the instant motion.

5.      Plaintiff hereby requests that the Court seal Plaintiff's Reply and maintain under seal while considering Plaintiff's alternative motion to unseal the documents contained in "Exhibit A" to the Reply.

6.      Plaintiff hereby moves to unseal the documents designated as "confidential" by Cook during discovery and labeled by Cook as **CookMDL2570_0375090** through **CookMDL2570_0375094** as attached to Plaintiff's Reply in "Exhibit A", because these documents are necessary to rebut the false and derogatory statements made within Cook's Opposition brief regarding Plaintiff's counsel's website and general practices. These documents are also critical to support Plaintiff's response to Cook's alternative motion to dismiss.

7.      The information contained in "Exhibit A" to Plaintiff's Reply is known and publically available thanks to the FDA.

8.     The documents at issue marked "confidential" can be obtained by any member of the public through a request to the FDA.

9.     In 2014, the FDA issued a public Safety Communication that stated in part:

> The FDA is requiring collection of additional clinical data for currently marketed IVC filters in the United States. The studies will address safety questions that remain unanswered for both permanent and retrievable filters. Manufacturers were given two options for obtaining the data. Some manufacturers are participating in the PRESERVE (http://evtoday.com/

> 2012/10/preserve-trial-to-be-a-comprehensive-study-of-inferior-vena-cava-filters) (PREdicting the Safety and Effectiveness of InferioR VEna Cava Filters) study, an independent national clinical study that will examine the use of IVC filters in the prevention of pulmonary embolism. Other manufacturers are conducting postmarket surveillance (522 Studies) (http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pss.cfm).

> The data gathered from the PRESERVE study and the 522 studies will help the FDA, manufacturers and health care professionals assess the use and safety profile of these devices, understand evolving patterns of clinical use of IVC filters and ultimately improve patients care.

*See* FDA Safety Communication, "Removing Retrievable Inferior Vena Cava Filters" Dated May 6, 2014, a printed copy of which is attached hereto as Exhibit "1". *See also* "FDA Updates Safety Communication on IVC Filter Retrieval" Endovascular Today, published May 6, 2014. (https://evtoday.com/news/fda-updates-safety-communication-on-ivc-filter-retrieval)     (last accessed on July 21, 2020).

10.     The FDA website contains references by filter manufacturer, identifying Cook therein. *See* http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pss.cfm (last accessed July 21, 2020). When following the FDA website links in the 2014 FDA Safety Communication, there is a FAQ section that makes clear how the public can obtain an exact copy of the documents contained in Exhibit A to Plaintiff's Reply.

11.     The documents relied upon by Plaintiff in his Reply to Cook's Opposition to his Motion to Dismiss are vital to his response to Cook's opposition and alternative motion to dismiss other category 6 plaintiffs, and should be unsealed and made a part of the public record.

12.     The documents in "Exhibit A" and relied upon by Plaintiff in his Reply are not "confidential" because they are publically available and therefore they should be unsealed.

13.     WHEREFORE, Plaintiff requests that this Honorable Court:

    a)     GRANT Plaintiff's Motion to Seal Plaintiff's Reply pending the Court's consideration of Plaintiff's Motion to Unseal;

    b)     GRANT Plaintiff's Motion to Unseal the documents contained in "Exhibit A" to Plaintiff's Reply and ORDER both Plaintiff's Reply and Exhibit A unsealed and part of the public record.

Respectfully submitted this 21st day of July, 2020.

THE NATIONS LAW FIRM

*/s/ Howard L. Nations*
Howard L. Nations
Texas Bar No. 14823000
Alison L. Divine
Georgia Bar No. 672129
9703 Richmond Ave, Suite 200
Houston, TX  77042
Telephone: (713) 807-8400
Facsimile:  (713) 807-8423
Email: cdb@howardnations.com
*Counsel for Plaintiff Eddie Clark Burrage*