IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>  Eddie Clark Burrage<br>  Civil Case No. 1:18-cv-00273-RLY-TAB | |

### ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PLAINTIFF'S REPLY PENDING CONSIDERATION OF PLAINTIFF'S MOTION TO UNSEAL

This comes before the Court on Plaintiff's Motion to Seal and Alternative Motion to Unseal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion, hereby finds that the Plaintiff's motion to seal Plaintiff's Reply pending consideration of Plaintiff's Motion to Unseal is meritorious and should be Granted.

**It is therefore Ordered, Adjudged, and Decreed** that Plaintiff's Reply to Cook's Opposition to Plaintiff's Motion to Dismiss or, In the Alternative, in Support of Dismissal of all Nations Firm's Category 6 Cases **[Doc. 13827]** should be maintained under seal pending consideration of Plaintiff's Motion to Unseal.

**All of which is Ordered** this _____ day of _____, 2020.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.