UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE COOK MEDICAL, INC. IVC FILTERS          Case no. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This document relates to:
CASE NO. 1:20-cv-00487- RLY-TAB
(DANIEL and MELISSA BAKER)

CASE NO. 1:19-cv-04599-RLY-TAB
(ROBERT BRYANT and MELISSA CASEY-BRYANT)

CASE NO. 1:20-cv-00187-RLY-TAB
(KATHLEEN SCHNEIBEL-GILLICK and
JAMES MORRIS)

---

### PLAINTIFFS' MOTION TO DISMISS DUPLICATE COMPLAINTS WITHOUT PREJUDICE

I, Rosemarie Riddell Bogdan, Esq., an attorney duly licensed to practice law in the State of New York and elsewhere, do affirm under the penalties of perjury as follows:

1. I am a partner at Martin, Harding and Mazzotti, LLP, attorneys for plaintiffs, Daniel and Melissa Baker; Robert Bryant and Melissa Casey-Bryant and Kathleen Schneibel-Gillick and James Morris, in their actions against the Cook Defendants.

2. Due to recent Court rulings, particularly the Order on the Cook Defendant's Motion to Reconsider the Court's February 24, 2020 Order on Choice of Law filed May 29, 2020, Document No. 13539, which determined that "..foreign cases filed between May 31, 2017

and June 13, 2019 shall be treated as though a direct filing order had been entered at the time of their filing and shall be governed by the choice-of-law rule of the Plaintiff's home jurisdiction," each Plaintiff herein has timely filed a new action in their home jurisdiction of the Northern District of New York to clarify the preferred choice-of-law to be applied to these cases.

3. The three cases which are the subject of this motion were direct filed in this MDL outside of the above-referenced time frame and therefore have been timely refiled in their home jurisdiction in USDC, Northern District of New York. Each case was thereafter transferred by NDNY to this MDL Court as required and a new Short Form Complaint was re-filed in this MDL for each action pursuant to the filing requirements of this MDL.

4. The Baker matter arises out of an injury caused by a Cook Gunther Tulip Vena Cava Filter; the Bryant matter arises out of an injury caused by a Cook Celect Vena Cava Filter and the Schneibel-Gillick/Morris matter arises out of an injury caused by a Cook Celect Vena Cava Filter.

5. The following Exhibits are attached to and incorporated into this Motion by Plaintiffs:

DANIEL AND MELISSA BAKER:

A. Short Form Complaint of plaintiffs, Daniel and Melissa Baker, direct filed in this MDL Court on 2-12-2020 bearing Case No. 1:20-cv-00487-RLY-TAB; and

B. Complaint of plaintiffs, Daniel and Melissa Baker, filed in the United States District Court, Northern District of New York on 5-21-2020 bearing NDNY Case No. 1:20-cv-00569-BKS-TWD; and

C. Short Form Complaint and Demand for Jury Trial of plaintiffs, Daniel and Melissa Baker re-filed in this MDL Court on 6-16-2020 and bearing new Case No. 1:20-cv-06157-RLY-TAB following transfer from NDNY; and

ROBERT BRYANT AND MELISSA CASEY-BRYANT:

D. Short Form Complaint of plaintiffs, Robert Bryant and Melissa Casey-Bryant, direct filed in this MDL Court on 11-19-2019 bearing Case No. 1:19-cv-04599-RLY-TAB; and

E. Complaint of plaintiffs, Robert Bryant and Melissa Casey-Bryant, filed in the United States District Court, Northern District of New York on 5-21-2020 bearing NDNY Case No. 1:20-cv-00568-TJM-DJS; and

F. Short Form Complaint and Demand for Jury Trial of plaintiffs, Robert Bryant and Melissa Casey-Bryant, re-filed in this MDL Court on 6-16-2020 bearing Case No. 1:20-cv-06156-RLY-TAB following transfer from NDNY; and

KATHLEEN SCHNEIBEL-GILLICK and JAMES MORRIS:

G. Short Form Complaint of plaintiffs, Kathleen Schneibel-Gillick and James Morris direct filed in this MDL Court on 1-17-2020 bearing Case No. 1:20-cv-00187-RLY-TAB; and

H. Complaint of plaintiffs, Kathleen Schneibel-Gillick and James Morris, filed in United States District Court, Northern District of New York on 6-15-2020 and bearing NDNY Case No. 1:20-cv-00669-GLS-ATB; and

I. Short Form Complaint and Demand for Jury Trial of plaintiffs, Kathleen Schneibel-Gillick and James Morris, re-filed in this MDL Court on 6-29-2020

and bearing Case No. 1:20-cv-06168-RLY-TAB following transfer from NDNY.

6. Our office has conferred with defense counsel on July 7, July 15 and July 20 on these three (3) matters in order to obtain a consent stipulation to dismiss the originally direct filed MDL actions to avoid duplication but the defense has provided consent to date, therefore making this motion necessary.

WHEREFORE, pursuant to the Federal Rules of Civil Procedure Section 41(a)(2) it is respectfully requested that the Court grant this motion and dismiss ONLY the original direct filed MDL actions *without prejudice*, as follows: Baker action: Short Form Complaint filed 2-12-2020 bearing Case No. 1:20-cv-00487; and Bryant action: Short Form Complaint filed 11-19-2019 bearing Case No. 1:19-cv-04599; and Schneibel-Gillick action: Short Form Complaint filed 1-17-2020 bearing Case No. 1:20-cv-00187, and each party shall bear its own costs, together with such other and further relief as the Court deems proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2020
    Albany, New York

By:*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan, Esq.
 (Bar No.: NDNY 506409)
MARTIN, HARDING AND MAZZOTTI, LLP
Attorneys for Plaintiffs
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Tel.:  (518) 862-1200
Email: rrbivccook@1800law1010.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2020, a copy of the foregoing **PLAINTIFFS'MOTION TO DISMISS DUPLICATE COMPLAINTS WITHOUT PREJUDICE** was electronically filed and notice of the filing of this document will be sent by all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's electronic system.

*/s/Rosemarie Riddell Bogdan, Esq.*