IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs
<u>Daniel Baker and Melissa Baker</u>

Civil Case # 1:20-CV-06157-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiffs named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs further show the court as follows:

1. Plaintiff/Deceased Party:

    Daniel Baker

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Melissa Baker

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of the implant:

    Florida

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    New York

6.  Plaintiff's/Deceased Party's current state of residence:

    New York

7.  District Court and Division in which venue would be proper absent direct filing:

    Case commenced in the U.S. District Court, Northern District of New York (NDNY) and transferred to U.S. District Court Southern District of Indiana. Venue is proper in the U.S. District Court, NDNY and should be remanded to that Court for any necessary further discovery proceedings and trial once the MDL's coordinated discovery and pretrial proceedings are complete.

8.  Defendants (Check Defendants against whom Complaint is made):

    X  Cook Incorporated

    X  Cook Medical LLC

    X  William Cook Europe ApS

9.  Basis of Jurisdiction:

    X  Diversity of Citizenship

    ☐  Other:

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        Paragraphs 6 – 28.  For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. Section 1391 in the federal judicial district of the Plaintiff's state of residence.  A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District, therefore venue is proper in this jurisdiction under 28 U.S.C. Section 1391.

b. Other allegations of jurisdiction and venue:

    N/A

10. Defendants' Inferior Vena Cava Filter about which Plaintiffs are making a claim

    (Check applicable Inferior Vena Cava Filters):

    X   Gunther Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other:

11. Date of Implantation as to each product:

    10/14/2011

12. Hospital where Plaintiff was implanted (including City and State):

    Lee Memorial Hospital, Fort Myers, FL

13. Implanting Physician:

    Moutaa BenMaamer, M.D.

14. Counts in the Master Complaint brought by Plaintiffs:

    X   Count I:    Strict Products Liability – Failure to Warn

    X   Count II:   Strict Products Liability – Design Defect

    X   Count III:  Negligence

    X   Count IV:   Negligence Per Se

    X   Count V:    Breach of Express Warranty

    X   Count VI:   Breach of Implied Warranty

3

| | | |
|---|---|---|
| X | Count VII: | Violations of Applicable New York Law |
| | | Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| X | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in this space, immediately below. |

_____

15. Attorney for Plaintiffs:

 Rosemarie Riddell Bogdan, Esq., Martin, Harding & Mazzotti, LLP 

16. Address and bar information for Attorney for Plaintiffs:

Rosemarie Riddell Bogdan, Esq.
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
1222 Troy-Schenectady Road
PO Box 15141
Albany, NY 12212-5141

            Respectfully submitted,

            */s/ Rosemarie Riddell Bogdan*
            Rosemarie Riddell Bogdan
            NDNY Bar Roll Number: 506409
            NYS Bar Roll Number: 380552
            MARTIN, HARDING & MAZZOTTI, LLP
            Attorneys for Plaintiffs
            1222 Troy-Schenectady Road
            P.O. Box 15141
            Albany, New York 12212-5141
            Telephone: (518) 862-1200
            rrbivccook@1800law1010.com

Dated:  June 16, 2020

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 16, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                            */s/Rosemarie Riddell Bogdan*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL BAKER AND MELISSA BAKER, | ) MDL No. 1:14-ml-2570-RLY-TAB |
| | ) MDL No. 2570 |
| v. | ) |
| | ) |
| COOK INCORPORATED; COOK MEDICAL LLC; WILLIAM COOK EUROPE APS | ) Civil Case No. 1:20-cv-06157-RLY-TAB |

## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: June 16, 2020

                                        Respectfully submitted,

                                        */s/ Rosemarie Riddell Bogdan*
                                        Rosemarie Riddell Bogdan
                                        NDNY Barr Roll Number: 506409
                                        NYS Bar Roll Number: 380552
                                        MARTIN, HARDING & MAZZOTTI, LLP
                                        Attorneys for Plaintiffs
                                        1222 Troy-Schenectady Road
                                        P.O. Box 15141
                                        Albany, New York 12212-5141
                                        Telephone: (518) 862-1200
                                        rrbivccook@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan