UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case no. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

_____

This document relates to:
CASE NO. 1:19-cv-04599- RLY-TAB
(ROBERT BRYANT and MELISSA CASEY-BRYANT)

_____

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DUPLICATE COMPLAINT WITHOUT PREJUDICE

This Court, having received and considered Plaintiff's Motion to Dismiss Duplicate Complaint Without Prejudice, and finding good cause exists.

IT IS HEREBY ORDERED that the direct filed MDL action, *Bryant v. In re: Cook Medical, Inc., et. al,* Case No. 1:19-cv-04599 filed 11-19-2019, and only that action, is hereby dismissed without prejudice.

SO ORDERED this _____ day of _____, 2020

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record