UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case no. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

_____

This document relates to:
CASE NO. 1:20-cv-00187- RLY-TAB
(KATHLEEN SCHNEIBEL-GILLICK and
JAMES MORRIS)

_____

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DUPLICATE COMPLAINT WITHOUT PREJUDICE**

This Court, having received and considered Plaintiff's Motion to Dismiss Duplicate Complaint Without Prejudice, and finding good cause exists.

IT IS HEREBY ORDERED that the direct filed MDL action, *Schneibel-Gillick and Morris v. In re: Cook Medical, Inc., et. al*, Case No. 1:20-cv-00187 filed 1-17-2020, and only that action, is hereby dismissed without prejudice.

SO ORDERED this _____ day of _____, 2020

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record