IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to All Actions | |

**NOTICE OF WITHDRAWAL OF RESPONSE OF MARC J. BERN & PARTNERS LLP IN OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE (PSC)'S MOTION TO AMEND THE MARCH 16, 2016 ORDER ON RULES, POLICIES, PROCEDURES, GUIDELINES RELATING TO ESTABLISHING COMMON BENEFIT FEE AND EXPENSE FUND [DKT. 10551]**

The undersigned counsel hereby withdraws the Response of Marc J. Bern & Partners LLP in Opposition to Plaintiffs' Steering Committee (PSC)'S Motion to Amend the March 16, 2016 Order on Rules, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund filed on April 26, 2019 (Dkt. 10551).

Dated: July 24, 2020                        Respectfully submitted,


                                            /s/ Debra J. Humphrey
                                            Debra J. Humphrey, Esq.
                                            MARC J. BERN & PARTNERS LLP
                                            60 East 42nd Street, Suite 950
                                            New York, NY 10165
                                            Tel: (212) 702-5000
                                            Fax: (212) 818-0164
                                            dhumphrey@bernllp.com

                                            *Counsel for Plaintiff(s)*

1

2

**CERTIFICATE OF SERVICE**

I CERTIFY that on July 24, 2020, I electronically transmitted the foregoing document,

NOTICE OF WITHDRAWAL OF RESPONSE OF MARC J. BERN & PARTNERS LLP IN

OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE (PSC)'S MOTION TO AMEND

THE MARCH 16, 2016 ORDER ON RULES, POLICIES, PROCEDURES, GUIDELINES

RELATING TO ESTABLISHING COMMON BENEFIT FEE AND EXPENSE FUND, to the

Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic

Filing to all counsel of record.

/s/ Debra J. Humphrey
Debra J. Humphrey

*Counsel for Plaintiff(s)*