IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    Gregory Denton

Civil Case #    1:16-cv-01140

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Gregory Denton

Date:    July 27, 2020            /s/ James T. Corrigan
                                   *Attorney's signature*

                                   James T. Corrigan        #45127MO
                                   *Printed name and bar number*

                                   1034 S. Brentwood Blvd., 23rd Floor, PH 1-A
                                   St. Louis, MO 63117
                                   *Address*

                                   corrigan@osclaw.com
                                   *E-mail address*

                                   (314) 405-9000
                                   *Telephone number*

                                   (314) 833-3073
                                   *FAX number*