IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to the Following Case: | |
| *Bishop-Jones,* 1:16-cv-02272-RLY-TAB | |

### **PLAINTIFF'S MOTION TO DISMISS**

COMES NOW, Plaintiff, Vicky Bishop-Jones, and files this her Motion to Dismiss in accordance with Fed. R. Civ. P. 41 (a)(2) and would show this Court the following:

Plaintiff was implanted with a Cook Celect Platinum filter on March 3, 2015. The filter was removed on June 11, 2015. At the time of removal, the filter was found to be tilted by the removing surgeon. Since the filing of this lawsuit Plaintiff has suffered from ongoing medical issues unrelated to the Cook Celect Platinum filter and for that reason no longer wishes to pursue this claim.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests the Court dismiss these underlying claims with prejudice.

Date: July 28, 2020

/s/ Michael T. Gallagher
Michael T. Gallagher
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
Phone: (713) 222-8080
Email: donnaf@gld-law.com

*Attorneys for Plaintiff Bishop-Jones*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 28, 2020, a copy of the foregoing Plaintiff's Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive serve in this matter. Parties may access this filing through the Court's system.

                */s/ Michael T. Gallagher*