IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to the Following Case:

*Bishop-Jones,* 1:16-cv-02272-RLY-TAB

## ORDER ON PLAINTIFF'S MOTION TO DISMISS

The Court has considered Plaintiff's Motion to Dismiss and is of the opinion the motion should be GRANTED.

Therefore, Plaintiff, Vicky Bishop-Jones' claims are hereby dismissed with prejudice.

_____
Judge Richard L. Young