# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION _____ | ) NO. 1:14-ml-2570-RLY-TAB <br> ) MDL No. 2570 <br> ) <br> ) <br> ) <br> ) |
| This document Relates to Plaintiffs: <br><br> LORETTA BOSTIC <br> Case No. 1:19-cv-02458-RLY-TAB <br><br> KRISTOPHER CASTNER <br> Case No. 1:18-cv-1409-WTL-TAB <br><br> JANINE FUTCH <br> Case No. 1:16-cv-02103-JMS-DML <br><br> KIM LADIG <br> Case No. 1:16-cv-02102-RLY-TAB <br><br> MARIE LEWIS <br> Case No. 1:17-cv-00859-RLY-TAB <br><br> EDUARDO MORENO <br> Case No. 1:16-cv-02310-WTL-MJD <br><br> JUSTIN ROSE <br> Case No. 1:18-cv-01410-TWP-DLP <br><br> BARRY ROSENBLATT and <br> SUSAN HANCH PAIGE <br> Case No. 1:16-cv-02104-JMS-TAB | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF CHANGE OF LAW FIRM ADDRESS**

PLEASE TAKE NOTICE that counsel for plaintiffs listed above has changed his address to:

/ / /

1

**Snyder & Wenner, P.C.**
**8800 North Gainey Center Drive, Suite 265**
**Scottsdale, Arizona 85258**

The telephone number, facsimile number and email addresses will remain the same.

Counsel undersigned requests that all further orders, pleadings, correspondence and communications be directed to him in accordance with this revised information.

DATED: July 29, 2020

**SNYDER AND WENNER, P.C.**

/s/ David A. Wenner
By_____
David A. Wenner, Esq.
8800 N Gainey Center Drive, Ste 265
Scottsdale, AZ  85258
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David A. Wenner
_____