UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Action:

Eddie Clark Burrage
1:18-cv-00273-RLY-TAB

**ORDER ON COOK'S MOTION FOR EXTENSION OF DEADLINE**

Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, filed a Motion for Extension of Deadline for Response to Plaintiff's Motion to Dismiss with Prejudice. Cook filed a Response on June 30, 2020. Accordingly, the Motion (Filing No. 13610) is **DENIED as MOOT**.

**SO ORDERED** this 29th day of July 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.