UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____ | )  )  )  )  )  )   1:14-ml-02570-RLY-TAB  MDL No. 2570 |

This Document Relates to:

Case No. 1:17-cv-00996 (Dixon)
Case No. 1:18-cv-01214 (Opperman)
Case No. 1:18-cv-03371 (Parton)
Case No. 1:19-cv-01167 (Sykes)
_____

**ORDER ON PLAINTIFFS' AGREED MOTION FOR EXTENSION OF TIME**

On July 10, 2020, Plaintiffs, Shirley Parton, Dionne Dixon, Jacob Opperman, and Teresa Sykes, filed an Agreed Motion for Extension of Time to File their Response to Defendants' Motion for Judgment on the Pleadings as to Certain No-Injury Plaintiffs. As Plaintiffs have filed their Response within the time requested, this Motion (Filing No. 13771) is **DENIED as MOOT**.

**SO ORDERED** this 29th day of July 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.