UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

**See Exhibit A**

### NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF COURT:**

Please be advised of the following address change effective upon filing with the Clerk.

**Former Address:**  3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

Telephone: (214) 761-6614

**Current Address:**  3141 Hood Street, Suite 600
Dallas, Texas 75219

Telephone: (214) 761-6614

Dated: July 29, 2020.         */s/ Ben C. Martin*
Ben C. Martin, Bar No. 13052400
**Martin Baughman, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@martinbaughman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Ben C. Martin*
Ben C. Martin

**NOTICE OF CHANGE OF ADDRESS** – Page 2