# EXHIBIT A

# EXHIBIT A

### Mr. Martin is co-lead counsel for the MDL and counsel of record for the following cases:

| | | |
|---|---|---|
| 1:13-cv-00986-RLY-TAB | 1:15-cv-01020-RLY-TAB | 1:16-cv-00814-RLY-TAB |
| 1:13-cv-01048-RLY-TAB | 1:15-cv-01021-RLY-TAB | 1:16-cv-01083-RLY-TAB |
| 1:13-cv-01946-RLY-TAB | 1:15-cv-01132-RLY-TAB | 1:16-cv-01337-RLY-TAB |
| 1:14-cv-00736-RLY-TAB | 1:15-cv-01159-RLY-TAB | 1:16-cv-01518-RLY-TAB |
| 1:14-cv-00998-RLY-TAB | 1:15-cv-01176-RLY-TAB | 1:16-cv-01837-RLY-TAB |
| 1:14-cv-01451-RLY-TAB | 1:15-cv-01445-RLY-TAB | 1:16-cv-01838-RLY-TAB |
| 1:14-cv-06001-RLY-TAB | 1:15-cv-01754-RLY-TAB | 1:16-cv-01839-RLY-TAB |
| 1:14-cv-06002-RLY-TAB | 1:15-cv-01769-RLY-TAB | 1:16-cv-02095-RLY-TAB |
| 1:14-cv-06005-RLY-TAB | 1:15-cv-01943-RLY-TAB | 1:16-cv-02238-RLY-TAB |
| 1:14-cv-06009-RLY-TAB | 1:15-cv-06021-RLY-TAB | 1:16-cv-02253-RLY-TAB |
| 1:14-cv-06011-RLY-TAB | 1:15-cv-06022-RLY-TAB | 1:16-cv-02286-RLY-TAB |
| 1:14-cv-06017-RLY-TAB | 1:16-cv-00064-RLY-TAB | 1:16-cv-02308-RLY-TAB |
| 1:14-cv-06018- RLY-TAB | 1:16-cv-00432-RLY-TAB | 1:16-cv-02379-RLY-TAB |
| 1:14-ml-02570-RLY-TAB | 1:16-cv-00433-RLY-TAB | 1:16-cv-02476-RLY-TAB |
| 1:15-cv-00479-RLY-TAB | 1:16-cv-00435-RLY-TAB | 1:16-cv-02507-RLY-TAB |
| 1:15-cv-00555-RLY-TAB | 1:16-cv-00437-RLY-TAB | 1:16-cv-02524-RLY-TAB |
| 1:15-cv-00566-RLY-TAB | 1:16-cv-00439-RLY-TAB | 1:16-cv-02665-RLY-TAB |
| 1:15-cv-00567-RLY-TAB | 1:16-cv-00440-RLY-TAB | 1:16-cv-02829-RLY-TAB |
| 1:15-cv-00568-RLY-TAB | 1:16-cv-00577-RLY-TAB | 1:16-cv-03048-RLY-TAB |
| 1:15-cv-00597-RLY-TAB | 1:16-cv-00599-RLY-TAB | 1:16-cv-03226-RLY-TAB |
| 1:15-cv-00715-RLY-TAB | 1:16-cv-00728-RLY-TAB | 1:16-cv-03273-RLY-TAB |
| 1:15-cv-00763-RLY-TAB | 1:16-cv-00771-RLY-TAB | 1:16-cv-03274-RLY-TAB |
| 1:15-cv-00852-RLY-TAB | 1:16-cv-00813-RLY-TAB | 1:16-cv-03275-RLY-TAB |

| | | |
|---|---|---|
| 1:16-cv-03305-RLY-TAB | 1:17-cv-01150-RLY-TAB | 1:17-cv-06075-RLY-TAB |
| 1:16-cv-03309-RLY-TAB | 1:17-cv-01223-RLY-TAB | 1:18-cv-00156-RLY-TAB |
| 1:16-cv-03312-RLY-TAB | 1:17-cv-01225-RLY-TAB | 1:18-cv-00221-RLY-TAB |
| 1:16-cv-06031-RLY-TAB | 1:17-cv-01762-RLY-TAB | 1:18-cv-00513-RLY-TAB |
| 1:16-cv-06042-RLY-TAB | 1:17-cv-01781-RLY-TAB | 1:18-cv-00634-RLY-TAB |
| 1:17-cv-00112-RLY-TAB | 1:17-cv-01785-RLY-TAB | 1:18-cv-00799-RLY-TAB |
| 1:17-cv-00115-RLY-TAB | 1:17-cv-01985-RLY-TAB | 1:18-cv-00800-RLY-TAB |
| 1:17-cv-00130-RLY-TAB | 1:17-cv-02120-RLY-TAB | 1:18-cv-00801-RLY-TAB |
| 1:17-cv-00131-RLY-TAB | 1:17-cv-02144-RLY-TAB | 1:18-cv-00802-RLY-TAB |
| 1:17-cv-00256-RLY-TAB | 1:17-cv-02427-RLY-TAB | 1:18-cv-00803-RLY-TAB |
| 1:17-cv-00262-RLY-TAB | 1:17-cv-02463-RLY-TAB | 1:18-cv-00804-RLY-TAB |
| 1:17-cv-00267-RLY-TAB | 1:17-cv-02545-RLY-TAB | 1:18-cv-00807-RLY-TAB |
| 1:17-cv-00408-RLY-TAB | 1:17-cv-02571-RLY-TAB | 1:18-cv-00814-RLY-TAB |
| 1:17-cv-00543-RLY-TAB | 1:17-cv-02612-RLY-TAB | 1:18-cv-00816-RLY-TAB |
| 1:17-cv-00549-RLY-TAB | 1:17-cv-02674-RLY-TAB | 1:18-cv-00817-RLY-TAB |
| 1:17-cv-00582-RLY-TAB | 1:17-cv-02919-RLY-TAB | 1:18-cv-00820-RLY-TAB |
| 1:17-cv-00731-RLY-TAB | 1:17-cv-02977-RLY-TAB | 1:18-cv-00822-RLY-TAB |
| 1:17-cv-00762-RLY-TAB | 1:17-cv-03656-RLY-TAB | 1:18-cv-00828-RLY-TAB |
| 1:17-cv-00795-RLY-TAB | 1:17-cv-03661-RLY-TAB | 1:18-cv-00830-RLY-TAB |
| 1:17-cv-00921-RLY-TAB | 1:17-cv-03784-RLY-TAB | 1:18-cv-00831-RLY-TAB |
| 1:17-cv-01107-RLY-TAB | 1:17-cv-03786-RLY-TAB | 1:18-cv-00834-RLY-TAB |
| 1:17-cv-01118-RLY-TAB | 1:17-cv-04142-RLY-TAB | 1:18-cv-00835-RLY-TAB |
| 1:17-cv-01120-RLY-TAB | 1:17-cv-04402-RLY-TAB | 1:18-cv-00836-RLY-TAB |
| 1:17-cv-01121-RLY-TAB | 1:17-cv-04424-RLY-TAB | 1:18-cv-00837-RLY-TAB |
| 1:17-cv-01122- RLY-TAB | 1:17-cv-04732-RLY-TAB | 1:18-cv-00838-RLY-TAB |

**EXHIBIT A – Page 2**

| | | |
|---|---|---|
| 1:18-cv-00839-RLY-TAB | 1:18-cv-03422-RLY-TAB | 1:19-cv-02111-RLY-TAB |
| 1:18-cv-00840-RLY-TAB | 1:18-cv-03458-RLY-TAB | 1:19-cv-02419-RLY-TAB |
| 1:18-cv-00842-RLY-TAB | 1:18-cv-03499-RLY-TAB | 1:19-cv-02478-RLY-TAB |
| 1:18-cv-00846-RLY-TAB | 1:18-cv-03500-RLY-TAB | 1:19-cv-02576-RLY-TAB |
| 1:18-cv-00908-RLY-TAB | 1:18-cv-03501-RLY-TAB | 1:19-cv-02580-RLY-TAB |
| 1:18-cv-01046-RLY-TAB | 1:18-cv-03502-RLY-TAB | 1:19-cv-02587-RLY-TAB |
| 1:18-cv-01193-RLY-TAB | 1:18-cv-03503-RLY-TAB | 1:19-cv-02615-RLY-TAB |
| 1:18-cv-01413-RLY-TAB | 1:18-cv-03504-RLY-TAB | 1:19-cv-02620-RLY-TAB |
| 1:18-cv-01458-RLY-TAB | 1:18-cv-03725-RLY-TAB | 1:19-cv-02621-RLY-TAB |
| 1:18-cv-01606-RLY-TAB | 1:18-cv-04045-RLY-TAB | 1:19-cv-02852-RLY-TAB |
| 1:18-cv-01920-RLY-TAB | 1:18-cv-04094-RLY-TAB | 1:19-cv-03513-RLY-TAB |
| 1:18-cv-02178-RLY-TAB | 1:19-cv-01120-RLY-TAB | 1:19-cv-03645-RLY-TAB |
| 1:18-cv-02180-RLY-TAB | 1:19-cv-01252-RLY-TAB | 1:19-cv-03742-RLY-TAB |
| 1:18-cv-02212-RLY-TAB | 1:19-cv-01362-RLY-TAB | 1:19-cv-03875-RLY-TAB |
| 1:18-cv-02227-RLY-TAB | 1:19-cv-01496-RLY-TAB | 1:19-cv-03899-RLY-TAB |
| 1:18-cv-02330-RLY-TAB | 1:19-cv-01560-RLY-TAB | 1:19-cv-04008-RLY-TAB |
| 1:18-cv-02451-RLY-TAB | 1:19-cv-01762-RLY-TAB | 1:19-cv-04161-RLY-TAB |
| 1:18-cv-02472-RLY-TAB | 1:19-cv-01763-RLY-TAB | 1:19-cv-04277-RLY-TAB |
| 1:18-cv-02522-RLY-TAB | 1:19-cv-01898-RLY-TAB | 1:19-cv-04341-RLY-TAB |
| 1:18-cv-02554-RLY-TAB | 1:19-cv-01918-RLY-TAB | 1:19-cv-04376-RLY-TAB |
| 1:18-cv-02611-RLY-TAB | 1:19-cv-01927-RLY-TAB | 1:19-cv-04452-RLY-TAB |
| 1:18-cv-02862-RLY-TAB | 1:19-cv-01989-RLY-TAB | 1:19-cv-06102-RLY-TAB |
| 1:18-cv-03356-RLY-TAB | 1:19-cv-01994-RLY-TAB | 1:20-cv-00326-RLY-TAB |
| 1:18-cv-03358- RLY-TAB | 1:19-cv-02023-RLY-TAB | 1:20-cv-00368-RLY-TAB |
| 1:18-cv-03369-RLY-TAB | 1:19-cv-02070-RLY-TAB | 1:20-cv-00536-RLY-TAB |

**EXHIBIT A – Page 3**

| |
|---|
| 1:20-cv-01761-RLY-TAB |
| 1:20-cv-01795-RLY-TAB |
| 1:20-cv-01846-RLY-TAB |
| 1:20-cv-01886-RLY-TAB |
| 1:20-cv-06108-RLY-TAB |
| 1:20-cv-06111-RLY-TAB |
| 1:20-cv-06129-RLY-TAB |
| 1:20-cv-06130-RLY-TAB |
| 1:20-cv-06158-RLY-TAB |
| 1:20-cv-06175-RLY-TAB |
| 1:20-cv-06184-RLY-TAB |
| 1:20-cv-06185-RLY-TAB |

**EXHIBIT A – Page 4**