UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

**See Exhibit A**

### NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF COURT:**

Please be advised of the following address change effective upon filing with the Clerk.

**Former Address:**   3710 Rawlins Street, Suite 1230
                      Dallas, Texas 75219

Telephone:            (214) 761-6614

**Current Address:**  3141 Hood Street, Suite 600
                      Dallas, Texas 75219

Telephone:            (214) 761-6614

Dated: July 29, 2020.                    */s/ Thomas Wm. Arbon*
                                         Thomas Wm. Arbon, Bar No. 01284275
                                         **Martin Baughman, PLLC**
                                         3141 Hood Street, Suite 600
                                         Dallas, TX 75219
                                         Telephone: (214) 761-6614
                                         Facsimile: (214) 744-7590
                                         tarbon@martinbaughman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
