## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to the following action:<br>Roy Luster, case no. 1:18-cv-00226 | |

**PLAINTIFF ROY LUSTER'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO THE COOK DEFENDANTS' OMNIBUS REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON STATUTE OF REPOSE IN TEXAS AND TENNESSEE**

COMES NOW, Plaintiff Roy Luster ("Plaintiff"), through the undersigned counsel, and moves for leave to file his Sur-Reply to the Cook Defendants' ("Defendants") Omnibus Reply in Support of Its Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee, states as follows:

1. On July 22, 2020, Defendants filed their Reply to Plaintiff's Response to the Cook Defendants' ("Defendants") Omnibus Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee. *See generally,* [Doc. No. 13846].

2. Although Local Rule 56.1 pertains to motions for summary judgment, its notes provide guidance here:

> Note to subdivision (d). A non-moving party may file a surreply brief in two limited circumstances. It is permitted only when: (1) the moving party submits in its reply brief evidence not previously cited; or (2) the moving party objects in its Reply to the admissibility of evidence cited by the non-movant.

Local Rule 56.1(note to subsection (d)). Out of an abundance of caution, Plaintiff brings this Motion for Leave.

1

3. In Defendants' Reply, they assert that the sale of the IVC filter to Plaintiff was Defendants' "last culpable act" from which the statute of repose would be measured, while Plaintiff alleges in the Master Complaint that Defendants engaged in a continuum of wrongful acts following the sale of the IVC filter to Plaintiff that could constitute a "last culpable act or omission". *See* [Doc. No. 13846], at p. 8, *compare to* [Doc. No. 1], at ¶¶ 3, 46, 91, 116, 191, 195, 198, 199.

4. Good cause exists for granting this Motion for Leave since Defendants' Reply references new, disputed facts as to their "last culpable act" which would be the date from which the statute of repose is measured.

5. Plaintiff's Sur-Reply is reasonable and necessary to address these disputed facts that were not otherwise brought to this Court's attention in their original motion to dismiss and memorandum in support thereof. *See generally,* [Doc. Nos. 13760, 13761].

6. Plaintiff's Sur-Reply is attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file his Sur-Reply to the Cook Defendants' Omnibus Reply in Support of Its Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee; and for such further relief that that the Court deems reasonable and just.

Dated:  July 29, 2020

        Respectfully submitted,

        **FLINT LAW FIRM, LLC**

By:    */s/ Jacob A. Flint*
        Jacob A. Flint, IL Bar No. 6299777
        222 E Park St. Suite 500
        Edwardsville, IL 62025
        Phone: (618) 288-4777
        Fax: (618) 288-2864
        jflint@flintlaw.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By:    */s/ Jacob A. Flint*
        Attorney for Plaintiff