UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

### ORDER ON COOK'S MOTION TO DISMISS DUPLICATIVE FILINGS

Before the court is the Motion to Dismiss Duplicative Filings filed by Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS. The Motion (Filing No. 13751) is **GRANTED** as to the following duplicative cases:

- Holcomb, Richard K.        1:17-cv-03355
- Flakes, Anthony            1:18-cv-02820
- Seals, Lanny               1:19-cv-02707
- Nicholson, Phyllis         1:20-cv-00115
- Price, Michael Christopher 1:20-cv-00291
- Mondello, Tindaro          1:20-cv-00485

**SO ORDERED** this 30th day of July 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1