IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to:
    1:17-cv-03586-RLY-TAB   Wood
_____

## ORDER OF DISMISSAL

On June 12, 2019, Plaintiff filed a notice of suggestion of death of Plaintiff, Ronald F. Wood [Filing No. 11419].  Pursuant to the Court's Order dated July 23, 2019, this "is STAYED for 90 days upon the suggestion of death" [Filing No. 11419] and Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party.  Failure to file such a motion within 90 days shall result in the dismissal of the party and/or the case.  As it has now been more than 90 days since Plaintiff filed a notice of suggestion of death regarding Plaintiff Ronald F. Wood and no motion to substitute the proper party has been filed, this matter is now dismissed with prejudice.

 SO ORDERED this 30th day of July 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.