IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:
      1:18-cv-02780-RLY-TAB    Renteria

_____

## ORDER OF DISMISSAL

On June 12, 2019, Plaintiff filed a notice of suggestion of death of Plaintiff, Jeanette

Renteria [Filing No. 11090].  Pursuant to the Court's Order dated June 13, 2019, stating  this case

"is STAYED for ninety (90) days based on the June 13, 2019, Notice of Suggestion of Death and

Request to Stay" [Filing No. 11129] and Fed. R. Civ. P. 25(a)(1), a party has 90 days from the

date the Court is notified of a party's death to file a motion to substitute the proper party.  Failure

to file such a motion within 90 days shall result in the dismissal of the party and/or the case.  As

it has now been more than 90 days since Plaintiff filed a notice of suggestion of death regarding

Plaintiff Jeanette Renteria and no motion to substitute the proper party has been filed, this matter

is now dismissed with prejudice.

 SO ORDERED this 30th day of July 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.