IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> GRANTED. Case is dismissed with prejudice.
> Dated: 7/30/20
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Dionne Keyaunna Dixon, 1:17-cv-00996

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, Plaintiff Dionne Keyaunna Dixon, Plaintiff" herein, and Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS, in the above entitled lawsuit, and pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), stipulate that all claims of Plaintiff Dionne Keyaunna Dixon against Cook Incorporated, Cook Medical LLC and William Cook Europe ApS are dismissed with prejudice, with each party to bear its own costs.

Date: July 16, 2020

Respectfully submitted,

/s/  Howard L. Nations
Howard L. Nations
THE NATIONS LAW FIRM
Texas Bar No. 14823000
9703 Richmond Ave., Suite 200
Houston, Texas 77042
T:  713.807.8400
F:  713.807.8423
cdb@howardnations.com

**ATTORNEY FOR PLAINTIFF**

1