**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

> GRANTED. Case is dismissed with prejudice.
> Dated: 7/30/20
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to the Following Case:

*Juliet Dickens v. Cook Incorporated, et al.*
1:18-cv-02532-RLY-TAB

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with

prejudice, each party to bear its own costs.

Date: July 17, 2020

/s/ Kevin M. Fitzgerald
Kevin M. Fitzgerald
FITZGERALD LAW GROUP, LLC
120 Exchange Street, Suite 200
Portland, Maine 04101
Phone: (207) 874-7407
Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Plaintiff Dickens*

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com