**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This document relates to the following action:
Roy Luster, case no. 1:18-cv-00226

Motion granted.  Sur-reply attached to Plaintiff's motion is deemed filed as of the date of this order.

Tim A. Baker, U.S. Magistrate Judge   7/31/20

**PLAINTIFF ROY LUSTER'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO THE**
**COOK DEFENDANTS' OMNIBUS REPLY IN SUPPORT OF ITS MOTION FOR**
**JUDGMENT ON THE PLEADINGS BASED ON STATUTE OF REPOSE IN TEXAS**
**AND TENNESSEE**

COMES NOW, Plaintiff Roy Luster ("Plaintiff"), through the undersigned counsel, and

moves for leave to file his Sur-Reply to the Cook Defendants' ("Defendants") Omnibus Reply in

Support of Its Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and

Tennessee, states as follows:

1.      On July 22, 2020, Defendants filed their Reply to Plaintiff's Response to the Cook

Defendants' ("Defendants") Omnibus Motion for Judgment on the Pleadings Based on Statute of

Repose in Texas and Tennessee.  *See generally,* [Doc. No. 13846].

2.      Although Local Rule 56.1 pertains to motions for summary judgment, its notes

provide guidance here:

> Note to subdivision (d). A non-moving party may file a surreply brief in two limited
> circumstances. It is permitted only when: (1) the moving party submits in its reply brief
> evidence not previously cited; or (2) the moving party objects in its Reply to the
> admissibility of evidence cited by the non-movant.

Local Rule 56.1(note to subsection (d)).  Out of an abundance of caution, Plaintiff brings this

Motion for Leave.

1