UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Kevin Hamblin, 1:19-cv-03144

### ORDER GRANTING PLAINTIFF'S MOTION TO REINSTATE

On December 19, 2019, the court issued an Order on the Cook Defendants' Amended Motion to Dismiss certain cases for failure to provide case categorization forms.[1] Plaintiff Kevin Hamblin's case was part of that Order. Because the Order did not specify whether the case was dismissed with or without prejudice, Plaintiff requests reinstatement for the purpose of entering a stipulation of dismissal of all claims so as to "remove any doubt as to whether the case was dismissed without prejudice." (Filing No. 12678 at 2). The Motion (Filing No. 12678) is **GRANTED**. An Order granting dismissal of his claims without prejudice shall be issued forthwith.

**SO ORDERED** this 31st day of July 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

---

[1] The December 19 Order dismissed Plaintiff's case for failure to provide a case categorization form, and not, as he represents, for failure to provide a plaintiff profile sheet.

1

Distributed Electronically to Registered Counsel of Record.