UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Kevin Hamblin, 1:19-cv-03144

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Plaintiff Kevin Hamblin's case is hereby **DISMISSED without prejudice**. If this case is subsequently refiled, it must be filed in the Southern District of Indiana or the dismissal will revert to a dismissal with prejudice.

**SO ORDERED** this 31st day of July 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.