UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
James D. Hines, Case No. 1:16-cv-3135

## ORDER GRANTING PLAINTIFF'S MOTION TO REINSTATE

Plaintiff, James D. Hines, moves to reinstate his case, which was previously dismissed without prejudice for failure to provide a case categorization form. Over the Cook Defendants' objection, the Motion (Filing No. 12480) is **GRANTED**. The court reminds Plaintiff's counsel that he is responsible for checking the docket sheet and following court orders. Had he done so, Plaintiff's case would not have been dismissed in the first place.

**SO ORDERED** this 31st day of July 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.