IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to the Following Case:

*Bishop-Jones,* 1:16-cv-02272-RLY-TAB

**AGREED STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that: (1) tilt is the only basis for the Complaint filed by Plaintiff Bishop-Jones; (2) Plaintiff has made no claim that any injuries were sustained as a result of the tilt and, therefore, consistent with *Perez v. B. Braun Med., Inc.*, agrees to voluntarily dismiss this case.

Plaintiff Bishop-Jones and Defendant, Cook Medical, Inc., hereby stipulate and agree, by and through their undersigned counsel, that the above-captioned action should be dismissed with prejudice. Each party shall bear its own costs, fees and expenses.

Date: July 29, 2020

/s/ Michael T. Gallagher
Michael T. Gallagher
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
Phone: (713) 222-8080
Email: donnaf@gld-law.com

*Attorneys for Plaintiff Bishop-Jones*

---

GRANTED. Case is dismissed with prejudice. Plaintiff's Motion to Dismiss (Dkt. 13862) is DENIED AS MOOT.

Dated: 7/31/20

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana