UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br> _____ <br><br> This Document Relates to: <br> All Actions <br> _____ | ) ) ) ) ) ) ) ) ) ) )    1:14-ml-02570-RLY-TAB <br>    MDL No. 2570 |

**ENTRY FOR JULY 30, 2020**

**RICHARD L. YOUNG, JUDGE**

The parties appeared[1] for a monthly status conference and motions hearing. Plaintiffs Leadership Committee appeared by Ben Martin, Joe Williams, and Mike Heaviside; the Cook Defendants appeared by Andrea Pierson, Steve Bennett, and Jessica Cox; Plaintiff Burrage appeared by Alison Divine; Plaintiff Bishop-Jones appeared by Pam McLemore; Plaintiff Denton appeared by James Corrigan; and Plaintiff Giddens appeared by Thomas Simms.  The court heard argument from the parties on pending matters, which are addressed below.

*Status Conference*:

(1) **Plaintiffs' Steering Committee's ("PSC") Motion to Amend the March 16, 2016   Order on Rules, Policies, Procedures Guidelines Relating to Establishing Common Benefit Fee and Expense Fund (Filing No. 10442)**

---

[1] Mr. Heaviside, Ms. Cox, and Ms. McLemore appeared by telephone.

1

Mr. Williams reported there is no longer any objection to this motion. An order granting the motion is forthcoming.

**(2)  Plaintiff's Motion to Dismiss with Prejudice in the *Burrage* matter (Filing No. 13587)**

After hearing lengthy argument from Ms. Divine and Ms. Pierson, the court **GRANTED** Plaintiff's Motion to Dismiss. Whether to award costs and fees to the Cook Defendants is **UNDER ADVISEMENT**.

**(3)  Proposed Case Management Orders**

In an effort to advance this MDL globally, the Cooks Defendants and Plaintiffs Steering Committee proposed plans to resolve the Category 5 and 6 cases, which comprise a significant portion of this MDL. After hearing from Mr. Bennett, Mr. Williams, and Mr. Martin, the court ordered the parties to meet and confer, using the Cook Defendants' proposed plan as a template, and report back to the court within thirty (30) days.

*Motions Hearing*:

**(1)  Cook Defendants' Omnibus Motion for Summary Judgment Based on Statute of Limitations (Filing No. 11921)**

Ms. Pierson, Mr. Corrigan, and Mr. Simms argued their respective positions.

Mr. Corrigan moved for the admission of Plaintiff Denton's medical record, which was submitted to the Cook Defendants in conjunction with his case categorization form. The court **GRANTED** his request. The document was admitted as Exhibit A to his response brief (Filing No. 12301).

**(2)   Cook's Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases (Filing No. 11923)**

Ms. Cox and Ms. McLemore filed a Stipulation of Dismissal prior to the hearing. Because counsel for the other Plaintiffs subject to the motion were not present, the court heard no argument on the motion.

**SO ORDERED** this 31st day of July 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.