UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: John M. Mitchell, 1:19-cv-02848 _____ | ) ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION**

On January 13, 2020, the court issued an Order on the Cook Defendants' Motion to Dismiss for Failure to Provide PPS. The case filed by Plaintiff, John M. Mitchell, was one of the cases dismissed pursuant to the Order. Plaintiff now moves the court to reconsider that Order because he, in fact, filed a PPS before the Cook Defendants' filed their Motion to Dismiss. The Cook Defendants filed no objection. Accordingly, Plaintiff's Motion for Reconsideration (Filing No. 12799) is **GRANTED**.

**SO ORDERED** this 31st day of July 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.