UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following
Action only:

    Eddie Clark Burrage
    1:18-cv-00273-RLY-TAB

ORDER DENYING PLAINTIFF'S
ALTERNATIVE MOTION TO UNSEAL AND SEALING
AND MAINTAINING UNDER SEAL DKT. NOS. 13827 AND 13828-1

This matter has come before the Court on Plaintiff Burrage's Motion to Seal Plaintiff's Reply and Alternative Motion to Unseal ("Plaintiff Burrage's Alternative Motion to Unseal") (Dkt. No. 13842) and Defendants' Opposition to Plaintiff's Motion to Seal Plaintiff's Reply and Alternative Motion to Unseal ("Defendants' Opposition").  The Court, having reviewed Plaintiff Burrage's Alternative Motion to Unseal and Defendants' Opposition, finds that Plaintiff Burrage's Alternative Motion to Unseal should be DENIED and the relief sought by the Cook Defendants in Defendants' Opposition should be GRANTED for good cause.

IT IS THEREFORE ORDERED that:

(1) Plaintiff Burrage's Alternative Motion to Unseal (Dkt. No. 13842) is denied; and

(2) Plaintiff's Reply **[Dkt. No. 13827]** and Exhibit A **[Dkt. No. 13828-1]** to Plaintiff's Reply are ordered to be maintained *under seal* for good cause.

US.128826810

SO ORDERED this ____ day of _____, 2020.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.