UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to 42 Category 2 Cases
(*See* Below)
_____

**ORDER GRANTING COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS IN 42 PENDING CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM**

On September 19, 2019, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, filed a Motion for Judgment on the Pleadings in 42 Category 2[1] Cases for Failure to State a Claim. Based on a review of the docket, the court found that 39 of these cases have been dismissed by separate order, leaving only:

- Anthony DiBattista and Susan Silverston     1:19-cv-01995
- Julien Anthony     1:19-cv-02022
- Ted and Rosemary Dooley     1:19-cv-02221

Counsel for the Plaintiffs, the Johnston Law Group, failed to respond to Cook's Motion.

---

[1] Category 2 cases are those alleging non-physical injuries, such as worry, stress, or fear of future injury. (Filing No. 9322 at 2).

1

The court, having considered the Motion and the applicable law, now **GRANTS** Cook's Motion (Filing No. 11687). In the event any of these Plaintiffs experience filter-related physical injuries in the future, they may re-file their case in the Southern District of Indiana only within the applicable statute of limitations.

**SO ORDERED** this 31st day of July 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.