UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Anthony DiBattista and Susan Silverston | 1:19-cv-01995 |
| Julien Anthony | 1:19-cv-02022 |
| Ted and Rosemary Dooley | 1:19-cv-02221 |

## FINAL JUDGMENT

Having granted the Cook Defendants' Motion for Judgment on the Pleadings, the court now enters judgment in favor of the Cook Defendants and against the Plaintiffs herein, Anthony DiBattista and Susan Silverston, 1:19-cv-01995; Julien Anthony, 1:19-cv-02022; and Ted and Rosemary Dooley, 1:19-cv-02221.

**SO ORDERED** this 31st day of July 2020.

Roger Sharpe, Clerk
United States District Court

s/ *Dina M. Dagle*
By: Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1