IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Linda Kelley

Civil Case # 1:19-cv-1662

## MOTION TO SUBSTITUTE PARTY

COMES NOW, Counsel for Plaintiff and moves the Court for an order substituting Terry Kelley in place of Linda Kelley, deceased, pursuant to Fed.R.Civ.P 25(a):

1. Plaintiff Linda Kelley originally filed a products liability lawsuit against Defendants on April 25, 2019.

2. On July 2, 2020, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [*See* Doc. No. 13737]

3. Linda Kelley's products liability lawsuit against Defendants survived her death and is not concluded.

4. Decedent's husband, Terry Kelley, is a proper party to substitute for Plaintiff-decedent.

WHEREFORE, Plaintiff respectfully requests that this Court grant substitution of Plaintiff in this action and direct the Clerk to reflect this substitution in the file and the Court's ECF system.

Dated: August 3, 2020.

/s/ *William F. Blankenship III*
William F. Blankenship III
Texas Bar No. 90001483 (*Admitted Pro Hac Vice*)
Blankenship Law Firm
3500 Maple Avenue, Suite 1100
Dallas, Texas 75219
(214) 361-7500
(214) 361-7505 (Fax)
bill@blankenshiplaw.com
maggie@blankenshiplaw.com

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *William F. Blankenship III*
William F. Blankenship III