IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

<u>Linda Kelley</u>

Civil Case # 1:19-cv-1662

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

IT IS ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED, and Terry Kelley, on behalf of the Linda Kelley, is substituted as Plaintiff in the above referenced action.

Date: _____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via ECF.