# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

---

This Document Relates to:

| | |
|---|---|
| 1:20-cv-01878 | 1:20-cv-01886 |
| 1:20-cv-01879 | 1:20-cv-06120 |
| 1:20-cv-01880 | 1:20-cv-06128 |
| 1:20-cv-01882 | 1:20-cv-06145 |
| 1:20-cv-01883 | 1:20-cv-06167 |

---

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        August 4, 2020          /s/ Andrea Roberts Pierson
                                      Andrea Roberts Pierson (# 18435-49)
                                      Kip S. M. McDonald (# 29370-49)
                                      FAEGRE DRINKER BIDDLE & REATH LLP
                                      300 North Meridian Street, Suite 2500
                                      Indianapolis, Indiana 46204
                                      Telephone: (317) 237-0300
                                      Facsimile: (317) 237-1000
                                      E-Mail: andrea.pierson@faegredrinker.com
                                      E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

2