IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed without prejudice.
> Dated: 8/03/20
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiff Ronald Lee Wood
1:20-cv-00035-RLY-TAB

### NOTICE OF DISMISSAL

Plaintiff Ronald Lee Wood, provides notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that it dismisses the above-referenced action, without prejudice. No answer or motion for summary judgment has been filed by any of the Defendants.

DATED: July 13, 2020

Respectfully submitted,

*/s/ Taylor W. Williams*

Taylor W. Williams, UT Bar No. 17348
**Driggs, Bills & Day, PC**
737 E. Winchester St.
Salt Lake City, UT 84106
(T): 801-308-9179
(F): 801-752-0607
twilliams@advocates.com