UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

1:14-ml-02570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions:

Simon, Lawrence and Shyaam Akasha    1:16-cv-00343
Corley, Omel[1]                      1:17-cv-03379

## JUDGMENT

Today, the court granted the Motion for Dismiss filed by Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS.  Final Judgment is hereby entered in favor of the Cook Defendants and against the Plaintiffs herein, Lawrence Simon and Shyaam Akasha, 1:16-cv-00343.

**SO ORDERED** this 5th day of August 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.

---

[1] Plaintiff Omel Corley's case was dismissed for lack of jurisdiction and was therefore dismissed without prejudice.

1