UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

CONRAD KUHNS,
Case No.: 1:20-cv-00571-RLY-TAB

## MOTION TO SUBSITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Natalie T. Booth, as Special Administrator of the Estate of Conrad Kuhns, deceased, by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Natalie T. Booth, as Special Administrator of the Estate of Conrad Kuhns, for Plaintiff Conrad Kuhns and grant leave to file the attached First Amended Short Form Complaint. In support of this motion, movant states the following:

1. Plaintiff Conrad Kuhns filed a Short Form Complaint for this action in this Court on February 20, 2020.

2. On April 21, 2020, Plaintiff Conrad Kuhns passed away. A Suggestion of Death was filed on August 5, 2020 (ECF No. 13918).

3. On June 24, 2020, Natalie T. Booth was appointed Special Administrator of the Estate of Conrad Kuhns. The Estate is pending in Clark County, State of Nevada, Case No. P-20-103266-E. A copy of the Order for Appointment of Special Administrator is attached as Exhibit A. A copy of the Letters of Administration is attached hereto as *Exhibit B*.

4. As the duly appointed Special Administrator of the Estate of Conrad Kuhns, Natalie T. Booth is the appropriate party to continue this action in the place of the decedent, Conrad Kuhns.

5. Based on the foregoing, the Court should enter an order substituting Natalie T. Booth as Plaintiff in this lawsuit in place and instead of Conrad Kuhns.

6. A proposed First Amended Short Form Complaint containing a survival count is attached hereto as *Exhibit C*.

7. Filed contemporaneously herewith as *Exhibit D* is a proposed Order Substituting Plaintiff.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Natalie T. Booth, as Special Administrator of the Estate of Conrad Kuhns, deceased, for Plaintiff Conrad Kuhns; (2) the Court grant leave to file the attached First Amended Short Form Complaint; and (3) the Court deem the attached first Amended Short Form Complaint filed instanter.

Respectfully submitted this 5th day of August, 2020.

/s/ Michael J. Quillin
Michael J. Quillin, #61877 MO Bar
O'Leary, Shelton, Corrigan,
Peterson, Dalton & Quillin, LLC
1034 S. Brentwood Blvd., PH 1-A
St. Louis, MO 63117
Telephone: (314) 405-9000
Facsimile: (314) 405-9999
Email: quillin@osclaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2020, I electronically filed the foregoing Motion to Substitute Party and For Leave to File First Amended Short Form Complaint, with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Michael J. Quillin*
      Michael J. Quillin
      O'Leary, Shelton, Corrigan,
      Peterson, Dalton & Quillin, LLC
      1034 S. Brentwood Blvd., PH 1-A
      St. Louis, MO 63117
      Telephone: (314) 405-9000
      Facsimile: (314) 405-9999
      Email: quillin@osclaw.com