LAW OFFICE OF JILL HANLON
Jill Hanlon, Esq.
Nevada Bar No. 006671
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Tel: (702) 925-8243
Fax: (702) 925-8249
jill@jillhanlon.com

OASA

Electronically Filed
6/24/2020 4:56 PM
Steven D. Grierson
CLERK OF THE COURT

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| IN THE MATTER OF THE ESTATE OF: | ) ) ) | Case No. P-20-103266-E<br>Dept. No. PC1 / PROBATE |
|---|---|---|
| CONRAD KUHNS,<br><br>Deceased. | ) ) ) ) ) | |

## ORDER FOR APPOINTMENT OF SPECIAL ADMINISTRATOR

Upon review of the Petition for Appointment of Special Administrator filed by NATALIE BOOTH and good cause appearing therefore, the Court finds as follows:

1. CONRAD KUHNS died a resident of Clark County, Nevada, on April 21, 2020.

2. The decedent was not married at the time of his death.

3. The decedent was survived by three children NATALIE BOOTH, DINA KUHNS and CAROL D. GROOS.

4. A Last Will and Testament dated February 23, 2020 has been located.

5. Article 2-1 of the Last Will and Testament nominates the person serving as the Trustee of the C. Kuhns Family Trust at the time of the death of the decedent to serve as the Personal Representative of the Last Will and Testament.

6. NATALIE BOOTH is the daughter of the decedent and the acting trustee of the C. Kuhns Family Trust.

7. NATALIE BOOTH resides in Burbank California, is over the age of eighteen and has never been convicted of a felony.

8. That the names, ages and residences of the heirs, next of kin, and interested parties, so far as known to Petitioner are:

| Name | Age | Relationship |
|---|---|---|
| Natalie Booth<br>311 N. Lomita Street<br>Burbank, CA 91506 | Adult | Daughter / Proposed Special Administrator / Trustee of the C. Kuhns Family Trust |
| Dina Kuhns<br>10555 E. 37th Place<br>Yuma, AZ 85365 | Adult | Daughter |
| Carol D. Groos<br>38 South Archer Drive<br>Belton, TX 76513 | Adult | Daughter |

9. At present, there are no probate assets of the decedent.

10. No probate proceeding has been opened for the decedent at this time.

11. A special administration is requested under NRS 140.010 so that petitioner can continue litigation commenced by the decedent in an MDL case in Indiana Federal Court.

NOW THEREFORE THE COURT ORDERS AS FOLLOWS:

A. NATALIE BOOTH is appointed as Special Administrator of the estate and Letters of Special Administration are to be issued to NATALIE BOOTH, after having duly qualified, requiring no bond with all funds to be held in the LAW OFFICE OF JILL HANLON IOLTA ACCOUNT; and

B. The Special Administrator is authorized to continue litigation commenced by the decedent in an MDL case in Indiana Federal Court; and

  C. The Special Administrator will not compromise any claims on behalf of the probate estate without prior approval of this Court.

DATED this 24th day of _____June_____, 2020.

_____
DISTRICT JUDGE

Submitted by:
LAW OFFICE OF JILL HANLON

_____
Jill Hanlon, Esq.
Nevada State Bar No. 006671
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128