LAW OFFICE OF JILL HANLON
Jill Hanlon, Esq.
Nevada Bar No. 006671
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Tel: (702) 925-8243
Fax: (702) 925-8249
jill@jillhanlon.com
Attorney for Special Administrator

**Electronically Issued**
6/26/2020

**Electronically Filed**
6/25/2020 10:49 AM
Steven D. Grierson
**CLERK OF THE COURT**

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| IN THE MATTER OF THE ESTATE OF: | ) Case No. P-20-103266-E |
|---|---|
| CONRAD KUHNS, | ) |
| Deceased. | ) Dept. No. PC1 / PROBATE |

## LETTERS OF SPECIAL ADMINISTRATION

On ___June 24, 2020___, the court entered an ORDER APPOINTING SPECIAL ADMINISTRATOR appointing NATALIE BOOTH as Special Administrator of the estate of CONRAD KUHNS. The Order includes a directive for no bond with all monies held in THE LAW OFFICE OF JILL HANLON IOLTA ACCOUNT. The Order further directs that the Special Administrator will not compromise and claims against the probate estate without prior approval from this court.

In testimony of which, I have this date signed these letters and affixed the seal of the court.

STEVEN D. GRIERSON
CLERK OF THE COURT

6/26/2020

By _Robyn Rodriguez_
Robyn Rodriguez
Deputy Clerk

Page 1 of 2

**OATH**

State of Nevada )

County of Clark )

I, NATALIE BOOTH, who resides at 311 N. Lomita Street, Burbank, CA 91506, solemnly affirm that I will faithfully perform according to law the duties of Special Administrator, and that all matters stated in any petition or paper filed with the court by me are true of my own knowledge or, if any matters are stated on information and belief, I believe them to be true.

_____
NATALIE BOOTH

SUBSCRIBED AND AFFIRMED before me this 16th day of June, 2020.

_____
NOTARY PUBLIC

JILL HANLON
Notary Public, State of Nevada
Appointment No. 02-76065-1
My Appt. Expires Jun 13, 2022

LAW OFFICE OF JILL HANLON
2620 Regatta Drive, Suite 102
LAS VEGAS, NEVADA 89128
PHONE: (702) 925-8243 - FAX: (702) 925-8249

Page 2 of 2