IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Natalie T. Booth, as Special Administrator of the Estate of Conrad Kuhns, deceased

Civil Case # 1:20-cv-571

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Conrad Kuhns

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Natalie T. Booth

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Nevada

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Nevada

6. Plaintiff's/Deceased Party's current state of residence:

Nevada

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the District of Nevada

8. Defendants (Check Defendants against whom Complaint is made):

    X    Cook Incorporated

    X    Cook Medical LLC

    X    William Cook Europe APS

9. Basis of Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 – 28

b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    [✔] Günther Tulip® Vena Cava Filter

    [ ] Cook Celect® Vena Cava Filter

    [ ] Gunther Tulip Mreye

    [ ] Cook Celect Platinum

    [ ] Other:

11. Date of Implantation as to each product:

    April 8, 2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Mountainview Hospital and Medical Center

    Las Vegas, Nevada

13. Implanting Physician(s):

    Sunil Gujrathi, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    [✔] Count I:    Strict Products Liability – Failure to Warn

    [✔] Count II:   Strict Products Liability – Design Defect

    [✔] Count III:  Negligence

    [✔] Count IV:   Negligence Per Se

3

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable __Nevada__ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☑ Count X: Survival

☑ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Michael J. Quillin, Esq. - O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC

16. Address and bar information for Attorney for Plaintiff(s):

1034 S. Brentwood Blvd. PH 1-A, 23rd Floor, St. Louis, MO 63117

MO Bar No. 61877

RESPECTFULLY SUBMITTED this __5th__ day of __August__, 20__20__.

          **O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC**

          By:    /s/ Michael J. Quillin
                  Michael J. Quillin #61877 MO
                  **O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC**
                  1034 S. Brentwood Blvd. Penthouse 1-A, 23rd Fl. St. Louis, MO 63117
                  Phone: (314) 405-9000
                  Fax: (314) 405-9999

                  *Attorney for Plaintiff(s)*

I hereby certify that on this __5th__ day of __August__, 20__20__, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                  /s/ Michael J. Quillin

5