UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

CONRAD KUHNS,
Case No.: 1:20-cv-00571-RLY-TAB

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PLAINTIFF

On August 5, 2020, Plaintiff filed a Suggestion of Death triggering the ninety-day period provided by the Federal Rules of Civil Procedure 25 to substitute a plaintiff in this action. Contemporaneously filed therewith, Plaintiff filed a Motion for Substitution of Plaintiff due to the death of Plaintiff Conrad Kuhns.

Having reviewed the Motion for Substitution of Natalie T. Booth, special administrator of the Estate of Conrad Kuhns, deceased, the Court finds good cause to substitute Natalie T. Booth for Plaintiff Conrad Kuhns.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for the Substitution of Plaintiff is GRANTED and Natalie T. Booth is substituted for Plaintiff Conrad Kuhns.

SIGNED_____,_____, 2020

_____
HONORABLE RICHARD L. YOUNG
United States District Court
Southern District of Indiana

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2020, I electronically filed the foregoing proposed Order Granting Motion for Substitution of Plaintiff Conrad Kuhns, with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Michael J. Quillin*
Michael J. Quillin
O'Leary, Shelton, Corrigan,
Peterson, Dalton & Quillin, LLC
1034 S. Brentwood Blvd., PH 1-A
St. Louis, MO 63117
Telephone: (314) 405-9000
Facsimile: (314) 405-9999
Email: quillin@osclaw.com