IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Megan Chambers, 1:16-cv-06031

### ORDER ON PLAINTIFF'S MOTION TO REMAND

Plaintiff, Megan Chambers, moves to remand her case to the United States District Court for the Southern District of Ohio, Eastern Division, for case-specific pretrial proceedings and jury trial. The court previously denied her request. (*See* Filing No. 12805, Order on Motions to Transfer Venue). As noted in the court's prior order, pretrial proceedings in this MDL have not concluded. Plaintiff's Motion to Remand (Filing No. 12730) is therefore **DENIED**.

**SO ORDERED** this 5th day of August 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.