UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to the Following Actions:

| | |
|---|---|
| Amaris Chavers | 1:19-cv-02851 |
| Michael Shields | 1:19-cv-02850 |
| Barbara Snyder | 1:19-cv-02570 |

## ORDER GRANTING MOTIONS FOR RECONSIDERATION

Plaintiffs Amaris Chavers, Michael Shields, and Barbara Snyder move for reconsideration of the court's Order, dated January 13, 2020, granting the Cook Defendants' Motion to Dismiss for Failure to Provide Plaintiff Profile Sheets (Filing No. 12660) with respect to their cases. Counsel for Plaintiffs, Ben Martin, indicated he had lost contact with Plaintiffs and was therefore unable to file their PPSs. He regained contact with his clients in early February 2020 and moved for reconsideration on February 10, 2020. Cook objects principally because, it claims, Plaintiffs have failed to show excusable neglect under Rule 60(b)(1).

The court prefers to try cases on their merits particularly where, as here, the Cook Defendants have not been prejudiced. Accordingly, the court will **GRANT** Plaintiffs' motions for reconsideration (Amaris Chavers, Filing No. 12798; Michael Shields, Filing No. 12800; Barbara Snyder, Filing No. 12801). Accordingly, the court **VACATES** its

January 13, 2020 Order with respect to Amaris Chavers (1:19-cv-02851), Michael Shields (1:19-cv-02850), and Barbara Snyder (1:19-cv-02570) and **REINSTATES** their cases in this MDL.

**SO ORDERED** this 6th day of August 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record