UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Veronica Tyynismaa, 1:17-cv-01252

### ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO PRODUCE PLAINTIFF PROFILE FORM

Plaintiff Veronica Tyynismaa filed her Short Form Complaint against the Cook Defendants on April 21, 2017. On February 22, 2018, the Cook Defendants served her with a deficiency notice for her failure to provide a Plaintiff Profile Form ("PPF") pursuant to Third Amended Case Management Order No. 4. On March 2, 2018, the Cook Defendants moved to dismiss Plaintiff's case on that ground. The court gave her another chance to comply by ordering her, on April 18, 2018, to file a PPF within forty-five days. She failed to do so. Therefore, on September 26, 2018, the court granted the Cook Defendants' motion to dismiss.

On April 10, 2020, nearly 18 months after her case was dismissed, Plaintiff filed the present motion for reconsideration, stating she filed her PPF on March 2, 2018 and thus, the Cook Defendants have not been prejudiced. Counsel admits she was unaware of

the Cook Defendants' motion to dismiss and "overlooked" the court's subsequent order to dismissing Plaintiff's case.

The court tries to be fair—sometimes to a fault—because it prefers cases to be tried on the merits. But it is counsel's obligation to check the master docket. Asking the court to resurrect a case which was dismissed 18 months ago is simply asking too much. It is not fair to the Cook Defendants and not fair to the court. Plaintiff's motion for reconsideration (Filing No. 13184) is **DENIED**.

**SO ORDERED** this 6th day of August 2020.

 _____
 RICHARD L. YOUNG, JUDGE
 United States District Court
 Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.