UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES                    1:14-ml-02570-RLY-TAB
PRACTICES AND PRODUCT                        MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

Shirley Dukes, 1:16-cv-03443

### ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING CLAIMS FOR FAILURE TO PROVIDE CASE CATEGORIZATION FORM

Plaintiff Shirley Dukes filed a Short Form Complaint against the Cook Defendants on December 21, 2016.  On February 21, 2019, the Cook Defendants moved to dismiss her case for failure to provide a case categorization form.  Plaintiff failed to respond, and the court dismissed her case on May 8, 2019.  Plaintiff filed the present motion ten months later, on March 3, 2020.  This is another case in which counsel failed to monitor the master docket.  As noted many times before, the court tries its best to be fair, but 10 months is simply inexcusable.

Plaintiff's motion for reconsideration (Filing No. 13005) is **DENIED**.

**SO ORDERED** this 6th day of August 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1