# Exhibit A

U.S. Department of Health & Human Services

**U.S. FOOD & DRUG ADMINISTRATION**

Follow FDA | En Español

[SEARCH]

| Home | Food | Drugs | Medical Devices | Radiation-Emitting Products | Vaccines, Blood & Biologics | Animal & Veterinary | Cosmetics | Tobacco Products |

# 522 Postmarket Surveillance Studies

○ FDA Home ○ Medical Devices ○ Databases

## CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

### WELCOME TO THE 522 POSTMARKET SURVEILLANCE STUDIES WEBPAGE

[Search] [Search] (Active Orders) (Inactive Orders) (All Orders)

To search for Manufacturer beginning with a specific letter, select that letter
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

To sort by data column:

4 orders

| All Orders | | | | | | Suggest Enhancement / Report Issue | Export to Excel | | |
|---|---|---|---|---|---|---|---|---|
| **522 Order Number** | **Manufacturer** | | **Device Name** | **Medical Specialty** | **Date 522 Order** | **Study Name** | **Date Original Plan Accepted** | **Study Status** |
| PS120039 | Cook Biotech Inc. | | Surgisis staple line reinforcement | General & Plastic Surgery | 01/03/2012 | AE and effectiveness rates | 01/03/2012 | Other |
| PS120109 | Cook Biotech Inc. | | Surgisis sling | Gastroenterology/ Urology | 04/09/2012 | AE & Effectiveness Rates | 05/29/2013 | Terminated |
| | | | | | | J-PF-POST, J-SLH, J-PFV, J-PF and J-PF-ANT models | 08/01/2013 | Terminated |
| PS130040 | Cook Biotech Inc. | | Biodesign® Surgisis® Anterior and Posterior Pelvic Floor Grafts | Obstetrics/ Gynecology | 06/17/2013 | AE and Effectiveness Rates | 09/20/2013 | Other |
| PS130005 | Cook Incorporated | | Vena Cava Filter | Cardiovascular | 02/28/2013 | Celect IVC Filter | 01/23/2014 | Other |

- The 522 Postmarket Surveillance Studies Program encompasses design, tracking, oversight, and review responsibilities for studies mandated under section 522 of the Federal Food, Drug and Cosmetic Act. The program helps ensure that well-designed 522 postmarket surveillance (PS) studies are conducted effectively and efficiently and in the least burdensome manner.
- CDRH efficiently identifies the reporting status of active 522 PS studies based on study timelines incorporated in study protocols and agreed upon by the CDRH and applicants. This system represents CDRH's effort to ensure that all 522 PS commitments are fulfilled in a timely manner.
- In addition, CDRH launched this publicly available webpage to keep all stakeholders informed of the progress of each 522 PS study. The webpage displays general information regarding each study, as well as the overall study status (based on protocol-driven timelines and adequacy of the data) and the applicant's reporting status for each submission due.

**Links**
- Postmarket Surveillance Under Section 522 of the Federal Food, Drug, and Cosmetic Act, Guidance for Industry and Food and Drug Administration Staff
- 522 Webpage FAQs
- Webinar Transcript - Announcing Final Guidance on Postmarket Surveillance Under Section 522 of the Food, Drug, and Cosmetic Act and FDA Webinar on the Final Guidance

**Contact Information**

Mandated Studies Program
Food and Drug Administration
10903 New Hampshire Ave.
Silver Spring, MD 20993-0002
Email: MandatedStudiesPrograms@fda.hhs.gov

Page Last Updated: 08/03/2020
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

FDA

Accessibility | Contact FDA | Careers | FDA Basics | FOIA | No FEAR Act | Nondiscrimination | Website Policies

**U.S. Food and Drug Administration**
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government | For Press

Combination Products
Advisory Committees
Science & Research
Regulatory Information
Safety
Emergency Preparedness
International Programs
News & Events
Training and Continuing Education
Inspections/Compliance
State & Local Officials
Consumers
Industry
Health Professionals
FDA Archive


U.S. Department of Health & Human Services