# Exhibit B

1  Q    And he goes on to say "Your device is subject to
2  post-market surveillance under Section 522 because it is a
3  Class 2 device that meets two of these criteria."  And which
4  two does he list there, Mr. Pellerite?
5  A    He said "Likely to require open surgery or may result in
6  death, which could meet the definition of serious adverse
7  health consequences at 21-CFR 822.3(j)."
8  Q    In addition?
9  A    "In addition, the device is intended to be implanted in
10 the body for more than one year."
11 Q    And if we turn over to the next page, if you look down in
12 the middle of the paragraph there, it looks like the second
13 full sentence, Mr. Gross at the FDA writes here:  FDA is
14 concerned with potential failure mechanisms and adverse events
15 associated with inferior vena cava, IVC, filter use.  As with
16 any chronic implant, the risk of developing a complication
17 after successful placement of an IVC filter, while unknown,
18 would be expected to increase with duration of implantation.
19          How do you interpret that, Mr. Pellerite, given your
20 time at the FDA, that the risk of developing complications
21 after successful placement is unknown but would be expected to
22 increase with duration of implantation?
23 A    Well, I think FDA's position is, the longer an implant is
24 in, the more likely it has a chance to fail or have a problem.
25 Q    And the FDA says:  To better understand these adverse