# Exhibit B

**From:** Symons, Rochelle R. [mailto:Rochelle.Symons@FaegreBD.com]
**Sent:** Tuesday, June 18, 2019 11:47 AM
**To:** Mike Guajardo <mike@guajardomarks.com>
**Cc:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Subject:** Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed. On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617). The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order. Cook is filing the motion to dismiss on **June 24, 2019**.

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Denbow, Linda J. | 1:19-cv-01158 | 5/22/19 |
| Harris, Sonya R. | 1:19-cv-01714 | 5/22/19 |
| Seabrook, Doreen E. | 1:19-cv-01961 | 6/17/2019 |

Regards,

Blake A. Angelino | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**
*Admitted to Practice in Illinois; Ohio*