IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

**ORDER ON PLAINTIFFS' MOTION TO REMAND AND TRANSFER VENUE**

Pursuant to 28 U.S.C. §§ 1404 and 1407, Plaintiffs move to remand and/or transfer their cases for case-specific pretrial proceedings and for trial to their respective "home" districts. As the court noted previously, only two bellwether cases have gone to trial and they both involved the Celect IVC filter, not the Tulip. And the most recent Category 5 & 6 cases set for bellwether trial have been dismissed for various reasons, meaning both the court and the parties are back to square one. Put simply, pre-trial proceedings have not concluded in this MDL. Plaintiffs' Motion to Remand and Transfer Venue (Filing No. 10438) is therefore **DENIED**.

**SO ORDERED** this 7th day of August 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.