# Exhibit A

| From: | Kaitlyn Eaton |
|---|---|
| To: | "CookFilterMDL@faegrebd.com"; "plaintiffscoleadcounselmdl@gmail.com" |
| Subject: | MDL 2570 - Case Categorization Form - Goodrow |
| Date: | Wednesday, June 19, 2019 11:46:00 AM |
| Attachments: | Case Categorization Form_Goodrow, Netitia.pdf |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | Medical Records_Goodrow, Netitia.pdf |

Dear Sir/Madame:

Please see the attached Case Categorization Form and medical records for Plaintiff Netitia Goodrow.


Thank you.

Kaitlyn Eaton

Case Manager



**Three Forest Plaza**
**12221 Merit Dr., Suite 945**
**Dallas, Texas  75251**
**P:  972.774.9800**
**F:  972.774.9801**
kaitlyn@guajardomarks.com

   

*The information contained in this e-mail may be attorney/client privileged, and therefore confidential. This information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender if you have received this communication in error.*

**Categorization Form**

A.     Plaintiff's Name:                              Netitia Goodrow

B.     Plaintiff's Case Number:                 1:17-cv-4692

C.     Plaintiff's Counsel (Lead Firm Name):  Guajardo & Marks, LLP

D.     Categorization (check each that applies and briefly describe):

1.  Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

     Check here for Category 1:_____

2.  Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

     Check here for Category 2:_____

     Briefly describe claimed complication/outcome/injury:_____

3.  Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

     Check here for Category 3:_____

     Briefly describe claimed complication/outcome/injury:_____

4.  Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

     Check here for Category 4:_____

     Briefly describe claimed complication/outcome/injury:_____

5. Failed Retrieval and Complicated Retrieval Cases[1]:  "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

   Check here for Category 5: X

   Briefly describe claimed complication/outcome/injury: Filter was removed on second attempted retrieval.

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

   Check here for Category 6:____

   Briefly describe claimed complication/outcome/injury:_____

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

   Check here for Category 7: X .  **Circle all sub-categories that apply below**:

   (a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

   Briefly describe claim of symptomatic injury:
   _____

   (b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

   Briefly describe claim of symptomatic injury:
   2 of the filter legs and the hook were embedded._____

   (c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

   Briefly describe claim of symptomatic injury:
   _____

   (d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging;  Briefly describe claim of symptomatic injury:

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury: <u>3 of the filter legs were outside of the IVC.</u>

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:_____

(g) DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:_____

(h) infection;

Briefly describe claim of symptomatic injury:_____

(i) bleeding;

Briefly describe claim of symptomatic injury:_____

(j) death; and

Briefly describe claim of symptomatic injury:_____

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

Briefly describe claim of symptomatic injury:_____

E.   Certification:  The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports.  The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

Plaintiff's Counsel Name:        Michael G. Guajardo

Plaintiff's Counsel's Firm:        Guajardo & Marks, LLP

Plaintiff's Counsel Signature: