IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., <br> IVC FILTERS MARKING, <br> SALES PRACTICED AND <br> PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-02570-RLY-TAB <br><br> MDL No: 2570 |
| This Document Relates to Plaintiff: <br> Lisa Couch, 1:20-cv-00917 | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Lisa Couch, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendants, with each party to bear its own costs. This notice of dismissal is filed with the Court prior to the filing of a motion for summary judgment.

Dated: 08/10/2020.

Respectfully Submitted,

/s/ Robert J. Fenstersheib
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
Email: rjf@fenstersheib.com

/s/ Kip S.M. McDonald
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Kip.McDonald@FaegreDrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, a copy of the foregoing Stipulation of Voluntary Dismissal With Prejudice was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                             */s/ Kip S.M. McDonald*
                                                             Kip S.M. McDonald
                                                             FAEGRE DRINKER BIDDLE & REATH LLP
                                                            300 North Meridian Street, Suite 2500
                                                            Indianapolis, Indiana 46204
                                                            Telephone: (317) 237-0300
                                                            Kip.McDonald@FaegreDrinker.com