UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: David McDermitt, 1:18-cv-00946-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER AWARDING BILL OF COSTS**

On March 31, 2020, the court entered summary judgment in favor of Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS ("Cook Defendants"), on Plaintiff David McDermitt's claims for strict liability failure to warn, strict liability design defect, negligence, breach of warranty, violation of Ohio Rev. Code § 1345.01, and punitive damages.  The Cook Defendants, as the prevailing parties, then filed a Bill of Costs pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920, seeking costs in the amount of $28,263.62.  Plaintiff did not file a response.   The court, having reviewed the Bill of Costs and the invoices attached thereto, now **GRANTS** the request (Filing No. 13275).  Costs are hereby taxed against Plaintiff in favor of the Cook Defendants in the amount of $28,263.62.

**SO ORDERED** this 10th day of August 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.