UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

1:14-ml-02570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Raymond Hedlund, 1:16-cv-01134

## ORDER DENYING PLAINTIFF'S MOTION TO REINSTATE

On April 29, 2019, the court dismissed Plaintiff Raymond Hedlund's case for his failure to file a Plaintiff Profile Form pursuant to the Third Amended Case Management Order No. 4.  Nearly a year later, he filed the present motion to reinstate his case.  The Cook Defendants object primarily because Plaintiff's Rule 60(b) motion was not filed within a reasonable time and Plaintiff failed to establish excusable neglect under Rule 60(b)(1).  The court agrees.  Both the Motion to Reinstate (Filing No. 13211), and the Amended Motion to Reinstate (Filing No. 13334), are **DENIED**.  Plaintiff's other case, No. 1:18-cv-03403, remains.

**SO ORDERED** this 10th day of August 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.