UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

This Document Relates to:

Richard Nunez, 1:19-cv-04169

### ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO PROVIDE PLAINTIFF PROFILE FORM

Plaintiff Richard Nunez moves for reconsideration of the court's February 5, 2020 order dismissing his case for failing to provide a Plaintiff Profile Form. Plaintiff's counsel indicated he lost contact with Plaintiff and was therefore unable to file his PPF. He regained contact with his client on February 7, 2020 and moved for reconsideration on March 4, 2020. Over the Cook Defendants' objection, the court will **GRANT** Plaintiff's motion (Filing No. 13008).

**SO ORDERED** this 10th day of August 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.