IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 8/11/20
> *RICHARD L. YOUNG, JUDGE*
> *United States District Court*
> *Southern District of Indiana*

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKING, SALES PRACTICED AND PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-02570-RLY-TAB<br><br>MDL No: 2570 |
| This Document Relates to Plaintiff:<br>Tyrone Davis, 1:20-cv-00993 | |

### STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Tyrone Davis, and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendants, with each party to bear its own costs. This notice of dismissal is filed with the Court prior to the filing of a motion for summary judgment. It is further agreed that this notice will only apply to docket number 1:20-cv-00993 and will not have any effect on any other pending actions with different docket numbers filed in regards to Plaintiff, Tyrone Davis.

Dated: 08/10/2020.

Respectfully Submitted,

*/s/ Robert J. Fenstersheib*
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com