IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    JOSHUA RICH CRAIG
    1:17-cv-01697

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff JOSHUA RICH CRAIG

Dated: August 11, 2020.

    */s/ Ben C. Martin*
    Ben C. Martin, Bar No. 13052400
    **Martin Baughman, PLLC**
    3141 Hood Street. Suite 600
    Dallas, Texas 75219
    Telephone: (214) 761-6614
    Facsimile: (214) 744-7590
    bmartin@martinbaughman.com

    ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

| | |
|---|---|
| Joseph A. Napiltonia<br>Law Office of Joe Napiltonia<br>213 Third Avenue N orth<br>Franklin, TN 37064 | Robert M. Hammers, Jr.<br>Jason T. Schneider, P.C.<br>611-D Peachtree Dunwoody Road<br>Atlanta, GA 30328 |
| Lucas J. Foust<br>Foust Law Office<br>1043 Stoneridge Drive, Suite 2<br>Bozeman, MT 59718 | W. Bryan Smith<br>Morgan & Morgan, LLC<br>2600 One Commerce Square<br>Memphis, TN 38103 |
| Wilnar J. Julmiste<br>Anderson Glenn LLP – Boca Raton, FL<br>2201 NW Corporate Boulevard<br>Suite 100<br>Boca Raton, FL 33431 | Christopher D. Lee<br>Wooden & McLaughlin LLP<br>21 SE Third Street, Suite 900<br>Evansville, IN 47708 |

                                                        */s/ Ben C. Martin*
                                                        Ben C. Martin