# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-01885 | 1:20-cv-01959 |
| 1:20-cv-01925 | 1:20-cv-01963 |
| 1:20-cv-01930 | 1:20-cv-01964 |
| 1:20-cv-01931 | 1:20-cv-01965 |
| 1:20-cv-01940 | 1:20-cv-06155 |
| 1:20-cv-01953 | 1:20-cv-06158 |
| 1:20-cv-01955 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    August 12, 2020        /s/ Andrea Roberts Pierson
                                                    Andrea Roberts Pierson (# 18435-49)
                                                    Kip S. M. McDonald (# 29370-49)
                                                    FAEGRE DRINKER BIDDLE & REATH LLP
                                                    300 North Meridian Street, Suite 2500
                                                    Indianapolis, Indiana 46204
                                                    Telephone: (317) 237-0300
                                                    Facsimile: (317) 237-1000
                                                    E-Mail:  andrea.pierson@faegredrinker.com
                                                    E-Mail:  kip.mcdonald@faegredrinker.com

US.120264241.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson