IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
KIMBERLY M. WILLIAMS
1:17-cv-2320
ALINE SMALL
1:17-cv-2381
JOHN C. ROSS
1:17-cv-2468
KAREN SEITZ
1:17-cv-2474
WESLEY STONE
1:17-cv-3871
WILLIAM P. MARTIN
1:18-cv-250

## **NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff, Kimberly M. Williams
Plaintiff, Aline Small
Plaintiff, John C. Ross
Plaintiff, Karen Seitz
Plaintiff, Wesley Stone
Plaintiff, William P. Martin

I am substituting in place of Attorney Christopher J. Spanos who left this law office, taking a position in McLean County, Illinois.

Dated: August 12, 2020                    */s/ Robert J. Hills*
                                                                Robert J. Hills, IL Bar No. 6303525
                                                                **Westervelt, Johnson, Nicoll & Keller LLC**
                                                                411 Hamilton Blvd., Suite 1400
                                                                Peoria, IL  61602
                                                                Telephone: (309) 671-3550
                                                                Facsimile: (309) 671-3588
                                                                rhills@wjnklaw.com

                                                                ***Attorney for Plaintiffs***