**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to the Following Actions:

1:20-cv-00773; 1:20-cv-00825; 1:20-cv-00973; 1:20-cv-01083

_____

<u>**MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF PROFILE SHEET**</u>

Pursuant to Federal Rule of Civil Procedure 41(b) and Fourth Amended Case
Management Order No. 4, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook
Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"),
respectfully request that the Court dismiss certain matters set forth herein.  In support of this
Motion, the Cook Defendants state:

1.      Fourth Amended Case Management Order No. 4 ("CMO No. 4"), entered by this
Court on March 13, 2020 (Dkt. 13046), provides that:

> Each Plaintiff in this MDL as of the date of the entry of this Second Amended
> Case Management Order No. 4 shall submit a completed PPS [Plaintiff Profile
> Sheet] to Defendants within sixty (60) days if the Plaintiff has not already
> provided a complete Plaintiff Profile Form ("PPF") and Plaintiff Fact Sheet
> ("PFS") under Case Management Order No. 4 [Dkt. 354] or Amended Case
> Management No. 4 [Dkt. 614].  In cases in which Plaintiffs have not served a
> completed PPF or PFS, each Plaintiff shall submit a completed PPS to Defendants
> within sixty (60) days of the entry (December 16, 2016) of the Second Amended
> Case Management Order No. 4 and, *in future filed cases, within thirty (30) days of
> the case becoming part of this MDL.*

CMO No. 4, ¶ 1(b) (emphasis added).

US.128968898.01

2.      CMO No. 4 provides a deficiency process in the event a Plaintiff does not submit a PPS as required, which includes providing written notice to counsel for Plaintiff and Plaintiffs' Lead Counsel, and filing a Notice of Non-Compliance. CMO No. 4 ¶ 3.

3.      If a PPS is not submitted within five (5) business days of the written notice the Cook Defendants may file a Notice of Non-Compliance, which provides Plaintiff fourteen (14) additional days to comply or their case "will be dismissed by the Court pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's Order." CMO No. 4, ¶ 3.

4.      The Cook Defendants served the four (4) plaintiffs that are the subject of this motion with written notice of their failure to serve a PPS in compliance with CMO No. 4. Attached as **Exhibit A** is a list setting forth each individual case ripe for dismissal pursuant to CMO 4[1]  Cook Defendants sent a letter to each Plaintiff's individual counsel and Plaintiffs' Lead Counsel notifying them that a PPS had not been received and a motion to dismiss may be filed if a PPS was not served within five business days.  A true and accurate copy of the written notices are attached as **Exhibit B**.

5.      Pursuant to CMO No. 4, ¶ 3, Cook filed a Notice of Non-Compliance on June 26, 2020 (Dkt. 13703), notifying the same four (4) plaintiffs subject to this motion of their failure to comply with the PPS obligation.

6.      Now, more than thirty (30) days later, Cook Defendants have not received a completed PPS from the Plaintiffs in the cases listed in **Exhibit A**, or a response of any kind to Cook's written notices or filed Notice of Non-Compliance.

---

[1]  Exhibit A sets forth each plaintiff's name, civil action number, the date the PPS was due, and the date the notice of failure to serve a PPS letter was sent to the plaintiff's counsel and Plaintiffs' Lead Counsel.

US.128968898.01

7.     Accordingly, pursuant to Federal Rule of Civil Procedure 41(b) and CMO No. 4, the Cook Defendants respectfully request that the cases listed in **Exhibit A** be dismissed.

WHEREFORE, the Cook Defendants respectfully request that the Court dismiss the above-captioned matters, and for all other just and appropriate relief.

Dated: August 12, 2020

Respectfully Submitted,

/s/ Kip S.M. McDonald
Andrea Roberts Pierson, Co-Lead Counsel
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:      (317) 237-0300
Andrea.Pierson@faegredrinker.com
Kip.McDonald@faegredrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:      (260) 424-8000
Stephen.Bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated,*
*Cook Medical LLC f/k/a Cook Medical*
*Incorporated, William Cook Europe APS*

US.128968898.01

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, a copy of the foregoing Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


/s/ Kip S.M. McDonald

US.128968898.01