# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

### EXHIBIT A TO MOTION TO DISMISS
### FOR FAILURE TO PROVIDE PLAINTIFF PROFILE SHEET

| Plaintiff | Cause Number | PPS Due Date | No PPS Letter Sent Date | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Sipes, Michael and Connie | 1:20-cv-00773 | 5/09/2020 | 5/21/2020 | 1 |
| Senich, Anne M. [ESTATE] | 1:20-cv-00825 | 5/13/2020 | 5/21/2020 | 1 |
| Green, Craig | 1:20-cv-00973 | 5/26/2020 | 6/15/2020 | 2 |
| Golden, Peggy | 1:20-cv-01083 | 6/07/2020 | 6/15/2020 | 2 |

1