# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 1**



**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

**Faegre Drinker Biddle & Reath** LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

May 21, 2020

<u>VIA E-MAIL</u>

**For MDL Plaintiffs**

Michael T. Gallagher
THE GALLAGHER LAW FIRM PLLC
2905 Sackett Street
Houston, TX 77098
donnaf@gld-law.com

   Re: <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Michael T. Gallagher:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Senich, Anne M. [ESTATE OF]
- Sipes, Michael and Connie
- Thomas, Randall Larry and Joann

Pursuant to Fourth Amended Case Management Order No. 4, the above cases may be subject to dismissal for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@faegredrinker.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegredrinker.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, the above cases will be subject to the dismissal procedure outlined in Fourth Amended Case Management Order No. 4.

Very truly yours,

*Blake Angelino*

Blake Angelino

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 2**



**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

**Faegre Drinker Biddle & Reath** LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

June 15, 2020

<u>**VIA E-MAIL**</u>

Michael T. Gallagher
THE GALLAGHER LAW FIRM PLLC
2905 Sackett Street
Houston, TX 77098
donnaf@gld-law.com

**For MDL Plaintiffs**

      Re:    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear Michael T. Gallagher:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Battle, Gregory
- Golden, Peggy
- Green, Craig

Pursuant to Fourth Amended Case Management Order No. 4, the above cases may be subject to dismissal for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to <u>CookFilterMDL@faegredrinker.com</u>. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: <u>https://sft.faegredrinker.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5) days, the above cases will be subject to the dismissal procedure outlined in Fourth Amended Case Management Order No. 4.

Very truly yours,

*/s/ B. Angelino*

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
           Ben Martin – bmartin@bencmartin.com
           David Matthews – dmatthews@thematthewslawfirm.com