UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) 1:14-ml-02570-RLY-TAB<br>) MDL No. 2570 |
| This Document Relates to: | |

1:20-cv-00773; 1:20-cv-00825; 1:20-cv-00973; 1:20-cv-01083

**PROPOSED ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF PROFILE SHEET**

Pursuant to Federal Rule of Civil Procedure 41(b) and Fourth Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") has not been submitted.

Accordingly, Cook's Motion to Dismiss is **GRANTED** as to the following cases:

1. Sipes, Michael and Connie        1:20-cv-00773
2. Senich, Anne M. [ESTATE]         1:20-cv-00825
3. Green, Craig                     1:20-cv-00973
4. Golden, Peggy                    1:20-cv-01083

All parties shall bear their own fees and costs.

**SO ORDERED** this ____ day of August 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.