UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
1:17-cv-03735; 1:17-cv-04697; 1:17-cv-04773; 1:18-cv-00226;
1:18-cv-00432; 1:18-cv-00947; 1:18-cv-01214; 1:18-cv-01992;
1:18-cv-02670; 1:18-cv-03371; 1:18-cv-03568; 1:18-cv-03618;
1:19-cv-00569; 1:19-cv-01156; 1:19-cv-01167; 1:19-cv-02375;
1:19-cv-02392; 1:19-cv-02543; 1:19-cv-02890; 1:19-cv-03850;
1:19-cv-04075; 1:19-cv-04599; 1:19-cv-04703; 1:19-cv-06101;
1:20-cv-00130; 1:20-cv-00187; 1:20-cv-00330; 1:20-cv-00487;
1:20-cv-00848; 1:20-cv-06156; 1:20-cv-06167; 1:20-cv-06168.

## NOTICE OF AUGUST 27, 2020 HEARING

PLEASE TAKE NOTICE that the motions attached in updated Exhibit A will be heard at the August 27, 2020 motions hearing set for 1:00 PM (CT). Pursuant to Amended Case Management Order 18 entered on March 24, 2020 Order (Dkt. 13121, ¶ 8.), the parties shall designate no more than two attorneys per side to present oral argument on each motion.

Dated: August 12, 2020

    Respectfully Submitted,

    /s/ Andrea Roberts Pierson
    Andrea Roberts Pierson
    Jessica Benson Cox
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Andrea.Pierson@FaegreDrinker.com
    Jessica.Cox@FaegreDrinker.com

2

                James Stephen Bennett
                FAEGRE DRINKER BIDDLE & REATH LLP
                110 W. Berry Street, Suite 2400
                Fort Wayne, Indiana 46802
                Telephone: (260) 424-8000
                Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, a copy of the foregoing Notice of Hearing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson