UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
1:17-cv-03735; 1:17-cv-04697; 1:17-cv-04773; 1:18-cv-00226;
1:18-cv-00432; 1:18-cv-00947; 1:18-cv-01214; 1:18-cv-01992;
1:18-cv-02670; 1:18-cv-03371; 1:18-cv-03568; 1:18-cv-03618;
1:19-cv-00569; 1:19-cv-01156; 1:19-cv-01167; 1:19-cv-02375;
1:19-cv-02392; 1:19-cv-02543; 1:19-cv-02890; 1:19-cv-03850;
1:19-cv-04075; 1:19-cv-04599; 1:19-cv-04703; 1:19-cv-06101;
1:20-cv-00130; 1:20-cv-00187; 1:20-cv-00330; 1:20-cv-00487;
1:20-cv-00848; 1:20-cv-06156; 1:20-cv-06167; 1:20-cv-06168.

**EXHIBIT A**
**TO**
**NOTICE OF AUGUST 27, 2020 HEARING**

1. Cook's Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee (Dkt. 13760)[1]

    o <u>Texas Plaintiff:</u>

        a. Saldana, Mary (1:20-cv-00130)
           Counsel: Johnson Law Group

    o <u>Tennessee Plaintiff</u>

        a. Osment, Ronald (1:19-cv-02392)
           Counsel: Johnson Law Group

---

[1] Originally, there were 25 cases subject to this motion. Since filing, Plaintiff Juliet Dickens (1:18-cv-02532) dismissed her case with prejudice (Dkt. 13813) and the motion has been withdrawn as to 4 cases in anticipation of their dismissal (McCarter, Mark A. (Estate) (1:18-cv-03889); Holman, Maxine Cola (1:19-cv-03413); Solock, Douglas W. (1:19-cv-04923); and Hill, Linda Faye (1:20-cv-00504). The 20 cases that remain, which are fully briefed, have been listed in the caption as related to the proceedings on August 27th in an effort to ensure all parties are notified of the Court's proceedings. For purposes of this Notice, however, only Saldana, Mary (1:20-cv-00130) and Osment, Ronald (1:19-cv-02392) are being set for oral argument at the August 27, 2020 hearing.

2.     Cook's Motion for Judgment on the Pleadings as to Certain No-Injury Plaintiffs (Dkt. 13728)[2]

    a. Opperman, Jacob M. and Carlotta Adams (1:18-cv-01214)
Counsel: THE NATIONS LAW FIRM

    b. Parton, Shirley A. (1:18-cv-03371)
Counsel: DALIMONTE RUEB LAW GROUP LLP

    c. Sykes, Theresa (1:19-cv-01167)
Counsel: DALIMONTE RUEB LAW GROUP LLP

3.     Cook's Motion to Dismiss Duplicative Filings (Dkt. 13956)

    a. Baker, Daniel: (1:20-cv-00487) Counsel: Martin, Harding, Mazzotti, LLP
    b. Baker, Daniel: (1:20-cv-06167) Counsel: Martin, Harding, Mazzotti, LLP

    c. Bryant, Robert: (1:19-cv-04599) Counsel: Martin, Harding, Mazzotti, LLP
    d. Bryant, Robert: (1:20-cv-06156) Counsel: Martin, Harding, Mazzotti, LLP

    e. McCoy, Betty (1:19-cv-04075) Counsel: Tautfest Bond
    f. McCoy, Betty (1:19-cv-06101) Counsel: Tautfest Bond

    g. Schneibel-Gillick, Kathleen and Morris, James (1:20-cv-00187)
Counsel: Martin, Harding, Mazzotti, LLP
    h. Schneibel-Gillick, Kathleen and Morris, James (1:20-cv-06168)
Counsel: Martin, Harding, Mazzotti, LLP

---

[2] Originally, there were 4 cases subject to this motion. Since filing, Plaintiff Dionne Keyaunna Dixon (1:17-cv-00996) dismissed her case with prejudice. As a result, only the remaining 3 cases are being noticed for oral argument.