UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Cases _____ | ) ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON PLAINTIFFS' STEERING COMMITTEE'S ("PSC") MOTION TO AMEND THE MARCH 16, 2016 ORDER ON RULES, POLICIES, PROCEDURES, GUILDELINES RELATING TO ESTABLISHING COMMON BENEFIT FEE AND EXPENSE FUND**

Plaintiffs' Steering Committee ("PSC") moves to amend Section IV(B)(3) of the March 16, 2016 Order on Rules, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund to provide for an increase in the assessments for common benefit attorneys' fees and costs from a total of 8% (6% for attorney's fees and 2% for costs) to a total of 14% (9% for attorneys' fees and 5% for costs). At the July 30, 2020 status conference, the PSC reported there were no longer any objections to this motion. The court, having reviewed the motion, now finds it should be **GRANTED** (Filing No. 10442).

It is therefore **ORDERED** that Section IV(B)(3) of the March 16, 2016 Order on Rules, Policies, Procedure, Guidelines Relating to Establishing Common Benefit Fee and

1

Expense Fund is amended to reflect an increase in the assessments for common benefit attorneys' fees and costs to 9% for attorneys' fees and 5% for costs.

**SO ORDERED** this 13th day of August 2020.

```
                                        _____
                                        RICHARD L. YOUNG, JUDGE
                                        United States District Court
                                        Southern District of Indiana
```

Distributed Electronically to Registered Counsel of Record.