UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Daniel and Melissa Baker, 1:20-cv-00487 Robert Bryant and Melissa Casey-Bryant, 1:19-cv-04599 Kathleen Schneibel-Gillick and James Morris, 1:20-cv-00187 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER GRANTING MOTION TO DISMISS DUPLICATIVE COMPLAINTS**

Given the court's choice of law ruling, Plaintiffs, Daniel and Melissa Baker, Robert Bryant and Melissa Casey-Bryant, and Kathleen Schneibel-Gillick and James Morris, move to dismiss their direct-filed actions without prejudice. The motion (Filing No. 13848) is **GRANTED**.

**IT IS THEREFORE ORDERED** that the following direct-filed MDL actions are **dismissed without prejudice**:

1

- Daniel and Melissa Baker, 1:20-cv-00487
- Robert Bryant and Melissa Casey-Bryant, 1:19-cv-04599
- Kathleen Schneibel-Gillick and James Morris, 1:20-cv-00187

**SO ORDERED** this 13th day of August 2020.

                                                                          _____
                                                                          RICHARD L. YOUNG, JUDGE
                                                                          United States District Court
                                                                          Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.