UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: 46 Category 6 & 7 Cases (*See* Filing No. 11923-1) _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT IN 46 MISCHARACTERIZED NO INJURY CASES**

Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS ("Cook Defendants") move to dismiss 46 cases which were categorized as Category 6 (non-symptomatic filter movement, perforation, etc.) or Category 7 (symptomatic injury) but actually fall under Category 1 (successful first removal without complication or physical injury) or Category 2 (fear of future injury). Cook contends each Plaintiff failed to submit a medical record in conjunction with his/her Case Categorization Form that shows a legally cognizable injury. Without evidence of injury, Plaintiffs cannot prevail.

Plaintiffs in the 6 cases listed below did not file a response to the Cook Defendants' Motion for Summary Judgment. Therefore, their Motion is **GRANTED** with respect to those 6 cases. They are:

1

- Burroughs, Louis & Sharon          1:16-cv-01524
- Oswalt, Margaret & Kenneth         1:16-cv-02727
- Boatwright-Woods, Mary             1:17-cv-01449
- Maddelein, Susan                   1:17-cv-03487
- Schwenk, Phillip                   1:18-cv-03502
- Hall, Cynthia                      1:19-cv-00136

The 17 cases listed below have already been dismissed. The Cook Defendants' Motion for Summary Judgment is **DENIED as MOOT** with respect to those 17 cases. They are:

- Ardrey, Joyce                      1:16-cv-01122
- Jordan, Lena                       1:16-cv-01731
- Anthony, Charlene                  1:16-cv-01775
- Bishop-Jones, Vickie               1:16-cv-02272
- Wilson, Samuel A. & Lois Ann       1:16-cv-02405
- Anderson, Vicki Lynn               1:16-cv-02796
- Monroe, Benjamin                   1:16-cv-03165
- Reiss, Cynthia                     1:17-cv-00016
- Stevenson, Alex Paul Jr. [Estate]  1:17-cv-02454
- Jackson, Larry                     1:17-cv-02697
- Furney, Sherri                     1:17-cv-04324
- O'Malley, Heather                  1:18-cv-01718

- Reed, Sebrina              1:18-cv-01942
- Puffer, Jill M. and Robert    1:19-cv-00118
- Wrenn, Robin              1:19-cv-00511
- Ellis, Randy              1:17-cv-03314
- County, Isaih [Estate]    1:18-cv-03100

Cook **WITHDREW** its motion as to the following 4 cases:

- Walton, Angela & Vincent    1:17-cv-00063
- Fuller, Barbara Sue          1:17-cv-02127
- Furnas, James and Carol     1:18-cv-01519
- Doane, Dwight               1:18-cv-02735

As of our last status conference held on July 30, 2020, the Cook Defendants reported that 12 cases were not ripe for ruling as the parties agreed to an extension of time for a response. The Cook Defendants' Motion for Summary Judgment is **UNDER ADVISEMENT** with respect to those cases. They are:

- Madison, Charles Edward     1:17-cv-01985
- Miller, John George         1:17-cv-01981
- Gruber, JC                  1:17-cv-02062
- Jacobs, Victoria [Estate]   1:17-cv-02815
- Banegas, Ever Jr.           1:17-cv-03126
- Harvey, Stanley             1:17-cv-03854
- Bender, Judy E.             1:17-cv-04085

- Aultman, Ella F.            1:17-cv-04455
- Glaude, Katrina            1:17-cv-04498
- Young, Robin S.            1:17-cv-03243
- Cota, Marc C.            1:18-cv-01114
- Bernero, Joseph            1:18-cv-01726

The following 13 cases are ripe for ruling and remain **UNDER ADVISEMENT**:

- Burroughs, Louis & Sharon     1:16-cv-01524
- Oswalt, Margaret & Kenneth     1:16-cv-02727
- Boatright-Woods, Mary     1:17-cv-01449
- Maddelein, Susan     1:17-cv-03487
- Schwenk, Phillip     1:18-cv-03502
- Hall, Cynthia     1:19-cv-00136
- Carroll, Harold     1:17-cv-01464
- McGee, Michelle D.     1:17-cv-02221
- Jessen, Kerry D. and Kerry L.     1:17-cv-04316
- Newhouse, Robin and Frederick     1:18-cv-01662
- Mosier, Roy G.     1:18-cv-03274
- Gillen, Theresa Lynne     1:19-cv-02288
- Alto, Rusty     1:19-cv-02300

**SO ORDERED** this 13th day of August 2020.

RICHARD L. YOUNG, JUDGE  
United States District Court  
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.