UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | |
| PRACTICES AND PRODUCT | ) | |
| LIABILITY LITIGATION | ) | 1:14-ml-02570-RLY-TAB |
| _____ | ) | MDL No. 2570 |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| All Cases | ) | |
| _____ | ) | |

**ORDER VACATING THE COURT'S ORDER ON PLAINTIFFS' STEERING COMMITTEE'S ("PSC") MOTION TO AMEND THE MARCH 16, 2016 ORDER ON RULES, POLICIES, PROCEDURES, GUILDELINES RELATING TO ESTABLISHING COMMON BENEFIT FEE AND EXPENSE FUND**

The court's Order on Plaintiffs' Steering Committee's Motion to Amend the March 16, 2016 Order on Rules, Policies, Procedures, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund was docketed in error and is hereby **VACATED**.

**SO ORDERED** this 13th day of August 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1