UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) )    1:14-ml-02570-RLY-TAB |

**Entry from Status Conference held August 13, 2020**

**Before the Hon. Richard L. Young, Judge**

    The parties appear by video for the status conference set this date. Plaintiffs appear by Joe Williams, Ben Martin and Mike Heaviside; Defendants appear by Andrea Pierson, Bruce Jones, Jessica Cox and Steve Bennett.

    Agenda items were discussed and the hearing was concluded.

Distributed Electronically to Registered Counsel of Record