UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Louis & Sharon Burroughs, 1:16-cv-01524 Margaret & Kenneth Oswalt, 1:16-cv-02727 Mary Boatwright-Woods, 1:17-cv-01449 Susan Maddelein, 1:17-cv-03487 Phillip Schwenk, 1:18-cv-03502 Cynthia Hall, 1:19-cv-00136 _____ _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**FINAL JUDGMENT**

Consistent with the Ordered issued on the Cook Defendants'[1] Motion for Summary Judgment on 46 Miscategorized Cases, the court issues final judgment in favor of the Cook Defendants and against the following Plaintiffs:

- Louis & Sharon Burroughs, 1:16-cv-01524
- Margaret & Kenneth Oswalt, 1:16-cv-02727
- Mary Boatwright-Woods, 1:17-cv-01449
- Susan Maddelein, 1:17-cv-03487
- Phillip Schwenk, 1:18-cv-03502

---

[1] Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

1

- Cynthia Hall, 1:19-cv-00136

**SO ORDERED** this 13th day of August 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.