UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br>_____<br><br>This Document Relates to:<br><br>Regina and Thomas Elder, 1:14-cv-00784<br>Marie and Richard Wells, 1:14-cv-00841<br>Douglas Keltner, 1:15-cv-00102<br>Rosemary and Arthur Dunning,<br>   1:15-cv-00235<br>Madeline and Howard Rosenbluth,<br>   1:16-cv-00474<br>Brian Giddens, 1:16-cv-00996<br>Gregory Denton, 1:16-cv-01140<br>Steven Sowards, 1:16-cv-02122<br>Marika Doukas, 1:16-cv-02822<br>Victoria Looper, 1:16-cv-03510<br>Sammie Lambert, 1:19-cv-02561<br>_____ | )<br>)<br>)<br>)<br>)   1:14-ml-02570-RLY-TAB<br>)   MDL No. 2570<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON THE COOK DEFENDANTS' OMNIBUS MOTION FOR
SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS**

Cook Incorporated, Co Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS ("Cook Defendants") move to dismiss 11 of the 26 cases subject to the present motion. (*See* Filing No. 11922-1, list of 26 cases).

The Cook Defendants' motion (Filing No. 11921) is **GRANTED** with respect to those Plaintiffs who did not file a response to the motion. They are:

1

- Elder, Regina and Thomas        1:14-cv-00784
- Wells, Marie and Richard        1:14-cv-00841
- Keltner, Douglas                1:15-cv-00102
- Dunning, Rosemary and Arthur    1:15-cv-00235

The Cook Defendants' motion is **WITHDRAWN** with respect to:

- Auerbach, Benjamin              1:17-cv-04218
- Hill, Rex                       1:18-cv-04021

The court requests the Cook Defendants file the medical records[1] in support of their motion which are associated with the following cases on or before **September 4, 2020**:

- Rosenbluth, Madeline and Howard  1:16-cv-00474
- Denton, Gregory                  1:16-cv-01140
- Sowards, Steven                  1:16-cv-02122
- Doukas, Marika                   1:16-cv-02822
- Looper, Victoria                 1:16-cv-03510
- Lambert, Sammie                  1:19-cv-02561

Consideration of the Cook Defendants' motion for summary judgment in the other 13 cases originally addressed in their motion (Filing No. 11921) is continued to a later date.

**SO ORDERED** this 13th day of August 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] Counsel for Brian Giddens provided the medical record associated with Giddens' case, 1:16-cv-00996, at the July 30, 2020 status conference.