UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br> _____ <br> This Document Relates to: <br><br> Regina and Thomas Elder, 1:14-cv-00784 <br> Marie and Richard Wells, 1:14-cv-00841 <br> Douglas Keltner, 1:15-cv-00102 <br> Rosemary and Arthur Dunning, <br>    1:15-cv-00235 <br> _____ <br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**FINAL JUDGMENT**

Consistent with the Order issued on the Cook Defendants'[1] Omnibus Motion for Summary Judgment Based on Statute of Limitations, the court issues final judgment in favor of the Cook Defendants and against the following Plaintiffs:

- Regina and Thomas Elder, 1:14-cv-00784
- Marie and Richard Wells, 1:14-cv-00841
- Douglas Keltner, 1:15-cv-00102
- Rosemary and Arthur Dunning,
-    1:15-cv-00235

**SO ORDERED** this 13th day of August 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

---

[1] Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

Roger Sharpe, Clerk
United States District Court

_____
*[signature: Tina M. Dafle]*

By: Deputy Clerk


Distributed Electronically to Registered Counsel of Record.