IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Theresa Lynne Gillen

Civil Case No. 1:19-cv-02288-RLY-TAB

## NOTICE OF HEARING

Pursuant to Amended Case Management Order No. 18, **PLEASE TAKE NOTICE** that on September 24, 2020, at 1:00 p.m. CT, a hearing will be held before the Honorable Richard L. Young at 101 Northwest Martin Luther King Blvd., Courtroom 301, Evansville, IN 47708, regarding the Cook Defendants' Motion for Summary Judgment on 46 Miscategorized Cases [DKT 11923] as to Plaintiff Theresa Lynne Gillen, (19-02288), only.

Relevant counsel for Plaintiff regarding this Motion are as follows:

1. Howard L. Nations

2. Alison L. Divine

THE NATIONS LAW FIRM

*/s/ Alison L. Divine*
Howard L. Nations
TX Bar No. 14823000
Alison L. Divine
GA Bar No. 672129
9703 Richmond Ave, Suite 200
Houston, TX  77042
Telephone: (713) 807-8400
Email: cdb@howardnations.com
        alison@howardnations.com

*Counsel for Plaintiff*