**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

This Document Relates to the Following Actions:

Baker, Daniel, 1:20-cv-00487
Baker, Daniel, 1:20-cv-06167

Bryant, Robert, 1:19-cv-04599
Bryant, Robert, 1:20-cv-06156

Schneibel-Gillick, Kathleen and Morris, James, 1:20-cv-00187
Schneibel-Gillick, Kathleen and Morris, James, 1:20-cv-06168

_____

**EXHIBIT B**
**TO**
**MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING**
**MOTION TO DISMISS DUPLICATIVE COMPLAINTS [DKT. 13994]**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION     MDL No. 2570

_____

This Document Relates to Plaintiffs:

Daniel and Melissa Baker, 1:20-cv-00487- RLY-TAB
Robert Bryant and Melissa Casey-Bryant, 1:19-cv-04599-RLY-TAB
Kathleen Schneibel-Gillick and James Morris, 1:20-cv-00187-RLY-TAB

_____

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on August 27, 2020, at 1:00 p.m. CT, a hearing will be held before the Honorable Richard L. Young at 101 Northwest Martin Luther King Blvd., Courtroom 301, Evansville, Indiana 47708, regarding Plaintiffs' Motion to Dismiss Duplicative Complaints Without Prejudice [DKT 13848].

Relevant counsel for Plaintiffs regarding this Motion is as follows:

1. Rosemarie Riddell Bogdan

                                           Respectfully submitted,

                                           /s/ *Joseph N. Williams*
                                           Joseph N. Williams, Atty. No. 25874-49
                                           RILEY WILLIAMS & PIATT, LLC
                                           301 Massachusetts Avenue, Suite 300
                                           Indianapolis, IN 46204
                                           (317) 633-5270
                                           Email: jwilliams@rwp-law.com

                                           *Liaison Counsel to Plaintiffs Steering Committee*
                                           *and on behalf of Plaintiffs Steering Committee*

/s/ *Michael W. Heaviside*
Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
(202) 223-1993
mheaviside@hrzlaw.com

/s/ *Ben C. Martin*
Ben C. Martin, Esq.
MARTIN BAUGHMAN, PLLC
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@martinbaughman.com

/s/ *David P. Matthews*
David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX 77098
(713) 522-5250
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## Certificate of Service

I hereby certify that on August 12, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. Notice will be served on any non-CM/ECF registered parties by first class U.S. Mail, postage prepaid.

/s/ *Joseph N. Williams*
Joseph N. Williams