# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Actions:

Baker, Daniel, 1:20-cv-00487
Baker, Daniel, 1:20-cv-06167

Bryant, Robert, 1:19-cv-04599
Bryant, Robert, 1:20-cv-06156

Schneibel-Gillick, Kathleen and Morris, James, 1:20-cv-00187
Schneibel-Gillick, Kathleen and Morris, James, 1:20-cv-06168

_____

**EXHIBIT C**
**TO**
**MOTION FOR RECONSIDERATION OF THE COURT'S ORDER GRANTING**
**MOTION TO DISMISS DUPLICATIVE COMPLAINTS [DKT. 13994]**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
1:17-cv-03735; 1:17-cv-04697; 1:17-cv-04773; 1:18-cv-00226;
1:18-cv-00432; 1:18-cv-00947; 1:18-cv-01214; 1:18-cv-01992;
1:18-cv-02670; 1:18-cv-03371; 1:18-cv-03568; 1:18-cv-03618;
1:19-cv-00569; 1:19-cv-01156; 1:19-cv-01167; 1:19-cv-02375;
1:19-cv-02392; 1:19-cv-02543; 1:19-cv-02890; 1:19-cv-03850;
1:19-cv-04075; 1:19-cv-04599; 1:19-cv-04703; 1:19-cv-06101;
1:20-cv-00130; 1:20-cv-00187; 1:20-cv-00330; 1:20-cv-00487;
1:20-cv-00848; 1:20-cv-06156; 1:20-cv-06167; 1:20-cv-06168.

## NOTICE OF AUGUST 27, 2020 HEARING

PLEASE TAKE NOTICE that the motions attached in updated Exhibit A will be heard at the August 27, 2020 motions hearing set for 1:00 PM (CT). Pursuant to Amended Case Management Order 18 entered on March 24, 2020 Order (Dkt. 13121, ¶ 8.), the parties shall designate no more than two attorneys per side to present oral argument on each motion.

Dated: August 12, 2020

Respectfully Submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 12, 2020, a copy of the foregoing Notice of Hearing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                              /s/ Andrea Roberts Pierson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
1:17-cv-03735; 1:17-cv-04697; 1:17-cv-04773; 1:18-cv-00226;
1:18-cv-00432; 1:18-cv-00947; 1:18-cv-01214; 1:18-cv-01992;
1:18-cv-02670; 1:18-cv-03371; 1:18-cv-03568; 1:18-cv-03618;
1:19-cv-00569; 1:19-cv-01156; 1:19-cv-01167; 1:19-cv-02375;
1:19-cv-02392; 1:19-cv-02543; 1:19-cv-02890; 1:19-cv-03850;
1:19-cv-04075; 1:19-cv-04599; 1:19-cv-04703; 1:19-cv-06101;
1:20-cv-00130; 1:20-cv-00187; 1:20-cv-00330; 1:20-cv-00487;
1:20-cv-00848; 1:20-cv-06156; 1:20-cv-06167; 1:20-cv-06168.

## EXHIBIT A
## TO
## NOTICE OF AUGUST 27, 2020 HEARING

1. Cook's Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee (Dkt. 13760)[1]

    o <u>Texas Plaintiff:</u>

        a. Saldana, Mary (1:20-cv-00130)
           Counsel: Johnson Law Group

    o <u>Tennessee Plaintiff</u>

        a. Osment, Ronald (1:19-cv-02392)
           Counsel: Johnson Law Group

---

[1] Originally, there were 25 cases subject to this motion.  Since filing, Plaintiff Juliet Dickens (1:18-cv-02532) dismissed her case with prejudice (Dkt. 13813) and the motion has been withdrawn as to 4 cases in anticipation of their dismissal (McCarter, Mark A. (Estate) (1:18-cv-03889); Holman, Maxine Cola (1:19-cv-03413); Solock, Douglas W. (1:19-cv-04923); and Hill, Linda Faye (1:20-cv-00504).  The 20 cases that remain, which are fully briefed, have been listed in the caption as related to the proceedings on August 27th in an effort to ensure all parties are notified of the Court's proceedings.  For purposes of this Notice, however, only Saldana, Mary (1:20-cv-00130) and Osment, Ronald (1:19-cv-02392) are being set for oral argument at the August 27, 2020 hearing.

    2.       Cook's Motion for Judgment on the Pleadings as to Certain No-Injury Plaintiffs (Dkt. 13728)[2]

          a.   Opperman, Jacob M. and Carlotta Adams (1:18-cv-01214)
              Counsel: THE NATIONS LAW FIRM

          b.   Parton, Shirley A.  (1:18-cv-03371)
              Counsel: DALIMONTE RUEB LAW GROUP LLP

          c.   Sykes, Theresa (1:19-cv-01167)
              Counsel: DALIMONTE RUEB LAW GROUP LLP

    3.       Cook's Motion to Dismiss Duplicative Filings (Dkt. 13956)

          a.   Baker, Daniel: (1:20-cv-00487) Counsel: Martin, Harding, Mazzotti, LLP
          b.   Baker, Daniel: (1:20-cv-06167) Counsel: Martin, Harding, Mazzotti, LLP

          c.   Bryant, Robert: (1:19-cv-04599) Counsel: Martin, Harding, Mazzotti, LLP
          d.   Bryant, Robert: (1:20-cv-06156) Counsel: Martin, Harding, Mazzotti, LLP

          e.   McCoy, Betty (1:19-cv-04075) Counsel: Tautfest Bond
          f.   McCoy, Betty (1:19-cv-06101) Counsel: Tautfest Bond

          g.   Schneibel-Gillick, Kathleen and Morris, James (1:20-cv-00187)
              Counsel: Martin, Harding, Mazzotti, LLP
          h.   Schneibel-Gillick, Kathleen and Morris, James (1:20-cv-06168)
              Counsel: Martin, Harding, Mazzotti, LLP

---

[2] Originally, there were 4 cases subject to this motion.  Since filing, Plaintiff Dionne Keyaunna Dixon (1:17-cv-00996) dismissed her case with prejudice. As a result, only the remaining 3 cases are being noticed for oral argument.