Before the United States Judicial Panel on Multidistrict Litigation
IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
LINDA S. DEATON

Civil Case #  1:20-cv-06180

## AMENDED COMPLAINT - SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further show the court as follows:

1. Plaintiff/Deceased Party:

   **Linda S. Deaton**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   **Not applicable**.

3. Other Plaintiff and capacity (ie, administrator, executor, guardian, conservator):

   **Not applicable.**

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   **Ohio**

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   **Ohio**

6. Plaintiff's/Deceased Party's current state of residence:

   **Ohio**

7. District Court and Division in which venue would be proper absent district filing:

   **USDC Southern District of Ohio, Western Division**

8. Defendants (Check Defendants against whom Complaint is made):

   [X] Cook Incorporated

   [X] Cook Medical LLC

   [X] William Cook Europe ApS

9. Basis of Jurisdiction:

   [X] Diversity of Citizenship

   [ ] Other:_____

   a. Paragraph in Master Complaint upon which venue and jurisdiction lie:

   **Paragraph 7 to 28**

   b. Other allegations of jurisdiction and venue:

   **N/A.**

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    [X] Gunther Tulip® Vena Cava Filter

    [ ] Cook Celect® Vena Cava Filter

    [ ] Gunther Tulip Mreye

    [ ] Cook Celect Platinum

    [ ] Other:_____

11. Date of Implantation as to each product:

    **May 6, 2008**

12. Hospital(s) where Plaintiff was implanted (including City and State):

    **Mercy Hospital Fairfield**
    **Fairfield, Ohio**

13. Implanting Physician(s):

    **Dr. Ramada S. Holenarsipur MD**
    **3145 Hamilton Mason Rd**
    **Hamilton, Ohio 45011**

14. Counts in the Master Complaint brought by Plaintiff(s):

    [X] Count I:      Strict Product Liability – Failure to Warn

    [X] Count II:     Strict Product Liability – Design Defect

    [X] Count III:    Negligence

    [X] Count IV:     Negligence Per Se

    [X] Count V:      Breach of Express Warranty

    [X] Count VI:     Breach of Implied Warranty

| | | |
|---|---|---|
| [X] | Count VII: | Violations of Applicable <u>Ohio</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| [ ] | Count VIII: | Loss of Consortium |
| [ ] | Count IX: | Wrongful Death |
| [ ] | Count X: | Survival |
| [X] | Count XI: | Punitive Damages |
| [ ] | Other: | (please state the facts supporting this Count in the space immediately below) |

15. Attorney for Plaintiff(s):

    **Barry D. J. Levy, Esq.**

16. Address and bar information for Attorney for Plaintiff(s):

    **Ohio Reg No. 0018986**

    **O'Connor, Acciani & Levy LPA**

    **600 Vine Street, Suite 1600, Cincinnati, OH 45202**

    **(T) 513-241-7111   (F) 513-241-7197   (Email) bdl@oal-law.com**

        Respectfully Submitted,
        O'CONNOR, ACCIANI & LEVY LPA

        */s/ Barry D. Levy*
        Barry D. Levy
        *Attorney for Plaintiffs*
        600 Vine Street, Suite 1600
        Cincinnati, Ohio 45202
        Telephone: 513-241-7111
        Facsimile: 513-241-7197
        Email: BDL@oal-law.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Short Form Complaint was served electronically upon Defendants' counsel oat CookFilter MDL@FaegreDrinker.com, per MDL 2570 Second Amended Case Management Order No. 6 this  10th  day of August 2020.

                                                  */s/ Barry D. Levy*
                                                  Barry D. Levy
                                                  *Attorney for Plaintiffs*