AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | ) | |
|---|---|---|
| Linda S. Deaton | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-06180-RLY-TAB |
| Cook Medical Inc, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Linda S. Deaton                                                                                                      .

Date:    08/10/2020                                                    /s/ Barry D. Levy
                                                                     *Attorney's signature*

                                                   Barry D. J. Levy (OH Reg # 0018986)
                                                     *Printed name and bar number*

                                                   O'Connor, Acciani & Levy LPA
                                                   600 Vine Street, Suite 1600
                                                   Cincinnati, OH 45202
                                                             *Address*

                                                        bdl@oal-law.com
                                                        *E-mail address*

                                                        (513) 241-7111
                                                       *Telephone number*

                                                        (513) 241-7197
                                                          *FAX number*