**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s)** | ) ) ) |
| MICHAEL SIPES<br>Civil Case No. 1:20-cv-00773-RLY-TAB | ) ) |

**RESPONSE OF PLAINTIFF'S COUNSEL FOR**
**MICHAEL SIPES TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the Motion to Dismiss filed by Defendants on August 12, 2020, and would respectfully show the Court the following:

I.

Plaintiff's counsel filed this lawsuit on March 10, 2020. Since the filing of Plaintiff's lawsuit, counsel for Plaintiff has made numerous attempts by telephone and written correspondence (via Federal Express, U.S. First Class mail and U.S. Certified mail), but counsel has never received any response or return communication.

Because Plaintiff has not responded to Plaintiff's counsel's numerous requests, counsel is unable to respond and cure the PFS deficiency.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to successfully communicate with the Plaintiff in order to cure the PFS deficiency. While Counsel does not have written permission from Plaintiff to agree to a stipulation of dismissal of this claim, Counsel has

1

no basis to contest such a dismissal at this time. However, in light of the inability of Plaintiff's counsel to confirm that Plaintiff is aware of the imminent dismissal of this claim, Plaintiff's counsel would request that this Court dismiss this matter without prejudice so Plaintiff may have the opportunity re-file their claim.

Dated:  August 17, 2020                                            Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher