**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

|  |  |
|---|---|
| | ) |
| **IN RE: COOK MEDICAL INC., IVC** | ) **MDL No. 1:14-ml-2570-RLY-TAB** |
| **FILTERS MARKETING, SALES** | ) **MDL No. 2570** |
| **PRACTICES AND PRODUCTS** | ) |
| **LIABILITY LITIGATION** | ) |
| | ) |
| **This Document Relates to Plaintiff(s)** | ) |
| | ) |
| **CRAIG GREEN** | ) |
| **Civil Case No. 1:20-cv-00973-RLY-TAB** | ) |

_____

**RESPONSE OF PLAINTIFF'S COUNSEL FOR**
**CRAIG GREEN TO DEFENDANTS' MOTION TO DISMISS**

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the

Motion to Dismiss filed by Defendants on August 12, 2020, and would respectfully show the Court

the following:

**I.**

Plaintiff's counsel filed this lawsuit on March 27, 2020.  Since the filing of Plaintiff's

lawsuit, counsel for Plaintiff has made numerous attempts by telephone and written

correspondence (via Federal Express, U.S. First Class mail and U.S. Certified mail), but counsel

has never received any response or return communication.

Because Plaintiff has not responded to Plaintiff's counsel's numerous requests, counsel is

unable to respond and cure the PFS deficiency.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to successfully

communicate with the Plaintiff in order to cure the PFS deficiency. While Counsel does not have

written permission from Plaintiff to agree to a stipulation of dismissal of this claim, Counsel has

no basis to contest such a dismissal at this time. However, in light of the inability of Plaintiff's counsel to confirm that Plaintiff is aware of the imminent dismissal of this claim, Plaintiff's counsel would request that this Court dismiss this matter without prejudice so Plaintiff may have the opportunity re-file their claim.

Dated:  August 17, 2020                    Respectfully submitted,

                                           /s/ Michael T. Gallagher
                                           Michael T. Gallagher
                                           Federal ID: 5395
                                           The Gallagher Law Firm, PLLC
                                           2905 Sackett Street
                                           Houston, Texas 77098
                                           (713) 222-8080
                                           (713) 222-0066 - Facsimile
                                           donnaf@gld-law.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 17, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.


/s/ Michael T. Gallagher
Michael T. Gallagher