IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

RAMONA SEGARS

Civil Case # 1:19-cv-4825

**UNOPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Counsel, pursuant to FRCP 15(a)(2), moves this Court for an order amending the Short Form Complaint.

1. Plaintiff seeks leave to file the attached amended short form complaint to revise paragraph 10 to correctly reflect that Ms. Segar is making a claim about a "Günther Tulip Vena Cava Filter," replacing the current selection of "Cook Celect Vena Cava Filter."

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff requests that this Court grant this request to amend as set forth above and for leave to file the Second Amended Short Form Complaint and direct the Clerk to file the attached Second Amended Short Form Complaint.

Respectfully submitted,

/s/Leslie MacLean
Leslie MacLean
TX Bar No. 00794209
**WATERS & KRAUS, LLP**
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
ztarique@waterskraus.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/*Leslie MacLean*

**UNOPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**