IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs

RAMONA SEGARS

Civil Case # 1:19-cv-4825

**SECOND AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff:

   Ramona Segars

2. Spousal Plaintiff's spouse or other party making loss of consortium claim:

   Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's state of residence at the time of implant:

   Pennsylvania

1

5. Plaintiff's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for Western District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other: ___

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 9-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    2/20/2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Magee-Womens Hospital of UPMC Health System, Pittsburgh, Pennsylvania

13. Implanting Physician(s):

    Dr. Ellen Dillavou

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Failure to Warn

    ☒ Count II: Strict Products Liability – Design Defect

    ☒ Count III: Negligence

    ☒ Count IV: Negligence Per Se

    ☒ Count V: Breach of Express Warranty

    ☒ Count VI: Breach of Implied Warranty

    ☒ Count VII: Violations of Applicable Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____(please state the facts supporting

this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

   Leslie MacLean

16. Address and bar information for Attorney for Plaintiff(s):

   3141 Hood Street, Suite 700, Dallas, TX 75219

   Leslie's Bar # 00794209

Respectfully submitted,

/s/Leslie MacLean
Leslie MacLean
TX Bar No. 00794209
**WATERS & KRAUS, LLP**
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
ztarique@waterskraus.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 17, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                                             /s/*Leslie MacLean*