# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|  |  |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:14-ml-2570-RLY-TAB ) MDL No. 2570 ) ) ) |
| This Document Relates to Plaintiff(s) | ) ) |
| ANNE M. SENICH, DECEASED Civil Case No. 1:20-cv-00825-RLY-TAB | ) ) |

## RESPONSE OF PLAINTIFF'S COUNSEL
## TO DEFENDANTS' MOTION TO DISMISS

COMES NOW Counsel for Plaintiff in the above matter, and files this Response to the Motion to Dismiss filed by Defendants on August 12, 2020, and would respectfully show the Court the following:

I.

Plaintiff's counsel filed this lawsuit on March 13, 2020. Since the filing of Plaintiff's lawsuit, counsel for Plaintiff has made numerous attempts by telephone and written correspondence (via Federal Express, U.S. First Class mail and U.S. Certified mail), but counsel has never received any response or return communication from the personal representative of the deceased, Joseph Senich.

Because the personal representative of the decedent, Joseph Senich, has not responded to Plaintiff's counsel's numerous requests, counsel is unable to respond and cure the PFS deficiency.

Despite the best efforts of Plaintiff's counsel, counsel has been unable to successfully communicate with the decedent's personal representative in order to cure the PFS deficiency.

While Counsel does not have written permission from decedent's personal representative to agree to a stipulation of dismissal of this claim, Counsel has no basis to contest such a dismissal at this time. However, in light of the inability of Plaintiff's counsel to confirm that decedent's personal representative is aware of the imminent dismissal of this claim, Plaintiff's counsel would request that this Court dismiss this matter without prejudice so Plaintiff may have the opportunity re-file their claim.

Dated:  August 18, 2020               Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm, PLLC
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher