AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| ELSIE VIRGINIA FISHER | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-06107 |
| COOK INCORPORATED, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elsie Virginia Fisher.

Date: 08/18/2020

s/ Jessica Glitz
*Attorney's signature*

Jessica Glitz - Texas Bar No. 24076095
*Printed name and bar number*

Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000
Dallas, TX 75254

*Address*

jglitz@tautfestbond.com
*E-mail address*

(214) 617-9980
*Telephone number*

(214) 853-4281
*FAX number*