AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| VIRGINIA ANN DODSON ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-06110 |
| COOK INCORPORATED, et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Virginia Ann Dodson                                                                                                          .

Date:   08/18/2020                                                                     s/ Monte Bond
                                                                                                  *Attorney's signature*

                                                                                  Monte Bond - Texas Bar No. 02585625
                                                                                        *Printed name and bar number*

                                                                                              Tautfest Bond, PLLC
                                                                                        5151 Belt Line Rd., Suite 1000
                                                                                                Dallas, TX 75254
                                                                                                     *Address*

                                                                                          mbond@tautfestbond.com
                                                                                                *E-mail address*

                                                                                                (214) 617-9980
                                                                                              *Telephone number*

                                                                                                (214) 853-4281
                                                                                                  *FAX number*