# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>• Brandon, Ralph,1:18-cv-02053<br>• Sides, Laurie, 1:17-cv-03916<br>• Ward, Lisa, 1:17-cv-03918<br>• Terry, Lydia, 1:17-cv-04752 | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2570 |

## PROPOSED ORDER ON THE PLAINTIFFS MOTION TO RECONSIDER THE COURT'S JULY 19, 2019 ORDER FOR FAILURE TO PROVIDE PLAINTIFFS PROFILE SHEETS

This matter is before the Court on Plaintiff's Motion for Reconsideration of the Court's Order Dismissing Plaintiff's Claims for Failure to Provide Plaintiff Profile Sheets. The Court, having been duly advised, now GRANTS the Motion, finding that it was made for good cause, for the following Plaintiffs:

1. Brandon, Ralph,1:18-cv-02053
2. Sides, Laurie, 1:17-cv-03916
3. Ward, Lisa, 1:17-cv-03918
4. Terry, Lydia, 1:17-cv-04752

**SO ORDERED** this ____day of _____ 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana