AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| MARY A. DOUGLASS <br> *Plaintiff* <br> v. <br> COOK INCORPORATED, et al <br> *Defendant* | ) <br> ) <br> ) Case No. 1:20-cv-06194 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mary A. Douglass    .

Date:   08/18/2020

s/ Jessica Glitz
*Attorney's signature*

Jessica Glitz - Texas Bar No. 24076095
*Printed name and bar number*

Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000
Dallas, TX 75254

*Address*

jglitz@tautfestbond.com
*E-mail address*

(214) 617-9980
*Telephone number*

(214) 853-4281
*FAX number*