UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS　　　Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND　　　　　　MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This document relates to:

1:17-cv-01980; 1:19-cv-01652; 1:19-cv-01674; 1:19-cv-01675; 1:19-cv-01691; 1:19-cv-01692; 1:19-cv-01713; 1:19-cv-01715; 1:19-cv-01719; 1:19-cv-01722; 1:19-cv-01723; 1:19-cv-01730; 1:19-cv-01771; 1:19-cv-01773; 1:19-cv-01775; 1:19-cv-01792; 1:19-cv-01793; 1:19-cv-01794; 1:19-cv-02539; 1:19-cv-02600; 1:19-cv-02607; 1:19-cv-02731; 1:19-cv-02749; 1:19-cv-02752; 1:19-cv-02753; 1:19-cv-02765; 1:19-cv-02766; 1:19-cv-02768; 1:19-cv-02769; 1:19-cv-02775; 1:19-cv-02867; 1:19-cv-02869; 1:19-cv-02886; 1:19-cv-02910; 1:19-cv-02938; 1:19-cv-02971; 1:19-cv-02990; 1:19-cv-03025; 1:19-cv-03026; 1:19-cv-03028; 1:19-cv-03057; 1:19-cv-03058; 1:19-cv-03059; 1:19-cv-03060; 1:19-cv-03061; 1:19-cv-03112; 1:19-cv-03113; 1:19-cv-03114; 1:19-cv-03115; 1:19-cv-03116; 1:19-cv-03128; 1:19-cv-03129; 1:19-cv-03130; 1:19-cv-03146; 1:19-cv-03147; 1:19-cv-03148; 1:19-cv-03167; 1:19-cv-03168; 1:19-cv-03169; 1:19-cv-03170; 1:19-cv-03171; 1:19-cv-03172; 1:19-cv-03173; 1:19-cv-03174; 1:19-cv-03175; 1:19-cv-03176; 1:19-cv-03177; 1:19-cv-03178; 1:19-cv-03208; 1:19-cv-03209; 1:19-cv-03210; 1:19-cv-03211; 1:19-cv-03212; 1:19-cv-03213; 1:19-cv-03236; 1:19-cv-03237; 1:19-cv-03238; 1:19-cv-03239; 1:19-cv-03240; 1:19-cv-03241; 1:19-cv-03242; 1:19-cv-03243; 1:19-cv-03252; 1:19-cv-03255; 1:19-cv-03258; 1:19-cv-03259; 1:19-cv-03300; 1:19-cv-03301; 1:19-cv-03302; 1:19-cv-03304; 1:19-cv-03305; 1:19-cv-03306; 1:19-cv-03307; 1:19-cv-03309; 1:19-cv-03310; 1:19-cv-03359; 1:19-cv-03360; 1:19-cv-03361; 1:19-cv-03362; 1:19-cv-03377; 1:19-cv-03378; 1:19-cv-03379; 1:19-cv-03380; 1:19-cv-03381; 1:19-cv-03412; 1:19-cv-03413; 1:19-cv-03424; 1:19-cv-03425; 1:19-cv-03426; 1:19-cv-03427; 1:19-cv-03428; 1:19-cv-03429; 1:19-cv-03430; 1:19-cv-03431; 1:19-cv-03433; 1:19-cv-03471; 1:19-cv-03472; 1:19-cv-03473; 1:19-cv-03474; 1:19-cv-03475; 1:19-cv-03493; 1:19-cv-03494; 1:19-cv-03495; 1:19-cv-03496; 1:19-cv-03505; 1:19-cv-03506; 1:19-cv-03507; 1:19-cv-03525; 1:19-cv-03526; 1:19-cv-03527; 1:19-cv-03528; 1:19-cv-03529; 1:19-cv-03530; 1:19-cv-03559; 1:19-cv-03572; 1:19-cv-03585; 1:19-cv-03587; 1:19-cv-03624; 1:19-cv-03625; 1:19-cv-03626; 1:19-cv-03686; 1:19-cv-03687; 1:19-cv-03704; 1:19-cv-03705; 1:19-cv-03728; 1:19-cv-03744; 1:19-cv-03745; 1:19-cv-03746; 1:19-cv-03747; 1:19-cv-03748; 1:19-cv-03749; 1:19-cv-03787; 1:19-cv-03788; 1:19-cv-03789; 1:19-cv-03790; 1:19-cv-03791; 1:19-cv-03824; 1:19-cv-03828; 1:19-cv-03917; 1:19-cv-03943; 1:19-cv-03975; 1:19-cv-04045; 1:19-cv-04231; 1:19-cv-04259; 1:19-cv-04333; 1:19-cv-04334; 1:19-cv-04335; 1:19-cv-04336; 1:19-cv-04379; 1:19-cv-04380; 1:19-cv-04381; 1:19-cv-04447; 1:19-cv-04475; 1:19-cv-04476; 1:19-cv-04524; 1:19-cv-04525; 1:19-cv-04526; 1:19-cv-04736; 1:19-cv-04737; 1:19-cv-04818; 1:19-cv-04841; 1:19-cv-04858; 1:19-cv-04859; 1:19-cv-04860; 1:19-cv-04861; 1:19-cv-04862; 1:19-cv-04863; 1:19-cv-04865; 1:19-cv-04866; 1:19-cv-04893; 1:19-cv-04897; 1:19-cv-04923; 1:19-cv-04983; 1:19-cv-05007; 1:19-cv-05015; 1:19-cv-05030; 1:19-cv-05071; 1:20-cv-00005; 1:20-cv-00015; 1:20-cv-00018; 1:20-cv-00031; 1:20-cv-00072; 1:20-cv-00500; 1:20-cv-00501; 1:20-cv-00503; 1:20-cv-00504; 1:20-cv-00543; 1:20-cv-00588; 1:20-cv-00613; 1:20-cv-00677; 1:20-cv-00687; 1:20-cv-00688; 1:20-cv-00689; 1:20-cv-00690; 1:20-cv-00691; 1:20-cv-00692; 1:20-cv-00693; 1:20-cv-00694; 1:20-cv-00695; 1:20-cv-00696; 1:20-cv-00697; 1:20-cv-00698; 1:20-cv-00725; 1:20-cv-00894; 1:20-cv-00913; 1:20-cv-01142; 1:20-cv-01143; 1:20-cv-01203; 1:20-cv-01666; 1:20-cv-01668.

# NOTICE OF NON-COMPLIANCE PURSUANT TO
# FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4:
# *(PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL)*

PLEASE TAKE NOTICE that the Plaintiffs identified herein have not submitted a Case Categorization Form or Plaintiff Profile Sheet as required by Fourth Amended Case Management Order No. 4 (Dkt. 13046) ("CMO No. 4"), and have been notified by Defendants of this non-compliance as required by CMO No. 4:

1. Plaintiffs Subject to Dismissal for Lack of Service of Case Categorization Form (CCF)

| Case Name | Cause Number | Plaintiff Counsel Firm Name | CCF Due Date | Deficiency Notice |
|---|---|---|---|---|
| Meyer, Lisa D. | 1:17-cv-01980 | MATTHEWS & ASSOCIATES | 4/26/2018 | 9/18/2019 |
| Hern, William Aaron | 1:19-cv-01652 | MATTHEWS & ASSOCIATES | 5/24/2019 | 9/18/2019 |
| Ikner, Jerry D. | 1:19-cv-01674 | MATTHEWS & ASSOCIATES | 5/27/2019 | 9/18/2019 |
| McGinnis, Joy | 1:19-cv-01675 | MATTHEWS & ASSOCIATES | 5/27/2019 | 9/18/2019 |
| Bowles, Walter | 1:19-cv-01691 | MATTHEWS & ASSOCIATES | 5/27/2019 | 9/18/2019 |
| Roberson, Daron F. | 1:19-cv-01692 | MATTHEWS & ASSOCIATES | 5/27/2019 | 9/18/2019 |
| Harper, James G. | 1:19-cv-01713 | MATTHEWS & ASSOCIATES | 5/29/2019 | 9/18/2019 |
| Allen, Charlotte I. | 1:19-cv-01715 | MATTHEWS & ASSOCIATES | 5/29/2019 | 9/18/2019 |
| Clark, Jon D. | 1:19-cv-01719 | MATTHEWS & ASSOCIATES | 5/29/2019 | 9/18/2019 |
| Hollman, Ilene | 1:19-cv-01722 | MATTHEWS & ASSOCIATES | 5/29/2019 | 9/18/2019 |
| Wetzel, Michael A. [ESTATE] | 1:19-cv-01723 | MATTHEWS & ASSOCIATES | 5/29/2019 | 9/18/2019 |
| Duschak, Barbara Jean | 1:19-cv-01730 | MATTHEWS & ASSOCIATES | 5/29/2019 | 9/18/2019 |
| Harris, Christine | 1:19-cv-01771 | MATTHEWS & ASSOCIATES | 5/31/2019 | 6/17/2020 |
| Shirley, Derek | 1:19-cv-01773 | MATTHEWS & ASSOCIATES | 5/31/2019 | 9/18/2019 |
| Powell, Richard T. | 1:19-cv-01775 | MATTHEWS & ASSOCIATES | 5/31/2019 | 9/18/2019 |
| Meighan, Grace A. | 1:19-cv-01792 | MATTHEWS & ASSOCIATES | 6/3/2019 | 9/18/2019 |

| | | | | |
|---|---|---|---|---|
| Tavares, Maria S. | 1:19-cv-01793 | MATTHEWS & ASSOCIATES | 6/3/2019 | 9/18/2019 |
| Stephen, Marjorie L. | 1:19-cv-01794 | MATTHEWS & ASSOCIATES | 6/3/2019 | 9/18/2019 |
| Williams, Mary Helen | 1:19-cv-02539 | MATTHEWS & ASSOCIATES | 7/23/2019 | 8/22/2019 |
| Ketner, Brian Joseph | 1:19-cv-02600 | MATTHEWS & ASSOCIATES | 8/16/2019 | 9/18/2019 |
| Walker, Gary B. | 1:19-cv-02607 | MATTHEWS & ASSOCIATES | 8/16/2019 | 8/22/2019 |
| Yapp, Christine | 1:19-cv-02731 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/22/2019 |
| Edwards, Susan Marie | 1:19-cv-02749 | MATTHEWS & ASSOCIATES | 9/20/2019 | 9/18/2019 |
| Weber, Roy Allen | 1:19-cv-02753 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/22/2019 |
| Vega-Sanchez, Melissa | 1:19-cv-02769 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/22/2019 |
| Wilson, Beverly Maryann | 1:19-cv-02910 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/22/2019 |
| Page, Joyce Marie | 1:19-cv-02990 | MATTHEWS & ASSOCIATES | 8/19/2019 | 9/18/2019 |
| Smithson, Edgar Lamar | 1:19-cv-03025 | MATTHEWS & ASSOCIATES | 8/19/2019 | 9/18/2019 |
| Bowman, Lottie M. | 1:19-cv-03026 | MATTHEWS & ASSOCIATES | 8/19/2019 | 9/18/2019 |
| Adams, Robert Eugene | 1:19-cv-03028 | MATTHEWS & ASSOCIATES | 8/19/2019 | 9/18/2019 |
| Henderson, Bernice Adell | 1:19-cv-03057 | MATTHEWS & ASSOCIATES | 8/21/2019 | 9/18/2019 |
| Keaton, Charles Joe | 1:19-cv-03058 | MATTHEWS & ASSOCIATES | 8/21/2019 | 9/18/2019 |
| Seby-Barr, Miriam Sunshine | 1:19-cv-03059 | MATTHEWS & ASSOCIATES | 8/21/2019 | 9/18/2019 |
| Elsayed, Mohamed Adel | 1:19-cv-03060 | MATTHEWS & ASSOCIATES | 8/22/2019 | 9/18/2019 |
| Echols, Evelyn Jean | 1:19-cv-03061 | MATTHEWS & ASSOCIATES | 8/22/2019 | 9/18/2019 |
| O'Halloran, Sharon Anne | 1:19-cv-03112 | MATTHEWS & ASSOCIATES | 8/25/2019 | 9/18/2019 |
| Conforti, Diane Marie | 1:19-cv-03113 | MATTHEWS & ASSOCIATES | 8/25/2019 | 9/18/2019 |
| Nicholson, Cheryl Jean | 1:19-cv-03114 | MATTHEWS & ASSOCIATES | 8/25/2019 | 9/18/2019 |
| Roland, Craig Allen | 1:19-cv-03115 | MATTHEWS & ASSOCIATES | 8/25/2019 | 9/18/2019 |
| Marshall, Virginia D. | 1:19-cv-03116 | MATTHEWS & ASSOCIATES | 8/25/2019 | 9/18/2019 |
| Ashley, Harry Jr. | 1:19-cv-03128 | MATTHEWS & ASSOCIATES | 8/26/2019 | 9/18/2019 |
| Evans, Sheila Irene | 1:19-cv-03129 | MATTHEWS & ASSOCIATES | 8/26/2019 | 9/18/2019 |

| | | | | |
|---|---|---|---|---|
| Bradley, Derek Lee | 1:19-cv-03130 | MATTHEWS & ASSOCIATES | 8/26/2019 | 9/18/2019 |
| Derrick, Margie Ann | 1:19-cv-03146 | MATTHEWS & ASSOCIATES | 8/26/2019 | 9/18/2019 |
| Schmidt, Craig Arnold | 1:19-cv-03147 | MATTHEWS & ASSOCIATES | 8/26/2019 | 9/18/2019 |
| Lozano, Adela | 1:19-cv-03148 | MATTHEWS & ASSOCIATES | 8/26/2019 | 9/18/2019 |
| Riggio, Grace Marie | 1:19-cv-03167 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| Bell, Rochelle Monik | 1:19-cv-03168 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| Becker, Constance Rae | 1:19-cv-03169 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| Barfield, Gail Yvonne | 1:19-cv-03170 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| Brown, Sharon Lee | 1:19-cv-03171 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| Branch, Ruby Nell | 1:19-cv-03172 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| Casey, Meagan Ellizabeth | 1:19-cv-03173 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| Miller, Edward Warren Jr. | 1:19-cv-03174 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| Smith, Oscar | 1:19-cv-03175 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| Parise, Andrea | 1:19-cv-03176 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| Plum, Jerry Ruth | 1:19-cv-03177 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| DeFeo, Georgiann Janice [ESTATE] | 1:19-cv-03178 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/18/2019 |
| Anderson, Rachel Earl | 1:19-cv-03208 | MATTHEWS & ASSOCIATES | 8/30/2019 | 9/18/2019 |
| Andrews, Judis Ray | 1:19-cv-03209 | MATTHEWS & ASSOCIATES | 8/30/2019 | 9/18/2019 |
| Kemerley-Norman, Ronda J. | 1:19-cv-03210 | MATTHEWS & ASSOCIATES | 8/30/2019 | 9/18/2019 |
| Chambers, April S. | 1:19-cv-03211 | MATTHEWS & ASSOCIATES | 8/30/2019 | 9/18/2019 |
| Johnson, Darrin B. | 1:19-cv-03212 | MATTHEWS & ASSOCIATES | 8/30/2019 | 9/18/2019 |
| Kelley, Harvey | 1:19-cv-03213 | MATTHEWS & ASSOCIATES | 8/30/2019 | 9/18/2019 |
| McKenna, Joseph | 1:19-cv-03236 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |
| Mangold, Raymond | 1:19-cv-03237 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |
| Yarbrough, Reginald Lavan | 1:19-cv-03238 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |
| Hayes, Wanda M. | 1:19-cv-03239 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |

| Moore, Tiwonna R. | 1:19-cv-03240 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |
|---|---|---|---|---|
| Hunter, Richard Stewart | 1:19-cv-03241 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |
| Barbour, Pamela | 1:19-cv-03242 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |
| Bales, Tommy Dirk | 1:19-cv-03243 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |
| Clarke, Joan N. | 1:19-cv-03252 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |
| Cooper, Jesse Lee | 1:19-cv-03255 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |
| Moss, Robert Latore | 1:19-cv-03258 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |
| Tuttle, Richard G. | 1:19-cv-03259 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/18/2019 |
| Barry, Carolyn Diane | 1:19-cv-03300 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/18/2019 |
| Smith, Curtis | 1:19-cv-03301 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/18/2019 |
| Hagemann, Charlotte Belle | 1:19-cv-03302 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/18/2019 |
| Bega, Darrin C. | 1:19-cv-03304 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/18/2019 |
| Kieszkowski, Paul Brian | 1:19-cv-03305 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/18/2019 |
| Hamer, Glenna O. | 1:19-cv-03306 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/18/2019 |
| Stidman, Laverne | 1:19-cv-03307 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/18/2019 |
| Smith, Albert | 1:19-cv-03309 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/18/2019 |
| Servidio, Michael | 1:19-cv-03310 | MATTHEWS & ASSOCIATES | 9/5/2019 | 9/18/2019 |
| Gulley, Hubert Glen | 1:19-cv-03359 | MATTHEWS & ASSOCIATES | 9/6/2019 | 9/18/2019 |
| Drennan, Vance Salvador | 1:19-cv-03360 | MATTHEWS & ASSOCIATES | 9/6/2019 | 9/18/2019 |
| Connette, William D. | 1:19-cv-03361 | MATTHEWS & ASSOCIATES | 9/6/2019 | 9/18/2019 |
| Jones, Renea L. | 1:19-cv-03362 | MATTHEWS & ASSOCIATES | 9/6/2019 | 9/18/2019 |
| Crawford, David Bernard | 1:19-cv-03377 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/18/2019 |
| O'Connor, Stacy John | 1:19-cv-03378 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/18/2019 |
| Moschetto, Elizabeth Ann | 1:19-cv-03379 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/18/2019 |
| Hohman, Richard Gene | 1:19-cv-03380 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/18/2019 |
| Smith, Michael Byron | 1:19-cv-03381 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/18/2019 |

| | | | | |
|---|---|---|---|---|
| Cassman, Roger Dean | 1:19-cv-03412 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/18/2019 |
| Holman, Maxine Cola | 1:19-cv-03413 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/18/2019 |
| Russell, Carla | 1:19-cv-03424 | MATTHEWS & ASSOCIATES | 9/11/2019 | 9/18/2019 |
| Dunagan, Kenneth Ardway | 1:19-cv-03425 | MATTHEWS & ASSOCIATES | 9/11/2019 | 9/18/2019 |
| Hoxey, Billy W. | 1:19-cv-03426 | MATTHEWS & ASSOCIATES | 9/11/2019 | 9/18/2019 |
| Galbreath, Michael | 1:19-cv-03427 | MATTHEWS & ASSOCIATES | 9/11/2019 | 9/18/2019 |
| Powers, Jerry | 1:19-cv-03428 | MATTHEWS & ASSOCIATES | 9/11/2019 | 9/18/2019 |
| Filis, Arnold Leon | 1:19-cv-03429 | MATTHEWS & ASSOCIATES | 9/11/2019 | 9/18/2019 |
| Johnson, Andra D. | 1:19-cv-03430 | MATTHEWS & ASSOCIATES | 9/11/2019 | 9/18/2019 |
| Webb, Alice V. | 1:19-cv-03431 | MATTHEWS & ASSOCIATES | 9/11/2019 | 9/18/2019 |
| Kagan, Harvey Samuel [ESTATE] | 1:19-cv-03433 | MATTHEWS & ASSOCIATES | 9/12/2019 | 9/18/2019 |
| Smith, Barbara N. | 1:19-cv-03471 | MATTHEWS & ASSOCIATES | 9/13/2019 | 9/18/2019 |
| Sanchez, David S. | 1:19-cv-03472 | MATTHEWS & ASSOCIATES | 9/13/2019 | 9/18/2019 |
| Ricartty, Jose M. | 1:19-cv-03473 | MATTHEWS & ASSOCIATES | 9/13/2019 | 9/18/2019 |
| Penfold, Ted A. | 1:19-cv-03474 | MATTHEWS & ASSOCIATES | 9/13/2019 | 9/18/2019 |
| Forney, Birdie | 1:19-cv-03475 | MATTHEWS & ASSOCIATES | 9/13/2019 | 9/18/2019 |
| Dudick, Robert | 1:19-cv-03493 | MATTHEWS & ASSOCIATES | 9/16/2019 | 10/9/2019 |
| Flynt, Valerie Johnson | 1:19-cv-03494 | MATTHEWS & ASSOCIATES | 9/16/2019 | 10/9/2019 |
| Harris, Henry | 1:19-cv-03495 | MATTHEWS & ASSOCIATES | 9/15/2019 | 10/9/2019 |
| Bell, Willard George | 1:19-cv-03496 | MATTHEWS & ASSOCIATES | 9/16/2019 | 10/9/2019 |
| Eghtesadi, Ahmad | 1:19-cv-03505 | MATTHEWS & ASSOCIATES | 9/16/2019 | 10/9/2019 |
| Coy, Ronald J. | 1:19-cv-03506 | MATTHEWS & ASSOCIATES | 9/15/2019 | 10/9/2019 |
| Franklin, Sr, Anthony Eward | 1:19-cv-03507 | MATTHEWS & ASSOCIATES | 9/16/2019 | 10/9/2019 |
| Ledlow, Mike | 1:19-cv-03525 | MATTHEWS & ASSOCIATES | 9/17/2019 | 10/9/2019 |
| Haynes, Marva Ann | 1:19-cv-03526 | MATTHEWS & ASSOCIATES | 9/17/2019 | 10/9/2019 |
| Harvey, Willie Stean | 1:19-cv-03527 | MATTHEWS & ASSOCIATES | 9/19/2019 | 10/9/2019 |

| Vaughn, Edward, Jr. | 1:19-cv-03528 | MATTHEWS & ASSOCIATES | 9/18/2019 | 10/9/2019 |
| --- | --- | --- | --- | --- |
| Jerd, John Douglas | 1:19-cv-03529 | MATTHEWS & ASSOCIATES | 9/18/2019 | 10/9/2019 |
| Zermani, William Rudolph | 1:19-cv-03530 | MATTHEWS & ASSOCIATES | 9/18/2019 | 10/9/2019 |
| Allen, Willie Ruth | 1:19-cv-03559 | MATTHEWS & ASSOCIATES | 9/20/2019 | 10/9/2019 |
| Altman, Garrieth Q. | 1:19-cv-03572 | MATTHEWS & ASSOCIATES | 9/23/2019 | 10/9/2019 |
| Shoffler, Pauline A. | 1:19-cv-03585 | MATTHEWS & ASSOCIATES | 9/23/2019 | 10/9/2019 |
| Meadows, Kimberly | 1:19-cv-03587 | MATTHEWS & ASSOCIATES | 9/23/2019 | 10/9/2019 |
| Houlton, Goldie | 1:19-cv-03624 | MATTHEWS & ASSOCIATES | 9/25/2019 | 10/9/2019 |
| Espinosa, Lillie Mae | 1:19-cv-03625 | MATTHEWS & ASSOCIATES | 9/25/2019 | 10/9/2019 |
| Parker, Aileen | 1:19-cv-03626 | MATTHEWS & ASSOCIATES | 9/25/2019 | 10/9/2019 |
| Bailey, David Scott | 1:19-cv-03686 | MATTHEWS & ASSOCIATES | 9/27/2019 | 10/9/2019 |
| Douglas, Joseph F. | 1:19-cv-03687 | MATTHEWS & ASSOCIATES | 9/27/2019 | 10/9/2019 |
| Rocha, Elizabeth Lisa | 1:19-cv-03704 | MATTHEWS & ASSOCIATES | 9/30/2019 | 10/9/2019 |
| Vann, Mary A. | 1:19-cv-03705 | MATTHEWS & ASSOCIATES | 9/30/2019 | 10/9/2019 |
| Tanner, Calvin Ray | 1:19-cv-03728 | MATTHEWS & ASSOCIATES | 9/30/2019 | 10/9/2019 |
| Cannon, Wanda | 1:19-cv-03744 | MATTHEWS & ASSOCIATES | 10/3/2019 | 10/9/2019 |
| Dailey, McKinley | 1:19-cv-03745 | MATTHEWS & ASSOCIATES | 10/3/2019 | 10/9/2019 |
| Johnson, Jennifer Ann | 1:19-cv-03746 | MATTHEWS & ASSOCIATES | 10/3/2019 | 10/9/2019 |
| Vanorsdale, Larry | 1:19-cv-03747 | MATTHEWS & ASSOCIATES | 10/3/2019 | 10/9/2019 |
| Manson, William R. | 1:19-cv-03748 | MATTHEWS & ASSOCIATES | 10/4/2019 | 10/9/2019 |
| Hess, Lane R. | 1:19-cv-03749 | MATTHEWS & ASSOCIATES | 10/4/2019 | 10/9/2019 |
| Hill, Fred Gregory | 1:19-cv-03787 | MATTHEWS & ASSOCIATES | 10/7/2019 | 11/21/2019 |
| Mogy, Barry Michael | 1:19-cv-03788 | MATTHEWS & ASSOCIATES | 10/7/2019 | 11/21/2019 |
| Zimmerman, Todd L. | 1:19-cv-03789 | MATTHEWS & ASSOCIATES | 10/7/2019 | 11/21/2019 |
| Popham, Tony | 1:19-cv-03790 | MATTHEWS & ASSOCIATES | 10/7/2019 | 11/21/2019 |
| Pleska, Edward A. | 1:19-cv-03791 | MATTHEWS & ASSOCIATES | 10/7/2019 | 11/21/2019 |

| Name | Case No. | Firm | Date | Date |
|---|---|---|---|---|
| Finkelstein, Harvey Leonard [ESTATE] | 1:19-cv-03824 | MATTHEWS & ASSOCIATES | 10/9/2019 | 11/21/2019 |
| Boyd, Curtis Edward | 1:19-cv-03917 | MATTHEWS & ASSOCIATES | 10/14/2019 | 11/21/2019 |
| Reamy, Daniel Harvoy IV | 1:19-cv-03943 | MATTHEWS & ASSOCIATES | 10/17/2019 | 11/21/2019 |
| Ellis, James J. | 1:19-cv-03975 | MATTHEWS & ASSOCIATES | 10/21/2019 | 11/21/2019 |
| Kelsey, Christine Mary | 1:19-cv-04045 | MATTHEWS & ASSOCIATES | 10/28/2019 | 11/21/2019 |
| Sharpe, Peggy Jean | 1:19-cv-04231 | MATTHEWS & ASSOCIATES | 11/15/2019 | 6/17/2020 |
| Smith, Patricia A. | 1:19-cv-04259 | ROBINSON CALCAGNIE, INC. | 11/18/2019 | 12/23/2019 |
| Shields, Karen Louise | 1:19-cv-04333 | MATTHEWS & ASSOCIATES | 11/25/2019 | 12/23/2019 |
| Meehan, James L. | 1:19-cv-04334 | MATTHEWS & ASSOCIATES | 11/25/2019 | 12/23/2019 |
| Cobb, Lisa K. | 1:19-cv-04335 | MATTHEWS & ASSOCIATES | 11/25/2019 | 12/23/2019 |
| Bass, Dereck Sr. | 1:19-cv-04336 | MATTHEWS & ASSOCIATES | 11/25/2019 | 12/23/2019 |
| Gonsiewski, Tina Marie | 1:19-cv-04379 | MATTHEWS & ASSOCIATES | 11/27/2019 | 6/17/2020 |
| Lawson, Donald | 1:19-cv-04380 | MATTHEWS & ASSOCIATES | 11/27/2019 | 12/23/2019 |
| Shatzer, Carolyn Louise | 1:19-cv-04381 | MATTHEWS & ASSOCIATES | 11/27/2019 | 12/23/2019 |
| Jones, Damion Lavon | 1:19-cv-04447 | MATTHEWS & ASSOCIATES | 12/4/2019 | 12/23/2019 |
| Armstrong, Roger Blair | 1:19-cv-04475 | MATTHEWS & ASSOCIATES | 12/6/2019 | 12/23/2019 |
| Freeman, Elizabeth A. | 1:19-cv-04476 | MATTHEWS & ASSOCIATES | 12/6/2019 | 12/23/2019 |
| Jackson, Duvall | 1:19-cv-04524 | MATTHEWS & ASSOCIATES | 12/11/2019 | 6/17/2020 |
| Byers-Opoka, Arlene | 1:19-cv-04525 | MATTHEWS & ASSOCIATES | 12/11/2019 | 6/17/2020 |
| Alexander, Barbara J. | 1:19-cv-04526 | MATTHEWS & ASSOCIATES | 12/11/2019 | 6/17/2020 |
| Jones, Micaela | 1:19-cv-04736 | MATTHEWS & ASSOCIATES | 12/30/2019 | 6/17/2020 |
| Hodge, Karen S. | 1:19-cv-04737 | MATTHEWS & ASSOCIATES | 12/30/2019 | 6/17/2020 |
| Lungren, Patricia May | 1:19-cv-04818 | MATTHEWS & ASSOCIATES | 1/6/2020 | 6/17/2020 |
| Crain, Martha Jo | 1:19-cv-04858 | MATTHEWS & ASSOCIATES | 1/8/2020 | 6/17/2020 |
| Dominguez, Arthur | 1:19-cv-04859 | MATTHEWS & ASSOCIATES | 1/8/2020 | 6/17/2020 |
| George, Robert Milton | 1:19-cv-04860 | MATTHEWS & ASSOCIATES | 1/8/2020 | 6/17/2020 |

| Gill, Yonnette | 1:19-cv-04861 | MATTHEWS & ASSOCIATES | 1/8/2020 | 6/17/2020 |
| --- | --- | --- | --- | --- |
| Hanson, Terrence Mylen | 1:19-cv-04862 | MATTHEWS & ASSOCIATES | 1/8/2020 | 6/17/2020 |
| Pisanelli, Albert Anthony | 1:19-cv-04863 | MATTHEWS & ASSOCIATES | 1/8/2020 | 6/17/2020 |
| Porter, Cathy E. | 1:19-cv-04865 | MATTHEWS & ASSOCIATES | 1/8/2020 | 6/17/2020 |
| Whitten, Darren George | 1:19-cv-04866 | MATTHEWS & ASSOCIATES | 1/9/2020 | 6/17/2020 |
| Newman, April | 1:19-cv-04893 | MATTHEWS & ASSOCIATES | 1/10/2020 | 6/17/2020 |
| Franklin, Yvonne | 1:19-cv-04897 | MATTHEWS & ASSOCIATES | 1/13/2020 | 6/17/2020 |
| Solock, Douglas W. | 1:19-cv-04923 | MATTHEWS & ASSOCIATES | 1/13/2020 | 6/17/2020 |
| Clifton, Mark A. | 1:19-cv-05007 | MATTHEWS & ASSOCIATES | 1/29/2020 | 6/17/2020 |
| Litel, James | 1:19-cv-05030 | MARC J. BERN & PARTNERS, LLP | 1/27/2020 | 6/16/2020 |
| Stewart, Kimberly C. | 1:20-cv-00015 | MATTHEWS & ASSOCIATES | 2/3/2020 | 6/17/2020 |
| Rucker, Janice | 1:20-cv-00072 | RICHARD J. PLEZIA & ASSOCIATES | 2/7/2020 | 6/29/2020 |
| Jenkins, Leverne Charman | 1:20-cv-00500 | MATTHEWS & ASSOCIATES | 3/16/2020 | 6/17/2020 |
| Turner, Gail | 1:20-cv-00501 | MATTHEWS & ASSOCIATES | 3/16/2020 | 6/17/2020 |
| Hinson, Sarah Elizabeth | 1:20-cv-00503 | MATTHEWS & ASSOCIATES | 3/16/2020 | 6/17/2020 |
| Hill, Linda Faye | 1:20-cv-00504 | MATTHEWS & ASSOCIATES | 3/16/2020 | 6/17/2020 |
| De La Haye, Estela Nelida | 1:20-cv-00543 | MATTHEWS & ASSOCIATES | 3/19/2020 | 6/17/2020 |
| Skiera, Jean Marie | 1:20-cv-00588 | MATTHEWS & ASSOCIATES | 3/23/2020 | 6/17/2020 |
| Moore, James Carl | 1:20-cv-00613 | MATTHEWS & ASSOCIATES | 3/25/2020 | 6/17/2020 |
| Crawford, Joyce L. [ESTATE] | 1:20-cv-00677 | MATTHEWS & ASSOCIATES | 3/30/2020 | 6/17/2020 |
| Vasquez, Teresa Marie | 1:20-cv-00687 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |
| Porter, Patrick | 1:20-cv-00688 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |
| Miller, George Edward Jr. | 1:20-cv-00689 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |
| Mack, Mary | 1:20-cv-00690 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |
| Lamb, Corbin | 1:20-cv-00691 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |

| Jones, Merrel | 1:20-cv-00692 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |
| Johnson, Ted | 1:20-cv-00693 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |
| Delariva, Roberto | 1:20-cv-00694 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |
| Ballerine, Lester | 1:20-cv-00695 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |
| Balandra, Donna Marie | 1:20-cv-00696 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |
| Anderson, Ana M. | 1:20-cv-00697 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |
| Shipman, Evelyn Fay | 1:20-cv-00698 | MATTHEWS & ASSOCIATES | 4/1/2020 | 6/17/2020 |

2. Plaintiffs Subject to Dismissal for Lack of Service of Plaintiff Profile Sheet (PPS)

| Case Name | Cause Number | Plaintiff Counsel Firm Name | PPS Due Date | Deficiency Notice |
|---|---|---|---|---|
| Smith, Jeffrey Bruce | 1:19-cv-02752 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/20/2019 |
| Chrisman, Richard Allen | 1:19-cv-02765 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/20/2019 |
| King, Larry Allan | 1:19-cv-02766 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/20/2019 |
| Jackson, Zuleika | 1:19-cv-02768 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/20/2019 |
| Daniels, Barbara R. | 1:19-cv-02775 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/20/2019 |
| Sumner, Sharonda Petrell | 1:19-cv-02867 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/20/2019 |
| Forsyth, John H. | 1:19-cv-02869 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/20/2019 |
| Hunter, Jack Edwin | 1:19-cv-02886 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/20/2019 |
| Roberts, Anthony Ray | 1:19-cv-02938 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/20/2019 |
| Flego, Fred Michael | 1:19-cv-02971 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/20/2019 |
| Smithson, Edgar Lamar | 1:19-cv-03025 | MATTHEWS & ASSOCIATES | 8/19/2019 | 9/20/2019 |
| Seby-Barr, Miriam Sunshine | 1:19-cv-03059 | MATTHEWS & ASSOCIATES | 8/21/2019 | 9/20/2019 |
| Roland, Craig Allen | 1:19-cv-03115 | MATTHEWS & ASSOCIATES | 8/25/2019 | 9/20/2019 |
| Marshall, Virginia D. | 1:19-cv-03116 | MATTHEWS & ASSOCIATES | 8/25/2019 | 9/20/2019 |
| Evans, Sheila Irene | 1:19-cv-03129 | MATTHEWS & ASSOCIATES | 8/26/2019 | 9/20/2019 |

| Lozano, Adela | 1:19-cv-03148 | MATTHEWS & ASSOCIATES | 8/26/2019 | 9/20/2019 |
|---|---|---|---|---|
| Bell, Rochelle Monik | 1:19-cv-03168 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/20/2019 |
| Branch, Ruby Nell | 1:19-cv-03172 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/20/2019 |
| Casey, Meagan Ellizabeth | 1:19-cv-03173 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/20/2019 |
| Parise, Andrea | 1:19-cv-03176 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/20/2019 |
| Plum, Jerry Ruth | 1:19-cv-03177 | MATTHEWS & ASSOCIATES | 8/28/2019 | 9/20/2019 |
| Andrews, Judis Ray | 1:19-cv-03209 | MATTHEWS & ASSOCIATES | 8/30/2019 | 9/20/2019 |
| Johnson, Darrin B. | 1:19-cv-03212 | MATTHEWS & ASSOCIATES | 8/30/2019 | 9/20/2019 |
| Kelley, Harvey | 1:19-cv-03213 | MATTHEWS & ASSOCIATES | 8/30/2019 | 9/20/2019 |
| McKenna, Joseph | 1:19-cv-03236 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/20/2019 |
| Mangold, Raymond | 1:19-cv-03237 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/20/2019 |
| Yarbrough, Reginald Lavan | 1:19-cv-03238 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/20/2019 |
| Hayes, Wanda M. | 1:19-cv-03239 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/20/2019 |
| Moore, Tiwonna R. | 1:19-cv-03240 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/20/2019 |
| Hunter, Richard Stewart | 1:19-cv-03241 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/20/2019 |
| Barbour, Pamela | 1:19-cv-03242 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/20/2019 |
| Clarke, Joan N. | 1:19-cv-03252 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/20/2019 |
| Cooper, Jesse Lee | 1:19-cv-03255 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/20/2019 |
| Moss, Robert Latore | 1:19-cv-03258 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/20/2019 |
| Tuttle, Richard G. | 1:19-cv-03259 | MATTHEWS & ASSOCIATES | 9/2/2019 | 9/20/2019 |
| Smith, Curtis | 1:19-cv-03301 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/20/2019 |
| Hagemann, Charlotte Belle | 1:19-cv-03302 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/20/2019 |
| Kieszkowski, Paul Brian | 1:19-cv-03305 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/20/2019 |
| Hamer, Glenna O. | 1:19-cv-03306 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/20/2019 |
| Stidman, Laverne | 1:19-cv-03307 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/20/2019 |
| Smith, Albert | 1:19-cv-03309 | MATTHEWS & ASSOCIATES | 9/4/2019 | 9/20/2019 |

| | | | | |
|---|---|---|---|---|
| Servidio, Michael | 1:19-cv-03310 | MATTHEWS & ASSOCIATES | 9/5/2019 | 9/20/2019 |
| Gulley, Hubert Glen | 1:19-cv-03359 | MATTHEWS & ASSOCIATES | 9/6/2019 | 9/20/2019 |
| Jones, Renea L. | 1:19-cv-03362 | MATTHEWS & ASSOCIATES | 9/6/2019 | 9/20/2019 |
| O'Connor, Stacy John | 1:19-cv-03378 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/20/2019 |
| Hohman, Richard Gene | 1:19-cv-03380 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/20/2019 |
| Smith, Michael Byron | 1:19-cv-03381 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/20/2019 |
| Cassman, Roger Dean | 1:19-cv-03412 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/20/2019 |
| Holman, Maxine Cola | 1:19-cv-03413 | MATTHEWS & ASSOCIATES | 9/9/2019 | 9/20/2019 |
| Dunagan, Kenneth Ardway | 1:19-cv-03425 | MATTHEWS & ASSOCIATES | 9/11/2019 | 9/20/2019 |
| Galbreath, Michael | 1:19-cv-03427 | MATTHEWS & ASSOCIATES | 9/11/2019 | 9/20/2019 |
| Powers, Jerry | 1:19-cv-03428 | MATTHEWS & ASSOCIATES | 9/11/2019 | 9/20/2019 |
| Sanchez, David S. | 1:19-cv-03472 | MATTHEWS & ASSOCIATES | 9/13/2019 | 9/20/2019 |
| Flynt, Valerie Johnson | 1:19-cv-03494 | MATTHEWS & ASSOCIATES | 9/16/2019 | 9/20/2019 |
| Harris, Henry | 1:19-cv-03495 | MATTHEWS & ASSOCIATES | 9/15/2019 | 9/20/2019 |
| Eghtesadi, Ahmad | 1:19-cv-03505 | MATTHEWS & ASSOCIATES | 9/16/2019 | 9/20/2019 |
| Haynes, Marva Ann | 1:19-cv-03526 | MATTHEWS & ASSOCIATES | 9/17/2019 | 9/30/2019 |
| Harvey, Willie Stean | 1:19-cv-03527 | MATTHEWS & ASSOCIATES | 9/19/2019 | 9/30/2019 |
| Vaughn, Edward, Jr. | 1:19-cv-03528 | MATTHEWS & ASSOCIATES | 9/18/2019 | 9/30/2019 |
| Zermani, William Rudolph | 1:19-cv-03530 | MATTHEWS & ASSOCIATES | 9/18/2019 | 9/30/2019 |
| Altman, Garrieth Q. | 1:19-cv-03572 | MATTHEWS & ASSOCIATES | 9/23/2019 | 9/30/2019 |
| Parker, Aileen | 1:19-cv-03626 | MATTHEWS & ASSOCIATES | 9/25/2019 | 10/15/2019 |
| Rocha, Elizabeth Lisa | 1:19-cv-03704 | MATTHEWS & ASSOCIATES | 9/30/2019 | 10/15/2019 |
| Vann, Mary A. | 1:19-cv-03705 | MATTHEWS & ASSOCIATES | 9/30/2019 | 10/15/2019 |
| Tanner, Calvin Ray | 1:19-cv-03728 | MATTHEWS & ASSOCIATES | 9/30/2019 | 10/15/2019 |
| Cannon, Wanda | 1:19-cv-03744 | MATTHEWS & ASSOCIATES | 10/3/2019 | 10/15/2019 |
| Johnson, Jennifer Ann | 1:19-cv-03746 | MATTHEWS & ASSOCIATES | 10/3/2019 | 10/15/2019 |

| | | | | |
|---|---|---|---|---|
| Vanorsdale, Larry | 1:19-cv-03747 | MATTHEWS & ASSOCIATES | 10/3/2019 | 10/15/2019 |
| Manson, William R. | 1:19-cv-03748 | MATTHEWS & ASSOCIATES | 10/4/2019 | 10/15/2019 |
| Hess, Lane R. | 1:19-cv-03749 | MATTHEWS & ASSOCIATES | 10/4/2019 | 10/15/2019 |
| Hill, Fred Gregory | 1:19-cv-03787 | MATTHEWS & ASSOCIATES | 10/7/2019 | 10/15/2019 |
| Mogy, Barry Michael | 1:19-cv-03788 | MATTHEWS & ASSOCIATES | 10/7/2019 | 10/15/2019 |
| Popham, Tony | 1:19-cv-03790 | MATTHEWS & ASSOCIATES | 10/7/2019 | 10/15/2019 |
| Finkelstein, Harvey Leonard [ESTATE] | 1:19-cv-03824 | MATTHEWS & ASSOCIATES | 10/9/2019 | 10/15/2019 |
| Walker, Daree | 1:19-cv-03828 | REICH & BINSTOCK, LLP | 10/10/2019 | 12/12/2019 |
| Reamy, Daniel Harvoy IV | 1:19-cv-03943 | MATTHEWS & ASSOCIATES | 10/17/2019 | 11/25/2019 |
| Ellis, James J. | 1:19-cv-03975 | MATTHEWS & ASSOCIATES | 10/21/2019 | 11/25/2019 |
| Kelsey, Christine Mary | 1:19-cv-04045 | MATTHEWS & ASSOCIATES | 10/28/2019 | 11/25/2019 |
| Sharpe, Peggy Jean | 1:19-cv-04231 | MATTHEWS & ASSOCIATES | 11/15/2019 | 11/25/2019 |
| Shields, Karen Louise | 1:19-cv-04333 | MATTHEWS & ASSOCIATES | 11/25/2019 | 1/6/2020 |
| Meehan, James L. | 1:19-cv-04334 | MATTHEWS & ASSOCIATES | 11/25/2019 | 1/6/2020 |
| Cobb, Lisa K. | 1:19-cv-04335 | MATTHEWS & ASSOCIATES | 11/25/2019 | 1/6/2020 |
| Bass, Dereck Sr. | 1:19-cv-04336 | MATTHEWS & ASSOCIATES | 11/25/2019 | 1/6/2020 |
| Gonsiewski, Tina Marie | 1:19-cv-04379 | MATTHEWS & ASSOCIATES | 11/27/2019 | 1/6/2020 |
| Lawson, Donald | 1:19-cv-04380 | MATTHEWS & ASSOCIATES | 11/27/2019 | 1/6/2020 |
| Shatzer, Carolyn Louise | 1:19-cv-04381 | MATTHEWS & ASSOCIATES | 11/27/2019 | 1/6/2020 |
| Jones, Damion Lavon | 1:19-cv-04447 | MATTHEWS & ASSOCIATES | 12/4/2019 | 1/6/2020 |
| Armstrong, Roger Blair | 1:19-cv-04475 | MATTHEWS & ASSOCIATES | 12/6/2019 | 1/6/2020 |
| Freeman, Elizabeth A. | 1:19-cv-04476 | MATTHEWS & ASSOCIATES | 12/6/2019 | 1/6/2020 |
| Jackson, Duvall | 1:19-cv-04524 | MATTHEWS & ASSOCIATES | 12/11/2019 | 1/6/2020 |
| Byers-Opoka, Arlene | 1:19-cv-04525 | MATTHEWS & ASSOCIATES | 12/11/2019 | 1/6/2020 |
| Alexander, Barbara J. | 1:19-cv-04526 | MATTHEWS & ASSOCIATES | 12/11/2019 | 1/6/2020 |
| Jones, Micaela | 1:19-cv-04736 | MATTHEWS & ASSOCIATES | 12/30/2019 | 1/6/2020 |

| Name | Case Number | Firm | Date 1 | Date 2 |
|---|---|---|---|---|
| Hodge, Karen S. | 1:19-cv-04737 | MATTHEWS & ASSOCIATES | 12/30/2019 | 1/6/2020 |
| Lungren, Patricia May | 1:19-cv-04818 | MATTHEWS & ASSOCIATES | 1/6/2020 | 3/23/2020 |
| Torres, Victoria | 1:19-cv-04841 | REICH & BINSTOCK, LLP | 1/8/2020 | 3/23/2020 |
| Crain, Martha Jo | 1:19-cv-04858 | MATTHEWS & ASSOCIATES | 1/8/2020 | 3/23/2020 |
| Dominguez, Arthur | 1:19-cv-04859 | MATTHEWS & ASSOCIATES | 1/8/2020 | 3/23/2020 |
| George, Robert Milton | 1:19-cv-04860 | MATTHEWS & ASSOCIATES | 1/8/2020 | 3/23/2020 |
| Gill, Yonnette | 1:19-cv-04861 | MATTHEWS & ASSOCIATES | 1/8/2020 | 3/23/2020 |
| Hanson, Terrence Mylen | 1:19-cv-04862 | MATTHEWS & ASSOCIATES | 1/8/2020 | 3/23/2020 |
| Pisanelli, Albert Anthony | 1:19-cv-04863 | MATTHEWS & ASSOCIATES | 1/8/2020 | 3/23/2020 |
| Porter, Cathy E. | 1:19-cv-04865 | MATTHEWS & ASSOCIATES | 1/8/2020 | 3/23/2020 |
| Whitten, Darren George | 1:19-cv-04866 | MATTHEWS & ASSOCIATES | 1/9/2020 | 3/23/2020 |
| Newman, April | 1:19-cv-04893 | MATTHEWS & ASSOCIATES | 1/10/2020 | 3/23/2020 |
| Franklin, Yvonne | 1:19-cv-04897 | MATTHEWS & ASSOCIATES | 1/13/2020 | 3/23/2020 |
| Solock, Douglas W. | 1:19-cv-04923 | MATTHEWS & ASSOCIATES | 1/13/2020 | 3/23/2020 |
| Jackson, Rona | 1:19-cv-04983 | MARC J. BERN & PARTNERS, LLP | 1/20/2020 | 3/23/2020 |
| Clifton, Mark A. | 1:19-cv-05007 | MATTHEWS & ASSOCIATES | 1/29/2020 | 3/23/2020 |
| James, Paula Y. | 1:19-cv-05015 | MARC J. BERN & PARTNERS, LLP | 1/22/2020 | 3/23/2020 |
| Magnelli, Linda | 1:19-cv-05071 | MARC J. BERN & PARTNERS, LLP | 1/30/2020 | 3/23/2020 |
| Morales, Juan | 1:20-cv-00005 | MARC J. BERN & PARTNERS, LLP | 2/3/2020 | 3/23/2020 |
| Stewart, Kimberly C. | 1:20-cv-00015 | MATTHEWS & ASSOCIATES | 2/3/2020 | 3/23/2020 |
| Perrine, Cindie | 1:20-cv-00018 | MARC J. BERN & PARTNERS, LLP | 2/3/2020 | 3/23/2020 |
| Rathbun, Dan | 1:20-cv-00031 | MARC J. BERN & PARTNERS, LLP | 2/5/2020 | 3/23/2020 |

| Rucker, Janice | 1:20-cv-00072 | RICHARD J. PLEZIA & ASSOCIATES | 2/7/2020 | 3/23/2020 |
|---|---|---|---|---|
| Jenkins, Leverne Charman | 1:20-cv-00500 | MATTHEWS & ASSOCIATES | 3/16/2020 | 4/29/2020 |
| Turner, Gail | 1:20-cv-00501 | MATTHEWS & ASSOCIATES | 3/16/2020 | 4/29/2020 |
| Hinson, Sarah Elizabeth | 1:20-cv-00503 | MATTHEWS & ASSOCIATES | 3/16/2020 | 4/29/2020 |
| Hill, Linda Faye | 1:20-cv-00504 | MATTHEWS & ASSOCIATES | 3/16/2020 | 4/29/2020 |
| De La Haye, Estela Nelida | 1:20-cv-00543 | MATTHEWS & ASSOCIATES | 3/19/2020 | 4/29/2020 |
| Skiera, Jean Marie | 1:20-cv-00588 | MATTHEWS & ASSOCIATES | 3/23/2020 | 4/29/2020 |
| Moore, James Carl | 1:20-cv-00613 | MATTHEWS & ASSOCIATES | 3/25/2020 | 4/29/2020 |
| Crawford, Joyce L. [ESTATE] | 1:20-cv-00677 | MATTHEWS & ASSOCIATES | 3/30/2020 | 4/29/2020 |
| Vasquez, Teresa Marie | 1:20-cv-00687 | MATTHEWS & ASSOCIATES | 4/1/2020 | 4/29/2020 |
| Porter, Patrick | 1:20-cv-00688 | MATTHEWS & ASSOCIATES | 4/1/2020 | 4/29/2020 |
| Miller, George Edward Jr. | 1:20-cv-00689 | MATTHEWS & ASSOCIATES | 4/1/2020 | 4/29/2020 |
| Lamb, Corbin | 1:20-cv-00691 | MATTHEWS & ASSOCIATES | 4/1/2020 | 4/29/2020 |
| Jones, Merrel | 1:20-cv-00692 | MATTHEWS & ASSOCIATES | 4/1/2020 | 4/29/2020 |
| Johnson, Ted | 1:20-cv-00693 | MATTHEWS & ASSOCIATES | 4/1/2020 | 4/29/2020 |
| Delariva, Roberto | 1:20-cv-00694 | MATTHEWS & ASSOCIATES | 4/1/2020 | 4/29/2020 |
| Ballerine, Lester | 1:20-cv-00695 | MATTHEWS & ASSOCIATES | 4/1/2020 | 4/29/2020 |
| Balandra, Donna Marie | 1:20-cv-00696 | MATTHEWS & ASSOCIATES | 4/1/2020 | 4/29/2020 |
| Anderson, Ana M. | 1:20-cv-00697 | MATTHEWS & ASSOCIATES | 4/1/2020 | 4/29/2020 |
| Shipman, Evelyn Fay | 1:20-cv-00698 | MATTHEWS & ASSOCIATES | 4/1/2020 | 4/29/2020 |
| Montgomery, Christopher | 1:20-cv-00725 | MARC J. BERN & PARTNERS, LLP | 4/6/2020 | 4/29/2020 |
| Flowers, Mitchell R. | 1:20-cv-00894 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | 6/4/2020 | 6/15/2020 |
| Glaude, Nicholas J. | 1:20-cv-00913 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | 6/4/2020 | 6/15/2020 |

| Jones, Marion | 1:20-cv-01142 | KIRKENDALL DWYER LLP | 7/3/2020 | 5/21/2020 |
| --- | --- | --- | --- | --- |
| Jones, Michael | 1:20-cv-01143 | KIRKENDALL DWYER LLP | 7/3/2020 | 5/21/2020 |
| Hopson, Robert | 1:20-cv-01203 | THE GALLAGHER LAW FIRM PLLC | 6/19/2020 | 6/29/2020 |
| Tillman, Marilyn | 1:20-cv-01666 | DALIMONTE RUEB STOLLER LLP | 7/20/2020 | 7/29/2020 |
| Stone, Kristofher Adamm | 1:20-cv-01668 | DALIMONTE RUEB STOLLER LLP | 7/20/2020 | 7/29/2020 |

As outlined by CMO No. 4, the Plaintiffs above should not file a response to Defendants' Notice of Non-Compliance, but are directed to submit their required PPS or CCF to Defendants at CookFilterMDL@FaegreDrinker.com within fourteen (14) days of the date this Notice of Non-Compliance is filed.  (CMO No. 4, ¶ 3).

Defendants will notify the Court if any Plaintiff listed above fails to cure their deficiencies within fourteen (14) days, to effectuate the dismissal by the Court pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's Order. *Id.*

Dated:  August 18, 2020

    Respectfully Submitted,

    /s/Kip S.M. McDonald
    Andrea Roberts Pierson
    Jessica Benson Cox
    Kip S.M. McDonald
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Andrea.Pierson@Faegredrinker.com
    Jessica.Cox@Faegredrinker.com
    Kip.McDonald@Faegredrinker.com

        James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@Faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020, a copy of the foregoing Notice of Non-Compliance was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Kip S.M. McDonald