# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTHERN INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § Case No. 1:14-ml-2570-RLY-TAB <br> § MDL No. 2570 <br> § |
| This Document Relates to Plaintiff: <br><br> Jaime A Jaime, <br><br> Plaintiff, <br><br> v. <br><br> Cook Incorporated, Cook Medical LLC, and William Cook Europe APS <br><br> Defendants. | § Case No. 1:20-cv-01882-JMS-MJD <br> § <br> § **Order on Motion for Leave to** <br> § **Amend Complaint** <br> § |

Considering the parties' Motion for Leave to Amend Complaint of Jaime A Jaime.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint filed by Jaime A Jaime is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 8/19/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record.