IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff(s):

Linda Kelley

Civil Case # 1:19-cv-1662

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

IT IS ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED. Terry W. Kelley, Sr., as spouse on behalf of the Linda Kelley, is substituted as Plaintiff in the above referenced action.

Date: 8/20/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.