UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

CONRAD KUHNS,
Case No.: 1:20-cv-00571-RLY-TAB

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PLAINTIFF AND TO FILE AMENDED SHORT FORM COMPLAINT

On August 5, 2020, Plaintiff filed a Suggestion of Death triggering the ninety-day period provided by the Federal Rules of Civil Procedure 25 to substitute a plaintiff in this action. Contemporaneously filed therewith, Plaintiff filed a Motion for Substitution of Plaintiff due to the death of Plaintiff Conrad Kuhns.

Having reviewed the Motion for Substitution of Natalie T. Booth, special administrator of the Estate of Conrad Kuhns, deceased, the Court finds good cause to substitute Natalie T. Booth for Plaintiff Conrad Kuhns.

IT IS HEREBY ORDERED that Plaintiff's Motion for the Substitution of Plaintiff is GRANTED and Natalie T. Booth is substituted for Plaintiff Conrad Kuhns.

IT IS FURTHER ORDERED that the Motion for Leave to file First Amended Short Form Complaint is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 8/20/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record.