IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

RAMONA SEGARS

Civil Case # <u>1:19-cv-4825</u>

## ORDER

The Court having duly considered Unopposed Motion for Leave to Amend the Complaint filed by Ramona Segars is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record in this matter.

Date: 8/20/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of
record via ECF.