IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Betty McCoy

Civil Case # 1:19-cv-04599; 1:19-cv-06101

## MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A) and Fed. R. Civ. P. 5.2, Plaintiff Betty McCoy respectfully moves the Court to maintain under seal Exhibit A, B, and C to Plaintiff's Response to Cook Defendant's Motion to Dismiss Duplicative Filings (filed August 20, 2020, DN 14055) which references the original Motion (DN 14054). In support of this Motion, Plaintiff states the exhibits are medical records and correspondence with Defense counsel that may have information about other plaintiffs not privy to this case, which contains Personal Medical Information of the Plaintiff.

A proposed order is attached hereto.

Dated: June 30, 2020.

Respectfully submitted,

**Tautfest Bond, PLLC**

/s/Jessica Glitz
Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000,
Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
jglitz@tbtorts.com

1

mbond@tbtorts.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Jessica Glitz*
Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000,
Dallas, TX 75254
Telephone: (214) 617-9998
Fax: (214) 853-4281
jglitz@tbtorts.com
mbond@tbtorts.com
*Counsel for Plaintiff*
