IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
  Betty McCoy

Civil Case #1:19-cv-04599; 1:19-cv-06101

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

ON THIS DAY came for consideration Plaintiff's Motion to Maintain Document Under Seal **Exhibit A, B, and C [Dkt. No. 14055]** to Plaintiff's Response to Cook Defendants' Motion to Dismiss Duplicative Filings **[Dkt. No. 14054]** Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that **Exhibit A, B, and C [Dkt. No. 14055]** to the Plaintiff's Response to Cook Defendants' Motion to Dismiss Duplicative Filings **[Dkt. No. 14054]** is to be maintained under seal.

Dated this ___ of _____, 2020.


SO ORDERED: _____

1