IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Maxine C. Holman, 1:19-cv-03413
Linda F. Hill, 1:20-cv-00504

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned cases are dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiffs may refile their cases in the Southern District of Indiana.[1] If Plaintiffs refile their cases in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

By: */s/ David P. Matthews*
David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX  77098
Telephone:  (713) 522-5250
Facsimile:   (713) 535-7136
dmatthews@thematthewslawfirm.com

*Counsel for Plaintiff*

Dated: August 21, 2020

By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian, Suite 2500
Indianapolis, IN  46204
Tel: (317) 237-0300
Fax: 317-237-1000
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: August 21, 2020

---

[1] The Cook Defendants expressly preserve their arguments that any current and future injuries may be barred by the statute of repose.

US.129058046.01