IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Betty McCoy_____

 Civil Case # 1:19-cv-04599; 1:19-cv-06101_____

## SECOND MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A) and Fed. R. Civ. P. 5.2, Plaintiff Betty McCoy respectfully moves the Court to maintain under seal Exhibit A and B to Plaintiff's Response to Cook Defendant's Motion to Dismiss Duplicative Filings (filed August 20, 2020, DN 14055) which references the original Motion (DN 14054). Exhibit C was inadvertently filed under seal. The Plaintiff amends her first request and asks that Exhibit C's redactions be accepted under seal in support of this Motion. Plaintiff states Exhibits A and B are portions of the Plaintiff's medical records and production of the records would be in violation of HIPPA laws. Exhibit C is correspondence with Defense counsel regarding the Plaintiff and another Plaintiff in this MDL who is not a party to this motion. The portions redacted only involve the Plaintiff not privy to this motion. Please see attached Plaintiff's revised Exhibit C with redactions only.

A proposed order is attached hereto.

1

Dated: August 21, 2020.

                    Respectfully submitted,

                    **Tautfest Bond, PLLC**

                    */s/ Jessica Glitz*
                    Jessica Glitz TX No. 24076095
                    Monte Bond TX No. 02585625
                    */s/Jessica Glitz*
                    Tautfest Bond, PLLC
                    5151 Belt Line Rd., Suite 1000,
                    Dallas, TX 75254
                    Telephone: (214) 617-9998
                    Facsimile: (214) 853-4281
                    jglitz@tbtorts.com
                    mbond@tbtorts.com
                    ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                    */s/ Jessica Glitz*
                    Tautfest Bond, PLLC
                    5151 Belt Line Rd., Suite 1000,
                    Dallas, TX 75254
                    Telephone: (214) 617-9998
                    Fax: (214) 853-4281
                    jglitz@tbtorts.com
                    mbond@tbtorts.com
                    ***Counsel for Plaintiff***