## Jessica Glitz

**Subject:** FW: Cook Filter - Duplicate Cases and Complaint Deadline

---

**From:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Sent:** Wednesday, May 6, 2020 9:41 AM
**To:** Jessica Glitz <JGlitz@tbtorts.com>
**Cc:** Evelin Martinez <emartinez@tbtorts.com>; Danner, Michelle R. <michelle.danner@faegredrinker.com>; McDonald, Kip S.M. <kip.mcdonald@faegredrinker.com>
**Subject:** RE: Cook Filter - Duplicate Cases and Complaint Deadline

Jessica, following up on the below, as it appears both cases remain pending.  For clarity, and I thought we discussed this on the phone but please correct me if that is not how you remember this, we do not agree.  There are, however, still two cases pending.  Please feel free to give me a call if that would be helpful to resolve this issue.

Blake

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP
*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients*.

---

**From:** Jessica Glitz <JGlitz@tbtorts.com>
**Sent:** Wednesday, March 18, 2020 8:33 AM
**To:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Cc:** Evelin Martinez <emartinez@tbtorts.com>
**Subject:** RE: Cook Filter - Duplicate Cases and Complaint Deadline

Blake,

Good Morning, hope you're having a good Wednesday. I think there is some confusion. I just want to make sure we are in agreement as to our  firm's stance in this rare circumstance. Our stance is that by us agreeing to dismiss the NC transferred case, Ms. McCoy is now not implying in any way that she now is waiving her Lexecon rights. Judge Young has ruled already that Lexecon rights for cases filed between May 31, 2017- October 29, 2019 are not waived and a direct filing order was assumed. Ms. McCoy's case was filed  on 9/30/2019 within the time set out in Judge Young's  order on February 24, 2020. Therefore, we just want to make sure due to these circumstances that we are all on the same page as to Judge Young's decision and Ms. McCoy's position. Our firm will continue to follow Judge Young's order and understand that this is a strange circumstance and cases filed after October 29, 2020, there is no assumed direct filing order.  Please call me if you would like to discuss this further. Thanks!

Best Regards,

Jessica Glitz



**214.617.9980**
**5151 Belt Line Rd.**
**Ste 1000**
**Dallas, Texas 75254**

---

**From:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Sent:** Tuesday, March 17, 2020 5:14 PM
**To:** Jessica Glitz <JGlitz@tbtorts.com>
**Cc:** Evelin Martinez <emartinez@tbtorts.com>
**Subject:** RE: Cook Filter - Duplicate Cases and Complaint Deadline

Thanks Jessica, we cannot agree to anything regarding Lexecon.

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP
*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker) -** a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients*.

---

**From:** Jessica Glitz <JGlitz@tbtorts.com>
**Sent:** Tuesday, March 03, 2020 1:38 PM
**To:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Cc:** Evelin Martinez <emartinez@tbtorts.com>
**Subject:** RE: Cook Filter - Duplicate Cases and Complaint Deadline

Blake,

Thank you, you are agreeable to everything else below, regarding Lexecon etc.?

Best Regards,

Jessica Glitz



**214.617.9980**
**5151 Belt Line Rd.**
**Ste 1000**
**Dallas, Texas 75254**

---

**From:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Sent:** Tuesday, March 3, 2020 1:36 PM

**To:** Jessica Glitz <JGlitz@tbtorts.com>
**Cc:** Evelin Martinez <emartinez@tbtorts.com>
**Subject:** Re: Cook Filter - Duplicate Cases and Complaint Deadline

**Blake A. Angelino** | blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP

*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

On Mar 2, 2020, at 9:52 AM, Jessica Glitz <JGlitz@tbtorts.com> wrote:

Blake,

Thanks for being patient on this. Thanks for the call on Thursday. We are amendable to dismissing the NC transferred case and leaving the complaint filed on 9/30/2019, 1:19-cv-4075. We are not waiving her Lexecon rights in this case, but only dismissing due to duplicate filings, as per Judge Young's ruling (North Carolina Law) still applies to Ms. McCoy's case. ███████████████████████████████████████ ███████████████, we will file that dismissal based on duplicate filings today or are you filing a few other ones for other firms. Let me know what is best.

Best Regards,

Jessica Glitz
<image001.jpg>
**214.617.9980**
**5151 Belt Line Rd.**
**Ste 1000**
**Dallas, Texas 75254**

**From:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Sent:** Thursday, February 27, 2020 3:15 PM
**To:** Jessica Glitz <JGlitz@tbtorts.com>
**Subject:** RE: Cook Filter - Duplicate Cases and Complaint Deadline

Good afternoon Jessica,

Two things.  First, it looks like your first filed two complaints on behalf of the same plaintiff, one was transferred into the MDL, can you please let me know which one of these cases you will dismiss?  The plaintiff is Betty McCoy, the complaint filed in the SDIN is case no 1:19-cv-4075, the case filed in North Carolina and transferred is 19-cv-6101.