IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Betty McCoy

Civil Case #1:19-cv-04599; 1:19-cv-06101

### ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

ON THIS DAY came for consideration Plaintiff's Motion to Maintain Document Under Seal **Exhibit A & B [Dkt. No. 14055]** to Plaintiff's Response to Cook Defendants' Motion to Dismiss Duplicative Filings **[Dkt. No. 14054]** Plaintiff's **Exhibit C** to Plaintiff's Response to Cook Defendants' Motion to Dismiss Duplicative Filings will be allowed to maintain as redacted. Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that **Exhibit A, & B [Dkt. No. 14055]** to the Plaintiff's Response to Cook Defendants' Motion to Dismiss Duplicative Filings **[Dkt. No. 14054]** is to be maintained under seal and the redactions of **Exhibit C** are accepted.

Dated this ___ of _____, 2020.

SO ORDERED: _____