# EXHIBIT A

# EXHIBIT A

### Nebraska Plaintiffs

| Plaintiff | Case No. | Lead Counsel | Placement Date | Filing Date | Time Elapsed Before Filing |
|---|---|---|---|---|---|
| **Hill, Rex** | 1:18-cv-04621 | Kirkendall Dwyer LLP | December 9, 2006 | December 20, 2018 | 12 years, 0 months, 11 days |
| **Litel, James** | 1:17-cv-02272 | Marc J. Bern & Partners, LLP | January 1, 2002 | December 26, 2019 | 17 years. 11 months, 25 days |

US.128599551.01