# EXHIBIT A

# EXHIBIT A

**North Carolina Plaintiffs**

| Plaintiff | Case No. | Lead Counsel | Placement Date | Filing Date | Time Elapsed Before Filing |
|---|---|---|---|---|---|
| **Rhodes, Roland** | 1:17-cv-01467 | Baron & Budd, P.C. | October 31, 2004 | May 5, 2017 | 12 years, 6 months, 5 days |
| **Vinson, Bridget** | 1:17-cv-02051 | Matthews & Associates | February 10, 2004 | June 16, 2017 | 13 years, 4 months, 6 days |
| **Wells, Marian** | 1:17-cv-02053 | Matthews & Associates | November 19, 2004 | June 16, 2017 | 12 years, 6 months, 28 days |
| **Hackworth, Melissa** | 1:17-cv-02476 | Murray Law Firm | February 14, 2003 | July 21, 2017 | 14 years, 5 months, 3 days |
| **McLean, Karene** | 1:17-cv-03108 | Hare, Wynn, Newell & Newton, LLP | May 18, 2004 | September 7, 2017 | 13 years, 3 months, 20 days |
| **Wilson, Marie** | 1:17-cv-03337 | Richard J. Plezia & Associates | January 25, 1995 | September 20, 2017 | 22 years, 7 months, 26 days |
| **Woods, Beverly** | 1:19-cv-03095 | Dalimonte Rueb Law Group, LLC | September 27, 2006 | July 23, 2019 | 12 years, 9 months, 26 days |
| **Johnson, Jerome** | 1:19-cv-03248 | | July 27, 2001 | August 2, 2019 | 18 years, 0 months, 6 days |
| **Barnes-Thomas, Vickie** | 1:19-cv-03610 | McSweeney Langevin LLC | May 24, 2007 | August 26, 2019 | 12 years, 3 months, 2 days |

US.128599551.01