# EXHIBIT A

# EXHIBIT A

## Oregon Plaintiffs

| Plaintiff | Case No. | Lead Counsel | Placement Date | Filing Date | Time Elapsed Before Filing |
|---|---|---|---|---|---|
| **Denton, Gregory** | 1:16-cv-01140 | Gori Julian & Associates | December 19, 2003 | May 6, 2016 | 12 years, 4 months, 17 days |
| **Palmer, Leroy** | 1:17-cv-02272 | Hausfeld, LLP | June 15, 2004 | July 25, 2018 | 14 years, 1 month, 10 days |
| **Sons, Andrea** | 1:18-cv-03422 | Martin Baughman, LLP | March 3, 2006 | November 5, 2018 | 12 years, 8 months, 2 days |
| **Jones, Renea** | 1:19-cv-03362 | Matthews & Associates, LLP | June 7, 2007 | August 7, 2019 | 12 years, 2 months, 0 days |
| **Cortez, Valerie** | 1:20-cv-00896 | Dalimonte Rueb Law Group, LLC | December 14, 2006 | March 9, 2020 | 13 years, 3 months, 5 days |

US.128599551.01