IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Estate of Timothy Krengel,<br><br>Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>Defendants. | Case No. 1:18-cv-01594-TWP-MPB<br><br>**Motion for Leave to Amend Complaint** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully move this Court for an Order to amend the Short Form Complaint filed on 05/25/2018, with consent from Defense to amend.

1. Plaintiff respectfully seeks leave to file the attached short form complaint to correct an issue in item number 14. Counsel will be removing counts VIII, IX, and X from the complaint.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filling of this motion.

Based on the foregoing, Plaintiff respectfully requests that this Court grant Plaintiff's motion for leave to amend her Complaint and enter the attached Second Amended Short Form Complaint.

Date: August 24, 2020.

        Respectfully submitted,

        **JOHNSON LAW GROUP**

        /s/ Basil Adham_____
        Basil Adham, (TX Bar No.24081742)
        2925 Richmond Ave, Suite 1700
        Houston, TX 77098
        Telephone: (713) 626-9336
        Facsimile: (713) 583-9460
        E-mail: ivc@johnsonlawgroup.com
        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August 2020, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

        /s/ Basil Adham_____