**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to the Following Actions:

Case Nos.
Baker, Daniel, 1:20-cv-00487
Baker, Daniel, 1:20-cv-06167

Bryant, Robert, 1:19-cv-04599
Bryant, Robert, 1:20-cv-06156

Schneibel-Gillick, Kathleen and Morris, James, 1:20-cv-00187
Schneibel-Gillick, Kathleen and Morris, James, 1:20-cv-06168

_____

**EXHIBIT A**
**TO**
**REPLY IN SUPPORT OF**
**MOTION TO DISMISS DUPLICATIVE FILINGS**

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Tuesday, July 07, 2020 4:39 PM |
| **To:** | Ron Orlando |
| **Cc:** | McDonald, Kip S.M.; Cox, Jessica Benson |
| **Subject:** | RE: Cook IVC cases  Daniel Baker, Robert Bryant, Schneibel-Gillick |

Good evening Ron,

We do not agree to consolidate discovery for the cases your firm has filed a second time.  As you know, your firm is currently maintaining multiple cases on behalf of the same plainitff. Please dismiss one of the duplicate cases as to each of the plaintiffs listed below, otherwise we will pursue motion practice as to the duplicate matters.  Please let us know by **Friday, July 10**, if you will be dismissing one of the duplicate cases for these plaintiffs.

- Baker, Daniel
- Bryant, Robert
- Schneibel-Gillick, Kathleen and Morris, James

**Blake A. Angelino**
Associate
*Admitted to Practice in Ohio; Illinois*
blake.angelino@faegredrinker.com
Connect: vCard

+1 312 356 5145 direct

**Faegre Drinker Biddle & Reath LLP**
311 S. Wacker Drive, Suite 4300
Chicago, Illinois 60606, USA

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*