IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to Plaintiff(s)

MOLLY GUITHUES

PLAINTIFF

Vs.

COOK INCORPORATED;
COOK MEDICAL LLC; AND
WILLIAM COOK EUROPE APS,
DEFENDANTS

Civil Case # 1:20-cv-1885

## ORDER GRANTING MOTION TO WITHDRAW

The Court having considered Plaintiff's Motion for Withdrawal of Appearance

of Jonathan M. Sedgh, and for good cause shown, it is hereby GRANTED.

**IT IS HEREBY ORDERED** that Jonathan M. Sedgh shall be removed from the docket

as counsel of record for Plaintiff in this matter.  David L. Rosenband and Brendan A.

McDonough will remain as counsel for the Plaintiff.

Date: 8/24/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.