UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Eddie C. Burrage 1:18-cv-00273-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER GRANTING THE COOK DEFENDANTS' REQUEST FOR COSTS**

On June 5, 2020, Plaintiff Eddie C. Burrage filed a Motion to Dismiss[1] his bellwether case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). That rule provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the Court considers fair."

After hearing argument from counsel at the status conference held on July 30, 2020, the court granted Plaintiff's Motion to Dismiss with prejudice and took the Cook Defendants' request for sanctions under advisement. Based on the arguments of counsel, the parties' submissions, the record, and the applicable law, the court finds the Cook

---

[1] *Burrage* is the second bellwether case represented by the Nations Law Firm which has been dismissed on Plaintiffs' motion. (*See* Filing Nos. 13354, 13894).

1

Defendants should be reimbursed the costs incurred in connection with the *Burrage* bellwether case.

**IT IS THEREFORE ORDERED** that Plaintiff shall pay all costs incurred by the Cook Defendants in preparation of the *Burrage* case between August 21, 2019, the day the court designated the *Burrage* case for a bellwether trial, and June 5, 2020, the date Plaintiff filed his motion for voluntary dismissal with prejudice.

**IT IS FURTHER ORDERED** that on or before September 8, 2020, the Cook Defendants shall file an itemized list of the costs incurred in the preparation of the *Burrage* case between August 21, 2019, and June 5, 2020.  Any objection to the Cook Defendants' costs shall be filed on or before September 22, 2020, and any reply shall be filed on or before September 29, 2020.

**SO ORDERED** this 25th day of August 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.