IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Sophia L. Anderson as Proposed Administrator of Charles Walter Catty Jr. | Civil Action No.: 1:20-cv-00668 |

### NOTICE OF WITHDRAWAL MOTION TO MAINTAIN DOCUMENT UNDER SEAL [DKT. 13834 and DKT. 14057]

The undersigned counsel hereby withdraws the Motion to Maintain Document Under Seal (Dkt 13834, filed on July 21, 2020, and Dkt 14057, filed on August 20, 2020). Plaintiff's counsel has filed and submitted a redacted copy of a Death Certificate (Dkt. 14085) and a Motion to Maintain Under Seal Dkt. Nos. 13686-1, 13833, and 14048.

Dated: August 25, 2020

Respectfully submitted,

/s/ Debra J. Humphrey
Debra J. Humphrey, Esq.
MARC J. BERN & PARTNERS LLP
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Debra J. Humphrey
Debra J. Humphrey

*Counsel for Plaintiff(s)*