IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Betty McCoy

 Civil Case # 1:19-cv-04599; 1:19-cv-06101

## MOTION TO WITHDRAW FIRST MOTION TO MAINTAIN DOCUMENT UNDER SEAL

The undersigned counsel herby withdraws Plaintiff's first Motion to Maintain Documents Under Seal **[dkt. 14056]**, filed August 20, 2020. Plaintiff has filed a Second Motion to Maintain Under Seal **[dkt. 14062]** relating to Plaintiff's Motion in Opposition to Motion to Dismiss Duplicative Filings **[dkt. 14054]**.

A proposed order is attached hereto.

Dated: August 25, 2020.

Respectfully submitted,

**Tautfest Bond, PLLC**

/s/ Jessica Glitz
Jessica Glitz TX No. 24076095
Monte Bond TX No. 02585625
/s/Jessica Glitz
Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000,
Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
jglitz@tbtorts.com
mbond@tbtorts.com
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

>  /s/ Jessica Glitz
>  Tautfest Bond, PLLC
>  5151 Belt Line Rd., Suite 1000,
>  Dallas, TX 75254
>  Telephone: (214) 617-9998
>  Fax: (214) 853-4281
>  jglitz@tbtorts.com
>  mbond@tbtorts.com
>  **Counsel for Plaintiff**