IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Betty McCoy

Civil Case #1:19-cv-04599; 1:19-cv-06101

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW 1ST MOTION MAINTAIN DOCUMENTS UNDER SEAL

ON THIS DAY came for consideration Plaintiff's First Motion to Maintain Document Under Seal **[Dkt. No. 14056]** to Plaintiff's Response to Cook Defendants' Motion to Dismiss Duplicative Filings **[Dkt. No. 14054]**

IT IS THEREFORE ORDERED that Plaintiff's First Motion to Maintain Documents Under Seal is withdrawn.

Dated this ___ of _____, 2020.


SO ORDERED: _____