IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Theodora J. Roach, Individually and as

Administrator of the Estate of Vilma T. Roach (Deceased)

Civil Case # 1:19-cv-03786-RLY-TAB

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff Theodora J. Roach, Individually and as Administrator of the Estate of Vilma T. Roach (Deceased), by and through counsel, states as follows:

Plaintiff seeks leave to amend the Short Form Complaint ("SFC") (ECF Doc. 1) filed on September 5, 2019 to remove the claims alleging Wrongful Death (Count IX) and Survival (Count X) from the SFC.

Pursuant to Local Rule 15-1 (a)(1), Plaintiff has attached the signed proposed amended pleading hereto as **Exhibit A**, along with a Proposed Order.

All discovery is current, no motions or trial dates are pending, the parties will not be prejudiced by the filing, and there has been no undue delay or bad faith by Plaintiff. *See Forman v. Davis*, 371 U.S. 178, 182 (1962) ("In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue

of allowance of the amendment, futility of the amendment, etc., - the leave sought should, as the rule require, be "freely given.'"). As such, Plaintiffs pray for leave to file the attached First Amended SFC.

The request under this Motion is not sought for delay or for any improper purpose but so that justice may be done.

Dated: August 25, 2020

Respectfully submitted,

/s/ Brian A. Goldstein

Brian A. Goldstein, Esq.
**CELLINO & BARNES, PC**
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202-3725
(716) 888-8888
Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 25, 2020, I electronically filed the foregoing document with the Clerk of the Court vis the CM/ECF system, which will send notification of such filing to all parties in this action.

/s/ Brian A. Goldstein
Brian A. Goldstein