IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to Plaintiff(s)
Theodora J. Roach, Individually and as
Administrator of the Estate of Vilma T. Roach (Deceased)

Civil Case # 1:19-cv-03786-RLY-TAB

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

Considering the Motion for Leave to File a First Amended Short Form Complaint, and finding said motion is meritorious and should be granted, it is hereby

**ORDERED, ADJUDGED AND DECLARED** that Plaintiffs file their First Amended Short Form Complaint attached to their Motion for Leave within 10 (ten) days of this order.

Dated: _____, 2020

_____
HONORABLE RICHARD L. YOUNG
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF INDIANA