IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**MDL NO. 2750**
Case No.: 1:14-ml-2570-RLY-TAB

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | )<br>)<br>)<br>) |
| This Document Relates to the Following Case: | )<br>) |
| Leroy J. Palmer,<br>1:18-cv-002272 | )<br>)<br>) |
| | ) |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff, by counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, files this Consent Motion for Extension of Time, until September 7, 2020, to file his response to Defendant's Motion for Judgment on the Pleadings on Statute of Repose Grounds. This motion is filed with consent of defense counsel. Good cause exists to grant this motion.

Respectfully submitted,

/s/ Steven B. Rotman
Steven B. Rotman
Hausfeld
One Marina Park Drive
Suite 1410
Boston, MA 02110
(617) 207-0600
srotman@hausfeld.com

                /s/ Jessica Cox,_____
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

Dated: August 25, 2020

## **CERTIFICATE OF SERVICE**

      I certify that on _____, 2020, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

_____
Steven B. Rotman