IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>VICKIE BARNES-THOMAS<br>Civil Case #1:19-cv-03610 | |

**PLAINTIFF VICKIE BARNES-THOMAS' RESPONSE IN OPPOSITION TO COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS ON STATUTE OF REPOSE GROUNDS (NORTH CAROLINA)**

Plaintiff Vickie Barnes-Thomas, by and through her attorneys of David M. Langevin and Rhett A. McSweeney, respectfully files this Response in opposition to the Cook Defendants'[1] Motion for Judgment on the Pleadings on Statute of Repose Grounds (North Carolina) and respectfully shows the Court the following[2]:

## INTRODUCTION

Cook Defendants have moved for judgment on the pleadings pursuant to Federal Rules of Civil Procedure 12(c) arguing that Plaintiff failed to commence this action within the time permitted under North Carolina's twelve (12) year Statute of Repose. However, Ms. Barnes-Thomas asserts claims against Defendants involving a Cook Celect® IVC filter that was implanted on September 26, 2014 at Vidant Medical Center in North Carolina and was filed within five years of the date of implant. For the reasons further explained below, Plaintiff's

---

[1] As used in this Response, "Cook" and "Cook Defendants" refer to Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

[2] Cook's Motion for Summary Judgment on Limitations pertains to 9 Plaintiffs. Each of those 9 Plaintiffs will be filing a legal and fact-specific response to Cook's Motion for Summary Judgment. This Response applies to the case identified above.

1

lawsuit was timely filed, and easily survives the North Carolina's 12-year statute of repose for product liability claims.

## STATEMENT OF RELEVANT FACTS

1. Plaintiff filed her Short Form Complaint on August 26, 2019. [Case No. 1:19-cv-03610, Dkt. 1]. An Amended Short Form Complaint was filed on August 28, 2019 to include Plaintiff's full legal name. [Dkt. 5]

2. On October 17, 2019, Plaintiff filed a Motion to Amend Short Form Complaint to correct inadvertent scrivener's errors, which included correcting the date of implant, by filing a Motion to Amend Short Form Complaint, a Second Amended Short Form Complaint, and a Proposed Order. [Dkt. 10].[3]

3. On October 23, 2019, Plaintiff served Plaintiff Profile Sheet, which identified the Device at issue in the case to be a Cook Celect® that was implanted on September 26, 2014.[4]

## ARGUMENT

Defendant's motion relies on an incorrect implant date in support of its motion for judgment on the pleadings. While Plaintiff acknowledges North Carolina's twelve (12) year statute of repose applies to her case, Plaintiff timely filed her lawsuit. Plaintiff was implanted with a Cook Celect® on September 26, 2014 at Vidant Medical Center in North Carolina. Plaintiff initiated this lawsuit on August 26, 2019. [Dkts. 1 and 5]. Plaintiff's lawsuit was filed 4 years 11 months after her implant, and is well within the 12-year statute of repose under N.C. Gen. Stat. § 1-46.1. As such, Cook Defendants' motion for judgment on the pleadings should be denied.

---

[3] Based upon review of the master and individual dockets, it does not appear the Court has ruled on this Motion.
[4] A true and correct redacted and relevant portion of Plaintiff's Profile Sheet is attached as Exhibit A.

## **CONCLUSION**

For the aforementioned reasons, Plaintiff Vickie Barnes-Thomas respectfully requests that this Court deny Defendants' motion specifically regarding her claims.

Respectfully Submitted,

/s/  *David M. Langevin*
David M. Langevin
McSweeney Langevin, LLC
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Telephone: 877.542.4646
Fax: 612.4542678

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, a true and correct copy of Plaintiff's Response to Cook Defendants' Motion for Judgment on the Pleadings on Statute of Repose Grounds (North Carolina) was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF counsel of record.

Dated: August 26, 2020

Respectfully Submitted,

 /s/  David M. Langevin
David M. Langevin
McSweeney Langevin, LLC
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Telephone: 877.542.4646
Fax: 612.4542678

Attorney for Plaintiff