**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

*MDL No. 2570*
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

In completing this **Plaintiff Profile Sheet**, you are under oath and must provide information that is true and correct to the best of your knowledge. The Plaintiff Profile Form shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order.

### I. CASE INFORMATION

**Caption:** Vickie Barnes-Thomas v. Cook Medical, Inc., et al   **Date:**
**Docket No.:** 1:19-cv-03610
**Plaintiff(s) attorney and Contact information:**
Dave Langevin
2116 Second Avenue South
Minneapolis, MN 55404

### II. PLAINTIFF INFORMATION

1. Please State:
   a. Full name of the person who received the Cook Inferior Vena Cava Filter(s), including maiden name (if applicable): Vickie Barnes-Thomas
   b. If you are completing this form in a representative capacity (e.g., on behalf of the estate of a deceased person), please list your full name and your relationship to the person listed in 1(a) above: N/A
   [If you are completing this form in a representative capacity, please respond to the remaining questions with respect to the person who received the Cook IVC Filter.]
2. Spouse: Jeramiah Thomas   Loss of Consortium? ☐ Yes ☒ No
3. Date of birth: ▮▮/1978
4. Date of death (if applicable): N/A
5. Social Security No.: ▮▮▮9821
6. Current Address: ▮▮▮
   a. If you have lived at this address for less than ten (10) years, provide each of your prior residential addresses from 2006 to the present:

| Prior Address | Dates You Lived at this Address |
|---|---|
| N/A | |
| | |
| | |

1

7. If you have ever been married, provide (a) the name of your current spouse and the date you were married and (b) the name of your ex-spouse(s) and the date of each marriage.

   Jeramiah Thomas 06/13/2015-Now

8. Do you have children? ☐ Yes ☒ No

   If yes, please provide the following information with respect to each child:

   | Name and Address of Child | DOB | Is the Child Dependent on You? |
   |---|---|---|
   | N/A | | |
   | | | |
   | | | |
   | | | |

9. Other than children identified above, identify the name and age of any person who currently resides with you and their relationship to you:

   N/A

10. Please state your highest level of education: some high school, high school graduate, some college, college graduate, or post-graduate degree and identify the institution at which you attained your highest level of education.

    Some College, Wilson Tech

11. Are you claiming damages for lost wages: ☐ Yes ☒ No

12. If so, for what time period: N/A

13. Please provide the following employment information for the period beginning two years before your IVC filter implant or the past 10 years, whichever is shorter:

    | Employer | Job Title/Duties | Dates of Employment | Salary/Pay Rate |
    |---|---|---|---|
    | N/A | | | |
    | | | | |
    | | | | |
    | | | | |

    a.    Have you filed for bankruptcy from 2 years prior to the date of first placement of the Inferior Vena Cava Filter to the present?: ☐ Yes ☒ No

    b.    If so, state the year you filed and whether the bankruptcy trustee been notified of your pending claim.

    N/A

14. Have you ever served in any branch of the military? ☐ Yes ☒ No

    a.    If yes, please provide the branch and dates of service, rank upon discharge and the type of discharge you received:

    N/A

15. Within the last ten (10) years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? ☐ Yes ☒ No

If yes, please set forth where, when and the felony and/or crime of fraud and/or dishonesty:

N/A

16. Do you have a computer? ☒ Yes ☐ No

17. If so, do you now or have you in the past had an account with Facebook, Twitter, Instagram, Vine, Snapchat, YouTube, LinkedIn or other social media websites? ☒ Yes ☐ No ☐ Not Applicable

### III. DEVICE INFORMATION

1. Date of Implant: 09/26/2014
2. Reason for Implant: DVT
3. Brand Name: Celect
4. Mfr. Cook
5. Lot Number: Unknown
6. Placement Physician (Name/Address): Dean Yamaguchi, 115 Heart Dr, Greenville, NC 27834
7. Medical Facility (Name/Address): Vidant Medical Center Emergency Department, 2100 Stantonsburg Rd, Greenville, NC 27834

(This section to be used if more than one filter is at issue)

1. Date of Implant: _____
2. Reason for Implant: _____
3. Brand Name: _____
4. Mfr. _____
5. Lot Number: _____
6. Placement Physician (Name/Address): _____
7. Medical Facility (Name/Address): _____

3