IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Estate of Timothy Krengel

Civil Case # 1:18-cv-1594

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Timothy Krengel

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Carla Krengel

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Carla Krengel, as Personal Representative of the Estate of Timothy Krengel

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Minnesota

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

Minnesota

6.  Plaintiff's/Deceased Party's current state of residence:

Minnesota

7.  District Court and Division in which venue would be proper absent direct filing:

Minnesota District Court

8.  Defendants (Check Defendants against whom Complaint is made):

☑  Cook Incorporated

☑  Cook Medical LLC

☑  William Cook Europe ApS

9.  Basis of Jurisdiction:

☑  Diversity of Citizenship

☐  Other: _____

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Venue: Paragraph 27

Subject Matter Jurisdiction: Paragraph 23

Personal Jurisdiction: Paragraphs 24 and 26

b.  Other allegations of jurisdiction and venue:

_____

_____

_____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☑ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

08/19/2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

Woodwinds Health Campus, Woodbury, MN

13. Implanting Physician(s):

Carl A Bretzke MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:     Strict Products Liability – Failure to Warn
- ☑ Count II:    Strict Products Liability – Design Defect
- ☑ Count III:   Negligence
- ☑ Count IV:    Negligence Per Se

3

☑ Count V:      Breach of Express Warranty

☑ Count VI:     Breach of Implied Warranty

☑ Count VII:    Violations of Applicable ___MN_____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☐ Count IX:     Wrongful Death

☐ Count X:      Survival

☑ Count XI:     Punitive Damages

☐ Other:        _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:        _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Basil E. Adham, Johnson Law Group

16. Address and bar information for Attorney for Plaintiff(s):

4

Basil E. Adham (TX Bar No. 24081742)

Johnson Law Group, 2925 Richmond Ave., Suite 1700

Houston, Texas 77098

Respectfully submitted,

By: _/s/ Basil E. Adham_____

Basil E. Adham
TX Bar No 24081742
Johnson Law Group
2925 Richmond Ave., Suite
1700 Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 626-3394