# CERTIFICATION OF VITAL RECORD

## JEFF L. THIGPEN
### GUILFORD COUNTY REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

D 308 2683
2020805653

REGISTRATION DISTRICT NO. 041-96    LOCAL NO.    COUNTY OF DEATH: Guilford    STATE FILE NO.

TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK

| 1a. DECEDENT'S FIRST NAME | 1b. MIDDLE | 1c. LAST | 1d. SUFFIX | 1e. LAST NAME PRIOR TO FIRST MARRIAGE |
|---|---|---|---|---|
| Charles | Walter | Catty | Jr. | |

| 2. SEX | 3a. AGE-Last Birthday (Yrs) | 3b. UNDER 1 YEAR Months / Days | 3c. UNDER 1 DAY Hours / Minutes | 4. DATE OF BIRTH (Month/Day/Year) | 5. BIRTHPLACE (County/State or Foreign Country) | 6. DATE OF DEATH (Month/Day/Year) |
|---|---|---|---|---|---|---|
| M | 47 | | | ████ 1972 | Richmond Co., | 04/28/2020 |

7a. PLACE OF DEATH (Check only one)
- ☐ Inpatient  ☐ ER/Outpatient  ☐ DOA
- ☐ Hospice facility  ☐ Nursing home/Long term care facility  ☐ Decedent's home  ☑ Other (Specify) Boarding Home

7b. FACILITY NAME (If not institution, give street and number) 105 Oakwood St.

7c. CITY OR TOWN: High Point, NC    7d. COUNTY OF DEATH: Guilford

| 8. MARITAL STATUS | 9. SURVIVING SPOUSE (Give name prior to first marriage) | 10a. DECEDENT'S USUAL OCCUPATION (Do not use retired) | 10b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| ☐ Married ☑ Never married ☐ Widowed ☐ Married but separated ☐ Divorced | | Truck Driver | Delivery Driver |

| 11. SOCIAL SECURITY NUMBER ████ | 12a. RESIDENCE-STATE North Carolina | 12b. COUNTY Guilford | 12c. CITY OR TOWN High Point |
|---|---|---|---|
| 12d. STREET AND NUMBER 105 Oakwood Street | | 12e. INSIDE CITY LIMITS | 12f. ZIP CODE 27260 | 13. WAS DECEDENT EVER IN U.S. ARMED FORCES? |

14. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at time of death)
- ☐ 8th grade or less
- ☐ 9th-12th grade, no diploma
- ☐ High school graduate or GED completed
- ☐ Some college credit, but no degree
- ☐ Associate degree (e.g. AA, AS)
- ☐ Bachelor's degree (e.g. BA, AB, BS)
- ☐ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA)
- ☐ Doctorate (e.g. PhD, EdD) or Professional degree (e.g. MD, DDS, DVM, LLB, JD)

15. DECEDENT OF HISPANIC ORIGIN? (Check "No" box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino)
- ☑ No, not Spanish/Hispanic/Latino
- ☐ Yes, Mexican, Mexican American, Chicano
- ☐ Yes, Puerto Rican
- ☐ Yes, Cuban
- ☐ Yes, other Spanish/Hispanic/Latino (Specify)

16. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be)
- ☑ White
- ☐ Black or African American
- ☐ American Indian or Alaska Native (Name of the enrolled or principal tribe)
- ☐ Asian Indian  ☐ Japanese
- ☐ Chinese  ☐ Korean
- ☐ Filipino  ☐ Vietnamese
- ☐ Native Hawaiian
- ☐ Guamanian or Chamorro
- ☐ Samoan
- ☐ Other Pacific Islander (Specify)
- ☐ Other Asian (Specify)
- ☐ Other (Specify)

| 17a. FATHER'S NAME (First, Middle, Last) | 17b. MOTHER'S NAME (First, Middle, Last) (Last Name Prior to First Marriage) |
|---|---|
| Charles W. Catty, Sr. | Carlen Lagree |

| 18a. INFORMANT'S NAME | 18b. RELATIONSHIP TO DECEDENT | 18c. MAILING ADDRESS (Street and number, City, State, Zip Code) |
|---|---|---|
| Carlen Catty | Mother | 2635 Ingleside Dr. Apt.1F High Point, NC 27265 |

| 19a. METHOD OF DISPOSITION ☐ Burial ☑ Cremation ☐ Donation ☐ Removal from State ☐ Other (Specify) | 19b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) Triad Cremation Society | 19c. LOCATION-City or Town and State Greensboro, NC |
|---|---|---|

| 27a. SIGNATURE OF FUNERAL DIRECTOR | 27b. LICENSE NUMBER F.S.1227 | 27c. NAME OF EMBALMER Arnold Phillips | 27d. LICENSE NUMBER 1227 |
|---|---|---|---|

28. NAME AND ADDRESS OF FUNERAL FACILITY Phillips Funeral Service Inc.1810 Brockett Ave. High Point, NC 27260

29. PART I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line.

| | | Approximate Interval: Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. | Pending | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. b. | | |
| c. | | |
| d. | | |

| 24a. WAS AN AUTOPSY PERFORMED? ☐ Yes ☑ No | 24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☐ No |
|---|---|

| 25. MANNER OF DEATH ☐ Natural ☐ Homicide ☐ Accident ☐ Pending Investigation ☐ Suicide ☐ Could not be determined | 26. WAS CASE REFERRED TO MEDICAL EXAMINER? ☐ Yes ☐ No | 27. TIME OF DEATH (Approximate) 18:30 | 28. TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ No ☐ Probably ☐ Unknown | 29. IF FEMALE: ☐ Not pregnant at time of death ☐ Not pregnant within past year ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year |
|---|---|---|---|---|

MEDICAL EXAMINER ONLY

| 30. DATE PRONOUNCED DEAD (Month/Day/Year) 04/28/2020 | 31a. DATE OF INJURY (Month/Day/Year) | 31b. TIME OF INJURY | 31c. INJURY AT WORK? ☐ Yes ☐ No | 31d. PLACE OF INJURY—at home, farm, street, factory, office, building, etc. |
|---|---|---|---|---|
| 31f. DESCRIBE HOW INJURY OCCURRED | | | | 31g. LOCATION OF INJURY (Street/Number/City/State) |

32. IF TRANSPORTATION INJURY SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

33. CERTIFIER (Check only one)
☐ Certifying physician/nurse practitioner/physician assistant – To the best of my knowledge, death occurred due to the time, date, and place and due to the cause(s) and manner stated.
☑ Medical Examiner – On the basis of examination, and/or investigation, in my opinion death occurred due to the time, date, and place, and due to the cause(s) and manner stated.

| 33a. SIGNATURE AND TITLE OF CERTIFIER | 33b. LICENSE NUMBER | 33c. DATE SIGNED (Month/Day/Year) 04/28/2020 |
|---|---|---|

34. NAME AND ADDRESS OF CERTIFIER Lewis Bohrnioff ME, 3202 Clear Ridge Dr, Trinity, NC 27370

35. DATE REGISTERED BY STATE

| 36. FOR LOCAL REGISTRAR ONLY | 37. DATE FILED (Month/Day/Year) 05/04/2020 |
|---|---|
| 38. DATE CORRECTED (Month/Day/Year) | ITEM(S) CORRECTED |
| 39. DATE AMENDED (Month/Day/Year) | ITEM(S) AMENDED |

DHHS 1672 (REVISED 11/2017) N.C. VITAL RECORDS

---

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY WHICH APPEARS ON RECORD IN THE OFFICE OF REGISTER OF DEEDS, GUILFORD COUNTY, N.C. IN BOOK 308 PAGE 2683. WITNESS MY HAND AND SEAL THIS 8th OF MAY, 2020.

JEFF L. THIGREN, REGISTER OF DEEDS

BY: _____
ASSISTANT/DEPUTY REGISTER OF DEEDS

CSG Vital Records Security Paper — All Rights Reserved    THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK — ANY ALTERATION OR ERASURE VOIDS

