IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>SOPHIA L. ANDERSON as surviving spouse and personal representative of CHARLES WALTER CATTY Jr. | Civil Action No.: 1:20-cv-00668 |

**FOURTH MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

Pursuant to Fed. R. Civ. P. 5.2, counsel for Plaintiff Charles Walter Catty Jr. respectfully moves the Court to maintain under seal the Death Certificate of Charles Walter Catty Jr., filed in support of Plaintiff's Suggestion of Death of Charles Walter Catty Jr. (Dkt. No. 13786-1), and redactions of same (Dkt. 13833, filed on July 21, 2020) (Dkt. 14048, filed on August 20, 2020), (Dkt. 14085, filed on August 25, 2020). In support of this Motion, counsel for Plaintiff states each exhibit is a Death Certificate, which contains personal identifying information protected from disclosure pursuant to Fed. R. Civ. P. 5.2. Defendants do not oppose this Motion.

The subject Death Certificate was previously originally filed as an exhibit to the Suggestion of Death of Charles Walter Catty Jr. (Dkt. No. 13786, filed July 14, 2020). The following filed documents subject to this instant motion are each a copy of the subject Death Certificate and redacted subject Death Certificate that were subsequently filed as a Notice of Redaction of the Death Certificate filed as an exhibit to the Suggestion of Death of Charles Walter Catty Jr. filed on July 14, 2020 (Dkt. 13786-1):  Dkt. 13833 (filed on July 21, 2020); Dkt. 14048

(filed on August 20, 2020); and Dkt. 14085 (filed on August 25, 2020). The subject Death Certificate is currently being maintained under seal and the undersigned counsel requests Dkt. No. 13786-1, Dkt. 13833, Dkt. 14048, and Dkt. 14085 be maintained under seal as containing personal identifying information protected from disclosure pursuant to Fed. R. Civ. P. 5.2. A redacted version of the death certificate which complies with Fed. R. Civ. P. 5.2 is being filed with this Motion.

Date:   August 26, 2020
              Respectfully submitted,
              MARC J. BERN & PARTNERS LLP

              /s/ Debra J. Humphrey
              Debra J. Humphrey
              One Grand Central Place
              60 East 42nd Street, Suite 950
              New York, NY 10165
              Tel: (212) 702-5000
              Fax: (212) 818-0164
              Email: dhumphrey@bernllp.com

              *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Debra J. Humphrey
Debra J. Humphrey