IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>SOPHIA L. ANDERSON as surviving spouse and personal representative of<br>CHARLES WALTER CATTY Jr. | Civil Action No.: 1:20-cv-00668 |

### ORDER

Pending before the Court is Plaintiff's fourth motion to maintain document(s) under seal. The Court, having read said motion and being duly advised GRANTS Plaintiff's motion.

IT IS THEREFORE ORDERED that the Death Certificate (13786-1) originally filed with the Suggestion of Death of Charles Walter Catty Jr. (Dkt. No. 13786), and subsequently filed as a Redacted Death Certificate on July 21, 2020 (Dkt. No. 13833), August 20, 2020 (Dkt. No. 14048); and August 25, 2020 (Dkt. No. 14085) shall be maintained under seal.

**DONE and ORDERED** this ____ day of _____, 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana