IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>SOPHIA L. ANDERSON as surviving spouse and personal representative of<br>CHARLES WALTER CATTY Jr. | Civil Action No.: 1:20-cv-00668 |

**PLAINTIFF'S MOTION TO WITHDRAWAL MOTIONS TO MAINTAIN DOCUMENT UNDER SEAL [DKT. NOS. 13834, 14057, & 14086]**

Plaintiff Sophia Anderson, as surviving spouse and personal representative of Charles Walter Catty Jr., by counsel, moves to withdraw her motions to maintain document under seal, and in support states as follows:

1. On July 21, 2020, Plaintiff filed a motion to maintain document under seal (Dkt. No. 13834). Specifically, Plaintiff's motion requested that the Court to maintain under seal the Death Certificate of Charles Walter Catty Jr., filed in support of Plaintiff's Suggestion of Death of Charles Walter Catty Jr. (Dkt. No. 13786-1), because it contains personal identifying information protected from disclosure pursuant to Fed. R. Civ. P. 5.2.

2. On August 20, 2020, Plaintiff filed a second motion to maintain document under seal (Dkt. No. 14057), requesting the same relief and also requesting that the Court maintain under seal the Redaction of the Death Certificate of Charles Walter Catty Jr. filed on July 21, 2020 (Dkt. No. 13833).

3. On August 25, 2020, Plaintiff filed a third motion to maintain document under seal (Dkt. No. 14086), requesting the same relief as above, and also requesting that the Court maintain

1

under seal the Redaction of the Death Certificate of Charles Walter Catty Jr. filed on August 20, 2020 (Dkt. No. 14055).

4. On August 26, 2020, a correctly redacted Death Certificate of Charles Walter Catty Jr. was filed pursuant to Fed. R. Civ. P. 5.2. (Dkt. No. 14097), and Plaintiff's fourth motion to maintain document under seal was filed (Dkt. No. 14098).

WHEREFORE, Plaintiff, by counsel, respectfully requests the Court grant her instant motion and withdraw her first, second, and third motions to maintain document under seal without prejudice, and for all other just and proper relief.

Dated: August 26, 2020

Respectfully submitted,

/s/ Debra J. Humphrey
Debra J. Humphrey, Esq.
MARC J. BERN & PARTNERS LLP
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
dhumphrey@bernllp.com

*Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Debra J. Humphrey
Debra J. Humphrey

*Counsel for Plaintiff(s)*