IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to: SOPHIA L. ANDERSON as surviving spouse and personal representative of CHARLES WALTER CATTY Jr. | Civil Action No.: 1:20-cv-00668 |

## ORDER GRANTING MOTION TO WITHDRAW MOTIONS TO MAINTAIN DOCUMENT UNDER SEAL

Pending before the Court is Plaintiff's motion to withdraw Plaintiff's first, second, and third motion to file document under seal. The Court, having read said motion, and being duly advised, GRANTS Plaintiff's motion.

IT IS THEREFORE ORDERED that Plaintiff's motions to maintain document(s) under seal (Dkt. Nos. 13834, 14057, and 14086) are WITHDRAWN.

**DONE and ORDERED** this _____ day of _____, 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via ECF.