# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

MDL NO. 2570
Case No.: 1:14-ml-2570-RLY-TAB

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| This Document Relates to the Following Case: | ) ) |
| Melissa Hackworth, 1:17-cv-02476-SEB-DML | ) ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, by counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, files this Unopposed Motion for Extension of Time, until September 7, 2020, to file her response to Defendant's Motion for Judgment on the Pleadings on Statute of Repose Grounds. This motion is filed with consent of defense counsel. Good cause exists to grant this motion.

Respectfully submitted,

MURRAY LAW FIRM

/s/ Stephen B. Murray, Jr.
Stephen B. Murray, Jr. (LA Bar No. 23877)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
(504) 525-8100
smurrayjr@murray-lawfirm.com
Attorney for Plaintiffs

Dated: August 26, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of notice of electronic filing.

/s/Stephen B. Murray, Jr
Stephen B. Murray, Jr.