# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

**MDL NO. 2570**
Case No.: 1:14-ml-2570-RLY-TAB

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | )<br>)<br>)<br>) |
| **This Document Relates to the Following Case:** | )<br>) |
| **Melissa Hackworth,**<br>**1:17-cv-02476-SEB-DML** | )<br>) |

## ORDER

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and upon Plaintiff's Consent Motion for Extension of Time, until September 7, 2020, to file his response to Defendant's Motion for Judgment on the Pleadings on Statute of Repose Grounds,

IT IS HEREBY on this _____ day of _____, 2020

ORDERED that Plaintiff's Consent Motion for Extension of Time be, and hereby is, granted.

IT IS SO ORDERED.

By: _____
MAGISTRATE JUDGE TIM A. BAKER
or
HONORABLE JUDGE RICHARD L. YOUNG