# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Case Nos.
McCoy, Betty, 1:19-cv-04599
McCoy, Betty, 1:19-cv-06101

**EXHIBIT A
TO
REPLY IN SUPPORT OF
MOTION TO DISMISS DUPLICATIVE FILINGS**

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Thursday, July 09, 2020 4:17 PM |
| **To:** | 'Jessica Glitz' |
| **Cc:** | McDonald, Kip S.M.; Cox, Jessica Benson |
| **Subject:** | RE:  Cook Filter - Duplicate Cases and Complaint Deadline |

Next Friday, the 17th of July, is fine with us.

**Blake A. Angelino** | blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP

*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients*.

**From:** Jessica Glitz <JGlitz@tbtorts.com>
**Sent:** Wednesday, July 08, 2020 5:23 PM
**To:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Cc:** McDonald, Kip S.M. <kip.mcdonald@faegredrinker.com>; Cox, Jessica Benson <jessica.cox@faegredrinker.com>
**Subject:** RE: Cook Filter - Duplicate Cases and Complaint Deadline

**This Message originated outside your organization.**

Blake,

Thank you for your email. I was wondering if we could extend the deadline to respond by next Friday. We have a person in our office who possibly has Covid and came into the office so we are in a little of frenzy as there was obvious exposure to those others in our office. Would you be agreeable to a response by next Friday July 17th? I appreciate your patience in this matter.

Best Regards,

Jessica Glitz



**214.617.9980**
**5151 Belt Line Rd.**
**Ste 1000**
**Dallas, Texas 75254**

**From:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Sent:** Tuesday, July 7, 2020 10:45 PM
**To:** Jessica Glitz <JGlitz@tbtorts.com>

1

**Cc:** Evelin Martinez <emartinez@tbtorts.com>; McDonald, Kip S.M. <kip.mcdonald@faegredrinker.com>; Cox, Jessica Benson <jessica.cox@faegredrinker.com>
**Subject:** RE: Cook Filter - Duplicate Cases and Complaint Deadline

Good evening Jessica,

As you have probably seen, Judge Young reconsidered the order you reference below on May 29 (Dkt. 13539). I have pasted the docket entry below for reference.  Will you please let me know by **Friday, July 10**, if you will be dismissing these cases as a result – they both appear time-barred?

"ORDER ON THE COOK DEFENDANTS' MOTION TO RECONSIDER THE COURT'S FEBRUARY 24, 2020 ORDER ON CHOICE OF LAW - 13106 Motion for Reconsideration is GRANTED in part and DENIED in part. The court's February 24, 2020 Order on Choice of Law is hereby amended to read that "foreign cases filed between May 31, 2017 and June 13, 2019 shall be treated as if a direct-filing order had been entered at the time of their filing, and shall be governed by the choice-of-law rule of the Plaintiffs' 'home' jurisdiction." Signed by Judge Richard L. Young on 5/29/2020. (LBT) (Entered: 06/01/2020)"

Kind regards,
Blake

**Blake A. Angelino** | blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP
*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients*.

---

**From:** Jessica Glitz <JGlitz@tbtorts.com>
**Sent:** Wednesday, March 18, 2020 8:33 AM
**To:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Cc:** Evelin Martinez <emartinez@tbtorts.com>
**Subject:** RE: Cook Filter - Duplicate Cases and Complaint Deadline

Blake,

Good Morning, hope you're having a good Wednesday. I think there is some confusion. I just want to make sure we are in agreement as to our  firm's stance in this rare circumstance. Our stance is that by us agreeing to dismiss the NC transferred case, Ms. McCoy is now not implying in any way that she now is waiving her Lexecon rights. Judge Young has ruled already that Lexecon rights for cases filed between May 31, 2017- October 29, 2019 are not waived and a direct filing order was assumed. Ms. McCoy's case was filed  on 9/30/2019 within the time set out in Judge Young's  order on February 24, 2020. Therefore, we just want to make sure due to these circumstances that we are all on the same page as to Judge Young's decision and Ms. McCoy's position. Our firm will continue to follow Judge Young's order and understand that this is a strange circumstance and cases filed after October 29, 2020, there is no assumed direct filing order.  Please call me if you would like to discuss this further. Thanks!


Best Regards,

Jessica Glitz

TAUTFEST BOND

**214.617.9980**

**5151 Belt Line Rd.**
**Ste 1000**
**Dallas, Texas 75254**

---

**From:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Sent:** Tuesday, March 17, 2020 5:14 PM
**To:** Jessica Glitz <JGlitz@tbtorts.com>
**Cc:** Evelin Martinez <emartinez@tbtorts.com>
**Subject:** RE: Cook Filter - Duplicate Cases and Complaint Deadline

Thanks Jessica, we cannot agree to anything regarding Lexecon.

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP

*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

---

**From:** Jessica Glitz <JGlitz@tbtorts.com>
**Sent:** Tuesday, March 03, 2020 1:38 PM
**To:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Cc:** Evelin Martinez <emartinez@tbtorts.com>
**Subject:** RE: Cook Filter - Duplicate Cases and Complaint Deadline

Blake,

Thank you, you are agreeable to everything else below, regarding Lexecon etc.?

Best Regards,

Jessica Glitz



**214.617.9980**
**5151 Belt Line Rd.**
**Ste 1000**
**Dallas, Texas 75254**

---

**From:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Sent:** Tuesday, March 3, 2020 1:36 PM
**To:** Jessica Glitz <JGlitz@tbtorts.com>
**Cc:** Evelin Martinez <emartinez@tbtorts.com>
**Subject:** Re: Cook Filter - Duplicate Cases and Complaint Deadline

I gave them a call Thursday, they initiated transfer on Friday. We should be all set I think!

**Blake A. Angelino** | blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP

*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

On Mar 2, 2020, at 9:52 AM, Jessica Glitz <JGlitz@tbtorts.com> wrote:

Blake,

Thanks for being patient on this. Thanks for the call on Thursday. We are amendable to dismissing the NC transferred case and leaving the complaint filed on 9/30/2019, 1:19-cv-4075. We are not waiving her Lexecon rights in this case, but only dismissing due to duplicate filings, as per Judge Young's ruling (North Carolina Law) still applies to Ms. McCoy's case. Let me know if I need to get a hold of the JPML for Virginia Dodson, we will file that dismissal based on duplicate filings today or are you filing a few other ones for other firms. Let me know what is best.

Best Regards,

Jessica Glitz
<image001.jpg>
**214.617.9980**
**5151 Belt Line Rd.**
**Ste 1000**
**Dallas, Texas 75254**

**From:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Sent:** Thursday, February 27, 2020 3:15 PM
**To:** Jessica Glitz <JGlitz@tbtorts.com>
**Subject:** RE: Cook Filter - Duplicate Cases and Complaint Deadline

Good afternoon Jessica,

Two things.  First, it looks like your first filed two complaints on behalf of the same plaintiff, one was transferred into the MDL, can you please let me know which one of these cases you will dismiss?  The plaintiff is Betty McCoy, the complaint filed in the SDIN is case no 1:19-cv-4075, the case filed in North Carolina and transferred is 19-cv-6101.

Second, it looks like you represent Virginia Dodson, and the answer appears to be due today.  For some reason, the JPML has not transferred it yet.  Can we please have an extension until the case transfers?

Thanks for your help here,
Blake

**Blake A. Angelino** | blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP

*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

**From:** Jessica Glitz <JGlitz@tbtorts.com>
**Sent:** Friday, January 10, 2020 1:56 PM
**To:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Subject:** RE: Cook Filter - Elsie Fisher

No we do not. Thanks for reaching out Blake. We are agreeable to it.

**From:** Angelino, Blake A. <Blake.Angelino@FaegreBD.com>
**Sent:** Friday, January 10, 2020 1:55 PM
**To:** Jessica Glitz <JGlitz@tbtorts.com>
**Subject:** Cook Filter - Elsie Fisher

Good afternoon Jessica,

Today appears to be the answer deadline for Elsie Fisher, pending in the District of Maryland, a Cook filter case.  We have not tagged it into the MDL yet, do you have any objection to a two week extension to the answer deadline to have this moved into the MDL?

Thanks for your help on this,
Blake

**Blake A. Angelino** | blake.angelino@FaegreBD.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Baker Daniels LLP**

*Admitted to Practice in Illinois; Ohio*