# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Case Nos.
McCoy, Betty, 1:19-cv-04599
McCoy, Betty, 1:19-cv-06101

**EXHIBIT C
TO
REPLY IN SUPPORT OF
MOTION TO DISMISS DUPLICATIVE FILINGS**

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                    INDIANAPOLIS DIVISION


IN RE: COOK MEDICAL, INC.,       )
IVC FILTERS MARKETING, SALES     ) Cause No.
PRACTICES AND LIABILITY          )1:14-ML-2570-RLY-TAB
LITIGATION                       ) Evansville, Indiana
                                 ) May 11, 2020
                                 ) 1:06 p.m.
                                 )
```

**Before the Honorable
RICHARD L. YOUNG**

OFFICIAL REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE


**For Plaintiffs:**                Ben C. Martin, Esq.
                                   Law Offices of Ben C. Martin
                                   3710 Rawlins Street, Suite 1230
                                   Dallas, TX  75219


                                   Joseph N. Williams, Esq.
                                   Riley Williams & Piatt, LLC
                                   301 Massachusetts Ave.
                                   Indianapolis, IN 46204


                                   Michael W. Heaviside, Esq.
                                   Heaviside Reed Zaic
                                   910 17th Street NW, Suite 800
                                   Washington, D.C.  20006


                                   Charles S. Siegel, Esq.
                                   Waters & Kraus, LLP
                                   3141 Hood Street, Suite 700
                                   Dallas, TX  75219

```
For Defendants:             Andrea Roberts Pierson, Esq.
                            Jessica Cox, Esq.
                            Brian J. Paul, Esq.
                            J. Stephen Bennett, Esq.
                            Faegre Drinker Biddle & Realth
                            300 N. Meridian St., Suite 2500
                            Indianapolis, IN  46204




Court Reporter:             Margaret A. Techert
                            United States District Court
                            101 NW Martin Luther King Blvd.
                            Evansville, Indiana  47708



           PROCEEDINGS TAKEN BY MACHINE SHORTHAND
     TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION
```

1  So I just want to make sure we continue to preserve that
2  argument.
3           Just to sum up *Klaxon* is *Klaxon*.  They dispensed
4  with *Klaxon*.  The only real solution is the one that Your
5  Honor arrived on and it doesn't strip them of any important
6  defenses because they waived those defenses.  And if they
7  didn't waive them, then great.  They assert them.  No doubt.
8  Thank you.
9           THE COURT:  Thank you, Mr. Siegel.  Okay.  We're
10 finished up with that.  You know, when I heard this come in
11 the other day, I asked:  Defendants want us to reconsider
12 what?  And when they told me about that, I said:  Well, wait a
13 second.  We spent a lot of time on this.  There was a mistake
14 made by the defendants on this direct file issue and now they
15 want me to reconsider what I've already ruled, based on their
16 mistake in this case?  So now I'm spending more time on this
17 issue and I don't know how much more time I'm going to spend
18 on this particular thing.
19          I thought it was something that we worked on and got
20 a resolution on it, issued an order and -- on something that
21 I -- if there hadn't been a mistake made, I shouldn't have
22 spent much time on it, in any event, and now they want me to
23 reconsider this.  Just thought I'd throw that out there to
24 give you some indication of my -- well, my pique about all
25 this.