# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff: Ruth Beach | |
| Civil Case No: 1:18-cv-00856 | |

## SUGGESTION OF DEATH OF RUTH BEACH

Plaintiff, Ruth Beach, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 25, hereby suggests upon the record the death of Plaintiff, Ruth Beach. Upon information and belief, Plaintiff Ruth Beach died on or about April 13, 2018 The Death Certificate is attached hereto as Exhibit "A."

Date: August 27, 2020

Respectfully Submitted,
O'CONNOR, ACCIANI & LEVY LPA

*/s/ Barry D. Levy*
Barry D. Levy – (OH 0018986)
*Attorney for Plaintiff*
600 Vine Street, Suite 1600
Cincinnati, Ohio 45202
Telephone: 513-241-7111
Facsimile: 513-241-7197
Email: bdl@oal-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically and notice of service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter this 27th day of August, 2020. Parties may access this filing through the Court's system.

*/s/ Barry D. Levy*
Barry D. Levy – (OH 0018986)
*Attorney for Plaintiff*