IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>SOPHIA L. ANDERSON as surviving spouse and personal representative of<br>CHARLES WALTER CATTY Jr. | Civil Action No.: 1:20-cv-00668 |

## ORDER GRANTING MOTION TO WITHDRAW MOTIONS TO MAINTAIN DOCUMENT UNDER SEAL

Pending before the Court is Plaintiff's motion to withdraw Plaintiff's first, second, and third motion to file document under seal [Filing Nos. 13834, 14057 and 14086]. The Court, having read said motion, and being duly advised, GRANTS Plaintiff's motion.

IT IS THEREFORE ORDERED that Plaintiff's motions to maintain document(s) under seal [Filing Nos. 13834, 14057, and 14086] are hereby WITHDRAWN.

SO ORDERED.

Date: 8/27/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.