IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>SOPHIA L. ANDERSON as surviving spouse and personal representative of<br>CHARLES WALTER CATTY Jr. | Civil Action No.: 1:20-cv-00668 |

## ORDER

Pending before the Court is Plaintiff's fourth motion to maintain document(s) under seal. The Court, having read said motion and being duly advised GRANTS Plaintiff's motion.

IT IS THEREFORE ORDERED that the Death Certificate (13786-1) originally filed with the Suggestion of Death of Charles Walter Catty Jr. (Dkt. No. 13786), and subsequently filed as a Redacted Death Certificate on July 21, 2020 (Dkt. No. 13833), August 20, 2020 (Dkt. No. 14048); and August 25, 2020 (Dkt. No. 14085) shall be maintained under seal. The Clerk of this Court shall maintain these documents under seal pending further order.

SO ORDERED.

Date: 8/27/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.