IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MDL NO. 2750
Case No.: 1:14-ml-2570-RLY-TAB

IN RE: COOK MEDICAL, INC., IVC FILTERS )
MARKETING, SALES PRACTICES, AND )
PRODUCTS LIABILITY LITIGATION )
)
This Document Relates to the Following Case: )
)
Leroy J. Palmer, )
1:18-cv-002272 )
)

**ORDER**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and upon Plaintiff's Consent Motion for Extension of Time, until September 7, 2020, to file his response to Defendant's Motion for Judgment on the Pleadings on Statute of Repose Grounds,

IT IS HEREBY on this  27th  day of  August , 2020

ORDERED that Plaintiff's Consent Motion for Extension of Time be, and hereby is, granted.

**IT IS SO ORDERED.**

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record