IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MDL NO. 2570
Case No.: 1:14-ml-2570-RLY-TAB

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | ) |
| This Document Relates to the Following Case: | ) ) |
| Melissa Hackworth, 1:17-cv-02476-SEB-DML | ) ) |

## ORDER

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and upon Plaintiff's Consent Motion for Extension of Time, until September 7, 2020, to file his response to Defendant's Motion for Judgment on the Pleadings on Statute of Repose Grounds,

IT IS HEREBY on this __27th__ day of __August__, 2020

ORDERED that Plaintiff's Consent Motion for Extension of Time be, and hereby is, granted.

IT IS SO ORDERED.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record