IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:20-CV-06157-RLY-TAB

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Plaintiffs, Daniel Baker and Melissa Baker,

Dated: August 28, 2020

*/s/ Ronald B. Orlando*
Ronald B. Orlando
NDNY Bar Roll Number: 102308
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiffs
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
ronald.orlando@1800law1010.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/Ronald B. Orlando*
