# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Ron Pasquarelli, Individually and as Executor of the Estate of Betty J. Pasquarelli<br><br>Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>Defendants. | § § § § § § § § § § § § § § | Case No. 1:18-cv-1496-RLY-TAB<br><br>**Motion for Leave to Amend Complaint** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Ron Pasquarelli, Individually and as Executor of the Estate of Betty J. Pasquarelli, by and through his attorneys, respectfully moves this Court for an order to amend and for leave to file his Amended Short Form Complaint, and states as follows:

1. Rule 15(a)(2) provides that a party may amend its pleading with the Court's leave and that "[t]he Court should freely give leave when justice so requires." *See* Fed. R. Civ. P. 15(a)(2).

2. Through this amendment, Plaintiff seeks to amend/remove his allegations of Wrongful Death (Count IX) and Survival (Count X).

3. Allowing Plaintiff to amend his complaint would serve justice and promote judicial efficiency. Further, allowing Plaintiff to file his Amended Short Form Complaint would not cause undue delay or undue prejudice to Defendants.

4. Good cause exists for granting this Motion as Plaintiff is seeking to amend the allegations of existing claims in the interest of promotion judicial efficiency and economy.

5. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

WHEREFORE, based on the foregoing, Plaintiff respectfully moves this Court to grant Plaintiff's Motion for Leave to Amend Complaint and enter the Amended Short Form Complaint attached as an exhibit.

Date: August 28, 2020

Respectfully Submitted,

**MURPHY LAW FIRM, LLC**

*/s/ Peyton P. Murphy*
Peyton P. Murphy (LA Bar 22125)
MURPHY LAW FIRM, LLC
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com
***Attorney for Plaintiff***

### CERTIFICATE OF SERVICE

I certify that on August 28, 2020, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all parties in this action.

*/s/ Peyton P. Murphy*
Peyton P. Murphy