## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | §<br>§<br>§<br>§ | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

| | | |
|---|---|---|
| This Document Relates to Plaintiff:<br><br>Ron Pasquarelli, Individually and as Executor of the Estate of Betty J. Pasquarelli<br><br>Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:18-cv-1496-RLY-TAB<br><br><br><br>**Motion for Leave to Amend Complaint** |

_____

## ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT

Considering the parties' Motion for Leave to Amend Complaint and finding said motion to be meritorious.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Motion for Leave to Amend the Complaint filed by is hereby **GRANTED** and the Clerk of the Court is directed to file the Amended Short Form Complaint into the records in this matter.

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE
TIM A. BAKER