IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Acree, Thomas, 1:18-cv-00431
Haughton, Dominique, 1:19-cv-01156
Sadler, Sammy (Estate), 1:19-cv-02375
Osment, Ronald, 1:19-cv-02392
McNeil, Keith, 1:19-cv-02890
Caylor, Margaret, 1:19-cv-03850
Garrett, Jeffrey, 1:19-cv-04703
Saldana, Mary, 1:20-cv-00130
Burks-Henry, Addie, 1:20-cv-00330

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Comes now, the above-captioned Plaintiffs and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS ("Defendants") herein, in the above entitled cases, and pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate that all claims of the above-captioned Plaintiffs against Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS are dismissed with prejudice, with each party to bear its own costs. This dismissal is in light of the state law presented in the Defendants' Omnibus Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee (Dkt. 13760).

| | |
|---|---|
| JOHNSON LAW GROUP | FAEGRE DRINKER BIDDLE & REATH LLP |
| By: */s/ Basil E. Adham* <br> Basil E. Adham <br> 2915 Richmond Avenue, Suite 1700 <br> Houston, TX  77098 <br> Telephone:  (713) 626-9336 <br> Facsimile:  (713) 626-3394 <br> Email:  ivc@johnsonlawgroup.com <br><br> *Counsel for Plaintiffs* <br><br> Dated: August 28, 2020 | By: */s/ Andrea Roberts Pierson* <br> Andrea Roberts Pierson, Co-Lead Counsel <br> Jessica Benson Cox <br> 300 North Meridian Street, Suite 2500 <br> Indianapolis, IN  46204 <br> Telephone:  (317) 237-0300 <br> Facsimile:   (317) 237-1000 <br> Email:  Andrea.Pierson@FaegreDrinker.com <br>             Jessica.Cox@FaegreDrinker.com <br><br> James Stephen Bennett, Co-Lead Counsel <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 110 West Berry Street, Suite 2400 <br> Fort Wayne, IN  46802-2322 <br> Telephone:  (260) 424-8000 <br> Facsimile:   (260) 460-1700 <br> Email:  Stephen.Bennett@FaegreDrinker.com <br><br> *Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS* <br><br> Dated: August 28, 2020 |