# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

---

This Document Relates to:

1:20-cv-01995
1:20-cv-01998
1:20-cv-02008

---

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:          August 28, 2020          /s/ Andrea Roberts Pierson
                                         Andrea Roberts Pierson (# 18435-49)
                                         Kip S. M. McDonald (# 29370-49)
                                         FAEGRE DRINKER BIDDLE & REATH LLP
                                         300 North Meridian Street, Suite 2500
                                         Indianapolis, Indiana 46204
                                         Telephone: (317) 237-0300
                                         Facsimile: (317) 237-1000
                                         E-Mail:  andrea.pierson@faegredrinker.com
                                         E-Mail:  kip.mcdonald@faegredrinker.com

US.120264241.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01