# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION § § § § | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff:  Dorothy Broadnax, Individually and on Behalf of Roosevelt Broadnax § § § § § § Plaintiff, § § v. § § Cook Incorporated, Cook Medical LLC, and William Cook Europe APS § § § Defendants. § | Case No. 1:17-cv-00650-RLY-TAB  **Order on Motion for Leave to Amend Complaint** |

## ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT

Considering the parties' Motion for Leave to Amend Complaint and finding said motion to be meritorious.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Motion for Leave to Amend the Complaint filed by is hereby **GRANTED** and the Clerk of the Court is directed to file the Amended Short Form Complaint into the records in this matter.

Date: _____

_____
UNITED STATES MAGISTRATE JUDGE
TIM A. BAKER