UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) ) THIS DOCUMENT RELATED TO ALL ) ACTIONS ) | 1:14-ml-02570-RLY-TAB |

**Entry from Motions Hearing held August 28, 2020**

**Before the Hon. Richard L. Young, Judge**

    The parties appear by video for the status conference set this date.  Plaintiffs appear by Joe Williams, Ben Martin, Mike Heaviside, Alison Divine, Ronald Orlando, Michael Gallant and Jessica Glitz; Defendants appear by Andrea Pierson, Brian Paul, Jessica Cox, Eldin Hasic, Kip McDonald and Steve Bennett.

    Agenda items were discussed and the hearing was concluded.  Any rulings shall issue by separate order.

Distributed Electronically to Registered Counsel of Record