IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Emma Mary Britton

Civil Case # __1:17-cv-00876-RLY-TAB__

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Emma Mary Britton

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   Sharon Evans - daughter and administrator

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Sharon Evans - daughter and administrator

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   ~~Indiana~~   Illinois

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    ~~Indiana~~   Illinois

6. Plaintiff's/Deceased Party's current state of residence:

    ~~Indiana~~   Illinois

7. District Court and Division in which venue would be proper absent direct filing:

    ~~Southern District of Indiana~~   United States District Court of the Central District of Illinois

8. Defendants (Check Defendants against whom Complaint is made):

    - [x] Cook Incorporated
    - [x] Cook Medical LLC
    - [x] William Cook Europe ApS

9. Basis of Jurisdiction:

    - [ ] Diversity of Citizenship
    - [x] Other: Original jurisdiction/Multidistrict litigation

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Venue: Paragraphs 27-28

    Jurisdiction: Paragraphs 9-26

    b. Other allegations of jurisdiction and venue:

    Original jurisdiction; Plaintiff and all Defendants domiciled in Southern Indiana

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    08/25/2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Decatur Memorial Hospital; Decatur, Illinois

13. Implanting Physician(s):

    Andrea L. Bauerle, Mark J. Brumit MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable ___Illinois___ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

~~☒ Count IX: Wrongful Death~~

☒ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Debra J. Humphrey

16. Address and bar information for Attorney for Plaintiff(s):

4

NY Bar: 5050449
Marc J. Bern & Partners LLP
60 East 42nd St., Ste. 950, New York, NY 10165

Respectfully submitted,

**MARC J. BERN & PARTNERS, LLP**

/s/ Debra J. Humphrey

Debra J. Humphrey, NY Atty. No. 5050448
**MARC J. BERN & PARTNERS, LLP**
One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Telephone: (212) 702-5000
Facsimile: (212) 818-0164
dhumphrey@bernllp.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Debra J. Humphrey