**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES        Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                            MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:
1:16-cv-01140; 1:17-cv-01467; 1:17-cv-02051; 1:17-cv-02053;
1:17-cv-02476; 1:17-cv-03108; 1:17-cv-03337; 1:18-cv-02272;
1:18-cv-03422; 1:18-cv-04021; 1:19-cv-03085; 1:19-cv-03248;
1:19-cv-03610; 1:19-cv-03362; 1:19-cv-05030; 1:20-cv-00896

_____

**JOINT OMNIBUS MOTION FOR EXTENSION OF TIME
TO RESPOND TO PENDING STATUTE OF REPOSE MOTIONS**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants"), along with the counsel for Plaintiffs listed in the caption above, respectfully move this Court to enter an order providing for mutual 7-day extensions of the briefing deadlines for response and reply briefs regarding Cook's pending motions for judgment on the pleadings based on the statute of repose.  In support of the Motion, the Cook Defendants further state the following.

1.      On August 21, 2020, the Cook Defendants filed three motions for judgment on the pleadings based on the statute of repose of North Carolina, Oregon, and Nebraska.  *See* Dkts. 14064-69.

2.      The motions apply to 15 cases total: 8 Plaintiffs from North Carolina, 5 from Oregon, and 2 from Nebraska.[1]

_____

[1]  The motion initially had 9 North Carolina cases, but Cook has agreed to withdraw the *Barnes-Thomas* case.  Cook will do so formally as part of its reply brief.

3.      Under CMO-18, Plaintiffs' response briefs are due in 10 days' time – August 31, 2020.  Cook's reply briefs would be due 6 days later – September 6, 2020.

4.      Cook, however, has consented to a 7-day extension of time to respond to Cook's motion for all the Plaintiffs' with cause numbers listed above.  Accounting for Labor Day falling on September 7, 2020, the new deadline for Plaintiffs to respond to Cook's motion is September 8, 2020.

5.      Cook is filing this omnibus joint motion with consent of the counsel above in an effort to streamline future filings and requests made to the Court.  Cook notes that North Carolina Plaintiffs Palmer (Dkt. 14089) and Hackworth (Dkt. 14100) have already filed consent motions regarding the 7-day extensions and that the Court granted both extensions (Dkts. 14110-11).

6.      Counsel for Plaintiffs outlined above have similarly consented to extend Cook's deadline to reply to these motions by 7 days.  Thus, Cook's replies would be due no later than September 21, 2020, if Cook finds that the additional time is necessary after reviewing the responses.

WHEREFORE, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS respectfully requests that this Court grant its motion and extend Plaintiffs' response deadline for the statute of repose motions to September 8, 2020, and Cook's reply deadline to September 21, 2020.

US.129143003

Respectfully Submitted,

Dated:  August 28, 2020

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, a copy of the foregoing **JOINT OMNIBUS MOTION FOR EXTENSION OF TIME TO RESPOND TO PENDING STATUTE OF REPOSE MOTIONS** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*

US.129143003