**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

1:16-cv-01140; 1:17-cv-01467; 1:17-cv-02051; 1:17-cv-02053;
1:17-cv-02476; 1:17-cv-03108; 1:17-cv-03337; 1:18-cv-02272;
1:18-cv-03422; 1:18-cv-04021; 1:19-cv-03085; 1:19-cv-03248;
1:19-cv-03610; 1:19-cv-03362; 1:19-cv-05030; 1:20-cv-00896

## ORDER

On August 28, 2020, the Cook Defendants filed a consent motion for extension of time regarding briefing deadlines for pending omnibus motions for judgment on the pleadings based on the statute of repose of North Carolina, Oregon, and Nebraska. The Court finds good cause in granting the extension and setting uniform briefing deadlines for forthcoming responses and replies.

**IT IS THEREFORE ORDERED** that the Plaintiffs shall have up to and including September 8, 2020 to file their responses and that the Cook Defendants may file their reply briefs up to and including September 21, 2020.

**SO ORDERED** this day of _____ day of _____, 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

US.123947645.01