# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-02000 | 1:20-cv-06191 |
| 1:20-cv-02004 | 1:20-cv-06193 |
| 1:20-cv-06107 | 1:20-cv-06194 |
| 1:20-cv-06110 | 1:20-cv-06197 |
| 1:20-cv-06159 | 1:20-cv-06199 |
| 2:20-cv-06188 | 1:20-cv-06200 |
| 1:20-cv-06190 | 1:20-cv-06201 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:    August 31, 2020    /s/ Andrea Roberts Pierson
    Andrea Roberts Pierson (# 18435-49)
    Kip S. M. McDonald (# 29370-49)
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    E-Mail: andrea.pierson@faegredrinker.com
    E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson