# IN THE UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Marion Jones

Civil Case #: 1:20-cv-01142-RLY-TAB

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rule of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Marion Jones, which upon information and belief occurred on or about November 17, 2017.

Dated: August 31, 2020

Respectfully Submitted,

**Kirkendall Dwyer LLP**

/s/ *Andrew F. Kirkendall*
Andrew Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Andrew F. Kirkendall*
Andrew F. Kirkendall
Kirkendall Dwyer LLP