IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Rusty Alto

Civil Case No.  1:19-cv-2300

## NOTICE OF HEARING

Pursuant to Amended Case Management Order No. 18, **PLEASE TAKE NOTICE** that on September 24, 2020, at 1:00 p.m. CT, a hearing will be held before the Honorable Richard L. Young at 101 Northwest Martin Luther King Blvd., Courtroom 301, Evansville, IN 47708, regarding plaintiff's Motion for Reconsideration of the Court's January 7, 2020 Order on Plaintiff's Motion for Voluntary Dismissal [DOC. 12638] (DOC. 14013) as to Plaintiff Rusty Alto (1:19-cv-2300) only.   Relevant counsel for Plaintiff regarding this Motion are as follows:

David C. DeGreeff

*Wagstaff & Cartmell LLP*

*s/ David C. DeGreeff*
David C. Degreeff
MO Bar No. 55019
Email: ddegreeff@wcllp,com
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the August 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David C. DeGreeff
David C. DeGreeff   MO Bar No. 55019