IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Civil Case #: 1:19-cv-3755
    Patricia G. Collier, as Administrator of the Estate of
    Patricia Katrausky, Deceased

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff, Patricia G. Collier, as Administrator of the Estate of Patricia Katrausky, Deceased, hereby requests leave to file a First Amended Short Form Complaint based on the following:

1. This is a product liability case in which Plaintiff seeks damages for injuries allegedly sustained as a result of being implanted with a defective and unreasonably dangerous Inferior Vena Cava filter manufactured by Defendants.

2. Plaintiff's counsel has learned that a count/claim for wrongful death was inaccurately checked/asserted in the previously filed Short Form Complaint.

3. Plaintiff seeks leave to amend the current complaint and file the "First Amended Short Form Complaint", attached hereto, for the limited purpose of removing the wrongful death claim (Count IX).

4. "A party may amend its pleading only with the opposing party's written consent or the Court's leave. The court should freely give leave when justice so requires." Rule 15(a)(2), Fed.

R. Civ. P.; *Forman v. Davis,* 371 U.S. 178, 182 (1962). Defendants have provided written consent to filing of the First Amended Short Form Complaint.  See Exhibit A.

5. No new causes of action are being introduced and the only change is removal of the wrongful death claim. No depositions have been taken, and no prejudice will come to any party by allowing Plaintiff to amend the Complaint.

**WHEREFORE,** Plaintiff prays that this Motion be granted, for leave to file Plaintiff's First Amended Short Form Complaint, and for such other and further relief as the Court deems just and appropriate.

Dated:  September 1, 2020

Respectfully submitted,

*/s/ David C. DeGreeff*
Thomas P. Cartmell          MO Bar #45366
(admitted pro hac vice)
David C. DeGreeff           MO Bar #55019
(admitted pro hac vice)
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2371 (fax)

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electron Filing.

*/s/ David C. DeGreeff*