

faegredrinker.com

**Kip S.M. McDonald**
Partner
kip.mcdonald@faegredrinker.com
+1 317 237 1485 direct

**Faegre Drinker Biddle & Reath** LLP
300 North Meridian Stree, Suite 2500
Indianapolis, Indiana 46204
+1 317 237 0300 main
+1 317 237 1000 fax

August 24, 2020

<u>**VIA E-MAIL**</u>

David C. DeGreeff
WAGSTAFF & CARTMELL, LLP
4740 Grand Ave.
Suite 300
Kansas City, MO 64112
ddegreeff@wcllp.com; tcartmell@wcllp.com; dconwell@wcllp.com;
jgallas@wcllp.com

    **Re:**    Cook Filter MDL – Death Claim

Dear David C. DeGreeff:

We have received your Complaint and Case Categorization Form ("CCF") for Katrausky, Patricia [ESTATE OF] ("Plaintiff"). However, the information provided regarding the claim of wrongful death is inconsistent. The Complaint alleges wrongful death, but death was not selected on the CCF form nor was a record provided with the CCF in support of a wrongful death claim.

We request that you either submit a revised CCF, with a medical record supporting the categorization, or file an amended complaint to remove the wrongful death count within ten (10) days. We will not object to the filing of an amended complaint for this limited purpose. Please submit any revised CCF, and supporting record, using the Secure File Transfer pursuant to Second Amended Case Management Order No 6: https://sft.faegrebd.com/envelope/CookFilterMDL.

Please let me know if you have any questions or concerns.

Very truly yours,

Kip S.M. McDonald

Cc:    Michael Heaviside - MHeaviside@hrzlaw.com
        Ben Martin – BMartin@MartinBaughman.com
        David Matthews – DMatthews@TheMatthewsLawfirm.com

EXHIBIT A