IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Civil Case #: 1:19-cv-3755
    Patricia G. Collier, as Administrator of the Estate of
    Patricia Katrausky, Deceased

**[PROPOSED ORDER] GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR LEAVE TO LEAVE TO AMEND COMPAINT**

    Plaintiff's Unopposed Motion For Leave to Amend Complaint is hereby GRANTED.

Signed this _____ day of _____, 2020.

                                                                     Honorable Judge Tim A. Baker
                                                                     United States Magistrate Judge
                                                                       Southern District of Indiana