IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
CHARLES F. DENNIS, SR., and GLORIA DENNIS,

Civil Case #1:20-cv-06195-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW, Plaintiffs named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs further show the court as follows:

1. Plaintiff/Deceased Party:

   Charles F. Dennis, Sr.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Gloria Dennis

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Mississippi

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Mississippi

6. Plaintiff's/Deceased Party's current state of residence:

   Mississippi

7. District Court and Division in which venue would be proper absent direct filing:

   Southern District of Mississippi – Hattiesburg District

8. Defendants (check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: N/A

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      N/A

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

2

11. Date of Implantation as to each product:

April 30, 2014.

12. Hospital(s) where Plaintiff was implanted (including City & State):

Forrest General Hospital; Hattiesburg, Mississippi

13. Implanting Physician(s):

Ronald Young, M.D.

14. Counts in the Master Complaint brought by Plaintiffs:

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable <u>Mississippi</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space below)

_____

_____

3

RESPECTFULLY SUBMITTED this 1ST day of September, 2020.

**SIMON GREENSTONE PANATIER, P.C.**


*/s/ Christina Mancuso*
Christina Mancuso, Esq.
TX Bar No. 12891400
1201 Elm Street, Suite 3400
Dallas, Texas 75204
Tel: (214) 276-7680
Fax: (214) 276-7699
cmancuso@sgptrial.com

**ATTORNEY FOR PLAINTIFFS**