# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Joshua James Cruz, Individually and as
Personal Representative of the
Estate of Miguel Cruz

Civil Case No. 1:17-cv-00721-JMS-MJD

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully seeks leave to amend Short Form Complaint filed on March 9, 2017 to remove claims alleging Wrongful Death count IX and count X.

Plaintiff has attached the signed proposed amended pleading hereto as **Exhibit A,** along with Proposed Order.

Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiffs respectfully request for leave to file the attached Amended Short Form Complaint.

Date:_____.                    Respectfully submitted,

                                                    **THE NATIONS LAW FIRM**

                                                    /s/ Howard L. Nations
                                                    Howard L. Nations
                                                    Texas Bar No. 14823000
                                                    9703 Richmond Avenue
                                                    Suite 200
                                                    Houston, Texas 77042
                                                    Telephone:  (713) 807-8400
                                                    Facsimile:  (713) 807-8423

                                                  ***ATTORNEY FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2020, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system for filing and send a notification of filing to all parties in this action.

                                                  /s/ Howard L. Nations
                                                  Howard L. Nations