**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Joshua James Cruz, Individually and as
Personal Representative of the
Estate of Miguel Cruz

Civil Case No. 1:17-cv-00721-JMS-MJD

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT**

Considering the parties' Motion for Leave to Amend Complaint of Estate of Miguel Cruz.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend Complaint filed by Estate of Miguel Cruz is hereby GRANTED. Clerk of the Court is directed to file the Amended Short Form Complaint into the record of this matter.

Date:_____

_____
United States District Judge