# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Megan Danielle Nicole Baker, Individually and as
Representative of the Estate of
Amanda Elizabeth Renee Conover, Deceased

Civil Case No. 1:17-cv-00748-LJM-DML

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully seeks leave to amend Short Form Complaint filed on March 9, 2017 to remove claims alleging Wrongful Death count IX and count X.

Plaintiff has attached the signed proposed amended pleading hereto as **Exhibit A,** along with Proposed Order.

Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiffs respectfully request for leave to file the attached Amended Short Form Complaint.

Date: 9/1/2020 .

Respectfully submitted,

**THE NATIONS LAW FIRM**

/s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Avenue
Suite 200
Houston, Texas 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423

***ATTORNEY FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system for filing and send a notification of filing to all parties in this action.

/s/ Howard L. Nations
Howard L. Nations