# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Megan Danielle Nicole Baker, Individually and as Representative of the Estate of
Amanda Elizabeth Renee Conover, Deceased

Civil Case No. 1:17-cv-00748-LJM-DML

## ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT

Considering the parties' Motion for Leave to Amend Complaint of Estate of Amanda Elizabeth Renee Conover.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend Complaint filed by Estate of Amanda Elizabeth Renee Conover is hereby GRANTED.  Clerk of the Court is directed to file the Amended Short Form Complaint into the record of this matter.

Date:_____

_____
United States District Judge