IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Santana Barr, Individually and as</u>
<u>Representative of the Estate of Essie Barr</u>

Civil Case #1:17-cv-3202

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff, Santana Barr, Individually and as Representative of the Estate of Essie Barr, Deceased, hereby requests leave to file a First Amended Short Form Complaint based on the following:

1. This is a product liability case in which Plaintiff seeks damages for injuries allegedly sustained as a result of being implanted with a defective and unreasonably dangerous Inferior Vena Cava filter manufactured by Defendants.

2. Plaintiff's counsel has learned that a count/claim for wrongful death was inadvertently checked/asserted in the previously filed Short Form Complaint.

3. Plaintiff seeks leave to amend the current complaint and file the "First Amended Short Form Complaint", attached hereto, for the limited purpose of removing the wrongful death claim (Count IX).

4. "A party may amend its pleading only with the opposing party's written consent or the Court's leave. The court should freely give leave when justice so requires." Rule 15(a)(2), Fed. R. Civ. P.; Forman v. Davis, 371 U.S. 178, 182 (1962).

5. Defendants have provided written consent to filing of the First Amended Short Form Complaint.

6. No new causes of action are being introduced and the only change is removal of the wrongful death claim. No depositions have been taken, and no prejudice will come to any party by allowing Plaintiff to amend the Complaint.

WHEREFORE, Plaintiff prays that this Motion be granted, for leave to file Plaintiff's First Amended Short Form Complaint, and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

**BURNETT LAW FIRM**

By: */s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
3737 Buffalo Speedway, 18th Floor
Houston, Texas  77098
Office Tel: (832) 413-4410
Cell: (832) 585-9829
Fax: (832) 900-2120
Email:
Karen.Schroeder@RBurnettLaw.com
*Attorneys for Plaintiff(s)*

***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Karen H. Beyea-Schroeder*