IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Santana Barr, Individually and as</u>
<u>Representative of the Estate of Essie Barr</u>

Civil Case #1:17-cv-3202

**[PROPOSED ORDER] GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO LEAVE TO AMEND COMPAINT**

Plaintiff's Unopposed Motion For Leave to Amend Complaint is hereby GRANTED.

Signed this _____ day of _____, 2020.

_____
Honorable Judge Tim A. Baker
United States Magistrate Judge
Southern District of Indiana