# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

---

This Document Relates to:

| | |
|---|---|
| 1:20-cv-01985 | 1:20-cv-02092 |
| 1:20-cv-02060 | 1:20-cv-02102 |
| 1:20-cv-02062 | 1:20-cv-02126 |
| 1:20-cv-02063 | 1:20-cv-02127 |
| 1:20-cv-02065 | 1:20-cv-02128 |
| 1:20-cv-02068 | 1:20-cv-02129 |
| 1:20-cv-02075 | 1:20-cv-02131 |
| 1:20-cv-02080 | 1:20-cv-02132 |
| 1:20-cv-02090 | 1:20-cv-06187 |
| 1:20-cv-02091 | 1:20-cv-06204 |

---

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        September 2, 2020        /s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  kip.mcdonald@faegredrinker.com

US.120263840.01

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 2, 2020, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald