UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Trombetta, et al. v Cook Group, Inc., et al.*
1:16-cv-06040-RLY-TAB
*Bourgade v. Cook Inc., et al.*
1:17-cv-00895-RLY-TAB
*Barma v. Cook Inc., et al.*
1:17-cv-02207-RLY-TAB
*Bechtold v. Cook Inc., et al.*
1:17-cv-03002-RLY-TAB
*Iglewski v. Cook Inc., et al.*
1:17-cv-03003-RLY-TAB
*Herrera v. Cook Inc., et al.*
1:17-cv-03021-RLY-TAB
*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB
*Fernandez v. Cook Inc., et al*
1:18-cv-01200-RLY-TAB
*Hessler v. Cook Inc., et al.*
1:19-cv-01043-RLY-TAB
*Pittman v. Cook Inc., et al.*
1:19-cv-01070-RLY-TAB

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY CAROLYN CUNEO**

John Driscoll of the law firm The Driscoll Firm, P.C., pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting **Carolyn Cuneo** of The Driscoll Firm, P.C., leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs in the above-styled cause(s) only.  In support of this motion, the undersigned states:

1. The Certification of Carolyn Cuneo, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

    2.  Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

    WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Carolyn Cuneo leave to appear *pro hac vice* for purposes of this cause only.

Dated:  September 2, 2020

                                                                 Respectfully submitted,

                                By:    */s/ John Driscoll*
                                         John Driscoll
                                         THE DRISCOLL FIRM, P.C.
                                         211 N. Broadway, Suite 4050
                                         St. Louis, Missouri 63102
                                         Phone: (314) 932-3232
                                         Fax: (314) 932-3233
                                         john@thedriscollfirm.com

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on September 2, 2020, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Carolyn Cuneo was filed electronically with the Clerk of Court and will be served by operation of the court's electronic filing system upon all registered Parties.  Parties may access this filing through the Court's system.

                                                         */s/ John Driscoll*
                                                         John Driscoll