UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Actions:

*Trombetta, et al. v Cook Group, Inc., et al.*
1:16-cv-06040-RLY-TAB
*Bourgade v. Cook Inc., et al.*
1:17-cv-00895-RLY-TAB
*Barma v. Cook Inc., et al.*
1:17-cv-02207-RLY-TAB
*Bechtold v. Cook Inc., et al.*
1:17-cv-03002-RLY-TAB
*Iglewski v. Cook Inc., et al.*
1:17-cv-03003-RLY-TAB
*Herrera v. Cook Inc., et al.*
1:17-cv-03021-RLY-TAB
*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB
*Fernandez v. Cook Inc., et al*
1:18-cv-01200-RLY-TAB
*Hessler v. Cook Inc., et al.*
1:19-cv-01043-RLY-TAB
*Pittman v. Cook Inc., et al.*
1:19-cv-01070-RLY-TAB

**Certification of Carolyn Cuneo
In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear Pro Hac Vice filed on my behalf by John Driscoll of the law firm The Driscoll Firm, P.C., and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Maryland, Colorado, and Virginia. Certificates of Good Standing from each Court are attached hereto as **Exhibit 1**.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: 9/1/2020

Respectfully submitted,

Carolyn Cuneo
The Driscoll Firm, P.C.
1311 Av. Juan Ponce de Leon
San Juan, PR 00907
Phone: (314) 932-3232
Fax: (314) 932-3233
cj@jjlegal.com