# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

David McDermitt
1:18-cv-00946

## JOINT MOTION TO VACATE ORDER AWARDING COSTS

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (the "Cook Defendants") and Plaintiff David McDermitt (collectively, the "Parties") hereby submit this Joint Motion to Vacate the Court's August 10, 2020 Order Awarding Costs to the Cook Defendants (Dkt. 13950).

WHEREFORE, the Parties respectfully request the Court to vacate its August 10, 2020 Order Awarding Costs to Cook Defendants.

Dated: September 2, 2020

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH, LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH, LLP

US.129133944.01

110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegredrinker.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 333-4662
Facsimile:(612) 367-8107
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 2, 2020, a copy of the foregoing **JOINT MOTION TO VACATE ORDER AWARDING COSTS** was filed electronically.  Parties may access this filing through the Court's electronic records system.

 

                                                                */s/ Andrea Roberts Pierson*
                                                             Andrea Roberts Pierson

US.129133944.01