# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

David McDermitt
1:18-cv-00946

## ORDER GRANTING JOINT MOTION TO
## <u>VACATE ORDER AWARDING COSTS</u>

The Court, having considered the Parties' Joint Motion to Vacate the Court's Order Awarding Costs to the Cook Defendants and the Court, now GRANTS said Motion.

IT IS THEREFORE ORDERED that the Court's August 10, 2020 Order Awarding Costs to the Cook Defendants is hereby vacated.

SO ORDERED.


Dated: _____        _____
                                      Judge, United States District Court,
                                      Southern District of Indiana, Indianapolis Division

Distribution to all counsel of record via CM/ECF

US.129134899.01