IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Dawanna Reaves, Individually and as
Successor-In-Interest to Jonathan Reaves, Deceased

Civil Action No. 1:17-cv-00478

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff's Unopposed Motion for Leave to Amend Complaint is hereby GRANTED.

Signed this _____ day of _____, 2020.

_____
United States District Judge