AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для
Southern District of Indiana

| | | |
|---|---|---|
| CHARLES F. DENNIS, SR., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20-cv-06195-RLY-TAB |
| COOK MEDICAL, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, CHARLES F. DENNIS, SR. and GLORIA DENNIS

Date: 8/27/2020

*Attorney's signature*

Christina E. Mancuso, TX Bar No. 12891400
*Printed name and bar number*

SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270

*Address*

cmancuso@sgptrial.com
*E-mail address*

(214) 276-7680
*Telephone number*

(214) 276-7699
*FAX number*