# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

David McDermitt
1:18-cv-00946

## ORDER GRANTING JOINT MOTION TO VACATE ORDER AWARDING COSTS

The Court, having considered the Parties' Joint Motion to Vacate the Court's Order Awarding Costs to the Cook Defendants and the Court, now GRANTS said Motion.

IT IS THEREFORE ORDERED that the Court's August 10, 2020 Order Awarding Costs to the Cook Defendants is hereby vacated.

SO ORDERED this 2nd day of September 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF