**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates to the Following Actions:

1:17-cv-01980; 1:19-cv-02765; 1:19-cv-02768; 1:19-cv-02775; 1:19-cv-02869; 1:19-cv-02938;
1:19-cv-02971; 1:19-cv-03025; 1:19-cv-03129; 1:19-cv-03168; 1:19-cv-03172; 1:19-cv-03173;
1:19-cv-03176; 1:19-cv-03209; 1:19-cv-03238; 1:19-cv-03242; 1:19-cv-03252; 1:19-cv-03255;
1:19-cv-03258; 1:19-cv-03301; 1:19-cv-03305; 1:19-cv-03307; 1:19-cv-03309; 1:19-cv-03425;
1:19-cv-03427; 1:19-cv-03494; 1:19-cv-03495; 1:19-cv-03526; 1:19-cv-03527; 1:19-cv-03528;
1:19-cv-03530; 1:19-cv-03572; 1:19-cv-03626; 1:19-cv-03728; 1:19-cv-03744; 1:19-cv-03787;
1:19-cv-03788; 1:19-cv-03824; 1:19-cv-03828; 1:19-cv-03943; 1:19-cv-03975; 1:19-cv-04045;
1:19-cv-04259; 1:19-cv-04333; 1:19-cv-04335; 1:19-cv-04336; 1:19-cv-04380; 1:19-cv-04447;
1:19-cv-04476; 1:19-cv-04524; 1:19-cv-04525; 1:19-cv-04526; 1:19-cv-04737; 1:19-cv-04841;
1:19-cv-04858; 1:19-cv-04859; 1:19-cv-04860; 1:19-cv-04861; 1:19-cv-04863; 1:19-cv-04865;
1:19-cv-04866; 1:19-cv-04893; 1:20-cv-00072; 1:20-cv-00501; 1:20-cv-00543; 1:20-cv-00613;
1:20-cv-00677; 1:20-cv-00687; 1:20-cv-00688; 1:20-cv-00691; 1:20-cv-00693; 1:20-cv-00695;
1:20-cv-00697; 1:20-cv-00698; 1:20-cv-00894; 1:20-cv-00913; 1:20-cv-01203; 1:20-cv-01668.

**MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF PROFILE SHEET
OR CASE CATEGORIZATION FORM**

Pursuant to Federal Rule of Civil Procedure 41(b), Federal Rule of Civil Procedure 37, and Fourth Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS (collectively, the "Cook Defendants"), respectfully request that the Court dismiss certain matters set forth herein. In support of this Motion, the Cook Defendants state:

1.   Fourth Amended Case Management Order No. 4 ("CMO No. 4"), entered by this Court on March 13, 2020 (Dkt. 13046), provides that:

> Each Plaintiff in this MDL as of the date of the entry of this Second Amended Case Management Order No. 4 shall submit a completed PPS [Plaintiff Profile Sheet] to Defendants within sixty (60) days if the Plaintiff has not already

provided a complete Plaintiff Profile Form ("PPF") and Plaintiff Fact Sheet ("PFS") under Case Management Order No. 4 [Dkt. 354] or Amended Case Management No. 4 [Dkt. 614].  In cases in which Plaintiffs have not served a completed PPF or PFS, each Plaintiff shall submit a completed PPS to Defendants within sixty (60) days of the entry (December 16, 2016) of the Second Amended Case Management Order No. 4 and, *in future filed cases, within thirty (30) days of the case becoming part of this MDL.*

CMO No. 4, ¶ 1(b) (emphasis added).

2. CMO No. 4 further provides that:

Pursuant to the Court's Revised Second Amended Order Regarding Case Categorization Forms ("CCF") (Filing No. 10617): "All Plaintiffs in newly-filed actions in this MDL (filed as of May 3, 2019, or later), whether by direct filing of the Complaint in this MDL or by transfer into this MDL, must categorize their cases using the form provided in Filing No. 9638-1, supported by specific medical documentation, and submit the same to the Cook Defendants and Plaintiffs' Leadership, within 30 days of the filing of the Complaint or of the transfer date to this MDL, whichever is applicable.

CMO No. 4, ¶ 2.

3. CMO No. 4 provides a deficiency process in the event a Plaintiff does not submit a PPS or CCF as required, which includes providing written notice to counsel for Plaintiff and Plaintiffs' Lead Counsel, and filing a Notice of Non-Compliance. CMO No. 4 ¶ 3.

4. If a PPS or CCF is not submitted within five (5) business days of the written notice the Cook Defendants may file a Notice of Non-Compliance, which provides Plaintiff fourteen (14) additional days to comply or their case "will be dismissed by the Court pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's Order."  CMO No. 4, ¶ 3.

5. The Cook Defendants served the plaintiffs that are the subject of this motion with written notice of their failure to serve a PPS or CCF in compliance with CMO No. 4.  Attached

US.129250507.01

as **Exhibit A** is a list setting forth each individual case ripe for dismissal pursuant to CMO 4.[1] Cook Defendants sent a letter to each Plaintiff's individual counsel and Plaintiffs' Lead Counsel notifying them that a PPS or CCF had not been received. A true and accurate copy of the written notices are attached as **Exhibit B**.

6. Pursuant to CMO No. 4, ¶ 3, Cook filed a Notice of Non-Compliance on August 18, 2020 (Dkt. 14038), notifying the same plaintiffs subject to this motion of their failure to comply with the PPS or CCF obligation.

7. Cook Defendants have not received a completed PPS or CCF from the Plaintiffs in the cases listed in **Exhibit A**, or a response of any kind to Cook's written notices or filed Notice of Non-Compliance.

8. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), Federal Rule of Civil Procedure 37, and CMO No. 4, the Cook Defendants respectfully request that the cases listed in **Exhibit A** be dismissed.

WHEREFORE, the Cook Defendants respectfully request that the Court dismiss the above-captioned matters, and, as a condition on dismissal, order that – to the extent Plaintiff's case is not barred by applicable statutes, such as the statute of limitations or statute of repose – any above-captioned Plaintiff may refile his/her case in the Southern District of Indiana and that if any above-captioned Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana, dismissal automatically convert to a dismissal with prejudice. Cook Defendants further request all other just and appropriate relief.

---

[1] Exhibit A sets forth each plaintiff's name, civil action number, the date the PPS or CCF was due, and the date the notice of failure to serve a PPS or CCF letter was sent to the plaintiff's counsel and Plaintiffs' Lead Counsel.

Dated: September 2, 2020

Respectfully Submitted,

/s/ Kip S.M. McDonald
Andrea Roberts Pierson
Jessica B. Cox
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com
Kip.McDonald@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Stephen.Bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 2, 2020, a copy of the foregoing Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


                           /s/ Kip S.M. McDonald

US.129250507.01