**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

**EXHIBIT A TO MOTION TO DISMISS
FOR FAILURE TO PROVIDE PLAINTIFF PROFILE SHEET OR CASE
CATEGORIZATION FORM**

1. Plaintiffs Subject to Dismissal for Lack of Service of Case Categorization Form (CCF)

| Plaintiff | Cause Number | CCF Due Date | Deficiency Notice | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Meyer, Lisa D. | 1:17-cv-01980 | 4/26/2018 | 9/18/2019 | 1 |
| Smithson, Edgar Lamar | 1:19-cv-03025 | 8/19/2019 | 9/18/2019 | 1 |
| Evans, Sheila Irene | 1:19-cv-03129 | 8/26/2019 | 9/18/2019 | 1 |
| Bell, Rochelle Monik | 1:19-cv-03168 | 8/28/2019 | 9/18/2019 | 1 |
| Branch, Ruby Nell | 1:19-cv-03172 | 8/28/2019 | 9/18/2019 | 1 |
| Casey, Meagan Ellizabeth | 1:19-cv-03173 | 8/28/2019 | 9/18/2019 | 1 |
| Parise, Andrea | 1:19-cv-03176 | 8/28/2019 | 9/18/2019 | 1 |
| Andrews, Judis Ray | 1:19-cv-03209 | 8/30/2019 | 9/18/2019 | 1 |
| Yarbrough, Reginald Lavan | 1:19-cv-03238 | 9/2/2019 | 9/18/2019 | 1 |
| Barbour, Pamela | 1:19-cv-03242 | 9/2/2019 | 9/18/2019 | 1 |
| Clarke, Joan N. | 1:19-cv-03252 | 9/2/2019 | 9/18/2019 | 1 |
| Cooper, Jesse Lee | 1:19-cv-03255 | 9/2/2019 | 9/18/2019 | 1 |
| Moss, Robert Latore | 1:19-cv-03258 | 9/2/2019 | 9/18/2019 | 1 |
| Smith, Curtis | 1:19-cv-03301 | 9/4/2019 | 9/18/2019 | 1 |
| Kieszkowski, Paul Brian | 1:19-cv-03305 | 9/4/2019 | 9/18/2019 | 1 |
| Stidman, Laverne | 1:19-cv-03307 | 9/4/2019 | 9/18/2019 | 1 |
| Smith, Albert | 1:19-cv-03309 | 9/4/2019 | 9/18/2019 | 1 |
| Dunagan, Kenneth Ardway | 1:19-cv-03425 | 9/11/2019 | 9/18/2019 | 1 |
| Galbreath, Michael | 1:19-cv-03427 | 9/11/2019 | 9/18/2019 | 1 |
| Flynt, Valerie Johnson | 1:19-cv-03494 | 9/16/2019 | 10/9/2019 | 2 |
| Harris, Henry | 1:19-cv-03495 | 9/15/2019 | 10/9/2019 | 2 |
| Haynes, Marva Ann | 1:19-cv-03526 | 9/17/2019 | 10/9/2019 | 2 |
| Harvey, Willie Stean | 1:19-cv-03527 | 9/19/2019 | 10/9/2019 | 2 |

| | | | | |
|---|---|---|---|---|
| Vaughn, Edward, Jr. | 1:19-cv-03528 | 9/18/2019 | 10/9/2019 | 2 |
| Zermani, William Rudolph | 1:19-cv-03530 | 9/18/2019 | 10/9/2019 | 2 |
| Altman, Garrieth Q. | 1:19-cv-03572 | 9/23/2019 | 10/9/2019 | 2 |
| Parker, Aileen | 1:19-cv-03626 | 9/25/2019 | 10/9/2019 | 2 |
| Tanner, Calvin Ray | 1:19-cv-03728 | 9/30/2019 | 10/9/2019 | 2 |
| Cannon, Wanda | 1:19-cv-03744 | 10/3/2019 | 10/9/2019 | 2 |
| Hill, Fred Gregory | 1:19-cv-03787 | 10/7/2019 | 11/21/2019 | 3 |
| Mogy, Barry Michael | 1:19-cv-03788 | 10/7/2019 | 11/21/2019 | 3 |
| Finkelstein, Harvey Leonard [ESTATE] | 1:19-cv-03824 | 10/9/2019 | 11/21/2019 | 3 |
| Reamy, Daniel Harvoy IV | 1:19-cv-03943 | 10/17/2019 | 11/21/2019 | 3 |
| Ellis, James J. | 1:19-cv-03975 | 10/21/2019 | 11/21/2019 | 3 |
| Kelsey, Christine Mary | 1:19-cv-04045 | 10/28/2019 | 11/21/2019 | 3 |
| Smith, Patricia A. | 1:19-cv-04259 | 11/18/2019 | 12/23/2019 | 4 |
| Shields, Karen Louise | 1:19-cv-04333 | 11/25/2019 | 12/23/2019 | 4 |
| Cobb, Lisa K. | 1:19-cv-04335 | 11/25/2019 | 12/23/2019 | 4 |
| Bass, Dereck Sr. | 1:19-cv-04336 | 11/25/2019 | 12/23/2019 | 4 |
| Lawson, Donald | 1:19-cv-04380 | 11/27/2019 | 12/23/2019 | 4 |
| Jones, Damion Lavon | 1:19-cv-04447 | 12/4/2019 | 12/23/2019 | 4 |
| Freeman, Elizabeth A. | 1:19-cv-04476 | 12/6/2019 | 12/23/2019 | 4 |
| Jackson, Duvall | 1:19-cv-04524 | 12/11/2019 | 6/17/2020 | 5 |
| Alexander, Barbara J. | 1:19-cv-04526 | 12/11/2019 | 6/17/2020 | 5 |
| Hodge, Karen S. | 1:19-cv-04737 | 12/30/2019 | 6/17/2020 | 5 |
| Crain, Martha Jo | 1:19-cv-04858 | 1/8/2020 | 6/17/2020 | 5 |
| Dominguez, Arthur | 1:19-cv-04859 | 1/8/2020 | 6/17/2020 | 5 |
| George, Robert Milton | 1:19-cv-04860 | 1/8/2020 | 6/17/2020 | 5 |
| Gill, Yonnette | 1:19-cv-04861 | 1/8/2020 | 6/17/2020 | 5 |
| Pisanelli, Albert Anthony | 1:19-cv-04863 | 1/8/2020 | 6/17/2020 | 5 |
| Porter, Cathy E. | 1:19-cv-04865 | 1/8/2020 | 6/17/2020 | 5 |
| Whitten, Darren George | 1:19-cv-04866 | 1/9/2020 | 6/17/2020 | 5 |
| Newman, April | 1:19-cv-04893 | 1/10/2020 | 6/17/2020 | 5 |
| Rucker, Janice | 1:20-cv-00072 | 2/7/2020 | 6/29/2020 | 5 |
| Turner, Gail | 1:20-cv-00501 | 3/16/2020 | 6/17/2020 | 5 |
| De La Haye, Estela Nelida | 1:20-cv-00543 | 3/19/2020 | 6/17/2020 | 5 |
| Moore, James Carl | 1:20-cv-00613 | 3/25/2020 | 6/17/2020 | 5 |
| Crawford, Joyce L. [ESTATE OF] | 1:20-cv-00677 | 3/30/2020 | 6/17/2020 | 5 |
| Vasquez, Teresa Marie | 1:20-cv-00687 | 4/1/2020 | 6/17/2020 | 5 |
| Porter, Patrick | 1:20-cv-00688 | 4/1/2020 | 6/17/2020 | 5 |
| Lamb, Corbin | 1:20-cv-00691 | 4/1/2020 | 6/17/2020 | 5 |
| Johnson, Ted | 1:20-cv-00693 | 4/1/2020 | 6/17/2020 | 5 |
| Ballerine, Lester | 1:20-cv-00695 | 4/1/2020 | 6/17/2020 | 5 |
| Anderson, Ana M. | 1:20-cv-00697 | 4/1/2020 | 6/17/2020 | 5 |

| Shipman, Evelyn Fay | 1:20-cv-00698 | 4/1/2020 | 6/17/2020 | 5 |

2. Plaintiffs Subject to Dismissal for Lack of Service of Plaintiff Profile Sheet (PPS)

| Plaintiff | Cause Number | PPS Due Date | Deficiency Notice | Exhibit B Sub-Exhibit Number |
|---|---|---|---|---|
| Chrisman, Richard Allen | 1:19-cv-02765 | 9/20/2019 | 8/20/2019 | 6 |
| Jackson, Zuleika | 1:19-cv-02768 | 9/20/2019 | 8/20/2019 | 6 |
| Daniels, Barbara R. | 1:19-cv-02775 | 9/20/2019 | 8/20/2019 | 6 |
| Forsyth, John H. | 1:19-cv-02869 | 9/20/2019 | 8/20/2019 | 6 |
| Roberts, Anthony Ray | 1:19-cv-02938 | 9/20/2019 | 8/20/2019 | 6 |
| Flego, Fred Michael | 1:19-cv-02971 | 9/20/2019 | 8/20/2019 | 6 |
| Smithson, Edgar Lamar | 1:19-cv-03025 | 8/19/2019 | 9/20/2019 | 7 |
| Evans, Sheila Irene | 1:19-cv-03129 | 8/26/2019 | 9/20/2019 | 7 |
| Bell, Rochelle Monik | 1:19-cv-03168 | 8/28/2019 | 9/20/2019 | 7 |
| Branch, Ruby Nell | 1:19-cv-03172 | 8/28/2019 | 9/20/2019 | 7 |
| Casey, Meagan Ellizabeth | 1:19-cv-03173 | 8/28/2019 | 9/20/2019 | 7 |
| Parise, Andrea | 1:19-cv-03176 | 8/28/2019 | 9/20/2019 | 7 |
| Andrews, Judis Ray | 1:19-cv-03209 | 8/30/2019 | 9/20/2019 | 7 |
| Yarbrough, Reginald Lavan | 1:19-cv-03238 | 9/2/2019 | 9/20/2019 | 7 |
| Barbour, Pamela | 1:19-cv-03242 | 9/2/2019 | 9/20/2019 | 7 |
| Clarke, Joan N. | 1:19-cv-03252 | 9/2/2019 | 9/20/2019 | 7 |
| Cooper, Jesse Lee | 1:19-cv-03255 | 9/2/2019 | 9/20/2019 | 7 |
| Moss, Robert Latore | 1:19-cv-03258 | 9/2/2019 | 9/20/2019 | 7 |
| Smith, Curtis | 1:19-cv-03301 | 9/4/2019 | 9/20/2019 | 7 |
| Kieszkowski, Paul Brian | 1:19-cv-03305 | 9/4/2019 | 9/20/2019 | 7 |
| Stidman, Laverne | 1:19-cv-03307 | 9/4/2019 | 9/20/2019 | 7 |
| Smith, Albert | 1:19-cv-03309 | 9/4/2019 | 9/20/2019 | 7 |
| Dunagan, Kenneth Ardway | 1:19-cv-03425 | 9/11/2019 | 9/20/2019 | 7 |
| Galbreath, Michael | 1:19-cv-03427 | 9/11/2019 | 9/20/2019 | 7 |
| Flynt, Valerie Johnson | 1:19-cv-03494 | 9/16/2019 | 9/20/2019 | 7 |
| Harris, Henry | 1:19-cv-03495 | 9/15/2019 | 9/20/2019 | 7 |
| Haynes, Marva Ann | 1:19-cv-03526 | 9/17/2019 | 9/30/2019 | 8 |
| Harvey, Willie Stean | 1:19-cv-03527 | 9/19/2019 | 9/30/2019 | 8 |
| Vaughn, Edward, Jr. | 1:19-cv-03528 | 9/18/2019 | 9/30/2019 | 8 |
| Zermani, William Rudolph | 1:19-cv-03530 | 9/18/2019 | 9/30/2019 | 8 |
| Altman, Garrieth Q. | 1:19-cv-03572 | 9/23/2019 | 9/30/2019 | 8 |
| Parker, Aileen | 1:19-cv-03626 | 9/25/2019 | 10/15/2019 | 9 |

| | | | | |
|---|---|---|---|---|
| Tanner, Calvin Ray | 1:19-cv-03728 | 9/30/2019 | 10/15/2019 | 9 |
| Cannon, Wanda | 1:19-cv-03744 | 10/3/2019 | 10/15/2019 | 9 |
| Hill, Fred Gregory | 1:19-cv-03787 | 10/7/2019 | 10/15/2019 | 9 |
| Mogy, Barry Michael | 1:19-cv-03788 | 10/7/2019 | 10/15/2019 | 9 |
| Finkelstein, Harvey Leonard [ESTATE] | 1:19-cv-03824 | 10/9/2019 | 10/15/2019 | 9 |
| Walker, Daree | 1:19-cv-03828 | 10/10/2019 | 12/12/2019 | 10 |
| Reamy, Daniel Harvoy IV | 1:19-cv-03943 | 10/17/2019 | 11/25/2019 | 11 |
| Ellis, James J. | 1:19-cv-03975 | 10/21/2019 | 11/25/2019 | 11 |
| Kelsey, Christine Mary | 1:19-cv-04045 | 10/28/2019 | 11/25/2019 | 11 |
| Shields, Karen Louise | 1:19-cv-04333 | 11/25/2019 | 1/6/2020 | 12 |
| Cobb, Lisa K. | 1:19-cv-04335 | 11/25/2019 | 1/6/2020 | 12 |
| Bass, Dereck Sr. | 1:19-cv-04336 | 11/25/2019 | 1/6/2020 | 12 |
| Lawson, Donald | 1:19-cv-04380 | 11/27/2019 | 1/6/2020 | 12 |
| Jones, Damion Lavon | 1:19-cv-04447 | 12/4/2019 | 1/6/2020 | 12 |
| Freeman, Elizabeth A. | 1:19-cv-04476 | 12/6/2019 | 1/6/2020 | 12 |
| Jackson, Duvall | 1:19-cv-04524 | 12/11/2019 | 1/6/2020 | 12 |
| Byers-Opoka, Arlene | 1:19-cv-04525 | 12/11/2019 | 1/6/2020 | 12 |
| Alexander, Barbara J. | 1:19-cv-04526 | 12/11/2019 | 1/6/2020 | 12 |
| Hodge, Karen S. | 1:19-cv-04737 | 12/30/2019 | 1/6/2020 | 12 |
| Torres, Victoria | 1:19-cv-04841 | 1/8/2020 | 3/23/2020 | 13 |
| Crain, Martha Jo | 1:19-cv-04858 | 1/8/2020 | 3/23/2020 | 13 |
| Dominguez, Arthur | 1:19-cv-04859 | 1/8/2020 | 3/23/2020 | 13 |
| George, Robert Milton | 1:19-cv-04860 | 1/8/2020 | 3/23/2020 | 13 |
| Gill, Yonnette | 1:19-cv-04861 | 1/8/2020 | 3/23/2020 | 13 |
| Pisanelli, Albert Anthony | 1:19-cv-04863 | 1/8/2020 | 3/23/2020 | 13 |
| Porter, Cathy E. | 1:19-cv-04865 | 1/8/2020 | 3/23/2020 | 13 |
| Whitten, Darren George | 1:19-cv-04866 | 1/9/2020 | 3/23/2020 | 13 |
| Newman, April | 1:19-cv-04893 | 1/10/2020 | 3/23/2020 | 13 |
| Rucker, Janice | 1:20-cv-00072 | 2/7/2020 | 3/23/2020 | 13 |
| Turner, Gail | 1:20-cv-00501 | 3/16/2020 | 4/29/2020 | 14 |
| De La Haye, Estela Nelida | 1:20-cv-00543 | 3/19/2020 | 4/29/2020 | 14 |
| Moore, James Carl | 1:20-cv-00613 | 3/25/2020 | 4/29/2020 | 14 |
| Crawford, Joyce L. [ESTATE OF] | 1:20-cv-00677 | 3/30/2020 | 4/29/2020 | 14 |
| Vasquez, Teresa Marie | 1:20-cv-00687 | 4/1/2020 | 4/29/2020 | 14 |
| Porter, Patrick | 1:20-cv-00688 | 4/1/2020 | 4/29/2020 | 14 |
| Lamb, Corbin | 1:20-cv-00691 | 4/1/2020 | 4/29/2020 | 14 |
| Johnson, Ted | 1:20-cv-00693 | 4/1/2020 | 4/29/2020 | 14 |
| Ballerine, Lester | 1:20-cv-00695 | 4/1/2020 | 4/29/2020 | 14 |
| Anderson, Ana M. | 1:20-cv-00697 | 4/1/2020 | 4/29/2020 | 14 |
| Shipman, Evelyn Fay | 1:20-cv-00698 | 4/1/2020 | 4/29/2020 | 14 |
| Flowers, Mitchell R. | 1:20-cv-00894 | 6/4/2020 | 6/15/2020 | 15 |

| | | | | |
|---|---|---|---|---|
| Glaude, Nicholas J. | 1:20-cv-00913 | 6/4/2020 | 6/15/2020 | 15 |
| Hopson, Robert | 1:20-cv-01203 | 6/19/2020 | 6/29/2020 | 16 |
| Stone, Kristofher Adamm | 1:20-cv-01668 | 7/20/2020 | 7/29/2020 | 17 |