**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 1**</u>

## Starrs, Michael S.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Wednesday, September 18, 2019 3:28 PM |
| **To:** | matthewsivc@thematthewslawfirm.com; Lizy Santiago |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss on **October 4, 2019.** Thank you,

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Adams, Robert Eugene | 1:19-cv-03028 | 8/19/2019 |
| Allen, Charlotte I. | 1:19-cv-01715 | 5/22/2019 |
| Anderson, Rachel Earl | 1:19-cv-03208 | 8/30/2019 |
| Andrews, Judis Ray | 1:19-cv-03209 | 8/30/2019 |
| Ashley, Harry Jr. | 1:19-cv-03128 | 8/26/2019 |
| Bales, Tommy Dirk | 1:19-cv-03243 | 9/2/2019 |
| Barbour, Pamela | 1:19-cv-03242 | 9/2/2019 |
| Barfield, Gail Yvonne | 1:19-cv-03170 | 8/28/2019 |
| Barry, Carolyn Diane | 1:19-cv-03300 | 9/4/2019 |
| Becker, Constance Rae | 1:19-cv-03169 | 8/28/2019 |
| Bega, Darrin C. | 1:19-cv-03304 | 9/4/2019 |
| Bell, Rochelle Monik | 1:19-cv-03168 | 8/28/2019 |
| Bowles, Walter | 1:19-cv-01691 | 5/22/2019 |
| Bowman, Lottie M. | 1:19-cv-03026 | 8/19/2019 |
| Bradley, Derek Lee | 1:19-cv-03130 | 8/26/2019 |
| Branch, Ruby Nell | 1:19-cv-03172 | 8/28/2019 |
| Brown, Sharon Lee | 1:19-cv-03171 | 8/28/2019 |
| Casey, Meagan Ellizabeth | 1:19-cv-03173 | 8/28/2019 |

| | | |
|---|---|---|
| Cassman, Roger Dean | 1:19-cv-03412 | 9/9/2019 |
| Chambers, April S. | 1:19-cv-03211 | 8/30/2019 |
| Chism, Tina Louise | 1:19-cv-01658 | 5/22/2019 |
| Clark, Jon D. | 1:19-cv-01719 | 5/22/2019 |
| Clarke, Joan N. | 1:19-cv-03252 | 9/2/2019 |
| Coleman, Edward | 1:19-cv-01651 | 5/22/2019 |
| Conforti, Diane Marie | 1:19-cv-03113 | 8/25/2019 |
| Connette, William D. | 1:19-cv-03361 | 9/6/2019 |
| Cooper, Jesse Lee | 1:19-cv-03255 | 9/2/2019 |
| Crater, Lauren Nicole | 1:19-cv-03432 | 9/12/2019 |
| Crawford, David Bernard | 1:19-cv-03377 | 9/9/2019 |
| DeFeo, Georgiann Janice [ESTATE OF] | 1:19-cv-03178 | 8/28/2019 |
| Derrick, Margie Ann | 1:19-cv-03146 | 8/26/2019 |
| Drennan, Vance Salvador | 1:19-cv-03360 | 9/6/2019 |
| Dunagan, Kenneth Ardway | 1:19-cv-03425 | 9/11/2019 |
| Duschak, Barbara Jean | 1:19-cv-01730 | 5/22/2019 |
| Echols, Evelyn Jean | 1:19-cv-03061 | 8/22/2019 |
| Edwards, Susan Marie | 1:19-cv-02749 | 8/5/2019 |
| Elsayed, Mohamed Adel | 1:19-cv-03060 | 8/22/2019 |
| Evans, Sheila Irene | 1:19-cv-03129 | 8/26/2019 |
| Filas, Arnold Leon | 1:19-cv-03429 | 9/11/2019 |
| Forney, Birdie | 1:19-cv-03475 | 9/13/2019 |
| Fouch, Dianne | 1:18-cv-00652 | 5/22/2019 |
| Galbreath, Michael | 1:19-cv-03427 | 9/11/2019 |
| Gulley, Hubert Glen | 1:19-cv-03359 | 9/6/2019 |
| Hagemann, Charlotte Belle | 1:19-cv-03302 | 9/4/2019 |
| Hamer, Glenna O. | 1:19-cv-03306 | 9/4/2019 |
| Harper, James G. | 1:19-cv-01713 | 5/22/2019 |
| Harris, Christine | 1:19-cv-01771 | 5/22/2019 |
| Hayes, Wanda M. | 1:19-cv-03239 | 9/2/2019 |
| Henderson, Bernice Adell | 1:19-cv-03057 | 8/21/2019 |
| Hern, William Aaron | 1:19-cv-01652 | 5/22/2019 |
| Hoag, Heather | 1:19-cv-02601 | 7/26/2019 |
| Hohman, Richard Gene | 1:19-cv-03380 | 9/9/2019 |
| Hollman, Ilene | 1:19-cv-01722 | 5/22/2019 |
| Holman, Maxine Cola | 1:19-cv-03413 | 9/9/2019 |

| | | |
|---|---|---|
| Hoxey, Billy W. | 1:19-cv-03426 | 9/11/2019 |
| Hunter, Richard Stewart | 1:19-cv-03241 | 9/2/2019 |
| Ikner, Jerry D. | 1:19-cv-01674 | 5/22/2019 |
| Johnson, Andra D. | 1:19-cv-03430 | 9/11/2019 |
| Johnson, Darrin B. | 1:19-cv-03212 | 8/30/2019 |
| Jones, Renea L. | 1:19-cv-03362 | 9/6/2019 |
| Jones, Robert Lee | 1:19-cv-02610 | 7/26/2019 |
| Kagan, Harvey Samuel [ESTATE] | 1:19-cv-03433 | 9/12/2019 |
| Keaton, Charles Joe | 1:19-cv-03058 | 8/21/2019 |
| Kelley, Harvey | 1:19-cv-03213 | 8/30/2019 |
| Kemerley-Norman, Ronda J. | 1:19-cv-03210 | 8/30/2019 |
| Ketner, Brian Joseph | 1:19-cv-02600 | 6/26/2019 |
| Kieszkowski, Paul Brian | 1:19-cv-03305 | 9/4/2019 |
| Kristopaitis, Denise K.M.F.G. | 1:19-cv-02589 | 7/25/2019 |
| Lozano, Adela | 1:19-cv-03148 | 8/26/2019 |
| Mangold, Raymond | 1:19-cv-03237 | 9/2/2019 |
| Marshall, Virginia D. | 1:19-cv-03116 | 8/25/2019 |
| McGinnis, Joy | 1:19-cv-01675 | 5/22/2019 |
| McKenna, Joseph | 1:19-cv-03236 | 9/2/2019 |
| Meighan, Grace A. | 1:19-cv-01792 | 5/22/2019 |
| Meyer, Lisa D. | 1:17-cv-01980 | 5/22/2019 |
| Miller, Edward Warren Jr. | 1:19-cv-03174 | 8/28/2019 |
| Moore, Donna Jane | 1:19-cv-02751 | 8/5/2019 |
| Moore, Tiwonna R. | 1:19-cv-03240 | 9/2/2019 |
| Moschetto, Elizabeth Ann | 1:19-cv-03379 | 9/9/2019 |
| Moss, Robert Latore | 1:19-cv-03258 | 9/2/2019 |
| Nicholson, Cheryl Jean | 1:19-cv-03114 | 8/25/2019 |
| O'Connor, Stacy John | 1:19-cv-03378 | 9/9/2019 |
| O'Halloran, Sharon Anne | 1:19-cv-03112 | 8/25/2019 |
| Page, Joyce Marie | 1:19-cv-02990 | 8/19/2019 |
| Parise, Andrea | 1:19-cv-03176 | 8/28/2019 |
| Penfold, Ted A. | 1:19-cv-03474 | 9/13/2019 |
| Plum, Jerry Ruth | 1:19-cv-03177 | 8/28/2019 |

| | | |
|---|---|---|
| Powell, Richard T. | 1:19-cv-01775 | 5/22/2019 |
| Powers, Jerry | 1:19-cv-03428 | 9/11/2019 |
| Ricartty, Jose M. | 1:19-cv-03473 | 9/13/2019 |
| Riggio, Grace Marie | 1:19-cv-03167 | 8/28/2019 |
| Roberson, Daron F. | 1:19-cv-01692 | 5/27/2019 |
| Robin, Sandra Ann | 1:19-cv-02748 | 8/2/2019 |
| Roland, Craig Allen | 1:19-cv-03115 | 8/25/2019 |
| Russell, Carla | 1:19-cv-03424 | 9/11/2019 |
| Sanchez, David S. | 1:19-cv-03472 | 9/13/2019 |
| Sanders, Barbara | 1:19-cv-02590 | 7/25/2019 |
| Schmidt, Craig Arnold | 1:19-cv-03147 | 8/26/2019 |
| Seby-Barr, Miriam Sunshine | 1:19-cv-03059 | 8/21/2019 |
| Servidio, Michael | 1:19-cv-03310 | 9/5/2019 |
| Shirley, Derek | 1:19-cv-01773 | 5/22/2019 |
| Smith, Albert | 1:19-cv-03309 | 9/4/2019 |
| Smith, Barbara N. | 1:19-cv-03471 | 9/13/2019 |
| Smith, Curtis | 1:19-cv-03301 | 9/4/2019 |
| Smith, Michael Byron | 1:19-cv-03381 | 9/9/2019 |
| Smith, Oscar | 1:19-cv-03175 | 8/28/2019 |
| Smithson, Edgar Lamar | 1:19-cv-03025 | 8/19/2019 |
| Stephen, Marjorie L. | 1:19-cv-01794 | 5/22/2019 |
| Stidman, Laverne | 1:19-cv-03307 | 9/4/2019 |
| Tavares, Maria S. | 1:19-cv-01793 | 5/22/2019 |
| Thompson, Marie Elizabeth | 1:19-cv-02588 | 7/25/2019 |
| Tuttle, Richard G. | 1:19-cv-03259 | 9/2/2019 |
| Webb, Alice V. | 1:19-cv-03431 | 9/11/2019 |
| Wetzel, Michael A. [ESTATE OF] | 1:19-cv-01723 | 5/22/2019 |
| Yarbrough, Reginald Lavan | 1:19-cv-03238 | 9/2/2019 |

Thank you,

Rochelle R. Symons
*Paralegal*
rochelle.symons@FaegreBD.com    Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

———————————————————————

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

———————————————————————

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 2</u>**

## Starrs, Michael S.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Wednesday, October 9, 2019 11:37 AM |
| **To:** | matthewsivc@thematthewslawfirm.com; Lizy Santiago |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss after **October 28, 2019**.

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Allen, Willie Ruth | 1:19-cv-03559 | 9/20/2019 |
| Altman, Garrieth Q. | 1:19-cv-03572 | 9/23/2019 |
| Bailey, David Scott | 1:19-cv-03686 | 9/27/2019 |
| Bell, Willard George | 1:19-cv-03496 | 9/16/2019 |
| Cannon, Wanda | 1:19-cv-03744 | 10/3/2019 |
| Coy, Ronald J. | 1:19-cv-03506 | 9/15/2019 |
| Dailey, McKinley | 1:19-cv-03745 | 10/3/2019 |
| Douglas, Joseph F. | 1:19-cv-03687 | 9/27/2019 |
| Dudick, Robert | 1:19-cv-03493 | 9/16/2019 |
| Eghtesadi, Ahmad | 1:19-cv-03505 | 9/16/2019 |
| Espinosa, Lillie Mae | 1:19-cv-03625 | 9/25/2019 |
| Flynt, Valerie Johnson | 1:19-cv-03494 | 9/16/2019 |
| Franklin, Sr, Anthony Eward | 1:19-cv-03507 | 9/16/2019 |
| Gulley, Hubert Glen | 1:19-cv-03359 | 9/18/2019 |
| Harris, Henry | 1:19-cv-03495 | 9/15/2019 |
| Harvey, Willie Stean | 1:19-cv-03527 | 9/19/2019 |
| Haynes, Marva Ann | 1:19-cv-03526 | 9/17/2019 |

| Hess, Lane R. | 1:19-cv-03749 | 10/4/2019 |
| Houlton, Goldie | 1:19-cv-03624 | 9/25/2019 |
| Jerd, John Douglas | 1:19-cv-03529 | 9/18/2019 |
| Johnson, Jennifer Ann | 1:19-cv-03746 | 10/3/2019 |
| Ledlow, Mike | 1:19-cv-03525 | 9/17/2019 |
| Manson, William R. | 1:19-cv-03748 | 10/4/2019 |
| Meadows, Kimberly | 1:19-cv-03587 | 9/23/2019 |
| Parker, Aileen | 1:19-cv-03626 | 9/25/2019 |
| Rocha, Elizabeth Lisa | 1:19-cv-03704 | 9/30/2019 |
| Shoffler, Pauline A. | 1:19-cv-03585 | 9/23/2019 |
| Tanner, Calvin Ray | 1:19-cv-03728 | 9/30/2019 |
| Vann, Mary A. | 1:19-cv-03705 | 9/30/2019 |
| Vanorsdale, Larry | 1:19-cv-03747 | 10/3/2019 |
| Vaughn, Edward, Jr. | 1:19-cv-03528 | 9/18/2019 |
| Zermani, William Rudolph | 1:19-cv-03530 | 9/18/2019 |

Thank you,

Rochelle R. Symons
*Paralegal*
rochelle.symons@FaegreBD.com   Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

———————————————————————

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

———————————————————————

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 3**</u>

**Starrs, Michael S.**

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Thursday, November 21, 2019 12:52 PM |
| **To:** | matthewsivc@thematthewslawfirm.com; Lizy Santiago; Marisol Salazar |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_Multi-Plaintiff.pdf |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617).  The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order.  Cook is filing the motion to dismiss after **December 1, 2019**.

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Boyd, Curtis Edward | 1:19-cv-03917 | 11/13/2019 |
| Ellis, James J. | 1:19-cv-03975 | 10/11/2019 |
| Finkelstein, Harvey Leonard [ESTATE] | 1:19-cv-03824 | 10/21/2019 |
| Hill, Fred Gregory | 1:19-cv-03787 | 10/30/2019 |
| Kelsey, Christine Mary | 1:19-cv-04045 | 11/14/2019 |
| Mogy, Barry Michael | 1:19-cv-03788 | 10/28/2019 |
| Pleska, Edward A. | 1:19-cv-03791 | 11/11/2019 |
| Popham, Tony | 1:19-cv-03790 | 10/7/2019 |
| Reamy, Daniel Harvoy IV | 1:19-cv-03943 | 10/17/2019 |
| Zimmerman, Todd L. | 1:19-cv-03789 | 10/7/2019 |

Thank you,

**Rochelle R. Symons**
*Paralegal*
rochelle.symons@FaegreBD.com   Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                       MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 4</u>**

## Starrs, Michael S.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Monday, December 23, 2019 1:23 PM |
| **To:** | mrobinson@robinsonfirm.com |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms - Smith, Patricia A. - 1:19-cv-04259 - Categorization Form Due Date: 11/18/2019 |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |


**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case has passed. On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617). The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order. Cook is filing the motion to dismiss after **December 30, 2019.**

Thanks!

Rochelle R. Symons
*Paralegal*
rochelle.symons@FaegreBD.com Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

## Starrs, Michael S.

| | |
|---|---|
| **From:** | Symons, Rochelle R. |
| **Sent:** | Monday, December 23, 2019 1:22 PM |
| **To:** | matthewsivc@thematthewslawfirm.com; Lizy Santiago; Marisol Salazar |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms for Multiple Plaintiffs |
| **Attachments:** | [10617] 2019-05-07 - Revised Second Amended Regarding Case Categorization Forms_ Multi-Plaintiff.pdf |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the below cases have passed. On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms (Dkt. 10617). The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

If we do not receive the CCF for these cases, Cook is going to file a motion to dismiss for failure to comply with the Court's Order. Cook is filing the motion to dismiss after **December 30, 2019.**

| Plaintiff | Cause Number | Category Form Due Date |
|---|---|---|
| Armstrong, Roger Blair | 1:19-cv-04475 | 12/6/2019 |
| Bass, Dereck Sr. | 1:19-cv-04336 | 11/25/2019 |
| Cobb, Lisa K. | 1:19-cv-04335 | 11/25/2019 |
| Freeman, Elizabeth A. | 1:19-cv-04476 | 12/6/2019 |
| Jones, Damion Lavon | 1:19-cv-04447 | 12/4/2019 |
| Lawson, Donald | 1:19-cv-04380 | 11/27/2019 |
| Meehan, James L. | 1:19-cv-04334 | 11/25/2019 |
| Shatzer, Carolyn Louise | 1:19-cv-04381 | 11/27/2019 |
| Shields, Karen Louise | 1:19-cv-04333 | 11/25/2019 |

Thanks!

Rochelle R. Symons
*Paralegal*
rochelle.symons@FaegreBD.com Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2500 | Indianapolis, IN 46204, USA

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 5**</u>

**Danner, Michelle R.**

**From:** Danner, Michelle R.
**Sent:** Wednesday, June 17, 2020 2:56 PM
**To:** 'matthewsivc@thematthewslawfirm.com'; lsantiago@thematthewslawfirm.com
**Subject:** Cook Filter - Deadline Passed for Service of Categorization Forms

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the cases listed below has passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms [Dkt. 10617]. The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.

| Case Name | Cause Number | CCF Due Date |
|---|---|---|
| Alexander, Barbara J. | 1:19-cv-04526 | 12/11/2019 |
| Anderson, Ana M. | 1:20-cv-00697 | 4/1/2020 |
| Balandra, Donna Marie | 1:20-cv-00696 | 4/1/2020 |
| Ballerine, Lester | 1:20-cv-00695 | 4/1/2020 |
| Byars-Opoka, Ariene | 1:19-cv-04525 | 12/11/2019 |
| Clifton, Mark A. | 1:19-cv-05007 | 1/29/2020 |
| Crain, Martha Jo | 1:19-cv-04696 | 1/6/2020 |
| Crawford, Joyce L. [ESTATE OF] | 1:20-cv-00677 | 5/30/2020 |
| De La Haye, Estela Nelida | 1:20-cv-00543 | 5/19/2020 |
| Delariva, Roberto | 1:20-cv-00694 | 4/1/2020 |
| Dominguez, Arthur | 1:19-cv-04699 | 1/6/2020 |
| Franklin, Yvonne | 1:19-cv-04697 | 1/15/2020 |
| George, Robert Milton | 1:19-cv-04660 | 1/6/2020 |
| Gill, Yonnetta | 1:19-cv-04661 | 1/6/2020 |
| Gonsiewski, Tina Marie | 1:19-cv-04579 | 11/27/2019 |
| Hanson, Terrence Mylen | 1:19-cv-04662 | 1/6/2020 |
| Harris, Christine | 1:19-cv-01771 | 5/31/2019 |
| Hill, Uncie Faye | 1:20-cv-00504 | 5/16/2020 |
| Hinson, Sarah Elizabeth | 1:20-cv-00505 | 5/16/2020 |
| Hodge, Karen S. | 1:19-cv-04757 | 12/30/2019 |
| Jackson, Duvall | 1:19-cv-04524 | 12/11/2019 |
| Jenkins, Laverne Charman | 1:20-cv-00500 | 5/16/2020 |
| Johnson, Ted | 1:20-cv-00693 | 4/1/2020 |
| Jones, Merrel | 1:20-cv-00692 | 4/1/2020 |
| Jones, Micaela | 1:19-cv-04756 | 12/30/2019 |
| Lamb, Corbin | 1:20-cv-00691 | 4/1/2020 |
| Lungren, Patricia May | 1:19-cv-04616 | 1/6/2020 |
| Mack, Mary | 1:20-cv-00690 | 4/1/2020 |
| Miller, George Edward Jr. | 1:20-cv-00689 | 4/1/2020 |
| Moore, James Carl | 1:20-cv-00615 | 5/29/2020 |
| Newman, April | 1:19-cv-04695 | 1/10/2020 |
| Piasecki, Albert Anthony | 1:19-cv-04665 | 1/6/2020 |
| Porter, Cathy E. | 1:19-cv-04665 | 1/6/2020 |
| Porter, Patrick | 1:20-cv-00656 | 4/1/2020 |
| Sharpe, Peggy Jean | 1:19-cv-04251 | 11/15/2019 |
| Shipman, Evelyn Fay | 1:20-cv-00696 | 4/1/2020 |
| Shiers, Jean Marie | 1:20-cv-00566 | 5/25/2020 |
| Solock, Douglas W. | 1:19-cv-04923 | 1/15/2020 |
| Stewart, Kimberly C. | 1:20-cv-00019 | 2/3/2020 |
| Turner, Gail | 1:20-cv-00501 | 5/16/2020 |
| Vasquez, Teresa Marie | 1:20-cv-00687 | 4/1/2020 |
| Whitten, Darren George | 1:19-cv-04966 | 1/9/2020 |

Pursuant to Revised Second Amended Order Regarding Case Categorization Forms and Fourth Amended Case Management Order No. 4 [Dkt. 13046], if the deficiency is not resolved within five days, your case may be subject to dismissal.

Thank you,

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP

*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

## Danner, Michelle R.

| | |
|---|---|
| **From:** | Danner, Michelle R. |
| **Sent:** | Monday, June 29, 2020 3:01 PM |
| **To:** | 'rick@rplezialaw.com'; 'efile@rplezialaw.com'; 'Deanna@rplezialaw.com'; 'Karla@rplezialaw.com' |
| **Subject:** | Cook Filter - Deadline Passed for Service of Categorization Forms - Rucker, Janice - 1:20-cv-00072 - Categorization Form Due Date: 2/7/2020 |

**THIS EMAIL IS BEING SENT ON BEHALF OF BLAKE A. ANGELINO:**

Counsel,

The deadline to submit a case categorization form for the above case has passed.  On May 7, 2019, the Court entered the Revised Second Amended Order Regarding Case Categorization Forms [Dkt. 10617]. The Court's Order requires all plaintiffs to submit a case categorization form within 30 days of filing their complaint.  Pursuant to Revised Second Amended Order Regarding Case Categorization Forms and Fourth Amended Case Management Order No. 4 [Dkt. 13046], if the deficiency is not resolved within five days, your case may be subject to dismissal.

Thank you,

**Blake A. Angelino** | blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP
*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker) -** a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 6**</u>

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

August 20, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

| For MDL Plaintiffs |
| --- |

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
matthewsivc@thematthewslawfirm.com;
lsantiago@thematthewslawfirm.com

> **Re:**   Cook MDL Plaintiff Profile Deficiency

Dear David P. Matthews:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Cade, Venemore Brown
- Capala, Maria A.
- Chrisman, Richard Allen
- Daniels, Barbara R.
- De Lima, Robin Scott
- Edwards, Susan Marie
- Enzman, John William Jr.
- Flego, Fred Michael
- Forsyth, John H.
- Freeman, Elisha Jr.
- Griffin, Carolyn Marie
- Harms, Arthur
- Hunter, Jack Edwin
- Jackson, Zuleika
- Kilbury, Candace

David P. Matthews                                                                     8/20/2019

- King, Larry Allan
- Long, Thomas Alvin
- Lopz, Jose Antonio
- McClain, Willie
- Middleton, Deborah L.
- Moore, Donna Jane
- Murphy, Raymond
- Ponder, Gary Wayne
- Proffitt, Ward Douglas
- Rebsamen, Carol Lynn
- Roberson, Daron F.
- Roberts, Anthony Ray
- Robin, Sandra Ann
- Robinson, Melisa
- Rohrbaugh, Mark
- Skuback, Brian
- Smith, Jeffrey Bruce
- Smith, Montrelle C.
- Sumner, Sharonda Petrell
- Turner, George Melvin
- Vega-Sanchez, Melissa
- Weber, Roy Allen
- Wilson, Beverly Maryann
- Yapp, Christine

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

David P. Matthews                                                8/20/2019


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

—————————————————————————

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                   MDL No. 2570

—————————————————————————

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 7**</u>

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

September 20, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |
| --- |

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
matthewsivc@thematthewslawfirm.com;
lsantiago@thematthewslawfirm.com

      **Re:**    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear David P. Matthews:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Adams, Robert Eugene
- Anderson, Rachel Earl
- Andrews, Judis Ray
- Ashley, Harry Jr.
- Bales, Tommy Dirk
- Barbour, Pamela
- Barfield, Gail Yvonne
- Barry, Carolyn Diane
- Becker, Constance Rae
- Bega, Darrin C.
- Bell, Rochelle Monik
- Bell, Willard George
- Bowman, Lottie M.
- Bradley, Derek Lee
- Branch, Ruby Nell

- Hohman, Richard Gene
- Holman, Maxine Cola
- Hoxey, Billy W.
- Hunter, Richard Stewart
- Johnson, Andra D.
- Johnson, Darrin B.
- Jones, Renea L.
- Kagan, Harvey Samuel [ESTATE]
- Keaton, Charles Joe
- Kelley, Harvey
- Kemerley-Norman, Ronda J.
- Kieszkowski, Paul Brian
- Lozano, Adela
- Mangold, Raymond
- Marshall, Virginia D.

David P. Matthews                                                                    9/20/2019

- Brown, Sharon Lee
- Casey, Meagan Ellizabeth
- Cassman, Roger Dean
- Chambers, April S.
- Clarke, Joan N.
- Conforti, Diane Marie
- Connette, William D.
- Cooper, Jesse Lee
- Coy, Ronald J.
- Crater, Lauren Nicole
- Crawford, David Bernard
- DeFeo, Georgiann Janice [ESTATE OF]
- Derrick, Margie Ann
- Drennan, Vance Salvador
- Dudick, Robert
- Dunagan, Kenneth Ardway
- Echols, Evelyn Jean
- Eghtesadi, Ahmad
- Elsayed, Mohamed Adel
- Evans, Sheila Irene
- Filas, Arnold Leon
- Flynt, Valerie Johnson
- Forney, Birdie
- Franklin, Sr, Anthony Eward
- Galbreath, Michael
- Gulley, Hubert Glen
- Hagemann, Charlotte Belle
- Hamer, Glenna O.
- Harris, Henry
- Hayes, Wanda M.
- Henderson, Bernice Adell

- McKenna, Joseph
- Miller, Edward Warren Jr.
- Moore, Tiwonna R.
- Moschetto, Elizabeth Ann
- Moss, Robert Latore
- Nicholson, Cheryl Jean
- O'Connor, Stacy John
- O'Halloran, Sharon Anne
- Page, Joyce Marie
- Parise, Andrea
- Penfold, Ted A.
- Plum, Jerry Ruth
- Powers, Jerry
- Ricartty, Jose M.
- Riggio, Grace Marie
- Roland, Craig Allen
- Russell, Carla
- Sanchez, David S.
- Schmidt, Craig Arnold
- Seby-Barr, Miriam Sunshine
- Servidio, Michael
- Smith, Albert
- Smith, Barbara N.
- Smith, Curtis
- Smith, Michael Byron
- Smith, Oscar
- Smithson, Edgar Lamar
- Stidman, Laverne
- Tuttle, Richard G.
- Webb, Alice V.
- Yarbrough, Reginald Lavan

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

David P. Matthews                                                          9/20/2019


Very truly yours,

Blake Angelino


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 8</u>**

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

September 30, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

| For MDL Plaintiffs |

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
matthewsivc@thematthewslawfirm.com;
lsantiago@thematthewslawfirm.com

      **Re:**   Cook MDL Plaintiff Profile Deficiency

Dear David P. Matthews:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Allen, Willie Ruth
- Altman, Garrieth Q.
- Harvey, Willie Stean
- Haynes, Marva Ann
- Jerd, John Douglas
- Ledlow, Mike
- Meadows, Kimberly
- Shoffler, Pauline A.
- Vaughn, Edward, Jr.
- Zermani, William Rudolph

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site:

David P. Matthews                                                                                    9/30/2019

https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

Blake Angelino


Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 9**

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

October 15, 2019

**VIA E-MAIL AND FIRST CLASS MAIL**

> **For MDL Plaintiffs**

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
matthewsivc@thematthewslawfirm.com;
lsantiago@thematthewslawfirm.com

  **Re:** <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear David P. Matthews:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Bailey, David Scott
- Cannon, Wanda
- Dailey, McKinley
- Douglas, Joseph F.
- Espinosa, Lillie Mae
- Finkelstein, Harvey Leonard [ESTATE]
- Hess, Lane R.
- Hill, Fred Gregory
- Houlton, Goldie
- Johnson, Jennifer Ann
- Manson, William R.
- Mogy, Barry Michael
- Parker, Aileen
- Pleska, Edward A.
- Popham, Tony

David P. Matthews                                                            10/15/2019

- Rocha, Elizabeth Lisa
- Tanner, Calvin Ray
- Vann, Mary A.
- Vanorsdale, Larry
- Zimmerman, Todd L.

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 10**</u>

FaegreBD.com

# FAEGRE BAKER
## DANIELS

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

December 12, 2019

## VIA E-MAIL AND FIRST CLASS MAIL

> **For MDL Plaintiffs**

Robert J. Binstock
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
bbinstock@reichandbinstock.com

      **Re:**    Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet

Dear Robert J. Binstock:

According to our records, we have not received the Plaintiff Profile Sheet for Walker, Daree ("Plaintiff"). Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS</u>**

**<u>Sub-Exhibit 11</u>**

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Blake A. Angelino**
Blake.Angelino@FaegreBD.com
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

November 25, 2019

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
| --- |

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
matthewsivc@thematthewslawfirm.com;
lsantiago@thematthewslawfirm.com

> **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear David P. Matthews:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Boyd, Curtis Edward
- Ellis, James J.
- Kelsey, Christine Mary
- Reamy, Daniel Harvoy IV
- Sharpe, Peggy Jean

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to <u>CookFilterMDL@FaegreBD.com</u>. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: <u>https://sft.faegrebd.com/envelope/CookFilterMDL</u>. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.

David P. Matthews                                                                          11/25/2019


Very truly yours,

Blake Angelino


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                    MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 12**</u>

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA ▾ UK ▾ CHINA

---

**Blake A. Angelino**
**Blake.Angelino@FaegreBD.com**
Direct **+1 312 356 5145**

**Faegre Baker Daniels LLP**
311 South Wacker Drive ▾ Suite 4300
Chicago ▾ Illinois 60606-6622
Main **+1 312 212 6500**
Fax **+1 312 212 6501**

January 06, 2020

<u>**VIA E-MAIL AND FIRST CLASS MAIL**</u>

| For MDL Plaintiffs |
|---|

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
matthewsivc@thematthewslawfirm.com;
lsantiago@thematthewslawfirm.com

      **Re:**   <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear David P. Matthews:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Alexander, Barbara J.
- Armstrong, Roger Blair
- Bass, Dereck Sr.
- Byers-Opoka, Arlene
- Cobb, Lisa K.
- Freeman, Elizabeth A.
- Gonsiewski, Tina Marie
- Hodge, Karen S.
- Jackson, Duvall
- Jones, Damion Lavon
- Jones, Micaela
- Lawson, Donald
- Meehan, James L.
- Shatzer, Carolyn Louise
- Shelton, Janice

David P. Matthews                                                                    1/6/2020

- Shields, Karen Louise

Pursuant to Third Amended Case Management Order No. 4 (CMO No. 4), Cook may move to dismiss Plaintiff's case without prejudice for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreBD.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegrebd.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, Cook may move to dismiss Plaintiff's case.


Very truly yours,

Blake Angelino


Cc:     Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**<u>EXHIBIT B TO MOTION TO DISMISS</u>**
**<u>NOTICE LETTERS</u>**

**<u>Sub-Exhibit 13</u>**



**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

**Faegre Drinker Biddle & Reath** LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

March 23, 2020

## VIA E-MAIL

For MDL Plaintiffs

Robert J. Binstock
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
bbinstock@reichandbinstock.com

    **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Robert J. Binstock:

According to our records, we have not received the Plaintiff Profile Sheet for Torres, Victoria ("Plaintiff"). Pursuant to Fourth Amended Case Management Order No. 4, your case may be subject to dismissal for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreDrinker.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegredrinker.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, your case will be subject to the dismissal procedure outlined in Fourth Amended Case Management Order No. 4.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**faegre drinker**

faegredrinker.com

**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

**Faegre Drinker Biddle & Reath** LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

March 23, 2020

<u>**VIA E-MAIL**</u>

| For MDL Plaintiffs |

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
matthewsivc@thematthewslawfirm.com;
lsantiago@thematthewslawfirm.com

     **Re:**    <u>Cook MDL Plaintiff Profile Deficiency</u>

Dear David P. Matthews:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Clifton, Mark A.
- Crain, Martha Jo
- Dominguez, Arthur
- Franklin, Yvonne
- George, Robert Milton
- Gill, Yonnette
- Hanson, Terrence Mylen
- Lungren, Patricia May
- Newman, April
- Pisanelli, Albert Anthony
- Porter, Cathy E.
- Solock, Douglas W.
- Stewart, Kimberly C.
- Whitten, Darren George

Pursuant to Fourth Amended Case Management Order No. 4, the above cases may be subject to dismissal for failure to timely submit a PPS.

David P. Matthews                                       -2-                                       3/23/2020

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to
CookFilterMDL@FaegreDrinker.com. If the documents are too large to send as attachments to an
e-mail please submit them using the following Secure File Transfer site:
https://sft.faegredrinker.com/envelope/CookFilterMDL.  If you fail to submit a PPS within the five
(5) days, the above cases will be subject to the dismissal procedure outlined in Fourth Amended
Case Management Order No. 4.


Very truly yours,


Blake Angelino


cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com



faegredrinker.com

**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

**Faegre Drinker Biddle & Reath** LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

March 23, 2020

<u>**VIA E-MAIL**</u>

<div style="border:1px solid black;">**For MDL Plaintiffs**</div>

Richard J. Plezia
RICHARD J. PLEZIA & ASSOCIATES
2909 Hillcroft Ave.
Suite 575
Houston, TX 77057
rick@rplezialaw.com; efile@rplezialaw.com;
Deanna@rplezialaw.com; Karla@rplezialaw.com

      **Re:**   <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Richard J. Plezia:

According to our records, we have not received the Plaintiff Profile Sheet for Rucker, Janice ("Plaintiff"). Pursuant to Fourth Amended Case Management Order No. 4, your case may be subject to dismissal for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@FaegreDrinker.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegredrinker.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, your case will be subject to the dismissal procedure outlined in Fourth Amended Case Management Order No. 4.

Very truly yours,

Blake Angelino

Cc:   Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS**</u>
<u>**NOTICE LETTERS**</u>

<u>**Sub-Exhibit 14**</u>

**faegre**
**drinker** 🌀

faegredrinker.com

**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

**Faegre Drinker Biddle & Reath** LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

April 29, 2020

**VIA E-MAIL**

| **For MDL Plaintiffs** |
| --- |

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
matthewsivc@thematthewslawfirm.com;
lsantiago@thematthewslawfirm.com

    **Re:**   Cook MDL Plaintiff Profile Deficiency

Dear David P. Matthews:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Anderson, Ana M.
- Balandra, Donna Marie
- Ballerine, Lester
- Crawford, Joyce L. [ESTATE OF]
- De La Haye, Estela Nelida
- Delariva, Roberto
- Hill, Linda Faye
- Hinson, Sarah Elizabeth
- Jenkins, Leverne Charman
- Johnson, Ted
- Jones, Merrel
- Lamb, Corbin
- Mack, Mary
- Miller, George Edward Jr.
- Moore, James Carl
- Porter, Patrick
- Shipman, Evelyn Fay
- Skiera, Jean Marie

David P. Matthews                                                          4/29/2020

- Turner, Gail
- Vasquez, Teresa Marie

Pursuant to Fourth Amended Case Management Order No. 4, the above cases may be subject to dismissal for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@faegredrinker.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegredrinker.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, the above cases will be subject to the dismissal procedure outlined in Fourth Amended Case Management Order No. 4.


Very truly yours,

Blake Angelino


Cc:    Michael Heaviside - mheaviside@hrzlaw.com
       Ben Martin – bmartin@bencmartin.com
       David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

<u>**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**</u>

<u>**Sub-Exhibit 15**</u>

**faegre drinker**

faegredrinker.com

**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

**Faegre Drinker Biddle & Reath** LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

June 15, 2020

**VIA E-MAIL**

| For MDL Plaintiffs |

Michael J. Quillin
O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON &
QUILLIN, LLC
1034 S. Brentwood Blvd., PH1-A
23rd Floor
St. Louis, MO 63117
quillin@osclaw.com

     **Re:**    Cook MDL Plaintiff Profile Deficiency

Dear Michael J. Quillin:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Flowers, Mitchell R.
- Glaude, Nicholas J.

Pursuant to Fourth Amended Case Management Order No. 4, the above cases may be subject to dismissal for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@faegredrinker.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegredrinker.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, the above cases will be subject to the dismissal procedure outlined in Fourth Amended Case Management Order No. 4.

Very truly yours,

Blake Angelino

Michael J. Quillin                                                                              6/15/2020

Cc:      Michael Heaviside - mheaviside@hrzlaw.com
         Ben Martin – bmartin@bencmartin.com
         David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

**EXHIBIT B TO MOTION TO DISMISS**
**NOTICE LETTERS**

**Sub-Exhibit 16**



faegredrinker.com

**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

**Faegre Drinker Biddle & Reath** LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

June 29, 2020

<u>**VIA E-MAIL**</u>

For MDL Plaintiffs

Michael T. Gallagher
THE GALLAGHER LAW FIRM PLLC
2905 Sackett Street
Houston, TX 77098
donnaf@gld-law.com

  **Re:** <u>Cook MDL – Failure to Timely Submit Plaintiff Profile Sheet</u>

Dear Michael T. Gallagher:

According to our records, we have not received the Plaintiff Profile Sheet for Hopson, Robert ("Plaintiff"). Pursuant to Fourth Amended Case Management Order No. 4, your case may be subject to dismissal for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@faegredrinker.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegredrinker.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, your case will be subject to the dismissal procedure outlined in Fourth Amended Case Management Order No. 4.

Very truly yours,

Blake Angelino

Cc: Michael Heaviside - mheaviside@hrzlaw.com
   Ben Martin – bmartin@bencmartin.com
   David Matthews – dmatthews@thematthewslawfirm.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

**EXHIBIT B TO MOTION TO DISMISS
NOTICE LETTERS**

**Sub-Exhibit 17**

**faegre drinker**

faegredrinker.com

**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

**Faegre Drinker Biddle & Reath** LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

July 29, 2020

**VIA E-MAIL**

For MDL Plaintiffs

Paul L. Stoller
DALIMONTE RUEB STOLLER LLP
2425 E. Camelback Road, Suite 500
Phoenix, AZ 85016
paul@drlawllp.com

        **Re:**    Cook MDL Plaintiff Profile Deficiency

Dear Paul L. Stoller:

According to our records, we have not received the Plaintiff Profile Sheet for the following Plaintiffs:

- Heflin, Pamela Hellams
- Stone, Kristofher Adamm
- Tillman, Marilyn

Pursuant to Fourth Amended Case Management Order No. 4, the above cases may be subject to dismissal for failure to timely submit a PPS.

Please submit Plaintiff's PPS and all accompanying documents within five (5) business days to CookFilterMDL@faegredrinker.com. If the documents are too large to send as attachments to an e-mail please submit them using the following Secure File Transfer site: https://sft.faegredrinker.com/envelope/CookFilterMDL. If you fail to submit a PPS within the five (5) days, the above cases will be subject to the dismissal procedure outlined in Fourth Amended Case Management Order No. 4.

Very truly yours,

Blake Angelino

Cc:    Michael Heaviside - mheaviside@hrzlaw.com
        Ben Martin – bmartin@bencmartin.com
        David Matthews – dmatthews@thematthewslawfirm.com