# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                           Case No.
PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff (s)

James Redmond v. Cook Medical, Inc., et al

Civil Case # 1:20-cv-1160-RLY-TAB

---

## AMENDED SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff (s) further show the court as follows:

1. Plaintiff/Deceased Party:

   James Redmond

2. Spousal Plaintiff/Deceased Party's spouse of other party making loss of consortium Claim:

   Valinda Redmond

3. Other Plaintiff and Capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Part's state of residence at the time of Implant:

   Michigan

5.   Plaintiff's/Deceased Party's state of residence at the time of injury:

Michigan

6.   Plaintiff's/Deceased Party's current state of residence:

Michigan

7.   District Court and Division on which venue would be proper absent direct filing:

United States District Court for the Eastern District of Michigan

8.   Defendants (Check Defendants against whom Complaint is made):

☑   Cook Incorporated

☑   Cook Medical LLC

☑   William Cook Europe ApS

9.   Basis of Jurisdiction:

☑   Diversity of Citizenship

☑   Other: _____

a.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 9-28

b.   Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

☒ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

December 31, 2013
_____
_____

12. Hospital(s) where Plaintiff was Implanted (including City and State):

St. John Hospital & Medical Center (Detroit, MI)
_____

13. Implant Physician(s):
Jimmy Haouilo, M.D.
_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:      Strict Product Liability – Failure to Warn

☑ Count II:     Strick Products Liability – Design Defect

☑ Count III:    Negligence

☑ Count IV:     Negligence Per Se

☑   Count V:      Breach of Express Warranty

☑   Count VI:     Breach of Implied Warranty

☑   County VII:   Violations of Applicable _____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☑   Count VIII:     Loss of Consortium

☐   Count IX:      Wrongful Death

☐   Count X:       Survival

☑   County XI:     Punitive Damages

☐   Other:          _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Andrew F. Kirkendall and Alexander G. Dwyer

4

16. Address and bar information for Attorney Plaintiff(s):

4343 Sigma Road, Ste 200., Dallas, TX 75244
_____

Andrew F. Kirkendall Texas Bar No. 24050882
_____

Alexander G. Dwyer Texas Bar No. 24054271
_____

RESPECTFULLY SUBMITTED this 3rd day of September, 2020.

By: */s/ Andrew F. Kirkendall*

Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***

## **Certificate of Service**

I hereby certify that on September 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall