# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

|  |  |
|---|---|
| This Document Relates to Plaintiff(s)<br>Theodora J. Roach, Individually and as<br>Administrator of the Estate of Vilma T. Roach (Deceased) | Case No.: 1:14-ml-2570-RLY-TAB<br><br>MDL No.  2570 |

Civil Case # 1:19-cv-03786-RLY-TAB

---

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Considering the Motion for Leave to File a First Amended Short Form Complaint, and finding said motion is meritorious and should be granted, it is hereby

**IT IS ORDERED, ADJUDGED AND DECLARED** that Plaintiffs shall file their First Amended Short Form Complaint attached to their Motion for Leave shall be filed within 7 days from the date of this Order.

Date: 9/3/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distributed to all registered counsel of record via ECF.