IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Theodora J. Roach, Individually and as

Administrator of the Estate of Vilma T. Roach (Deceased)

Civil Case # 1:19-cv-03786-RLY-TAB

### FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. ~~Plaintiff~~/Deceased Party:

    Vilma T. Roach

2. ~~Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:~~

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Theodora J. Roach, Administrator

4. ~~Plaintiff's~~/Deceased Party's state of residence at the time of implant:

    NY

5. ~~Plaintiff's/~~Deceased Party's state of residence at the time of injury:

   __New York__

6. ~~Plaintiff's/~~Deceased party's current state of residence:

   __New York__

7. District Court and Division in which venue would be proper absent direct filing:

   _US District Court for the Eastern District of New York_

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: 6 - 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Myere

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    __07/13/2015__

12. Hospital(s) where Plaintiff was implanted (including City and State):

    __Mount Sinai Beth Israel Medical Center, Brooklyn, NY__

13. Implanting physician(s):

    __Dr. Gary Gwertzman__

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:   Strict Products Liability – Failure to Warn

    ☒ Count II:  Strict Products Liability – Design Defect

    ☒ Count III: Negligence

    ☒ Count IV:  Negligence Per Se

3

☒ Count V:   Breach of Express Warranty

☒ Count VI:  Breach of Implied Warranty

☒ Count VII: Violations of Applicable  New York  Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX:  Wrongful Death

☐ Count X:   Survival

☒ Count XI:  Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space immediately below)

_____
_____
_____
_____
_____

15. Attorney for Plaintiff(s):
    Brian A. Goldstein, Esq., Cellino & Barnes, P.C.

16. Address and bar information for Attorney for Plaintiff(s):

2500 Main Place Tower, 350 Main Street, Buffalo, NY 14202-3725

New York State Bar No. 2715019

    Respectfully submitted,

    /s/ Brian A. Goldstein

    Brian A. Goldstein, Esq.
    **CELLINO & BARNES, PC**
    2500 Main Place Tower
    350 Main Street
    Buffalo, New York 14202-3725
    (716) 888-8888
    Fax: (716) 854-6291
    brian.goldstein@cellinoandbarnes.com

    *Lead Counsel for Plaintiffs*