**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | §<br>§<br>§<br>§ | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

| | | |
|---|---|---|
| This Document Relates to Plaintiff:<br><br>Dorothy Broadnax, Individually and on Behalf of Roosevelt Broadnax<br><br>      Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:17-cv-00650-RLY-TAB<br><br><br><br>**Order on Motion for Leave to Amend Complaint** |

<u>**ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT**</u>

Considering the parties' Motion for Leave to Amend Complaint and finding said motion to be meritorious.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Motion for Leave to Amend the Complaint filed by is hereby **GRANTED** and the Clerk of the Court is directed to file the Amended Short Form Complaint into the records in this matter.

Date: 9/3/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.