IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Dorothy Broadnax obo Roosevelt Broadnax (Deceased)

Civil Case # 1:17-CV-650

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Roosevelt Broadnax, deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Dorothy Broadnax

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Florida

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Florida

6. Plaintiff's/Deceased Party's current state of residence:

   Roosevelt Broadnax is deceased, Dorothy Broadnax resides in Florida

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Northern District of Florida

8. Defendants (Check Defendants against whom Complaint is made):

   [✓] Cook Incorporated

   [✓] Cook Medical LLC

   [✓] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✓] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter
    ☑ Cook Celect® Vena Cava Filter
    ☐ Gunther Tulip Mreye
    ☐ Cook Celect Platinum
    ☐ Other:

11. Date of Implantation as to each product:

    11/23/2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Sacred Heart Hospital - Pensacola, FL

13. Implanting Physician(s):

    Harry Cramer, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I:    Strict Products Liability – Failure to Warn
    ☑ Count II:   Strict Products Liability – Design Defect
    ☑ Count III:  Negligence
    ☑ Count IV:   Negligence Per Se

| | Count V: | Breach of Express Warranty |
|---|---|---|
| ☑ | | |
| ☑ | Count VI: | Breach of Implied Warranty |
| ☑ | Count VII: | Violations of Applicable __Florida__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☑ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☑ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Peyton P. Murphy

16. Address and Bar Information for Attorney for Plaintiff(s):

   Louisiana Bar Roll # 22125

   Murphy Law Firm, LLC

   2354 S. Acadian Thruway; Baton Rouge, LA  70808

   Telephone: (225) 928-8800; Facsimile: (225) 246-8780

   Email: Peyton@MurphyLawFirm.com

RESPECTFULLY SUBMITTED this  28th  day of  August , 20 20 .

**MURPHY LAW FIRM, LLC**

/s/Peyton P. Murphy
PEYTON P. MURPHY (LA Bar #22125)
(admitted *pro hac vice*)
2354 S. Acadian Thruway
Baton Rouge, LA  70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: Peyton@MurphyLawFirm.com

TODD C. COMEAUX (LA Bar #23453)
TODD C. COMEAUX, LLC.
4880 Bluebonnet Boulevard, Suite A
Baton Rouge, LA  70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: TC@ComeauxLawFirm.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify on this  28th  day of  August , 20 20 , I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/Peyton P. Murphy
Peyton P. Murphy (LA Bar #22125)