IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Santana Barr, Individually and as
Representative of the Estate of Essie Barr

Civil Case #1:17-cv-3202

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO LEAVE TO AMEND COMPAINT**

Considering the parties' Motion for Leave to Amend Complaint of Estate of Essie Barr.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Unopposed Motion for Leave to Amend Complaint filed by Estate of Essie Barr is hereby GRANTED. Clerk of the Court is directed to file the Amended Short Form Complaint into the record of this matter.

Date: 9/3/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.