# EXHIBIT B
## (GREGORY DENTON)

# EXHIBIT FILED SEPARATELY UNDER SEAL