# EXHIBIT C
## (MARIKA DOUKAS)

# EXHIBIT FILED SEPARATELY UNDER SEAL