# EXHIBIT D
## (BRIAN GIDDENS)

# EXHIBIT FILED SEPARATELY UNDER SEAL