# EXHIBIT E
## (SAMMIE LAMBERT)

# EXHIBIT FILED SEPARATELY UNDER SEAL