# EXHIBIT F
## (Victoria Looper)

# EXHIBIT FILED SEPARATELY UNDER SEAL