# EXHIBIT G
## (MADELINE ROSENBLUTH)

# EXHIBIT FILED SEPARATELY UNDER SEAL