# EXHIBIT H
## (STEVEN SOWARDS)

# EXHIBIT FILED SEPARATELY UNDER SEAL