# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Beverly F. Woods    1:19-cv-03085-RLY-TAB
Valerie Cortez      1:20-cv-00896-RLY-TAB

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above captioned Plaintiffs.

Dated: September 8, 2020

    */s/ Michael E. Gallant*
Michael E. Gallant
DC Bar # 453087
DALIMONTE RUEB STOLLER, LLP
1250 Connecticut Avenue NW
Suite 700
Washington, DC 20036
Tel: (202) 858-1211
Fax: (855) 203-2035
michael.gallant@drlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

            */s/ Michael E. Gallant*

US.120263840.01