IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   Jeffery A. Glazier

Civil Case #   1:20-cv-06206

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Jeffery A. Glazier

Date:   September 8, 2020          /s/ Michael J. Quillin
                                    *Attorney's signature*

                                    Michael J. Quillin          #61877MO
                                    *Printed name and bar number*

                                    1034 S. Brentwood Blvd., 23rd Floor, PH 1-A
                                    St. Louis, MO 63117
                                    *Address*

                                    quillin@osclaw.com
                                    *E-mail address*

                                    (314) 405-9000
                                    *Telephone number*

                                    (314) 833-3073
                                    *FAX number*