# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
**Warren Boyd, Administrator of**
**The Estate of Stephen Boyd, Deceased**

**Civil Action No: 1:18-cv-00592-RLY-TAB**

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Warren Boyd, Administrator of the Estate of Stephen Boyd, Deceased, hereby requests leave to file a Second Amended Short Form Complaint based on the following:

1. This is a product liability case in which Plaintiff seeks damages for injuries allegedly sustained as a result of being implanted with a defective and unreasonably dangerous Inferior Vena Cava Filter manufactured by Defendants.

2. Plaintiff's counsel has learned that a count/claim for wrongful death was inadvertently checked/asserted in the previously filed Short Form Complaint.

3. Plaintiff seeks leave to amend the current complaint and file the "Second Amended Short Form Complaint," attached hereto, for the limited purpose of removing the wrongful death claim (Count IX).

4. "A party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Rule 15(a)(2), Fed. R. Civ. P.; Forman v. Davis, 371 U.S. 178, 182 (1962).

5. Defendants have provided written consent to the filing of the Second Amended Short Form Complaint.

6. No new causes of action are being introduced and the only change is removal of the wrongful death claim.  No depositions have been taken, and no prejudice will come to any party by allowing Plaintiff to amend the Complaint.

WHEREFORE, Plaintiff prays that this Motion be granted, for leave to file Plaintiff's Second Amended Short Form Complaint, and for such other and further relief as the Court deems just and appropriate.

Dated:  September 8, 2020	Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.


       /s/ Michael T. Gallagher
       Michael T. Gallagher