IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**

**Warren Boyd, Administrator of**
**The Estate of Stephen Boyd, Deceased**

**Civil Action No: 1:18-cv-00592-RLY-TAB**

### ORDER ON UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Considering Plaintiff's Unopposed Motion for Leave to Amend Complaint and finding said Motion to be meritorious.

**IT IS ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint filed by Warren Boyd, on behalf of Stephen Boyd, Deceased is hereby **GRANTED** and the Clerk of the Court is directed to file the Second Amended Short Form Complaint into the records in this matter.

Dated: _____         _____
                                 Tim A. Baker
                                 United States Magistrate Judge
                                 Southern District of Indiana

1