IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MDL NO. 2750
Case No.: 1:14-ml-2570-RLY-TAB

IN RE: COOK MEDICAL, INC., IVC FILTERS )
MARKETING, SALES PRACTICES, AND )
PRODUCTS LIABILITY LITIGATION )
)
This Document Relates to the Following Case: )
1:18-cv-002272 )
)

## AFFIDAVIT OF ANGEL DORSEY

Angel Dorsey attests under the pains and penalties of perjury to the following:

(1) I am a paralegal at the Hausfeld, LLP, a law firm located in Washington DC. I have been assigned to Leroy Palmer's case since June 2017. Mr. Palmer signed a retainer with Hausfeld on June 1, 2017.

(2) Upon meeting with our firm, Mr. Palmer informed us that he had an IVC filter implanted years before contacting our office but did not know the manufacturer or filter type. It is not uncommon for our clients to be unaware of the manufacturer or filter model for their IVC implants.

(3) To obtain product identification information, I requested, and obtained, Mr. Palmer's medical records through a third-party record retrieval service, MCM.

(4) Through MCM, I made an initial request for IVC injury records, which included requests for product identification documentation, on June 26, 2017.

(5) I received the produced records through MCM on July 28, 2017, and these records included the first documentation received identifying Mr. Palmer's implanted filter as a Cook Gunther Tulip filter.

(6) Corresponding records show that the identified filter was implanted on June 6, 2004.

(7) Mr. Palmer was not informed that his implant was a Gunther Tulip filter manufactured by Defendant Cook until sometime after I reviewed his medical records on or about September 14, 2017.

(8) Mr. Palmer's Short Form Complaint was filed on July 25, 2018, within one year of learning from Mr. Palmer's medical records on July 28, 2017 that the implanted filter was a Gunther Tulip filter, manufactured by Defendant Cook.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2rd DAY OF SEPTEMBER 2020.

*Angel Dorsey*
Angel Dorsey

**Notary Acknowledgment**

Commonwealth of Virginia
County of Fairfax

The forgoing instrument was acknowledged before me this 2rd day of Sep., 2020, by Angel Dorsey (name of person acknowledged).

(Seal)
KEIANNO JAYLEN CASTEAL
Notary Public
Commonwealth of Virginia
My Commission Expires October 31, 2022
Registration: 7766879

Signature of Notarial Officer
Notary Registration Number: 7766879
My Commission Expires: 10/31/2022