# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2750-RLY-TAB<br>MDL No. 2750 |
| This Document Relates to Plaintiff:<br>Leonard Lunn,<br><br>Plaintiff,<br><br>vs.<br><br>Cook Incorporated; Cook Medical Incorporated; Cook Group Incorporated; Cook Medical, LLC,<br><br>Defendants. | This Document Relates to Case:<br>1:20-cv-06192-RLY-TAB |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Leonard Lunn, by and through his attorneys, Meyers & Flowers, LLC, respectfully moves this Court for an order to amend and for leave to file his First Amended Short Form Complaint, and states as follows:

1. Plaintiff originally filed a Complaint in the United States District Court for the District of Kansas on June 24, 2020.

2. On August 10, 2020, a Conditional Transfer Order was filed in this MDL transferring Plaintiff's case from the United States District Court for the District of Kansas, into the U.S. District Court for the Southern District of Indiana, see Exhibit A attached hereto.

3. Plaintiff seeks leave to amend his complaint to conform to the Short Form Complaint pursuant to CMO 6. Plaintiffs' First Amended Short Form complaint is attached hereto as Exhibit B.

1

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Leave to Amend Complaint, direct the Clerk of the Court to file Plaintiff's Frist Amended short Form Complaint into the record in this matter, and for such other appropriate relief.

Dated: September 8, 2020					Respectfully submitted,

**MEYERS & FLOWRS, LLC**

*/s/ Craig D. Brown*
Craig D. Brown *(IL #6210554)*
3 N. Second Street, Suite 300
St. Charles, IL 60174
Telephone: 630-232-6333
Facsimile: 630-845-8982
E-mail: cdb@meyers-flowers.com

***Attorney for Plaintiff***