IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570<br>MDL No. 2570 |

This Document Relates to:

Litel, James, 1:19-cv-05030

## JOINDER OF MARC J. BERN & PARTNERS LLP IN THE RESPONSE OF PLAINTIFFS' OPPOSITION TO THE MOTION FOR JUDGMENT ON THE PLEADINGS DUE TO STATUTE OF REPOSE (NEBRASKA)

The law firm of Marc J. Bern & Partners LLP, for the above-referenced plaintiffs, hereby joins in the relief and arguments set forth in the "Response in Opposition to the Motion for Judgment on the Pleadings" filed by counsel for Plaintiffs (Doc ID 12933).

Dated:  September 8, 2020.

                                                  Respectfully submitted,
                                                  MARC J. BERN & PARTNERS LLP

                                                  /s/ Debra J. Humphrey
                                                  Debra J. Humphrey
                                                  One Grand Central Place
                                                  60 East 42nd Street, Suite 950
                                                  New York, NY 10165
                                                  Tel: (212) 702-5000
                                                  Fax: (212) 818-0164
                                                  Email: dhumphrey@bernllp.com

                                                  *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2020, a copy of the foregoing document was filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

By:  /s/ Debra J. Humphrey