## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This document relates to:

Gregory Denton, 1:16-cv-01140
Marika Doukas, 1:16-cv-02822
Brian Giddens, 1:16-cv-00996
Sammie Lambert, 1:19-cv-02561
Victoria Looper, 1:16-cv-03510
Madeline and Howard Rosenbluth, 1:16-cv-00474
Steven Sowards, 1:16-cv-02122

### ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL EXHIBITS B THROUGH H TO THE COOK DEFENDANTS' SUPPLEMENTAL MEMORANDUM PROVIDING MEDICAL RECORDS PURSUANT TO COURT ORDER AND RESPONDING TO PLAINTIFFS GIDDENS'S AND DENTON'S ORAL REQUEST FOR ADDITIONAL DISCOVERY

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal Exhibits B through H to The Cook Defendants' Supplemental Memorandum Providing Medical Records Pursuant to Court Order and Responding to Plaintiffs Giddens's and Denton's Oral Request for Additional Discovery [Dkt. No. 14209]. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibits B through H [Dkt. Nos. 14210-2 – 14210-8]** submitted with The Cook Defendants' Supplemental Memorandum Providing Medical

Records Pursuant to Court Order and Responding to Plaintiffs Giddens's and Denton's Oral Request for Additional Discovery [Dkt. No. 14209] **are ordered to be maintained** *under seal.*

SO ORDERED this ____ day of _____, 2020.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

US.129311052