# **EXHIBIT 2**



**KAISER PERMANENTE**
NORTHWEST REGION
RADIOLOGY SERVICES
10180 S.E. SUNNYSIDE RD.
CLACKAMAS, OR 97015
(503) 571-4431

Angiogram

HOME PHONE:
WORK PHONE:
REF CLINICIAN: RICHERT-BOE, KATHR
REF LOCATION: CIN
INDUSTRIAL: NO

NAME: SIMS, ANDREA, M
CHART: 3122-37-01
AGE: 38 Yrs
SEX: F
RADIOLOGIST: KLEIN, ARNOLD J
LOCATION: KSMC    READ: KSMC
SERVICE: DS

Page 1 of 1

03/03/06    INFERIOR VENA CAVAGRAM
            INFERIOR VENA CAVA FILTER PLACEMENT

INDICATION FOR EXAM: Recurrent deep venous thrombosis in the lower extremities, failure of anticoagulation.

TECHNIQUE: PARQ was held with the patient and consent was signed and given for the procedure. The patient was placed supine on the angiography table and the right groin was evaluated with ultrasound demonstrating patency of the right common femoral vein. The right groin was prepped and draped in the usual sterile fashion and was infiltrated with 1% lidocaine; access was obtained at the right common femoral vein using the Seldinger technique and a #10 French sheath was placed at the right common femoral vein. A digital subtraction inferior vena cavagram was performed which documented the level of the renal veins and also documented patency of the inferior vena cava and appropriate inferior vena cava diameter. A Gunter-Tulip inferior vena cava filter was carefully placed under fluoroscopic guidance and deployed in the infrarenal inferior vena cava. All catheters and sheaths were withdrawn from the patient and adequate hemostasis was obtained. The patient tolerated the procedure well with no immediate post procedure complications. The procedure lasted approximately 30 minutes in the angiography suite and utilized 1.6 minutes of fluoroscopy and 34 ml of Omnipaque nonionic contrast.

Of note the Gunter-Tulip inferior vena cava filter which was placed is a retrievable type with a hook along the cephalad aspect of the filter; if the referring clinician desires removal of the inferior vena cava percutaneously, this may be performed via the right internal jugular venous route.

IMPRESSIONS
1. Successful placement of removal type Gunter-Tulip inferior vena cava filter in the infrarenal inferior vena cava; this may be left in place as a permanent inferior vena cava filter (or may be removed via the right internal jugular venous route at the discretion of the referring physician at a future date).
2. No immediate post procedure complications.

AK:lj D&T:03-03-06        Arnold Klein, M.D.
2/DAS/030306/11:01/135340
R06-84510

CC:
Distribution:    X-Ray Files    RICHERT-BOE, KATHR

THIS COPY TO
Outpatient Chart