# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

ANDREA SONS
1:18-cv-03422-RLY-TAB

## DECLARATION OF ANDREA SONS

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

    1.    My name is Andrea Sons. I am the Plaintiff in the above styled and number cause of action.

    2.    On March 3, 2006, I was referred to Arnold Klein, M.D., an interventional radiologist for placement of an inferior vena cava filter. I was experiencing a DVT and had a history of difficulty of maintaining therapeutic INR levels with Coumadin and Lovenox. Dr. Klein implanted the IVC filter in my body on March 3, 2006.

    3.    On March 3, 2006, Dr. Klein explained that the Cook Gunther Tulip filter was a retrievable type of filter but was also safe to be left in the body permanently. In my case he recommended that the filter remain in my body and not be removed. Based upon the representation that the Gunther Tulip filter was safe for permanent placement, I agreed to have the filter implanted and not be removed.

    4.    On December 12, 2016, I contacted Richard R. Jenkins, MD., my primary care physician, regarding the ads I had seen about IVC filters and to ask if I should be concerned about the filter breaking or causing damage. I inquired about how often I should have the filter checked out and about how to get on schedule to have the filter looked at.

    4.    On January 3, 2017, Dr. Jenkins sent me a message stating that he was communicating with an interventional radiologist regarding the feasibility and safety of the IVC filter and whether it would be safe to remove the filter.

    5.    On January 30, 2017, I had a telephone call with Dr. Jenkins. During that call I learned for the first time that the struts of the Cook Gunther Tulip IVC filter that was implanted in

1

my body had perforated the wall of my inferior vena cava and that one strut was in contact with my spine.

6. If I had been told on March 3, 2006 that Cook was aware that the Gunther Tulip filter was not safe for use as permanent filter because the device had a high rate of failure including perforating through the wall of the inferior vena cava, I would not have agreed to have that filter placed in my body as a permanent IVC filter.

7. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this 8th day of September 2020.

*/s/ Andrea Sons*
Andrea Sons