AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| MICHAEL GRAHAM<br>*Plaintiff*<br>v.<br>COOK INCORPORATED, et al.<br>*Defendant* | )<br>)<br>)  Case No.  1:14-ml-2570-RLY-TAB<br>)<br>)  This document relates to case no.  1:20-cv-06211-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Graham                                                                                              .

Date:   09/09/2020                                                     /s/Basil E. Adham
                                                                                   *Attorney's signature*

                                                              Basil E. Adham TX Bar No. 24081742
                                                                    *Printed name and bar number*

                                                                          Johnson Law Group
                                                                   2925 Richmond Ave, Suite 1700
                                                                          Houston, TX 77098
                                                                                    *Address*

                                                                    IVC@johnsonlawgroup.com
                                                                              *E-mail address*

                                                                              (713) 626-9336
                                                                            *Telephone number*

                                                                              (713) 626-3394
                                                                                *FAX number*