IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>Leonard Lunn,<br><br>                    Plaintiff,<br><br>vs.<br><br>Cook Incorporated; Cook Medical Incorporated; Cook Group Incorporated; Cook Medical, LLC,<br><br>                    Defendants. | This Document Relates to Case:<br>1:20-cv-06192-RLY-TAB |

### [PROPOSED] ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT

Considering the parties Motion for Leave to Amend Complaint for Leonard Lunn.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARD** that the Motion for Leave to Amend Complaint filed by Plaintiff, Leonard Lunn is hereby GRANTED. Clerk of the Court is directed to file the Amended Short Form Complaint into the record of this matter.

Date: 9/9/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.