IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Civil Case #: 1:19-cv-3755
    Patricia G. Collier, as Administrator of the Estate of
    Patricia Katrausky, Deceased

## ORDER GRANTING PLAINTIFF'S
## UNOPPOSED MOTION FOR LEAVE TO LEAVE TO AMEND COMPAINT

Considering the parties' Motion for Leave to Amend Complaint and finding said motion to be meritorious.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Motion for Leave to Amend the Complaint filed by is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the records in this matter.

Date: 9/3/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.