IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Dawanna Reaves, Individually and as
Successor-In-Interest to Jonathan Reaves, Deceased

Civil Action No. 1:17-cv-00478

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Considering the Plaintiff's Unopposed Motion for Leave to Amend Complaint.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that Plaintiff's Unopposed Motion for Leave to Amend Complaint is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 9/8/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.