IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) | |
| Warren Boyd, Administrator of The Estate of Stephen Boyd, Deceased | |
| Civil Action No: 1:18-cv-00592-RLY-TAB | |

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW, the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Stephen Boyd, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Warren Boyd, Administrator of the Estate of Stephen W. Boyd, Deceased

1

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Ohio

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Ohio

6. Plaintiff's/Deceased Party's current state of residence:

    Ohio

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Southern District of Ohio

8. Defendants (check Defendants against whom Complaint is made):

    √   Cook Incorporated

    √   Cook Medical LLC

    √   William Cook Europe ApS

9. Basis of Jurisdiction:

    √   Diversity of Citizenship

    ☐   Other: _____

    a. Paragraphs in Master Complaint upon which jurisdiction and venue lie:

        6-28

    b. Other allegations of jurisdiction and venue:

        _____

        _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    √   Günther Tulip® Vena Cava Filter

2

  ☐  Cook Celect® Vena Cava Filter

  ☐  Gunther Tulip Mreye

  ☐  Cook Celect Platinum

  ☐  Other: _____

11. Date of Implantation as to each product:

November 22, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

Mount Carmel West  
793 State Street  
Columbus, OH  43222

13. Implanting Physician(s):

Timothy L. Smullen, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

  √  Count I:  Strict Products Liability – Failure to Warn

  √  Count II:  Strict Products Liability – Design Defect

  √  Count III:  Negligence

  √  Count IV:  Negligence Per Se

  √  Count V:  Breach of Express Warranty

  √  Count VI:  Breach of Implied Warranty

  √  Count VII:  Violations of Applicable Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII:  Loss of Consortium

  ☐  Count IX:  Wrongful Death

  √  Count X:  Survival

  √  Count XI:  Punitive Damages

  ☐  Other(s):  _____ (please state the facts supporting

    this Count in the space immediately below)

  _____

  _____

15. Attorney for Plaintiff(s):

  Michael T. Gallagher

16. Address and bar information Attorney for Plaintiff(s):

  2905 Sackett Street
  Houston, TX  77098
  (713) 222-8080
  (713) 222-0066 - facsimile
  Federal ID: 5395

Dated:  September 8, 2020    Respectfully submitted,

          /s/ Michael T. Gallagher
          Michael T. Gallagher
          Federal ID: 5395
          The Gallagher Law Firm
          2905 Sackett Street
          Houston, Texas 77098
          (713) 222-8080
          (713) 222-0066 - Facsimile
          donnaf@gld-law.com