IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-cml-2750-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
**Virginia Holsinger, Individually and on behalf of the Estate of John Holsinger, Deceased**

**Civil Case ID:  1:17-cv-1371**

### NOTICE OF WITHDRAWAL OF PLAINTIFF VIRGINIA HOLSINGER INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOHN HOLSINGER, DECEASED, MOTION TO AMEND COMPLAINT

On September 2, 2020, Plaintiff Virginia Holsinger, Individually and on behalf of the Estate of John Holsinger, Deceased, filed a Motion to Amend Complaint in the master docket of the In Re: Cook Medical, Inc., IVC Filter Case No, 1:14-ml-2750, Dkt No. 14188. Plaintiff now files this Notice to withdraw the previously filed Motion to Amend Complaint.

DATED: September 9, 2020

Respectfully Submitted,

*/s/ Kevin J. Boissoneault*
Kevin J. Boissoneault
**GALLON, TAKACS**
**& BOISSONEAULT, CO., LPA**
3516 Granite Circle
Toledo, OH 43617
Main (419) 843-2001
Fax  (419) 843-8022
Email kboisson@gallonlaw.com
***Counsel for Plaintiffs***