IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-cml-2750-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
**Virginia Holsinger, Individually and on behalf of the Estate of John Holsinger, Deceased**

**Civil Case ID: 1:17-cv-1371**

### ORDER ON NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO AMEND COMPLAINT

Considering Plaintiff's Notice of Withdrawal on Motion to Amend Complaint and finding said motion to be meritorious.

**IT IS ORDERED, ADJUDGED, AND DECLARED** that the Notice of Withdrawal for Motion to Amend Complaint filed by Virginia Holsinger, Individually and on behalf of the Estate of John Holsinger, Deceased is hereby **GRANTED**.

Dated: _____          _____
                                                                    Tim A. Baker
                                                                    United States Magistrate Judge
                                                                    Southern District of Indiana