IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-cml-2750-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
**Virginia Holsinger, Individually and on behalf of the Estate of John Holsinger, Deceased**

**Civil Case ID:  1:17-cv-1371**

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Virginia Holsinger, Individually and on behalf of the Estate of John Holsinger, Deceased, hereby requests leave to file a First Amended Short Form Complaint base don't he following:

1. This is a product liability case in which plaintiff seeks damages for injuries allegedly sustained as a result of being implanted with a defective and unreasonably dangerous Inferior Vena Cava filter manufactured by Defendants.

2. Plaintiff's counsel has learned that a count/claim for wrongful death was inadvertently checked/asserted in the previously filed Short Form Complaint.

3. Plaintiff seeks leave to amend the current complaint and file the "First Amended Short Form Complaint", attached hereto, for the limited purpose or removing the wrongful death claim (Count IX).

4. "A party may amend its pleading only with the opposing party's written consent or the Court's leave. The court should freely give leave when justice so requires." Rule 15(a)(2). Fed. R. Civ. P. Forman v. Davis, 371 U.S. 178, 182 (1962).

5. Defendants have provided written consent to filing of the First Amended Short Form Complaint.

6. No new causes of action are being introduced and the only change is removal fo the wrongful death claim. No depositions have been taken, and no prejudice will come to any party by allowing Plaintiff to amend the Complaint.

WHEREFORE, Plaintiff prays that this Motion be granted for leave to file Plaintiff's First Amended Short Form Complaint, and for such other and further relief as the Court deems just and appropriate.

Respectfully Submitted,

**GALLON, TAKACS & BOISSONEAULT, CO., LPA**

*/s/ Kevin J. Boissoneault*
Kevin J. Boissoneault
**GALLON, TAKACS & BOISSONEAULT, CO., LPA**
3516 Granite Circle
Toledo, OH 43617
Main (419) 843-2001
Fax  (419) 843-8022
Email kboisson@gallonlaw.com
***Counsel for Plaintiffs***