IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-cml-2750-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
**Virginia Holsinger, Individually and on behalf of the Estate of John Holsinger, Deceased**

**Civil Case ID:  1:17-cv-1371**

### ORDER ON UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Considering Plaintiff's Unopposed Motion for Leave to Amend Complaint and finding said motion to be meritorious.

**IT IS ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint filed by Virginia Holsinger, Individually and on behalf of the Estate of John Holsinger, Deceased hereby **GRANTED** and the Clerk of Court is directed to file the Amended Short Form Complaint into the records in this matter.

DATED: _____        _____
                                     Tim A. Baker
                                     United States Magistrate Judge
                                     Southern District of Indiana