IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Merrilyn V. Johnson, *on behalf of* Ronald D. Johnson (deceased)
1:17-cv-06069

## THE COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS move this Court for summary judgment as to all claims asserted by Plaintiff Merrilyn Johnson in this action on the ground that Plaintiff did not file the claim within two years of Mr. Johnson's death as required by Utah law. In the alternative, the Court should limit Plaintiff's recovery of damages premised on the 2005 failed retrieval attempt to special damages as defined under Utah law. The Cook Defendants have contemporaneously filed a memorandum explaining the bases for their motion.

WHEREFORE, the Cook Defendants respectfully request the Court grant the Cook Defendants' motion for summary judgment and for all other just and proper relief.

Dated: September 9, 2020

Respectfully submitted,

/s/Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, a copy of the foregoing The Cook Defendants' Motion For Summary Judgment was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Andrea Roberts Pierson