# EXHIBIT D

**From:** John Driscoll
**Sent:** Tuesday, July 07, 2020 4:48 PM
**To:** Miller, Deborah L. ; Pierson, Andrea Roberts
**Cc:** Chris Quinn
**Subject:** RE: Cook - Johnson Estate

**This Message originated outside your organization.**

Ms. Roberts Pierson,
A few observations, in response to your letter.
1. Cook has known of Mr. Johnson's death since the filing of the complaint, as it is stated in the complaint
2. At a minimum, Cook has know of the date of his death for 18 months, and thus known of its alleged grounds for that entire time.
3. Cook's demand to dismiss within 14 days is therefore a grossly oppressive litigation tactic, affording Plaintiffs no real opportunity to analyze Cook's argument.
4. If Cook moves forward with its threat to file a motion for summary judgment using those oppressive tactics, it is COOK, not Plaintiff, who is "unreasonably and vexatiously" multiplying proceedings within the meaning of 28 U.S.C. s. 1927; and it is PLAINTIFF, not Cook, who will be entitled to an award under the statute.
5. Even on the surface, Cook's arguments make no sense. There is no rhyme or reason to apply Indiana law. The case was transferred in from the Missouri Eastern District. The case will be remanded and/or ultimately transferred to the District of Utah for resolution of any such issues.
6. Further, again even on the surface, Cook's threats fail to take into account (1) Utah's discovery rule, which would appear to apply even to some wrongful death causes of action; and their threats also fail to account for – or even mention – (2) any of Plaintiff's causes of action which may have survived under Utah's survival statute.

**From:** Miller, Deborah L. <deborah.miller@faegredrinker.com>
**Sent:** Monday, July 06, 2020 5:17 PM
**To:** John Driscoll <john@thedriscollfirm.com>
**Subject:** Cook - Johnson Estate
Mr. Driscoll:
Please find attached correspondence from Andrea Roberts Pierson regarding this matter.

**Deborah L. Miller**
Legal Administrative Assistant
deborah.miller@faegredrinker.com
Connect: vCard

+1 317 237 1294 direct

**Faegre Drinker Biddle & Reath LLP**

300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*