UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
1:16-cv-01140; 1:18-cv-03422; 1:18-cv-02272; 1:18-cv-04621;
1:19-cv-05030; 1:19-cv-03362; 1:20-cv-00896

## EXHIBIT A TO
## NOTICE OF SEPTEMBER 24, 2020 HEARING

1. Defendants' Motion for Judgment on the Pleadings on Statute of Repose Grounds (Nebraska) (Dkt. 14064)[1]

    - Hill, Rex (1:18-cv-04621) Counsel: Kirkendall Dwyer LLP

2. Defendants' Motion for Judgment on the Pleadings on Statute of Repose Grounds (Oregon) (Dkt. 14068)[2]

    - Sons, Andrea (1:18-cv-03422) Counsel: Martin Baughman, LLP

---

[1] There are two cases subject to this motion. Both have been listed in the caption as related to the proceedings on September 24th in an effort to ensure all parties are notified of the Court's proceedings. For purposes of this Notice, however, only Hill, Rex (1:18-cv-04621) is being set for oral argument at the September 24, 2020 hearing.

[2] There are five cases subject to this motion. All have been listed in the caption as related to the proceedings on September 24th in an effort to ensure all parties are notified of the Court's proceedings. For purposes of this Notice, however, only Sons, Andrea (1:18-cv-03422) is being set for oral argument at the September 24, 2020 hearing.