UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | )<br>)<br>)<br>)<br>)   1:14-ml-02570-RLY-TAB<br>) |
| THIS DOCUMENT RELATED TO ALL ACTIONS | )<br>)<br>) |

# SCHEDULING ORDER

The status hearing set for September 10, 2020 is VACATED AND RESET for **SEPTEMBER 24, 2020 at 10:00 a.m. (Central time), by video.** Information on video participation shall be provided by separate notice.

**SO ORDERED** this 10th day of September 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record