IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
**Virginia Holsinger, Individually and on behalf of the Estate of John Holsinger, Deceased**

**Civil Case ID:  1:17-cv-1371**

### ORDER ON MOTION OF WITHDRAWAL OF PLAINTIFF'S AMENDED COMPLAINT (FILING NO. 14188)

Considering Plaintiff's Motion of Withdrawal on Amended Complaint (Filing No. 14188) and finding said motion to be meritorious is hereby GRANTED.

**IT IS ORDERED, ADJUDGED, AND DECLARED** that the Clerk shall withdraw the Amended Complaint filed by Virginia Holsinger, Individually and on behalf of the Estate of John Holsinger, Deceased as Filing No. 14188.

Date: 9/10/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.