# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>**Virginia Holsinger, Individually and on behalf of the Estate of John Holsinger, Deceased**<br>     Plaintiffs,<br>v.<br>**Cook Incorporated; Cook Medical LLC and William Cook Europe APS**<br>     Defendants. | Civil Case # ___1:17-cv-1371_____<br><br>**FIRST AMENDED SHORT FORM COMPLAINT** |

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2750 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

1

John Holsinger

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim;

   Virginia Holsinger

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Virginia Holsinger – Spouse and Personal Representative of Estate

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Michigan

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan

6. Plaintiff's/Deceased Party's current state of residence:

   Michigan

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Michigan

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other:

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-26 (Jurisdiction)

2

    Paragraphs 27-28 (Venue)

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

11. Date of implantation as to each product:

    March 6, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Borgess Medical Center

    1521 Gull Road, Kalamazoo, MI 49048

13. Implanting Physician(s):

    Sarat K. Vaddineni, MD

    Borgess Medical Center, 1521 Gull Road, Kalamazoo, MI 49048

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Liability – Failure to Warn

3

☒ Count II: Strict Products Liability – Design Defect

☒ County III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable <u>Michigan</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☒ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this County in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorneys For Plaintiff(s)

   Kevin J. Boissoneault, Michael D. Bell and Jonathan M. Ashton

16. Address and bar information for Attorneys for Plaintiff(s):

4

Gallon, Takacs, Boissoneault & Schaffer, Co., L.P.A.
3516 Granite Circle
Toledo OH 43617
Ohio Bar No.: 0083588

Respectfully submitted,
**GALLON, TAKACS, BOISSONEAULT & SCHAFFER, CO., L.P.A.**

*/s/ Kevin J. Boissoneault*
Kevin J. Boissoneault (0040180)
Jonathan M. Ashton (0083588)
Michael D. Bell (0071325)
**GALLON, TAKACS & BOISSONEAULT CO., L.P.A.**
3516 Granite Circle
Toledo OH 43617
Tel: (419) 843-2001
Fax: (419) 841-2608
Email: kboisson@gallonlaw.com
    mbell@gallonlaw.com
    jashton@gallonlaw.com

5