IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

STEVEN ZACHARY BROCK

Civil Case # 1:19-cv-1293

### NOTICE OF SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff informs this Honorable Court and the Parties of the death of Plaintiff Steven Zachary Brock, which occurred on July 19, 2019.  In accordance with Rule 25(a)(1), counsel will file a motion for substitution of plaintiff, within 90 days of service of this suggestion of death, as Plaintiff's claim is not extinguished by his death.

DATED this 11th day of September 2020.

>/s/John A. Dalimonte
>John A. Dalimonte
>(Admitted Pro Hac Vice, MA Bar No. 554554)
>**DALIMONTE RUEB, LLP**
>85 Devonshire Street, Suite 1000
>Boston, MA 02109
>Telephone: (833) 443-7529
>Facsimile: (855) 203-2035
>john@drlawllp.com
>*Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>September 11, 2020</u> a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/John A. Dalimonte*