IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Roland Rhodes 1:17cv-01467-RLY-TAB

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his case in the Southern District of Indiana.[1]  If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

By: /s/ Charles G. Orr
Charles G. Orr, TX SBN: 00788148
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
corr@baronbudd.com

*Counsel for Plaintiff*

Dated: September 11, 2020

By: /s/ Andrea Roberts Pierson
Andrea Roberts Pierson, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian, Suite 2500
Indianapolis, IN  46204
Tel: (317) 237-0300
Fax: 317-237-1000
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: September 11, 2020

---

[1] The Cook Defendants expressly preserve their arguments that any current and future injuries may be barred by the statute of repose.

US.129058046.01

## CERTIFICATE OF SERVICE

  I hereby certify that on September 11, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

               */s/ Charles G. Orr*
               Charles G. Orr