## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This document relates to:

Merrilyn V. Johnson, *on behalf of* Ronald D. Johnson (deceased)
1:17-cv-06069

## ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL EXHIBITS A AND B TO THE COOK DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal Exhibits A and B to The Cook Defendants' Memorandum in Support of Motion for Summary Judgment [Dkt. No. 14243]. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibits A and B [Dkt. Nos. 14244 and 14244-1]** to The Cook Defendants' Memorandum in Support of Motion for Summary Judgment [Dkt. No. 14243] **are ordered to be maintained** *under seal.*

SO ORDERED this _____ day of _____, 2020.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

US.129356575.03