**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Case No. 1:14-ml-2570-RLY-TAB**<br>**MDL No. 2570** |

**This Document Relates to:**

**Lucia Olivier**

**Civil Action No: 1:20-cv-01934-RLY-TAB**

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Lucia Olivier, hereby requests leave to file a First Amended Short Form Complaint based on the following:

1. This is a product liability case in which Plaintiff seeks damages for injuries allegedly sustained as a result of being implanted with a defective and unreasonably dangerous Inferior Vena Cava Filter manufactured by Defendants.

2. Plaintiff's counsel has learned that a typographical error was made when filing the initial Short Form Complaint, resulting in the misspelling of Plaintiff's last name.

3. Plaintiff seeks leave to amend the current complaint and file the "First Amended Short Form Complaint," attached hereto, for the limited purpose of correcting that error.

4. "A party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Rule 15(a)(2), Fed. R. Civ. P.; Forman v. Davis, 371 U.S. 178, 182 (1962).

5. Defendants have provided written consent to the filing of the First Amended Short Form Complaint.

6. No new causes of action are being introduced and the only change is to correct the spelling error regarding Plaintiff's last name. No depositions have been taken, and no prejudice will come to any party by allowing Plaintiff to amend the Complaint.

WHEREFORE, Plaintiff prays that this Motion be granted, for leave to file Plaintiff's First Amended Short Form Complaint, and for such other and further relief as the Court deems just and appropriate.

Dated: September 14, 2020                Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher