# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Case No. 1:14-ml-2570-RLY-TAB**<br>**MDL No. 2570** |

**This Document Relates to:**

**Lucia Olivier**

**Civil Action No: 1:20-cv-01934-RLY-TAB**

## ORDER ON UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Considering Plaintiff's Unopposed Motion for Leave to Amend Complaint and finding said Motion to be meritorious.

**IT IS ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint filed by Lucia Olivier is hereby **GRANTED** and the Clerk of the Court is directed to file the Amended Short Form Complaint into the records in this matter.

Dated: _____      _____
                                                             Tim A. Baker
                                                             United States Magistrate Judge
                                                             Southern District of Indiana