UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This document relates to:

1:17-cv-00567
1:18-cv-03138
1:17-cv-04427
1:19-cv-00055
1:20-cv-00532
1:18-cv-02555
1:17-cv-04611
1:17-cv-04141
1:17-cv-04033
1:19-cv-03017
1:20-cv-06116

Defendants.

### ENTRY OF APPEARANCE

Joe Vazquez hereby enters his appearance as counsel for the plaintiffs listed below. Prior to filing this Entry of Appearance, counsel attests that he registered for and obtained a Southern District of Indiana CFM/ECF log in name and password. I appear in these cases as counsel for plaintiffs:

William Agnew & Ann Agnew
Lynn M. Berg & Bernard Berg
Christy Chapel
Kurt DeJesus
Stacey A. Lewis
Carol Hughes
Adam Mair
Marie A. McFarland
Eckard Nichols
David Noghreyan
Sioeli M. Uhila

        Respectfully submitted,

By:  */s/ Joe Vazquez*
     Joe Vazquez, Esq.
     Cellino & Barnes, P.C.
     420 Lexington Avenue
     Suite 2150
     New York, NY  10170
     Telephone Number 212-804-7400
     Fax Number 877-227-8020
     Joe.Vazquez@cellinoandbarnes.com
     Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.


                                                       /s/ Joe Vazquez