IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

    LISTED ON EXHIBIT A

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

COME NOW the Plaintiffs listed on the attached Exhibit A, and move that Sindhu S. Daniel be withdrawn as counsel of record in the actions listed on the attached Exhibit A.

Charles G. Orr, and the firm BARON & BUDD, P.C., has entered an appearance for the Plaintiffs listed on Exhibit A. Furthermore, the Plaintiffs as well as attorneys Sindhu S. Daniel and Charles G. Orr consent to the proposed withdrawal of Sindhu S. Daniel from the cases listed on Exhibit A.

WHEREFORE, the Parties seek an Order to Withdraw Sindhu S. Daniel as attorney of record for the Plaintiffs listed on the attached Exhibit A.

1

Respectfully submitted:

| | |
|---|---|
| /s/ *Sindhu S. Daniel* | /s/ *Charles G. Orr* |
| Sindhu S. Daniel, NJ SBN: 010711996 | Charles G. Orr, TX SBN: 00788148 |
| **GRANT & EISENHOFER, P.A.** | **BARON & BUDD, P.C.** |
| 123 S. Justison Street | 3102 Oak Lawn Avenue, Suite 1100 |
| Wilmington, DE 19801 | Dallas, TX 75219 |
| Telephone: (302) 622-7033 | Telephone: (214) 521-3605 |
| Facsimile: (302) 622-7100 | Facsimile: (214) 520-1181 |
| sdaniel@gelaw.com | corr@baronbudd.com |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Charles G. Orr*
Charles G. Orr