# EXHIBIT A

| Case No. |
|---|
| 1:16-cv-02860- RLY-TAB |
| 1:20-cv-00165- RLY-TAB |
| 1:16-cv-01101- RLY-TAB |
| 1:16-cv-00992- RLY-TAB |
| 1:16-cv-01087- RLY-TAB |
| 1:16-cv-00994- RLY-TAB |
| 1:16-cv-01063- RLY-TAB |
| 1:19-cv-01585- RLY-TAB |
| 1:20-cv-00166- RLY-TAB |
| 1:19-CV-02230- RLY-TAB |
| 1:17-cv-01464- RLY-TAB |
| 1:16-cv-01054- RLY-TAB |
| 1:17-cv-01458- RLY-TAB |
| 1:16-cv-02319- RLY-TAB |
| 1:16-cv-01055- RLY-TAB |
| 1:16-cv-00995- RLY-TAB |
| 1:16-cv-01077- RLY-TAB |
| 1:16-cv-01050- RLY-TAB |
| 1:16-cv-01057- RLY-TAB |
| 1:16-cv-00996- RLY-TAB |
| 1:16-cv-01810-RLY-TAB |
| 1:19-cv-03834- RLY-TAB |
| 1:16-cv-00997- RLY-TAB |
| 1:16-cv-01079- RLY-TAB |
| 1:16-cv-00998- RLY-TAB |
| 1:16-cv-01062- RLY-TAB |
| 1:16-cv-01064- RLY-TAB |
| 1:16-cv-01060- RLY-TAB |
| 1:16-cv-02893- RLY-TAB |
| 1:17-cv-01454- RLY-TAB |
| 1:17-cv-01468- RLY-TAB |
| 1:17-CV-02773- RLY-TAB |
| 1:20-cv-00656- RLY-TAB |
| 1:15-cv-01684-RLY-TAB |
| 1:17-cv-01466- RLY-TAB |
| 1:16-cv-01051- RLY-TAB |
| 1:20-CV-01078- RLY-TAB |
| 1:17-cv-01455- RLY-TAB |
| 1:16-cv-01056- RLY-TAB |
| 1:16-cv-01000- RLY-TAB |
| 1:16-cv-01001- RLY-TAB |
| 1:19-cv-04177- RLY-TAB |
| 1:16-cv-01086- RLY-TAB |
| 1:19-cv-05049- RLY-TAB |
| 1:20-CV-01238-RLY-TAB |

| |
|---|
| 1:16-cv-01059- RLY-TAB |
| 1:16-cv-01002- RLY-TAB |
| 1:16-cv-01003- RLY-TAB |
| 1:15-cv-01688-RLY-TAB |
| 1:16-cv-01075- RLY-TAB |
| 1:16-cv-01005-RLY-TAB |
| 1:16-cv-01102- RLY-TAB |
| 1:16-cv-01088- RLY-TAB |
| 1:17-cv-01467- RLY-TAB |
| 1:17-cv-01465- RLY-TAB |
| 1:19-CV-03097- RLY-TAB |
| 1:15-cv-01685-RLY-TAB |
| 1:16-cv-01080- RLY-TAB |
| 1:20-CV-00344- RLY-TAB |
| 1:19-cv-04178- RLY-TAB |
| 1:16-cv-01098- RLY-TAB |
| 1:16-cv-01099- RLY-TAB |
| 1:20-CV-02008-RLY-TAB |
| 1:16-cv-01074- RLY-TAB |
| 1:16-cv-01061- RLY-TAB |
| 1:16-cv-01082- RLY-TAB |
| 1:15-cv-01686-RLY-TAB |
| 1:16-cv-01011-RLY-TAB |
| 1:17-cv-01461- RLY-TAB |
| 1:16-cv-01012- RLY-TAB |
| 1:16-cv-01078- RLY-TAB |
| 1:17-cv-01469- RLY-TAB |
| 1:16-cv-01052- RLY-TAB |
| 1:16-cv-01089- RLY-TAB |