IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

    LISTED ON EXHIBIT A

### ORDER ON MOTION TO WITHDRAW ATTORNEY APPEARANCE

Plaintiffs' Motion to Withdraw Attorney Appearance of Sindhu S. Daniel is GRANTED.

Charles G. Orr, and the firm of BARON & BUDD, P.C. has entered an appearance for the Plaintiffs listed on Exhibit A.  IT IS THEREFORE,

ORDERED that Sindhu S. Daniel is hereby withdrawn as counsel of record in the cause numbers listed on the attached Exhibit A.

Date: September 14, 2020.

                                                                                                     United States District Court
                                                                                                     Southern District of Indiana