UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) <br> ) 1:14-ml-02570-RLY-TAB <br> ) MDL No. 2570 <br> ) |
| This Document Relates to: | ) <br> ) <br> ) |

1:17-cv-01980; 1:19-cv-02765; 1:19-cv-02768; 1:19-cv-02775; 1:19-cv-02869; 1:19-cv-02938; 1:19-cv-02971; 1:19-cv-03025; 1:19-cv-03129; 1:19-cv-03168; 1:19-cv-03172; 1:19-cv-03173; 1:19-cv-03176; 1:19-cv-03209; 1:19-cv-03238; 1:19-cv-03242; 1:19-cv-03252; 1:19-cv-03255; 1:19-cv-03258; 1:19-cv-03301; 1:19-cv-03305; 1:19-cv-03307; 1:19-cv-03309; 1:19-cv-03425; 1:19-cv-03427; 1:19-cv-03494; 1:19-cv-03495; 1:19-cv-03526; 1:19-cv-03527; 1:19-cv-03528; 1:19-cv-03530; 1:19-cv-03572; 1:19-cv-03626; 1:19-cv-03728; 1:19-cv-03744; 1:19-cv-03787; 1:19-cv-03788; 1:19-cv-03824; 1:19-cv-03828; 1:19-cv-03943; 1:19-cv-03975; 1:19-cv-04045; 1:19-cv-04259; 1:19-cv-04333; 1:19-cv-04335; 1:19-cv-04336; 1:19-cv-04380; 1:19-cv-04447; 1:19-cv-04476; 1:19-cv-04524; 1:19-cv-04525; 1:19-cv-04526; 1:19-cv-04737; 1:19-cv-04841; 1:19-cv-04858; 1:19-cv-04859; 1:19-cv-04860; 1:19-cv-04861; 1:19-cv-04863; 1:19-cv-04865; 1:19-cv-04866; 1:19-cv-04893; 1:20-cv-00072; 1:20-cv-00501; 1:20-cv-00543; 1:20-cv-00613; 1:20-cv-00677; 1:20-cv-00687; 1:20-cv-00688; 1:20-cv-00691; 1:20-cv-00693; 1:20-cv-00695; 1:20-cv-00697; 1:20-cv-00698; 1:20-cv-00894; 1:20-cv-00913; 1:20-cv-01203; 1:20-cv-01668.

**PROPOSED ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF PROFILE SHEET OR CASE CATEGORIZATION FORM (Dkt. 14187)**

Pursuant to Federal Rule of Civil Procedure 41(b), Federal Rule of Civil Procedure 37, and Fourth Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the Court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") or Case Categorization Form ("CCF") has not been submitted.

Accordingly, Cook's Motion to Dismiss is **GRANTED** as to the following cases for lack of service of Case Categorization Form (CCF):

| Plaintiff | Cause Number |
|---|---|
| Meyer, Lisa D. | 1:17-cv-01980 |
| Smithson, Edgar Lamar | 1:19-cv-03025 |
| Evans, Sheila Irene | 1:19-cv-03129 |
| Bell, Rochelle Monik | 1:19-cv-03168 |
| Branch, Ruby Nell | 1:19-cv-03172 |
| Casey, Meagan Ellizabeth | 1:19-cv-03173 |
| Parise, Andrea | 1:19-cv-03176 |
| Andrews, Judis Ray | 1:19-cv-03209 |
| Yarbrough, Reginald Lavan | 1:19-cv-03238 |
| Barbour, Pamela | 1:19-cv-03242 |
| Clarke, Joan N. | 1:19-cv-03252 |
| Cooper, Jesse Lee | 1:19-cv-03255 |
| Moss, Robert Latore | 1:19-cv-03258 |
| Smith, Curtis | 1:19-cv-03301 |
| Kieszkowski, Paul Brian | 1:19-cv-03305 |
| Stidman, Laverne | 1:19-cv-03307 |
| Smith, Albert | 1:19-cv-03309 |
| Dunagan, Kenneth Ardway | 1:19-cv-03425 |
| Galbreath, Michael | 1:19-cv-03427 |
| Flynt, Valerie Johnson | 1:19-cv-03494 |
| Harris, Henry | 1:19-cv-03495 |
| Haynes, Marva Ann | 1:19-cv-03526 |
| Harvey, Willie Stean | 1:19-cv-03527 |
| Vaughn, Edward, Jr. | 1:19-cv-03528 |
| Zermani, William Rudolph | 1:19-cv-03530 |
| Altman, Garrieth Q. | 1:19-cv-03572 |
| Parker, Aileen | 1:19-cv-03626 |
| Tanner, Calvin Ray | 1:19-cv-03728 |
| Cannon, Wanda | 1:19-cv-03744 |
| Hill, Fred Gregory | 1:19-cv-03787 |
| Mogy, Barry Michael | 1:19-cv-03788 |
| Finkelstein, Harvey Leonard [ESTATE] | 1:19-cv-03824 |
| Reamy, Daniel Harvoy IV | 1:19-cv-03943 |
| Ellis, James J. | 1:19-cv-03975 |
| Kelsey, Christine Mary | 1:19-cv-04045 |
| Shields, Karen Louise | 1:19-cv-04333 |
| Cobb, Lisa K. | 1:19-cv-04335 |

US.129268205.01

| Plaintiff | Cause Number |
|---|---|
| Bass, Dereck Sr. | 1:19-cv-04336 |
| Lawson, Donald | 1:19-cv-04380 |
| Jones, Damion Lavon | 1:19-cv-04447 |
| Freeman, Elizabeth A. | 1:19-cv-04476 |
| Jackson, Duvall | 1:19-cv-04524 |
| Alexander, Barbara J. | 1:19-cv-04526 |
| Hodge, Karen S. | 1:19-cv-04737 |
| Crain, Martha Jo | 1:19-cv-04858 |
| Dominguez, Arthur | 1:19-cv-04859 |
| George, Robert Milton | 1:19-cv-04860 |
| Pisanelli, Albert Anthony | 1:19-cv-04863 |
| Porter, Cathy E. | 1:19-cv-04865 |
| Whitten, Darren George | 1:19-cv-04866 |
| Newman, April | 1:19-cv-04893 |
| Rucker, Janice | 1:20-cv-00072 |
| Turner, Gail | 1:20-cv-00501 |
| De La Haye, Estela Nelida | 1:20-cv-00543 |
| Moore, James Carl | 1:20-cv-00613 |
| Crawford, Joyce L. [ESTATE] | 1:20-cv-00677 |
| Vasquez, Teresa Marie | 1:20-cv-00687 |
| Porter, Patrick | 1:20-cv-00688 |
| Lamb, Corbin | 1:20-cv-00691 |
| Johnson, Ted | 1:20-cv-00693 |
| Ballerine, Lester | 1:20-cv-00695 |
| Anderson, Ana M. | 1:20-cv-00697 |
| Shipman, Evelyn Fay | 1:20-cv-00698 |

To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, any above Plaintiff may refile his/her case in the Southern District of Indiana. If any above Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.

Cook's Motion to Dismiss is **GRANTED** as to the following cases for lack of service of Plaintiff Profile Sheet (PPS):

| Plaintiff | Cause Number |
|---|---|
| Chrisman, Richard Allen | 1:19-cv-02765 |
| Jackson, Zuleika | 1:19-cv-02768 |
| Daniels, Barbara R. | 1:19-cv-02775 |

3

| | |
|---|---|
| Forsyth, John H. | 1:19-cv-02869 |
| Roberts, Anthony Ray | 1:19-cv-02938 |
| Smithson, Edgar Lamar | 1:19-cv-03025 |
| Evans, Sheila Irene | 1:19-cv-03129 |
| Bell, Rochelle Monik | 1:19-cv-03168 |
| Branch, Ruby Nell | 1:19-cv-03172 |
| Casey, Meagan Ellizabeth | 1:19-cv-03173 |
| Parise, Andrea | 1:19-cv-03176 |
| Andrews, Judis Ray | 1:19-cv-03209 |
| Yarbrough, Reginald Lavan | 1:19-cv-03238 |
| Barbour, Pamela | 1:19-cv-03242 |
| Clarke, Joan N. | 1:19-cv-03252 |
| Cooper, Jesse Lee | 1:19-cv-03255 |
| Moss, Robert Latore | 1:19-cv-03258 |
| Smith, Curtis | 1:19-cv-03301 |
| Kieszkowski, Paul Brian | 1:19-cv-03305 |
| Stidman, Laverne | 1:19-cv-03307 |
| Smith, Albert | 1:19-cv-03309 |
| Dunagan, Kenneth Ardway | 1:19-cv-03425 |
| Galbreath, Michael | 1:19-cv-03427 |
| Flynt, Valerie Johnson | 1:19-cv-03494 |
| Harris, Henry | 1:19-cv-03495 |
| Haynes, Marva Ann | 1:19-cv-03526 |
| Harvey, Willie Stean | 1:19-cv-03527 |
| Vaughn, Edward, Jr. | 1:19-cv-03528 |
| Zermani, William Rudolph | 1:19-cv-03530 |
| Altman, Garrieth Q. | 1:19-cv-03572 |
| Parker, Aileen | 1:19-cv-03626 |
| Tanner, Calvin Ray | 1:19-cv-03728 |
| Cannon, Wanda | 1:19-cv-03744 |
| Hill, Fred Gregory | 1:19-cv-03787 |
| Mogy, Barry Michael | 1:19-cv-03788 |
| Finkelstein, Harvey Leonard [ESTATE] | 1:19-cv-03824 |
| Walker, Daree | 1:19-cv-03828 |
| Reamy, Daniel Harvoy IV | 1:19-cv-03943 |
| Ellis, James J. | 1:19-cv-03975 |
| Kelsey, Christine Mary | 1:19-cv-04045 |
| Shields, Karen Louise | 1:19-cv-04333 |
| Cobb, Lisa K. | 1:19-cv-04335 |
| Bass, Dereck Sr. | 1:19-cv-04336 |
| Lawson, Donald | 1:19-cv-04380 |

4

| | |
|---|---|
| Jones, Damion Lavon | 1:19-cv-04447 |
| Freeman, Elizabeth A. | 1:19-cv-04476 |
| Jackson, Duvall | 1:19-cv-04524 |
| Alexander, Barbara J. | 1:19-cv-04526 |
| Hodge, Karen S. | 1:19-cv-04737 |
| Torres, Victoria | 1:19-cv-04841 |
| Crain, Martha Jo | 1:19-cv-04858 |
| Dominguez, Arthur | 1:19-cv-04859 |
| George, Robert Milton | 1:19-cv-04860 |
| Pisanelli, Albert Anthony | 1:19-cv-04863 |
| Porter, Cathy E. | 1:19-cv-04865 |
| Whitten, Darren George | 1:19-cv-04866 |
| Newman, April | 1:19-cv-04893 |
| Rucker, Janice | 1:20-cv-00072 |
| Turner, Gail | 1:20-cv-00501 |
| De La Haye, Estela Nelida | 1:20-cv-00543 |
| Moore, James Carl | 1:20-cv-00613 |
| Crawford, Joyce L. [ESTATE] | 1:20-cv-00677 |
| Vasquez, Teresa Marie | 1:20-cv-00687 |
| Porter, Patrick | 1:20-cv-00688 |
| Lamb, Corbin | 1:20-cv-00691 |
| Johnson, Ted | 1:20-cv-00693 |
| Ballerine, Lester | 1:20-cv-00695 |
| Anderson, Ana M. | 1:20-cv-00697 |
| Shipman, Evelyn Fay | 1:20-cv-00698 |
| Flowers, Mitchell R. | 1:20-cv-00894 |
| Glaude, Nicholas J. | 1:20-cv-00913 |
| Hopson, Robert | 1:20-cv-01203 |

To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, any above Plaintiff may refile his/her case in the Southern District of Indiana. If any above Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.

Cook's Motion to Dismiss motion is **DENIED AS MOOT** as to the following cases:

| | |
|---|---|
| Flego, Fred Michael | 1:19-cv-02971 |
| Smith, Patricia A. | 1:19-cv-04259 |

| | |
|---|---|
| Byers-Opoka, Arlene | 1:19-cv-04525 |
| Gill, Yonnette | 1:19-cv-04861 |
| Stone, Kristofher Adamm | 1:20-cv-01668 |

All parties shall bear their own fees and costs.

**SO ORDERED** this ____day of September 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

US.129268205.01