IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**

Lucia Olivier

**Civil Action No: 1:20-cv-01934-RLY-TAB**

### ORDER ON UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Considering Plaintiff's Unopposed Motion for Leave to Amend Complaint and finding said Motion to be meritorious.

**IT IS ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint filed by Lucia Olivier is hereby **GRANTED** and the Clerk of the Court is directed to file the Amended Short Form Complaint into the records in this matter.

Date: 9/16/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.