# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

*Trombetta, et al. v Cook Group, Inc., et al.*
1:16-cv-06040-RLY-TAB
*Bourgade v. Cook Inc., et al.*
1:17-cv-00895-RLY-TAB
*Barma v. Cook Inc., et al.*
1:17-cv-02207-RLY-TAB
*Bechtold v. Cook Inc., et al.*
1:17-cv-03002-RLY-TAB
*Iglewski v. Cook Inc., et al.*
1:17-cv-03003-RLY-TAB
*Herrera v. Cook Inc., et al.*
1:17-cv-03021-RLY-TAB
*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB
*Fernandez v. Cook Inc., et al*
1:18-cv-01200-RLY-TAB
*Hessler v. Cook Inc., et al.*
1:19-cv-01043-RLY-TAB
*Pittman v. Cook Inc., et al.*
1:19-cv-01070-RLY-TAB

## MOTION FOR REIMBURSEMENT OF FILING FEE

COMES NOW John Driscoll of the law firm The Driscoll Firm, P.C., and hereby

requests reimbursement of the filing fee paid for the Motion to Appear *Pro Hac Vice* filed on

behalf of Attorney Carolyn Cuneo on September 2, 2020 (MDL Doc. No. 14172), as this motion

has since been withdrawn.  The receipt for said payment is attached hereto as **Exhibit 1**.

Dated: September 16, 2020

Respectfully submitted,

By:     */s/ John Driscoll*
        John Driscoll
        THE DRISCOLL FIRM, P.C.
        211 N. Broadway, Suite 4050
        St. Louis, Missouri 63102
        Phone: (314) 932-3232
        Fax: (314) 932-3233
        john@thedriscollfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 16, 2020, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Carolyn Cuneo was filed electronically with the Clerk of Court and will be served by operation of the court's electronic filing system upon all registered Parties.  Parties may access this filing through the Court's system.

        */s/ John Driscoll*
        John Driscoll