## Callan Heurung

| | |
|---|---|
| **From:** | insd_cmecf@insd.uscourts.gov |
| **Sent:** | Wednesday, September 2, 2020 10:35 AM |
| **To:** | nef@insd.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-01070-RLY-TAB PITTMAN v. COOK INCORPORATED et al Motion to Appear pro hac vice |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTICE\*\*\***The electronically filed document(s) may be viewed **once** at no charge by clicking on the Document Number hyperlink (example -**21**). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).

**U.S. District Court**
**Southern District of Indiana**
**Office of the Clerk**
**(317)229-3700**
www.insd.uscourts.gov

## Notice of Electronic Filing

The following transaction was entered by Driscoll, John on 9/2/2020 at 11:33 AM EDT and filed on 9/2/2020 .

| | |
|---|---|
| **Case Name:** | IN RE: COOK MEDICAL INC. |
| **Case Number:** | 1:14-ml-02570-RLY-TAB |
| **Filer:** | EDRICK MALONE |
| | LISA TROMBETTA |
| | GARY WATSON |
| | LINDA ALLEN |
| | ANTHONY ATKINS |
| | JOANN BEVINS |
| | SANDRA MARIE CARTER |
| | CLINT CLARK |
| | JOHN CONVERSE |
| | DEATIRCE DIGMAN |
| | MICHELLE DRAPER |
| | DAVID T. EGGEN |
| | FREDERICK FERRISO |
| | LINDA FINNEY |
| | VINCE GALLI |
| | MARGARET P. GUNTHER |
| | WHITNEY HAWKINS |
| | ANGELA KOREAN HEVENER |
| | MERRILYN V. JOHNSON |
| | SHARLENER JOHNSON-RICHARDSON |
| | MARY KERNAN |

        JANET KNAFLICH
        TREVA LYNCH
        JUSTIN MAJOR
        VERONIQUE MCCOY
        DONALD MILLSBERG
        LAQUITA MORAN
        GEORGE N. PORTER
        KERI PURSLEY
        A'KERIA NICOLE QUINN
        PENNY ROSE
        CLARENCE ROUTH
        NANCY SEALE
        TERRI STOUT
        LINDA M. TAYLOR
        ELIZABETH TISDALE
        MICHAEL W. TURQUITT
        WANDA A. YONTS
        CARL R. BECHTOLD
        ADELA R. FERNANDEZ
        JOHN FRANCIS HESSLER
        DAVID BOURGADE
        MEGAN BOURGADE
        AIMEN BARMA
        JAMES E. PITTMAN
        RUDOLPH IGLEWSKI
        WILFRED HERRERA

**Document Number:** 14172

**Docket Text:**
**MOTION for Attorney(s) Carolyn Cuneo to Appear pro hac vice (Filing fee $100, receipt number 0756-6160820), filed by Plaintiffs EDRICK MALONE, LISA TROMBETTA, GARY WATSON, ALMA DELIA AGUILAR, LINDA ALLEN, ANTHONY ATKINS, STEPHANIE N. BARTON, JOANN BEVINS, RONALD DALE BLANKENSHIP, BRINDA BRADLEY, LAKEEM F. BRYAN, SANDRA MARIE CARTER, CEDRIC N. CHATMAN, CLINT CLARK, CAROLYN CLAY, CLEONA MAE COLLINS, JOHN CONVERSE, DEATIRCE DIGMAN, MICHELLE DRAPER, DAVID T. EGGEN, FREDERICK FERRISO, LINDA FINNEY, VINCE GALLI, MARGARET P. GUNTHER, WHITNEY HAWKINS, ANGELA KOREAN HEVENER, CYTHINA HURT, ROBERT JACKSON, MERRILYN V. JOHNSON, SHARLENER JOHNSON-RICHARDSON, MARY KERNAN, JANET KNAFLICH, TREVA LYNCH, JUSTIN MAJOR, VERONIQUE MCCOY, DONALD MILLSBERG, LAQUITA MORAN, SHERINE A. PATTERSON, GEORGE N. PORTER, KERI PURSLEY, A'KERIA NICOLE QUINN, PENNY ROSE, CLARENCE ROUTH, NANCY SEALE, TERRI STOUT, LINDA M. TAYLOR, ELIZABETH TISDALE, MICHAEL W. TURQUITT, JAMES C. VAUGHN, VANESSA WALKER, AMY L. WHITE, KEVIN D. WHITE, SAMMIE WINTERS, BRENDA A. WOODS, WANDA A. YONTS, CARL R. BECHTOLD, ADELA R. FERNANDEZ, JOHN FRANCIS HESSLER, DAVID BOURGADE, MEGAN BOURGADE, AIMEN BARMA, JAMES E. PITTMAN, RUDOLPH IGLEWSKI, WILFRED HERRERA. (Attachments: # (1) Affidavit Certification in Support of Admission, # (2) Text of Proposed Order Proposed Order)Associated Cases: 1:14-ml-02570-RLY-TAB, 1:16-cv-06040-RLY-TAB, 1:17-cv-00895-RLY-TAB, 1:17-cv-02207-RLY-TAB, 1:17-cv-03002-RLY-TAB, 1:17-cv-**

## Plastic Card Details

Save as : PDF   CSV

**Amount : $100.00**

Status : Success

Transaction Type : Sale

Transaction Date : September 2, 2020

Payment Date : September 2, 2020

Settled Date : September 3, 2020

## Details

Pay.gov Tracking ID : 26PS251F

Agency Tracking ID : 0756-6160820

Agency Name : USDC

Application Name : INSD CM ECF

AVS Code : Y

Approval Code : 219302

Authorization Response Code : 00



Account Holder Name: John Driscoll

Account Number: ************1000

Please tell us about your Pay.gov Customer Support experience by responding to this brief Survey.

**Best Regards**,



**Customer Support**
**1-800-624-1373, Option #2**
**Hours: Monday through Friday, 7AM - 7PM (ET)**
GJD

2