# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

*Trombetta, et al. v Cook Group, Inc., et al.*
1:16-cv-06040-RLY-TAB
*Bourgade v. Cook Inc., et al.*
1:17-cv-00895-RLY-TAB
*Barma v. Cook Inc., et al.*
1:17-cv-02207-RLY-TAB
*Bechtold v. Cook Inc., et al.*
1:17-cv-03002-RLY-TAB
*Iglewski v. Cook Inc., et al.*
1:17-cv-03003-RLY-TAB
*Herrera v. Cook Inc., et al.*
1:17-cv-03021-RLY-TAB
*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB
*Fernandez v. Cook Inc., et al*
1:18-cv-01200-RLY-TAB
*Hessler v. Cook Inc., et al.*
1:19-cv-01043-RLY-TAB
*Pittman v. Cook Inc., et al.*
1:19-cv-01070-RLY-TAB

## **ORDER**

This cause has come before the Court upon the motion of John Driscoll of the law firm

The Driscoll Firm, P.C., seeking an order granting a refund of the filing fee paid for a Motion to

Appear *Pro Hac Vice*.  Being fully advised, it is now ORDERED that the motion be, and hereby

is, GRANTED.

_____                                   _____

Dated

Distribution list:

To all registered counsel by CM/ECF