IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    Samanthia Davis

Civil Case #    1:20-cv-06218

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Samanthia Davis

Date:    September 17, 2020        /s/ Michael J. Quillin
                                                    *Attorney's signature*

                Michael J. Quillin        #61877MO
                                *Printed name and bar number*

                1034 S. Brentwood Blvd., 23rd Floor, PH 1-A
                St. Louis, MO 63117
                                *Address*

                quillin@osclaw.com
                                *E-mail address*

                (314) 405-9000
                                *Telephone number*

                (314) 833-3073
                                *FAX number*