UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br> THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) )  1:14-ml-02570-RLY-TAB |

## SCHEDULING ORDER

The motions hearing set for October 29, 2020 is VACATED AND RESET to **OCTOBER 28, 2020 at 1:00 p.m. (Central time)** and shall be held virtually.

Leadership counsel will receive connecting information by separate notice.

**SO ORDERED** this 17th day of September 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record