IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>STEVEN ZACHARY BROCK | Plaintiff Demands A Trial By Jury |

Civil Case # 1:19-cv-1293

**UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Steven R. Brock, as personal representative and executor of the estate of Plaintiff Steven Zachary Brock[1], moves to substitute in as plaintiff in this action due to the death of Plaintiff Steven Zachary Brock.

Plaintiff Steven Zachary Brock passed away on or about July 18, 2019. As a result, Steven Zachary Brock can no longer serve as plaintiff in this suit[2]. Movant Steven R. Brock is the personal representative and executor of the estate of Plaintiff Steven Zachary Brock and can serve as the proper plaintiff to pursue the claims of Steven Zachary Brock and his estate in this suit.

Steven R. Brock and Plaintiff's counsel are exploring whether Steven Zachary Brock's death was related to Defendants' IVC filter that is the subject of this lawsuit. While they investigate those matters and due to the death of Steven Zachary Brock, Steven R. Brock seeks to substitute as plaintiff pursuant to Rule 25(a)(1) to represent the interests of the estate and Steven Zachary Brock's survivors in this action. In the event that Steven R. Brock and his counsel determine that Steven Zachary Brock's death was related to Defendants' IVC filter, they will

---

[1] Letter of Appointment attached as **Exhibit A**.
[2] On September 11, 2020 a Notice of Suggestion of Death was filed at Doc 14266.

separately move pursuant to Rule 15(a) to file an amended Short Form Complaint to add claims for wrongful death. Plaintiff further requests that the caption be amended to reflect the substitution.

Plaintiff's counsel has conferred with defense counsel regarding this motion, and Defendants consent to the substitution requested by this motion.

For the foregoing reasons. Plaintiff respectfully requests that Steven R. Brock, in his capacity as personal representative and executor of the estate of Steven Zachary Brock, be substituted as a Plaintiff in this matter for Steven Zachary Brock and that the caption be amended to reflect the substitution.

RESPECTFULLY SUBMITTED this 17th day of September 2020.

/s/John A. Dalimonte
John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB, LLP**
75 State Street, Suite 100
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 203-2035
john@drlawllp.com
*Lead Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2020 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/John A. Dalimonte