# EXHIBIT A

United States of America

State of West Virginia  County of Nicholas, ss:

# Letter of Administration

Estate of STEVEN ZACHARY BROCK

I, Robert Painter II, Clerk of the Nicholas County Commission, in the State of West Virginia, do hereby certify that STEVEN RANDALL BROCK was on the 23rd day of July, 2019, appointed by the County Clerk of the Nicholas County Commission as administrator(s) of the Estate of STEVEN ZACHARY BROCK, duly qualified as such by taking oath prescribed by law, and by giving approved bond in the sum of $0.00, as required by law.

NOW THEREFORE, be it known that said appointment is now in full force and effect and that full faith and credit are due and should be given to all the acts of the said STEVEN RANDALL BROCK as such administrator(s) of the Estate of STEVEN ZACHARY BROCK, as well in all jurisdictions, as elsewhere.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Nicholas County Commission at my office in said County on the 23rd day of July, 2019.

_____
Robert Painter II
Clerk of the Nicholas County Commission

By _Lisa Bailes_____
Lisa Bailes
Deputy Clerk

LetterofAdministration