IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>STEVEN ZACHARY BROCK | Plaintiff Demands A Trial By Jury |

Civil Case # 1:19-cv-1293

### ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY

This Court having reviewed Plaintiff's Unopposed Motion for Substitution of Party, and good cause appearing therefor,

**IT IS ORDERED** that Steven R. Brock, as personal representative and executor of the estate of Plaintiff Steven Zachary Brock, is hereby substituted as Plaintiff in this Matter.

**IT IS FURTHER ORDERED** amending the caption to reflect the substitution.

ORDERED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE