IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                  MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

       TIFFANY ACETO
       1:18-cv-00141

_____

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff TIFFANY ACETO

Dated: September 17, 2020.           */s/ Ben C. Martin*
                      Ben C. Martin, Bar No. 13052400
                      **Martin Baughman, PLLC**
                      3141 Hood Street, Suite 600
                      Dallas, Texas 75219
                      Telephone: (214) 761-6614
                      Facsimile: (214) 744-7590
                      bmartin@martinbaughman.com

                      ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin