IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>STEVEN ZACHARY BROCK | Plaintiff Demands A Trial By Jury |

Civil Case # 1:19-cv-1293

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY

This Court having reviewed Plaintiff's Unopposed Motion for Substitution of Party [Filing No. 14313], and good cause appearing therefor,

**IT IS ORDERED** that Steven R. Brock, as personal representative and executor of the estate of Plaintiff Steven Zachary Brock, is hereby substituted as Plaintiff in this Matter. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system.

SO ORDERED.

Date: 9/18/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.