# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE TIM A. BAKER |
| ) | |

**This Document Relates to:**
*PLATT v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:17-CV-04620*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Dennis Platt, on or about November 21, 2019.

Dated: September 18, 2020

Respectfully Submitted,

**Tautfest Bond, PLLC**

 s/ Monte Bond
Monte Bond No. 02585625
Jessica Glitz No 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tautfestbond.com
jglitz@tbtorts.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that September 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: September 18, 2020

Respectfully Submitted,

**Tautfest Bond, PLLC**

*s/ Monte Bond*
Monte Bond No. 02585625
Jessica Glitz No 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tautfestbond.com
jglitz@tbtorts.com

***Attorneys for Plaintiff***