UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### CASE MANAGEMENT ORDER NO. [ __ ]
### (CASE MANAGEMENT ORDER ADDRESSING REFILING AND DISMISSALS WITHOUT PREJUDICE)

This Order shall govern (1) all cases transferred to this Court by the Judicial Panel on Multidistrict Litigation, including those cases identified in the original Transfer Order and those subsequently transferred as tag-along actions; (2) all cases filed in or removed to this MDL; and (3) all dismissals of those cases following the entry of this Order.

The formation of this MDL recognized the need for the consolidated handling of various pretrial and trial proceedings before a single judge in United States District Court for the Southern District of Indiana. Several recent filings in this Court and re-filings of cases involving Cook IVC filters in other federal district courts and state courts have demonstrated confusion and inconsistency in the refiling and further prosecution of actions that this Court has dismissed without prejudice.

The Court therefore finds good cause for an Order that provides predictability, certainty, consistency, and finality in the treatment of dismissals without prejudice.

Therefore, pursuant to the Court's authority under Rule 41 to set the terms for the dismissal of actions,

US.129276543.05

IT IS HEREBY ORDERED:

1. Any party seeking the dismissal without prejudice of any case in this MDL, whether through stipulated dismissal under Rule 41(a)(2), court order under Rule 41(b), or otherwise, shall include in the proposed order of dismissal the following language:

> Should Plaintiff wish to refile this action, Plaintiff must refile this action in the Southern District of Indiana. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana, however, this dismissal will automatically convert to a dismissal with prejudice.

2. Should the Court enter an Order dismissing a case without prejudice that omits the language in paragraph 1 above, either party may request that the Order of dismissal be amended to include this language.

**SO ORDERED:** _____

_____
RICHARD L. YOUNG
United States District Court
Southern District of Indiana

US.129276543.05