**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

*Trombetta, et al. v Cook Group, Inc., et al.*
1:16-cv-06040-RLY-TAB
*Bourgade v. Cook Inc., et al.*
1:17-cv-00895-RLY-TAB
*Barma v. Cook Inc., et al.*
1:17-cv-02207-RLY-TAB
*Bechtold v. Cook Inc., et al.*
1:17-cv-03002-RLY-TAB
*Iglewski v. Cook Inc., et al.*
1:17-cv-03003-RLY-TAB
*Herrera v. Cook Inc., et al.*
1:17-cv-03021-RLY-TAB
*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB
*Fernandez v. Cook Inc., et al*
1:18-cv-01200-RLY-TAB
*Hessler v. Cook Inc., et al.*
1:19-cv-01043-RLY-TAB
*Pittman v. Cook Inc., et al.*
1:19-cv-01070-RLY-TAB

This filing is not captioned as a motion, nor is it accompanied by a proposed order as required by Local Rule 7-1(d).  The Court grants the withdrawal of Motion for *Pro Hac Vice* of Carolyn Cuneo [Dkt. No. 14172].  Ms. Cuneo shall file an appearance by following the Amended Order Establishing Policies and Procedures [Dkt. No. 3309].

Tim A. Baker
U.S. Magistrate Judge
Dated: 9/18/2020

**NOTICE OF WITHDRAWAL OF MOTION TO APPEAR *PRO HAC VICE***
**FILED ON BEHALF OF ATTORNEY CAROLYN CUNEO**

COMES NOW John Driscoll of The Driscoll Firm, P.C., and hereby withdraws the

Motion to Appear *Pro Hac Vice* filed on behalf of Attorney Carolyn Cuneo on September 2,

2020 (MDL Doc. No. 14172).

Dated: September 16, 2020