UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Case:

Barnes-Thomas, Vickie
1:19-cv-03610

---

### THE COOK DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW MOTION FOR JUDGMENT ON THE PLEADINGS ON STATUTE OF REPOSE GROUNDS (NORTH CAROLINA) AS TO PLAINTIFF BARNES-THOMAS ONLY

The Cook Defendants respectfully move the Court to withdraw their Motion for Judgment on the Pleadings on Statute of Repose Grounds (North Carolina) as to Plaintiff Barnes-Thomas. In support of this Motion, the Cook Defendants state as follows:

1. On August 21, 2020, the Cook Defendants filed their Motion for Judgement on the Pleadings on Statute of Repose Grounds (North Carolina) (Dkt. 14066) and their Memorandum in Support of Motion for Judgment on the Pleadings on Statute of Repose Grounds (North Carolina) (Dkt. 14067) against nine North Carolina Plaintiffs: (i) Roland Rhodes (1:17-cv-01467); (ii) Bridget Vinson (1:17-cv-02051); (iii) Marian Wells (1:17-cv-02053); (iv) Melissa Hackworth (1:17-cv-02476); (v) Karene McLean (1:17-cv-03108); (vi) Marie Wilson (1:17-cv-03337); (vii) Beverly Woods (1:19-cv-03095); (viii) Jerome Johnson (1:19-cv-03248); and (ix) Vickie Barnes-Thomas (1:19-cv-03610).

2. On August 26, 2020, Plaintiff Barnes-Thomas filed a response in opposition to the Cook Defendants' Motion for Judgment on the Pleadings on Statute of Repose Grounds (North Carolina). (Dkt. 14094).

3. After consideration of Plaintiff Barnes-Thomas's response in opposition and conferring with Plaintiff's counsel, the Cook Defendants have decided to withdraw their Motion for Judgment on the Pleadings on Statute of Repose Grounds (North Carolina) as to Plaintiff Barnes-Thomas only.

4. The Cook Defendants have conferred with Plaintiff's counsel and Plaintiff's counsel does not oppose the Cook Defendants' present motion to withdraw as to Plaintiff Barnes-Thomas.

WHEREFORE, the Cook Defendants respectfully request that the Court to withdraw their Motion for Judgment on the Pleadings on Statute of Repose Grounds (North Carolina) as to Plaintiff Barnes-Thomas only.

Respectfully submitted,

Dated: September 21, 2020

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2020, a copy of the foregoing **COOK DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW MOTION FOR JUDGMENT ON THE PLEADINGS ON STATUTE OF REPOSE GROUNDS (NORTH CAROLINA) AS TO PLAINTIFF BARNES-THOMAS ONLY** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*