UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION )))))))))) | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |
| This Document Relates to: <br> All Actions | |

## ORDER ON THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO HOLD IN ABEYANCE COOK'S OMNIBUS MOTION FOR PARTIAL DISMISSAL OR PARTIAL SUMMARY JUDGMENT ON CLAIMS FOR FRAUDULENT CONCEALMENT

On July 15, 2020, the Cook Defendants filed an Omnibus Motion for Partial Dismissal or Partial Summary Judgment on Claims for Fraudulent Concealment ("Cook Defendants' Motion"). Plaintiffs' Steering Committee ("PSC") responded by filing (1) a motion to strike the Cook Defendants' Motion and (2) a motion to hold substantive briefing in abeyance on the Cook Defendants' Motion until the court rules on the PSC's motion to strike. The court, having considered the submissions of counsel and the applicable law, now **GRANTS** the PSC's Motion to Hold in Abeyance Cook's Omnibus Motion for Partial Dismissal or Partial Summary Judgment on Claims for Fraudulent Concealment (Filing No. 13795).

**SO ORDERED** this 21st day of September 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.