IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Beverly F. Woods, 1:19-cv-03085

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case is dismissed without prejudice, with each party to bear its own costs.  To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile her case in the Southern District of Indiana.[1]  If Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice.  All parties shall bear their own fees and costs.

| | |
|---|---|
| By:  /s/ Michael E. Gallant<br>Michael E. Gallant, DC Bar No: 453087<br>Dalimonte Rueb Stoller LLP<br>1250 Connecticut Ave NW, Suite 700<br>Washington, DC 20036<br>Tel: (202) 858-1211<br>Fax: (855) 203-2035<br>Michael.gallant@drlawllp.com<br>Attorney for Plaintiff<br><br>*Counsel for Plaintiff*<br><br>Dated: September 21, 2020 | By: */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson, Co-Lead Counsel<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian, Suite 2500<br>Indianapolis, IN  46204<br>Tel: (317) 237-0300<br>Fax: 317-237-1000<br>Andrea.Pierson@FaegreDrinker.com<br>Jessica.Cox@FaegreDrinker.com<br><br>*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*<br><br>Dated: September 21, 2020 |

---

[1] The Cook Defendants expressly preserve their arguments that any current and future injuries may be barred by the statute of repose.

US.129058046.01