# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>    1:17-cv-00567<br>    1:18-cv-03138<br>    1:17-cv-04427<br>    1:19-cv-00055<br>    1:20-cv-00532<br>    1:18-cv-02555<br>    1:17-cv-04611<br>    1:17-cv-04141<br>    1:17-cv-04033<br>    1:19-cv-03017<br>    1:20-cv-06116<br><br>    Defendants. | |

## ENTRY OF APPEARANCE

Brett L. Manske hereby enters his appearance as counsel for the plaintiffs listed below. Prior to filing this Entry of Appearance, counsel attests that he registered for and obtained a Southern District of Indiana CFM/ECF log in name and password. I appear in these cases as counsel for plaintiffs:

    William Agnew & Ann Agnew
    Lynn M. Berg & Bernard Berg
    Christy Chapel
    Kurt DeJesus
    Stacey A. Lewis
    Carol Hughes
    Adam Mair
    Marie A. McFarland
    Eckard Nichols
    David Noghreyan
    Sioeli M. Uhila

        Respectfully submitted,

By: */s/ Brett L. Manske*
Brett L. Manske, Esq.
Cellino & Barnes, P.C.
16 W. Main Street
Rochester, New York 14614
Ph: (585) 295-7317
Fax: (585) 454-3279
brett.manske@cellinoandbarnes.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brett L. Manske