APPROVED. Case is dismissed with prejudice.
Dated: 9/21/2020



RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Janice Abrams, 1:15-cv-01895

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), above-titled Plaintiff and all Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear their own fees and costs.

By: */s/Joseph R. Johnson*
BABBITT & JOHNSON, P.A.
Joseph R. Johnson
1641 Worthington Road
Suite 100
West Palm Beach, FL 33409
(561) 684-2500
Fax: (561) 684-6308
Email: jjohnson@babbitt-johnson.com

*Counsel for Plaintiff*

Dated: September 18, 2020

By: */s/ Jessica Benson Cox*
FAEGRE DRINKER BIDDLE & REATH LLP
Jessica Benson Cox
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
Email: Jessica.Cox@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: September 18, 2020