

APPROVED.  Cases listed in the caption are dismissed with prejudice.

Dated: 9/21/2020

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Acree, Thomas, 1:18-cv-00947
Haughton, Dominique,1:19-cv-569
Sadler, Sammy (Estate), 1:19-v-01156
Osment, Ronald, 1:19-cv-02392
McNeil, Keith, 1:19-cv-02890
Caylor, Margaret, 1:19-cv-03850
Garrett, Jeffrey, 1:19-cv-04703
Saldana, Mary, 1:20-cv-00130
Burks-Henry, Addie, 1:20-cv-00330

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now, the above-captioned Plaintiffs and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS ("Defendants") herein, in the above entitled cases, and pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate that all claims of the above-captioned Plaintiffs against Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS are dismissed with prejudice, with each party to bear its own costs.  This dismissal is in light of the state law presented in the Defendants' Omnibus Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee (Dkt. 13760).