IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff: Rusty Alto

Civil Case #: 1:19-cv-2300

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his case in the Southern District of Indiana. If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

| | |
|---|---|
| /s/ David C. DeGreeff<br>Thomas P. Cartmell    MO #45366<br>Jeffrey M. Kuntz    MO #52371<br>David C. DeGreeff    MO #55019<br>WAGSTAFF & CARTMELL LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>816-701-1100<br>tcartmell@wcllp.com<br>jkuntz@wcllp.com<br>ddegreeff@wcllp.com<br><br>*Counsel for Plaintiff* | By: */s/ Jessica Benson Cox*<br>Andrea Roberts Pierson, Co-Lead Counsel<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian, Suite 2500<br>Indianapolis, IN  46204<br>Tel: (317) 237-0300<br>Fax: 317-237-1000<br>Andrea.Pierson@FaegreDrinker.com<br>Jessica.Cox@FaegreDrinker.com<br><br>*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS* |
| Dated: September 21, 2020 | Dated: September 21, 2020 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ David C. DeGreeff*
David C. DeGreeff, MO Bar No. 55019
