UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

Gillen, Theresa Lynn
1:19-cv-02288

## COOK DEFENDANTS' MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT IN 46 MISCATEGORIZED NO INJURY CASES AS TO PLAINTIFF THERESA LYNN GILLEN ONLY

The Cook Defendants respectfully move the Court to withdraw their Motion for Summary Judgment in 46 Miscategorized No Injury Cases as to Plaintiff Theresa Lynn Gillen. In support of this Motion, the Cook Defendants state as follows:

1. On October 1, 2019, the Cook Defendants filed their Motion for Summary Judgment in 46 Miscategorized No Injury Cases [Dkt. 11923] and their Memorandum in Support of their Motion for Summary Judgment in 46 Miscategorized No Injury Cases [Dkt. 11924] against 46 plaintiffs, including Theresa Lynn Gillen.

2. On November 8, 2019, Plaintiff Gillen filed a response in opposition to the Cook Defendants' Motion. (Dkt. 12399).

3. After consideration of Plaintiff Gillen's response in opposition and conferring with Plaintiff's counsel, the Cook Defendants have decided to withdraw their Motion for Summary Judgment in 46 Miscategorized No Injury Cases as to Plaintiff Gillen only.

WHEREFORE, the Cook Defendants respectfully request that the Court to withdraw their Motion for Summary Judgment in 46 Miscategorized No Injury Cases as to Plaintiff Gillen only.

Respectfully submitted,

Dated: September 22, 2020

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*