IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No.: 2570

This Document Relates to Plaintiff(s)

ANGIE WILLIAMS

Civil Case No.: 1:19-cv-4424

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rule of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Angie Williams, which upon information and belief occurred on or about September 7, 2020.

Dated: September 21, 2020

Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.

 /s/ Ryan E. Hodge
Ryan E. Hodge, #16180
8558 W. 21st St. N., Ste. 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2020, I electronically filed the foregoing Suggestion of Death with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Ryan E. Hodge*
Ryan E. Hodge, #16180
*Attorney for Plaintiff*
