**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff: Ruth Beach

Civil Case No: 1:18-cv-00856

**PLAINTIFFS' MOTION TO MAINTAIN DOCUMENT
UNDER SEAL [Dkt Nos 14107-1 AND 14112]**

Plaintiff by and through undersigned counsel hereby requests the Court maintain under seal the Exhibit for the Suggestion of Death of Ruth Beach filed August 27, 2020 (Dkt. No. 14107-1) and the Redaction of Death Certificate of Ruth Beach filed August 27, 2020 (Dkt. No. 14112), because the documents contain personal identifying information protected from disclosure pursuant to Fed. R. Civ. P. 5.2.

WHEREFORE, Plaintiff respectfully request the Court grant the instant motion and maintain documents 14107-1 and 14112 under seal without prejudice.

Date: September 22, 2020

Respectfully Submitted,
O'CONNOR, ACCIANI & LEVY LPA

*/s/ Barry D. Levy*
Barry D. Levy – (OH 0018986)
*Attorney for Plaintiff*
600 Vine Street, Suite 1600
Cincinnati, Ohio 45202
Telephone: 513-241-7111
Facsimile:  513-241-7197
Email: bdl@oal-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served electronically and notice of service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECM participants registered to receive service in this matter this 22nd day of September, 2020. Parties may access this filing through the Court's system.

                                      */s/ Barry D. Levy*
                                      Barry D. Levy – (OH 0018986)
                                      *Attorney for Plaintiff*