**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff: Ruth Beach | |
| Civil Case No: 1:18-cv-00856 | |

**ORDER**

Upon Motion by Plaintiff, and for good cause shown. The Court hereby GRANTS Plaintiff's request to maintain under seal the Exhibit for the Suggestion of Death of Ruth Beach filed August 27, 2020 (Dkt. No. 14107-1) and the Redaction of Death Certificate of Ruth Beach filed August 27, 2020 (Dkt. No. 14112) pursuant to Fed. R. Civ. P. 5.2.

SO ORDERED, the Court shall maintain under seal documents 14107-1 and 14112

Date:_____

_____
HONORABLE JUDGE