UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:  Eddie C. Burrage 1:18-cv-00273-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB  MDL No. 2570 |

**ORDER CLARIFYING THE COURT'S AUGUST 25, 2020 ORDER IN *BURRAGE***

On August 25, 2020, the court granted the Cook Defendants' request for costs in *Burrage*. (Filing No. 14081). To clarify, the court did not grant the Cook Defendants' request for attorneys' fees.

**IT IS THEREFORE ORDERED** that on or before October 2, 2020, the Cook Defendants shall file a Bill of Costs representing the costs incurred in the preparation of the *Burrage* case between August 21, 2019, and June 5, 2020. Any objection to the Cook Defendants' Bill of Costs shall be filed on or before October 16, 2020, and any reply shall be filed on or before October 30, 2020.

**SO ORDERED** this 22nd day of September 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.