# UNITED STATES DISTRICT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE TIM A. BAKER |
| ) | |

**This Document Relates to:**
*PLATT v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
Civil Action No. 1:17-cv-04620

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Dennis Platt, and Margo Johnson Platt respectfully move this court to substitute Margo Johnson Platt, the plaintiff's spouse, as the Personal Representative for the Estate of Dennis Platt, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Dennis Platt's case was filed on or about December 14, 2017, (*PLATT v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGAITON*.; Case No. *1:17-cv-04620*).

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

   a. On or about December 14, 2017, Defendant Cook, Inc., et al. was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On or about May 20, 2020 Plaintiffs' counsel was informed that Dennis Platt, passed away on or about November 21, 2019.

4. Dennis Platt's action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about September 18, 2020.

6. Plaintiff thus moves to substitute Margo Johnson Platt, as Personal Representative for the Estate of Dennis Platt, Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Margo Johnson Platt, as Personal Representative for the Estate of Dennis Platt, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Dennis Platt is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Dennis Platt and Margo Johnson Platt, respectfully request the Court grant Plaintiffs' Motion to Substitute Margo Johnson Platt, as Personal Representative for the Estate of Dennis Platt, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

|  |  |
|---|---|
| Dated: September 23, 2020 | Respectfully submitted, |
|  | By: */s/ Jessica Glitz* |

                                            Jessica Glitz No. 24076095
                                            MONTE BOND, Esq.
                                            Texas Bar No.02585625
                                            Tautfest Bond PLLC
                                            5151 Belt Line Road, Suite 1000
                                            Dallas, Texas  75254
                                            214-617-9980 (Phone)
                                            214-617-9985 (Fax)
                                            mbond@tautfestbond.com
                                            jglitz@tbtorts.com

                                            **ATTORNEY FOR PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: September 23, 2020

Respectfully Submitted,

**Tautfest Bond, PLLC**

By: */s/ Jessica Glitz*_____

Jessica Glitz No. 24076095
MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com
jglitz@tbtorts.com

***Attorneys for Plaintiff***