IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Dennis Platt

Civil Case # 1:17-cv-04620

## MOTION TO MAINTAIN DOCUMENT AS REDACTED

Pursuant to Local Rule 5-11(d)(2)(A) and Fed. R. Civ. P. 5.2, Plaintiff Dennis Platt respectfully moves the Court to maintain as redacted Exhibit B and C **[Dkt. No. 14395-2 and 14395-3]** to Plaintiff's Motion to Substitute Party (filed September 23, 2020, DN 14395) Plaintiff states Exhibits B and C**[Dkt. No. 14395-2 and 14395-3]** is the Plaintiff's death certificate and last will and testament that provides personal information including address of Plaintiff and that is not pertinent to this motion.

A proposed order is attached hereto.

Dated: September 23, 2020.

Respectfully submitted,

**Tautfest Bond, PLLC**
*/s/ Jessica Glitz*
Jessica Glitz TX No. 24076095
Monte Bond TX No. 02585625
Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000,
Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
jglitz@tbtorts.com
mbond@tbtorts.com
***Counsel for Plaintiff***

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

>  */s/ Jessica Glitz*
> Jessica Glitz TX No. 24076095
> Monte Bond TX No. 02585625
> Tautfest Bond, PLLC
> 5151 Belt Line Rd., Suite 1000,
> Dallas, TX 75254
> Telephone: (214) 617-9998
> Facsimile: (214) 853-4281
> jglitz@tbtorts.com
> mbond@tbtorts.com
> **Counsel for Plaintiff**