IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Dennis Platt

Civil Case #  1:17-cv-04620

### ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

ON THIS DAY came for consideration Plaintiff's Motion to Maintain Document As Redacted **Exhibit B and Exhibit C [Dkt. No. 14395-2 and 14395-3]** to Plaintiff's Substitution of Party. Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that **Exhibit B and Exhibit C [Dkt. No. 14395-2 and 14395-3]]** to the Substitution of Party is to be maintained as filed as redacted.

Dated this ___ of _____, 2020.


SO ORDERED: _____

1