IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Dennis Platt_____

 Civil Case # 1:17-cv-04620_____

## MOTION TO MAINTAIN DOCUMENT AS REDACTED

Pursuant to Local Rule 5-11(d)(2)(A) and Fed. R. Civ. P. 5.2, Plaintiff Dennis Platt respectfully moves the Court to maintain as redacted Exhibit B **[Dkt. No. 14395-2]** to Plaintiff's Motion to Substitute Party (filed September 23, 2020, DN 14395) Plaintiff states Exhibits B **[Dkt. No. 14395-2** is the Plaintiff's death certificate that provides personal information including address of Plaintiff and that is not pertinent to this motion.

A proposed order is attached hereto.

Dated: September 23, 2020.

                                                       Respectfully submitted,

                                                    **Tautfest Bond, PLLC**
                                                    */s/ Jessica Glitz*_____
                                                    Jessica Glitz TX No. 24076095
                                                    Monte Bond TX No. 02585625
                                                    Tautfest Bond, PLLC
                                                    5151 Belt Line Rd., Suite 1000,
                                                    Dallas, TX 75254
                                                    Telephone: (214) 617-9998
                                                    Facsimile: (214) 853-4281
                                                    jglitz@tbtorts.com
                                                    mbond@tbtorts.com
                                                    ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Jessica Glitz*
Jessica Glitz TX No. 24076095
Monte Bond TX No. 02585625
Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000,
Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
jglitz@tbtorts.com
mbond@tbtorts.com
**Counsel for Plaintiff**
