AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| REX HILL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-cv-04021 |
| COOK INCORPORATED, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rex Hill                                                                                                      .

Date:     09/23/2020

/s/ Erin Wood
*Attorney's signature*

Erin Wood, TX Bar No. 24073064
*Printed name and bar number*

Kirkendall Dwyer LLP
4343 Sigma Rd., Suite 200
Dallas, TX 75244

*Address*

ewood@kirkendalldwyer.com
*E-mail address*

(214) 271-4027
*Telephone number*

(214) 253-0629
*FAX number*