IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
CRAIG ARNOLD SCHMIDT

Civil Case #  1:19-cv-03147

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Craig Arnold Schmidt

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   UT

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   UT

6. Plaintiff's/Deceased Party's current state of residence:

   UT

7. District Court and Division in which venue would be proper absent direct filing:

   USDC for Utah - Central Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-21

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

☐    Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other:

_____

11. Date of Implantation as to each product:

    11/23/2011 and 12/19/2018 _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Dixie Regional Medical Center, Saint George, UT (1st filter) _____

    Utah Valley Hospital, Provo, UT (2nd filter) _____

13. Implanting Physician(s):

    Michael Khoury, MD (1st filter) _____

    Stephen Douglas Brown, MD (2nd filter) _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒    Count I:       Strict Products Liability – Failure to Warn

    ☒    Count II:      Strict Products Liability – Design Defect

    ☒    Count III:     Negligence

    ☒    Count IV:     Negligence Per Se

    ☒    Count V:      Breach of Express Warranty

    ☒    Count VI:     Breach of Implied Warranty

    ☒    Count VII:    Violations of Applicable __UT__ (insert State) Law

                         Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count VIII:  Loss of Consortium

☐    Count IX:    Wrongful Death

☐    Count X:    Survival

☒    Count XI:    Punitive Damages

☐    Other:    _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiff(s):

David P. Matthews
_____

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098
_____

David P. Matthews, Texas Bar No. 13206200
_____

_____

Respectfully submitted,

**Matthews & Associates**

*s/ David P. Matthews*
_____
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
lsantiago@thematthewslawfirm.com

***Lead Counsel for Plaintiff***

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.  A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

**David Carl Anderson**
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

**Justin Kyle Brackett**
Tim Moore, Attorney at Law,
P.A.
305 East King St.
Kings Mountain, NC 28086

**David J Britton**
LAW OFFICE OF DAVID J
BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

**George Jerre Duzane**
1675 Liberty Lane
Gallatin, TN 37066

**Richard A. Freese**
Freese & Goss
1901 6th Ave N, Ste 3120
Birmingham, AL  35203

**Jay Harris**
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

**Curtis Hoke**
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

**Wilnar Jeanne Julmiste**
ANDERSON GLENN LLP
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

**Cliff W. Marcek**
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

**Joseph A. Napiltonia**
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

**Marian S. Rosen**
ROSEN & SPEARS
5075 Westheimer, Suite 760
Houston, TX 77056

**Joseph G. Sauder**
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

**W. Bryan Smith**
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

**Anthony James Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Brian J. Urban**
LAW OFFICES OF
ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

**Peter C Wetherall**
Wetherall Group, Ltd.
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148

*s/ David P. Matthews*