**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Case:

Barnes-Thomas, Vickie
1:19-cv-03610

**ORDER**

The Court, having considered the Cook Defendants' Unopposed Motion to Withdraw Motion for Judgment on the Pleadings on Statute of Repose Grounds (North Carolina) as to Plaintiff Barnes-Thomas Only, and being duly advised, now finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Cook Defendants' Unopposed Motion to Withdraw Motion for Judgment on the Pleadings on Statute of Repose Grounds (North Carolina) as to Plaintiff Barnes-Thomas Only is hereby granted.

SO ORDERED this 24th day of September 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.
Copies to all non-registered counsel of record shall be made by Plaintiff's Lead Counsel.