# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

Gillen, Theresa Lynn
1:19-cv-02288

## ORDER

The Court, having considered the Cook Defendants' Motion to Withdraw Motion for Summary Judgment in 46 Miscategorized No Injury Cases as to Plaintiff Gillen Only, and being duly advised, now finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Cook Defendants' Motion to Withdraw Motion for Summary Judgment in 46 Miscategorized No Injury Cases as to Plaintiff Gillen is hereby granted.

SO ORDERED this 24th day of September 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:
Copies to all registered counsel of record will be made via CM/ECF.