UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS  )<br>MARKETING, SALES PRACTICES AND  )<br>PRODUCT LIABILITY LITIGATION MDL  )<br>2570,  )<br>_____  )<br>  )<br>THIS DOCUMENT RELATED TO ALL  )<br>ACTIONS  ) | 1:14-ml-02570-RLY-TAB |

**Entry from Status Conference held September 24, 2020**

**Before the Hon. Richard L. Young, Judge**

    The parties appear by video for the status conference set this date.  Plaintiffs appear by Joe Williams, Ben Martin and Mike Heaviside; Defendants appear by Andrea Pierson, Jessica Cox, Steve Bennett and Kip McDonald.

    Agenda items were discussed and the hearing was concluded.

Distributed Electronically to Registered Counsel of Record