UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br> This Document Relates to: <br><br> *Andrea Sons* <br> 1:18-cv-03422-RLY-TAB | 1:14-ml-02570-RLY-TAB |

**Entry from Motions Hearing held September 24, 2020**

**Before the Hon. Richard L. Young, Judge**

The parties appear telephonically for the status conference set this date. Plaintiff Andrea Sons appears by Tom Arbon; Defendants appear by Eldin Hasic, Andrea Pierson and Jessica Cox.

The Defendants' Motion for Judgment on the Pleadings on Statute of Repose Grounds (Oregon) (dkt.14068) as it applies to Defendant Sons was discussed and the hearing concluded. Any rulings shall issue by separate order.

Distributed Electronically to Registered Counsel of Record