IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Rusty Alto, 1:19-cv-2300

## ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION

On August 17, 2020, Plaintiff Rusty Alto filed a Motion for Reconsideration of the Court's January 7, 2020 Order on Plaintiff's Motion for Voluntary Dismissal.  One month later, the parties' filed a joint Stipulation of Voluntary Dismissal, and the court granted the same.  Therefore, Plaintiff's Motion for Reconsideration (Filing No. 14013) is **DENIED as MOOT**.

**SO ORDERED** this 24th day of September 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1