IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.   1:14-ml-2570-RLY-TAB MDL No. 2570 |

Case No. 1:16-cv-0059

This Document Relates to Plaintiff(s):

**Dominic De Rico Watkins, as Executor
of the Estate for Decedent Gloria Williams**

---

## SHORT FORM AMENDED COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

**Decedent Gloria Williams**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

**Dominic De Rico Watkins, as Executor  of the Estate of Gloria Williams**

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Florida

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Florida _____

6. Plaintiff's/Deceased Party's current state of residence:

Florida _____

7. District Court and Division in which venue would be proper absent direct filing:

Middle District of Florida _____

8. Defendants (Check Defendants against whom Complaint is made):

   ✓ Cook Incorporated

   ✓ Cook Medical LLC

   ✓ William Cook Europe ApS

9. Basis of Jurisdiction:

   ✓ Diversity of Citizenship

□ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Jurisdiction: Paragraphs 6 through 26 _____

Venue: Paragraphs 27 through 28 _____

_____

b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

   ✓ Günther Tulip® Vena Cava Filter

✓  Cook Celect® Vena Cava Filter

□ Gunther Tulip Mreye

□ Cook Celect Platinum

Other:

_____

11. Date of Implantation as to each product:

**Decedent was implanted with two Cook filters. A Celect filter on 4.29.14 and a Gunther Tulip filter on 6.15.15**

12. Hospital(s) where Plaintiff was implanted (including City and State):

**St. Anthony's Hospital, St. Petersburg Florida**

_____

13. Implanting Physician(s):

**Dr. Frederic Guerrier (implanted the Celect filter) and Dr. Meader (implanted the Gunther Tulip filter)**

14. Counts in the Master Complaint brought by Plaintiff(s):

✓  Count I: Strict Products Liability – Failure to Warn

✓  Count II: Strict Products Liability – Design Defect

✓  Count III: Negligence

✓ Count IV: Negligence Per Se

✓  Count V: Breach of Express Warranty

✓  Count VI: Breach of Implied Warranty

✓ Count VII: Violations of Applicable Law Prohibiting Consumer Fraud and Unfair

and Deceptive Trade Practices

□   Count VIII: Loss of Consortium
□   Count IV: Wrongful Death

✓ Count X: Survival


✓   Count XI: Punitive Damages

✓   Other: <u>Manufacturing Defect</u> (please state the facts supporting

this Count in the space, immediately below)

□ Other: _____ (please state the facts supporting

this Count in the space, immediately below)

<u>Defendants manufactured, prepared, compounded, assembled, processed, marketed,</u>

<u>labeled, distributed, and sold the Cook Celect and Gunther Tulip Filter that was implanted</u>

<u>into Decedent. The Cook Celect and Gunther Tulip Filter implanted in Decedent</u>

<u>contained a manufacturing defect when it left the Defendants' possession.  The device</u>

<u>differed from said Defendants' intended result and/or from other ostensibly identical</u>

<u>units of the same product line. Decedent and Decedent's health care providers used the</u>

<u>device in a manner that was reasonably foreseeable to Defendants.  As a result of this</u>

<u>condition, the product injured Decedent and failed to perform as safely as the ordinary</u>

<u>consumer would expect when used in a reasonably foreseeable manner. The Cook Celect</u>

<u>and Gunther Tulip filter's defect was a substantial factor in causing Decedent's harm. As</u>

<u>a direct and proximate result of the Cook Celect and Gunther Tulip Filter's manufacturing</u>

<u>defect, Decdent suffered serious physical injuries, economic loss, loss of enjoyment of</u>

<u>life, disability, and other losses, in an amount to be determined at trial.</u>


15. Attorney for Plaintiff(s):

C. Moze Cowper, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

**Cowper Law, 10880 Wilshire Blvd., Suite 1840, Los Angeles CA 90024**

California Bar #326614; Texas Bar #2495180; NJ #00452001, Washington DC #1048045

Respectfully submitted,

/s/ C. *Moze Cowper*
C. Moze Cowper

## CERTIFICATE OF SERVICE

I hereby certify that on **September 17, 2020**, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/ C. *Moze Cowper*
C. Moze Cowper