IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2750-RLY-TAB MDL No. 2570 |

**This Document Relates to:**
**Christopher Flanagan, Individually**
**and on behalf of the Estate Lynda**
**Flanagan, Deceased**

**Civil Case ID:  1:17-cv-01809**

### ORDER ON UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Considering Plaintiff's Unopposed Motion for Leave to Amend Complaint and finding said motion to be meritorious.

**IT IS ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint filed by Christopher Flanagan, Individually and on behalf of the Estate of Lynda Flanagan, Deceased is hereby **GRANTED** and the Clerk of Court is directed to file the Amended Short Form Complaint into the records in this matter.

DATED: _____     _____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana