UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS   Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND           MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This document relates to:

1:19-cv-02773; 1:19-cv-04983; 1:19-cv-05015; 1:19-cv-05071; 1:20-cv-00005; 1:20-cv-00018; 1:20-cv-00031; 1:20-cv-00573; 1:20-cv-00725; 1:20-cv-01142; 1:20-cv-01655; 1:20-cv-01761; 1:20-cv-01795; 1:20-cv-01846; 1:20-cv-01886; 1:20-cv-06128; 1:20-cv-06130; 1:20-cv-06146; 1:20-cv-06155; 1:20-cv-06158; 1:20-cv-06170; 1:20-cv-06172; 1:20-cv-06175; 1:20-cv-06197.

**NOTICE OF NON-COMPLIANCE PURSUANT TO
FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4:
*(PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL)*

PLEASE TAKE NOTICE that the Plaintiffs identified herein have not submitted a Case Categorization Form or Plaintiff Profile Sheet as required by Fourth Amended Case Management Order No. 4 (Dkt. 13046) ("CMO No. 4"), and have been notified by Defendants of this non-compliance as required by CMO No. 4:

1.  Plaintiffs Subject to Dismissal for Lack of Service of Case Categorization Form (CCF)

| Case Name | Cause Number | Plaintiff Counsel Firm Name | CCF Due Date | Deficiency Notice |
|---|---|---|---|---|
| Songer, Shawn | 1:20-cv-01795 | MARTIN BAUGHMAN, PLLC | 8/28/2020 | 9/14/2020 |
| Bryant, Michael | 1:20-cv-01846 | MARTIN BAUGHMAN, PLLC | 8/28/2020 | 9/14/2020 |
| Bercier, Marlene | 1:20-cv-01886 | MARTIN BAUGHMAN, PLLC | 9/11/2020 | 8/31/2020 |
| Stephenson, Thomas | 1:20-cv-06128 | MARTIN BAUGHMAN, PLLC | 8/31/2020 | 9/14/2020 |
| Feagans, Angelica | 1:20-cv-06146 | DALIMONTE RUEB STOLLER LLP | 9/2/2020 | 9/14/2020 |
| Rocha, Ruben | 1:20-cv-06170 | JOHNSON LAW GROUP | 8/19/2020 | 8/31/2020 |
| Jones, Belinda H. | 1:20-cv-06172 | DALIMONTE RUEB STOLLER LLP | 9/2/2020 | 9/14/2020 |

| | | | | |
|---|---|---|---|---|
| Elliott, Robert | 1:20-cv-06175 | MARTIN BAUGHMAN, PLLC | 9/11/2020 | 8/31/2020 |
| Hansen, Carl R. | 1:20-cv-06197 | MARTIN BAUGHMAN, PLLC | 9/9/2020 | 9/14/2020 |

2. Plaintiffs Subject to Dismissal for Lack of Service of Plaintiff Profile Sheet (PPS)

| Case Name | Cause Number | Plaintiff Counsel Firm Name | PPS Due Date | Deficiency Notice |
|---|---|---|---|---|
| Long, Thomas Alvin | 1:19-cv-02773 | MATTHEWS & ASSOCIATES | 9/20/2019 | 8/20/2019 |
| Jackson, Rona | 1:19-cv-04983 | MARC J. BERN & PARTNERS, LLP | 1/20/2020 | 3/23/2020 |
| James, Paula Y. | 1:19-cv-05015 | MARC J. BERN & PARTNERS, LLP | 1/22/2020 | 3/23/2020 |
| Magnelli, Linda | 1:19-cv-05071 | MARC J. BERN & PARTNERS, LLP | 1/30/2020 | 3/23/2020 |
| Morales, Juan | 1:20-cv-00005 | MARC J. BERN & PARTNERS, LLP | 2/3/2020 | 3/23/2020 |
| Perrine, Cindie | 1:20-cv-00018 | MARC J. BERN & PARTNERS, LLP | 2/3/2020 | 3/23/2020 |
| Rathbun, Dan | 1:20-cv-00031 | MARC J. BERN & PARTNERS, LLP | 2/5/2020 | 3/23/2020 |
| Letoile, Daniel and Patricia | 1:20-cv-00573 | FEARS NACHAWATI, PLLC | 3/23/2020 | 4/29/2020 |
| Montgomery, Christopher | 1:20-cv-00725 | MARC J. BERN & PARTNERS, LLP | 4/6/2020 | 4/29/2020 |
| Jones, Marion | 1:20-cv-01142 | KIRKENDALL DWYER LLP | 9/14/2020 | 5/21/2020 |
| George, Ronald Eugene | 1:20-cv-01655 | THE GALLAGHER LAW FIRM PLLC | 7/17/2020 | 8/18/2020 |
| Reyes, David | 1:20-cv-01761 | MARTIN BAUGHMAN, PLLC | 9/22/2020 | 9/11/2020 |
| Songer, Shawn | 1:20-cv-01795 | MARTIN BAUGHMAN, PLLC | 8/28/2020 | 8/18/2020 |
| Robbins, Joyce | 1:20-cv-06130 | MARTIN BAUGHMAN, PLLC | 9/22/2020 | 9/11/2020 |

| Feagans, Angelica | 1:20-cv-06146 | DALIMONTE RUEB STOLLER LLP | 9/2/2020 | 9/9/2020 |
| King, Robert | 1:20-cv-06155 | MARTIN BAUGHMAN, PLLC | 9/22/2020 | 9/11/2020 |
| Kincaid, Ollie | 1:20-cv-06158 | MARTIN BAUGHMAN, PLLC | 9/22/2020 | 9/11/2020 |
| Jones, Belinda H. | 1:20-cv-06172 | DALIMONTE RUEB STOLLER LLP | 9/2/2020 | 9/9/2020 |

As outlined by CMO No. 4, the Plaintiffs above should not file a response to Defendants' Notice of Non-Compliance, but are directed to submit their required PPS or CCF to Defendants at CookFilterMDL@FaegreDrinker.com within fourteen (14) days of the date this Notice of Non-Compliance is filed. (CMO No. 4, ¶ 3).

Defendants will notify the Court if any Plaintiff listed above fails to cure their deficiencies within fourteen (14) days, to effectuate the dismissal by the Court pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's Order. *Id.*

Dated: September 25, 2020

Respectfully Submitted,

/s/Kip S.M. McDonald
Andrea Roberts Pierson
Jessica Benson Cox
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@Faegredrinker.com
Jessica.Cox@Faegredrinker.com
Kip.McDonald@Faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@Faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2020, a copy of the foregoing Notice of Non-Compliance was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Kip S.M. McDonald