AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| TASHA JACOBS | ) |
| *Plaintiff* | ) |
| v. | ) |
| COOK INCORPORATED, et al. | ) |
| *Defendant* | ) |

Case No.   1:14-ml-2570-RLY-TAB

This document relates to case no. 1:20-cv-06217-RLY-TAB

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tasha Jacobs                                                                                                     .

Date:      09/25/2020                                              /s/Basil E. Adham
_____                                    _____
                                                                       *Attorney's signature*

                                                             Basil E. Adham TX Bar No. 24081742
                                                    _____
                                                                  *Printed name and bar number*

                                                                     Johnson Law Group
                                                             2925 Richmond Ave, Suite 1700
                                                                     Houston, TX 77098
                                                    _____
                                                                            *Address*

                                                             IVC@johnsonlawgroup.com
                                                    _____
                                                                       *E-mail address*

                                                                     (713) 626-9336
                                                    _____
                                                                     *Telephone number*

                                                                     (713) 626-3394
                                                    _____
                                                                        *FAX number*