# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Cases:

1:17-cv-03735; 1:17-cv-04697; 1:17-cv-04773; 1:18-cv-00226;
1:18-cv-00432; 1:18-cv-00947; 1:18-cv-01992; 1:18-cv-02532;
1:18-cv-02670; 1:18-cv-03568; 1:18-cv-03618; 1:18-cv-03889;
1:19-cv-00569; 1:19-cv-01156; 1:19-cv-02375; 1:19-cv-02392;
1:19-cv-02543; 1:19-cv-02890; 1:19-cv-03413; 1:19-cv-03850;
1:19-cv-04703; 1:19-cv-04923; 1:19-cv-02392; 1:20-cv-00130;
1:20-cv-00330; 1:20-cv-00504; 1:20-cv-00848

## ORDER ON THE COOK DEFENDANTS' OMNIBUS MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON THE TEXAS AND TENNESSEE STATUTES OF REPOSE

This matter is before the court on the Cook Defendants' Omnibus Motion for Judgment on the Pleadings Based on Statutes of Repose of Texas and Tennessee pursuant to Federal Rule of Civil Procedure 12(c). The court, having heard the status update provided by the Cook Defendants at the August 28, 2020 hearing, and noting that the two cases noticed for oral argument at the hearing are among those that have stipulated to dismissal, now finds as follows:

The court **DENIES AS MOOT** the Cook Defendants' motion with respect to the following 12 cases where a stipulation of dismissal has been granted (*see* Filing

1

Nos. 13813, 13961 (two cases) & 14120 (nine cases)):

| | | |
|---|---|---|
| 1. | Acree, Thomas | 1:18-cv-00947 |
| 2. | Dickens, Juliet | 1:18-cv-02532 |
| 3. | Haughton, Dominique | 1:19-cv-00569 |
| 4. | Sadler, Sammy (Estate) | 1:19-cv-01156 |
| 5. | Osment, Ronald | 1:19-cv-02392 |
| 6. | McNeil, Keith | 1:19-cv-02890 |
| 7. | Holman, Maxine Cola | 1:19-cv-03413 |
| 8. | Caylor, Margaret | 1:19-cv-03850 |
| 9. | Garrett, Jeffrey | 1:19-cv-04703 |
| 10. | Saldana, Mary | 1:20-cv-00130 |
| 11. | Burks, Henry-Addie | 1:20-cv-00330 |
| 12. | Hill, Linda Faye | 1:20-cv-00504 |

The court **HOLDS IN ABEYANCE** the Cook Defendants' motion with respect to the two cases listed below where the parties are discussing the status of the cases:

| | | |
|---|---|---|
| 1. | McCarter, Mark (Estate) | 1:18-cv-03889 |
| 2. | Solock, Douglas | 1:19-cv-04923 |

The court **GRANTS** the Cook Defendants' motion **WITH PREJUDICE** as to the following two cases in which Plaintiffs did not respond to the Cook Defendants' motion based on the statute of repose of Tennessee:

| | | |
|---|---|---|
| 1. | Idziak, Ruby | 1:17-cv-04697 |
| 2. | Curtis, David | 1:19-cv-02375 |

The remaining 10 cases—9 from Tennessee and the case of Plaintiff Bolden from Texas—have been fully briefed and are ripe for ruling. The court notes that on May 31, 2017, it granted in relevant part the Cook Defendants' Motion for Judgment on the Pleadings Based on the Statute of Repose, which also concerned the statutes of

2

repose[1] of Texas and Tennessee. (*See* Filing No. 4918). For purposes of the relevant law, the cases from Texas and Tennessee at issue here are indistinguishable from the cases from Texas and Tennessee that were at issue in the court's 2017 Repose Entry. Moreover, in that Entry, the court rejected nearly identical arguments as those raised by the Plaintiffs. The court therefore incorporates by reference the relevant parts of its analysis from the 2017 Repose Entry. (*See* Filing No. 4918, Sections III.C (discussion of Tennessee cases) and III.D (discussion of Texas cases)).

Accordingly, the court, having read and reviewed the parties' arguments and the applicable law, **GRANTS** the Cook Defendants' motion (Filing No. 13760) **WITH PREJUDICE** as to the following cases:

| | | |
|---|---|---|
| 1. | Harvey, Kacy | 1:17-cv-03735 |
| 2. | Bolden, Monica and James | 1:17-cv-04773 |
| 3. | Luster, Roy | 1:18-cv-00226 |
| 4. | Edwards, Eric | 1:18-cv-00432 |
| 5. | Crowley, Julie Ann | 1:18-cv-01992 |
| 6. | Herron, Susan and Charlie | 1:18-cv-02670 |
| 7. | Rogan, Joseph | 1:18-cv-03568 |
| 8. | Brooks, Joshua S. | 1:18-cv-03618 |
| 9. | Price, Michael Christopher | 1:19-cv-02543 |
| 10. | Ketron, Hilary and Aaron | 1:20-cv-00848 |

**SO ORDERED** this 28 day of SEPT 2020.

Distributed Electronically to Registered Counsel of Record.

---

[1] That Entry also concerned certain cases from Georgia, but no such cases are at issue in the present motion.