# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Cases:

1:17-cv-03735; 1:17-cv-04697; 1:17-cv-04773;
1:18-cv-00226; 1:18-cv-00432; 1:18-cv-01992;
1:18-cv-02670; 1:18-cv-03568; 1:18-cv-03618;
1:19-cv-02375; 1:19-cv-02543; 1:20-cv-00848

## FINAL JUDGMENT

Consistent with the court's Order on Cook Defendants'[1] Motion for

Judgment on the Pleadings Based on the Texas and Tennessee Statute of Repose,

the courts final judgment in favor of the Cook Defendants and against the

following Plaintiffs:

| | | |
|---|---|---|
| 1. | Harvey, Kacy | 1:17-cv-03735 |
| 2. | Idziak, Ruby | 1:17-cv-04697 |
| 3. | Bolden, Monica and James | 1:17-cv-04773 |
| 4. | Luster, Roy | 1:18-cv-00226 |
| 5. | Edwards, Eric | 1:18-cv-00432 |
| 6. | Crowley, Julie Ann | 1:18-cv-01992 |
| 7. | Herron, Susan and Charlie | 1:18-cv-02670 |
| 8. | Rogan, Joseph | 1:18-cv-03568 |
| 9. | Brooks, Joshua S. | 1:18-cv-03618 |
| 10. | Curtis, David | 1:19-cv-02375 |
| 11. | Price, Michael Christopher | 1:19-cv-02543 |

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS

12.   Ketron, Hilary and Aaron          1:20-cv-00848

**SO ORDERED** this 2⁸day of September 2020.

Distributed Electronically to Registered Counsel of Record.

Roger A.G. Sharpe, Clerk

BY: _Laura Townsend_

Deputy Clerk, U.S. District Court