UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC.,<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Cases:

> Madeline and Howard Rosenbluth, Case No. 1:16-cv-00474
> Brian Giddens, Case No. 1:16-cv-00996
> Gregory Denton, Case No. 1:16-cv-01140
> Steven Sowards, Case No. 1:16-cv-02122
> Marika Doukas, Case No. 1:16-cv-02822
> Victoria Looper, Case No. 1:16-cv-03510
> Sammie Lambert, Case No. 1:19-cv-02561

**ORDER GRANTING IN PART THE COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT (Filing No. 11921)**

On July 30, 2020, the court heard argument on the Cook Defendants' Motion for Summary Judgment Based on Statute of Limitations. On August 13, 2020, the court issued an order granting summary judgment with respect to four cases that had not responded to the Cook Defendants' motion, denied the motion as moot with respect to two cases that had been withdrawn, and ordered the Cook Defendants to file supplemental medical records in the other cases subject to this motion that are governed by Indiana law. (*See* Filing No. 14000). On September 4, 2020, the Cook Defendants

1

complied with that order, filing under seal the categorization forms and medical records for the seven above-referenced cases. (*See* Filing No. 14209-10).

Now, based on the arguments of counsel, the record, and the applicable law, **IT IS HEREBY ORDERED THAT**:

- The Cook Defendants' motion (Filing No. 11921) is **GRANTED** as to Plaintiffs Madeline and Howard Rosenbluth, Case No. 1:16-cv-00474; Brian Giddens, Case No. 1:16-cv-00996; Steven Sowards, Case No. 1:16-cv-02122; Marika Doukas, Case No. 1:16-cv-02822; Victoria Looper, Case No. 1:16-cv-03510; and Sammie Lambert, Case No. 1:19-cv-02561.

- The Cook Defendants' motion is **DENIED AS MOOT** with respect to Plaintiff Gregory Denton, Case No. 1:16-cv-01140, in light of the voluntary dismissal of his case.

- Consideration of the Cook Defendants' motion for summary judgment in the other 13 cases originally addressed in their motion (Filing No. 11921) is continued to a later date.

**SO ORDERED** this 28 day of September 2020.

Distributed Electronically to Registered Counsel of Record.