UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Cases:

    Madeline and Howard Rosenbluth, Case No. 1:16-cv-00474
    Brian Giddens, Case No. 1:16-cv-00996
    Steven Sowards, Case No. 1:16-cv-02122
    Marika Doukas, Case No. 1:16-cv-02822
    Victoria Looper, Case No. 1:16-cv-03510
    Sammie Lambert, Case No. 1:19-cv-02561

### FINAL JUDGMENT

Consistent with the Ordered issued on the Cook Defendants'[1] Omnibus Motion for Summary Judgment, the court issues final judgment in favor of the Cook Defendants and against the following Plaintiffs:

- Madeline and Howard Rosenbluth, Case No. 1:16-cv-00474
- Brian Giddens, Case No. 1:16-cv-00996
- Steven Sowards, Case No. 1:16-cv-02122
- Marika Doukas, Case No. 1:16-cv-02822
- Victoria Looper, Case No. 1:16-cv-03510
- Sammie Lambert, Case No. 1:19-cv-02561

---

[1] Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

**SO ORDERED** this 28 day of September 2020.

s/RLY

Roger Sharpe, Clerk
United States District Court

*Laura Townsend*

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.