IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2750-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
**Christopher Flanagan, Individually and on behalf of the Estate Lynda Flanagan, Deceased**

**Civil Case ID: 1:17-cv-01809**

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Considering Plaintiff's Unopposed Motion for Leave to Amend Complaint (Filing No. 14419) and finding said motion to be meritorious.

**IT IS ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint filed by Christopher Flanagan, Individually and on behalf of the Estate of Lynda Flanagan, Deceased is hereby **GRANTED** and the Clerk of Court is directed to file the Amended Short Form Complaint into the records in this matter.

Date: 9/30/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record.