IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff(s):

**Christopher Flanagan, Individually**
**And as Personal Representative of the**
**Estate of Lynda Flanagan**

Civil Case #1:17-cv-1809

# FIRST AMENDED
# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Lynda Flanagan

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Christopher Flanagan

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

1

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California

6. Plaintiff's/Deceased Party's current state of residence:

   California

7. District Court and Division in which venue would be proper absent direct filing:

   USDC Southern District of California

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 through 28

b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other:

11. Date of Implantation as to each product:

   March 29, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Scripps Memorial Hospital – Encinitas, CA

13. Implanting Physician(s):

   Steven T. Liu, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I:    Strict Products Liability – Failure to Warn
- ☒ Count II:   Strict Products Liability – Design Defect
- ☒ Count III:  Negligence
- ☒ Count IV:   Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable <u>California</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☒ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Stuart E. Scott (sscott@spanglaw.com)

and Dustin B. Herman (dherman@spanglaw.com)

16. Address and bar information for Attorney for Plaintiff(s):

| 1001 Lakeside Ave. E., Ste. 1700, Cleveland, OH  44114 |
|---|
| P# (216) 696-3232; F# (216) 696-3924 |
| Stuart E. Scott (0064834); Dustin B. Herman (0093163) |

                                                          Respectfully submitted,

September 25, 2020                            /s/*Stuart E. Scott*
                                                        Stuart E. Scott (OH – 0064834)
                                                        Dustin B. Herman (OH – 0093163)
                                                        Spangenberg Shibley & Liber, LLP
                                                        1001 Lakeside Avenue E
                                                        Suite 1700
                                                        Cleveland, OH 44114
                                                        Telephone: (216) 696-3232
                                                        Facsimile: (216) 696-3924
                                                        sscott@spanglaw.com
                                                        dherman@spanglaw.com

                                                        ***Attorney for Plaintiffs***