IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    Jewel Frazier and Frank Frazier, Jr.
    1:20-cv-06234

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiffs Jewel Frazier and Frank Frazier, Jr.

Dated:    October 1, 2020      */s/Michael S. Kruse*
    Michael S. Kruse, E.D. Mo. Bar # 57818MO
    **NIEMEYER, GREBEL & KRUSE, LLC**
    211 N. Broadway, Suite 2950
    St. Louis, MO 63102
    Telephone: (314) 241-1919
    Facsimile: (314) 665-3017
    kruse@ngklawfirm.com

    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2020, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Michael S. Kruse