IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

**CHRISTY SCHOBY, PERSONAL REPRESENTATIVE OF THE ESTATE OF LOUISE SCHOBY, DECEASED**

**Civil Case #1:17-cv-01020-RLY-TAB**

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, seeks leave to file her Second Amended Short Form Complaint, attached hereto.

1. Plaintiff seeks leave to file her second amended short form complaint to modify the counts in the Master Complaint brought by Plaintiff(s) in paragraph 14.

2. Plaintiff's counsel has conferred with defendants' counsel and defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully requests the Court grant her leave to file the Second Amended Short Form Complaint, attached as Exhibit A, which makes the correction discussed herein.

Dated: October 1, 2020.

Respectfully submitted,

 /s/ William B. Curtis
William B. Curtis, Esq.
Texas State Bar No. 00783918
**CURTIS LAW GROUP**
17754 Preston Rd., Suite 200
Dallas, TX  75252
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ William Curtis