IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

SUE ALLEN-MILLER and ANTONIO MILLER
Civil Case #1:20-cv-06236-RLY-TAB

## ENTRY OF APPEARANCE OF GREGORY D. BENTLEY

**TO THE CLERK:**

Gregory D. Bentley, of the law firm ZONIES LAW LLC, hereby enters his appearance as attorney of record on behalf of the plaintiffs, SUE ALLEN-MILLER and ANTONIO MILLER, in the above-captioned matter.

**DATED:** October 1, 2020

Respectfully submitted,

*s/ Gregory D. Bentley*
Gregory D. Bentley, Esq.
**ZONIES LAW LLC**
1700 Lincoln St., Suite 2400
Denver, CO  80203
(720) 464-5300
gbentley@zonieslaw.com

*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the forgoing ENTRY OF APPEARANCE OF GREGORY D. BENTLEY was filed and served on this 1st day of October 2020, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

                                        *s/ Gregory D. Bentley*
                                        Gregory D. Bentley