# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-01851 | 1:20-cv-02352 |
| 1:20-cv-01860 | 1:20-cv-02353 |
| 1:20-cv-02339 | 1:20-cv-02355 |
| 1:20-cv-02340 | 1:20-cv-02359 |
| 1:20-cv-02342 | 1:20-cv-06222 |
| 1:20-cv-02343 | 1:20-cv-06225 |
| 1:20-cv-02345 | 1:20-cv-06226 |
| 1:20-cv-02346 | 1:20-cv-06230 |
| 1:20-cv-02347 | 1:20-cv-06233 |
| 1:20-cv-02348 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        October 2, 2020        /s/ Andrea Roberts Pierson
                                     Andrea Roberts Pierson (# 18435-49)
                                     Kip S. M. McDonald (# 29370-49)
                                     FAEGRE DRINKER BIDDLE & REATH LLP
                                     300 North Meridian Street, Suite 2500
                                     Indianapolis, Indiana 46204
                                     Telephone: (317) 237-0300
                                     Facsimile: (317) 237-1000
                                     E-Mail: andrea.pierson@faegredrinker.com
                                     E-Mail: kip.mcdonald@faegredrinker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01