# Ohio Department of Health - Vital Statistics
## CERTIFICATE OF DEATH

Reg. Dist. No. 25
Primary Reg. Dist. No. 2501
Registrar's No. 2018005364
State File No. 2018046732

**1. Decedent's Legal Name:** RUTH IDA BEACH
**2. Sex:** FEMALE
**3. Date of Death:** APRIL 13, 2018
**4. Social Security Number:** 5567
**5a. Age (Years):** 67
**6. Date of Birth:** 1950
**7. Birthplace:** COLUMBUS, OHIO
**8a. Residence State:** OHIO
**8b. County:** FRANKLIN
**8c. City or Town:** COLUMBUS
**8g. Inside City Limits?** YES
**9. Ever in US Armed Forces?** NO
**10. Marital Status at Time of Death:** MARRIED
**11. Surviving Spouse's Name:** JACK BEACH
**12. Decedent's Education:** 9TH THRU 12TH GRADE; NO DIPLOMA
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** WHITE
**15. Father's Name:** GERALD MCCREARY
**16. Mother's Name (prior to first marriage):** VIOLA STEWART
**17a. Informant's Name:** THOMAS MCCREARY
**17b. Relationship to Decedent:** SON
**17c. Mailing Address:** 5149 SOUTH HAMETOWN ROAD, NORTON, OHIO 44203
**18a. Place of Death:** HOSPITAL - EMERGENCY ROOM / OUTPATIENT
**18b. Facility Name:** MOUNT CARMEL MEDICAL CENTER
**18c. City or Town, State and Zip Code:** COLUMBUS, OH 43222
**18d. County of Death:** FRANKLIN
**19. Signature of Funeral Service Licensee or Other Agent:** ANDREA MARIE STOCKEL
**20. License Number:** 008166
**21. Name and Complete Address of Funeral Facility:** HOPE AND HEART SCHOEDINGER FUNERAL HOME, 3030 W BROAD ST, COLUMBUS, OH 43204
**22a. Method of Disposition:** BURIAL
**22b. Date of Disposition:** MAY 11, 2018
**22c. Place of Disposition:** ALTON CEMETERY
**22d. Location:** GALLOWAY, OH
**23. Registrar's Signature:** Sandra Taylor
**24. Date Filed:** MAY 22 2018
**25a. Name of Person Issuing Disposition Permit:** KOPP, NELSON
**25b. District No.:** 2500
**25c. Date Disposition Permit Issued:** May 10, 2018
**26a. Certifier:** Certifying Physician
**26b. Time of Death:** 0328
**26c. Date Pronounced Dead:** 04/13/2018
**26d. Was the Medical Examiner or Coroner Contacted?** YES
**26e. Signature and Title of Certifier:** MD
**28f. License number:** 35.073792
**26g. Date Signed:** 5/18/18
**27. Name and Address of Person who Completed Cause of Death:** FAOZAN NARVEL, 100 N. MURRAY HILL RD., COLUMBUS, OH 43228

### 28 Part I. Cause of Death

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | SEPSIS | 3 DAYS |
| b. Due to (or as Consequence of) | LUNG CANCER | 2 YEARS |
| c. Due to (or as Consequence of) — Underlying Cause | DIABETES TYPE 2 | 10 YEARS |
| d. Due to (or as Consequence of) | | |

**29a. Was An Autopsy Performed?** No
**29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?** (blank)
**30. Did Tobacco Use Contribute to Death?** Unknown
**31. If Female, Pregnancy Status:** (blank)
**32. Manner of Death:** Natural

---

Sandra Taylor, Franklin County Registrar

MAY 22 2018

HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH
REV. 7/2015