### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff: Ruth Beach

Civil Case No: 1:18-cv-00856

### ORDER

Upon Plaintiff's Motion to Maintain Under Seal [Filing No. 14391] the Exhibit for the Suggestion of Death of Ruth Beach [Filing No. 14107-1] and the Redaction of Death Certificate of Ruth Beach [Filing No. 14112], for good cause shown and pursuant to the Court's Order of October 10, 2017, [Filing No. 6762], the Court hereby GRANTS Plaintiff's Motion. The Clerk shall maintain Filing Nos. 14107-1 and 14112 under seal pending further order.

SO ORDERED.

Date: 10/2/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.