IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Plaintiff: Eddie Clark Burrage
Civil Case No. 1:18-cv-00273

## DECLARATION IN SUPPORT OF BILL OF COSTS

I, Jessica Benson Cox, being over the age of 18 and having first been duly sworn on oath, state as follows:

1. I submit this Declaration in support of the Cook Defendants' Bill of Costs pursuant to the Court's Orders (1) granting the Cook Defendants reimbursement of the costs they incurred in preparation for the *Burrage* bellwether trial between August 21, 2019, the day the Court designated the *Burrage* case for bellwether trial, and June 5, 2020, the date Plaintiff filed his motion for voluntary dismissal with prejudice, and (2) directing the Cook Defendants to submit a Bill of Costs reflecting those costs not later than October 2, 2020. (*See* Dkt. 14081; 14392).

2. The total costs that Cook Defendants incurred in preparing for a bellwether trial in this matter from August 21, 2019 through June 5, 2020 are $4,681.58.

3. I attach to this declaration an itemized list of the Cook Defendants' costs incurred during this time period that relate to work on the *Burrage* matter. *See* Exhibit 1. All of these costs were actually incurred by or on behalf of the Cook Defendants during the period defined by the Court. I have reviewed these costs, and each of these costs was reasonable and necessary in

the Cook Defendants' preparation for the trial in the *Burrage* case.  Some of the entries and accompanying invoices have been redacted to omit work-product or other confidential information or to eliminate costs that occurred outside the date range described above.

     Pursuant to 28 U.S.C. § 1746, the undersigned states under penalty of perjury that the foregoing is true and correct to the best of the undersigned's knowledge and belief.

Dated:  October 2, 2020                  _____
                                                    Jessica Benson Cox