# EXHIBIT 1

| Date | Vendor | Cost |
|---|---|---:|
| 8/31/2019 | Marker Group | $125.62 |
| 9/30/2019 | Marker Group | $119.47 |
| 11/6/2019 | [REDACTED CONSULTING EXPERT NAME] Review | $4,233.33 |
| 12/31/2019 | Marker Group | $203.16 |
| | | **$4,681.58** |

Invoice # : **RFB9HP00001**

**THE MARKER GROUP, INC.**
13105 Northwest Freeway, Suite 300
Houston, TX 77040
713.460.9070 Main
713.460.6534 Fax



Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

Invoice # : **RFB9HP00001**
Invoice Date **08/31/2019**
**Burrage, Eddie Clark**
420003

| Case Number | Date | Code | Description | Units | Amount |
|---|---|---|---|---|---|



Invoice # : **RFB9HP00001**

| | | | | | |
|---|---|---|---|---|---|
| 420003 | 08/21/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - DCH Wound Care (Patient Accounts) | 8 | 0 80 |
| 420003 | 08/21/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Alabama Neurology and Sleep Medicine, P C | 8 | 0 80 |
| 420003 | 08/21/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Cahaba Medical Care (Medical Records Department) | 8 | 0 80 |
| 420003 | 08/21/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Tuscaloosa Surgical Center | 8 | 0 80 |
| 420003 | 08/21/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - West Alabama Urology Associates | 8 | 0 80 |
| 420003 | 08/21/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - DCH Wound Care (Medical Records Department) | 8 | 0 80 |
| 420003 | 08/21/2019 | E118 | Rush Collection: Eddie Clark Burrage - Alabama Medicaid Agency (Third Party Division) | 1 | 10 00 |
| 420003 | 08/21/2019 | E118 | Rush Collection: Eddie Clark Burrage - Omni Healthcare | 1 | 10 00 |
| 420003 | 08/22/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Alabama Heart Care | 6 | 0 60 |
| 420003 | 08/22/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Christensen, Edwin Dale, M D | 7 | 0 70 |
| 420003 | 08/22/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Alabama Medicaid Agency (Third Party Division) | 14 | 1 40 |
| 420003 | 08/22/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Omni Healthcare | 8 | 0 80 |
| 420003 | 08/23/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - DCH Wound Care (Patient Accounts) | 2 | 0 20 |
| 420003 | 08/26/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Alabama Neurology and Sleep Medicine, P C | 6 | 0 60 |
| 420003 | 08/26/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - West Alabama Urology Associates | 1 | 0 10 |
| 420003 | 08/27/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Cahaba Medical Care (Medical Records Department) | 15 | 1 50 |
| 420003 | 08/27/2019 | E118 | Custodian Fee: Eddie Clark Burrage - Social Security Administration (Retirement and Disability) | 1 | 69 00 |
| 420003 | 08/27/2019 | E118 | Custodian Fee: Eddie Clark Burrage - Alabama Neurology and Sleep Medicine, P C | 1 | 9 00 |
| 420003 | 08/30/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Omni Healthcare | 9 | 0 90 |
| 420003 | 08/31/2019 | E118 | Long Distance: Eddie Clark Burrage - | 1 | 13 17 |
| 420003 | 08/31/2019 | E118 | Postage: Eddie Clark Burrage - | 1 | 2 13 |
| 420003 | 08/31/2019 | E118 | Bulk Postage: Eddie Clark Burrage - | 7 | 0 72 |

Invoice Total

$125.62

Invoice # : **RFB9IP00001**

**THE MARKER GROUP, INC.**
13105 Northwest Freeway, Suite 300
Houston, TX 77040
713.460.9070 Main
713.460.6534 Fax



Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

Invoice # : **RFB9IP00001**
Invoice Date **09/30/2019**
**Burrage, Eddie Clark**
420003

| Case Number | Date | Code | Description | Units | Amount |
|---|---|---|---|---|---|
| 420003 | 09/03/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Simpson Newsom Cardiovascular | 21 | 2.10 |
| 420003 | 09/09/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Tuscaloosa Surgical Center | 35 | 3.50 |
| 420003 | 09/09/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Alabama Neurology and Sleep Medicine, P.C. | 4 | 0.40 |
| 420003 | 09/11/2019 | E118 | Custodian Fee: Eddie Clark Burrage - Tuscaloosa Surgical Center | 1 | 39.00 |
| 420003 | 09/16/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Cahaba Medical Care (Medical Records Department) | 1 | 0.10 |
| 420003 | 09/16/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Cahaba Medical Care (Medical Records Department) | 3 | 0.30 |
| 420003 | 09/20/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Tuscaloosa Surgical Center | 1 | 0.10 |
| 420003 | 09/24/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Centers for Medicare and Medicaid Services (Region 4) | 208 | 20.80 |
| 420003 | 09/24/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Omni Healthcare | 1 | 0.10 |
| 420003 | 09/27/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Social Security Administration (Retirement and Disability) | 444 | 44.40 |
| 420003 | 09/30/2019 | E118 | Bulk Postage: Eddie Clark Burrage - | 1 | 0.09 |
| 420003 | 09/30/2019 | E118 | Long Distance: Eddie Clark Burrage - | 1 | 8.08 |
| 420003 | 09/30/2019 | E118 | Postage: Eddie Clark Burrage - | 1 | 0.50 |

Invoice Total **119.47**



Bill to:
Faegre Baker Daniels LLP
300 North Meridian Street Suite 2700
Indianapolis, Indiana 46204-1750

*Invoice #:* 1
*Invoice Date:* 11/6/2019

**PROFESSIONAL SERVICE:**

| Date | Time IN | Time out | Tiime | Description | Project | CASE | PR# | Unit Price | Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/2019 | 15:30 | 18:40 | 3:10 | CASE REVIEW | CELECT FILTER | Burrage | Medical Records | $400 | $1,266.67 |
| 10/27/2019 | 8:30 | 9:00 | 0:30 | CASE REVIEW | CELECT FILTER | Burrage | Medical Records | $400 | $200.00 |
| 10/30/2019 | 8:40 | 10:55 | 2:15 | CASE REVIEW | CELECT FILTER | Burrage | Medical Records | $400 | $900.00 |
| 10/30/2019 | 11:55 | 13:05 | 1:10 | CASE REVIEW | CELECT FILTER | Burrage | Medical Records | $400 | $466.67 |
| 11/5/2019 | 9:35 | 13:05 | 3:30 | CASE REVIEW | CELECT FILTER | Burrage | Medical Records | $400 | $1,400.00 |
| | | Total Time: | 7:05:00 | | | | | | $4,233.33 |
| | | | | **GRAND TOTAL** | | | | | **$4,233.33** |

:

Invoice # : **RFB9LP00001**

**THE MARKER GROUP, INC.**
13105 Northwest Freeway, Suite 300
Houston, TX 77040
713.460.9070 Main
713.460.6534 Fax



Faegre Baker Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

Invoice # : **RFB9LP00001**
Invoice Date **12/31/2019**
**Burrage, Eddie Clark**
420003

| Case Number | Date | Code | Description | Units | Amount |
|---|---|---|---|---|---|
| 420003 | 12/18/2019 | E118 | Retrieval via Authorization: Eddie Clark Burrage - Hillegass, William B., M.D. | 1 | 35.00 |
| 420003 | 12/18/2019 | E118 | Retrieval via Authorization: Eddie Clark Burrage - UAB Hospital (Medical Records Department) | 1 | 35.00 |
| 420003 | 12/18/2019 | E118 | Retrieval via Authorization: Eddie Clark Burrage - Lacy, Lawrence Roger, M.D. (Medical Records Department) | 1 | 35.00 |
| 420003 | 12/18/2019 | E118 | Retrieval via Authorization: Eddie Clark Burrage - Vestavia Hills Internal Medicine | 1 | 35.00 |
| 420003 | 12/18/2019 | E118 | Retrieval via Authorization: Eddie Clark Burrage - Akhtar, Nadeem, M.D. | 1 | 35.00 |
| 420003 | 12/26/2019 | E118 | Rush Collection: Eddie Clark Burrage - UAB Hospital (Medical Records Department) | 1 | 10.00 |
| 420003 | 12/26/2019 | E118 | Rush Collection: Eddie Clark Burrage - Vestavia Hills Internal Medicine | 1 | 10.00 |
| 420003 | 12/27/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - UAB Hospital (Medical Records Department) | 8 | 0.80 |
| 420003 | 12/27/2019 | E118 | Digital Copy with OCR: Eddie Clark Burrage - Vestavia Hills Internal Medicine | 8 | 0.80 |
| 420003 | 12/31/2019 | E118 | Long Distance: Eddie Clark Burrage - | 1 | 6.40 |
| 420003 | 12/31/2019 | E118 | Postage: Eddie Clark Burrage - | 1 | 0.16 |

Invoice Total  **203.16**