## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

IN RE: COOK MEDICAL, INC., IVC FILTERS

MARKETING, SALES PRACTICES, AND               Case No.: 1:14-ml-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION        )        MDL NO. 2570

                                                )

                                                )        JUDGE RICHARD L. YOUNG

                                                )

                                                )

**This Document Relates to:**

*Plaintiff:  Georgia L. Washington*

*Case No.: 1:18-cv-03973-RLY-TAB*

## <u>NOTICE AND SUGGESTION OF DEATH</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

      Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Plaintiff, Georgia L. Washington.

Dated:  October 2, 2020

                               Respectfully Submitted,

                              */s/ Rosemarie Riddell Bogdan*
                              Rosemarie Riddell Bogdan
                              NDNY Bar Roll Number: 506409
                              NYS Bar Roll Number: 380552
                              MARTIN, HARDING & MAZZOTTI, LLP
                              Attorneys for Plaintiff
                              1222 Troy-Schenectady Road
                              P.O. Box 15141
                              Albany, New York 12212-5141
                              Telephone: (518) 862-1200
                              rrbivccook@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, I electronically filed the foregoing Notice and Suggestion of Death with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/Rosemarie Riddell Bogdan

Rosemarie Riddell Bogdan


`