UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB

## MOTION FOR EXTENSION OF TIME TO RESPOND

COMES NOW Plaintiff Merrilyn Johnson, by and through the undersigned counsel, and respectfully moves this Court for a 14-day extension of time to respond to Defendants' Motion for Summary Judgment. In support, Plaintiff states the following:

1. On September 2, 2020, counsel for Plaintiff moved to have attorney Carolyn J. Cuneo admitted *pro hac vice* for purposes of representing Plaintiffs in this and other ongoing MDL matters.

2. On September 9, 2020, Defendants filed their Motion for Summary Judgment and Memorandum in Support. *See* ECF Nos. 14242–14243.

3. On September 16, 2020, Plaintiff's counsel was informed that their motion for *pro hac vice* admission was unnecessary and withdrew the motion. On that same day, the undersigned submitted an ECF registration form and began receiving electronic notices of filing in this MDL from the Court's CM/ECF system.

4. This 14-day gap between application for admission and receipt of e-filing notices prevented the filing of a timely response to Defendants' Motion.

5. This extension is not sought for purposes of delay, and no party will be prejudiced by the granting of this Motion.

WHEREFORE Plaintiff respectfully requests entry of the attached Order granting a two-week extension, through and including October 14, 2020 to file a Response in Opposition to Defendants' Motion for Summary Judgment.

Dated: October 2, 2020                                       Respectfully submitted,

                                   By:      */s/ Carolyn J. Cuneo*
                                            John J. Driscoll
                                            Carolyn J. Cuneo
                                            THE DRISCOLL FIRM, P.C.
                                            211 N. Broadway, Suite 4050
                                            St. Louis, Missouri 63102
                                            Phone: (314) 932-3232
                                            Fax: (314) 932-3233
                                            john@thedriscollfirm.com
                                            cj@jjlegal.com


## CERTIFICATE OF SERVICE

The undersigned certifies that on October 2, 2020 a copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system upon all registered Parties.

                                            */s/ Carolyn J. Cuneo*