**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Clark, et al v. Cook Group, Inc., et al*
<u>1:17-cv-06069-RLY-TAB</u>

### **ORDER**

This matter comes before the Court on Plaintiff's Motion of Extension of Time to Respond. Being duly advised in the premises, the Court finds the Motion should be GRANTED.

**IT IS HEREBY ORDERED** that Plaintiff shall have an additional fourteen (14) days, through and including October 14, 2020, to file their response to Defendants' Motion for Summary Judgment.


Dated: October _____, 2020                              _____