UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | )<br>)<br>)<br>)<br>) |
| | ) 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATED TO ALL ACTIONS | )<br>)<br>)<br>)<br>) |

## ORDER VACATING HEARING

Upon agreement of the parties, the status hearing set for October 8, 2020 at 10:00 a.m. is VACATED.

**SO ORDERED** this 6th day of October 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record