## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570<br><br>JUDGE RICHARD L. YOUNG |

**This Document Relates to:**

*Plaintiff:  Georgia L. Washington*

*Case No.: 1:18-cv-03973-RLY-TAB*

### MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this court for an order substituting Ernestine Lynn Washington on behalf of her deceased mother, Georgia L. Washington, as the Plaintiff in this action.

1. Georgia L. Washington filed this products liability lawsuit against defendants on December 17, 2018.

2. Subsequently, plaintiff's counsel learned that Georgia L. Washington died.

3. Georgia L. Washington's products liability lawsuit against defendants survived her death and was not extinguished.

4. Plaintiff filed a suggestion of death on October 2, 2020, attached hereto.

5. Ernestine Lynn Washington, surviving daughter of Georgia L. Washington, is a proper party to substitute for plaintiff-decedent Georgia L. Washington and has proper capacity to proceed forward with the surviving products liability lawsuit

on her behalf pursuant to Federal Rule of Civil Procedure 25(a)(1) which states that:

"If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6.    Ernestine Lynn Washington, surviving daughter of Georgia L. Washington, was appointed Administrator of Georgia L. Washington's Estate by order of the Surrogate's Court of the State of New York, Nassau County on July 7, 2020. Attached hereto is a copy of the certificate of appointment of administrator issued by the Surrogate's Court.

Wherefore, counsel for Plaintiff requests that this court grant this motion for substitution as Plaintiff in this action.

Dated:  October 7, 2020

                                                Respectfully submitted,

                                                */s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbivccook@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan