# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS | | |
| MARKETING, SALES PRACTICES, AND | | Case No.: 1:14-ml-2570-RLY-TAB |
| PRODUCTS LIABILITY LITIGATION | ) | MDL NO. 2570 |
| | ) | |
| | ) | JUDGE RICHARD L. YOUNG |
| | ) | |
| | ) | |

**This Document Relates to:**

*Plaintiff:  Georgia L. Washington*

*Case No.: 1:18-cv-03973-RLY-TAB*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Plaintiff, Georgia L. Washington.

Dated:  October 2, 2020

Respectfully Submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbivccook@1800law1010.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on October 2, 2020, I electronically filed the foregoing Notice and Suggestion of Death with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/Rosemarie Riddell Bogdan*

Rosemarie Riddell Bogdan

`