FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

Certificate# 273145

# Surrogate's Court of the State of New York
# Nassau County

File#: 2020-1068

## Certificate of Appointment of Administrator

IT IS HEREBY CERTIFIED that Letters for the Estate of the Decedent named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

**Name of Decedent:** **Georgia Washington**
aka   Georgia L Washington

Date of Death: August 20, 2019

Domicile: Nassau County

**Fiduciary Appointed:** **Ernestine Lynn Washington**
13 Devon Road
Hempstead NY  11550

Letters Issued: LETTERS OF ADMINISTRATION

Letters Issued On: July 7, 2020

Bond dispensed with.

and such Letters are unrevoked and in full force as of this date.

Dated: August 31, 2020
Mineola, New York

IN TESTIMONY WHEREOF, the seal of the Nassau County Surrogate's Court has been affixed.

WITNESS, Honorable Margaret C. Reilly, Judge of the Nassau County Surrogate's Court.

*Debra Keller Leimbach*

**Debra Keller Leimbach, Chief Clerk**
**Nassau County Surrogate's Court**

*This Certificate is Not Valid Without the Raised Seal of the Nassau County Surrogate's Court and expires 6 months from the issue date of this certificate, unless otherwise stated above.*