**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570<br><br>JUDGE RICHARD L. YOUNG |

**This Document Relates to:**

*Plaintiff: Georgia L. Washington*

*Case No.: 1:18-cv-03973-RLY-TAB*

**ORDER**

The Court, after considering the plaintiff's motion for substitution of proper party as well as any responses thereto, finds the motion meritorious. It is therefore ordered that Plaintiff Ernestine Lynn Washington, As Administrator of the Estate of Georgia L. Washington, is substituted for plaintiff Georgia L. Washington, in the above-captioned case.

Dated:  _____  _____
Richard L. Young, Judge
United States District Court
Southern District of Indiana

1