**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to the following matter:
*Arthur Gage*, Case No. 1:14-cv-01875

_____

**ORDER GRANTING MOTION TO SEAL AND MAINTAIN UNDER SEAL**
**THE FIRST PAGE OF EXHIBIT W TO COOK'S MEMORANDUM IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT [DKT. NO. 5749]**

This matter has come before the Court on Cook's Motion to Seal and Maintain Under Seal

the First Page of Exhibit W to Cook's Memorandum in Support of Motion for Summary Judgment

[Dkt. No. 5749].  The Court, having reviewed Cook's Motion to Seal and Maintain Under Seal

and being otherwise duly advised, finds that good cause exists and that the relief sought by Cook

should be GRANTED.

IT IS THEREFORE ORDERED that **the first page of Exhibit W [Dkt. No. 5749-17]**

submitted with Cook's Memorandum in Support of Motion for Summary Judgment [Dkt. No.

5749] **is ordered to be *sealed and maintained under seal.***

SO ORDERED this _____ day of _____, 2020.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.