UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

*Trombetta, et al. v Cook Group, Inc., et al.*
1:16-cv-06040-RLY-TAB
*Bourgade v. Cook Inc., et al.*
1:17-cv-00895-RLY-TAB
*Barma v. Cook Inc., et al.*
1:17-cv-02207-RLY-TAB
*Bechtold v. Cook Inc., et al.*
1:17-cv-03002-RLY-TAB
*Iglewski v. Cook Inc., et al.*
1:17-cv-03003-RLY-TAB
*Herrera v. Cook Inc., et al.*
1:17-cv-03021-RLY-TAB
*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB
*Fernandez v. Cook Inc., et al*
1:18-cv-01200-RLY-TAB
*Hessler v. Cook Inc., et al.*
1:19-cv-01043-RLY-TAB
*Pittman v. Cook Inc., et al.*
1:19-cv-01070-RLY-TAB

## ENTRY OF APPEARANCE

COMES NOW Ethan D. Hatch of the law firm The Driscoll Firm, P.C., and hereby enters his appearance on behalf of Plaintiffs in the above-referenced matters..

Dated: October 7, 2020

                          Respectfully submitted,

By:    */s/ Ethan D. Hatch*
        John J. Driscoll
        Carolyn J. Cuneo
        Ethan D. Hatch
        THE DRISCOLL FIRM, P.C.
        211 N. Broadway, Suite 4050
        St. Louis, Missouri 63102
        Phone: (314) 932-3232
        Fax: (314) 932-3233
        john@thedriscollfirm.com
        cj@jjlegal.com
        ethan@jjlegal.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 7, 2020 a copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system upon all registered Parties.

                          */s/ Ethan D. Hatch*