IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
  Stephen Dupus, Individually, and as the Proposed
  Administrator of the Estate of Gynith Dupus
Civil Case # 1:18-cv-2405

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephen Dupus, Individually, and as the Proposed Administrator of the Estate of Gynith Dupus

Date: October 8, 2020          /s/ David L. Rosenband
                                                *Attorney's signature*

           David L. Rosenband (NY State Bar No. 3969680)
           *Printed name and bar number*

           700 Broadway, New York, NY 10003
           *Address*

           DRosenband@weitzlux.com
           *E-mail address*

           212-558-5915
           *Telephone number*

           646-293-7470
           *FAX number*