IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Dennis Platt

Civil Case # 1:17-cv-04620

## MOTION TO WITHDRAW FIRST MOTION TO SUBSTITUTE PARTY, MAINTAIN DOCUMENT UNDER SEAL , and as REDACTED

The undersigned counsel herby withdraws Plaintiff's First Unopposed Motion to Substitute Party **[dkt. 14395]**, Plaintiff's first Motion to Maintain Documents under seal **[dkt. 14396]**, and motion to keep redacted Exhibits B & C **[dkt. 14402]** all filed September 23, 2020. Plaintiff will refile a Second Unopposed Motion to Substitute party and properly file to Maintain Under Seal a properly redacted copy of the Plaintiff's estate documents and death certificate relating to Notice of Suggestion go Death **[dkt. 14348]**.

A proposed order is attached hereto.

Dated: October 8, 2020.

Respectfully submitted,

**Tautfest Bond, PLLC**

/s/ Jessica Glitz
Jessica Glitz TX No. 24076095
Monte Bond TX No. 02585625
/s/Jessica Glitz
Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000,
Dallas, TX 75254
Telephone: (214) 617-9998

1

Facsimile: (214) 853-4281
jglitz@tbtorts.com
mbond@tbtorts.com
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Jessica Glitz
Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000,
Dallas, TX 75254
Telephone: (214) 617-9998
Fax: (214) 853-4281
jglitz@tbtorts.com
mbond@tbtorts.com
**Counsel for Plaintiff**