IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Dennis Platt_____

Civil Case #1:17-cv-04620_____

**ORDER GRANTING MOTION TO WITHDRAW FIRST MOTION TO SUBSTITUTE PARTY, MAINTAIN DOCUMENT UNDER SEAL , and as REDACTED**

ON THIS DAY came for consideration Plaintiff's First Unopposed Motion to Substitute Party **[dkt. 14395],** Motion to Maintain Document Under Seal **[dkt. No. 14396],** and Plaintiff motion to keep Exhibits B and C to **[dkt 14395]** as redacted **[dkt. 14402].** Since all motions were filed as related to one motion, Plaintiff's First Unopposed Motion to Substitute Party **[dkt. 14395],** all documents will be withdrawn and Plaintiff will refile properly.

IT IS THEREFORE ORDERED that Plaintiff's First Unopposed Motion to Substitute Party, First Motion to Maintain Documents Under Seal, and First Motion to maintain as redacted Exhibits B & C  is withdrawn.

Dated this ___ of _____, 2020.


SO ORDERED: _____

1