IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
Gynith Dupus (Estate of)
Case No. 1:18-cv-02405

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own costs.

Dated: October 9, 2020

| | |
|---|---|
| /s/ David L. Rosenband | /s/ Jessica Benson Cox |
| David L. Rosenband, Esq. | Jessica Benson Cox, Esq. |
| Weitz & Luxenberg, P.C. | Faegre Drinker Biddle & Reath LLP |
| 700 Broadway | 300 North Meridian Street, Suite 2500 |
| New York, New York  10003 | Indianapolis, Indiana  46204 |
| Telephone:  (212) 558-5500 | Telephone:  (317) 237-0300 |
| Facsimile:  (646) 293-7470 | Facsimile:  (317) 237-1000 |
| Email:drosenband@weitzlux.com | Email: jessica.cox@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |

US.129663075.01

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            */s/ Jessica Benson Cox*
                                            Jessica Benson Cox

US.129663075.01