IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    Raymond Martinez
    1:20-cv-06240

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff Raymond Martinez

Dated: October 9, 2020

                                        */s/ William F. Blankenship III*
                                        William F. Blankenship III
                                        Texas Bar No. 90001483
                                        Blankenship Law Firm
                                        3500 Maple Avenue, Suite 1100
                                        Dallas, Texas 75219
                                        (214) 361-7500
                                        (214) 361-7505 (Fax)
                                        bill@blankenshiplaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically on October 9, 2020. Notice of the filing of this document will be sent to all parties who are CM/ECF participants registered to receive service in this matter by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 */s/ William F. Blankenship III*
                                                 William F. Blankenship III