**STATE OF UTAH**
**CERTIFICATION OF VITAL RECORD**

# CERTIFICATE OF DEATH

State File Number: 2019017185

## Dennis Roger Platt

### DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| Date of Death: | November 21, 2019 | Time of Death: | 09:25 |
| City of Death: | Sandy | County of Death: | Salt Lake |
| Age: | 76 | Date of Birth: | |
| Place of Birth: | Murray, Utah | Sex: | Male |
| Armed Services: | Yes | Marital Status: | Married |
| Spouse's Name: | Margo Johnson | Usual Occupation: | Highway Patrol Supervisor |
| Industry/Business: | Law Enforcement | Education: | Some College but No Degree |
| Residence: | Sandy, Utah | Parent or Father: | Cecil James Platt |
| Parent or Mother: | Alice Virginia Sheppard | Facility Type: | Home |
| Facility or Address: | | | |

### INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Margo Johnson Platt | Relationship: | Spouse |
| Mailing Address: | | | |

### DISPOSITION INFORMATION

| | |
|---|---|
| Method of Disposition: | Burial |
| Place of Disposition: | Elysian Burial Gardens, Salt Lake City, Utah |
| Date of Disposition: | November 26, 2019 |

### FUNERAL HOME INFORMATION

| | |
|---|---|
| Funeral Home: | Jenkins-Soffe Mortuary - Murray |
| Address: | 4760 South State Street, , Murray, Utah 84107 |
| Funeral Director: | Jordan R Hager FH Director |

### MEDICAL CERTIFICATION

Medical Professional: Stephen B Smith MD, Intermountain Hospice, 2250 South 1300 West, West Valley City, Utah 84119

### CAUSE OF DEATH

Date Registered: November 25, 2019
Date Issued: November 25, 2019

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics.
Security features of this official document include: High Resolution Border, V & R images in top cycloids, and microtext.
This document displays the date, seal, and signature of the Utah State Registrar of Vital Records and Statistics.

Linda S. Wininger LCSW
State Registrar
Rev. 4/19

066135538

Gary L. Edwards
Director/Health Officer
County/District Health
Department


SALT LAKE COUNTY HEALTH DEPARTMENT