# Last Will

and

# Testament

of

DENNIS R. PLATT

McRAE & DeLAND
ATTORNEYS AT LAW

# Last Will and Testament

OF

DENNIS R. PLATT

I, DENNIS R. PLATT, a resident of Salt Lake County, Utah, being of sound and disposing mind and not acting under duress, fraud or the undue influence of any person whomsoever, and being of the age of eighteen (18) years or older, do make, publish and declare this to be my LAST WILL AND TESTAMENT, and do hereby expressly revoke all former Wills and Testamentary dispositions heretofore made by me.

I.

FAMILY

I am single and have two children, Kevin Ronald Platt, age 8 and Kathryn Melinda Platt, age 4. All references in this Will to my children are intended to include children of mine born after the execution of this Will, and such after-born children shall have no rights in my estate except as granted in this Will.

II.

DEBTS AND FUNERAL EXPENSES

I direct that my debts and the expenses of my last illness, funeral, burial and administration of my estate, be paid as soon as practical after my death, and I hereby authorize my Personal Representative as hereinafter appointed, to settle and discharge any claims against my estate in her absolute discretion.

III.

SCOPE OF THIS WILL

It is my intention in this Will to devise, bequeath and

practical after my death, and I hereby authorize my Personal Representative as hereinafter appointed, to settle and discharge any claims against my estate in her absolute discretion.

III.

SCOPE OF THIS WILL

It is my intention in this Will to devise, bequeath and dispose of my entire estate consisting of all my real, personal and mixed properties of every kind and description, wheresoever the same may be situated.

Witnesses' initials

Dennis R. Platt



IV.

HOUSEHOLD FURNISHINGS

appli-

household items in

been

V.

DISPOSITION OF ESTATE

A. Tangible Personal Property.

by me

which

B. Rest and Residue.

if she

red

ement



VI.

ALTERNATIVE DISPOSITION OF ESTATE

Witnesses' initials

Dennis R. Platt



[redacted]al Representative, to DAVID E. [redacted] at the time of her death she was not married to me, [redacted] devise and bequeath my [redacted] property to the heirs [redacted]

B. [redacted]

VII.

[redacted] the [redacted] many [redacted] of mine then living and deceased [redacted] equal shares as [redacted] which [redacted] forthwith vest in and be distributed [redacted]

2) [redacted]



each [redacted]

[redacted] e in his

Witnesses' initials

Dennis R. Platt



for the child's

including college

principal of that

child if the

the

other resources

beneficiary

if living,

and to his

to which

added to

administered in



nd to get

other child

o which

led to

ered in

Witnesses' initials

Dennis R. Platt


ipate,
to the
investment



:retion of

y

Witnesses' initials

Dennis R. Platt



the property [redacted] to the person or persons then entitled to receive the income therefrom, insofar as specified in such trust, otherwise in equal shares.

VIII.

APPOINTMENT OF PERSONAL REPRESENTATIVE

I hereby nominate and appoint MARGO JOHNSON as my personal representative and executrix of this Will, without bond or other security being required of her. In the event that MARGO JOHNSON should decline or for any reason fail to serve as personal representative and executrix, I hereby nominate and appoint DAVID E. PLATT as my personal representative and executor, without bond or other security being required of him. I hereby authorize my executrix to sell, lease or encumber any portion of my estate without authority of any court and with or without notice. I further direct that my executrix may, in her discretion, continue to hold, manage and operate any business interests that I may own or hold at the time of my death, profits or losses, if any, thereof, to inure to and be chargeable to my estate as whole and not to my executrix. I further direct that under the terms of the Utah Uniform Probate Code, or any other similar provision, if it is necessary to probate my estate, any probate of my estate shall be done in an unsupervised and informal manner pursuant to the terms of the statutes of that jurisdiction where I am domiciled on the date of my death.

IX.

INTENTIONAL OMISSION OF HEIRS



n

IX.

INTENTIONAL OMISSION OF HEIRS

I

Witnesses' initials

Dennis R. Platt

[redacted]

IN WITNESS WHEREOF, I have hereunto set my hand this 26 day of March, 1982.

STATE OF UTAH )
) ss.
County of Salt Lake )

I, DENNIS R. PLATT, the testator, sign my name to this instrument which consists of eight (8) pages, this being the seventh (7th) page, this 26 day of March, 1982, and being first duly sworn, do hereby declare to the undersigned authority that I sign and execute this instrument as my Last Will and that I sign it willingly, that I execute it as my free and voluntary act for the purposes expressed in it, and that I am eighteen (18) years of age or older, of sound mind and under no constraint or undue influence.

Dennis R. Platt
Dennis R. Platt

We, David R. Blaisdell and Christine G. Foukas, the witnesses, sign our names to this instrument, consisting of eight (8) pages, this being the seventh (7th) page, being first duly sworn and do hereby declare to the undersigned authority that the testator signs and executes this instrument as his Last Will and that he signs it willingly and that each of us, in the presence and hearing of the testator and of each other, hereby signs this Will as witness to the testator's signing, and that to the best of our knowledge, the testator is eighteen (18) years of age or older, of sound mind and under no contraint or undue influence.

David R. Blaisdell

signs and executes this instrument as his Last Will and that he signs it willingly and that each of us, in the presence and hearing of the testator and of each other, hereby signs this Will as witness to the testator's signing, and that to the best of our knowledge, the testator is eighteen (18) years of age or older, of sound mind and under no contraint or undue influence.

David R. Blaisdell

Witness

Christine J. Jankas

Witness

SUBSCRIBED AND SWORN to and acknowledged before me by

DENNIS R. PLATT, the testator and subscribed and sworn to before me by David R. Blaisdell and Christine J. Faukas, witnesses, this 26 day of March, 1982.

Shelley J. Exeter
NOTARY PUBLIC, residing at
Salt Lake County, Utah.

Commission expires:

5-8-85