IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Dennis Platt_____

 Civil Case # 1:17-cv-04620_____

### ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

ON THIS DAY came for consideration Plaintiff's Motion to Maintain Document As Redacted **Exhibit B and Exhibit C [Dkt. No. 14521-1 and 14521-2]** to Plaintiff's Substitution of Party. Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that **Exhibit B and Exhibit C[Dkt. No. 14521-1 and 14521-2]** to the Substitution of Party is to be maintained as filed as redacted.

Dated this ___ of _____, 2020.

SO ORDERED: _____