UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) <br> ) 1:14-ml-02570-RLY-TAB <br> ) MDL No. 2570 <br> ) <br> ) |
| This Document Relates to: | ) |

1:19-cv-02773; 1:19-cv-04983; 1:19-cv-05015; 1:19-cv-05071; 1:20-cv-00005; 1:20-cv-00018; 1:20-cv-00031; 1:20-cv-00573; 1:20-cv-00725; 1:20-cv-01142; 1:20-cv-01655; 1:20-cv-01761; 1:20-cv-01795; 1:20-cv-01846; 1:20-cv-01886; 1:20-cv-06128; 1:20-cv-06130; 1:20-cv-06146; 1:20-cv-06155; 1:20-cv-06158; 1:20-cv-06170; 1:20-cv-06172; 1:20-cv-06175; 1:20-cv-06197.

**[PROPOSED] ORDER ON THE COOK DEFENDANTS' NOTICE OF NONCOMPLIANCE PURSUANT TO FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4: PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL (Dkt. 14422)**

Pursuant to Federal Rule of Civil Procedure 41(b), Federal Rule of Civil Procedure 37, and Fourth Amended Case Management Order No. 4, the following cases are **Dismissed** for lack of service of Case Categorization Form (CCF):

| Plaintiff | Cause Number |
|---|---|
| Songer, Shawn | 1:20-cv-01795 |
| Feagans, Angelica | 1:20-cv-06146 |
| Rocha, Ruben | 1:20-cv-06170 |
| Jones, Belinda H. | 1:20-cv-06172 |

To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, any above Plaintiff may refile his/her case in the Southern District of Indiana. If any above Plaintiff

1

refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.

The following cases are **Dismissed** for lack of service of Plaintiff Profile Sheet (PPS):

| Plaintiff | Cause Number |
|---|---|
| Long, Thomas Alvin | 1:19-cv-02773 |
| Letoile, Daniel and Patricia | 1:20-cv-00573 |
| Montgomery, Christopher | 1:20-cv-00725 |
| Jones, Marion | 1:20-cv-01142 |
| George, Ronald Eugene | 1:20-cv-01655 |
| Reyes, David | 1:20-cv-01761 |
| Songer, Shawn | 1:20-cv-01795 |
| Feagans, Angelica | 1:20-cv-06146 |
| King, Robert | 1:20-cv-06155 |
| Kincaid, Ollie | 1:20-cv-06158 |
| Jones, Belinda H. | 1:20-cv-06172 |

To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, any above Plaintiff may refile his/her case in the Southern District of Indiana. If any above Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.

Cook's Notice of Noncompliance is **MOOT** as to the following cases:

| Jackson, Rona | 1:19-cv-04983 |
|---|---|
| James, Paula Y. | 1:19-cv-05015 |
| Magnelli, Linda | 1:19-cv-05071 |

| | |
|---|---|
| Morales, Juan | 1:20-cv-00005 |
| Perrine, Cindie | 1:20-cv-00018 |
| Rathbun, Dan | 1:20-cv-00031 |
| Bryant, Michael | 1:20-cv-01846 |
| Bercier, Marlene | 1:20-cv-01886 |
| Stephenson, Thomas | 1:20-cv-06128 |
| Robbins, Joyce | 1:20-cv-06130 |
| Elliott, Robert | 1:20-cv-06175 |
| Hansen, Carl R. | 1:20-cv-06197 |

All parties shall bear their own fees and costs.

**SO ORDERED** this ____ day of October 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

US.129714411.01