IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to:

Danny Sheffield, as Personal Representative
of the Estate of Angela Sheffield, Deceased

 Civil Case # 1:18-cv-00182

_____

**UNOPPOSED MOTION FOR LEAVE TO**
**FILE FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW Plaintiff Danny Sheffield, as Personal Representative of the Estate of Angela Sheffield, Deceased, and seeks leave to file the attached First Amended Short Form Complaint.    In support of this motion, movant states the following:

1.      Plaintiff initially filed his Short Form Complaint for this action on January 22, 2018, which contained both Survival and Wrongful Death counts.

2.      Plaintiff seeks leave to amend at this time to remove the wrongful death count and allegations.

3.      The parties conferred on this issue prior to the filing of this Motion, and Defendants have no objection to Plaintiff's proposed amendment.

4.      Plaintiff's proposed First Amended Short Form Complaint is attached hereto as Exhibit 1.

WHEREFORE, Plaintiff prays for the following relief: (1) the Court grant leave to file the attached First Amended Short Form Complaint; and (2) the Court deem the attached First Amended Short Form Complaint filed instanter.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

/s/ Michael S. Kruse
Michael S. Kruse, #57818
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com
Attorneys for Plaintiffs

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 13th day of October, 2020, by way of the Court's CM/ECF filing system.

/s/ Michael S. Kruse

2