IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Danny Sheffield, as Personal Representative of the Estate of Angela Sheffield, Deceased</u>

Civil Case # 1:18-cv-00182

## **<u>ORDER</u>**

ON THIS DAY came for consideration Plaintiff Danny Sheffield, as Personal Representative of the Estate of Angela Sheffield, Deceased's Unopposed Motion for Leave to File First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore Plaintiff is hereby granted leave to file the First Amended Short Form Complaint attached as Exhibit 1 to the Motion at issue, and said First Amended Short Form Complaint is deemed filed instanter.

SO ORDERED: _____
                                                                    Date