IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

GEORGE SOUTHERN and EDITH SOUTHERN, Plaintiff

Civil Case# 1:19-cv-04437-RLY-TAB

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court has considered the Parties' Stipulation of Dismissal With Prejudice.  Doc._____.

**IT IS ORDERED** that the parties' Stipulation of Dismissal (Doc. _____) is **granted.**

This case, GEORGE SOUTHERN et al. v. Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS, No. 1:19-cv-04437-RLY-TAB, is hereby dismissed with prejudice, but without prejudice as to any claims GEORGE SOUTHERN may have against any and all Defendants in Cause no. 1:18-cv-03575, filed in this MDL.

Costs of Court shall be taxed against the party incurring same.

Dated this _____day of October, 2020.

_____

United States District Judge