IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

CARL DURHEIM, III and PAULINE DURHEIM, Plaintiffs

Civil Case# 1:19-cv-04408-RLY-TAB

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, CARL DURHEIM, III and PAULINE DURHEIM and DEFENDANTS, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS, file this Stipulation of Dismissal With Prejudice, because:

This action was filed on October 30, 2019.  Unbeknownst to Plaintiffs' counsel in this specific cause, CARL DURHEIM, III and PAULINE DURHEIM are represented by another law firm, O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, who filed another action in this MDL, Cause no. 1:17-cv-04719, filed on December 21, 2017, prior to this action being filed.

Accordingly, the parties agree to dismiss all of Plaintiffs, CARL DURHEIM, III and PAULINE DURHEIM's, claims, in this specific cause, No. 1:19-cv-04408-RLY-TAB, only, **with prejudice**, but **without prejudice** as to any claims CARL DURHEIM, III and PAULINE DURHEIM may have against any and all Defendants in Cause No. 1:17-cv-04719, filed in this MDL. Costs of Court shall be taxed against the party incurring same.

Date: October 13, 2020

Respectfully submitted,

/s/ John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412 - Phone
(214) 526-6026 Fax
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
*Attorney-in-charge for Plaintiff,*
*GEORGE SOUTHERN*

/s/ Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email:  Kip.McDonald@FaegreDrinker.com

*Counsel for Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS*