IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Dennis Platt

Civil Case #1:17-cv-04620

**ORDER GRANTING MOTION TO WITHDRAW FIRST MOTION TO SUBSTITUTE PARTY, MAINTAIN DOCUMENT UNDER SEAL , and as REDACTED**

ON THIS DAY came for consideration Plaintiff's First Unopposed Motion to Substitute Party [dkt. 14395], Motion to Maintain Document Under Seal [dkt. No. 14396], and Plaintiff motion to keep Exhibits B and C to [dkt 14395] as redacted [dkt. 14402]. Since all motions were filed as related to one motion, Plaintiff's First Unopposed Motion to Substitute Party [dkt. 14395], all documents will be withdrawn and Plaintiff will refile properly.

IT IS THEREFORE ORDERED that Plaintiff's First Unopposed Motion to Substitute Party [dkt. 14395], First Motion to Maintain Documents Under Seal [dkt. No. 14396] and and Plaintiff's motion to keep Exhibits B and C to [dkt 14395] as redacted [dkt. 14402] are hereby withdrawn.

SO ORDERED.

Date: 10/19/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.