# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **IN RE: COOK IVC FILTER** | ) | **MDL NO. 2570** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **JUDGE TIM A. BAKER** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*PLATT v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:17-cv-04620*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party [Dkt. 14521] as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Margo Johnson Platt, on behalf of the Estate of Dennis Platt., is substituted for Plaintiff Dennis Platt, in the above captioned cause.  The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system.

Date: 10/19/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.