IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Dennis Platt

Civil Case # 1:17-cv-04620

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

ON THIS DAY came for consideration Plaintiff's Motion to Maintain Documents Under Seal (Dkt. 14522 and 14522-1). Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that sealed documents (Dkt. 14522 and 14522-1) are to be maintained under seal. The redacted versions of these documents for public viewing are located at Dkt. 14521-1 and 14521-2.

SO ORDERED.

Date: 10/19/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.