UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570<br><br>JUDGE RICHARD L. YOUNG |

**This Document Relates to:**

*Plaintiff: Georgia L. Washington*

*Case No.: 1:18-cv-03973-RLY-TAB*

## ORDER

The Court, after considering the plaintiff's motion for substitution of proper party (Dkt. 14498) as well as any responses thereto, finds the motion meritorious. It is therefore ordered that Plaintiff Ernestine Lynn Washington, As Administrator of the Estate of Georgia L. Washington, is substituted for plaintiff Georgia L. Washington, in the above-captioned case. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system.

Date: 10/19/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.