# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB

## ORDER

This matter comes before the Court on Plaintiff's Motion of Extension of Time to Respond (Dkt. 14474). Being duly advised in the premises, the Court finds the Motion should be GRANTED.

**IT IS HEREBY ORDERED** that Plaintiff shall have an additional fourteen (14) days, through and including October 23, 2020, to file their response to Defendants' Motion for Summary Judgment.

Date: 10/19/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.