UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Kristin L. Stephens, 1:19-cv-00510 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON PLAINTIFF'S MOTION TO SET ASIDE ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 60(b)(1), Plaintiff moves to set aside the court's July 23, 2019 Order dismissing her case for failure to provide a Case Categorization Form. The court, having considered Plaintiff's motion and the Defendants' response, now finds Plaintiff has failed to show excusable neglect. Plaintiff's motion (Filing No. 12683) is therefore **DENIED**.

**SO ORDERED** this 21st day of October 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.