October 12, 2020

In re case # 1:20-CV-00852-RLY-TAB

FILED
10/16/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Dear Clerk,

I have no counsel on the above cause no. I file my suit with the help of Liaison Atty. Riley, Williams & Piatt.

I am returning the Forms, however, signed and dated pro-se

Please keep note that all mail forward to me only need to have my TDCJ # without addressing Texas Dep. of Criminal Justices.

I thank you for all the help sincerely,

Eric F. Santiago aka
Juan F Turcios #179009

Juan Francisco Turcios #1790019
aka Eric Franklin Santiago
3 Jester Road
Richmond, Tx 77406-8544