# JOINT PROSECUTION AND CONFIDENTIALITY AGREEMENT

## In re Cook IVC Filters Litigation

This Joint Prosecution Agreement ("Agreement") is made and entered into by and between (1) The Plaintiffs' Leadership Counsel (consisting of Plaintiffs' Co-Lead Counsel, The Plaintiffs' Executive Committee, and the Plaintiffs' Steering Committee and Plaintiff's Liaison Counsel) as appointed by the Court in The United States District Court for the Southern District of Indiana, Indianapolis Division in MDL 2570 and (2) **Turcios & Santiago** ("the Plaintiffs' Attorney/Firm").

Juan Francisco Turcios aka Eric Franklin Santiago Pro-se # 1:20-cv-00852

**WHEREAS,** all federal actions relating to Cook manufactured inferior vena cava filters have been consolidated before and transferred to Judge Young in MDL No. 2570,

**WHEREAS,** Judge Young has ordered that Plaintiffs establish their leadership structure to facilitate the conduct of pretrial proceedings in MDL No. 2570,

**WHEREAS,** the Court has appointed Leadership Counsel for MDL No. 2570, consisting of Lead Co-Counsel, and a Plaintiff Steering Committee, and a Plaintiffs' Executive Committee, and Plaintiff's Liaison Counsel,

**WHEREAS,** the Plaintiffs' Leadership Counsel have completed a significant amount of discovery and litigation preparation work product that will be beneficial to the litigation of state and federal court proceedings involving Cook IVC Filters including:

    1.    Taking corporate depositions,

    2.    Creating and maintaining a document depository,

    3.    Reviewing multiple document productions,

entered in MDL 2570 in The United States District Court for the Southern District of Indiana, Indianapolis Division.

BY: October 2, 2020
Date: Oct. 2, 2020
~~October 2, 2020~~

Date: _____

Plaintiff's Attorney/Firm

*Juan F. Turcios aka Eric F. Santiago*

Juan Francisco Turcios aka Eric Franklin Santiago
Pro-se CASE 1:20-cv-00852
Plaintiffs' Leadership Counsel

_____

# COOK IVC FILTER LITIGATION COMMON BENEFIT PARTICIPATION AGREEMENT

THIS AGREEMENT is made by and between Plaintiffs' Leadership Counsel appointed by the United States District Court for the Southern District of Indiana (Indianapolis Division) in MDL 2570 and Juan F Turcios aka Eric F. Santiago (the "Participating Counsel"). — Pro-se — Pro-se case 1:20-CV-00852

WHEREAS, the United States District Court for the Southern District of Indiana has appointed Plaintiffs' Leadership Counsel (Consisting of Co-Lead Counsel, the Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee and Liaison Counsel), to facilitate and conduct pretrial proceedings in the federal actions relating to the use, marketing, and sales of Cook IVC Filters; and

WHEREAS, The Plaintiffs' Leadership Counsel, in association with other attorneys working for the common benefit of plaintiffs have developed or are in the process of developing work product that will be valuable in all Cook IVC Filter cases and benefit all plaintiffs alleging injury caused by the use of Cook IVC Filters ("Common Benefit Work Product"); and,

WHEREAS, the Participating Counsel are desirous of acquiring the Common Benefit Work Product and establishing an amicable, working relationship with the Plaintiffs' Leadership Counsel for the mutual benefit of their clients;

NOW THEREFORE, in consideration of the covenants and promises contained herein, and intending to be legally bound hereby, the parties agree as follows:

performed professional services or incurred expenses for the common benefit. The MDL Court retains jurisdiction over any common benefit award. Each Participating Counsel who does common benefit work has the right to present their claim(s) for compensation and reimbursement prior to any recommendation to the Court. It is expected that due consideration of payment of common benefit fees and expenses will be given to the recommendation of Plaintiffs' Co-Lead Counsel, after consultation and recommendations of court- approved third-party special master, by the MDL court.

Juan Francisco Turcios aka Eric Franklin Santiago

Date: October 2, 2020

*October 2, 2020*

Juan F Turcios aka Eric F. Santiago Pro se

Firm Name: Attorney's Name: Acting pro- se

1:20-CV-00852

PLAINTIFFS' LEADERSHIP COUNSEL

Date: _____

Michael W. Heaviside
Plaintiffs' Co-Lead Counsel

Date: _____

Ben Martin
Plaintiffs' Co-Lead Counsel

Date: _____

Date: _____

David P. Matthews
Plaintiffs' Co-Lead Counsel