Juan Francisco Turcios #1790019
3 Jester Road
Richmond Tx 77406-8544

NORTH HOUSTON TX 773
13 OCT 2020 PM 3 L



FOREVER / USA

FILED
OCT 16 2020
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

The Office of the Clerk
United States District Court
121 West Spring St. Room 210
New Albany, IN. 47150