# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>Stacey A. Lewis, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>Cook Incorporated, et al.,<br><br>        Defendants. | Civil No. 1:20-cv-00532-RLY-TAB |

## **WITHDRAWL OF APPEARANCE**

To:    The Clerk of The Court
        U.S. District Court of Southern Indiana
        Indianapolis, Indiana

       Kindly withdraw the appearances of Joe A. Vazquez, Esq. and Brett Lawrence Manske, Esq. as attorney of record for Plaintiff, in the above-captioned matter.

                      Respectfully submitted,

                By:  */s/ Joe A. Vazquez*
                      Joe A. Vazques, Esq.
                      Cellino & Barnes, P.C.
                      420 Lexington Avenue
                      Suite 2140
                      New York, NY  10170
                      Telephone Number (212) 804-7400
                      Fax Number (877) 227-8020
                      Joe.vazquez@cellinoandbarnes.com
                      Attorney for Plaintiff

By: */s/ Brett Lawrence Manske*
    Brett Lawrence Manske, Esq.
    Cellino & Barnes, P.C.
    16 West Main Street
    Rochester, NY 14614
    Telephone Number (585) 295-7319
    Fax Number (585) 454-3279
    Brett.manske@cellinoandbarnes.com
    Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>Stacey A. Lewis, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>Cook Incorporated, et al.,<br><br>        Defendants. | Civil No. 1:20-cv-00532-RLY-TAB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

                                                              /s/ Brian A. Goldstein