IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:
        1:17-cv-06069-RLY-TAB      Johnson

_____

## ORDER

This matter is before the Court on the Cook Defendants' motion [Filing No. 14271] to

maintain under seal Exhibit A [Filing No. 14244] and Exhibit B [Filing No. 14244-1] to

Defendants' Memorandum in Support of Motion for Summary Judgment [Filing No. 14243].  In

the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Defendants' basis for moving to seal these

documents is to protect the medical privacy of the above-named Plaintiff and her deceased

husband.  Defendants set forth in their motion good cause for maintaining the requested filings

under seal, at least until consent is obtained to release the private health information contained in

the documents.  [Filing No. 14271, at ECF p. 2-3.]  Therefore, Defendants' motion [Filing No.

14271] is granted.

        Date: 10/22/2020          _____

                                 Tim A. Baker
                                 United States Magistrate Judge
                                 Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.