IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

This Document Relates to:
    1:14-cv-00273-RLY-TAB    Burrage

## ORDER

This matter is before the Court on Plaintiff's motion [Filing No. 13829] to maintain under seal Exhibit A to Plaintiff's Reply to Cook's Opposition to Plaintiff's Motion to Dismiss [Filing No. 13828]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A)(ii), Plaintiff's basis for moving to seal this document is that it was designated "confidential" by Defendants. Local Rule 5-11 further requires the designating party to file, within 14 days of service of the motion to seal, either a statement authorizing the unsealing of the filings or a brief in support of maintaining the filings under seal. To date, Defendants have made no such filing in response to Plaintiff's motion. Therefore, Plaintiff's motion to seal is denied and the Clerk is directed to unseal Filing No. 13828 and all attachments after 21 days, absent any motion to reconsider, appeal, or further court order.

Date: 10/22/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.