IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

This Document Relates to:
    1:19-cv-03850-RLY-TAB    Caylor
    1:20-cv-00130-RLY-TAB    Saldana
    1:18-cv-00947-RLY-TAB    Acree
    1:19-cv-00569-RLY-TAB    Haughton
    1:19-cv-00156-RLY-TAB    Sadler
    1:19-cv-02392-RLY-TAB    Osment
    1:19-cv-02890-RLY-TAB    McNeil
    1:19-cv-04703-RLY-TAB    Garrett
    1:20-cv-00330-RLY-TAB    Burks-Henry

## **ORDER**

This matter is before the Court on Plaintiffs' motion [Filing No. 13821] to maintain under seal Plaintiffs' Memorandum in Support of the Response in Opposition to Defendants' Omnibus Motion for Judgment on the Pleadings [Filing No. 13820] and Exhibit 4 [Filing No. 13820-4] to that document.  In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A)(ii), Plaintiffs' basis for moving to seal these documents is that they were designated "confidential" by the Cook Defendants.

Local Rule 5-11 further requires the designating party to file, within 14 days of service of the motion to seal, either a statement authorizing the unsealing of the filings or a brief in support of maintaining the filings under seal.  To date, Defendants have made no such filing in response to Plaintiffs' motion.  Therefore, Plaintiffs' motion to seal is denied and the Clerk is directed to

unseal Filing No. 13820 and all attachments after 21 days, absent any motion to reconsider, appeal, or further court order.

    Date: 10/22/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution to all registered counsel of record via the Court's ECF system.