IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

---

This Document Relates to:

| | |
|---|---|
| 1:16-cv-01140-RLY-TAB | Denton |
| 1:16-cv-02822-RLY-TAB | Doukas |
| 1:16-cv-00996-RLY-TAB | Giddens |
| 1:19-cv-02561-RLY-TAB | Lambert |
| 1:16-cv-03510-RLY-TAB | Looper |
| 1:16-cv-00474-RLY-TAB | Rosenbluth |
| 1:16-cv-02122-RLY-TAB | Sowards |

---

## **ORDER**

This matter is before the Court on the Cook Defendants' motion [Filing No. 14221] to maintain under seal Exhibits B through H [Filing Nos. 14210-2 to 14210-8] of Defendants' Supplemental Memorandum Providing Medical Records Pursuant to Court Order and Responding to Plaintiffs Giddens's and Denton's Oral Request for Additional Discovery [Filing No. 14209].  In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Defendants' basis for moving to seal these documents is to protect the above-named Plaintiffs' respective interests in their medical privacy.

Defendants set forth in their motion good cause for maintaining the requested filings under seal on behalf of Plaintiffs, at least until consent is obtained to release their private health information contained in the documents.  [Filing No. 14221.]  Therefore, Defendants' motion to maintain Exhibit B [Filing No. 14210-2], Exhibit C [Filing No. 14210-3], Exhibit D [Filing No.

14210-4], Exhibit E [Filing No. 14210-5], Exhibit F [Filing No. 14210-6], Exhibit G [Filing No.

14210-7], and Exhibit H [Filing No. 14210-8] under seal is granted.

Date: 10/22/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.