IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Arthur Gage, Case No. 1-14-cv-01875

### ORDER

This matter is before the Court on Defendants motion to file under seal and maintain under seal the first page of Exhibit W [Dkt. No. 5749-17] to Cook's Memorandum in Support of Motion for Summary Judgment [Dkt. No. 5749]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiff's basis for moving to seal these documents is to protect Plaintiff's medical privacy under HIPPA laws. The Plaintiff did not file a response to Defendants' motion to seal.

Defendants set forth good cause for requesting the page of the document to be sealed and maintaining the requested page under seal. However, the Clerk cannot seal one page of a document. The document in its entirety must be sealed and therefore, maintained under seal.

Subject to the same analysis and caveats set forth in the Court's earlier order of October 10, 2017 [Dkt. No. 6762], Defendants motion [Dkt. No. 14501] is granted. The Clerk is directed to seal in its entirety Dkt. No. 5749-17.

IT IS FURTHER ORDERED that Defendants shall file a correctly redacted version of Dkt. No. 5749-17 for public viewing through the court's ECF system.

Date: 10/22/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.