IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:19-cv-04599-RLY-TAB    McCoy
    1:19-cv-06101-RLY-TAB    McCoy

## **ORDER**

This matter is before the Court on Plaintiff's second motion [Filing No. 14062] to maintain under seal Exhibits A and B [Filing No. 14055] to Plaintiff's Response to Cook Defendant's Motion to Dismiss Duplicative Filings [Filing No. 14054]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiff's basis for moving to seal these documents is to protect Plaintiff's medical privacy under HIPPA laws. The Cook Defendants did not file a response to Plaintiff's motion to seal. Plaintiff sets forth good cause for maintaining the requested filings under seal, subject to the same analysis and caveats set forth in the Court's earlier order of October 10, 2017 [Filing No. 6762]. Therefore, Plaintiff's motion [Filing No. 14062] is granted.

Date: 10/22/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.