**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF INDIANA**

---

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

---

This document relates to:

Lynn M. Berg, et al.,

                    Plaintiffs,

          v.

Cook Incorporated, et al.,

                    Defendants.

Civil No. 1:18-cv-03138-RLY-TAB

---

## <u>WITHDRAWL OF APPEARANCE</u>

To:     The Clerk of The Court
        U.S. District Court of Southern Indiana
        Indianapolis, Indiana


        Kindly withdraw the appearances of Brian A. Goldstein, Esq. as attorney of record for

Plaintiff(s), in the above-captioned matter.

                              Respectfully submitted,

                    By:  */s/ Brian A. Goldstein*
                         Brian A. Goldstein, Esq.
                         Cellino & Barnes, P.C.
                         350 Main Street
                         2500 Main Place Tower
                         Buffalo, New York  14202
                         Telephone Number (716) 888-8888
                         Fax Number (716) 854-6291
                         Brian.goldstein@cellinoandbarnes.com
                         Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF INDIANA**

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETINGS, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB

MDL No. 2570

This document relates to:

Lynn M. Berg, et al.,

               Plaintiffs,

        v.

Cook Incorporated, et al.,

               Defendants.

Civil No. 1:18-cv-03138-RLY-TAB

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein