UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB <br><br> MDL No. 2570 |
| This document relates to: <br><br> William Agnew, et al. | Civil No. 1:17-cv-00567-RLY-TAB |
| Plaintiff(s), <br><br> v. <br><br> Cook Incorporated, et al., <br><br> Defendants. | |

## WITHDRAWL OF APPEARANCE

To: The Clerk of The Court
U.S. District Court of Southern Indiana
Indianapolis, Indiana

Kindly withdraw the appearances of Brian A. Goldstein, Esq. as attorney of record for

Plaintiff(s), in the above-captioned matter.

                                                   Respectfully submitted,

                                   By: */s/ Brian A. Goldstein*
                                             Brian A. Goldstein, Esq.
                                             Cellino & Barnes, P.C.
                                             350 Main Street
                                             2500 Main Place Tower
                                             Buffalo, New York  14202
                                             Telephone Number (716) 888-8888
                                             Fax Number (716) 854-6291
                                             Brian.goldstein@cellinoandbarnes.com
                                             Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>William Agnew, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>Cook Incorporated, et al.,<br><br>        Defendants. | Civil No. 1:17-cv-00567-RLY-TAB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

                                                                /s/ Brian A. Goldstein