## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>Carol Hughes,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Cook Incorporated, et al.,<br><br>        Defendants. | Civil No. 1:18-cv-02555-RLY-TAB |

## **WITHDRAWL OF APPEARANCE**

To:    The Clerk of The Court
        U.S. District Court of Southern Indiana
        Indianapolis, Indiana

    Kindly withdraw the appearances of Brian A. Goldstein, Esq. as attorney of record for Plaintiff(s), in the above-captioned matter.

                Respectfully submitted,

        By:  */s/ Brian A. Goldstein*
              Brian A. Goldstein, Esq.
              Cellino & Barnes, P.C.
              350 Main Street
              2500 Main Place Tower
              Buffalo, New York  14202
              Telephone Number (716) 888-8888
              Fax Number (716) 854-6291
              Brian.goldstein@cellinoandbarnes.com
              Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>Carol Hughes,<br><br>        Plaintiffs,<br><br>    v.<br><br>Cook Incorporated, et al.,<br><br>        Defendants. | Civil No. 1:19-cv-02555-RLY-TAB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

                                              /s/ Brian A. Goldstein