## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>Adam Mair,<br><br>        Plaintiff(s),<br><br>    v.<br><br>Cook Incorporated, et al.,<br><br>        Defendants. | Civil No. 1:17-cv-04611-RLY-TAB |

## **WITHDRAWL OF APPEARANCE**

To:    The Clerk of The Court
         U.S. District Court of Southern Indiana
         Indianapolis, Indiana

      Kindly withdraw the appearances of Brian A. Goldstein, Esq. as attorney of record for

Plaintiff(s), in the above-captioned matter.

                                        Respectfully submitted,

                             By:  */s/ Brian A. Goldstein*
                                    Brian A. Goldstein, Esq.
                                    Cellino & Barnes, P.C.
                                    350 Main Street
                                    2500 Main Place Tower
                                    Buffalo, New York 14202
                                    Telephone Number (716) 888-8888
                                    Fax Number (716) 854-6291
                                    Brian.goldstein@cellinoandbarnes.com
                                    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>Adam Mair,<br><br>          Plaintiffs,<br><br>          v.<br><br>Cook Incorporated, et al.,<br><br>          Defendants. | Civil No. 1:17-cv-04611-RLY-TAB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein