## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETINGS, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-2570-RLY-TAB

MDL No. 2570

This document relates to:

Marie McFarland, et al.,

        Plaintiff(s),

      v.

Cook Incorporated, et al.,

        Defendants.

Civil No. 1:17-cv-04141-RLY-TAB

## <u>WITHDRAWL OF APPEARANCE</u>

To:    The Clerk of The Court
      U.S. District Court of Southern Indiana
      Indianapolis, Indiana

      Kindly withdraw the appearances of Brian A. Goldstein, Esq. as attorney of record for

Plaintiff(s), in the above-captioned matter.

                          Respectfully submitted,

                      By:  */s/ Brian A. Goldstein*
                          Brian A. Goldstein, Esq.
                          Cellino & Barnes, P.C.
                          350 Main Street
                          2500 Main Place Tower
                          Buffalo, New York  14202
                          Telephone Number (716) 888-8888
                          Fax Number (716) 854-6291
                          Brian.goldstein@cellinoandbarnes.com
                          Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETINGS, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>Marie McFarland, et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>Cook Incorporated, et al.,<br><br>                Defendants. | Civil No. 1:17-cv-04141-RLY-TAB |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein