IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br>Megan Rogers, Personal Representative of the Estate of Marilyn Major<br>Case No. 1:16-cv-02383 | |

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.


Dated:  October 23, 2020


 /s/ Matthew Lee White                          
Matthew Lee White, Esq.
Gray & White
713 East Market Street, 2nd Floor
Louisville, Kentucky  40202
Telephone:  (502) 805-1800
Facsimile:   (502) 618-4059
Email: mwhite@grayandwhitelaw.com

***Attorney for Plaintiff***

/s/ Jessica Benson Cox                          
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email: jessica.cox@faegredrinker.com

***Attorney for Defendants***

US.129851571.01

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jessica Benson Cox*
Jessica Benson Cox
