IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>Cynthia Johnson as Independent Executor of the Estate of Darrell Johnson,<br><br>Plaintiff,<br><br>vs.<br><br>Cook Incorporated; Cook Medical Incorporated; Cook Group Incorporated; Cook Medical, LLC,<br><br>Defendants. | This Document Relates to Case:<br>1:18-cv-00960-SEB-MPB |

**UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Cynthia Johnson as Independent Executor of the Estate of Darrell Johnson, by and through her attorneys, Meyers & Flowers, LLC, respectfully moves this Court for an order to amend and for leave to file her First Amended Short Form Complaint, and states as follows:

1. Plaintiff filed a Complaint on March 26, 2018 alleging a wrongful death claim.

2. On October 13, 2020, Plaintiff received and reviewed medical records which did not assert Plaintiff's death was caused by Defendants' negligent act, and therefore, a wrongful death claim does not apply.

3. Plaintiff seeks leave to amend her complaint removing the wrongful death claim. Plaintiffs' First Amended Short Form complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Leave to Amend Complaint, direct the Clerk of the Court to file Plaintiff's First Amended short

Form Complaint into the record in this matter, and for such other appropriate relief. Plaintiff's Proposed Order is attached hereto as Exhibit B.

Dated: October 26, 2020                               Respectfully submitted,

**MEYERS & FLOWRS, LLC**

*/s/ Craig D. Brown*
Craig D. Brown *(IL #6210554)*
3 N. Second Street, Suite 300
St. Charles, IL 60174
Telephone: 630-232-6333
Facsimile: 630-845-8982
E-mail: cdb@meyers-flowers.com

***Attorney for Plaintiff***