# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Cynthia Johnson as Independent Executor of the Estate of Darrell Johnson,<br><br>      Plaintiff,<br><br>  vs.<br><br>Cook Incorporated; Cook Medical Incorporated; Cook Group Incorporated; Cook Medical, LLC,<br><br>      Defendants. | This Document Relates to Case:<br>1:18-cv-00960-SEB-MPB |

## [PROPOSED] ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT

  Considering the parties Motion for Leave to Amend Complaint for Cynthia Johnson as Independent Executor of the Estate of Darrell Johnson.

  **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARD** that the Motion for Leave to Amend Complaint filed by Plaintiff, Cynthia Johnson as Independent Executor of the Estate of Darrell Johnson is hereby GRANTED.  Clerk of the Court is directed to file the Amended Short Form Complaint into the record of this matter.

  Date: October 26, 2020

                    _____
                    Tim A. Baker
                    United States Magistrate Judge
                    Southern District of Indiana

Distribution to all registered counsel of record via ECF.