IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570
_____

This Document Relates to:
    1:17-cv-0567-RLY-TAB    Agnew
    1:17-cv-4033-RLY-TAB    Nichols
    1:17-cv-4141-RLY-TAB    McFarland
    1:17-cv-4611-RLY-TAB    Mair
    1:18-cv-2555-RLY-TAB    Hughes
    1:18-cv-3138-RLY-TAB    Berg
    1:19-cv-0055-RLY-TAB    DeJesus
    1:19-cv-3017-RLY-TAB    Noghreyan
    1:20-cv-6116-RLY-TAB    Uhila
_____

## ORDER WITHDRAWING APPEARANCE

This matter is before the Court on Plaintiffs' notice to withdraw the appearance of attorney Brian A. Goldstein. [1:14-ml-2570-RLY-TAB; Filing Nos. 14581 through 14589.] And the Court, being duly advised, now grants said motion and the appearance of Brian A. Goldstein is hereby withdrawn in each of the above cases.

Date: 10/27/2020

                                               _____
                                               Tim A. Baker
                                               United States Magistrate Judge
                                               Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.