IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

    1:20-cv-00532-RLY-TAB    Lewis

## ORDER WITHDRAWING APPEARANCE

This matter is before the Court on Plaintiffs' notice to withdraw the appearances of Joe A. Vazquez and Brett Lawrence Manske as counsel for Plaintiff in this matter [Filing No. 14572.] And the Court, being duly advised, now grants said motion and the appearances of Joe A. Vazquez and Brett Lawrence Manske are hereby withdrawn in this case.

Date: 10/27/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.