UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br>_____ <br><br> THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) )    1:14-ml-02570-RLY-TAB |

**ORDER VACATING HEARING**

Upon agreement of the parties, the motion hearing set for October 28, 2020 at 1:00 p.m. is VACATED.

**SO ORDERED** this 27th day of October 2020.

_____<br>
RICHARD L. YOUNG, JUDGE<br>
United States District Court<br>
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record