IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to the following action:<br><br>SAMMIE LAMBERT,<br>    Plaintiff,<br><br>vs.<br><br>COOK INCORPORATED; COOK MEDICAL LLC; and WILLIAM COOK EUROPE APS,<br>    Defendant.<br><br>Case No. 1:19-cv-02561-RLY-TAB | |

## NOTICE OF APPEAL

Notice is hereby given that Sammie Lambert, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from the orders granting summary judgment and final judgment entered in this action on September 28, 2020, Docs. ID 14428 and 14429, and all previous orders subsumed within the final judgment.

                                                    Respectfully submitted,

                                                    */s/ Basil E. Adham*
                                                    Basil E. Adham

Texas Bar No. 24081742
Johnson Law Group
2925 Richmond Ave., Suite 1700
Houston, Texas 77098
Tel: (713) 626-9336
Fax: (713) 626-3394
Email: ivc@johnsonlawgroup.com

Charles S. Siegel
Texas State Bar No. 18341875
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel: 214-357-6244
Fax: 214-357-7252
Email: siegel@waterskraus.com

Ben C. Martin
Texas State Bar No. 13052400
Martin Baughman
3141 Hood Street
6th Floor
Dallas, Texas 75219
Tel: (214) 761-6614
Email: bmartin@martinbaughman.com

Joseph N. Williams
State Bar No. 25874-49
Williams & Piatt, LLC
301 Massachusetts Ave.
Indianapolis, Indiana 46204
Tel: 317-633-5270
Email:  joe@williamspiatt.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Andrea R. Pierson
Andrea.pierson@faegredrinker.com
Deborah Miller
Deborah.miller@faegredrinker.com
Victoria Yoke
Victoria.yoke@faegredrinker.com

                                                  */s/ Basil E. Adham*
                                                  Basil E. Adham