IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| JACQUELINE GERTRUDE STEVENS GARY STEVENS | ) ) ) ) ) ) ) ) ) ) | MDL No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| v. |  |  |
| COOK INCORPORATED; COOK MEDICAL LLC; WILLIAM COOK EUROPE APS |  | Civil Case No. 1:20-cv-02531-RLY-TAB |

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: October 27, 2020

Respectfully submitted,

<u>/s/ Michael T. Gallagher</u>
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher