**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-02509 | 1:20-cv-02518 |
| 1:20-cv-02511 | 1:20-cv-02526 |
| 1:20-cv-02515 | 1:20-cv-02532 |
| 1:20-cv-02516 | 1:20-cv-02542 |
| 1:20-cv-02517 | 1:20-cv-06231 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:     October 28, 2020         /s/ Andrea Roberts Pierson
                                                     Andrea Roberts Pierson (# 18435-49)
                                                     Kip S. M. McDonald (# 29370-49)
                                                     FAEGRE DRINKER BIDDLE & REATH LLP
                                                     300 North Meridian Street, Suite 2500
                                                     Indianapolis, Indiana 46204
                                                     Telephone: (317) 237-0300
                                                     Facsimile: (317) 237-1000
                                                     E-Mail: andrea.pierson@faegredrinker.com
                                                     E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson