IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VICTORIA LOOPER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COOK, INCORPORATED, COOK ) <br> MEDICAL, LLC, WILLIAM COOK ) <br> EUROPE APS, ) <br> ) <br> Defendants. ) | Case No. 1:16-cv-03510-RLY-TAB |

### NOTICE OF APPEAL

Notice is hereby given that Victoria Looper, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from the orders granting summary judgment and final judgment entered in this action on September 28, 2020, Docs. ID 14428 and 14429, and all previous orders subsumed within the final judgment.

Respectfully submitted,

*/s/ Nathan Buttars*
Nathan Buttars
Utah State Bar No. 13659
T. Aaron Stringer
Utah State Bar No. 12681
Lowe Law Group
6028 S. Ridgeline Dr., Suite 200
Ogden, UT 84405
Tel: (385) 298-0175
Email: nate@lowelawgroup.com
Email: aaron@lowelawgroup.com

Charles S. Siegel
Texas State Bar No. 18341875
Waters & Kraus, LLP

3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel: 214-357-6244
Fax: 214-357-7252
Email: siegel@waterskraus.com

Ben C. Martin
Texas State Bar No.
Martin Baughman
3141 Hood Street
6th Floor
Dallas, Texas 75219
Tel: (214) 761-6614
Email: bmartin@martinbaughman.com

Joseph N. Williams
IN State Bar No. 25874-49
Williams & Piatt, LLC
301 Massachusetts Ave.
Indianapolis, Indiana 46204
Tel: 317-633-5270
Email: joe@williamspiatt.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Andrea R. Pierson
andrea.pierson@faegredrinker.com
Deborah Miller
Deborah.miller@faegredrinker.com
Victoria Yoke
Victoria.yoke@faegredrinker.com

    /s/ Nathan Buttars
Nathan Buttars

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Cases:

    Madeline and Howard Rosenbluth, Case No. 1:16-cv-00474
    Brian Giddens, Case No. 1:16-cv-00996
    Gregory Denton, Case No. 1:16-cv-01140
    Steven Sowards, Case No. 1:16-cv-02122
    Marika Doukas, Case No. 1:16-cv-02822
    Victoria Looper, Case No. 1:16-cv-03510
    Sammie Lambert, Case No. 1:19-cv-02561

**ORDER GRANTING IN PART THE COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT (Filing No. 11921)**

On July 30, 2020, the court heard argument on the Cook Defendants' Motion for Summary Judgment Based on Statute of Limitations. On August 13, 2020, the court issued an order granting summary judgment with respect to four cases that had not responded to the Cook Defendants' motion, denied the motion as moot with respect to two cases that had been withdrawn, and ordered the Cook Defendants to file supplemental medical records in the other cases subject to this motion that are governed by Indiana law. (*See* Filing No. 14000). On September 4, 2020, the Cook Defendants

1

complied with that order, filing under seal the categorization forms and medical records for the seven above-referenced cases. (*See* Filing No. 14209-10).

Now, based on the arguments of counsel, the record, and the applicable law, **IT IS HEREBY ORDERED THAT**:

- The Cook Defendants' motion (Filing No. 11921) is **GRANTED** as to Plaintiffs Madeline and Howard Rosenbluth, Case No. 1:16-cv-00474; Brian Giddens, Case No. 1:16-cv-00996; Steven Sowards, Case No. 1:16-cv-02122; Marika Doukas, Case No. 1:16-cv-02822; Victoria Looper, Case No. 1:16-cv-03510; and Sammie Lambert, Case No. 1:19-cv-02561.

- The Cook Defendants' motion is **DENIED AS MOOT** with respect to Plaintiff Gregory Denton, Case No. 1:16-cv-01140, in light of the voluntary dismissal of his case.

- Consideration of the Cook Defendants' motion for summary judgment in the other 13 cases originally addressed in their motion (Filing No. 11921) is continued to a later date.

**SO ORDERED** this 28 day of September 2020.

Distributed Electronically to Registered Counsel of Record.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Cases:

    Madeline and Howard Rosenbluth, Case No. 1:16-cv-00474
    Brian Giddens, Case No. 1:16-cv-00996
    Steven Sowards, Case No. 1:16-cv-02122
    Marika Doukas, Case No. 1:16-cv-02822
    Victoria Looper, Case No. 1:16-cv-03510
    Sammie Lambert, Case No. 1:19-cv-02561

## FINAL JUDGMENT

Consistent with the Ordered issued on the Cook Defendants'[1] Omnibus Motion for Summary Judgment, the court issues final judgment in favor of the Cook Defendants and against the following Plaintiffs:

- Madeline and Howard Rosenbluth, Case No. 1:16-cv-00474
- Brian Giddens, Case No. 1:16-cv-00996
- Steven Sowards, Case No. 1:16-cv-02122
- Marika Doukas, Case No. 1:16-cv-02822
- Victoria Looper, Case No. 1:16-cv-03510
- Sammie Lambert, Case No. 1:19-cv-02561

---

[1] Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

1

**SO ORDERED** this 28 day of September 2020.

s/RLY

Roger Sharpe, Clerk
United States District Court

*Laura Townsend*

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

*** PUBLIC DOCKET ***

APPEAL,MDL,CLOSED

# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:16-cv-03510-RLY-TAB

| | |
|---|---|
| LOOPER v. COOK INCORPORATED et al | Date Filed: 12/29/2016 |
| Assigned to: Judge Richard L. Young | Date Terminated: 09/28/2020 |
| Referred to: Magistrate Judge Tim A. Baker | Jury Demand: Plaintiff |
| Lead case: 1:14-ml-02570-RLY-TAB | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| Member case: (View Member Case) | |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**VICTORIA LOOPER**    represented by    **Nathan A. Buttars**
LOWE LAW GROUP
6028 S. Ridgeline Drive
#200
Ogden, UT 84405
(801) 917-8500
Fax: 801-917-8484
Email: nate@lowelawgroup.com

**T. Aaron Stringer**
LOWE LAW GROUP
6028 S. Ridgeline Drive
Suite 200
Ogden, UT 84405
801-917-8500
Fax: 801-917-8484
Email: aaron@lowelawgroup.com

V.

**Defendant**

**COOK INCORPORATED**    represented by    **Andrea Roberts Pierson**
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
300 North Meridian Street
Suite 2500
Indianapolis, IN 46204
317-237-0300
Fax: 317-237-1000
Email: andrea.pierson@faegredrinker.com

**Kip S.M. McDonald**
FAEGRE DRINKER BIDDLE & REATH

LLP (Indianapolis)  
300 North Meridian Street  
Suite 2500  
Indianapolis, IN 46204  
(317) 237-1485  
Fax: (317) 237-1000  
Email: Kip.McDonald@Faegredrinker.com

**Defendant**

COOK MEDICAL LLC   represented by   **Andrea Roberts Pierson**  
(See above for address)

**Kip S.M. McDonald**  
(See above for address)

**Defendant**

WILLIAM COOK EUROPE APS   represented by   **Andrea Roberts Pierson**  
(See above for address)

**Kip S.M. McDonald**  
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2016 | 1 | COMPLAINT against All Defendants, filed by VICTORIA LOOPER. (Filing fee $400, receipt number 0756-4181316) (Attachments: # 1 Civil Cover Sheet)(Buttars, Nathan) (Entered: 12/29/2016) |
| 12/29/2016 | 2 | NOTICE of Appearance by Nathan A. Buttars on behalf of Plaintiff VICTORIA LOOPER. (Buttars, Nathan) (Entered: 12/29/2016) |
| 12/29/2016 | 3 | Corporate Disclosure Statement by VICTORIA LOOPER. (Buttars, Nathan) (Entered: 12/29/2016) |
| 12/29/2016 | 4 | NOTICE of Appearance by Thomas Aaron Stringer on behalf of Plaintiff VICTORIA LOOPER. (Stringer, Thomas) (Entered: 12/29/2016) |
| 12/30/2016 | 5 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (AAM) (Entered: 12/30/2016) |
| 01/03/2017 | 6 | NOTICE of Reassignment pursuant to General Order dated July 13, 2016 of Case to Judge Richard L. Young. Judge William T. Lawrence no longer assigned to the case. Please include the new case number, **1:16-cv-3510-RLY-TAB**, on all future filings in this matter. (AAM) (Entered: 01/03/2017) |
| 01/09/2017 | 7 | ORDER Establishing Policies and Procedures. Signed by Judge Richard L. Young on 1/9/2017. (JRT) (Entered: 01/09/2017) |
| 01/09/2017 | 8 | Remark - Pending Action SD/IN 1:16-cv-03510-RLY-TAB Transferred as a Member Action to MDL 2570 on 1/9/2017. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:16-cv-03510-RLY-TAB (JRT) (Entered: 01/09/2017) |
| 01/10/2017 | 9 | NOTICE of Appearance by Douglas B. King on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK |

| | | |
|---|---|---|
| | | INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:16-cv-03510-RLY-TAB, 1:16-cv-03511-RLY-TAB, 1:16-cv-03521-RLY-TAB, 1:16-cv-03524-RLY-TAB, 1:16-cv-03527-RLY-TAB, 1:16-cv-03531-RLY-TAB, 1:16-cv-03533-RLY-TAB, 1:16-cv-03540-RLY-TAB, 1:17-cv-00004-RLY-TAB, 1:17-cv-00007-RLY-TAB (King, Douglas) (Entered: 01/10/2017) |
| 01/10/2017 | 10 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:16-cv-03510-RLY-TAB, 1:16-cv-03511-RLY-TAB, 1:16-cv-03521-RLY-TAB, 1:16-cv-03524-RLY-TAB, 1:16-cv-03527-RLY-TAB, 1:16-cv-03531-RLY-TAB, 1:16-cv-03533-RLY-TAB, 1:16-cv-03540-RLY-TAB, 1:17-cv-00004-RLY-TAB, 1:17-cv-00007-RLY-TAB (McDonald, Kip) (Entered: 01/10/2017) |
| 01/10/2017 | 11 | NOTICE of Appearance by James McGinnis Boyers on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:16-cv-03510-RLY-TAB, 1:16-cv-03511-RLY-TAB, 1:16-cv-03521-RLY-TAB, 1:16-cv-03524-RLY-TAB, 1:16-cv-03527-RLY-TAB, 1:16-cv-03531-RLY-TAB, 1:16-cv-03533-RLY-TAB, 1:16-cv-03540-RLY-TAB, 1:17-cv-00004-RLY-TAB, 1:17-cv-00007-RLY-TAB (Boyers, James) (Entered: 01/10/2017) |
| 01/10/2017 | 12 | NOTICE of Appearance by John Charles Babione, II on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK |

| | | |
|---|---|---|
| | | INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:16-cv-03510-RLY-TAB, 1:16-cv-03511-RLY-TAB, 1:16-cv-03521-RLY-TAB, 1:16-cv-03524-RLY-TAB, 1:16-cv-03527-RLY-TAB, 1:16-cv-03531-RLY-TAB, 1:16-cv-03533-RLY-TAB, 1:16-cv-03540-RLY-TAB, 1:17-cv-00004-RLY-TAB, 1:17-cv-00007-RLY-TAB (Babione, John) (Entered: 01/10/2017) |
| 03/10/2017 | 13 | NOTICE of Appearance by John T. Schlafer on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL, INC., WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK INCORPORATED, COOK MEDICAL LLC, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:13-cv-00986-RLY-TAB, 1:15-cv-01076-RLY-TAB, 1:15-cv-01542-RLY-TAB, 1:16-cv-01136-RLY-TAB, 1:16-cv-01189-RLY-TAB, 1:16-cv-01300-RLY-TAB, 1:16-cv-02377-RLY-TAB, 1:16-cv-02598-RLY-TAB, 1:16-cv-02675-RLY-TAB, 1:16-cv-02930-RLY-TAB, 1:16-cv-02953-RLY-TAB, 1:16-cv-03287-RLY-TAB, 1:16-cv-03311-RLY-TAB, 1:16-cv-03331-RLY-TAB, 1:16-cv-03399-RLY-TAB, 1:16-cv-03432-RLY-TAB, 1:16-cv-03510-RLY-TAB, 1:17-cv-00056-RLY-TAB, 1:17-cv-00237-RLY-TAB, 1:17-cv-00582-RLY-TAB (Schlafer, John) (Entered: 03/10/2017) |
| 03/11/2017 | 14 | NOTICE of Appearance by Andrea Roberts Pierson on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK |

| | | |
|---|---|---|
| | | MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:13-cv-00986-RLY-TAB, 1:15-cv-01076-RLY-TAB, 1:15-cv-01542-RLY-TAB, 1:16-cv-01136-RLY-TAB, 1:16-cv-01189-RLY-TAB, 1:16-cv-01300-RLY-TAB, 1:16-cv-02377-RLY-TAB, 1:16-cv-02598-RLY-TAB, 1:16-cv-02675-RLY-TAB, 1:16-cv-02930-RLY-TAB, 1:16-cv-02953-RLY-TAB, 1:16-cv-03287-RLY-TAB, 1:16-cv-03311-RLY-TAB, 1:16-cv-03331-RLY-TAB, 1:16-cv-03399-RLY-TAB, 1:16-cv-03432-RLY-TAB, 1:16-cv-03510-RLY-TAB, 1:17-cv-00056-RLY-TAB, 1:17-cv-00237-RLY-TAB, 1:17-cv-00582-RLY-TAB (Pierson, Andrea) (Entered: 03/11/2017) |
| 03/27/2017 | 15 | MOTION to Amend/Correct *Service Provisions in Case Management Orders No. 1, 4, 6, and 13,* filed by MDL Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS. (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit Exhibit to Proposed Order - Second Amended CMO No. 1, # 3 Exhibit Exhibit to Proposed Order - Third Amended CMO No. 4, # 4 Exhibit Exhibit to Proposed Order - Amended CMO No. 6, # 5 Exhibit Exhibit to Proposed Order - Second Amended CMO No. 13)Associated Cases: 1:14-ml-02570-RLY-TAB et al.(Schlafer, John) (Entered: 03/27/2017) |
| 03/29/2017 | 16 | ORDER GRANTING 4184 MOTION TO AMEND SERVICE PROVISIONS IN CASE MANAGEMENT ORDERS NO. 1, 4, 6, AND 13 - This Order amends Case Management Order No. 1 ("CMO 1"), Case Management Order No. 4 ("CMO 4"), Case Management Order No. 6 ("CMO 6"), and Case Management Order No. 13 ("CMO 13"), and any previously entered, amended versions thereof, which currently provide for disclosure of information to and service of documents on Wooden & McLaughlin LLP, to provide for disclosure of information to and service of documents on Faegre Baker Daniels LLP. It is ORDERED that the Case Management Orders are to be amended as set forth below. Further, the Clerk is directed to docket signed, amended versions of each of the CMOs attached as exhibits to the motion to amend individually on the master docket of this MDL as amended orders. ***Please refer back to 1:14-ml-2570-RLY-TAB for Amended Orders referenced above. Signed by Magistrate Judge Tim A. Baker on 3/29/2017. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(JRT) Modified on 3/29/2017 (JRT). (Entered: 03/29/2017) |
| 08/07/2018 | 17 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK |

| | | |
|---|---|---|
| | | INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, WILLIAM COOK EUROPE APS, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK MEDICAL LLC, COOK INCORPORATED, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK MEDICAL LLC, COOK MEDICAL LLC, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB et al. (McDonald, Kip) (Entered: 08/07/2018) |
| 08/09/2018 | 18 | MARGINAL ENTRY approving 8824 Notice of Withdrawal of Appearance. The appearance of attorney John T. Schlafer shall be withdrawn in 1:14-ml-2570 as well as in all Cook IVC Filter MDL member cases in which he has appeared. Signed by Magistrate Judge Tim A. Baker on 8/9/2018. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT) (Entered: 08/09/2018) |
| 10/29/2019 | 19 | RESPONSE in Opposition re (11921 in 1:14-ml-02570-RLY-TAB) MOTION for Summary Judgment *Based on Statute of Limitations* , filed by VICTORIA LOOPER. (Attachments: # 1 Exhibit A)Associated Cases: 1:14-ml-02570-RLY-TAB, 1:16-cv-03510-RLY-TAB(Buttars, Nathan) (Entered: 10/29/2019) |
| 09/28/2020 | 20 | ORDER GRANTING IN PART THE COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT (Filing No. 11921) - (11921 in 1:14-ml-02570-RLY-TAB) |

| | | | |
|---|---|---|---|
| | | | MOTION for Summary Judgment is GRANTED as to the Plaintiffs Madeline and Howard Rosenbluth 1:16-cv-00474; Brian Giddens 1:16-cv-00996; Steven Sowards 1:16-cv-02122; Marika Doukas 1:16-cv-2822; Victoria Looper 1:16-cv-3510; and Sammie Lambert 1:19-cv-2561. the Cook Defendants' motion is DENIED AS MOOT with respect to Plaintiff Gregory Deaton 1:16-cv-01140 in light of the voluntary dismissal of his case. Consideration of the Cook Defendants' motion for summary judgment in the other 13 cases originally addressed in their motion is continued to a later date. See Order for details. Signed by Judge Richard L. Young on 9/28/2020.Associated Cases: 1:14-ml-02570-RLY-TAB, 1:16-cv-00474-RLY-TAB, 1:16-cv-00996-RLY-TAB, 1:16-cv-02122-RLY-TAB, 1:16-cv-02822-RLY-TAB, 1:16-cv-03510-RLY-TAB, 1:19-cv-02561-RLY-TAB(LBT) (Entered: 09/28/2020) |
| 09/28/2020 | | 21 | JUDGMENT - Consistent with the Order issued on the Cook Defendants' Omnibus Motion for Summary Judgment, the court issues final judgment in favor of the Cook Defendants and against the following Plaintiffs: Madeline and Howard Rosenbluth 1:16-cv-00474; Brian Giddens 1:16-cv-00996; Steven Sowards 1:16-cv-02122; Marika Doukas 1:16-cv-2822; Victoria Looper 1:16-cv-3510; and Sammie Lambert 1:19-cv-2561. Signed by Judge Richard L. Young on 9/28/2020.Associated Cases: 1:14-ml-02570-RLY-TAB, 1:16-cv-00474-RLY-TAB, 1:16-cv-00996-RLY-TAB, 1:16-cv-02122-RLY-TAB, 1:16-cv-02822-RLY-TAB, 1:16-cv-03510-RLY-TAB, 1:19-cv-02561-RLY-TAB(LBT) (Entered: 09/28/2020) |
| 10/27/2020 | | 22 | NOTICE OF APPEAL as to 21 Judgment, 20 Order, filed by Plaintiff VICTORIA LOOPER. (Filing fee $505, receipt number 0756-6245991) (Buttars, Nathan) (Entered: 10/27/2020) |
| 10/28/2020 | | 23 | PARTIES' SHORT RECORD re (14608 in 1:14-ml-02570-RLY-TAB) Notice of Appeal, (22 in 1:16-cv-03510-RLY-TAB) Notice of Appeal - **Instructions for Attorneys/Parties attached.** Associated Cases: 1:14-ml-02570-RLY-TAB, 1:16-cv-03510-RLY-TAB(LBT) (Entered: 10/28/2020) |

**Case #: 1:16-cv-03510-RLY-TAB**