UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) ) |
| This Document Relates to: | ) |

1:17-cv-01980; 1:19-cv-02765; 1:19-cv-02768; 1:19-cv-02775; 1:19-cv-02869; 1:19-cv-02938; 1:19-cv-02971; 1:19-cv-03025; 1:19-cv-03129; 1:19-cv-03168; 1:19-cv-03172; 1:19-cv-03173; 1:19-cv-03176; 1:19-cv-03209; 1:19-cv-03238; 1:19-cv-03242; 1:19-cv-03252; 1:19-cv-03255; 1:19-cv-03258; 1:19-cv-03301; 1:19-cv-03305; 1:19-cv-03307; 1:19-cv-03309; 1:19-cv-03425; 1:19-cv-03427; 1:19-cv-03494; 1:19-cv-03495; 1:19-cv-03526; 1:19-cv-03527; 1:19-cv-03528; 1:19-cv-03530; 1:19-cv-03572; 1:19-cv-03626; 1:19-cv-03728; 1:19-cv-03744; 1:19-cv-03787; 1:19-cv-03788; 1:19-cv-03824; 1:19-cv-03828; 1:19-cv-03943; 1:19-cv-03975; 1:19-cv-04045; 1:19-cv-04259; 1:19-cv-04333; 1:19-cv-04335; 1:19-cv-04336; 1:19-cv-04380; 1:19-cv-04447; 1:19-cv-04476; 1:19-cv-04524; 1:19-cv-04525; 1:19-cv-04526; 1:19-cv-04737; 1:19-cv-04841; 1:19-cv-04858; 1:19-cv-04859; 1:19-cv-04860; 1:19-cv-04861; 1:19-cv-04863; 1:19-cv-04865; 1:19-cv-04866; 1:19-cv-04893; 1:20-cv-00072; 1:20-cv-00501; 1:20-cv-00543; 1:20-cv-00613; 1:20-cv-00677; 1:20-cv-00687; 1:20-cv-00688; 1:20-cv-00691; 1:20-cv-00693; 1:20-cv-00695; 1:20-cv-00697; 1:20-cv-00698; 1:20-cv-00894; 1:20-cv-00913; 1:20-cv-01203; 1:20-cv-01668.

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF PROFILE SHEET OR CASE CATEGORIZATION FORM (Dkt. 14187)

Pursuant to Federal Rule of Civil Procedure 41(b), Federal Rule of Civil Procedure 37, and Fourth Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the Court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") or Case Categorization Form ("CCF") has not been submitted.

Accordingly, Cook's Motion to Dismiss is **GRANTED** as to the following cases for lack of service of Case Categorization Form (CCF):

| Plaintiff | Cause Number |
|---|---|
| Meyer, Lisa D. | 1:17-cv-01980 |
| Smithson, Edgar Lamar | 1:19-cv-03025 |
| Evans, Sheila Irene | 1:19-cv-03129 |
| Bell, Rochelle Monik | 1:19-cv-03168 |
| Branch, Ruby Nell | 1:19-cv-03172 |
| Casey, Meagan Ellizabeth | 1:19-cv-03173 |
| Parise, Andrea | 1:19-cv-03176 |
| Andrews, Judis Ray | 1:19-cv-03209 |
| Yarbrough, Reginald Lavan | 1:19-cv-03238 |
| Barbour, Pamela | 1:19-cv-03242 |
| Clarke, Joan N. | 1:19-cv-03252 |
| Cooper, Jesse Lee | 1:19-cv-03255 |
| Moss, Robert Latore | 1:19-cv-03258 |
| Smith, Curtis | 1:19-cv-03301 |
| Kieszkowski, Paul Brian | 1:19-cv-03305 |
| Stidman, Laverne | 1:19-cv-03307 |
| Smith, Albert | 1:19-cv-03309 |
| Dunagan, Kenneth Ardway | 1:19-cv-03425 |
| Galbreath, Michael | 1:19-cv-03427 |
| Flynt, Valerie Johnson | 1:19-cv-03494 |
| Harris, Henry | 1:19-cv-03495 |
| Haynes, Marva Ann | 1:19-cv-03526 |
| Harvey, Willie Stean | 1:19-cv-03527 |
| Vaughn, Edward, Jr. | 1:19-cv-03528 |
| Zermani, William Rudolph | 1:19-cv-03530 |
| Altman, Garrieth Q. | 1:19-cv-03572 |
| Parker, Aileen | 1:19-cv-03626 |
| Tanner, Calvin Ray | 1:19-cv-03728 |
| Cannon, Wanda | 1:19-cv-03744 |
| Hill, Fred Gregory | 1:19-cv-03787 |
| Mogy, Barry Michael | 1:19-cv-03788 |
| Finkelstein, Harvey Leonard [ESTATE] | 1:19-cv-03824 |
| Reamy, Daniel Harvoy IV | 1:19-cv-03943 |
| Ellis, James J. | 1:19-cv-03975 |
| Kelsey, Christine Mary | 1:19-cv-04045 |
| Shields, Karen Louise | 1:19-cv-04333 |
| Cobb, Lisa K. | 1:19-cv-04335 |

| Plaintiff | Cause Number |
|---|---|
| Bass, Dereck Sr. | 1:19-cv-04336 |
| Lawson, Donald | 1:19-cv-04380 |
| Jones, Damion Lavon | 1:19-cv-04447 |
| Freeman, Elizabeth A. | 1:19-cv-04476 |
| Jackson, Duvall | 1:19-cv-04524 |
| Alexander, Barbara J. | 1:19-cv-04526 |
| Hodge, Karen S. | 1:19-cv-04737 |
| Crain, Martha Jo | 1:19-cv-04858 |
| Dominguez, Arthur | 1:19-cv-04859 |
| George, Robert Milton | 1:19-cv-04860 |
| Pisanelli, Albert Anthony | 1:19-cv-04863 |
| Porter, Cathy E. | 1:19-cv-04865 |
| Whitten, Darren George | 1:19-cv-04866 |
| Newman, April | 1:19-cv-04893 |
| Rucker, Janice | 1:20-cv-00072 |
| Turner, Gail | 1:20-cv-00501 |
| De La Haye, Estela Nelida | 1:20-cv-00543 |
| Moore, James Carl | 1:20-cv-00613 |
| Crawford, Joyce L. [ESTATE] | 1:20-cv-00677 |
| Vasquez, Teresa Marie | 1:20-cv-00687 |
| Porter, Patrick | 1:20-cv-00688 |
| Lamb, Corbin | 1:20-cv-00691 |
| Johnson, Ted | 1:20-cv-00693 |
| Ballerine, Lester | 1:20-cv-00695 |
| Anderson, Ana M. | 1:20-cv-00697 |
| Shipman, Evelyn Fay | 1:20-cv-00698 |

To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, any above Plaintiff may refile his/her case in the Southern District of Indiana. If any above Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.

Cook's Motion to Dismiss is **GRANTED** as to the following cases for lack of service of Plaintiff Profile Sheet (PPS):

| Plaintiff | Cause Number |
|---|---|
| Chrisman, Richard Allen | 1:19-cv-02765 |
| Jackson, Zuleika | 1:19-cv-02768 |
| Daniels, Barbara R. | 1:19-cv-02775 |

| | |
|---|---|
| Forsyth, John H. | 1:19-cv-02869 |
| Roberts, Anthony Ray | 1:19-cv-02938 |
| Smithson, Edgar Lamar | 1:19-cv-03025 |
| Evans, Sheila Irene | 1:19-cv-03129 |
| Bell, Rochelle Monik | 1:19-cv-03168 |
| Branch, Ruby Nell | 1:19-cv-03172 |
| Casey, Meagan Ellizabeth | 1:19-cv-03173 |
| Parise, Andrea | 1:19-cv-03176 |
| Andrews, Judis Ray | 1:19-cv-03209 |
| Yarbrough, Reginald Lavan | 1:19-cv-03238 |
| Barbour, Pamela | 1:19-cv-03242 |
| Clarke, Joan N. | 1:19-cv-03252 |
| Cooper, Jesse Lee | 1:19-cv-03255 |
| Moss, Robert Latore | 1:19-cv-03258 |
| Smith, Curtis | 1:19-cv-03301 |
| Kieszkowski, Paul Brian | 1:19-cv-03305 |
| Stidman, Laverne | 1:19-cv-03307 |
| Smith, Albert | 1:19-cv-03309 |
| Dunagan, Kenneth Ardway | 1:19-cv-03425 |
| Galbreath, Michael | 1:19-cv-03427 |
| Flynt, Valerie Johnson | 1:19-cv-03494 |
| Harris, Henry | 1:19-cv-03495 |
| Haynes, Marva Ann | 1:19-cv-03526 |
| Harvey, Willie Stean | 1:19-cv-03527 |
| Vaughn, Edward, Jr. | 1:19-cv-03528 |
| Zermani, William Rudolph | 1:19-cv-03530 |
| Altman, Garrieth Q. | 1:19-cv-03572 |
| Parker, Aileen | 1:19-cv-03626 |
| Tanner, Calvin Ray | 1:19-cv-03728 |
| Cannon, Wanda | 1:19-cv-03744 |
| Hill, Fred Gregory | 1:19-cv-03787 |
| Mogy, Barry Michael | 1:19-cv-03788 |
| Finkelstein, Harvey Leonard [ESTATE] | 1:19-cv-03824 |
| Walker, Daree | 1:19-cv-03828 |
| Reamy, Daniel Harvoy IV | 1:19-cv-03943 |
| Ellis, James J. | 1:19-cv-03975 |
| Kelsey, Christine Mary | 1:19-cv-04045 |
| Shields, Karen Louise | 1:19-cv-04333 |
| Cobb, Lisa K. | 1:19-cv-04335 |
| Bass, Dereck Sr. | 1:19-cv-04336 |
| Lawson, Donald | 1:19-cv-04380 |

| | |
|---|---|
| Jones, Damion Lavon | 1:19-cv-04447 |
| Freeman, Elizabeth A. | 1:19-cv-04476 |
| Jackson, Duvall | 1:19-cv-04524 |
| Alexander, Barbara J. | 1:19-cv-04526 |
| Hodge, Karen S. | 1:19-cv-04737 |
| Torres, Victoria | 1:19-cv-04841 |
| Crain, Martha Jo | 1:19-cv-04858 |
| Dominguez, Arthur | 1:19-cv-04859 |
| George, Robert Milton | 1:19-cv-04860 |
| Pisanelli, Albert Anthony | 1:19-cv-04863 |
| Porter, Cathy E. | 1:19-cv-04865 |
| Whitten, Darren George | 1:19-cv-04866 |
| Newman, April | 1:19-cv-04893 |
| Rucker, Janice | 1:20-cv-00072 |
| Turner, Gail | 1:20-cv-00501 |
| De La Haye, Estela Nelida | 1:20-cv-00543 |
| Moore, James Carl | 1:20-cv-00613 |
| Crawford, Joyce L. [ESTATE] | 1:20-cv-00677 |
| Vasquez, Teresa Marie | 1:20-cv-00687 |
| Porter, Patrick | 1:20-cv-00688 |
| Lamb, Corbin | 1:20-cv-00691 |
| Johnson, Ted | 1:20-cv-00693 |
| Ballerine, Lester | 1:20-cv-00695 |
| Anderson, Ana M. | 1:20-cv-00697 |
| Shipman, Evelyn Fay | 1:20-cv-00698 |
| Flowers, Mitchell R. | 1:20-cv-00894 |
| Glaude, Nicholas J. | 1:20-cv-00913 |
| Hopson, Robert | 1:20-cv-01203 |

To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, any above Plaintiff may refile his/her case in the Southern District of Indiana. If any above Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.

Cook's Motion to Dismiss motion is **DENIED AS MOOT** as to the following cases:

| | |
|---|---|
| Flego, Fred Michael | 1:19-cv-02971 |
| Smith, Patricia A. | 1:19-cv-04259 |

| Byers-Opoka, Arlene | 1:19-cv-04525 |
| Gill, Yonnette | 1:19-cv-04861 |
| Stone, Kristofher Adamm | 1:20-cv-01668 |

All parties shall bear their own fees and costs.

**SO ORDERED** this 28th day of October 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

US.129268205.01