# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:14-cv-01786 | 1:18-cv-00722 |
| 1:14-cv-01870 | 1:18-cv-00755 |
| 1:14-cv-01871 | 1:18-cv-01148 |
| 1:14-cv-01873 | 1:18-cv-01153 |
| 1:14-cv-01874 | 1:18-cv-01160 |
| 1:14-cv-01876 | 1:18-cv-01161 |
| 1:14-cv-01878 | 1:18-cv-01276 |
| 1:14-cv-01879 | 1:18-cv-01278 |
| 1:14-cv-01880 | 1:18-cv-01279 |
| 1:14-cv-01881 | 1:18-cv-01280 |
| 1:14-cv-01883 | 1:18-cv-01281 |
| 1:14-cv-02053 | 1:18-cv-01282 |
| 1:14-cv-06010 | 1:18-cv-01674 |
| 1:15-cv-00016 | 1:18-cv-01709 |
| 1:15-cv-00018 | 1:18-cv-01720 |
| 1:15-cv-00642 | 1:18-cv-01739 |
| 1:15-cv-00725 | 1:18-cv-01760 |
| 1:15-cv-01070 | 1:18-cv-01764 |
| 1:15-cv-01073 | 1:18-cv-01949 |
| 1:15-cv-01074 | 1:18-cv-02179 |
| 1:15-cv-01075 | 1:18-cv-02193 |
| 1:15-cv-01088 | 1:18-cv-02444 |
| 1:15-cv-01100 | 1:18-cv-02634 |
| 1:16-cv-00136 | 1:18-cv-02659 |
| 1:16-cv-00398 | 1:18-cv-02661 |
| 1:16-cv-00401 | 1:18-cv-02663 |
| 1:16-cv-00403 | 1:18-cv-02665 |
| 1:16-cv-01704 | 1:18-cv-02667 |
| 1:16-cv-01711 | 1:18-cv-02676 |
| 1:16-cv-01712 | 1:18-cv-02770 |
| 1:16-cv-01733 | 1:18-cv-02823 |
| 1:16-cv-01737 | 1:18-cv-02825 |
| 1:16-cv-01777 | 1:18-cv-02841 |
| 1:16-cv-01781 | 1:18-cv-02845 |
| 1:16-cv-01846 | 1:18-cv-02950 |
| 1:16-cv-02091 | 1:18-cv-03034 |
| 1:16-cv-02283 | 1:18-cv-03058 |
| 1:16-cv-02852 | 1:18-cv-03059 |
| 1:16-cv-03490 | 1:18-cv-03077 |
| 1:17-cv-00801 | 1:18-cv-03082 |

| | |
|---|---|
| 1:18-cv-03084 | 1:18-cv-03457 |
| 1:18-cv-03085 | 1:18-cv-03555 |
| 1:18-cv-03090 | 1:18-cv-03557 |
| 1:18-cv-03098 | 1:18-cv-03561 |
| 1:18-cv-03102 | 1:18-cv-03565 |
| 1:18-cv-03106 | 1:18-cv-03588 |
| 1:18-cv-03110 | 1:18-cv-03609 |
| 1:18-cv-03112 | 1:18-cv-03625 |
| 1:18-cv-03113 | 1:18-cv-03641 |
| 1:18-cv-03116 | 1:18-cv-03643 |
| 1:18-cv-03125 | 1:18-cv-03744 |
| 1:18-cv-03126 | 1:18-cv-03774 |
| 1:18-cv-03132 | 1:18-cv-03814 |
| 1:18-cv-03153 | 1:18-cv-03824 |
| 1:18-cv-03155 | 1:18-cv-03825 |
| 1:18-cv-03197 | 1:18-cv-03847 |
| 1:18-cv-03207 | 1:18-cv-03852 |
| 1:18-cv-03209 | 1:18-cv-03890 |
| 1:18-cv-03210 | 1:19-cv-00057 |
| 1:18-cv-03249 | 1:19-cv-00060 |
| 1:18-cv-03257 | 1:19-cv-00070 |
| 1:18-cv-03313 | 1:19-cv-00072 |
| 1:18-cv-03320 | 1:19-cv-00073 |
| 1:18-cv-03325 | 1:19-cv-00074 |
| 1:18-cv-03329 | 1:19-cv-00089 |
| 1:18-cv-03331 | 1:19-cv-00092 |
| 1:18-cv-03337 | 1:19-cv-00093 |
| 1:18-cv-03338 | 1:19-cv-00097 |
| 1:18-cv-03344 | 1:19-cv-00101 |
| 1:18-cv-03346 | 1:19-cv-00111 |
| 1:18-cv-03347 | 1:19-cv-00119 |
| 1:18-cv-03376 | 1:19-cv-00124 |
| 1:18-cv-03379 | 1:19-cv-00140 |
| 1:18-cv-03381 | 1:19-cv-00143 |
| 1:18-cv-03385 | 1:19-cv-00144 |
| 1:18-cv-03386 | 1:19-cv-00154 |
| 1:18-cv-03388 | 1:19-cv-00159 |
| 1:18-cv-03389 | 1:19-cv-00162 |
| 1:18-cv-03392 | 1:19-cv-00163 |
| 1:18-cv-03395 | 1:19-cv-00165 |
| 1:18-cv-03399 | 1:19-cv-00168 |
| 1:18-cv-03401 | 1:19-cv-00169 |
| 1:18-cv-03409 | 1:19-cv-00170 |
| 1:18-cv-03421 | 1:19-cv-00211 |
| 1:18-cv-03424 | 1:19-cv-00904 |
| 1:18-cv-03425 | 1:19-cv-00905 |
| 1:18-cv-03426 | 1:19-cv-00961 |
| 1:18-cv-03430 | 1:19-cv-01010 |
| 1:18-cv-03431 | 1:19-cv-01209 |
| 1:18-cv-03432 | 1:19-cv-01212 |
| 1:18-cv-03434 | 1:19-cv-01337 |
| 1:18-cv-03436 | 1:19-cv-01340 |
| 1:18-cv-03438 | 1:19-cv-01341 |

| | |
|---|---|
| 1:19-cv-01354 | 1:19-cv-04094 |
| 1:19-cv-01358 | 1:19-cv-04098 |
| 1:19-cv-01429 | 1:19-cv-04122 |
| 1:19-cv-01434 | 1:19-cv-04518 |
| 1:19-cv-01437 | 1:20-cv-00142 |
| 1:19-cv-01502 | 1:20-cv-00168 |
| 1:19-cv-01510 | 1:20-cv-00280 |
| 1:19-cv-01557 | 1:20-cv-00302 |
| 1:19-cv-01562 | 1:20-cv-00373 |
| 1:19-cv-01570 | 1:20-cv-00395 |
| 1:19-cv-01614 | 1:20-cv-00486 |
| 1:19-cv-01804 | 1:20-cv-00547 |
| 1:19-cv-02036 | 1:20-cv-00554 |
| 1:19-cv-02047 | 1:20-cv-00568 |
| 1:19-cv-02049 | 1:20-cv-00916 |
| 1:19-cv-02249 | 1:20-cv-00970 |
| 1:19-cv-02250 | 1:20-cv-00985 |
| 1:19-cv-02251 | 1:20-cv-01014 |
| 1:19-cv-02294 | 1:20-cv-01017 |
| 1:19-cv-02295 | 1:20-cv-01028 |
| 1:19-cv-02296 | 1:20-cv-01099 |
| 1:19-cv-02297 | 1:20-cv-01150 |
| 1:19-cv-02298 | 1:20-cv-01241 |
| 1:19-cv-02367 | 1:20-cv-01243 |
| 1:19-cv-02372 | 1:20-cv-01251 |
| 1:19-cv-02377 | 1:20-cv-01252 |
| 1:19-cv-02380 | 1:20-cv-01289 |
| 1:19-cv-02383 | 1:20-cv-01295 |
| 1:19-cv-02437 | 1:20-cv-01326 |
| 1:19-cv-02473 | 1:20-cv-01357 |
| 1:19-cv-02475 | 1:20-cv-01432 |
| 1:19-cv-02480 | 1:20-cv-01474 |
| 1:19-cv-02481 | 1:20-cv-01519 |
| 1:19-cv-02510 | 1:20-cv-01577 |
| 1:19-cv-02527 | 1:20-cv-01591 |
| 1:19-cv-02560 | 1:20-cv-01598 |
| 1:19-cv-02721 | 1:20-cv-01617 |
| 1:19-cv-02722 | 1:20-cv-01618 |
| 1:19-cv-02951 | 1:20-cv-01622 |
| 1:19-cv-02953 | 1:20-cv-01647 |
| 1:19-cv-02976 | 1:20-cv-01733 |
| 1:19-cv-03132 | 1:20-cv-01743 |
| 1:19-cv-03711 | 1:20-cv-01745 |
| 1:19-cv-03713 | 1:20-cv-01746 |
| 1:19-cv-03715 | 1:20-cv-01749 |
| 1:19-cv-03717 | 1:20-cv-01784 |
| 1:19-cv-03718 | 1:20-cv-01859 |
| 1:19-cv-03813 | 1:20-cv-01879 |
| 1:19-cv-03814 | 1:20-cv-01890 |
| 1:19-cv-03918 | 1:20-cv-01892 |
| 1:19-cv-03919 | 1:20-cv-01903 |
| 1:19-cv-04010 | 1:20-cv-01911 |
| 1:19-cv-04089 | 1:20-cv-01969 |

| | |
|---|---|
| 1:20-cv-01991 | 1:20-cv-02308 |
| 1:20-cv-01996 | 1:20-cv-02318 |
| 1:20-cv-02000 | 1:20-cv-02319 |
| 1:20-cv-02005 | 1:20-cv-02329 |
| 1:20-cv-02011 | 1:20-cv-02339 |
| 1:20-cv-02030 | 1:20-cv-02342 |
| 1:20-cv-02037 | 1:20-cv-02345 |
| 1:20-cv-02051 | 1:20-cv-02346 |
| 1:20-cv-02063 | 1:20-cv-02352 |
| 1:20-cv-02065 | 1:20-cv-02387 |
| 1:20-cv-02068 | 1:20-cv-02462 |
| 1:20-cv-02075 | 1:20-cv-02489 |
| 1:20-cv-02090 | 1:20-cv-02490 |
| 1:20-cv-02126 | 1:20-cv-02502 |
| 1:20-cv-02127 | 1:20-cv-02526 |
| 1:20-cv-02129 | 1:20-cv-02532 |
| 1:20-cv-02131 | 1:20-cv-02542 |
| 1:20-cv-02141 | 1:20-cv-02545 |
| 1:20-cv-02162 | 1:20-cv-02546 |
| 1:20-cv-02163 | 1:20-cv-02599 |
| 1:20-cv-02177 | 1:20-cv-02622 |
| 1:20-cv-02190 | 1:20-cv-02644 |
| 1:20-cv-02192 | 1:20-cv-02671 |
| 1:20-cv-02196 | 1:20-cv-02678 |
| 1:20-cv-02251 | 1:20-cv-02720 |
| 1:20-cv-02284 | 1:20-cv-02778 |
| 1:20-cv-02288 | 1:20-cv-02780 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs in the related actions.

Dated:      October 28, 2020        /s/ *Steven S. Schulte*
**Steven S. Schulte**
Texas Bar No. 24051306
schulte@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Steven Schulte*
**Steven Schulte**