IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br>Leslie Diaz<br>Case No. 1:19-cv-00122 | |

## **STIPULATED DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case be dismissed without prejudice, with each party to bear its own fees and costs.  To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile her case in the Southern District of Indiana.[1]  If Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice.  All parties shall bear their own fees and costs.

Dated:  October 28, 2020

| | |
|---|---|
| /s/ Michael J. Quillin<br>Michael J. Quillin, Esq.<br>O'Leary, Shelton, Corrigan, Peterson,<br>  Dalton & Quillin, LLC<br>1034 Brentwood Boulevard, PH 1-A, 23rd Floor<br>St. Louis, Missouri<br>Telephone:  (314) 405-9000<br>Facsimile:  (314) 405-9999<br>Email: quillin@osclaw.com | /s/ Jessica Benson Cox<br>Jessica Benson Cox, Esq.<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:   (317) 237-1000<br>Email: jessica.cox@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |

---

[1]   The Cook Defendants expressly preserve their arguments that Plaintiff's claimed injuries are barred by the statute of limitations.

US.129908464.01

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jessica Benson Cox*
Jessica Benson Cox