IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1:14-ml-2570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Carol Zander o/b/o Paul Zander;
1:16-cv-02538

## EX-PARTE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

COME NOW, **PEYTON P. MURPHY of MURPHY LAW FIRM, LLC and TODD C. COMEAUX of TODD C. COMEAUX, LLC** as counsel for the Plaintiff, **Carol Zander o/b/o Paul Zander** ("Plaintiff"), and moves this Honorable Court for ex parte authorization to withdraw as attorney of record for the Plaintiff, and in support thereof would show:

1. Irreconcilable differences have arisen between the Plaintiff and the undersigned, as a result of which, it is inappropriate for the undersigned to continue to represent the Plaintiff, unless and until said differences are resolved.

2. This Motion is filed in good faith, for the reason set forth herein and for no other reason.

3. By their signature below, the Plaintiff has consented to the withdrawal of Counsel. All future communication should be sent directly to the Plaintiff at the address below.

      Carol Zander o/b/o Paul Zander
      708 1st Street SE
      Wadena, MN 56482
      Client Telephone: (320) 763-6636

1

WHEREFORE, Counsel respectfully moves this Honorable Court to enter an ExParte Order granting the Motion to Withdraw as Counsel for the Plaintiff and to grant the Plaintiff twenty (20) days from the date of the Order to secure substitute counsel, or if applicable to proceed *Pro Se*, and to stay all other action and deadlines in the interim.

MURPHY LAW FIRM, LLC

_____
PEYTON P. MURPHY (LA # 22125)
2354 South Acadian Thruway
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: Peyton@MurphyLawFirm.com

TODD C. COMEAUX (LA # 23453)
2354 South Acadian Thruway
Suite C
Baton Rouge, LA 70808
Telephone: (225) 706-9000
Fascimile: (25) 706-9001
Email: TC@comeauxlawfirm.com

*Attorneys for Plaintiff*

I consent to my attorney's withdrawal: *I will be contacting someone to make sure there wasn't funds collected*

_____
Carol Zander
708 1st Street SE
Wadena, MN 56482

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2020, I electronically filed the foregoing *EX-PARTE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF* using the CM/ECF System, which will automatically send email notifications of such filing to all attorneys of record, and that I have served a copy on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed.

/s/ Peyton P. Murphy
Peyton P. Murphy

Carol Zander
708 1st Street SE
Wadena, MN 56482
Client Telephone: (320) 763-6636