**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to the Following Actions:

Yolanda Smith, 1:18-cv-00197
Richard and Deborah Jones, 1:18-cv-02150

**MOTION TO DISMISS CATEGORY 1 CASES**
**PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

The defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook"), respectfully request that the Court dismiss two pending cases where the plaintiffs have undergone successful retrieval of their IVC filters and suffered no complication or injury while their filer was in vivo. In support of this Motion, Cook states as follows:

1. On October 2, 2018, the Court entered its Order on Cook Defendants' Motion for Screening Order and Bellwether Plan (Dkt. 9322) (the "Categorization Order").

2. Pursuant to the Categorization Order "Category 1" cases involve the "successful removal [of a filter] without complication or physical injury.". (Dkt. 9322, p. 1)

3. The Court's Categorization Order further held that "Cases in Category 1 are subject to immediate dismissal." (Dkt. 9322, p. 4)

4. Furthermore, on May 1, 2019, the Court entered an Order Dismissing Category 1 Cases [Dkt. 10588], dismissing 28 pending Category 1 cases with prejudice.

5. The Court has made it clear that cases certified by the plaintiffs as Category 1 cases fail to state cognizable claims and should be dismissed with prejudice. At present, however, two plaintiffs have filed suit in this MDL, self-categorized their cases as "Category 1" and have to date failed to voluntarily dismiss these cases despite Cook's repeated requests. See Case Categorization Forms for Yolanda Smith and Richard Jones, attached as **Exhibit A.**

WHEREFORE, Cook respectfully requests that the Court dismiss these two Category 1 cases captioned above with prejudice, and for all other just and appropriate relief.

Dated: October 30, 2020

    Respectfully Submitted,

    /s/ *Jessica Benson Cox*
    Andrea Roberts Pierson, Co-Lead Counsel
    Jessica Benson Cox
    Kip S.M. McDonald
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Andrea.Pierson@FaegreDrinker.com
    Jessica.Cox@FaegreDrinker.com
    Kip.McDonald@FaegreDrinker.com

    James Stephen Bennett, Co-Lead Counsel
    FAEGRE DRINKER BIDDLE & REATH LLP
    110 W. Berry Street, Suite 2400
    Fort Wayne, Indiana 46802
    Telephone: (260) 424-8000
    Stephen.Bennett@FaegreDrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, a copy of the foregoing Motion to Dismiss Category 1 Cases was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*