IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to all Cases
(See Exhibit A)

**NOTICE OF CHANGE OF LAW FIRM ADDRESS**

PLEASE TAKE NOTICE that Richard Lewis and Steven Rotman of the law firm Hausfeld LLP, attorneys for plaintiffs on all cases listed in Exhibit A, firm address has changed for the District of Columbia office location only. Hausfeld LLP's new address for the District of Columbia office location effective immediately is 888 16th Street, N.W., Suite 300, Washington, DC 20006. The telephone number, facsimile, and email addresses remain unchanged.

RESPECTFULLY SUBMITTED November 2, 2020.

By:   */s/ Richard Lewis*
      */s/ Steven Rotman*
      Richard S. Lewis
      Steven Rotman
      HAUSFELD LLP
      888 16th Street, N.W.
      Suite 300
      Washington, DC 20006

Telephone:  (202) 540-7200

Facsimile: (202) 540-7201

Email: rslewis@hausfeld.com

srotman@hausfeld.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/ Richard Lewis</u>

<u>/s/ Steven Rotman</u>

Richard S. Lewis

Steven Rotman