## **EXHIBIT A**

## **NOTICE OF CHANGE OF ADDRESS – COOK MDL CASE LIST**

| Case Name | Docket Number |
|---|---|
| Babin v. Cook Medical LLC, et al | 17-cv-02718-RLY-TAB |
| Keister v. Cook Medical LLC, et al | 17-cv-00277-RLY-TAB |
| Palmer v. Cook Medical LLC, et al | 18-cv-02272-RLY-TAB |
| Phelps v. Cook Medical LLC, et al | 19-cv-02597-RLY-TAB |
| Phillips v. Cook Medical LLC, et al | 18-cv-03448-RLY-TAB |
| Priesmeyer v. Cook Medical LLC, et al | 19-cv-00964-RLY-TAB |
| Rollyson v. Cook Medical LLC, et al | 17-cv-00276-RLY-TAB |
| Satterlee v. Cook Medical LLC, et al | 17-cv-02719-RLY-TAB |
| Yedman v. Cook Medical LLC, et al | 17-cv-02720-RLY-TAB |