IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to:
      1:16-cv-02538-RLY-TAB    Carol Zander o/b/o Paul Zander

**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Peyton P. Murphy of Murphy Law Firm, LLC and Todd C. Comeaux of Todd C. Comeaux, LLC as Counsel for Plaintiff, Carol Zander o/b/o Paul Zander having filed their Motion to Withdraw as Counsel for Plaintiff (Filing No. 14650) and the Court having been duly advised in the premises, grants said Motion. The Court also asks the Clerk to remove the *ex parte* event from this motion as it should not have been filed *ex parte*.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Appearances of Peyton P. Murphy and Todd C. Comeaux on behalf of the Plaintiff in the above-entitled cause of action is hereby withdrawn, effective immediately. Within 28 days, new counsel must appear for Plaintiff, Zander, or she must file a statement of intent to proceed *pro se*, or else dismissal may result.

Date: 11/2/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Via U.S. Mail to:

Carol Zander o/b/o Paul Zander
708 1st Street SE
Wadena, MN 56482