**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Yolanda Smith, 1:18-cv-00197
Richard and Deborah Jones, 1:18-cv-02150

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL EXHIBIT A TO MOTION TO DISMISS CATEGORY 1 CASES PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER**

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal **Exhibit A [Dkt. No. 14673]** to the Cook Defendants' Motion to Dismiss Category 1 Cases Pursuant to the Court's Case Categorization Order (plaintiffs Yolanda Smith, and Richard and Deborah Jones) [Dkt. No. 14670].

The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit A [Dkt. No. 14673]** to the Cook Defendants' Motion to Dismiss Category 1 Cases Pursuant to the Court's Case Categorization Order (plaintiffs Yolanda Smith, and Richard and Deborah Jones) [Dkt. No. 14670] **is ordered to be maintained** *under seal.*

US.129969077.03

SO ORDERED this ____ day of _____, 2020.

                                                       _____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

US.129969077.03