UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Talisha Oakley, 1:18-cv-02837
Netitia Goodrow, 1:17-cv-04692
Pamela Cornin-Simeon, 1:18-cv-01916

_____

**ORDER DENYING PLAINTIFFS' MOTION TO REINSTATE**

The Plaintiffs herein, Talisha Oakley, Netitia Goodrow, and Pamela Cornin-Simeon, move to reinstate their cases, which were dismissed without prejudice on May 8, 2019 for failure to provide Case Categorization Forms. On June 18, 2019, Plaintiffs' counsel received an email from defense counsel requesting that he provide the Case Categorization Forms for three *other* plaintiffs he represented in this MDL. Plaintiffs' counsel provided the forms to defense counsel the following day. Plaintiffs' counsel also provided the forms for the above-captioned Plaintiffs. On July 13, 2020, Plaintiffs' counsel learned for the first time that Plaintiffs' cases had been dismissed on May 8, 2019. On August 7, 2020, Plaintiffs filed the present Motions to Reinstate.

The court presumes Plaintiffs bring their Motions to Reinstate under Federal Rule of Civil Procedure 60(b)(1) for "excusable neglect." But a Rule 60(b)(1) motion "must be brought no more than a year after the entry of the judgment or order[.]" Fed. R. Civ.

1

P. 60(c)(1).  Here, Plaintiffs' Motions to Reinstate were brought more than a year after the court issued its order dismissing Plaintiffs' claims.  Plaintiffs' Motions to Reinstate (Filing Nos. 13934, 13936, 13937) are therefore **DENIED**.

**SO ORDERED** this 3rd day of November 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.