## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES                    Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                                          MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to the Following Cases:

Michael Sipes, 1:20-cv-00773;
Anne M. Senich, Deceased, 1:20-cv-00825;
Craig Green, 1:20-cv-00973;
Peggy Golden, 1:20-cv-01083

_____

## ORDER GRANTING THE COOK DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO PROVIDE PLAINTIFF PROFILE SHEETS

Pursuant to Federal Rule of Civil Procedure 41(b) and the Fourth Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, *formerly known as* Cook Medical Incorporated, and William Cook Europe ApS, request that the court dismiss the above-captioned matters because a completed Plaintiff Profile Sheet has not been submitted. The court, having reviewed the same, now **GRANTS** the Cook Defendants' Motion to Dismiss (Filing No. 13988) **without prejudice**.

**SO ORDERED** this 3rd day of November 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.