UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES       Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                          MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to the Following Cases:

| Plaintiffs | Case No. |
|---|---|
| Carroll, Harold | 1:17-cv-01464 |
| McGee, Michelle D. | 1:17-cv-02221 |
| Jessen, Kerry Duane and Kerry Lee | 1:17-cv-04316 |
| Newhouse, Robin and Frederick, Sr. | 1:18-cv-01662 |
| Mosier, Roy G. | 1:18-cv-03274 |
| Gillen, Theresa Lynne | 1:19-cv-02288 |
| Alto, Rusty | 1:19-cv-02300 |

ORDER ON COOK DEFENDANTS'
OMNIBUS MOTION FOR SUMMARY JUDGMENT
IN 46 MISCATEGORIZED NO INJURY CASES (Filing No. 11923)

_____

On August 13, 2020, the court granted the Cook Defendants' motion for summary judgment with respect to 6 cases, denied as moot the motion with respect to 17 previously dismissed cases, noted the motion had been withdrawn by the Cook Defendants in 4 cases, and held 12 cases under advisement where briefing had yet to be completed. The court also held 7 additional cases under advisement where briefing had been completed, and now enters this Order to address these 7 cases.

- As to the case of Rusty Alto, Case No. 1:19-cv-02300, a stipulation of dismissal was filed on September 21, 2020. (Filing No. 14369). As such the Cook Defendants' Motion for Summary Judgment is **DENIED as MOOT** with respect to this case.

- The Cook Defendants **WITHDREW** the motion as it relates to the case of Theresa Lynne Gillen, Case No. 1:19-cv-02288, on September 22, 2020. (Filing No. 14372).

- The court requests the Cook Defendants file the medical records in support of their motion which are associated with the following cases on or before **November 23, 2020**:

| Plaintiffs | Case No. |
| --- | --- |
| Carroll, Harold | 1:17-cv-01464 |
| Jessen, Kerry Duane and Kerry Lee | 1:17-cv-04316 |
| Newhouse, Robin and Frederick, Sr. | 1:18-cv-01662 |

The Cook Defendants need not submit the medical records of Plaintiffs Michelle D. McGee and Roy G. Mosier because they attached their medical records to their responses.

**SO ORDERED** this 3rd day of November 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.