UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> Eddie C. Burrage <br> 1:18-cv-00273-RLY-TAB | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' BILL OF COSTS**

In compliance with the court's Order dated September 22, 2020, the Cook Defendants filed a Declaration in Support of Bill of Costs totaling $4,681.58. (Filing No. 14469). Plaintiff did not file an objection.

The court has reviewed the Cook Defendants' itemized list of costs with supporting documentation and finds those costs were reasonable and necessary in the Cook Defendants' preparation for trial. (*Id.*, Ex. 1). Accordingly, Plaintiff is **ORDERED** to pay the Cook Defendants their costs totaling $4,681.58 on or before December 18, 2020.

**SO ORDERED** this 3rd day of November 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1