IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Ronnie Daniels

Civil Case #: 1:18-cv-1577-TWP-DLP

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Ronnie Daniels, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe in this particular Civil Action No. 1:18-cv-1577-TWP-DLP filed on May 24, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: November 3, 2020.

Respectfully submitted,

**JOHNSON LAW GROUP**
/s/ Basil Adham
Basil Adham, (TX Bar No.24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of November 2020, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                   /s/ Basil Adham