IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-2570-RLY-TAB<br>No. 2570 |

This Document Relates to:
*Lucion v. Cook Incorporated, et al*.
1:20-cv-2583-RLY-TAB

## NOTICE OF APPEARANCE

      Please enter the appearance of Douglas M. Schreiner of the law firm of Blackridge LLC as counsel for Plaintiff Jackie Lucion in the above-captioned matter.

DATED: November 4, 2020                                Respectfully submitted,

                                                          /s/*Douglas M. Schreiner*
                                                          Douglas M. Schreiner, MO Bar #52320
                                                          Blackridge LLC
                                                          9500 Nall Ave., Suite 400
                                                           Overland Park, KS 66207
                                                           Telephone: (913) 955-3388
                                                           Facsimile: (913) 955-3247
                                                           Email: doug@jslegalteam.com

## **CERTIFICATE OF SERVICE**

I certify that on the 4th day of November, 2020, I served a copy of the foregoing NOTICE OF APPEARANCE via electronic filing with the Court's ECF system to all counsel of record.

/s/*Douglas M. Schreiner*
Douglas M. Schreiner
Attorney for Plaintiff