# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB

## NOTICE OF FILING OF SUPPLEMENTARY AFFIDAVIT

COMES NOW Plaintiff Merrilyn Johnson ("Plaintiff"), by and through her undersigned counsel, and hereby files her Supplementary Second Affidavit in Support of her Opposition to Defendants' Motion for Summary Judgment. In support thereof, Plaintiff states as follows:

1. On October 28, 2020, Plaintiff filed her Sur-Reply in Opposition to Defendant's Motion for Summary Judgment. *See* ECF 14639.

2. In support thereof, Plaintiff submitted her Second Affidavit setting forth pertinent facts for the Court's consideration. *See* ECF 14639-1.

3. Due to difficulties related to the COVID-19 pandemic and circumstances beyond her control, Plaintiff was unable to provide her signature for the affidavit prior to the deadline for filing her Opposition and instead consented to the filing of an unsigned version of the affidavit, advising the Court she would supplement her filing with an executed authorization as soon as possible.

4. An executed copy of Plaintiff Merrilyn Johnson's Second Affidavit in Support of her Opposition to Defendants' Motion for Summary Judgment (previously filed unsigned as ECF No. 14639-1) is attached hereto as **Exhibit A**.

Dated: <u>November 4, 2020</u>　　　　　　　　**THE DRISCOLL FIRM, LLC**

By:　*/s/ Ethan D. Hatch*
Ethan D. Hatch
C.J. Cuneo
1311 Avenida Juan Ponce de Leon
Third Floor
San Juan, PR 00907
Phone: (314) 932-3232
Fax: (314) 932-3233
ethan@jjlegal.com
cj@jjlegal.com

**THE DRISCOLL FIRM, P.C.**

John J. Driscoll
211 N. Broadway, Suite 4050
St. Louis, MO 63102
Phone: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 4, 2020, the foregoing document was electronically filed with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Ethan D. Hatch*