UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This document relates to:
1:17-cv-03337; 1:17-cv-06069; 1:18-cv-04621;
1:19-cv-03610; and 1:19-cv-5030.

## NOTICE OF NOVEMBER 20, 2020 HEARING

PLEASE TAKE NOTICE that the motions attached in Exhibit A will be heard at the

November 20, 2020 motions hearing.   Pursuant to Amended Case Management Order 18 entered

on March 24, 2020 Order (Dkt. 13121, ¶ 8.), the parties shall designate no more than two attorneys

per side to present oral argument on each motion.

Dated: November 5, 2020

1

US.129266582.05

Respectfully Submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2020, a copy of the foregoing Notice of Hearing was filed electronically.  Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


/s/ Andrea Roberts Pierson

US.129266582.05