UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
1:17-cv-03337; 1:17-cv-06069; 1:18-cv-04621; 1:19-cv-03610; and 1:19-cv-5030.

## EXHIBIT A TO
## NOTICE OF NOVEMBER 20, 2020 HEARING

1. Defendants' Motion for Judgment on the Pleadings on Statute of Repose Grounds (Nebraska) (Dkt. 14064)[1]

    - Hill, Rex (1:18-cv-04621) Counsel: Kirkendall Dwyer LLP

2. Defendants' Motion for Judgment on the Pleadings on Statute of Repose (North Carolina) (Dkt. 14066)[2]

    - Wilson, Marie (1:17-cv-03337) Counsel: Richard J. Plezia & Associates

3. Defendants' Motion for Summary Judgment (Dkt. 14242)

    - Johnson, Merrilyn V. on behalf of Johnson, Ronald D. (deceased) (1:17-cv-06069) Counsel: The Driscoll Firm, P.C.

---

[1] There are two cases subject to this motion. Both have been listed in the caption as related to the proceedings on October 28 in an effort to ensure all parties are notified of the Court's proceedings. For purposes of this Notice, however, only Hill, Rex (1:18-cv-04621) is being set for oral argument at the November 20, 2020 hearing.

[2] Only cases that remain pending and subject to motions have been listed in the caption. There were nine cases initially subject to this motion, but seven of those plaintiffs agreed to dismiss their cases by stipulation and the Court granted those stipulations: *Hackworth* (1:17-cv-02476, dismissed at Dkt. 14262), *Johnson* (1:19-cv-03248, dismissed at Dkt. 14336), *McLean* (1:17-cv-03108, dismissed at Dkt. 14264), *Rhodes* (1:17-cv-01467, dismissed at Dkt. 14337), *Vinson* (1:17-cv-02051, dismissed at Dkt. 14338), *Wells* (1:17-cv-02053, dismissed at Dkt. 14338), and *Woods* (1:19-cv-03085, dismissed at Dkt. 14409). For purposes of this Notice, however, only Wilson, Marie (1:17-cv-03337) is being set for oral argument at the November 20, 2020 hearing. One other case remains pending: *Barnes-Thomas* (1:19-cv-03610).