# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|   |   |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

9 Plaintiffs Listed in Cook's Omnibus Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee

Margaret Caylor, 1:19-cv-03850
Mary Saldana, 1:20-cv-00130
Thomas Acree, 1:18-cv-00947
Dominique Haughton, 1:19-cv-00569
Sammie Sadler, 1:19-cv-00156
Ronald Osment, 1:19-cv-02392
Keith McNeil, 1:19-cv-02890
Jeffrey Garrett, 1:19-cv-04703
Addie Burks-Henry, 1:20-cv-00330

## ORDER MAINTAINING DKT. NOS. 13820 AND 13820-4 UNDER SEAL

This matter has come before the Court on Plaintiffs' Motion to Maintain Documents Under Seal [Dkt. No. 13821] and The Cook Defendants' Brief in Support of Plaintiffs' Motion to Maintain Documents Under Seal and Motion to Reconsider. The Court, having reviewed Plaintiffs' Motion, and the Cook Defendants' Brief in Support and Motion to Reconsider, and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that **Plaintiffs' Memorandum in Support of the Response in Opposition to Defendants' Omnibus Motion for Judgment on the Pleadings**

US.130036297

**[Dkt. No. 13820] and Exhibit 4 [Dkt. No. 13820-4] thereto** are ordered to be maintained *under seal.*

   SO ORDERED this _____ day of _____, 2020.

                     _____
                      Tim A. Baker
                      United States Magistrate Judge
                      Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

US.130036297