UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) |
| _____ | ) 1:14-ml-02570-RLY-TAB |
| | ) |
| THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) |

## SCHEDULING ORDER

The status hearing set for November 12, 2020 is VACATED. A combined status and motions hearing is SET for **NOVEMBER 20, 2020 at 10:00 a.m. (Central time)** and shall be held telephonically. Leadership counsel will receive connecting information by separate notice.

**SO ORDERED** this 6th day of November 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record