# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the following matter:
*Arthur Gage*, Case No. 1:14-cv-01875

## THE COOK DEFENDANTS' SUBMISSION OF REDACTED EXHIBIT W [DKT. NO. 5749-17] TO COOK'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [DKT. NO. 5749]

In accordance with the Court's 10/22/20 Order [Dkt. 14578] and directives, the Cook Defendants respectfully submit a redacted version of Exhibit W [Dkt. No. 5749-17] to Cook's Memorandum in Support of Motion for Summary Judgment [Dkt. No. 5749]. A redacted version of Dkt. No. 5749-17 for public viewing is attached to this pleading as **Exhibit W [REDACTED].**

Dated: November 6, 2020

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

US.130060213

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020 a copy of the foregoing **THE COOK DEFENDANTS' SUBMISSION OF REDACTED EXHIBIT W [DKT. NO. 5749-17] TO COOK'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [DKT. NO. 5749]** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*

US.130060213