# EXHIBIT 6

| STATE OF INDIANA | SS: | MARION COUNTY SUPERIOR COURT |
| COUNTY OF MARION | | CAUSE NO. 49D10-2010-CT-035306 |

SANDRA MORTENSEN, an individual,

    Plaintiff,

vs.

COOK INCORPORATED; COOK MEDICAL INCORPORATED; COOK GROUP INCORPORATED; COOK MEDICAL, LLC; and WILLIAM COOK EUROPE APS,

    Defendants.

**Proof of Service**

    I hereby certify that a copy of the Summons and Plaintiff's Complaint and Jury Trial Demand Trial on were served on the Defendants Cook Incorporated, Cook Medical Incorporated, Cook Group Incorporated, and Cook Medical, LLC care of their registered agent, Corporation Service Company, at 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204 at 3:20 p.m.; and Defendant William Cook Europe APS was served on its attorney Faegre Drinker Biddle Reath LLP at 300 North Meridian Street, Suite 2500, Indianapolis, Indiana 46204 this 7th day of October, 2020.

    Respectfully Submitted,

    RILEY WILLIAMS & PIATT, LLC

    /s/ *Joseph N. Williams*
    Joseph N. Williams, Atty. No. 25874-49
    James A. Piatt, Atty. No. 28320-49
    Anne Medlin Lowe, Atty. No. 31402-49

        301 Massachusetts Avenue, Suite 300
        Indianapolis, IN 46204
        Telephone:    (317) 633-5270
        Facsimile:    (317) 426-3348
        wriley@rwp-law.com
        jwilliams@rwp-law.com
        jpiatt@rwp-law.com
        alowe@rwp-law.com

*Counsel for Plaintiff*

## Certificate of Service

      I certify that on October 7, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I also certify that on October 7, 2020 the foregoing document was served upon the following persons via IEFS:

    Andrea Roberts Pierson
    Kip S. M. McDonald
    Faegre Drinker Biddle & Reath LLP
    andrea.pierson@faegredrinker.com
    kip.mcdonald@faegredrinker.com

        /s/ *Joseph N. Williams*
        Joseph N. Williams