UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to:<br><br>1:20-cv-02603 Darlene Harris, as executor of the Estate of Darlene Williams<br>1:20-cv- 02601 Sandra J. Mortensen | |

# Order Granting Plaintiffs' Motion for Remand

This matter comes before the Court on Plaintiffs' Darlene Harris's, as the executor of the Estate of Darlene Williams, and Sandra J. Mortensen's Motion for Remand. And the Court, being duly advised, hereby grants said motion.

**It is Therefore Ordered, Adjudged, and Decreed** that the case for Plaintiff Darlene Harris as the executor of the Estate of Darlene Williams is remanded to the Superior Court of Marion County, Civil Division 11, under Cause No. 49D11-2010-CT-035234.

**It is Further Ordered, Adjudged, and Decreed** that the case for Plaintiff Sandra Mortensen is remanded to the Superior Court of Marion County, Civil Division 10, under Cause No. 49D10-2010-CT-035306.

**All of Which is Ordered** _____.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.