# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

John S. Batty 1:19-cv-01162-RLY TAB

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

Now comes Plaintiff John S. Batty by and through his surviving spouse Debra L. Batty and hereby moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Debra L. Batty as surviving spouse and anticipated representative of the Estate of John S. Batty in place of John S. Batty in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. On June 22, 2020, plaintiff John S. Batty passed away. See Death Certificate attached hereto as Exhibit "A."

2. Debra L. Batty is the surviving spouse of the deceased Plaintiff. See, *Id.* at §§ 9, 17 (listing Debra L. Batty as the surviving spouse and informant).

3. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.

4. Notice of Death was provided on August 10, 2020. See MDL Dkt 13955.

WHEREFORE, Plaintiff respectfully requests that this Court allow the substitution of Debra L. Batty as surviving spouse and anticipated representative of the Estate of John S. Batty in place of deceased Plaintiff John S. Batty

Dated: November 8, 2020

Respectfully submitted,

John S. Batty
Deceased Plaintiff

By his attorneys,
/s/ Michael E. Gallant
Michael E. Gallant (DC Bar No. 453087)
**DALIMONTE RUEB STOLLER, LLP**
1250 Connecticut Avenue NW, Suite 700
Washington, DC 20036
Tel: (202) 858-1211
Email: Michael.gallant@drlawllp.com

*Attorneys for Plaintiff John S. Batty*

## Certificate of Service

I, Michael E. Gallant, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this 8th day of November, 2020.

*/s/ Michael E. Gallant*