IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

John S. Batty 1:19-cv-01162-RLY TAB

[PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion for Substitution of Party, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Debra L. Batty, as the surviving spouse and anticipated representative of the Estate of John S. Batty, in place of the deceased Plaintiff John S. Batty in the instant case.

So ordered this \_\_\_\_ day of November, 2020.

_____

Richard L. Young, USDJ