**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-02697 | 1:20-cv-02773 |
| 1:20-cv-02698 | 1:20-cv-02776 |
| 1:20-cv-02702 | 1:20-cv-02778 |
| 1:20-cv-02720 | 1:20-cv-02780 |
| 1:20-cv-02725 | 1;20-cv-02781 |
| 1:20-cv-02726 | 1:20-cv-02783 |
| 1:20-cv-02728 | 1:20-cv-02785 |
| 1:20-cv-02752 | 1:20-cv-02789 |
| 1:20-cv-02766 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     November 10, 2020       /s/ Kip S. M. McDonald
                                                            Andrea Roberts Pierson (# 18435-49)
                                                            Kip S. M. McDonald (# 29370-49)
                                                            FAEGRE DRINKER BIDDLE & REATH LLP
                                                            300 North Meridian Street, Suite 2500
                                                            Indianapolis, Indiana 46204
                                                            Telephone: (317) 237-0300
                                                            Facsimile: (317) 237-1000
                                                            E-Mail: andrea.pierson@faegredrinker.com
                                                            E-Mail: kip.mcdonald@faegredrinker.com

US.120263840.01

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          /s/ Kip S. M. McDonald

US.120263840.01