IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL N0. 2570 |

This Document Relates to CARL CHESTER, DECEDENT

---

**SECOND AMENDED SHORT FORM COMPLAINT**

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff: **Carl Chester, Decedent**

---

1

2. Spousal Plaintiff's spouse or other party making loss of consortium claim: **Not Applicable**

3. Other Plaintiff and capacity: **Dale Chester, as personal representative of the estate of Carl Chester, deceased**

4. Plaintiffs state of residence at the time of implant: **Kentucky**

5. Plaintiffs state of residence at the time of injury: **Illinois**

6. Plaintiffs current state of residence: **Illinois**

7. District Court and Division in which venue would be proper absent direct filing:

   **United States District Court for the Southern District of Illinois**

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ **Cook Incorporated**

   ☒ **Cook Medical LLC**

   ☐ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒ **Diversity of Citizenship**

    a. **Paragraphs in Master Complaint upon which venue and jurisdiction lie:**

    **23, 24, 25, 26, 27 and 28.**

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim:

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

11. Date of Implantation as to each product: **09/02/14**

3

Cook Short Form Complaint

12. Hospital where Plaintiff was implanted: **Western Baptist Hospital, Paducah, KY**

13. Implanting Physician: **Griffin K. Bicking, D.O.**

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: **Strict Products Liability - Failure to Warn**

    ☒ Count II: **Strict Products Liability – Design Defect**

    ☒ Count III: **Negligence**

    ☒ Count IV: **Negligence Per Se**

    ☒ Count V: **Breach of Express Warranty**

    ☒ Count VI: **Breach of Implied Warranty**

    ☒ Count VII: **Violations of Applicable Indiana and __ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices**

    ☐ Count VIII: Loss of Consortium

    ☐ Count IX: Wrongful Death

    ☒ Count X: **Survival**

    ☒ Count XI: **Punitive Damages**

4

Cook Short Form Complaint

☐     Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

    **Richard J. Plezia**

16. Address and bar information for Attorney for Plaintiff(s):

    **RICHARD J. PLEZIA & ASSOCIATES**

    2909 Hillcroft Ave., Suite 575

    Houston, Texas 77057

    Texas Bar No. 16072800

           Respectfully submitted,

           */s/ Richard J. Plezia*_____

           RICHARD J. PLEZIA

           Texas Bar No. 16072800

           **RICHARD J. PLEZIA & ASSOCIATES**

           2909 Hillcroft Ave., Suite 575

           Houston, Texas 77057

           Telephone: 713-800-1151

           Facsimile: 281-602-7735

           efile@rplezialaw.com

           **Counsel for Plaintif**

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2020, a copy of the foregoing Original Short Form Petition was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<pre>                                    /s/ Richard J. Plezia_____
                                    RICHARD J. PLEZIA</pre>