UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
1:17-cv-03337; 1:17-cv-06069; 1:18-cv-04621;
1:18-cv-03564; and 1:19-cv-5030.

### EXHIBIT A TO
### AMENDED NOTICE OF NOVEMBER 20, 2020 HEARING

1. Defendants' Motion for Judgment on the Pleadings on Statute of Repose Grounds (Nebraska) (Dkt. 14064)[1]

    - Hill, Rex (1:18-cv-04621) Counsel: Kirkendall Dwyer LLP

2. Defendants' Motion for Judgment on the Pleadings on Statute of Repose (North Carolina) (Dkt. 14066)[2]

    - Wilson, Marie (1:17-cv-03337) Counsel: Richard J. Plezia & Associates

3. Defendants' Motion for Summary Judgment (Dkt. 14242)

    - Johnson, Merrilyn V. on behalf of Johnson, Ronald D. (deceased) (1:17-cv-06069) Counsel: The Driscoll Firm, P.C.

---

[1] There are two cases subject to this motion. Both have been listed in the caption as related to the proceedings on October 28 in an effort to ensure all parties are notified of the Court's proceedings. For purposes of this Notice, however, only Hill, Rex (1:18-cv-04621) is being set for oral argument at the November 20, 2020 hearing.

[2] While nine cases were originally subject to this motion, only one case remains subject to this motion as seven plaintiffs agreed to dismiss their cases – *Hackworth* (1:17-cv-02476, dismissed at Dkt. 14262), *Johnson* (1:19-cv-03248, dismissed at Dkt. 14336), *McLean* (1:17-cv-03108, dismissed at Dkt. 14264), *Rhodes* (1:17-cv-01467, dismissed at Dkt. 14337), *Vinson* (1:17-cv-02051, dismissed at Dkt. 14338), *Wells* (1:17-cv-02053, dismissed at Dkt. 14338), and *Woods* (1:19-cv-03085, dismissed at Dkt. 14409) – and Cook withdrew its motion as to the eighth case, *Barnes-Thomas* (1:19-cv-03610). As a result, only one case remains and is being set for oral argument at the November 20, 2020 hearing, *Wilson, Marie* (1:17-cv-03337).

4. Defendants' Renewed Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations from Five States (Dkt. 11725)[3]

- McCrear, Kingie L. on behalf of McCrear, Kymisha S. (deceased) (1:18-cv-03564) Counsel: THE SNAPKA LAW FIRM

---

[3] While there were originally 144 cases subject to this motion, only one case, *McCrear* (1:18-cv-03564), is being set for oral argument at the November 20, 2020 hearing.