**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions:

1:17-cv-04377; 1:18-cv-01905; 1:19-cv-02846; 1:19-cv-03513;
1:20-cv-00555; 1:20-cv-02163; 1:20-cv-02662; and 1:20-cv-06198.

_____

## MOTION TO DISMISS DUPLICATIVE FILINGS

The defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook"), respectfully request that the Court dismiss four (4) pending duplicative cases. In support of this Motion, Cook states:

1.      At present, four plaintiffs have filed more than one action pending in this MDL alleging identical claims and injuries. Specifically, the plaintiffs in the caption above have filed duplicate lawsuits in this MDL:

- naming identical defendants;
- asserting identical claims; and
- asking for identical relief.

2.      The only thing that is *not* identical between these actions are the filing dates. In each of these four cases, different attorneys have filed separate but identical complaints on behalf of the same plaintiff. Cook has attached a chart listing each plaintiff who has duplicate cases pending as **Exhibit A**, which includes the case numbers of each of those cases, and the names of the attorneys who filed each case.

3.      Before filing this motion, counsel for Cook sent emails to all counsel representing plaintiffs with duplicate actions pending to alert them that multiple actions had been filed on behalf of their clients.  (Cook's emails are attached as **Exhibit B**)  Cook requested that counsel for these plaintiffs confer with each other and dismiss one of the pending cases for each plaintiff.  Cook received a response in one case, from counsel for plaintiff *Davis*.  Counsel acknowledged receipt of Cook's communications but have not yet agreed to the dismissal of their duplicative case.

4.      The Court already addressed the issue of duplicative filings multiple times.  On August 2, 2019, Cook moved to dismiss duplicative filings [Dkt. 11498], and on September 4, 2019, recognizing the impropriety of plaintiffs maintaining multiple duplicate complaints, the Court dismissed those duplicative cases with prejudice.  (Dkts. 11709; 12595)

5.      As this Court has noted, a litigant "has no right to maintain two separate actions involving the same subject matter at the same time in the same court against the same defendant." (Young, J.) *Telamon Corporation v. Charter Oak Fire Insurance Company*, 2016 WL 67297, at *3 (S.D. Ind. 2016) (quoting *Dorsey v. Jacobson Holman PLLC*, 764 F. Supp. 2d 209, 213 (D.D.C. Cir. 2011).  A suit may be dismissed for reasons of wise judicial administration "whenever it is duplicative of a parallel action pending in another federal court." *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993).

6.      A suit is duplicative "when the claims, parties and available relief do not significantly differ between the two actions." *Serlin*, 3 F.3d at 223.  "This is all the more true where, as here, the two cases are pending before the same judge." *McCracken v. Grand Victoria Casino & Resort*, 2002 WL 31521165, at *2 (S.D. Ind. 2002).

7.      Generally, where two similar actions are filed, judicial economy allows only the first-filed case to proceed.  *See Serlin*, 3 F.3d at 223.  In *Serlin*, the same plaintiff sued the same

defendant for common law fraud (among other things) twice in the Northern District of Illinois. *Id*. 222.  The trial court held that the plaintiff's second complaint was duplicative of the plaintiff's first complaint – "identical in all material respects" – and granted the defendant's motion to dismiss.  *Id*. at 223.  The Seventh Circuit affirmed the trial court's order.  The Seventh Circuit quoted *Ridge Gold Standard Liquors v. Joseph E. Seagram* for the "chief reason" to dismiss the duplicative complaint:

> The irrationality of tolerating duplicative litigation in the federal system is all the more pronounced where, as here, two federal judges sitting on the same district court are ... devoting scarce judicial resources to the adjudication of the same charges by essentially the same plaintiffs against the same defendants.

*Serlin*, 3 F.3d at 224 (quoting *Ridge Gold Standard Liquors v. Joseph E. Seagram*, 572 F.Supp. 1210, 1213 (N.D. Ill. 1983).

8.      Here, all of these duplicate cases involve identical claims made by identical plaintiffs against identical defendants and seek identical relief in front of the same judge in the same court.

9.      For the convenience of the Court, Cook has attached a chart listing the later-filed duplicate cases as **Exhibit C**.

WHEREFORE, Cook respectfully requests that the Court dismiss the duplicate later filed-cases listed in Exhibit C, and for all other just and appropriate relief.

Dated: November 10, 2020

Respectfully Submitted,

*/s/ Kip S.M. McDonald*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com
Kip.McDonald@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2020, a copy of the foregoing Motion to Dismiss Duplicative Filings was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Kip S.M. McDonald*