**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions:

1:17-cv-04377; 1:18-cv-01905; 1:19-cv-02846; 1:19-cv-03513; 1:20-cv-00555; 1:20-cv-02163; 1:20-cv-02662; and 1:20-cv-06198.

_____

**EXHIBIT A**
**TO**
**MOTION TO DISMISS DUPLICATIVE FILINGS**

| Plaintiff | First Case No. | Counsel | Second Case No. | Counsel |
|---|---|---|---|---|
| DePedro, Gloria | 1:20-cv-00555 | Basil E. Adham JOHNSON LAW GROUP | 1:20-cv-06198 | Ben C. Martin MARTIN BAUGHMAN, PLLC |
| Paoletti, Marie | 1:19-cv-02846 | Rhett A. McSweeney MCSWEENEY/LANGEVIN | 1:19-cv-03513 | Ben C. Martin MARTIN BAUGHMAN, PLLC |
| Swaite, Robin | 1:18-cv-01905 | Willard J. Moody , Jr. MOODY LAW FIRM | 1:20-cv-02163 | Matthew R. McCarley FEARS NACHAWATI, PLLC |
| Brenda Davis | 1:17-cv-04377 | Joseph A. Osborne OSBORNE & ASSOCIATES LAW FIRM PA | 1:20-cv-02662 | John T. Kirtley , III FERRER POIROT & WANSBROUGH |

US.130072286.01