# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB  
PRODUCTS LIABILITY LITIGATION      MDL No. 2570

_____

This Document Relates to the Following Actions:

1:17-cv-04377; 1:18-cv-01905; 1:19-cv-02846; 1:19-cv-03513; 1:20-cv-00555; 1:20-cv-02163; 1:20-cv-02662; and 1:20-cv-06198.

_____

**<u>EXHIBIT B</u>**  
**<u>TO</u>**  
**<u>MOTION TO DISMISS DUPLICATIVE FILINGS</u>**

## Angelino, Blake A.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Wednesday, October 28, 2020 11:08 AM |
| **To:** | 'josborne@realtoughlawyers.com'; John Kirtley; Maria Olvera; ivcfiling@lawyerworks.com |
| **Cc:** | McDonald, Kip S.M.; Hagan, Krisann; Danner, Michelle R. |
| **Subject:** | Cook Filter MDL | Duplicate Filing on Behalf of Brenda Davis |

Good morning,

It appears a second, duplicate complaint has been filed on behalf of plaintiff Brenda Davis. The first case number is 1:17-cv-04377 (represented by Joseph Osborne of Osborne & Francis) and the second case number is 1:20-cv-02662 (represented by John Kirtley of Ferrer Poirot & Wansbrough). Will you please dismiss the second-filed complaint or let me know if I am missing something here? We will be moving to dismiss the later-filed complaint if we cannot sort this one out.

Thanks in advance for your help on this,
Blake

**Blake A. Angelino** | blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP

*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients*.

# Angelino, Blake A.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Tuesday, October 13, 2020 12:20 PM |
| **To:** | Ben Martin; Tom Arbon; paul@drlawllp.com; IVC@johnsonlawgroup.com; Basil Adham |
| **Cc:** | McDonald, Kip S.M.; Danner, Michelle R.; Angelino, Blake A. |
| **Subject:** | Cook Filter MDL | Duplicate Complaints on Behalf of DePedro, Gloria (1:20-cv-00555 and 1:20-cv-06198) |

Good afternoon,

I am writing to let you know about two complaints filed on behalf of your client DePedro, Gloria.  The case numbers are 1:20-cv-00555, filed first by Basil E. Adham of JOHNSON LAW GROUP , and 1:20-cv-06198, filed second by Ben C. Martin and Paul Stroller of MARTIN BAUGHMAN, PLLC.  I have CC'ed all counsel on the dockets.

Please sort this out regarding who represents this client and dismiss the remaining complaint.  We will be moving to dismiss the duplicate complaints Monday of next week - October 19th.

Kindest regards,

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP
*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

## Angelino, Blake A.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Tuesday, October 13, 2020 12:20 PM |
| **To:** | Cc:; Ben Martin; Tom Arbon |
| **Cc:** | McDonald, Kip S.M.; Danner, Michelle R.; Angelino, Blake A. |
| **Subject:** | Cook Filter MDL | Duplicate Complaints on Behalf of Paoletti, Marie (1:19-cv-02846 and 1:19-cv-03513) |

Good afternoon,

I am writing to let you know about two complaints filed on behalf of your client Paoletti, Marie.  The case numbers are 1:19-cv-02846, filed first by Rhett A. McSweeney  of MCSWEENEY/LANGEVIN , and 1:19-cv-03513, filed second by Ben C. Martin of MARTIN BAUGHMAN, PLLC .  I have CC'ed all counsel on the dockets.

Please sort this out regarding who represents this client and dismiss the remaining complaint.  We will be moving to dismiss the duplicate complaints Monday of next week - October 19th.

Quarantined regards,

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP
*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*

# Angelino, Blake A.

| | |
|---|---|
| **From:** | Angelino, Blake A. |
| **Sent:** | Tuesday, October 13, 2020 12:19 PM |
| **To:** | will@moodyrrlaw.com; mccarley@fnlawfirm.com; Arati Furness |
| **Cc:** | McDonald, Kip S.M.; Danner, Michelle R.; Angelino, Blake A. |
| **Subject:** | Cook Filter MDL | Duplicate Complaints on Behalf of Swaite, Robin (1:18-cv-01905 and 1:20-cv-02163) |

Good afternoon,

I am writing to let you know about two complaints filed on behalf of your client Swaite, Robin.  The case numbers are 1:18-cv-01905, filed first by Willard J. Moody , Jr. of MOODY LAW FIRM , and 1:20-cv-02163, filed second by Arati Chauhan Furness and Matthew R. McCarley of FEARS NACHAWATI, PLLC .  I have CC'ed all counsel on the dockets.

Please sort this out regarding who represents this client and dismiss the remaining complaint.  We will be moving to dismiss the duplicate complaints Monday of next week - October 19th.

Best regards,

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath** LLP
*Admitted to Practice in Ohio; Illinois*

Welcome to **Faegre Drinker Biddle & Reath LLP (Faegre Drinker)** - a new firm comprising the former Faegre Baker Daniels and Drinker Biddle & Reath. Our email addresses have changed with mine noted in the signature block. All phone and fax numbers remain the same. As a top 50 firm that draws on shared values and cultures, our new firm is *designed for clients.*