# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions:

1:17-cv-04377; 1:18-cv-01905; 1:19-cv-02846; 1:19-cv-03513;
1:20-cv-00555; 1:20-cv-02163; 1:20-cv-02662; and 1:20-cv-06198.

_____

## EXHIBIT C
## TO
## MOTION TO DISMISS DUPLICATIVE FILINGS

| Plaintiff | Second Case No. | Counsel |
|---|---|---|
| Paoletti, Marie | 1:19-cv-03513 | Ben C. Martin<br>MARTIN BAUGHMAN, PLLC |
| Swaite, Robin | 1:20-cv-02163 | Matthew R. McCarley<br>FEARS NACHAWATI, PLLC |
| Brenda Davis | 1:20-cv-02662 | John T. Kirtley, III<br>FERRER POIROT & WANSBROUGH |
| DePedro, Gloria | 1:20-cv-06198 | Ben C. Martin<br>MARTIN BAUGHMAN, PLLC |

US.130072378.01