IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>**Motion for Leave to Amend Complaint** |
| This Document Relates to Plaintiff:<br><br>Michael Roberto,<br><br>    Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>    Defendants. | This Document Relates to Case:<br><br>1:20-cv-06258-RLY-TAB |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Michael Roberto respectfully moves this Court for an Order to amend his complaint initially filed on October 14, 2020 in the Middle District of Florida in order to comply with Case Management Order 6 ("CMO 6," Doc. no. 12910) which requires a short form complaint to be served within 30 days of a case's transfer into this MDL.

1. On October 14, 2020, Plaintiff filed his initial complaint in the United States District Court for the Middle District of Florida.

2. On October 15, 2020, the Hon. Susan C. Bucklew issued an order directing Plaintiff on or before October 23, 2020 to remedy deficiencies found in his initial complaint.

3. On October 22, 2020, Plaintiff amended his complaint as a matter of course to comply with the Middle District of Florida's earlier order.

4. On October 29, 2020, the Judicial Panel for Multidistrict Litigation issued a transfer order transferring Plaintiff's case from the Middle District of Florida to the Southern District of Indiana.

5. Both Plaintiff's initial filing on October 14, 2020 and amended filing on October 22, 2020 related to the filing of long form complaints. Plaintiff has yet to file a Short Form Complaint with any court and is therefore unable to serve Defendants with original process or through the procedures outlined in CMO 6 which provides that "Plaintiffs who have not already served Defendants with the Short Form Complaint through original process shall have thirty (30) days after the date a case is docketed in this MDL to serve the Short Form Complaint via e-mail." (Doc. no. 12910).

Based on the foregoing, Plaintiff respectfully moves this Court to grant Plaintiff's motion for leave to amend his Complaint in order to comply with CMO 6 and enter the attached Amended Short Form Complaint.

Date: November 10, 2020

                                      Respectfully submitted,

                                      **JOHNSON LAW GROUP**

                                      /s/ Basil Adham
                                      Basil Adham, (TX Bar No.24081742)
                                      2925 Richmond Ave, Suite 1700
                                      Houston, TX 77098
                                      Telephone: (713) 626-9336
                                      Facsimile: (713) 583-9460
                                      E-mail: ivc@johnsonlawgroup.com
                                      ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

  I hereby certify that on this 10th day of November, 2020 I electronically transmitted the foregoing Motion for Leave to  to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                 /s/ Basil Adham