AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| Patti Holmberg | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. | ) |
| *Defendant* | ) This document relates to case no. 1:20-cv-06256-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patti Holmberg                                                                                                    .

Date:  11/11/2020                                           /s/Basil E. Adham
                                                                      *Attorney's signature*

                                                            Basil E. Adham TX Bar No. 24081742
                                                                 *Printed name and bar number*

                                                                      Johnson Law Group
                                                              2925 Richmond Ave, Suite 1700
                                                                     Houston, TX 77098
                                                                            *Address*

                                                                 IVC@johnsonlawgroup.com
                                                                        *E-mail address*

                                                                        (713) 626-9336
                                                                      *Telephone number*

                                                                        (713) 626-3394
                                                                         *FAX number*