IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS       Case No: 1:20-cv-06256-RLY-TAB
MARKETING, SALES PRACTICES AND                      MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Documents Relates to Plaintiff(s):
PATTI HOLMBERG_____

Civil Case No. 1:20-cv-06256-RLY-TAB

**UNOPPOSED MOTION TO WITHDRAW COUNSEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes PATTI HOLMBERG, Plaintiff, requesting permission to withdraw counsel, and for such would show the Court as follows:

1. Plaintiff Patti Holmberg is currently represented in this action by Tobias L. Millrood with Pogust Millrood and Basil E. Adham with the Johnson Law Group. Plaintiff seeks an Order from the Court withdrawing Tobias L. Millrood with Pogust Millrood as her counsel in this matter.

2. Plaintiff has approved the withdrawal.

3. This withdrawal is not requested for purposes of delay and will not prejudice any party.

WHEREFORE, Plaintiff prays that this Honorable Court GRANT Plaintiff's Motion to Withdraw Counsel, removing Tobias L. Millrood with Pogust Millrood as counsel for plaintiff in this action.

                                                   Respectfully Submitted,

/s/Basil Adham_____
Basil E. Adham, TX Bar No. 2408172
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: IVC@johnsonlawgroup.com
Attorney for Plaintiff

/s/Tobias L. Millrood_____
Tobias L. Millrood, PA Bar NO. 77764
Pogust Millrood, LLC
161 Washington Street, Suite 940
Conshohocken, PA 19428
Telephone: (610) 941-4204
Fax: (610) 941-4245
Withdrawing Attorney of Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Basil Adham_____