IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:20-cv-06256-RLY-TAB<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
PATTI HOLMBERG_____

Civil Case No. 1:20-cv-06256-RLY-TAB

## ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR PLAINTIFF

CAME ON to be heard Tobias L. Millrood and Pogust Millrood' Motion for Withdrawal of Counsel for Plaintiff Patti Holmberg, and the Court is of the opinion that same is meritorious and should be granted; it is, therefore,

ORDERED that Tobias L. Millrood and Pogust Millrood are withdrawn as attorney of record for Plaintiff Patti Holmberg and are relieved of the duties and responsibility of counsel for Plaintiff Patti Holmberg effective immediately.

Date: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana