IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

BRENDA DAVIS, Plaintiff

Civil Case# 1:20-cv-2662-RLY-TAB

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, BRENDA DAVIS and DEFENDANTS, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS, file this Stipulation of Dismissal With Prejudice, because:

This action was filed on October 13, 2020. Unbeknownst to Plaintiff's counsel in this specific cause, BRENDA DAVIS is represented by another law firm, Osborne & Francis, who filed another action in this MDL, Cause no. 1:17-cv-04377, November 27, 2017, prior to this action being filed.

Accordingly, the parties agree to dismiss all of Plaintiff, BRENDA DAVIS's, claims, in this specific cause, No. 1:20-cv-2662-RLY-TAB, only, **with prejudice**, but **without prejudice** as to any claims BRENDA DAVIS may have against any and all Defendants in Cause No. 1:17-cv-04377, filed in this MDL. Costs of Court shall be taxed against the party incurring same.

Date: November 11, 2020

Respectfully submitted,

/s/ John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412 - Phone
(214) 526-6026 Fax
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
*Attorney-in-charge for Plaintiff,
BRENDA DAVIS*

/s/ Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: Kip.McDonald@FaegreDrinker.com

*Counsel for Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS*