IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC.,<br>IVC FILTERS MARKING,<br>SALES PRACTICED AND<br>PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-02570-RLY-TAB<br><br>MDL No: 2570 |

This Document Relates to Plaintiff(s):

Susan Randall, et al

Civil Case # 1:16-cv-02607, et al

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Stephanie Marie Herrmann respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the claimants listed in Exhibit A, claimants in In Re: Cook Medical Inc., MDL No. 2570. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): Southern District of Florida, 10/19/2016; Northern District of Florida, 5/31/2017.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. Per Docket #3309, payment of the administrative fees typically required to process this motion for admission *pro hac vice* have been waived.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of the cases listed in Exhibit A and any other cases movant files as part of In Re: Cook Medical, Inc.

Dated: 11/12/2020.

Respectfully submitted,

_____
Stephanie Marie Herrmann
520 W Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
E: smh@fenstersheib.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the court using the CM/ECF system on this 12th day of November, 2020, which will send notification of the same to all counsel of record.

_____
Stephanie Marie Herrmann
520 W Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
E: smh@fenstersheib.com