```
                                    EXHIBIT A
```

| | | |
|---|---|---|
| 1:16-cv-02607 | Susan | Randall |
| 1:17-cv-03200 | Tangee | Courtney |
| 1:18-cv-0022 | Dustin | DeCann, et al |
| 1:18-cv-01566 | Angela | Green |
| 1:18-cv-01748 | Travis | Lopez |
| 1:18-cv-01751 | Jennifer | Lopez |
| 1:18-cv-01753 | Steven | Job |
| 1:18-cv-01935 | Roy | Dukes |
| 1:18-cv-03423 | John | Beckham |
| 1:18-cv-03779 | Baltazar | Ortiz |
| 1:19-cv-00125 | Shaneeka | Branche |
| 1:19-cv-00127 | Margaret | Thompson |
| 1:19-cv-00130 | Roberta | Dalrymple |
| 1:19-cv-00131 | Richard | Williams |
| 1:19-cv-00704 | Brian | Cudnik, et al |
| 1:20-cv-00990 | Roxie | Arrington |
| 1:20-cv-00992 | Donn | Davis |
| 1:20-cv-00994 | Natasha | Decker |
| 1:20-cv-00995 | Kevin | Horn |
| 1:20-cv-00996 | Debra | Leubner |
| 1:20-cv-01004 | Jacqueline | Francis |
| 1:20-cv-01005 | Larry | Kussmaul |
| 1:20-cv-01006 | Joetta | Ramsey |
| 1:20-cv-01007 | Daniel | Robke |
| 1:20-cv-01009 | Randall | Burroughs |
| 1:20-cv-01012 | Sarah | Coreas, et al |
| 1:20-cv-01773 | Frankie | Favors |
| 1:20-cv-01774 | Piotr | Lech |
| 1:20-cv-01775 | Carol | Linn |
| 1:20-cv-01776 | Patrick | McCabe |
| 1:20-cv-01777 | Janice | Miller |
| 1:20-cv-01779 | Harold | Orozco |
| 1:20-cv-01780 | Peter | Rathje |
| 1:20-cv-01781 | Tracey | Sanders |
| 1:20-cv-01782 | Randall | Vyvyan |
| 1:20-cv-01783 | Cary | Shiel |