IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., <br> IVC FILTERS MARKING, <br> SALES PRACTICED AND <br> PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-02570-RLY-TAB <br><br> MDL No: 2570 |

This Document Relates to Plaintiff(s):

Susan Randall, et al

Civil Case # 1:16-cv-02607, et al

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Stephanie Marie Herrmann**, counsel for **Plaintiffs**, for leave to appear and participate *pro hac vice* in the cases listed in Exhibit A and any other cases movant files as part of In Re: Cook Medical, Inc. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Stephanie Marie Herrmann**
**Fenstersheib Law Group, P.A.**
**520 W Hallandale Beach Blvd., Hallandale, FL 33009**
**(954) 456-2488**
**(954) 212-2757**
**smh@fenstersheib.com**

Dated: _____                    _____
                                        [Name of Judge]
                                        United States District Court
                                        Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF