IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:17-cv-01327- RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Joseph Keith Anders

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above captioned Plaintiffs.

| | |
|---|---|
| Dated: November 13, 2020 | */s/ Michael E. Gallant*<br>Michael E. Gallant (DC Bar No. 453087)<br>DALIMONTE RUEB STOLLER, LLP<br>1250 Connecticut Avenue NW, Suite 700<br>Washington, DC 20036<br>Tel: (202) 858-1211<br>michael.gallant@drlawllp.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Michael E. Gallant

US.120263840.01