IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Daphne S. Hunter;
1:20-cv-01329

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

COMES NOW, **PEYTON P. MURPHY of MURPHY LAW FIRM, LLC and TODD C. COMEAUX of TODD C. COMEAUX, LLC** as counsel for the Plaintiff, **Daphne S. Hunter** ("Plaintiff,") and moves this Honorable Court to withdraw as attorney of record for the Plaintiff, and in support thereof would show:

1. This Motion is filed in good faith, for the reason set forth herein and for no other reason.

2. The Plaintiff has failed to cooperate with Murphy Law Firm which has impeded counsel's ability to properly, fairly, and adequately represent Plaintiff.

3. Plaintiff's contact information is as follows:

    Daphne S. Hunter
    425 North Boyers Avenue
    Gallatin, TN 37066
    Client Telephone: (615) 829-3194

4. Upon filing of this motion, the undersigned will mail Plaintiff a copy of this Motion, with attachments, including a copy of the Complaint, Plaintiff's Profile Sheet and the most recent

Court Order by certified mail, return receipt requested as set forth in the correspondence attached hereto.

5. Plaintiff's attorneys seek an Order permitting them to withdraw as counsel for Plaintiff as provided in the attached proposed order.

WHEREFORE, Counsel respectfully moves this Honorable Court to enter an Order granting the Motion to Withdraw as Counsel for the Plaintiff and to grant the Plaintiff twenty-eight (28) days from the date of the Order to secure substitute counsel, or if applicable to proceed *Pro Se*, and to stay all other action and deadlines in the interim.

MURPHY LAW FIRM, LLC

*/s/ Peyton P. Murphy*
PEYTON P. MURPHY (LA # 22125)
Murphy Law Firm, LLC
2354 South Acadian Thruway
Baton Rouge, LA  70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: Peyton@MurphyLawFirm.com

TODD C. COMEAUX (LA # 23453)
Todd C. Comeaux, LLC
2354 South Acadian Thruway
Suite C
Baton Rouge, LA  70808
Telephone: (225) 706-9000
Fascimile: (25) 706-9001
Email: TC@comeauxlawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November, 2020, I electronically filed the foregoing *MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF* using the CM/ECF System, which will automatically send email notifications of such filing to all attorneys of record, and that I have served a copy of this motion together with Complaint, Plaintiff's Profile Sheet and the most recent court order on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed.

*/s/ Peyton P. Murphy*
Peyton P. Murphy

Daphne S. Hunter
425 North Boyers Avenue
Gallatin, TN 37066
Client Telephone: (615) 829-3194