# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Daphne S. Hunter;
1:20-cv-01329

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

This matter having come before this Honorable Court upon Plaintiff's Attorneys Peyton P. Murphy of Murphy Law Firm, LLC and Todd C. Comeaux of Todd C. Comeaux, LLC's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 1:20-cv-01329, entitled Daphne S. Hunter vs Cook Medical, Inc., et al. and the Court being otherwise fully advised in the premises:

NOW, THEREFORE;

IT IS HEREBY ORDERED that Peyton P. Murphy and Todd C. Comeaux's motion to Withdraw as Counsel for Plaintiff in the matter of Case 1:20-cv-01329 be and is hereby granted.

IT IS HEREBY FURTHER ORDERED that Peyton P. Murphy and Todd C. Comeaux shall serve a copy of this Order upon Plaintiff, via certified mail return receipt requested, within fourteen (14) days of the date of this order.

IT IS HEREBY FURTHER ORDERED that Plaintiff, Daphne S. Hunter, is granted a period of twenty-eight (28) days from the date of this order with which to secure new counsel. Should Plaintiff failure to secure new counsel within the twenty-eight (28) day period allotted herein, the Court may administratively dismiss Plaintiff's Complaint.

This is not a final order and does not close the case.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana