UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., | Case No. 1:14-ml-2570-RLY-TAB |
| IVC FILTERS MARKETING, SALES PRACTICES<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2570 |

This Document Relates to Plaintiff:
  Brenda Davis - Case No. 1:20-cv-02662

**RESPONSE - PLAINTIFF BRENDA DAVIS - TO DEFENDANTS' MOTION TO DISMISS DUPLICATIVE FILINGS**

Plaintiff, and her attorneys, Ferrer, Poirot & Wansbough (FPW), counsel in Case No. 1:20-cv-02662 (the second-filed case) responds that, Defendants' Motion to Dismiss Duplicate Filings (Doc. 14776) should be denied because:

1. Defendants' Motion is moot, as the parties have agreed to a stipulation of dismissal (MDL Doc. No. 14785).

2. Accordingly, Plaintiff respectfully requests that the proposed Order, attached with this Response, be entered by the Court.

WHEREFORE, Plaintiff, Brenda Davis, prays that the Court deny Defendants' Motion as moot and enter an Order dismissing, with prejudice, Plaintiff's second-filed case, No. 1:20-cv-02662 and **without** prejudice as to Plaintiff's first-filed case, No. 1:17-cv-04377, and each party bear their own costs.

Respectfully submitted on November 13, 2020.

1

/s/ John T. Kirtley, III
John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/John T. Kirtley, III
John T. Kirtley, III