UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to the Following Actions:<br><br>**Clark**, Thomas and Karen M. – 1:16-cv-02642<br>**Drew**, Lorin – 1:20-cv-01183<br>**Harris**, Darlene, as Executor of the Estate of Darlene **Williams** – 1:20-cv-02603<br>**Johnson**, Jahmel and Shauntae – 1:20-cv-01187<br>**Lachenmayr**, Carolyn Greenwood and Walter F. – 1:17-cv-00347<br>**Mortensen**, Sandra – 1:20-cv-02601<br>**Olsen**, Betty J. – 1:19-cv-01602<br>**Payne**, Bobbie and William T. Jr., – 1:16-cv-01801<br>**Ratliff**, Reginald – 1:20-cv-01184<br>**Silva**, Graciano and Gloria – 1:17-cv-01685 | **Notice of Change of Attorney Information** |

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | James A. Piatt | James A. Piatt |
| **Law Firm, Company, and/or Agency:** | Riley Williams & Piatt, LLC | Williams & Piatt, LLC |
| **Address:** | 301 Massachusetts Avenue<br>Indianapolis, IN 46204 | 301 Massachusetts Avenue<br>Suite 300<br>Indianapolis, IN 46204 |
| **Primary E-mail:** | jpiatt@rwp-law.com | james@williamspiatt.com |

| **Secondary E-mail(s):** | eamos@rwp-law.com, mllewellyn@rwp-law.com | mary@williamspiatt.com |
|---|---|---|
| **Telephone Number:** | (317) 633-5270 | (317) 633-5270 |
| **Facsimile:** | (317) 426-3348 | (317) 426-3348 |

Date:  November 13, 2020    /s/ *James A. Piatt*
James A. Piatt (#28320-49)
WILLIAMS & PIATT, LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
(317) 633-5270
Fax:  (317) 426-3348
james@williamspiatt.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James A. Piatt*
James A. Piatt