UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to: Leroy Palmer, 1:18-cv-02272 Andrea Sons, 1:18-cv-03422 Valerie Cortez, 1:20-cv-00896 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**FINAL JUDGMENT**

Today, the court granted the Cook Defendants'[1] Motion for Judgment on the Pleadings. Accordingly, judgment is entered in favor of the Cook Defendants and against the Plaintiffs herein, Leroy Palmer, Andrea Sons, and Valerie Cortez.

**SO ORDERED** this 13th day of November 2020.

Roger Sharpe, Clerk
United States District Court

_____

By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS

1

Distributed Electronically to Registered Counsel of Record.