IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Shawn Tate

Civil Case: 1:20-cv-06193

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of plaintiff set forth in the above referenced matter.

Respectfully Submitted,

Dated: 11/13/2020

*/s/Paul L. Stoller*
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Rd., Suite 500
Phoenix, Arizona 85016
Telephone: (602) 888-2807
Facsimile: (855) 203-2035
paul@drlawllp.com
***Lead Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system we will send notification of such filing to all participants registered to receive service in this MDL.

*/s/ Paul L. Stoller*
Paul L. Stoller