IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Marquita Copeland

Civil Case:  1:20-cv-06216

# NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of plaintiff set forth in the above referenced matter.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated:  11/13/2020 | */s/Paul L. Stoller*<br>Paul L. Stoller<br>(Admitted Pro Hac Vice, AZ Bar No. 016773)<br>**DALIMONTE RUEB STOLLER, LLP**<br>2425 E. Camelback Rd., Suite 500<br>Phoenix, Arizona  85016<br>Telephone: (602) 888-2807<br>Facsimile: (855) 203-2035<br>paul@drlawllp.com<br>***Lead Counsel for Plaintiffs*** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system we will send notification of such filing to all participants registered to receive service in this MDL.

*/s/ Paul L. Stoller*
Paul L. Stoller