UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

OLLIE KINCAID
1:20-cv-06158

**PLAINTIFF'S MOTION FOR RECONSIDERATON OF THE COURT'S ORDER ON THE COOK DEFENDANTS' NOTICE OF NONCOMPLIANCE PURSUANT TO FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4: (PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCAL)**

Plaintiff Ollie Kincaid ("Plaintiff"), by and through her counsel of record, respectfully files this Motion for Reconsideration on the Court's Order on the Cook Defendants' Notice of Noncompliance Pursuant to Fourth Amended Case Management Order No. 4: (Party Profile, Fact Sheet and Case Categorization Protocol), under the Federal Rules of Civil Procedure 59(e) and 60(b), and respectfully requests the Court to reconsider its order dismissing Plaintiff's case [Documents Nos. 14551 and 14]. Plaintiff asks the Court to grant this Motion and reinstate her case in MDL No. 2750 for the reasons set forth herein. In support of this Motion, the Plaintiff states:

1) Ms. Kincaid is 71 years-old and was implanted with a Cook Gunther Tulip IVC filter in North Carolina, on March 23, 2014.

2) Plaintiff filed her Complaint in the United States District Court Western District of North Carolina on May 15, 2020.

1

3) Plaintiff's case was transferred to the Cook Multidistrict Litigation (MDL) No. 2570 on June 10, 2020.

4) Plaintiff filed her Amended Short Form Complaint ("Amended SFC") on August 6, 2020.

5) Plaintiff's counsel made initial contact with Ms. Kincaid regarding the completion of her Plaintiff Profile Sheet (PPS) after the filing of her Amended SFC.

6) Plaintiff's counsel soon after lost contact with Ms. Kincaid. It was later learned that Ms. Kincaid had become ill and had been in the hospital.

7) Defendants' filed their Notice of Noncompliance Pursuant to Fourth Amended Case Management Order No. 4: (Party Profile, Fact Sheet and Case Categorization Protocol) [Document No. 14422] on September 25, 2020.

8) The Court entered its Order on the Cook Defendants' Notice of Noncompliance Pursuant to Fourth Amended Case Management Order No. 4: (Party Profile, Fact Sheet and Case Categorization Protocol) [Document 14551], on October 19, 2020, dismissing Plaintiff's case for failure to produce a PPS.

9) Plaintiff's counsel was ultimately able to contact Ms. Kincaid, prepare and serve her PPS on Defendants on November 15, 2020.[1]

10) In the present case, there has been no delay in the overall judicial proceedings as a result of Plaintiff's failure to timely serve her PPS. The Bellwether selection process is well underway and proceeding. Ms. Kincaid's case is not set for trial and has not been included in the Bellwether selection process. Granting reinstatement would neither delay the progress of the MDL, nor would it prejudice the Defendants.

---

[1] Exhibit A, E-mail serving Plaintiff's PPS on Defendants, dated November 15, 2020.

11) There is no prejudice to Defendants. Plaintiff's failed to timely serve a form that provided a summary of information of her case. Defendants are now in possession of that information. As such, there is no prejudice to Defendants.

12) Plaintiff acted in good faith. The failure to timely serve the PPS was inadvertent and primarily due to Ms. Kincaid's period of ill health, including a hospital stay, and not an act by Plaintiff of bad faith.

13) When balancing harm to the parties, the potential dismissal of Plaintiff's claims far outweighs any possible prejudice caused to the defendants by the delay in receipt of the PPS in this specific case.

WHEREFORE, based on the forgoing, Plaintiff respectfully moves this Court to vacate its order granting dismissal and reinstate her case in MDL No. 2570.

**Respectfully submitted,**

Dated: November 16, 2020

/s/ Ben C. Martin
Ben C. Martin, Bar No. 13052400
**Martin Baughman, PLLC**
3141 Hood Street, Suite 600
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@martinbaughman.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin
