# EXHIBIT A

## Jon Pappas

| | |
|---|---|
| **From:** | jpappas@martinbaughman.com |
| **Sent:** | Sunday, November 15, 2020 1:31 PM |
| **To:** | CookFilterMDL@faegredrinker.com |
| **Subject:** | EXTERNALCookFilterMDL - Ollie Kincaid - Service of Plaintiff Profile Sheet |

[CAUTION: This email originated from outside the Martin Baughman email environment.]

**You have received 1 secure file from jpappas@martinbaughman.com.**
Use the secure link below to download.

For service, find attached the Plaintiff Profile Sheet (PPS) for Ollie Kincaid, Case No. 1:20-cv-06158.

Thanks,

Jon Pappas

**Secure File Downloads:**
Available until: **21 November 2020**

Click link to download:

**PPS_Kincaid, Ollie_(FINAL).pdf**
8.84 MB

You have received attachment link(s) within this email sent via FaegreDrinker Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion