# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

John S. Batty 1:19-cv-01162-RLY TAB

## ORDER

Upon consideration of the Plaintiff's Motion for Substitution of Party [Filing No. 14742], it is so ordered that said motion is GRANTED. The Clerk of the Court is directed to substitute Debra L. Batty, as the surviving spouse and anticipated representative of the Estate of John S. Batty, in place of the deceased Plaintiff John S. Batty in the instant case.

SO ORDERED.

Date: 11/16/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.