IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No: 1:20-cv-06256-RLY-TAB
MDL No. 2570

This Documents Relates to Plaintiff(s):
PATTI HOLMBERG_____

Civil Case No. 1:20-cv-06256-RLY-TAB

## ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR PLAINTIFF

COMES NOW to be heard Tobias L. Millrood and Pogust Millrood' Motion for Withdrawal of Counsel for Plaintiff Patti Holmberg (Filing No. 14782), and the Court is of the opinion that same is meritorious and should be granted; it is, therefore,

IT IS THEREFORE ORDERED that Tobias L. Millrood and Pogust Millrood are withdrawn as attorney of record for Plaintiff Patti Holmberg and are relieved of the duties and responsibility of counsel for Plaintiff Patti Holmberg effective immediately.  Basil E. Adham with the Johnson Law Group will continue representing the Plaintiff in this matter.

Date: 11/16/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.