IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKING, SALES PRACTICED AND PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-02570-RLY-TAB<br><br>MDL No: 2570 |

This Document Relates to Plaintiff(s):

Susan Randall, et al

Civil Case # 1:16-cv-02607, et al

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Stephanie Marie Herrmann**, counsel for **Plaintiffs**, for leave to appear and participate *pro hac vice* (Filing No. 14788) in the cases listed in Exhibit A. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
**Stephanie Marie Herrmann**
**Fenstersheib Law Group, P.A.**
**520 W Hallandale Beach Blvd., Hallandale, FL 33009**
**(954) 456-2488**
**(954) 212-2757**
**smh@fenstersheib.com**

Date: 11/16/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.

EXHIBIT A

| | | |
|---|---|---|
| 1:16-cv-02607 | Susan | Randall |
| 1:17-cv-03200 | Tangee | Courtney |
| 1:18-cv-0022 | Dustin | DeCann, et al |
| 1:18-cv-01566 | Angela | Green |
| 1:18-cv-01748 | Travis | Lopez |
| 1:18-cv-01751 | Jennifer | Lopez |
| 1:18-cv-01753 | Steven | Job |
| 1:18-cv-01935 | Roy | Dukes |
| 1:18-cv-03423 | John | Beckham |
| 1:18-cv-03779 | Baltazar | Ortiz |
| 1:19-cv-00125 | Shaneeka | Branche |
| 1:19-cv-00127 | Margaret | Thompson |
| 1:19-cv-00130 | Roberta | Dalrymple |
| 1:19-cv-00131 | Richard | Williams |
| 1:19-cv-00704 | Brian | Cudnik, et al |
| 1:20-cv-00990 | Roxie | Arrington |
| 1:20-cv-00992 | Donn | Davis |
| 1:20-cv-00994 | Natasha | Decker |
| 1:20-cv-00995 | Kevin | Horn |
| 1:20-cv-00996 | Debra | Leubner |
| 1:20-cv-01004 | Jacqueline | Francis |
| 1:20-cv-01005 | Larry | Kussmaul |
| 1:20-cv-01006 | Joetta | Ramsey |
| 1:20-cv-01007 | Daniel | Robke |
| 1:20-cv-01009 | Randall | Burroughs |
| 1:20-cv-01012 | Sarah | Coreas, et al |
| 1:20-cv-01773 | Frankie | Favors |
| 1:20-cv-01774 | Piotr | Lech |
| 1:20-cv-01775 | Carol | Linn |
| 1:20-cv-01776 | Patrick | McCabe |
| 1:20-cv-01777 | Janice | Miller |
| 1:20-cv-01779 | Harold | Orozco |
| 1:20-cv-01780 | Peter | Rathje |
| 1:20-cv-01781 | Tracey | Sanders |
| 1:20-cv-01782 | Randall | Vyvyan |
| 1:20-cv-01783 | Cary | Shiel |