# EXHIBIT A

# CITY OF GRAPEVINE

**TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS**
Jun 26 2020

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER 142-20-102111**

| Field | Value |
|---|---|
| 1. LEGAL NAME OF DECEASED | JOHN SIGURD BATTY |
| 2. DATE OF DEATH - ACTUAL OR PRESUMED | JUNE 22, 2020 |
| 3. SEX | MALE |
| 4. DATE OF BIRTH | [redacted] 1952 |
| 5. AGE-Last Birthday | 67 |
| 6. BIRTHPLACE | TORRANCE, CA |
| 7. SOCIAL SECURITY NUMBER | [redacted]4795 |
| 8. MARITAL STATUS AT TIME OF DEATH | ☒ Married |
| 9. SURVIVING SPOUSE'S NAME (Before Marriage) | DEBRA LEE THOMPSON |
| 10a. RESIDENCE STREET ADDRESS | 13029 SIERRA VIEW DRIVE |
| 10c. CITY OR TOWN | FORT WORTH |
| 10d. COUNTY | TARRANT |
| 10e. STATE | TEXAS |
| 10f. ZIP CODE | 76244 |
| 10g. INSIDE CITY LIMITS? | ☒ Yes |
| 11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | LAURENCE AYLERD BATTY |
| 12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE | JULIETTE SYLVIA BRENDEN |
| 13. PLACE OF DEATH | ☒ Inpatient |
| 14. COUNTY OF DEATH | TARRANT |
| 15. CITY/TOWN, ZIP | GRAPEVINE, 76051 |
| 16. FACILITY NAME | BAYLOR SCOTT & WHITE MEDICAL CENTER - GRAPEVINE |
| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | DEBRA LEE BATTY - SPOUSE |
| 18. MAILING ADDRESS OF INFORMANT | 13029 SIERRA VIEW DRIVE, FORT WORTH, TX 76244 |
| 19. METHOD OF DISPOSITION | ☒ Cremation |
| 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR | NICOLE M. OGDEN, BY ELECTRONIC SIGNATURE - 118016 |
| 21. Section/Block/Lot/Space | ☒ Unknown |
| 22. PLACE OF DISPOSITION | NORTH TEXAS CREMATION SERVICES |
| 23. LOCATION | FORT WORTH, TX |
| 24. NAME OF FUNERAL FACILITY | LUCAS KELLER FUNERAL HOME |
| 25. COMPLETE ADDRESS OF FUNERAL FACILITY | 1601 S. MAIN ST, KELLER, TX 76248 |
| 26. CERTIFIER | ☒ Certifying physician |
| 27. SIGNATURE OF CERTIFIER | GENE VELEY, BY ELECTRONIC SIGNATURE |
| 28. DATE CERTIFIED | JUNE 25, 2020 |
| 29. LICENSE NUMBER | P3093 |
| 30. TIME OF DEATH | 02:55 PM |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER | GENE VELEY 12221 MERIT DRIVE, SUITE 1500, DALLAS, TX 75251 |
| 32. TITLE OF CERTIFIER | MD |

**33. PART 1. CHAIN OF EVENTS**

| | Cause | Approximate interval Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | INTRACRANIAL HEMORRHAGE | HOURS |
| b. | LIVER CIRRHOSIS | DAYS |
| c. | | |
| d. | | |

| Field | Value |
|---|---|
| 34. WAS AN AUTOPSY PERFORMED? | ☒ No |
| 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 36. MANNER OF DEATH | ☒ Natural |
| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | ☒ No |
| 42a. REGISTRAR FILE NO. | 15000319 |
| 42b. DATE RECEIVED BY LOCAL REGISTRAR | JUNE 26, 2020 |
| 42c. REGISTRAR | REGISTRAR - CITY OF GRAPEVINE, ELECTRONICALLY FILED |
| EDR NUMBER | 000044444754319 |

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

**ISSUED** JUL- 9 '20 AM11:58

Tara Brooks
Local Registrar



WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE