IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    1:20-cv-01329-RLY-TAB    Hunter

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference at 2:30 p.m. on December 1, 2020, before Magistrate Judge Tim A. Baker. All parties shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. Plaintiff shall personally participate in this conference by calling Chambers at 317.229.3660. The purpose of this conference is to address Plaintiff's counsel (Peyton P. Murphy and Todd C. Comeaux) motion to withdraw as counsel of record [Filing No. 14799].

Date: 11/16/2020

                                            Tim A. Baker
                                            United States Magistrate Judge
                                            Southern District of Indiana

Distribution to all registered counsel of record
via ECF and to the following via U.S. Mail:

Daphne S. Hunter
425 North Boyers Avenue
Gallatin, TN 37066