**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

De Leonard, Shirley and Richard, 1:17-cv-02679
Hicks, Linda F. and Charles, 1:19-cv-02356
Marshall, Edwin Jr., 1:19-cv-02528
Steward, Desean L., 1:18-cv-01479

**MOTION FOR JUDGMENT ON THE PLEADINGS IN 4 PENDING CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM**

The Cook Defendants[1] move to dismiss pursuant to Fed. R. Civ. P. 12(c) pending Category 2 cases because their claims fail as a matter of law for the reasons set forth in the accompanying memorandum of law. These cases are listed in filing order in the caption above and the case categorization forms submitted for these cases are attached as **Group Exhibit A**.

The Cook Defendants' respectfully request the Court dismiss the Category 2 cases listed above. The Cook Defendants' request that dismissal be with prejudice as to all claims, injuries, complications, and outcomes alleged in Plaintiffs' short-form complaints, PPS forms, and Categorization Forms to date. With respect to re-filing in the event of a future injury, the Court should allow re-filing only in the Southern District of Indiana within the applicable statute of limitations period. Specifically, the Court should order the following:

> These plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of

---

[1] The defendants are Cook Incorporated, Cook Medical LLC (*f/k/a* Cook Medical Incorporated), and William Cook Europe ApS and are referred to collectively herein as "Cook" or the "Cook Defendants."

limitations after that injury occurs. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. No Plaintiff . . . , however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

(Dkt. 10632-1)

Respectfully submitted,

Dated: November 16, 2020

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (#26259-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204-1750
Telephone:     (317) 237-0300
Facsimile:     (317) 237-1000
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett (# 22869-02)
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802-2322
Telephone:     (260) 424-8000
Facsimile:     (260) 460-1700
Stephen.Bennett@FaegreDrinker.com

*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, a copy of the foregoing MOTION FOR JUDGMENT ON THE PLEADINGS IN 4 PENDING CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*

US.130159420.01