IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

This Document Relates to Plaintiff(s)

Kenneth Morgan, et al.

Civil Case #          1:19 CV 06103 RLY TAB

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   **Kenneth Morgan**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   **Mary Sue Morgan**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   **N/A**

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   **Maryland**

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

1

**Maryland**

6. Plaintiff's/Deceased Party's current state of residence:

**Maryland**

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the District of Maryland, Northern Division

8. Defendants (Check Defendants against whom Complaint is made):

    ☒    COOK INCORPORATED

    ☒    COOK MEDICAL LLC

    ☒    WILLIAM COOK EUROPE APS

9. Basis of Jurisdiction:

    ☒    Diversity of Citizenship

    ☐    Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

**23**

    b.  Other allegations of jurisdiction and venue:

**N/A**

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

    ☐    Günther Tulip® Vena Cava Filter

    ☐    Cook Celect® Vena Cava Filter

    ☐    Gunther Tulip Mreye

    XX    Cook Celect Platinum *[AMENDED FROM PRIOR SHORT FORM COMPLAINT]*

☐       Other:  Cook Celect® Filter Set Femoral and Jugular Approach

11. Date of Implantation as to each product:

**May 4, 2015 [*AMENDED FROM ORIGINAL SHORT FORM COMPLAINT*]**

12. Hospital(s) where Plaintiff was implanted (including City and State):

**Peninsula Regional Medical Center, Salisbury, Maryland**

13. Implanting Physician(s):

**David T. Nizza, M.D.**

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒     Count I:      Strict Products Liability – Failure to Warn

    ☒     Count II:     Strict Products Liability – Design Defect

    ☒     Count III:    Negligence

    ☒     Count IV     Negligence Per Se

    ☒     Count V:     Breach of Express Warranty

    ☒     Count VI:    Breach of Implied Warranty

    ☒     Count VII:   Violations of Applicable _____ and Indiana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐     Count VIII:  Loss of Consortium

    ☐     Count IX:    Wrongful Death

    ☐     Count X:     Survival

    ☒     Count XI:    Punitive Damages

    ☐     Other:       _____ (please state the facts supporting this Count in the space, immediately below)

□  Other:  _____ (please state the facts supporting

this Count in the space, immediately below)

15. Attorney for Plaintiff:

**Ryan S. Perlin**

16. Address and bar information for Attorney for Plaintiff(s):

**Suite 450, 300 W. Pratt Street, Baltimore, Maryland 21201**

Respectfully submitted,

*/s/ E. Dale Adkins, III*

_____
E. Dale Adkins, III (Bar No. 01425)
adkins@bmalawfirm.com

*/s/ Ryan S. Perlin*

_____
Ryan S. Perlin (Bar No. 20840)
perlin@bmalawfirm.com

*/s/ Gregory G. Hopper*

_____
Gregory G. Hopper (Bar No. 26150)
hopper@bmalawfirm.com

BEKMAN, MARDER AND ADKINS, LLC
300 West Pratt Street, Suite 450
Baltimore, Maryland 21201
410-539-6633
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 16, 2020, a copy of the foregoing was filed electronically and notice of  the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


*/s/ Ryan S. Perlin*

_____

Ryan S. Perlin (Bar No. 20840)
perlin@bmalawfirm.com