

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By Laura Townsend
Deputy Clerk

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**FILED**
11/17/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| Stephens v. Cook Medical Incorporated, et al., N.D. Alabama, C.A. No. 5:20-01257 | MDL No. 2570 |

1:20-cv-6274-RLY-TAB

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE DECEMBER 3, 2020, HEARING SESSION ORDER**

A conditional transfer order was filed in the above-listed action (*Stephens*) on September 10, 2020. Prior to expiration of that order's 7-day stay of transmittal, defendant Huntsville Hospital Associated and plaintiff in *Stephens* filed notices of opposition to the proposed transfer. The parties later filed motions and briefs to vacate the conditional transfer order. The Panel has now been advised that defendant Huntsville Hospital Associated is no longer a party to this action and that plaintiff has withdrawn her opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-102" filed on September 10, 2020, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of Indiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Richard L. Young.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 22, 2020, are VACATED insofar as they relate to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel