# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH KEITH ANDERS,<br><br>        Plaintiff,<br><br>v.<br><br>IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALESPRACTICES AND PRODUCT LIABILITY LITIGATION,<br><br>        Defendants. | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Plaintiff Joseph Keith Anders respectfully requests this Court permit the withdrawal of Jeffrey A. Bowersox of the law firm Bowersox Law Firm, P.C., located in Lake Oswego, Oregon, as counsel for Plaintiff. In support of this motion, Plaintiff states as follows:

1. Plaintiff originally filed the above-captioned case directly in the *In Re: Cook IVC Filters Products Liability Litigation,* MDL 2570 (the "Cook MDL"), in the United States District Court for the Southern District of Indiana ("MDL Court"), pursuant to a direct filing order in that court. Dalimonte Rueb Stoller, LLP was and will remain lead counsel for Plaintiff in this action.

2. Plaintiff respectfully requests that the Court enter an order granting this motion and granting Jeffrey A. Bowersox and Bowersox Law Firm, P.C. leave to withdraw as counsel for Plaintiff in this case.

DATED this 17th day of November, 2020

                                                  **By: Bowersox Law Firm, P.C.**
                                                */s/ Jeffrey A. Bowersox*
                                                Jeffrey A. Bowersox, OSB No. 81442
                                                **Bowersox Law Firm, P.C.**
                                                3 Centerpointe Drive, Suite 190 Lake Oswego, OR 97035 Telephone: (503) 452-5858
                                                Facsimile: (503) 345-6893
                                                Jeffrey@bowersoxlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Jeffrey A. Bowersox*
*Jeffrey A. Bowersox*
