IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH KEITH ANDERS<br><br>Plaintiff,<br><br>vs.<br><br>C R BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendant(s). | CASE NO.   1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This matter comes before the court on Plaintiff's Motion for Leave to Withdraw as Counsel filed on behalf of Joseph A. Bowersox and the Court, having considered the motion, hereby determines that it should be **GRANTED**. It is therefore **ORDERED** that Jeffrey A. Bowersox is granted leave to withdraw as counsel.

**SO ORDERED** this date_____

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana