IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br>Johanna Figueroa<br>Case No. 1:17-cv-04103 | |

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: November 17, 2020

*/s/ Benjamin A. Bertram*
Benjamin A. Bertram, Esq.
Bertram & Graf, L.L.C.
2345 Grand Boulevard, Suite 1925
Kansas City, Missouri  64108
Telephone:  (816) 523-2205
Facsimile:  (816) 523-8258
Email: benbertram@bertramgraf.com

***Attorney for Plaintiff***

*/s/ Jessica Benson Cox*
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: jessica.cox@faegredrinker.com

***Attorney for Defendants***

US.130147871.01

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

          */s/ Jessica Benson Cox*
          Jessica Benson Cox

US.130147871.01