# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-02850 | 1:20-cv-02881 |
| 1:20-cv-02853 | 1:20-cv-02882 |
| 1:20-cv-02854 | 1:20-cv-02883 |
| 1:20-cv-02856 | 1:20-cv-02884 |
| 1:20-cv-02858 | 1:20-cv-02890 |
| 1:20-cv-02860 | 1:20-cv-06249 |
| 1:20-cv-02863 | 1:20-cv-06251 |
| 1:20-cv-02867 | 1:20-cv-06252 |
| 1:20-cv-02870 | 1:20-cv-06255 |
| 1:20-cv-02873 | 1:20-cv-06258 |
| 1:20-cv-02874 | 1:20-cv-06263 |
| 1:20-cv-02876 | 1:20-cv-06264 |
| 1:20-cv-02877 | 1:20-cv-06265 |
| 1:20-cv-02879 | 1:20-cv-06268 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   November 18, 2020

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204

US.120263840.01

Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01