IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Joseph Anders, 1:17-cv-01327-RLY-TAB

### ORDER ON MOTION TO WITHDRAW ATTORNEY APPEARANCE

Plaintiffs' Motion to Withdraw Attorney Appearance of Jeffrey A. Bowersox (Dkt. 14856) of the law firm Bowersox Law Firm, P.C. is GRANTED.  Michael E. Gallant of the law firm Dalimonte Rueb Stoller, LLP  will remain lead counsel for Plaintiff in this action.

IT IS THEREFORE, ORDERED that Jeffrey A. Bowersox is hereby withdrawn as counsel of record in this action.

Date: 11/18/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.