# UNITED STATES DISTRICT COURT
Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   )
)
)
)  See Attached Sheet
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | John J. Driscoll | John J. Driscoll |
| **Law Firm, Company, and/or Agency:** | The Driscoll Firm, P.C. | The Driscoll Firm, LLC |
| **Address:** | 211 N. Broadway, Suite 4050<br>St. Louis, MO 63102 | 1311 Avenida Juan Ponce de Leon, 6th Floor<br>San Juan, PR 00907 |
| **Primary E-mail:** | john@thedriscollfirm.com | john@jjlegal.com |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | (314) 932-3232 | (618) 444-6049 |
| **Facsimile:** | (314) 932-3233 | (314) 932-3233 |

Date: 11/18/2020            s/ John J. Driscoll

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

**NOTICE OF CHANGE OF**
**ATTORNEY INFORMATION**

|  |  |
|---|---|
| | ) *In Re: Cook Medical, Inc., IVC Filters* |
| | ) *Marketing, Sales Practices and Products* |
| | ) *Liability Litigation* |
| | ) 1:14-ml-2570-RLY-TAB |
| | ) |
| | ) *Trombetta, et al. v. Cook Group, Inc., et al.* |
| | ) 1:16-cv-06040-RLY-TAB |
| | ) |
| | ) *Bourgade v. Cook Inc., et al.* |
| | ) 1:17-cv-00895-RLY-TAB |
| | ) |
| | ) *Barma v. Cook Inc., et al.* |
| | ) 1:17-cv-02207-RLY-TAB |
| | ) |
| | ) *Bechtold v. Cook Inc., et al.* |
| | ) 1:17-cv-03002-RLY-TAB |
| Pending Case Numbers: | ) |
| | ) *Iglewski v. Cook Inc., et al.* |
| | ) 1:17-cv-03003-RLY-TAB |
| | ) |
| | ) *Herrera v. Cook Inc., et al* |
| | ) 1:17-cv-03021-RLY-TAB |
| | ) |
| | ) *Clark, et al. v. Cook Group, Inc., et al.* |
| | ) 1:17-cv-06069-RLY-TAB |
| | ) |
| | ) *Fernandez v. Cook Inc., et al.* |
| | ) 1:18-CV-01200-RLY-TAB |
| | ) |
| | ) *Hessler v. Cook Inc., et al.* |
| | ) 1:19-cv-01043-RLY-TAB |
| | ) |
| | ) *Pittman v. Cook Inc., et al.* |
| | ) 1:19-cv-01070-RLY-TAB |