IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

JAMES C. LANG SR.

Civil Case # 1:19-cv-2796

**STATEMENT NOTING DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff informs this Honorable Court and the Parties of the recent death of Plaintiff James C. Lang, Sr., which occurred on October 9, 2019. The claim is not extinguished by Plaintiff's death.

DATED this 18th day of November 2020.

/s/Paul L. Stoller
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER LLP**
2425 East Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: 602-888-2807
Facsimile: 855-203-2035
paul@drlawllp.com

*Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on <u>November 18, 2020</u> a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                              <u>*/s/Paul L. Stoller*</u>