**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

9 Plaintiffs Listed in Cook's Omnibus Motion
for Judgment on the Pleadings Based on Statute
of Repose in Texas and Tennessee

Margaret Caylor, 1:19-cv-03850
Mary Saldana, 1:20-cv-00130
Thomas Acree, 1:18-cv-00947
Dominique Haughton, 1:19-cv-00569
Sammie Sadler, 1:19-cv-00156
Ronald Osment, 1:19-cv-02392
Keith McNeil, 1:19-cv-02890
Jeffrey Garrett, 1:19-cv-04703
Addie Burks-Henry, 1:20-cv-00330

This brief was filed in response to the Court's order [14576] denying a motion to seal, which directed the Clerk to unseal exhibits in 21 days absent a motion to reconsider, appeal, or further court order. Cook's brief is not a motion to reconsider, nor is it an appeal. Moreover, it is untimely. Any relief it may seek is therefore denied.

Tim A. Baker
U.S. Magistrate Judge
11/18/20

---

**THE COOK DEFENDANTS' BRIEF IN SUPPORT OF**
**PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS**
**UNDER SEAL [DKT. NO. 13821] AND MOTION TO RECONSIDER**

## I.     INTRODUCTION

On July 18, 2020, Plaintiffs filed their Memorandum in Support of the Response in

Opposition to Defendants' Omnibus Motion for Judgment on the Pleadings [Dkt. No. 13820].

Plaintiffs submitted as a supporting exhibit a document designated as "Company Confidential"

by the Cook Defendants[1], pursuant to Case Management Order #8 (Stipulated Protective Order

on Confidential Information).     Specifically, Plaintiffs submitted as an exhibit to their

---

[1]   The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook").