IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
Mary L. Espinosa
Case No. 1:17-cv-03865

> APPROVED. Case is dismissed with prejudice.
> Dated: 11/18/2020
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 15, 2020

*/s/ Mark D. Samson*
Mark D. Samson, Esq.
Keller Rohrback LLP
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 230-6323
Facsimile: (602) 248-2822
Email: msamson@kellerrohrback.com

**Attorney for Plaintiff**

*/s/ Jessica Benson Cox*
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: jessica.cox@faegredrinker.com

**Attorney for Defendants**