IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

PAMELA BABIN

Civil Case # 1:17-cv-02718

## ORDER ON PLAINTIFF'S MOTION TO DISMISS

**THIS MATTER** having come before the Court upon Plaintiff's Motion to Dismiss pursuant to Fed. R. Civ. P. 41 (a)(2), and for good cause shown,

IT IS HEREBY on this _____ day of _____, 2020

ORDERED that Plaintiff's voluntary Motion to Dismiss is granted with prejudice, and each side is to bear its own costs and attorney fees.  Nothing in this Order is to be construed to adjudicate Plaintiff's rights to file in the future claims that arise out of injuries that have not yet accrued, but may accrue, as a result of conduct or defect related to Defendants' Tulip filter for which Defendants may become liable.

**IT IS SO ORDERED.**

By: _____
        JUDGE