IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
Michelle Halstead Individually and
as Representative of the Estate of
Marlene Cutrone
Case No. 1:16-cv-02824

> APPROVED. Case is dismissed with prejudice.
> Dated: 11/18/2020
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own costs.

Dated: October 8, 2020

/s/ Gregory N. McEwen
Gregory N. McEwen, Esq.
McEwen Law Firm Ltd.
5850 Blackshire Path
Inver Grove Heights, Minnesota  55076
Telephone:  (651) 224-3833
Facsimile:  (651) 223-5790
Email: gmcewen@mcewenlaw.com

**Attorney for Plaintiff**

/s/ Jessica Benson Cox
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: jessica.cox@faegredrinker.com

**Attorney for Defendant**