> GRANTED. Case is dismissed with prejudice.
> Dated: 11/18/20
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Gynith Dupus (Estate of)<br>Case No. 1:18-cv-02405 | |

### STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own costs.

Dated: October 9, 2020

| | |
|---|---|
| /s/ David L. Rosenband | /s/ Jessica Benson Cox |
| David L. Rosenband, Esq. | Jessica Benson Cox, Esq. |
| Weitz & Luxenberg, P.C. | Faegre Drinker Biddle & Reath LLP |
| 700 Broadway | 300 North Meridian Street, Suite 2500 |
| New York, New York  10003 | Indianapolis, Indiana  46204 |
| Telephone:  (212) 558-5500 | Telephone:  (317) 237-0300 |
| Facsimile:  (646) 293-7470 | Facsimile:  (317) 237-1000 |
| Email:drosenband@weitzlux.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |