IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

CARL DURHEIM, III and PAULINE DURHEIM, Plaintiff

Civil Case# 1:19-cv-04408-RLY-TAB

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court has considered the Parties' Stipulation of Dismissal With Prejudice.  Doc.14528.

**IT IS ORDERED** that the parties' Stipulation of Dismissal (Doc. 14528) is **granted.**

This case, CARL DURHEIM, III et al. v. Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS, No.  1:19-cv-04408-RLY-TAB, is hereby dismissed with prejudice, but without prejudice as to any claims CARL DURHEIM may have against any and all Defendants in Cause no. 1:17-cv-04719, filed in this MDL.

    Costs of Court shall be taxed against the party incurring same.

Dated this 18th day of November, 2020.

*[signature]*
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record