IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDITH CROPPER, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:20-cv-02752 |
| | ) |
| vs. | ) |
| | ) |
| C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Judith Cropper.

Respectfully submitted this 19th day of November, 2020.

                                                    */s/ David M. Langevin*
                                                   Rhett A. McSweeney, #269542
                                                   David M. Langevin, #329563
                                                   McSweeney/Langevin
                                                   2116 Second Avenue South
                                                   Minneapolis, MN 55404
                                                   Phone: (612) 542-4646
                                                   Fax: (612) 454-2678
                                                   dave@westrikeback.com
                                                   ram@westrikeback.com
                                                   **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 19, 2020

                         /s/ David M. Langevin
                         David M. Langevin