IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>JUDITH CROPPER<br>Civil Case #1:20-cv-02752 | |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Plaintiff Judith Cropper and files this motion to substitute her surviving next of kin, Ashley Cropper, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Judith Cropper filed the present action in the United States District Court of the Southern District of Indiana on October 22, 2020.

2. Plaintiff Judith Cropper died on May 28, 2020.

3. On November 19, 2020, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 9.   Plaintiff's counsel recently learned of the death of Ms. Cropper after filing the lawsuit and contacting her daughter.

4. Ashley Cropper, daughter of Judith Cropper, is the proper party plaintiff to substitute for Plaintiff-decedent Judith Cropper and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by

any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Ashley Cropper as the proper party plaintiff in this action.

Respectfully submitted this 19th day of November, 2020.

> */s/ David M. Langevin*
> Rhett A. McSweeney, #269542
> David M. Langevin, #329563
> McSweeney/Langevin
> 2116 Second Avenue South
> Minneapolis, MN 55404
> Phone: (612) 542-4646
> Fax: (612) 454-2678
> dave@westrikeback.com
> ram@westrikeback.com
> **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 19, 2020

*/s/ David M. Langevin*
David M. Langevin