IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES          Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Ralph J. Napolitano and Mary Ann Napolitano

Civil Case #: 1:18-cv-02310-RLY-TAB_____

**NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE**

COME NOW Plaintiffs, Ralph J. Napolitano and Mary Ann Napolitano, by and through

the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-

Barred Cases ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with

prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC,

and William Cook Europe APS in this particular Civil Action No. 1:18-cv-02310-RLY-TAB

filed on July 27, 2018. In accordance with CMO 28, each side will bear its own costs and

attorney's fees.

Date: November 19, 2020.                    Respectfully submitted,

                                            **JAMES, VERNON & WEEKS, P.A.**

                                            /s/ Wes S. Larsen
                                            Wes S. Larsen (Idaho Bar No. 9134)
                                            1626 Lincoln Way
                                            Coeur d'Alene, ID 83814
                                            Ph: (208) 667-0683
                                            Fax: (208) 664-1684
                                            wes@jvwlaw.net
                                            ***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November, 2020, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Wes S. Larsen