AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| EDUARDO CORVERA | ) |
| *Plaintiff* | ) |
| v. | ) |
| COOK INCORPORATED, et al. | ) |
| *Defendant* | ) |

Case No.    1:14-ml-2570-RLY-TAB

This document relates to case no.  1:20-cv-06250-RLY-TAB

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eduardo Corvera                                                                                            .

Date:      11/20/2020

/s/Basil E. Adham
*Attorney's signature*

Basil E. Adham TX Bar No. 24081742
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098

*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*

| Print | Save As... | Reset |
|---|---|---|