# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

De Leonard, Shirley and Richard, 1:17-cv-02679
Hicks, Linda F. and Charles, 1:19-cv-02356
Marshall, Edwin Jr., 1:19-cv-02528
Steward, Desean L., 1:18-cv-01479

## ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL GROUP EXHIBIT A TO MOTION FOR JUDGMENT ON THE PLEADINGS IN 4 PENDING CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal **Group Exhibit A [Dkt. No. 14849]** to the Cook Defendants' Motion for Judgment on the Pleadings in 4 Pending Category 2 Cases for Failure to State a Claim [Dkt. No. 14847].

The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Group Exhibit A [Dkt. No. 14849]** to the Cook Defendants' Motion for Judgment on the Pleadings in 4 Pending Category 2 Cases for Failure to State a Claim [Dkt. No. 14847] **is ordered to be maintained** *under seal.*

SO ORDERED this ____ day of _____, 2020.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

US.130188021