UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:19-cv-02450; 1:20-cv-02560; 1:20-cv-02594;
1:20-cv-02603; 1:20-cv-06186; 1:20-cv-06237

**NOTICE OF NONCOMPLIANCE PURSUANT TO
FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4:
*(PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL)*** 

PLEASE TAKE NOTICE that the Plaintiffs identified herein have not submitted a Case Categorization Form or Plaintiff Profile Sheet as required by Fourth Amended Case Management Order No. 4 (Dkt. 13046) ("CMO No. 4"), and have been notified by Defendants of this noncompliance as required by CMO No. 4:

1. Plaintiffs Subject to Dismissal for Lack of Service of Case Categorization Form (CCF):

| Case Name | Cause Number | Plaintiff Counsel Firm Name | CCF Due Date | Deficiency Notice |
|---|---|---|---|---|
| Perez, Linda | 1:20-cv-02560 | MARTIN BAUGHMAN, PLLC | 11/2/2020 | 11/13/2020 |
| Carter, Jody | 1:20-cv-02594 | MARTIN BAUGHMAN, PLLC | 11/5/2020 | 11/13/2020 |
| Williams, Darlene [ESTATE] | 1:20-cv-02603 | DALIMONTE RUEB LAW GROUP, LLP | 11/6/2020 | 11/12/2020 |
| Davis, David | 1:20-cv-06186 | MARTIN BAUGHMAN, PLLC | 10/21/2020 | 11/13/2020 |
| Hayslip, Stephen | 1:20-cv-06237 | MARTIN BAUGHMAN, PLLC | 11/2/2020 | 11/13/2020 |

Plaintiffs Subject to Dismissal for Lack of Service of Plaintiff Profile Sheet (PPS):

| Case Name | Cause Number | Plaintiff Counsel Firm Name | PPS Due Date | Deficiency Notice |
|---|---|---|---|---|
| Lee, Barbara | 1:19-cv-02450 | KIRKENDALL DWYER LLP | 11/6/2020 | 10/8/2020 |
| Carter, Jody | 1:20-cv-02594 | MARTIN BAUGHMAN, PLLC | 11/5/2020 | 11/9/2020 |
| Hayslip, Stephen | 1:20-cv-06237 | MARTIN BAUGHMAN, PLLC | 11/2/2020 | 11/9/2020 |

As outlined by CMO No. 4, the Plaintiffs above should not file a response to Defendants' Notice of Noncompliance, but are directed to submit their required PPS or CCF to Defendants at CookFilterMDL@FaegreDrinker.com within fourteen (14) days of the date this Notice of Noncompliance is filed. (CMO No. 4, ¶ 3).

Defendants will notify the Court, if any Plaintiff listed above fails to cure their deficiencies within fourteen (14) days, to effectuate the dismissal by the Court pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's Order. *Id.*

Dated: November 20, 2020

        Respectfully Submitted,

        /s/Kip S.M. McDonald
        Andrea Roberts Pierson
        Jessica Benson Cox
        Kip S.M. McDonald
        FAEGRE DRINKER BIDDLE & REATH LLP
        300 North Meridian Street, Suite 2500
        Indianapolis, Indiana 46204
        Telephone: (317) 237-0300
        Andrea.Pierson@Faegredrinker.com
        Jessica.Cox@Faegredrinker.com
        Kip.McDonald@Faegredrinker.com

US.130052680.01

        James Stephen Bennett
        FAEGRE DRINKER BIDDLE & REATH LLP
        110 W. Berry Street, Suite 2400
        Fort Wayne, Indiana 46802
        Telephone: (260) 424-8000
        Stephen.Bennett@Faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

US.130052680.01

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, a copy of the foregoing Notice of Noncompliance was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Kip S.M. McDonald