UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | |
| _____ | ) | 1:14-ml-02570-RLY-TAB |
| | ) | MDL No. 2570 |
| This Document Relates to: All Actions | ) ) ) | |
| _____ | ) | |

**ORDER ON THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO STRIKE**

The Plaintiffs' Steering Committee's ("PSC") Motion to Strike the Cook

Defendants' Motion for Partial Dismissal or Summary Judgment on Claim of Fraudulent

Concealment (Filing No. 13793) is **DENIED**.  As discussed at the status conference

today, the briefing schedule will be as follows:  the PSC's Response is due on **January 7,**

**2021**, and the Cook Defendants' Reply is due on **January 21, 2021**.

**SO ORDERED** this 23rd day of November 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1