UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB |

**Entry from Status Conference held November 20, 2020**

**Before the Hon. Richard L. Young, Judge**

The parties appear by telephone for the status conference set this date. Plaintiffs appear by Joe Williams, Ben Martin and Mike Heaviside; Defendants appear by Andrea Pierson, Jessica Cox, Steve Bennett, Nick Alford and Eldin Hasic.

Agenda items were discussed.

The following dates are reserved for the monthly Motions and Status hearing:

> **DECEMBER 22, 2020 at 10:00 a.m.**
> **JANUARY 28, 2021 at 10:00 a.m.**
> **FEBRUARY 18, 2021 at 10:00 a.m.**
> **MARCH 18, 2021 at 10:00 a.m.**
> **APRIL 15, 2021 at 10:00 a.m.**
> **MAY 20, 2021 at 10:00 a.m.**

Said hearings will be held either by video or telephone. A determination will be made on method no later than 3 days prior to each hearing date.

Any further orders shall issue by separate order.

Distributed Electronically to Registered Counsel of Record