UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ This Document Relates to: *Rex Hill* 1:18-cv-04021-RLY-TAB, *Marie Wilson* 1:17-cv-3337-RLY-TAB and *Merriylin Johnson* 1:17-cv-6069-RLY-TAB | 1:14-ml-02570-RLY-TAB |

**Entry from Motions Hearing held November 20, 2020**

**Before the Hon. Richard L. Young, Judge**

The parties appear telephonically for the motions hearing set this date. Plaintiff Hill appears by Erin Wood. Plaintiff Wilson appears by Richard Plezia. Plaintiff Johnson appears by Ethan Hatch; Defendants appear by Andrea Pierson, Jessica Cox, Steve Bennett, Eldin Hasic and Nick Alford. PSC counsel Joe Williams, Ben Martin and Mike Heaviside also appear by telephone.

Argument by the parties regarding pending motions was heard in each case.

Any rulings shall issue by separate order.

Distributed Electronically to Registered Counsel of Record