UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |

This Document Relates Only to the Following Case:

1:18-cv-03566-RLY-TAB Earl Clay

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants for the device at issue shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: November 23, 2020

| | |
|---|---|
| /s/ Kathryn Snapka | /s/ Jessica Benson Cox |
| Kathryn Snapka, Esq. | Jessica Benson Cox, Esq. |
| The Snapka Law Firm | Faegre Drinker Biddle & Reath LLP |
| P.O. Box 23017 | 300 North Meridian Street, Suite 2500 |
| 606 North Carancahua Street, Suite 1511 | Indianapolis, Indiana 46204 |
| Corpus Christi, Texas 78403 | Telephone: (317) 237-0300 |
| Telephone: (361) 808-4215 | Email: jessica.cox@faegredrinker.com |
| Email: ksnapka@snapkalaw.com | |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kathryn Snapka
Kathryn Snapka