IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Plaintiff Mario Sanchez<br>1:20-cv-00035-RLY-TAB | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Mario Sanchez, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-referenced action as to defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:20-cv-00025-RLY-TAB filed on January 3, 2020. In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

DATED: November 23, 2020

Respectfully submitted,

/s/ Taylor W. Williams

Taylor W. Williams, UT Bar No. 17348
**Driggs, Bills & Day, PC**
737 E. Winchester St.
Salt Lake City, UT 84106
(T): 801-308-9179
(F): 801-752-0607
twilliams@advocates.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

/s/ Taylor W. Williams, UT Bar No. 17348