## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>• Brandon, Ralph,1:18-cv-02053<br>• Sides, Laurie, 1:17-cv-03916<br>• Ward, Lisa, 1:17-cv-03918<br>• Terry, Lydia, 1:17-cv-04752 | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2570 |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Plaintiffs Ralph Brandon, Laurie Sides, Lisa Ward and Lydia Terry appeal to the United States Court of Appeals for the Seventh Circuit from the opinion and order and judgment of the U.S. District Court for the Southern District of Indiana that was entered on November 12, 2020 and that denied Plaintiff's Motion to Reconsider the District Court's July 19, 2019 Order.

Dated: November 23, 2020

                                                                By:  /s/ Nicholas R. Farnolo
                                                                 Nicholas R. Farnolo
                                                                 400 Broadhollow Road
                                                                 Melville, NY 11747
                                                                 (212) 397-1000
                                                                 Nfarnolo@NapoliLaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION
_____

1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to:

1:17-cv-00685; 1:17-cv-03143;
1:17-cv-03910; 1:17-cv-03912;
1:17-cv-03916; 1:17-cv-03918;
1:17-cv-04752; 1:18-cv-00053;
1:18-cv-00793; 1:18-cv-02053;
1:19-cv-00648; 1:19-cv-00860;
1:19-cv-00955; 1:19-cv-01034;
1:19-cv-01036; 1:19-cv-01118;
1:19-cv-01145; 1:19-cv-01178;
1:19-cv-01209; 1:19-cv-01224;
1:19-cv-01270; 1:19-cv-01288;
1:19-cv-01323; 1:19-cv-01338;
1:19-cv-01378; 1:19-cv-01381;
1:19-cv-01417; 1:19-cv-01500;
1:19-cv-01508; 1:19-cv-01510;
1:19-cv-01512; 1:19-cv-01519;
1:19-cv-01526; 1:19-cv-01527.

**ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS**
**(Filing No. 11227)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order ("CMO") No. 4, the Cook Defendants' Motion to Dismiss (Filing No.

11227) is **GRANTED in part** and **DENIED in part**.  In the cases listed below, Plaintiffs failed to submit a Plaintiff Profile Form as required by CMO No. 4:

| | | |
|---|---|---|
| 1. | Coleman, Rita Lynn | 1:17-cv-00685 |
| 2. | Figures, Rhonda J. | 1:17-cv-03143 |
| 3. | Baker, Patricia | 1:17-cv-03910 |
| 4. | Bouchard, Michelle and Gary | 1:17-cv-03912 |
| 5. | Sides, Laurie | 1:17-cv-03916 |
| 6. | Ward, Lisa | 1:17-cv-03918 |
| 7. | Terry, Lydia and Allen | 1:17-cv-04752 |
| 8. | Glenberg, Charles and Helen | 1:18-cv-00053 |
| 9. | Hakim, Alfred | 1:18-cv-00793 |
| 10. | Brandon, Ralph | 1:18-cv-02053 |
| 11. | Stephens, Danny | 1:19-cv-00955 |
| 12. | Madison, Angela | 1:19-cv-01034 |
| 13. | Gulley, Desi | 1:19-cv-01118 |
| 14. | Giorgianni, Anthony | 1:19-cv-01178 |
| 15. | Nelson, James | 1:19-cv-01209 |
| 16. | Kosarik, Thomas | 1:19-cv-01224 |
| 17. | Bales, Joe Jr. | 1:19-cv-01270 |
| 18. | Hahner, Brett | 1:19-cv-01288 |
| 19. | Tursi, Leonard and Anthony Sr. | 1:19-cv-01338 |
| 20. | Riggs, Debra [Estate] | 1:19-cv-01417 |

| | | |
|---|---|---|
| 21. | Bledsoe, Betty | 1:19-cv-01500 |
| 22. | Dennis, Zachary | 1:19-cv-01512 |
| 23. | Dillon, LaShonda | 1:19-cv-01519 |
| 24. | Dunkleberg, Donald | 1:19-cv-01526 |

Accordingly, the Motion is **GRANTED** with respect to these Plaintiffs. All parties shall bear their own costs and fees.

In the cases listed below, the Plaintiffs did file a PPF. Accordingly, the Motion is **DENIED** with respect to the following cases:

| | | |
|---|---|---|
| 1. | Banks, Carolyn | 1:19-cv-00648 |
| 2. | Smith, John | 1:19-cv-01323 |
| 3. | Yeates, Tymer | 1:19-cv-01381 |
| 4. | Conley, Hubert | 1:19-cv-01508 |
| 5. | Jones, Phyllis A. | 1:19-cv-01510 |
| 6. | Gray, Rodney | 1:19-cv-01527 |
| 7. | Pelt, Jeanette [Estate] | 1:19-cv-00860 |

Lastly, the Motion is **DENIED as MOOT** as to:

| | | |
|---|---|---|
| 1. | Ellis, Albert C. | 1:19-cv-01378 |
| 2. | Bunner II, Roger Carl | 1:19-cv-01036 |
| 3. | Ware, Betty | 1:19-cv-01145 |

**SO ORDERED** this 19th day of July 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Brandon Ralph, 1:18-cv-02053
Laurie Sides, 1:17-cv-03916
Lisa Ward, 1:17-cv-03918
Lydia Terry, 1:17-cv-04752

**ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER**

On May 6, 2019, the Cook Defendants moved to dismiss Plaintiffs' cases for failure to serve a Plaintiff Profile Sheet in their cases. Plaintiffs' counsel filed an affidavit stating he sent submitted Plaintiffs' Profile Sheets on May 24, 2019 via the http://sft.faegredrinker.com/envelope/CookFilterMDL submission URL, and was under the impression that they had been served. (Filing No. 14034-2, Affirmation of Nicholas R. Farnolo, Esq. ¶ 4). Counsel admits, however, that he could not find a record of the submission. (*Id.* ¶ 5).

On June 24, 2019, the Cook Defendants moved to dismiss Plaintiffs' cases for their failure to comply with court orders. (Filing No. 11227). Plaintiffs did not respond, and on July 19, 2019, the court dismissed Plaintiffs' cases. (Filing No. 11408). Notification of the court's July 19 Order of dismissal was sent to Plaintiffs' counsel but, due to new

1

filtering rules in his email inbox, notification of the July 19 Order was sent to Plaintiffs' counsel's clutter folder. (Farnolo Aff. ¶ 6). Plaintiffs' counsel did not learn of the July 19 Order until one of the Plaintiffs called him on August 7, 2020 to report that his case had been dismissed. (*Id.* ¶ 8).

In their motion, Plaintiffs do not specify the legal grounds in support of their motion for reconsideration. In their reply, Plaintiffs assert their request was made under Federal Rules of Civil Procedure 60(b)(1) and 60(b)(6). Under Rule 60(b)(1), a court may provide relief from judgment on the grounds of "mistake, inadvertence, surprise or excusable neglect." Under Rule 60(b)(6), a court may provide relief from judgment for "any other reason justifying relief from the operation of the judgment." "A motion under Rule 60(b) must be made within a reasonable time—and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of the proceeding." Fed. R. Civ. P. 60(c)(1). As shown above, the court dismissed Plaintiffs' cases on July 19, 2019. Plaintiffs brought the present motion to reconsider that order on August 18, 2020, more than a year after the court issued its order dismissing Plaintiffs' cases and was therefore not brought within a reasonable time.

Moreover, "inexcusable attorney negligence is not an exceptional circumstance justifying relief" under either Rule 60(b)(1) or Rule 60(b)(6). *Helm v. Resolution Trust Corp.*, 84 F.3d 874, 878-79 (7th Cir. 1996). Here, Plaintiffs' counsel was inexcusably negligent. Indeed, dismissal could have been avoided had Plaintiffs' counsel done one of three things. He could have (1) confirmed whether the Cook Defendants received Plaintiffs' Profile Sheets; (2) monitored the MDL docket more closely for pending

2

motions; and (3) checked Plaintiffs' docket sheets in their member cases.  He did none of those things.  Plaintiffs' Motion to Reconsider (Filing No. 14034) is therefore **DENIED**.

**SO ORDERED** this 12th day of November 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

!

# *** PUBLIC DOCKET ***

APPEAL,MDL,CLOSED

## U.S. District Court
### Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:17-cv-03916-RLY-TAB

| | |
|---|---|
| SIDES v. COOK INCORPORATED et al. | Date Filed: 10/26/2017 |
| Assigned to: Judge Richard L. Young | Date Terminated: 07/19/2019 |
| Referred to: Magistrate Judge Tim A. Baker | Jury Demand: Plaintiff |
| Demand: $2,000,000 | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| Lead case: 1:14-ml-02570-RLY-TAB | |
| Member case: (View Member Case) | |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**LAURIE SIDES**   represented by   **Nicholas R. Farnolo**
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road
Suite 305
Melville, NY 11747
212-397-1000
Fax: 646-843-7603
Email: nfarnolo@napolilaw.com

V.

**Defendant**

**COOK INCORPORATED**   represented by   **COOK INCORPORATED**
.
PRO SE

**Defendant**

**COOK MEDICAL LLC**   represented by   **COOK MEDICAL LLC**
.
PRO SE

**Defendant**

**WILLIAM COOK EUROPE APS**   represented by   **WILLIAM COOK EUROPE APS**
.
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 10/26/2017 | 1 | COMPLAINT against COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, filed by Laurie Sides. (Filing fee $400, receipt number 0756-4600925) (Attachments: # 1 Civil Cover Sheet)(Farnolo, Nicholas) Modified on 10/27/2017 (REO). (Entered: 10/26/2017) |
| 10/26/2017 | 2 | NOTICE of Appearance by Nicholas R. Farnolo on behalf of Plaintiff Laurie Sides. (Farnolo, Nicholas) (Entered: 10/26/2017) |
| 10/27/2017 | 3 | NOTICE of Reassignment pursuant to General Order dated July 13, 2016 of Case to Judge Richard L. Young and Magistrate Judge Tim A. Baker. Judge William T. Lawrence, Magistrate Judge Matthew P. Brookman no longer assigned to the case. Please include the new case number, **1:17-cv-3916-RLY-TAB**, on all future filings in this matter. (REO) (Entered: 10/27/2017) |
| 10/27/2017 | 4 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (REO) (Entered: 10/27/2017) |
| 11/14/2017 | 5 | Amended Order Establishing Policies and Procedures. Signed by Judge Richard L. Young on 11/14/2017. (JRT) (Entered: 11/14/2017) |
| 11/14/2017 | 6 | Remark - Pending Actions SD/IN 1:17-cv-3909-RLY-TAB, 1:17-cv-03910-RLY-TAB, 1:17-cv-03912-RLY-TAB, 1:17-cv-03913-RLY-TAB, 1:17-cv-03916-RLY-TAB, 1:17-cv-03917-RLY-TAB, 1:17-cv-03918-RLY-TAB, 1:17-cv-03919-RLY-TAB, 1:17-cv-03923-RLY-TAB, 1:17-cv-03924-RLY-TAB, 1:17-cv-03928-RLY-TAB, 1:17-cv-03929-RLY-TAB, 1:17-cv-03930-RLY-TAB, 1:17-cv-03931-RLY-TAB, 1:17-cv-03932-RLY-TAB, 1:17-cv-03933-RLY-TAB, 1:17-cv-03934-RLY-TAB, 1:17-cv-03935-RLY-TAB Transferred as Member Actions to MDL 2570 on 11/14/2017. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-03909-RLY-TAB, 1:17-cv-03910-RLY-TAB, 1:17-cv-03912-RLY-TAB, 1:17-cv-03913-RLY-TAB, 1:17-cv-03916-RLY-TAB, 1:17-cv-03917-RLY-TAB, 1:17-cv-03918-RLY-TAB, 1:17-cv-03919-RLY-TAB, 1:17-cv-03923-RLY-TAB, 1:17-cv-03924-RLY-TAB, 1:17-cv-03928-RLY-TAB, 1:17-cv-03929-RLY-TAB, 1:17-cv-03930-RLY-TAB, 1:17-cv-03931-RLY-TAB, 1:17-cv-03932-RLY-TAB, 1:17-cv-03933-RLY-TAB, 1:17-cv-03934-RLY-TAB, 1:17-cv-03935-RLY-TAB(JRT) (Entered: 11/14/2017) |
| 08/09/2018 | 7 | MARGINAL ENTRY approving 8824 Notice of Withdrawal of Appearance. The appearance of attorney John T. Schlafer shall be withdrawn in 1:14-ml-2570 as well as in all Cook IVC Filter MDL member cases in which he has appeared. Signed by Magistrate Judge Tim A. Baker on 8/9/2018. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT) (Entered: 08/09/2018) |
| 07/19/2019 | 8 | ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS (Filing No. 11227) - (11227) Motion to Dismiss in case 1:14-ml-02570-RLY-TAB is GRANTED in part and DENIED in part. The Motion is GRANTED with respect to these Plaintiffs. All parties shall bear their own costs and fees. Coleman, Rita Lynn 1:17-cv-00685; Figures, Rhonda J. 1:17-cv-03143; Baker, Patricia 1:17-cv-03910; Bouchard, Michelle and Gary 1:17-cv-03912; Sides, Laurie 1:17-cv-03916; Ward, Lisa 1:17-cv-03918; Terry, Lydia and Allen 1:17-cv-04752; Glenberg, Charles and Helen 1:18-cv-00053; Hakim, Alfred 1:18-cv- |

| | | |
|---|---|---|
| | | 00793; Brandon, Ralph 1:18-cv-02053; Stephens, Danny 1:19-cv-00955; Madison, Angela 1:19-cv-01034; Gulley, Desi 1:19-cv-01118; Giorgianni, Anthony 1:19-cv-01178; Nelson, James 1:19-cv-01209; Kosarik, Thomas 1:19-cv-01224; Bales, Joe Jr. 1:19-cv-01270; Hahner, Brett 1:19-cv-01288; Tursi, Leonard and Anthony Sr. 1:19-cv-01338; Riggs, Debra [Estate] 1:19-cv-01417; Bledsoe, Betty 1:19-cv-01500; Dennis, Zachary 1:19-cv-01512; Dillon, LaShonda 1:19-cv-01519; Dunkleberg, Donald 1:19-cv-01526. The Motion is DENIED with respect to the following cases: Banks, Carolyn 1:19-cv-00648; Smith, John 1:19-cv-01323; Yeates, Tymer 1:19-cv-01381; Conley, Hubert 1:19-cv-01508; Jones, Phyllis A. 1:19-cv-01510; Gray, Rodney 1:19-cv-01527; Pelt, Jeanette [Estate] 1:19-cv-00860. The Motion is DENIED as MOOT as to: Ellis, Albert C. 1:19-cv-01378; Bunner II, Roger Carl 1:19-cv-01036; Ware, Betty 1:19-cv-01145. See Order for details. Signed by Judge Richard L. Young on 7/19/2019. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-00685-RLY-TAB, 1:17-cv-03143-RLY-TAB, 1:17-cv-03910-RLY-TAB, 1:17-cv-03912-RLY-TAB, 1:17-cv-03916-RLY-TAB, 1:17-cv-03918-RLY-TAB, 1:17-cv-04752-RLY-TAB, 1:18-cv-00053-RLY-TAB, 1:18-cv-00793-RLY-TAB, 1:18-cv-02053-RLY-TAB, 1:19-cv-00648-RLY-TAB, 1:19-cv-00860-RLY-TAB, 1:19-cv-00955-RLY-TAB, 1:19-cv-01034-RLY-TAB, 1:19-cv-01118-RLY-TAB, 1:19-cv-01178-RLY-TAB, 1:19-cv-01209-RLY-TAB, 1:19-cv-01224-RLY-TAB, 1:19-cv-01270-RLY-TAB, 1:19-cv-01288-RLY-TAB, 1:19-cv-01323-RLY-TAB, 1:19-cv-01338-RLY-TAB, 1:19-cv-01381-RLY-TAB, 1:19-cv-01417-RLY-TAB, 1:19-cv-01500-RLY-TAB, 1:19-cv-01508-RLY-TAB, 1:19-cv-01510-RLY-TAB, 1:19-cv-01512-RLY-TAB, 1:19-cv-01519-RLY-TAB, 1:19-cv-01526-RLY-TAB, 1:19-cv-01527-RLY-TAB(LBT) (Entered: 07/19/2019) |
| 08/14/2020 | 9 | MOTION for Reconsideration re 8 Order on Motion to Dismiss , filed by Plaintiff LAURIE SIDES. (Attachments: # 1 Exhibit A: Categeorization Form Service Email, # 2 Exhibit B: Affirmation of Nicholas R. Farnolo, # 3 Text of Proposed Order [Proposed] Order)(Farnolo, Nicholas) (Entered: 08/14/2020) |
| 11/12/2020 | 10 | ORDER DENYING PLAINTIFFS' MOTION TO RECONSIDER - (14034 in Master Docket 1:14-ml-2570-RLY-TAB) Motion to Reconsider is DENIED. See Order for details. Signed by Judge Richard L. Young on 11/12/2020.(LBT) (Entered: 11/24/2020) |
| 11/23/2020 | 11 | NOTICE OF APPEAL as to 8 Order on Motion to Dismiss, 10 Order, filed by Plaintiff LAURIE SIDES. (Filing fee $505, receipt number 0756-6289740 (paid under Master Docket No. 1:14-ml-2570-RLY-TAB)) (LBT) (Entered: 11/24/2020) |
| 11/24/2020 | 12 | PARTIES' SHORT RECORD re (11 in 1:17-cv-03916-RLY-TAB) Notice of Appeal, (14905 in 1:14-ml-02570-RLY-TAB) Notice of Appeal - **Instructions for Attorneys/Parties attached.** Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-03916-RLY-TAB(LBT) (Entered: 11/24/2020) |

**Case #: 1:17-cv-03916-RLY-TAB**