IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff
ROBIN LYNN HOP and JOEL HOP,
Civil Case 1:16-CV-01468

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs, Robin Lynn Hop and Joel Hop, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:16-cv-01468 filed on June 15, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date:   November 24, 2020

Respectfully submitted,

/s/   Brian Keith Jackson
Brian Keith Jackson, AL Bar No. 7519-J66B
**RILEY & JACKSON, P.C.**
3530 Independence Drive
Birmingham, AL 35209
Telephone: (205) 879-5000
kj@rileyjacksonlaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that on November 24, 2020, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                   /s/   Brian Keith Jackson