# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 24, 2020

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-3281
>
> Caption:
> IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
>
> APPEAL OF: LYDIA TERRY and ALLEN TERRY

> District Court No: 1:17-cv-04752-RLY-TAB & 1:14-ml-02570-RLY-TAB
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Richard L. Young
>
> Date NOA filed in District Court: 11/23/2020
> District Court No: Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Richard L. Young
>
> Date NOA filed in District Court: 11/23/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)