# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 24, 2020

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 20-3282

Caption:
IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

APPEAL OF: RALPH BRANDON

---

District Court No: 1:18-cv-02053-RLY-TAB &
1:14-ml-02570-RLY-TAB
Clerk/Agency Rep Roger A. G. Sharpe
District Judge Richard L. Young

Date NOA filed in District Court: 11/23/2020
District Court No: Clerk/Agency Rep Roger A. G. Sharpe
District Judge Richard L. Young

Date NOA filed in District Court: 11/23/2020

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)