**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

Carroll, Harold, 1:17-cv-01464
Jessen, Kerry Duane and Kerry Lee, 1:17-cv-04316
Newhouse, Robin and Frederick, Sr., 1:18-cv-01662

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL EXHIBITS A-C TO SUPPLEMENTAL MEMORANDUM PROVIDING MEDICAL RECORDS PURSUANT TO COURT ORDER**

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal Exhibits A-C to the Cook Defendants' Supplemental Memorandum Providing Medical Records Pursuant to Court Order [Dkt. No. 14907].

The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibits A-C [Dkt. Nos. 14908, 14908-1, and 14908-2]** to the Cook Defendants' Supplemental Memorandum Providing Medical Records Pursuant to Court Order [Dkt. No. 14907] **are to be maintained** *under seal.*

SO ORDERED this ____ day of _____, 2020.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

US.130248351.02