IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

SuAnne McCormick

Civil Case # 1:16-cv-02648

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

Now comes Plaintiff SuAnne McCormick by and through her Administrator Patrick J. McCormick and hereby moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Patrick J. McCormick as Administrator of the Estate of SuAnne McCormick in place of SuAnne McCormick in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. On December 2, 2017, Plaintiff SuAnne McCormick passed away. See Death Certificate attached as Exhibit "A."

2. Patrick J. McCormick is the surviving spouse of the deceased Plaintiff. See Exhibit A, listing Patrick J. McCormick as the decedent's surviving spouse and informant.

3. On December 8, 2017, Patrick J. McCormick was appointed Administrator of the Estate of SuAnne McCormick. See Letters Testamentary attached hereto as Exhibit "B".

4. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.

5. Notice of Death was provided on November 25, 2020.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Patrick J. McCormick as Administrator of the Estate of SuAnne McCormick in place of deceased Plaintiff SuAnne McCormick.

Dated: November 25, 2020                Respectfully submitted,

SuAnne McCormick
Deceased Plaintiff

By her attorneys,


/s/*John A. Dalimonte*
John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB STOLLER, LLP**
75 State Street, Suite 100
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 203-2035
john@drlawllp.com

*Lead Counsel for Plaintiffs*

## Certificate of Service

    I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this November 25, 2020

                                            */s/John A. Dalimonte*
                                            John A. Dalimonte