# EXHIBIT A

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

Fee for this certificate, $6.00

ATTN: Alice



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

**P 24938530**
Certification Number

*Linda N. Vey* — Local Registrar

Date Issued: JAN 11 2018

---

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

## CERTIFICATE OF DEATH

State File Number: **338138-2017**

1. Decedent's Legal Name (First, Middle, Last, Suffix): **SuAnne McCormick**
2. Sex: **Female**
3. Social Security Number: ****-**-4125
4. Date of Death (Month, day, yyyy): **December 02, 2017**
5a. Age-Last Birthday (Yrs): **59**
6. Date of Birth: ****, 1958
7a. Birthplace (City and State or Foreign Country): **Philadelphia, Pennsylvania**
7b. Birthplace (County): **Philadelphia**
8a. Residence (State or Foreign Country): **Pennsylvania**
8b. Residence (Street and Number): **401 E Summit Street**
8c. Did Decedent Live in a Township? **Yes**, decedent lived in **Hilltown Township** twp.
8d. Residence (County): **Bucks**
8e. Residence (Zip Code): **18969**
9. Ever in US Armed Forces? **No**
10. Marital Status at Time of Death: **Married**
11. Surviving Spouse's Name: **Patrick McCormick**
12. Father / Parent's Name: **Spencer Kershaw**
13. Mother / Parent's Name Prior to First Marriage: **Norberta Unrecorded**
14a. Informant's Name: **Patrick McCormick**
14b. Relationship to Decedent: **Spouse**
14c. Informant's Mailing Address: **2058 Maple Avenue AC2/10 Hatfield, PA 19440**

15a. Place of Death: **Decedent's Home**
15b. Facility Name: **401 E Summit Street**
15c. City or Town, State, and Zip Code: **Hilltown Township, Pennsylvania 18969**
15d. County of Death: **Bucks**

16a. Method of Disposition: **Cremation**
16b. Date of Disposition: **December 05, 2017**
16c. Place of Disposition: **Lansdale Crematory**
16d. Location of Disposition: **Lansdale, Pennsylvania 19446**
17a. Signature of Funeral Service Licensee: **Wendell G Waddell (Electronically Signed)**
17b. License Number: **FD138318**
17c. Name and Complete Address of Funeral Facility: **Sadler-Suess Funeral Home, 33 N Main Street Telford, Pennsylvania 18969**

18. Decedent's Education: **8th grade or less**
19. Decedent of Hispanic Origin: **No, not Spanish/Hispanic/Latino**
20. Decedent's Race: **White**
21. Decedent's Single Race Self-Designation: **White**

22a. Decedent's Usual Occupation: **Bartender**
22b. Kind of Business/Industry: **Food**

23a. Date Pronounced Dead: **December 02, 2017**
23b. Signature of Person Pronouncing Death: **Kristina A Johnson ME/Coroner**
23d. Date Signed: **December 02, 2017**
24. Time of Death: **03:15 PM**
25. Was Medical Examiner or Coroner Contacted? **Yes**

### CAUSE OF DEATH

25. Part I:
   a. IMMEDIATE CAUSE: **Adverse Effects of Medication**

27. Was an autopsy performed? **No**
28. Were autopsy findings available to complete the cause of death? **No**

29. If Female: **Not pregnant within past year** / **Unknown if pregnant within the past year**
30. Did Tobacco Use Contribute to Death? **Unknown**
31. Manner of Death: **Accident**
32. Date of Injury: **December 02, 2017**
33. Time of Injury: **Unrecorded**
34. Place of Injury: **Home**
35. Location of Injury: **401 E Summit Avenue #43 Telford, PA 18969**
36. Injury at Work: **No**
38. Describe How Injury Occurred: **Took medication**

39a. Certifier: **Medical Examiner/Coroner**
Signature of certifier: *Richard Kuntz (Signature on File)*
Title of certifier: **ME/Coroner**
39b. Name, Address and Zip Code of Person Completing Cause of Death: **Richard Kuntz, 850 Eagle Boulevard Warminster, Pennsylvania 18974**
39d. Date Signed: **January 09, 2018**

40. Registrar's District Number: **09-106**
41. Registrar's Signature: *Linda N Vey (Signature on File)*
42. Registrar File Date: **December 05, 2017**

43. Amendments: **Decedent-First Name- amended on Dec-06-2017; formerly Suanne;**

Disposition Permit No. **E25815**

HZ05-143 REV 11/2017-E