# EXHIBIT B



**DONALD PETRILLE, JR., ESQUIRE**
Register of Wills and Clerk of the Orphans' Court
Bucks County Administration Building
55 E. Court Street, Doylestown, PA 18901

# SHORT CERTIFICATE

Commonwealth of Pennsylvania  :
County of Bucks  :  ss
 :

*AHN.*
*Alice*

I, **DONALD PETRILLE, JR., ESQUIRE**, Register of Wills in and for the County of Bucks, in the Commonwealth of Pennsylvania, DO HEREBY CERTIFY that on this **8th day of December, 2017, LETTERS OF ADMINISTRATION**, on the Estate of **SuAnne McCormick** deceased were granted to **Patrick J. McCormick** having first been qualified well and truly to administer the same. And, I further certify that no revocation of said Letters appears of record in my office.

Given under my hand and seal of office this **8th day of December, 2017.**

By:  Donald Petrille, Jr., Esquire
Register of Wills

Date of Death: **December 02, 2017**
Social Security No.: ███ 4125
File No.: **2017-03532**

**NOT VALID WITHOUT SIGNATURE AND IMPRESSED SEAL**