IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

SuAnne McCormick 1:16-cv-02648-RLY TAB

[PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Substitution of Party, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Patrick J. McCormick, as the surviving spouse and administrator of the Estate of SuAnne McCormick, in place of the deceased Plaintiff SuAnne McCormick in the instant case.

So ordered this _____ day of November, 2020.

_____
Richard L. Young, USDJ