**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Case No. 1:14-ml-2570-RLY-TAB** <br> **MDL No. 2570** |
| **THIS DOCUMENT RELATES TO:** <br><br> **Frank J. Lewis, Sr.** <br> **Civil Action No. 1:17-cv-04675** | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Frank J. Lewis, Sr., by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe in this particular Civil Action No. 1:17-cv-04675 filed on December 19, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: November 30, 2020          Respectfully submitted,

/s/ Alyson M. Petrick
John J. Carey #36918MO
Jeffrey J. Lowe #35114MO
Andrew J. Cross #57337MO
Alyson M. Petrick #68323MO
**CAREY DANIS & LOWE**
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
(314) 725-7700
(314) 721-0905 (Facsimile)
jcarey@careydanis.com
jlowe@careydanis.com
across@careydanis.com
apetrick@careydanis.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day November, 2020, the foregoing was filed using the Court's electronic case filing system, thereby serving all registered attorneys of record.

/s/Alyson M. Petrick
Alyson M. Petrick