IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL. No. 2570 |

This Document Relates to Plaintiff (s)

**Tammy Wills and Gregory Wills**

Civil Case # 1:18-cv-569

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs, Tammy and Gregory Wills, by and through undersigned counsel, and, pursuant to Paragraph 3 of Case Management Order 28 Screening for Time-Barrred Cases ("CMO 28"), Plaintiffs hereby voluntary dismiss with prejudice their claims in the above referenced action. In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

Respectfully submitted,

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski
Illinois Bar No. 6295055
NELSON BUMGARDNER ALBRITTON, P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL
708-675-1974 (telephone)
708-675-1786 (facsimile)
tim@nbafirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel for Defendants.

*/s/ Timothy E. Grochocinski*
