IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES     Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION      MDL No. 2570

This Document Relates to Plaintiff(s)

Alicia Medford_____

Civil Case #: 1:18-cv-02940-TWP-TAB _____

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Alicia Medford, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe in this particular Civil Action No. 1:18-cv-02940-TWP-TAB filed on September 21, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: November 30, 2020.

           Respectfully submitted,

           **JOHNSON LAW GROUP**
           /s/ Basil Adham_____
           Basil Adham, (TX Bar No.24081742)
           2925 Richmond Ave, Suite 1700
           Houston, TX 77098
           Telephone: (713) 626-9336
           Facsimile: (713) 583-9460
           E-mail: ivc@johnsonlawgroup.com
           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of November 2020, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                              /s/ Basil Adham