November 17, 2020

1:14-ml-2570-RLY-TAB
This document relates to:
1:16-cv-2538-RLY-TAB

FILED
11/23/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

To Whom it May Concern;

I have been receiving letters from U.S. District Court. The attorneys I had in the case are no longer representing me. I am no longer going to pursue this. I want this to be the end. I called my attorney to see if there is anything I need to do and won't talk to me or return my call. I was hoping to receive some compensation from the Cook Medical Inc. as I am a 73 yr. old widow and was caught in a love/romance scam which left me totally broke. Please end this situation.

Thank you,
Carol Zander o/b/o Paul Zander
708 - 1st. St. SE
Wadena, Mn. 56482
Phone (320) 763-6636
Email - czander46@yahoo.com

Duplicate