

CAROL ZANDER
708 1ST ST. SE
WADENA, MN 56482

2020 NOV 23 PM 2:05

The Office of the Clerk of the U.S. District Court
121 W. Spring Street, Room 210
New Albany,
Indiana 47150

MINNEAPOLIS MN 553
19 NOV 2020 PM 7 L

FILED
NOV 23 2020
U.S. DISTRICT COURT
NEW ALBANY, INDIANA