**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

John S. Batty 1:19-cv-01162-RLY TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Now comes Plaintiff Debra L. Batty ("Plaintiff"), as surviving spouse and anticipated representative of the Estate of John S. Batty, by and through her attorneys, and moves this Court to maintain document 14742-1 under seal. As grounds therefore, Plaintiff refers the Court to the brief in support of this motion submitted herewith.

WHEREFORE, Plaintiff respectfully requests that this Court to maintain Document 14742-1 under seal.

| | |
|---|---|
| Dated: December 1, 2020 | Respectfully submitted,<br><br>/s/*Michael E. Gallant*<br>Michael E. Gallant<br>**DALIMONTE RUEB STOLLER, LLP**<br>1250 Connecticut Avenue NW, Suite 700<br>Washington, DC 20036<br>Tel: (202) 858-1211<br>Fax: (855) 203-2035<br>Email: michael.gallant@drlawllp.com<br><br>*Attorneys for Plaintiff Debra L. Batty* |

## Certificate of Service

    I, Michael E. Gallant, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this December 1, 2020.

                                      */s/ Michael E. Gallant*  
                                      Michael E. Gallant