**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
 PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

John S. Batty 1:19-cv-01162-RLY TAB

---

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion to Maintain Document Under Seal, it is so ordered that Plaintiff's motion is **GRANTED**. The Clerk of the Court is directed to maintain Document 14742-1 under seal.

So ordered this _____ day of December, 2020.

_____
Richard L. Young, USDJ