**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

John S. Batty 1:19-cv-01162-RLY TAB

---

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Now comes Plaintiff Debra L. Batty ("Plaintiff"), as surviving spouse and anticipated representative of the Estate of John S. Batty, by and through her attorneys, hereby submits her brief in support of her motion to maintain document under seal, and in accordance with Local Rule 5-11(d)(2)(e) and sets forth as below:

1. On August 10, 2020, John S. Batty, by and through his attorneys, filed a Suggestion of Death [Dkt 13955].

2. On November 8, 2020, John S. Batty, by and through Plaintiff and his attorneys, filed a Motion to Substitute Party [Dkt 14742].

3. Exhibit "A" to Plaintiff's Motion to Substitute Party is the death certificate of John S. Batty [Dkt 14742-1].

4. Said death certificate contains personal data identifiers ("PDI"), as defined by Fed. R. Civ. P. 5.2(a).

5. PDI must be redacted from filings (Fed R. Civ. P. 5.2(a)).

6. Specifically, the death certificate contains Mr. Batty's social security number and date of birth.

7. On November 16, 2020, a redacted version of the death certificate was filed [Dkt 14845].

8. When a redacted filing is made, an unredacted copy may also be filed under seal. (Fed R. Civ. P. 5.2(f)).

9.      Pursuant to Fed R. Civ. P. 5.2(f), the previously filed unredacted copy of the death certificate [Dkt 14742-1] must be retained as part of the record.

10.     Accordingly, Plaintiff requests that the unredacted death certificate [Dkt 14742-1] be sealed.

11.     Redaction of this document is not opposed by any party.

Dated: December 1, 2020              Respectfully submitted,

                                     /s/*Michael E. Gallant*_____
                                     Michael E. Gallant
                                     **DALIMONTE RUEB STOLLER, LLP**
                                     1250 Connecticut Avenue NW, Suite 700
                                     Washington, DC 20036
                                     Tel: (202) 858-1211
                                     Fax: (855) 203-2035
                                     Email: michael.gallant@drlawllp.com

                                     *Attorneys for Plaintiff Debra L. Batty*

## **Certificate of Service**

I, Michael E. Gallant, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this December 1, 2020.

*/s/Michael E. Gallant* _____
Michael E. Gallant