IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No.2570 |

This Document Relates to Plaintiffs:
CHARLES HANSEN and LUCY HANSEN, 1:17-cv-860-RLY-TAB

**JOINT STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, CHARLES HANSEN and LUCY HANSEN, and Defendants, COOK INCORPORATED, COOK MEDICAL LLC, and WILLIAM COOK EUROPE APS, by and through undersigned counsel, hereby stipulate to the dismissal with prejudice.  Each side will bear its own costs and attorney's fees.

Date: November 23, 2020

Respectfully submitted,

/s/ Steven C. Ruth
Steven C. Ruth, Esq.
MN Bar # 0388496
The Ruth Law Team
842 Raymond Ave, Ste 200
St. Paul, MN 55114
(p) 888-783-8378
(f) 651-209-8653
ivc@getjustice.com
*Attorney for Plaintiffs*

/s/ Jessica Benson Cox
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Jessica.Cox@FaegreDrinker.com
*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*