IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

John B. Bennett, 1:18-cv-01080
Jon T. Morningstar, 1:19-cv-00647

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiffs and Defendants Cook

Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-

captioned cases are dismissed without prejudice, with each party to bear its own costs.  To the

extent not barred by applicable statutes, such as the statute of limitations or statute of repose,

Plaintiffs may refile their cases in the Southern District of Indiana.[1]  If Plaintiffs refile their cases

in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically

convert to a dismissal with prejudice.  All parties shall bear their own fees and costs.

By: */s/ David P. Matthews*
David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX  77098
Tel:  (713) 522-5250
Fax: (713) 535-7136
dmatthews@thematthewslawfirm.com

*Counsel for Plaintiff*

Dated: December 1, 2020

By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian, Suite 2500
Indianapolis, IN  46204
Tel: (317) 237-0300
Fax: 317-237-1000
Andrea.Pierson@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated,
Cook Medical, LLC, and William Cook Europe
ApS*

Dated: December 1, 2020

---

[1]   The Cook Defendants expressly preserve their arguments that any current and future injuries
may be barred by the statute of repose.

US.130244302.01