IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

---

This Document Relates to Plaintiff(s)
 Ann Campbell, John Botts, Gail Waldrop, Debra McNeill, Linda Botts, on behalf Alma Lois Bratcher, deceased, and as Wrongful Death Beneficiaries of Alma Lois Bratcher, deceased

 Civil Case # 1:17-cv-00574

---

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)**

---

COME NOW the Plaintiffs Ann B. Campbell, as personal representative of the Estate of Alma Lois Bratcher, and on behalf of all wrongful death beneficiaries of Alma Lois Bratcher, including Ann B. Campbell, John Botts, Gail Waldrop, Debra McNeill, Linda Botts and in compliance with Rule 41(a) of Federal Rules of Civil Procedure and Case Management Order #28 (Screening for Time-Barred Cases) file the foregoing Notice of Voluntary Dismissal with Prejudice.  Each side will bear their own costs and attorneys' fees.

Respectfully submitted,
**Houssiere, Durant & Houssiere, LLP**
By:   */s/Randal A. Kauffman*
  Charles R. Houssiere, III, TBN 10050700
  choussiere@hdhtex.com
  Randal A. Kauffman, TBN 11111700
  rkauffman@hdhtex.com
  1990 Post Oak Blvd., Suite 800
  Houston, Texas 77056-3812
  Telephone: (713)626-3700
  Facsimile: (713)626-3709

ATTORNEYS FOR PLAINTIFFS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 1, 2020 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/Randal A. Kauffman*

Randal A. Kauffman