# EXHIBIT A

# CERTIFICATE OF VITAL RECORD

## CERTIFICATE OF DEATH
State File Number: 2007005456

### Ronald David Johnson

**DECEDENT INFORMATION**

| | | | |
|---|---|---|---|
| Date of Death: | May 9, 2007 | Time of Death: | 07:12 |
| City of Death: | Salt Lake City | County of Death: | Salt Lake |
| Age: | 63 | Date of Birth: | ▓▓▓▓ 1943 |
| Place of Birth: | Adamsville, Utah | Sex: | Male |
| Armed Services: | No | Marital Status: | Married |
| Spouse's Name: | Merrilyn Farmer | Usual Occupation: | Salesman |
| Industry/Business: | Heavy Equipment | Education: | Some College but No Degree |
| Residence: | Sandy, Utah | Father's Name: | Ronald Charles Johnson |
| Mother's Name: | Lois Nelson | Facility Type: | Hospital Inpatient |
| Facility or Address: | LDS Hospital | | |

**INFORMANT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | Merrilyn Johnson | Relationship: | Wife |
| Mailing Address: | 361 East Susan Circle, Sandy, Utah 84070 | | |

**DISPOSITION INFORMATION**

| | | |
|---|---|---|
| Method of Disposition: | Burial | Date of Disposition: May 15, 2007 |
| Place of Disposition: | Larkin Sunset Gardens, Sandy, Utah | |

**FUNERAL HOME INFORMATION**

| | |
|---|---|
| Funeral Home: | Larkin Sunset Gardens |
| Address: | 1950 East 10600 South, Sandy, Utah 84092 |
| Funeral Director: | Jeffrey A Zealley |

**MEDICAL CERTIFICATION**

Certifying Physician: Greg Goodman, 370 East 9th Avenue #208, Salt Lake City, Utah 84103

**CAUSE OF DEATH**

Gastro intestinal bleed [Onset: 48 Hours]
Tobacco Use: Probably Contributed
Medical Examiner Contacted: No   Autopsy Performed: No   Manner of Death: Natural

DATE ISSUED: May 18, 2007

This is an exact reproduction of the document registered in the State Office of Vital Statistics. Security features of this official document include: Intaglio Border, V & R images in top cycloids, ultra violet fibers and hologram image of a hawk over the word valid. This document displays the date, seal and signature of the State Registrar and the County/District Health Officer. Updated Utah State Seal replaces hawk over valid for authenticity.

*Barry E. Nangle*
Barry E. Nangle, State Registrar
Office of Vital Statistics


*061263155*

*Gary L. Edwards*
Gary L. Edwards
Director/Health Officer
County/District Health Department

