# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-02155 | 1:20-cv-02903 |
| 1:20-cv-02514 | 1:20-cv-02906 |
| 1:20-cv-02638 | 1:20-cv-02909 |
| 1:20-cv-02651 | 1:20-cv-02913 |
| 1:20-cv-02750 | 1:20-cv-02915 |
| 1:20-cv-02790 | 1:20-cv-02917 |
| 1:20-cv-02892 | 1:20-cv-06242 |
| 1:20-cv-02893 | 1:20-cv-06250 |
| 1:20-cv-02894 | 1:20-cv-06253 |
| 1:20-cv-02895 | 1:20-cv-06254 |
| 1:20-cv-02896 | 1:20-cv-06256 |
| 1:20-cv-02897 | 2:20-cv-06261 |
| 1:20-cv-02898 | 1:20-cv-06270 |
| 1:20-cv-02901 | 1:20-cv-06271 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated: December 2, 2020 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204 |

Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01