IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:

Case No.: 1:15-cv-01976-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Tammy Fournier, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Group, Incorporated, Cook Incorporated, Cook Medical, Incorporated, William Cook Europe APS, Cook Medical, LLC, and Cook Group Europe APS in this particular Civil Action No. 1:15-cv-01976-RLY-TAB filed on December 16, 2015. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Respectfully Submitted,

Dated: December 2, 2020

 /s/ Kelly E. Reardon_____
Kelly E. Reardon, Esq. CT Juris #430784
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
P: 860-442-0444
F: 860-444-6445
kreardon@reardonlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2020 I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

 /s/ Kelly E. Reardon  
Kelly E. Reardon, Esq.