UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) 1:14-ml-02570-RLY-TAB<br>) MDL No. 2570 |
| This Document Relates to: | ) |

1:18-cv-00802; 1:18-cv-00822; 1:19-cv-06102; 1:20-cv-02347; 1:20-cv-06185; 1:20-cv-06186; 1:20-cv-06205

## ORDER ON THE COOK DEFENDANTS' NOTICE OF NONCOMPLIANCE PURSUANT TO FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4: PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL (Dkt. 14735)

Pursuant to Federal Rule of Civil Procedure 41(b), Federal Rule of Civil Procedure 37, and Fourth Amended Case Management Order No. 4, the following case has been given a final 14-day extension as of the date of this Order to provide a Plaintiff Profile Sheet (PPS):

| Plaintiff | Cause Number |
|---|---|
| Pinson, Timothy | 1:18-cv-00822 |

Cook's Notice of Noncompliance is **MOOT** as to the following cases:

| Plaintiff | Cause Number |
|---|---|
| Alliss, Lisa Renee | 1:18-cv-00802 |
| Pulido, Charity | 1:20-cv-02347 |
| Hill, Charles | 1:19-cv-06102 |

1

| Simon, John | 1:20-cv-06185 |
|---|---|
| Davis, David | 1:20-cv-06186 |
| Warden, Jayson | 1:20-cv-06205 |

All parties shall bear their own fees and costs.

**SO ORDERED** this 2nd day of December 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.