AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| VANESTA SANTIAGO ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. ) | |
| *Defendant* ) | This document relates to case no.  1:20-cv-06289-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vanessa Santiago                                                                                                          .

Date:     12/03/2020                                              /s/Basil E. Adham
                                                                        *Attorney's signature*

                                                                        Basil E. Adham TX Bar No. 24081742
                                                                        *Printed name and bar number*

                                                                        Johnson Law Group
                                                                        2925 Richmond Ave, Suite 1700
                                                                        Houston, TX 77098
                                                                        *Address*

                                                                        IVC@johnsonlawgroup.com
                                                                        *E-mail address*

                                                                        (713) 626-9336
                                                                        *Telephone number*

                                                                        (713) 626-3394
                                                                        *FAX number*

Print     Save As...                                                                                    Reset