AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Rachel Ybarra ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. ) | |
| *Defendant* ) | This document relates to case no. 1:20-cv-06294-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rachel Ybarra                                                                      .

Date:   12/04/2020                                            /s/Basil E. Adham
                                                                   *Attorney's signature*

                                                     Basil E. Adham TX Bar No. 24081742
                                                           *Printed name and bar number*

                                                                Johnson Law Group
                                                        2925 Richmond Ave, Suite 1700
                                                                Houston, TX 77098
                                                                      *Address*

                                                         IVC@johnsonlawgroup.com
                                                                  *E-mail address*

                                                                  (713) 626-9336
                                                                *Telephone number*

                                                                  (713) 626-3394
                                                                   *FAX number*