

300 N. Meridian Street
Suite 1100
Indianapolis, IN 46204

| | |
|---|---|
| **Cook MDL 2570 PSC Funds** | Date:       9/30/2019 |
| Ben Martin c/o Martin Baughman PLLC | Invoice #:  236880 |
| 3710 Rawlins Street | Client ID:  90277 |
| Ste 1230 | |
| Dallas, TX 75219 | |

For Professional Services rendered through October 2, 2019 including administration of settlement funds; and, interactions with defense attorneys.

Senior Managers - $1463.00

Managers - $531.00

Total Due:   $1,994.00



300 N. Meridian Street
Suite 1100
Indianapolis, IN 46204

Cook MDL 2570 PSC Funds
3710 Rawlins Street
Ste 1230
Dallas, TX 75219

Date: 11/1/2019
Invoice #: 237462
Client ID: 90277

For Professional Services rendered through October 15, 2019, including administration of settlement funds and interactions with case attorneys.

Senior Managers. $862.00

Managers. $63.00

Total Due: $925.00



300 N. Meridian Street
Suite 1100
Indianapolis, IN 46204

| | |
|---|---|
| **Cook MDL 2570 PSC Funds** | Date:     3/30/2020 |
| Mr. Ben Martin | Invoice #:  240184 |
| 3710 Rawlins Street | Client ID:  90277 |
| Ste 1230 | |
| Dallas, TX 75219 | |

For Professional Services rendered through March 18, 2020 including maintenance of Common Benefit Fund.

Preparation of 1099's for the Year Ended December 31, 2019.

Progress Billing - Preparation of Federal and State Corporate Income Tax Returns for the Taxable Year ended December 31, 2019.

Total Due:   $2,075.00



300 N. Meridian Street
Suite 1100
Indianapolis, IN 46204

| | |
|---|---|
| Cook MDL 2570 PSC Funds | Date: 7/23/2020 |
| Mr. Ben Martin | Invoice #: 242801 |
| 3710 Rawlins Street | Client ID: 90277 |
| Ste 1230 | |
| Dallas, TX 75219 | |

For Professional Services rendered through June 30, 2020 including maintenance of Common Benefit Fund.

Total Due:   $925.00



300 N. Meridian Street
Suite 1100
Indianapolis, IN 46204

|  |  |
|---|---|
| Date: | 10/27/2020 |
| Invoice #: | 244671 |
| Client ID: | 90277 |

Cook MDL 2570 PSC Funds
3710 Rawlins Street
Ste 1230
Dallas, TX 75219

For Professional Services rendered through October 15, 2020.

| | |
|---|---:|
| Final Billing - Preparation of Federal and State SF Corp Income Tax Returns for the Year Ended December 31, 2019. | $850.00 |
| QuickBooks Bookkeeping and Other Consulting. | $825.00 |

Mr. Twomey, Mr. Pollom, and Associates - 11.50 hours and out-of-pocket costs.

Total Due:  $1,675.00