**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Shirley Ann Miller;*
Civil Case #: 1:18-cv-00023-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE

COME NOW Plaintiff, Shirley Ann Miller, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:18-cv-00023-RLY-TAB filed on January 3, 2018.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

2090205.1

Dated: December 4, 2020

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____

Wendy R. Fleishman

Wendy R. Fleishman
Daniel E. Seltz
Daniel R. Leathers
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:   212.355.9500
Facsimile:    212.355.9592
Emails:      wfleishman@lchb.com
             dseltz@lchb.com
             dleathers@lchb.com

*Counsel for Plaintiff Shirley Ann Miller*

2090205.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th of December, 2020, I electronically filed the foregoing

document  with the Clerk of the Court using the CM/ECF system which will send notifications of

such filing  to the CM/ECF participants registered to receive service in this MDL.

/s/ _Wendy Fil_____

Wendy R. Fleishman

2090205.1