UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Deborah Dahl-Simpson;*
Civil Case #: 1:16-cv-00741-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE

COME NOW Plaintiff, Deborah Dahl-Simpson, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:16-cv-00741-RLY-TAB filed on April 1, 2016.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

2090203.1

Dated: December 4, 2020

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
      Wendy R. /Fleishman

      Wendy R. Fleishman
      Daniel E. Seltz
      Daniel R. Leathers
      LIEFF CABRASER HEIMANN &
      BERNSTEIN, LLP
      250 Hudson Street, 8th Floor
      New York, NY  10013-1413
      Telephone:  212.355.9500
      Facsimile:   212.355.9592
      Emails:     wfleishman@lchb.com
                  dseltz@lchb.com
                  dleathers@lchb.com

*Counsel for Plaintiff Deborah Dahl-Simpson*

2090203.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th of December, 2020, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system which will send notifications of

such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Wendy Fleishman

Wendy R. Fleishman

2090203.1