### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS             Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                    MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

| | |
|---|---|
| 1:17-cv-00466 | 1:17-cv-01744 |
| 1:17-cv-02902 | 1:17-cv-02963 |
| 1-18-cv-00394 | 1:18-cv-01227 |
| 1:18-cv-02657 | 1:19-cv-01206 |
| 1:19-cv-01215 | 1:19-cv-01238 |
| 1:19-cv-02441 | 1:19-cv-02443 |
| 1:19-cv-02444 | 1:19-cv-02661 |
| 1:19-cv-02664 | 1:19-cv-02673 |
| 1:19-cv-02679 | 1:19-cv-03819 |

_____

## MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL

COMES NOW the Plaintiff in the above-referenced action and moves that Ben C. Martin and Thomas Wm. Arbon of MARTIN BAUGHMAN, PLLC, be substituted as counsel of record for Plaintiff, and in conjunction therewith, Frank Woodson of BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C., be withdrawn as counsel of record in these actions. Plaintiff, MARTIN BAUGHMAN, PLLC and BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. consent to the proposed substitution and withdrawal.

December 6, 2020.                                  _/s/ Ben C. Martin_____
                                                                   Ben C. Martin, Bar No. 13052400
                                                                   **Martin Baughman, PLLC**
                                                                   3141 Hood Street, Suite 600
                                                                   Dallas, Texas 75219
                                                                   Telephone: (214) 761-6614
                                                                   Facsimile: (214) 744-7590
                                                                   bmartin@martinbaughman.com

and:

/s/ Frank Woodson
Frank Woodson, ASB-0479-W66E
**BEASLEY, ALLEN, CROW, METHVIN**
**PORTIS & MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing was filed and served on all counsel of

record by way of the Court's CM/ECF filing system on this 6th day of December, 2020.

*/s/ Ben C. Martin*

Ben C. Martin
