# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:17-cv-00466 | 1:17-cv-01744 |
| 1:17-cv-02902 | 1:17-cv-02963 |
| 1-18-cv-00394 | 1:18-cv-01227 |
| 1:18-cv-02657 | 1:19-cv-01206 |
| 1:19-cv-01215 | 1:19-cv-01238 |
| 1:19-cv-02441 | 1:19-cv-02443 |
| 1:19-cv-02444 | 1:19-cv-02661 |
| 1:19-cv-02664 | 1:19-cv-02673 |
| 1:19-cv-02679 | 1:19-cv-03819 |

## ORDER TO SUBSTITUTE AND WITHDRAW COUNSEL

The Court, having considered Plaintiff's Motion to Substitute and Withdraw Counsel and being otherwise duly advised, now GRANTS Plaintiff's Motion.

The Clerk is THEREFORE ORDERED to withdraw the appearance of Frank Woodson and enter the appearances of Ben C. Martin and Thomas Wm. Arbon on behalf of Plaintiffs.

**SO ORDERED** this ___ day of _____, 20__.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana