UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Culver W. Miller and Janet R. Miller

Civil Case # 1:17-cv-00192-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, Culver W. Miller and Janet R. Miller, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order #28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully give notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to all Defendants in this particular Civil Action No. 1:17-cv-00192-RLY-TAB filed on or about January 18, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 3, 2020

Respectfully submitted,

/s/ *Jonathan A. Knoll*
Jonathan A. Knoll, 29324-49
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
Fax: (317) 636-2495
jknoll@cohenandmalad.com
***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all *registered* parties.

*/s/ Jonathan A. Knoll*