IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

    1:20-cv-01329-RLY-TAB     Hunter

_____

### ORDER ON DECEMBER 1, 2020, TELEPHONIC STATUS CONFERENCE

The parties appeared by counsel December 1, 2020, for a telephonic status conference to address counsel's motion to withdraw. [Filing No. 14799.] Plaintiff failed to appear as ordered. Plaintiff's counsel advised the Court that Plaintiff declined to participate in this conference, and the underlying motion to withdraw states in relevant part that Plaintiff has failed to cooperate with her counsel. Accordingly, Plaintiff shall show cause, if any, by December 30, 2020, why she should not be sanctioned, and why her case should not be dismissed, for her failure to appear for the December 1 conference and her failure to cooperate with her counsel in prosecuting this matter. The motion to withdraw shall remain under advisement.

Date: 12/7/2020

                                                            Tim A. Baker
                                                            United States Magistrate Judge
                                                             Southern District of Indiana

Distribution to all ECF-registered counsel of record
via ECF and to the following via U.S. Mail:

Daphne S. Hunter
425 North Boyers Avenue
Gallatin, TN 37066