AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Brian Bentley | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-6301-RLY-TAB |
| Cook Incorporated, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian Bentley.

Date: 12/07/2020

/s/ Jennifer Nolte
*Attorney's signature*

Jennifer Nolte; Texas Bar No. 24007755
*Printed name and bar number*

Allen & Nolte, PLLC
5445 La Sierra Drive
Suite 350
Dallas, Texas  75231
*Address*

jnolte@allennolte.com
*E-mail address*

(214) 521-2300
*Telephone number*

(214) 452-5637
*FAX number*