UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:17-cv-02679; 1:17-cv-02718; 1:18-cv-00197; 1:18-cv-01479; 1:18-cv-02150; 1:19-cv-02356; 1:19-cv-02528; and 1:19-cv-02597.

## EXHIBIT A TO
## NOTICE OF DECEMBER 22, 2020 MOTIONS HEARING

1. Cooks' Motion for Judgment on the Pleadings in 4 Pending Category 2 Cases for Failure to State a Claim (Dkt. 14847)[1]

    - De Leonard, Shirley and Richard (1:17-cv-02679) Counsel: RICHARD J. PLEZIA & ASSOCIATES

    - Steward, Desean L. (1:18-cv-01479) Counsel: MCGLYNN GLISSON MOUTON

    - Marshall, Edwin (1:19-cv-2528) Counsel: LAW OFFICE OF CHRISTOPHER KYLE JOHNSTON

2. Cook's Motion to Dismiss Category 1 Cases Pursuant to the Court's Case Categorization Order (Dkt. 14670)[2]

    - Jones, Richard and Deborah (1:17-cv-02679) Counsel: REICH & BINSTOCK LLP

---

[1] While four cases were originally subject to this motion, only three cases remain subject to this motion as one plaintiff agreed to dismiss her case pursuant to the terms Cook requested – *Hicks, Linda F. and Charles* (1:19-cv-02356), stipulation forthcoming.

[2] While two cases were originally subject to this motion, only one cases remains subject to this motion as the second plaintiff has agreed to dismiss her case – *Smith, Yolanda* (1:18-cv-00197), stipulation dismissing case with prejudice forthcoming.

4

US.130366620.01

3. Plaintiffs' Motions to Dismiss Pursuant to Rule 41 (Dkts. 14880, 14881)

- Babin, Pamela (1:17-cv-02718) Counsel: HAUSFELD LLP
- Phelps, Warren (1:19-cv-02597) Counsel: HAUSFELD LLP

US.130366620.01