IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

JUDITH CROPPER

Civil Case #1:20-cv-02752

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF**

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, Judith Cropper (Dkt. 14891).

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED**, and Ashley Cropper, on behalf of the Estate of Judith Cropper, is substituted as Plaintiff in the above referenced action.

SO ORDERED.

Date: 12/8/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.