# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

SuAnne McCormick 1:16-cv-02648-RLY TAB

## ORDER

Upon consideration of Plaintiff's Motion for Substitution of Party [Dkt. 14929], it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Patrick J. McCormick, as the surviving spouse and administrator of the Estate of SuAnne McCormick, in place of the deceased Plaintiff SuAnne McCormick in the instant case.

SO ORDERED.

Date: 12/8/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.