# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:17-cv-00466 | 1:17-cv-01744 |
| 1:17-cv-02902 | 1:17-cv-02963 |
| 1-18-cv-00394 | 1:18-cv-01227 |
| 1:18-cv-02657 | 1:19-cv-01206 |
| 1:19-cv-01215 | 1:19-cv-01238 |
| 1:19-cv-02441 | 1:19-cv-02443 |
| 1:19-cv-02444 | 1:19-cv-02661 |
| 1:19-cv-02664 | 1:19-cv-02673 |
| 1:19-cv-02679 | 1:19-cv-03819 |

## ORDER TO SUBSTITUTE AND WITHDRAW COUNSEL

The Court, having considered Plaintiff's Motion to Substitute and Withdraw Counsel (Dkt. 14984) and being otherwise duly advised, now GRANTS Plaintiffs' Motion.

The Clerk is THEREFORE ORDERED to withdraw the appearance of Frank Woodson as Ben C. Martin and Thomas Wm. Arbon now represent the Plaintiffs in the above-referenced cases.

**SO ORDERED**.

Date: 12/8/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.