AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| JUDY DOWDELL ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-06292 |
| COOK INCORPORATED, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Judy Dowdell                                                                                                                         .

Date:   12/08/2020                                                                        s/ Monte Bond
                                                                                                       *Attorney's signature*

                                                                                            Monte Bond - Texas Bar No. 02585625
                                                                                                   *Printed name and bar number*

                                                                                                       Tautfest Bond, PLLC
                                                                                                  5151 Belt Line Rd., Suite 1000
                                                                                                          Dallas, TX 75254

                                                                                                              *Address*

                                                                                                   mbond@tautfestbond.com
                                                                                                          *E-mail address*

                                                                                                         (214) 617-9980
                                                                                                       *Telephone number*

                                                                                                         (214) 853-4281
                                                                                                           *FAX number*