# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-00785 | 1:20-cv-03005 |
| 1:20-cv-02948 | 1:20-cv-03007 |
| 1:20-cv-02955 | 1:20-cv-03029 |
| 1:20-cv-02959 | 1:20-cv-03042 |
| 1:20-cv-02962 | 1:20-cv-03051 |
| 1:20-cv-02964 | 1:20-cv-03067 |
| 1:20-cv-02965 | 1:20-cv-03079 |
| 1:20-cv-02975 | 1:20-cv-06289 |
| 1:20-cv-03000 | 1:20-cv-06294 |
| 1:20-cv-03002 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    December 9, 2020    /s/ Andrea Roberts Pierson
    Andrea Roberts Pierson (# 18435-49)
    Kip S. M. McDonald (# 29370-49)
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    E-Mail:  andrea.pierson@faegredrinker.com
    E-Mail:  kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01