IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **RENEE WIZA,** | ) |
| **Plaintiff,** | ) MDL No. 2570 |
| v. | ) Case No.: 1:20-cv-6295-RLY-TAB |
| **COOK MEDICAL LLC, et al.** | ) |
| **Defendants,** | ) |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

COMES NOW Attorney David M. Peterson and hereby enters his appearance as counsel of record for Plaintiff Renee Wiza in the above-captioned matter. It is respectfully requested that David M. Peterson replace Brandon Derry as counsel of record for Plaintiff Renee Wiza. I, David Peterson, am admitted or otherwise authorized to practice in this Court.

Further, please take notice that Brandon Derry respectfully notifies the Court of the Substitution of David M. Peterson for Brandon Derry as counsel of record. Respectfully, it is asked that Brandon Derry be removed from all future pleadings and mailings.

| | |
|---|---|
| /s/ David M. Peterson | /s/ Brandon Derry |
| David M. Peterson (*admitted PHV*) | Brandon Derry |
| **PETERSON & ASSOCIATES, P.C.** | **HUPY & ABRAHAM, S.C.** |
| 801 W. 47th Street, Suite 107 | 111 E Kilbourn Avenue, Suite 1100 |
| Kansas City, Missouri 64112 | Milwaukee, WI 53202 |
| dmp@petersonlawfirm.com | BDerry@hupy.com |
| Phone: (816) 531-4440 | Phone: (414) 223-4800 |

## CERTIFICATE OF SERVICE

I certify that on the 9th day of December 2020, the foregoing NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL was filed via CM/ECF which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ David M. Peterson
David M. Peterson (*admitted PHV*)
**PETERSON & ASSOCIATES, P.C.**