**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Action only:

Carol Zander, on behalf of Paul Zander (Deceased),
1:16-cv-002538

**COOK DEFENDANTS' RESPONSE TO**
**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

Pro se plaintiff Carol Zander ("Mrs. Zander") sent a handwritten letter to the Court stating that she "is no longer going to pursue this" and that she "want[s] this to be the end." Doc. 14937 (received November 23, 2020). The Cook Defendants interpret this letter as a request for voluntary dismissal of the case.

The Cook Defendants agree that dismissal of the case with prejudice is appropriate. By way of background, Mrs. Zander was pursuing claims as a representative of her deceased husband, Paul Zander ("Mr. Zander")'s, estate. On October 5, 2020, the Cook Defendants sent a letter to Mrs. Zander's former counsel stating their position that the case is time-barred and should be dismissed. *See* Cook Defs.' October 5, 2020 Letter, attached as **Exhibit A**. Her counsel subsequently moved to withdraw representation after a stipulated dismissal could not be agreed. *See* Motion to Withdraw, Doc. 14650; Order Granting Motion to Withdraw, Doc. 14680 (granting motion and providing 28 days for new counsel to appear in the case).

Because Plaintiff no longer intends to pursue the case (and the claims face are time-barred for reasons the Cook Defendants stated in their letter), her claims should be dismissed with prejudice. Indeed, this outcome is warranted by the CMO-28 currently underway regarding the identification and dismissal of time-barred cases.

                                                Respectfully submitted,

Dated: December 9, 2020
                                              /s/ *Jessica Benson Cox*
                                              Jessica Benson Cox, Co-Lead Counsel
                                              Andrea Roberts Pierson,
                                              FAEGRE DRINKER BIDDLE & REATH LLP
                                              300 North Meridian Street, Suite 2500
                                              Indianapolis, Indiana 46204
                                              Telephone: (317) 237-0300
                                              Andrea.Pierson@FaegreDrinker.com
                                              Jessica.Cox@FaegreDrinker.com

                                              James Stephen Bennett, Co-Lead Counsel
                                              FAEGRE DRINKER BIDDLE & REATH LLP
                                              110 West Berry Street, Suite 2400
                                              Fort Wayne, Indiana 46802
                                              Telephone: (260) 424-8000
                                              Stephen.Bennett@FaegreDrinker.com

                                              *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, a copy of the foregoing **COOK DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A physical copy was served on Plaintiff at the following address:

Carol Zander
708 1st Street SE
Wadena, Minnesota  56482

/s/ *Jessica Benson Cox*