IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

CASE NO. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Alice Nolan
Civil Case No. 1:16-cv-2845

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Alice Nolan on September 16, 2019, and moves the Court to substitute JON OSTBERG a Representative of the Estate of ALICE NOLAN, deceased.

1. Plaintiff ALICE NOLAN Originally filed a products liability lawsuit against Defendants on October 19, 2016, in the Southern District of Indiana, Indianapolis Division.

2. On or about December 2, 2016, Plaintiff's counsel served Defendants with a Plaintiff Fact Sheet that listed JON OSTBERG as ALICE NOLAN's son-in-law.

3. Plaintiff's son-in-law JON OSTBERG has been named as the executor of the Estate of Alice Nolan and is represented by undersigned counsel.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that

"Jon Ostberg Personal Representative of the Estate of Alice Nolan, Deceased," be substituted in place of Plaintiff Alice Nolan in this action, so that Decedent's claims survive, and the action on her behalf may proceed.

RESPECTFULLY SUBMITTED this 9th day of December, 2020.

                                                  MURRAY LAW FIRM

                                             /s/*Stephen B. Murray, Jr.*
                                               Stephen B. Murray, Jr. (LA Bar No. 23877)
                                               650 Poydras Street, Suite 2150 New
                                               Orleans, Louisiana 70130 (504) 525-8100
                                             smurrayjr@murray-lawfirm.com

                                             *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of notice of electronic filing.

                                             /s/ *Stephen B. Murray, Jr.*
                                             Stephen B. Murray, Jr.