# CERTIFICATION OF VITAL RECORD

## COUNTY of SANTA CLARA
### PUBLIC HEALTH DEPARTMENT
### VITAL RECORDS AND REGISTRATION

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

State File Number: 3201943007640

| Field | Value |
|---|---|
| 1. Name of Decedent—First | ALICE |
| 2. Middle | MAE |
| 3. Last | NOLAN |
| AKA | TERRY – NOLAN |
| 4. Date of Birth | 11/0?/1939 |
| 5. Age | 79 |
| 6. Sex | F |
| 9. Birth State | NE |
| 10. SSN | ___-__-5938 |
| 11. Ever in U.S. Armed Forces | NO |
| 12. Marital Status | WIDOWED |
| 7. Date of Death | 09/16/2019 |
| 8. Hour | 1000 |
| 13. Education | HS GRADUATE |
| 14/15. Hispanic | NO |
| 16. Race | CAUCASIAN |
| 17. Usual Occupation | HUMAN RESOURCES DIRECTOR |
| 18. Kind of Business/Industry | EDUCATION |
| 19. Years in Occupation | 40 |
| 20. Decedent's Residence | 5051 BOUGAINVILLEA DR |
| 21. City | SAN JOSE |
| 22. County | SANTA CLARA |
| 23. Zip | 95111 |
| 24. Years in County | 55 |
| 25. State | CA |
| 26. Informant's Name/Relationship | JON OSTBERG, SON-IN-LAW |
| 27. Informant's Mailing Address | 5051 BOUGAINVILLEA DR, SAN JOSE, CA 95111 |
| 31. Father—First | ROBERT |
| 32. Middle | E. |
| 33. Last | BURNS |
| 34. Birth State | NE |
| 35. Mother—First | MARIE |
| 36. Middle | ELIZABETH |
| 37. Last | HILL |
| 38. Birth State | NE |
| 39. Disposition Date | 09/20/2019 |
| 40. Place of Final Disposition | RES: JON OSTBERG, 5051 BOUGAINVILLEA DR, SAN JOSE, CA 95111 |
| 41. Type of Disposition | CR/RES |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | BAY AREA MORTUARY SERVICES |
| 45. License Number | FD1829 |
| 46. Signature of Local Registrar | SARA H CODY, MD |
| 47. Date | 09/19/2019 |
| 101. Place of Death | OWN RESIDENCE (Decedent's Home) |
| 104. County | SANTA CLARA |
| 105. Facility Address | 5051 BOUGAINVILLEA DR |
| 106. City | SAN JOSE |
| 107. Cause of Death (A) Immediate Cause | COMPLICATIONS OF WALDENSTROM MACROGLOBULINEMIA |
| Time Interval | WKS |
| 108. Death Reported to Coroner | NO |
| 109. Biopsy Performed | YES |
| 110. Autopsy Performed | NO |
| 111. Used in Determining Cause | NO |
| 112. Other Significant Conditions | HYPERTENSION, CHRONIC OBSTRUCTIVE PULMONARY DISEASE |
| 113. Operation Performed | L4 KYPHOPLASTY 08/09/2019 |
| 113A. Pregnant in Last Year | NO |
| 115. Signature/Title of Certifier | TIMOTHY ALAN LOCKYER M.D. |
| 116. License Number | G51104 |
| 117. Date | 09/19/2019 |
| 118. Attending Physician | TIMOTHY ALAN LOCKYER M.D., 4850 UNION AVE, SAN JOSE, CA 95124 |
| (A) Decedent Attended Since | 09/10/2019 |
| (B) Decedent Last Seen Alive | 09/14/2019 |

*010001004315838*

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA  
COUNTY OF SANTA CLARA } SS

DATE ISSUED By 09/23/2019

H 3392395

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, DEPARTMENT OF PUBLIC HEALTH.



SARA H. CODY  
HEALTH OFFICER AND LOCAL REGISTRAR  
OF BIRTHS AND DEATHS



This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

PBNCO (Rev) 03/16

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**