IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to Plaintiff(s)

Alice Nolan
Civil Case No. 1:16-cv-2845

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROPOSED ORDER

Considering the parties' Suggestion of Death and Motion for Substitute Party, to substitute JON OSTBERG a Representative of the Estate of ALICE NOLAN, deceased.

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the Suggestion of Death and Motion for Substitute of Party, to substitute JON OSTBERG a Representative of the Estate of ALICE NOLAN, deceased has been GRANTED.

Dated this _____ day of December, 2020.

_____
United States District Judge