IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

JENELLA ADKINS

Civil Case #: 1:19-cv-04470

### NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE

COMES NOW, Plaintiff, Teressa Adkins as the administrator of the estate of Jenella Adkins, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:19-cv-04470 filed on November 6, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: December 9, 2020.

Respectfully submitted,

**TAUTFEST BOND, PLLC**
/s/ Jessica Glitz
Jessica Glitz, (TX Bar No.24076095)
Monte Bond, (TX Bar 02585625)
5151Belt Line Rd, Suite 1000
Dallas, TX 75254
Telephone: (214) 617-9980
Facsimile: (214) 853-4281
jglitz@tbtorts.com
mbond@tbtorts.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of December 2020, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                     /s/ Jessica Glitz