IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Harold Celius_____

Civil Case No. 1:16-cv-03507-TWP-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Harold Celius by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening of Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:16-cv-03507-TWP-TAB filed on December 29, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 9, 2020

                                               Respectfully Submitted,

                                               **JOHNSON BECKER PLLC**

                                               *s/ Lisa Ann Gorshe*_____
                                               Lisa Ann Gorshe, Esq (MN 029522X)
                                               **JOHNSON BECKER PLLC**
                                               444 Cedar Street, Ste 1800
                                               St. Paul, MN  55101
                                               Tel: (612) 436-1800
                                               lgorshe@johnsonbecker.com

                                               *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of December 2020, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                             /s/ Lisa Gorshe