IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:19-cv-01162-RLY-TAB    Batty

## ORDER

Upon consideration of Plaintiff's Motion to Maintain Document Under Seal [Filing No. 14940] and supporting brief [Filing No. 14941], Plaintiff's motion is granted. It is hereby ordered that Filing No. 14742-1 shall be maintained under seal.

Date: 12/9/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.