**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
    DONALD E. LIPSCOMB, JR.

Civil Case #    1:17-cv-03494

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Donald E. Lipscomb, Jr., by and through the undersigned counsel,

pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"),

hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled

lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS

in this particular Civil Action No: 1:17-cv-03494 filed on September 29, 2017.  In accordance with

CMO 28, each side will bear its own costs and attorney's fees.

Dated:  December 9, 2020

Respectfully submitted,

/s/ Rand P. Nolen
Rand P. Nolen (Pro Hac Vice)
Texas Bar No. 00788126
**FLEMING, NOLEN & JEZ, L.L.P.**
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-3109
Telephone:  (713) 621-7944
Facsimile:  (713) 621-9638
Email:  rand_nolen@fleming-law.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/ Rand P. Nolen
Rand P. Nolen

56818 Lip 20-12-09 Nt of Voluntary Dismissal w Prejudice.docx