IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)                Plaintiff Demands a Trial by Jury

MARK PRIESMEYER

Civil Case # 1:19-cv-00964-RLY-TAB

### MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Pursuant to Federal Rules of Civil Procedure, Rule 15, Plaintiff moves this Court for leave to amend his Complaint in the above captioned action and, in support, states as follows:

1. A party may amend his pleading by leave of court, and "[t]he court shall freely give leave when justice so requires." Fed. R. Civ. P. 15(a).

2. A party may amend the pleadings as may be necessary and "at any time" "to conform them to the evidence and to raise an unpleaded issue." Fed. R. Civ. P. 15(b).

3. Plaintiff requests leave to amend the pleadings to conform them to the evidence.

4. Plaintiff specifically requests leave to amend his existing consumer fraud and misrepresentation claims to allege particular facts, as required by Fed. R. Civ. P. 9(b).

5. The proposed Amended Short Form Complaint is attached as Exhibit A.

6. Plaintiff has communicated with the Cook Defendants to seek their assent to this motion. Defendants oppose this motion.

Respectfully submitted,

*/s/ Steven Rotman*
Steven B. Rotman
Hausfeld
One Marina Park Drive
Suite 1410
Boston, MA 02110
(617) 207-0600
srotman@hausfeld.com

Dated: December 10, 2020

## **CERTIFICATE OF SERVICE**

I certify that on December 10, 2020, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

_____
Steven B. Rotman