# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | ) ) ) ) Case No. 1:14-ml-2570-RLY-TAB ) MDL No. 2570 |
| **This Document Relates to:** **Plaintiffs Amy King & Greg King** Civil Case # 1:17-cv-01110 | ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Amy King and Greg King, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No: 1:17-cv-01110 filed on April 7, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated:  December 10, 2020

    Respectfully submitted,

    /s/Don McKenna
    Don McKenna (Pro Hac Vice)
    AL State Bar ASB-6494-C66D
    HARE, WYNN, NEWELL AND NEWTON, LLP
    2025 Third Avenue North Suite 800
    Birmingham, AL 35203
    Tel: (205) 328-5330
    Fax: (205) 324-2165
    Email: don@hwnn.com
    Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/Don McKenna
Don McKenna
