IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff
Dominic Robertson

Civil Case # 1:20-cv-06302-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Dominic Robertson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   n/a

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Missouri

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____Missouri_____

6. Plaintiff's/Deceased Party's current state of residence:

   _____Missouri_____

7. District Court and Division in which venue would be proper absent direct filing:

   _____United States District Court for the Eastern District of Missouri, Eastern Division_____

8. Defendants (Check Defendants against whom Complaint is made):

   [X]   Cook Incorporated

   [X]   Cook Medical LLC

   [X]   William Cook Europe ApS

9. Basis of Jurisdiction:

   [X]   Diversity of Citizenship

   [ ]   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____Paragraphs 6 through 28._____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    Gunther Tulip Mreye
    Cook Celect Platinum
    Other:
    _____

11. Date of Implantation as to each product:

    February 10, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Saint Louis University Hospital, St. Louis, Missouri

13. Implanting Physician(s):

    Donald Jacobs, MD, Shankar Sundaram, MD and Michael Williams, JE, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

- [x] Count V: Breach of Express Warranty

- [x] Count VI: Breach of Implied Warranty

- [x] Count VII: Violations of Applicable __Missouri__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- [ ] Count VIII: Loss of Consortium

- [ ] Count IX: Wrongful Death

- [ ] Count X: Survival

- [x] Count XI: Punitive Damages

- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    Laura Lumaghi

16. Address and bar information for Attorney for Plaintiff(s):

    #50816, Dowd & Dowd, P.C., 211 N. Broadway, Suite 4050, St. Louis, Missouri  63102

4

Date:  December 10, 2020

Respectfully submitted,

DOWD & DOWD, P.C.

By: /s/ Laura G. Lumaghi
Laura Lumaghi, MO Bar #50816
211 N. Broadway, Suite 4050
St. Louis, Missouri  63102
314-621-2500
Fax: 314-621-2503
laura@dowdlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Laura G. Lumaghi