UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

Diane Fouch
Civil Case No. 1:19-cv-04926-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Diane Fouch, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:19-cv-04926-RLY-TAB filed on December 16, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 11, 2020                    Respectfully submitted,

                                                    **Kirkendall Dwyer LLP**

                                                    */s/ Andrew F. Kirkendall*
                                                    Andrew Kirkendall
                                                    akirkendall@kirkendalldwyer.com
                                                    Alexander G. Dwyer
                                                    *adwyer@kirkendalldwyer.com*
                                                    4343 Sigma Boulevard, Suite 200
                                                    Dallas, TX  75244
                                                    Telephone:  (214) 271-4027
                                                    Facsimile:  (214) 253-0629

                                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document as served upon the attorney of record for each other party through the Court's electronic filing service on December 11, 2020 which will send notification of such filing to the e-mail addresses registered.

    /s/ *Andrew F. Kirkendall*
Andrew F. Kirkendall