IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

This Document Relates to:
    1:17-cv-01464-RLY-TAB    Carroll
    1:17-cv-04316-RLY-TAB    Jessen
    1:18-cv-01662-RLY-TAB    Newhouse

## **ORDER**

This matter is before the Court on the Cook Defendants' motion [Filing No. 14926] to maintain under seal Exhibits A [Filing No. 14908], B [Filing No. 14908-1], and C [Filing No. 14908-2] to the Cook Defendants' Supplemental Memorandum Providing Medical Records Pursuant to Court Order [Filing No. 14907]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Defendants' basis for moving to seal these documents is to protect the medical privacy of the above-captioned Plaintiffs. Defendants set forth in their motion good cause for maintaining the requested filings under seal, at least until consent is obtained to release the private health information contained in the documents. [Filing No. 14926, at ECF p. 3-4.] Therefore, Defendants' motion [Filing No. 14926] is granted.

Date: 12/11/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.