IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:17-cv-02679-RLY-TAB    De Leonard
    1:19-cv-02356-RLY-TAB    Hicks
    1:19-cv-02528-RLY-TAB    Marshall
    1:18-cv-01479-RLY-TAB    Steward

## ORDER

This matter is before the Court on the Cook Defendants' motion [Filing No. 14898] to maintain under seal Group Exhibit A [Filing No. 14849] to the Cook Defendants' Motion for Judgment on the Pleadings in 4 Pending Category 2 Cases for Failure to State a Claim [Filing No. 14847]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Defendants' basis for moving to seal these documents is to protect the medical privacy of the above-captioned Plaintiffs. Defendants set forth in their motion good cause for maintaining the requested filings under seal, at least until consent is obtained to release the private health information contained in the documents. [Filing No. 14898, at ECF p. 4-5.] Therefore, Defendants' motion [Filing No. 14898] is granted.

Date: 12/11/2020

                        Tim A. Baker
                        United States Magistrate Judge
                        Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.