**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANDA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
  Plaintiff, CORY ZOUTTE
Case No.: 1:20-cv-6272-RLY-TAB

**MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL OF RECORD FOR PLAINTIFF CORY ZOUTTE**

The Plaintiff, Cory Zoutte, pursuant to this Court's Local Rule 83-7, respectfully requests that Attorney Christina E. Unkel and the law firm Maglio Christopher & Toale, PA ("MCT") be allowed to withdraw as counsel of record for Plaintiff in the above-captioned case, and that they be removed from the electronic service list in this case. In support thereof the Plaintiff states as follows:

1. Jessica Glitz of the firm Tautfest Bond, PLLC has entered an appearance for Plaintiff in this case and will continue to serve as counsel of record for Plaintiff;

2. Plaintiff will not be prejudiced by the withdrawal of Attorney Unkel and MCT; and,

3. This withdrawal of counsel is not sought for purposes of delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this Motion for Leave to Withdraw as counsel for Plaintiff and be removed from the electronic service list in this case.

**Dated: December 11, 2020**

Respectfully submitted,

**MAGLIO CHRISTOPHER & TOALE, P.A**.

_____
Florida Bar No.: 0099203
1605 Main Street, Suite 710
Sarasota, Florida 34236

Phone: 941-952-5242
Fax: 941-952-5042
Primary: cunkel@mctlawyers.com
Secondary: ddrabina@mctlaw.com
Secondary: lwilliams@mctlaw.com

**TAUTFEST BOND, PLLC**

/s/ Jessica Glitz
Jessica Glitz
No. #24076095TX
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Phone: (214) 617-9980
Facsimile: (214) 853-4281
jglitz@tautfestbond.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record have been served with a copy of this filing via the Court's CM/ECF system on December 11, 2020.

**MAGLIO CHRISTOPHER & TOALE, P.A.**

Florida Bar No.: 0099203
1605 Main Street, Suite 710
Sarasota, Florida 34236
Phone: 941-952-5242
Fax: 941-952-5042
Primary: cunkel@mctlawyers.com
Secondary: ddrabina@mctlaw.com
Secondary: lwilliams@mctlaw.com