**UNITED STATES DISTRIC COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
  Plaintiff, CORY ZOUTTE
Case No.: 1:20-cv-6272-RLY-TAB

**ORDER MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL OF RECORD FOR PLAINTIFF CORY ZOUTTE**

THIS CAUSE, having come before the Court on Plaintiff's Motion for Leave to Withdraw as Counsel of Record filed December 4, 2020, it is hereby,

ORDERED AND ADJUDGED that:

1. Attorney Christina E. Unkel's and the law firm of Maglio, Christopher & Toale, PA's withdraw as counsel is GRANTED and will be removed from the electronic service list in this case.

2. Plaintiff will continue to be represented by Attorney Jessica Glitz and the law firm of Tautfest Bond, PLCC.

3. Plaintiff will not be prejudiced by the withdrawal of Attorney Unkel and Maglio Christopher & Toale, PA.

**DONE AND ORDERED**, in Chambers, in Orange County, Florida this 4th day of December, 2020.

_____
**Honorable Leslie R. Hoffman**
United States Magistrate Judge

Service will be made electronically on
all ECF-registered counsel of record via
email generated by the court's ECF system.