# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

*Cedric Bills*
*Civil Case #: 1:17-cv-1795-RLY-TAB*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Cedric Bills, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:17-cv-1795-RLY-TAB filed on May 31, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 14, 2020   Respectfully Submitted,

**MURPHY LAW FIRM, LLC**

/s/ Peyton P. Murphy
Peyton P. Murphy
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: Peyton@murphylawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                            /s/ Peyton P. Murphy  
                                            Peyton P. Murphy

                                            *Attorney for Plaintiff*