IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Marcella Johnson and Jesse Johnson

Civil Case #: 1:17-cv-00799-RLY-TAB

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiffs, Marcella Johnson and Jesse Johnson, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:17-cv-00799-RLY-TAB filed on March 16, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: December 14, 2020.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

/s/ A. Layne Stackhouse
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December 2020, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ A. Layne Stackhouse*