IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570
_____

This Document Relates to Plaintiffs:

1:17-cv-01447, Vicki Miller v. Cook Incorporated et al
_____

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Vicki Miller, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:17-cv-01447-RLY-TAB filed on May 4, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 14, 2020                    Respectfully Submitted,

                                            **HENINGER GARRISON DAVIS, LLC**

                                            /s/Caroline U. Hollingsworth
                                            Caroline U. Hollingsworth
                                            2224 1sy Avenue North
                                            Birmingham, AL 35203
                                            Telephone: (205) 326-3336
                                            Facsimile:   (205)326-3332
                                            Email: caroline@hgdlawfirm.com

                                            *Attorney for the Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 14, 2020 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

<u>*/s/ Caroline U. Hollingsworth*</u>
Caroline U. Hollingsworth