IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:17-cv-00679, Myrtle Williams and Wilson Williams v. Cook Incorporated et al

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, Myrtle Williams and Wilson Williams, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:17-cv-00679-RLY-TAB filed on March 7, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 14, 2020

Respectfully Submitted,

**HENINGER GARRISON DAVIS, LLC**

/s/Caroline U. Hollingsworth
Caroline U. Hollingsworth
2224 1sy Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile:   (205)326-3332
Email: caroline@hgdlawfirm.com

*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 14, 2020 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                        */s/ Caroline U. Hollingsworth*
                                        Caroline U. Hollingsworth