IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Mary Horton, 1:19-cv-03971-RLY-TAB
Patrick Brown, 1:19-cv-04179-JMS-DLP
Raymond King, 1:18-cv-02882-WTL-TAB

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS jointly stipulate that the above-captioned cases are dismissed without prejudice, with each party to bear its own costs.  To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiffs may refile their cases in the Southern District of Indiana.  If any of these Plaintiffs refiles his or her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice.

| | |
|---|---|
| /s/ Basil E. Adham<br>Basil E. Adham<br>TX Bar No 24081742<br>JOHNSON LAW GROUP<br>2925 Richmond Ave., Suite 1700<br>Houston, TX 77098<br>Telephone: (713) 626-9336<br>Facsimile: (713) 626-3394<br>ivc@johnsonlawgroup.com<br><br>*Attorney for Plaintiffs* | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-100<br>Andrea.pierson@FaegreDrinker.com<br><br>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, & William Cook Europe ApS* |

Dated: December 14, 2020