## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Dolly Mead v. Cook Medical, Inc., et al.,*
Civil Case # 1:16-cv-06044

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Dolly Mead, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe in this particular Civil Action No. 1:16-cv-06044 filed on September 28, 2016.

In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated:  December 14, 2020

Respectfully submitted,

By:   */s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald
FITZGERALD LAW GROUP, LLC
120 Exchange Street, Suite 200
Portland, ME 04101
Telephone: (207) 874-7407
Facsimile: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Kevin M. Fitzgerald*