IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Gregory Davis 1:20-cv-06282-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above reference matter.

                Respectively submitted,

Dated: 12/14/2020

                */s/ Paul L. Stoller*
                Paul L. Stoller
                (Admitted *Pro Hac* Vice, AZ Bar No. 016773)
                **DALIMONTE RUEB STOLLER, LLP**
                2425 E. Camelback Road, Suite 500
                Phoenix, Arizona 85016
                Tel: (602) 888-2807
                Fax: (855) 203-2035
                paul@drlawllp.com

                ***Lead Counsel for Plaintiff***

2

**CERTIFICATE OF SERVICE**

I hereby certify that on 12/14/2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ Paul L. Stoller*
                                                Paul L. Stoller