IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Dorothy Monteith  1:20-cv-06291-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above reference matter.

Respectively submitted,

Dated: 12/14/2020

*/s/ Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Lead Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on 12/14/2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                             */s/ Paul L. Stoller*
                                                                             Paul L. Stoller

US.120263840.01