IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
Bryan McFarland
Case No. 1:18-cv-209

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with

prejudice. Each party shall bear its own fees and costs.

Dated: December 15, 2020

/s/ David C. DeGreeff
David C. DeGreeff, Esq.
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri  64112
Telephone:  (816) 701-1100
Facsimile:  (816) 531-2372
Email: ddegreeff@wcllp.com

**Attorney for Plaintiff**

/s/ Jessica Benson Cox
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: jessica.cox@faegredrinker.com

**Attorney for Defendants**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of December, 2020, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Jessica Benson Cox*
Jessica Benson Cox

- 2 -