# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>• Valerie Cortez, 1:20-cv-00896 | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2570 |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Plaintiff Valerie Cortez appeals to the United States Court of Appeals for the Seventh Circuit from the opinion and order and judgment of the U.S. District Court for the Southern District of Indiana that was entered on November 13, 2020 granting Defendants' Motion for Judgement on the Pleadings.

Dated: December 11, 2020

                                                                        By: /s/Michael E. Gallant
                                                                        Michael E. Gallant
                                                                        DALIMONTE RUEB STOLLER LLP
                                                                        1250 Connecticut Avenue NW, Suite 700
                                                                        Washington, DC 20036
                                                                        Tel: (202) 858-1211
                                                                        Fax: (855) 203-2053
                                                                        michael.gallant@drlawllp.com