UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Marie Wilson, 1:17-cv-03337 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

# FINAL JUDGMENT

Today, the court granted the Cook Defendants'[1] Motion for Judgment on the Pleadings. Accordingly, judgment is entered in favor of the Cook Defendants and against the Plaintiff herein, Marie Wilson.

**SO ORDERED** this 14th day of December 2020.

Roger Sharpe, Clerk
United States District Court

_____

By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

1

Distributed Electronically to Registered Counsel of Record.