IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   James Carver

Civil Case #   1:20-cv-06287

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    James Carver

Date:   December 15, 2020

/s/ Michael J. Quillin
*Attorney's signature*

Michael J. Quillin   #61877MO
*Printed name and bar number*

1034 S. Brentwood Blvd., 23rd Floor, PH 1-A
St. Louis, MO 63117
*Address*

quillin@osclaw.com
*E-mail address*

(314) 405-9000
*Telephone number*

(314) 833-3073
*FAX number*