## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

9 Plaintiffs Listed in Cook's Omnibus Motion for Judgment on the Pleadings Based on Statute of Repose in Texas and Tennessee

Margaret Caylor, 1:19-cv-03850
Mary Saldana, 1:20-cv-00130
Thomas Acree, 1:18-cv-00947
Dominique Haughton, 1:19-cv-00569
Sammie Sadler, 1:19-cv-00156
Ronald Osment, 1:19-cv-02392
Keith McNeil, 1:19-cv-02890
Jeffrey Garrett, 1:19-cv-04703
Addie Burks-Henry, 1:20-cv-00330

**THE COOK DEFENDANTS' SUBMISSION OF REDACTED MEMORANDUM IN SUPPORT OF THE RESPONSE IN OPPOSITION TO DEFENDANTS' OMNIBUS MOTION FOR JUDGMENT ON THE PLEADINGS [DKT. NO. 13820]**

      In accordance with the Court's 12/3/20 Order [Dkt. No. 14971] and directives, the Cook Defendants respectfully submit a redacted version of Plaintiffs' Memorandum in Support of the Response in Opposition to Defendants' Omnibus Motion for Judgment on the Pleadings [Dkt. No. 13820]. A redacted version of Dkt. No. 13820 for public viewing is attached to this pleading as **Dkt. No. 13820 [REDACTED].**

Dated: December 16, 2020          */s/ Andrea Roberts Pierson*
                                            Andrea Roberts Pierson, Co-Lead Counsel
                                            Jessica Benson Cox

FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated,
Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020 a copy of the foregoing **THE COOK DEFENDANTS' SUBMISSION OF REDACTED MEMORANDUM IN SUPPORT OF THE RESPONSE IN OPPOSITION TO DEFENDANTS' OMNIBUS MOTION FOR JUDGMENT ON THE PLEADINGS [DKT. NO. 13820]** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*