UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | )<br>)<br>)<br>) |
| _____ | )     1:14-ml-02570-RLY-TAB |
| This Document Relates to:<br>Curtis Shields<br>1:18-cv-01379-RLY-TAB | )<br>)<br>) |

## ORDER OF DISMISSAL

This cause came before the court upon the parties' Stipulation of Dismissal

and the court having considered said stipulation and being duly advised in the

premises, same is now GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** That

this cause be dismissed with prejudice, each party shall bear its own costs,

including attorneys' fees.

**SO ORDERED** this 16th day of December 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record