# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALI AKBAR AFSHARI, AN INDIVIDUAL; ZARINTAJ SARKARAT, WIFE. <br><br> Plaintiff(s) <br><br> v. <br><br> IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br><br> Defendant(s). | Case No.: 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Plaintiffs Ali Akbar Afshari and Zarintaj Sarkarat respectfully requests this Court permit the withdrawal of Joshua D. Christian of the law firm Christian & Christian, LLC, located in Greenville, South Carolina, as counsel for the Plaintiffs. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs originally filed the above-captioned case directly in the *In Re: Cook IVC Filters Products Liability Litigation*, MDL 2570 (the "Cook MDL"), in the United States District Court for the Southern District of Indiana ("MDL Court"), pursuant to a direct filing order in that court.

2. Plaintiffs Respectfully requests that the Court enter an order granting this motion and granting Joshua D. Christian and Christian & Christian, LLC leave to withdraw as counsel for Plaintiffs in this case.

                                          CHRISTIAN & CHRISTIAN
                                          Attorneys at Law
                                          Post Office Box 332
                                          Greenville, South Carolina 29602
                                          (864) 232-7363


                                          */s/Joshua D. Christian*
                                          Joshua D. Christian
                                          S.C. Bar No.: 73820

Greenville, South Carolina
Date: December 16, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/Joshua D. Christian
Joshua D. Christian
S.C. Bar No.: 73820

Greenville, South Carolina
Date: December 16, 2020