# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALI AKBAR AFSHARI, AN INDIVIDUAL; ZARINTAJ SARKARAT, WIFE.<br><br>Plaintiff(s)<br><br>v.<br><br>COOK INCORPORATED, et al.<br><br>Defendant(s). | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This matter comes before the Court on Plaintiffs' Motion for Leave to Withdraw as Counsel filed on behalf of Joshua D. Christian and the Court, having considered the motion, hereby determines that it should be **GRANTED**. It is therefore **ORDERED** that Joshua D. Christian is granted leave to withdraw as counsel.

**SO ORDERED** this date: _____

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana