IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Janice Elaine Kloostra
Civil Case No.  1:17-cv-01364

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Janice Elaine Kloostra, by and through the undersigned counsel,

pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases"

("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the

above-styled lawsuit (Civil Action No. 1:17-cv-01364) as to defendants Cook Incorporated, Cook

Medical LLC and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its

own costs and attorney's fees.

Respectfully submitted,

**THE NATIONS LAW FIRM**

    */s/ Howard L. Nations*
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Ave.
Suite 200
Houston, Texas 77042
Telephone:  (713) 807-8400
Facsimile:  (713) 807-8423

**ATTORNEYS FOR PLAINTIFFS**