IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Enrico Jerome Messina
Civil Case No. 1:16-cv-02046

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff, Enrico Jerome Messina, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:16-cv-02046) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/17/2020

Respectfully submitted,

**THE NATIONS LAW FIRM**

*/s/ Howard L. Nations*

Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Ave.
Suite 200
Houston, Texas 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423

**ATTORNEYS FOR PLAINTIFFS**