IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:
Lonnie Mae Vansant
Civil Case No.  1:17-cv-01195

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Lonnie Mae Vansant, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:17-cv-01195) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/17/2020                                       Respectfully submitted,

                                                                        **THE NATIONS LAW FIRM**

                                                                         */s/ Howard L. Nations*
                                                                        Howard L. Nations
                                                                        Texas Bar No. 14823000
                                                                        9703 Richmond Ave.
                                                                        Suite 200
                                                                        Houston, Texas 77042
                                                                        Telephone:  (713) 807-8400
                                                                        Facsimile:  (713) 807-8423

                                                                        **ATTORNEYS FOR PLAINTIFFS**