IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

## JOINT PETITION FOR REIMBURSEMENT OF OVERPAYMENT

The Cook Defendants and Plaintiffs' Steering Committee respectfully submit this joint petition for reimbursement of an overpayment by the Cook Defendants to the Common Benefit Fund. Specifically, the parties request that the Court enter an order directing BGBC, LLP, the Court-appointed escrow agent over the Common Benefit Fund, to refund a sum of $7,000 to the Cook Defendants. Should the Court desire additional details about the circumstances that resulted in the overpayment and the need for the reimbursement, the Cook Defendants and the PSC stand ready to provide that information, either orally in an in camera hearing or in a written submission filed under seal.

Dated:  December 17, 2020

| | |
|---|---|
| /s/ Joseph N. Williams | /s/ Andrea Roberts Pierson |
| Joseph N. Williams, Atty. No. 25874-49 | Andrea Roberts Pierson |
| WILLIAMS & PIATT, LLC | FAEGRE DRINKER BIDDLE & REATH LLP |
| 301 Massachusetts Avenue | 300 N. Meridian Street, Suite 2500 |
| Indianapolis, IN 46204 | Indianapolis, IN 46204 |
| Telephone: (317) 633-5270 | Telephone: (317) 237-0300 |
| Facsimile: (317) 426-3348 | Facsimile: (317) 237-100 |
| jwilliams@rwp-law.com | Andrea.pierson@FaegreDrinker.com |
| | |
| *Liaison Counsel to Plaintiffs' Steering Committee and on behalf of Plaintiffs' Steering Committee* | *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, & William Cook Europe ApS* |