IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs:
Tanya Renee' Nunnery and Curtis Gendell Lee
Civil Case No.  1:17-cv-01232

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Tanya Renee'Nunnery and Curtis Gendell Lee, by and through the

undersigned counsel, pursuant to paragraph 3 of  Case  Management  Order 28, "Screening  for

Time-Barred  Cases" ("CMO  28"), and hereby respectfully give notice of the voluntary dismissal

with prejudice of the above-styled lawsuit (Civil Action No. 1:17-cv-01232) as to defendants Cook

Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28,

each side will bear its own costs and attorney's fees.

Date: 12/17/2020                    Respectfully submitted,

                                    **THE NATIONS LAW FIRM**

                                     */s/ Howard L. Nations*
                                    Howard L. Nations
                                    Texas Bar No. 14823000
                                    9703 Richmond Ave.
                                    Suite 200
                                    Houston, Texas 77042
                                    Telephone:  (713) 807-8400
                                    Facsimile:  (713) 807-8423

                                    **ATTORNEYS FOR PLAINTIFFS**