IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

This Document Relates to Plaintiffs:

1:19-cv-04838, Nicole Stepp v. Cook Incorporated et al

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Nicole Stepp, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:19-cv-04838-RLY-TAB filed on December 8, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 17, 2020

Respectfully Submitted,

**THE SEIDEMAN LAW FIRM, P.C.**

/s/  Scott R Seideman
200 Adriatic Parkway, Suite 102
McKinney, Texas 75072
Telephone: (214) 752-0443
Facsimile:   (214) 752-0449
Email: sseid@seidlaw.com

*Attorney for the Plaintiff Nicole Stepp*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2020 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Scott R. Seideman*
Scott R. Seideman