## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB |
| This Document Relates to Plaintiff:<br><br>April Moore<br>Case No.: 1:17-cv-03014 | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, April Moore, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:17-cv-03014-LJM-MJD filed on August 31, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 18, 2020

                Respectfully Submitted,

                s/ Gregory N. McEwen
                Gregory N. McEwen
                gmcewen@mcewenlaw.com
                MCEWEN LAW FIRM LIMITED
                5850 Blackshire Path
                Inver Grove Heights, MN 55076
                P:  651.224.3833
                F:  651.223.5790

                **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  s/ Gregory N. McEwen
                                                  Gregory N. McEwen