## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB |
| This Document Relates to Plaintiff:<br><br>Cheryl Noack<br>Case No.: 1:17-cv-2820 | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

COMES NOW Plaintiff, Cheryl Noack, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:17-cv-2820-RLY-TAB filed on August 17, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 18, 2020

Respectfully Submitted,

s/ Gregory N. McEwen
Gregory N. McEwen
gmcewen@mcewenlaw.com
MCEWEN LAW FIRM LIMITED
5850 Blackshire Path
Inver Grove Heights, MN 55076
P:  651.224.3833
F:  651.223.5790

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                             s/ Gregory N. McEwen_____
                                                                             Gregory N. McEwen