IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiffs:
Jonathon James Osani and Kathleen Brook Osani
Civil Case No.  1:17-cv-00967

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Jonathon James Osani and Kathleen Brook Osani, by and through

the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for

Time-Barred Cases" ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal

with prejudice of the above-styled lawsuit (Civil Action No. 1:17-00967) as to defendants Cook

Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28,

each side will bear its own costs and attorney's fees.

Date: 12/18/2020

Respectfully submitted,

**THE NATIONS LAW FIRM**

 */s/ Howard L. Nations*
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Ave.
Suite 200
Houston, Texas 77042
Telephone:  (713) 807-8400
Facsimile:  (713) 807-8423

**ATTORNEYS FOR PLAINTIFFS**