IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

**CARLENE E. COVINGTON**
Civil Case No. 1:20-cv-06114-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Carlene E. Covington, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:20-cv-06114-RLY-TAB) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 18, 2020

                                                Respectfully submitted,

                                                */s/ Brian A. Goldstein*
                                                Brian A. Goldstein, Esq.
                                                Cellino Law LLP
                                                350 Main Street
                                                2500 Main Place Tower
                                                Buffalo, New York  14202
                                                Telephone Number (716) 888-2020
                                                Fax Number (716) 259-2020
                                                brian.goldstein@cellinolaw.com
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

      /s/ Brian A. Goldstein