IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>**JANIS L. CROSBY and DELROY CROSBY**<br>Civil Case No. 1:19-cv-03152-RLY-TAB | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs, Janis L. Crosby and Delroy Crosby, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:19-cv-03152-RLY-TAB) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 18, 2020

                                                        Respectfully submitted,

                                                        */s/ Brian A. Goldstein*
                                                        Brian A. Goldstein, Esq.
                                                        Cellino Law LLP
                                                        350 Main Street
                                                        2500 Main Place Tower
                                                        Buffalo, New York  14202
                                                        Telephone Number (716) 888-2020
                                                        Fax Number (716) 259-2020
                                                        brian.goldstein@cellinolaw.com
                                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein