IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

**MICHAEL W. DUSING and LYNN DUSING**
Civil Case No. 1:20-cv-06113-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs, Michael W. Dusing and Lynn Dusing, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:20-cv-06113-RLY-TAB) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 18, 2020

                                          Respectfully submitted,

                                          */s/ Brian A. Goldstein*
                                          Brian A. Goldstein, Esq.
                                          Cellino Law LLP
                                          350 Main Street
                                          2500 Main Place Tower
                                          Buffalo, New York  14202
                                          Telephone Number (716) 888-2020
                                          Fax Number (716) 259-2020
                                          brian.goldstein@cellinolaw.com
                                          Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein