IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

**INOLIN REYES JR.**
Civil Case No. 1:17-cv-04030-RLY-TAB

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff, Inolin Reyes Jr., by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:17-cv-04030-RLY-TAB) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 18, 2020

                                                    Respectfully submitted,

                                                  */s/ Brian A. Goldstein*
                                                  Brian A. Goldstein, Esq.
                                                  Cellino Law LLP
                                                  350 Main Street
                                                  2500 Main Place Tower
                                                  Buffalo, New York  14202
                                                  Telephone Number (716) 888-2020
                                                  Fax Number (716) 259-2020
                                                  brian.goldstein@cellinolaw.com
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein