UNITED STATES DISTRIC COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABLITY LITIGATION

1:14-ml-2570-RLY-TAB
MDL No. 2570

This document relates to:
  Plaintiff, CORY ZOUTTE
Case No.: 1:20-cv-6272-RLY-TAB

**ORDER MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFF CORY ZOUTTE**

THIS CAUSE, having come before the Court on Plaintiff's Motion for Leave to Withdraw as Counsel of Record filed December 4, 2020 [Dkt. 15050] , it is hereby,

ORDERED AND ADJUDGED that:

1. Attorney Christina E. Unkel's and the law firm of Maglio, Christopher & Toale, PA's withdraw as counsel is GRANTED and will be removed from the electronic service list in this case.

2. Plaintiff will continue to be represented by Attorney Jessica Glitz and the law firm of Tautfest Bond, PLCC.

3. Plaintiff will not be prejudiced by the withdrawal of Attorney Unkel and Maglio Christopher & Toale, PA.

Date: 12/18/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.