# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALI AKBAR AFSHARI, AN INDIVIDUAL; ZARINTAJ SARKARAT, WIFE.<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>　　　　　Defendant(s). | Case No.: 1:18-cv-00369-RLY-TAB<br><br>MDL No. 2570<br><br>**Motion denied for failure to comply with Local Rule 83-7(b)(2) and 83-7(b)(3).**<br><br>**Tim A. Baker**<br>**U.S. Magistrate Judge**<br>**12/18/2020** |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Plaintiffs Ali Akbar Afshari and Zarintaj Sarkarat respectfully requests this Court permit the withdrawal of Joshua D. Christian of the law firm Christian & Christian, LLC, located in Greenville, South Carolina, as counsel for the Plaintiffs. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs originally filed the above-captioned case directly in the *In Re: Cook IVC Filters Products Liability Litigation*, MDL 2570 (the "Cook MDL"), in the United States District Court for the Southern District of Indiana ("MDL Court"), pursuant to a direct filing order in that court.

2. Plaintiffs Respectfully requests that the Court enter an order granting this motion and granting Joshua D. Christian and Christian & Christian, LLC leave to withdraw as counsel for Plaintiffs in this case.