UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | * Case No.: 1:14-ml-2570-RLY-TAB <br> * MDL No. 2570 |
| This Document Relates To: | |
| Case No.: 1:17-cv-01891 | |
| Plaintiff: Botsford, Roger | |
| v. | |
| Defendant: Cook Medical | |

**NOTICE OF WITHDRAWAL OF FORMER COUNSEL AND NOTICE OF APPEARANCE OF SUCCESSOR COUNSEL**

TO:   The Clerk of the Court and all parties of record

Please be advised that Dorothy J. Dohanics is no longer with the firm of Dallas W. Hartman, P.C. and hereby withdraws as counsel for Plaintiff, ROGER BOTSFORD. Please take notice I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, ROGER BOTSFORD.

                                      Respectfully submitted,

                                      DALLAS W. HARTMAN, P.C.

Date: 12/18/2020                  BY: /s/ CHELSIE M. PALECEK
                                                Attorney for Plaintiff

                                                Chelsie M. Palecek, Esq.
                                                OH. Attorney I.D. No. 0096952
                                                201 Green Ridge Drive
                                                New Castle, PA  16105
                                                (724) 652-4081

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to all counsel of record.

      DALLAS W. HARTMAN, P.C.

      BY: /s/ CHELSIE M. PALECEK
      Chelsie M. Palecek
      Counsel for Roger Botsford