UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | * Case No.: 1:14-ml-2570-RLY-TAB<br>* MDL No. 2570 |
| This Document Relates To: | * |
| Case No.: 1:17-cv-4527 | * |
| Plaintiff: Neiko Denison | * |
| v. | * |
| Defendant: Cook Medical | * |

**NOTICE OF WITHDRAWAL OF FORMER COUNSEL AND NOTICE OF APPEARANCE OF SUCCESSOR COUNSEL**

TO:   The Clerk of the Court and all parties of record

Please be advised that Dorothy J. Dohanics is no longer with the firm of Dallas W. Hartman, P.C. and hereby withdraws as counsel for Plaintiff, NEIKO DENISON. Please take notice I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, NEIKO DENISON.

Respectfully submitted,

DALLAS W. HARTMAN, P.C.

Date: 12/18/2020          BY: /s/ CHELSIE M. PALECEK
                                                Attorney for Plaintiff

Chelsie M. Palecek, Esq.
OH. Attorney I.D. No. 0096952
201 Green Ridge Drive
New Castle, PA 16105
(724) 652-4081

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to all counsel of record.

                                                     DALLAS W. HARTMAN, P.C.

                                              BY: /s/ CHELSIE M. PALECEK
                                                   Chelsie M. Palecek
                                                   Counsel for Neiko Denison