IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

Derek Fell

Civil Case #: 1:16-cv-00751-WTL-DKL

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Derek Fell, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe in this particular Civil Action No. 1:16-v-00751-WTL-DKL filed on April 6, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: December 18th, 2020.

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**
/s/ Todd E. Hilton
Todd E. Hilton (Mo. Bar No. 51388)
460 Nichols Road
Suite 200
Kansas City, MO 64112
Telephone: (816)714-7100
Facsimile: (816) 714-7101
Email: hilton@stuevesiegel.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of December 2020, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                 /s/ Todd E. Hilton