IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                           MDL No. 2570

This Document Relates to Plaintiff:
Patricia Lobb
Civil Case No.  1:17-01126

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Patricia Lobb, by and through the undersigned counsel, pursuant

to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"),

and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled

lawsuit (Civil Action No. 1:17-cv-01126) as to defendants Cook Incorporated, Cook Medical LLC

and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its own costs and

attorney's fees.

Date: 12/19/2020                              Respectfully submitted,

                                             **THE NATIONS LAW FIRM**

                                             _/s/ Howard L. Nations_
                                             Howard L. Nations
                                             Texas Bar No. 14823000
                                             9703 Richmond Ave.
                                             Suite 200
                                             Houston, Texas 77042
                                             Telephone:  (713) 807-8400
                                             Facsimile:  (713) 807-8423

                                             **ATTORNEYS FOR PLAINTIFFS**