IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiffs:
Sarah Shick Caravella and Anthony Joseph Caravella
Civil Case No.  1:16-cv-01111

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Sarah Shick Caravella and Anthony Joseph Caravella, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:16-cv-01111) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/20/2020                              Respectfully submitted,

                                              **THE NATIONS LAW FIRM**

                                                 */s/ Howard L. Nations*
                                              Howard L. Nations
                                              Texas Bar No. 14823000
                                              9703 Richmond Ave.
                                              Suite 200
                                              Houston, Texas 77042
                                              Telephone:  (713) 807-8400
                                              Facsimile:  (713) 807-8423

                                              **ATTORNEYS FOR PLAINTIFFS**