UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| *Steven Mora*, 1:16-cv-01070-RLY-TAB | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs, Steven Mora and Teresa Mora, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:16-cv-01070-RLY-TAB filed on May 4, 2016.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 21, 2020               Respectfully submitted,


*/s/ Annesley H DeGaris*
Annesley H DeGaris
DeGaris Wright McCall, LLC
2 N 20th St., Ste. 1030
Birmingham, AL 35203
205-558-9000
Fax: 205-588-5231
Email: adegaris@degarislaw.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I, Annesley H. DeGaris, hereby certify that on the 21st day of December 2020, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal With Prejudice to be served via this Court's electronic filing service on all counsel of record.

                                             */s/ Annesley H DeGaris*
                                             Annesley H DeGaris