UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC.<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to:<br><br>DERICK and JANET ARTIS<br><br>vs.<br><br>COOK MEDICAL INCORPORATED et al. | CIVIL ACTION NO. 1:15-cv-01913 |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs, Derick Artis and Janet Artis, by and through undersigned counsel, pursuant to ¶3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully give notice of the voluntary dismissal with prejudice of the above-referenced action as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:15-cv-01913 filed on December 4, 2015. In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

Dated: December 21, 2020

Respectfully submitted,

/s/ Scott E. Brady
Philip Bohrer, LA State Bar No. 14089
Scott E. Brady, LA State Bar No. 24976
**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
phil@bohrerbrady.com
scott@bohrerbrady.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.  Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/ Scott E. Brady