# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALI AKBAR AFSHARI, AN INDIVIDUAL; ZARINTAJ SARKARAT, WIFE.<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>　　　　　Defendant(s). | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Plaintiffs Ali Akbar Afshari and Zarintaj Sarkarat respectfully requests this Court permit the withdrawal of Joshua D. Christian of the law firm Christian & Christian, LLC, located in Greenville, South Carolina, as counsel for the Plaintiffs. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs originally filed the above-captioned case directly in the *In Re: Cook IVC Filters Products Liability Litigation*, MDL 2570 (the "Cook MDL"), in the United States District Court for the Southern District of Indiana ("MDL Court"), pursuant to a direct filing order in that court;

2. Attorney Joshua Christian provided notice of intent to withdraw to the Plaintiffs verbally and in writing on December 10, 2020 and December 15, 2020 (See Attached Attorney Affidavit);

3.  All parties respectfully request that the withdrawal take effect on December 22, 2020;

4.  Plaintiffs Ali Afshari and Zarintaj Sarkarat reside at 2030 Central Road, Glenview, IL 60025 and can be reached at (847) 486-9028; and

5.  Plaintiffs Respectfully requests that the Court enter an order granting this motion and granting Joshua D. Christian and Christian & Christian, LLC leave to withdraw as counsel for Plaintiffs in this case.

CHRISTIAN & CHRISTIAN
Attorneys at Law
Post Office Box 332
Greenville, South Carolina 29602
(864) 232-7363

*/s/Joshua D. Christian*
Joshua D. Christian
S.C. Bar No.: 73820

Greenville, South Carolina
Date: December 21, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                          */s/Joshua D. Christian*
                                                          Joshua D. Christian
                                                          S.C. Bar No.: 73820

Greenville, South Carolina
Date: December 21, 2020