## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ALI AKBAR AFSHARI, AN INDIVIDUAL; ZARINTAJ SARKARAT, WIFE. <br><br> Plaintiff(s) <br><br> v. <br><br> IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br><br> Defendant(s). | Case No.: 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

### AFFIDAVIT OF JOSHUA D. CHRISTIAN FOR LEAVE TO WITHDRAW AS COUNSEL

After being duly sworn and deposed, the undersigned states as follows;

1. That my name is Joshua Christian and I am the attorney of record for the Plaintiffs in this matter;

2. Joshua D. Christian spoke with the Plaintiffs on December 10, 2020 via phone at which time the Plaintiffs expressed their desire for my withdrawal as their counsel;

3. On December 10, 2020 I sent a letter to the Plaintiffs mailing address confirming our telephone conversation and informing them that I would be filing a motion to withdraw as counsel;

4. Joshua D. Christian exchanged email correspondence on December 14, 2020 with Plaintiffs discussing the statute of repose and the Plaintiffs' desire to have Joshua D. Christian withdraw as counsel;

5. On December 15, 2020, Joshua D. Christian sent a final letter to Plaintiffs stating he was filing a motion to withdraw as counsel; and

6. That Plaintiff has deposited a copy of this Affidavit in an envelope addressed to the Plaintiffs. the United States Mail with appropriate postage affixed thereto.

The Affiant further sayeth naught.

CHRISTIAN & CHRISTIAN
Attorneys at Law
Post Office Box 332
Greenville, South Carolina 29602
(864) 232-7363

Joshua D. Christian
S.C. Bar No.: 73820

Greenville, South Carolina
Date: 12/21, 2020

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

Sworn to and subscribed before me this the
21st day of December, 2020.

Notary Public for South Carolina
My Commission Expires: May 9, 2026