**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:19-cv-02356

## JOINT STIPULATION OF DISMISSAL OF CATEGORY 2 CASE

Plaintiff Linda Faye Hicks and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned case, are dismissed without prejudice, with each party to bear its own costs. The Plaintiff may refile her case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. However, if the Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.

The Plaintiff captioned above, may not refile her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana on the basis of that future injury.

Dated this 21st of December, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/*Christopher K. Johnston* <br> Christopher Kyle Johnson. <br> LAW OFFICE OF <br> CHRISTOPHER K. JOHNSTON, LLC. <br> 268 Ponce de León Ave., Ste. 1020 <br> San Juan, PR 00918 <br> Tel: (415) 744-1500 <br> Fax: (415) 202-6264 <br> kyle@masstortslaw.com <br> *Counsel for Plaintiff Linda Hicks* | /s/ *Jessica Benson Cox* <br> Jessica Benson Cox (#26259-49) <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 300 North Meridian Street, Suite 2500 <br> Indianapolis, Indiana 46204-1750 <br> Telephone: (317) 237-0300 <br> Facsimile: (317) 237-1000 <br> Jessica.Cox@FaegreDrinker.com <br><br> *Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS* |

## CERTIFICATE OF SERVICE

      I hereby certify that on 21st of December, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  /s/ *Christopher K. Johnston*
                                                  Christopher K. Johnston