**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Case No. 1:19-cv-02356

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF CATEGORY 2 CASE

Having considered the Joint Stipulation of Dismissal of Category 2 Case for the Plaintiff

Linda Faye Hicks and Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Linda

Faye Hicks are dismissed without prejudice subject to the re-filing of same in the United States

District Court for the Southern District of Indiana, and the parties are to bear their own costs.

Dated this _____ day of _____, 2020

_____
Judge Richard L. Young
United States District Judge

1