# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-02570-RLY |
| This document Relates to: the cases identified below | |

## STIPULATION OF DISMISSAL

Above and below-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above and below-captioned cases listed, are dismissed without prejudice, with each party to bear its own costs. These Plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If any of these Plaintiffs refiles his/her case in any jurisdiction other than the Southern District of Indiana while the MDL is still active, this dismissal will automatically convert to a dismissal with prejudice. No plaintiff captioned above or below, however, may refile his or her case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

| | Plaintiff | Case Number |
|---|---|---|
| 1 | Herrera, Suzanne Marie | 1:17-cv-01486-RLY-TAB |
| 2 | Murphy, William E. | 1:18-cv-00397-RLY-TAB |
| 3 | Costello, Mike | 1:19-cv-02359-RLY-TAB |
| 4 | Davis, Claude N. | 1:17-cv-00952-RLY-TAB |
| 5 | Ferniza, Albert | 1:17-cv-03193-RLY-TAB |
| 6 | Scriba-Portolan, Annelie | 1:19-cv-03849-RLY-TAB |

| | | |
|---|---|---|
| 7 | Sisco, Christine | 1:17-cv-00677-RLY-TAB |
| 8 | Washington, Ricky Louis | 1:17-cv-03072-RLY-TAB |
| 9 | Wise, Kenneth | 1:18-cv-00438-RLY-TAB |
| 10 | Graves, Karen Louise | 1:17-cv-01489-TWP-DKL |
| 11 | Harley, Mary A. | 1:17-cv-01362-RLY-TAB |
| 12 | Mack, Lizzie Mae | 1:17-cv-02484-RLY-TAB |
| 13 | Ratcliffe, Jean | 1:18-cv-01215-RLY-TAB |
| 14 | Seymer, Jessie H. | 1:17-cv-02423-RLY-TAB |
| 15 | Holsey, Royce | 1:17-cv-03195-RLY-TAB |
| 16 | Sheets, Teresa J. | 1:17-cv-01993-RLY-TAB |
| 17 | Hughes, Edward | 1:19-cv-02358-RLY-TAB |
| 18 | Jenkins, Tricia L. | 1:16-cv-00966-RLY-TAB |
| 19 | Jones, Sherrod | 1:18-cv-00277-RLY-TAB |
| 20 | Langford, Carol Sue | 1:18-cv-00379-RLY-TAB |
| 21 | Leonard, Lawrence Lee | 1:17-cv-01483-RLY-TAB |
| 22 | Lowery, Jessica | 1:19-cv-02552-RLY-TAB |
| 23 | Autrey, Elishia | 1:18-cv-00529-RLY-TAB |
| 24 | Leon, Michael T. | 1:17-cv-01401-RLY-DKL |
| 25 | Melcer, Thomas R. | 1:17-cv-01084-RLY-TAB |
| 26 | Allinson, Gary Henry | 1:20-cv-00560-RLY-TAB |
| 27 | Bandick, Gregory | 1:17-cv-04431-RLY-TAB |
| 28 | Blalock, Nancy Irene | 1:17-cv-01766-RLY-TAB |
| 29 | Bogard, Ulysses Cornell | 1:18-cv-00399-RLY-TAB |
| 30 | Brooks, Randall | 1:18-cv-02491-RLY-TAB |
| 31 | Etchison, Constance Diane | 1:18-cv-00522-RLY-TAB |
| 32 | Osterdock, April Lorene | 1:20-cv-01864-RLY-TAB |
| 33 | Stebbins, Michael | 1:17-cv-03192-RLY-TAB |
| 34 | Tillis, Julie | 1:17-cv-02483-RLY-TAB |
| 35 | Williams, Desiree M. | 1:19-cv-01491-RLY-TAB |
| 36 | Zagozan, Joseph | 1:18-cv-00265-RLY-TAB |
| 37 | Ballantyne, Eric B. | 1:17-cv-03079-RLY-TAB |
| 38 | Ballard, Keith | 1:17-cv-02360-RLY-TAB |
| 39 | Coufal, Leon | 1:17-cv-02761-RLY-TAB |
| 40 | Johnson, Boris Eli | 1:19-cv-02361-RLY-TAB |
| 41 | Jones, Ricky Walton | 1:17-cv-01550-RLY-TAB |
| 42 | Kari, Nelson Pentti | 1:19-cv-00666-RLY-TAB |
| 43 | King, Thomas | 1:18-cv-00295-RLY-TAB |
| 44 | Lindler, San R. | 1:17-cv-01044-RLY-TAB |
| 45 | Malone, Virginia Mae | 1:18-cv-00263-RLY-TAB |

| 46 | McCalla, Linda | 1:17-cv-02482-RLY-TAB |
|---|---|---|
| 47 | Mitchell, Patricia Ann | 1:17-cv-00720-RLY-TAB |
| 48 | Mobley, Casie | 1:17-cv-02760-RLY-TAB |
| 49 | Opperman, Jacob M. | 1:18-cv-01214-RLY-TAB |
| 50 | Reimann-Young, Julie | 1:18-cv-03252-RLY-TAB |
| 51 | Satterwhite, Hosea | 1:17-cv-04594-RLY-TAB |
| 52 | Server, Frank G. Jr. | 1:17-cv-01488-RLY-TAB |
| 53 | Wolfe, Barry A. | 1:18-cv-00441-RLY-TAB |
| 54 | Byassee, Jerry Lynn | 1:18-cv-03898-RLY-TAB |
| 55 | Dennis, Garrett | 1:17-cv-04653-RLY-TAB |
| 56 | Hackl, Teresa | 1:19-cv-03847-RLY-TAB |
| 57 | Quarrells, Debra | 1:17-cv-01703-RLY-TAB |
| 58 | Robertson, Kimberly | 1:17-cv-04537-RLY-TAB |
| 59 | Rose, Leo D. | 1:18-cv-01063-RLY-TAB |
| 60 | Smith, Wanda | 1:17-cv-03889-RLY-TAB |
| 61 | Vinciguerra, Susanna E. | 1:18-cv-00247-RLY-TAB |
| 62 | Weaver, Barry W. | 1:17-cv-04595-RLY-TAB |
| 63 | Weber, Henry | 1:18-cv-00100-RLY-TAB |
| 64 | Zanin, Patricia D. | 1:18-cv-00400-RLY-TAB |
| 65 | Long, Leonard | 1:17-cv-01301-RLY-TAB |
| 66 | Cline, Diane | 1:17-cv-01191-RLY-TAB |
| 67 | Conway, Larry | 1:17-cv-02779-RLY-TAB |
| 68 | Bologna, Dan | 1:17-cv-03692-RLY-TAB |
| 69 | Gonzalez, Jose Antonio | 1:18-cv-03895-RLY-TAB |
| 70 | Bates, Jay Leon | 1:16-cv-02655-RLY-TAB |
| 71 | Hanel, Barbara M. | 1:17-cv-01040-RLY-TAB |
| 72 | Hicks, Anita | 1:18-cv-00331-RLY-TAB |
| 73 | Taylor, Donald | 1:17-cv-01038-RLY-TAB |
| 74 | Conover, Amanda | 1:17-cv-00748-RLY-TAB |
| 75 | Tenney, Paulette May | 1:19-cv-02492-RLY-TAB |
| 76 | Linhardt, Nancy | 1:17-cv-01368-RLY-TAB |

Dated: December 21, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Howard Nations*_____ | */s/ Andrea Pierson*_____ |
| Howard Nations | Andrea Pierson |
| THE NATIONS LAW FIRM | FAEGRE BAKER DANIELS LLP |
| 9703 Richmond Avenue | 110 W. Berry Street |
| Suite 200 | Suite 2400 |
| Houston, TX 77042-4863 | Fort Wayne, IN 46802 |
| Tel: (713)807-8400 | Tel: (264)460-1725 |
| Fax: (713)807-8423 | Fax: (317)237-1000 |
| Email: cbd@howardnations.com | Andrea.Pierson@FagreBD.com |
| | |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020 I electronically filed the foregoing document with the Clerk of the Court Using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Alison L. Divine*_____
Alison L. Divine