**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Case No. 1:18-cv-00197

### ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having considered the Joint Stipulation for Dismissal With Prejudice for the Plaintiff Yolanda Smith and Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Yolanda Smith are dismissed with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2020

_____
Judge Richard L. Young
United States District Judge