IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
Linda Mull

Civil Case # 1:17-cv-02701

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, Linda Mull, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to all Defendants in this particular Civil Action No. 1:17-cv-02701-RLY-TAB filed on August 9, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Respectfully submitted,
By: /s/Richard J. Plezia
Texas Bar No. 16072800
**RICHARD J. PLEZIA & ASSOCIATES**
2909 Hillcroft Ave., Suite 575
Houston, Texas 77057
Telephone:  713-800-1151
Facsimile: 281-602-7735
efile@rplezialaw.com
**Counsel for Plaintiff**

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2020 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                      */s/Richard J. Plezia*
                                                      Richard J. Plezia