IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| | MDL No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff(s) GREGORY BATTLE | ) ) ) |
| Civil Case No. 1:20-cv-01026-RLY-TAB | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Gregory Battle, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:20-cv-01026-RLY-TAB) as to Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe APS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**ATTORNEYS FOR PLAINTIFF GREGORY BATTLE**

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: December 22, 2020

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com