IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    Edward Collins
    1:18-cv-00669

## SUGGESTION OF DEATH

Pursuant to the Federal Rules of Civil Procedure, the undersigned hereby suggests the death, on the record, of Plaintiff Edward Collins, whose death occurred on February 15, 2020.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

/s/ Michael S. Kruse
Michael S. Kruse, #57818
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com
*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 22nd day of December, by way of the Court's CM/ECF filing system.

/s/ Michael S. Kruse