# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    VICKIE S. HAYWARD

Civil Case #   1:17-cv-00077

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Vickie S. Hayward, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No: 1:17-cv-00077 filed on January 10, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 22, 2020

    Respectfully submitted,

    /s/ Rand P. Nolen
    Rand P. Nolen (Pro Hac Vice)
    Texas Bar No. 00788126
    **FLEMING, NOLEN & JEZ, L.L.P.**
    2800 Post Oak Blvd., Suite 4000
    Houston, Texas 77056-3109
    Telephone: (713) 621-7944
    Facsimile: (713) 621-9638
    Email: rand_nolen@fleming-law.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/ Rand P. Nolen
Rand P. Nolen