IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    EDITH J. KING

Civil Case #   17-cv-00919

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Edith J. King, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No: 17-cv-00919 filed on March 24, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated:  December 22, 2020

                                                                        Respectfully submitted,

                                                                        /s/ Rand P. Nolen
                                                                        Rand P. Nolen (Pro Hac Vice)
                                                                        Texas Bar No. 00788126
                                                                        **FLEMING, NOLEN & JEZ, L.L.P.**
                                                                        2800 Post Oak Blvd., Suite 4000
                                                                        Houston, Texas 77056-3109
                                                                        Telephone:  (713) 621-7944
                                                                        Facsimile:   (713) 621-9638
                                                                        Email:  rand_nolen@fleming-law.com

                                                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2020, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/ Rand P. Nolen
Rand P. Nolen

56591 Kin 20-12-22 Nt of Voluntary Dismissal w Prejudice.docx