IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

1:16-cv-01911-RLY-TAB  JANET L. CAVANAUGH

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Janet L. Cavanaugh, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:16-cv-01911-RLY-TAB filed on July 18, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

| | |
|---|---|
| Dated: December 22, 2020 | Respectfully Submitted,<br><br>**PITTMAN, DUTTON & HELLUMS, P.C.**<br><br>/s/ Jonathan S. Mann<br>Jonathan S. Mann, Esquire<br>2001 Park Place N., Ste 1100<br>Birmingham, AL 35203<br>Telephone: (205) 322-8880<br>Facsimile:   (205)328-2711<br>Email: jonm@pittmandutton.com<br><br>*Attorney for the Plaintiff* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2020 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                            /s/ Jonathan S. Mann
                                           Jonathan S. Mann