IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570

_____

This Document Relates to Plaintiff:
Gary Squires, Jr.
Civil Case No.  1:19-cv-03440-RLY-TAB

_____

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Gary Squires, Jr., by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:19-cv-03440-RLY-TAB) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/22/2020                                     Respectfully submitted,

                                                     **PETERSON & ASSOCIATES, P.C.**

                                                       */s/ David M. Peterson*
                                                     David M. Peterson
                                                     Missouri Bar No. 32229
                                                     801 W 47th St., Ste.107
                                                     Kansas City, MO 64112
                                                     Telephone:  (816) 531-4440
                                                     Facsimile:  (816) 531-0660
                                                     dmp@petersonlawfirm.com

                                                     **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that on December 22, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                */s/ David M. Peterson*
                David M. Peterson

                *Attorney for Plaintiff*