IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to Plaintiff:
Alan Pearce
Civil Case No. 1:19-cv-02170-RLY-TAB

_____

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Alan Pearce, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:19-cv-02170-RLY-TAB) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/22/2020                          Respectfully submitted,

                                          **PETERSON & ASSOCIATES, P.C.**

                                          */s/ David M. Peterson*
                                          David M. Peterson
                                          Missouri Bar No. 32229
                                          801 W 47th St., Ste.107
                                          Kansas City, MO 64112
                                          Telephone: (816) 531-4440
                                          Facsimile: (816) 531-0660
                                          dmp@petersonlawfirm.com

                                          **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                       */s/ David M. Peterson*
                                                        David M. Peterson

                                                        *Attorney for Plaintiff*