UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ENTRY FOR DECEMBER 22, 2020**

**RICHARD L. YOUNG, JUDGE**

The parties appeared by video for a monthly status conference and motions hearing. Plaintiffs Leadership Committee appeared by Ben Martin, Joe Williams, and Mike Heaviside; the Cook Defendants appeared by Andrea Pierson, Steve Bennett, Jessica Cox, Ben Broadhead, and Blake Angelino; Plaintiffs Pamela Babin and Warren Phelps appeared by Steven Rotman and Colleen Ryf. The court heard argument from the parties on pending matters, which are addressed below.

*Motions Hearing:*

**1.    Plaintiff's Motion to Dismiss Pursuant to Rule 41 (Filing Nos. 14880, 14881)**

After hearing argument from the parties, the court finds that Plaintiff Babin's and Plaintiff Phelps' cases should be dismissed with the standard language contemplated by CMO 28. Accordingly, Plaintiff Babin's Motion to Dismiss (Filing No. 14880) is **GRANTED** and Plaintiff Phelps' Motion to Dismiss (Filing No. 14881) is **GRANTED**.

Their cases (1:17-cv-02718 (Babin) and 1:19-cv-02597 (Phelps) are **DISMISSED**

**WITH PREJUDICE**; each side will bear its own costs and attorney's fees.

2. **Cook's Motion to Dismiss Category 1 Cases Pursuant to the Court's Case Categorization Order (Filing No. 14670)**

The Plaintiffs subject to this motion, Yolanda Smith, 1:18-cv-000197, and Richard and Deborah Jones, 1:18-cv-02150, have indicated that they will file Notices of Dismissal.

3. **Cook's Motion for Judgment on the Pleadings in 4 Category 2 Cases for Failure to State a Claim (Filing No. 14847)**

The Plaintiffs subject to this motion, Shirley and Richard De Leonard, 1:17-cv-02679, Linda and Charles Hicks, 1:19-cv-02356, Edwin Marshall Jr., 1:19-cv-02528, and Desean L. Stewart, 1:18-cv-01479, have agreed to file Notices of Dismissal.

*Status Conference:*

The parties agreed to discuss bellwether selection from the Category 5 and 6 bellwether pools and future trial dates at the next status conference.

Mr. Williams indicated that 150 law firms have responded to CMO 28, Screening for Time-Barred Cases, resulting in approximately 175 Notices of Dismissal. The 60-day deadline to voluntarily dismiss a case identified as time-barred by the applicable statute of limitations closes on December 28, 2020. (*See* Filing No. 14601, CMO 28, ¶ 3). The court hereby extends the deadline an additional **15 days**, or until **January 12, 2021**, to voluntarily dismiss a case pursuant to CMO 28.

Mr. Williams and Ms. Pierson also indicate that seven cases are on appeal, two of which deal with the statute of limitations of direct-filed cases. Mr. Williams requests that

2

the court refrain from ruling on dispositive motions that are based on the statute of limitations of direct-filed cases until the Seventh Circuit rules. Cook objects. The court requested that the parties meet and confer on that issue and report to the court at the next status conference.

**SO ORDERED** this 22nd day of December 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.