IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Pamela Stock
Civil Case No.  1:19-cv-4236

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Pamela Stock, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in Civil Action No. 1:19-cv-4236.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 23, 2020

Respectfully submitted,

 /s/ Rhett A. McSweeney
Rhett A. McSweeney
David M. Langevin
**MCSWEENEY LANGEVIN LLC**
2116 2nd Ave South
Minneapolis, Minnesota 55404
Telephone: (612) 746-4646
Facsimile:  (612) 454-2678
Email: ram@westrikeback.com
            dave@westrikeback.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, I electronically filed *Notice of Voluntary Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney