IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

    1:18-cv-00369-RLY-TAB    Ali Akbar Afshari and Zarintaj Sarkarat

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference at 10:30 a.m. on January 13, 2021, before Magistrate Judge Tim A. Baker. All parties shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. Plaintiffs shall personally participate in this conference by calling Chambers at 317.229.3660. The purpose of this conference is to address Plaintiffs' counsel (Joshua D. Christian) motion to withdraw as counsel of record [Filing No. 15255].

Date: 12/23/2020

                                            Tim A. Baker
                                            United States Magistrate Judge
                                            Southern District of Indiana

Distribution to all registered counsel of record
via ECF and to the following via U.S. Mail:

Ali Afshari and Zarintaj Sarkarat
2030 Central Road
Glenview, IL 60025