# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Aiken 1:19-cv-02294;
Anderson 1:18-cv-03034
Antaya 1:18-cv-03379
Bachmann 1:19-cv-03184
Ball 1:19-cv-01570
Banks 1:19-cv-02372
Blakey 1:18-cv-01739
Bourassa 1:18-cv-03824
Bruce 1:18-cv-01160
Bubb 1:19-cv-00154
Carter 1:19-cv-02437
Creese 1:19-cv-02383
Croft 1:19-cv-03711
Dodd 1:18-cv-01674
Erdly 1:19-cv-02296
Johnson 1:18-cv-03385
Jordan 1:18-cv-03207
Krnach 1:18-cv-03123
Lewis 1:18-cv-03625
Lund 1:18-cv-03565
Maciag 1:20-cv-00302
Mata 1:18-cv-03890

McCall 1:19-cv-01341
McClung 1:18-cv-03421
Meyers-Irwin 1:18-cv-01280
Obryan 1:18-cv-00722
Ortega 1:19-cv-04089
Paul 1:19-cv-01437
Pokornik 1:18-cv-03847
Queen-Jackson 1:19-cv-04518
Reda 1:18-cv-02823
Roberson 1:18-cv-01720
Roberts 1:19-cv-04094
Rodriguez 1:19-cv-01614
Silvia 1:18-cv-01281
Spangler 1:19-cv-00168
Speech 1:18-cv-03643
Sutherland 1:18-cv-03098
Thompson 1:18-cv-03113
Vasquez 1:19-cv-00170
Wakefield 1:19-cv-03715
Wetherbee 1:19-cv-00101
Zabel 1:18-cv-03102
Zarate 1:18-cv-02179

# ORDER GRANTING THE COOK DEFENDANTS' MOTION TO STRIKE AMENDED COMPLAINTS

This matter has come before the Court on the Cook Defendants' Motion to Strike Amended Complaints. The Court, having reviewed the Motion, and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

1

IT IS THEREFORE ORDERED that the Cook Defendants' Motion to Strike Amended Complaints is granted and that the amended short-form complaints filed by the above-captioned plaintiffs are stricken.

SO ORDERED this _____ day of _____, 2020.

                                                                        _____
                                                                       Hon. Richard L. Young
                                                                       United States District Judge
                                                                       Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.