# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

| | |
|---|---|
| 1:20-cv-03102 | 1:20-cv-03202 |
| 1:20-cv-03103 | 1:20-cv-03208 |
| 1:20-cv-03108 | 1:20-cv-03209 |
| 1:20-cv-03109 | 1:20-cv-03215 |
| 1:20-cv-03113 | 1:20-cv-06186 |
| 1:20-cv-03116 | 1:20-cv-06247 |
| 1:20-cv-03128 | 1:20-cv-06272 |
| 1:20-cv-03129 | 1:20-cv-06274 |
| 1:20-cv-03148 | 1:20-cv-06278 |
| 1:20-cv-03153 | 1:20-cv-06279 |
| 1:20-cv-03156 | 1:20-cv-06281 |
| 1:20-cv-03158 | 1:20-cv-06283 |
| 1:20-cv-03160 | 1:20-cv-06287 |
| 1:20-cv-03162 | 1:20-cv-06291 |
| 1:20-cv-03164 | 1:20-cv-06292 |
| 1:20-cv-03166 | 1:20-cv-06293 |
| 1:20-cv-03167 | 1:20-cv-06295 |
| 1:20-cv-03170 | 1:20-cv-06296 |
| 1:20-cv-03173 | 1:20-cv-06300 |
| 1:20-cv-03178 | 1:20-cv-06301 |
| 1:20-cv-03179 | 1:20-cv-06302 |
| 1:20-cv-03187 | 1:20-cv-06308 |
| 1:20-cv-03194 | 1:20-cv-06309 |

---

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and

US.120263840.01

William Cook Europe ApS

| | | |
|---|---|---|
| Dated: | December 30, 2020 | /s/ Kip S. M. McDonald |
| | | Andrea Roberts Pierson (# 18435-49) |
| | | Kip S. M. McDonald (# 29370-49) |
| | | FAEGRE DRINKER BIDDLE & REATH LLP |
| | | 300 North Meridian Street, Suite 2500 |
| | | Indianapolis, Indiana 46204 |
| | | Telephone: (317) 237-0300 |
| | | Facsimile: (317) 237-1000 |
| | | E-Mail:  andrea.pierson@faegredrinker.com |
| | | E-Mail:  kip.mcdonald@faegredrinker.com |

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01