IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
BONNIE ELAZAB and DEAN ELAZAB

CIVIL CASE # 1:17-cv-00417-RLY-TAB

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel come the plaintiff's, Bonnie Elazab and her husband Dean Elazab, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with prejudice of the above-numbered lawsuit as to Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe, APS, in Civil Action No. 1:19-cv-4236. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Respectfully submitted:

THOMAS B. CALVERT
A PROFESSIONAL LAW CORPORATION

BY: /s/ Thomas B. Calvert
THOMAS B. CALVERT (LA Bar # 14129)
3850 North Causeway Boulevard
Suite 940-Two Lakeway
Metairie, LA 70002
Telephone: (504) 830-7610
Facsimile: (504) 830-7611
E-mail: tom@calvertaplc.com

Counsel for plaintiffs, Bonnie and Dean Elazab

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Thomas B. Calvert
Thomas B. Calvert