IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

This Document Relates to:
Daphne Hunter, Case No. 1:20-cv-01329-RLY-TAB

---

**ORDER**

The Court ordered Plaintiff Daphne Hunter to attend a telephonic status conference on December 1, 2020, to address her counsel's motion to withdraw. [Filing No. 14799.] Plaintiff failed to appear as ordered. [Filing No. 14846.] The Court then issued an order for Plaintiff to show cause by December 30, 2020, why Plaintiff should not be sanctioned, and why her case should not be dismissed, due to her failure to appear for the December 1 conference and her failure to cooperate with her counsel in prosecuting this matter. [Filing No. 14987.] Plaintiff has failed to respond to the order to show cause. Accordingly, the Magistrate Judge recommends the District Judge dismiss this case without prejudice.

Date: 1/4/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record
via ECF and to the following via U.S. Mail:

Daphne S. Hunter
425 North Boyers Avenue
Gallatin, TN 37066