**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERNG DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

***Carol Ramos v. Cook Incorporated, et al.***
***Case No. 1:17-cv-02975-RLY-TAB***

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Carol Ramos, by and through the undersigned counsel, pursuant to Paragraph 3 of Case Management Order 28 Screening for Time-Barred cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical, LLC, William Cook Europe APS in this particular Civil Action No. 1:17-cv-02975-RLY-TAB filed on August 29, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: <u>December 28, 2020</u>.

Respectfully Submitted,

**WENDT LAW FIRM, P.C.**

***/s/ Samuel M. Wendt***
Samuel M. Wendt, Esq
MO Bar# 53573
4717 Grand Avenue, Ste 130
Kansas City, MO 64112
Phone: (816) 531-4415
Fax: (816) 531-2507
Email: sam@wendtlaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participating registered to received service in this MDL.

*/s/ Samuel M. Wendt*
**Samuel M. Wendt**