# IN THE UNITED STATES DISTRICT COURT
## SOUTHERNG DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| *Rodney Sevelis v. Cook Incorporated, et al.*<br>*Case No. 1:18-cv-02580-RLY-TAB* | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Rodney Sevelis, by and through the undersigned counsel, pursuant to Paragraph 3 of Case Management Order 28 Screening for Time-Barred cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical, LLC, William Cook Europe APS in this particular Civil Action No. 1:18-cv-02580-RLY-TAB filed on August 21, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 28, 2020.

Respectfully Submitted,

**WENDT LAW FIRM, P.C.**

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq
MO Bar# 53573
4717 Grand Avenue, Ste 130
Kansas City, MO 64112
Phone: (816) 531-4415
Fax: (816) 531-2507
Email: sam@wendtlaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participating registered to received service in this MDL.

*/s/ Samuel M. Wendt*
**Samuel M. Wendt**
