IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

MARK PRIESMEYER
    No. 1:19-cv-00964

ROCCO YEDMAN
    No. 1:17-cv-02720

## PLAINTIFFS' RULE 6 MOTION TO EXTEND TIME DUE TO EXCUSABLE NEGLECT

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Plaintiffs move this Court to extend time for filing Plaintiffs' reply in response to Defendant's Response to Plaintiffs' Motions for Leave to Amend Short-Form Complaint and, in support, states as follows:

1. Under Fed. R. Civ. P. Rule 6, the Court may extend the time for filing a pleading after the time for filing has expired "if the party failed to act because of excusable neglect." Fed. R. Civ. P. Rule 6(b)(1)(B).

2. A court determines whether neglect is "excusable" by considering the "weight of the equities" and, thus, "taking into account all of the relevant circumstances including danger of prejudice to the opposing party, the length of and reason for the delay, the potential impact on judicial proceedings, and whether the negligent party acted in good faith." *Johns*, 02-cr-40055, 2009 WL 1010430, at *1.

3. On December 10, 2020, Plaintiffs filed their Motions for Leave to Amend Short Form Complaint in this Court.

4. Thereafter, on December 24, 2020, Defendant filed its response brief, opposing Plaintiffs' Motion.

5. In accordance with this Court's Case Management Order (CMO) #18, "replies must be filed six (6) days" after responses are filed.

6. Plaintiffs' counsel mistakenly excluded holidays and weekends when calculating the date by which Plaintiffs' reply was required to be filed.

7. Due to counsel's mistake, Plaintiffs' reply, filed today, is six days late.

8. "Excusable neglect can include omissions through carelessness and mistake." *United States v. Johns*, No. 02-cr-40055, 2009 WL 1010430 (S.D. Ill. Apr. 14, 2009) (*citing Robb v. Norfolk & Western Ry Co.*, 122 F.3d 354, 359 (7th Cir. 1997).

9. Weighing the equities, (1) Defendant has suffered no prejudice by the delay; (2) Plaintiffs' reply is only six days late, and the elapsed time occurred over two federally observed holidays; (3) Plaintiffs have acted in good faith, and the delay was a mere mistake in calculation; (4) Plaintiffs' late reply is an isolated delay, as Plaintiffs have not previously filed a late pleading.

10. For the above reasons, Plaintiffs respectfully request that this Court extend the time for filing Plaintiffs' reply due to excusable neglect.

Respectfully submitted,

/s/ Steve B. Rotman_____
Steven B. Rotman
Hausfeld
One Marina Park Drive

                                     Suite 1410  
                                     Boston, MA 02110  
                                     (617) 207-0600  
                                     srotman@hausfeld.com

Dated: January 4, 2021

## **CERTIFICATE OF SERVICE**

I certify that on January 4, 2021, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

/s/ Steve B. Rotman
Steven B. Rotman