# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

**DONALD ABBOTT**
**Case No. 1:19-cv-436-RLY-TAB**

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, Donald Abbott, by and through the undersigned counsel, pursuant to Paragraph 3 of Case Management Order 28 Screening for Time-Barred cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical, LLC, William Cook Europe APS in this particular Civil Action No. 1:19-cv-436-RLY-TAB filed on January 28, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 5, 2021

                                        **Respectfully submitted,**
                                        **TorHoerman Law LLC**

                                        _/s/Eric M. Terry_
                                        Eric M. Terry, IL Bar No. 6282169
                                        Tor A. Hoerman, IL Bar No. 6229439
                                        **TORHOERMAN Law LLC**
                                        210 S. Main Street
                                        Edwardsville, IL 62025
                                        Phone: (618) 656-4400
                                        Fax: (618) 656-4401
                                        Email: eric@thlawyer.com
                                                         tor@thlawyer.com

                                        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               */s/Eric M. Terry*
                                               Eric M. Terry