**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

This Document Relates to Plaintiff(s)

ANGIE WILLIAMS

Civil Case No.: 1:19-cv-4424

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:19-cv-4424 filed on November 1, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 5, 2021

Respectfully submitted,

**RAY HODGE & ASSOCIATES, L.L.C.**

*/s/ Ryan E. Hodge*
Ryan E. Hodge, #16180
8558 W. 21st St. N., Ste. 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Ryan E. Hodge*
Ryan E. Hodge, #16180
*Attorney for Plaintiff*