IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND     MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:
    Edward Collins
    1:18-cv-00669

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Maryrose Collins, as Administrator of the Estate of Edward Collins, deceased, by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, respectfully moves the Court to substitute Maryrose Collins, as Administrator of the Estate of Edward Collins, for Plaintiff Edward Collins and grant her leave to file the attached First Amended Short Form Complaint. In support of this motion, movant states the following:

1. Plaintiff Edward Collins filed a Short Form Complaint for this action in this Court on March 6, 2018. His action was originally included as part of the multi-Plaintiff action of *Kenyon A. Collins, et al. v. Cook Group, Inc.,* et al., No. 1:17-cv-6065-RLY-TAB, and the Short Form Complaint was filed in this Court pursuant to this Court's Order of January 18, 2018, No: 1:14-ml-02570-RLY-TAB, CM/ECF Doc. 7507.

2. On February 15, 2020, Plaintiff Edward Collins passed away from injuries not related to the IVC filter at issue.

3. On December 22, 2020, a Suggestion of Death was filed for Plaintiff Edward Collins (CM/ECF Doc. No. 15291).

1

3. On December 22, 2020, movant Maryrose Collins was appointed Administrator of the Estate of Edward Collins. The Estate is pending in the Surrogate's Court of the County of Suffolk, State of New York, and bears the cause number 2020-4373. A copy of that Appointment and the Letters of Administration are attached hereto as Exhibits 1 and 2.

4. As the duly appointed Administrator of the Estate of Edward Collins, movant is now the appropriate party to continue this action in the place of the decedent.

5. A proposed First Amended Short Form Complaint containing a survival count is attached here at Exhibit 3.

WHEREFORE, movant prays for the following relief: (1) the Court substitute Maryrose Collins, as Administrator of the Estate of Edward Collins, deceased, as Party Plaintiff for Edward Collins; (2) the Court grant leave to file the attached First Amended Short Form Complaint; and (3) the Court deem the attached First Amended Short Form Complaint filed instanter.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

/s/ Michael S. Kruse
Michael S. Kruse
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 6th day of January, 2021, by way of the Court's CM/ECF filing system.

/s/ Michael S. Kruse