# EXHIBIT 1

FILED
SURROGATE'S COURT
SUFFOLK COUNTY

DEC 2 2 2020

At a Surrogate's Court of the State of New York held in and for the County of Suffolk at Riverhead, New York.

PRESENT: Hon. Theresa Whelan, Surrogate

Administration Proceeding, Estate of
**Edward J Collins**

aka Edward Collins

Deceased.

**DECREE GRANTING ADMINISTRATION**

**File No. 2020-4373**

A verified petition having been filed by Maryrose Collins praying that administration of the goods, chattels and credits of the above-named decedent be granted to Maryrose Collins and all persons named in such petition, required to be cited, having been cited to show cause why such relief should not be granted, have either failed to appear in response to a served citation or having waived the issuance of such citation and consented thereto; and it appearing that Maryrose Collins is in all respects competent to act as administrator of the estate of said deceased; now it is

ORDERED AND DECREED, that Letters of Administration issue to Maryrose Collins upon proper qualification and the filing of a bond be and hereby is dispensed with.

DATED: 12/22/2020

_____
Theresa Whelan
Surrogate