# EXHIBIT 2

# Surrogate's Court of the County of Suffolk

On the Date Written Below LETTERS OF ADMINISTRATION were granted by the Surrogate's Court of Suffolk County, New York as follows:

**File #: 2020-4373**

Date of Death: 02-15-2020

Name of Decedent: **Edward J Collins**
AKA **Edward Collins**

Domicile: **County of Suffolk**

Type of Letters Issued: **LETTERS OF ADMINISTRATION**

Fiduciary Appointed: **Maryrose Collins**

**Limitations: NONE**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: December 22, 2020

IN TESTIMONY WHEREOF, the seal of the Suffolk County Surrogate's Court has been affixed.

WITNESS, Hon Theresa Whelan, Judge of the Suffolk County Surrogate's Court

*Amy E Campbell*

Amy E Campbell, Deputy Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Suffolk County Surrogate's Court*