# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Maryrose Collins, as Administrator</u>
<u>of the Estate of Edward Collins, Deceased</u>

Civil Case #1:18-cv-00669

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   <u>Edward Collins</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   <u>N/A</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   <u>Maryrose Collins, Administrator of Estate</u>

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   <u>New York</u>

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    New York

6. Plaintiff's/Deceased Party's current state of residence:

    New York

7. District Court and Division in which venue would be proper absent direct filing:

    Eastern District of New York

8. Defendants (Check Defendants against whom Complaint is made):

    X    Cook Incorporated

    X    Cook Medical LLC

    X    William Cook Europe ApS

9. Basis of Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    6-21

    b. Other allegations of jurisdiction and venue:

    N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒    Günther Tulip® Vena Cava Filter

    ☐    Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

    December 27, 2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Stony Brook University Hospital (Stony Brooks, NY)

13. Implanting Physician(s):

    Dr. Shang A. Loh

14. Counts in the Master Complaint brought by Plaintiff(s):

    X   Count I:     Strict Products Liability – Failure to Warn

    X   Count II:    Strict Products Liability – Design Defect

    X   Count III:   Negligence

    X   Count IV:    Negligence Per Se

    X   Count V:     Breach of Express Warranty

    X   Count VI:    Breach of Implied Warranty

    X   Count VII:   Violations of Applicable <u>New York</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐   Count VIII:  Loss of Consortium

3

    ☐    Count IX:    Wrongful Death

    X    Count X:    Survival

    X    Count XI:    Punitive Damages

    X    Other:    Plaintiff incorporates by reference the terms of this Court's Order of January 18, 2018, No: 1:14-ml-02570-RLY-TAB, CM/ECF Doc. 7507. (please state the facts supporting this Count in the space, immediately below)

    X    Other:    Discovery Rule and Equitable Tolling (please state the facts supporting this Count in the space, immediately below).

This action was originally included as part of the multi-Plaintiff action of *Kenyon A. Collins, et al. v. Cook Group Inc., et al.*, No. 1:17-cv-6065-RLY-TAB. This Short Form Complaint is being filed pursuant to the Court's Order of January 18, 2018, No: 1:14-ml-02570-RLY-TAB, CM/ECF Doc. 7507, and the terms thereof are incorporated by reference. Further, Plaintiff/Decedent filed this action within the applicable limitations period of first suspecting or having reason to suspect that the product at issue was the cause of his injuries. Plaintiff/Decedent could not, by the exercise of reasonable diligence, have the discovered his injuries and/or their cause at an earlier time.

15. Attorney for Plaintiff(s):

Michael S. Kruse

16. Address and bar information for Attorney for Plaintiff(s):

211 N. Broadway, Suite 2950, St. Louis, MO 63102

Missouri Bar, # 57818

4

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

By:  /s/ Michael S. Kruse
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314/241-1919 (T)
314/665-3017 (F)
kruse@ngklawfirm.com
*Attorney for Plaintiff*