IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    Edward Collins
    1:18-cv-00669

## **ORDER**

ON THIS DAY came for consideration Maryrose Collins' Motion to Substitute herself, as Administrator of the Estate of Edward Collins, deceased, as Party Plaintiff for Edward Collins and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Maryrose Collins, as Administrator of the Estate of Edward Collins, is hereby substituted as Party Plaintiff for Edward Collins in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to the Motion at issue as Exhibit 3 is hereby deemed filed instanter.

SO ORDERED:    _____
                                                        Date