**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

**DONALD ABBOTT
Case No. 1:19-cv-436-RLY-TAB**

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, Donald Abbott, by and through the undersigned counsel, pursuant to Paragraph 3 of Case Management Order 28 Screening for Time-Barred cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical, LLC, William Cook Europe APS in this particular Civil Action No. 1:19-cv-436-RLY-TAB filed on January 28, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 7, 2021

                                                **Respectfully submitted,
TorHoerman Law LLC**

                                                /s/Eric M. Terry
Eric M. Terry, IL Bar No. 6282169
Tor A. Hoerman, IL Bar No. 6229439
**TorHoerman Law LLC**
210 S. Main Street
Edwardsville, IL 62025
Phone: (618) 656-4400
Fax: (618) 656-4401
Email: eric@thlawyer.com
          tor@thlawyer.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               */s/Eric M. Terry*
                                               Eric M. Terry