UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Daphne Hunter, 1:20-cv-01329-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE**

On January 4, 2021, the Magistrate Judge issued an Order recommending that this action be dismissed without prejudice for Plaintiff's failure to respond to an Order to Show Cause (Filing No. 14987). The court **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 15392). This cause is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 7th day of January 2021.

                                                                            _____
                                                                            RICHARD L. YOUNG, JUDGE
                                                                            United States District Court
                                                                            Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.