UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Plaintiffs' Steering Committee's Unopposed Motion For One Additional Day to Respond to Cook's Motion Related to Fraudulent Concealment

Plaintiffs' Steering Committee respectfully moves **unopposed** for one additional day to respond to Cook's "Motion for Partial Dismissal or Summary Judgment on Claim of Fraudulent Concealment." In support, the PSC states the following:

1. At the last status conference, the Court ordered any response to the Cook's "Motion for Partial Dismissal or Summary Judgment on Claim of Fraudulent Concealment" [Filing Nos. 13648 (motion), 13649 (brief in support)] be filed on or before January 7, 2020.

2. Despite the exercise of due diligence, the PSC needs one additional day to complete and file their opposition brief.

3. The undersigned counsel discussed this request with counsel for Cook, Andrea Pierson, who indicated Cook does not object to the request so long as its deadline for reply is extended by one day as well.

4. The PSC therefore respectfully requests the Court extend both the PSC's deadline for response and Cook's deadline for reply by one day, respectively.

**Wherefore,** the Plaintiffs' Steering Committee respectfully moves the Court to extend both its deadline to respond to Cook's motion and Cook's deadline for reply by one day each, and grant all further just and appropriate relief in the premises.

Respectfully Submitted,

WILLIAMS & PIATT, LLC

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: joe@williamspiatt.com

*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

/s/ *Michael W. Heaviside*
Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
Telephone: (202) 223-1993
mheaviside@hrzlaw.com

/s/ *Ben C. Martin*
Ben C. Martin, Esq.
MARTIN BAUGHMAN, PLLC
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@martinbaughman.com

/s/ *David P. Matthews*
David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## Certificate of Service

I hereby certify that on the 8th day of January, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams