UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**All Cases** | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

# Order Granting Plaintiffs' Steering Committee's Unopposed Motion For One Additional Day to Respond to Cook's Motion Related to Fraudulent Concealment

This matter comes before the Court on Plaintiffs' Steering Committee's Unopposed Motion for One Additional Day to Respond to Cook's Motion Related to Fraudulent Concealment, which motion is on file and part of the Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' Steering Committee's Motion is **granted**.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiffs' Steering Committee's response to Cook's Motion for Partial Dismissal or Summary Judgment on Claim of Fraudulent Concealment and Cook's deadline for reply is extended by one day each.

**All of Which is Ordered** _____.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

2

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.