**Cook® Celect® Filter Set**
**For Femoral and Jugular Vein Approach**

Instructions for Use

**EN**
**3-14**







Patient
I.D.
Card
Included

I-IGTCFS-65-1-UNI-CELECT-0906-359-01EN

**EXHIBIT D**

## COOK® CELECT® FILTER SET- *For Femoral and Jugular Vein Approach*

**CAUTION: U.S. Federal Law restricts this device to sale by or on the order of a physician (or properly licensed practitioner).**

### DEVICE DESCRIPTION

The Cook Celect Filter Set consists of a non-magnetic filter (30 mm diameter, 48 mm long) pre-loaded on a femoral filter introducer, a jugular filter introducer, a 7.0 French coaxial introducer system (is compatible with a .035 inch wire guide) and a hydrophilic coated dilator. The intro-ducer dilator has 8 sideports and two radiopaque markers 30 mm apart (end to end). The femoral and the jugular introducers are clearly marked at the handle.

### SET COMPONENTS



Fig. 1

THREE-WAY STOPCOCK
Plastic

DILATOR
Radiopaque hydrophilic coated
10.0 French 20 cm long

Tactile Bump

Femoral preloaded
filter introducer

Jugular
filter introducer

COAXIAL INTRODUCER SHEATH SYSTEM

Radiopaque introducer sheath, 7.0 French 65 cm long with
radiopaque band and radiopaque introducer dilator
with 2 radiopaque markers at the distal end

Cook Celect Filter
supplied preloaded

Hook

Primary Legs

Anchors

Check-Flo Valve

Secondary Legs

### INTENDED USE

The Cook Celect Filter Set is intended for the prevention of recurrent pulmonary embolism (PE) via placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulant therapy is contraindicated;
- Failure of anticoagulant therapy in thromboembolic diseases;
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced; and
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contrain-dicated.

The Cook Celect Filter may be retrieved according to the instructions supplied in the section la-beled "Optional Retrieval Procedure".

The product is intended for percutaneous placement via a femoral or jugular vein for filtration of inferior vena cava (IVC) blood to prevent pulmonary embolism.

The product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.

Standard techniques for placement of vascular access sheaths, angiographic catheters and wire guides should be employed.

## CONTRAINDICATIONS

**Filter Placement**
- Megacava (diameter of the IVC > 30 mm).
- Diameter of the IVC < 15 mm.
- Vena Cava Filters should not be implanted in patients with risk of septic embolism.

**Optional Filter Retrieval**
- Retrieval of the filter with significant amounts of trapped thrombus (greater than 25% of the volume of the cone).
- Retrieval of the filter for patients with an on-going high risk for pulmonary embolism.

## WARNINGS

**Filter Placement**
- Manipulation of products requires fluoroscopic control.
- Do not rotate the pre-loaded filter inside the introducer system.
- When injecting contrast medium, do not exceed maximum pressure rating of 1000 psi and flow rate of 20 ml/sec. Hand injection is also possible.
- **Excessive force should not be used to place filter.**

**Optional Filter Retrieval**
- **Excessive force should not be used to retrieve the filter.**
- An inferior vena cavagram evaluation for residual captured thrombus should be performed prior to attempted retrieval.
- Available data from retrievals in multicenter and single center studies demonstrate that the device can be safely retrieved. Please refer to the "Clinical Studies" section of this booklet for clinical study references to the retrieval of this filter.

## PRECAUTIONS

Possible allergic reactions should be considered.

**Filter Placement**
- For placement of the filter, the right femoral vein is preferable. An approach via the left femoral vein is possible.
- The filter for femoral vein approach is supplied preloaded on the filter introducer. Do not separate the preloaded filter introducer assembly to view or examine the components.
- Any attempt to reload may damage the introducer or filter.
- Use the radiopaque band of the sheath to ensure that the filter is completely out of the sheath before injection of contrast medium in the vena cava (handle and sheath hub are connected).
- Once the metal mount point is past the radiopaque marker, the secondary legs of the filter are expanded. The filter may be repositioned only by advancing the filter; retracting the filter could damage the secondary legs or caval wall.

**Optional Filter Retrieval**
- For filter retrieval, a right jugular vein approach is preferable. An approach via the left jugular vein is possible; however, there are no available data which demonstrate the safety or effectiveness of filter retrieval via the left jugular vein.
- The filter has been designed to be retrieved with the Günther Tulip Vena Cava Filter Retrieval Set, GTRS- (not included). Cook has not performed testing to evaluate the safety or effectiveness of filter retrieval using other retrieval systems.
- Never re-deploy a retrieved filter.

**MR COMPATIBILITY**

Non-clinical testing has demonstrated that the Cook Celect Filter is MR Conditional. It can be scanned safely immediately after placement under the following conditions:

- Static magnetic field of 3.0 Tesla or less
- Spatial gradient field of 330 Gauss/cm or less
- Maximum whole body averaged specific absorption rate (SAR) of 2.0 W/kg for 15 minutes of scanning.

In non-clinical testing, the Cook Celect Filter produced a temperature rise of less than 0.2°C at a maximum whole body averaged specific absorption rate (SAR) of 2.0 W/kg for 15 minutes of MR scanning in a 3.0 Tesla MR system using a transmit/receive body coil MR scanner.

MR image quality may be compromised if the area of interest is in the exact same area or relatively close to the position of the Cook Celect Filter. Therefore, it may be necessary to optimize MR imaging parameters for the presence of this metallic implant.

**POTENTIAL ADVERSE EVENTS**

- Damage to the vena cava
- Pulmonary embolism
- Filter embolization
- Vena cava perforation
- Vena cava occlusion or thrombosis
- Hemorrhage
- Hematoma at vascular access site
- Infection at vascular access site
- Death

**CLINICAL STUDIES**

A prospective, international multicenter registry study to assess the safety, performance, and retrieval of the Cook Celect Filter in patients with a high risk of pulmonary thromboembolism (PE) was conducted. There were 28 female and 46 male patients enrolled. The average age of patients was 50 ± 20 years (range: 18 to 89 years). Indications for placement were: contraindication, complication or failure of anticoagulation with PE or DVT (n=26), severe trauma without PE or DVT (n=18), high-risk patients for PE or DVT (n=17), massive PE with DVT at risk for further PE (n=10), severe cardio-pulmonary disease and DVT (n=2), free-floating iliofemoral or IVC thrombus (n=1). Leading comorbidities for patients enrolled in this study included trauma (43%), current DVT (37%), current PE (37%), and pulmonary disease (24%).

The implantation procedure was uneventful, with filters successfully placed in a satisfactory location in all 74 patients. In one patient, a malfunction of the introducer resulted in a minor filter tilt of 6-10 degrees. In one patient, the filter was initially deployed in the right gonadal vein. The filter was snared and repositioned to the desired location within the IVC.

In the 74 patient cohort, follow-up was conducted at 1 month (60 of 69 possible patients), 3 months (50 of 58 possible patients) and 6 months (37 of 41 possible patients) consisting of clinical exam and imaging by X-ray and duplex ultrasound. No device related major adverse events (defined as hemorrhage, perforation, death, occlusion, filter fracture or significant filter migration) have occurred. X-ray imaging has not detected filter migration greater than 20 mm in any patient. Imaging by X-ray and duplex ultrasound has revealed no evidence of vena cava perforation. There have been 8 deaths (occurring from 1 to 295 days post-implant) that the independent Clinical Events Committee adjudicated 6 as not related to the device or the procedure; one death was attributed to pulmonary embolism adjudicated as device- or procedure-related, and one death was adjudicated as procedure-related.

**Retrieval**

A later analysis on a subset of patients with intent to retrieve the filter was conducted.

Forty-three patients (12 female, 31 male) had retrieval attempts, and forty-one retrievals were successful.

Two filters were not retrieved (360 and 385 days following insertion) because the retrieval snare could not engage the filter hook that was embedded in tissue growth at the vena caval wall.

Time to retrieval ranged from 1-67 weeks.

The following is a histogram of the days to successful retrieval for the forty-one patients, with the longest successful retrieval at 466 days after implant.



⊢ **Days to Successful Retrievals** ⊣

A Kaplan-Meier analysis predicts an 89% probability of a successful retrieval at 52 weeks (see following graph).

No adverse events relating to the filter retrieval procedure were reported in the retrieval group demonstrating the safety of filter retrieval in patients who no longer require a vena cava filter.

The following graph presents the Kaplan-Meier Analysis of Filter Retrieval Success showing the 95% Confidence Bounds.



**INSTRUCTIONS FOR USE**

**Femoral Approach**

**Preparation**

1. Flush the introducer sheath and dilator.



Fig. 2

2. Advance the introducer dilator through the middle of the silicone valve on the introducer sheath. Secure the introducer dilator to the introducer sheath by twisting the dilator hub clockwise (Fig. 2).



Fig. 3

3. Remove the filter protection tube (Fig. 3).

**Filter Placement**

4. Puncture the femoral vein using the Seldinger technique.

5. Over the wire guide, dilate the puncture site with the dilator. Remove the dilator.

6. Advance the coaxial introducer sheath system over the wire guide.

7. Remove the wire guide.

8. Using either power or hand injection, perform cavography to verify position below (caudal to) the renal veins.

    **WARNING: Do not exceed maximum pressure rating of 1000 psi and flow rate of 20 ml/sec.**



**Fig. 4**

9. Remove the introducer dilator by twisting the dilator hub counter clockwise. (Fig. 4).

I-IGTCFS-65-1-UNI-CELECT-0906-359-01EN                                      ENGLISH    7



Fig. 5

10. Place the filter introducer with the premounted filter into the hub of the introducer sheath and advance it into the sheath (Fig. 5).



Fig. 6

11. Advance the filter introducer until the silicone disc contacts the tactile bump. This will place the hook of the filter inside the sheath at the radiopaque band. Verify that the position of the hook is inside the introducer sheath and still below the renal veins (Fig. 6).



Fig. 7

Fig. 8

12. Stabilize the introducer, and withdraw the introducer sheath and connect it to the handle. At this point the filter is expanded, still connected to the filter introducer (Figs. 7 and 8).

13. Proper position can now be verified by injection of contrast medium.

**WARNING:** The pre-exposed filter can be advanced, but never pulled back into the sheath. Do-ing so will damage the shape of the filter.

**WARNING:** Do not rotate the released filter inside the vena cava. Doing so may compromise the performance of the filter.

**CAUTION:** Filter release or injection of contrast medium must not be made unless the metal mounting point is completely free of the sheath. Use the radiopaque band for positioning.

4-ml-02570-RLY-TAB   Document 15418-4   Filed 01/08/21   Page 9 of 16 P
104810



Fig. 9

14. When the filter position is correct, push the red safety button to prepare filter release (Fig. 9).



Fig. 10

15. Verify that the sheath hub and handle are connected to ensure that the metal mount point is completely free of the sheath before filter release. To release the filter, push the release button completely to ensure proper release of filter. Repositioning of the filter is no longer possible. The filter is now released (Fig. 10).

16. Perform a cavagram to verify filter position, and then withdraw the introducer sheath.

### Jugular Approach

**Preparation**
To prepare for jugular approach, the filter of the preloaded femoral filter introducer needs to be transferred to the jugular introducer.



Fig. 11

1. Remove the filter protection tube on the filter introducer (Fig. 11).



Fig. 12

2. Push the release button on the jugular introducer handle to advance the grasping hook beyond the protection sheath. Catch the hook of the preloaded filter on the femoral filter introducer and release the button to firmly grasp the filter (Fig. 12).


Fig. 13

3. **Secure the lock on the jugular introducer handle by pushing the red knob on the back side** (Fig. 13).

4. To release the filter from the femoral introducer, push the red safety button followed by the release button.


Fig. 14

5. Advance the protection sheath completely over the filter until a positive stop (approximately 6 cm). This ensures that the filter is completely inside the tip of the protection sheath (Fig. 14).

6. The product is now prepared for use.

7. Flush the introducer sheath and dilator.


Fig. 15

8. Advance the introducer dilator through the middle of the silicone valve on the introducer sheath. Secure the introducer dilator to the introducer sheath by twisting the dilator hub clockwise (Fig. 15).

**Filter Placement**

9. Puncture the jugular vein using the Seldinger technique.

10. Over the wire guide, dilate the puncture site with the dilator. Remove the dilator.

11. Advance the coaxial introducer sheath system over the wire guide.

12. Remove the wire guide.

13. Using either power or hand injection, perform cavography to verify position below (caudal to) the renal veins.
    **WARNING**: **Do not exceed maximum pressure rating of 1000 psi and flow rate of 20 ml/sec.**



Fig. 16

14. Remove the introducer dilator by twisting the dilator hub counter clockwise (Fig. 16).



Fig. 17

15. Place the filter introducer with the protection sheath containing the preloaded filter into the hub of the introducer sheath. Advance the filter introducer with the protection sheath into the sheath (Fig. 17).



Fig. 18

16. Advance the introducer with the protection sheath to the introducer sheath hub and con-nect the sheath hub and protection sheath by twisting clockwise. The filter is now at the radiopaque band of the introducer sheath. The hook of the filter should be below the renal veins. (Fig. 18).



Fig. 19

17. Stabilize the introducer, and withdraw the introducer sheath and protection sheath until the pro-tection sheath and handle are connected. At this point the filter is expanded, still connected to the filter introducer (Fig. 19).

I-IGTCFS-65-1-UNI-CELECT-0906-359-01EN                                                    ENGLISH   11

18. If the filter is not in the desired position, carefully advance the introducer sheath over the filter only to the anchors. Reposition the system as desired, and again withdraw the introducer sheath by reattaching it to the protection sheath hub, completely exposing the filter.

    **WARNING: Do not advance the sheath over the anchors to avoid scratching particles off the sheath.**



Fig. 20

19. When the filter position is correct, push the red safety button to prepare filter release (Fig. 20).



Fig. 21

20. While keeping slight back tension on the introducer push the release button completely to en-sure proper release of the filter. Repositioning of the filter is no longer possible. The filter is now released (Fig. 21).

21. Remove the introducer and perform cavography to verify filter position and then withdraw the introducer sheath.

**Optional Retrieval Procedure**

**NOTE:** If a filter retrieval is going to be performed, please refer to Instructions for Use provided with the Günther Tulip Vena Cava Filter Retrieval Set (not included) for device description and caution statement.



Fig. 22

1. Hold the clear Y-fitting and pull back the plastic pin vise on the wire loop retriever to cover the loop. Tighten the screw of the clear Y-fitting to keep the loop inside the catheter (Fig. 22).

2. Puncture the right jugular vein using the Seldinger technique.

3. Position a flush catheter inferior to the filter and perform a diagnostic vena cavagram.

4. Exchange the flush catheter for the coaxial retrieval sheath system, advancing it over the wire guide.



Fig. 23

5. Remove the red inner dilator and the wire guide. Verify the position by injection of contrast medium (Fig. 23).



Fig. 24

6. Introduce the retrieval loop system through the coaxial retrieval sheath system, advance and connect the white Tuohy-Borst side-arm adapter of the loop system to the sheath system. The Tuohy-Borst adapter can be tightened around the catheter to prevent loss of blood (Fig. 24).



Fig. 25

7. Loosen the screw of the clear Y-fitting to enable advancement of the loop inside the catheter. Hold the clear Y-fitting and push the pin vise forward. Advance until the loop has fully expanded inside the vena cava and surrounds the filter (Fig. 25).



Fig. 26

8. Pull back the loop until it engages the hook of the filter (Fig. 26).

   **CAUTION:** Do not pull on the filter beyond what is required to keep tension on the loop. Doing so may cause damage to the caval wall.



Fig. 27

9. Hold the wire loop steady with the pin vise, then push the clear Y-fitting with the catheter forward until it touches the hook. To snare the filter in this position make sure to firmly lock the screw of the clear Y-fitting on the wire loop (Fig. 27).

   **NOTE:** If the retrieval wire loop is losing its shape during the attempt to engage the hook of the filter, it can be removed and gently reshaped. After reshaping, clean loop and proceed from step 6.



Fig. 28

10. While holding steady the retrieval loop system with the clear Y-fitting, advance the white Tuohy-Borst side-arm adapter and the black inner sheath with the coaxial retrieval system. The filter collapses and the hooks disengage from the caval wall (Fig. 28).

   **CAUTION:** Advance the inner sheath over the filter to collapse it. Do not retract the loop snare. This may cause damage to the caval wall.



Fig. 29

11. When the tip of the coaxial retrieval system is at the anchors, loosen the hub of the outer sheath, advance the outer sheath forward to cover the whole filter, and retrieve the complete assembly (Fig. 29).

   **CAUTION:** If the outer sheath is not advanced over the inner sheath to cover the anchors, the anchors may scratch or damage the caval wall.

**POST-RETRIEVAL CARE**

After retrieval of filter, hospital standard of care should be followed for removing the sheath and providing hemostasis to prevent bleeding at the vascular access site.

**HOW SUPPLIED**

Supplied sterilized by ethylene oxide gas in peel-open packages. Intended for one-time use. Sterile if package is unopened or undamaged. Do not use the product if there is doubt as to whether the product is sterile. Store in a dark, dry, cool place. Avoid extended exposure to light. Upon removal from package, inspect the product to ensure no damage has occurred.

**REFERENCES**

These instructions for use are based on experience from physicians and (or) their published literature. Refer to your local Cook sales representative for information on available literature.



William Cook Europe
Sandet 6, 4632 Bjaeverskov
DENMARK

© William Cook Europe 2009