**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

_____

Case No.: 1:14-ml 2570-RLY-TAB
MDL No. 2570

This Document Relates:

Case No: 1:18-cv-00081

Plaintiff: Sauls, Lillie

v.

Defendant: Cook Medical

**DEFENDANT PROFILE FORM**

For each case, the Cook Defendants must complete this Defendant Profile Form ("DPF") in accordance with the schedule established by the Court's Case Management Order. In completing this DPF you are **under oath and must answer every question**.

The DPF shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. A completed DPF shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and 34 and will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. Therefore, you must supplement your responses if you learn that they are incomplete or incorrect in any material respect. The questions and requests for production of documents contained in this DPF are non-objectionable and shall be answered without objection. This DPF shall not preclude Plaintiffs from seeking additional documents and information on a reasonable, case-by-case basis, pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable Case Management Order, subject to the Court's determination.

This DPF must be completed and served on Lead Counsel and the firm representing the specific plaintiff in the specific action. Complete DPFs must be answered and served in accordance with the applicable Case Management Order.

To the extent that a response to the DPF is contained in previously produced documents, the responding defendant(s) may answer by referencing the previously produced document(s). Such reference must contain sufficient information and/or instructions to allow Plaintiff to access the answer.

**EXHIBIT E**

To the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary.

In filling out this form, "document" and "documents" mean and refer to a writing and/or recording as defined by Federal Rule 34, including, without limitation, the following terms in their broadest sense, whether printed or recorded or reproduced by any other mechanical process, or written or produced by hand: agreements, "communications", State and Federal governmental hearings and reports, correspondence, telegrams, memoranda, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, diaries, graphs, reports, notebooks, note charts, plans, drawings, sketches, maps, summaries or records of meetings or conferences, summaries or reports of investigations or negotiations, opinions or reports of consultants, radiographs, photographs, motion picture films, brochures, pamphlets, advertisements, circulars, press releases, drafts, letters, any marginal comments appearing on any document, and all other writings.

In filling out this form, the word "communication" and/or "correspondence" shall mean and refer to any oral, written, spoken, or electronic transmission of information, including, but not limited to, meetings, discussions, conversations, telephone calls, memoranda, letters, emails, text messages, postings, instructions, conferences, seminars, or any other exchange of information between Defendants and any other person or entity.

In filling out this form, the terms "You", "Your", or "Yours" refer to the person who sold, marketed, researched, designed, manufactured, consulted, or represented a Cook Vena Cava Filter, including Cook Medical Incorporated, Cook Incorporated, and/or William Cook Europe ApS ("Cook Defendants") and who is identified in Question I below.

**I.  MANUFACTURING AND REPORTING INFORMATION**

    A.  If not identified by the Plaintiff and if known by Cook:

        1.  Identify the lot number(s) for the device(s) implanted into the Plaintiff.

        Lot Number: E2422147

        2.  Identify the lot number(s) for the device(s) used to implant the Defendants' device(s) into the Plaintiff.

        Lot Number: E2422147

    B.  Identify the location and date of manufacture for each lot set forth in response to A. above.

        09/01/2009; Bjaeverskov, Denmark

C.      Identify the date of shipping and sale, and the person or entity purchasing, each of the Plaintiff's device(s).

To the extent a Lot # has been identified and confirmed above in A, and the implant facility has been identified to Cook, please see Exhibit A. Please note that Exhibit A is only provided when Cook has a record of shipping Cook Vena Cava Filters to the identified implant facility.

D.      Produce a copy of the Order, Invoice and Pack Slip for the Cook Vena Cava Filter at Issue.

To the extent a Lot # has been identified and confirmed above in A, and Cook possess responsive documents, they have been produced pursuant to Case Management Order # 11. The documents can be located using the load file (DAT) fields: CUSTODIAN = Trackwise and PRNUMBER = PR215570.

E.      Identify the manufacturer's internal reference number(s) for Plaintiff's device(s).

IGTCFS-65-JUG-CELECT-PERM

F.      Identify the MedWatch manufacturer report number.

3002808486-2018-00193

G.      Produce the following adverse event information relating to the Plaintiff: (i) identification of the relevant PR#, (ii) Trackwise documents relating to Plaintiff that pre-existed the filing of this action and (iii) copies of any MedWatch forms submitted to the FDA with regard to the Plaintiff.

     i.      PRnumber: PR215570

     ii.      Trackwise: No Trackwise documents relating to Plaintiff pre-exist the filing of this action.

     iii.      Medwatch Forms produced at: A copy of the MedWatch information submitted to FDA has been produced pursuant to Case Management Order #11 and can be located using the load file (DAT) fields: CUSTODIAN = Trackwise; and PRNUMBER = PR215570.

II. **IMPLANTING/RETRIEVING/EXPLANTING HEALTHCARE PROVIDERS**

Plaintiff has identified the healthcare provider(s) who implanted a Cook Vena Cava Filter in the Plaintiff and/or retrieved/explanted (or attempted to retrieve/explant) the Cook Vena Cava Filter (hereinafter "healthcare providers"). As to each healthcare provider, provide the following information:

- A. For the facility where the healthcare provider who implanted the Cook Vena Cava Filter was associated, set forth the number and type of Cook Inferior Vena Cava Filter(s) purchased from you, or otherwise provided by you.

  See attached Exhibit A.

- B. Cook Events attendance records for each healthcare provider.

  No record in Event Tracker.

- C. Cook Vista Education and Training records for each healthcare provider.

  No record in VISTA.

III. **SALES REPRESENTATIVES**

As to each District Manager or Regional Manager who had responsibility for the healthcare provider involved with the implant of the Cook Vena Cava Filter, set forth the following:

- A. Identity and last known address and telephone number.

  RM: Regional Manager at time of placement is unknown. This information will be supplemented when it becomes available.

  DM: District Manager at time of placement is unknown. This information will be supplemented when it becomes available.

  B.  Current employment status with you.

    RM: This information will be supplemented when it becomes available.

    DM: This information will be supplemented when it becomes available.

  C.  Cook IRIS contact information for each healthcare provider

    No record in IRIS.

## VERIFICATION

I, *Rita A. Harden*, declare under penalty of perjury subject to all applicable laws:

That I am an authorized agent of Cook Defendants and that I verify the Defendants' Response to the DPF addressed to the Cook Defendants in In re: Cook Medical Devices, Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation, Case No.: 1:14-ml 2570-RLY-TAB, MDL No. 2570, and that the matters stated therein are not the personal knowledge of deponent; that the facts stated therein have been assembled by authorized employees and counsel of Cook Defendants and deponent is informed that the facts stated therein are true. I hereby certify, in my authorized capacity as an agent for Cook Defendants, that the responses to the aforementioned Defendants' Profile Form are true and complete to the best of Cook Defendants' knowledge.

*Rita A. Harden*
[Name]

*Rita A. Harden*
[Signature]

*Cook Medical LLC*
[Cook Group Company Name]

*Global Director, Communications, Customer Support & Delivery*
[Title]

*10 September 2018*
[Date]

US.110917125.01

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2018, a copy of the foregoing Defendant Profile Form was served by electronic mail to the following:

Michael W. Heaviside
HEAVISIDE REED ZAIC
mheaviside@hrzlaw.com

Ben C. Martin
LAW OFFICE OF BEN C. MARTIN
bmartin@bencmartin.com

David P. Matthews
MATTHEWS & ASSOCIATES
dmatthews@thematthewslawfirm.com

Joseph N. Williams
Riley Williams & Piatt, LLC
jwilliams@rwp-law.com

DAVID L. AUGUSTUS
THE SPENCER LAW FIRM
davidaugustus@spencer-law.com

                                                            /s/ Kip S.M. McDonald_____
                                                            Kip S.M. McDonald

Faegre Baker Daniels LLP
300 N. Meridian Street Suite 2700
Indianapolis, IN 46204
(317) 237-0300
(317) 237-1000 Facsimile

# EXHIBIT A

| Ship Customer Number | Ship Customer Name | GPN | RPN | Lot Number | Month Nbr | Year |
|---|---|---|---|---|---|---|
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G34502 | IGTCFS-65-1-FEM-CELECT-PT | E3190470 | 11 | 2014 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G34502 | IGTCFS-65-1-FEM-CELECT-PT | E3191135 | 11 | 2014 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G34502 | IGTCFS-65-1-FEM-CELECT-PT | E3257888 | 3 | 2015 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G34502 | IGTCFS-65-1-FEM-CELECT-PT | E3299557 | 3 | 2015 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G34502 | IGTCFS-65-1-FEM-CELECT-PT | E3299922 | 3 | 2015 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G34502 | IGTCFS-65-1-FEM-CELECT-PT | E3348424 | 8 | 2015 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G52909 | IGTCFS-65-1-JUG-CELECT | E2979643 | 10 | 2012 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G52909 | IGTCFS-65-1-JUG-CELECT | E2979643 | 11 | 2012 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G52909 | IGTCFS-65-1-JUG-CELECT | UNSPECIFIED | 11 | 2012 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G34309 | IGTCFS-65-1-JUG-CELECT-PT | E3343392 | 8 | 2015 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G34505 | IGTCFS-65-1-UNI-CELECT-PT | E3222248 | 11 | 2014 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 1745324 | 9 | 2006 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 1919814 | 3 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 2040348 | 5 | 2008 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 2128778 | 10 | 2008 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 2215426 | 3 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 2242083 | 5 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 2288893 | 6 | 2009 |

| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 2345777 | 9 | 2009 |
|---|---|---|---|---|---|---|
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 2350335 | 10 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 2436421 | 4 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 2459610 | 4 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33016 | IGTCFS-65-FEM | 2459832 | 4 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2422161 | 11 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2505923 | 3 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2548699 | 8 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2586360 | 8 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2599672 | 6 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2603643 | 7 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2618429 | 8 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2620710 | 8 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2640485 | 3 | 2011 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2662361 | 3 | 2011 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2701349 | 2 | 2011 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2710370 | 3 | 2011 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2826648 | 12 | 2011 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2884461 | 4 | 2012 |

| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2884462 | 4 | 2012 |
| --- | --- | --- | --- | --- | --- | --- |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E2892542 | 4 | 2012 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E3121632 | 10 | 2013 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E3260685 | 10 | 2014 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E3277970 | 1 | 2015 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48373 | IGTCFS-65-FEM-CELECT-PERM | E3279743 | 1 | 2015 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33017 | IGTCFS-65-JUG | 1919842 | 11 | 2007 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33017 | IGTCFS-65-JUG | 1924632 | 10 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33017 | IGTCFS-65-JUG | 2050506 | 5 | 2008 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33017 | IGTCFS-65-JUG | 2201519 | 2 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33017 | IGTCFS-65-JUG | 2206952 | 3 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33017 | IGTCFS-65-JUG | 2286264 | 6 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33017 | IGTCFS-65-JUG | 2365744 | 10 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33017 | IGTCFS-65-JUG | 2367481 | 9 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33017 | IGTCFS-65-JUG | 2510098X | 8 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G33017 | IGTCFS-65-JUG | 2520340 | 8 | 2010 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48372 | IGTCFS-65-JUG-CELECT-PERM | E2422147 | 11 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48372 | IGTCFS-65-JUG-CELECT-PERM | E2452126 | 11 | 2009 |
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48372 | IGTCFS-65-JUG-CELECT-PERM | E2533514 | 4 | 2010 |

| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48372 | IGTCFS-65-JUG-CELECT-PERM | E3271213 | 1 | 2015 |
|---|---|---|---|---|---|---|
| C31124-0 | UNIVERSITY GENERAL HOSPITAL | G48372 | IGTCFS-65-JUG-CELECT-PERM | E3276573 | 1 | 2015 |