UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

# NOTICE OF SUGGESTION OF DEATH

Plaintiff, LILLIE SAULS, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby gives notice of the death of Plaintiff Lillie Sauls on October 20, 2019. *See* Copy of Certificate of Death, attached as Exhibit A. Plaintiff respectfully informs this Court that a Motion for Substitution of Party will be filed by an appropriate representative of Lillie Sauls' estate once the appointment has been made by the Probate Court.

Respectfully submitted,

THE SPENCER LAW FIRM

/s/ K. A. Robards
Kimberlyann A. Robards TBN 24086249
E-mail: kimrobards@spencer-law.com
Thomas Ryan Lemens TBN 24109463
E-mail: thomaslemens@spencer-law.com
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Telephone: (713) 961-7770
Facsimile: (713) 961-5336

*Attorneys for Plaintiff Lillie Sauls*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of January, 2021, I electronically filed this document with the clerk of the court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                 _/s/ K.A. Robards_
                                                 Kimberlyann A. Robards