IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGIATION | No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

-------------------------------------------------------------------------

This Document Relates to:
Breanne Reda; 1:18-cv-02823

## STIPULATION OF DISMISSAL OF BREANNE REDA'S CLAIMS WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Breanne Reda claims in the above-captioned matter be dismissed without prejudice, each party to bear its own costs. This Stipulation dismisses all of Ms. Reda's claims against all parties in the above- captioned action, including those parties who have not entered their appearance and/or signed the stipulation.

| | |
|---|---|
| /s/ Matthew R. McCarley | /s/ Jessica Benson Cox |
| Matthew R. McCarley | Jessica Benson Cox |
| Fears \| Nachawati Law Firm | FAEGRE BAKER DANIELS LLP |
| 5473 Blair Road | 300 North Meridian, Suite 2500 |
| Dallas, Texas 75231 | Indianapolis, IN 46204 |
| T. (214) 890.0711 | T. (317) 237-0300 |
| F. (214) 890.0712 | F. (317) 237-1000 |
| mccarley@fnlawfirm.com | jessica.cox@faegrebd.com |
| **ATTORNEY FOR PLAINTIFF BREANNE REDA** | **ATTORNEY FOR DEFENDANTS** |