IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGIATION | No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| ------------------------------------------------------------------------- | |
| This Document Relates to:<br>Breanne Reda; 1:18-cv-02823 | |

**PROPOSED ORDER GRANTING DISMISSAL OF BREANNE REDA'S CLAIMS WITHOUT PREJUDICE**

The Court having examined the foregoing Stipulation of dismissal of Breanne Reda's claims in the above-captioned matter filed by the parties seeking the dismissal of Breanne Reda's. The Court finds that the Agreed Stipulation Should be GRANTED.

It is therefore ORDERED that the Order Granting Stipulation of Dismissal of Breanne Red's Claims Without Prejudice is granted.

SIGNED on this _____ day of _____, 2021.

_____
JUDGE RICHARD L. YOUNG