IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Larry Conway
Civil Case No.  1:17-cv-02779

## STIPULATION

All parties in the above-captioned action hereby agree that the intent of any form of dismissal in this action as to Larry Conway (1:17-cv-02779) was to dismiss the case in its entirety WITH PREJUDICE; and therefore agree that the above-captioned action is dismissed in its entirety WITH PREJUDICE.

Date: 01/08/2021

Respectfully submitted,

**THE NATIONS LAW FIRM**

  */s/ Howard L. Nations*
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Ave.
Suite 200
Houston, Texas 77042
Telephone:  (713) 807-8400
Facsimile:  (713) 807-8423
**ATTORNEY FOR PLAINTIFFS**

       */s/ Jessica Benson Cox*
Jessica Benson Cox
Drinker Biddle & Reath
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
(317) 237-0300
(317) 237-1000 (Fax)
jessica.cox@faegredrinker.com
**ATTORNEY FOR DEFENDANTS**