UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **KRISTIN STEPHENS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 5:20-cv-01257-HNJ |
| | ) |
| **COOK MEDICAL LLC, HUNTSVILLE HOSPITAL, and fourteen fictitious defendants,** | ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## COOK MEDICAL LLC'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Cook Medical LLC[1] ("Cook"), respectfully moves this Court to dismiss Plaintiff's time-barred breach of warranty claim against Cook. Per Plaintiff's Complaint, the Cook Gunther Tulip IVC Filter ("Filter") upon which Plaintiff's breach of warranty claim is premised was delivered to Plaintiff no later than June 30, 2014. Dkt. 1-2, Complaint ¶¶ 19, 22–27. Plaintiff did not file suit until July 21, 2020. *See generally id.* Therefore, Plaintiff's claim is barred by Alabama Code § 7-2-725's four-year statute of limitations on breach of warranty claims. As more fully set forth in the accompanying Brief in Support of Motion to Dismiss, Plaintiff's breach of warranty claim against Cook should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, for the reasons set forth above and in the accompanying Brief in Support, Cook respectfully requests that this Court dismiss Plaintiff's breach of warranty claim against Cook.

---

[1] "Cook Medical LLC" was incorrectly named and served as "Cook Medical Incorporated."

US.129443660.01

Dated: September 30, 2020

       Respectfully submitted,

       /s/ *Alan D. Mathis*
Alan D. Mathis [ASB-8922-A59M]
Xan Ingram Flowers [ASB-8496-AR19I]
**BUTLER SNOW LLP**
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, Alabama 35203
Telephone:  (205) 297-2200
Facsimile:   (205) 297-2100
alan.mathis@butlersnow.com
xan.flowers@butlersnow.com

*Attorneys for Defendant Cook Medical LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all parties to this action by the Court's CM/ECF system and/or email.

**Done this the 30th day of September, 2020.**

/s/ *Alan D. Mathis*
Alan D. Mathis [ASB-8922-A59M]

54805207.v1

US.129443660.01