UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **KRISTIN LEIGH STEPHENS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 5:20-cv-01257-HNJ |
| ) | |
| **COOK MEDICAL INCORPORATED,** ) | |
| a corporation; **COOK MEDICAL INC.,** ) | |
| et al., ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S BRIEF IN OPPOSITION TO**

**MOTION TO DISMISS BY COOK MEDICAL LLC**

Comes now the plaintiff, Kristin Stephens, and submits the following in opposition to the motion to dismiss of Defendant Cook Medical LLC:

First, and as stated in Plaintiff's Brief in Opposition to Huntsville Hospital's Motion to Dismiss, Plaintiff believes that this action should be remanded back to the Circuit Court of Madison County, Alabama, and that court should decide the motion to dismiss. If the Court were to deny Plaintiff's motion to remand, then Plaintiff respectfully submits that this Court should deny the motion to dismiss by Defendant Cook Medical LLC (hereinafter, "Cook") and then remand the case back to state court.

Cook's Motion to Dismiss is based on Cook's contention that the statute of limitations for a breach of warranty runs four years after the date the goods were tendered. However, in breach of warranty cases involving personal injury and brought under the Alabama Commercial Code, the statute of limitations begins to run upon the date of injury. Cook refers to Alabama Code § 7-2-725, which provides that:

1

An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued…. A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to *future performance* of the goods and discovery of the breach must await the time of such performance the cause of action *accrues when the breach is or should have been discovered*; however, *a cause of action for damages for injury to the person in the case of consumer goods shall accrue when the injury occurs*. (Emphasis added.)

In *Smith v. Medtronic, Inc.*, 5607 So.2d 156 (Ala. 1992), the court, referencing *Brotherhood of Locomotive Firemen & Enginemen v. Hammett*, 273 Ala. 397 (1962), noted that, "(A) party has a cause of action, and the statute of limitations beings to run, on the date the first legal injury occurs, but not necessarily from the date of the act causing the injury." *Smith* at 159. The court determined that on the date of the "injury-causing malfunction", the cause of action accrued. *Smith* at 160.

Furthermore, the filter itself was approved by the U.S. Food and Drug Administration for permanent use. It was sold to Plaintiff with the expectation that it would be implanted in her body permanently. Plaintiff's expectation was reasonable (for no reasonable person would choose to have a product permanently implanted otherwise), the warranty extends to future performance.

Plaintiff contends that, as facts, statutes, and case law support the fact that Plaintiff's cause of action accrued at the time of injury, Cook's motion is due to be denied.

Respectfully submitted this 12th day of September 2020.

/s/ Virginia Applebaum
Virginia Applebaum

                          Attorney for Plaintiff

<u>OF COUNSEL</u>

Gathings Law
2140 11th Avenue S.
Suite 210
Birmingham, AL 35205
Ph. 205.322.1201
Email: vapplebaum@gathingslaw.com

<u>CERTIFICATE OF SERVICE</u>

      I certify on this date, September 12, 2020, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the Court's CM/ECF system and emailed to counsel for all parties as follows:

George E. Knox, Jr., Esq.
Jeffrey T. Kelly, Esq.
LANIER FORD SHAVER & PAYNE P.C.
Suite 102
2101 West Clinton Avenue
Huntsville, AL 35805
Email: gek@lanierford.com
Email: jtk@lanierford.com
Attorneys for Huntsville Hospital

Alan D. Mathis
Butler Snow LLP
Suite 1000
1819 Fifth Avenue N.
Birmingham, AL 35203
Email: alan.mathis@butlersnow.com

                          <u>/s/ Virginia Applebaum</u>
                          Of Counsel