UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

# AMENDED DESIGNATION OF LEAD COUNSEL

Plaintiff, LILLIE SAULS, designates Kimberlyann A. Robards, of The Spencer Law Firm as her lead counsel of record, replacing David L. Augustus.  Ms. Robards's contact information is:

> Kimberlyann A. Robards, TBN 24086249
> The Spencer Law Firm
> 4635 Southwest Freeway, Suite 900
> Houston, TX 77027
> Tel:    713-961-7770
> Fax:   713-961-5336
> Email:  kimrobards@spencer-law.com

Please send notice of proceedings Kimberlyann A. Robards.  David L. Augustus should no longer receive service of proceedings on this matter.

Respectfully submitted,

THE SPENCER LAW FIRM

*/s/ K. A. Robards*
_____
Kimberlyann A. Robards TBN 24086249
E-mail:   kimrobards@spencer-law.com
Thomas Ryan Lemens TBN 24109463
E-mail:   thomaslemens@spencer-law.com
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Telephone: (713) 961-7770
Facsimile: (713) 961-5336

*Attorneys for Plaintiff Lillie Sauls*

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2021 I electronically filed this document with the clerk of the court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*/s/ K. A. Robards*
_____
Kimberlyann A. Robards