IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

MARK PRIESMEYER
    Civil Case # 1:19-cv-00964

ROCCO YEDMAN
    Civil Case # 1:17-cv-02720

## ORDER ON PLAINTIFFS' RULE 6 MOTION TO EXTEND TIME DUE TO EXCUSABLE NEGLECT

**THIS MATTER** having come before the Court upon Plaintiffs' Rule 6 Motion to Extend Time Due to Excusable Neglect pursuant to Fed. R. Civ. P. 6(b)(1)(B), and for good cause shown, Plaintiffs have until January 4, 2021, to file their Reply in Support of Plaintiff's Motion to Extend Time to Amend Short Form Complaint.

IT IS HEREBY on this _____ day of _____, 2021

ORDERED that Plaintiffs' Rule 6 Motion to Extend Time Due to Excusable Neglect is granted.

**IT IS SO ORDERED.**

By: _____
       JUDGE