IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB MDL No.: 2570 |

This Document Relates to Plaintiff(s)

KRISTI CRAFT

Civil Case No.: 1:17-cv-4200

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, KRISTI CRAFT, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:17-cv-4200 filed on November 10, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 11, 2021

Respectfully submitted,

**BIGHORN LAW LLC**

*/s/ Kimball Jones*
Ryan Anderson
Kimball Jones
**BIGHORN LAW LLC**
2225 E. Flamingo
Building 2 Suite 300
Las Vegas, NV 89119
(702) 333-1111
ryan@bighornlaw.com
kimball@bighornlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Evelyn Shaw*
An Employee of **Bighorn Law LLC**
