IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

MARK PRIESMEYER
    Civil Case # 1:19-cv-00964

ROCCO YEDMAN
    Civil Case # 1:17-cv-02720

### ORDER ON PLAINTIFFS' RULE 6 MOTION TO EXTEND TIME DUE TO EXCUSABLE NEGLECT

**THIS MATTER** having come before the Court upon Plaintiffs' Rule 6 Motion to Extend Time Due to Excusable Neglect pursuant to Fed. R. Civ. P. 6(b)(1)(B) (Filing No. 15401), and for good cause shown, Plaintiffs have until January 4, 2021, to file their Reply in Support of Plaintiff's Motion to Extend Time to Amend Short Form Complaint.

IT IS THEREFORE ORDERED that Plaintiffs' Rule 6 Motion to Extend Time Due to Excusable Neglect is granted and Plaintiff's Reply in Support of Plaintiff's Motion to Extend Time to Amend Short Form Complaint is deemed filed.

Date: 1/12/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.