IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

White, Jamar
1:17-cv-01098-RLY-TAB

Considering the parties' Stipulation of Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice. Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice. Each party shall bear its own costs.

Signed this _____ day of _____, 20___

_____
Hon. Judge Richard L. Young
United States District Judge
Southern District of Indiana