IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

MARK PRIESMEYER

Civil Case # 1:19-cv-00964

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Considering the Plaintiff's Motion for Leave to Amend Complaint for Mark Priesmeyer (Dkt. No. 15041).

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Motion for Leave to Amend Complaint filed by Plaintiff, Mark Priesmeyer is hereby GRANTED. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record of this matter.

Date: 1/12/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.