# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

*Mercedes Quinones*
*Civil Case #: 1:16-cv-3346-RLY-TAB*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Mercedes Quinones, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:16-cv-3346-RLY-TAB filed on December 13, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021                         Respectfully Submitted,

                                                            **MURPHY LAW FIRM, LLC**

                                                            /s/ Peyton P. Murphy
                                                            Peyton P. Murphy
                                                            2354 S. Acadian Thruway
                                                           Baton Rouge, LA 70808
                                                           Telephone: (225) 928-8800
                                                           Facsimile: (225) 246-8780
                                                           Email: Peyton@murphylawfirm.com

                                                           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                         /s/ Peyton P. Murphy
                                         Peyton P. Murphy

                                         *Attorney for Plaintiff*

Case 1:14-ml-02570-RLY-TAB   Document 15523   Filed 01/12/21   Page 2 of 2 PageID #: 105137