**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

This Document Relates to Plaintiff(s)

Matthew F. Price
1:18-CV-00137-RLY-TAB

Considering the parties' Stipulation of Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of

Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice.

Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice.  Each party shall bear its

own costs.

Signed this _____ day of _____, 20___

_____
Hon. Judge Richard L. Young
United States District Judge
Southern District of Indiana