UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                                    1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION              MDL No:  2570

_____

This Document Relates to Plaintiff:

**PHILLIES HAYES**

Civil Case No. 1:16-CV-1420

_____

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff, PHILLIES HAYES, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:16-CV-1420) as to Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021                           ___/s/ Joseph R. Johnson_____
                                                  Joseph R. Johnson, Esquire
                                                  Florida Bar No.:372250
                                                  BABBITT & JOHNSON, P.A.
                                                  Suite 100
                                                  1641 Worthington Road
                                                  West Palm Beach, FL  33409
                                                  Tel:  (561) 684-2500
                                                  Tel:  (561) 684-6308
                                                  jjohnson@babbitt-johnson.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Joseph R. Johnson*_____
JOSEPH R. JOHNSON