**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to Plaintiff:

*Wileather Watkins*
*Civil Case #: 1:17-cv-1962-RLY-TAB*

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

COMES NOW Plaintiff, Wileather Watkins, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:17-cv-1962-RLY-TAB filed on June 13, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

Respectfully Submitted,

**MURPHY LAW FIRM, LLC**

/s/ Peyton P. Murphy
Peyton P. Murphy
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: Peyton@murphylawfirm.com

*Attorney for Plaintiff*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 12, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Peyton P. Murphy
Peyton P. Murphy

*Attorney for Plaintiff*