UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC.,<br>IVC FILTERS MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br><br>MDL No:  2570 |

This Document Relates to Plaintiff:

**CAROLYN JOHNSON**

Civil Case No. 1:15-CV-01985

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, CAROLYN JOHNSON, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:15-CV-01985) as to Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

                                                     ___*/s/ Joseph R. Johnson*___
                                                     Joseph R. Johnson, Esquire
                                                     Florida Bar No.:372250
                                                     BABBITT & JOHNSON, P.A.
                                                     Suite 100
                                                     1641 Worthington Road
                                                     West Palm Beach, FL  33409
                                                     Tel:  (561) 684-2500
                                                     Tel:  (561) 684-6308
                                                     jjohnson@babbitt-johnson.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                   */s/ Joseph R. Johnson*_____
                                   JOSEPH R. JOHNSON