UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| *Maureen G. Pappas*, 1:16-cv-03476-RLY-TAB | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Maureen G. Pappas, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:16-cv-03476-RLY-TAB filed on December 22, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021                     Respectfully submitted,


                              */s/ Annesley H DeGaris*
                              Annesley H DeGaris
                              DeGaris Wright McCall, LLC
                              2 N 20th St., Ste. 1030
                              Birmingham, AL 35203
                              205-558-9000
                              Fax: 205-588-5231
                              Email: adegaris@degarislaw.com

                              *Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I, Annesley H. DeGaris, hereby certify that on the 12th day of January 2021, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal With Prejudice to be served via this Court's electronic filing service on all counsel of record.

                                                                                 */s/ Annesley H DeGaris*
                                                                                 Annesley H DeGaris