# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

    1:16-cv-02466-RLY-TAB
    Joy Cummings

## NOTICE OF CHANGE OF FIRM AFFILIATION
## AND CHANGE OF ADDRESS

Please be advised that Graham B. LippSmith and Jaclyn L. Anderson, counsel for Plaintiff Joy Cummings ("Plaintiff"), are no longer affiliated with Kasdan LippSmith Weber Turner LLP. Mr. LippSmith and Ms. Anderson are now affiliated with the law firm LippSmith LLP. Mr. LippSmith and Ms. Anderson will continue to represent Plaintiff in this matter.

Mr. LippSmith and Ms. Anderson's new contact information is as follows:

    Graham B. LippSmith
    Jaclyn L. Anderson
    **LIPPSMITH LLP**
    555 S. Flower Street, Suite 4400
    Los Angeles, California 90071
    Tel: (213) 344-1820
    Fax: (213) 513-2495
    Email: *g@lippsmith.com*
    Email: *jla@lippsmith.com*

Dated: January 12, 2021

        Respectfully submitted,

        **LIPPSMITH LLP**

        */s/ Graham B. LippSmith*
        Graham B. LippSmith
        555 S. Flower Street, Suite 4400
        Los Angeles, CA 90071
        Telephone: (213) 344-1820
        Fax: (213) 513-2495
        Email: g@lippsmith.com

        *Counsel for Plaintiff Joy Cummings*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2021, a copy of the foregoing **NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Graham B. LippSmith*
Graham B. LippSmith
