# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

>   1:16-cv-02466-RLY-TAB
>   Joy Cummings

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, JOY CUMMINGS, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:16-cv-02466-RLY-TAB) as to Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

>   Respectfully submitted,
>
>   **LIPPSMITH LLP**
>
>   */s/ Graham B. LippSmith*

1

        Graham B. LippSmith
        555 S. Flower Street, Suite 4400
        Los Angeles, CA 90071
        Telephone: (213) 344-1820
        Fax: (213) 513-2495
        Email: g@lippsmith.com

*Counsel for Plaintiff Joy Cummings*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Graham B. LippSmith*
Graham B. LippSmith