IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    JERRY GALLIMORE
    1:16-cv-01057-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Jerry Gallimore, by and through the undersigned counsel, and pursuant to Paragraph 3 of the Case Management Order # 28 Screening for Time-Barred Cases ("CMO 28,") hereby gives notice of the voluntary dismissal with prejudice in the above-referenced matter as to Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

    Respectfully submitted:

    **BARON & BUDD, P.C.**

    */s/ Charles G. Orr*
    Charles G. Orr, TX SBN: 00788148
    **BARON & BUDD, P.C.**
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, TX 75219
    Telephone: (214) 521-3605
    Facsimile: (214) 520-1181
    corr@baronbudd.com

    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                  */s/ Charles G. Orr*_____
                                                  Charles G. Orr