# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

This Document Relates to Plaintiff(s)

REBECCA HUXELL

Civil Case No.: 1:16-cv-1026

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:16-cv-1026 filed on May 3, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

Respectfully submitted,

WRIGHT & SCHULTE, LLC

*/s/ Richard W. Schulte*
Richard W. Schulte (0066031)
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511 facsimile
rschulte@yourlegalhelp.com

*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of January 2021, the foregoing was filed via the ECF/CM system with the Clerk of the Court and served upon counsel of record via email through the Court's ECF/CM system by means of the Notice of Electronic Filing.

>*/s/ Richard W. Schulte*
>Richard W. Schulte
>*Attorney for Plaintiff*