# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Case No. 1:18-cv-00333; 1:17-cv-2789;
1:17-cv-03783; 1:17-cv-4019; 1:18-cv-00549;
1:18-cv-03109; 1:19-cv-02031

## **JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the Plaintiffs' listed in the caption and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS, through their undersigned attorneys of record, that the parties have agreed to dismiss this case. Plaintiff's action against all Defendants is DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

Dated this 12th of January, 2021.

Respectfully submitted,

| | |
|---|---|
| /s/*Christopher K. Johnston* <br> Christopher Kyle Johnson. <br> LAW OFFICE OF <br> CHRISTOPHER K. JOHNSTON, LLC. <br> 268 Ponce de León Ave., Ste. 1020 <br> San Juan, PR 00918 <br> Tel: (415) 744-1500 <br> Fax: (415) 202-6264 <br> kyle@masstortslaw.com <br> *Counsel for Plaintiffs'* | /s/ *Jessica Benson Cox* <br> Jessica Benson Cox (#26259-49) <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 300 North Meridian Street, Suite 2500 <br> Indianapolis, Indiana 46204-1750 <br> Telephone: (317) 237-0300 <br> Facsimile: (317) 237-1000 <br> Jessica.Cox@FaegreDrinker.com <br><br> *Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS* |

## CERTIFICATE OF SERVICE

    I hereby certify that on 12th of January, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                   /s/ *Christopher K. Johnston*
                                                   Christopher K. Johnston