# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **Case No. 1:14-ml-2570-RLY-TAB** <br> **MDL No. 2570** <br><br> **Judge RICHARD L. YOUNG** |

This Document Relates to Plaintiff:

Alisa Cole

Case No: 1:17-cv-03025-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Alisa Cole, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:17-cv-03025-RLY-TAB filed on August 31, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: January 11, 2021

Respectfully submitted,

/s/ Donald G. Norris
Donald G. Norris (Bar No. 90000)
LAW OFFICES OF DONALD G. NORRIS,
A LAW CORPORATION
3055 Wilshire Boulevard, Ste. 980
P (213) 487-8880
F (213) 487-8884
dnorrislaw@gmail.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify all attorneys of record of such filing.

/s/ Taurin Robinson
Taurin Robinson