# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Judge RICHARD L. YOUNG |

This Document Relates to Plaintiff:

Jesse Wardrip

Case No: 1:17-cv-02920-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Jesse Wardrip, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:17-cv-02920-RLY-TAB filed on August 24, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: January 11, 2021

                                              Respectfully submitted,

                                              /s/ Donald G. Norris
                                              Donald G. Norris (Bar No. 90000)
                                              LAW OFFICES OF DONALD G. NORRIS,
                                              A LAW CORPORATION
                                              3055 Wilshire Boulevard, Ste. 980
                                              P (213) 487-8880
                                              F (213) 487-8884
                                              dnorrislaw@gmail.com
                                              Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify all attorneys of record of such filing.

/s/ Taurin Robinson
Taurin Robinson