UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:18-cv-00722; 1:18-cv-01160; 1:18-cv-01280; 1:18-cv-01281;
1:18-cv-01674; 1:18-cv-01720; 1:18-cv-01739; 1:18-cv-02179;
1:18-cv-02823; 1:18-cv-03034; 1:18-cv-03098; 1:18-cv-03102;
1:18-cv-03113; 1:18-cv-03123; 1:18-cv-03207; 1:18-cv-03379;
1:18-cv-03385; 1:18-cv-03421; 1:18-cv-03565; 1:18-cv-03625;
1:18-cv-03643; 1:18-cv-03824; 1:18-cv-03847; 1:18-cv-03890;
1:19-cv-00101; 1:19-cv-00154; 1:19-cv-00168; 1:19-cv-00170;
1:19-cv-01341; 1:19-cv-01437; 1:19-cv-01570; 1:19-cv-01614;
1:19-cv-02294; 1:19-cv-02296; 1:19-cv-02372; 1:19-cv-02383;
1:19-cv-02437; 1:19-cv-03184; 1:19-cv-03711; 1:19-cv-03715;
1:19-cv-04089; 1:19-cv-04094; 1:19-cv-04518; and 1:20-cv-00302.

## EXHIBIT A TO
## NOTICE OF JANUARY 28, 2021 MOTIONS HEARING

1. Cooks' Motion to Strike Amended Complaints (Dkt. 15361)

   - Aiken, Althea (1:19-cv-02294) Counsel: FEARS NACHAWATI, PLLC
   - Anderson, Dwight (1:18-cv-03034) Counsel: FEARS NACHAWATI, PLLC
   - Antaya, Raymond(1:18-cv-03379) Counsel: FEARS NACHAWATI, PLLC
   - Bachmann, Juergen (1:19-cv-03184) Counsel: FEARS NACHAWATI, PLLC
   - Ball, Laquitta(1:19-cv-01570) Counsel: FEARS NACHAWATI, PLLC
   - Banks, Nettie (1:19-cv-02372) Counsel: FEARS NACHAWATI, PLLC
   - Blakey, Rosalind (1:18-cv-01739) Counsel: FEARS NACHAWATI, PLLC
   - Bourassa, Deborah (1:18-cv-03824) Counsel: FEARS NACHAWATI, PLLC
   - Bruce, Timothy J.  (1:18-cv-01160) Counsel: FEARS NACHAWATI, PLLC
   - Bubb, James & Cynthia (1:19-cv-00154) Counsel: FEARS NACHAWATI, PLLC

- Carter, James & Paula (1:19-cv-02437) Counsel: FEARS NACHAWATI, PLLC
- Creese, Jane I. (1:19-cv-02383) Counsel: FEARS NACHAWATI, PLLC
- Croft, Antonia & Andrew (1:19-cv-03711) Counsel: FEARS NACHAWATI, PLLC
- Dodd, John R. (1:18-cv-01674) Counsel: FEARS NACHAWATI, PLLC
- Erdly, Adam (1:19-cv-02296) Counsel: FEARS NACHAWATI, PLLC
- Johnson, Harold William & Colleen (1:18-cv-03385) Counsel: FEARS NACHAWATI, PLLC
- Jordan, Jack & Hope (1:18-cv-03207) Counsel: FEARS NACHAWATI, PLLC
- Krnach, Jeffrey S. (1:18-cv-03123) Counsel: FEARS NACHAWATI, PLLC
- Lewis, Barry (1:18-cv-03625) Counsel: FEARS NACHAWATI, PLLC
- Lund, Donna (1:18-cv-03565) Counsel: FEARS NACHAWATI, PLLC
- Maciag, Frank (1:20-cv-00302) Counsel: FEARS NACHAWATI, PLLC
- Mata, Jose (1:18-cv-03890) Counsel: FEARS NACHAWATI, PLLC
- McCall, Tanya (1:19-cv-01341) Counsel: FEARS NACHAWATI, PLLC
- McClung, Ricky Wilson (1:18-cv-03421) Counsel: FEARS NACHAWATI, PLLC
- Meyers-Irwin, Brooke Marie (1:18-cv-01280) Counsel: FEARS NACHAWATI, PLLC
- Obryan, Joann (1:18-cv-00722) Counsel: FEARS NACHAWATI, PLLC
- Ortega, Herman (1:19-cv-04089) Counsel: FEARS NACHAWATI, PLLC
- Paul, Wanda (1:19-cv-01437) Counsel: FEARS NACHAWATI, PLLC
- Pokornik, Tracy & David (1:18-cv-03847) Counsel: FEARS NACHAWATI, PLLC
- Queen-Jackson, Shawnta (1:19-cv-04518) Counsel: FEARS NACHAWATI, PLLC
- Reda, Breanne (1:18-cv-02823) Counsel: FEARS NACHAWATI, PLLC
- Roberson, Kenneth Wayne (1:18-cv-01720) Counsel: FEARS NACHAWATI, PLLC
- Roberts, Susan (1:19-cv-04094) Counsel: FEARS NACHAWATI, PLLC
- Rodriguez, Elisa (1:19-cv-01614) Counsel: FEARS NACHAWATI, PLLC
- Silvia, Eric Raymond (1:18-cv-01281) Counsel: FEARS NACHAWATI, PLLC
- Spangler, Jessie (1:19-cv-00168) Counsel: FEARS NACHAWATI, PLLC
- Speech, Emma (1:18-cv-03643) Counsel: FEARS NACHAWATI, PLLC
- Sutherland, Steven (1:18-cv-03098) Counsel: FEARS NACHAWATI, PLLC
- Thompson, Patricia (1:18-cv-03113) Counsel: FEARS NACHAWATI, PLLC
- Vasquez, Myrna I. Santiago (1:19-cv-00170) Counsel: FEARS NACHAWATI, PLLC
- Wakefield, Jennifer (1:19-cv-03715) Counsel: FEARS NACHAWATI, PLLC

- Wetherbee, Robert (1:19-cv-00101) Counsel: FEARS NACHAWATI, PLLC
- Zabel, Russell Raymond & Raymond (1:18-cv-03102) Counsel: FEARS NACHAWATI, PLLC
- Zarate, Nora (1:18-cv-02179) Counsel: FEARS NACHAWATI, PLLC