UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Valeriun Breaux-Nabors
Case No: 1:17-cv-02174

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Valeriun Breaux-Nabors, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:17-cv-02174 filed on June 23, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

Respectfully submitted,

/s/ Seth S. Webb
Seth S. Webb. Atthorney (Bar No. 51236)
*Admitted Pro Hac Vice*
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
Saint Louis, MO 63102
314-222-2222
SethW@getbc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify all attorneys of record of such filing.

Case 1:14-ml-02570-RLY-TAB   Document 15610   Filed 01/13/21   Page 2 of 2 PageID #: 105343