**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Case No. 1:18-cv-00333; 1:17-cv-2789;
1:17-cv-03783; 1:17-cv-4019; 1:18-cv-00549;
1:18-cv-03109; 1:19-cv-02031

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Having considered the Motion of Dismissal with Prejudice for the Plaintiffs listed in the caption and Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiffs listed are dismissed with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this 13th day of January, 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record