**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | ) MDL No. 1:14-ml-2570-RLY-TAB<br>) MDL No. 2570 |
| **This Document Relates to Plaintiff(s)** | |
| **Virginia Clarke** | |
| **Civil Case No. 1:20-cv-02509-RLY-TAB** | |

**SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PARTY**

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the records, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Virginia Clarke on November 26, 2020, and moves this Court to substitute her daughter, Marcelyn Clarke, as Representative of the Estate of Virginia Clarke, Deceased.

Plaintiff Virginia Clarke originally filed a products liability lawsuit against Defendants on September 29, 2020 in the Southern District of Indiana, Indianapolis Division.

On or about October 30, 2020, Plaintiff's counsel served Defendants with a Plaintiff Profile Sheet that listed Marcelyn Clarke as Virginia Clarke's daughter.

Marcelyn Clarke is listed as the Informant on the Death Certificate confirming she is Plaintiff's daughter.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that Marcelyn Clarke, as Personal Representative of the Estate of Virginia Clarke, Deceased, be

substituted in place of Virginia Clarke in this action, so that Decedent's claims survive and the action on her behalf may proceed.

Dated:  January 14, 2021            Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher