IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:14-ml-2570-RLY-TAB ) MDL No. 2570 ) ) ) |
| This Document Relates to Plaintiff(s) | ) ) |
| Virginia Clarke | ) ) |
| Civil Case No. 1:20-cv-02509-RLY-TAB | ) |

## ORDER

Considering the parties' Suggestion of Death and Motion to Substitute Party to substitute Marcelyn Clarke, Representative of the Estate of Virginia Clarke, Deceased.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Suggestion of Death and Motion to Substitute Party to substitute Marcelyn Clarke, Representative of the Estate of Virginia Clarke, Deceased, is GRANTED.

DATED: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana