UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Order Granting Plaintiffs' Steering Committee's Unopposed Motion For One Additional Day to Respond to Cook's Motion Related to Fraudulent Concealment

This matter comes before the Court on Plaintiffs' Steering Committee's Unopposed Motion for One Additional Day to Respond to Cook's Motion Related to Fraudulent Concealment (Filing No. 15416), which motion is on file and part of the Courts records,

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' Steering Committee's Motion is **granted**.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiffs' Steering Committee's response to Cook's Motion for Partial Dismissal or Summary Judgment on Claim of Fraudulent Concealment and Cook's deadline for reply is extended by one day each.

Date: 1/14/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.