IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

CASE NO. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Alice Nolan
Civil Case No. 1:16-cv-2845

*************************************************************************

## ORDER

Considering the parties' Suggestion of Death and Motion for Substitute Party [Dkt. 15021], to substitute JON OSTBERG a Representative of the Estate of ALICE NOLAN, deceased.

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the Suggestion of Death and Motion for Substitute of Party, to substitute JON OSTBERG a Representative of the Estate of ALICE NOLAN, deceased has been GRANTED.

Date: 1/14/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.