# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Nov 08 2019

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER** 142-19-167613

1. LEGAL NAME OF DECEASED: LILLIE MAE SAULS (Before Marriage) CARDWELL
2. DATE OF DEATH: OCTOBER 20, 2019
3. SEX: FEMALE
4. DATE OF BIRTH: [not clearly visible]
5. AGE: 68
6. BIRTHPLACE: HOMER, LA
8. MARITAL STATUS: Divorced (but not remarried)
10a. RESIDENCE STREET ADDRESS: 11819 LEITRIM WAY
10c. CITY OR TOWN: HOUSTON
10d. COUNTY: HARRIS
10e. STATE: TEXAS
10f. ZIP CODE: 77047
10g. INSIDE CITY LIMITS: Yes

11. FATHER/PARENT 2 NAME: LAWRENCE CARDWELL
12. MOTHER/PARENT 1 NAME: DONZELL FERRELL

13. PLACE OF DEATH: Decedent's Home
14. COUNTY OF DEATH: HARRIS
15. CITY/TOWN, ZIP: HOUSTON, 77047
16. FACILITY NAME: 11819 LEITRIM WAY

17. INFORMANT'S NAME & RELATIONSHIP: LYNNDORA HARRISON - GODDAUGHTER
18. MAILING ADDRESS OF INFORMANT: 11819 LEITRIM WAY, HOUSTON, TX 77047

19. METHOD OF DISPOSITION: Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: HOMER JEROME JORDAN, BY ELECTRONIC SIGNATURE - 9854

22. PLACE OF DISPOSITION: HOUSTON MEMORIAL GARDENS
23. LOCATION: PEARLAND, TX
24. NAME OF FUNERAL FACILITY: MCCOY AND HARRISON FUNERAL HOME, INC.
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 4918 MARTIN LUTHER KING BLVD, HOUSTON, TX 77021

26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: RAVI KANURI, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: NOVEMBER 5, 2019
29. LICENSE NUMBER: P2274
30. TIME OF DEATH: 02:54 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: RAVI KANURI 925 GESSNER RD, HOUSTON, TX 77020
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:
   a. IMMEDIATE CAUSE: CONGESTIVE HEART FAILURE — Approximate interval: MONTHS

PART 2. SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: HYPERTENSION, DIABETES, HYPOTHYROIDISM, REPLACED HEART VALVE, CLOSTRIDIUM DIFFICILE INFECTION

34. WAS AN AUTOPSY PERFORMED? No
35. WERE AUTOPSY FINDINGS AVAILABLE: [blank]

36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown
38. IF FEMALE: Not pregnant within past year

EDR NUMBER: 000044444592527

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Nov 14 2019

TARA DAS, STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE