IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Joyce I. Smith, Individually as the Surviving Daughter of Helena Smith and as Administrator of the Estate of Helena Smith

Civil Case # 1:20-cv-6306-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. ~~Plaintiff~~/Deceased Party:

   Helena Smith

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Joyce I. Smith, individually as surviving daughter and as Administrator of Estate

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Georgia

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Georgia

6. Plaintiff's/Deceased Party's current state of residence:

   Georgia

7. District Court and Division in which venue would be proper absent direct filing:

   Northern District of Georgia, Atlanta Division

8. Defendants (Check Defendants against whom Complaint is made):

   [X] Cook Incorporated

   [X] Cook Medical LLC

   [X] William Cook Europe ApS

9. Basis of Jurisdiction:

   [X] Diversity of Citizenship

   [X] Other: Action filed in State Court and removed to Northern District of Georgia, Atlanta Division, based on diversity by Cook Defendants

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   ¶¶ 9-28

   b. Other allegations of jurisdiction and venue:
      1. Implant of IVC per medical records in Georgia, 2. Failure of IVC occurred in Georgia, 3. Wrongful death occurred in Georgia, 4. Deceased Georgia resident, 5. Decedent's estate in Georgia, 6. Plaintiff does not waive any Lexecon rights to have this case transfer back to a Georgia court for trial, 7. Plaintiff insists on trial of this matter in Georgia.

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    April 17, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Northside Hospital, Atlanta, Georgia

13. Implanting Physician(s):

    Jeffrey J. Chang, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

☒ Count V:     Breach of Express Warranty

☒ Count VI:    Breach of Implied Warranty

☒ Count VII:   Violations of Applicable ___Georgia___ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:  Loss of Consortium

☒ Count IX:    Wrongful Death

☒ Count X:     Survival

☒ Count XI:    Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    Jed D. Manton, Jeffrey R. Harris, and Madeline E. McNeeley

16. Address and bar information for Attorney for Plaintiff(s):

4

| Harris Lowry Manton LLP |
|---|
| 1418 Dresden Dr. NE, Unit 250, Brookhaven, GA 30319 |
| Manton: Georgia Bar No. 868587; Harris: Georgia Bar No. 330315; McNeeley: Georgia Bar No. 460652 |

Respectfully submitted,

**HARRIS LOWRY MANTON**

*/s/* Jed D. Manton

Jed D. Manton, GA Atty. No. 868587
**HARRIS LOWRY MANTON, LLP**
1418 Dresden Drive, NE Unit 250
Brookhaven, GA 30319
Telephone: (404) 961-7650
Facsimile: (404) 961-7651
jed@hlmlawfirm.com

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

**HARRIS LOWRY MANTON**

*/s/* Jed D. Manton
Jed D. Manton, GA Atty. No. 868587
**HARRIS LOWRY MANTON, LLP**
1418 Dresden Drive, NE Unit 250
Brookhaven, GA 30319
Telephone: (404) 961-7650
Facsimile: (404) 961-7651
jed@hlmlawfirm.com

*Lead Counsel for Plaintiff*