# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:19-cv-04515 | 1:20-cv-03268 |
| 1:20-cv-03256 | 1:20-cv-03272 |
| 1:20-cv-03257 | 1:20-cv-06310 |
| 1:20-cv-03265 | 1:21-cv-06314 |
| 1:20-cv-03266 | 1:21-cv-06318 |
| 1:20-cv-03267 | 1:21-cv-06319 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     January 15, 2021         /s/ Kip S. M. McDonald
                                                          Andrea Roberts Pierson (# 18435-49)
                                                          Kip S. M. McDonald (# 29370-49)
                                                          FAEGRE DRINKER BIDDLE & REATH LLP
                                                           300 North Meridian Street, Suite 2500
                                                           Indianapolis, Indiana 46204
                                                           Telephone: (317) 237-0300
                                                           Facsimile: (317) 237-1000
                                                           E-Mail:  andrea.pierson@faegredrinker.com
                                                           E-Mail:  kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald