UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| Aiken 1:19-cv-02294; | McCall 1:19-cv-01341 |
| Anderson 1:18-cv-03034 | McClung 1:18-cv-03421 |
| Antaya 1:18-cv-03379 | Meyers-Irwin 1:18-cv-01280 |
| Bachmann 1:19-cv-03184 | Obryan 1:18-cv-00722 |
| Ball 1:19-cv-01570 | Ortega 1:19-cv-04089 |
| Banks 1:19-cv-02372 | Paul 1:19-cv-01437 |
| Blakey 1:18-cv-01739 | Pokornik 1:18-cv-03847 |
| Bourassa 1:18-cv-03824 | Queen-Jackson 1:19-cv-04518 |
| Bruce 1:18-cv-01160 | Reda 1:18-cv-02823 |
| Bubb 1:19-cv-00154 | Roberson 1:18-cv-01720 |
| Carter 1:19-cv-02437 | Roberts 1:19-cv-04094 |
| Creese 1:19-cv-02383 | Rodriguez 1:19-cv-01614 |
| Croft 1:19-cv-03711 | Silvia 1:18-cv-01281 |
| Dodd 1:18-cv-01674 | Spangler 1:19-cv-00168 |
| Erdly 1:19-cv-02296 | Speech 1:18-cv-03643 |
| Johnson 1:18-cv-03385 | Sutherland 1:18-cv-03098 |
| Jordan 1:18-cv-03207 | Thompson 1:18-cv-03113 |
| Krnach 1:18-cv-03123 | Vasquez 1:19-cv-00170 |
| Lewis 1:18-cv-03625 | Wakefield 1:19-cv-03715 |
| Lund 1:18-cv-03565 | Wetherbee 1:19-cv-00101 |
| Maciag 1:20-cv-00302 | Zabel 1:18-cv-03102 |
| Mata 1:18-cv-03890 | Zarate 1:18-cv-02179 |

**ORDER GRANTING THE COOK DEFENDANTS'
MOTION TO STRIKE AMENDED COMPLAINTS**

This matter has come before the Court on the Cook Defendants' Motion to Strike Amended Complaints [Filing No. 15361]. The Court, having reviewed the Motion, and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

1

IT IS THEREFORE ORDERED that the Cook Defendants' Motion to Strike Amended Complaints is granted and that the amended short-form complaints filed by the above-captioned plaintiffs are stricken.

SO ORDERED.

Date: 1/14/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.