IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br>Alana D'ann Kennedy<br>Case No. 1:17-cv-01791 | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Plaintiff's decision to dismiss the case voluntarily at this time is based on a determination after qualified medical expert review that the case would lack causation evidence if litigated further. Each party shall bear its own fees and costs.

Dated: January 15, 2021

| | |
|---|---|
| /s/ Bobby Moak<br>Bobby Moak, Esq.<br>Law Office of Bobby Moak, P.C.<br>Post Office Box 242<br>Bogue Chitto, Mississippi  39629<br>Telephone:  (601) 734-2566<br>Facsimile:  (601) 734-2563<br>Email: bobbymoak402@att.net<br><br>**Attorney for Plaintiff** | /s/ Jessica Benson Cox<br>Jessica Benson Cox, Esq.<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:  (317) 237-1000<br>Email: jessica.cox@faegredrinker.com<br><br>**Attorney for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jessica Benson Cox*
Jessica Benson Cox