IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) | |
| Virginia Clarke | |
| Civil Case No. 1:20-cv-02509-RLY-TAB | |

## ORDER

Considering the parties' Suggestion of Death and Motion to Substitute Party (Dkt. 15617) to substitute Marcelyn Clarke, Representative of the Estate of Virginia Clarke, Deceased.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Suggestion of Death and Motion to Substitute Party to substitute Marcelyn Clarke, Representative of the Estate of Virginia Clarke, Deceased, is GRANTED.

It is therefore ORDERED THAT:

Plaintiff Marcelyn Clarke, Representative of the Estate of Virgina Clarke, is substituted for Plaintiff Virginia Clarke, in the above captioned cause. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system

Date: 1/15/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.