**Ohio Department of Health - Vital Statistics**
**CERTIFICATE OF DEATH**

Primary Reg. Dist. No. 2510
Registrar's No. 2020013952
State File No. 2020128300

1. Decedent's Legal Name: **VIRGINIA LEE CLARKE**
2. Sex: **FEMALE**
3. Date of Death: **NOVEMBER 26, 2020**
4. Social Security Number: 1447
5a. Age (Years): **83**
6. Date of Birth: **1938**
7. Birthplace: **COLUMBUS, OHIO**
8a. Residence State: **OHIO**
8b. County: **FRANKLIN**
8c. City or Town: **COLUMBUS**
8d. Street Address and Zip Code: **2791 VANTAGE POINT DR 43224**
9. Ever in US Armed Forces?: **NO**
10. Marital Status at Time of Death: **DIVORCED (AND NOT REMARRIED)**
11. Surviving Spouse's Name:
12. Decedent's Education: **HIGH SCHOOL GRADUATE OR GED**
13. Decedent of Hispanic Origin: **NO**
14. Decedent's Race: **BLACK**
15. Father's Name: **CLYDE COVINGTON**
16. Mother's Name (prior to first marriage): **CORA NEE PASS**
17a. Informant's Name: **MARCY CLARKE**
17b. Relationship to Decedent: **DAUGHTER**
17c. Mailing Address: **2791 VANTAGE POINT DR, COLUMBUS, OHIO 43224**
18a. Place of Death: **HOSPITAL - INPATIENT**
18b. Facility Name: **ST ANNS HOSPITAL**
18c. City or Town, State and Zip Code: **WESTERVILLE, OH 43081**
18d. County of Death: **FRANKLIN**
19. Funeral Service Licensee or Other Agent: **MARLAN JAMES GARY**
20. License Number: **008027**
21. Name and Complete Address of Funeral Facility: **MARLAN J GARY FUNERAL HOME, 2500 CLEVELAND AVE, COLUMBUS, OH 43211**
22. Method and Place of Disposition: **CREMATION - OHIO CREMATION SERVICES, COLUMBUS, OH**
23. Local Registrar: Sandra Taylor
24. Date Filed: **DEC 08 2020**

25a. Certifier: Certifying Physician
25b. Time of Death: **23:32**
25c. Date Pronounced Dead: **11/26/2020**
25d. Was Case Referred to Medical Examiner or Coroner?: **NO**
25e. Certifier Name and Title: DO
25f. License Number: **34.009327**
25g. Date Signed: 12/8/20

27. Name and Address of Person who Completed Cause of Death: **MELISSA ANN DINE, 495 COOPER RD., WESTERVILLE, OH 43081**

28. Part I. Cause of Death:
   a. Immediate Cause: Cardiac arrest
   b. Due to: COVID

29a. Was An Autopsy Performed?: **No**
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?:
30. Did Tobacco Use Contribute to Death?: **Unknown**
31. If Female, Pregnancy Status: Not pregnant within past year
32. Manner of Death: **Natural**

Sandra Taylor, Franklin County Registrar
DEC 15 2020

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH
VERIFY PRESENCE OF ODH WATERMARK — HOLD TO LIGHT TO VIEW

VOID