IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) | |
| Virginia Clarke | |
| Civil Case No. 1:20-cv-02509-RLY-TAB | |

**PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Now comes Plaintiff Marcelyn Clarke ("Plaintiff"), as surviving daughter and anticipated representative of the Estate of Virginia Clarke, Deceased, by and through her attorneys, and moves this Court to maintain document 15617-2 under seal. As grounds therefor, Plaintiff refers the Court to the brief in support of this Motion submitted herewith.

WHEREFORE, Plaintiff respectfully requests that this Court maintain Document 15617-2 under seal.

Dated:  January 15, 2021									Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher