IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff(s) ) ) | |
| Virginia Clarke ) ) | |
| Civil Case No. 1:20-cv-02509-RLY-TAB ) | |

## ORDER

Upon consideration of the Plaintiff's Motion to Maintain Document Under Seal, it is so ordered that Plaintiff's Motion is GRANTED. The Clerk of the Court is directed to maintain Document 15617-2 and Document 15641 under seal.

So ordered this _____ day of _____, 2021.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana