IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s)** | |
| **Virginia Clarke** | |
| **Civil Case No. 1:20-cv-02509-RLY-TAB** | |

**PLAINTIFF'S BRIEF IN SUPPORT OF
MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Now comes Plaintiff Marcelyn Clarke ("Plaintiff"), as surviving daughter and anticipated representative of the Estate of Virginia Clarke, Deceased, by and through her attorneys, and hereby submits her Brief in Support of her Motion to Maintain Document Under Seal, and in accordance with Local Rule 5-11(d)(2)(e) and sets forth the following:

1. On January 14, 2021, Virginia Clarke, by and through her attorneys, filed a Suggestion of Death and Motion to Substitute Party [Dkt. 15617].

2. Exhibit "A" to Plaintiff's Suggestion of Death and Motion to Substitute Party is the Death Certificate of Virginia Clarke [Dkt. 15617-2].

3. Said Death Certificate contains personal data identifiers ("PDI"), as defined by Fed R. Civ. P. 5.2(a).

4. PDI must be redacted from filings (Fed R. Civ. P. 5.2(a)).

5. Specifically, the Death Certificate contains Mrs. Clarke's social security number and date of birth.

6. On January 15, 2021, a redacted version of the Death Certificate was filed [Dkt. 15642].

7. When a redacted filing is made, an unredacted copy may also be filed under seal (Fed R. Civ. P. 5.2(f)).

8. Pursuant to Fed R. Civ. P. 5.2(f), the previously filed unredacted copy of the Death Certificate must be retained as part of the record.

9. Accordingly, Plaintiff requests that the unredacted Death Certificate [Dkt. 15617-2 and Dkt. 15641] be sealed.

10. Redaction of these documents is not opposed by any party.

Dated: January 15, 2021

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2021 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

/s/ Michael T. Gallagher
Michael T. Gallagher