**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

De Leonard, Shirley and Richard, 1:17-cv-02679

## STIPULATION OF DISMISSAL OF CATEGORY 2 CASE

Above-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. Plaintiffs may refile their case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiffs refiles his/her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. Plaintiffs may not refile his/her case if the future claim is based on one of the injuries, complications, or outcomes identified by the Plaintiffs in his/her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated: January 15, 2021

Respectfully submitted,

| | |
|---|---|
| By: /s/ Richard J. Plezia<br>Texas Bar No. 16072800<br>**RICHARD J. PLEZIA & ASSOCIATES**<br>2909 Hillcroft Ave., Suite 575<br>Houston, Texas 77057<br>Telephone:  713-800-1151<br>Facsimile: 281-602-7735<br>efile@rplezialaw.com<br>**Counsel for Plaintiff**<br><br>*Attorney for Plaintiffs* | /s/ Jessica Benson Cox<br>Jessica Benson Cox<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Phone: (317) 237-0300<br>Jessica.Cox@FaegreDrinker.com<br><br>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS* |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              */s/ Jessica Benson Cox*
                                              Jessica Benson Cox