**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

---

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

---

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Now comes Plaintiff Lillie Sauls ("Plaintiff"), by and through her attorneys, and moves this Court to maintain document 15419-1 under seal. As grounds therefore, Plaintiff respectfully refers the Court to the brief in support of this motion submitted herewith.

WHEREFORE, Plaintiff respectfully requests that this Court to maintain Document under seal.

Respectfully submitted,

THE SPENCER LAW FIRM

*K. A. Robards*

Kimberlyann A. Robards TBN 24086249
E-mail:  kimrobards@spencer-law.com
Thomas Ryan Lemens TBN 24109463
E-mail:  thomaslemens@spencer-law.com
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Telephone: (713) 961-7770
Facsimile: (713) 961-5336

*Attorneys for Plaintiff Lillie Sauls*

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2021, I electronically filed this document with the clerk of the court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

_K. A. Robards_
Kimberlyann A. Robards