UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

# [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion to Maintain Document Under Seal, it is so ordered that Plaintiff's motion is GRANTED. The Clerk of the Court is directed to maintain Document 15419-1 under seal.

So ordered this _____ day of January, 2021.

_____
Richard L. Young, USDJ