UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

# PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Now comes Plaintiff Lillie Sauls ("Plaintiff"), by and through her attorneys, and hereby submits her brief in support of her motion to maintain document under seal, and in accordance with Local Rule 5-11(d)(2)(e) and sets forth as below:

1. On January 8, 2021, Ms. Sauls, by and through her attorneys, filed a Suggestion of Death [Dkt 15419].

2. Plaintiff intends to file a Motion to Substitute Party once the Probate Court appoints a representative of the Estate.

2. Exhibit "A" to Plaintiff's Suggestion of Death is the death certificate of Lillie Sauls [Dkt 15419-1].

4. Said death certificate contains personal data identifiers ("PDI"), as defined by Fed. R. Civ. P. 5.2(a).

5. PDI must be redacted from filings (Fed R. Civ. P. 5.2(a)).

6. Specifically, the death certificate contains Ms. Sauls' social security number and date of birth.

7. On January 14, 2021, a redacted version of the death certificate was filed [Dkt 15621].

8. When a redacted filing is made, an unredacted copy may also be filed under seal. (Fed R. Civ. P. 5.2(f)).

9. Pursuant to Fed R. Civ. P. 5.2(f), the unredacted copy of the death certificate [Dkt 15419-1] must be retained as part of the record.

10. Accordingly, Plaintiff requests that the unredacted death certificate [Dkt 15419-1] be sealed.

11. Redaction of this document is not opposed by any party.

> Respectfully submitted,
>
> THE SPENCER LAW FIRM
>
> *K. A. Robards*
> _____
> Kimberlyann A. Robards TBN 24086249
> E-mail: kimrobards@spencer-law.com
> Thomas Ryan Lemens TBN 24109463
> E-mail: thomaslemens@spencer-law.com
> 4635 Southwest Freeway, Suite 900
> Houston, Texas 77027
> Telephone: (713) 961-7770
> Facsimile: (713) 961-5336
>
> ***Attorneys for Plaintiff Lillie Sauls***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of January, 2021, I electronically filed this document with the clerk of the court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

                                                          /s/ K. A. Robards
                                                          Kimberlyann A. Robards