IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiffs:**<br><u>Cassandra Armstrong & Levert Armstrong Jr.</u><br><u>Case No. 1:17-cv-03174-RLY-TAB</u> | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Now comes Plaintiffs, by and through counsel, and respectfully give notice to the USDC, Southern District of Indiana and the Defendant herein, that Plaintiffs are voluntarily dismissing their causes of action against all Defendants. Such Notice of Dismissal is being filed pursuant to Section 41(A) (1) of the Federal Rules of Civil Procedure **with prejudice**. Each party shall bear their own costs and attorney's fees.

Respectfully Submitted,
O'CONNOR, ACCIANI & LEVY LPA

*/s/Barry D. Levy*
Barry D. Levy - 0018986
Attorney for Plaintiffs
600 Vine Street Suite 1600
Cincinnati, OH 45202
Phone: 513-842-1907
Fax: 513-842-1880
Email: bdl@oal-law.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served upon all parties by the Court's EM/CM filing this ___18th___ day of January 2021.

*/s/ Barry D. Levy*
Barry D. Levy
*Attorney for Plaintiffs*