IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Ali Akbar Afshari and Zarintaj Sarkarat    1:18-cv-00369-RLY-TAB

### ORDER ON JANUARY 13, 2021, TELEPHONIC STATUS CONFERENCE

The parties appeared in person and by counsel January 13, 2021, for a telephonic status conference to address counsel's motion to withdraw. [Filing No. 15255.] Plaintiffs advised the Court they are attempting to obtain replacement counsel. The Court gave Plaintiffs until February 12, 2021, to have replacement counsel appear on Plaintiffs' behalf. The motion to withdraw shall remain under advisement pending further order. The Court also discouraged Plaintiffs from attempting to proceed *pro se* in this MDL for logistical and other reasons.

Date: 1/19/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email