UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) This Document Relates to: ) ) Ruth Beach ) 1:18-cv-00856-RLY-TAB ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER DISMISSING CASE**

On October 8, 2020, Plaintiff filed a notice of suggestion of death. Pursuant to Rule 25(a)(1), a party has 90 days form the date the court is notified of a party's death to file a motion to substitute the proper party. A motion to substitute has not been filed. Accordingly, this case is **DISMISSED**.

**SO ORDERED** this 19th day of January 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.