IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mark Priesmeyer
    No. 1:19-cv-00964
Rocco Yedman
    No. 1:17-cv-02720

**COOK DEFENDANTS' MOTION FOR
RECONSIDERATION OF TWO COURT ORDERS**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS ("Cook" or "the Cook Defendants") move the Court to reconsider its Orders granting the motions of Plaintiffs Mark Priesmeyer and Rocco Yedman for leave to amend their short form complaints. *See* Dkts. 150491, 15510.

**DISCUSSION**

Plaintiffs Mark Priesmeyer and Rocco Yedman moved this Court for leave to amend their Short Form Complaints to add factual allegations purportedly supporting their claims of fraudulent concealment. *See* Dkts. 15040, 15041. Cook opposed Plaintiffs' motions in a combined response, pointing out that Plaintiffs' motions misapplied Rule 15(b) and that their proposed amendments would be futile under applicable authority and Judge Young's prior rulings. *See* Dkt. 15358.

On January 12, 2021, the Court, the Honorable Tim A Baker presiding, issued Orders granting Plaintiffs Priesmeyer's and Yedman's motions for leave to amend. *See* Dkts. 150491,

15510.  Although the Court's Orders noted the docket numbers of the two motions, the Orders neither acknowledged nor addressed Cook's opposition to the motions; the Orders simply granted the motions in a single sentence without providing any grounds or analysis.  *See id.*

The Rules grant Cook the right to object to the January 12, 2021, Orders within 14 days, or by January 26, 2021, and thereby bring the issue before Judge Young.  *See* Fed. R. Civ. P. 73(a).  Cook submits, however, that Judge Young's consideration of Cook's objections will be hampered by the omission in the January 12, 2021, Order of any acknowledgement or analysis of the grounds Cook offered for denying the motions to amend.  Cook believes that its grounds for opposing Plaintiffs' motions to amend are well-taken, *see* Dkt. 15358, and therefore urges the Court to reconsider its Orders and deny the motions to amend on the grounds that it omitted from its earlier orders.  *See, e.g.*, *Crawford v. Professional Transportation, Inc.*, 2017 WL 3535134, at *1 (S.D. Ind. Aug. 17, 2017) (reconsideration appropriate when Court "has made an error not of reasoning but of apprehension").

Respectfully submitted,

Dated:  January 19, 2021

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegredrinker.com

*Counsel for the defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I certify that on January 19, 2021, a copy of the foregoing submission was filed electronically.  Parties may access this filing through the Court's electronic records system.

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
