# EXHIBIT 1

| | |
|---|---|
| **From:** | Sarah Moreno |
| **To:** | Broadhead, J. Benjamin |
| **Cc:** | Whitelegg, Elizabeth S.; Christina Mancuso; Jasmine Thompson; Tracy Pace |
| **Subject:** | RE: [15421] 2021-01-08 - Notice of Voluntary Dismissal; Smith-Salinas.pdf |
| **Date:** | Thursday, January 14, 2021 6:44:31 PM |

**This Message originated outside your organization.**

Good evening Ben,

Thank you for your email.  Respectfully, we will not be filing a dismissal with prejudice for our client, Alicia Smith-Salinas.

Sarah Moreno  |  Mass Torts Paralegal
**SIMON GREENSTONE PANATIER, PC**
DALLAS  |  LOS ANGELES  |  NEW YORK

*Please take note of recipients contained on any and all emails when replying or forwarding..*

**From:** "Broadhead, J. Benjamin" <ben.broadhead@faegredrinker.com>
**Date:** Thursday, January 14, 2021 at 11:22 AM
**To:** Christina Mancuso <cmancuso@sgptrial.com>
**Cc:** "Whitelegg, Elizabeth S." <liz.whitelegg@faegredrinker.com>
**Subject:** RE: [15421] 2021-01-08 - Notice of Voluntary Dismissal; Smith-Salinas.pdf

Christina – CMO 28 (attached) requires that time-barred cases be dismissed with prejudice. Last month, two other MDL plaintiffs unsuccessfully tried to dismiss their cases with alternate language. As you can see in the attached minute order, the court held that their cases "should be dismissed with the standard language contemplated by CMO 28." Please let us know by the end of the day whether you'll refile the notice of dismissal using language consistent with CMO 28. **If we don't hear from you today, we'll have no choice but to file a response in opposition and seek costs.**

Ben

**J. Benjamin Broadhead**
Associate
ben.broadhead@faegredrinker.com
Connect: vCard

+1 317 237 1316 direct

**Faegre Drinker Biddle & Reath** LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA

---

**From:** Broadhead, J. Benjamin
**Sent:** Wednesday, January 13, 2021 12:58 PM
**To:** cmancuso@sgptrial.com
**Cc:** Whitelegg, Elizabeth S. <liz.whitelegg@faegredrinker.com>
**Subject:** RE: [15421] 2021-01-08 - Notice of Voluntary Dismissal; Smith-Salinas.pdf

Hi Christina – Just following up on my colleague's email below. Please let us know today if you will refile the dismissal to make it clear that the dismissal is **with prejudice** as required by CMO-28.

Ben

**J. Benjamin Broadhead**
Associate
ben.broadhead@faegredrinker.com
Connect: vCard

+1 317 237 1316 direct

**Faegre Drinker Biddle & Reath** LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA

---

**From:** Whitelegg, Elizabeth S. <liz.whitelegg@faegredrinker.com>
**Sent:** Tuesday, January 12, 2021 11:15 AM
**To:** cmancuso@sgptrial.com
**Cc:** Broadhead, J. Benjamin <ben.broadhead@faegredrinker.com>
**Subject:** [15421] 2021-01-08 - Notice of Voluntary Dismissal; Smith-Salinas.pdf

Attorney Mancuso,

In review of the attached Notice of Voluntary Dismissal it is noted that this dismissal is **<u>without</u>** prejudice.  Would you please refile the dismissal to make it consistent with the CMO-28 language so that is reads the dismissal is **<u>with</u>** prejudice?  Please let me know if this is agreeable.

Thanks - Liz

**Elizabeth (Liz) S. Whitelegg**
Senior Paralegal
liz.whitelegg@faegredrinker.com

Connect: <u>vCard</u>

+1 317 237 1205 direct

**Faegre Drinker Biddle & Reath** LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA

*****************************
This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.
*****************************