# EXHIBIT 2

| | |
|---|---|
| **From:** | Broadhead, J. Benjamin |
| **To:** | rlopez@lopezmchugh.com; mlopez@lopezmchugh.com |
| **Cc:** | Whitelegg, Elizabeth S. |
| **Subject:** | RE: [15476] 2021-01-12 - Notice of Voluntary Dismissal; Spyker.pdf |
| **Date:** | Thursday, January 14, 2021 12:29:22 PM |
| **Attachments:** | [14601] 2020-10-26 - Case Management Order 28 - Screening for Time-Barred Cases _ Multi-Plaintiff.PDF<br>[15326] 2020-12-23 - MINUTE ORDER for proceedings held 12-22-2020.PDF<br>3bclean-control.bin |

Counsel,

CMO 28 (attached) requires that time-barred cases be dismissed with prejudice. Last month, two other MDL plaintiffs unsuccessfully tried to dismiss their cases with alternate language. As you can see in the attached minute order, the court held that their cases "should be dismissed with the standard language contemplated by CMO 28." Please let us know by the end of the day whether you'll refile the notice of dismissal using language consistent with CMO 28; that is, with prejudice and with each party to bear its own fees. **If we don't hear from you today, we'll have no choice but to file a response in opposition and seek costs.**

Ben

**J. Benjamin Broadhead**
Associate
ben.broadhead@faegredrinker.com
Connect: vCard

+1 317 237 1316 direct

**Faegre Drinker Biddle & Reath LLP**
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA

---

**From:** Whitelegg, Elizabeth S. <liz.whitelegg@faegredrinker.com>
**Sent:** Wednesday, January 13, 2021 4:21 PM
**To:** rlopez@lopezmchugh.com; mlopez@lopezmchugh.com
**Cc:** Broadhead, J. Benjamin <ben.broadhead@faegredrinker.com>
**Subject:** [15476] 2021-01-12 - Notice of Voluntary Dismissal; Spyker.pdf

In review of the attached Notice of Voluntary Dismissal it is noted that this dismissal is **without** prejudice.  Would you please refile the dismissal to make it consistent with the CMO-28 language so that it reads the dismissal is **with** prejudice?  Please let me know if this is agreeable.

Thanks - Liz

**Elizabeth (Liz) S. Whitelegg**
Senior Paralegal
liz.whitelegg@faegredrinker.com

Connect: vCard

+1 317 237 1205 direct

**Faegre Drinker Biddle & Reath LLP**
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA