IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
Alana D'ann Kennedy
Case No. 1:17-cv-01791

APPROVED. Case is dismissed without prejudice.
Dated: 1/19/21

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Plaintiff's decision to dismiss the case voluntarily at this time is based on a determination after qualified medical expert review that the case would lack causation evidence if litigated further. Each party shall bear its own fees and costs.

Dated: January 15, 2021

/s/ Bobby Moak
Bobby Moak, Esq.
Law Office of Bobby Moak, P.C.
Post Office Box 242
Bogue Chitto, Mississippi 39629
Telephone: (601) 734-2566
Facsimile: (601) 734-2563
Email: bobbymoak402@att.net

**Attorney for Plaintiff**

/s/ Jessica Benson Cox
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: jessica.cox@faegredrinker.com

**Attorney for Defendants**

US.130318858.01