IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
Charlotte Price Lambert, widow to Hoyte
B. Lambert, Deceased and on behalf of
all entitled to recover
Case No. 1:17-cv-1893

> APPROVED. Case is dismissed without prejudice.
> Dated: 1/19/21
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Plaintiff's decision to dismiss the case voluntarily at this time is based on a determination after qualified medical expert review that the case would lack causation evidence if litigated further. Each party shall bear its own fees and costs.

Dated: January 15, 2021

*/s/ Bobby Moak*
Bobby Moak, Esq.
Law Office of Bobby Moak, P.C.
Post Office Box 242
Bogue Chitto, Mississippi  39629
Telephone:  (601) 734-2566
Facsimile:  (601) 734-2563
Email: bobbymoak402@att.net

**Attorney for Plaintiff**

*/s/ Jessica Benson Cox*
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: jessica.cox@faegredrinker.com

**Attorney for Defendants**

US.130319422.01