**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Ferguson, 1:18-cv-2950;
Freeman, 1:19-cv-1562;
Gutierrez, 1:18-cv-3399;
Hope, 1:19-cv-00092;
Izzo, 1:19-cv-1340;
James, 1:18-cv-1278;
Melton, 1:14-cv-01879;
Talbert, 1:18-cv-3116;
Vizcaino, 1:18-cv-3125.

_____

**ORDER GRANTING THE COOK DEFENDANTS'**
**SECOND MOTION TO STRIKE AMENDED COMPLAINTS**

This matter has come before the Court on the Cook Defendants' Second Motion to Strike

Amended Complaints. The Court, having reviewed the Motion, and being otherwise duly advised,

finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that the Cook Defendants' Second Motion to Strike

Amended Complaints is granted and that the amended short-form complaints filed by the above-

captioned plaintiffs are stricken.

SO ORDERED this _____ day of _____, 2021.

_____

Hon. Richard L. Young
United States District Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

1