# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   ANTONIO GILBERT GONZALES

Civil Case #  1:19-cv-0564

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Antonio Gilbert Gonzales, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No: 1:19-cv-0564 filed on February 5, 2019.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated:  January 20, 2021

                                                  Respectfully submitted,

                                                  /s/ Rand P. Nolen
                                                  Rand P. Nolen (Pro Hac Vice)
                                                  Texas Bar No. 00788126
                                                  **FLEMING, NOLEN & JEZ, L.L.P.**
                                                  2800 Post Oak Blvd., Suite 4000
                                                  Houston, Texas 77056-3109
                                                  Telephone:  (713) 621-7944
                                                  Facsimile:   (713) 621-9638
                                                  Email:  rand_nolen@fleming-law.com

                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/ Rand P. Nolen
Rand P. Nolen

56555 Gon 21-01-20 Nt of Voluntary Dismissal w Prejudice.docx