# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB MDL No. 2570 |

This Document Relates to:

    1:17-cv-02685-RLY-TAB
    Stanley Ouellette

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS

Please be advised that Graham B. LippSmith and Jaclyn L. Anderson, counsel for Plaintiff Stanley Ouellette ("Plaintiff"), are no longer affiliated with Kasdan LippSmith Weber Turner LLP. Mr. LippSmith and Ms. Anderson are now affiliated with the law firm LippSmith LLP. Mr. LippSmith and Ms. Anderson will continue to represent Plaintiff in this matter.

Mr. LippSmith and Ms. Anderson's new contact information is as follows:

Graham B. LippSmith
Jaclyn L. Anderson
**LIPPSMITH LLP**
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
Tel: (213) 344-1820
Fax: (213) 513-2495
Email: *g@lippsmith.com*
Email: *jla@lippsmith.com*

Dated: January 20, 2021

Respectfully submitted,

**LIPPSMITH LLP**

*/s/ Graham B. LippSmith*
Graham B. LippSmith
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 344-1820
Fax: (213) 513-2495
Email: g@lippsmith.com

*Counsel for Plaintiff Stanley Ouellette*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 20, 2021, a copy of the foregoing **NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Graham B. LippSmith*
Graham B. LippSmith