> Approved without objection.
> Case is dismissed with prejudice.
> Dated: 1/21/21
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    Culver W. Miller and Janet R. Miller

Civil Case # 1:17-cv-00192-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, Culver W. Miller and Janet R. Miller, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order #28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully give notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to all Defendants in this particular Civil Action No. 1:17-cv-00192-RLY-TAB filed on or about January 18, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 3, 2020

Respectfully submitted,

/s/ *Jonathan A. Knoll*
Jonathan A. Knoll, 29324-49
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: (317) 636-6481
Fax: (317) 636-2495
jknoll@cohenandmalad.com
***Attorneys for Plaintiff***