> APPROVED without objection.
> Case is dismissed with prejudice.
> Dated: 1/21/21
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS  　　　CASE No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND  　　　　　　　　　　　　　MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates To:

Case No.: 1:15-cv-01976-RLY-TAB

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

COMES NOW Plaintiff, Tammy Fournier, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Group, Incorporated, Cook Incorporated, Cook Medical, Incorporated, William Cook Europe APS, Cook Medical, LLC, and Cook Group Europe APS in this particular Civil Action No. 1:15-cv-01976-RLY-TAB filed on December 16, 2015. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: December 2, 2020

　　　　　　　　　　　　　　　　　　　　　　　　 /s/  Kelly E. Reardon_____
　　　　　　　　　　　　　　　　　　　　　　　　Kelly E. Reardon, Esq. CT Juris #430784
　　　　　　　　　　　　　　　　　　　　　　　　The Reardon Law Firm, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　160 Hempstead Street
　　　　　　　　　　　　　　　　　　　　　　　　New London, CT 06320
　　　　　　　　　　　　　　　　　　　　　　　　P: 860-442-0444
　　　　　　　　　　　　　　　　　　　　　　　　F: 860-444-6445
　　　　　　　　　　　　　　　　　　　　　　　　kreardon@reardonlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*