> APPROVED without objection. Case is dismissed with prejudice.
> Dated: 1/21/21
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Ann Campbell, John Botts, Gail Waldrop, Debra McNeill, Linda Botts, on behalf Alma Lois Bratcher, deceased, and as Wrongful Death Beneficiaries of Alma Lois Bratcher, deceased

 Civil Case # 1:17-cv-00574

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)**

COME NOW the Plaintiffs Ann B. Campbell, as personal representative of the Estate of Alma Lois Bratcher, and on behalf of all wrongful death beneficiaries of Alma Lois Bratcher, including Ann B. Campbell, John Botts, Gail Waldrop, Debra McNeill, Linda Botts and in compliance with Rule 41(a) of Federal Rules of Civil Procedure and Case Management Order #28 (Screening for Time-Barred Cases) file the foregoing Notice of Voluntary Dismissal with Prejudice. Each side will bear their own costs and attorneys' fees.

        Respectfully submitted,
        **Houssiere, Durant & Houssiere, LLP**
        By: /s/Randal A. Kauffman
            Charles R. Houssiere, III, TBN 10050700
            choussiere@hdhtex.com
            Randal A. Kauffman, TBN 11111700
            rkauffman@hdhtex.com
            1990 Post Oak Blvd., Suite 800
            Houston, Texas 77056-3812
            Telephone: (713)626-3700
            Facsimile: (713)626-3709

ATTORNEYS FOR PLAINTIFFS