> APPROVED without objection. Case is dismissed with prejudice.
> Dated: 1/21/21
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Stephanie Powe;*
Civil Case #: 1:16-cv-00686-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Stephanie Powe, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:16-cv-00686-RLY-TAB filed on March 25, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.