IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ML-2570-RYL-TAB
PRODUCTS LIABILITY LITIGATION                           MDL No 2570

This Document Relates to Plaintiff
Webster Alexander

Civil Case # 1:19-cv- 06099-RLY-TAB

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, Webster Alexander, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:19-cv-06099-RLY-TAB originally filed on July 9, 2019, in accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated December 16, 2020                     Respectfully submitted,

                                                              /s/ Stephen A. Bamberger
                                                              Stephen A. Bamberger
                                                              1529 Old Bridge Road Suite 102
                                                              Woodbridge, VA 22192
                                                              Telephone: 703-551-4979
                                                              Facsimile: 703-499-9809
                                                              Email: sbamberger@verizon.net
                                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on December 16, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the C?ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                /s/ Stephen A. Bamberger
                                                  Stephen A. Bamberger

                                                  Attorney for Plaintiff