IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL No. 1:14-ml-2570-RLY-TAB <br> ) MDL No. 2570 <br> ) <br> ) <br> ) |
| This Document Relates to Plaintiff(s) | ) |
| Virginia Clarke | ) |
| Civil Case No. 1:20-cv-02509-RLY-TAB | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion to Maintain Document Under Seal [Filing No. 15643], it is so ordered that Plaintiff's Motion is GRANTED. The Clerk of the Court is directed to maintain Document 15617-2 and Document 15641 under seal.

SO ORDERED.

Date: 1/22/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registerd counsel of record via ECF.