**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

> APPROVED without objection.
> Case is dismissed with prejudice.
> Dated: 1/25/21
>
> */s/ Richard L. Young*
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To Plaintiff:
Doreen E. Seabrook
Case No.: 1:19-cv-01961-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Doreen E. Seabrook, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Group, Incorporated, Cook Incorporated, Cook Medical, Incorporated, William Cook Europe APS, Cook Medical, LLC, and Cook Group Europe APS in this particular Civil Action No. 1:19-cv-01961-RLY-TAB filed on May 16, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 9, 2020

Respectfully Submitted,

s/Michael G. Guajardo
MICHAEL G. GUAJARDO, ESQ.
Texas Bar No. 00784183
J. GREGORY MARKS, ESQ.
Texas Bar No. 12994900

Guajardo & Marks, LLP
Three Forest Plaza
12221 Merit Drive, Suite 945
Dallas, Texas 75251
972-774-9800 (Phone)
972-774-9801 (Fax)
mike@guajardomarks.com
greg@guajardomarks.com

***ATTORNEYS FOR PLAINTIFF***