> APPROVED without objection. Case is dismissed with prejudice.
> Dated: 1/25/21
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Harold Celius

Civil Case No. 1:16-cv-03507-TWP-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Harold Celius by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening of Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:16-cv-03507-TWP-TAB filed on December 29, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 9, 2020

                                                Respectfully Submitted,

                                                **JOHNSON BECKER PLLC**

                                                *s/ Lisa Ann Gorshe*
                                                Lisa Ann Gorshe, Esq (MN 029522X)
                                                **JOHNSON BECKER PLLC**
                                                444 Cedar Street, Ste 1800
                                                St. Paul, MN  55101
                                                Tel: (612) 436-1800
                                                lgorshe@johnsonbecker.com

                                                *Attorney for Plaintiff*