> APPROVED without objection. Case is dismissed with prejudice.
> Date: 1/25/21
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Steven Smallwood

Civil Case No. 1:18-cv-03705-TWP-DLP

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Steven Smallwood, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening of Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:18-cv-03705-TWP-DLP filed on November 27, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 9, 2020

Respectfully Submitted,

**JOHNSON BECKER PLLC**

*s/ Lisa Ann Gorshe*
Lisa Ann Gorshe, Esq (MN 029522X)
**JOHNSON BECKER PLLC**
444 Cedar Street, Ste 1800
St. Paul, MN  55101
Tel: (612) 436-1800
lgorshe@johnsonbecker.com

*Attorney for Plaintiff*