APPROVED without objection.  Case is dismissed with prejudice. Dated: 1/25/21

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Marie Herring_____

Civil Case No. 1:17-cv-04669-SEB-MPB_____

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff, Marie Herring by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening of Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:17-cv-04669-SEB-MPB filed on December 18, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 9, 2020

Respectfully Submitted,

**JOHNSON BECKER PLLC**

*s/ Lisa Ann Gorshe*_____
Lisa Ann Gorshe, Esq (MN 029522X)
**JOHNSON BECKER PLLC**
444 Cedar Street, Ste 1800
St. Paul, MN  55101
Tel: (612) 436-1800
lgorshe@johnsonbecker.com

*Attorney for Plaintiff*