# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

    1:17-cv-02685-RLY-TAB
    Stanley Ouellette

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 25, 2021

| | |
|---|---|
| **LIPPSMITH LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| */s/ Graham B. LippSmith* <br> Graham B. LippSmith <br> 555 S. Flower Street, Suite 4400 <br> Los Angeles, CA 90071 <br> Telephone: (213) 344-1820 <br> Fax: (213) 513-2495 <br> Email: g@lippsmith.com | */s/ Jessica Benson Cox* <br> Jessica Benson Cox <br> 300 North Meridian Street, Suite 2500 <br> Indianapolis, IN 46204 <br> Telephone: (317) 237-0300 <br> Fax:  (317) 237-1000 <br> Email: jessica.cox@faegredrinker.com |
| *Counsel for Plaintiff Stanley Ouellette* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, a copy of the foregoing **STIPULATED DISMISSAL WITH PREJUDICE** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Graham B. LippSmith*
Graham B. LippSmith