> APPROVED without objection. Case is dismissed with prejudice.
> Dated: 1/25/21
>
> *RICHARD L. YOUNG, JUDGE*
> United States District Court
> Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
___ALBERTO LEAL___

Civil Case #__1:17-cv-02020__

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Alberto Leal, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No: 1:17-cv-02020 filed on June 14, 2017.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated:  December 9, 2020

                                              Respectfully submitted,

                                              /s/ Rand P. Nolen_____
                                              Rand P. Nolen (Pro Hac Vice)
                                              Texas Bar No. 00788126
                                              **FLEMING, NOLEN & JEZ, L.L.P.**
                                              2800 Post Oak Blvd., Suite 4000
                                              Houston, Texas 77056-3109
                                              Telephone:  (713) 621-7944
                                              Facsimile:  (713) 621-9638
                                              Email:  rand_nolen@fleming-law.com

                                              *Attorneys for Plaintiff*