# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Mark Priesmeyer
    No. 1:19-cv-00964
Rocco Yedman
    No. 1:17-cv-02720

> Motion for reconsideration denied.  The Court granted the motions to amend because they were well taken. Contrary to Defendants' assertion, Plaintiffs' amended complaints alleged consumer protection claims with sufficient particularity and thus are not futile.  Plaintiffs added 19 paragraphs that provided the requisite who, what, when, and how.
>
> Tim A. Baker
> U.S. Magistrate Judge
> 1/25/21

## COOK DEFENDANTS' MOTION FOR
## RECONSIDERATION OF TWO COURT ORDERS

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS ("Cook" or "the Cook Defendants") move the Court to reconsider its Orders granting the motions of Plaintiffs Mark Priesmeyer and Rocco Yedman for leave to amend their short form complaints.  *See* Dkts. 150491, 15510.

### DISCUSSION

Plaintiffs Mark Priesmeyer and Rocco Yedman moved this Court for leave to amend their Short Form Complaints to add factual allegations purportedly supporting their claims of fraudulent concealment.  *See* Dkts. 15040, 15041.  Cook opposed Plaintiffs' motions in a combined response, pointing out that Plaintiffs' motions misapplied Rule 15(b) and that their proposed amendments would be futile under applicable authority and Judge Young's prior rulings.  *See* Dkt. 15358.

On January 12, 2021, the Court, the Honorable Tim A Baker presiding, issued Orders granting Plaintiffs Priesmeyer's and Yedman's motions for leave to amend.  *See* Dkts. 150491,