IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Edward Collins
1:18-cv-00669

## ORDER

ON THIS DAY came for consideration Maryrose Collins' Motion to Substitute herself, as Administrator of the Estate of Edward Collins, deceased, as Party Plaintiff for Edward Collins and Leave to File a First Amended Short Form Complaint (Dkt. 15408). Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Maryrose Collins, as Administrator of the Estate of Edward Collins, is hereby substituted as Party Plaintiff for Edward Collins in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to the Motion at issue as Exhibit 3 (Dkt. 15408-3) is hereby deemed filed instanter.

SO ORDERED:

Date: 1/25/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.