**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVSION**

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND      Case: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION      MDL No. 2570

_____
This Document Relates to:

MICHELLE AND ELVIS GOODMAN      Civil Action No. 1:18-cv-03746-RLY-MPB
        Plaintiff
v.

COOK MEDICAL, INC. IVC FILTERS

        Defendants
_____

**WITHDRAWAL OF NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiffs Michelle and Elvis Goodman, by and through the undersigned counsel, hereby respectfully Withdraw the Notice of Voluntary Dismissal with Prejudice (Doc#15706) of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in this particular Civil Action No: 1:18-cv-03746-RLY-MPB.

Date: January 25, 2021      Respectfully Submitted,

    **THE MOODY LAW FIRM**
    By: */s/ Willard J. Moody, Jr.*
    Willard J. Moody, Jr.
    500 Crawford Street, Suite 200
    Portsmouth, VA 23704
    (757) 393-6020
    will@moodyrrlaw.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
