IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVSION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| MICHELLE AND ELVIS GOODMAN<br>          Plaintiff<br>v.<br>COOK MEDICAL, INC. IVC FILTERS<br>          Defendants | Civil Action No. 1:18-cv-03746-RLY-MPB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs Michelle and Elvis Goodman, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in this particular Civil Action No: 1:18-cv-03746-RLY-MPB. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: January 25, 2021          Respectfully Submitted**,**

                                **THE MOODY LAW FIRM**
                                By: */s/ Willard J. Moody, Jr.*
                                Willard J. Moody, Jr.
                                500 Crawford Street, Suite 200
                                Portsmouth, VA 23704
                                (757) 393-6020
                                will@moodyrrlaw.com
                                *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.