**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVSION**

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND       Case: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION       MDL No. 2570
_____

This Document Relates to:

MICHELLE AND ELVIS GOODMAN       Civil Action No. 1:18-cv-03746-RLY-MPB
           Plaintiff
v.

COOK MEDICAL, INC. IVC FILTERS

           Defendants
_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs Michelle and Elvis Goodman, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in this particular Civil Action No: 1:18-cv-03746-RLY-MPB. Each side will bear its own costs and attorney's fees.

Date: January 25, 2021       Respectfully Submitted**,**

      **THE MOODY LAW FIRM**
      By: */s/ Willard J. Moody, Jr.*
      Willard J. Moody, Jr.
      500 Crawford Street, Suite 200
      Portsmouth, VA 23704
      (757) 393-6020
      will@moodyrrlaw.com
      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
