# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:19-cv-06102 | 1:21-cv-00016 |
| 1:20-cv-03078 | 1:21-cv-00017 |
| 1:20-cv-03087 | 1:21-cv-00018 |
| 1:20-cv-03090 | 1:21-cv-00025 |
| 1:20-cv-03092 | 1:21-cv-00026 |
| 1:20-cv-03133 | 1:21-cv-00027 |
| 1:20-cv-03135 | 1:21-cv-00029 |
| 1:20-cv-03279 | 1:21-cv-00030 |
| 1:20-cv-03307 | 1:21-cv-00031 |
| 1:20-cv-03310 | 1:21-cv-00033 |
| 1:20-cv-03315 | 1:21-cv-00035 |
| 1:20-cv-06243 | 1:21-cv-00040 |
| 1:20-cv-06248 | 1:21-cv-00041 |
| 1:20-cv-06290 | 1:21-cv-00043 |
| 1:20-cv-06305 | 1:21-cv-00044 |
| 1:21-cv-00002 | 1:21-cv-06312 |
| 1:21-cv-00006 | 1:21-cv-06320 |
| 1:21-cv-00008 | 1:21-cv-06322 |
| 1:21-cv-00013 | 1:21-cv-06324 |
| 1:21-cv-00015 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:          January 26, 2021              /s/ Kip S. M. McDonald

US.120263840.01

>Andrea Roberts Pierson (# 18435-49)
>Kip S. M. McDonald (# 29370-49)
>FAEGRE DRINKER BIDDLE & REATH LLP
>300 North Meridian Street, Suite 2500
>Indianapolis, Indiana 46204
>Telephone: (317) 237-0300
>Facsimile: (317) 237-1000
>E-Mail:  andrea.pierson@faegredrinker.com
>E-Mail:  kip.mcdonald@faegredrinker.com

US.120263840.01

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                     /s/ Kip S. M. McDonald

US.120263840.01