# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE TIM A. BAKER |
| ) ) ) ) ) | |

**This Document Relates to:**
*FRIDAY v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:21-cv-106*

## ORDER

The Court, after considering the Plaintiff's Motion to Withdraw Originally Filed Complaint due to a clerical error (Dkt. 6), and finding said motion to be meritorious,

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Motion is GRANTED. The Clerk of the Court is directed to file the Short Form Complaint into the records in this matter.

Date: 1/28/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.