UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANDA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

This document relates to:
 Plaintiff, JACQUELIN AGEE
 Case No.: 1:21-cv-06329-RLY-TAB

**ORDER ON MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFF JACQUELIN AGEE**

THIS CAUSE, having come before the Court on Plaintiff's Motion for Leave to Withdraw as Counsel of Record (Dkt. 13) filed January 27th, 2021, it is hereby,

ORDERED AND ADJUDGED that:

1. Attorney Christina E. Unkel's and the law firm of Maglio, Christopher & Toale, PA's withdraw as counsel is GRANTED and will be removed from the electronic service list in this case;

2. Plaintiff will continue to be represented by Attorney Jessica Glitz and the law firm of Tautfest Bond, PLLC; and,

3. Plaintiff will not be prejudiced by the withdrawal of Attorney Unkel and Maglio Christopher & Toale, PA.

Date: 1/28/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.