# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SACRAMENTO
### DEPARTMENT OF HEALTH SERVICES

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052020229670
LOCAL REGISTRATION NUMBER: 3202034009959

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | SHARON |
| 2. MIDDLE | ELLEN |
| 3. LAST (Family) | MILLER |
| AKA, ALSO KNOWN AS | SHARON E. HUNT |
| 5. AGE | 63 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | WIDOWED |
| 7. DATE OF DEATH | 10/06/2020 |
| 8. HOUR (24 Hours) | 0338 |
| 13. EDUCATION | ASSOCIATE |
| 14/15. HISPANIC | NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | REGISTERED NURSE |
| 18. KIND OF BUSINESS/INDUSTRY | MEDICAL |
| 19. YEARS IN OCCUPATION | 15 |
| 21. CITY | CARMICHAEL |
| 22. COUNTY/PROVINCE | SACRAMENTO |
| 23. ZIP CODE | 95608 |
| 24. YEARS IN COUNTY | 1 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | NATHANIEL D. MILLER, SON |
| 31. NAME OF FATHER/PARENT – FIRST | GLEN |
| 32. MIDDLE | DEAN |
| 33. LAST | HUNT |
| 34. BIRTH STATE | TX |
| 35. NAME OF MOTHER/PARENT – FIRST | MARY |
| 36. MIDDLE | SUE |
| 37. LAST (BIRTH NAME) | HOLMES |
| 38. BIRTH STATE | NC |
| 39. DISPOSITION DATE | 10/13/2020 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF NATHANIEL D. MILLER |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | BLUE OAKS CREMATION AND BURIAL SERVICES |
| 45. LICENSE NUMBER | FD 1987 |
| 46. SIGNATURE OF LOCAL REGISTRAR | OLIVIA KASIRYE, MD |
| 47. DATE | 10/12/2020 |
| 101. PLACE OF DEATH | KAISER FOUNDATION HOSPITAL – SACRAMENTO |
| 102. IF HOSPITAL | IP |
| 104. COUNTY | SACRAMENTO |
| 105. FACILITY ADDRESS | 2025 MORSE AVENUE |
| 106. CITY | SACRAMENTO |
| 108. DEATH REPORTED TO CORONER | YES 20-05752 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | NO |
| 111. USED IN DETERMINING CAUSE? | |
| 112. WAS OPERATION PERFORMED | NO |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR | NO |
| 115. SIGNATURE AND TITLE OF CERTIFIER | CLARISSE JOY GLEN M.D. |
| 116. LICENSE NUMBER | A149746 |
| 117. DATE | 10/08/2020 |
| 118. ATTENDING PHYSICIAN | CLARISSE JOY GLEN M.D., 2025 MORSE AVENUE, SACRAMENTO, CA 95825 |
| Decedent Attended Since | 10/02/2020 |
| Decedent Last Seen Alive | 10/06/2020 |

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

DATE ISSUED: October 20, 2020

OLIVIA KASIRYE, MD
LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE