IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff(s)
 Sharon Miller_____

Civil Case # 1:17-cv-1655_____

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Nathaniel Miller, as Successor-In-Interest to the Estate of Sharon Miller, deceased, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Nathaniel Miller, as Successor-In-Interest to the Estate of Sharon Miller (deceased), for Plaintiff Sharon Miller and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Sharon Miller filed a Short Form Complaint for this action in this Court on May 18, 2017.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about May 18, 2017, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On October 6, 2020, Plaintiff Sharon Miller passed away from injuries not related to the IVC filter at issue. *See* Death Certificate (DN 15744-1).

1

4. Sharon Miller's action against Defendants survives her death and is not extinguished.

5. Nathaniel Miller, decedent's surviving son, is decedent's successor-in-interest. *See* Declaration of Successor-In-Interest (attached as Exhibit A).

6. Plaintiff's counsel filed the Suggestion of Death contemporaneously herewith (see DN 15744).

7. Plaintiff thus moves to substitute Nathanial Miller, as Successor-In-Interest to the Estate of Sharon Miller, deceased, as Plaintiff in the present action.

8. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Nathanial Miller, as Successor-In-Interest to the Estate of Sharon Miller, deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Sharon Miller is now deceased.

9. A proposed First Amended Short Form Complaint is attached hereto as Exhibit B.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Nathanial Miller, as Successor-In-Interest to the Estate of Sharon Miller, deceased, as Party Plaintiff for Sharon Miller; (2) the Court grant leave to file the attached First Amended Short Form Complaint; and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*