# Exhibit A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
_Sharon E. Miller_

Civil Case #1:17-cv-1655

## DECLARATION OF SUCCESSOR-IN-INTEREST

The undersigned hereby declares as follows:

1. I, Nathaniel Miller, am over the age of 18 years and the surviving son of decedent Sharon Miller.

2. I make this declaration pursuant to Federal Rule of Civil Procedure 25(1) and consistent with California Code of Civil Procedure Section 377.32 to allow me to continue and/or commence any and all actions related to decedent's Cook IVC filter which survive her death.

3. The name of the decedent is Sharon Miller.

4. Decedent died intestate on October 6, 2020 in Carmichael, California.

5. No proceeding is now pending in California for administration of decedent's estate.

6. I am the decedent's successor in interest as defined in California *Code of Civil Procedure* Section 377.11 and succeed to the decedent's interest in this action.

7. No other person has a superior right to commence and/or continue this action or proceeding or to be substituted for the decedent in the pending action or proceeding.

8. A true and correct copy of the certified death certificate is attached.

1

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 1-25-21

Nathaniel Miller, Declarant