IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 _Sharon Miller_____

Civil Case # 1:17-cv-1655_____

**ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

ON THIS DAY came for consideration Nathaniel Miller's Motion to Substitute himself, as Successor-In-Interest to the Estate of Sharon Miller, deceased, as Party Plaintiff for Sharon Miller and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Nathaniel Miller, as Successor-In-Interest to the Estate of Sharon Miller, is hereby substituted as Party Plaintiff for Sharon Miller in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed.

Dated this _____ day of _____, 2021.


SO ORDERED: _____.