AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Jamey Wiley  )  | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. ) | | |
| *Defendant* ) | This document relates to case no. | 1:21-cv-06326-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jamey Wiley                                                                                                        .

Date:  02/01/2021

/s/Basil E. Adham
*Attorney's signature*

Basil E. Adham TX Bar No. 24081742
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*