AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| RILEY NEWCOMER ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. ) | |
| *Defendant* ) | This document relates to case no. 1:21-cv-06332-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Riley Newcomer                                                                                                   .

Date:   02/01/2021                                          /s/Basil E. Adham
                                                            *Attorney's signature*

                                                            Basil E. Adham TX Bar No. 24081742
                                                            *Printed name and bar number*

                                                            Johnson Law Group
                                                            2925 Richmond Ave, Suite 1700
                                                            Houston, TX 77098
                                                            *Address*

                                                            IVC@johnsonlawgroup.com
                                                            *E-mail address*

                                                            (713) 626-9336
                                                            *Telephone number*

                                                            (713) 626-3394
                                                            *FAX number*

Print       Save As...                                                                                    Reset