UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES and PRODUCTS LIABILITY LITIGATION** | MDL No.: 2570 |
| This document relates to:<br><br>Jennifer Albright v. Cook Medical Inc.;<br>Juanita Beverly v. Cook Medical Inc.;<br>Nelda Hedges v. Cook Medical Inc.;<br>Kristena Henson v. Cook Medical Inc.;<br>John Holsinger v. Cook Medical Inc.;<br>Andrew Myers v. Cook Medical Inc.;<br>Angie Peebles v. Cook Medical Inc.;<br>Brandon Quamme v. Cook Medical Inc.;<br>Stacey Roland v. Cook Medical Inc. and,<br>Anita Sutherland v. Cook Medical Inc. | **NOTICE OF CHANGE OF FIRM ADDRESS** |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 5-3(b)(1), the undersigned counsel notifies the Clerk's Office of the following firm address change for cases listed on attached Exhibit A which are part of the *IN RE: Cook Medical Inc., IVC Filters MDL No. 2570*, effective February 1, 2021.

Address of 3516 Granite Circle, Toledo OH 43617 has changed to 1450 Arrowhead Road, Maumee, OH 43537. Phone, facsimile numbers and emails have stayed the same.

Dated:  2/3/2021                              /s/ Michael D. Bell
                                              Michael D. Bell
                                              **GALLON, TAKACS**
                                              **& BOISSONEAULT, CO., LPA**
                                              Michael D. Bell (*pro hac vice*)
                                              Kevin J. Boissoneault (*pro hac vice*)
                                              Jonathan M. Ashton (*pro hac vice*)
                                              1450 Arrowhead Road
                                              Maumee, OH 43537
                                              Telephone:    (419) 843-2001
                                              Facsimile:    (419) 843-8022
                                              Email: mbell@gallonlaw.com
                                                     kboisson@gallonlaw.com
                                                     jashton@gallonlaw.com

                                              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of February 2021, I electronically filed the foregoing document with the Clerk of the Court using C/ECF and that the foregoing documents is being served on all counsel of record or parties registered to receive CM/ECF Electronic Filings.

                                                */s/ Michael D. Bell*
                                                Michael D. Bell