# EXHIBIT A

| Case Name | Case No. |
|---|---|
| Jennifer Albright v. Cook Medical, Inc. | 1:18-cv-2527 |
| Juanita Beverly v. Cook Medical, Inc. | 1:17-cv-1353 |
| Nelda Hedges v. Cook Medical, Inc. | 1:16-cv-1107 |
| Kristena Henson v. Cook Medical, Inc. | 1:18-cv-2723 |
| John Holsinger v. Cook Medical, Inc. | 1:17-cv-1371 |
| Andrew Myers v. Cook Medical, Inc. | 1:16-cv-1108 |
| Angie Peebles v. Cook Medical, Inc. | 1:18-cv-1209 |
| Brandon Quamme v. Cook Medical, Inc. | 1:17-cv-02764 |
| Anita Sutherland v. Cook Medical, Inc. | 1:17-2597 |