UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:14-cv-01879; 1:17-cv-04449; 1:18-cv-01278; 1:18-cv-02010;
1:18-cv-02950; 1:18-cv-03116; 1:18-cv-03125; 1:18-cv-03399;
1:19-cv-00092; 1:19-cv-01340; 1:19-cv-01562; and 1:20-cv-06274.

## EXHIBIT A TO
## NOTICE OF FEBRUARY 18, 2021 MOTIONS HEARING

1. Cook's Second Motion to Strike Amended Complaints (Dkt. 15662)

   - Ferguson, Clarence (1:18-cv-02950) Counsel: FEARS NACHAWATI, PLLC
   - Freeman. Shakela T. (1:19-cv-01562) Counsel: FEARS NACHAWATI, PLLC
   - Gutierrez, Jesus and Juana Lopez De Gutierrez (1:18-cv-03399) Counsel: FEARS NACHAWATI, PLLC
   - Hope, Felicia (1:19-cv-00092) Counsel: FEARS NACHAWATI, PLLC
   - Izzo, Todd (1:19-cv-01340) Counsel: FEARS NACHAWATI, PLLC
   - James, Tiffany Andrea (1:18-cv-01278) Counsel: FEARS NACHAWATI, PLLC
   - Melton, Kori and Dan (1:14-cv-01879) Counsel: FEARS NACHAWATI, PLLC
   - Talbert, Paul Gregory and Hermelinda (1:18-cv-03116) Counsel: FEARS NACHAWATI, PLLC
   - Vizcaino, and Lorenzo Alfredo and Maria (1:18-cv-03125) Counsel: FEARS NACHAWATI, PLLC

2. Cook's Motion to Dismiss (Dkt. 15443)

   - Stephens, Kristin (1:20-cv-06274) Counsel: GATHINGS LAW
   - *See* Cook's Supporting Brief at Dkt. 15444; Plaintiff's Opposition at Dkt. 15446; Cook's Reply at Dkt. 15447

3. Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. 15476)

- Spyker, Mark (1:18-cv-02010) Counsel: LOPEZ MCHUGH, LLP
- *See* Cook's Opposition at Dkt. 15658

4. Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. 15421)

- Smith-Salinas, Alicia (1:17-cv-04449) Counsel: SIMON GREENSTONE PANATIER PC
- *See* Cook's Opposition at Dkt. 15658