IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    CHARLES FORTE
    1:16-cv-01050-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Charles Forte, by and through the undersigned counsel, and pursuant to Paragraph 3 of the Case Management Order # 28 Screening for Time-Barred Cases ("CMO 28,") hereby gives notice of the voluntary dismissal with prejudice in the above-referenced matter as to Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: February 4, 2021

                                          Respectfully submitted:

                                          **BARON & BUDD, P.C.**

                                          */s/ Charles G. Orr*
                                          Charles G. Orr, TX SBN: 00788148
                                          **BARON & BUDD, P.C.**
                                          3102 Oak Lawn Avenue, Suite 1100
                                          Dallas, TX 75219
                                          Telephone: (214) 521-3605
                                          Facsimile: (214) 520-1181
                                          corr@baronbudd.com

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                   */s/ Charles G. Orr*
                                                   Charles G. Orr