IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Albright, Jenifer<br><br>Case No. 1:18-cv-02527 | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  February 4, 2021

/s/ Michael D Bell
Michael D. Bell
GALLON, TAKACS & BOISSONEAULT, CO., LPA
3516 Granite Circle
Toledo, Ohio 43617
Telephone: (419) 843-2001
Email: mbell@gallonlaw.com

**Attorney for Plaintiff**

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

US.131158779.01

>James Stephen Bennett
>FAEGRE DRINKER BIDDLE & REATH LLP
>110 W. Berry Street, Suite 2400
>Fort Wayne, Indiana 46802
>Telephone: (260) 424-8000
>Stephen.Bennett@FaegreDrinker.com
>
>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*
>
>**Attorney for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>/s/ Andrea Roberts Pierson