IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Albright, Jenifer

Case No. 1:18-cv-02527

## ORDER FOR DISMISSAL

The Court having received and reviewed the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED dismissing plaintiff Jennifer Albright's claims against

defendants with prejudice, with each party to bear its own costs.

DATED: _____

_____
Honorable Richard L. Young
United States District Court

- 3 -

US.131158779.01