IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Newsome, Donna<br><br>Case No. 1:14-cv-06015 | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 4, 2021

| | |
|---|---|
| /s/ Angela Spears | /s/ Andrea Roberts Pierson |
| Angela Spears | Andrea Roberts Pierson |
| ROSEN & SPEARS | Jessica Benson Cox |
| 5075 Westheimer, Suite 760 | FAEGRE DRINKER BIDDLE & REATH LLP |
| Houston, TX 77056 | 300 North Meridian Street, Suite 2500 |
| Telephone: (713) 222-6464 | Indianapolis, Indiana 46204 |
| Email: marian@rosenspearslaw.com | Telephone: (317) 237-0300 |
| | Andrea.Pierson@FaegreDrinker.com |
| | Jessica.Cox@FaegreDrinker.com |
| ***Attorney for Plaintiff*** | |

US.131157884.01

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**Attorney for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson