IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Newsome, Donna<br><br>Case No. 1:14-cv-06015 | |

**ORDER FOR DISMISSAL**

The Court having received and reviewed the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED dismissing plaintiff Donna Newsome's claims against defendants with prejudice, with each party to bear its own costs.

DATED: _____

                                                                                          _____
                                                                                          Honorable Richard L. Young
                                                                                          United States District Court

- 3 -