IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Straub, Mary E., Individually and as Administrator of the Estate of Richard Straub (deceased)<br><br>Case No. 1:18-cv-03154 | |

## ORDER FOR DISMISSAL

The Court having received and reviewed the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED dismissing plaintiff Mary E. Straub individually and as Administrator of the Estate of Richard Straub (deceased) claims against defendants with prejudice, with each party to bear its own costs.

DATED: _____

_____
Honorable Richard L. Young
United States District Court