IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Taylor, Tracy<br><br>Case No. 1:17-cv-04493 | |

**<u>ORDER FOR DISMISSAL</u>**

The Court having received and reviewed the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED dismissing plaintiff Tracy Taylor's claims against defendants with prejudice, with each party to bear its own costs.

DATED: _____

> _____
> Honorable Richard L. Young
> United States District Court

- 3 -