UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## NOTICE REGARDING SUBMISSION OF RECORDS UNDER SECOND AMENDED CASE MANAGEMENT ORDER NO. 6

PLEASE TAKE NOTICE that the Cook Defendants' are experiencing a technical issue with the secure file transfer site listed in Second Amended CMO No. 6 (Dkt. 12910).

Please continue to send documents via e-mail to: CookFilterMDL@FaegreDrinker.com. If you are submitting medical records, you can send in multiple emails and redact as required. In addition, submissions via alternative secure file transfer sites will also be accepted. Please contact us via CookFilterMDL@FaegreDrinker.com, if you have any questions or concerns.

Respectfully submitted,

Dated: February 4, 2021

/s/*Kip S.M. McDonald*
Andrea Roberts Pierson
Jessica Benson Cox
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com

1

US.131357058.01

Jessica.Cox@faegredrinker.com
Kip.McDonald@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021, a copy of the foregoing Notice Regarding Submission of Records was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/Kip S.M. McDonald