UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

Betsy Davis
Civil Case No. 1:18-cv-01879-RLY-TAB

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

Dated: February 5, 2021p

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Kirkendall Dwyer LLP
4343 Sigma Road, Suite 200
Dallas, TX 75244
Tel: (214) 271-4027
Fax: (214) 253-0629

*Attorneys for Plaintiff Betsy Davis*

By: *Jessica Benson Cox*
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: (317) 237-1000

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS*