# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-00148 | 1:21-cv-00233 |
| 1:21-cv-00160 | 1:21-cv-00234 |
| 1:21-cv-00171 | 1:21-cv-00237 |
| 1:21-cv-00172 | 1:21-cv-00239 |
| 1:21-cv-00174 | 1:21-cv-00240 |
| 1:21-cv-00175 | 1:21-cv-06316 |
| 1:21-cv-00194 | 1:21-cv-06321 |
| 1:21-cv-00197 | 1:21-cv-06323 |
| 1:21-cv-00198 | 1:21-cv-06325 |
| 1:21-cv-00199 | 1:21-cv-06326 |
| 1:21-cv-00200 | 1:21-cv-06327 |
| 1:21-cv-00228 | 1:21-cv-06330 |
| 1:21-cv-00229 | 1:21-cv-06332 |
| 1:21-cv-00231 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:      February 11, 2021          /s/ Andrea Roberts Pierson
                                                   Andrea Roberts Pierson (# 18435-49)
                                                   Kip S. M. McDonald (# 29370-49)
                                                   FAEGRE DRINKER BIDDLE & REATH LLP
                                                   300 North Meridian Street, Suite 2500
                                                   Indianapolis, Indiana 46204

Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
E-Mail: andrea.pierson@faegredrinker.com  
E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson