AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| BARBARA C. RADFORD <br> *Plaintiff* <br> v. <br> COOK MEDICAL, INC., et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 3:21-cv-00004 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, BARBARA C. RADFORD.

Date: February 9, 2021

/s/ Christina E. Mancuso
*Attorney's signature*

Christina E. Mancuso, TX Bar No. 12891400
*Printed name and bar number*

SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270
*Address*

cmancuso@sgptrial.com
*E-mail address*

(214) 276-7680
*Telephone number*

(214) 276-7699
*FAX number*