# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Debra Scott,<br><br>    Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>    Defendants. | Case No. 1:18-cv-1831-TWP-DLP<br><br>**Order on Motion for Leave to Amend Complaint** |

Considering the parties' Motion for Leave to Amend Complaint of Debra Scott.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint filed by Debra Scott is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: _____

 

_____
Tim A. Baker
United States District Judge