# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Ali Akbar Afshari and Zarintaj Sarkarat 1:18-cv-00369-RLY-TAB

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Substitution of Counsel, the Court finds that good cause is shown. Therefore, it is ordered that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Paul L. Stoller of Dalimonte Rueb Stoller, LLP as counsel for Plaintiffs in place of Joshua D. Christian of Christian & Christian, LLC in this matter.

So ordered this _____ day of February, 2021.

_____

Tim A. Baker, USMJ