# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § Case No. 1:14-ml-2570-RLY-TAB <br> § MDL No. 2570 <br> § |
| This Document Relates to Plaintiff: <br><br> Michelle Teeter, <br><br> Plaintiff, <br><br> v. <br><br> Cook Incorporated, Cook Medical LLC, and William Cook Europe APS <br><br> Defendants. | § Case No. 1:19-cv-03733-RLY-TAB <br> § <br> § <br> § **Order on Motion for Leave to** <br> § **Amend Complaint** <br> § |

Considering the parties' Motion for Leave to Amend Complaint of Michelle Teeter (Dkt. 15816).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint filed by Michelle Teeter is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter and it is deemed filed as of the date of this Order.

Date: 2/12/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.