**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

James C. Lang, Sr. 1:19-cv-02796-RLY-TAB

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

Plaintiff James C. Lang, Sr., by and through his next of kin, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Joseph Lang, Sr. as next of kin and anticipated representative of the Estate of James C. Lang, Sr. in place of James C. Lang, Sr. in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. On October 9, 2019, Plaintiff James C. Lang, Sr. passed away. See Death Certificate attached hereto as Exhibit "A."

2. Joseph Lang, Sr. is the next of kin of the deceased Plaintiff. See Affidavit of Relationship attached hereto as Exhibit "B."

3. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.

4. Notice of Death was provided on November 18, 2020. See MDL Dkt 14874, attached hereto as Exhibit "C."

WHEREFORE, Plaintiff respectfully requests that this Court allow the substitution of Joseph Lang, Sr. as next of kin and anticipated representative of the Estate of James C. Lang, Sr. in place of deceased Plaintiff James C. Lang, Sr.

Dated: February 16, 2021            Respectfully submitted,

                                                             James Lang, Sr.
Deceased Plaintiff

By his attorneys,
*/s/John A. Dalimonte*
John A. Dalimonte
**DALIMONTE RUEB STOLLER, LLP**
75 State Street, Suite 100
Boston, MA 02109
Tel: (833) 443-7529 ext. 104
Fax: (855) 203-2035
Email: john@drlawllp.com

*Attorneys for Plaintiff James C. Lang, Sr.*

## Certificate of Service

    I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on February 16, 2021.

                                                          */s/John A. Dalimonte*
                                                          John A. Dalimonte