# EXHIBIT A

# CERTIFICATION OF DEATH

DATE FILED: OCTOBER 14, 2019   STATE FILE NUMBER: 124-19-031434

DECEDENT NAME: JAMES CHRISTIAN LANG SR   SEX: MALE

DATE OF DEATH: OCTOBER 9, 2019   COUNTY OF DEATH: JEFFERSON

DATE OF BIRTH: ▉, 1941   MARITAL STATUS: WIDOWED   EVER IN ARMED FORCES: NO

SOCIAL SECURITY NUMBER: ▉1557   RESIDENCE ADDRESS: 6400 THE CEDARS COURT CEDAR HILL, MISSOURI

SURVIVING SPOUSE: (IF WIFE, MAIDEN NAME):

FUNERAL HOME: CHILES-COOPER FUNERAL HOME

UNDERLYING CAUSE (ICD CODE): ▉   MANNER: NATURAL

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES: STODDARD

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

DATE ISSUED: OCTOBER 15, 2019

*Kenneth J. Palermo*
Kenneth J. Palermo
State Registrar

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.