# EXHIBIT B

STATE OF Missouri
COUNTY OF Jefferson

## AFFIDAVIT

On this 13 day of February, 2020, Joseph Lang Sr personally appeared, who being first duly sworn, deposed and stated as follows:

1. My name is (print) Joseph Lang, Sr. I am over eighteen years of age, capable of making this Affidavit, and the statements contained herein are true and correct to the best of my knowledge and ability.

2. I am one of the surviving children of James C. Lang Sr., born ▓▓▓▓, 1941, and who died on October 9, 2019. A true and correct copy of the Certificate of Death is attached hereto and incorporated herein by reference.

3. No personal representative or executor has been appointed for the decedent's estate in this state or elsewhere, and no application for such an appointment has been filed in this state or elsewhere.

4. This Affidavit is made in support of my request for the release of prescription and/or medical records regarding my Father, James C. Lang Sr., Deceased.

5. I accept the responsibility to be the representative that will handle all matters relating to this case.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on the 13 day of February, 2020.

_____
Affiant

Sworn to and subscribed before me, the undersigned authority, on this 13 day of February, 2020, to which witness my hand and seal of office.

[SEAL]

JENNIFER L. MATHES
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: Oct. 12, 2021
Commission # 17744300

_____
NOTARY PUBLIC, IN AND FOR
THE STATE OF Missouri