IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
  Sharon Miller

Civil Case # 1:17-cv-1655

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Nathaniel Miller's Motion to Substitute himself, as Successor-In-Interest to the Estate of Sharon Miller, deceased, as Party Plaintiff for Sharon Miller and Leave to File a First Amended Short Form Complaint (Dkt. 15745]. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Nathaniel Miller, as Successor-In-Interest to the Estate of Sharon Miller, is hereby substituted as Party Plaintiff for Sharon Miller in this action and the Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint is hereby deemed filed as of the date of this Order.

SO ORDERED.

Date: 2/17/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.