IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff <u>Mark Spyker</u>

Civil Case # <u>1:18-cv-02010</u>

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Mark Spyker, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening of Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:18-cv-02010 filed on June 29, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: February 18, 2021

    Respectfully submitted,

    By: s/Matthew R. Lopez
    Ramon Rossi Lopez (CA Bar No. 86361)
      (admitted *pro hac vice*)
    Matthew Ramon Lopez (CA Bar No. 263134)
      (admitted *pro hac vice*)
    **Lopez McHugh LLP**
    100 Bayview Circle, Suite 5600
    Newport Beach, CA 92660
    (949) 737-1501
    (949) 737-1504 (fax)
    rlopez@lopezmchugh.com
    mlopez@lopezmchugh.com
    ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

      /s/*Matthew R. Lopez*