# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **BARBARA C. RADFORD,** | : |
| **Plaintiff,** | : |
| vs. | : Case No. 1:21-cv-06342-RLY-TAB |
| **COOK, INC., et al.** | : |
| **Defendants.** | : |

## MOTION TO REFUND FILING FEE

Plaintiff, BARBARA C. RADFORD, by and through her counsel, hereby moves to be refunded the filing fee of four hundred two ($402.00) dollars, receipt number 0756-6410166 paid to the Court on February 10, 2021 in error.

Plaintiff's Original Complaint was filed in the United States District Court for the Eastern District of Tennessee – Knoxville Division on January 5, 2021. The case was then transferred to the United States District Court for the Southern District of Indiana – Indianapolis Division by the JPML on February 2, 2021 and was accepted by the Cook MDL Court on February 5, 2021. Support staff for Plaintiff's Counsel attempted to file a Short Form Complaint ("SFC") in the Cook MDL Litigation on February 10, 2021. The intent was to file the SFC as an Amended Complaint, but was mistakenly filed as a new case.

On February 11, 2021, Plaintiff's Counsel corrected this error based on notification from the Deputy in Charge and then subsequently filed the SFC in the case as an amended complaint.

Plaintiff respectfully requests the Court to refund the filing fee in the amount of four hundred two ($402.00) dollars.

Respectfully submitted,

Dated: February 18, 2021              */s/ Christina E. Mancuso*
                                      Christina E. Mancuso, TXBN 12891400
                                      cmancuso@sgptrial.com
                                      **SIMON GREENSTONE PANATIER, P.C.**
                                      1201 Elm Street, Suite 3400
                                      Dallas, Texas 75270
                                      Tel: (214) 276-7680
                                      Fax: (214) 276-7699

                                      ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I, *Christina E. Mancuso.*, hereby certify that on this day, 18th day of February, 2021, I caused a true and correct copy of the foregoing ***Motion to Refund Filing Fee*** on all parties via the Court's electronic filing system.

    */s/ Christina E. Mancuso*
    Christina E. Mancuso