#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF INDIANA
#### INDIANAPOLIS DIVISION

| | |
|---|---|
| **BARBARA C. RADFORD,** :  :  Plaintiff, :  : vs. : Case No. 1:21-cv-06342-RLY-TAB  : **COOK, INC., et al.** :  :  Defendants. :  : | |

### **ORDER**

AND NOW, to wit, upon consideration of the Plaintiff's Motion to Refund Filing Fee, it is hereby ORDERED, AJUDGED AND DECREED that said Motion is GRANTED. The filing fee of four hundred two ($402.00) dollars paid on February 10, 2021, receipt number 0756-6410166 in error is refunded to Plaintiff's Counsel.

So ORDERED and SIGNED this ___ day of _____, 2021.

_____
Presiding Judge