UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

John A. Ciccone (Estate)
Case No. 1:19-cv-01225

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice.  Each party shall bear its own fees and costs.

Dated: February 18, 2021

/s/ Paul Stoller
Paul Stoller
DALIMONTE RUEB STOLLER, LLP
2425 E. Camelback Road, Suite 500
Phoenix, AZ 85016
Telephone: (602) 888-2807
Email: paul@drlawllp.com

*Attorney for Plaintiff*

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CMECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson