UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) ) THIS DOCUMENT RELATED TO ALL ) ACTIONS ) ) | 1:14-ml-02570-RLY-TAB |

**Entry from Motions/Status Conference held February 18, 2021**

**Before the Hon. Richard L. Young, Judge**

The parties appeared by video for the motion/status conference set this date. PSC appears by Joe Williams, Ben Martin and Mike Heaviside; Defendants appear by Andrea Pierson, Jessica Cox, Steve Bennett Bruce Jones and Ben Broadhead. Attorneys Lloyd Gathings and Virginia Applebaum appear on behalf of Plaintiff Stephens (case no. 1:20-cv-6274) and Matthew Lopez appears for Plaintiff Spyker (case no. 1:18-cv-2010).

Motions and agenda items were discussed. Using a random selection process, the court identified 32 cases as Initial Bellwether Discovery Cases; 16 cases from the Category 5 pool list (Exhibit A) and 16 cases from the Category 6 pool list (Exhibit B). Those cases selected were conveyed to counsel and are included here as Exhibit C (Category 5 cases) and Exhibit D (Category 6 cases).

The hearing is concluded.

Distributed Electronically to Registered Counsel of Record