**EXHIBIT A**

| **Category 5 Tulip Bellwether Pool** |
| --- | --- | --- | --- |
| **Unique Number** | **Plaintiff** | **Cause Number** | **Lead Counsel** |
| 1 | Alger, Lessie | 1:17-cv-01023 | CURTIS LAW GROUP |
| 2 | Allen, Penelope A. & Raydon B. | 1:16-cv-01183 | HENINGER GARRISON DAVIS, LLC |
| 3 | Alvarado, Cynthia | 1:19-cv-01362 | MARTIN BAUGHMAN, PLLC |
| 4 | Anderson, Jodi & Alan W. | 1:16-cv-00441 | COWPER LAW LLP |
| 5 | Arsanto, Lindsey | 1:14-cv-02130 | LOPEZ MCHUGH LLP |
| 6 | Ashley, Tabitha | 1:18-cv-00504 | BERTRAM & GRAF, L.L.C. |
| 7 | Avery, Kevin | 1:17-cv-02376 | HARE, WYNN, NEWELL & NEWTON, LLP |
| 8 | Bailey, Cedric H. | 1:20-cv-06176 | DALIMONTE RUEB STOLLER LLP |
| 9 | Baker, Sandra E. | 1:20-cv-06181 | DALIMONTE RUEB STOLLER LLP |
| 10 | Bakken, Roger | 1:19-cv-03641 | DALIMONTE RUEB LAW GROUP, LLP |
| 11 | Bason, Luvenia | 1:18-cv-02145 | LOPEZ MCHUGH LLP |
| 12 | Bass, Ramon | 1:16-cv-01101 | BARON & BUDD, P.C. |
| 13 | Beach, Anthony & Janet | 1:16-cv-00403 | FEARS NACHAWATI, PLLC |
| 14 | Beal, Fawn | 1:20-cv-01479 | JOHNSON LAW GROUP |
| 15 | Bell, Michael Lee | 1:19-cv-02065 | WAGSTAFF & CARTMELL, LLP |
| 16 | Bennett, Andrew James | 1:17-cv-01188 | THE NATIONS LAW FIRM |
| 17 | Berg, Mary Lou | 1:16-cv-00966 | WRIGHT & SCHULTE, LLC |

|    |                                      |                |                                          |
|----|--------------------------------------|----------------|------------------------------------------|
| 18 | Berger, Vicki                        | 1:17-cv-03675  | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP     |
| 19 | Best, Kathryn & James                | 1:16-cv-02787  | LOCKS LAW FIRM                           |
| 20 | Blakey, Rosalind                     | 1:18-cv-01739  | FEARS NACHAWATI, PLLC                    |
| 21 | Blevins, Samuel                      | 1:16-cv-01934  | WILSHIRE LAW FIRM PLC                    |
| 22 | Blount, Danna                        | 1:17-cv-00710  | FLINT LAW FIRM, LLC                      |
| 23 | Bogdan, Jeffrey & Debbie             | 1:17-cv-02178  | MURPHY LAW FIRM, LLC                     |
| 24 | Boone, Diondrae and McLilly, April   | 1:19-cv-02047  | FEARS NACHAWATI, PLLC                    |
| 25 | Borgens, Angelo                      | 1:18-cv-02451  | MARTIN BAUGHMAN, PLLC                    |
| 26 | Borgwardt, Carl                      | 1:17-cv-01557  | WAGSTAFF & CARTMELL, LLP                 |
| 27 | Boruta, Halina & Robert Pilcher      | 1:17-cv-01390  | LAW OFFICES OF JEFFREY S. GLASSMAN       |
| 28 | Bourcier, Jason                      | 1:17-cv-03996  | HENINGER GARRISON DAVIS, LLC             |
| 29 | Bowen, Jasmine                       | 1:17-cv-02704  | MCSWEENEY LANGEVIN LLC                   |
| 30 | Bowie, Donald                        | 1:17-cv-01270  | LOPEZ MCHUGH LLP                         |
| 31 | Boyd, Britney                        | 1:18-cv-01117  | WAGSTAFF & CARTMELL, LLP                 |
| 32 | Brady, James                         | 1:18-cv-01482  | THE GALLAGHER LAW FIRM PLLC              |
| 33 | Branham, Shari & Michael             | 1:16-cv-00661  | GALLAGHER & KENNEDY, P.A.                |
| 34 | Brown, Bernice                       | 1:17-cv-00560  | THE RUTH LAW TEAM                        |
| 35 | Bruce, Timothy J. and Julie          | 1:18-cv-01160  | FEARS NACHAWATI, PLLC                    |

| 36 | Bruen, Michael | 1:17-cv-01413 | FERRER POIROT & WANSBROUGH |
|---|---|---|---|
| 37 | Buchanan, Brandon by Dawn and Brian | 1:16-cv-00340 | THE MILLER FIRM LLC |
| 38 | Buell, James | 1:17-cv-00516 | GOLDENBERGLAW, PLLC |
| 39 | Bush, Lisa & Robert | 1:16-cv-01126 | SEEGER WEISS LLP |
| 40 | Campbell, Glendolyn | 1:16-cv-02664 | THE MOODY LAW FIRM, INC. |
| 41 | Campbell, Kimberly and Lonnie | 1:18-cv-02537 | FERRER POIROT & WANSBROUGH |
| 42 | Carson, Bill | 1:18-cv-02885 | JOHNSON LAW GROUP |
| 43 | Carvajal, Terry | 1:17-cv-03831 | BLIZZARD & NABERS, L.L.P |
| 44 | Cataldo, John | 1:17-cv-03098 | PADBERG, CORRIGAN & APPLEBAUM |
| 45 | Catchings, Fernita | 1:16-cv-02382 | GRAY & WHITE LAW |
| 46 | Cervantes, Rick | 1:18-cv-01071 | THE POTTS LAW FIRM, LLP |
| 47 | Chan, Steven W. | 1:18-cv-01485 | HARE, WYNN, NEWELL & NEWTON, LLP |
| 48 | Cheatham, Joshua | 1:18-cv-00452 | DOWD & DOWD, P.C. |
| 49 | Clark, Lorraine | 1:19-cv-04058 | CURTIS LAW GROUP |
| 50 | Clark, Malcolm | 1:18-cv-01382 | WAGSTAFF & CARTMELL, LLP |
| 51 | Clark, Sheron Denise | 1:17-cv-04624 | LOPEZ MCHUGH LLP |
| 52 | Clifford, Leonard | 1:19-cv-02319 | FITTS LAW FIRM, PLLC |
| 53 | Cloutier, Douglas & Patricia | 1:16-cv-01904 | WRIGHT & SCHULTE, LLC |
| 54 | Coleman, Dianna & Jerry | 1:16-cv-02894 | BABBITT & JOHNSON, P.A. |
| 55 | Conry, Pamela | 1:17-cv-02449 | CURTIS LAW GROUP |
| 56 | Constable, William | 1:18-cv-01368 | THE MOODY LAW FIRM, INC. |

| | | | |
|---|---|---|---|
| 57 | Corder, Lavonne and Timothy | 1:17-cv-02327 | LOPEZ MCHUGH LLP |
| 58 | Cristoaica, Niculina and Mihai | 1:18-cv-00437 | CORY WATSON, P.C. |
| 59 | Damron, Tammy & Donald | 1:16-cv-01025 | WRIGHT & SCHULTE, LLC |
| 60 | Darnell, Julie | 1:16-cv-03305 | MEYERKORD & MEYERKORD, LLC |
| 61 | Davidson, Kenneth R. | 1:17-cv-03924 | HARE, WYNN, NEWELL & NEWTON, LLP |
| 62 | Davies, Janis | 1:17-cv-03637 | CHILDERS, SCHLUETER & SMITH LLC |
| 63 | Davis, Deontay | 1:19-cv-04004 | MURPHY LAW FIRM, LLC |
| 64 | Davis, Joseph | 1:17-cv-02448 | CURTIS LAW GROUP |
| 65 | Davis, Karen | 1:19-cv-00143 | FEARS NACHAWATI, PLLC |
| 66 | DeVito, Anthony & Tanya | 1:16-cv-03056 | MESHBESHER & SPENCE, LTD. |
| 67 | Dodge, Megan & Thom | 1:17-cv-01402 | FERRER POIROT & WANSBROUGH |
| 68 | Dory, Justin Anthony | 1:18-cv-02738 | CHILDERS, SCHLUETER & SMITH LLC |
| 69 | Drames, Patricia A. | 1:16-cv-02069 | FLEMING, NOLEN & JEZ, L.L.P. |
| 70 | Driver, Samantha | 1:17-cv-03262 | WEITZ & LUXENBERG, P.C. |
| 71 | Dunham, Donald | 1:17-cv-00636 | STAG LUIZZA |
| 72 | Durrant, Jacquelyn | 1:17-cv-02259 | MURRAY LAW FIRM |
| 73 | Dyson, Gregory | 1:17-cv-02853 | DALIMONTE RUEB LAW GROUP, LLP |
| 74 | Eaton, Cassandra | 1:19-cv-00156 | BERTRAM & GRAF, L.L.C. |
| 75 | Elliott, Roogie & Betty | 1:16-cv-02937 | LOWE LAW GROUP |

| | | | |
|---|---|---|---|
| 76 | Erickson, Anna | 1:16-cv-03182 | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| 77 | Ervin, Hilda M. | 1:16-cv-01284 | VERHINE & VERHINE PLLC |
| 78 | Ervin, LeAnn | 1:16-cv-00964 | GOLDENBERGLAW, PLLC |
| 79 | Evans, Quincy | 1:16-cv-01358 | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A. |
| 80 | Fairfield, Karen L. | 1:18-cv-00595 | HARE, WYNN, NEWELL & NEWTON, LLP |
| 81 | Falstad, Cheryl E. and Edwin J. | 1:17-cv-01744 | BEASLEY, ALLEN CROW, METHVIN, PORTIS & MILES, P.C. |
| 82 | Fandel, Mary | 1:20-cv-06171 | JOHNSON LAW GROUP |
| 83 | Felice, Carl | 1:17-cv-00835 | SMITH STAG, LLC |
| 84 | Fenton, Brenda | 1:16-cv-02270 | THE GALLAGHER LAW FIRM PLLC |
| 85 | Field, Sandra and Claude | 1:17-cv-03605 | FLINT LAW FIRM, LLC |
| 86 | Flood, James B. | 1:16-cv-00530 | DALIMONTE RUEB LAW GROUP, LLP |
| 87 | Foster, William | 1:18-cv-01040 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| 88 | Franck, Paul Sr. | 1:16-cv-01164 | WRIGHT & SCHULTE, LLC |
| 89 | Franklin, Sharon H. & Paul A. | 1:17-cv-02162 | MOTLEY RICE LLC |
| 90 | Frost, Beverly | 1:17-cv-02742 | LAW OFFICES OF JEFFREY S. GLASSMAN |
| 91 | Gallander, Michele | 1:18-cv-03300 | MCSWEENEY LANGEVIN LLC |

| | | | |
|---|---|---|---|
| 92 | Gammon, Robin Hamade | 1:17-cv-00877 | GOLDENBERGLAW, PLLC |
| 93 | Garcia, Jorge | 1:19-cv-03460 | CURTIS LAW GROUP |
| 94 | Garrison, Tina | 1:16-cv-02462 | FARRIS, RILEY, & PITT, L.L.P |
| 95 | Gay, Errol and Carolyn | 1:19-cv-00144 | FEARS NACHAWATI, PLLC |
| 96 | Gehring, Shirley and Kim | 1:18-cv-00045 | PAGLIALUNGA & HARRIS, PS |
| 97 | Gibson, Lora Dale | 1:17-cv-03694 | LOPEZ MCHUGH LLP |
| 98 | Glaser-Zakem, Loraine and Zakem, Stuart | 1:19-cv-02664 | BEASLEY, ALLEN CROW, METHVIN, PORTIS & MILES, P.C. |
| 99 | Goldstein, Karen | 1:17-cv-03636 | CHILDERS, SCHLUETER & SMITH LLC |
| 100 | Good, Damon | 1:19-cv-01711 | JOHNSON LAW GROUP |
| 101 | Graser, Kathy | 1:19-cv-02964 | WRIGHT & SCHULTE, LLC |
| 102 | Gray, Cortrinia | 1:17-cv-02754 | BERTRAM & GRAF, L.L.C. |
| 103 | Gray, Pamela J. | 1:17-cv-01715 | BURNETT LAW FIRM |
| 104 | Green, Vernon & Deborah | 1:17-cv-01638 | OSBORNE & FRANCIS LAW FIRM, PLLC |
| 105 | Grosshans, Leonard | 1:18-cv-01537 | JOHNSON LAW GROUP |
| 106 | Gum, Eric | 1:18-cv-00703 | NIEMEYER, GREBEL & KRUSE, LLC |
| 107 | Haag, Joseph D. Sr. & Sharon L. | 1:16-cv-02756 | STARK & STARK, P.C. |
| 108 | Hamilton, Joe Ann | 1:18-cv-00473 | BLIZZARD & NABERS, L.L.P |
| 109 | Haner, Scott Allen | 1:17-cv-03744 | WAGSTAFF & CARTMELL, LLP |
| 110 | Harrell, Pendora | 1:17-cv-03773 | MOTLEY RICE LLC |
| 111 | Harris, Cynthia | 1:16-cv-02335 | BRANCH LAW FIRM |

| | | | |
|---|---|---|---|
| 112 | Harris, Paula A. | 1:17-cv-01717 | BURNETT LAW FIRM |
| 113 | Hazelberg, Stella | 1:18-cv-01397 | CURTIS LAW GROUP |
| 114 | Head, Gary Wayne | 1:17-cv-04348 | HENINGER GARRISON DAVIS, LLC |
| 115 | Hecht, Ann M. | 1:19-cv-00525 | MARC J. BERN & PARTNERS, LLP |
| 116 | Hedges, Nelda & Armon Monnie | 1:16-cv-01107 | GALLON, TAKACS, BOISSONEAULT & SCHAFFER, CO., LPA |
| 117 | Helene, Lee & Suzanne | 1:17-cv-01333 | KELL LAMPIN, LLC |
| 118 | Hemberger, Kevin | 1:19-cv-01530 | BERTRAM & GRAF, L.L.C. |
| 119 | Higgins, Jesse | 1:16-cv-00728 | MARTIN BAUGHMAN, PLLC |
| 120 | Hinton, Linda | 1:19-cv-00629 | ZONIES LAW LLC |
| 121 | Hogue, Darrin | 1:19-cv-01705 | THE MILLER FIRM LLC |
| 122 | Hollebeek, David and Julie | 1:16-cv-00174 | BRANCH LAW FIRM |
| 123 | Horton, Glenda | 1:16-cv-00175 | BRANCH LAW FIRM |
| 124 | Houff, Shiquita | 1:17-cv-04073 | MARC J. BERN & PARTNERS, LLP |
| 125 | Huffine, Tiina | 1:19-cv-02485 | SHAW COWART, LLP |
| 126 | Hulver, Cathleen | 1:16-cv-02717 | GRUBER & GRUBER |
| 127 | Hutson, Valerie | 1:18-cv-01883 | JOHNSON LAW GROUP |
| 128 | Istre, Gene | 1:16-cv-03322 | CURTIS LAW GROUP |
| 129 | Jackson, Michael and Stephanie | 1:17-cv-02769 | MCSWEENEY LANGEVIN LLC |
| 130 | James, Haywood [ESTATE OF] | 1:18-cv-00689 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |

| | | | |
|---|---|---|---|
| 131 | Jewett, Perry and Kristi | 1:19-cv-03839 | DAVIS BETHUNE & JONES, LLC |
| 132 | Johnson, Johnnie Mae | 1:17-cv-02856 | DALIMONTE RUEB LAW GROUP, LLP |
| 133 | Johnson, Sharon | 1:17-cv-01580 | CHILDERS, SCHLUETER & SMITH LLC |
| 134 | Johnson, Todd | 1:18-cv-00642 | WAGSTAFF & CARTMELL, LLP |
| 135 | Johnson, William Braithwaite | 1:16-cv-03431 | MURRAY LAW FIRM |
| 136 | Jones, Lakeshia | 1:18-cv-00371 | THE MOODY LAW FIRM, INC. |
| 137 | Jones, Phillip | 1:15-cv-01677 | MCSWEENEY LANGEVIN LLC |
| 138 | Kelso, Jeanna | 1:16-cv-02395 | ZONIES LAW LLC |
| 139 | King, Marybeth | 1:16-cv-00341 | THE MILLER FIRM LLC |
| 140 | King, Virginia | 1:18-cv-00783 | WAGSTAFF & CARTMELL, LLP |
| 141 | Kirk, Vickie | 1:17-cv-01813 | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| 142 | Kline, David | 1:17-cv-00487 | CURTIS LAW GROUP |
| 143 | Kriese, Kelsie | 1:16-cv-00931 | DEGARIS WRIGHT MCCALL |
| 144 | Kuljanin, Marija and Ljubisa | 1:16-cv-00278 | LOPEZ MCHUGH LLP |
| 145 | Landolt, George | 1:17-cv-02528 | WENDT LAW FIRM |
| 146 | Lane, Cherlnell | 1:17-cv-02531 | WENDT LAW FIRM |
| 147 | Laquidara, Patricia | 1:17-cv-01811 | HARE, WYNN, NEWELL & NEWTON, LLP |
| 148 | Lawrence, Venus | 1:16-cv-02553 | BACHUS & SCHANKER, LLC |
| 149 | Lee, Roberta | 1:16-cv-02567 | THE MILLER FIRM LLC |

| | | | |
|---|---|---|---|
| 150 | Lehotsky, John P. | 1:17-cv-03068 | DALIMONTE RUEB LAW GROUP, LLP |
| 151 | Lewis, Willie and Ethel | 1:18-cv-02180 | THE GOETZ LAW FIRM, INC. |
| 152 | Ligons, Carrie S. | 1:19-cv-04329 | MOTLEY RICE LLC |
| 153 | Lindholm, Tammi | 1:18-cv-00116 | CURTIS LAW GROUP |
| 154 | Long, Alex (Vatsana Naly) | 1:13-cv-00986 | THE LAW OFFICES OF FREDERIC W. NESSLER & ASSOCIATES, LTD |
| 155 | Lopez, Jennifer | 1:18-cv-01751 | FENSTERSHEIB LAW GROUP, P.A. |
| 156 | Lopez, Travis | 1:18-cv-01748 | FENSTERSHEIB LAW GROUP, P.A. |
| 157 | Maldonado, Rene | 1:18-cv-01087 | MARC J. BERN & PARTNERS, LLP |
| 158 | Mannella-Hoffman, Angela and Tim | 1:18-cv-01325 | MESHBESHER & SPENCE, LTD. |
| 159 | Marchionne, Mark | 1:18-cv-02245 | REICH & BINSTOCK, LLP |
| 160 | Marcus, Tracy | 1:17-cv-04602 | PATTON LAW, PC |
| 161 | Maritch, David J. [ESTATE OF] | 1:16-cv-01092 | GALLAGHER & KENNEDY, P.A. |
| 162 | Martindale, Phyllis | 1:17-cv-01556 | CHILDERS, SCHLUETER & SMITH LLC |
| 163 | Masi, Anthony | 1:18-cv-02315 | WENDT LAW FIRM |
| 164 | Mason, Alexis | 1:18-cv-00866 | ZONIES LAW LLC |
| 165 | Maxwell, Kevin and Christal | 1:17-cv-03471 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 166 | Mazurett, Juan | 1:17-cv-00822 | CELLINO & BARNES, P.C. |
| 167 | McCartney, Kyle | 1:18-cv-01303 | CORY WATSON, P.C. |

| | | | |
|---|---|---|---|
| 168 | McGee, Charles | 1:17-cv-01739 | THE MILLER FIRM LLC |
| 169 | McMillan, Terry | 1:16-cv-00659 | CHILDERS, SCHLUETER & SMITH LLC |
| 170 | Medina, Juanita & Justino | 1:17-cv-04682 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 171 | Meyers, Tammy | 1:20-cv-02004 | WEITZ & LUXENBERG, P.C. |
| 172 | Meyers-Irwin, Brooke Marie and Irwin, Graeme | 1:18-cv-01280 | FEARS NACHAWATI, PLLC |
| 173 | Meyi, Tynisa | 1:17-cv-02762 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| 174 | Mindt, Fallon & Randy | 1:17-cv-01496 | LOPEZ MCHUGH LLP |
| 175 | Mooney, Carol Ann | 1:17-cv-01551 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| 176 | Moore, Carole N. | 1:17-cv-04003 | BERTRAM & GRAF, L.L.C. |
| 177 | Moore, Jawon V. | 1:17-cv-00804 | SCHNEIDER HAMMERS, LLC |
| 178 | Moore, Kelvin | 1:17-cv-04735 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 179 | Mull, Michael | 1:17-cv-01683 | JACKSON ALLEN & WILLIAMS, LLP |
| 180 | Murray, William L. [FKA Elisha D. Bronner] | 1:18-cv-01022 | ZONIES LAW LLC |
| 181 | Mycek, Carolyn | 1:18-cv-00042 | LOPEZ MCHUGH LLP |
| 182 | Neal, Clarine | 1:16-cv-02473 | CURTIS LAW GROUP |
| 183 | Nelcamp, Maryann | 1:17-cv-00156 | THE MOODY LAW FIRM, INC. |

| | | | |
|---|---|---|---|
| 184 | Nelson, Shaylee & Jacob | 1:16-cv-02179 | FARR, FARR, EMERICH, HACKETT, CARR & HOLMES P.A. |
| 185 | Ningard, Ralph | 1:17-cv-00606 | WRIGHT & SCHULTE, LLC |
| 186 | Ogden, Carol and Peter | 1:19-cv-01130 | MESHBESHER & SPENCE, LTD. |
| 187 | Osgood, Joseph | 1:15-cv-01543 | LOPEZ MCHUGH LLP |
| 188 | Pannell, Dorothy [ESTATE OF] | 1:19-cv-02158 | MCSWEENEY LANGEVIN LLC |
| 189 | Pebbles, Angie and Christopher | 1:18-cv-01209 | GALLON, TAKACS, BOISSONEAULT & SCHAFFER, CO., LPA |
| 190 | Perry, Dolly | 1:17-cv-04088 | CURTIS LAW GROUP |
| 191 | Peters, Gale June | 1:16-cv-03365 | MURRAY LAW FIRM |
| 192 | Pontius, Albert | 1:19-cv-04975 | THE MILLER FIRM LLC |
| 193 | Pontus, Lori | 1:17-cv-01718 | BURNETT LAW FIRM |
| 194 | Post, Mylinda & McKeithen, Holy | 1:16-cv-03271 | FLINT LAW FIRM, LLC |
| 195 | Pratt, Kalen & Thaddus | 1:16-cv-02025 | THE RUTH LAW TEAM |
| 196 | Price, Laurel J. | 1:17-cv-03417 | FLEMING, NOLEN & JEZ, L.L.P. |
| 197 | Priesmeyer, Mark | 1:19-cv-00964 | HAUSFELD, LLP |
| 198 | Ptak, Francine | 1:17-cv-00789 | THE MOODY LAW FIRM, INC. |
| 199 | Rajendran, Nalini | 1:17-cv-01247 | LOPEZ MCHUGH LLP |
| 200 | Reid, Vernetta | 1:17-cv-02971 | THE GOSS LAW FIRM, P.C. |
| 201 | Renshaw, William | 1:18-cv-01326 | STAG LUIZZA |
| 202 | Rice, Lewis | 1:17-cv-03496 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |

| | | | |
|---|---|---|---|
| 203 | Richardson, Kimberly | 1:20-cv-01233 | JOHNSON LAW GROUP |
| 204 | Robinson, Kimberly | 1:19-cv-02215 | MCGLYNN, GLISSON & MOUTON |
| 205 | Robinson, Kristin Marie | 1:19-cv-03097 | BARON & BUDD, P.C. |
| 206 | Robinson, Linder | 1:19-cv-01763 | MARTIN BAUGHMAN, PLLC |
| 207 | Rodas, Marlene | 1:19-cv-00167 | BERTRAM & GRAF, L.L.C. |
| 208 | Rodriguez, Joel | 1:17-cv-00217 | FLINT LAW FIRM, LLC |
| 209 | Rodriguez, Lorena & Christopher | 1:16-cv-00750 | THE WHITEHEAD LAW FIRM, LLC |
| 210 | Rodriguez, Viviano | 1:17-cv-02616 | LAW OFFICES OF BAIRD BROWN |
| 211 | Rolon, Luz Maria | 1:19-cv-01857 | JOHNSON LAW GROUP |
| 212 | Ross, Manuel | 1:18-cv-02072 | THE MILLER FIRM LLC |
| 213 | Rothschild, Logan Adler | 1:17-cv-06057 | DAVID RANDOLPH SMITH & ASSOCIATES |
| 214 | Rub-Azran, Niesa Tiffany | 1:18-cv-01631 | ANDRUS WAGSTAFF, PC |
| 215 | Rubin, Wesley | 1:17-cv-00485 | CURTIS LAW GROUP |
| 216 | Russell, Leslie and Mary | 1:17-cv-03786 | THE GOETZ LAW FIRM, INC. |
| 217 | Sanchez, William | 1:17-cv-03067 | LOPEZ MCHUGH LLP |
| 218 | Sargent, Rita | 1:19-cv-02166 | MATTHEWS & ASSOCIATES |
| 219 | Schmidt, Brittany and Travis | 1:18-cv-02367 | FERRER POIROT & WANSBROUGH |
| 220 | Schneiter, Jamie | 1:19-cv-00166 | BERTRAM & GRAF, L.L.C. |
| 221 | Schuler, Jeanmarie | 1:18-cv-01645 | THE MILLER FIRM LLC |
| 222 | Scott, Ernie R. | 1:20-cv-00196 | SAUNDERS & WALKER, P.A. |

| | | | |
|---|---|---|---|
| 223 | Scott, Judith | 1:17-cv-00115 | MARTIN BAUGHMAN, PLLC |
| 224 | Shaikh, Nisar | 1:17-cv-04092 | CURTIS LAW GROUP |
| 225 | Shankie, Robert | 1:17-cv-01902 | LOPEZ MCHUGH LLP |
| 226 | Shaw, Bridget | 1:17-cv-00637 | STAG LUIZZA |
| 227 | Shuff, James | 1:17-cv-00475 | PAGLIALUNGA & HARRIS, PS |
| 228 | Simpson, Carmen & David | 1:16-cv-02290 | HENINGER GARRISON DAVIS, LLC |
| 229 | Smith, Sylvia | 1:19-cv-02446 | SHAW COWART, LLP |
| 230 | Sonnier, Shannon M. | 1:17-cv-04409 | HOLLIS WRIGHT CLAY & VAIL, P.C. |
| 231 | Spangler, Andru-Scot | 1:18-cv-01282 | FEARS NACHAWATI, PLLC |
| 232 | Spence, Jessica | 1:19-cv-03819 | BEASLEY, ALLEN CROW, METHVIN, PORTIS & MILES, P.C. |
| 233 | Stafford, Sheila | 1:17-cv-00458 | FULMER SILL |
| 234 | Stratton, Robert A. & Angela | 1:16-cv-01032 | DALIMONTE RUEB LAW GROUP, LLP |
| 235 | Sullivan, Julie A. | 1:18-cv-03510 | FLEMING, NOLEN & JEZ, L.L.P. |
| 236 | Sweat, Gaye | 1:16-cv-03530 | BLIZZARD & NABERS, L.L.P |
| 237 | Swiger, Henry & Patricia | 1:16-cv-01910 | WRIGHT & SCHULTE, LLC |
| 238 | Switzer, John | 1:18-cv-04067 | BLANKENSHIP LAW FIRM |
| 239 | Tan, Reynalda | 1:17-cv-04405 | BERNSTEIN LIEBHARD LLP |
| 240 | Teasley, Erin L. | 1:17-cv-02383 | HARE, WYNN, NEWELL & NEWTON, LLP |
| 241 | Thurman, Jack | 1:18-cv-00730 | WAGSTAFF & CARTMELL, LLP |

| | | | |
|---|---|---|---|
| 242 | Trevino, Jose | 1:17-cv-02728 | MCSWEENEY LANGEVIN LLC |
| 243 | Troy, James E. and Eileen W. | 1:20-cv-00121 | WATERS & KRAUS LLP |
| 244 | Tucker, Whitney | 1:19-cv-03546 | WAGSTAFF & CARTMELL, LLP |
| 245 | Varela, Nelson | 1:15-cv-01686 | BARON & BUDD, P.C. |
| 246 | Vargas, Benito A. | 1:17-cv-02713 | RICHARD J. PLEZIA & ASSOCIATES |
| 247 | Vining, Angela | 1:16-cv-03261 | FLINT LAW FIRM, LLC |
| 248 | Vuoso, Cynthia and Joseph | 1:18-cv-03993 | CHAFFIN LUHANA LLP |
| 249 | Wadsworth, Donna & Keith | 1:16-cv-02476 | THE GOETZ LAW FIRM, INC. |
| 250 | Wagner, Mary | 1:17-cv-02240 | LOPEZ MCHUGH LLP |
| 251 | Wasserstrom, Teresa A. | 1:19-cv-04914 | WATERS & KRAUS LLP |
| 252 | Weir, Peggy & Jerry | 1:16-cv-00873 | GALLAGHER & KENNEDY, P.A. |
| 253 | Wells, Frederick T. | 1:16-cv-03058 | STARK & STARK, P.C. |
| 254 | Wharton, Kevin | 1:17-cv-01775 | THE MILLER FIRM LLC |
| 255 | White, Joyce | 1:18-cv-03115 | TAUTFEST BOND, PLLC |
| 256 | White, Kristen | 1:17-cv-01476 | LOPEZ MCHUGH LLP |
| 257 | Wilbright, Julie | 1:19-cv-00632 | PROVOST & UMPHREY LAW FIRM LLP |
| 258 | Williams, Beth | 1:17-cv-02415 | FLINT LAW FIRM, LLC |
| 259 | Williams, Ruth E. | 1:19-cv-04477 | THE GALLAGHER LAW FIRM PLLC |
| 260 | Williams, Stephanie | 1:16-cv-03014 | GRUBER & GRUBER |
| 261 | Wilson, Carolyn Sue | 1:16-cv-02651 | DALIMONTE RUEB LAW GROUP, LLP |
| 262 | Wilson, Constance | 1:16-cv-01052 | BARON & BUDD, P.C. |

| | | | |
|---|---|---|---|
| 263 | Wilson, Julie | 1:17-cv-03050 | CURTIS LAW GROUP |
| 264 | Wilson, Melinda L. | 1:17-cv-03891 | BERTRAM & GRAF, L.L.C. |
| 265 | Wilson, Rick | 1:18-cv-00634 | MARTIN BAUGHMAN, PLLC |
| 266 | Wold, Joyce M. | 1:17-cv-00249 | FLEMING, NOLEN & JEZ, L.L.P. |
| 267 | Wollert, Imelda | 1:19-cv-02781 | MCSWEENEY LANGEVIN LLC |
| 268 | Wright, Robert | 1:17-cv-00671 | BERTRAM & GRAF, L.L.C. |
| 269 | Young, Faye | 1:17-cv-02855 | DALIMONTE RUEB LAW GROUP, LLP |
| 270 | Zobell, Don | 1:17-cv-00171 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |