Case 1:14-ml-02570-RLY-TAB   Document 15886-3   Filed 02/18/21   Page 1 of 1 PageID #: 106141

**EXHIBIT C**

Home | Games | Numbers | Lists & More | Drawings | Web Tools | Statistics | Testimonials | Learn More | Login

Search RANDOM.ORG

**True Random Number Service**

## Random Integer Set Generator

You requested 1 set with 16 unique random integers, taken from the [1,270] range. The integers were not sorted.

Here is your set:

```
244, 201, 263, 45, 159, 222, 48, 150, 31, 221, 29, 39, 264, 109, 76, 118
```

Timestamp: 2021-02-18 17:40:05 UTC

[Again!] [Go Back]

© 1998-2021 RANDOM.ORG
Follow us: Twitter | Facebook
Terms and Conditions
About Us