**EXHIBIT D**

Home  Games  **Numbers**  Lists & More  Drawings  Web Tools  Statistics  Testimonials  Learn More  Login

Search RANDOM.ORG

**True Random Number Service**

## Random Integer Set Generator

You requested 1 set with 16 unique random integers, taken from the [1,750] range. The integers were not sorted.

Here is your set:

678, 291, 207, 549, 284, 742, 748, 649, 90, 271, 347, 504, 70, 123, 278, 567

Timestamp: 2021-02-18 17:41:39 UTC

Again!   Go Back

© 1998-2021 RANDOM.ORG
Follow us: Twitter | Facebook
Terms and Conditions
About Us