UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____  This Document Relates to: Mark Spyker, 1:18-cv-02010 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER DISMISSING CASE

Pursuant to ¶ 3 of Case Management Order No. 28, Screening for Time-Barred Cases, dismissal of time-barred cases must be with prejudice and with each side to bear its own costs and attorney's fees. Accordingly, Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Filing No. 15476) is **DENIED** and his Notice of Voluntary Dismissal With Prejudice (Filing No. 15882) is **GRANTED**. Each side shall bear its own costs and attorney's fees.

**SO ORDERED** this 18th day of February 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.