# Exhibit A

# NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
## N.C. VITAL RECORDS

**REGISTRATION DISTRICT NO.** 093-00  **LOCAL NO.** 15689-1  **COUNTY OF DEATH** Warren  **STATE FILE NO.** 388

### DECEDENT

- **1a. FIRST:** Servietta
- **1b. MIDDLE:**
- **1c. LAST:** Hameed
- **1d. SUFFIX:**
- **1e. LAST NAME PRIOR TO FIRST MARRIAGE:** Jones
- **2. SEX:** F
- **3a. AGE-LAST BIRTHDAY (Yrs):** 66
- **4. DATE OF BIRTH:** [redacted]
- **5. BIRTHPLACE:** Mt. Vernon, NY
- **6. DATE OF DEATH:** May 26, 2020

### PLACE OF DEATH
- 7b: Other (Specify): Highway
- **7d. CITY OR TOWN:** Norlina
- **7e. COUNTY OF DEATH:** Warren
- **8. MARITAL STATUS:** Divorced
- **10a. USUAL OCCUPATION:** Nursing
- **10b. KIND OF BUSINESS/INDUSTRY:** Medical
- **12a. RESIDENCE-STATE:** NC
- **12b. COUNTY:** Warren
- **12c. CITY OR TOWN:** Norlina
- **12e. INSIDE CITY LIMITS:** No
- **13. U.S. ARMED FORCES:** No
- **14. EDUCATION:** High school graduate or GED completed
- **15. HISPANIC ORIGIN:** No, not Spanish/Hispanic/Latino
- **16. RACE:** Black or African American

### PARENTS
- **17. FATHER/PARENT NAME:** James D. Jones
- **18. MOTHER/PARENT NAME:** Bernice

### INFORMANT
- **19a. INFORMANT'S NAME:** Dennis Hunter
- **19b. RELATIONSHIP TO DECEDENT:** Son

### DISPOSITION
- **20a. METHOD OF DISPOSITION:** Burial
- **20b. PLACE OF DISPOSITION:** Jones Chapel Baptist Church
- **20c. LOCATION:** Norlina, NC
- **21b. LICENSE NUMBER:** 2406
- **21c. NAME OF EMBALMER:** Nathaniel G. Yarbrough
- **21d. LICENSE NUMBER:** 2406
- **22. NAME AND ADDRESS OF FUNERAL HOME:** R. H. Greene Funeral Home, 109 South Front Street, Warrenton, NC 27589

### MEDICAL CERTIFICATION
- Cause of death: [redacted]
- **25. MANNER OF DEATH:** Natural
- **26. REFERRED TO MEDICAL EXAMINER:** No
- **28. DID TOBACCO USE CONTRIBUTE TO DEATH:** No

### CERTIFIER
- **33b. LICENSE NUMBER:** 2006-01275
- **33c. DATE SIGNED:** 05/28/2020
- **33d. NAME AND ADDRESS OF CERTIFIER:** Francis Anietwensi, 176 S. Bedford Dr. Henderson NC
- **35. DATE FILED:** 06/04/2020

---

I hereby certify that this is true and accurate copy which appears on record in the Register of Deeds of Warren County, North Carolina in Book ___ Page ___ Witness my hand and seal this 5th day of June 2020.

Yvonne D. Alston, Register of Deeds

By: Yvonne D. Alston, Register of Deeds