IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
  Servietta Hameed

Civil Case # 1:17-cv-06059

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Dennis A. Hunter, Jr. as Administrator of the Estate of Servietta Hameed, deceased, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Dennis A. Hunter, Jr., as Administrator of the Estate of Servietta Hameed, for Plaintiff Servietta Hameed and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Servietta Hameed filed a Short Form Complaint for this action in this Court on February 28, 2017.

2. On May 26, 2020, Plaintiff Servietta Hameed passed away from injuries not related to the IVC filter at issue. *See* Death Certificate (attached as Exhibit A to Suggestion of Death, DN 15889-1, filed contemporaneously herewith).

3. On February 16, 2021, movant Dennis A. Hunter, Jr. was appointed Administrator of the Estate of Servietta Jones Hameed. The Estate is pending in Warren County, State of North Carolina, Case No. 20-E-103. A copy of the Letters of Administration is attached hereto as Exhibit 1.

1

4.  As the duly appointed Administrator of the Estate of Servietta Hameed, movant is the appropriate party to continue this action in the place of decedent, Servietta Hameed.

5.  A proposed First Amended Short Form Complaint is attached hereto as Exhibit 2.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Dennis A. Hunter, Jr., as Administrator of the Estate of Servietta Hameed, deceased, as Party Plaintiff for Servietta Hameed; (2) the Court grant leave to file the attached First Amended Short Form Complaint; and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*