IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs- Pending Cases:
<u>Various Plaintiffs on Attached Exhibit A</u>

### **<u>NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS</u>**

Please be advised that Gregory S. Spizer, counsel for Plaintiffs listed in Exhibit A, is no longer affiliated with Anapol Weiss. Mr. Spizer is now affiliated with VSCP LAW. Mr. Spizer will continue to represent Plaintiffs, in the attached Exhibit A.

Mr. Spizer's new contact information is as follows:

> VSCP LAW
> 1500 Market Street
> East Tower, 12th Floor
> Philadelphia, Pennsylvania 19102
> Telephone: (215) 960-0402
> Facsimile: (215) 960-0384
> gspizer@vscplaw.com

<u>Dated: February 19, 2021</u>

              Respectfully submitted,

              <u>/s/ Gregory S. Spizer</u>
              Gregory S. Spizer, Esquire
              VSCP LAW
              1500 Market Street
              East Tower, 12th Floor

Philadelphia, Pennsylvania 19102
Telephone: (215) 960-0402
Facsimile:  (215) 960-0384
gspizer@vscplaw.com
*Counsel for Plaintiffs*

## EXHIBIT A

| Plaintiff Name | DOCKET NUMBER |
| --- | --- |
| James Albanese and Sheila Albanese | 1:18-CV-00792 |
| Paul Fontanez | 1:19-CV-00006 |