**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates Only to the Following Cases:

Poggensee, Edward, 1:17-cv-2675

_____

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN**
**UNDER SEAL EXHIBIT A TO DEFENDANTS' MOTION FOR JUDGMENT**
**IN PLAINTIFF'S CASE PURSUANT TO CMO-28**

This matter has come before the Court on The Cook Defendants' Motion to Maintain

Under Seal **Exhibit A [Dkt. No. 15876]** to Defendants' Motion for Judgment in Plaintiff's Case

Pursuant to CMO-28 (Plaintiff Edward Poggensee) [Dkt. No. 15875].

The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and

being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook

Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit A [Dkt. No. 15876]** to Defendants' Motion

for Judgment in Plaintiff's Case Pursuant to CMO-28 (Plaintiff Edward Poggensee) [Dkt. No.

15875] **is to be maintained _under seal._**

SO ORDERED this _____ day of _____, 2021.


_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Copies to all registered counsel of record via the Court's ECF system.


US.131600075.03