**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

---

This Document Relates Only to the Following Cases:

Scheinok, Allen individually and as successor in interest
of Sally Scheinok, decedent, 1:17-cv-3285

---

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN
UNDER SEAL EXHIBIT A TO DEFENDANTS' MOTION FOR JUDGMENT
IN PLAINTIFF'S CASE PURSUANT TO CMO-28**

This matter has come before the Court on The Cook Defendants' Motion to Maintain

Under Seal **Exhibit A [Dkt. No. 15866]** to Defendants' Motion for Judgment in Plaintiff's Case

Pursuant to CMO-28 (Plaintiff Allen Scheinok individually and as successor in interest of Sally

Scheinok, decedent) [Dkt. No. 15865].

The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and

being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook

Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit A [Dkt. No. 15866]** to Defendants' Motion

for Judgment in Plaintiff's Case Pursuant to CMO-28 (Plaintiff Allen Scheinok individually and

as successor in interest of Sally Scheinok, decedent) [Dkt. No. 15865] **is to be maintained**

***under seal.***

SO ORDERED this _____ day of _____, 2021.

---

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

US.131601913.03