**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dan Rathbun 1:20-cv-00031-RLY-TAB

# PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff Dan Rathbun ("Plaintiff") moves this Court to allow Paul L. Stoller ("Stoller") of Dalimonte Rueb Stoller, LLP ("DRS") to substitute as counsel for Plaintiff in place of Debra J. Humphrey ("Humphrey") of Marc J. Bern & Partners, LLP ("Bern"). As grounds therefore, Plaintiff states as follows:

1. On or about September 24, 2018, Plaintiff retained DRS in connection with his Cook IVC Filter claim.

2. On January 6, 2020, Humphrey filed a Short Form Complaint ("SFC") into the above captioned MDL on behalf of Plaintiff (Dkt 1).

3. DRS later became aware of the possibility of duel representation of Plaintiff.

4. Plaintiff wishes to proceed with DRS as his counsel of record.

5. Stoller is admitted *pro hac vice* in the above captioned MDL action.

6. Stoller is both capable and willing to assume duties of counsel for Plaintiff in the above captioned matter.

7. No prejudice would result from this substitution of counsel.

WHEREFORE, Plaintiff respectfully requests that this Court allow Paul L. Stoller of Dalimonte Rueb Stoller, LLP to substitute as counsel for Plaintiff in place of Debra J. Humphrey of Marc J. Bern

& Partners, LLP in this matter.

Dated: February 22, 2021                Respectfully submitted,

                                        By his attorneys,
                                        /s/ *Paul L. Stoller*
                                        Paul L. Stoller
                                        (Admitted *Pro Hac* Vice, AZ Bar No. 016773)
                                        **DALIMONTE RUEB STOLLER, LLP**
                                        2425 E. Camelback Road, Suite 500
                                        Phoenix, Arizona 85016
                                        Tel: (602) 888-2807
                                        Fax: (855) 203-2035
                                        paul@drlawllp.com

                                        *Attorneys for Plaintiff Dan Rathbun*

## CERTIFICATE OF SERVICE

I hereby certify that on 2/22/2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                         */s/ Paul L. Stoller*  
                                                         Paul L. Stoller