IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dan Rathbun 1:20-cv-00031-RLY-TAB

[PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Substitution of Counsel, good cause is shown.

Therefore, it is ordered that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Paul L. Stoller of Dalimonte Rueb Stoller, LLP as counsel for Plaintiff in place of Debra J. Humphrey of Marc J. Bern & Partners, LLP in this matter.

So ordered this _____ day of February, 2021.

_____
Tim A. Baker, USMJ