**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff: | § § § | Case No.  1:20-cv-03215-TWP-TAB |
| Lois Lowe, | § § | |
| Plaintiff, | § § | **Order on Motion for Leave to Amend Complaint** |
| v. | § § § | |
| Cook Incorporated, Cook Medical LLC, and William Cook Europe APS | § § § | |
| Defendants. | § § | |

Considering the parties' Motion for Leave to Amend Complaint of Lois Lowe.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed

Motion for Leave to Amend the Complaint filed by Lois Lowe is hereby GRANTED and the Clerk

of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: _____

_____
Tim A. Baker
United States District Judge