# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Trombetta, et al. v Cook Group, Inc., et al.*
1:16-cv-06040-RLY-TAB
*Bourgade v. Cook Inc., et al.*
1:17-cv-00895-RLY-TAB
*Barma v. Cook Inc., et al.*
1:17-cv-02207-RLY-TAB
*Bechtold v. Cook Inc., et al.*
1:17-cv-03002-RLY-TAB
*Iglewski v. Cook Inc., et al.*
1:17-cv-03003-RLY-TAB
*Herrera v. Cook Inc., et al.*
1:17-cv-03021-RLY-TAB
*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB
*Fernandez v. Cook Inc., et al*
1:18-cv-01200-RLY-TAB
*Hessler v. Cook Inc., et al.*
1:19-cv-01043-RLY-TAB
*Pittman v. Cook Inc., et al.*
1:19-cv-01070-RLY-TAB

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

COMES NOW attorney Carolyn J. Cuneo of The Driscoll Firm, LLC, and respectfully requests that this Court withdraw her appearance as counsel in the cases listed above, as she will be departing The Driscoll Firm, LLC and will have no further involvement in these matters. John J. Driscoll of The Driscoll Firm, LLC will continue to represent Plaintiffs in these cases.

Dated: February 23, 2021.

        Respectfully Submitted,

        **THE DRISCOLL FIRM, LLC**

By:    */s/ Carolyn J. Cuneo*
        Carolyn J. Cuneo
        1311 Avenida Ponce de Leon, 6th Floor
        San Juan, PR 00907
        Phone: (314) 222-2605
        Fax: (314) 932-3233
        cj@jjlegal.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on February 23, 2021, the foregoing document was electronically filed with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                */s/ Carolyn J. Cuneo*