UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

Glenn Edward Stokes
Case No. 1:16-cv-02353

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Case Management Order 28 Screening for Time-Barred Cases, that Plaintiff's claims against all Defendants shall be dismissed with prejudice.  Each party shall bear its own fees and costs.

Dated: February 23, 2021

| | |
|---|---|
| /s/ David C. DeGreeff | /s/ Andrea Roberts Pierson |
| David C. DeGreeff | Andrea Roberts Pierson |
| WAGSTAFF & CARTMELL, LLP | Jessica Benson Cox |
| 4740 Grand Avenue, Suite 300 | FAEGRE DRINKER BIDDLE & REATH LLP |
| Kansas City, MO 64112 | 300 North Meridian Street, Suite 2500 |
| Telephone: (816) 701-1100 | Indianapolis, Indiana 46204 |
| ddegreeff@wcllp.com | Telephone: (317) 237-0300 |
| | Andrea.Pierson@FaegreDrinker.com |
| *Attorney for Plaintiff* | Jessica.Cox@FaegreDrinker.com |
| | *Attorneys for Defendants* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CMECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson