UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Glenn Edward Stokes
Case No. 1:16-cv-02353

## ORDER GRANTING DISMISSAL WITH PREJUDICE

This matter has come before the Court on the parties' Stipulation of Dismissal With Prejudice. The Court, having reviewed the Stipulation, and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that all claims of Plaintiff Glenn Edward Stokes against Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS in Member Case 1:16-cv-02353 are dismissed in their entirety with prejudice and each party shall bear its own costs.

SO ORDERED this \_\_\_\_ day of _____, 2021.

_____
Hon. Richard L. Young
United States District Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.