UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Diondrae White
Case No. 1:18-cv-00274

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 24, 2021

/s/ Peter C. Wetherall
Peter C. Wetherall, Esq.
WETHERALL GROUP, LTD.
9345 W Sunset Rd, Suite 100
Las Vegas, NV 89148
Telephone: (702) 838-8500
pwetherall@wetherallgroup.com

*Attorney for Plaintiff*

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24rd day of February, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CMECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson