UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Ferguson, 1:18-cv-2950;
Freeman, 1:19-cv-1562;
Gutierrez, 1:18-cv-3399;
Hope, 1:19-cv-00092;
Izzo, 1:19-cv-1340;
James, 1:18-cv-1278;
Melton, 1:14-cv-01879;
Talbert, 1:18-cv-3116;
Vizcaino, 1:18-cv-3125.

### PLAINTIFF'S RESPONSE TO COOK DEFENDANT'S SECOND MOTION TO STRIKE AMENDED COMPLAINTS

Plaintiffs, Clarence Ferguson, Shakela T. Freeman, Jesus Gutierrez, Felicia Hope, Todd Izzo, Tiffany James, Kori Melton, Paul Talbert, and Lorenzo Vizcaino (collectively "Plaintiffs") file this response to Defendant's Second Motion to Strike Amended Complaints, and respectfully, move for an Order granting Defendant's Motion. The parties are in agreement that the Court should strike the Amended Short-Form Complaints of the nine Plaintiffs identified in the caption above. The Complaints filed previously to the Amended Complaints will remain on file and live.

Dated: February 24, 2021

                                              Respectfully submitted,

                                              */s/ Steven Schulte*

                                              **Steven Schulte**
                                              Texas Bar No. 24051306
                                              schulte@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel, 214-890-0711
Fax: 214-890-0712

## **CERTIFICATE OF SERVICE**

I certify that on February 24, 2021, a copy of the foregoing document was filed electronically. Parties may access this filing through the Court's electronic records system.

*/s/ Steven Schulte*
**Steven Schulte**