# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Trombetta, et al. v Cook Group, Inc., et al.*
1:16-cv-06040-RLY-TAB
*Bourgade v. Cook Inc., et al.*
1:17-cv-00895-RLY-TAB
*Barma v. Cook Inc., et al.*
1:17-cv-02207-RLY-TAB
*Bechtold v. Cook Inc., et al.*
1:17-cv-03002-RLY-TAB
*Iglewski v. Cook Inc., et al.*
1:17-cv-03003-RLY-TAB
*Herrera v. Cook Inc., et al.*
1:17-cv-03021-RLY-TAB
*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB
*Fernandez v. Cook Inc., et al*
1:18-cv-01200-RLY-TAB
*Hessler v. Cook Inc., et al.*
1:19-cv-01043-RLY-TAB
*Pittman v. Cook Inc., et al.*
1:19-cv-01070-RLY-TAB

## ENTRY OF APPEARANCE

COMES NOW attorney Paul W. Johnson of The Driscoll Firm, P.C., and hereby enters his appearance on behalf of Plaintiffs in the above-referenced matters.

Dated: February 25, 2021

                Respectfully submitted,

By:    */s/ Paul W. Johnson*
        Paul W. Johnson
        THE DRISCOLL FIRM, P.C.
        211 N. Broadway, Suite 4050
        St. Louis, Missouri 63102
        Phone: (314) 932-3232
        Fax: (314) 932-3233
        paul@thedriscollfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 25, 2021, a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system upon all registered Parties.

*/s/ Paul W. Johnson*
