UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

Oscar Hightower
Civil Case No. 1:18-cv-00568-TWP-TAB

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

COMES NOW Attorney Andrew F. Kirkendall and hereby enters his appearance as counsel of record for Plaintiff Oscar Hightower in the above-captioned matter. It is respectfully requested that Andrew F. Kirkendall replace Timothy Grochocinski as counsel of record for Plaintiff Oscar Hightower. I, Andrew F. Kirkendall, am admitted or otherwise authorized to practice in this Court.

Further, please take notice that Timothy Grochocinski respectfully notifies the Court of the Substitution of Andrew F. Kirkendall as counsel of record. Respectfully, it is requested that Timothy Grochocinski be removed from all future pleadings and mailings.

Dated: February 25, 2021

| | |
|---|---|
| */s/ Andrew F. Kirkendall* | */s/ Timothy Grochocinski* |
| Andrew F. Kirkendall | Timothy Grochocinski |
| Texas Bar No. 24050882 | Illinois Bar No. 6295055 |
| Kirkendall Dwyer LLP | Nelson Bumgardner Albritton P.C. |
| 4343 Sigma Rd., Suite 200 | 15020 S. Ravinia Avenue, Suite 29 |
| Dallas, TX 75244 | Orland Park, Illinois 60462 |
| Tel: (214) 271-4027 | Phone: 708-675-1975 |
| Fax: (214) 253-0629 | Fax: 708-675-1786 |
| akirkendall@kirkendalldwyer.com | time@nbafirm.com |
| | |
| ***Attorney for Plaintiff*** | ***Attorney for Plaintiff*** |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document as served upon the attorney of record for each other party through the Court's electronic filing service on February 25, 2021 which will send notification of such filing to the e-mail addresses registered.

  /s/ *Andrew F. Kirkendall*
Andrew F. Kirkendall