IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Paul Fontanez 1:19-cv-00006-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Paul Fontanez, by and through his undersigned counsel, respectfully gives notice of the voluntary dismissal with prejudice of the above-captioned lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS in the instance action, Civil Action Number 1:19-CV-000006-RLY-TAB filed on January 2, 2019. This dismissal is pursuant to paragraph 3 of Case Management Order 28- Screening for Time-Barred Cases ("CMO 28") (Dkt 141601). In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

Dated: February 26, 2021

Respectfully submitted,

*/s/ Gregory S. Spizer*
Gregory S. Spizer, Esquire
VSCP LAW
1500 Market Street
East Tower, 12th Floor
Philadelphia, Pennsylvania 19102
Telephone: (215) 960-0402
Facsimile:  (215) 960-0384
gspizer@vscplaw.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/EC participants registered to receive service in this MDL.

/s/ *Gregory S. Spizer*
Gregory S. Spizer