AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| WILLIAM SHEARER </br> *Plaintiff* </br> v. </br> COOK INCORPORATED, et al </br> *Defendant* | Case No.  1:21-cv-06358 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiff, William Shearer                                                                                         .

Date:   02/26/2021                                                             s/ Monte Bond
                                                                                         *Attorney's signature*

                                                                     Monte Bond - Texas Bar No. 02585625
                                                                                *Printed name and bar number*

                                                                                 Tautfest Bond, PLLC
                                                                            5151 Belt Line Rd., Suite 1000
                                                                                   Dallas, TX 75254
                                                                                        *Address*

                                                                              mbond@tautfestbond.com
                                                                                    *E-mail address*

                                                                                   (214) 617-9980
                                                                                  *Telephone number*

                                                                                   (214) 853-4281
                                                                                      *FAX number*