UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Case No. 1:17-cv-04399

### ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Having considered the Motion of Dismissal with Prejudice for the Plaintiff listed in the caption and Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Plaintiff Linda Cooper, on behalf of, the Estate of Edward Bryant Cooper, are dismissed with prejudice to the re-filing of same, and the parties are to bear their own costs.

Dated this _____ day of _____, 2020

_____
Judge Richard L. Young
U.S. District Judge