IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Mark Marchionne
Civil Case No. 1:18-cv-2245

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Mark Marchionne, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:18-cv-2245) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated March 1, 2021

Respectfully submitted,

By: /s/ Robert J. Binstock\_\_\_\_
Robert J. Binstock
TX Bar No. 02328350
**REICH & BINSTOCK LLP**
E-mail: bbinstock@reichandbinstock.com
4265 San Felipe, Suite 1000
Houston, Texas 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 1, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                      By:  /s/ Robert J. Binstock
                                                          Robert J. Binstock