**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-02536 | 1:21-cv-00309 |
| 1:21-cv-00280 | 1:21-cv-00315 |
| 1:21-cv-00289 | 1:21-cv-00320 |
| 1:21-cv-00295 | 1:21-cv-06337 |
| 1:21-cv-00296 | 1:21-cv-06340 |
| 1:21-cv-00298 | 1:21-cv-06343 |
| 1:21-cv-00303 | 1:21-cv-06344 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

| | |
|---|---|
| Dated:   March 3, 2021 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail:  andrea.pierson@faegredrinker.com<br>E-Mail:  kip.mcdonald@faegredrinker.com |

US.120264241.01

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01