**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

The Estate of Jacquelyn Hoskins
1:17-cv-03097-RLY-TAB

**PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL**
**WITHIN THE SAME FIRM**

Plaintiff, The Estate of Jacquelyn Hoskins, by and through the undersigned counsel herby gives notice of substitution of counsel of Paul L. Stoller for David W. Bauman in accordance with Local Rule 83-7(c).

DATED this 3rd day of March 2021.

Respectfully submitted,

By his attorneys,

/s/*Paul. L. Stoller,*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Attorneys for Plaintiff  The Estate of Jacquelyn Hoskins*

Consented to by:

*/s/David W. Bauman*
David W. Bauman
**DALIMONTE RUEB STOLLER, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
(833) 443-7529
david.bauman@drlawllp.com

*Attorneys for Plaintiff The Estate of Jacquelyn Hoskins*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Paul L. Stoller*
Paul L. Stoller