IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Lesly Martinez and Dax Martinez

Civil Case # 1:20-cv-6266

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Lesly Martinez

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Dax Martinez

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    New York

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   New York

6. Plaintiff's/Deceased Party's current state of residence:
   New York

7. District Court and Division in which venue would be proper absent direct filing:
   Eastern District of New York

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 23, 28

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☑ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    Other:
    _____

11. Date of Implantation as to each product:

    December 4, 2009
    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    North Shore University Hospital

    Manhasset, NY

13. Implanting Physician(s): _____

    Dr. Toufic K. Safa, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I:    Strict Products Liability – Failure to Warn

    ☑ Count II:   Strict Products Liability – Design Defect

    ☑ Count III:  Negligence

    ☑ Count IV:   Negligence Per Se

3

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable __NY_____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☑ Count X: Survival

☑ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):
    David B. Rheingold

16. Address and bar information for Attorney for Plaintiff(s):

4

NY 4676; Rheingold Giuffra Ruffo & Plotkin

551 Fifth Ave, 29th Floor, New York, NY  10176

drheingold@rheingoldlaw.com

Respectfully submitted,

**Rheingold Giuffra Ruffo & Plotkin LLP**

Date Submited: 03/03/2021

*/s/ David B. Rheingold*

David B. Rheingold
**Rheingold Giuffra Ruffo & Plotkin LLP**
551 5th Ave, 29th Floor
New York, NY 10176
Telephone: (212) 684-1880
Facsimile: (212) 689-8156

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on  03/03/2021   a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ David B. Rheingold*

David B. Rheingold
Rheingold Giuffra Ruffo & Plotkin LLP
NY Bar Number: 2616001
VA Bar No. 28895
551 5th Ave, 29th Floor
New York, NY 10176
drheingold@rheingoldlaw.com
Office: (212) 684-1880
Facsimile: (212) 689-8156
Attorneys for Plaintiff

Dated: 03/03/2021