AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| Lesly Martinez and Dax Martinez | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-6266 |
| Cook Incorporated, Cook Medical LLC, William Cook | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lesly Martinez and Dax Martinez                                                                       .

Date:   03/03/2021

/s/ David B. Rheingold
*Attorney's signature*

David B. Rheingold, NY BAR Number: 2616001
*Printed name and bar number*

Rheingold Giuffra Ruffo & Plotkin LLP
551 Fifth Ave, 29th Floor
New York, NY 10176
*Address*

Drheingold@rheingoldlaw.com
*E-mail address*

(212) 684-1880
*Telephone number*

(212) 689-8156
*FAX number*