IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dexter Wright, Case No. 1:20-cv-01301-RLY-TAB

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE AND RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28

COMES NOW Plaintiff Dexter Wright and files this, his Voluntary Dismissal with Prejudice and Response to Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28. Plaintiff voluntarily dismisses his case with prejudice and further responds as required by CMO-28 ¶5(a).

On October 6, 2020, Defendants' counsel first contacted Plaintiff's counsel regarding dismissing Plaintiff's case based on Tennessee's statute of repose. *See* Ex. 1. Plaintiff agreed to voluntarily dismiss his case, and counsel for each side worked together to prepare a mutually agreeable Stipulation of Voluntary Dismissal Without Prejudice ("Stipulation"). The parties remained in contact until both parties agreed on a final version of the Stipulation on January 5, 2021. Plaintiff then filed the Stipulation on January 5, 2021. *See* Ex. 2. After Plaintiff filed the dismissal, communication between the parties ceased, so Plaintiff reasonably believed the process was complete. To Plaintiff's surprise, Defendants then filed their motion pursuant to CMO-28 ¶4 ("Defendant's Motion") on February 16, 2021.

After receiving Defendants' Motion, Plaintiff realized that the Stipulation was mistakenly filed in Plaintiff's individual case as opposed to the master docket. *See Id.* Plaintiff intended to comply—and attempted to comply—with CMO-28, and Plaintiff now properly files a voluntary dismissal with prejudice in the master docket. Therefore, Plaintiff respectfully requests that each side bear its own costs and attorney's fees.

Dated: March 3, 2021

Respectfully submitted,

**Perdue & Kidd**

By: */s/ Jim M. Perdue, Jr.*
Jim M. Perdue, Jr.
Michael R. Clinton
PERDUE & KIDD
777 Post Oak Blvd., Suite 450
Houston, Texas 77056
Tel: (713) 520-2500
Fax: (713) 520-2525
jperduejr@perdueandkidd.com
mclinton@perdueandkidd.com

*Counsel for Plaintiff Dexter Wright*