

faegredrinker.com

**Jessica Benson Cox**
Partner
jessica.cox@faegredrinker.com
+1 317 237 1234 direct
+1 317 501 6905 mobile

Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
+1 317 237 0300 main
+1 317 237 1000 fax

October 6, 2020

<u>VIA EMAIL TO</u>:  jperduejr@perdueandkidd.com

Jim Mac Perdue, Esq.
PERDUE & KIDD
777 Post Oak Boulevard, Suite 450
Houston, Texas  77057

Re:     Dexter Wright, Case No. 1:20-cv-01301

Dear Counsel:

As you may be aware, the Court dismissed 12 cases on September 28 that were part of our 12(c) motion on the statute of repose of Tennessee and Texas (Dkt. 14426), rejecting the fraudulent concealment, express warranty, and constitutional arguments raised in opposition by those plaintiffs.  The Court's order incorporates the analysis of the applicable law from the Court's 2017 order on the statute of repose of those states (Dkt. 4918).

Further, the Court also stated at the September 24, 2020 hearing that it will enter Cook's proposed CMO on addressing statute of limitations and statute of repose issues in this MDL, which will require counsel to screen their cases and dismiss those that are barred by applicable statutes of limitation or repose.  *See* September 24, 2020 Hearing Tr., pp. 21-23, 27-30 (highlighting Court's decision to grant Cook's proposed Case Management Order requiring plaintiffs to review and dismiss their cases if barred by applicable statutes of limitations or repose and outlining abbreviated process for moving Court for dismissals of time barred cases).

We have determined that the following case is barred by the 10-year statute of repose of Tennessee.

| Plaintiff | Case No. | Placement Date | Filing Date | Time Elapsed Before Filing |
|---|---|---|---|---|
| Dexter Wright | 1:20-cv-01301 | 08/13/2008 | 05/04/2020 | 11 years, 8 months, 21 days |

To minimize time, expense, and burden on the parties and the Court, we are willing to stipulate to the dismissal of this case per the terms of the attached template stipulation.  Please let us know within 10 days if you will agree to dismiss so that we can work with you on finalizing the stipulation.  If you do not intend to dismiss, please let us know the reasons for the plaintiff's position.  With the Court granting our previous motion on the statute of repose with respect to all cases, we don't see how the outcome in this case should be any different and will seek dismissal *with prejudice* of the case through the procedures in the Court's forthcoming CMO if this plaintiff is unwilling to dismiss by stipulation.

Very truly yours,

Jessica Benson Cox

US.129662217.01