IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dexter Wright, Case No. 1:20-cv-01301-RLY-TAB

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his case in the Southern District of Indiana.[1] If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

By: */s/ Jim M. Perdue, Jr.*
Jim M. Perdue, Jr.
Michael R. Clinton
PERDUE & KIDD
777 Post Oak Blvd., Suite 450
Houston, Texas 77056
Tel: (713) 520-2500
Fax: (713) 520-2525
jperduejr@perdueandkidd.com
mclinton@perdueandkidd.com

*Counsel for Plaintiff Dexter Wright*

Dated:  January 5, 2021

By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian, Suite 2500
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated:  January 5, 2021

---

[1] The Cook Defendants expressly preserve their arguments that any current and future injuries may be barred by the statute of repose.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,

PERDUE & KIDD

/s/ *Jim M. Perdue, Jr.*
Jim M. Perdue, Jr.
jperduejr@perdueandkidd.com
777 Post Oak Boulevard, Suite 450
Houston, Texas 77056
(713) 520-2500
(713) 520-2525

*COUNSEL FOR PLAINTIFF*