IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Jon Ostberg, as a Representative of the estate of Alice Nolan<br><br>Case No. 1:16-cv-2845 | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: March 4, 2021

| | |
|---|---|
| */s/* Kenneth Wink | */s/ Andrea Roberts Pierson* |
| Kenneth J. Wink, Jr., Esq. | Andrea Roberts Pierson, Esq. |
| Murray Law Firm | Faegre Drinker Biddle & Reath LLP |
| 650 Poydras Street, Suite 2150 | 300 North Meridian Street, Suite 2500 |
| New Orleans, Louisiana 70130 | Indianapolis, Indiana 46204 |
| Telephone: (504) 525-8100 | Telephone: (317) 237-0300 |
| Fascimile: (504) 584-5249 | Facsimile: (317) 237-1000 |
| Email: kwink@murray-lawfirm.com | Email: andrea.pierson@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson