IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN Rel COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No.1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                           MDL No. 2570

_____

This Document Relates to Plaintiffs
EDWIN AND SHARLAYNE SCOTT

Civil Case No. 1:18-cv-00717

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Edwin and Sharlayne Scott.

Date:   March 4, 2021                          /s/ David C. DeGreeff
                                               Attorney's signature

                                               David C. DeGreeff, MO Bar No. 55019
                                               Wagstaff & Cartmell LLP
                                               4740 Grand Ave., Suite 300
                                               Kansas City, MO 64112
                                               ddegreeff@wcllp.com
                                               Telephone No. (816) 701-1100
                                               Facsimile No. (816)531-2372

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, a copy of the foregoing Appearance of Counsel was filed electronically and notice of the filing of this document will be sent to CM/ECF participants registered to receive service in this matter.

    /s/ David C. DeGreeff
David C. DeGreeff