AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| BUFORD THOMAS TUNGATE and CHERYL ELAINE CURRY as joint Power of Attorney for ANDREW TUNGATE<br>*Plaintiff*<br>v.<br>COOK INCORPORATED, et al.<br>*Defendant* | ) ) ) ) ) ) ) | Case No.   1:14-ml-2570-RLY-TAB<br><br>This document relates to case no.   1:21-cv-06352-RLY-TAB |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Buford Thomas Tungate And Cheryl Elaine Curry As Joint Power Of Attorney For Andrew Tungate   .

Date:   03/04/2021

/s/Basil E. Adham
*Attorney's signature*

Basil E. Adham TX Bar No. 24081742
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098

*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*