APPROVED. Case is dismissed with prejudice.
Dated: 3/05/21

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

GEORGE SOUTHERN and EDITH SOUTHERN, Plaintiffs

Civil Case# 1:19-cv-04437-RLY-TAB

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, GEORGE SOUTHERN and EDITH SOUTHERN and DEFENDANTS, Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS, file this Stipulation of Dismissal With Prejudice, because:

This action was filed on November 1, 2019. Unbeknownst to Plaintiffs' counsel in this specific cause, GEORGE SOUTHERN and EDITH SOUTHERN are represented by another law firm, The Moody Law Firm, who filed another action in this MDL, Cause no. 1:18-cv-03575, filed on November 15, 2018, prior to this action being filed.

Accordingly, the parties agree to dismiss all of Plaintiffs, GEORGE SOUTHERN and EDITH SOUTHERN's, claims, in this specific cause, No. 1:19-cv-04437-RLY-TAB, only, **with prejudice**, but **without prejudice** as to any claims GEORGE SOUTHERN and EDITH SOUTHERN may have against any and all Defendants in Cause No. 1:18-cv-03575, filed in this MDL. Costs of Court shall be taxed against the party incurring same.