IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| APPROVED. Case is dismissed with prejudice. Dated: 3/05/21 |
| --- |
| RICHARD L. YOUNG, JUDGE<br>United States District Court<br>Southern District of Indiana |

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES          Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION          MDL No. 2570

This Document Relates to Plaintiff(s)

Ruben Rocha_____

Civil Case #: 1:20-cv-06170-RLY-TAB _____

## NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE

COMES NOW, Plaintiff, Ruben Rocha, by and through the undersigned counsel, pursuant to ¶ 3

of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully

gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants,

Cook Incorporated, Cook Medical LLC and William Cook Europe in this particular Civil Action

No. 1:20-cv-06170-RLY-TAB filed on June 24, 2020. In accordance with CMO 28, each side will

bear its own costs and attorney's fees.


Date: November 3, 2020.


Respectfully submitted,

**JOHNSON LAW GROUP**
/s/ Basil Adham_____
Basil Adham, (TX Bar No.24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
***Attorney for Plaintiff***