> APPROVED. Case is dismissed with prejudice.
> Dated: 3/05/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

<u>Ralph J. Napolitano and Mary Ann Napolitano</u>

Civil Case #: <u>1:18-cv-02310-RLY-TAB</u>

### NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE

COME NOW Plaintiffs, Ralph J. Napolitano and Mary Ann Napolitano, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:18-cv-02310-RLY-TAB filed on July 27, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: November 19, 2020.

Respectfully submitted,

**JAMES, VERNON & WEEKS, P.A.**

/s/ Wes S. Larsen
Wes S. Larsen (Idaho Bar No. 9134)
1626 Lincoln Way
Coeur d'Alene, ID 83814
Ph: (208) 667-0683
Fax: (208) 664-1684
wes@jvwlaw.net
***Attorney for Plaintiffs***