**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

APPROVED.  Case is dismissed with prejudice.
Dated: 3/05/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                      MDL NO. 2570

This Document Relates Only to the Following Case:

1:18-cv-03566-RLY-TAB Earl Clay

**STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants for the device at issue shall

be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  November 23, 2020

/s/ Kathryn Snapka
Kathryn Snapka, Esq.
The Snapka Law Firm
P.O. Box 23017
606 North Carancahua Street, Suite 1511
Corpus Christi, Texas 78403
Telephone:  (361) 808-4215
Email: ksnapka@snapkalaw.com

*Attorney for Plaintiff*

/s/ Jessica Benson Cox
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Email: jessica.cox@faegredrinker.com

*Attorney for Defendants*