UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:17-cv-3614, 1:17-cv-04449, and 1:20-cv-06274

# EXHIBIT A TO
# NOTICE OF MARCH 18, 2021 MOTIONS HEARING

1. Cook's Motion to Dismiss (Dkt. 15443)

    - Stephens, Kristin (1:20-cv-06274) Counsel: GATHINGS LAW
    - *See* Cook's Supporting Brief at Dkt. 1544; Plaintiff's Opposition at Dkt. 15446; Cook's Reply at Dkt. 15447

2. Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. 15421)

    - Smith-Salinas, Alicia (1:17-cv-04449) Counsel: SIMON GREENSTONE PANATIER PC
    - *See* Cook's Opposition at Dkt. 15658

3. Cook Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 (Dkt. 15867)

    - Snider, Jason (1:17-cv-3614) Counsel: O'CONNOR ACCIANI LEVY CO. LPA
    - Plaintiff's Opposition at Dkt. at 15931
    - Cook's Reply (forthcoming on March 12, 2021)