IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 3/05/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Plaintiff Mario Sanchez
1:20-cv-00025-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Mario Sanchez, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-referenced action as to defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:20-cv-00025-RLY-TAB filed on January 3, 2020. In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

DATED: November 23, 2020

Respectfully submitted,

 /s/ Taylor W. Williams

Taylor W. Williams, UT Bar No. 17348
**Driggs, Bills & Day, PC**
737 E. Winchester St.
Salt Lake City, UT 84106
(T): 801-308-9179
(F): 801-752-0607
twilliams@advocates.com
*Attorney for Plaintiff*