IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 3/05/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Amber Taylor_____

Civil Case #: 1:18-cv-2549-RLY-TAB_____

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Amber Taylor, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:18-cv-2549-RLY-TAB filed on August 17, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: November 25, 2020.

Respectfully submitted,

**JOHNSON LAW GROUP**
/s/ Basil Adham_____
Basil Adham, (TX Bar No.24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
***Attorney for Plaintiff***