> APPROVED. Case is dismissed with prejudice.
> Dated: 3/05/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE:  COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Case No. 1:14-ml-2570-RLY-TAB**<br>**MDL No. 2570** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Frank J. Lewis, Sr.**<br>**Civil Action No. 1:17-cv-04675** | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Frank J. Lewis, Sr., by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe in this particular Civil Action No. 1:17-cv-04675 filed on December 19, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: November 30, 2020

Respectfully submitted,

/*s/ Alyson M. Petrick*
John J. Carey #36918MO
Jeffrey J. Lowe #35114MO
Andrew J. Cross #57337MO
Alyson M. Petrick #68323MO
**CAREY DANIS & LOWE**
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
(314) 725-7700
(314) 721-0905 (Facsimile)
jcarey@careydanis.com
jlowe@careydanis.com
across@careydanis.com
apetrick@careydanis.com

*Attorneys for Plaintiff*