> APPROVED.  Case is dismissed with prejudice.
> Dated: 3/05/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL. No. 2570

This Document Relates to Plaintiff (s)

**Tammy Wills and Gregory Wills**

Civil Case # 1:18-cv-569

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs, Tammy and Gregory Wills, by and through undersigned counsel, and, pursuant to Paragraph 3 of Case Management Order 28 Screening for Time-Barrred Cases ("CMO 28"), Plaintiffs hereby voluntary dismiss with prejudice their claims in the above referenced action.  In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

Respectfully submitted,

 /s/ Timothy E. Grochocinski
Timothy E. Grochocinski
Illinois Bar No. 6295055
NELSON BUMGARDNER ALBRITTON, P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL
708-675-1974 (telephone)
708-675-1786 (facsimile)
tim@nbafirm.com

*Attorney for Plaintiff*

1