IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 3/05/21
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |
| **This Document Relates to:** <br> **Plaintiffs Amy King & Greg King** <br><br> Civil Case # 1:17-cv-01110 | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Amy King and Greg King, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No: 1:17-cv-01110 filed on April 7, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 10, 2020

                                            Respectfully submitted,

                                            /s/Don McKenna
                                            Don McKenna (Pro Hac Vice)
                                            AL State Bar ASB-6494-C66D
                                            HARE, WYNN, NEWELL AND NEWTON, LLP
                                            2025 Third Avenue North Suite 800
                                            Birmingham, AL 35203
                                            Tel: (205) 328-5330
                                            Fax: (205) 324-2165
                                            Email: don@hwnn.com
                                            Attorney for Plaintiffs