IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
   CYNTHIA BATES
   1:19-cv-05016-RLY-TAB

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, by and through undersigned counsel, hereby respectfully gives notice of the voluntary dismissal with prejudice of this lawsuit as to Defendants Cook Inc. Cook Medical LLC, and William Cook Europe APS pursuant to paragraph 3 of Case Management Order 28, *Screening for Time Barred Cases* ("CMO 28"). In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Respectfully submitted,

By: */s/Leslie MacLean*
Leslie MacLean
TX Bar No. 00794209
WATERS & KRAUS, LLP
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
lmaclean@waterskraus.com

*Counsel for Plaintiff*

Dated: March 5, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on the  5th  of March, 2021, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL and matter.

/s/ *Leslie MacLean*

Leslie MacLean