IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**Glender Odom**

Civil Case # 1:21-cv-06350-RLY-TAB

**PLAINTIFF'S MOTION TO WITHDRAW
APPEARANCE BY MATTHEW R. GAMBALE**

Plaintiff Glender Odom, by his undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1. The above-captioned case was initially filed in the United States District Court for the Western District of North Carolina, where it was captioned *Odom v. Cook Incorporated et al.*, 3:21-cv-00036.

2. On February 23, 2021, this case was transferred to this Court and into MDL No. 2570. (Dkt. No. 5).

3. Matthew R. Gambale, from the law firm Osborn Gambale Beckley & Budd PLLC, previously appeared on Glender Odom's behalf while this case was pending in the MDL. For that reason, Matthew Gambale was listed as counsel of record for the Plaintiff in this case.

4. Now, since this case was transfer to the MDL, Rhett A. McSweeney, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Matthew Gambale as trial counsel.

5. Rhett A. McSweeney entered his appearance in this matter on March 7, 2021.

6. Accordingly, Rhett A. McSweeney hereby requests leave to withdraw the appearance of Matthew R. Gambale.

Dated: March 8, 2021                    Respectfully submitted,

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney
McSweeney Langevin
2116 Second Avenue South
Minneapolis, MN 55404
(612) 746-4646
(612) 454-2678
ram@westrikeback.com
filing@westrikeback.com


**ATTORNEY FOR PLAINTIFF.**