IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
**William Leonard**

Civil Case # 1:21-cv-06349-RLY-TAB

## PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE BY ANDREW T. SOLOMON

Plaintiff William Leonard, by his undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1.      The above-captioned case was initially filed in the United States District Court for the Eastern District of New York, where it was captioned *Leonard v. Cook Incorporated et al.*, 2:20-cv-06116

2.      On February 23, 2021, this case was transferred to this Court and into MDL No. 2570. (Dkt. No. 9).

3.      Andrew T. Solomon, from the law firm Solomon & Cramer LLP, previously appeared on William Leonard's behalf while this case was pending in the MDL.  For that reason, Andrew T. Solomon was listed as counsel of record for the Plaintiff in this case.

4.      Now, since this case was transfer to the MDL, David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Andrew T. Solomon as trial counsel.

5.      David M. Langevin entered his appearance in this matter on March 7, 2021.

6.      Accordingly, David M. Langevin hereby requests leave to withdraw the appearances of Andrew T. Solomon.

Dated:  March 8, 2021                    Respectfully submitted,


                                         */s/ David M. Langevin*
                                         David M. Langevin
                                         McSweeney Langevin
                                         2116 Second Avenue South
                                         Minneapolis, MN 55404
                                         (612) 746-4646
                                         (612) 454-2678
                                         dave@westrikeback.com
                                         filing@westrikeback.com


                                         **ATTORNEY FOR PLAINTIFF.**