IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>COLLEEN TWOHIG<br>Civil Case #1:19-cv-2273-JMS-DLP | |

**NOTICE OF SUGGESTION OF DEATH**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Colleen Twohig.

Respectfully submitted March 8, 2021.

                        */s/ Rhett A. McSweeney*
                        Rhett A. McSweeney, #269542
                        David M. Langevin, #329563
                        McSweeney/Langevin
                        2116 Second Avenue South
                        Minneapolis, MN 55404
                        Phone: (612) 542-4646
                        Fax: (612) 454-2678
                        dave@westrikeback.com
                        ram@westrikeback.com
                        **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 8, 2021

                                                  */s/ Rhett A. McSweeney*
                                                  Rhett A. McSweeney