IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>COLLEEN TWOHIG<br>Civil Case #1:19-cv-2273-JMS-DLP | |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Plaintiff Colleen Twohig and files this motion to substitute her surviving next of kin, Michael Twohig, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Colleen Twohig filed the present action in the United States District Court of the Southern District of Indiana on June 7, 2019.

2. Plaintiff Colleen Twohig died on October 26, 2020.

3. On March 8, 2021, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 10.   Plaintiff's counsel recently learned of the death of Ms. Twohig.

4. Michael Twohig, widower of Colleen Twohig, is the proper party plaintiff to substitute for Plaintiff-decedent Colleen Twohig and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Michael Twohig as the proper party plaintiff in this action.

Respectfully submitted March 8, 2021.

                                                  */s/ Rhett A. McSweeney*
                                                  Rhett A. McSweeney, #269542
                                                  David M. Langevin, #329563
                                                  McSweeney/Langevin
                                                  2116 Second Avenue South
                                                  Minneapolis, MN 55404
                                                  Phone: (612) 542-4646
                                                  Fax: (612) 454-2678
                                                  dave@westrikeback.com
                                                  ram@westrikeback.com
                                                  **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 8, 2021

                */s/ Rhett A. McSweeney*
                Rhett A. McSweeney