IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

COLLEEN TWOHIG

Civil Case #1:19-cv-2273-JMS-DLP

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED**, and Michael Twohig, on behalf of the Estate of Colleen Twohig, is substituted as Plaintiff in the above referenced action.

Dated this _____ day of _____, 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana