# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-00328 | 1:21-cv-00392 |
| 1:21-cv-00331 | 1:21-cv-00394 |
| 1:21-cv-00334 | 1:21-cv-00398 |
| 1:21-cv-00335 | 1:21-cv-00399 |
| 1:21-cv-00339 | 1:21-cv-00400 |
| 1:21-cv-00343 | 1:21-cv-00401 |
| 1:21-cv-00350 | 1:21-cv-00402 |
| 1:21-cv-00352 | 1:21-cv-00404 |
| 1:21-cv-00357 | 1:21-cv-00408 |
| 1:21-cv-00370 | 1:21-cv-00413 |
| 1:21-cv-00389 | 1:21-cv-00416 |
| 1:21-cv-00390 | 1:21-cv-00418 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:   March 10, 2021 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail:  andrea.pierson@faegredrinker.com<br>E-Mail:  kip.mcdonald@faegredrinker.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                /s/ Kip S. M. McDonald

US.120263840.01