IN THE UNITED STATES DISTRUCT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Janet Lynn Hess
Cause No. 1:17-cv-02411-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Janet Lynn Hess.

Respectfully submitted March 10, 2021.

                                          */s/Barry D. Levy*
                                          Barry D. Levy, Esq
                                          O'CONNOR, ACCIANI & LEVY LPA
                                          600 Vine Street, Suite 1600
                                          Cincinnati, Ohio 45202
                                          T: 513-241-7111
                                          F: 513-241-7197
                                          Email: BDL@oal-law.com
                                          ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

  I hereby certify that on the 10th day of March 2021, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

            */s/Barry D. Levy*_____
            Barry D. Levy