# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

James C. Lang, Sr. 1:19-cv-02796-RLY-TAB

## ORDER

Upon consideration of the Plaintiff's Motion for Substitution of Party (Dkt. 15851), it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Joseph Lang, Sr., as next of kin and anticipated representative of the Estate of James C. Lang, in place of the deceased Plaintiff James C. Lang in the instant case.

SO ORDERED.

Date: 3/9/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.