# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **BARBARA C. RADFORD,** : <br> : <br> Plaintiff, : <br> : <br> vs. :     Case No. 1:21-cv-06342-RLY-TAB <br> : <br> **COOK, INC., et al.** : <br> : <br> Defendants. : | |

## ORDER

AND NOW, to wit, upon consideration of the Plaintiff's Motion to Refund Filing Fee (Dkt. 15833), it is hereby ORDERED, AJUDGED AND DECREED that said Motion is GRANTED. The filing fee of four hundred two ($402.00) dollars paid on February 10, 2021, receipt number 0756-6410166 in error is refunded to Plaintiff's Counsel.

The Clerk is instructed to issue a refund of $402 to the credit card used in this transaction (Receipt #0756-6410166).

SO ORDERED.

Date: 3/9/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF

Finance