IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
 Servietta Hameed

Civil Case # 1:17-cv-06059

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Dennis A. Hunter, Jr.'s Motion to Substitute himself, as Administrator of the Estate of Servietta Hameed, deceased, as Party Plaintiff for Servietta Hameed and Leave to File a First Amended Short Form Complaint (Dkt. 15890). Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Dennis A. Hunter, Jr., as Administrator of the Estate of Servietta Hameed, is hereby substituted as Party Plaintiff for Servietta Hameed in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed.

SO ORDERED.

Date: 3/9/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.