# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dan Rathbun 1:20-cv-00031-RLY-TAB

## ORDER

Upon consideration of Plaintiff's Motion for Substitution of Counsel (Dkt. 15905), good cause is shown. Therefore, it is ordered that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Paul L. Stoller of Dalimonte Rueb Stoller, LLP as counsel for Plaintiff in place of Debra J. Humphrey of Marc J. Bern & Partners, LLP in this matter.

SO ORDERED.

Date: 3/9/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.