UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Trombetta, et al. v Cook Group, Inc., et al.*
1:16-cv-06040-RLY-TAB
*Bourgade v. Cook Inc., et al.*
1:17-cv-00895-RLY-TAB
*Barma v. Cook Inc., et al.*
1:17-cv-02207-RLY-TAB
*Bechtold v. Cook Inc., et al.*
1:17-cv-03002-RLY-TAB
*Iglewski v. Cook Inc., et al.*
1:17-cv-03003-RLY-TAB
*Herrera v. Cook Inc., et al.*
1:17-cv-03021-RLY-TAB
*Clark, et al v. Cook Group, Inc., et al*
1:17-cv-06069-RLY-TAB
*Fernandez v. Cook Inc., et al*
1:18-cv-01200-RLY-TAB
*Hessler v. Cook Inc., et al.*
1:19-cv-01043-RLY-TAB
*Pittman v. Cook Inc., et al.*
1:19-cv-01070-RLY-TAB

> Motion [15909] granted. The appearance of attorney Carolyn Cuneo is withdrawn.
>
> Tim A. Baker
> U.S. Magistrate Judge
> 3/9/2021

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

COMES NOW attorney Carolyn J. Cuneo of The Driscoll Firm, LLC, and respectfully requests that this Court withdraw her appearance as counsel in the cases listed above, as she will be departing The Driscoll Firm, LLC and will have no further involvement in these matters. John J. Driscoll of The Driscoll Firm, LLC will continue to represent Plaintiffs in these cases.

Dated: February 23, 2021.