# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-
RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates to the Following Cases:

Lunderman, Edward, 1:15-cv-001542
Flack, Virgil (Estate), 1:16-cv-00677
Benavides, Armando (Estate), 1:17-cv-02047
Poggensee, Edward, 1:17-cv-02675
Scheinok, Sally (Estate), 1:17-cv-03285
Burns, Christine, 1:20-cv-00968

_____

## ORDER ON THE COOK DEFENDANTS'
## MOTIONS FOR JUDGMENT PURSUANT TO CMO-28

On February 16, 2021, the Cook Defendants filed a series of Motions for Judgment Pursuant to CMO-28, Screening for Time-Barred Cases. *See* Filing Nos. 15850 (*Burns*); 15856 (*Benavides*); 15860 (*Flack*); 15865 (*Scheinok*); 15869 (*Lunderman*); and 15875 (*Poggensee*). Plaintiffs' response deadline passed on March 3, 2021, and more than 20 days have passed since the Cook Defendants filed their motions. Pursuant to Paragraph 7 of CMO-28, the Court therefore **DISMISSES WITH PREJUDICE** the following actions:

- Lunderman, Edward – Case No. 1:15-cv-001542
- Flack, Virgil (Estate)– Case No. 1:16-cv-00677
- Benavides, Armando (Estate) – Case No. 1:17-cv-02047
- Poggensee, Edward – Case No. 1:17-cv-02675

- Scheinok, Sally (Estate) – Case No. 1:17-cv-03285
- Burns, Christine – Case No. 1:20-cv-00968

**SO ORDERED** this 10th day of March 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.