**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

APPROVED.  Case is
dismissed with prejudice.
Dated: 3/10/21

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No.: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to Plaintiff:

*Hans Visser*
*Civil Case #: 1:17-cv-4266-RLY-TAB*

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

COMES NOW Plaintiff, Hans Visser, by and through the undersigned counsel, pursuant

to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby

respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as

to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this

particular case Civil Case No. 1:17-cv-4266-RLY-TAB filed on November 15, 2017. In

accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 14, 2020                    Respectfully Submitted,

                                           **MURPHY LAW FIRM, LLC**

                                           /s/ Peyton P. Murphy
                                           Peyton P. Murphy
                                           2354 S. Acadian Thruway
                                           Baton Rouge, LA 70808
                                           Telephone: (225) 928-8800
                                           Facsimile: (225) 246-8780
                                           Email: Peyton@murphylawfirm.com

                                           *Attorney for Plaintiff*