IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

POGGENSEE et al v. COOK INCORPORATED et al
Civil Case #   1:17-cv-2675-RLY-TAB

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO DISMISS**

Plaintiff Edward Poggensee, by and through his counsel of record, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, hereby moves this Court to reconsider and vacate its order of March 10, 2021 (Doc. No. 16070), granting Cook's Motion to Dismiss for Judgment Pursuant to CMO-28 (Doc. No. 15875). In support of his motion, Plaintiff Edward Poggensee respectfully states as follows:

1. On October 1, 2019, Defendants Cook Incorporated et al, (collectively, the "Cook Defendants") filed an Omnibus Motion for Summary Judgment Based on Statute of Limitations against multiple plaintiffs, including the above-named plaintiff represented by McSweeney Langevin, for their failure to commence their action within the applicable statute of limitations. (See Exhibit A - Doc. No. 11921).

2. On October 29, 2019, Plaintiff Edward Poggensee filed Plaintiff's Response in Opposition to Cook Defendants' Omnibus Motion for Summary Judgment Based on Statue of Limitations. (See Exhibit B - Doc. No. 12305).  In support of his Response in Opposition,

1

Plaintiff provided facts and arguments specifically related to the statute of limitations. (See Exhibit B - Doc. No. 12305). Defendants did not file a Reply.

3. To date, no ruling was issued on Defendant's Motion or Plaintiff's Response in Opposition.

4. On February 16, 2021, the Cook Defendants filed a series of Motions for Judgment Pursuant to CMO-28, Screening for Time-Barred Cases including one against Plaintiff Edward Poggensee. (Doc. No. 15875). On March 10, 2021, the Court granted Defendants' Motion to Dismiss Plaintiff Edward Poggensee's case with prejudice (Doc. No. 16070). In reaching its ruling, the Court stated that Mr. Poggensee's case was being dismissed because "Plaintiffs' response deadline passed on March 3, 2021, and more than 20 days have passed since the Cook Defendants filed their motions." *Id.*

5. Rule 60 of the Federal Rules of Civil Procedure states, in part,

> (a) CORRECTIONS BASED ON CLERICAL MISTAKES; OVERSIGHTS AND OMISSIONS. The court may correct a clerical mistake or a mistake arising from an oversight or omission whenever one is found in a judgment, order, or other part of the record.

Fed. R. Civ. P. 60(a). The record here is clear that Plaintiff Edward Poggensee filed a response to a Defendants' Omnibus Motion for Summary Judgment Based on Statute of Limitations which included the same arguments regarding the statute of limitations and requested the same relief.

6. Plaintiff Edward Poggensee had inadvertently relied on his previously filed and not yet ruled on Response in Opposition to Cook Defendants' Omnibus Motion for Summary Judgment Based on Statue of Limitations (See Exhibit B - Doc. No. 12305) to act as the

Response to the February 16, 2021 Motions for Judgment Pursuant to CMO-28 which included the same and similar arguments regarding the two-year statute of limitations defense.

WHEREFORE, Plaintiff respectfully requests that the Court reconsider and vacate its Order to Dismiss and grant leave for Plaintiff to file a Response in Opposition to Defendants' February 16, 2021 Motion for Judgment Pursuant to CMO-28.

Dated: March 10, 2021

Respectfully submitted,

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney
MN Bar No. 269542
**McSweeney Langevin LLC**
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (877) 542-4646
Facsimile:  (612) 454-2678
ram@westrikeback.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, a copy of the forgoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney