IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 3/10/21
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:17-cv-00679, Myrtle Williams and Wilson Williams v. Cook Incorporated et al

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, Myrtle Williams and Wilson Williams, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:17-cv-00679-RLY-TAB filed on March 7, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 14, 2020                                   Respectfully Submitted,

**HENINGER GARRISON DAVIS, LLC**

/s/Caroline U. Hollingsworth
Caroline U. Hollingsworth
2224 1sy Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336
Facsimile:   (205)326-3332
Email: caroline@hgdlawfirm.com

*Attorney for the Plaintiffs*