UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 3/10/21
>
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

*Dolly Mead v. Cook Medical, Inc., et al.,*
Civil Case # 1:16-cv-06044

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Dolly Mead, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe in this particular Civil Action No. 1:16-cv-06044 filed on September 28, 2016.

In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated:  December 14, 2020

Respectfully submitted,

By:  */s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald
FITZGERALD LAW GROUP, LLC
120 Exchange Street, Suite 200
Portland, ME 04101
Telephone: (207) 874-7407
Facsimile: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Attorney for Plaintiff*