# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Ali Akbar Afshari and Zarintaj Sarkarat 1:18-cv-00369-RLY-TAB

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiffs Ali Akbar Afshari and Zarintaj Sarkarat ("Plaintiffs") move this Court to allow Paul L. Stoller ("Stoller") of Dalimonte Rueb Stoller, LLP to substitute as counsel for Plaintiffs in place of Joshua D. Christian ("Christian") of Christian & Christian, LLC. As grounds therefore, Plaintiffs state as follows:

1. On December 16, 2020, Christian filed a motion to withdraw on behalf of Plaintiffs (Dkt 15111).

2. On December 18, 2020, the above motion was denied because it failed to comply with Local Rule 83-7(b)(2) and 83-7(b)(3) (Dkt 15208).

3. On December 21, 2020, Christian filed a second motion to withdraw on behalf of Plaintiffs (Dkt 15255).

4. An affidavit stating Plaintiffs' desire to have Christian withdraw as their counsel was filed along with the second motion (Dkt 15255-1).

5. Said affidavit details the correspondence amongst Christian and Plaintiffs between December 10, 2020 and December 15, 2020 regarding Plaintiff's desire to have Christian withdraw as counsel.

6. On or about December 15, 2020, Plaintiffs retained Dalimonte Rueb Stoller, LLP in connection with Ali Afshari's IVC Filter.

7. On January 13, 2021, Judge Tim A. Baker held a hearing on Christian's refiled motion to withdraw.

8. During the above hearing, Plaintiffs advised Judge Baker they were attempting to obtain alternate counsel.

9. Judge Baker ordered Plaintiffs to obtain replacement counsel by February 12, 2021 (Dkt 15653).

10. Stoller is admitted *pro hac vice* in the above captioned MDL action.

11. Stoller is both capable and willing to assume duties of counsel for Plaintiffs in the above captioned matter.

12. No prejudice would result from this substitution of counsel.

WHEREFORE, Plaintiffs respectfully request that this Court allow Paul L. Stoller of Dalimonte Rueb Stoller, LLP to substitute as counsel for Plaintiffs in place of Joshua D. Christian of Christian & Christian, LLC in this matter.

Dated: March 10, 2021

Respectfully submitted,

By his attorneys,
/s/*Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Attorneys for Plaintiffs Ali Akbar Afshari and Zarintaj Sarkarat*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            */s/ Paul L. Stoller*
                                            Paul L. Stoller