UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: COOK MEDICAL, INC.,<br>IVS FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCT<br>LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to:**
*Kristin Stephens*, Case No. 1:20-CV-6274-RLY-TAB

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-RESPONSE AND EVIDENCE IN OPPOSITION TO COOK'S MOTION TO DISMISS

Comes now the plaintiff, Kristin Stephens, and requests leave to file a sur-reply and evidence to Defendant Cook Medical's Reply in Support of Its Motion to Dismiss. It is necessary that Plaintiff file the aforementioned Sur-Reply and Evidence in Opposition to Cook's Motion to Dismiss in light of the Court's admonition to show why the product at issue is a consumer good.

A copy of the proposed sur-reply is attached hereto as Exhibit 1.

Respectfully submitted this 11th day of March, 2021.

/s/ Lloyd W. Gathings        /s/Virginia Applebaum
Lloyd W. Gathings              Virginia Applebaum

Attorneys for Plaintiff

OF COUNSEL
Gathings Law
2140 11th Avenue S.
Suite 210
Birmingham, AL 35205

Ph. 205.322.1201
Email: lgathings@gathingslaw.com
vapplebaum@gathingslaw.com

CERTIFICATE OF SERVICE

I certify on this date, March 11, 2021, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the Court's CM/ECF system and that notice of this filing will be sent to all parties via the Court's CM/ECF system.

/s/ Lloyd W. Gathings
Of Counsel