# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In re: COOK MEDICAL, INC.,
IVS FILTERS MARKETING, SALES          Case No. 1:14-ML-2570-RLY-TAB
PRACTICES AND PRODUCT                 MDL No. 2570
LIABILITY LITIGATION

_____

**This document relates to:**
*Kristin Stephens*, Case No. 1:20-CV-6274-RLY-TAB
_____

## PLAINTIFF'S SURRESPONSE AND SUBMISSION OF EVIDENCE

## IN OPPOSITION TO COOK'S MOTION TO DISMISS

Comes now the plaintiff, Kristin Stephens, and submits the following surresponse and evidence in opposition to the motion to dismiss of Defendant Cook Medical, LLC:

**I.      A Motion to Dismiss Is Not Appropriate to Determine Whether an IVC Filter is a Consumer Good**

Judgment may not be granted against the non-moving party on a motion to dismiss unless it appears beyond a doubt the non-moving party cannot prove any facts that would support the claim for relief.  Further, the facts in the complaint must be viewed in the light most favorable to the non-moving party. *R.J. Corman Derailment Servs., L.L.C. v. Int'l Union, Local Union 150*, 335 F.3d 643, 648 (7th Cir. 2002).  Defendants have not cited any facts in the complaint on the issues now before the Court.

Both the Alabama Supreme Court and the Eleventh Circuit Court of Appeals have held that genuine issues of material fact are presented in determining whether an item is a consumer good for statute of limitations purposes.  *See Rommell v. Auto. Racing Club, Inc.*, 964

F.2d 1090, 1102 (11th Cir. 1992); *Grimes v. Massey Ferguson, Inc.*, 355 So. 2d 338, 341 (Ala. 1978).  The trial court was reversed in both cases for granting summary judgments on that issue.

In *Rommell* the product in questions was a gas nozzle.  Plaintiff was a pit crew member and was injured when the nozzle caused a fire.  The action was based in part on ALA. CODE § 7-2-725.  Alabama's version of this section is uniquely different from the Uniform Commercial Code:

> The exception for personal injury in the case of consumer goods to Section 7-2-725 by Alabama "is a departure from the standard version of the U.C.C. and is unique amount the states adopting the Code.  The legislature was specific in creating this exception from the tender of delivery rule, and it clearly applies only to personal injuries in the case of consumer goods." *Simmons v. Clemco Industries*, 368 So. 2d 509, 512 (1979).

*Rommell*, 964 F.2d at 1100.  The Eleventh Circuit further noted that the test to be applied under Alabama law for this unique provision of the Alabama law is a "use" test:

> Under Alabama law, "(t)he classes of goods are mutually exclusive; the same property cannot at the same time and as to the same person be both equipment and inventory, for example.  In borderline cases – a physician's car or a farmer's jeep which might be either consumer goods or equipment – *the principal use to which the property is put should be considered as determinative.* Goods can fall into different classes at different times; a radio is inventory in the hands of a dealer and consumer goods in the hands of a householder." Official Comment 2, emphasis supplied.

*Id.*

Defendants rely on *Collins v. Davol,* 56 F. Supp. 33d 1222 (N.D. Ala. 2014) and *McCurdy v. Wright Med. Tech., Inc.*, 2020 U.S. Dist. Lexis 31804 (D. Del., February 25, 2020).  The *McCurdy* case did not involve the unique provisions of Alabama law considered by the Eleventh Circuit.  *Collins*, which is not a controlling decision on the substantive law of Alabama, is contrary to the Eleventh Circuit's decision in *Rommell* because the test set forth in *Rommell* was not applied

and the factual issue was decided on a motion to dismiss, not a motion for summary judgment.[1] Thus, Defendants have cited no authority supporting their position.

Further, Defendants have not submitted any factual evidence to which the Court could apply the test set out by the Eleventh Circuit in *Rommell*, *supra*, and by the Alabama Supreme Court in *Grimes*, *supra*. Defendants have not met their burden under either of these decisions.

## II.    Defendants' Warranties Extended to Future Performance of the Filter

The Gunther Tulip was cleared for permanent use in October, 2000. *Cook Medical Receives FDA 510(k) Clearance for Celect Vena Cava Filter and Gunther Tulip Vena Cava Filter Retrieval Set,* MED DEVICE ONLINE, https://www.meddeviceonline.com/doc/cook-medical-receives-fda-510k-clearance-for-0001. Merriam-Webster defines "permanent" as "continuing or enduring without fundamental or marked change." *Permanent*, MERRIAM-WEBSTER, https://www.merriam webster.com/dictionary/permanent?src=search-dict-hed. By definition, "permanent" means that a continuing and future performance, without fundamental or marked change, is intended. Defendant's own materials hold out the permanency of the Gunther Tulip as an advantage.[2] This evidence creates an express warranty that the device was permanent. It is reasonable to expect that Plaintiff contemplating the implantation of a permanent device would consider that permanency part of the bargain.

In *Barko Hydraulics, LLC v. Shepherd*, 167 So. 3d 304 (Ala. 2014), the Alabama Supreme Court, referencing *Ex Parte Miller*, 693 So. 2d 1372 (Ala. 1997) and *Vest Fire Ins. Corp., v. Milam & Co. Constr., Inc.*, 901 So. 2d 84 (Ala. 2004), noted that the application of an express warranty

---

[1] It is also worth noting that while the District Court in *Collins* cited an Alabama Supreme Court case holding that a tractor was not a consumer good, the Court failed to take into consideration the *Grimes v. Massey Ferguson, Inc.*, 355 So. 2d 338, 341 (Ala. 1978) decision, holding that there was a genuine issue of material fact as to whether a tractor was a consumer good.

[2] *See* Exhibits A and B

is a question of fact for the trier of fact in the face of conflicting evidence. While Defendant contends that the future performance exception does not apply, Defendant offered no evidence in this regard.  To the contrary, Plaintiff contends that Defendant's materials attached hereto and the FDA approval of the Gunther Tulip as a permanent implant creates a warranty regarding future performance of the device. Breach of an implied warranty is a question of fact. *See Terrell v. R &A Mfg. Partners, Ltd*., 835 So. 2d 216 (Ala. Civ. App. 2002) and *Spain v. Brown & Williamson Tobacco Corp*., 872 So. 2d 101 (Ala. 2003).

Respectfully submitted this 11th day of March, 2021.

/s/ Lloyd W. Gathings          /s/Virginia Applebaum
Lloyd W. Gathings              Virginia Applebaum

Attorneys for Plaintiff

OF COUNSEL
Gathings Law
2140 11th Avenue S.
Suite 210
Birmingham, AL 35205
Ph. 205.322.1201
Email: lgathings@gathingslaw.com
        vapplebaum@gathingslaw.com

CERTIFICATE OF SERVICE

I certify on this date, March 11, 2021, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the Court's CM/ECF system and that notice of this filing will be sent to all parties via the Court's CM/ECF system.

/s/ Lloyd W. Gathings
Of Counsel

# EXHIBIT A



# COOK MEDICAL

# Günther Tulip™

## VENA CAVA FILTER

## Leave it or retrieve it, but use the filter you can trust.

**TRUSTED LINE**
The industry's most comprehensive, most trusted IVC filter line, including the world's first optional filter.

**SIMPLE PLACEMENT**
Tulip's unique hook enables accurate and simple jugular placement...and superior retrievability.

**SECURE FIXATION**
Specially designed anchors to achieve strong caval fixation.



**Günther Tulip™**
VENA CAVA FILTER



Now available with NavAlign™ delivery
- Hemostatic valve
- Added safety mechanism with one-push filter delivery
- Femoral and jugular delivery options
- Femoral option includes tactile bump indicating filter is fully advanced
- NavAlign multipurpose dilator includes radiopaque sizing bands and flush sideports

| Global Product Number | Order Number | Filter Maximum Diameter mm | Filter Length mm | Introducer Sheath Fr | Introducer Sheath Length cm |
|---|---|---|---|---|---|
| **Femoral** | | | | | |
| G52917 | IGTCFS-65-1-FEM-TULIP | 30 | 50 | 7.0 | 65 |
| **Jugular** | | | | | |
| G52916 | IGTCFS-65-1-JUG-TULIP | 30 | 50 | 7.0 | 65 |
| **UniSet** | | | | | |
| G52918 | IGTCFS-65-1-UNI-TULIP | 30 | 50 | 7.0 | 65 |

| Global Product Number | Order Number | Retrieval Loop System Catheter Fr | Retrieval Loop System Length cm | Retrieval Sheath Fr | Retrieval Sheath Length cm |
|---|---|---|---|---|---|
| **Günther Tulip Vena Cava Filter Retrieval Set (Filter Not Included)*** | | | | | |
| G13287 | GTRS-200-RB | 6.3 | 80 | 11.0 | 60 |

*Set contains the following: coaxial sheath system, retrieval loop system, Coons dilator, needle, wire guide and three-way stopcock.



www.cookmedical.com

**COOK MEDICAL INCORPORATED**
P.O. Box 4195, Bloomington, IN 47402-4195 U.S.A.
Phone: 812.339.2235, Toll Free: 800.457.4500, Toll Free Fax: 800.554.8335

**COOK (CANADA) INC.**
111 Sandiford Drive, Stouffville, Ontario, L4A 7X5 CANADA
Phone: 905.640.7110, Toll Free: 800.668.0300

**WILLIAM A. COOK AUSTRALIA PTY. LTD.**
95 Brandl Street, Brisbane Technology Park, Eight Mile Plains
Brisbane, QLD 4113 AUSTRALIA, Phone: +61 7 3841 1188

**WILLIAM COOK EUROPE ApS**
Sandet 6, DK-4632, Bjaeverskov, DENMARK, Phone: +45 56 86 86 86

© COOK 2009      PIV-BM-GTVCFNDS-EN-200909

AORTIC INTERVENTION | CARDIOLOGY | CRITICAL CARE | ENDOSCOPY | INTERVENTIONAL RADIOLOGY | PERIPHERAL INTERVENTION | SURGERY | UROLOGY | WOMEN'S HEALTH

# EXHIBIT B

# Cook Celect® and Günther Tulip® Vena Cava Filter Patient Guide



COOK
MEDICAL

www.cookmedical.com

# Contents

**Pulmonary embolism**  4 – 5

What is pulmonary embolism?
What causes it?
What are the symptoms of PE?

**Your Cook Medical vena cava filter**  6 – 11

What a filter can and cannot do
When vena cava filters are used
Types of filters
Material and design
Vena cava filter retrieval
Who should not receive a vena cava filter?
Risks and benefits of filter implantation

**The vena cava filter implantation procedure**  12 – 13

Getting started
Placing the filter
Final steps
Aftercare

**The filter retrieval procedure**  14 – 15

Will my filter be permanent or will it be taken out?

The filter retrieval process

## Frequently Asked Questions                16 – 17

## Glossary                                   18 – 20

## Notes                                      21

## Your patient card                          22 – 23

# Pulmonary Embolism

## What is pulmonary embolism?

**Pulmonary embolism (PE)** is a dangerous condition in which the vessels of the lungs become blocked by a large blood clot.  Blood clots typically form in the legs and travel to the lungs, where they become trapped in the small blood vessels.

It's normal for some small blood clots to form in the bloodstream. These harmless clots break down naturally due to the flow of blood through the vessels. But large clots that don't break down on their own may cause **PE**.

## What causes it?

One of the most common causes of **PE** is a condition called deep vein thrombosis **(DVT)**. **DVT** occurs when a blood clot forms inside a major vein, commonly in the legs. These blood clots can form for many reasons, including the following:

- Periods of travel, such as long plane rides

- Ordered bed rest during pregnancy

- Serious injury

- Recent major surgery

- A genetic blood-clotting disorder

- Cancer

- Birth control pills or hormone replacement therapy

## What are the symptoms of PE?

The symptoms of **PE** can vary based on where the clot is located in your body. The most common symptoms include:

- Shortness of breath, often with mild exertion. This can damage your lungs and cause heart failure or even death.

- Chest pain that becomes worse with exertion but does not go away when you are at rest.

- Coughing that produces blood or blood-tinged mucus.[1]

Experts estimate that up to 600,000 people suffer from **PE** every year.  Most are caused by **DVT**. About one in three of these people may die if they are not treated.[2] However, that rate drops to less than one in 10 people if **PE** is diagnosed and treated.[3]

1. Society of Interventional Radiology. Deep Vein Thrombosis Overview. Society of Interventional Radiology Web site. http://www.sirweb.org/patients/deep-vein-thrombosis. Accessed February 12, 2013.

2. National Heart Lung and Blood Institute. PE. National Heart Lung and Blood Institute Web site.  http://www.nhlbi.nih.gov/health/health-topics/topics/pe. Accessed February 12, 2013.

3. Society of Interventional Radiology. Deep Vein Thrombosis Overview. Society of Interventional Radiology Web site. http://www.sirweb.org/patients/deep-vein-thrombosis. Accessed February 12, 2013.

# Your Cook Medical vena cava filter

**What a filter can and cannot do**

A vena cava filter doesn't keep blood clots from forming. Instead, it is designed to trap blood clots as they travel through the inferior vena cava **(IVC)**. The **IVC** is a large vein that drains blood from the lower body to the heart.

A filter is important because clots that reach the lungs can be deadly. Clots can block blood flow to the lungs. They can also reduce the body's oxygen levels and put stress on the heart.

A **vena cava filter** is made of very thin wire. It acts as a tiny strainer, trapping large particles while still allowing blood to flow through.



Superior Vena Cava

Inferior Vena Cava

There are two major veins that move blood from the body to the heart. The superior vena cava drains blood from the upper body to the heart. The largest vein in the body, the inferior vena cava, drains blood from the lower body to the heart.

**When a vena cava filter might be used**

You might get a vena cava filter if you have already had **PE** and any of the following statements are true:

- You can't use **anticoagulant therapy**.

- **Anticoagulant therapy** hasn't worked in the past to treat your blood-clot problem.

- You had massive **PE** that needed emergency treatment.

- You have had more than one **PE** event and **anticoagulant therapy** has not been effective or is not recommended for you.

The following situations can also put you at risk for **PE**:

- Bariatric surgery

- Cancer treatments

- A motor vehicle accident or other trauma

- Obstetric or gynecological surgery

- Orthopedic surgery

It's always a good idea to discuss any questions you have with your doctor.

## Types of Filters

Cook Medical makes two types of retrievable vena cava filters: the **Günther Tulip® Vena Cava Filter** and the **Celect® Vena Cava Filter**. Both filters are known as "optional" filters. This means they may be removed after your doctor thinks the danger of **PE** has passed. However, these filters can also remain in place as permanent devices.

The **Günther Tulip** has been offered in the U.S. since 2000, and the **Cook Celect** has been offered here since 2007. Cook filters have been implanted in hundreds of thousands of patients worldwide.

## Material and design

Both filters have an umbrella-like shape and are made of a cobalt-chromium alloy, a special blend of metals. This design helps trap clots inside the top of the filter while still allowing blood to flow through the vena cava.

The **Celect** and **Günther Tulip** filters each have a tiny hook at the top, four primary legs, and a second set of stabilizing wires. (See the images on page 9.)

## Vena cava filter retrieval

Your filter may be retrieved, depending on your medical condition and the best judgment of your doctor. It is possible that your filter may be in you for a long period of time. In this case, the filter may not be retrieved.

Your doctor will decide which kind of filter is best for you and the length of time you will have the device.

## Who should not receive a vena cava filter?

You should not receive a vena cava filter if either of the following statements is true:

- Your doctor tells you that your inferior vena cava is not the right size for a filter.
- You are at risk of **septic embolism** (a type of blood-vessel blockage that can occur when pus-forming bacteria or other infectious organisms are in the bloodstream).

## When should the filter be left in place?

The **Günther Tulip** and the **Celect Vena Cava Filter** should not be retrieved if:

- More than 25% of the space inside your filter contains trapped blood clots. Even if this happens, your filter is designed to trap clots while still allowing for blood to flow through the vena cava.
- Your doctor determines you are still at high risk for **PE**.



Cook Celect
Vena Cava Filter

Filters enlarged to show detail.



Günther Tulip
Vena Cava Filter

Filters enlarged to show detail.

### Some risks of filter implantation

The **Günther Tulip** and **Celect** vena cava filters are designed to prevent blood clots passing to the lungs.  This is true whether the filter is permanent or temporary. However, like any medical procedure, vena cava filter placement does pose some risk.

The following adverse events are possible:

- Damage to the vena cava
- **PE**
- **Hemorrhage**
- Filter movement to the heart or lungs
- Fracture of the filter in the vena cava
- Filter not positioned correctly in the vena cava
- Death

The following adverse events can also happen:

- Damage to the tissue and organs surrounding the vena cava.
- An infection or a **hematoma** at the access puncture site (which is usually either the groin or the neck).
- Restricted or blocked blood flow from clots collecting in the filter. This restriction or blockage can cause swelling in the legs.
- Blockage of the **inferior vena cava** where the filter is implanted.
- Pressure on the heart when blood or fluid builds up in the space between the heart muscle and the outer-covering sac of the heart.

And sometimes, retrievable filters just can't be removed. Every patient is different. That's why you and your doctor should weigh the risks and benefits of **vena cava filter** placement and retrieval.





The Cook Celect Vena Cava Filter capturing a clot.

# The vena cava filter implantation procedure

### Getting started

First, your doctor will apply a **local anesthetic** that will numb the access area on your body. The two most common access sites are the **jugular vein** in the neck and the **femoral vein** in the thigh. Your doctor will make a small incision in the skin and insert a needle into the vein.

Next, your doctor will feed a **catheter** into the vein and advance it to the position where the filter will be placed.

### Placing the filter

Your doctor will inject a **contrast medium** into the vessel. This will make the vessel visible on x-ray. Using a **fluoroscope**, your doctor will be able to see inside your vessels. Then he or she will guide the **catheter** containing the filter to the **inferior vena cava**, where it will be implanted.

The filter has been compressed like a tiny umbrella so that it fits through the **catheter**. This way, the filter can be moved forward or pulled back as needed.

Once the collapsed filter is positioned correctly in the vena cava, your doctor will release the device. As the filter springs open, tiny anchors at the ends of its legs hook into the inner layer of the **inferior vena cava wall**.  The anchors stabilize the filter.

## Final steps

Your doctor will remove the **catheter** and apply pressure to the access area to stop any bleeding. Finally, the area will be lightly bandaged.

## Aftercare

Your doctor may have special aftercare instructions for you. You should be able to resume your normal activities in just a couple of days.

# The filter retrieval procedure

**Will my filter be permanent or will it be taken out?**

The **Günther Tulip** and **Celect** vena cava filters can stay in place permanently or they can be removed, or "retrieved," after the risk of **PE** is reduced. Ask your doctor whether your filter will be permanent or temporary.

If your vena cava filter isn't permanent, it may be retrieved after just a few days or weeks. In other cases it may be several months before it is retrieved.

**The filter retrieval process**

To retrieve an implanted filter, a small needle is inserted through the skin at the neck. The needle will go into the **jugular vein**, a major blood vessel that is needed to retrieve your filter.

A **retrieval snare** will be used to retrieve your filter. During retrieval, your doctor will move the snare forward out of the **catheter** to connect with the filter's hook. Then the physician will pull the filter back inside the **catheter**. The filter compresses as it enters the **catheter**. Then the filter is pulled safely through the blood vessel and out of your body.





The Cook Celect Vena Cava Filter being retrieved.

# Frequently Asked Questions

The answers to some of these questions are covered in other places in this guide. Both a table of contents and an index are provided to help you find the information you need.

**Q: Should I be concerned about an allergic reaction to my vena cava filter?**

A: Although we can't rule out any allergic reaction, there have been no known or reported cases of allergic reactions caused by either the **Günther Tulip** or the **Cook Celect** vena cava filters.

**Q: What keeps the filter in position after placement?**

A: Tiny anchors at the ends of the legs of the filter hook into the inner layer of the inferior vena cava wall.

**Q: Is it safe to undergo Magnetic Resonance Imaging (MRI) once my filter is implanted?**

A: Yes. The **Günther Tulip** and **Cook Celect** vena cava filters are made of **Conichrome™**, a special metal alloy that is compatible with **Magnetic Resonance Imaging**. You can safely have an **MRI** scan after your filter has been implanted.

If you or your other healthcare providers have questions about your device, you may review the patient card that your doctor will give you. (If you do not receive your patient information card, ask your doctor to provide you with one.)

**Q: When can I resume my normal activities?**

A: Most patients can resume their normal activities—including jogging, cycling, yoga, and other types of physical exertion—in just a couple of days after the filter implantation procedure. But check with your doctor to find out what's right for you.

**Q: Will the filter's presence cause problems with air travel, such as delays at security checkpoints?**

A: No. You can safely fly with your implanted vena cava filter. The filter's presence has not been shown to trigger metal detectors or other security scanning devices.

The patient information card includes information that may help answer questions about your device that security officials might have. (If you don't receive your patient information card, ask your doctor to provide you with one.)

**Q: How long will I have my filter?**

A: The **Günther Tulip** and the **Cook Celect** vena cava filters can stay in place permanently or they can be removed, or "retrieved," after the risk of **PE** is reduced. Ask your doctor if your filter will be temporary or permanent. If your vena cava filter isn't permanent, it may be retrieved after just a few days or weeks. In other cases it may be several months before it is retrieved.



# Glossary

**Anticoagulant therapy**–The use of drugs that interfere with blood clotting. Anticoagulant drugs are sometimes called "blood thinners."

**Catheter**–A thin, flexible tube that a physician guides through a blood vessel and into the inferior vena cava.

**Catheterization**–The passage of a catheter through a blood vessel in order to reach the inferior vena cava, where the vena cava filter will be inserted.

**Contraindication**–Any condition that causes a medical device or type of treatment to be inadvisable for the patient.

**Contrast medium**–Typically, a liquid that is visible on x-ray. When contrast medium is injected into the veins and viewed with a fluoroscope, the vena cava can be seen clearly. The position of the filter also can be seen at the same time.

**Cook Celect Vena Cava Filter**–A conical-shaped filter made from a special metallic alloy. Implanted inside the inferior vena cava, the filter traps blood clots and helps to prevent them from traveling to the lungs.

**Deep vein thrombosis (DVT)**–A blood clot that has formed within a major vein, usually in the legs. When a DVT breaks loose, it can travel to the lungs, causing pulmonary embolism.

**Embolism**–A blockage in a blood vessel caused by a blood clot or other foreign substance in the body.

**Endovascular procedure**–A type of minimally invasive medical procedure that does not require open surgery. To gain endovascular access, a physician inserts a needle through the skin and into a main blood vessel. Catheters and other small devices are then introduced and guided through the patient's blood vessels.

**Femoral vein**—This large vein in the thigh is one of the two most common endovascular access points for the filter implantation procedure.

**Fluoroscope**—A type of imaging device that uses x-ray shadows to show the inside of the body and the position of medical devices within it.

**Günther Tulip Vena Cava Filter**—A conical-shaped filter made from a special metallic alloy. Implanted inside the inferior vena cava, the filter traps blood clots and helps to prevent them from traveling to the lungs.

**Hematoma**—A swelling or mass of blood caused by a break in a blood vessel.

**Hemorrhage**—Bleeding.

**Inferior vena cava (IVC)**—The largest vein in the body. It enters the heart from below and drains blood from the lower body into the heart.

**Jugular vein**—A vein in the neck, this is one of two main endovascular access points most often used for the filter implantation procedure.

**Local anesthetic**—A type of painkilling medication that is used to numb areas of the body during some surgical procedures.

**MRI (Magnetic Resonance Imaging)**—An electromagnetic scan that creates detailed images of the body for diagnosis.

**Minimally invasive procedure**—A surgical method that does not require the physician to cut open the patient in order to provide treatment. During this type of procedure, the physician inserts a small needle through the patient's skin and into a main blood vessel. Catheters and other small devices are then introduced and guided through the patient's blood vessels.

**Optional filter**—An optional filter can be left permanently in the vena cava or can be removed by a physician after the risk of pulmonary embolism has diminished.

**Pulmonary embolism**—A blockage in blood vessels in the lungs, commonly caused by detached blood clots traveling up from the legs.

**Retrieval snare**—A device used to remove an implanted vena cava filter. The snare features a wire loop at one end that can be advanced forward or pulled back to engage with the filter's hook.

**Septic embolism**—A type of blood-vessel blockage that can occur when pus-forming bacteria or other infectious organisms are present in the bloodstream.

**Vasculature**—The system of blood vessels within the body.

# Notes

Use the space below to record your doctor's name, your doctor's phone number, and the date of your vena cava filter placement.

Patient name: _____

Date of filter placement: _____

Retrieval notes: _____

_____

_____

Physician name: _____

Physician phone number: _____

It's important to consider the details of this procedure and its impact on your health. If you have any questions that are not covered in this booklet, please contact your doctor.

FILTER PATIENT GUIDE

# Your patient card

After your filter placement procedure, your doctor will give you a patient card. Keep it with you and show it when you go to a hospital again. Other doctors will want to know that you have a metal filter inside your body. This knowledge is important in case your doctor wants to give you an MRI (magnetic resonance imaging) scan.





This patient has received a Celect Vena Cava Filter. More information on back side.

**COOK** MEDICAL  **Celect®** VENA CAVA FILTER

**Cook Incorporated**
P.O. Box 489
Bloomington, IN 47402 U.S.A.
**Phone: 800.457.4500**

**William Cook Europe ApS**
Sandet 6, 4632 Bjaeverskov
Denmark
**Phone: +45 56 86 86 86**

**William Cook Australia Pty. Ltd.**
Brisbane Technology Park,
12 Electronics Street
Brisbane, QLD 4113 Australia
**Phone: +61 7 38 41 11 88**

The Cook Celect Vena Cava Filter is **MR Conditional**. A patient with this filter can be scanned safely after placement under the following conditions:

- Static magnetic field of 3.0 Tesla or 1.5 Tesla.
- Maximum spatial magnetic gradient of 1600 Gauss/cm (16.0 T/m) or less.
- Normal operating mode.
- Maximum MR system reported, whole-body-averaged specific absorption rate (SAR) of 2.0 W/kg for 15 minutes of scanning or less (i.e., per scanning sequence).

MR image quality may be compromised if the area of interest is within approximately 21 mm of the position of the Cook Celect Vena Cava Filter.

Additional information is available at www.cookmedical.com

Patient name  _____

Date of placement  _____

Hospital _____

Physician name _____

Physician phone # _____

Patients who have an implanted Cook Celect Vena Cava Filter may be safely scanned in MR scanners up to 3.0 Tesla immediately after filter placement.

AL-0802-352

Your doctor will give you one of these patient cards after your procedure. **Keep this card with you.**



This patient has received a Günther Tulip Vena Cava Filter. More information on back side.

**COOK** MEDICAL
**Günther Tulip™**
VENA CAVA FILTER

**Cook Incorporated**
P.O. Box 489
Bloomington, IN 47402 U.S.A.
**Phone: 800.457.4500**

**William Cook Europe ApS**
Sandet 6, 4632 Bjæverskov
Denmark
**Phone: +45 56 86 86 86**

**William Cook Australia Pty. Ltd.**
Brisbane Technology Park,
12 Electronics Street
Brisbane, QLD 4113 Australia
**Phone: +61 7 38 41 11 88**



The Günther Tulip Vena Cava Filter is **MR Conditional**. A patient with this filter can be scanned safely after placement under the following conditions:

• Static magnetic field of 3.0 Tesla or 1.5 Tesla.

• Maximum spatial magnetic gradient of 1600 Gauss/cm (16.0 T/m) or less.

• Normal operating mode.

• Maximum MR system reported, whole-body-averaged specific absorption rate (SAR) of 2.0 W/kg for 15 minutes of scanning or less (i.e., per scanning sequence).

MR image quality may be compromised if the area of interest is within approximately 21 mm of the position of the Günther Tulip Vena Cava Filter.

Additional information is available at www.cookmedical.com

Patient name _____

Date of placement _____

Hospital _____

Physician name _____

Physician phone # _____

Patients who have an implanted Günther Tulip Vena Cava Filter may be safely scanned in MR scanners up to 3.0 Tesla immediately after filter placement.

AL-0802-352

23

### Customer Service

**EMEA:** EDI – www.cookmedical.com/edi.do
**Distributors:** +353 61239240, ssc.distributors@cookmedical.com
**Austria:** +43 179567121, oe.orders@cookmedical.com
**Belgium:** +32 27001633, be.orders@cookmedical.com
**Denmark:** +45 38487607, da.orders@cookmedical.com
**Finland:** +358 972519996, fi.orders@cookmedical.com
**France:** +33 171230269, fr.orders@cookmedical.com
**Germany:** +49 6950072804, de.orders@cookmedical.com
**Hungary:** +36 17779199, hu.orders@cookmedical.com
**Ireland:** +353 61239252, ie.orders@cookmedical.com
**Italy:** +39 0269682853, it.orders@cookmedical.com
**Netherlands:** +31 202013367, nl.orders@cookmedical.com
**Norway:** +47 23162968, no.orders@cookmedical.com
**Spain:** +34 912702691, es.orders@cookmedical.com
**Sweden:** +46 858769468, se.orders@cookmedical.com
**Switzerland – French:** +41 448009609, fr.orders@cookmedical.com
**Switzerland – Italian:** +41 448009609, it.orders@cookmedical.com
**Switzerland – German:** +41 448009609, de.orders@cookmedical.com
**United Kingdom:** +44 2073654183, uk.orders@cookmedical.com

**Americas:** EDI – www.cookmedical.com/edi.do
Phone: +1 812.339.2235, 800.457.4500, Fax: 800.554.8335
E-mail: orders@cookmedical.com

**Australia:**
Phone: +61 738411188, 1800777222, Fax: +61 738411288, 1800077283
E-mail: cau.custserv@cookmedical.com



www.cookmedical.com

© COOK 2013   PI-BM-IVCCPFG-EN-201304

