UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVS FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to:**
*Kristin Stephens*, Case No. 1:20-CV-6274-RLY-TAB

## PROPOSED ORDER

The Court, having considered Plaintiff's motion for leave to file a Sur-Response and Evidence in Opposition to Defendant's Motion to Dismiss, and being duly advised in the premises, hereby finds that the Plaintiff's motion is **GRANTED.**

It is therefore Ordered, Adjudged, and Decreed that the Plaintiff is granted leave to file a Sur-Response and Evidence in Opposition to Defendant's Motion to Dismiss.

Signed this _____ day of _____, 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record