IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:

COLLEEN TWOHIG

Civil Case #1:19-cv-2273-JMS-DLP

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff (Dkt. 16040).

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED**.  The Clerk of the

Court is directed to substitute Michael Twohig, as widower and anticipated representative of the

Estate of Colleen Twohig, in place of the deceased Plaintiff in the above referenced action.


Date: 3/10/2021

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution to all registered counsel of record via ECF.