IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Ali Akbar Afshari and Zarintaj Sarkarat 1:18-cv-00369-RLY-TAB

**ORDER**

Upon consideration of Plaintiffs' Motion for Substitution of Counsel (Dkts. 15840, 16086), the Court finds that good cause is shown. Therefore, it is ordered that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Paul L. Stoller of Dalimonte Rueb Stoller, LLP as counsel for Plaintiffs in place of Joshua D. Christian of Christian & Christian, LLC in this matter.

SO ORDERED.

Date: 3/11/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.