UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND RLY-TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

_____

This Document Relates to the Following Cases:
Lunderman, Edward, 1:15-cv-001542
Flack, Virgil (Estate), 1:16-cv-00677
Benavides, Armando (Estate), 1:17-cv-02047
Poggensee, Edward, 1:17-cv-02675
Scheinok, Sally (Estate), 1:17-cv-03285
Burns, Christine, 1:20-cv-00968

_____

**FINAL JUDGMENT**

Consistent with the Order on the Cook Defendants' Motion for Judgment Pursuant to CMO-28, Screening for Time-Barred Cases, the court enters judgment in favor of the Cook Defendants and against the following Plaintiffs:

- Lunderman, Edward, 1:15-cv-001542
- Flack, Virgil (Estate), 1:16-cv-00677
- Benavides, Armando (Estate), 1:17-cv-02047
- Poggensee, Edward, 1:17-cv-02675
- Scheinok, Sally (Estate), 1:17-cv-03285
- Burns, Christine, 1:20-cv-00968

**SO ORDERED** this 11th day of March 2021.

Roger A.G. Sharpe, Clerk

BY: ____Nina M. Doyle____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.