IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 3/11/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

This Document Relates to Plaintiff:
Nora McCrae
Civil Case No.  1:17-cv-01487

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Nora McCrae, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:17-cv-01487) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/17/2020                                  Respectfully submitted,

                                                  THE NATIONS LAW FIRM

                                                    /s/ Howard L. Nations
                                                  Howard L. Nations
                                                  Texas Bar No. 14823000
                                                  9703 Richmond Ave.
                                                  Suite 200
                                                  Houston, Texas 77042
                                                  Telephone:  (713) 807-8400
                                                  Facsimile:  (713) 807-8423

                                                  **ATTORNEYS FOR PLAINTIFFS**