IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**CHARLES WILLIAM DACHTON**

Civil Case # ___1:20-cv-02210-RLY-TAB 0221___

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   CHARLES WILLIAM DACHTON

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   NONE

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   NONE

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   FLORIDA

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   FLORIDA

6. Plaintiff's/Deceased Party's current state of residence:

   FLORIDA

7. District Court and Division in which venue would be proper absent direct filing:

   FORT LAUDERDALE   UNITED STATE DISTRICT COURT OF FLORIDA

8. Defendants (Check Defendants against whom Complaint is made):

   [X]   **Cook Incorporated XXX**

   [X]   **Cook Medical LLC XXX**

   [X]   William Cook Europe ApS

9. Basis of Jurisdiction:

   [X]   Diversity of Citizenship

   [ ]   Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   ParaVenue: Paragraph 27graph 6 through 28, inclusi e

   Subject Matter Jurisdiction: Paragraph 23

   Personal Jurisdiction: Paragraph 24 and 26

   b.  Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ **Cook Celect® Vena Cava Filter XXXX**
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum

Other: _____

11. Date of Implantation as to each product:

    11/21/2016

12. Hospital(s) where Plaintiff was implanted (including City and State):

    11/26/2016 - MEMORIAL WEST HOSPITAL, HOLLYWOOD, FLORIDA

13. Implanting Physician(s):

    RAFAEL E. SANCHEZ, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☒ Count I:    Strict Products Liability – Failure to Warn
    - ☒ Count II:   Strict Products Liability – Design Defect
    - ☒ Count III:  Negligence
    - ☒ Count IV:   Negligence Per Se

- [x] Count V: Breach of Express Warranty
- [x] Count VI: Breach of Implied Warranty
- [x] Count VII: Violations of Applicable  FLORIDA  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- [ ] Count VIII: Loss of Consortium
- [ ] Count IX: Wrongful Death
- [ ] Count X: Survival
- [x] Count XI: Punitive Damages
- [x] Other: _____ (please state the facts supporting this Count in the space, immediately below)

All other counts and claims for relief set forth in the Master Complaint for an amount to be determined.

- [x] Other: _____ (please state the facts supporting this Count in the space, immediately below)

Defendants expressly and impliedly warranted that the Cook IVC Filter was a permanent lifetime implant and downplayed the risks associated with migration, perforation, tilt, fracture, and other risk relied upon by the Plaintiff to his detriment.

15. Attorney for Plaintiff(s):
CAM F. JUSTICE

16. Address and bar information for Attorney for Plaintiff(s):
Justice Law 8551 WEST SUNRISE BLVD., SUITE 300, PLANTATION, FL 33322

DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

4

Respectfully submitted,

JUSTICE LAW
*Attorneys for Plaintiff*
8551 W. Sunrise Blvd, Suite 300
Plantation, Florida 33322
T: 954-515-5656
F: 954-515-5657
Eservice: justicepleadings@justiceinjurylawyer.com

By: __/s/ Cam F. Justice_____
    CAM F. JUSTICE
    FLA. Bar #119105
    ADAM D. BREIT
    FLA. Bar #102541

## CERTIFICATE OF SERVICE

WE HEREBY certify that on this _5th_ day of March, 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

By: __/s/ Cam F. Justice_____
    CAM F. JUSTICE
    FLA. Bar #119105
    ADAM D. BREIT
    FLA. Bar #102541