IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is
> dismissed with prejudice.
> Dated: 3/11/2021
>
> *RICHARD L. YOUNG, JUDGE*
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to Plaintiffs:
John Russell Foglia II and Janice Irene Foglia
Civil Case No.  1:17-cv-01180

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff John Russell Foglia II and Janice Irene Foglia, by and through the
undersigned counsel, pursuant to paragraph 3 of  Case  Management  Order 28, "Screening  for
Time-Barred  Cases" ("CMO  28"), and hereby respectfully give notice of the voluntary dismissal
with prejudice of the above-styled lawsuit (Civil Action No. 1:17-cv-01180) as to defendants Cook
Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28,
each side will bear its own costs and attorney's fees.

Date: 12/17/2020                               Respectfully submitted,

                                               **THE NATIONS LAW FIRM**

                                                  */s/ Howard L. Nations*
                                               Howard L. Nations
                                               Texas Bar No. 14823000
                                               9703 Richmond Ave.
                                               Suite 200
                                               Houston, Texas 77042
                                               Telephone:  (713) 807-8400
                                               Facsimile:  (713) 807-8423

                                               **ATTORNEYS FOR PLAINTIFFS**