IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 3/11/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Gary Charles Wilson and Joyce Cynthia Wilson
Civil Case No. 1:17-cv-00994

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Gary Charles Wilson and Joyce Cynthia Wilson, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:17-cv-00994) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/17/2020

Respectfully submitted,

**THE NATIONS LAW FIRM**

*/s/ Howard L. Nations*
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Ave.
Suite 200
Houston, Texas 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423

**ATTORNEYS FOR PLAINTIFFS**