APPROVED. Cases are dismissed with prejudice.
Dated: 3/11/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Plaintiffs:

    Robert Alukonis, 1:19-cv-02399
    Jeff Davidson, 1:19-cv-01772
    Cathleen Demaray, 1:17-cv-00215
    Sara Greene, 1:18-cv-01970
    Clarence Ferguson, 1:19-cv-02339
    Darryl Crockett, 1:19-cv-04355
    Elizabeth Dockery, 1:20-cv-00022
    Christopher Hodges, 1:19-cv-03024
    Terrence Jones, 1:20-cv-00442

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the above-titled Plaintiffs and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28, Screening for Time-Barred Cases ("CMO 28") and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuits as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants"). In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 17, 2020

Respectfully submitted,

**JOHNSON LAW GROUP**

/s/ Basil Adham
Basil Adham, (TX Bar No. 24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December 2020, I electronically transmitted the foregoing Notice of Voluntary Dismissal With Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Basil Adham