IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):

RONALD JAY BARBER

Civil Case # 1:19-cv-00665-RLY-TAB

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.7(b), Douglass A. Kreis and the law firm of Aylstock Witkin Kreis & Overholtz, PLLC, counsel of record for Plaintiff, Ronald Jay Barber, move this Court for an Order allowing them to withdraw as counsel of record for Plaintiff, Ronald Jay Barber, in the above captioned multidistrict litigation. The Plaintiff and counsel disagree over further handling of this claim, and counsel seeks to withdraw. Counsel has advised Plaintiff, Ronald Jay Barber, in writing of their intent to withdraw from this matter.

As a courtesy to Plaintiff, we request that the above named Plaintiff be allowed up to 60 days to secure new counsel and file Notice of their new representation.

Dated: March 11, 2021         Respectfully submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

*/s/ Douglass A. Kreis*
Douglass A. Kreis, FL Atty. No. 129704
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
Email: DKreis@awkolaw.com

Attorneys for Plaintiff(s)

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 11th day of March, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

                              */s/ Douglass A. Kreis*