IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Master Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff(s):

PATRICK HALEY II

Civil Case # 2:20-cv-01024-RLY-TAB

---

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

---

Pursuant to Local Rule 83.7(b), Douglass A. Kreis and the law firm of Aylstock Witkin Kreis & Overholtz, PLLC; and Peter C. Wetherall and the law firm of Wetherall Group LTD., all counsel of record for Plaintiff, Patrick Haley II, move this Court for an Order allowing them to withdraw as counsel of record for Plaintiff, Patrick Haley II, in the above captioned multidistrict litigation. The Plaintiff and counsel disagree over further handling of this claim, and counsel seeks to withdraw. Counsel has advised Plaintiff, Patrick Haley II, in writing of their intent to withdraw from this matter.

As a courtesy to Plaintiff, we request that the above named Plaintiff be allowed up to 60 days to secure new counsel and file Notice of their new representation.

Dated: March 11, 2021          Respectfully submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

*/s/ Douglass A. Kreis*
Douglass A. Kreis, FL Atty. No. 129704
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
Email: DKreis@awkolaw.com

Peter C. Wetherall
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148-4845
Telephone: (702) 838-8500
Facsimile: (702) 837-5081
Email: pwetherall@wetherallgroup.com

Attorneys for Plaintiff(s)

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 11th day of March, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Douglass A. Kreis*