HESS, Janet Lynn 76, passed away on Wednesday, July 17, 2019 at Springfield Regional Medical Center. She was a beloved sister, mother, grandmother, aunt, cousin, and friend. Janet was born             1942 to Alfred and Julia (Beeson) Hess in            , Ohio. She was preceded in death by her parents and brothers, Phillip and James. Survivors include children, Daniel (Abigail) Horn and Theresa (Jeffrey) Bonn, grandchildren, Joseph (Carly) Horn, Andrew (Melissa) Horn, Emily (Jeremy) Newport, Audrey Bonn, and Libby Bonn, great-grandchild, Eloise Newport, two brothers, Edward (April) Hess and Ronald (Karis) Hess, nieces, Gretchen (Jeff) Mountain, Christina (Jason) Bakewell, Monika (Drew) Chess,

nephew, Erich (Whitney) Hess, and great-nephews and nieces. Janet graduated from Julienne High School and worked in dental offices for many years. She volunteered at St. Raphael Church and Springfield Regional Medical Center. An avid reader, Janet truly enjoyed conversing about books and plays. Travel planning was one of her favorite past times. Above all, family was her greatest joy. Memorial contributions may be made to the American Heart Association. Mass of Christian Burial will be held at St. Raphael Church on Saturday, July 27 at 10:00 am. Arrangements by CONROY FUNERAL HOME.

To Plant Memorial Trees in memory, please visit our Sympathy Store.

Published in Springfield News Sun on Jul. 21, 2019.

**Hess**
See n