IN THE UNITED STATES DISTRUCT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                  MDL No. 2570

_____

This Document Relates to Plaintiff:

Janet Lynn Hess
Cause No. 1:17-cv-02411-RLY-TAB

_____

**PLAINTIFFS' MOTION TO MAINTAIN DOCUMENT
UNDER SEAL [Dkt Nos 16043-1 and 16127)**

Plaintiff by and through undersigned counsel hereby requests the Court maintain document under seal, specifically the March 12, 2021 filing of the Redacted Obituary of Janet Lynn Hess (Dkt. No. 16127).  Plaintiff requests that the March 10, 2021 filing of Dkt No. 16043-1 be replaced with Dkt No. 16127, as the Exhibit for the Suggestion of Death of Janet Lynn Hill filed March 10, 2021 (Dkt. No. 16043), because Dkt No. 16043-1 contain personal identifying information protected from disclosure pursuant to pursuant to Fed. R. Civ. P. 5.2.

WHEREFORE, Plaintiff respectfully request the Court grant the instant motion and replace document Dkt No. 16043-1 with document Dkt No. 16127 and maintain the same under seal without prejudice.

Date: March 12, 2021.

        Respectfully submitted,

        _/s/Barry D. Levy_____
        Barry D. Levy, Esq
        O'CONNOR, ACCIANI & LEVY LPA
        600 Vine Street, Suite 1600
        Cincinnati, Ohio 45202
        T: 513-241-7111
        F: 513-241-7197
        Email: BDL@oal-law.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served electronically and notice of service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECM participants registered to receive service in this matter this __12th__ day of March 2021. Parties may access this filing through the Court's system.

                                                                                          */s/ Barry D. Levy*  
                                                                                          Barry D. Levy  
                                                                                          *Attorney for Plaintiff*