IN THE UNITED STATES DISTRUCT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff:

Janet Lynn Hess
Cause No. 1:17-cv-02411-RLY-TAB

_____

## ORDER GRANTING
## PLAINTIFF MOTION TO MAINTAIN DOCUMENT
## UNDER SEAL [Dkt Nos 16043-1 and 16127)

Upon Motion by Plaintiff, and for good cause shown, the Court hereby Grants Plaintiff's Motion to Maintain Document Under Seal. Plaintiff's filing of Dkt No. 16127 shall be maintained in place of Dkt No.16043-1 under seal without prejudice.

SO ORDERED.

Date: _____

_____
HONORABLE JUDGE RICHARD L. YOUNG
United States District Court
Southern District of Indiana