IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

PATRICK HALEY II

Civil Case # 2:20-cv-01024-RLY-TAB

### [proposed] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter is before the Court for Plaintiff's motion to withdraw as counsel.

Upon consideration and for good cause, the movant's motion to withdraw is granted. Douglass A. Kreis of Aylstock, Witkin, Kreis & Overholtz, PLLC, and Peter C. Wetherall of Wetherall Group LTD are terminated as counsel of record for the Plaintiff. The movant shall serve a copy of this Order upon Plaintiff.

Upon termination of movant from the docket, the Clerk shall list the Plaintiff as pro se with the following contact information: 1661 South Corbin Street, Pahrump, NV 89048-0624.

Plaintiff Patrick Haley II is granted 60 days from the date of this order to secure counsel or shall proceed pro se in this litigation.

IT IS ORDERED this _____ day of _____, 2021.

HONORABLE RICHARD L. YOUNG

Distribution to all registered counsel of record via ECF.

Paper copy shall be served upon Plaintiff Patrick Haley II via first-class U.S. Mail at his last known address of 1661 South Corbin Street, Pahrump, NV 89048-0624.