IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is dismissed with prejudice.
> Dated: 3/12/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Plaintiff:
Brad Elliott Fritz
Civil Case No.  1:17-cv-01419

_____

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Brad Elliott Fritz, by and through the undersigned counsel, pursuant

to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"),

and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled

lawsuit (Civil Action No. 1:17-cv-01419) as to defendants Cook Incorporated, Cook Medical LLC

and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its own costs and

attorney's fees.

Date: 12/17/2020                                   Respectfully submitted,

                                                   **THE NATIONS LAW FIRM**

                                                       */s/ Howard L. Nations*
                                                   Howard L. Nations
                                                   Texas Bar No. 14823000
                                                   9703 Richmond Ave.
                                                   Suite 200
                                                   Houston, Texas 77042
                                                   Telephone:  (713) 807-8400
                                                   Facsimile:  (713) 807-8423

                                                   **ATTORNEYS FOR PLAINTIFFS**