> APPROVED. Case is dismissed with prejudice.
> Dated: 3/12/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

This Document Relates to Plaintiffs:
Gail Ann Carlson and Daniel Axel Carlson
Civil Case No.  1:17-cv-01421

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Gail Ann Carlson and Daniel Axel Carlson, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:17-cv-01421) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/17/2020                              Respectfully submitted,

                                              THE NATIONS LAW FIRM

                                               */s/ Howard L. Nations*
                                              Howard L. Nations
                                              Texas Bar No. 14823000
                                              9703 Richmond Ave.
                                              Suite 200
                                              Houston, Texas 77042
                                              Telephone:  (713) 807-8400
                                              Facsimile:  (713) 807-8423

                                              **ATTORNEYS FOR PLAINTIFFS**