> APPROVED. Case is dismissed with prejudice.
> Dated: 3/12/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiffs:

1:19-cv-04838, Nicole Stepp v. Cook Incorporated et al

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Nicole Stepp, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:19-cv-04838-RLY-TAB filed on December 8, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 17, 2020

Respectfully Submitted,

**THE SEIDEMAN LAW FIRM, P.C.**

/s/  Scott R Seideman
200 Adriatic Parkway, Suite 102
McKinney, Texas 75072
Telephone: (214) 752-0443
Facsimile:   (214) 752-0449
Email: sseid@seidlaw.com

*Attorney for the Plaintiff Nicole Stepp*