

APPROVED. Case is dismissed with prejudice.
Dated: 3/12/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB |
| This Document Relates to Plaintiff:<br><br>April Moore<br>Case No.: 1:17-cv-03014 | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

COMES NOW Plaintiff, April Moore, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:17-cv-03014-LJM-MJD filed on August 31, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 18, 2020

                                            Respectfully Submitted,

                                            s/ Gregory N. McEwen
                                            Gregory N. McEwen
                                            gmcewen@mcewenlaw.com
                                            MCEWEN LAW FIRM LIMITED
                                            5850 Blackshire Path
                                            Inver Grove Heights, MN 55076
                                            P: 651.224.3833
                                            F: 651.223.5790

                                            **ATTORNEY FOR PLAINTIFF**