IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)                                  Plaintiff Demands a Trial by Jury

Linda C. Paskiewicz

Civil Case # 1:20-cv-03251-RLY-TAB

**CONSENT MOTION TO AMEND SHORT FORM COMPLAINT**

Pursuant to Federal Rules of Civil Procedure, Rule 15, Plaintiff moves this Court to amend her Short Form Complaint in the above captioned action and, in support, states as follows:

1. A party may amend her pleading "[w]ith the opposing party's written consent." Fed. R. Civ. P. 15(a)(2).

2. A party may also amend the pleadings as may be necessary "at any time" "to conform them to the evidence." Fed. R. Civ. P. 15(b)(2).

3. Plaintiff listed her implant date on her Short Form Complaint ("SFC") as "approximately June 9, 2011."

4. Plaintiff's actual date of implant was June 13, 2011.

5. Plaintiff also listed her place of implant and implanting physician as "unknown" in her SFC.

6. Plaintiff seeks to amend her SFC to clarify that her Cook IVC filter was implanted on June 13, 2011 and include the name of the hospital in which she was implanted and her implanting physician.

7. The proposed Amended Short Form Complaint is attached as Exhibit A.

8. Plaintiff sought and received written consent for this amendment from the Cook Defendants.

                        Respectfully submitted,

                        */s/Paul L. Stoller*
                        Paul L. Stoller
                        (Admitted Pro Hac Vice, AZ Bar No. 016773)
                        **DALIMONTE RUEB STOLLER LLP**
                        2425 East Camelback Rd, Suite 500
                        Phoenix, Arizona 85016
                        Telephone: (602) 88-2807
                        Facsimile: (855) 203-2035
                        Email: paul@drlawllp.com

                        ***Lead Counsel for Plaintiff***

Dated: March 12, 2021

## **CERTIFICATE OF SERVICE**

      I certify that on March 12, 2021, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

                                       */s/Paul L. Stoller*
                                       Paul L. Stoller