IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Linda C. Paskiewicz 1:20-cv-03251-RLY-TAB

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion to Amend Short Form Complaint, it is found that good cause is shown. Therefore, said motion is **GRANTED**. Plaintiff is **ORDERED** to file the Amended Short Form Complaint within seven (7) days of the date of this order.

So ordered this ____ day of March, 2021.

_____

Tim A. Baker, USMJ