# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dan Rathbun 1:20-cv-00031-RLY-TAB

## PLAINTIFF'S MOTION TO AMEND CAPTION

Now comes Plaintiff Dan Rathbun ("Plaintiff") by and through his undersigned counsel and herby moves this Court to amend his name the caption in the instant case from Dan Rathbun to Daniel R. Rathbun. As grounds therefore, Plaintiffs state as follows:

1. On January 6, 2020, Plaintiff's former counsel filed a Short Form Complaint ("SFC") into the above captioned MDL on behalf of Plaintiff (Dkt 1).

2. Plaintiff's SFC listed his name as Dan Rathbun.

3. Plaintiff's full and correct name is Daniel Ray Rathbun.

4. Plaintiff seeks to amend the caption correct his name to Daniel R. Rathbun.

5. No prejudice would result from this amendment.

WHEREFORE, Plaintiff respectfully requests that this Court amend his name in the caption of the instant case from Dan Rathbun to Daniel R. Rathbun.

| | |
|---|---|
| Dated: March 12, 2021 | Respectfully submitted, |//

Dated: March 12, 2021

Respectfully submitted,

By his attorneys,
/s/*DRAFT*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Attorneys for Plaintiff Dan Rathbun*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                          */s/ Paul L. Stoller*
                                                          Paul L. Stoller