**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
  PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Dan Rathbun 1:20-cv-00031-RLY-TAB

_____

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Motion to Amend Caption it is found that good cause is shown. Therefore, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to amend the Plaintiff's name from Dan Rathbun to Daniel R. Rathbun in the caption of the instant case.

So ordered this ____ day of March, 2021.

_____

Tim A. Baker, USMJ