IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>BEVERLY ANN BROWN<br>Civil Case #1:20-cv-647 | |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Plaintiff Beverly Ann Brown and files this motion to substitute her surviving next of kin, Edith Route, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Beverly Ann Brown filed the present action in the United States District Court of the Southern District of Indiana on February 27, 2020.

2. Plaintiff Beverly Ann Brown died on January 23, 2021.

3. On March 16, 2021, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 16221 and Doc. No. 9.  Plaintiff's counsel recently learned of the death of Ms. Brown after filing the lawsuit and contacting her daughter.

4. Edith Route, sister of Beverly Ann Brown, is the proper party plaintiff to substitute for Plaintiff-decedent Beverly Ann Brown and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by

any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Edith Route as the proper party plaintiff in this action.

Respectfully submitted March 16, 2021.

/s/ David M. Langevin
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 16, 2021

/s/ *David M. Langevin*
David M. Langevin