UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Plaintiffs' Steering Committee's Unopposed Motion to Extend Deadline to Amend Short Form Complaints

The Plaintiffs' Steering Committee respectfully requests the Court to extend the deadline by which Plaintiffs have to amend their short form complaints to include allegations of fraudulent concealment by seven (7) days. In support, the PSC states:

1. Currently, Plaintiffs have until March 19, 2021 to amend their short form complaints to include allegations of fraudulent concealment.

2. The PSC respectfully requests an additional seven (7) days for Plaintiffs to complete this task.

3. This motion has been discussed with counsel for Cook, who has no objection to this motion.

4. Should the Court grant this motion, the new deadline would be March 26, 2021.

**Wherefore**, the Plaintiffs' Steering Committee respectfully requests the Court for an additional seven (7) days for Plaintiffs to amend their short form complaints to

1

include allegations of fraudulent concealment, and for all further just and appropriate relief in the premises.

                                       Respectfully Submitted,

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
WILLIAMS & PIATT, LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
(317) 633-5270 / Fax: (317) 426-3348
Email: joe@williamspiatt.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

/s/ *Michael W. Heaviside*
Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
(202) 223-1993
mheaviside@hrzlaw.com

/s/ *Ben C. Martin*
Ben C. Martin, Esq.
MARTIN BAUGHMAN, PLLC
3141 Hood Street, Suite 600
Dallas, TX 75219
(214) 761-6614 / Fax: (214) 744-7590
bmartin@martinbaughman.com

/s/ *David P. Matthews*
David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX 77098
(713) 522-5250 / Fax: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## Certificate of Service

      I hereby certify that on the 16th day of March, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/ Joseph N. Williams*
                                                    Joseph N. Williams