UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**All Cases** | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

## Order Granting Plaintiffs' Steering Committee's Unopposed Motion to Extend Deadline to Amend Short Form Complaints

This matter comes before the Court on Plaintiffs' Steering Committee's Unopposed Motion to Extend Deadline to Amend Short Form Complaints, which motion is on file and part of the Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' Steering Committee's motion is **granted**.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiffs shall have up to and including March 26, 2021 to amend their short form complaints to include allegations of fraudulent concealment.

**All of Which is Ordered** _____.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.