AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| ALICIA SMITH-SALINAS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-04449-RLY-TAB |
| COOK MEDICAL, INC., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, ALICIA SMITH-SALINAS.

Date: 03/17/2021

/s/ Jasmine N. Thompson
*Attorney's signature*

Jasmine N. Thompson, TX Bar No. 24104427
*Printed name and bar number*

SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270
*Address*

jthompson@sgptrial.com
*E-mail address*

(214) 276-7680
*Telephone number*

(214) 276-7699
*FAX number*