## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
South Carolina District of South Carolina

Case Number: 3:21-CV-00581-MDL

Plaintiff:
**Richard E. Reeves**

vs.

Defendant:
**Cook Incorporated,
Cook Medical, LLC f/k/a
Cook Medical Incorporated, and
Cook Group In Corporated**



ONT2021001008

For:
Christina E. Mancuso
1201 Elm Street
Suite 3400
Dallas, TX 75270

Received by On Time Process Service on the 1st day of March, 2021 at 9:02 am to be served on **Registered Agent for Cook Incorporated Corporation Service Company, 135 N Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**.

I, Ryan David Fortune, being duly sworn, depose and say that on the **2nd day of March, 2021** at **10:00 am**, I:

Executed service by hand delivering a true copy of the **Summons in a Civil Action; Complaint and Demand for Jury Trial**, to: **Stuart Settle, of Corporation Service Company personally** as **Authorized Agent** at the address of: **135 N Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**, who is authorized to accept service for **Cook Incorporated**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 145, Hair: Brown, Glasses: N

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 2nd day of March, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

**Ryan David Fortune**
Process Server

On Time Process Service
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999

Our Job Serial Number: ONT-2021001008
Ref: Richard E. Reeves

AMY LYNN FORTUNE
Notary Public, State of Indiana
Johnson County
Commission # 711595
My Commission Expires
March 18, 2026

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1l