IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff(s) **William Leonard** | Motion [16038] granted. The appearance of attorney Andrew T. Solomon is withdrawn.<br><br>Tim A. Baker<br>U.S. Magistrate Judge<br>3/17/2021 |
| Civil Case # 1:21-cv-06349-RLY-TAB | |

**PLAINTIFF'S MOTION TO WITHDRAW
APPEARANCE BY ANDREW T. SOLOMON**

Plaintiff William Leonard, by his undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1. The above-captioned case was initially filed in the United States District Court for the Eastern District of New York, where it was captioned *Leonard v. Cook Incorporated et al.*, 2:20-cv-06116

2. On February 23, 2021, this case was transferred to this Court and into MDL No. 2570. (Dkt. No. 9).

3. Andrew T. Solomon, from the law firm Solomon & Cramer LLP, previously appeared on William Leonard's behalf while this case was pending in the MDL. For that reason, Andrew T. Solomon was listed as counsel of record for the Plaintiff in this case.

4. Now, since this case was transfer to the MDL, David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Andrew T. Solomon as trial counsel.