UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

## Order Granting Plaintiffs' Steering Committee's Unopposed Motion to Extend Deadline to Amend Short Form Complaints

This matter comes before the Court on Plaintiffs' Steering Committee's Unopposed Motion to Extend Deadline to Amend Short Form Complaints, which motion is on file and part of the Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' Steering Committee's motion is **granted**.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiffs shall have up to and including March 26, 2021 to amend their short form complaints to include allegations of fraudulent concealment.

SO ORDERED this 17th day of March 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to
Registered Counsel of Record

1