# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Shaunta M. Bunch

Civil Case No. 1:16-cv-01413-JMS-MPB

## SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the records, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Shaunta M. Bunch on December 20, 2017, and moves this Court to substitute her daughter, Lisa Parsons, as Representative of the Estate of Shaunta M. Bunch, Deceased.

Plaintiff Shaunta M. Bunch originally filed a products liability lawsuit against Defendants on June 8, 2016 in the Southern District of Indiana, Indianapolis Division.

On or about April 26, 2017, Plaintiff's counsel served Defendants with a Plaintiff Profile Sheet that listed Lisa Parsons as Shaunta M. Bunch's daughter.

Lisa Parsons is listed as Plaintiff's daughter in the attached Petition for Order Determining Heirs. (Exhibit A.) Personal data identifiers ("PDI"), as defined by Fed. R. Civ. P. 5.2(a) that is unnecessary for the determination off this Suggestion of Death and Motion for Substitution have been redacted from the Petition Exhibit A.

Lisa Parsons has agreed, by and between her natural siblings, to act as personal representative of the estate Personal Representative of the Estate of Shaunta M. Bunch, Deceased for the purposes of this litigation. (*See, e.g.,* Exhibit A at 2 (other surviving children of Shaunta

M. Bunch).)

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that Lisa Parsons, as Personal Representative of the Estate of Shaunta M. Bunch, Deceased, be substituted in place of Shaunta M. Bunch in this action, so that Decedent's claims survive and the action on her behalf may proceed.

Dated: March 17, 2021

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Wendy R. Fleishman
Wendy R. Fleishman

Wendy R. Fleishman
Daniel E. Seltz
Daniel R. Leathers
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592
Emails:    wfleishman@lchb.com
           dseltz@lchb.com
           dleathers@lchb.com

*Counsel for Plaintiff Shaunta M. Bunch*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th of March, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL. Parties may access this filing through the Court's system.

/s/ Wendy R. Fleishman
Wendy R. Fleishman

2139544.2