**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Shaunta M. Bunch

Civil Case No. 1:16-cv-01413-JMS-MPB

**ORDER**

Considering the parties' Suggestion of Death and Motion to Substitute Party to substitute Lisa Parsons, Representative of the Estate of Shaunta M. Bunch, Deceased.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Suggestion of Death and Motion to Substitute Party to substitute Lisa Parsons, Representative of the Estate of Shaunta M. Bunch, Deceased, is GRANTED.

Dated: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana