# EXHIBIT A

Electronically Filed
3/15/2021 3:55 PM
Third Judicial District, Canyon County
Chris Yamamoto, Clerk of the Court
By: Shelli Kasper, Deputy Clerk

Todd Winegar (ISB 5841)
**Jones ♦ Williams ♦ Fuhrman ♦ Gourley, P.A.**
P.O. Box 1097
225 North 9th Street, Suite 820
Boise, Idaho 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
twinegar@idalaw.com

Attorneys for Petitioner, Lisa L. Parsons

IN THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CANYON

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF <br><br> SHAUNTA MARIE BUNCH, <br><br> Deceased. | CASE NO. CV14-21-02343 <br><br> PETITION FOR ORDER DETERMINING HEIRS <br> (I.C. 15-3-108) |

Petitioner, Lisa Parson, states and represents to the Court that:

1. Petitioner's interest in this matter is that of a person having an interest in the estate of the decedent. Petitioner is the decedent's surviving child, holds property jointly with the decedent and pursuant to Idaho Code § 15-1-201(25) is an Interested Person.

2. The decedent, Shaunta Marie Bunch, died on December 19, 2017, at the age of 49 years. A true and correct copy of the decedent's death certificate is attached hereto as Exhibit A.

3. Venue is proper because at the time of death the decedent was domiciled in Canyon County, Idaho.

4. The estate of Shaunta Marie Bunch, was never probated and cannot now be probated because more than three (3) years have passed since her death. See I.C. § 15-3-108.

5. The names and addresses of living heirs of the decedent, and the ages of those who are minors are as follows:

PETITION FOR ORDER DETERMINING HEIRS - PAGE 1

| NAMES | ADDRESSES | RELATIONSHIP |
|---|---|---|
| Lisa L. Parsons | | Child |
| James Robert E. Thompson | | Child |
| Leslie M. Doyle | | Child |
| Jacob D. Thompson | | Child |

6. At the time of the decedent's death, distribution of the decedent's estate was governed by the provisions of Idaho Code Section 15-2-103(a) which provides that if there is no surviving spouse the intestate estate passes to the issue of the decedent, and if the issue are all of the same degree of kinship they take equally.

7. The decedent, Shaunta Marie Bunch, was survived by her four children listed above and was not survived by a spouse. Each of the foregoing children are of the same degree of kinship and the decedent's estate passes to each of them in equal shares.

8. Shaunta Marie Bunch's estate consists of all property owned by her at the time of her death, including without limitation the following described real property:



WHEREFORE, Petitioner requests that:

1. The Court fix a time and date of hearing.

2. Notice be given as required by law.

3. The Court enter an Order determining the heirs of the decedent and that Lisa L. Parsons, James Robert E. Thompson, Leslie M. Doyle and Jacob D. Thompson are the heirs of the estate.

PETITION FOR ORDER DETERMINING HEIRS - PAGE 2

Jones ♦ Williams ♦ Fuhrman ♦ Gourley, P.A.

Dated: 3/15, 2021

_____
Todd Winegar of the Firm, Attorneys for Petitioner,
Lisa Parsons

## VERIFICATION

STATE OF IDAHO ) 
                        : ss
COUNTY OF Ada )

Petitioner, being sworn, says that the facts set forth in the foregoing petition are true, accurate, and complete to the best of petitioner's knowledge and belief.

_____
Lisa Parsons, Petitioner

STATE OF IDAHO ) 
                        ) ss.
County of Ada )

On this 15th day of March, 2021, before me Todd Winegar, personally appeared Lisa Parsons, known or identified to me (or proved to me on the oath of _____), to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_____
NOTARY PUBLIC FOR IDAHO
Residing at BOISE, ID
My Commission Expires 4/27/2021

PETITION FOR ORDER DETERMINING HEIRS - PAGE 3

# STATE OF IDAHO
IDAHO DEPARTMENT OF HEALTH AND WELFARE
BUREAU OF VITAL RECORDS AND HEALTH STATISTICS

## CERTIFICATE OF DEATH

Date Filed: DECEMBER 20, 2017
State File No.: 2017-13241

| Field | Value |
|---|---|
| DECEDENT - LEGAL NAME | SHAUNTA MARIE BUNCH |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | [redacted] |
| AGE | 49 YEARS |
| DATE OF BIRTH | [redacted] |
| BIRTHPLACE | PORTLAND, OREGON |
| PLACE OF RESIDENCE | CALDWELL, IDAHO |
| MARITAL STATUS AT TIME OF DEATH | DIVORCED |
| NAME OF SURVIVING SPOUSE | |
| WAS DECEDENT EVER IN U.S. ARMED FORCES? | NO |
| FATHER - NAME | UNKNOWN UNKNOWN |
| BIRTHPLACE | UNKNOWN/NOT STATED |
| MOTHER - MAIDEN NAME | REBECCA MARIE BUNCH |
| BIRTHPLACE | UNKNOWN/NOT STATED |
| METHOD OF DISPOSITION | CREMATION |
| FUNERAL SERVICE LICENSEE | JAMES SCHMERER |
| NAME AND ADDRESS OF FUNERAL FACILITY | ALL VALLEY CREMATION & BURIAL, NAMPA, IDAHO |
| DATE OF DEATH | DEC. 19, 2017 |
| TIME OF DEATH | 3:10 A.M. |
| CITY, TOWN OR LOCATION OF DEATH | NAMPA, IDAHO |
| COUNTY OF DEATH | CANYON |
| CAUSE OF DEATH (underlying cause last) a. | ENDOMETRIUM CANCER - METS LIVER-LUNG-BONE |
| Approximate Interval Between Onset and Death | MONTHS |
| OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH | NONE STATED |
| WAS AN AUTOPSY PERFORMED? | NO |
| MANNER OF DEATH | NATURAL |
| NAME OF CERTIFIER | JUDITH M. PERRY, N.P. |
| TITLE | A.P.R.N. |

EXTERNAL CAUSES ONLY

This is a true and correct reproduction of the document officially registered and placed on file with the IDAHO BUREAU OF VITAL RECORDS AND HEALTH STATISTICS.

DATE ISSUED: DECEMBER 20, 2017

JAMES B. AYDELOTTE

This copy not valid unless prepared on engraved border displaying state seal and signature of the Registrar.

EXHIBIT A