IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                         MDL No. 2570

This Document Relates to:
   1:16-cv-2382   Fernita Catchings

## MOTION TO DISMISS WITHOUT PREJUDICE

Comes now Matthew L. White and Mark K. Gray of the law firm of Gray and White Law and respectfully requests this Court to grant their motion to Dismiss Without Prejudice. Counsel has been unable to establish contact with Plaintiff despite their best efforts to do so including efforts made via telephone and United States Postal Service. Therefore, they move to dismiss this case without prejudice pursuant to Rule 41(a)(2), as this Court has previously indicated is the appropriate course of action rather than seek permission to withdraw as counsel.

Furthermore, Counsel for Plaintiff respectfully requests the Court grant Plaintiff thirty (30) days to show cause why her case should not be dismissed.

Respectfully Submitted,

/s/ Matthew L. White
Matthew L. White      (#88595)
GRAY AND WHITE LAW
2301 River Road, Suite 300
Louisville, KY 40006
Ph: (502) 805-1800
mwhite@grayandwhitelaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      WE HEREBY certify that on this 17th day of March 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Copy was mailed to the plaintiff by certified mail.

Fernita Catchings
1857 Asbury Circle, Apt 201
Joliet, IL 60435

                                                                /s/ Matthew L. White
                                                                Matthew L. White