IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                         MDL No. 2570

This Document Relates to:
  1:16-cv-2382   Fernita Catchings

## ORDER TO DISMISS WITHOUT PREJUDICE

Matthew L. White and Mark K. Gray of the law firm of Gray and White Law having respectfully requested this Court to grant their Motion to Dismiss Without Prejudice as Counsel has been unable to establish contact with Plaintiff despite their best efforts;

It is Hereby Ordered that the case will be Dismissed Without Prejudice and the Court grants Plaintiff thirty (30) days to show cause why her case should not be dismissed.

_____
JUDGE,

_____
DATE

Copy was mailed to the plaintiff by certified mail.

Fernita Catchings
1857 Asbury Circle, Apt 201
Joliet, IL 60435