UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| *Nancy Moses,* 1:19-cv-02097-JMS-TAB | |

## STIPULATION OF DISMISSAL

Above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. Plaintiff may refile his case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. Plaintiff may not refile his case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

Dated: March 17, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher T. Kirchmer* | */s/ Kip S.M. McDonald* |
| Christopher T. Kirchmer | Kip S.M McDonald |
| PROVOST UMPHREY LAW FIRM LLP | FAEGRE DRINKER BIDDLE & REATH LLP |
| 490 Park Street | 300 N. Meridian Street, Suite 2500 |
| Beaumont, TX  77701 | Indianapolis, ID  46204 |
| Tel: 409-835-6000 | Tel: 317-237-0300 |
| Fax: 409-8138614 | Fax: 317-237-1000 |
| ckirchmer@provostumphrey.com | kip.mcdonald@faegredrinker.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |