IN THE UNITED STATES DISTRUCT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Janet Lynn Hess
Cause No. 1:17-cv-02411-RLY-TAB

**ORDER GRANTING
PLAINTIFF'S MOTION TO MAINTAIN
DOCUMENT UNDER SEAL [Dkt No. 16043-1]**

Upon Motion by Plaintiff, and for good cause shown, the Court hereby GRANTS Plaintiff's Motion to Maintain Document Under Seal (Dkt. 16130). Plaintiff's filing of Dkt No. 16043-1 shall remain under seal.

SO ORDERED.

Date: 3/18/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.