IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
**RICHARD E. REEVES, and**
**ANNA REEVES,**

Civil Case # 1:21-cv-6371-RLY-TAB

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiffs named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs further show the court as follows:

1. Plaintiff/Deceased Party:

    Richard E. Reeves

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Anna Reeves

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    South Carolina

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

1

South Carolina

6. Plaintiff's/Deceased Party's current state of residence:

South Carolina

7. District Court and Division in which venue would be proper absent direct filing:

District of South Carolina

8. Defendants (check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: N/A

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

       N/A

    b. Other allegations of jurisdiction and venue:

       N/A

10. Defendants Inferior Vena Cava Filter about which Plaintiff is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

11. Date of Implantation as to each product:

   July 11, 2014.

12. Hospital where Plaintiff was implanted (including City & State):

   Prisma Health Baptist Hospital, Columbia, South Carolina.

13. Implanting Physician:

   Dereck Jakes, M.D.

14. Counts in the Master Complaint brought by Plaintiffs:

   ☒   Count I:     Strict Products Liability – Failure to Warn

   ☒   Count II:    Strict Products Liability – Design Defect

   ☒   Count III:   Negligence

   ☒   Count IV:    Negligence Per Se

   ☒   Count V:     Breach of Express Warranty

   ☒   Count VI:    Breach of Implied Warranty

   ☒   Count VII:   Violations of Applicable SOUTH CAROLINA (insert State)

   Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   ☒   Count VIII:  Loss of Consortium

   ☐   Count IX:    Wrongful Death

   ☐   Count X:     Survival

   ☒   Count XI:    Punitive Damages

   ☐   Other: _____ (please state the facts supporting this

   Count in the space below)

   _____

RESPECTFULLY SUBMITTED this 18th day of March, 2021.

                                            **SIMON GREENSTONE PANATIER, P.C.**

                                            */s/ Christina Mancuso*
                                            Christina Mancuso, Esq.
                                            TX Bar No. 12891400
                                            1201 Elm Street, Suite 3400
                                            Dallas, Texas 75204
                                            Tel: (214) 276-7680
                                            Fax: (214) 276-7699
                                            cmancuso@sgptrial.com

                                            **ATTORNEY FOR PLAINTIFFS**