# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

Flack, Beth, individually and on behalf of
Virgil Flack, 1:17-cv-00677

### ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL EXHIBIT A TO DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28

This matter has come before the Court on The Cook Defendants' Motion [Dkt. 15901] to Maintain Under Seal **Exhibit A [Dkt. No. 15862]** to Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 (Plaintiff Beth Flack, individually and on behalf of Virgil Flack (Decedent) [Dkt. No. 15860].

The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit A [Dkt. No. 15862]** to Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 (Plaintiff Beth Flack, individually and on behalf of Virgil Flack (Decedent) [Dkt. No. 15860] **is to be maintained** *under seal.*

SO ORDERED.

Date: 3/18/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.