**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

---

This Document Relates Only to the Following Cases:

Hoskins, Jacqueline (Estate), 1:17-cv-03097

---

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN**
**UNDER SEAL EXHIBIT A TO DEFENDANTS' MOTION FOR JUDGMENT**
**IN PLAINTIFF'S CASE PURSUANT TO CMO-28**

This matter has come before the Court on The Cook Defendants' Motion [Dkt. 15902] to Maintain Under Seal **Exhibit A [Dkt. No. 15864]** to Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 (Plaintiff Jacqueline Hoskins (Estate)) [Dkt. No. 15863].

The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit A [Dkt. No. 15864]** to Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 (Plaintiff Jacqueline Hoskins (Estate)) [Dkt. No. 15863] **is to be maintained** *under seal.*

SO ORDERED,

Date: 3/18/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.