IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Linda C. Paskiewicz 1:20-cv-03251-RLY-TAB

## ORDER

Upon consideration of Plaintiff's Consent Motion to Amend Short Form Complaint (Dkt. 16166), it is found that good cause is shown. Therefore, said motion is **GRANTED**. Plaintiff is **ORDERED** to file the Amended Short Form Complaint within seven (7) days of the date of this order.

SO ORDERED.

Date: 3/18/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.