IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

BEVERLY ANN BROWN

Civil Case #1:20-cv-647

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF**

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff (Dkt. 16222).

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED**, and Edith Route, on behalf of the Estate of Beverly Ann Brown, is substituted as Plaintiff in the above referenced action.

The Clerk of the Court is directed to substitute Edith Route on behalf of the Estate of Beverly Ann Brown, in place of the deceased Plaintiff in the above referenced action.

Date: 3/18/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.