# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Shaunta M. Bunch

Civil Case No. 1:16-cv-01413

## ORDER

Considering the parties' Suggestion of Death and Motion to Substitute Party (Dkt. 16251) Lisa Parsons, Representative of the Estate of Shaunta M. Bunch, Deceased.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Suggestion of Death and Motion to Substitute Party to substitute Lisa Parsons, Representative of the Estate of Shaunta M. Bunch, Deceased, is GRANTED. The Clerk of the Court is directed to substitute Lisa Parsons, Representative of the Estate of Shaunta M. Bunch, in place of the deceased Plaintiff in the above referenced action.

Date: 3/18/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.