> APPROVED. Case is dismissed with prejudice.
> Dated: 3/18/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Christopher Flanagan, Individually
and as Personal Representative of the
Estate of Lynda Flanagan

Civil Case ID: 1:17-cv-01809

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Christopher Flanagan, Individually and as Personal Representative of the Estate of Lynda Flanagan, deceased, by and through the undersigned counsel, pursuant to Paragraph 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:17-cv-01809 filed on June 1, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date:   December 18, 2020

Respectfully submitted,

/s/*Stuart E. Scott*
Stuart E. Scott
Dustin B. Herman
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone (216) 696-3232
Facsimile (216) 696-3924
sscott@spanglaw.com
dherman@spanglaw.com

*Attorneys for Plaintiffs*