# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Jeanne Stimpel 1:20-cv-01104-RLY-TAB

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7(d), Patrick Allen McGale, as Executor of the Estate of Plaintiff Jeanne Stimpel, moves to substitute himself as Plaintiff in this action due to the death of Plaintiff Jeanne Stimpel, and moves to amend the caption to reflect same. As grounds therefore, Plaintiff states as follows:

1. On September 24, 2020, plaintiff Jeanne Stimpel passed away. See Death Certificate attached hereto as Exhibit "A."

2. Patrick Allen McGale is the Executor of the Will for the deceased Plaintiff. See select pages of Last Will and Testament of Jeanne Stimpel attached hereto as Exhibit "B."

3. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.

4. Notice of Death was provided on December 1, 2020. See Dkt 7, attached hereto as Exhibit "C."

WHEREFORE,  Plaintiff respectfully requests that this Court allow the substitution of Patrick Allen McGale as Executor of Plaintiff's Estate and anticipated representative of the Estate of Jeanne Stimpel, in place of the deceased Plaintiff, Jeanne Stimpel.

Dated: March 1, 2021                    Respectfully submitted,

                                        Jeanne Stimpel
                                        Deceased Plaintiff

                                        By his attorneys,
                                        /s/*Paul L. Stoller*
                                        Paul L. Stoller
                                        (Admitted *Pro Hac* Vice, AZ Bar No. 016773)
                                        **DALIMONTE RUEB STOLLER, LLP**
                                        2425 E. Camelback Road, Suite 500
                                        Phoenix, Arizona 85016
                                        Tel: (602) 888-2807
                                        Fax: (855) 203-2035
                                        paul@drlawllp.com

                                        *Attorneys for Plaintiff Jeanne Stimpel*

### Certificate of Service

I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this 1st day of March, 2021.

/s/ Paul L. Stoller
Paul L. Stoller