IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION 2570 | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. |

This Document Relates to:

Jeanne Stimpel  1:20-cv-01104-RLY-TAB

[PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion for Substitution of Party, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Patrick Allen McGale as Executor of Plaintiff's Estate and anticipated representative of the Estate of Jeanne Stimpel, in place of the deceased Plaintiff, Jeanne Stimpel in the instant case.

So ordered this ____ day of March, 2021.

_____

Richard L. Young, USDJ