# EXHIBIT A

# COUNTY OF SACRAMENTO
## DEPARTMENT OF HEALTH SERVICES

**CERTIFICATION OF VITAL RECORD**

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052020224495
LOCAL REGISTRATION NUMBER: 3202034009730

### Decedent's Personal Data
- 1. Name of Decedent – First (Given): **JEANNE**
- 2. Middle: **MELEAH**
- 3. Last (Family): **STIMPEL**
- 4. Date of Birth: (redacted)
- 5. Age: 62
- 6. Sex: F
- 7. Date of Death: 09/24/2020
- 8. Hour (24 Hours): 1307
- 9. Birth State/Foreign Country: CA
- 11. Ever in U.S. Armed Forces: NO
- 12. Marital Status: DIVORCED
- 13. Education: SOME COLLEGE
- 14/15. Was Decedent Hispanic/Latino(a)/Spanish: NO
- 16. Decedent's Race: WHITE
- 17. Usual Occupation: MANACURIST
- 18. Kind of Business or Industry: FASHION
- 19. Years in Occupation: 20
- 20. Decedent's Residence: 4141 PALM AVENUE
- 21. City: SACRAMENTO
- 22. County/Province: SACRAMENTO
- 23. Zip Code: 95842
- 24. Years in County: 30
- 25. State/Foreign Country: CALIFORNIA

### Informant
- 26. Informant's Name, Relationship: PATRICK MCGALE, SON
- 27. Informant's Mailing Address: 613 STAFFORD STREET, FOLSOM, CA 95630

### Spouse/SRDP and Parent Information
- 31. Name of Father/Parent – First: GENE
- 33. Last: HOLMES
- 34. Birth State: UNK - USA
- 35. Name of Mother/Parent – First: SONNIE
- 37. Last (Birth Name): TOWNSEND
- 38. Birth State: UNK - USA

### Funeral Director/Local Registrar
- 39. Disposition Date: 10/06/2020
- 40. Place of Final Disposition: RESIDENCE OF PATRICK MCGALE, 613 STAFFORD STREET, FOLSOM, CA 95630
- 41. Type of Disposition(s): CR/RES
- 42. Signature of Embalmer: NOT EMBALMED
- 44. Name of Funeral Establishment: MILLER FUNERAL HOME
- 45. License Number: FD467
- 46. Signature of Local Registrar: OLIVIA KASIRYE, MD
- 47. Date: 10/05/2020

### Place of Death
- 101. Place of Death: MERCY SAN JUAN MEDICAL CENTER
- 102. If Hospital, Specify One: IP
- 104. County: SACRAMENTO
- 105. Facility Address: 6501 COYLE AVENUE
- 106. City: CARMICHAEL

### Cause of Death
- 107. Cause of Death:
  - (A) Immediate Cause: ACUTE RESPIRATORY DISTRESS SYNDROME — DYS
  - (B) COVID-19 — DYS
- 108. Death Reported to Coroner: YES — Referral Number: 20-05572
- 109. Biopsy Performed: NO
- 110. Autopsy Performed: NO
- 112. Other Significant Conditions Contributing to Death: TYPE 2 DIABETES MELLITUS, TEMPORAL ARTERITIS
- 113. Was Operation Performed: NO
- 113A. If Female, Pregnant in Last Year: NO

### Physician's Certification
- 115. Signature and Title of Certifier: BILAL NASEER M.D.
- 116. License Number: A108471
- 117. Date: 10/01/2020
- 118. Type Attending Physician's Name, Mailing Address: BILAL NASEER M.D., 5 MEDICAL PLAZA DR STE 190, ROSEVILLE, CA 95661
- (A) Decedent Attended Since: 09/14/2020
- (B) Decedent Last Seen Alive: 09/24/2020

Barcode: *010001004678822*

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

DATE ISSUED: **October 15, 2020**

Barcode: *001909668*

Olivia Kasirye MD
OLIVIA KASIRYE, MD
LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.
PBNCO (REV) 09/18

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**