# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) | Plaintiff Demands A Trial By Jury |
| JEANNE STIMPLE | |
| Civil Case # 1:20-cv-01104 | |

## STATEMENT NOTING DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff informs this Honorable Court and the Parties of the recent death of Plaintiff Jeanne Stimple, which occurred on September 24, 2020. The claim is not extinguished by Plaintiff's death.

DATED this 1st day of December 2020.

                                          */s/John A. Dalimonte*
                                          John A. Dalimonte
                                          (Admitted Pro Hac Vice, MA Bar No. 554554)
                                          **DALIMONTE RUEB LAW GROUP**
                                          85 Devonshire Street, Suite 1000
                                          Boston, MA 02109
                                          Telephone: 617-302-9900
                                          Facsimile: 617-742-9130
                                          john@drlawllp.com

                                          *Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>December 1, 2020</u> a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/John A. Dalimonte*