**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Jeanne Stimpel  1:20-cv-01104-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A) and Fed. R. Civ. P. 5.2, Plaintiff Patrick Allen McGale, as Executor of the Estate of Plaintiff Jeanne Stimpel, respectfully moves the Court to maintain under seal the Death Certificate of Jeanne Stimpel and select pages of the Last Will and Testament of Jeanne Stimpel, attached as exhibits of Plaintiff's Motion for Substitution of Party (See Dkt. 15957).  These documents contain Personal Data Identifiers.

In support of this Motion, Plaintiff states that both the Death Certificate and the select page of the Last Will and Testament of Jeanne Stimpel contained Personal Data Identifiers.  Plaintiff's understanding is that these documents are currently being maintained under seal.  Plaintiff requests that Dkt. 15957 continue to be maintained under seal as containing Personal Data Identifiers under Fed. R. Civ. P. 5.2.

Plaintiff is filing an Amended Motion for Substitution of Party with redacted versions of the Death Certificate of Jeanne Stimpel and the Last Will and Testament of Jeanne Stimpel, contemporaneous with this motion.  A proposed order is attached hereto.

Dated: March 18, 2021

Respectfully submitted,

Patrick Allen
McGale, as Executor

of the Estate of
Plaintiff Jeanne
Stimpel,

By his attorneys,
/s/ *Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Attorneys for Plaintiff Jeanne Stimpel*

### Certificate of Service

I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this 18th day of March, 2021.

_/s/ Paul L. Stoller_

Paul L. Stoller