# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Jeanne Stimpel  1:20-cv-01104-RLY-TAB

## PLAINTIFF'S AMENDED MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7(d), Patrick Allen McGale, as Executor of the Estate of Plaintiff Jeanne Stimpel, moves to substitute himself as Plaintiff in this action due to the death of Plaintiff Jeanne Stimpel, and moves to amend the caption to reflect same. As grounds therefore, Plaintiff states as follows:

1. On September 24, 2020, plaintiff Jeanne Stimpel passed away. See Death Certificate attached hereto as Exhibit "A."

2. Patrick Allen McGale is the Executor of the Will for the deceased Plaintiff. See select pages of Last Will and Testament of Jeanne Stimpel attached hereto as Exhibit "B."

3. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.

4. Notice of Death was provided on December 1, 2020. See Dkt 14944.

WHEREFORE, Plaintiff respectfully requests that this Court allow the substitution of Patrick Allen McGale as Executor of Plaintiff's Estate and anticipated representative of the Estate of Jeanne Stimpel, in place of the deceased Plaintiff, Jeanne Stimpel.

Dated: March 18, 2021

Respectfully submitted,

Jeanne Stimpel
Deceased Plaintiff

By his attorneys,
/s/ *Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Attorneys for Plaintiff Jeanne Stimpel*

## Certificate of Service

I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this 18th day of March, 2021.

                                        */s/ Paul L. Stoller*
                                        Paul L. Stoller