# EXHIBIT B

# Last Will and Testament of
# JEANNE M. STIMPEL

I, JEANNE M. STIMPEL, a resident of Sacramento County, California, revoke any prior Wills and codicils made by me and declare this to be my Last Will and Testament.

## Article One
## Family Information

I am married to MICHAEL ROGERS, but I am in the process of having the marriage annulled and am waiting for it to become final. I specifically disinherit MICHAEL ROGERS. For purposes of this Will, he shall be considered to have predeceased me.

I have two children. Their names are:

    PATRICK ALLEN MCGALE, born on ███ and

    MELEAH RACHELL ANSELME, born on ███

All references in my Will to *my children* are to these children, as well as to any children later born to me or adopted by me in a legal proceeding valid in the domestic or foreign jurisdiction in which it occurred.

## Article Two
## Distribution of My Property

**Section 2.01**    **Pour-Over to My Revocable Living Trust**

I give all of my probate estate, excluding any property over which I have a power of appointment, after expenses and taxes are paid under this Will, to the then-acting Trustee of the JEANNE M. STIMPEL LIVING TRUST dated November 9, 2018 and executed before this Will, to be added to the property of that trust. I direct that the Trustee administer the property according to the trust and any amendments made prior to my death.

**Section 2.02**    **Alternate Disposition**

If the trust referred to in Section 2.01 is not in effect at my death, or if for any other reason the pour over fails, I specifically incorporate by reference all the terms of the trust into this Will. I direct my Personal Representative to then establish a new trust under the provisions of that trust and distribute the remainder of my estate, excluding any property over which I have a power of appointment, to that Trustee to administer as provided in the trust.

If incorporation by reference fails for any reason, I direct my Personal Representative to distribute the remainder of my estate, excluding any property over which I have a power of appointment to those persons who would inherit it had I then died intestate owning the property, as determined and in the proportions provided by the laws of California then in effect.

# Article Three
## Designation and Succession of Fiduciaries

**Section 3.01     Personal Representative**

I nominate PATRICK ALLEN MCGALE as my Personal Representative. If PATRICK ALLEN MCGALE is unwilling or unable to act as my Personal Representative, I nominate MELEAH RACHELL ANSELME as my successor Personal Representative.

# Article Four
## Personal Representative Powers

My Personal Representative may, without prior authority from any court, exercise all powers conferred by my Will, by common law, or by the California Probate Code, Division 7, Part 5, beginning with Section 9600 or other statute of the State of California or any other jurisdiction whose law applies to my Will. My Personal Representative has absolute discretion in exercising these powers. Except as specifically limited by my Will, these powers extend to all property held by my fiduciaries until the actual distribution of the property.

# Article Five
## Administrative Provisions

**Section 5.01     Court Proceedings**

Any trust established under my Will shall be administered in a timely manner; consistent with its terms; free of active judicial intervention; and without order, approval, or other action by any court. The trust will be subject only to the jurisdiction of a court being invoked by the Trustees or by other interested parties, or as otherwise required by law.

**Section 5.02     No Bond**

I direct that no Personal Representative be required to give any bond in any jurisdiction. But if a bond is required by law or by court determination, no sureties will be required on the bond.

**Section 5.03     Informal Proceedings**

I authorize my personal representative to administer my probate estate under the California Independent Administration of Estates Act as set forth in the California Probate Code, Division 7, Part 6, beginning with Section 10400.

**Section 5.04     Compensation and Reimbursement**

Any fiduciary serving under my Will is entitled to reasonable compensation commensurate with services actually performed. In addition, any fiduciary serving under my Will is entitled to reimbursement for reasonable expenses incurred.