# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION 2570 | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to:

Jeanne Stimpel  1:20-cv-01104-RLY-TAB

## ORDER

Upon consideration of the Plaintiff's Motion for Substitution of Party [Dkt. 15957] and Plaintiff's AMended Motion for Substitution of Party [Dkt. 16276], it is so ordered that said motions are **GRANTED**. The Clerk of the Court is directed to substitute Patrick Allen McGale as Executor of Plaintiff's Estate and anticipated representative of the Estate of Jeanne Stimpel, in place of the deceased Plaintiff, Jeanne Stimpel in the instant case.

Date: 3/19/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.