IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION 2570 | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to:

Jeanne Stimpel  1:20-cv-01104-RLY-TAB

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

On this day came for consideration Plaintiff's Motion to Maintain Document Under Seal [Dkt. 16275]. Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion for the Substitution of Party and its corresponding exhibits (Dkt. 15957) be maintained under seal. A redacted version of corresponding exhibits to Plaintiff's Motion for the Substitution of Party are filed at Dkts. 16274 and 16276.

Date: 3/19/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.