UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) | |
| _____ ) | 1:14-ml-02570-RLY-TAB |
| ) | |
| THIS DOCUMENT RELATED TO ALL ACTIONS ) ) | |

**Entry from Motions/Status Conference held March 18, 2021**

**Before the Hon. Richard L. Young, Judge**

 The parties appeared by video for the motion/status conference set this date.  PSC appears by Joe Williams, Ben Martin and Mike Heaviside; Defendants appear by Andrea Pierson, Jessica Cox, Steve Bennett and Ben Broadhead.  Attorneys Lloyd Gathings and Virginia Applebaum appeared on behalf of Plaintiff Stephens (case no. 1:20-cv-6274), Jasmine Thompson appeared on behalf of Plaintiff Smith-Salinas (case no. 1:17-cv-4449) and Barry Levy appeared for Plaintiff Snider (case no. 1:17-cv-3614).

 Motions and agenda items were discussed.  Any further rulings shall issue by separate order.

 The hearing is concluded.

Distributed Electronically to Registered Counsel of Record