IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Ty Woodard 1:19-cv-01296-RLY-TAB

**PLAINTIFF'S NOTICE OF ERRATA TO RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS UNDER CMO 28**

Plaintiff submits this Notice of Errata to clarify statements in his Response to Defendants' Motion for Judgment on the Pleadings Under CMO 28 (Dkt. 15959), particularly regarding his prior Motion to Amend Short Form Complaint.

Defendants do not dispute that Plaintiff filed a Motion to Amend Short Form Complaint, listing the District of Alabama as the jurisdiction in which venue would be proper absent direct filing. (See 19-cv-01296, Dkt. 11.) Inadvertent error prevented the filing from appearing in the MDL docket. Defendants had nevertheless entered an appearance in the action in which the motion was filed and received notice of the filing through ECF.

Absent direct filing, venue would be proper in Alabama. Venue is proper in "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391. Further, a plaintiff's choice of venue matters. *See, e.g.*, *Nutrition & Fitness, Inc. v. Blue Stuff, Inc.*, 264 F.Supp.2d 357, 362 (W.D.N.C.2003) ("generally, a plaintiff's choice of forum should be accorded great weight, and should not be lightly disturbed"); *Central Inv. Corp. v. Mutual Leasing Assoc., Inc.*, 523 F.Supp. 74, 79 (S.D. Ohio) ("plaintiff's choice of forum is given

considerable weight"). The Cook IVC filter at issue was implanted in Plaintiff in Alabama. Plaintiff underwent a surgical procedure in Alabama and maintained a doctor-patient relationship there. Plaintiff selects Alabama as his preferred venue. Venue would be proper in Alabama, and as a result, its choice-of-law rules apply.

                                                                                             Respectively submitted,

                                                                                             _/s/John A. Dalimonte_____
                                                                                             John A. Dalimonte
Dated: March 19, 2021              DALIMONTE RUEB LAW GROUP LLP
                                                                                             85 Devonshire Street, Suite 1000
                                                                                             Boston, MA 02109
                                                                                             Telephone: (617) 302-9900
                                                                                             Facsimile: (617) 742-9130
                                                                                             Email: john@drlawllp.com

                                                                        ***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                        */s/ John A. Dalimonte*
                                                       John A. Dalimonte