# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-00291 | 1:21-cv-00444 |
| 1:21-cv-00294 | 1:21-cv-00445 |
| 1:21-cv-00313 | 1:21-cv-00446 |
| 1:21-cv-00314 | 1:21-cv-00447 |
| 1:21-cv-00396 | 1:21-cv-00452 |
| 1:21-cv-00423 | 1:21-cv-00454 |
| 1:21-cv-00424 | 1:21-cv-00460 |
| 1:21-cv-00425 | 1:21-cv-00461 |
| 1:21-cv-00426 | 1:21-cv-00463 |
| 1:21-cv-00436 | 1:21-cv-00464 |
| 1:21-cv-00437 | 1:21-cv-06353 |
| 1:21-cv-00438 | 1:21-cv-06354 |
| 1:21-cv-00441 | 1:21-cv-06355 |
| 1:21-cv-00442 | 1:21-cv-06356 |
| 1:21-cv-00443 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:   March 22, 2021 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204 |

Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
E-Mail: andrea.pierson@faegredrinker.com  
E-Mail: kip.mcdonald@faegredrinker.com  

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald