# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-00291 | 1:21-cv-00444 |
| 1:21-cv-00294 | 1:21-cv-00445 |
| 1:21-cv-00313 | 1:21-cv-00446 |
| 1:21-cv-00314 | 1:21-cv-00447 |
| 1:21-cv-00396 | 1:21-cv-00452 |
| 1:21-cv-00423 | 1:21-cv-00454 |
| 1:21-cv-00424 | 1:21-cv-00460 |
| 1:21-cv-00425 | 1:21-cv-00461 |
| 1:21-cv-00426 | 1:21-cv-00463 |
| 1:21-cv-00436 | 1:21-cv-00464 |
| 1:21-cv-00437 | 1:21-cv-06353 |
| 1:21-cv-00438 | 1:21-cv-06354 |
| 1:21-cv-00441 | 1:21-cv-06355 |
| 1:21-cv-00442 | 1:21-cv-06356 |
| 1:21-cv-00443 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  March 22, 2021                 /s/ Andrea Roberts Pierson
                                       Andrea Roberts Pierson (# 18435-49)
                                       Kip S. M. McDonald (# 29370-49)
                                       FAEGRE DRINKER BIDDLE & REATH LLP
                                       300 North Meridian Street, Suite 2500
                                       Indianapolis, Indiana 46204

US.120264241.01

>Telephone: (317) 237-0300
>Facsimile: (317) 237-1000
>E-Mail:  andrea.pierson@faegredrinker.com
>E-Mail:  kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>/s/ Andrea Roberts Pierson