> The request at [14937] is construed as a voluntary dismissal and, as such, this case is dismissed with prejudice.
> Dated: 3/22/21
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Action only:

Carol Zander, on behalf of Paul Zander (Deceased),
1:16-cv-002538

## COOK DEFENDANTS' RESPONSE TO
## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Pro se plaintiff Carol Zander ("Mrs. Zander") sent a handwritten letter to the Court stating that she "is no longer going to pursue this" and that she "want[s] this to be the end." Doc. 14937 (received November 23, 2020). The Cook Defendants interpret this letter as a request for voluntary dismissal of the case.

The Cook Defendants agree that dismissal of the case with prejudice is appropriate. By way of background, Mrs. Zander was pursuing claims as a representative of her deceased husband, Paul Zander ("Mr. Zander")'s, estate. On October 5, 2020, the Cook Defendants sent a letter to Mrs. Zander's former counsel stating their position that the case is time-barred and should be dismissed. *See* Cook Defs.' October 5, 2020 Letter, attached as **Exhibit A**. Her counsel subsequently moved to withdraw representation after a stipulated dismissal could not be agreed. *See* Motion to Withdraw, Doc. 14650; Order Granting Motion to Withdraw, Doc. 14680 (granting motion and providing 28 days for new counsel to appear in the case).