AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| MAYLON KEMPER <br> *Plaintiff* <br> v. <br> COOK INCORPORATED, et al. <br> *Defendant* | ) ) ) ) ) ) Case No. 1:14-ml-2570-RLY-TAB <br> This document relates to case no. 1:21-cv-06365-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maylon Kemper                                                                                                             .

Date:    03/22/2021                                                            /s/Basil E. Adham
                                                                                         *Attorney's signature*

                                                                               Basil E. Adham TX Bar No. 24081742
                                                                                 *Printed name and bar number*

                                                                                     Johnson Law Group
                                                                             2925 Richmond Ave, Suite 1700
                                                                                     Houston, TX 77098
                                                                                          *Address*

                                                                             IVC@johnsonlawgroup.com
                                                                                      *E-mail address*

                                                                                     (713) 626-9336
                                                                                    *Telephone number*

                                                                                     (713) 626-3394
                                                                                       *FAX number*

Print     Save As...                                                                                          Reset