IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is dismissed with prejudice.  The voluntary dismissal filed at dkt. 15214 is denied as moot.
> Dated: 3/23/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Edward Joseph Hughes
Civil Case No.  1:19-cv-02358

## STIPULATION

All parties in the above-captioned action hereby agree that the intent of any form of dismissal in this action as to Edward Joseph Hughes (1:19-cv-02358) was to dismiss the case in its entirety WITH PREJUDICE; and therefore agree that the above-captioned action is dismissed in its entirety WITH PREJUDICE.

Date: 01/08/2021

Respectfully submitted,

**THE NATIONS LAW FIRM**

   _/s/ Howard L. Nations_
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Ave.
Suite 200
Houston, Texas 77042
Telephone:  (713) 807-8400
Facsimile:  (713) 807-8423
**ATTORNEY FOR PLAINTIFFS**