IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:
   1:19-cv-00665-RLY-TAB   Barber, Ronald Jay

_____

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference at **2 p.m. (Eastern) on April 14, 2021,** before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendant's representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. Plaintiff shall personally participate in this conference by calling Chambers at 317.229.3660. The purpose of this conference is to address Plaintiff's counsel (Douglass A. Kreis) motion to withdraw as counsel of record [Filing No. 16125].

Date: 3/23/2021

                                        Tim A. Baker
                                        United States Magistrate Judge
                                        Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Douglass A. Kreis is required to serve Plaintiff, Ronald Jay Barber via U.S. Mail.