IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed with prejudice.
Dated: 3/23/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

**HARALD STELLWAG JR. and
LORELEI STELLWAG**
Civil Case No. 1:18-cv-03702-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs, Harald Stellwag Jr. and Lorelei Stellwag, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:18-cv-03702-RLY-TAB) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 18, 2020

Respectfully submitted,

*/s/ Brian A. Goldstein*
Brian A. Goldstein, Esq.
Cellino Law LLP
350 Main Street
2500 Main Place Tower
Buffalo, New York 14202
Telephone Number (716) 888-2020
Fax Number (716) 259-2020
brian.goldstein@cellinolaw.com
Attorney for Plaintiffs

1