IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION



APPROVED.  Case is
dismissed with prejudice.
Dated: 3/23/21

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff:
Timothy Scott Oswald, Jr;
Civil Case No.  1:18-cv-02493

---

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

COMES NOW, Plaintiff Timothy Scott Oswald,, Jr. by and through the undersigned counsel,

pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases"

("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the

above-styled lawsuit (Civil Action No. 1:18-cv-02493) as to defendants Cook Incorporated, Cook

Medical LLC and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its

own costs and attorney's fees.

Date: 12/19/2020

Respectfully submitted,

**THE NATIONS LAW FIRM**

   */s/ Howard L. Nations*
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Ave.
Suite 200
Houston, Texas 77042
Telephone:  (713) 807-8400
Facsimile:  (713) 807-8423

**ATTORNEYS FOR PLAINTIFFS**