# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:

Plaintiffs Maria Jordan and Michael Jordan
Civil Case No. 1:17-cv-01216-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court for an Order to amend the Short Form Complaint and show as follows:

1. Plaintiffs filed a Short Form Complaint on April 18, 2017 indicating Plaintiff Maria Jordan was implanted with a Cook Celect® Vena Cava Filter.

2. However, upon additional review, Plaintiff Maria Jordan was implanted with a Günther Tulip® Vena Cava Filter.

3. Plaintiffs respectfully seek leave to file the attached Amended Short Form Complaint to correct the Inferior Vena Cava Filter product type.

4. Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

5. No party will be prejudiced by allowing Plaintiff to amend the Complaint.

**WHEREFORE,** Plaintiffs pray that this Motion be granted, that Plaintiffs be granted leave to file an Amended Short Form Complaint, and for such other appropriate relief.

Dated: March 23, 2021                     Respectfully submitted,

                                                              s/ Merritt E. Cunningham
Michael G. Stag (LA Bar 23314)
Merritt Cunningham (LA Bar 32843)
STAG LIUZZA, LLC
365 Canal St., Ste. 2850
New Orleans, LA 70130
Phone: (504) 593-9600
Fax: (504) 593-9601
mstag@stagliuzza.com
mcunningham@stagliuzza.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electron Filing.

s/ Merritt E. Cunningham
Merritt Cunningham