# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) Case No: 1:14-ml-2570-RLY-TAB<br>) MDL No. 2570<br>)<br>) |

This Document Relates To:

Plaintiffs Maria Jordan and Michael Jordan
Civil Case No. 1:17-cv-01216-RLY-TAB

## ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT

Considering the parties' Motion for Leave to Amend Complaint of Plaintiffs Maria Jordan and Michael Jordan, IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Unopposed Motion for Leave to Amend the Complaint is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date:

_____
United States District Judge