IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Clayton Kinsey

Civil Case #1:17-cv-4414

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Clayton Kinsey

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Georgia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Georgia

6. Plaintiff's/Deceased Party's current state of residence:

    Georgia

7. District Court and Division in which venue would be proper absent direct filing:

    U.S. District Court for the Middle District of Georgia, Columbus Division

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe APS

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    1-52

    b. Other allegations of jurisdiction and venue:

    N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

2

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

July 8, 2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

The University of Alabama at Birmingham Hospital

Birmingham, AL

13. Implanting Physician(s):

Dr. Steven Taylor

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Georgia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3

☐     Count VIII:    Loss of Consortium

☐     Count IX:    Wrongful Death

☐     Count X:    Survival

☒     Count XI:    Punitive Damages

☒     Other:    Tolling of Statute of Limitations (please state the facts supporting this Count in the space, immediately below)

Plaintiff and his physicians reasonably relied upon the skill and judgment of Defendants. As soon as the true nature of the IVC FILTER and the fact that the warranty and representations were false were ascertained, Plaintiff was notified of the breach. Due to Defendants' deception, and failure to notify individuals of the defects, Plaintiff could not have known of the falsehood and therefore could not have taken action before this time.

☒     Other:    Fraudulent Concealment (please state the facts supporting this Count in the space, immediately below)

Fraudulent Concealment. See attached brief for specific allegations.

15. Attorney for Plaintiff(s):

Karen H. Beyea-Schroeder

16. Address and bar information for Attorney for Plaintiff(s):

Karen H. Beyea-Schroeder, Burnett Law Firm, 3737 Buffalo Speedway, 18th Floor, Houston, TX 77098

Bar Information: U.S. Supreme Court No. 291652, U.S. District Court for the Southern District of Texas No. 871854

4

<u>A Jury Trial is hereby demanded on all Counts.</u>

Respectfully submitted,

**BURNETT LAW FIRM**

By: <u>*/s/ Karen H. Beyea-Schroeder*</u>
   Karen H. Beyea-Schroeder
   3737 Buffalo Speedway, 18th Floor
   Houston, Texas  77098
   Office Tel: (832) 413-4410
   Cell: (832) 585-9829
   Fax: (832) 900-2120
   Email:
   Karen.Schroeder@RBurnettLaw.com


   Thomas P. Cartmell MO #45366
   Jeffrey M. Kuntz MO #52371
   David C. DeGreeff MO #55019
   WAGSTAFF & CARTMELL LLP
   4740 Grand Avenue, Suite 300
   Kansas City, MO 64112
   Office Tel: 816-701-1100
    Fax: 816-531-2372
    tcartmell@wcllp.com
    jkuntz@wcllp.com
   ddegreeff@wcllp.com

   *Attorneys for Plaintiff(s)*