IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Clayton Kinsey</u>
Civil Case #1:17-cv-4414

### CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, a copy of the foregoing **PLAINTIFF'S FIRST AMENDED COMPLAINT** was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

By: <u>/s/  Karen H. Beyea-Schroeder</u>
　　　Karen H. Beyea-Schroeder