IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLOS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

Betty Bain
Civil Case No. 1:17-cv-03085-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Betty Bain, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:17-cv-03085-RLY-TAB filed on September 5, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: March 24, 2021

Respectfully submitted,

**MILSTEIN, JACKSON, FAIRCHILD & WADE, LLP.**

*/s/* Levi M. Plesset_____
Levi M. Plesset
10250 Constellation Blvd, Suite 1400
Los Angeles, CA 90067
Phone: (310) 396-9600
Fax: (310) 396-9635
lplesset@mjfwlaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on March 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Defendants' counsel by operation of the court's electronic filing system.

       */s/ Levi M. Plesset*
       Levi M. Plesset