IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-MDL No. 2570

This Document Relates to Plaintiff(s)

Melanie Barham

Civil Case # 1:19-cv-3662

## AMENDED   SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Melanie Barham

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

North Carolina

1
SHORT FORM COMPLAINT

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

District of North Carolina, Eastern District

8. Defendants (Check Defendants against whom Complaint is made):

- ✓ Cook Incorporated
- ✓ Cook Medical LLC
- ✓ William Cook Europe APS

9. Basis of Jurisdiction:

- ✓ Diversity of Citizenship
- ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

9; diversity

   b. Other allegations of jurisdiction and venue:

2

SHORT FORM COMPLAINT

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

   ☐ Günther Tulip® Vena Cava Filter

   ☑ Cook Celect® Vena Cava Filter

   ☐ Gunther Tulip Mreye

   ☐ Cook Celect Platinum

   ☐ Other:

11. Date of Implantation as to each product:

   2/2/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Rex Hospital, Raleigh, NC

13. Implanting Physician(s):

   Dr. Jason Harris

14. Counts in the Master Complaint brought by Plaintiff(s):

   ✓ Count I: Strict Products Liability – Failure to Warn

   ✓ Count II: Strict Products Liability – Design Defect

   ✓ Count III: Negligence

   ✓ Count IV: Negligence Per Se

3

SHORT FORM COMPLAINT

✓ Count V: Breach of Express Warranty

✓ Count VI: Breach of Implied Warranty

✓ Count VII: Violations of Applicable __NC_____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

✓ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

■ Other: _____ (please state the facts supporting this Count in the space, immediately below)

"Fraudulent Concealment. See attached brief for specific allegations."

15. Attorney for Plaintiff(s):

Jeff Seldomridge

4

SHORT FORM COMPLAINT

16. Address and bar information for Attorney for Plaintiff(s):

<u>The Miller Firm, LLC</u>

<u>108 Railroad Avenue</u>

<u>Orange, VA 22960</u>

<u>VA Bar No. 89552</u>

                                         Respectfully submitted,

*/s/ Jeff Seldomridge*
JEFF SELDOMRIDGE
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
jseldomridge@millerfirmllc.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on <u>3/24/21</u>, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                         */s/ Jeff Seldomridge*
Jeff Seldomridge
Virginia Bar No. 89552