IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

PAUL J. CARTER and ZELMA CARTER

Civil Case # 1:16-cv-00405

### MOTION TO WITHDRAW AMENDED SHORT FORM COMPLAINT
### [DKT. 16358]

COMES NOW the Plaintiffs, PAUL J. CARTER and ZELMA CARTER, and request that this court withdraw Plaintiff's Amended Short Form Complaint [Dkt. 16358]. As grounds therefore, Plaintiffs state that the incorrect Amended Short Form Complaint was uploaded and Plaintiff requests that this document be withdrawn so that the correct Amended Short Form Complaint can be filed.

Date: March 24, 2021

Respectfully submitted,

/s/ Steven C. Ruth
Steven C. Ruth, Esq.
MN Bar# 0388496
The Ruth Law Team
842 Raymond Avenue, Suite 200
St. Paul, MN 55114
(p) 888-783-8378
(f) 651-209-8653
sruth@getjustice.com

ivc@getjustice.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021 a copy of the foregoing was electronically to all counsel of record.

/s/ Steven C. Ruth
Steven C. Ruth, Esq.
MN Bar# 0388496
The Ruth Law Team
842 Raymond Avenue, Suite 200
St. Paul, MN 55114
(p) 888-783-8378
(f) 651-209-8653
sruth@getjustice.com
ivc@getjustice.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

PAUL J. CARTER and ZELMA CARTER

Civil Case # 1:16-cv-00405

**ORDER TO WITHDRAW AMENDED SHORT FORM COMPLAINT [DKT. 16358]**

The Plaintiffs, PAUL J. CARTER and ZELMA CARTER, Motion to Withdraw Amended Short Form Complaint [Dkt. 16358] is hereby GRANTED.

_____  
Date

_____  
RICHARD L. YOUNG, JUDGE  
United States District Court  
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record