## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Andre Murray,<br><br>   Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>   Defendants. | Case No. 1:21-cv-00073-JRS-TAB<br><br>**Motion for Leave to Amend Complaint** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves this Court for an Order to amend the Short Form Complaint filed on 01/12/2021.

1. Plaintiff respectfully seeks leave to file the attached short form complaint to correct an issue in item number 10. Counsel checked the boxes to indicate an unknown filter. However, upon additional review, the filter type was indicated as Celect.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filling of this motion.

Based on the foregoing, Plaintiff respectfully request that this Court grant Plaintiffs motion for leave to amend the Complaint and enter the attached Amended Short Form Complaint.  Date: March 24, 2021.

Respectfully submitted,

**JOHNSON LAW GROUP**

/s/ Basil Adham_____
Basil Adham, (TX Bar No.24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2021, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Basil Adham_____