IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
___DUSTY FLOOD and RHONDA FLOOD___

Civil Case #___1:16-cv-1665_____

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Dusty Flood

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   Rhonda Flood

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Oklahoma

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Oklahoma

6. Plaintiff's/Deceased Party's current state of residence:

   Oklahoma

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Northern District of Oklahoma

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 6-28.

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [✔] Günther Tulip® Vena Cava Filter
- [ ] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:

    On or about October 1, 2007.

12. Hospital(s) where Plaintiff was implanted (including City and State):

    SouthCrest Hospital, 8801 South 101st East Ave.

    Tulsa, OK 74133

13. Implanting Physician(s):

    Dr. John Dennis

14. Counts in the Master Complaint brought by Plaintiff(s):

- [✔] Count I:    Strict Products Liability – Failure to Warn
- [✔] Count II:   Strict Products Liability – Design Defect
- [✔] Count III:  Negligence
- [✔] Count IV:   Negligence Per Se

| | | |
|---|---|---|
| ✔ | Count V: | Breach of Express Warranty |
| ✔ | Count VI: | Breach of Implied Warranty |
| ✔ | Count VII: | Violations of Applicable __Oklahoma__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ✔ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☐ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ✔ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

Fraudulent Concealment. See attached addendum for specific allegations.

15. Attorney for Plaintiff(s):

   Steven C. Ruth

16. Address and bar information for Attorney for Plaintiff(s):

4

| The Ruth Law Team, 805 Executive Center Drive W., Ste 105 |
| --- |
| St. Petersburg, FL 33702 |
| FL Bar # 226531 |

Plaintiff demands a jury trial.

Date: March 24, 2021

Respectfully submitted,

/s/ Steven C. Ruth
Steven C. Ruth, Esq.
FL Bar # 226531
The Ruth Law Team
805 Executive Center Dr. W, Ste 105
St. Petersburg, FL 33702
(p) 888-783-8378
(f) 727-323-7720
sruth@getjustice.com
ivc@getjustice.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, a copy of the forgoing was served via e-mail to CookFilterMDL@FaegreDrinker.com in accordance with Case Management Order No. 6.

/s/ Steven C. Ruth
Steven C. Ruth

5