IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-RAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Florence Jones

Civil Case #1:18-cv-2970

## AMENDED SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference. (Document 213) Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Florence Jones

2. Spouse Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   James Jones

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Tennessee

5. Plaintiff's/Deceased Party's state of residence at the time of the injury:

   Tennessee

6. Plaintiff's/Deceased Party's current state of residence:

<u>Tennessee</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>In the United States District Court for the Western District of Tennessee</u>

8. Defendant (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   <u>Paragraphs 1 through 8; 11-12 of the Master Complaint.</u>

   b. Other allegations of jurisdiction and venue

   <u>A substantial portion of the events leading to Plaintiff's injuries arose in Tennessee making venue proper.</u>

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Gunther Tulip ® Vena Cava Filter

    ☒ Cook Celect ® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

2

11. Date of Implantation as to each product:

    04/01/2009

12. Hospital(s) where Plaintiff was implanted (including City and State)

    Baptist Memorial Hospital in Memphis, Tennessee

13. Implanting Physician(s):

    Dr. Phillip T. Zeni

14. Counts in the Master Complaint brought by Plaintiff(s)

    ☒ Count I: Strict Products Liability-Failure to warn

    ☒ Count II: Strict Products Liability-Design Defect

    ☒ Count III: Negligence

    ☒ Count IV: Negligence Per Se

    ☒ Count V: Breach of Express Warranty

    ☒ Count VI: Breach of Implied Warranty

    ☒ Count VII: Violations of Applicable Tennessee

    Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☒ Count VIII: Loss of Consortium

    ☐ Count IX: Wrongful Death

    ☐ Count X: Survival

    ☒ Count XI: Punitive Damages

    ☒ Count XII: Fraudulent Concealment; see attached Exhibit A for specific allegations.

3

<u>March 24, 2021</u>    Respectfully submitted,

By<u>: /s/ Willard J. Moody</u>_____
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
will@moodyrrlaw.com
ATTORNEY FOR THE PLAINTIFF