IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: 3/24/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

This Document Relates to Plaintiffs:
Deidra Rossell Wright and Darius Denard Wright
Civil Case No.  1:17-cv-03917

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs Deidra Rossell Wright and Darius Denard Wright, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:17-cv-03917) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/20/2020                                   Respectfully submitted,

                                                   THE NATIONS LAW FIRM

                                                     */s/ Howard L. Nations*
                                                   Howard L. Nations
                                                   Texas Bar No. 14823000
                                                   9703 Richmond Ave.
                                                   Suite 200
                                                   Houston, Texas 77042
                                                   Telephone:  (713) 807-8400
                                                   Facsimile:  (713) 807-8423

                                                   **ATTORNEYS FOR PLAINTIFFS**