IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Joyce Bennish and Helen Akers

Civil Case #  1:17-cv-740

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Documents 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Joyce Bennish

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Helen Akers

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's Deceased Party's state of residence at the time of implant:

   PA

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    PA

6. Plaintiff's/Deceased Party's current state of residence:

    PA

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Eastern District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe ApS

9. Basis of Jurisdiction

    ☒ Diversity of Citizenship

    ☐ Other

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        Plaintiff(s) hereby incorporate paragraphs 6-26 of the Master Complaint.

    b. Other allegations of jurisdiction and venue:

        N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Mreye

2

☐    Cook Celect Platinum

☐    Other: _____

11. Date of Implantation as to each product:

   01/20/2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Hospital of The University of Pennsylvania; 3400 Spruce St, Philadelphia, PA 19104

13. Implanting Physician(s):

   Dr. Edward Woo & Dr. Brant William Ullery

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒    Count I:    Strict Products Liability — Failure to Warn

   ☒    Count II:    Strict Products Liability — Design Defect

   ☒    Count III:    Negligence

   ☒    Count IV:    Negligence Per Se

   ☒    Count V:    Breach of Express Warranty

   ☒    Count VI:    Breach of Implied Warranty

   ☒    Count VII:    Breach of Applicable Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   ☒    Count VIII:    Loss of Consortium

   ☐    Count IX:    Wrongful Death

   ☐    Count X:    Survival

   ☒    Count XI:    Punitive Damages

☒ Other: <u>Fraudulent concealment. Please see attached brief for specific allegations.</u>

(please state the facts supporting this Count in the space immediately below)

☐ Other: _____ (please state the facts supporting this

Count in the space immediately below)

15. Attorney for Plaintiff(s):

   <u>Stuart L. Goldenberg (MN Bar No. 0158719) and Marlene J. Goldenberg (MN Bar No. 0394943)</u>

16. Address and bar information for Attorney for Plaintiff(s):

   <u>GoldenbergLaw, PLLC, 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402.  Please see above for attorney bar information.</u>

Dated: <u>March 24th, 2021</u>

/s/ Stuart L. Goldenberg
Marlene J. Goldenberg
Stuart L. Goldenberg
GoldenbergLaw, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Tel.:   (612) 333-4662
Fax:   (612) 367-8107
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

*Attorneys for Plaintiff(s)*