IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to Plaintiff(s)

DUSTY FLOOD and RHONDA FLOOD_____

Civil Case # 1:16-cv-1665_____

_____

**MOTION TO FILE AMENDED SHORT FORM COMPLAINT
ADDENDUM UNDER SEAL**

_____

COMES NOW the Plaintiffs, DUSTY FLOOD and RHONDA FLOOD, pursuant to Local
Rule 5-11 and request that this Honorable Court Seal the Amended Short Form Complaint
Addendum. As grounds therefore, Plaintiffs state that the Amended Short Form Complaint
Addendum contains allegations found in documents marked confidential under protective order.


Date: March 24, 2021                                   Respectfully submitted,

                                                       /s/ Steven C. Ruth_____
                                                       Steven C. Ruth, Esq.
                                                       MN Bar# 0388496
                                                       The Ruth Law Team
                                                       842 Raymond Avenue, Suite 200
                                                       St. Paul, MN 55114
                                                       (p) 888-783-8378
                                                       (f) 651-209-8653
                                                       sruth@getjustice.com

ivc@getjustice.com
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 24, 2021, a copy of the foregoing was served electronically

to all counsel of record using the Court's ECF/CM system and via email to

CookFilterMDL@FaegreDrinker.com with the Amended Short Form Complaint.


<u>/s/ Steven C. Ruth</u>

Steven C. Ruth, Esq.
MN Bar# 0388496
The Ruth Law Team
842 Raymond Avenue, Suite 200
St. Paul, MN 55114
(p) 888-783-8378
(f) 651-209-8653
sruth@getjustice.com
ivc@getjustice.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2570

_____

This Document Relates to Plaintiff(s)

DUSTY FLOOD and RHONDA FLOOD_____

Civil Case # 1:16-cv-1665_____

_____

**ORDER TO FILE AMENDED SHORT FORM COMPLAINT
ADDENDUM UNDER SEAL**

_____

The Plaintiffs, DUSTY FLOOD and RHONDA FLOOD, Motion to File Amended Short

Form Complaint Addendum Under Seal is hereby GRANTED.


_____                          _____
Date                                   RICHARD L. YOUNG, JUDGE
                                       United States District Court
                                       Southern District of Indiana

Distributed Electronically to Registered Counsel of Record