IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Christie Constantino

Civil Case # 1:16-cv-3075

# SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Christie Constantino

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

   [✔] Cook Incorporated

   [✔] Cook Medical LLC

   [✔] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✔] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   23, 24, 25, 26 ,27, 28

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [ ] Günther Tulip® Vena Cava Filter
- [✔] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:

    April 8, 2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Hospital of the University of Pennsylvania,

    Philadelphia, PA

13. Implanting Physician(s):

    Dr. Paul Joseph Foley, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

- [✔] Count I:   Strict Products Liability – Failure to Warn
- [✔] Count II:  Strict Products Liability – Design Defect
- [✔] Count III: Negligence
- [✔]

3

|   |   |   |
|---|---|---|
| ☐ | Count IV: | Negligence Per Se |
| ✔ | Count V: | Breach of Express Warranty |
| ✔ | Count VI: | Breach of Implied Warranty |

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

|   |   |   |
|---|---|---|
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ✔ | Count XI: | Punitive Damages |
| ✔ | Other: | <u>Fraudulent Concealment. See attached brief for specific allegations.</u> (please state the facts supporting |

this Count in the space, immediately below)

☐    Other: _____(please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiff(s):
    Laci M. Whitley
    _____

16. Address and bar information for Attorney for Plaintiff(s):

| Laci M. Whitley, Flint Law Firm, LLC |
|---|
| 222 East Park Street, Suite 500, P.O. Box 189, Edwardsville, IL 62025 |
| lwhitley@flintlaw.com Phone: (618) 288-4777 Fax: (618) 288-2864 |

        Respectfully submitted,

        **FLINT LAW FIRM, LLC**
        */s/ Laci M. Whitley*
        Laci M. Whitley IL Bar No. 6314263
        **FLINT LAW FIRM, LLC**
        222 East Park Street, Suite 500
        P.O. Box 189
        Edwardsville, IL 62025
        Phone: (618) 288-4777
        Fax: (618) 288-2864
        lwhitley@flintlaw.com
        ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I, Laci M. Whitley, certify that on March 24, 2021 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

*s/Laci M. Whitley*
*COUNSEL FOR PLAINTIFF*
