IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Karen Reed, Administrator of the Estate of Edwin Reed, Jr.</u>

Civil Case #1:16-cv-1859-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Edwin Reed, Jr.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Karen Reed

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Karen Reed, Administrator of the Estate of Edwin Reed

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Ohio

6. Plaintiff's/Deceased Party's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   In the United States District Court for the Southern District of Ohio

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 1 through 8; & 11-12 of the Master Complaint

   b. Other allegations of jurisdiction and venue:

   A substantial portion of the events leading to Plaintiff's injuries arose in Ohio making venue proper.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    Other: _____

11. Date of Implantation as to each product:

    06/11/2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Miami Valley Hospital in Dayton, Ohio

13. Implanting Physician(s):

    Steven R. Conover, M.D.

3

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se
- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☒ Count VIII: Loss of Consortium
- ☒ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☒ Count XII: Fraudulent Concealment; see attached Exhibit A for specific allegations.

15. Attorney for Plaintiff(s):

<u>Willard Moody, Jr.,</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>500 Crawford Street, Suite 200, Portsmouth, VA 23704; VSB#: 22866</u>

<u>Dated: March 24, 2021</u>            By: <u>/s/ Willard J. Moody, Jr.</u>
                                            Willard J. Moody, Jr., Esquire (VSB #22866)
                                            THE MOODY LAW FIRM, INC.
                                            500 Crawford Street, Suite 200
                                            Portsmouth, VA 23704
                                            (757) 393-4093
                                            will@moodyrrlaw.com
                                            ATTORNEY FOR THE PLAINTIFF

5