## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

s/ Merritt E. Cunningham
Merritt Cunningham
