IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Documents Relates to Plaintiff:
Cynthia Clevenger

Civil Case No. 1:18-cv-2900

# EXHIBIT A

# [FILED UNDER SEAL]

DATED: March 24, 2021

Respectfully Submitted,

**THE MAHER LAW FIRM, P.A.**

By: s/ Matthew S. Mokwa
Matthew S. Mokwa (FL Bar No. 47761 )
(admitted *pro hac vice*)
**The Maher Law Firm, P.A.**
271 W. Canton Ave., Suite 1
Winter Park, FL 32789
407-839-0866 (Telephone)
321-304-6039 (Fax)
mmokwa@maherlawfirm.com