IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

**DANIEL MARTINEZ**

Civil Case # 1:19-cv-03127-JRS-DML

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Daniel Martinez

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California_____

6. Plaintiff's/Deceased Party's current state of residence:

   California_____

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court, Southern District of California  _____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-26 (Jurisdiction); Paragraphs 27-28 (Venue)          _____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    02/10/2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Sharp Memorial Hospital

    San Diego, CA

13. Implanting Physician(s):

    Clinton Nichols, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se
- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable <u>Maryland</u> State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☒ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: Manufacturing defect

☒ Other: Intentional and Negligent Infliction of Emotional Distress

☒ Other: Fraudulent Concealment. See attached brief filed under seal.

15. Attorney for Plaintiff(s):

<u>Calle Mendenhall</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>Calle Mendenhall, AL State Bar No. ASB-798-W37-E</u>

<u>Farris, Riley & Pitt, LLP, 505 20th Street North, Suite 1700</u>

<u>Birmingham, Alabama 35203; (205) 324-1212 Phone; (205) 324-1255 Fax</u>

4

Respectfully submitted,

*/s/ Calle Mendenhall*
Calle Mendenhall
AL BAR: ASB-798-W37-E
**FARRIS, RILEY & PITT, L.L.P.**
505 20th Street North, Suite 1700
Birmingham, AL  35203
(205) 324-1212 phone
(205) 324-1255 fax
cmendenhall@frplegal.com
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Calle Mendenhall*
Calle Mendenhall
AL BAR: ASB-798-W37-E
**FARRIS, RILEY & PITT, L.L.P.**
505 20th Street North, Suite 1700
Birmingham, AL  35203
(205) 324-1212 phone
(205) 324-1255 fax
cmendenhall@frplegal.com
*Attorney for the Plaintiff*