IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Documents Relates to Plaintiff:
Regina Venturella

Civil Case No. 1:17-cv-01895

# EXHIBIT A

# [FILED UNDER SEAL]

DATED: March 24, 2021

                    Respectfully Submitted,

                    **THE MAHER LAW FIRM, P.A.**

                    By: s/ Matthew S. Mokwa
                    Matthew S. Mokwa (FL Bar No. 47761 )
                    (admitted *pro hac vice*)
                    **The Maher Law Firm, P.A.**
                    271 W. Canton Ave., Suite 1
                    Winter Park, FL 32789
                    407-839-0866 (Telephone)
                    321-304-6039 (Fax)
                    mmokwa@maherlawfirm.com