**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Agnes Langhel

Civil Case No.: 1:20-cv-2388

---

### AMENDED SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1.    Plaintiff/Deceased Party:

Agnes Langhel

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.    Plaintiff's/Deceased Party's state of residence at the time of implant:

Pennsylvania

5.    Plaintiff's/Deceased Party's state of residence at the time of injury:

Pennsylvania

1

6.      Plaintiff's/Deceased Party's current state of residence:

<u>Pennsylvania</u>

7.      District Court and Division in which venue would be proper absent direct filing:

<u>Western District of Pennsylvania</u>

8.      Defendants (Check Defendants against whom Complaint is made):

      X      Cook Incorporated

      X      Cook Medical LLC

      X      William Cook Europe ApS

9.      Basis of Jurisdiction:

      X      Diversity of Citizenship

      ☐      Other: _____

a.      Paragraphs in Master Complaint upon which venue and jurisdiction lie:

<u>6-21</u>

b.      Other allegations of jurisdiction and venue:

<u>N/A</u>

10.      Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

      ☐      Günther Tulip® Vena Cava Filter

      ☒      Cook Celect® Vena Cava Filter

      ☐      Gunther Tulip Mreye

      ☐      Cook Celect Platinum

☐      Other:

_____

11.     Date of Implantation as to each product:

January 8, 2018

12.     Hospital(s) where Plaintiff was implanted (including City and State):

UPMC Presbyterian, Pittsburgh, Pennsylvania

13.     Implanting Physician(s):

Rabith A. Chaer, M.D.

Kyle M. Markel, M.D.

14.     Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I: | Strict Products Liability – Failure to Warn |
| X | Count II: | Strict Products Liability – Design Defect |
| X | Count III: | Negligence |
| X | Count IV: | Negligence Per Se |
| X | Count V: | Breach of Express Warranty |
| X | Count VI: | Breach of Implied Warranty |
| X | Count VII: | Violations of Applicable Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| X | Count XII: | Fraudulent Concealment; see attached Exhibit A for specific allegations. |

3

☐     Other: _____ (please state the facts supporting this Count in the space, immediately below)

15.     Attorney for Plaintiff(s):

D. Aaron Rihn, Esquire

16.     Address and bar information for Attorney for Plaintiff(s):

ROBERT PEIRCE & ASSOCIATES, P.C.

707 Grant Street, Suite 125, Pittsburgh, PA 15219

PA ID No.: 85752

Respectfully submitted,

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
PA ID No. 85752
Robert Peirce & Associates, P.C.
700 Grant Street, Suite 125
Pittsburgh, PA 15219
Telephone: (412) 281-7229
arihn@peircelaw.com

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system on this 24th day of March 2021 and is available for download by all counsel of record.

*/s/ D. Aaron Rihn*
D. Aaron Rihn, Esquire
Counsel for Plaintiff