**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS**

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    **Case No. 1:14-ml-2570-RLY-RAB**
PRODUCTS LIABILITY LITIGATION                                    **MDL No. 2570**

_____

This Document Relates to Plaintiff(s)
Janet Cabral

Civil Case #1:18-cv-3873

---

### AMENDED SHORT FORM COMPLAINT

---

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named

below, incorporate The Master Complaint in MDL No. 2570 by reference.  (Document 213)

Plaintiff(s) further show the court as follows:

1.    Plaintiff/Deceased Party:

      Janet Cabral

2.    Spouse Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

      Kenneth Cabral

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

      N/A

4.    Plaintiff's/Deceased Party's state of residence at the time of implant:

      Massachusetts

5.    Plaintiff's/Deceased Party's state of residence at the time of the injury:

      Massachusetts

6.    Plaintiff's/Deceased Party's current state of residence:

Revised: 1/4/13

<u>Massachusetts</u>

7.      District Court and Division in which venue would be proper absent direct filing:

<u>United States District Court for the District of Massachusetts</u>

8.      Defendant (Check Defendants against whom Complaint is made):

☒      Cook Incorporated

☒      Cook Medical LLC

☒      William Cook Europe ApS

9.      Basis of Jurisdiction

☒      Diversity of Citizenship

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

<u>Paragraphs 1 through 8;11-12 of the Master Complaint</u>.

b.  Other allegations of jurisdiction and venue

<u>A substantial portion of the events leading to Plaintiff's injuries arose in Massachusetts</u>

<u>making venue proper.</u>

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☒      Gunther Tulip ® Vena Cava Filter

☐      Cook Celect ® Vena Cava Filter

☐      Gunther Tulip Mreye

☐      Cook Celect Platinum

☐      Other:

11.     Date of Implantation as to each product:

        <u>06/08/2006</u>


12.     Hospital(s) where Plaintiff was implanted (including City and State)

        <u>Charlton Memorial Hospital in Fall River, MA</u>


13.     Implanting Physician(s):

        <u>Dr. Siddiqui</u>

14.     Counts in the Master Complaint brought by Plaintiff(s)

        ☒       Count I:        Strict Products Liability-Failure to warn

        ☒       Count II:       Strict Products Liability-Design Defect

        ☒       Count III:      Negligence

        ☒       Count IV:       Negligence Per Se

        ☒       Count V:        Breach of Express Warranty

        ☒       Count VI:       Breach of Implied Warranty

        ☒       Count VII:      Violations of Applicable Massachusetts

                Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

        ☒       Count VIII:     Loss of Consortium

        ☐       Count IX:       Wrongful Death

        ☐       Count X:        Survival

        ☒       Count XI:       Punitive Damages

        ☒       Count XII:      Fraudulent Concealment; see attached <u>Exhibit A</u> for specific
                allegations.

March 24, 2021                              Respectfully submitted,


                                           By: /s/ Willard J. Moody
                                           Willard J. Moody, Jr., Esquire (VSB #22866)
                                           THE MOODY LAW FIRM, INC.
                                           500 Crawford Street, Suite 200
                                           Portsmouth, VA 23704
                                           (757) 393-4093
                                           will@moodyrrlaw.com
                                           ATTORNEY FOR THE PLAINTIFF