# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 |
| | Master Docket Case No. 1:14-ml-2570 |
| | Honorable Richard L. Young |
| This Document Relates to Plaintiff | |
| Kevin S. Hayes and Eva Hayes | Case No. 1:18-cv-1996 |

## MOTION TO REOPEN CASE AND REQUEST TO FILE AMENDED COMPLAINT AFTER THE MARCH 26, 2021 MDL DEADLINE

COMES NOW undersigned counsel for the Plaintiff and respectfully requests that the above-captioned case be reopened. The Complaint in this matter was filed on June 28, 2018. The *Case Categorization*, Plaintiff Fact Sheet and Plaintiff Profile Form were submitted to Defense Counsel on September 5, 2018. Counsel has been monitoring incoming correspondence from the Court, as well as Plaintiffs' lead counsel, to make sure anything required be completed gets completed. In that regard, undersigned counsel was contacted by Plaintiffs' lead counsel, by email, on September 23, 2020, to submit another Cook Categorization Form, and the form was completed and returned via email to lead counsel on October 5, 2020.

It wasn't until undersigned counsel's assistant, Kathy Hampton, went on to CM/ECF today to file an Amended Complaint in this case that it was discovered that the case had been dismissed and closed for failure to file the *Case Categorization* form (Doc. 13 Ex. A) that had previously been filed on September 5, 2018. While it is possible that notice from the Court was provided and it slipped through the cracks, undersigned Counsel's assistant, Kathy Hampton, just completed a thorough search of emailed notices from the Court, as well as emails from Plaintiffs' lead counsel, and relayed that she did not find notice that this case was on a Motion to Dismiss. Moreover,

counsel has only two cases in this MDL, both of which were dismissed in the same order (Doc. 13 Ex. A) for failing to file *Case Categorization* forms that were timely filed), but nonetheless has continued to receive and monitor scores of emails from the Court and Plaintiffs' lead counsel on matters involving this litigation. In sum, there was nothing that made counsel think to check the docket to see if the case had been dismissed.

In light of the Case Categorization form being timely submitted on September 5, 2018, counsel being unaware that the case was dismissed, communications from the court and lead counsel continuing, and counsel notifying the court as soon as the dismissal was learned of, it is respectfully requested that this matter be reopened and leave be granted to file an amended complaint after the March 26, 2021, deadline.

Date: March 24, 2021

Respectfully submitted,

GOLDBERG & OSBORNE LLP

*/s/ David J. Diamond*
David J. Diamond, AZ Atty. No. 010842
GOLDBERG & OSBORNE LLP
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone: (520) 620-3975
Facsimile: (520) 620-3991
ddiamond@goldbergandosborne.com

*Counsel for Plaintiffs Kevin S. Hayes and Eva Hayes*

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on March 24, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond