**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br><br>Master Docket Case No. 1:14-ml-2570<br><br>Honorable Richard L. Young |
| This Document Relates to Plaintiff<br><br>Frank J. Zart | Case No. 1:18-cv-1461 |

**[PROPOSED] ORDER REOPENING CASE**

Having considered the matter, the Court finds that it is reasonable to reopen this case.

IT IS ORDERED that this case be reopened and Plaintiff is permitted to file their

Amended Complaint after the March 26, 2021 deadline imposed in the MDL, and as soon as

reasonably possible.

DATED this _____ day of _____, 2021.


_____
Honorable Judge Richard L. Young
United States District Court Judge