IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff(s)

**ALAN DOBIES**

Civil Case # 1:17-CV-02631-JMS-TAB

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party: **Alan Dobies**

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: **N/A**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   **N/A**

4. Plaintiff/s/Deceased Party's state of residence at the time of implant: **Michigan**

5. Plaintiff's/Deceased Party's state of residence at the time of injury: **Michigan**

6. Plaintiff's/Deceased Party's current state of residence: **Michigan**

7. District Court and Division in which venue would be proper absent direct filing:

   **United States District Court for the Eastern District of Michigan**

8. Defendants (Check Defendants against whom Complaint is made):

   **X** Cook Incorporated

   **X** Cook Medical LLC

   **X** William Cook Europe ApS

9. Basis of Jurisdiction:

   **X** Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      **Paragraphs 6-28**

   b. Other allegations of jurisdiction and venue:

      _____

      _____

      _____

10. Defendants' Inferior Vena Cava Filter(S) about which Plaintiff(s) is making a claim:

    (Check applicable Inferior Vena Cava Filters):

    **X** Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product: **May 14, 2012**

2

12. Hospital(s) where Plaintiff was implanted (including City and State):

   **Beaumont Hospital, Taylor, Tayor, Michigan**

13. Implanting Physician(s):

   **Manoo Boonsiri, M.D.**

14. Counts in the Master complaint brought by Plaintiff(s):

   X   Count I:       Strict Products Liability – Failure to Warn

   X   Count II:      Strict Products Liability – Design Defect

   X   Count III:     Negligence

   X   Count IV:      Negligence Per Se

   X   Count V:       Breach of Express Warranty

   X   Count VI:      Breach of Implied Warranty

   X   Count VII:     Violation of Applicable Michigan Law Prohibiting

   Consumer Fraud and Unfair and Deceptive Trade Practices.

   ☐   Count VIII:    Loss of Consortium

   ☐   Count IX:      Wrongful Death

   ☐   Count X:       Survival

   X   Count XI:      Punitive Damages

   X   Count XII:     Fraudulent Concealment. See attached brief for specific allegations.

   ☐   Other:

15. Attorney for Plaintiff(s):

   Thomas T. Merrigan, Bar #343480
   Peter M. Merrigan, Bar #673272
   Jonathan Tucker Merrigan, Bar #681627

16. Address and bar information for Attorney for Plaintiff(s):

   268 Summer Street LL, Boston, MA 02210
   Admitted to Practice, Commonwealth of Massachusetts
   Admitted to Practice, District Court of Massachusetts

 

                                        Attorney for Plaintiff(s)

                                        /s/Thomas T. Merrigan
                                        Thomas T. Merrigan, BBO # 343480
                                        tom@sweeneymerrigan.com
                                        Peter M. Merrigan, BBO # 673272
                                        peter@sweeneymerrigan.com
                                        Jonathan Tucker Merrigan, BBO #681627
                                        tucker@sweeneymerrigan.com
                                        SWEENEY MERRIGAN LAW
                                        268 Summer Street, LL
                                        Boston, MA 02210
                                        617 391 9001 (telephone)
                                        617 357 9001 (fax)

Date: 3/24/2021

## CERTIFICATE OF SERVICE

     I hereby certify that on March 24, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Angela Spears
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Anthony James Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue North
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 South Third Street
Las Vegas, NV 89101

David J. Britton
Law Offices of David J. Britton
2209 N. 30th Street, Suite 4
Tacoma, WA 98403

Jay Harris
Harris Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH 43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140

Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square

Bozeman, MT 59718                                  Memphis, TN 38103


Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

                                                                  <u>/s/ Thomas T. Merrigan</u>
                                                                  Thomas T. Merrigan