## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-RAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

Jeffrey Kopf

Civil Case #1:18-cv-2954

## AMENDED SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named

below, incorporate The Master Complaint in MDL No. 2570 by reference.  (Document 213)

Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    Jeffrey Kopf

2.  Spouse Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

    Pennsylvania

5.  Plaintiff's/Deceased Party's state of residence at the time of the injury:

    Pennsylvania

6.  Plaintiff's/Deceased Party's current state of residence:

Revised: 1/4/13

Pennsylvania

7.    District Court and Division in which venue would be proper absent direct filing:

In the United States District Court in the Western District of Pennsylvania

8.    Defendant (Check Defendants against whom Complaint is made):

☒    Cook Incorporated

☒    Cook Medical LLC

☒    William Cook Europe ApS

9.    Basis of Jurisdiction

☒    Diversity of Citizenship

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 1 through 7; 11-12 of the Master Complaint.

b.  Other allegations of jurisdiction and venue

A substantial portion of the events leading to Plaintiff's injuries arose in Pennsylvania

making venue proper.

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☒    Gunther Tulip ® Vena Cava Filter

☐    Cook Celect ® Vena Cava Filter

☐    Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other:

11.   Date of Implantation as to each product:

<u>02/22/2008</u>

12.   Hospital(s) where Plaintiff was implanted (including City and State)

<u>Akron General Hospital in Akron, Ohio</u>

13.   Implanting Physician(s):

<u>Dr. Victor Erzurum, M.D.</u>

14.   Counts in the Master Complaint brought by Plaintiff(s)

☒   Count I:        Strict Products Liability-Failure to warn

☒   Count II:       Strict Products Liability-Design Defect

☒   Count III:      Negligence

☒   Count IV:       Negligence Per Se

☒   Count V:        Breach of Express Warranty

☒   Count VI:       Breach of Implied Warranty

☒   Count VII:      Violations of Applicable Pennsylvania

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count VIII:    Loss of Consortium

☐   Count IX:       Wrongful Death

☐   Count X:        Survival

☒   Count XI:       Punitive Damages

☒   Count XII:      Fraudulent Concealment; see attached <u>Exhibit A</u> for specific allegations.

<u>March 24, 2021</u>                                   Respectfully submitted,

By<u>: /s/ Willard J. Moody_____</u>
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
will@moodyrrlaw.com
ATTORNEY FOR THE PLAINTIFF