IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Carl D. Johnson

Civil Case # 1:18-cv-2523

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Carl D. Johnson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

South Carolina

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

South Carolina

6. Plaintiff's/Deceased Party's current state of residence:

South Carolina

7. District Court and Division in which venue would be proper absent direct filing:

District of South Carolina

8. Defendants (Check Defendants against whom Complaint is made):

- ✓ Cook Incorporated
- ✓ Cook Medical LLC
- ✓ William Cook Europe APS

9. Basis of Jurisdiction:

- ✓ Diversity of Citizenship
- ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

9; diversity

    b. Other allegations of jurisdiction and venue:

2

SHORT FORM COMPLAINT

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

　　☐ Günther Tulip® Vena Cava Filter
　　■ Cook Celect® Vena Cava Filter
　　☐ Gunther Tulip Mreye
　　☐ Cook Celect Platinum
　　☐ Other: _____

11. Date of Implantation as to each product:

　　3/17/2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

　　UNC Health Care, Chapel Hill, NC

13. Implanting Physician(s):

　　Singh Bakramjit, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

　　✓ Count I: Strict Products Liability – Failure to Warn

　　✓ Count II: Strict Products Liability – Design Defect

　　✓ Count III: Negligence

　　✓ Count IV: Negligence Per Se

✓ Count V: Breach of Express Warranty

✓ Count VI: Breach of Implied Warranty

✓ Count VII: Violations of Applicable ___SC___ (insert State) Law

  Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

✓ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

■ Other: _____ (please state the facts supporting this Count in the space, immediately below)

"Fraudulent Concealment. See attached brief for specific allegations."

15. Attorney for Plaintiff(s):

Jeff Seldomridge

4

SHORT FORM COMPLAINT

16. Address and bar information for Attorney for Plaintiff(s):

The Miller Firm, LLC

108 Railroad Avenue

Orange, VA 22960

VA Bar No. 89552

          Respectfully submitted,

          */s/ Jeff Seldomridge*
          JEFF SELDOMRIDGE
          **THE MILLER FIRM LLC**
          108 Railroad Avenue
          Orange, Virginia 22960
          Tel: (540) 672-4224
          Fax: (540) 672-3055
          jseldomridge@millerfirmllc.com
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on 3/25/21, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

          */s/ Jeff Seldomridge*
          Jeff Seldomridge
          Virginia Bar No. 89552