IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Maria Jordan and Michael Jordan

Civil Case # 1:17-cv-1216

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Maria Jordan

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Michael Jordan (spouse)

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   n/a

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New Hampshire

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New Hampshire

6. Plaintiff's/Deceased Party's current state of residence:

   New Hampshire

7. District Court and Division in which venue would be proper absent direct filing:

   US DC, District of NH, Concord Division

8. Defendants (Check Defendants against whom Complaint is made):

   [✓] Cook Incorporated

   [✓] Cook Medical LLC

   [✓] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✓] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   7-28

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - [✓] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter

    Gunther Tulip Mreye

    Cook Celect Platinum

    Other: _____

11. Date of Implantation as to each product:

    6/11/14

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Boston VA Medical Center

    Boston, MA

13. Implanting Physician(s):

    Dr. Joseph Raffetto

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [✓] Count I:    Strict Products Liability – Failure to Warn
    - [✓] Count II:   Strict Products Liability – Design Defect
    - [✓] Count III:  Negligence
    - [✓] Count IV:   Negligence Per Se

3

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable  NH, MA  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☑ Other: Count XII; Fraudulent Concealment (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

Count XII; Fraudulent Concealment; see attached Exhibit A for specific allegations.

15. Attorney for Plaintiff(s):

Michael G. Stag, Merritt E. Cunningham

16. Address and bar information for Attorney for Plaintiff(s

      */s/ Merritt E. Cunningham*
Michael G. Stag,, LA Bar No. 23314
Merritt E. Cunningham, LA Bar No. 32843
STAG LIUZZA, LLC (fka Smith Stag, LLC)
One Canal Place
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone (504) 593-9600
Facsimile (504) 593-9601
mcunningham@stagliuzza.com
mstag@stagliuzza.com