**IN THE UNITED STATES DISTRICT COURTSOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

This Document Relates to Plaintiff(s):

PAUL BOGLE

Civil Case # 1:17-cv-01880

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Paul Bogle

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Tammy Bogle

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Kansas

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

   Kansas

6.  Plaintiff's/Deceased Party's current state of residence:

   Kansas

7.  District Court and Division in which venue would be proper absent direct filing:

   District of Kansas, Wichita Division

8.  Defendants (Check Defendants against whom Complaint is made):

   ☑   Cook Incorporated

   ☑   Cook Medical LLC

   ☑   William Cook Europe ApS

9.  Basis of Jurisdiction:

   ☑   Diversity of Citizenship

   ☐   Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28

   _____

   _____

   b.  Other allegations of jurisdiction and venue:

   N/A

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐     Günther Tulip® Vena Cava Filter

☑     Cook Celect® Vena Cava Filter

☐     Gunther Tulip Mreye

☐     Cook Celect Platinum

☐     Other: _____

11. Date of Implantation as to each product:

June 21, 2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

The University of Kansas Hospital

Kansas City, Kansas

13. Implanting Physician(s):

Steven Lemons, M.D.; Jeffrey Holzbeierlein, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☑ | Count I: | Strict Products Liability – Failure to Warn |
| ☑ | Count II: | Strict Products Liability – Design Defect |
| ☑ | Count III: | Negligence |
| ☑ | Count IV: | Negligence Per Se |
| ☑ | Count V: | Breach of Express Warranty |
| ☑ | Count VI: | Breach of Implied Warranty |
| ☑ | Count VII: | Violations of Applicable State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |

☑     Count VIII:     Loss of Consortium

☐     Count IX:     Wrongful Death

☐     Count X:     Survival

☑     Count XI:     Punitive Damages

☑     Other:     Fraud. See attached brief for specific allegations.

☑     Other:     Fraudulent Concealment. See attached brief for specific allegations.

15. Attorneys for Plaintiff(s):

    Henry G. Garrard, III, James B. Matthews, III, Andrew J. Hill, III, Josh B. Wages

16. Address and bar information:

BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.

440 College Avenue
P.O. Box 832
Athens, Georgia 30603
(706) 354-4000

Henry G. Garrard, III
    Georgia Bar No. 286300
James B. Matthews, III
    Georgia Bar No. 477559
Andrew J. Hill, III
    Georgia Bar No. 353300
Josh B. Wages
    Georgia Bar No. 730098

March 25, 2021     Respectfully submitted,

/s/ Henry G. Garrard, III
Henry G. Garrard, III
Georgia Bar No. 286300
**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**
440 College Avenue
Post Office Box 832
Athens, GA 30603
(706) 354-4000

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Henry G. Garrard, III*
Henry G. Garrard, III
Georgia Bar No. 286300
**BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.**
440 College Avenue
P.O. Box 832
Athens, GA  30603
(706) 354-4000 phone
(706) 549-3545 fax
hgarrard@bbga.com
***Attorney for Plaintiff***