IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Bridget Shaw

Civil Case # 1:17-cv-637

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Bridget Shaw

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    n/a

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    NY

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   NY

6. Plaintiff's/Deceased Party's current state of residence:

   NY

7. District Court and Division in which venue would be proper absent direct filing:

   USDC Western District of NY, Rochester Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   7-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    [✓] Günther Tulip® Vena Cava Filter

    [ ] Cook Celect® Vena Cava Filter

    Gunther Tulip Mreye

    Cook Celect Platinum

    Other:
    _____

11. Date of Implantation as to each product:
    8/5/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):
    Arnot Ogden, Elmira NY

13. Implanting Physician(s):
    Dr. Niksa Vlasic

14. Counts in the Master Complaint brought by Plaintiff(s):

    [✓]  Count I:    Strict Products Liability – Failure to Warn
    [✓]  Count II:   Strict Products Liability – Design Defect
    [✓]  Count III:  Negligence
    [✓]  Count IV:   Negligence Per Se

3

| | | |
|---|---|---|
| ☑ | Count V: | Breach of Express Warranty |
| ☑ | Count VI: | Breach of Implied Warranty |
| ☑ | Count VII: | Violations of Applicable __NY__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☑ | Count XI: | Punitive Damages |
| ☑ | Other: | __Count XII; Fraudulent Concealment__ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

Count XII; Fraudulent Concealment; see attached Exhibit A for specific allegations

15. Attorney for Plaintiff(s):

Michael G. Stag, Merritt E. Cunningham

16. Address and bar information for Attorney for Plaintiff(s

        */s/* Merritt Cunningham

Michael G. Stag (LA Bar 23314)
Merritt Cunningham (LA Bar 32843)
STAG LIUZZA, LLC
365 Canal St., Ste. 2850
New Orleans, LA 70130
Phone: (504) 593-9600
Fax: (504) 593-9601
mstag@stagliuzza.com
mcunningham@stagliuzza.com