**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | ) | CASE NO. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570 |
| THIS DOCUMENT RELATES TO:<br>PLAINTIFF KRISTY TAMAYO | ) | CIVIL CASE NO.: 1:17-cv-2212 |

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/~~Deceased Party~~: Kristy Tamayo
2. Spousal Plaintiff/~~Deceased Party's~~ spouse or other party making loss of consortium claim: N/A
3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): N/A
4. Plaintiff's/~~Deceased Party's~~ state of residence at the time of implant: North Carolina
5. Plaintiff's/~~Deceased Party's~~ state of residence at the time of injury: North Carolina
6. Plaintiff's/~~Deceased Party's~~ current state of residence: North Carolina
7. District Court and Division in which venue would be proper absent direct filing: United States District Court for the Eastern District of North Carolina

8. Defendants:

☒ Cook Incorporated

☒ Cook Medical LLC

☒ William Cook Europe ApS

9. Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other: ________________________________________

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28

b. Other allegations of jurisdiction and venue: N/A

10. Defendants' Inferior Vena Cava Filter about which Plaintiff is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Gunther Tulip Vena Cava Filter

☒ Cook Celect Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

11. Date of Implantation as to each product: December 16, 2011

12. Hospital(s) where Plaintiff was implanted: WakeMed, 3000 New Bern Avenue, Raleigh,NC 27610

13. Implanting Physician: Pascal Osita Udekwu, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Product Liability – Failure to Warn

☒ Count II: Strict Products Liability -Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Indiana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: Fraudulent Concealment. Please see attached brief for specific allegations.

15. Attorney for Plaintiff(s): Don McKenna

16. Address and bar information for Attorney for Plaintiff: Hare, Wynn, Newell & Newton, 2025 Third Avenue North, Suite 800, Birmingham, Alabama 35203. Alabama State Bar No.: ASB-6494-C66D

Respectfully submitted,

**HARE, WYNN, NEWELL & NEWTON LLP**

/s/ Don McKenna
Don McKenna
Hare, Wynn, Newell & Newton LLP
2025 Third Avenue North
Suite 800
Birmingham, AL 35203
Telephone: (205) 328-5330
Facsimile: (205) 324-2165
don@hwnn.com
Attorney for Plaintiff