**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

This Document Relates to Plaintiff(s)
    MICHAEL D. UPTON

Civil Case #__1:16-cv-00601-RLY-TAB_____

---

**AMENDED SHORT FORM COMPLAINT**

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1.   Plaintiff/Deceased Party:

      Michael D. Upton

2.   Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

      N/A

3.   Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):


4.   Plaintiff's/Deceased Party's state of residence at the time of implant:

      Virginia

5.   Plaintiff's/Deceased Party's state of residence at the time of injury:

      Virginia

6.    Plaintiff's/Deceased Party's current state of residence:

    Virginia

7.    District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Eastern District of Virginia, Norfolk Division

8.    Defendants (Check Defendants against whom Complaint is made):

    ☒    Cook Incorporated

    ☒    Cook Medical LLC

    ☒    William Cook Europe ApS

9.    Basis of jurisdiction:

    ☒    Diversity of Citizenship

    ☒    Other:   MDL 2570 Centralization

    a.    Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        6-28

    b.    Other allegations of jurisdiction and venue:

10.   Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐    Günther Tulip® Vena Cava Filter

    ☒    Cook Celect® Vena Cava Filter

    ☐    Gunther Tulip Mreye

    ☐    Cook Celect Platinum

    ☐    Other: 

11.   Date of Implantation as to each product:

July 24, 2014

12.     Hospital(s) where Plaintiff was implanted (including City and State):

Maryview Medical Center, Portsmouth, VA

13.     Implanting Physician(s):

Chad McKinzie, DO

14.     Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:        Strict Products Liability – Failure to Warn

☒     Count II:       Strict Products Liability – Design Defect

☒     Count III:      Negligence

☒     Count IV:       Negligence Per Se

☒     Count V:        Breach of Express Warranty

☒     Count VI:       Breach of Implied Warranty

☒     Count VII:      Violations of Applicable __Virginia__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count VIII:     Loss of Consortium

☐     Count IX:       Wrongful Death

☐     Count X:        Survival

☒     Count XI:       Punitive Damages

☐     Other           _____ (please state the facts supporting this Count in the space immediately below)

☒     Other           _____ (please state the facts supporting this Count in the space immediately below)

Fraudulent Concealment.   See attached supplement for specific allegations.

15.     Attorney for Plaintiff(s):

Rand P. Nolen

16.     Address and bar information for Attorney for Plaintiff(s)

Texas Bar No. 00788126

FLEMING, NOLEN & JEZ, L.L.P.

2800 Post Oak Blvd., Suite 4000

Houston, TX  77056-6109

Tel:  (713) 621-7944

Fax:  (713) 621-9638

Email:  rand_nolen@fleming-law.com

## JURY DEMAND

Plaintiff demands a jury trial.

Dated:  March 25, 2021

Respectfully submitted,

By:    /s/ Rand P. Nolen
          Rand P. Nolen (Pro Hac Vice)
          **FLEMING, NOLEN & JEZ, L.L.P.**
          2800 Post Oak Blvd., Suite 4000
          Houston, Texas 77056-3109
          Telephone:  (713) 621-7944
          Facsimile:   (713) 621-9638
          Email:  rand_nolen@fleming-law.com
          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021, a copy of the foregoing was served electronically

and notice of the service of this document will be sent to all parties by operation of the Court's

electronic filing system to CM/ECF participants registered to receive service in this matter.

_/s/ Rand P. Nolen_