IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Jean Michelle Moeders

Civil Case #1:20-cv-169

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Jean Michelle Moeders

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Oregon

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Oregon

6. Plaintiff's/Deceased Party's current state of residence:

   Oregon

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court of Oregon

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe APS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-28

   b. Other allegations of jurisdiction and venue:

   Order establishing policies and procedures

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

2

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

    June 12, 2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Desert Springs Hospital

    Las Vegas, NV

13. Implanting Physician(s):

    Unknown, but potentially Dr. Bandt

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

    ☒ Count V:    Breach of Express Warranty

    ☒ Count VI:   Breach of Implied Warranty

    ☒ Count VII:  Violations of Applicable Nevada Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

3

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: Tolling of Statute of Limitations (please state the facts supporting this Count in the space, immediately below)

Plaintiff and her physicians reasonably relied upon the skill and judgment of Defendants. As soon as the true nature of the IVC FILTER and the fact that the warranty and representations were false were ascertained, Plaintiff was notified of the breach. Due to Defendants' deception, and failure to notify individuals of the defects, Plaintiff could not have known of the falsehood and therefore could not have acted before this time.

☒ Other: Fraudulent Concealment (please state the facts supporting this Count in the space, immediately below)

Fraudulent Concealment - See attached statement for specific allegations.

15. Attorney for Plaintiff(s):

David C. DeGreeff

16. Address and bar information for Attorney for Plaintiff(s):

David C. DeGreeff, Wagstaff & Cartmell, LLP, 4740 Grand Ave, Suite 300, Kansas City, MO 64112

MO Bar No. 55019; KS Bar No. 21794

A Jury Trial is hereby demanded on all Counts.

4

Respectfully submitted,

/s/ David C. DeGreeff
Thomas P. Cartmell MO #45366
Jeffrey M. Kuntz MO #52371
David C. DeGreeff MO #55019
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Office Tel: 816-701-1100
Fax: 816-531-2372
tcartmell@wcllp.com
jkuntz@wcllp.com
ddegreeff@wcllp.com

*Attorneys for Plaintiff*

5