IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Alberto Labrador

Civil Case #  1:19-cv-04039

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Alberto Labrador

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Florida

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Florida

6. Plaintiff's/Deceased Party's current state of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   Middle District of Florida

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28.

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    05/16/2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    St. Joseph's Hospital - 3001 W Doctor M.L.K. Jr Blvd, Tampa, FL 33607

13. Implanting Physician(s):

    Dr. Kelly Van Epps

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se

3

- [X] Count V:     Breach of Express Warranty

- [X] Count VI:    Breach of Implied Warranty

- [X] Count VII:   Violations of Applicable ___Florida___ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- [ ] Count VIII:  Loss of Consortium

- [ ] Count IX:    Wrongful Death

- [ ] Count X:     Survival

- [X] Count XI:    Punitive Damages

- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

- [X] Other: __Fraudulent Concealment__ (please state the facts supporting this Count in the space, immediately below)

Please see attached brief for specific allegations.

15. Attorney for Plaintiff(s):
    Taylor W. Williams

16. Address and bar information for Attorney for Plaintiff(s):
    Taylor W. Williams
    UT Bar #: 17348
    Driggs, Bills & Day, PC
    737 E. Winchester St.
    Salt Lake City, UT 84107
    T: 801-308-9179

4

      Respectfully submitted,

      */s/ Taylor W. Williams*

---

Taylor W. Williams, UT Bar No. 17348
**Driggs, Bills & Day PC.**
737 E. Winchester St.
Salt Lake City, UT
T: 801-308-9179
F: 801-752-0607
twilliams@advocates.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

      /s/ Taylor W. Williams, UT Bar No. 17348