# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

    Manuel Ramirez

Civil Case#:  1:19-cv-4149

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2570 by reference (Doc. 213). Plaintiff (s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Manuel Ramirez

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    California

5. Plaintiff's/Deceased Party's state(s) of residence at the time of injury:

    California

6. Plaintiff's/Deceased Party's current state of residence:

    California

7. District Court and Division in which venue would be proper absent direct filing:

    Eastern District of California

8. Defendants (check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other:

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        6-28

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☑ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

11. Date of Implantation as to each product:

    8/27/2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Mercy San Juan Medical Center, 6501 Coyle Avenue, Carmichael, CA 95608

13. Implanting Physician(s):

    Brian Felmeth, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I: Strict Products Liability – Failure to Warn

☑ Count II: Strict Products Liability – Design Defect

☑ Count III: Negligence

☑ Count IV: Negligence Per Se

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable __California__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☑ Other: __Fraudulent Concealment__ (please state the facts supporting this Count in the space, immediately below)

__See attached brief for specific allegations.__

15. Attorney for Plaintiff(s):

James B. Tuttle, Esq.

16. Address and bar information for Attorney and Plaintiff(s):

The Tuttle Law Firm    (NY #1124833)

1520 Crescent Road, Suite 300

Clifton Park, New York 12065

Dated:  March 25, 2021

        Respectfully Submitted

        THE TUTTLE LAW FIRM

        By:  */s/ James B. Tuttle*
            James B. Tuttle, Esq. (NY #1124833)
            THE TUTTLE LAW FIRM
            *Attorney for the Plaintiff*
            1520 Crescent Road, Suite 300
            Clifton Park, New York 12065
            Telephone: (518) 783-1001
            Facsimile: (518)783-1515
            Email:  jbtesq@nycap.rr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

        */s/ James B. Tuttle*