IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff

Civil Case # 1:17CV03647

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the Court as follows:

1. Plaintiff/Deceased Party:

    Clyde H. Sjoerdsma

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's state of residence at the time of implant:

    Colorado

5. Plaintiff's state of residence at the time of injury:

   Colorado

6. Plaintiff's current state of residence:

   Colorado

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the District of Colorado, Colorado Springs Division

8. Defendants (Check Defendants against whom Complaint is made):

   [X] Cook Incorporated

   [X] Cook Medical LLC

   [X] William Cook Europe ApS

9. Basis of Jurisdiction:

   [X] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      6-28 inclusive

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter about which Plaintiff is making a claim (Check applicable Inferior Vena Cava Filters):

    [X] Günther Tulip® Vena Cava Filter

    [ ] Cook Celect® Vena Cava Filter

    [ ] Gunther Tulip Mreye

2

    ☐    Cook Celect Platinum

    ☐    Other: _____

11. Dates of Implantation as to each product:

    <u>10/20/2005</u>

12. Hospital where Plaintiff was implanted (including City and State):

    <u>Memorial Hospital; Colorado Springs, CO</u>

13. Implanting Physician:

    <u>Dr. Paul Connaughton</u>

14. Counts in the Master Complaint brought by Plaintiff:

    | | | |
    |---|---|---|
    | ☒ | Count I: | Strict Products Liability – Failure to Warn |
    | ☒ | Count II: | Strict Products Liability – Design Defect |
    | ☒ | Count III: | Negligence |
    | ☒ | Count IV: | Negligence Per Se |
    | ☒ | Count V: | Breach of Express Warranty |
    | ☒ | Count VI: | Breach of Implied Warranty |
    | ☒ | Count VII: | Violations of Applicable <u>Colorado</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
    | ☐ | Count VIII: | Loss of Consortium |
    | ☐ | Count IX: | Wrongful Death |
    | ☐ | Count X: | Survival |
    | ☒ | Count XI: | Punitive Damages |
    | ☒ | Other: Fraudulent Concealment (See attached brief for specific allegations) | |

3

15. Attorney for Plaintiff:

    <u>M. Brandon Smith</u>

16. Address and bar information for Attorney for Plaintiff:

    <u>1932 North Druid Hills Rd., Suite 100, Atlanta, GA 30319</u>

    <u>Georgia Bar No. 141418</u>

           Respectfully submitted,

           **/s/: M. Brandon Smith**
           M. Brandon Smith
           Georgia Bar No. 141418
           CHILDERS, SCHLUETER & SMITH, LLC
           1932 North Druid Hills Road, Suite 100
           Atlanta, Georgia 30319
           (404) 419-9500 – telephone
           (404) 419-9501 – facsimile
           bsmith@cssfirm.com

           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on <u>March 25, 2021</u>, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

           **/s/: M. Brandon Smith**