IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

>JUAN GONZALES
>Case No. 1:16-cv-01810-RLY-TAB

PLEASE TAKE NOTICE THAT, Charles G. Orr of Baron & Budd, P.C. hereby appears as counsel in this action for Plaintiff Juan Gonzales.

I hereby request that copies of all pleadings, notices, memoranda, and other papers in this action be served upon the undersigned counsel at the address listed below.

I certify that I am admitted to practice in this Court.

Dated: March 25, 2021    Respectfully submitted:

**BARON & BUDD, P.C.**

*/s/ Charles G. Orr*
Charles G. Orr, TX SBN: 00788148
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
corr@baronbudd.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 25, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                */s/ Charles G. Orr*
                Charles G. Orr