IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Nancy Rutledge

Civil Case # 1:17-cv-1925

First Amended
**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Nancy Rutledge

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   USDC - Eastern District of Pennsylvania    (Reading Division)

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 9-28

   b. Other allegations of jurisdiction and venue:

   N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    7/6/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Lancaster Regional Medical Center, Lancaster Pennsylvania

13. Implanting Physician(s):

    Kartik J. Shah, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se

3

- [x] Count V: Breach of Express Warranty
- [x] Count VI: Breach of Implied Warranty
- [x] Count VII: Violations of Applicable __Pennsylvania__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- [ ] Count VIII: Loss of Consortium
- [ ] Count IX: Wrongful Death
- [ ] Count X: Survival
- [x] Count XI: Punitive Damages
- [x] Other: __Fraudulent Concealment__ (please state the facts supporting this Count in the space, immediately below)
- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

See Attached Ex. A.

15. Attorney for Plaintiff(s):

Matthew S. Mokwa

16. Address and bar information for Attorney for Plaintiff(s):

The Maher Law Firm, P.A.
271 W. Canton Ave. Suite 1
Winter Park, FL 32789
407-839-0866
Florida Bar No. 47761

4

Respectfully Submitted,

                      **THE MAHER LAW FIRM, P.A.**

                      By: s/ Matthew S. Mokwa
                      Matthew S. Mokwa (FL Bar No. 47761 )
                      (admitted *pro hac vice*)
                      **The Maher Law Firm, P.A.**
                      271 W. Canton Ave., Suite 1
                      Winter Park, FL 32789
                      407-839-0866 (Telephone)
                      321-304-6039 (Fax)
                      mmokwa@maherlawfirm.com

I hereby certify that on this 25${}^{th}$ day of March, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

                                        */s/ Matthew S. Mokwa*