IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

PHILLIP BRANDFORD

Civil Case # 1:20-cv-1179

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Phillip Brandford

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Maryland

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Maryland

6. Plaintiff's/Deceased Party's current state of residence:

   Maryland

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the District of Maryland

8. Defendants (Check Defendants against whom Complaint is made):

   _X_ Cook Incorporated

   _X_ Cook Medical LLC

   _X_ William Cook Europe APS

9. Basis of Jurisdiction:

   _X_ Diversity of Citizenship

   ___ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   26, 27, and 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    _____   Günther Tulip® Vena Cava Filter

    \_\_X\_\_   Cook Celect® Vena Cava Filter

    _____   Gunther Tulip Mreye

    _____   Cook Celect Platinum

    _____   Other:

11. Date of Implantation as to each product:

    On or about July 2, 2010.

12. Hospital(s) where Plaintiff was implanted (including City and State):

    University of Maryland Medical Center, Baltimore, Maryland.

13. Implanting Physician(s):

    Dr. Rahul S. Patel

14. Counts in the Master Complaint brought by Plaintiff(s):

    \_\_X\_\_   Count I:       Strict Products Liability – Failure to Warn

    \_\_X\_\_   Count II:      Strict Products Liability – Design Defect

    \_\_X\_\_   Count III:     Negligence

    \_\_X\_\_   Count IV:      Negligence Per Se

   __X__   Count V:        Breach of Express Warranty

   __X__   Count VI:       Breach of Implied Warranty

   __X__   Count VII:      Violations of Applicable Law <u>Maryland</u>

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   _____   Count VIII:     Loss of Consortium

   _____   Count IX:       Wrongful Death

   _____   Count X:        Survival

   __X__   Count XI:       Punitive Damages

   __X__    Other: <u>Fraudulent Concealment</u>   (please state the facts that support this Count in the space, immediately below)

   _____    Other: _____   (please state the facts that support this Count in the space, immediately below)

<u>See attached brief for specific allegations.</u>

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

<u>Roopal P. Luhana, Esq.</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>Chaffin Luhana LLP, 600 Third Avenue, 12th Floor, New York, New York 10016, New York Bar # 4127841</u>

|  |  |
|---|---|
| Dated: 3/25/2021 | Respectfully submitted,<br><br>s/ Roopal P. Luhana<br>**CHAFFIN LUHANA LLP**<br>Roopal P. Luhana, Esq.<br>600 Third Avenue, 12th Floor<br>New York, New York 10016<br>Tel.: (347) 269-4472<br>Fax: (888) 499-1123<br>luhana@chaffinluhana.com<br><br>***Attorneys for Plaintiffs*** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021, I caused the foregoing to be served via Electronic Mail on below counsel of record per the Court's Amended CMO No. 6.

s/ Roopal P. Luhana<br>
Roopal P. Luhana

Served on:

CookFilterMDL@FagreBD.com