IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
___Jessica Keiter_____

Civil Case #_1:17-cv-3011_____

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   ___Jessica Keiter_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   ___N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   ___N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   ___West Virginia_____

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   <u>     West Virginia                                              </u>

6. Plaintiff's/Deceased Party's current state of residence:

   <u>     West Virginia                                              </u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>     ~~USDC Northern District of West Virginia~~                </u>

8. Defendants (Check Defendants against whom Complaint is made):

   ☒    Cook Incorporated

   ☒    Cook Medical LLC

   ☒    William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒    Diversity of Citizenship

   ☐    Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____
   _____
   _____

   b. Other allegations of jurisdiction and venue:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☒ Günther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    July 23, 2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    University of Virginia, Charlottesville, VA

13. Implanting Physician(s):

    Bora Lee, MD; Saher Sabri, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se

3

- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable <u>Virginia</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☒ Other: <u>Fraudulent Concealment</u> (please state the facts supporting this Count in the space, immediately below)

See attached bief for specific allegations.

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Gregory N. McEwen

16. Address and bar information for Attorney for Plaintiff(s):

4

<u> McEwen Law Firm, Ltd, 5850 Blackshire Path, Inver Grove Heights, MN 55076</u>

<u>Minnesota Bar #0273843                                                    </u>

<u>                                                                          </u>

Respectfully submitted,

**McEwen Law Firm, Ltd**


*/s/ Gregory N. McEwen*                          
Gregory N. McEwen, MN Atty. No. 0273843
5850 Blackshire Path
Inver Grove Heights, MN 55076
Telephone: (651) 224-3833
Facsimile: (651) 223-5790
Gmcewen@mcewenlaw.com
　　　　*Lead Counsel for Plaintiffs*


**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


*/s/ Gregory N. McEwen*
Gregory N. McEwen