IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to Plaintiff(s)

 MEKIA L. JACKSON and DEXTER JACKSON

 Civil Case # 1:16-cv-1375

---

## AMENDED SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Mekia L. Jackson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Dexter Jackson

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Texas

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    Florida

6.  Plaintiff's/Deceased Party's current state of residence:

    Florida

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court Northern District of Florida, Tallahassee Division

8.  Defendants (Check Defendants against whom Complaint is made):

    _X_  Cook Incorporated

    _X_  Cook Medical LLC

    _X_  William Cook Europe ApS

9.  Basis of Jurisdiction:

    _X_  Diversity of Citizenship

    ___  Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    27 and 28

    _____

    _____

    b.  Other allegations of jurisdiction and venue:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

             Günther Tulip® Vena Cava Filter

    X   Cook Celect® Vena Cava Filter

             Gunther Tulip Mreye

             Cook Celect Platinum

             Other:

11. Date of Implantation as to each product:

11/4/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

Texas Health Presbyterian Hospital Denton, Denton, Texas

13. Implanting Physician(s):

Reul Ortega, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    X    Count I:        Strict Products Liability – Failure to Warn

    X    Count II:       Strict Products Liability – Design Defect

    X    Count III:      Negligence

    X    Count IV:      Negligence Per Se

    __X__ Count V:       Breach of Express Warranty

    __X__ Count VI:      Breach of Implied Warranty

    __X__ Count VII:     Violations of Applicable <u>Florida</u>

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    __X__ Count VIII:    Loss of Consortium

    _____ Count IX:      Wrongful Death

    _____ Count X:       Survival

    __X__ Count XI:      Punitive Damages

    __X__ Other:        <u>Fraudulent Concealment</u> (please state the facts that support this Count in the space, immediately below)

    _____ Other:       _____ (please state the facts that support this Count in the space, immediately below)

<u>   See attached brief for specific allegations.                          </u>

_____

_____

_____

15. Attorney for Plaintiff(s):

  <u>Roopal P. Luhana                               </u>

16. Address and bar information for Attorney for Plaintiff(s):

  <u>Chaffin Luhana LLP, 600 Third Avenue, 12th Floor, New York, New York 10016, New York Bar # 4127841</u>

Dated: 3/25/2021

Respectfully submitted,

s/ Roopal P. Luhana

**CHAFFIN LUHANA LLP**
Roopal P. Luhana, Esq.
600 Third Avenue, 12th Floor
New York, New York 10016
Tel.: (347) 269-4472
Fax: (888) 499-1123
luhana@chaffinluhana.com

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2021, I caused the foregoing to be served via

Electronic Mail on below counsel of record per the Court's CMO No. 6.

s/ Roopal P. Luhana<br>
Roopal P. Luhana

Served on:

CookIVCFMDL@woodmclaw.com