IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Mary Hassell, Next of Kin on behalf of Anna Gannon

Civil Case # 1:18-cv-1639

AMENDED   **SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the

Defendants named below, incorporate The Master Complaint in MDL No. 2570 by

reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Anna Gannon, deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Mary Hassell, Successor in Interest on behalf of Anna Gannon, deceased

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Rhode Island

1

SHORT FORM COMPLAINT

1
2

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Rhode Island

3
4

6. Plaintiff's/Deceased Party's current state of residence:

Rhode Island

5
6

7. District Court and Division in which venue would be proper absent direct filing:

7
8

District of Rhode Island

9

8. Defendants (Check Defendants against whom Complaint is made):

10

✓ Cook Incorporated

11
12

✓ Cook Medical LLC

13

✓ William Cook Europe APS

14

9. Basis of Jurisdiction:

15
16

✓ Diversity of Citizenship

17

□ Other: _____

18

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

19

9; diversity

20
21
22

    b. Other allegations of jurisdiction and venue:

23
24
25
26
27
28

2

SHORT FORM COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

■ Günther Tulip® Vena Cava Filter

□ Cook Celect® Vena Cava Filter

□ Gunther Tulip Mreye

□ Cook Celect Platinum

□ Other: _____

11. Date of Implantation as to each product:

11/14/2008 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Rhode Island Hospital, Providence, RI _____

_____

13. Implanting Physician(s):

Ethan Prince, VIR Fellow _____

Richard Haas, VIR Attending

Michael Simonetti, VIR PA

14. Counts in the Master Complaint brought by Plaintiff(s):

✓ Count I: Strict Products Liability – Failure to Warn

✓ Count II: Strict Products Liability – Design Defect

✓ Count III: Negligence

✓ Count IV: Negligence Per Se

3

SHORT FORM COMPLAINT

✓ Count V: Breach of Express Warranty

✓ Count VI: Breach of Implied Warranty

✓ Count VII: Violations of Applicable <sup>RI</sup> _____ (insert State) Law

   Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

✓ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the

space, immediately below)

■ Other: _____ (please state the facts supporting this Count in the

space, immediately below)

   "Fraudulent Concealment. See attached brief for specific allegations."

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Jeff Seldomridge

_____

4

SHORT FORM COMPLAINT

16. Address and bar information for Attorney for Plaintiff(s):

The Miller Firm, LLC

108 Railroad Avenue

Orange, VA 22960

VA Bar No.  89552

Respectfully submitted,


/s/ Jeff Seldomridge
JEFF SELDOMRIDGE
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
jseldomridge@millerfirmllc.com
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on 3/25/21_____, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


/s/ Jeff Seldomridge
Jeff Seldomridge
Virginia Bar No. 89552

SHORT FORM COMPLAINT