IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Susan Roberts

Civil Case # 1:19-cv-04094

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Susan Roberts

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Alabama

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Alabama

6. Plaintiff's/Deceased Party's current state of residence:

   Alabama

7. District Court and Division in which venue would be proper absent direct filing:

   Middle District of Alabama

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe APS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      9 through 20

   b. Other allegations of jurisdiction and venue:

      _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☑ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

    4/28/2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    UAB Medical Hospital. Birmingham, AL

13. Implanting Physician(s):

    Steven Taylor, MD. Birmingham, AL

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☑ Count I: Strict Products Liability – Failure to Warn

   ☑ Count II: Strict Products Liability – Design Defect

   ☑ Count III: Negligence

   ☑ Count IV: Negligence Per Se

   ☑ Count V: Breach of Express Warranty

   ☑ Count VI: Breach of Implied Warranty

   ☑ Count VII: Violations of Applicable __Alabama__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII: Loss of Consortium

  ☐  Count IX: Wrongful Death

  ☐  Count X: Survival

  ☑  Count XI: Punitive Damages

  ☑  Other: Fraudulent Concealment. See attached brief for specific allegations.

  ☑  Other: All other counts and claims for relief set forth in the master complaint for an amount to be determined by the jury.

15. Attorney for Plaintiff(s):

    Fears | Nachawati, PLLC – Steve Schulte, Darren Patrick McDowell

16. Address and bar information for Attorney for Plaintiff(s):

    5473 Blair Road, Dallas, TX, 75231

    Steve Schulte - Texas Bar No. 24051306

    Darren McDowell - Texas Bar No. 24025520

        Respectfully submitted,

        */s/ Steve Shulte*
        **Steve Schulte**
        Texas Bar No. 24051306
        schulte@fnlawfirm.com
        **Darren Patrick McDowell**
        Texas Bar No. 24025520
        dmcdowell@fnlawfirm.com
        **FEARS NACHAWATI, PLLC**
        5473 Blair Road
        Dallas,Texas
        Tel. (214) 890-0711
        Fax (214) 890-0712

## CERTIFICATE OF SERVICE

I hereby certify that on 03/25/2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Steve Schulte*
**Steve Schulte**