> APPROVED. Case is dismissed with prejudice.
> Dated: 3/25/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to:<br><br>KELVIN AND TAMMY KEY<br><br>vs.<br><br>COOK MEDICAL INCORPORATED et al. | CIVIL ACTION NO. 1:16-cv-00464 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs, Kelvin Key and Tammy Key, by and through undersigned counsel, pursuant to ¶3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully give notice of the voluntary dismissal with prejudice of the above-referenced action as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:16-cv-00464 filed on February 26, 2016. In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

Dated: December 21, 2020

Respectfully submitted,

/s/ Scott E. Brady
Philip Bohrer, LA State Bar No. 14089
Scott E. Brady, LA State Bar No. 24976
**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
phil@bohrerbrady.com
scott@bohrerbrady.com

*Lead Counsel for Plaintiffs*