IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Kerri Collins

Civil Case # 1:18-cv-2901

First Amended
**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Kerri Collins

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Michigan

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Michigan

6. Plaintiff's/Deceased Party's current state of residence:

    Michigan

7. District Court and Division in which venue would be proper absent direct filing:

    Eastern District of Michigan (Detroit)

8. Defendants (Check Defendants against whom Complaint is made):

    ☒    Cook Incorporated

    ☒    Cook Medical LLC

    ☒    William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒    Diversity of Citizenship

    ☐    Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 9-28

    b. Other allegations of jurisdiction and venue:

    N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    9/15/2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    St. Joseph Mercy Hospital, 5301 McAuley Drive, Ypsilanti, MI 48197

13. Implanting Physician(s):

    Vishal Bhafat M.D., 5301 McAuley Dr., Ypsilanti, MI 48197

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:   Strict Products Liability – Failure to Warn

    ☒ Count II:  Strict Products Liability – Design Defect

    ☒ Count III: Negligence

    ☒ Count IV:  Negligence Per Se

3

| | | |
|---|---|---|
| ☒ | Count V: | Breach of Express Warranty |
| ☒ | Count VI: | Breach of Implied Warranty |
| ☒ | Count VII: | Violations of Applicable  Michigan  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☒ | Other: | Fraudulent Concealment (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

See Exhibit A attached.

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Matthew S. Mokwa
_____

16. Address and bar information for Attorney for Plaintiff(s):

Florida Bar 47761
271 W. Canton Ave., Suite 1
Winter Park, FL 32789

4

Respectfully Submitted,

                                     **THE MAHER LAW FIRM, P.A.**

                                     By: s/ Matthew S. Mokwa
                                     Matthew S. Mokwa (FL Bar No. 47761 )
                                     (admitted *pro hac vice*)
                                     **The Maher Law Firm, P.A.**
                                     271 W. Canton Ave., Suite 1
                                     Winter Park, FL 32789
                                     407-839-0866 (Telephone)
                                     321-304-6039 (Fax)
                                     mmokwa@maherlawfirm.com

I hereby certify that on this 25th day of March, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing.

                                                       */s/ Matthew S. Mokwa*