APPROVED. Case is dismissed with prejudice.
Dated: 3/25/21

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Case No. 1:19-cv-02356

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF CATEGORY 2 CASE

Having considered the Joint Stipulation of Dismissal of Category 2 Case for the Plaintiff Linda Faye Hicks and Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of the Linda Faye Hicks are dismissed without prejudice subject to the re-filing of same in the United States District Court for the Southern District of Indiana, and the parties are to bear their own costs.

Dated this _____ day of _____, 2020

_____
Judge Richard L. Young
United States District Judge

1