> APPROVED. Case is dismissed with prejudice.
> Date: 3/25/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the following Plaintiffs:

    Sheila Gardiner, 1:18-cv-00276
    Petite Wells, 1:18-cv-01530
    Susan Brown, 1:18-cv-03093
    Mary Herron, 1:16-cv-02561
    Tony Marshall, 1:20-cv-06141
    Shavon Griffin, 1:19-cv-04044
    Norlene Aranda, 1:19-cv-00858
    Nathan White, 1:19-cv-00703
    Ernie Dominguez, 1:18-cv-02764
    Ruby St. Romain, 1:18-cv-02955

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the above-titled Plaintiffs and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28, Screening for Time-Barred Cases ("CMO 28") and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuits as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants"). In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 31, 2020