IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Rita Mildred Airozo

Civil Case # _____

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Rita Mildred Airozo

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Colorado

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Colorado / Nevada

6. Plaintiff's/Deceased Party's current state of residence:

    Nevada

7. District Court and Division in which venue would be proper absent direct filing:

    District of Colorado / Southern District of Indiana, Indianapolis Division

8. Defendants (Check Defendants against whom Complaint is made):

    X    Cook Incorporated

    X    Cook Medical LLC

    X    William Cook Europe ApS

9. Basis of Jurisdiction:

    X    Diversity of Citizenship

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

       9-26

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim.

    (Check applicable Inferior Vena Cava Filters):

    X    Günther Tulip® Vena Cava Filter

    ___  Cook Celect® Vena Cava Filter

    ___  Gunther Tulip Mreye

2

   ___        Cook Celect Platinum

   ___        Other: _____

11. Date of implantation as to each product:

    7/29/2004

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Rose Medical Center, Denver, Colorado

13. Implanting Physician(s):

    Dick Slater, M. D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    | X | Count I. | Strict Products Liability – Failure to Warn |
    |---|---|---|
    | X | Count II. | Strict Products Liability – Design Defect |
    | X | Count III. | Negligence |
    | X | Count IV. | Negligence Per Se |
    | X | Count V. | Breach of Express Warranty |
    | X | Count VI. | Breach of Implied Warranty |
    | X | Count VII. | Violations of Applicable Colorado / Indiana (insert State) Law Prohibiting Consumer Fraud and Unfair Deceptive Trade Practices |
    | __ | Count VIII. | Loss of Consortium |
    | __ | Count IX. | Wrongful Death |
    | __ | Count X. | Survival |
    | X | Count XI. | Punitive Damages |

3

  X        Other:       Fraudulent Concealment. See attached brief for specific allegations.

15. Attorney for Plaintiff(s):

Joshua D. Christian

16. Address and bar information for Attorney for Plaintiff(s):

1007 East Washington Street, Greenville, SC 29601

S.C. Bar No. 73820

Federal Bar No. 9732

 

Respectfully submitted,

CHRISTIAN & CHRISTIAN, LLC

*s/Joshua D. Christian*

Joshua D. Christian
1007 East Washington Street
Greenville, SC  29601
864-232-7363
864-370-3731 (F)
jchristian@cclawfirm.com
LEAD COUNSEL FOR PLAINTIFFS

4