IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
___Brandi D. Sanders___

Civil Case #___1:17-cv-2649___

FIRST AMENDED
**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Brandi D. Sanders

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Ohio

6. Plaintiff's/Deceased Party's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Southern District of Ohio, Western Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒  Cook Incorporated

   ☒  Cook Medical LLC

   ☒  William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒  Diversity of Citizenship

   ☐  Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 7 to 26 and 27-28

   b. Other allegations of jurisdiction and venue:

   Not applicable

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☒ Günther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    07/31/2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Good Samaritan Hospital, Cincinnati, Ohio

13. Implanting Physician(s):

    Patrick Edward Muck, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable __Ohio__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☐ Count XI: Punitive Damages

☒ Other: __Fraudulent Concealment.__ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

__See attached brief for specific allegations.__

_____

_____

_____

15. Attorney for Plaintiff(s):

    Barry D. J. Levy, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

4

Ohio Reg # 0018986

O'Connor, Acciani & Levy LPA, 600 Vine Street, Suite 1600, Cincinnati, OH 45202

(T) 513-241-7111     (F) 513-241-7197     (Email) bdl@oal-law.com

          Respectfully Submitted,
          **O'CONNOR, ACCIANI & LEVY LPA**

          */s/ Barry D. Levy*
          Barry D. J. Levy – OH Reg #0018986
          Attorney for Plaintiff(s)
          600 Vine Street
          Suite 1600
          Cincinnati, Ohio 45202
          Telephone: 513-241-7111
          Facsimile: 513-241-7197
          Email: BDL@oal-law.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Short Form Complaint was served electronically upon Defendants' counsel at CookFilterMDL@FaegreBD.com, per MDL 2570 Case Management Order No. 6. this  25th day of     March     ,  2021    .

          */s/ Barry D. Levy*
          Barry D. J. Levy – OH Reg #0018986
          Attorney for Plaintiff(s)