IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Deborah Holcomb
Civil Case No.  1:21-cv-6315-RLY-TAB

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS DUPLICATE COMPLAINT WITHOUT PREJUDICE

COMES NOW Plaintiff, Deborah Holcomb, by and through counsel, pursuant to FRCP 41 and states the following:

1. This is a duplicate proceeding filed on behalf of Plaintiff. Plaintiff's other case in this matter is No: 1:18-cv-1070.

2. Plaintiff's counsel seeks to dismiss, without prejudice, this duplicate case only leaving intact the original case, 1:18-cv-1070.

3. Plaintiff's counsel has conferred with defense counsel, and Defendant consents to this dismissal without prejudice.

WHEREFORE, Plaintiff prays that this Motion be granted, that Plaintiff's duplicate cause of action, Case No. 1:21-cv-6315, be dismissed without prejudice.

Dated: March 25, 2021

Respectfully submitted,

 */s/ David M. Langevin*
David M. Langevin
**MCSWEENEY LANGEVIN LLC**
2116 2nd Ave South
Minneapolis, Minnesota 55404
Telephone: (612) 746-4646
Facsimile:  (612) 454-2678
Email: dave@westrikeback.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021, I electronically filed ***Plaintiff's Unopposed Motion To Dismiss Duplicate Complaint Without Prejudice*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/ David M. Langevin*
David M. Langevin