IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Deborah Holcomb
Civil Case No.  1:21-cv-6315-RLY-TAB

**PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISSDUPLICATE COMPLAINT WITHOUT PREJUDICE**

The Court, having received and considered Plaintiff's Unopposed Motion to Dismiss Duplicate Complaint Without Prejudice, and finding good cause exists.

IT IS HEREBY ORDERED Dismissing *Holcomb v. In re: Cook Medical, Inc. et al.,* 1:21-cv-6315-RLY-TAB.

Dated: _____

_____
United States District Court
Southern District of Indiana