# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiffs William Orrick**

**Civil Case # 1:19-cv-02098**

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further shows the court as follows:

1. Plaintiff's/Deceased Party's Name:

   William Orrick

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Texas

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   USDC Southern District of Texas Corpus Christi Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated
   ☒ Cook Medical, LLC
   ☒ William Cook Europe APS

9. Basis of Jurisdiction
   ☒ Diversity of Citizenship
   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

      _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip Vena Cava Filter
    ☒ Cook Celect Vena Cava Filter
    ☐ Günther Tulip Mreye
    ☐ Cook Celect Platinum
    ☐ Other: _____

11. Date of implantation as to each product:

    07/09/2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Christus Spohn Hospital Corpus Christus - Memorial Corpus Christi, Texas

13. Implanting Physician(s):

    Afton R. McNierney-Moore, DO

14. Counts in the Master Complaint brought by Plaintiffs:
    - ☒ Count I: Strict Products Liability - Failure to Warn
    - ☒ Count II: Strict Products Liability - Design Defect
    - ☒ Count III: Negligence
    - ☐ Count IV: Negligence *Per Se*
    - ☒ Count V: Breach of Express Warranty
    - ☒ Count VI: Breach of Implied Warranty
    - ☐ Count VII: Violations of [INSERT APPLICABLE STATE] Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ☐ Count VIII: Loss of Consortium
    - ☐ Count IX: Wrongful Death
    - ☐ Count X: Survival
    - ☒ Count XI: Punitive Damages
    - ☒ Other: <u>Defendants expressly and impliedly warranted that the Cook IVC Filter was permanent lifetime implant and downplayed the risks associated with migration, perforation, tilt, fracture, and other risks.  Plaintiff relied on those representations and warranties to his detriment.</u> (please state the facts supporting this Count in the space, immediately below)
    - ☒ Other: <u>Fraudulent Concealment and Discovery Rule as alleged in the attached document.</u> (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiffs:

    Christopher T. Kirchmer

16. Address and bar information for Attorney for Plaintiffs:

    Christopher T. Kirchmer, Texas Bar No. 00794099l

3

Provost✶Umphrey Law Firm, L.L.P., 490 Park Street, P.O. Box 4905, Beaumont, TX 77701

RESPECTFULLY SUBMITTED this 25th day of March, 2021.

**Provost✶Umphrey Law Firm, L.L.P.**

By: _____
Christopher T. Kirchmer
Texas Bar No. 00794099
(admitted *pro hac vice*)
490 Park Street
P.O. Box 4905
Beaumont, TX 77701
(409) 835-6000 – Telephone
(409) 813-8614 – Facsimile
Ckirchmer@pulf.com – Email

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/*Christopher T. Kirchmer*