IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Vickie M. Prevatt, an individual, and Stephen Shane Prevatt, Spouse

Civil Case # _____

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Vickie M. Prevatt

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Stephen Shane Prevatt

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Florida

6. Plaintiff's/Deceased Party's current state of residence:

    Florida

7. District Court and Division in which venue would be proper absent direct filing:

    Middle District of Florida, Jacksonville Division; Southern District of Indiana, Indianapolis Division

8. Defendants (Check Defendants against whom Complaint is made):

    X   Cook Incorporated

    X   Cook Medical LLC

    X   William Cook Europe ApS

9. Basis of Jurisdiction:

    X   Diversity of Citizenship

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        9-26

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim.

    (Check applicable Inferior Vena Cava Filters):

    ___  Günther Tulip® Vena Cava Filter

    _X_  Cook Celect® Vena Cava Filter

   ___      Gunther Tulip Mreye

   ___      Cook Celect Platinum

   ___      Other

   _____

11. Date of implantation as to each product:

   7/29/2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Memorial Hospital, Jacksonville, Florida

13. Implanting Physician(s):

   Yazan Khaya-Khatib, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I. | Strict Products Liability – Failure to Warn |
| X | Count II. | Strict Products Liability – Design Defect |
| X | Count III. | Negligence |
| X | Count IV. | Negligence Per Se |
| X | Count V. | Breach of Express Warranty |
| X | Count VI. | Breach of Implied Warranty |
| X | Count VII. | Violations of Applicable <u>Florida/Indiana</u> (inset State) Law Prohibiting Consumer Fraud and Unfair Deceptive Trade Practices |
| X | Count VIII. | Loss of Consortium |
| _ | Count IX. | Wrongful Death |
| _ | Count X. | Survival |

3

| | | |
|---|---|---|
| X | Count XI. | Punitive Damages |
| X | Other: | Fraudulent Concealment. See attached brief for specific allegations. |

15. Attorney for Plaintiff(s):

   Joshua D. Christian

16. Address and bar information for Attorney for Plaintiff(s):

   1007 East Washington Street, Greenville, SC 29601

   S.C. Bar No. 73820

   Federal Bar No. 9732

 

             Respectfully submitted,

             CHRISTIAN & CHRISTIAN, LLC

             *s/Joshua D. Christian*

             Joshua D. Christian
             1007 East Washington Street
             Greenville, SC  29601
             864-232-7363
             864-370-3731 (F)
             jchristian@cclawfirm.com
             LEAD COUNSEL FOR PLAINTIFFS