IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**Andrew Myers v. Cook Medical Inc., et al.**

Civil Case # 1:16-cv-1108

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2750 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Andrew J. Myers

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim;

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Ohio

6. Plaintiff's/Deceased Party's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Northern District of Ohio, Western Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other:

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-26 (Jurisdiction)

   Paragraphs 27-28 (Venue)

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of implantation as to each product:

    August 5, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    The Toledo Hospital

    Toledo, OH

13. Implanting Physician(s):

    Andrew J. Seiwert, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:     Strict Liability – Failure to Warn

    ☒ Count II:    Strict Products Liability – Design Defect

    ☒ County III:  Negligence

    ☒ Count IV:    Negligence Per Se

    ☒ Count V:     Breach of Express Warranty

    ☒ Count VI:    Breach of Implied Warranty

3

☒ Count VII: Violations of Applicable <u>Ohio</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: <u>Fraudulent Concealment</u> (please state the facts supporting this County in the space, immediately below)

<u>See attached brief for specific allegations.</u>

15. Attorney For Plaintiff(s)

<u>Michael D. Bell</u>

16. Address and bar information for Attorney for Plaintiff(s):

Michael D. Bell (0071325)
Kevin J. Boissoneault (0040180)
Jonathan M. Ashton (0083588)
**Gallon, Takacs & Boissoneault Co., L.P.A.**
1450 Arrowhead Drive
Maumee, OH 43537

17. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

Respectfully submitted,
**GALLON, TAKACS
& BOISSONEAULT CO., L.P.A.**

*/s/ Michael D. Bell*
Michael D. Bell (0071325)

4

          Kevin J. Boissoneault (0040180)
          Jonathan M. Ashton (0083588)
          **GALLON, TAKACS**
          **& BOISSONEAULT, CO., L.P.A.**
          1450 Arrowhead Drive
          Maumee, OH 43537
          Tel: (419) 843-2001
          Fax: (419) 843-8022
          Email:   mbell@gallonlaw.com
                          kboisson@gallonlaw.com
                          jashton@gallonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

          */s/ Michael D. Bell*
          Michael D. Bell