**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS    Case No: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES, AND          MDL No. 2570
PRODUCT LIABILITY LITIGATION

This Document Relates to Plaintiff(s):
Lisa Parsons, Representative of the Estate of
Shaunta M. Bunch, Deceased

Civil Case #: 1:16-cv-1413

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the
Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference
(Document 213).  Plaintiff(s) further show the court as follows:

1.    Plaintiff/Deceased Party:

      Shaunta M. Bunch

2.    Spousal Plaintiff/Deceased Party's spouse or other party making loss of
      consortium claim:

      N/A

3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Lisa Parsons, Representative of the Estate of Shaunta M. Bunch

4.      Plaintiff's/Deceased Party's state of residence at the time of implant:

Idaho

5.      Plaintiff's/Deceased Party's state of residence at the time of injury:

Idaho

6.      Plaintiff's/Deceased Party's current state of residence:

Idaho

7.      District Court and Division in which venue would be proper absent direct filing:

District of Idaho, Southern Division

8.      Defendants (Check Defendants against whom Complaint is made):

⊠      Cook Incorporated

⊠      Cook Medical LLC

⊠      William Cook Europe ApS

9.      Basis of Jurisdiction:

⊠      Diversity of Citizenship

☐      Other:

a.      Paragraphs in Master Complaint upon which venue and jurisdiction lie:

2138135.2

Paragraphs 6-26 (Jurisdiction)

Paragraphs 27-28 (Venue)

_____

        b.      Other allegations of jurisdiction and venue:

_____

_____

_____

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐    Günther Tulip® Vena Cava Filter

☒    Cook Celect® Vena Cava Filter

☐    Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other:

_____

11.     Date of Implantation as to each product:

July 31, 2013

_____

12.     Hospital(s) where Plaintiff was implanted (including City and State):

St. Luke's Boise Medical Center, Boise

13.     Implanting Physician(s):

P. David Sonntag, MD

14.     Counts in the Master Complaint brought by Plaintiff(s):

☒     Count I:        Strict Products Liability – Failure to Warn

☒     Count II:       Strict Products Liability – Design Defect

☒     Count III:      Negligence

☒     Count IV:       Negligence Per Se

☒     Count V:        Breach of Express Warranty

☒     Count VI:       Breach of Implied Warranty

☒     Count VII:      Violations of Applicable        Idaho   (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐     Count VIII:     Loss of Consortium

☐     Count IX:       Wrongful Death

☐     Count X:        Survival

☒     Count XI:       Punitive Damages

-4-

2138135.2

☐   Other: _____ (please state the facts supporting this Count in the space, immediately below)

☒   Other: <u>Fraudulent concealment</u> (please state the facts supporting this Count in the space, immediately below)

See supplemental filing (filed under seal) for full fraudulent concealment allegations

15.   Attorney for Plaintiff(s):

Wendy R. Fleishman, Daniel E. Seltz, Daniel R. Leathers

16.   Address and bar information for Attorney for Plaintiff(s):

Wendy R. Fleishman (NY State Bar No. 2500429)

Daniel E. Seltz (NY State Bar No. 4261616)

Daniel R. Leathers (NY State Bar No.4840948)

Lieff Cabraser Heimann & Bernstein, LLP

250 Hudson Street, 8th Floor, New York, NY 10013-1413

2138135.2

Dated: March 25, 2021

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
Wendy R. Fleishman

Wendy R. Fleishman
Daniel E. Seltz
Daniel R. Leathers
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:   212.355.9592
Emails:    wfleishman@lchb.com
              dseltz@lchb.com
              dleathers@lchb.com

*Counsel for Plaintiff Lisa Parsons, Representative of the
Estate of Shaunta M. Bunch, Deceased*

2138135.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th of March, 2021, I electronically filed the foregoing

document  with the Clerk of the Court using the CM/ECF system which will send notifications of

such filing  to the CM/ECF participants registered to receive service in this MDL.  Parties may

access this filing through the Court's system.

/s/

Wendy R. Fleishman

2138135.2