IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
Kelsie Kriese

Civil Case #1:16-cv-931

---

**AMENDED SHORT FORM COMPLAINT**

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Kelsie Kriese

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

California

6. Plaintiff's/Deceased Party's current state of residence:

California

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court Central District of California- Western Division

8. Defendants (Check Defendants against whom Complaint is made):

⊠    Cook Incorporated

⊠    Cook Medical LLC

⊠    William Cook Europe ApS

9. Basis of Jurisdiction:

⊠    Diversity of Citizenship

☐    Other:_____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6-26 (Jurisdiction)

Paragraphs 27-28 (Venue)

b. Other allegations of jurisdiction and venue:

_____

_____

_____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☒ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

_____

11. Date of Implantation as to each product:

January 28, 2010

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Antelope Valley Hospital- Lancaster, California

_____

13. Implanting Physician(s):

Dr. Kanwaljit Gill

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

3

&boxtimes;       Count V:          Breach of Express Warranty

&boxtimes;       Count VI:        Breach of Implied Warranty

&boxtimes;       Count VII:      Violations of Applicable <u>California</u> Law Prohibiting

                                   Consumer Fraud and Unfair and Deceptive Trade Practices

☐        Count VIII:     Loss of Consortium

☐        Count IX:        Wrongful Death

☐        Count X:         Survival

&boxtimes;       Count XI:        Punitive Damages

&boxtimes;       Count XI:        Fraudulent Concealment; see attached <u>Exhibit A</u> for

                                   specific allegations filed under seal.

15. Attorney for Plaintiff(s):

   <u>Annesley H. DeGaris</u>

16. Address and bar information for Attorney for Plaintiff(s):

   <u>Annesley H. DeGaris (AL State Bar No. 9182-A63A)</u>

   <u>DeGaris Wright McCall, LLC</u>

   <u>2 North 20th Street, Suite 1030</u>

   <u>Birmingham, AL 35203</u>

17. Jury Trial demanded for all issues so triable?

   &boxtimes;       Yes

   ☐        No

Respectfully submitted,


s/ Annesley H. DeGaris

Annesley H. DeGaris (ASB-9182-a63a)
DEGARIS WRIGHT MCCALL, LLC
2 North 20th Street, Suite 1030
Birmingham, AL 35203
Telephone: (205) 558-9000
Email: adegaris@degarislaw.com


*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

s/ Annesley H. DeGaris
Annesley H. DeGaris