IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

PAUL J. CARTER and ZELMA CARTER

Civil Case # 1:16-cv-00405

## MOTION TO FILE AMENDED SHORT FORM COMPLAINT ADDENDUM UNDER SEAL

COMES NOW the Plaintiffs, PAUL J. CARTER and ZELMA CARTER, pursuant to Local Rule 5-11 and request that this Honorable Court Seal the Amended Short Form Complaint Addendum. As grounds therefore, Plaintiffs state that the Amended Short Form Complaint Addendum contains allegations found in documents marked confidential under protective order.

Date: March 24, 2021

Respectfully submitted,

/s/ Steven C. Ruth
Steven C. Ruth, Esq.
MN Bar# 0388496
The Ruth Law Team
842 Raymond Avenue, Suite 200
St. Paul, MN 55114
(p) 888-783-8378
(f) 651-209-8653
sruth@getjustice.com

ivc@getjustice.com  
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021 a copy of the foregoing was served via email to

CookFilterMDL@FaegreDrinkder.com in accordance with Case Management Order No 6.

s/Steven C. Ruth  
Steven C. Ruth  
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

PAUL J. CARTER and ZELMA CARTER

Civil Case # 1:16-cv-00405

**ORDER TO FILE AMENDED SHORT FORM COMPLAINT ADDENDUM UNDER SEAL**

The Plaintiffs, PAUL J. CARTER and ZELMA CARTER, Motion to File Amended Short Form Complaint Addendum Under Seal is hereby GRANTED.

_____             _____
Date                                                         RICHARD L. YOUNG, JUDGE
                                                                    United States District Court
                                                                    Southern District of Indiana

Distributed Electronically to Registered Counsel of Record