IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Linda Harmon

Civil Case #1:17-cv-725

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Linda Harmon

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   South Carolina

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   South Carolina

6. Plaintiff's/Deceased Party's current state of residence:

   South Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court District of South Carolina

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other:_____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 6-26 (Jurisdiction)

      Paragraphs 27-28 (Venue)

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    03/14/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Lexington Medical Center- West Columbia, South Carolina

13. Implanting Physician(s):

    Dr. Daniel H. Golwyn

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence

    ☒    Count IV:    Negligence Per Se

    ☒    Count V:    Breach of Express Warranty

    ☒    Count VI:    Breach of Implied Warranty

    ☒    Count VII:    Violations of Applicable South Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐    Count VIII:    Loss of Consortium

    ☐    Count IX:    Wrongful Death

    ☐    Count X:    Survival

    ☒    Count XI:    Punitive Damages

    ☒    Fraudulent Concealment; see attached Exhibit A for specific allegations filed under seal.

15. Attorney for Plaintiff(s):

Annesley H. DeGaris

16. Address and bar information for Attorney for Plaintiff(s):

Annesley H. DeGaris (AL State Bar No. 9182-A63A)

DeGaris Wright McCall, LLC

2 North 20th Street, Suite 1030

Birmingham, AL 35203

17. Jury Trial demanded for all issues so triable?

    ☒    Yes

    ☐    No

Dated: March 25, 2021					Respectfully submitted,


                                                    s/ Annesley H. DeGaris
                                                   Annesley H. DeGaris (ASB-9182-a63a)
                                                   DEGARIS WRIGHT MCCALL, LLC
                                                   2 North 20th Street, Suite 1030
                                                   Birmingham, AL 35203
                                                   Telephone: (205) 558-9000
                                                   Email: adegaris@degarislaw.com


                                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

s/ Annesley H. DeGaris
Annesley H. DeGaris
