IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):  <u>BARBIE LYNN KRATOCHVIL</u>

Civil Case No:   1:17-cv-0457-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the Court as follows:

1. Plaintiff's/Deceased Party's Name:

    <u>Barbie Lynn Kratochvil</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    <u>N/A</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    <u>N/A</u>

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    <u>New York</u>

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New York

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   Western District of Texas

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated
   ☑ Cook Medical, LLC
   ☑ William Cook Europe APS

9. Basis of Jurisdiction
   ☑ Diversity of Citizenship
   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 through 28, inclusive.

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip Vena Cava Filter
- ☑ Cook Celect Vena Cava Filter
- ☐ Günther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of implantation as to each product:

    On or about February 20, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Albany Medical Center Hospital, Albany, NY

13. Implanting Physician(s):

    Elizabeth Detschelt, M.D.

14. Counts in the Master Complaint brought by Plaintiffs:

- ☑ Count I: Strict Products Liability - Failure to Warn
- ☑ Count II: Strict Products Liability - Design Defect
- ☑ Count III: Negligence
- ☑ Count IV: Negligence *Per Se*
- ☑ Count V: Breach of Express Warranty
- ☑ Count VI: Breach of Implied Warranty
- ☑ Count VII: Violations of NEW YORK Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☑ Count XI: Punitive Damages
- ☑ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

Fraudulent Concealment. See attached brief for specific allegations.

15. Attorney for Plaintiff:

Katie Griffin

16. Address and bar information for Attorney for Plaintiff:

<u>Katie Griffin, OK Bar No. 30829</u>

<u>Sill Law Group PLLC, 14005 N. Eastern Ave., Edmond, OK 73013</u>

Date: March 25, 2021

        Respectfully submitted,

        By: <u>*s/Katie Griffin*</u>
        Katie Griffin (OK Bar No. 30829)
        **SILL LAW GROUP PLLC**
        14005 N. Eastern Ave
        Edmond, OK 73013
        (405) 509-6300
        (405) 509-6268 (fax)
        katie@sill-law.com

        ***Attorney for Plaintiff***