IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |

This Document Relates to Plaintiff (s)

Ruby Humphries

Civil Case #1:19-cv-04928

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff (s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Ruby Humphries

2. Spousal Plaintiff/Deceased Party's spouse of other party making loss of consortium Claim:

   N/A

3. Other Plaintiff and Capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Part's state of residence at the time of Implant:

   District of Columbia

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   District of Columbia

6. Plaintiff's/Deceased Party's current state of residence:

   District of Columbia

7. District Court and Division on which venue would be proper absent direct filing:

   United States District Court for the District of Columbia

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 9-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    November 9, 2012

12. Hospital(s) where Plaintiff was Implanted (including City and State):

    MedStar Washington Hospital Center
    Washington, DC

13. Implant Physician(s):

    Dr. Keith M. Horton

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I:    Strict Product Liability – Failure to Warn

    ☑ Count II:   Strick Products Liability – Design Defect

☑ Count III:     Negligence

☑ Count IV:     Negligence Per Se

☑  Count V:      Breach of Express Warranty

☑ Count VI:     Breach of Implied Warranty

☑ County VII:    Violations of Applicable  <u>DC</u>  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐  Count VIII:    Loss of Consortium

☐  Count IX:      Wrongful Death

☐  Count X:       Survival

☑ County XI:     Punitive Damages

☑ Other:         Fraudulent Concealment    (please state the facts supporting this Count in the space, immediately below)

Fraudulent Concealment: See attached brief for specific allegations.

15. Attorney for Plaintiff(s):

Andrew F. Kirkendall and Alexander G. Dwyer

16. Address and bar information for Attorney Plaintiff(s):

4

| 4343 Sigma Road, Ste 200., Dallas, TX 75244 |
| --- |
| Andrew F. Kirkendall Texas Bar No. 24050882 |
| Alexander G. Dwyer Texas Bar No. 24054271 |

        Respectfully submitted,

        By: */s/ Andrew F. Kirkendall*

        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., Ste 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        ***Attorney for Plaintiffs***