IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.
1:14-ml-2570-RLY-TAB

This Document Relates to Plaintiff (s)

Eric Steinberg

Civil Case #1:20-cv-01161

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff (s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Eric Steinberg

2. Spousal Plaintiff/Deceased Party's spouse of other party making loss of consortium Claim:

   N/A

3. Other Plaintiff and Capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Part's state of residence at the time of Implant:

   New York

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New York

6. Plaintiff's/Deceased Party's current state of residence:

   New York

7. District Court and Division on which venue would be proper absent direct filing:

   United States District Court for the Eastern District of New York

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 9-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☒ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

   March 9, 2012

12. Hospital(s) where Plaintiff was Implanted (including City and State):

   St. Catherine of Sienna Medical Center
   Smithtown, NY

13. Implant Physician(s):

   Sulta Mohiuddin, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:     Strict Product Liability – Failure to Warn
- ☑ Count II:    Strick Products Liability – Design Defect
- ☑ Count III:   Negligence

3

☑ Count IV:     Negligence Per Se

☑ Count V:      Breach of Express Warranty

☑ Count VI:     Breach of Implied Warranty

☑ County VII:   Violations of Applicable  NY  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☐ Count IX:     Wrongful Death

☐ Count X:      Survival

☑ County XI:    Punitive Damages

☑ Other:        Fraudulent Concealment    (please state the facts supporting this Count in the space, immediately below)

Fraudulent Concealment: See attached brief for specific allegations.

15. Attorney for Plaintiff(s):

Andrew F. Kirkendall and Alexander G. Dwyer

16. Address and bar information for Attorney Plaintiff(s):

4

<u>4343 Sigma Road, Ste 200., Dallas, TX 75244</u>

<u>Andrew F. Kirkendall Texas Bar No. 24050882</u>

<u>Alexander G. Dwyer Texas Bar No. 24054271</u>

Dated: March 25, 2021

          Respectfully submitted,

          By: <u>*/s/ Andrew F. Kirkendall*</u>

          Andrew F. Kirkendall
          Texas Bar No. 24050882
          Alexander G. Dwyer
          Texas Bar No. 24054271
          Kirkendall Dwyer LLP
          4343 Sigma Rd., Ste 200
          Dallas, TX 75244
          Phone: 214-271-4027
          Fax: 214-253-0629
          ak@kirkendalldwyer.com
          ad@kirkendalldwyer.com

          ***Attorney for Plaintiffs***