IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

LARRY K. SMITH

Civil Case #  1:19-cv-01948-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Larry K. Smith

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court Pennsylvania Middle District

8. Defendants (Check Defendants against whom Complaint is made):

   - [X] Cook Incorporated
   - [X] Cook Medical LLC
   - [X] William Cook Europe ApS

9. Basis of Jurisdiction:

   - [X] Diversity of Citizenship
   - [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-28

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - [X] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum

2

☐ Other: _____

_____

11. Date of Implantation as to each product:

    12/29/2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Geisinger Medical Center, Danville, PA

13. Implanting Physician(s):

    Dr. James Elmore

14. Counts in the Master Complaint brought by Plaintiff(s):

    X     Count I:      Strict Products Liability – Failure to Warn

    X     Count II:     Strict Products Liability – Design Defect

    X     Count III:    Negligence

    X     Count IV:     Negligence Per Se

    X     Count V:      Breach of Express Warranty

    X     Count VI:     Breach of Implied Warranty

    X     Count VII:    Violations of Applicable Michigan Law Prohibiting Unfair Trade Practices and Consumer Protection Law

    ☐     Count VIII:   Loss of Consortium

    ☐     Count IX:     Wrongful Death

    ☐     Count X:      Survival

    X     Count XI:     Punitive Damages

    X     Other:        Fraudulent Concealment (see attached brief for specific allegations)

3

☐    Other: _____

15. Attorney for Plaintiff(s):

    Joseph J. Zonies; Gregory D. Bentley

16. Address and bar information for Attorney for Plaintiff(s):

    1700 Lincoln St., Suite 2400, Denver, CO  80203

    Joseph J. Zonies, Colorado Attorney Registration No. 29539

    Gregory D. Bentley, Colorado Attorney Registration No. 42655

Plaintiff demands a jury trial.

Dated: March 25, 2021

                                                                 Respectfully submitted,

                                                                  **ZONIES LAW LLC**

                                                                  *s/ Joseph J. Zonies*
                                                                  Joseph J. Zonies, Esq., (CO Atty. Reg. No. 29539)
                                                                  Gregory D. Bentley, Esq. (CO Atty. Reg. No. 42655)
                                                                  1700 Lincoln Street, Suite 2400
                                                                  Denver, CO  80203
                                                                  Telephone: (720) 464-5300
                                                                  jzonies@zonieslaw.com
                                                                  gbentley@zonieslaw.com

                                                                  ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Amended Short Form Complaint** was filed and served on this 25th day of March, 2021, using the CM/ECF system, which will serve notification of such filings on counsel for all parties.

                                                _s/ Joseph J. Zonies_
                                                Joseph Zonies