# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
____CLEVELAND S. BROWN_____

Civil Case #___1:16-cv-02181-RLY-TAB_____

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   ____Cleveland S. Brown_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   ____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   ____South Carolina_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   ____South Carolina_____

6. Plaintiff's/Deceased Party's current state of residence:

   South Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the District of South Carolina, Charleston Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of jurisdiction:

   ☒ Diversity of Citizenship

   ☒ Other: MDL 2570 Centralization

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      6-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

   <u> February 23, 2015           </u>

12. Hospital(s) where Plaintiff was implanted (including City and State):

<u> Beaufort Memorial Hospital, Beaufort, South Carolina   </u>

13. Implanting Physician(s):

<u> James Chad Tober, M.D.          </u>

14. Counts in the Master Complaint brought by Plaintiff(s):

 ☒ Count I: Strict Products Liability – Failure to Warn

 ☒ Count II: Strict Products Liability – Design Defect

 ☒ Count III: Negligence

 ☒ Count IV: Negligence Per Se

 ☒ Count V: Breach of Express Warranty

 ☒ Count VI: Breach of Implied Warranty

 ☒ Count VII: Violations of Applicable <u>South Carolina</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

 ☐ Count VIII: Loss of Consortium

 ☐ Count IX: Wrongful Death

 ☐ Count X: Survival

 ☒ Count XI: Punitive Damages

 ☐ Other _____ (please state the facts supporting this Count in the space immediately below)

 ☒ Other _____ (please state the facts supporting this Count in the space immediately below)

<u> Fraudulent Concealment. See attached supplement for specific allegations. </u>

15. Attorney for Plaintiff(s):

    Rand P. Nolen

16.     Address and bar information for Attorney for Plaintiff(s)

    Texas Bar No. 00788126

    FLEMING, NOLEN & JEZ, L.L.P.

    2800 Post Oak Blvd., Suite 4000

    Houston, TX  77056-6109

    Tel:  (713) 621-7944

    Fax:  (713) 621-9638

    Email:  rand_nolen@fleming-law.com

## JURY DEMAND

Plaintiff demands a jury trial.

Dated:  March 26, 2021

    Respectfully submitted,

    By:  /s/ Rand P. Nolen
    Rand P. Nolen (Pro Hac Vice)
    **FLEMING, NOLEN & JEZ, L.L.P.**
    2800 Post Oak Blvd., Suite 4000
    Houston, Texas 77056-3109
    Telephone:  (713) 621-7944
    Facsimile:   (713) 621-9638
    Email:  rand_nolen@fleming-law.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

    /s/ Rand P. Nolen