IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to Plaintiff(s)
  MARY CANDELARIA-SANCHEZ

Civil Case #  1:20-cv-00403

## AMENDED
## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Mary Candelaria-Sanchez

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   South Carolina

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   South Carolina

6. Plaintiff's/Deceased Party's current state of residence:

   Arizona

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, District of Arizona - Tuscon

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
      Paragraphs 6-28
      _____

      _____

      _____

   b. Other allegations of jurisdiction and venue:

      N/A
      _____

      _____

      _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐        Günther Tulip® Vena Cava Filter

☒        Cook Celect® Vena Cava Filter

Gunther Tulip Mreye

Cook Celect Platinum

Other:

_____

11. Date of Implantation as to each product:

03/17/2012
_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Grady Memorial Hospital
_____

Atlanta, Georgia
_____

13. Implanting Physician(s):

Drs. Louis G. Martin and Michael Thomas Fahrbach
_____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒        Count I:        Strict Products Liability – Failure to Warn

☒        Count II:        Strict Products Liability – Design Defect

☒        Count III:        Negligence

☒        Count IV:        Negligence Per Se

☒   Count V:       Breach of Express Warranty

☒   Count VI:      Breach of Implied Warranty

☐   Count VII:     Violations of Applicable _____ (insert State)

            Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

            Practices

☐   Count VIII:    Loss of Consortium

☐   Count IX:      Wrongful Death

☐   Count X:       Survival

☒   Count XI:      Punitive Damages

☒   Other:         <u>Fraudulent Concealment</u>   (please state the facts supporting

            this Count in the space, immediately below)   See Attached Exhibit A for facts supporting Count: Fraudulent Concealment

☒   Other:         <u>**Discovery Rule**</u>   (please state the facts supporting

            this Count in the space, immediately below)

Until recently, Plaintiff did not suspect, nor have reason to suspect, that wrongdoing had caused her injuries. In addition, Plaintiff did not have a reason to suspect the tortious nature of the conduct causing her injuries until recently, and has filed the herein action well within the applicable statute of limitations period. Plaintiff had no knowledge of the wrongful conduct of the Defendants, nor did Plaintiff have access to the information regarding other injuries and complaints in the possession of Defendants. Additionally, Plaintiff was prevented from discovering this information sooner because Defendants misrepresented and continue to misrepresent to the the public, medical profession, and to Plaintiff that the Gunther Tulip Vena Cava Filter is safe and free from serious side effect. Defendants have fraudulently concealed facts and information that could have led Plaintiff to an earlier discovery of potential causes of action.

15. Attorney for Plaintiff(s):

    David M. Langevin

16. Address and bar information for Attorney for Plaintiff(s):

2116 Second Ave South

Minneapolis, Minnesota 55404

MN Bar No. 269542

Respectfully submitted,

*/s/ David M. Langevin*
David M. Langevin
MN Bar No. 329563
**McSweeney Langevin LLC**
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-4646
Facsimile:  (612) 454-2678
dave@westrikeback.com

***Lead Counsel for Plaintiff(s)***