IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   JOHN A. BERLANGA

Civil Case #   1:18-cv-00524-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   John A. Berlanga

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):



4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   HI

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   GA

6. Plaintiff's/Deceased Party's current state of residence:

   GA

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Middle District of Georgia, Albany Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of jurisdiction:

   ☒ Diversity of Citizenship

   ☒ Other: MDL 2570 Centralization

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      6-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

11. Date of Implantation as to each product:

    March 29, 2006

12.     Hospital(s) where Plaintiff was implanted (including City and State):

        Tripler Army Medical Center, Honolulu, HI

13.     Implanting Physician(s):

        Anthony Goei, M.D.

14.     Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☒ | Count I: | Strict Products Liability – Failure to Warn |
| ☒ | Count II: | Strict Products Liability – Design Defect |
| ☒ | Count III: | Negligence |
| ☒ | Count IV: | Negligence Per Se |
| ☒ | Count V: | Breach of Express Warranty |
| ☒ | Count VI: | Breach of Implied Warranty |
| ☒ | Count VII: | Violations of Applicable __Georgia__ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☐ | Other | _____ (please state the facts supporting this Count in the space immediately below) |
| ☒ | Other | _____ (please state the facts supporting this Count in the space immediately below) |

        Fraudulent Concealment. See attached supplement for specific allegations.

15.     Attorney for Plaintiff(s):

        Rand P. Nolen

16.    Address and bar information for Attorney for Plaintiff(s)

   Texas Bar No. 00788126

   FLEMING, NOLEN & JEZ, L.L.P.

   2800 Post Oak Blvd., Suite 4000

   Houston, TX  77056-6109

   Tel:  (713) 621-7944

   Fax:  (713) 621-9638

   Email:  rand_nolen@fleming-law.com

## JURY DEMAND

Plaintiff demands a jury trial.

Dated: March 26, 2021

                                              Respectfully submitted,

                                              By: */s/ Rand P. Nolen*
                                              Rand P. Nolen (Pro Hac Vice)
                                              **FLEMING, NOLEN & JEZ, L.L.P.**
                                              2800 Post Oak Blvd., Suite 4000
                                              Houston, Texas 77056-3109
                                              Telephone:  (713) 621-7944
                                              Facsimile:   (713) 621-9638
                                              Email:  rand_nolen@fleming-law.com
                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

                                                      */s/ Rand P. Nolen*