IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Patricia Peoples and Rodney Peoples

Civil Case #  1:18-cv-1983

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Patricia Peoples

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Rodney Peoples

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Texas

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Texas

6. Plaintiff's/Deceased Party's current state of residence:

      Texas

7. District Court and Division in which venue would be proper absent direct filing:

      Northern District of Texas Fort Worth Division

8. Defendants (Check Defendants against whom Complaint is made):

    ☑ Cook Incorporated

    ☑ Cook Medical LLC

    ☑ William Cook Europe APS

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other:

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: Paragraphs 6-28

b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☑ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreve

    ☐ Cook Celect Platinum

    ☐ Other:

    ☐

11. Date of Implantation as to each product:
    On or about June 28, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):
    Texas Health Harris Methodist Hospital, Fort Worth, TX

13. Implanting Physician(s):
    Dr. Robert Reeb

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☑ Count I: Strict Products Liability – Failure to Warn
    - ☑ Count II: Strict Products Liability – Design Defect
    - ☑ Count III: Negligence
    - ☑ Count IV: Negligence Per Se
    - ☑ Count V: Breach of Express Warranty
    - ☑ Count VI: Breach of Implied Warranty
    - ☑ Count VII: Violations of Applicable North Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ☑ Count VIII: Loss of Consortium
    - ☐ Count IX: Wrongful Death
    - ☐ Count X: Survival
    - ☑ Count XI: Punitive Damages
    - ☑ Other: Fraudulent Concealment. See attached brief for specific allegations
    - ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):
    Jon C. Conlin and J. Curt Tanner

16. Address and bar information for Attorney for Plaintiff(s):

    Jon C. Conlin (ASB-7024-J66C) / J. Curt Tanner (ASB-1041-T80W)
    2131 Magnolia Avenue
    Birmingham, Alabama  35205

Dated: 3/26/2021               Respectfully submitted,


                               /s/ Jon C. Conlin
                               Jon C. Conlin
                               J. Curt Tanner
                               CORY WATSON, P.C.
                               2131 Magnolia Avenue
                               Birmingham, Alabama 35205
                               Phone: 205-328-2200
                               Fax: 205-326-7896

                               *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Jon C. Conlin_____
Jon C. Conlin