IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
Brigette Reimschussel

Civil Case # 1:18-cv-03184

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Brigette Reimschussel

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

     South Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   District of South Carolina – Florence Division

8. Defendants (Check Defendants against whom Complaint is made):

   - ☑ Cook Incorporated
   - ☑ Cook Medical LLC
   - ☑ William Cook Europe APS

9. Basis of Jurisdiction:

   - ☑ Diversity of Citizenship
   - ☐ Other:

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - ☐ Günther Tulip® Vena Cava Filter
    - ☑ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreve
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Date of Implantation as to each product:

On or about October 16, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):
York Hospital, York, PA

13. Implanting Physician(s):
Dr. Agarwal Nikhilhesh

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I: Strict Products Liability – Failure to Warn

☑ Count II: Strict Products Liability – Design Defect

☑ Count III: Negligence

☑ Count IV: Negligence Per Se

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable North Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☑ Other: Fraudulent Concealment. See attached brief for specific allegations

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):
    Jon C. Conlin and J. Curt Tanner

16. Address and bar information for Attorney for Plaintiff(s):

    Jon C. Conlin (ASB-7024-J66C) / J. Curt Tanner (ASB-1041-T80W)
    2131 Magnolia Avenue
    Birmingham, Alabama  35205

Dated: 3/26/2021                    Respectfully submitted,


                                    /s/ Jon C. Conlin
                                    Jon C. Conlin
                                    J. Curt Tanner
                                    CORY WATSON, P.C.
                                    2131 Magnolia Avenue
                                    Birmingham, Alabama 35205
                                    Phone: 205-328-2200
                                    Fax: 205-326-7896

                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Jon C. Conlin_____
Jon C. Conlin