IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
KRISTIN LEIGH STEPHENS

Civil Case # 1:20-cv-6274-RLY-TAB

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Amended Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   KRISTIN LEIGH STEPHENS

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   ALABAMA

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    ALABAMA

6. Plaintiff's/Deceased Party's current state of residence:
    ALABAMA

7. District Court and Division in which venue would be proper absent direct filing:

    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, NOTHERN DIVISION (Case was originally filed in the Circuit Court of Madison County Alabama and was removed to the United States District Court for the Northern District of Alabama, Northern Division prior to its transfer to the MDL)

8. Defendants (Check Defendants against whom Complaint is made):

    X   Cook Incorporated

    X   Cook Medical LLC

    X   William Cook Europe ApS

9. Basis of Jurisdiction:

    X   Diversity of Citizenship

    ☐   Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    PARAGRAPHS 9-20 AND PARAGRAPHS 23-26

    b. Other allegations of jurisdiction and venue:

    N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - [X] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other: _____

11. Date of Implantation as to each product:

    DATE OF IMPLANT WAS ON OR ABOUT JUNE 1, 2014.

12. Hospital(s) where Plaintiff was implanted (including City and State):

    HUNTSVILLE HOSPITAL IN HUNTSVILLE, ALABAMA

13. Implanting Physician(s):

    DR. AUSTIN BOURGEOIS (Huntsville, Alabama)

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [X] Count I: Strict Products Liability – Failure to Warn
    - [X] Count II: Strict Products Liability – Design Defect
    - [X] Count III: Negligence
    - [X] Count IV: Negligence Per Se

X     Count V:     Breach of Express Warranty

X     Count VI:     Breach of Implied Warranty

X     Count VII:     Violations of Applicable  ALABAMA  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count VIII: Loss of Consortium

☐     Count IX: Wrongful Death

☐     Count X: Survival

X     Count XI: Punitive Damages

☐     Other: _____ (please state the facts supporting this Count in the space, immediately below)

X     Other: _____ (please state the facts supporting this Count in the space, immediately below)

Please see attached Brief in Support of Specific Allegations attached herewith, under seal.

15. Attorney for Plaintiff(s):

LLOYD W. GATHINGS, II AND VIRGINIA APPLEBAUM

16. Address and bar information for Attorney for Plaintiff(s)

4

GATHINGS LAW 2140 11ᵀᴴ AVENUE SOUTH, SUITE 210 BIRMINGHAM, AL 35205

LLOYD W. GATHINGS, ALABAMA BAR ASSOCIATION: GAT001

VIRGINIA APPLEBAUM, ALABAMA BAR ASSOCIATION: APP009

    Respectfully submitted,

**GATHINGS LAW**

*/s/ Lloyd W. Gathings*
LLOYD W. GATHINGS (GAT001)
VIRGINIA APPLEBAUM (APP009)
Gathings Law
2140 11th Avenue South, Suite 210
Birmingham, AL 35205
Telephone: (205) 322-1201
Facsimile: (205) 322-1202
lgathings@gathingslaw.com
vapplebaum@gathingslaw.com