IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
__Donna Boyde and William Boyde__
Civil Case No.: 1:20-cv-01514

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Donna Boyde

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   William Boyde

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New York

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New York

6. Plaintiff's/Deceased Party's current state of residence:

   New York

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of New York

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Venue: Paragraph 27

   Subject Matter Jurisdiction: Paragraph 23

   Personal Jurisdiction: Paragraphs 24 and 26

   b. Other allegations of jurisdiction and venue:

   None

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - [ ] Günther Tulip® Vena Cava Filter
    - [x] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other:

11. Date of Implantation as to each product:

    August 3, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

    St. Joseph's Hospital, Syracuse, New York

13. Implanting Physician(s):

    Mark T. Baesl, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [x] Count I:      Strict Products Liability – Failure to Warn
    - [x] Count II:     Strict Products Liability – Design Defect
    - [x] Count III:    Negligence
    - [x] Count IV:     Negligence Per Se

☑ Count V:    Breach of Express Warranty

☑ Count VI:   Breach of Implied Warranty

☑ Count VII:  Violations of Applicable __New York__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count VIII: Loss of Consortium

☐ Count IX:   Wrongful Death

☐ Count X:    Survival

☑ Count XI:   Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☑ Other: __Fraudulent concealment__ (please state the facts supporting this Count in the space, immediately below)

See attached brief for specific allegations

15. Attorney for Plaintiff(s):

   Nicholas R. Farnolo, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

Nicholas R. Farnolo, Esq. (NY SBN. 4605952)

Napoli Shkolnik, PLLC - 400 Broadhollow Road, Suite 305, Melville, NY 11747

Dated: March 26, 2021

          Respectfully Submitted,

          By: */s/Nicholas R. Farnolo*
              Nicholas R. Farnolo, Esq.
              **NAPOLI SHKOLNIK, PLLC**
              400 Broadhollow Road, Suite 305
              Melville, NY 11747
              Tel: (212) 397-1000
              Email: Nfarnolo@napolilaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on  March 26, 2021  a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                         */s/Nicholas R. Farnolo*