**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.
1:14-ml-2570-RLY-TAB

This Document Relates to Plaintiff (s)

Iris Daniels

Civil Case #1:19-cv-01416

---

**FIRST AMENDED SHORT FORM COMPLAINT**

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff (s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Iris Daniels

2. Spousal Plaintiff/Deceased Party's spouse of other party making loss of consortium Claim:

   N/A

3. Other Plaintiff and Capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Part's state of residence at the time of Implant:

   New Jersey

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    New Jersey

6.  Plaintiff's/Deceased Party's current state of residence:

    New Jersey

7.  District Court and Division on which venue would be proper absent direct filing:

    United States District Court for the District of New Jersey

8.  Defendants (Check Defendants against whom Complaint is made):

    ☑  Cook Incorporated

    ☑  Cook Medical LLC

    ☑  William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☑  Diversity of Citizenship

    ☐  Other: _____

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 9-28
    _____
    _____

b.  Other allegations of jurisdiction and venue:
    _____
    _____
    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐      Günther Tulip® Vena Cava Filter

☒      Cook Celect® Vena Cava Filter

☐      Gunther Tulip Mreye

☐      Cook Celect Platinum

☐      Other:

_____

11. Date of Implantation as to each product:

August 25, 2015
_____

_____

12. Hospital(s) where Plaintiff was Implanted (including City and State):

Clara Maass Medical Center
Belleville, NJ

13. Implant Physician(s):

Jehad E. Saliba, MD
_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:      Strict Product Liability – Failure to Warn

☑ Count II:      Strick Products Liability – Design Defect

☑  Count III:     Negligence

☑  Count IV:     Negligence Per Se

☑   Count V:      Breach of Express Warranty

☑  Count VI:      Breach of Implied Warranty

☑  County VII:    Violations of Applicable  _NJ_  (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐   Count VIII:     Loss of Consortium

☐   Count IX:       Wrongful Death

☐   Count X:        Survival

☑  County XI:       Punitive Damages

☑  Other:          Fraudulent Concealment    (please state the facts supporting

this Count in the space, immediately below)

Fraudulent Concealment: See attached brief for specific allegations.

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Andrew F. Kirkendall and Alexander G. Dwyer

16. Address and bar information for Attorney Plaintiff(s):

4

4343 Sigma Road, Ste 200., Dallas, TX 75244

Andrew F. Kirkendall Texas Bar No. 24050882

Alexander G. Dwyer Texas Bar No. 24054271

Dated: March 26, 2021

Respectfully submitted,

By: */s/ Andrew F. Kirkendall*

Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

**Attorney for Plaintiffs**