THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   Stephanie Redifer

Civil Case # 1:18-cv-1370

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Stephanie Redifer

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   n/a

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Virginia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Virginia

6. Plaintiff's/Deceased Party's current state of residence:

   Virginia

7. District Court and Division in which venue would be proper absent direct filing:

   **Eastern District of Virginia**

8. Defendants (Check Defendants against whom Complaint is made):

   - **X** Cook Incorporated
   - **X** Cook Medical LLC
   - **X** William Cook Europe ApS

9. Basis of Jurisdiction:

   - **X** Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   **Paragraphs 6 through 28 of the Master Complaint in Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570**

   Other allegations of jurisdiction and venue:

   n/a

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

  X  Günther Tulip® Vena Cava Filter

    Cook Celect® Vena Cava Filter

    Gunther Tulip Mreye

    Cook Celect Platinum
    Other:

11. Date of Implantation as to each product:

August 1, 2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

Stafford Hospital Center- Stafford, VA

 Implanting Physician(s):

Dr. John McLaughlin

13. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I: | Strict Products Liability – Failure to Warn |
| X | Count II: | Strict Products Liability – Design Defect |
| X | Count III: | Negligence |
| X | Count IV: | Negligence Per Se |
| X | Count V: | Breach of Express Warranty |
| X | Count VI: | Breach of Implied Warranty |
| X | Count VII: | Violations of Applicable <u>Virginia</u> Law Prohibiting Consumer Fraud and Unfair Trade Practices |

|   | Count VIII: | Loss of Consortium |
|---|---|---|
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| X | Count XII: | Other - Fraudulent Concealment. See attached brief for specific allegations. |

14. Attorney for Plaintiff(s):

  Melanie K. Schmickle- #52176 MO

15. Address and bar information for Attorney for Plaintiff(s):   SWMW Law, LLC 701 Market St. Suite 1000, St. Louis, MO 63031

Respectfully submitted,

**SWMW Law, LLC**

  */s/ Melanie K. Schmickle*
**SWMW Law, LLC**
**701 Market St. Suite 1000**
**St. Louis, MO 63031**
#52176 MO
Telephone: (314)-480-5180
Facsimile: (314-)932-1566
pharma@swmwlaw.com

***Lead Counsel for Plaintiffs***

4