IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Kathie Bell-Marlowe

Civil Case # 16-cv-06046-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Kathie Bell-Marlowe

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Carolina

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of North Carolina; United States District Court for the District of Maine

8. Defendants (Check Defendants against whom Complaint is made):

   [X]  Cook Incorporated

   [X]  Cook Medical LLC

   [X]  William Cook Europe ApS

9. Basis of Jurisdiction:

   [X]  Diversity of Citizenship

   [ ]  Other: _____

         a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 27, 28

         b. Other allegations of jurisdiction and venue:  N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - [ ] Günther Tulip® Vena Cava Filter
    - [X] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other: _____

11. Date of Implantation as to each product:

    August 20, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Novant Health Presbyterian Medical Center, Charlotte, North Carolina

13. Implanting Physician(s):

    M. Alan Burns, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [X] Count I:    Strict Products Liability – Failure to Warn
    - [X] Count II:   Strict Products Liability – Design Defect
    - [X] Count III:  Negligence
    - [X] Count IV:   Negligence Per Se

| | | |
|---|---|---|
| X | Count V: | Breach of Express Warranty |
| X | Count VI: | Breach of Implied Warranty |
| X | Count VII: | Violations of Applicable Texas and Maine Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| X | Other: | Fraudulent Concealment (see attached brief of specific factual allegations) |

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Kevin M. Fitzgerald

16. Address and bar information for Attorney for Plaintiff(s):

Fitzgerald Law Group, LLC, 120 Exchange Street, Suite 200, Portland, ME 04101

(Maine Bar No. 009373)

Dated: March 26, 2021                     Respectfully submitted,

*/s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald, Esq.
FITZGERALD LAW GROUP, LLC
120 Exchange Street, Ste. 200
Portland, ME 04101
Telephone: (207) 874-7407
Facsimile: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certified that on March 26, 2021, a copy of the foregoing Amended Short Form Complaint was served electronically and notice of the service of this Amended Short Form Complaint will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Kevin M. Fitzgerald*