THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to Plaintiff(s)
___Michael Ganino, Jr. and Patricia Ganino_____

Civil Case #__1:17-cv-2765_____

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named

below, incorporate The Master Complaint in MDL No. 2570 by reference (Document

213).  Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

     _____Michael Ganino, Jr._____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

     claim:

     ____Yes. Patricia Ganino_____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

     _____N/A_____

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

     5.  __Connecticut_____

6. Plaintiff's/Deceased Party's state of residence at the time of injury:

    _____Connecticut_____

7. Plaintiff's/Deceased Party's current state of residence:

    _____Connecticut_____

8. District Court and Division in which venue would be proper absent direct filing:

    __**United States District Court of Connecticut**_____

9. Defendants (Check Defendants against whom Complaint is made):

    **X**      Cook Incorporated

    **X**      Cook Medical LLC

    **X**      William Cook Europe ApS

10. Basis of Jurisdiction:

    **X**      Diversity of Citizenship

    □      Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    **Paragraphs 6 through 28 of the Master Complaint in Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570**_____

    Other allegations of jurisdiction and venue:

    _____N/A_____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

X  Günther Tulip® Vena Cava Filter

   Cook Celect® Vena Cava Filter

   Gunther Tulip Mreye

   Cook Celect Platinum
   Other:

_____

11. Date of Implantation as to each product:

   February 9, 2012_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   St. Vincent's Medical Center_____

13. Implanting Physician(s):

   Dr. Paul Demartini_____

_____

_____

_____

_

14. Counts in the Master Complaint brought by Plaintiff(s):

  X  Count I:  Strict Products Liability – Failure to Warn

  X  Count II:  Strict Products Liability – Design Defect

  X  Count III:  Negligence

  X  Count IV:  Negligence Per Se

  X  Count V:  Breach of Express Warranty

  X  Count VI:  Breach of Implied Warranty

X

     Count VII:   Violations of Applicable <u>Connecticut</u>
     Law Prohibiting Consumer Fraud and Unfair and Deceptive
     Trade
     Practices

X    Count VIII:   Loss of Consortium

☐    Count IX:   Wrongful Death

☐    Count X:   Survival

X    Count XI:   Punitive Damages

X    Count XII:   Other - Fraudulent Concealment. See attached
    brief for specific allegations.

15. Attorney for Plaintiff(s):

  _Melanie K. Schmickle- #52176 MO_____

16. Address and bar information for Attorney for Plaintiff(s): ___SWMW Law, LLC 701
    Market St. Suite 1000, St. Louis, MO 63031_____

Respectfully submitted,

**SWMW Law, LLC**

    _/s/ Melanie K. Schmickle_____
    **SWMW Law, LLC**
    **701 Market St. Suite 1000**
    **St. Louis, MO 63031**
    #52176 MO
    Telephone:  (314)-480-5180
    Facsimile: (314-)932-1566
    pharma@swmwlaw.com

    ***Lead Counsel for Plaintiffs***