**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Sacha Delvalle

Civil Case #1:18-cv-02347-RLY-TAB

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Sacha Delvalle

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (*i.e.*, administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Michigan

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan

6. Plaintiff's/Deceased Party's current state of residence:

   Michigan

7. District Court and Division in which venue would be proper absent direct filing:

   Western District of Michigan, Grand Rapids Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6,7,8,11,12,19,23,24,25,26,27,28

   b. Other allegations of jurisdiction and venue:

   Jurisdiction is proper due to diversity of citizenship because Plaintiff resides in Michigan and the defendants are incorporated with principal places of business outside of Michiganm and the damages exceed $75,000. For purposes of remand and trial, venue is proper under 28 U.S.C 1391 in the Western District of Michigan, Grand Rapids Division, as a substantial amount of activity giving rise to the claims occurred in that District.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

|   |   |
|---|---|
| ☐ | Cook Celect® Vena Cava Filter |
| ☐ | Gunther Tulip Mreye |
| ☐ | Cook Celect Platinum |
| ☐ | Other: _____ |

11. Date of Implantation as to each product:

   04/11/2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Spectrum Health- Blodgett Hospital, Grand Rapids, MIchigan

13. Implanting Physician(s):

   Michael F. Knox M.D

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☐ Count I: Strict Products Liability – Failure to Warn

   ☐ Count II: Strict Products Liability – Design Defect

   ☒ Count III: Negligence

   ☐ Count IV: Negligence Per Se

   ☒ Count V: Breach of Express Warranty

   ☒ Count VI: Breach of Implied Warranty

   ☐ Count VII: Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   ☐ Count VIII: Loss of Consortium

   ☐ Count IX: Wrongful Death

   ☐ Count X: Survival

&boxtimes;   Count XI:   Punitive Damages

☐   Other: _____ (please state the facts supporting

this Count in the space, immediately below)

&boxtimes;   Other: _____ (please state the facts supporting

this Count in the space, immediately below)

Fraudulent Concealment.  See attached brief for specific allegations.

15. Attorney for Plaintiff(s):

Joseph H. Saunders. Saunders & Walker, P.A

16. Address and bar information for Attorney for Plaintiff(s):

3491 Gandy Blvd N, Suite 200, Pinellas Park, Florida 33781

Florida State Bar No. 341746, California State Bar No. 101927

Respectfully submitted,

/s/ Joseph H. Saunders
Joseph H. Saunders
Saunders & Walker, P.A
3491 Gandy Blvd N, Suite 200
Pinellas Park, Florida 33781
(727) 579-4500, FAX (727) 577-9696
joe@saunderslawyers.com
Attorney for Plaintiff Sacha Delvalle

## CERTIFICATE OF SERVICE

I hereby certify that on 03/26/2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Joseph H. Saunders