IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:

Plaintiff Louis A. Paciocco

Civil Case # 1:17-cv-03100-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for his Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

    Louis V. Paciocco

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    North Carolina

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Eastern District of North Carolina

8. Defendants (Check Defendants against whom Complaint is made):

   - ✓ COOK INCORPORATED
   - ✓ COOK MEDICAL LLC
   - ✓ WILLIAM COOK EUROPE APS

9. Basis of Jurisdiction:

   - ✓ Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   23, 24, 28

   b. Other allegations of jurisdiction and venue: _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff is making a claim:

    - ✓ Günther Tulip® Vena Cava Filter
    - ☐ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other: Cook Celect® Filter Set Femoral and Jugular Approach

2

11. Date of Implantation as to each product:

    June 19, 2006

12. Hospital where Plaintiff was implanted (including City and State):

    UNC REX Hospital, Raleigh, North Carolina

13. Implanting Physician(s):

    Dr. Satish Mathan

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ✓ Count I: Strict Products Liability – Failure to Warn
    - ✓ Count II: Strict Products Liability – Design Defect
    - ✓ Count III: Negligence
    - ✓ Count IV: Negligence Per Se
    - ✓ Count V: Breach of Express Warranty
    - ✓ Count VI: Breach of Implied Warranty
    - ✓ Count VII: Violations of Applicable North Carolina and Indiana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ☐ Count VIII: Loss of Consortium
    - ☐ Count IX: Wrongful Death
    - ☐ Count X: Survival
    - ✓ Count XI: Punitive Damages
    - ✓ Other: Fraudulent Concealment. See attached brief for specific allegations.
    - ☐ Other: _____

15. Attorneys for Plaintiff:

   David M. Fine and Charlotte L. Itoh

16. Address and bar information for Attorneys for Plaintiff:

   David M. Fine New Mexico Bar No. 15576

   Charlotte L. Itoh New Mexico Bar No. 23161

   Fine Law Firm, 220 9th Street NW, Albuquerque, NM 87102

        Respectfully submitted,

        */s/ Charlotte L. Itoh*
        David M. Fine
        Charlotte L. Itoh
        Fine Law Firm
        220 9th St. NW
        Albuquerque, NM 87102
        Telephone: (505) 243-4541
        Facsimile: (505) 242-2716
        david@thefinelawfirm.com
        charlotte@thefinelawfirm.com