UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:  THE CLERK OF THE COURT AND ALL OTHER PARTIES

    I have **no pending cases** in the District Court for the Southern District of Indiana.

    I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]  )
)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** |  |  |
| **Law Firm, Company, and/or Agency:** |  |  |
| **Address:** |  |  |
| **Primary E-mail:** |  |  |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** |  |  |
| **Facsimile:** |  |  |

Date: _____        s/ _____

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.

1:14-ml-02570-RLY-TAB

1:17-cv-00575-RLY-TAB

1:19cv-04394-RLY-TAB

1:17-cv-04163-RLY-TAB

1:19-cv-01399-RLY-TAB

1:18-cv-00401-RLY-TAB

1:18-cv-00391-RLY-TAB

1:18-cv-01296-RLY-TAB

1:16-cv-03330-RLY-TAB

1:19-cv-03015-RLY-TAB

1:19-cv-01137-RLY-TAB

1:18-cv-03703-RLY-TAB

1:18-cv-00365-RLY-TAB

1:20-cv-00655-RLY-TAB

1:20-cv-00532-RLY-TAB

1:17-cv-00822-RLY-TAB

1:20-cv-00134-RLY-TAB

1:19-cv-01133-RLY-TAB

1:19-cv-02053-RLY-TAB

1:19-cv-03786-RLY-TAB

1:19-cv-02482-RLY-TAB

1:18-cv-03154-RLY-TAB

1:17-cv-00970-RLY-TAB