IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION MDL No. 2570 | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff(s): PAMELA AND MORGAN MOON. | Civil Case No. 1:18-cv-03186-RLY-TAB |

**AMENDED** SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. **Plaintiff**/Deceased Party:   PAMELA MOON

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: MORGAN MOON

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Not applicable.

4. Plaintiff's/Deceased Party's state of residence at the time of implant: State of Utah.

5. Plaintiff's/Deceased Party's state of residence at the time of injury: State of Utah.

6. Plaintiff's/Deceased Party's current state of residence: State of Utah.

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court, District of Utah.

8. Defendants (Check Defendants against whom Complaint is made):

√ Cook Incorporated

√ Cook Medical LLC

√ William Cook Europe ApS

9. Basis of Jurisdiction:

√ Diversity of Citizenship

□ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

¶¶ 6 - 28

b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

□ Günther Tulip® Vena Cava Filter

√ Cook Celect® Vena Cava Filter

□ Gunther Tulip Mreye

□ Cook Celect Platinum

☐ Other:

_____

11. Date of Implantation as to each product: <u>March 21, 20111</u>

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Revere Health – Provo Imaging Department
    1055 North 500 West, Suite 112
    Provo, Utah 84604

13. Implanting Physician(s):

    Kent Gledhill, M.D.
    Revere Health – Provo Imaging Department
    1055 North 500 West, Suite 112
    Provo, Utah 84604

14. Counts in the Master Complaint brought by Plaintiff(s):

    √ Count I: Strict Products Liability – Failure to Warn

    √ Count II: Strict Products Liability – Design Defect

    √ Count III: Negligence

    ☐ Count IV: Negligence Per Se

    √ Count V: Breach of Express Warranty

    √ Count VI: Breach of Implied Warranty

    √ Count VII: Violations of Applicable Utah Consumer Protection Act, §13-11-1, et. seq. Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

√ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☐ Count XI: Punitive Damages

√Other: Breach of Implied Warranty of Merchantability Pursuant to UCA §70a-2-314.

   a. Defendants designed, manufactured, tested, marketed and distributed into the stream of commerce the Cook Celect® Vena Cava Filter;

   b. At the time Defendants designed, manufactured, tested, marketed and distributed into the stream of commerce the Cook Celect® Vena Cava Filter, Defendants knew the use for which the Cook Celect® Vena Cava Filter was intended, and impliedly warranted the Cook Celect® Vena Cava Filter to be safe for such use.

   c. Plaintiff reasonably relied upon the skill and judgment of Defendants as to whether the Cook Celect® Vena Cava Filter was safe for its intended use.

   d. Contrary to Defendants' implied warranties, the Cook Celect® Vena Cava Filter was not safe for its intended use or fit for the particular purpose for which it was designed, manufactured, tested, distributed or sold - for use and implantation as a total hip replacement system, because the Cook Celect® Vena Cava Filter was unreasonably dangerous and/or

   not reasonably fit for its intended, anticipated or reasonably foreseeable use as described above.

e. Defendants' actions, representations, and/or omissions violate Utah Code Ann. §7OA-2-314.

f. As a direct and proximate result of Defendants' breach of implied warranty of merchantability regarding the safety and effectiveness of the Cook Celect® Vena Cava Filter, Plaintiff experienced and/or will experience significant damages, including but not limited to physical injury, economic loss, pain and suffering, and the need for further surgery to replace the faulty device, and will continue to suffer such damages in the future.

g. Defendants' conduct, as described above, was extreme and outrageous. Defendants risked the lives of recipients of their products, including Plaintiff's, with knowledge of the safety and efficacy problems and suppressed this knowledge from the general public.  Defendants made conscious decisions not to redesign, re-label, warn or inform the unsuspecting recipients of Defendants' Cook Celect® Vena Cava Filter. Defendants' outrageous conduct warrants an award of punitive damages.

WHEREFORE, Plaintiff demands judgment against Defendants for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees and all such other relief as the Court deems proper.

√Other: _____ (please state the facts supporting this Count in

the space, immediately below)

<u>FRADULENT CONCEALMENT.  See attached briefing for specific allegations.</u>

15. Attorney for Plaintiff(s):

    Nancy A. Mismash, 6615

16. Address and bar information for Attorney for Plaintiff(s):

**ROBERT DEBRY & ASSOCIATES**
4252 South 700 East
Salt Lake City, Utah 84107
Phone: 801-262-8915
Fax:    801-262-8995
nmismash@robertdebry.com

UTAH STATE BAR NO. 6615

    Respectfully submitted,

    ROBERT DEBRY & ASSOC.

    */s/ Nancy A. Mismash*
    Nancy A. Mismash
    **ROBERT DEBRY & ASSOCIATES**
    4252 South 700 East
    Salt Lake City, Utah 84107
    Phone: 801-262-8915
    Fax:    801-262-8995
    nmismash@robertdebry.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I electronically transmitted this Amended Short Form Complaint to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic Filing.

*/s/ Nancy A. Mismash*