IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Annette Stephens-Dixon

Civil Case # 1:17-cv-1052

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Annette Stephens-Dixon

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    n/a

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Illinois

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Illinois

6. Plaintiff's/Deceased Party's current state:

   Illinois

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court Northern District of Illinois, Chicago Division

8. Defendants (check Defendant against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other:

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   8 through 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☒ Günther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    April 28, 2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Northwestern Lake Forest Hospital

    Lake Forest, Illinois

13. Implanting Physician(s):

    Dr. David Kozlov

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☒ Count I:    Strict Products Liability - Failure to Warn
    - ☒ Count II:   Strict Products Liability - Design Defect
    - ☒ Count III:  Negligence
    - ☒ Count IV:   Negligence Per Se
    - ☒ Count V:    Breach of Express Warranty

3

| | | |
|---|---|---|
| ☒ | Count VI: | Breach of Implied Warranty |
| ☒ | Count VII: | Violations of Applicable __Illinois__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☒ | Other(s): | __Fraudulent Concealment. See attached brief for specific allegations__ (please state the facts supporting this Count in the space immediately below) |

See attached Exhibit A for specific allegations.

15. Attorney for Plaintiff(s):

    Stephen B. Murray, Jr.

16. Address and bar information for Attorney for Plaintiff(s):

    701 Poydras Street, Suite 4250, New Orleans, Louisiana 70139

    LA Bar # 23877

RESPECTFULLY SUBMITTED this 26th of March, 2021.

        MURRAY LAW FIRM

        By: */s/ Stephen B. Murray, Jr.*
           Stephen B. Murray, Jr.
           Kenneth J. Wink, Jr.
           701 Poydras Street
           Suite 4250
           New Orleans, LA 70139
           Phone: (504) 525-8100

Fax: (504) 584-5249  
smurrayjr@murray-lawfirm.com  
kwink@murray-lawfirm.com  
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Stephen B. Murray, Jr.*