UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mark Priesmeyer
    No. 1:19-cv-00964
Rocco Yedman
    No. 1:17-cv-02720

**COOK DEFENDANTS' MOTION
FOR DISMISSAL OF CLAIMS BASED ON
<u>STATE CONSUMER FRAUD STATUTES</u>**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "the Cook Defendants") respectfully move the Court to dismiss Plaintiff Mark Priesmeyer's and Plaintiff Rocco Yedman's statutory consumer fraud claims based on Illinois's Consumer Fraud Act ("ICFA") (Priesmeyer) and Pennsylvania's Unfair Trade Practice and Consumer Protection Law ("UTPCPL") (Yedman).  These claims are set out in Count VII, paragraph 15 of Plaintiffs' respective Short Form Complaints, *see* Dkts. 15495 (Yedman), 15512 (Priesmeyer), and in Count VII, paragraphs 112-166 of the Master Consolidated Complaint for Individual Claims ("Master Complaint"), Dkt. 213.

US.132111221.01

The Cook Defendants are entitled to dismissal because Plaintiffs have failed to plead these fraud-based claims with the particularity required by Federal Rule of Civil Procedure 9(b).

This motion is based on all the files, records, and pleadings herein, and on the accompanying memorandum of law in support of the motion. For the reasons stated in that memorandum, the Cook Defendants urge the Court to grant their motion to dismiss Plaintiffs' respective consumer fraud claims.

Dated: March 26, 2021                          Respectfully submitted,

/s/Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

US.132111221.01

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@faegredrinker.com

Bruce Jones
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South 7th St.
Minneapolis, Minnesota 55402
Telephone:  612-766-7426
Bruce. Jones@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

US.132111221.01

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing Cook Defendants' Motion for Dismissal of Claims Based on State Consumer Fraud Statutes was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Andrea Roberts Pierson

US.132111221.01