# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

    Sarah A Contant

Civil Case #   1:19-cv-01399

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff Party:

    Sarah A Contant

2. ~~Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:~~

3. ~~Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):~~

4. Plaintiff's Party's state of residence at the time of implant:

    NY

5. Plaintiff's Party's state of residence at the time of injury:

    __NY_____

6. Plaintiff's party's current state of residence:

    __NY_____

7. District Court and Division in which venue would be proper absent direct filing:

    UNITED STATES DISTRICT COURT; WESTERN DISTRICT OF NEW YORK___

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: __6 - 28_____

    _____

    _____

    b. Other allegations of jurisdiction and venue:

    _____

    _____

    _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Myere

    ☐ Cook Celect Platinum

    ☐ Other:
    _____

11. Date of Implantation as to each product:

    _11/28/12_____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    _Highland Hospital _Rochester, NY_____ _____

    _____

13. Implanting physician(s):

    _Dr. Ian J. Wilson_____

    _____

    _____

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:   Strict Products Liability – Failure to Warn

    ☒ Count II:  Strict Products Liability – Design Defect

    ☒ Count III: Negligence

    ☒ Count IV:  Negligence Per Se

3

☒ Count V:    Breach of Express Warranty

☒ Count VI:   Breach of Implied Warranty

☒ Count VII: Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX:   Wrongful Death

☐ Count X:    Survival

☒ Count XI:   Punitive Damages

☒ Other:    Please see linked sealed document for case-specific allegations.

☐ Other:    _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):
    Brian A. Goldstein, Esq., Cellino Law LLP
    _____

4

16. Address and bar information for Attorney for Plaintiff(s):

2500 Main Place Tower, 350 Main Street, Buffalo, NY 14202-3725

New York State Bar No. 2715019

Respectfully submitted,

/s/ Brian A. Goldstein

Brian A. Goldstein, Esq.
**CELLINO LAW LLP**
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202-3725
(716) 888-2020
Fax: (716) 259-2020
brian.goldstein@cellinolaw.com

*Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein