IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><u>Margaret Peterson</u> | |
| Civil Case # <u>1:16-CV-0571-WTL-MPB</u> | |

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Margaret Peterson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Maryland

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Maryland

6. Plaintiff's/Deceased Party's current state of residence:

    Maryland

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the District of Maryland

8. Defendants (Check Defendants against whom Complaint is made):

    [x] Cook Incorporated

    [x] Cook Medical LLC

    [x] William Cook Europe ApS

9. Basis of Jurisdiction:

    [x] Diversity of Citizenship

    [ ] Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: Diversity jurisdiction is established because Plaintiff is a resident of Maryland, which is completely diverse from all Defendants in this action, as established in paragraphs 11, 12, and 19 of the Master complaint. Jurisdiction is further proper because the Court has personal jurisdiction over the Defendants (paragraph 24, 25, 26). Venue is proper pursuant to paragraph 28.

    b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

   - ☐ Günther Tulip® Vena Cava Filter
   - ☒ Cook Celect® Vena Cava Filter
   - ☐ Gunther Tulip
   - ☐ Cook Celect Platinum

   Other:

11. Date of Implantation as to each product:
    1/25/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):
    Johns Hopkins Bayview Medical Center, Baltimore, Maryland

13. Implanting Physician(s):
    Dr. Mahmoud B. Malas, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

   - ☒ Count I: Strict Products Liability – Failure to Warn
   - ☒ Count II: Strict Products Liability – Design Defect
   - ☒ Count III: Negligence
   - ☒ Count IV: Negligence Per Se

3

| | | |
|---|---|---|
| x | Count V: | Breach of Express Warranty |
| x | Count VI: | Breach of Implied Warranty |
| x | Count VII: | Violations of Applicable  Maryland  Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| x | Count XI: | Punitive Damages |
| **X** | Count XII: allegations. | Fraudulent Concealment; see attached Exhibit A for specific |
| ☐ | Other: | _____ (please state the facts supporting |

_____

_____

_____

15. Attorney for Plaintiff(s):

   Jennifer Lenze, Esq.
   _____

16. Address and bar information for Attorney for Plaintiff(s):
   LENZE LAWYERS, PLC
   1300 Highland Ave, Suite 207
   Manhattan Beach, CA 90266


Dated: March 26, 2021                                  Respectfully Submitted,
                                                       /s/ Jennifer A. Lenze
                                                       Jennifer A. Lenze, CA SBN 246858
                                                       Attorneys for Plaintiff
                                                       jlenze@lenzelawyers.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                            /s/ Jennifer A. Lenze