IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES   PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to Plaintiff
Dianne Still, as Administratrix of the
Estate of Kristi Still Bonamour, Deceased          Civil Case #  1:21-CV-426

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Kristi Still Bonamour

2. Spousal  Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:  N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Dianne Still, Administratrix, Estateof Kristi Still Bonamour

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Mississippi

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Mississippi

6. Plaintiff's/Deceased Party's current state of residence:

   Mississippi

7. District Court and Division in which venue would be proper absent direct filing:

U.S. District Court for the Southern District of Mississippi, Northern Division

8. Defendants (Check Defendants against whom Complaint is made):

[X] Cook Incorporated

[X] Cook Medical LLC

[X] William Cook Europe ApS

9. Basis of Jurisdiction

[X] Diversity of Citizenship

[ ] Other: _____

a. Paragraph in Consolidated Master Complaint upon which venue and jurisdiction lie:

Venue: Paragraphs 27-28

Subject Matter Jurisdiction: Paragraph 23

Personal Jurisdiction: Paragraphs 24 and 26

b. Other allegations of jurisdiction and venue

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable inferior Vena Cava Filters):

[ ] Gunther Tulip® Vena Cava Filter

[ ] Cook Celect® Vena Cava Filter

[ ] Gunther Tulip Mreye

☒ Cook Celect Platinum

☐ Other

_____

11. Date of Implantation as to each product:

   11/26/2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

   <u>Mississippi Baptist Medical Center, Jackson, Mississippi</u>

13. Implanting Physician(s)

   Mack Haltom, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s)

   |X| Count 1:     Strict Products Liability - Failure to Warn

   |X| Count II:    Strict Products Liability - Design Defect

   |X| Count III:   Negligence

   |X| Count IV    Negligence Per Se

   |X| Count V:     Breach of Express Warranty

   |X| Count VI:    Breach of Implied Warranty

   |X| Count VII:   Violation of Applicable Mississippi Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   ☐ Count VIII:  Loss of Consortium

   |X| Count IX:    Wrongful Death

   ☐ Count X:     Survival

   |X| Count XI:    Punitive Damages

   ☒ Other:       Fraudulent Concealment - See attached brief for specific allegations

15. Attorney for Plaintiff(s)

       Donald W. Medley, Medley Law Group;  Talmadge Gerald Braddock

16. Address and bar information for Attorney for Plaintiff(s):

       Donald W. Medley, MS Bar No. 2832, 902 W. Pine St.,  Hattiesburg, MS 39401; Talmadge Gerald Braddock, MS Bar #10071, P.O. Box 1419,  Biloxi, MS  39533;

| /s/ Talmadge Gerald Braddock | /s/ Donald W. Medley |
|---|---|
| Talmadge Gerald Braddock | Donald W. Medley |
| | Attorneys for Plaintiff |

| | |
|---|---|
| Talmadge Gerald Braddock | Donald W. Medley |
| MS Bar #10071 | MS Bar #2832 |
| P. O. Box 1419 | Medley Law Group |
| Biloxi MS 39533 | 902 W. Pine St. |
| Telephone: (228) 234-1926 | Hattiesburg, MS 39401 |
| Attorneybraddock@icloud.com | Don@medleylagroup.com |