# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Claire D. Montani

Civil Case # 1:17-cv-02358

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Claire D. Montani

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (*i.e*., administrator, executor, guardian, conservator):


4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Pennsylvania; Philadelphia Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 1 through 8; 11-12 of the Master Complaint.

   b. Other allegations of jurisdiction and venue:

   A substantial portion of events leading to Plaintiff's injuries arose in Pennsylvania making venue proper.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    On or about March 3, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

    University of Pennsylvania; Philadelphia, Pennsylvania

13. Implanting Physician(s):

    Dr. Edward Woo

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Failure to Warn

    ☒ Count II: Strict Products Liability – Design Defect

    ☒ Count III: Negligence

    ☒ Count IV: Negligence Per Se

    ☒ Count V: Breach of Express Warranty

    ☒ Count VI: Breach of Implied Warranty

    ☒ Count VII: Violations of Applicable <u>PA</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐ Count VIII: Loss of Consortium

    ☐ Count IX: Wrongful Death

    ☐ Count X: Survival

    ☒ Count XI: Punitive Damages

    ☒ Count XII: Fraudulent Concealment; see attached Exhibit A for specific allegations.

15. Attorney for Plaintiff(s):

   John C. Duane, Esq., Motley Rice LLC

16. Address and bar information for Attorney for Plaintiff(s):

   28 Bridgeside Boulevard, Mount Pleasant, SC 29464

   Fed. ID 8047

        Respectfully submitted,

        s/ *John C. Duane*

        John C. Duane (Fed. ID 8047)
        jduane@motleyrice.com
        Donald A. Migliori (Fed. ID 4936)
        dmigliori@motleyrice.com
        Fred Thompson, III (Fed. ID 4081)
        fthompson@motleyrice.com
        MOTLEY RICE LLC
        28 Bridgeside Boulevard
        Mount Pleasant, SC 29466
        843-216-9000
        843-216-9450 Fax

        Attorneys for Plaintiff(s)
        Claire D. Montani

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

s/ <em>John C. Duane</em>