UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
Adrienne Loraine Larue

Civil Case #: 1:18-cv-143

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Adrienne Loraine Larue

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Arkansas

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Arkansas

6. Plaintiff's/Deceased Party's current state of residence:

   Arkansas

7. District Court and Division in which venue would be proper absent direct filing:

   Western District of Arkansas, Harrison Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other:

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

-2-

2138149.2

      Paragraphs 6-16 (Jurisdiction)

      Paragraphs 27-28 (Venue)

b.     Other allegations of jurisdiction and venue:

10.     Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐     Günther Tulip® Vena Cava Filter

☒     Cook Celect® Vena Cava Filter

☐     Gunther Tulip Mreye

☐     Cook Celect Platinum

☐     Other:

11.     Date of Implantation as to each product:

    02/07/11

2138149.2

12. Hospital(s) where Plaintiff was implanted (including City and State):

Mercy Hospital in Springfield, MO

13. Implanting Physician(s):

Robert A. Cooney, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se
- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable <u>Arkansas</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages

-4-

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☒ Other: <u>Fraudulent concealment</u> (please state the facts supporting this Count in the space, immediately below)

See supplemental filing (filed under seal) for full fraudulent concealment allegations

15. Attorney for Plaintiff(s):

Wendy R. Fleishman, Daniel E. Seltz, Daniel R. Leathers

16. Address and bar information for Attorney for Plaintiff(s):

Wendy R. Fleishman (NY State Bar No. 2500429)

Daniel E. Seltz (NY State Bar No. 4261616)

Daniel R. Leathers (NY State Bar No. 4840948)

Lieff Cabraser Heimann & Bernstein, LLP

250 Hudson Street, 8th Floor, New York, NY 10013-1413

2138149.2

Dated: March 26, 2021

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
Wendy R. Fleishman

Wendy R. Fleishman
Daniel E. Seltz
Daniel R. Leathers
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:   212.355.9592
Emails:      wfleishman@lchb.com
            dseltz@lchb.com
            dleathers@lchb.com

*Counsel for Plaintiff Adrienne Loraine Larue*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th of March, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL. Parties may access this filing through the Court's system.

/s/ Wendy R. Fleishman

2138149.2