IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):

PATRICK HALEY II
Civil Case # 1:20-cv-6223

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party: Patrick Haley II

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Nevada

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Nevada

6. Plaintiff's/Deceased Party's current state of residence:
   Nevada

7. District Court and Division in which venue would be proper absent direct filing:
   District of Nevada

8. Defendants (Check Defendants against whom Complaint is made):
   ☒ Cook Incorporated
   ☒ Cook Medical LLC
   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:
   ☒ Diversity of Citizenship
   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
      Paragraphs 6-28, inclusive

   b. Other allegations of jurisdiction and venue:
      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter
    ☒ Cook Celect® Vena Cava Filter
    ☐ Gunther Tulip Mreye
    ☐ Cook Celect Platinum
    ☐ Other: _____

11. Date of Implantation as to each product: 05/21/2009

12. Hospital(s) where Plaintiff was implanted (including City and State):
    St. Rose Dominican Hospital - Siena Campus, Henderson, NV

13. Implanting Physician(s): Dr. Moniz M. Dawood

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Failure to Warn
    ☒ Count II: Strict Products Liability – Design Defect
    ☒ Count III: Negligence
    ☒ Count IV: Negligence Per Se
    ☒ Count V: Breach of Express Warranty
    ☒ Count VI: Breach of Implied Warranty

☒Count VII: Violations of Applicable  Nevada (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐Count VIII: Loss of Consortium

☐Count IX: Wrongful Death

☐Count X: Survival

☒Count XI: Punitive Damages

☒Other: Fraudulent Concealment. See attached Brief for specific allegations. (please state the facts supporting this Count in the space, immediately below)

☐Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____
_____

15. Attorney for Plaintiff(s): Douglass A. Kreis

16. Address and bar information for Attorney for Plaintiff(s):  Aylstock, Witkin, Kreis & Overholtz, PLLC, 17 East Main Street, Suite 200, Pensacola, FL 32502, Florida Bar No. 129704

Dated: March 26, 2021	Respectfully submitted,

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

/s/ Douglass A. Kreis
Douglass A. Kreis, FL Atty. No. 129704
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
Email: DKreis@awkolaw.com

Peter C. Wetherall
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148-4845
Telephone: (702) 838-8500
Facsimile: (702) 837-5081
Email: pwetherall@wetherallgroup.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on _____26th_____ day of ___March___, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Douglass A. Kreis*