Julia Reed Zaic
HEAVISIDE REED ZAIC
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 715-5120
Email: Julia@HRZlaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

This Document Relates to Plaintiff: Phyllis W. Wing

Civil Case # 1:16-cv-1826

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party: Phyllis W. Wing

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: John. W. Wing

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): n/a

4. Plaintiff's/Deceased Party's state of residence at the time of implant: Maine

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury: <u>Maine</u>

6. Plaintiff's/Deceased Party's current state of residence: <u>Maine</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>Edward T. Gignoux Federal Courthouse</u>

8. Defendants (Check Defendants against whom Complaint is made):

   | X | Cook Incorporated |
   | X | Cook Medical LLC |
   | X | William Cook Europe ApS |

9. Basis of Jurisdiction:

   | X | Diversity of Citizenship |
   | ☐ | Other: _____ |

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   <u>Paragraphs 6 through 28</u>.

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐   Günther Tulip® Vena Cava Filter

    X   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other:

11. Date of Implantation as to each product: __On or about 07/21/2010__

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Maine Medical Center , Portland Maine____

13. Implanting Physician(s): __J. Thomas Laverdiere , M.D.__

14. Counts in the Master Complaint brought by Plaintiff(s):

    X   Count I:     Strict Products Liability – Failure to Warn

    X   Count II:    Strict Products Liability – Design Defect

    X   Count III:   Negligence

    X   Count IV:    Negligence Per Se

3

| | | |
|---|---|---|
| X | Count V: | Breach of Express Warranty |
| X | Count VI: | Breach of Implied Warranty |
| X | Count VII: | Violations of Maine's Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| X | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| X | Other: | Fradulent Concealment (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

  See attached brief for specific allegations.

15. Attorney for Plaintiff(s):  Julia Reed Zaic

4

16. Address and Bar information for Attorney of Plaintiff(s):

Julia Reed Zaic, CA Bar No.224671; Heaviside Reed Zaic, 4695 MacArthur Court, Suite 1100, Newport Beach, CA 92660

Respectfully submitted,

**HEAVISIDE REED ZAIC**

/s/   Julia Reed Zaic

Julia Reed Zaic (CA Bar No. 224671
*(admitted pro hac vice)*
**HEAVISIDE REED ZAIC**
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 715-5120
julia@hrzlaw.com
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on March 26 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.