IN THE UNITED STATES DISTRICT COUR
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570 RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

CONSTANCE J. ANDERSON AND DONALD K. ANDERSON, JR.

Civil Case #   1:16-cv-915

## AMENDED SHORT FORM COMPLAINT

COME NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Constance J. Anderson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Donald Kenneth Anderson, Jr.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable.

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Missouri

1

5.   Plaintiff's/Deceased Party's state of residence at the time of injury:

   Missouri

6.   Plaintiff's/Deceased Party's current state of residence:

   Missouri

7.   District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court, Eastern District of Missouri, Eastern Division

8.   Defendants (Check Defendants against whom Complaint is made):

    ☒     Cook Incorporated

    ☒     Cook Medical LLC

    ☒     William Cook Europe ApS

9.   Basis of Jurisdiction:

    ☒     Diversity of Citizenship

    ☐     Other: _____

a.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 through 28.

b.   Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

□    Günther Tulip® Vena Cava Filter

☒    Cook Celect® Vena Cava Filter

□    Gunther Tulip Mreye

□    Cook Celect Platinum

□    Other: _____

11. Date of Implantation as to each product:

Date of implantation of Cook Celect® Vena Cava Filter: July 3, 2008

Date of diagnosis of implant migration/ fracture/ perforation: July 15, 2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. John's Mercy Medical Center, St. Louis, Missouri

13. Implanting Physician(s):

Ketan Desai, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I:      Strict Products Liability – Failure to Warn

☒    Count II:    Strict Products Liability – Design Defect

☒    Count III:   Negligence

☒      Count IV:        Negligence Per Se

☒      Count V:         Breach of Express Warranty

☒      Count VI:        Breach of Implied Warranty

☒      Count VII:       Violations of Applicable Missouri

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒      Count VIII:      Loss of Consortium

☐      Count IX:        Wrongful Death

☐      Count X:         Survival

☒      Count XI:        Punitive Damages

☒      Other:            Fraudulent Concealment. See attached Supplement for specific fraudulent concealment allegations.
(please state the facts supporting this Count in the space, immediately below)

☐      Other          _____          (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiff(s):

Lauren E. Bronson, MO Bar #68649
_____

16. Address and bar information for Attorney for Plaintiff(s):

NEWMAN BRONSON & WALLIS
2300 West Port Plaza Dr.
Saint Louis, Missouri 63146
Telephone: (314) 878-8200
Facsimile: (314) 878-7839
lbronson@newmanbronson.com
ks@newmanbronson.com

4

Respectfully submitted,

**NEWMAN BRONSON & WALLIS**


*/s/ Lauren E. Bronson*
Lauren E. Bronson, MO Bar #68649
**NEWMAN BRONSON & WALLIS**
2300 West Port Plaza Dr.
Saint Louis, Missouri 63146
Telephone: (314) 878-8200
Facsimile: (317) 878-7839
lbronson@newmanbronson.com
ks@newmanbronson.com

***Attorney for Plaintiffs***

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Lauren E. Bronson*