IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) Jury<br><br>ARTHUR COLIN SUMMERS<br><br>Civil Case # 1:15-cv-02069-RLY-TAB | Plaintiff Demands a Trial by |

**AMENDED SHORT FORM COMPLAINT**

Plaintiff Arthur Colin Summers, by counsel, files this Amended Short Form Complaint pursuant to Fed. R. Civ. P. 15. Plaintiff incorporates by reference the allegations contained in Plaintiff's Master Long Form Complaint in *In re: Cook Medical, Inc., IVC Filters, Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2570 previously filed in the United States District Court for the Southern District of Indiana.

1. Plaintiff/Deceased Party:

    Arthur Colin Summers

1

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

claim:

Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Not applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

North Carolina

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of North Carolina

8. Defendants (Check Defendants against whom Complaint is made):

☒ Cook Incorporated

☒ Cook Medical LLC

☒ William Cook Europe ApS

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other:

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

6-28, inclusive

b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐ Gunther Tulip® Vena Cava Filter

☒ Cook Celect ® Vena Cave Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

3

☐ Other:

11. Date of Implantation as to each product:

    12/22/2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Rex Hospital in Raleigh, North Carolina

13. Implanting Physician(s):

    Satish Mathan, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:       Strict Products Liability – Failure to Warn

    ☒ Count II:      Strict Products Liability – Design Defect

    ☒ Count III:     Negligence

    ☒ Count IV:      Negligence Per Se

    ☒ Count V:       Breach of Express Warranty

    ☒ Count VI:      Breach of Implied Warranty

    ☒ Count VII:     Violations of Applicable North Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐ Count VIII:    Loss of Consortium

    ☐ Count IX:      Wrongful Death

4

| | Count X: | Survival |
|---|---|---|
| ☐ | | |
| ☒ | Count XI: | Punitive Damages |
| ☒ | Other: | <u>All other counts and claims for Relief set forth in the Master Complaint for an amount to be determined by jury.</u> |
| ☒ | Other: | <u>Fraudulent Concealment. See attached brief for specific allegations.</u> |

15. Attorney for Plaintiff(s):

<u>John A. Dalimonte</u>

16. Address and bar information for Attorney for Plaintiff(s):

John A. Dalimonte, MA Bar No.: 554554
DALIMONTE RUEB LAW GROUP LLP
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (617) 302-9900
Facsimile: (617) 742-9130
Email: john@drlawllp.com

PLAINTIFF DEMANDS A TRIAL BY JURY

Dated: March 26, 2021                    Respectfully submitted,

                                By:  <u>/s/ John A. Dalimonte</u>
                                     John A. Dalimonte
                                     DALIMONTE RUEB LAW GROUP LLP
                                     85 Devonshire Street, Suite 1000
                                     Boston, MA 02109
                                     Telephone: (617) 302-9900

Facsimile: (617) 742-9130
Email: john@drlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ John A. Dalimonte*