IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

MARY E. DILLARD
Case No. 1:19-cv-01896-RLY-TAB

DAWN RABAH
Case No. 1:19-cv-01128-RLY-TAB

WILLIAM L. MURRAY, FKA ELISHA D. BRONNER
Case No. 1:18-cv-01022-RLY-TAB

**PLAINTIFFS' MOTION TO WITHDRAW FRAUDULENT CONCEALMENT BRIEFS FILED UNDER SEAL [FILING NOS. 16807, 16834, 16847]**

Plaintiffs, by undersigned counsel, respectfully move the Court to withdraw three Fraudulent Concealment Briefs that were filed under Seal [Filing Nos. 16807, 16834, 16847]. In support of this motion, Plaintiffs state the following:

1. The wrong documents were inadvertently filed yesterday evening.

2. The correct documents are being filed today, which is within the original deadline of March 26, 2021, as provided by the Court.

3. No party will be prejudiced by withdrawing these documents and filing the correct documents.

4. This Motion is brought in good faith and for no other reason than as stated herein.

**Wherefore**, Plaintiffs, by undersigned counsel, respectfully move the Court to grant this Motion and order that the three documents filed under seal are withdrawn.

Dated: March 26, 2021

        Respectfully submitted,

        **ZONIES LAW LLC**

        *s/ Joseph J. Zonies*
        Joseph J. Zonies, Esq., (CO Atty. Reg. No. 29539)
        Gregory D. Bentley, Esq. (CO Atty. Reg. No. 42655)
        1700 Lincoln Street, Suite 2400
        Denver, CO  80203
        Telephone: (720) 464-5300
        jzonies@zonieslaw.com
        gbentley@zonieslaw.com

        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO WITHDRAW FRAUDULENT CONCEALMENT BRIEFS FILED UNDER SEAL [FILING NOS. 16807, 16834, 16847]** was filed and served on this 26th day of March, 2021, using the CM/ECF system, which will serve notification of such filings on counsel for all parties.

      *s/ Joseph J. Zonies*
      Joseph Zonies