IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

MARY E. DILLARD
Case No. 1:19-cv-01896-RLY-TAB

DAWN RABAH
Case No. 1:19-cv-01128-RLY-TAB

WILLIAM L. MURRAY, FKA ELISHA D. BRONNER
Case No. 1:18-cv-01022-RLY-TAB

**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW FRAUDULENT CONCEALMENT BRIEFS FILED UNDER SEAL [FILING NOS. 16807, 16834, 16847]**

This matter comes before the Court on Plaintiffs' Motion to Withdraw Fraudulent Concealment Briefs filed under Seal, which Motion is on file and part of the Court's record. And the Court, having reviewed said Motion and being duly advised in the premises, hereby finds that the Plaintiffs' Motion is **Granted**.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiffs' Fraudulent Concealment Briefs, filing numbers 16807, 16834 and 16847, are hereby withdrawn.

Ordered this ____ day of _____, 2021.

_____
Judge, United States District Court

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.