IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Vincent Goynes

Civil Case #1:17-cv-06070-RLY-TAB

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Vincent Goynes

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Florida

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Florida

6. Plaintiff's/Deceased Party's current state of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   N/A, case originally filed in the Middle District of Florida, Tampa Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:

_N/A_

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    X     Günther Tulip® Vena Cava Filter

    ☐     Cook Celect® Vena Cava Filter

    ☐     Gunther Tulip Mreye

    ☐     Cook Celect Platinum

    ☐     Other:

    ☐

11. Date of Implantation as to each product:

    11/18/2006; 11/29/2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Tampa General Hospital, Tampa, FL

13. Implanting Physician(s):

    Dr. Joe Chauvapun and Dr. Nicholas Panetta; Dr. Bruce Kudryk, Dr. Andrews, and Dr. Henley

14. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☒X | Count I: | Strict Products Liability – Failure to Warn |
| ☒X | Count II: | Strict Products Liability – Design Defect |
| ☒X | Count III: | Negligence |
| ☒X | Count IV: | Negligence Per Se |
| ☒X | Count V: | Breach of Express Warranty |
| ☒X | Count VI: | Breach of Implied Warranty |
| ☒X | Count VII: | Violations of Applicable <u>Florida</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒X | Count XI: | Punitive Damages |
| ☒X | Other (Count XII): | <u>Fraudulent Concealment</u> (see attached Exhibit A for specific allegations) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

4

15. Attorney for Plaintiff(s):

    T. Aaron Stringer, Nathan Buttars

16. Address and bar information for Attorney for Plaintiff(s):

    T. Aaron Stringer (UT Bar No. 12681); Nathan Buttars (UT Bar No. 13659); 6028 S. Ridgeline Drive, Suite 200, Ogden, UT 84405

Respectfully submitted,

**LOWE LAW GROUP**

*/s/ Nathan Buttars*
T. Aaron Stringer (UT Bar No. 12681)
Nathan Buttars (UT Bar No. 13659)
Lowe Law Group
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Tel: 801-917-8500
aaron@lowelawgroup.com
nate@lowelawgroup.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Nathan Buttars*