## AFFIDAVIT OF LEVI ALAN RYON

STATE OF OKLAHOMA )
)ss.
COUNTY OF TULSA )

BEFORE ME, the undersigned authority, personally appeared Levi Alan Ryon, known to me to be the person whose name is subscribed below, and upon his oath stated as follows:

I am Levi Alan Ryon, Plaintiff in the above styled matter. I discovered for the first time that the IVC Filter, which was surgically implanted into me was defective in approximately May of 2016. I was watching television and saw a commercial from a national law firm about these IVC filters being defective. Therefore, I contacted my attorneys of record in this case, who filed this lawsuit on my behalf on June 21, 2016, well within the two-year statute of limitations from the time that I discovered the defect.

FURTHER AFFIANT SAYETH NOT.

DATED: 3/25/2021

_____
LEVI ALAN RYON

Subscribed and sworn to before me this 25th day of March, 2021.

VICTORIA MARLIN
Notary Public, State of Oklahoma
Commission # 18009714
My Commission Expires 09-26-2022

_Victoria Marlin_
Notary



EXHIBIT
A