## AFFIDAVIT OF LLOYD DEAN RYON

STATE OF OKLAHOMA )
)ss.
COUNTY OF TULSA )

BEFORE ME, the undersigned authority, personally appeared Lloyd Dean Ryon, known to me to be the person whose name is subscribed below, and upon his oath stated as follows:

I am Lloyd Dean Ryon. I discovered for the first time that the IVC Filter, which was surgically implanted into Levi Alan Ryon was defective in approximately May of 2016. I was watching television Levi Alan Ryon and saw a commercial from a national law firm about these IVC filters being defective.

FURTHER AFFIANT SAYETH NOT.

DATED: 3/25/2021

_____
LLOYD DEAN RYON

Subscribed and sworn to before me this 25th day of March, 2021.

VICTORIA MARLIN
Notary Public, State of Oklahoma
Commission # 18009714
My Commission Expires 09-26-2022

_____
Notary

EXHIBIT
C