## AFFIDAVIT OF CRYSTAL DENISE RYON

STATE OF OKLAHOMA )
                              )ss.
COUNTY OF TULSA )

BEFORE ME, the undersigned authority, personally appeared Crystal Denise Ryon, known to me to be the person whose name is subscribed below, and upon her oath stated as follows:

I am Crystal Denise Ryon. I discovered for the first time that the IVC Filter, which was surgically implanted into Levi Alan Ryon was defective in approximately May of 2016. I was watching television with Levi Alan Ryon and saw a commercial from a national law firm about these IVC filters being defective.

FURTHER AFFIANT SAYETH NOT.

DATED: 3/25/2021

_____
CRYSTAL DENISE RYON

Subscribed and sworn to before me this 25th day of March, 2021.

VICTORIA MARLIN
Notary Public, State of Oklahoma
Commission # 18009714
My Commission Expires 09-26-2022

_____
Notary



EXHIBIT D