## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document relates to Plaintiffs:

David Hollebeek and Julie Hollebeek, 16-cv-00174-RLY-TAB

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.7(b), Craig D. Brown and the law firm of MEYERS & FLOWERS, LLC and BRANCH LAW FIRM, counsel of record for Plaintiffs David Hollebeek and Julie Hollebeek, respectfully request this Court to allow the aforementioned to withdraw as counsel for this matter on the following grounds:

1. The attorney-client relationship between David Hollebeek and Julie Hollebeek and their counsel has broken down and counsel and clients are in complete disagreement as to the manner in which their case should be pursued.

2. David Hollebeek and Julie Hollebeek have been notified, in writing, by their counsel of their intention to withdraw as their attorneys in this action.

3. David Hollebeek and Julie Hollebeek last known address is 3814 Kentucky Lane, Hudsonville, MI 49426 and telephone number is: (616) 643-8004.

4. No trial dates are currently set in this case in which withdrawal is requested.

5. Attorney Craig D. Brown has sent this Motion to Withdraw by certified mail, return receipt requested, first class mail, and e-mail to David Hollebeek and Julie Hollebeek

at their last known address, thereby informing them of this Motion to Withdraw. A copy of the correspondence is attached hereto as Exhibit A.

6. A proposed Order for the Courts review is attached hereto as Exhibit B.

**WHEREFORE**, the undersigned counsel and their firms request that the Court enter an order permitting counsel to withdraw their appearance as counsel in this matter, effective as of the date the Court enters its order permitting withdrawal. As a courtesy to Plaintiffs, we request that the above-named Plaintiffs be allowed up to 60 days to secure new counsel and file Notice of their new representation.

Dated: March 26, 2021                    Respectfully submitted,

                                         MEYERS & FLOWERS, LLC

                              By:    /s/ Craig D. Brown
                                     Craig D. Brown, Esq. IL Bar No. 6210554
                                     Meyers & Flowers, LLC
                                     3 N. Second Street, Suite 300
                                     St. Charles, IL 60174
                                     (630) 232-6333
                                     (630) 845-8982 (fax)
                                     cdb@meyers-flowers.com

                                     Branch Law Firm
                                     2025 Rio Grande Blvd., NW
                                     Albuquerque, NM 87104
                                     (505) 243-3500
                                     (505) 243-3534 (fax)
                                     tbranch@branchlawfirm.com

## CERTIFICATE OF SERVICE

      I, Craig D. Brown, an attorney, hereby certify that on March 26, 2021, I caused a copy of the foregoing document to be filed using the Court's CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Craig D. Brown
Craig D. Brown, Esq. IL Bar No. 6210554
Meyers & Flowers, LLC
3 N. Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
(630) 845-8982 (fax)
cdb@meyers-flowers.com