# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document relates to Plaintiff:

David Hollebeek and Julie Hollebeek, 16-cv-00174-RLY-TAB

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO:

| | |
|---|---|
| David Hollebeek<br>Julie Hollebeek<br>3814 Kentucky Lane<br>Hudsonville, MI 49426<br>ravenbow@msn.com<br><br>*Sent Via First Class Mail*<br>*Sent Via Certified Mail, Return Receipt Requested*<br>*Sent Via E-mail* | Andrea Roberts Pierson<br>Kip S. M. McDonald<br>Elizabeth Whitelegg<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>(317) 237-0300<br>(317) 237-1000 (fax)<br>andrea.pierson@faegrebd.com<br>kip.mcdonald@faegrebd.com<br>liz.whitelegg@faegrebd.com<br><br>*Sent Via E-mail* |

**YOU ARE HEREBY NOTIFIED** that the undersigned shall present for hearing, the enclosed Motion to Withdraw as Counsel of Record, before the Honorable Richard L. Young at 46 E. Ohio St., Indianapolis, IN, 46204 at such future date and time as may be determined by the Court.

**YOU ARE FURTHER NOTIFIED**:

1. That you may appear in court, if you so desire;

1

2. That if the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance with the Court on your own behalf;

3. That if you do not obtain an attorney or file an appearance on your own behalf, you will not receive notice of court proceedings in the case, and a nonsuite or default judgment may be rendered against you; and

4. That no trial dates are currently set in this case.

Dated: March 25, 2021					Respectfully submitted,

							MEYERS & FLOWERS, LLC


					By:	/s/ Craig D. Brown
						Craig D. Brown, Esq. IL Bar No. 6210554
						Meyers & Flowers, LLC
						3 N. Second Street, Suite 300
						St. Charles, IL 60174
						(630) 232-6333
						(630) 845-8982 (fax)
						cdb@meyers-flowers.com

						Branch Law Firm
						2025 Rio Grande Blvd., NW
						Albuquerque, NM 87104
						(505) 243-3500
						(505) 243-3534 (fax)
						tbranch@branchlawfirm.com