# EXHIBIT B

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES, AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                MDL No. 2570

_____

This Document relates to Plaintiffs:

David Hollebeek and Julie Hollebeek, 16-cv-00174-RLY-TAB

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter is before the Court on Plaintiff Counsels Motion to Withdraw as Counsel of

Record. Upon consideration and for good cause, the movant's motion to withdraw is granted. Craig

D. Brown of Meyers & Flowers, LLC and Branch Law Firm, is withdrawn as counsel of record

for the Plaintiffs. The movant shall serve a copy of this Order upon Plaintiffs.

Upon termination of movant from the docket, the Clerk shall list the Plaintiffs as pro se

with the following contact information: 3814 Kentucky Lane, Hudsonville, MI 49426.

Plaintiffs David Hollebeek and Julie Hollebeek are granted 60 days from the date of this

order to secure counsel or shall proceed pro se in this litigation.

IT IS ORDERED this _____ day of _____, 2021.


_____
HONORABLE RICHARD L. YOUNG



Distribution to all registered counsel of record via ECF.

Paper copy shall be served upon Plaintiffs David Hollebeek and Julie Hollebeek via first-class
U.S. Mail at their last known address of 3814 Kentucky Lane, Hudsonville, MI 49426.

1