UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

## PLAINTIFF LILLIE SAULS' AMENDED SHORT FORM COMPLAINT

COMES NOW, the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference. (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Lillie Sauls

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    None at this time. A Suggestion of Death was filed on January 14, 2021. A Motion to Substitute Proper Party is due on April 7, 2021. A Motion to Extend that deadline is filed contemporaneously herewith.

4. Plaintiffs/Deceased Party's state of residence at the time of implant:

    Texas

5. Plaintiffs/Deceased Party's state of residence at the time of injury:

1

Texas

6. Plaintiffs/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Southern District of Texas, Houston Division

8. Defendants (Check Defendants against whom Complaint is made):

   [X]   Cook Incorporated

   [X]   Cook Medical LLC

   [X]   William Cook Europe ApS

9. Basis of Jurisdiction:

   [X]   Diversity of Citizenship

   [ ]   Other

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 23, 24, 25, 26, 27 and 28

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    [ ]   Günther Tulip® Vena Cava Filter

    [ ]   Cook Celect® Vena Cava Filter

    [ ]   Gunther Tulip Mreye

    [ ]   Cook Celect Platinum

    [X]   Other: Cook® Celect® Filter Set Jugular Approach

2

11. Date of implantation as to each product:

October 29, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

University General Hospital alk/a Foundation Surgical Hospital of Houston

13. Implanting Physician(s):

David Shin, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

[X]   Count I:  Strict Products Liability - Failure to Warn

[X]   Count II:  Strict Products Liability - Design Defect

[X]   Count III:  Negligence

[X]   Count IV:  Negligence Per Se

[X]   Count V:  Breach of Express Warranty

[X]   Count VI:  Breach of Implied Warranty

[X]   Count VII:  Violations of Applicable  Texas  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

[ ]   Count VIII:  Loss of Consortium

[ ]   Count IX:  Wrongful Death

[ ]   Count X:  Survival

[X]   Count XI:  Punitive Damages

[X]   Other:  (please state the facts supporting this Count in the space immediately below)

Fraudulent Concealment. See attached Exhibit A - brief for specific allegations, which is incorporated herein as if set forth verbatim.

3

    [X]    Other:  (please state the facts supporting this Count in the space immediately below)

<u>Tolling of Statute of Limitations: See attached Exhibit A - brief for specific allegations, which is incorporated herein as if set forth verbatim.</u>

    [X]    Other:  (please state the facts supporting this Count in the space immediately below)

<u>Plaintiff requests a trial by jury.</u>

15. Attorney for Plaintiff(s):

<u>Kimberlyann A. Robards</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>Kimberlyann A. Robards-Texas Bar No. 2408624; The Spencer Law Firm, 4635 Southwest Freeway, Suite 900, Houston Texas 77027.</u>

Dated: March 26, 2021

Respectfully submitted,

THE SPENCER LAW FIRM

*/s/ K. A. Robards*

Kimberlyann A. Robards
Bar No.  24086249
E-mail:  kimrobards@spencer-law.com
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Telephone: (713) 961-7770
Facsimile: (713) 961-5336

**Attorney for Plaintiff Lillie Sauls**

Case 1:14-ml-02570-RLY-TAB   Document 17165   Filed 03/26/21   Page 5 of 6 PageID #: 112598

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of March, 2021 I electronically filed this document with the clerk of the court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

_____
Kimberlyann A. Robards