IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
        DEBORAH OSWALT

Civil Case #     1:17-cv-2507

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Deborah Oswalt

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Western District of Pennsylvania, Johnstown Division

8. Defendants (Check Defendants against whom Complaint is made):

   - ☒ Cook Incorporated
   - ☒ Cook Medical LLC
   - ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   - ☒ Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-26

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    X Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    03/25/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Altoona Regional Health System

    Altoona, PA

13. Implanting Physician(s):

    Peter L. James, MD

    Altoona Regional Health System

    620 Howard Avenue

    Altoona, PA 16601

14. Counts in the Master Complaint brought by Plaintiff(s):

    × Count I:    Strict Products Liability – Failure to Warn

    × Count II:   Strict Products Liability – Design Defect

    × Count III:  Negligence

    × Count IV:   Negligence Per Se

3

- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☒ Other: Fraudulent Concealment. See attached brief for specific allegations.

Attorney for Plaintiff(s):

Heygood, Orr & Pearson

15. Address and bar information for Attorney for Plaintiff(s):

Charles W. Miller (TX SBN: 24007677)

Heygood, Orr & Pearson

6363 North State Highway 161, Suite 450, Irving, Texas 75038

Respectfully submitted,

*/s/Charles W. Miller, Esq.*
Charles W. Miller
***HEYGOOD, ORR & PEARSON***
6363 North State Highway 161, Suite 450
Irving, Texas 75038
Phone: 214-237-9001
Fax: 214-237-9002
charles@hop-law.com

***Counsel for Plaintiffs***

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Charles W. Miller*