IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff(s)

---

Civil Case #_____

---

## SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    _____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4.   Plaintiff's/Deceased Party's state of residence at the time of implant:

    _____

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____

6.  Plaintiff's/Deceased Party's current state of residence:

   _____

7.  District Court and Division in which venue would be proper absent direct filing:

   _____

8.  Defendants (Check Defendants against whom Complaint is made):

   ☐      Cook Incorporated

   ☐      Cook Medical LLC

   ☐      William Cook Europe ApS

9.  Basis of Jurisdiction:

   ☐      Diversity of Citizenship

   ☐      Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____

   _____

   _____

   b.  Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

       ☐       Günther Tulip® Vena Cava Filter

       ☐       Cook Celect® Vena Cava Filter

       ☐       Gunther Tulip Mreye

       ☐       Cook Celect Platinum

       ☐       Other:

_____

11. Date of Implantation as to each product:

_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

_____

_____

13. Implanting Physician(s):

_____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

       ☐     Count I:       Strict Products Liability – Failure to Warn

       ☐     Count II:      Strict Products Liability – Design Defect

       ☐     Count III:     Negligence

       ☐     Count IV:     Negligence Per Se

☐      Count V:      Breach of Express Warranty

☐      Count VI:      Breach of Implied Warranty

☐      Count VII:      Violations of Applicable _____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐      Count VIII:      Loss of Consortium

☐      Count IX:      Wrongful Death

☐      Count X:      Survival

☐      Count XI:      Punitive Damages

☐      Other:      _____ (please state the facts supporting this Count in the space, immediately below)

☐      Other:      _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

_____

16. Address and bar information for Attorney for Plaintiff(s):

Dated this the _____ day of _____, 20 _____.


Respectfully submitted,

**WENDT LAW FIRM, P.C.**

**<u>s/Samuel M. Wendt</u>**

Samuel M. Wendt      MO#53573
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Phone: (816) 531-4415
Fax: (816) 531-2507
E-mail: sam@wendtlaw.com
**ATTORNEY FOR PLAINTIFF**