# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:
1:18-cv-03887; 1:18-cv-03082; 1:20-cv-00668; 1:20-cv-02428;
1:19-cv-04983; 1:19-cv-05015; 1:19-cv-05071; 1:19-cv-02848;
1:20-cv-02615; 1:18-cv-03893; 1:20-cv-00005; 1:18-cv-03752;
1:20-cv-00018; 1:19-cv-00081; 1:20-cv-00031; 1:20-cv-00666;
1:18-cv-02282; and 1:20-cv-00106.

_____

## EXHIBIT A

| No. | Plaintiff | Case No. | Date Letter Was Sent | Date Response was Received | Who was Letter sent to |
|---|---|---|---|---|---|
| 1 | Bell, Kathy | 1:18-cv-03887 | 2/2/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 2 | Brown, Jamieca D. | 1:18-cv-03082 | 2/2/21 | No response received | FEARS NACHAWATI, PLLC |
| 3 | Catty, Charles Walter Jr. | 1:20-cv-00668 | 2/2/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 4 | Hibbs, Kammie | 1:20-cv-02428 | 2/2/21 | No response received | MARC J. BERN & PARTNERS, LLP |

| 5 | Jackson, Rona | 1:19-cv-04983 | 2/2/21 | No response received | MARC J. BERN & PARTNERS, LLP |
|---|---|---|---|---|---|
| 6 | James, Paula Y. | 1:19-cv-05015 | 2/2/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 7 | Magnelli, Linda | 1:19-cv-05071 | 2/2/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 8 | Mitchell, John M. | 1:19-cv-02848 | 2/15/21 | No response received | MARTIN BAUGHMAN, PLLC |
| 9 | Monroe, Ronald D. | 1:20-cv-02615 | 2/2/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 10 | Montanez, Maria and Jose | 1:18-cv-03893 | 2/2/21 | No response received | THE GALLAGHER LAW FIRM PLLC |

| | | | | | |
|---|---|---|---|---|---|
| 11 | Morales, Juan | 1:20-cv-00005 | 2/2/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 12 | O'Neal, Lorenzo | 1:18-cv-03752 | 2/15/21 | No response received | THE GALLAGHER LAW FIRM PLLC |
| 13 | Perrine, Cindie | 1:20-cv-00018 | 2/2/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 14 | Pomije, Michelle | 1:19-cv-00081 | 2/15/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 15 | Rathbun, Dan | 1:20-cv-00031 | 2/2/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 16 | Shafer, Joyce | 1:20-cv-00666 | 2/2/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 17 | Truett, Paula Michelle Pruitt Wendlant | 1:18-cv-02282 | 2/2/21 | No response received | SWEENEY MERRIGAN LAW |
| 18 | Yoder, Nancy Jean | 1:20-cv-00106 | 2/2/21 | No response received | THE NATIONS LAW FIRM |