UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAOPLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME

STATE OF TEXAS        §
                     §
COUNTY OF HARRIS      §

BEFORE ME, the undersigned authority, on this day personally appeared Sharon Michaels, the undersigned affiant, who being by me duly sworn, on her oath stated:

"My name is Sharon Michaels. I am over 21 years of age, of sound mind, and capable of making this affidavit. I have personal knowledge of the facts set out in this affidavit, and they are true and correct. I am the attorney probating the Estate of Lillie Sauls. I am making this Affidavit in support of Plaintiff Lillie Sauls' Motion Extension of Time to File a Motion to Substitute the Proper Party in the above-referenced cause number."

"There has not yet been an appointment of an administrator, nor any other personal representative to administer the estate of Ms. Lillie Sauls. When Ms. Sauls passed away she was believed to be intestate. Having found no will, Mr. Rodney Sauls (the only son and apparent heir to Ms. Sauls' estate) hired me and I filed a determination of heirship proceeding in Harris County, Texas. It was expected that, during the course of this proceeding, an administrator would be appointed over the estate. An attorney ad litem was appointed to investigate and confirm the heirs of Ms. Sauls. During this investigation, the attorney ad litem discovered that Ms. Sauls did in fact leave a Last Will and Testament. Specifically, the attorney ad litem spoke to Ms. Sauls' longtime close friends to determine her heirs. One of these friends had actually driven Ms. Sauls to their church for the purpose of executing the Will in the presence of witnesses. This person saw Ms. Sauls execute a will on that occasion."

**EXHIBIT A**

"On or about March 5, 2020 the will itself was finally located along with a codicil. In it, Ms. Sauls named that very same close friend and his brother as co-executors of her Estate – however, being elderly, neither of these gentlemen are willing to serve. It was also discovered that Mr. Sauls is not the only heir to the estate: the Will made several specific bequests to other beneficiaries."

"On or about March 15, 2021 the will and codicil were filed with the Texas probate court. On or about March 22, 2021 the requisite citations were published. I sought guidance from the Texas probate court as to essentially converting the heirship proceedings into a probate of will and appointing an executor."

"On March 23, 2021 I advised Plaintiff's counsel that the probate court requires the heirship proceeding to be dismissed before moving forward with probating the will. However, before the heirship proceeding can be dismissed, the Ad Litem must file and have approved an application for payment and fee statement. Once the Probate Court enters an order approving the Ad Litem fees, the Motion and Order to dismiss will have to be approved. Once that is completed, I can then request a hearing to appoint the executor. Currently, the hearings are 3-4 weeks out from the date the hearing is requested."

"In anticipation of obtaining a hearing to appoint the executor, I have obtained the necessary affidavits of consent and withdrawal from the two co-executors named by Ms. Sauls and I am ready to move forward with the hearing as soon as I am able to do so."

"I have advised Plaintiff's counsel that there is certainly not going to be an executor appointed by the deadline to file the necessary Motion to Substitute Proper Party ."

Further Affiant sayeth not.

_Sharon Michael_
Sharon Michaels,
Probate Attorney
for the Estate of Lillie Sauls

SUBSCRIBED AND SWORN TO BEFORE ME on the 29th day of March, 2021, to certify which witness my hand and seal of office.

_Licea D. Sims_
Notary Public
In and For the State of Texas

LICEA DENISE SIMS
My Notary ID # 132568381
Expires July 14, 2024

2