UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

# [PROPOSED] ORDER

Upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to File a Motion to Substitute the Proper Party, it is so ordered that Plaintiff's motion is GRANTED.

Plaintiff has until June 4, 2021 to file a Motion to Substitute Proper Party.

So ordered this _____ day of March, 2021.

                                                       Richard L. Young, USDJ