IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
Vera Robinson

Civil Case # 1:20-cv-01497-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Vera Robinson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Texas

5.   Plaintiff's/Deceased Party's state of residence at the time of injury:

Texas

6.   Plaintiff's/Deceased Party's current state of residence:

Texas

7.   District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Southern District of Texas

8.   Defendants (Check Defendants against whom Complaint is made):

☒   Cook Incorporated

☒   Cook Medical LLC

☒   William Cook Europe ApS

9.   Basis of Jurisdiction:

☒   Diversity of Citizenship

☐   Other: _____

a.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6-28

b.   Other allegations of jurisdiction and venue:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

   ☐   Günther Tulip® Vena Cava Filter

   ☒   Cook Celect® Vena Cava Filter

   ☐   Gunther Tulip Mreye

   ☐   Cook Celect Platinum

   ☐   Other: _____

11. Date of Implantation as to each product:

   September 26, 2011
   _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   St. Luke's Episcopal Health System - Houston, TX
   _____

13. Implanting Physician(s):

   Dr. Joseph S. Coselli
   _____

   _____

   _____

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒   Count I:      Strict Products Liability – Failure to Warn

   ☒   Count II:     Strict Products Liability – Design Defect

   ☒   Count III:    Negligence

   ☒   Count IV:     Negligence Per Se

3

☒        Count V:        Breach of Express Warranty

☒        Count VI:       Breach of Implied Warranty

☒        Count VII:      Violations of Applicable _____Texas_____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐        Count VIII:     Loss of Consortium

☐        Count IX:       Wrongful Death

☐        Count X:        Survival

☒        Count XI:       Punitive Damages

☒        Other:          ___Fraudulent concealment___ (please state the facts supporting

this Count in the space, immediately below)

☐        Other:          _____ (please state the facts supporting

this Count in the space, immediately below)

Please see the attached supplement for fraudulent concealment allegations.

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Joseph J. Fantini, Esq.
_____

16. Address and bar information for Attorney for Plaintiff(s):

4

PA Atty No. 307833; NJ Atty No. 036302009

101 Greenwood Ave, Suite 440, Jenkintown, PA 19046

jfantini@roseninjurylawyers.com; (215) 310-9649

Respectfully submitted,

**ROSEN INJURY LAWYERS**


*/s/Joseph J. Fantini*
Joseph J. Fantini, Esq.
**ROSEN INJURY LAWYERS**
101 Greenwood Avenue
Suite 440
Jenkintown, PA 19046
Telephone: (215) 310-9649
Facsimile: (267) 627-3127
jfantini@roseninjurylawyers.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.


*/s/Joseph J. Fantini*