SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs

___HAROLD CROFT AND SUSAN CROFT_____

Civil Case #___1:19-cv-2307_____

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiffs named below, and for their First Amended Short Form Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs further show the court as follows:

1. Plaintiff:

    ___Harold Croft_____

2. Spousal Plaintiff spouse or other party making loss of consortium claim:

    _____Susan Croft_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____N/A_____

4. Plaintiff's state of residence at the time of implant:

    _____Massachusetts_____

5. Plaintiff's state of residence at the time of injury:

    _____Massachusetts_____

6. Plaintiff's current state of residence:

    _____Massachusetts_____

7. District Court and Division in which venue would be proper absent direct filing:

    _____United States District Court for the District of Massachusetts_____

8. Defendants (Check Defendants against whom Complaint is made):

    ☒   Cook Incorporated

    ☒   Cook Medical LLC

    ☒   William Cook Europe APS

9. Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 22-28_____

    _____

    b. Other allegations of jurisdiction and venue:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

3

☐ Günther Tulip® Vena Cava Filter

☒ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

_____10/06/2014_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

___Cape Cod Hospital, 27 Park St., Hyannis, MA 02601_____

_____

13. Implanting Physician(s):

___Philip Dombrowski, MD_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):
- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se
- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable _Massachusetts, (Mass. Gen. Laws ch. 93A, §§ 1, et

4

|   |   |   |
|---|---|---|
|   | *seq.*) | Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☒ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |

☒  Other: _Fraudulent Concealment_ (please state the facts supporting this Count in the space, immediately below)

☐  Other: _____ (please state the facts supporting this Count in the space, immediately below)

Please see the attached Exhibit "A" filed under seal supporting the allegations for Count XII, fraudulent concealment noted above for "Other" counts and allegations. The allegations contained therein include evidence and information that has been marked confidential under the Court's Protective Order and have accordingly been filed separately under seal._____

RESPECTFULLY SUBMITTED this __26th__ day of __March__, 20__21__.

**DICKERSON OXTON LAW FIRM, LLC**

By: */s/ Chelsea Dickerson*_____
Chelsea Dickerson, MO#63374
DICKERSON OXTON, LLC
1200 Main Street, Suite 2120
Kansas City, MO 64105
Phone: (816) 268-1960
Fax: (816) 268-1965
cdickerson@dickersonoxton.com
*Attorney for Plaintiffs*

5

## CERTIFICATE OF SERVICE

I hereby certify that on this __26th___ day of __March___, 20__21___, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing which automatically sent notice to all counsel of record.

/s/ *Chelsea Dickerson*_____
Chelsea Dickerson