IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Joel Rodriguez

Civil Case # 1:17-cv-000217

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Joel Rodriguez

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Florida

6. Plaintiff's/Deceased Party's current state of residence:

    Florida

7. District Court and Division in which venue would be proper absent direct filing:

    Northern District of Florida - Pensacola

8. Defendants (Check Defendants against whom Complaint is made):

    [✔]  Cook Incorporated

    [✔]  Cook Medical LLC

    [✔]  William Cook Europe ApS

9. Basis of Jurisdiction:

    [✔]  Diversity of Citizenship

    [ ]  Other: _____

a.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    23, 24, 25, 26 ,27, 28

b.  Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    [✔] Günther Tulip® Vena Cava Filter

    [ ] Cook Celect® Vena Cava Filter

    [ ] Gunther Tulip Mreye

    [ ] Cook Celect Platinum

    [ ] Other: _____

11. Date of Implantation as to each product:

    April 1st, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Baptist Hospital

    Pensacola, Florida

13. Implanting Physician(s):

    Mary Jane Benson, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    [✔] Count I:    Strict Products Liability – Failure to Warn

    [✔] Count II:   Strict Products Liability – Design Defect

    [✔] Count III:  Negligence

    [✔] Count IV:   Negligence Per Se

3

| | | |
|---|---|---|
| ✔ | Count V: | Breach of Express Warranty |
| ✔ | Count VI: | Breach of Implied Warranty |
| ✔ | Count VII: | Violations of Applicable  Florida  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ✔ | Count XI: | Punitive Damages |
| ✔ | Other: | Fraudulent Concealment (see attached brief for specific allegations) |
| ☐ | Other: | _____(please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Laci Whitley
_____

16. Address and bar information for Attorney for Plaintiff(s):

Laci Whitley, IL bar no. 6314263

Flint Law Firm, LLC, 222 East Park Street, Suite 500, P.O. Box 189, Edwardsville, IL 62025

lwhitley@flintfirm.com; Phone: (618) 288-4777 Fax: (618) 288-2864

Respectfully submitted,

**FLINT LAW FIRM, LLC**
*/s/ Laci M. Whitley*
Laci M. Whitley IL Bar No. 6314263
**FLINT LAW FIRM, LLC**
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintlaw.com
***Attorney for Plaintiff***