SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2570

This Document Relates to Plaintiffs

___BENNIE DUNHAM_____

Civil Case #__1:19-cv-04734_____

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for his First Amended Short Form Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs further show the court as follows:

1. Plaintiff:

   ___Bennie Dunham_____

2. Spousal Plaintiff spouse or other party making loss of consortium claim:

   ____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____N/A_____

4. Plaintiff's state of residence at the time of implant:

   _____Kentucky_____

2

5. Plaintiff's state of residence at the time of injury:

   _____Kentucky_____

6. Plaintiff's current state of residence:

   _____Kentucky_____

7. District Court and Division in which venue would be proper absent direct filing:

   _____United States District Court for the Western District of Kentucky_____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe APS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 22-28_____

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

3

- ☐ Günther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☒ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    _____04/20/2015_____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    ___Baptist Health Hospital, 4000 Kresge Way, Louisville, KY 40207_____

    _____

13. Implanting Physician(s):

    ___Thomas Bergamini, M.D._____

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):
    - ☒ Count I:    Strict Products Liability – Failure to Warn
    - ☒ Count II:   Strict Products Liability – Design Defect
    - ☒ Count III:  Negligence
    - ☒ Count IV:   Negligence Per Se
    - ☒ Count V:    Breach of Express Warranty
    - ☒ Count VI:   Breach of Implied Warranty
    - ☒ Count VII:  Violations of Applicable _Kentucky (Consumer Protection Act,

4

        K.R.S. §§ 367.170, *et seq.*; Indiana Deceptive Consumer Sales Act, Ind. Code §§ 24-5-0.5-1, *et seq.*)

☐ Count VIII:  Loss of Consortium

☐ Count IX:   Wrongful Death

☐ Count X:    Survival

☒ Count XI:   Punitive Damages

☒ Other:  __Fraudulent Concealment__  (please state the facts supporting this Count in the space, immediately below)

   Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐

Please see the attached Exhibit "A" filed under seal supporting the allegations for Count XII, fraudulent concealment, noted above for "Other" counts and allegations. The allegations contained therein include evidence and information that has been marked confidential under the Court's Protective Order and have accordingly been filed separately under seal._____

RESPECTFULLY SUBMITTED this __26th__ day of __March__, 20__21__.

        **DICKERSON OXTON LAW FIRM, LLC**

        By: */s/ Chelsea Dickerson*_____
        Chelsea Dickerson, MO#63374
        DICKERSON OXTON, LLC
        1200 Main Street, Suite 2120
        Kansas City, MO 64105
        Phone: (816) 268-1960
        Fax: (816) 268-1965
        cdickerson@dickersonoxton.com
        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this  26th   day of   March   , 20  21   , I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing which automatically sent notice to all counsel of record.

/s/   *Chelsea Dickerson*
Chelsea Dickerson