IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
  Nathaniel Cody

Civil Case # 1:16-cv-668

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Nathaniel Cody

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Virginia

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Virginia

6. Plaintiff's/Deceased Party's current state of residence:

   Virginia

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Virginia, Newport News Division

8. Defendants (Check Defendants against whom Complaint is made):

   X   Cook Incorporated

   X   Cook Medical LLC

   X   William Cook Europe ApS

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

       Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      6-28

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

       Günther Tulip® Vena Cava Filter

    X  Cook Celect® Vena Cava Filter

       Gunther Tulip Mreye

       Cook Celect Platinum

       Other: _____

11. Date of Implantation as to each product:

    June 2, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Naval Medical Center, Portsmouth, VA

13. Implanting Physician(s):

    John York MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    X  Count I:  Strict Products Liability – Failure to Warn

    X  Count II:  Strict Products Liability – Design Defect

    X   III:  Negligence

    X  Count IV:  Negligence Per Se

3

| | | |
|---|---|---|
| X | Count V: | Breach of Express Warranty |
| X | Count VI: | Breach of Implied Warranty |
| X | Count VII: | Violations of Applicable __Virginia__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| | Count VIII: | Loss of Consortium |
| | Count IX: | Wrongful Death |
| | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| X | Other: | <u>Fraudulent Concealment</u> (please state the facts supporting this Count in the space, immediately below) |
| | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

**See attached Exhibit A for specific allegations.**
_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Todd E. Hilton (MO Bar #51388) - hilton@stuevesiegel.com

16. Address and bar information for Attorney for Plaintiff(s):

Stueve Siegel Hanson LLP

460 Nichols Road, Suite 200

Kansas City, MO 64112

Respectfully submitted,

STUEVE SIEGEL HANSON LLP

/s/ Todd E. Hilton

Todd E. Hilton (MO Bar #51388)
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
hilton@stuevesiegel.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/ Todd E. Hilton