IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No:  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs
 Casey Phelps and Jaclyn Phelps

Civil Case # 1:19-CV-2881-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiffs named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs further show the court as follows:

1. Plaintiff/Deceased Party:

   Casey Phelps

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Jaclyn Phelps

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): N/A

4. Plaintiff's/Deceased Party's state of residence at the time of the implant:

   New York

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New York

6. Plaintiff's/Deceased Party's current state of residence:

   New York

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court, Northern District of New York

8. Defendants (Check Defendants against whom Complaint is made):

   X   Cook Incorporated

   X   Cook Medical LLC

   X   William Cook Europe ApS

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 – 28.  For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. Section 1391 in the federal judicial district of the Plaintiff's state of residence.  A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District, therefore venue is proper in this jurisdiction under 28 U.S.C. Section 1391.

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Gunther Tulip® Vena Cava Filter

**X** Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

   10/15/2013

12. Hospital where Plaintiff was implanted (including City and State):

   Faxton St. Luke's Healthcare, Utica, New York

13. Implanting Physician:

   Kenneth Murphy, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

   X   Count I:      Strict Products Liability – Failure to Warn

   X   Count II:     Strict Products Liability – Design Defect

   X   Count III:    Negligence

   X   Count IV:     Negligence Per Se

   X   Count V:      Breach of Express Warranty

   X   Count VI:     Breach of Implied Warranty

   X   Count VII:    Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   X   Count VIII:   Loss of Consortium

   ☐   Count IX:     Wrongful Death

3

☐ Count X: Survival

<u>X</u> Count XI: Punitive Damages

<u>X</u> Other: <u>Fraudulent Concealment</u> (please see Attachment "A" for specific allegations.

15. Attorney for Plaintiffs

<u>Rosemarie Riddell Bogdan, Esq., Martin, Harding & Mazzotti, LLP</u>

16. Address and bar information for Attorney for Plaintiffs:

Rosemarie Riddell Bogdan, Esq.
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, NY 12212-5141

          Respectfully submitted,
          */s/ Rosemarie Riddell Bogdan*
          Rosemarie Riddell Bogdan
          NDNY Bar Roll Number: 506409
          NYS Bar Roll Number: 380552
          MARTIN, HARDING &MAZZOTTI, LLP
          Attorneys for Plaintiffs
          1222 Troy-Schenectady Road
          P.O. Box 15141
          Albany, New York 12212-5141
          Telephone: (518) 862-1200
          email:  rrbivccook@1800law1010.com

Dated: March 26, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/Rosemarie Riddell Bogdan*