IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Heliodoro Fernandez and Martha Fernandez

Civil Case # 1:16-cv-03413

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Heliodoro Fernandez

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Martha Fernandez

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   n/a

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California

6. Plaintiff's/Deceased Party's current state of residence:

   California

7. District Court and Division in which venue would be proper absent direct filing:

   Central District of California - Santa Ana

8. Defendants (Check Defendants against whom Complaint is made):

   [✔] Cook Incorporated

   [✔] Cook Medical LLC

   [✔] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✔] Diversity of Citizenship

   [ ] Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   23, 24, 25, 26 ,27, 28

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [✔] Günther Tulip® Vena Cava Filter
- [ ] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:

    July 9, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Placentia-Linda Hospital

    Placentia, California

13. Implanting Physician(s):

    Darice Liu, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- [✔] Count I:    Strict Products Liability – Failure to Warn
- [✔] Count II:   Strict Products Liability – Design Defect
- [✔] Count III:  Negligence
- [✔] Count IV:   Negligence Per Se

3

| | | |
|---|---|---|
| ✔ | Count V: | Breach of Express Warranty |
| ✔ | Count VI: | Breach of Implied Warranty |
| ✔ | Count VII: | Violations of Applicable __California__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ✔ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ✔ | Count XI: | Punitive Damages |
| ✔ | Other: | Fraudulent Concealment (see attached brief for specific allegations) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

15. Attorney for Plaintiff(s):

    Laci Whitley

16. Address and bar information for Attorney for Plaintiff(s):

Laci Whitley, IL bar no. 6314263

Flint Law Firm, LLC, 222 East Park Street, Suite 500, P.O. Box 189, Edwardsville, IL 62025

lwhitley@flintfirm.com; Phone: (618) 288-4777 Fax: (618) 288-2864

        Respectfully submitted,

**FLINT LAW FIRM, LLC**
*/s/ Laci M. Whitley*
Laci M. Whitley IL Bar No. 6314263
**FLINT LAW FIRM, LLC**
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintlaw.com
***Attorney for Plaintiff***