IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

TODD MOHR

Civil Case #: 1:17-CV-04424

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Todd Mohr (Plaintiff)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Wisconsin

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Wisconsin

6. Plaintiff's/Deceased Party's current state of residence:

   Wisconsin

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court – Western District of Wisconsin (Madison) division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other:_____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (*Check applicable Inferior Vena Cava Filters*):

- ☐ Günther Tulip® Vena Cava Filter
- ☑ Cook Celect® Vena Cava Filter
- ☐ Günther T*ulip*® Vena Cava MR*eye*® Filter
- ☐ Cook Celect® Platinum Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:

    September 21, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Marshfield Medical Center, 611 St. Joseph Ave, Marshfield, WI 54449

13. Implanting physician:

    Kristin M. Gerndt, MD, 1000 N. Oak Ave, Marshfield, WI 54449

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☑ Count I: Strict Products Liability – Failure to Warn
    - ☑ Count II: Strict Products Liability – Design Defect
    - ☑ Count III: Negligence
    - ☑ Count IV: Negligence Per Se
    - ☑ Count V: Breach of Express Warranty
    - ☑ Count VI: Breach of Implied Warranty
    - ☐ Count VII: Violations of Applicable _____ (*insert State*) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ☐ Count VIII: Loss of Consortium

3

|   |              |                         |
|---|--------------|-------------------------|
| ☐ | Count IX:    | Wrongful Death          |
| ☐ | Count X:     | Survival                |
| ☒ | Count XI:    | Punitive Damages        |
| ☒ | Other:       | Fraudulent Concealment. See attached brief for specific allegations. |
| ☐ | Other:       | _____     |

(*please state the facts supporting this Count in the space, immediately below*)

_____

_____

_____

15. Attorney for Plaintiff(s):

Ben C. Martin and Thomas Wm. Arbon

16. Address and bar information for Attorney for Plaintiff(s):

3141 Hood Street, Suite 600, Dallas, TX 75219

Ben C. Martin, TX State Bar No. 13052400

Thomas Wm. Arbon, TX State Bar No. 01284275

RESPECTFULLY SUBMITTED this 26th day of March 2021.

/s/ Ben C. Martin
Ben C. Martin, Esquire (TX Bar No. 13052400)
**MARTIN | BAUGHMAN, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: 214.761.6614
Facsimile: 214.744.7590
bmartin@martinbaughman.com

***Attorney for Plaintiff***

4

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>March 26, 2021</u>, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                               */s/ Ben C. Martin*
                                                                               Ben C. Martin