IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Lauren Weinstein

Civil Case # 1:16-cv-2768-RLY-TAB

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Lauren Weinstein

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Ohio

6. Plaintiff's/Deceased Party's current state of residence:

    Ohio

7. District Court and Division in which venue would be proper absent direct filing:

    Southern District of Ohio

8. Defendants (Check Defendants against whom Complaint is made):

    ☑ Cook Incorporated

    ☑ Cook Medical LLC

    ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        Paragraphs 6-28, inclusive.

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

   ☑ Günther Tulip® Vena Cava Filter

   ☐ Cook Celect® Vena Cava Filter

   ☐ Gunther Tulip Mreye Cook Celect

   ☐ Platinum

   ☐ Other: _____

11. Date of Implantation as to each product:

   10/21/2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Jewish Hospital
   Cincinnati, OH

13. Implanting Physician(s):

   Edward Martinek, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☑ Count I:    Strict Products Liability – Failure to Warn
   ☑ Count II:   Strict Products Liability – Design Defect
   ☑ Count III:  Negligence
   ☑ Count IV:   Negligence Per Se

|☑| Count V: | Breach of Express Warranty |
|☑| Count VI: | Breach of Implied Warranty |
|☑| Count VII: | Violations of Applicable __Ohio__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
|☐| Count VIII: | Loss of Consortium |
|☐| Count IX: | Wrongful Death |
|☐| Count X: | Survival |
|☑| Count XI: | Punitive Damages |

|X| Other: | __Fraudulent Concealment__ (see attached Exhibit A for specific allegations.) |

|☐| Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

15. Attorney for Plaintiff(s):

   T. Aaron Stringer, Nathan Buttars


16. Address and bar information for Attorney for Plaintiff(s):

\* T. Aaron Stringer, UT Atty. No. 12681
\* Nathan Buttars, UT Atty. No. 13659
\* (Admitted pro hac vice)
**LOWE LAW GROUP**
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Telephone: 801-917-8500
Facsimile: 801-917-8484
aaron@lowelawgroup.com
nate@lowelawgroup.com

Respectfully submitted,

**LOWE LAW GROUP**

*/s/ Nathan Buttars*
T. Aaron Stringer, UT Atty. No. 12681
Nathan Buttars, UT Atty. No. 13659
(Admitted pro hac vice)
**LOWE LAW GROUP**
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Telephone: 801-917-8500
Facsimile: 801-917-8484
aaron@lowelawgroup.com
nate@lowelawgroup.com

*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on  March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.