IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    Debra Bennett Bozek

Civil Case #    MDL Case No. 2570

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

       Debra Bennett Bozek

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

       N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

       N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

       Florida

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   __Florida__

6. Plaintiff's/Deceased Party's current state of residence:

   __Michigan__

7. District Court and Division in which venue would be proper absent direct filing:

   __United States District Court for the Middle District of Florida__

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   __Paragraphs 9-26__

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - ☐ Günther Tulip® Vena Cava Filter
    - ☒ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Date of Implantation as to each product:

    June 8th 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Mease Countryside Hospital  3231 McMullen Booth Rd.  Safety Harbor, FL 34695

13. Implanting Physician(s):

    Dr. Joseph Moreno

    Dr. Mark Zuzga

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☒ Count I:    Strict Products Liability – Failure to Warn
    - ☒ Count II:   Strict Products Liability – Design Defect
    - ☒ Count III:  Negligence
    - ☒ Count IV:   Negligence Per Se

- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable ___Florida___ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☒ Other: _____ (please state the facts supporting this Count in the space, immediately below)

___Fradulent Concealment. See attached brief for specific allegations.___
_____
_____
_____
_____

15. Attorney for Plaintiff(s):

    ___Troy A. Brenes_____

16. Address and bar information for Attorney for Plaintiff(s):

_____Troy A. Brenes (CA Bar No. 249776)_____

_____BRENES LAW GROUP_____

_____27141 Aliso Creek Rd., Suite 270, Aliso Viejo, CA 92656_____

Respectfully submitted,

BRENES LAW GROUP


/s/  Troy A. Brenes_____
Troy A. Brenes
BRENES LAW GROUP
27141 Aliso Creek Rd. Ste. 270
Aliso Viejo, CA 92656
Telephone: (949)-397-9360
Fax: (949)-607-4192
tbrenes@breneslawgroup.com

Counsel for Plaintiff,

## CERTIFICATE OF SERVICE

I hereby certify that on March 26th, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

Respectfully submitted,

BRENES LAW GROUP


/s/  Troy A. Brenes
Troy A. Brenes
BRENES LAW GROUP
27141 Aliso Creek Rd. Ste. 270
Aliso Viejo, CA 92656
Telephone: (949)-397-9360
Fax: (949)-607-4192
tbrenes@breneslawgroup.com

Counsel for Plaintiff,