IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
BELINDA SUE HALLEY

Civil Case # 1:17-cv-971

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Belinda Sue Halley

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Oklahoma

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Oklahoma

6. Plaintiff's/Deceased Party's current state of residence:

   Oklahoma

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Oklahoma

8. Defendants (Check Defendants against whom Complaint is made):

   X    Cook Incorporated

   X    Cook Medical LLC

   X    William Cook Europe ApS

9. Basis of Jurisdiction:

   X    Diversity of Citizenship

   ☐    Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28, inclusive

   b. Other allegations of jurisdiction and venue:

   N/A

   Bjæverskov

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐    Günther Tulip® Vena Cava Filter

☒    Cook Celect® Vena Cava Filter

☐    Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other: _____

11. Date of Implantation as to each product:

December 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

Intergris Baptist Medical Center, 3300 NW Expressway

Oklahoma City, OK  73112

13. Implanting Physician(s):

Dr. Russell Gornichec

14. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I: | Strict Products Liability – Failure to Warn |
| X | Count II: | Strict Products Liability – Design Defect |
| X | Count III: | Negligence |
| X | Count IV: | Negligence Per Se |
| X | Count V: | Breach of Express Warranty |
| X | Count VI: | Breach of Implied Warranty |
| X | Count VII: | Violations of Applicable Oklahoma Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |

☐ Count IX: Wrongful Death

☐ Count X: Survival

X Count XI: Punitive Damages

X Other: Fraudulent Concealment (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

See attached Fraudulent Concealment Brief.

15. Attorney for Plaintiff(s):

Sofia E. Bruera

16. Address and bar information for Attorney for Plaintiff(s):

3100 Timmons Lane, Suite 310, Houston, TX 77027

Sofia E. Bruera, Bar No. 24062189

Respectfully submitted,

**BRUERA LAW FIRM, PLLC**

*/s/ Sofia E. Bruera*
Sofia E. Bruera,
Texas Bar No. 24062189
3100 Timmons Lane, Suite 310
Houston, Texas 77027
Telephone: (832) 430-4000
Facsimile: (832) 558-3523
E-mail: sofia@brueralaw.com
Service e-mail: service@brueralaw.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **Plaintiff's First Amended Short Form Complaint** has been served on all counsel of record on March 26, 2021, via the ECF filing system.

*/s/ Sofia E. Bruera*
Sofia E. Bruera