IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to Plaintiff(s)

IGOR KHASIDOV

Civil Case No. 1:16-cv-2562-RLY-TAB

---

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   IGOR KHASIDOV

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   NEW YORK

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   NEW YORK

6. Plaintiff's/Deceased Party's current state of residence:

   NEW YORK

7. District Court and Division in which venue would be proper absent direct filing:

   EASTERN DISTRICT OF NEW YORK

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical, LLC

   ☒ William Cook Europe APS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6 - 28

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check products implanted in Plaintiff):

    ☒ Gunter Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

2

☐ Cook Celect Platinum
☐ Other: _____

11. Date of implantation as to each product:

    06/05/2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    ELMHURST HOSPITAL
    79-01 BROADWAY
    ELMHURST, NY 11373

13. Implanting Physician(s):

    RUBEN GARDNER, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:      Strict Products Liability - Failure to Warn
    ☒ Count II:     Strict Products Liability - Design Defect
    ☒ Count III:    Negligence
    ☒ Count IV:     Negligence *Per Se*
    ☒ Count V:      Breach of Express Warranty
    ☒ Count VI:     Breach of Implied Warranty
    ☒ Count VII:    Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    ☐ Count VIII:   Loss of Consortium
    ☐ Count IX:     Wrongful Death
    ☐ Count X:      Survival
    ☒ Count XI:     Punitive Damages
    ☒ Other:        Fraudulent Concealment. See attached brief for specific allegations. _____ (please state the facts supporting this Count in the space, immediately below)

3

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

    <u>Matthew D. Schultz</u>

16. Address and bar information for Attorney for Plaintiff(s):

    Matthew D. Schultz, Florida Bar No. 640328
    Levin, Papantonio, Rafferty, Proctor,
    Buchanan, O'Brien, Barr & Mougey, P.A.
    316 South Baylen Street, Suite 600
    Pensacola, Florida 32502

**WHEREFORE**, Plaintiff(s) pray(s) for relief as set forth in the Master Complaint filed in MDL No. 2570.

Dated: <u>03/26/2021</u>

Respectfully submitted,

<u>/s/ Matthew D. Schultz</u>
Matthew D. Schultz, FL Bar #640328
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7140 (telephone)
(850) 436-7020 (facsimile)
mschultz@levinlaw.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Matthew D. Schultz*