IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Lisa O'Leary

Civil Case # 1:20-cv-00475-RLY-TAB

**FIRST AMENDED
SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Lisa O'Leary

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Illinois

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Illinois

6. Plaintiff's/Deceased Party's current state of residence:

    Illinois

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Northern District of Illinois

8. Defendants (Check Defendants against whom Complaint is made):

    - ☒ Cook Incorporated
    - ☒ Cook Medical LLC
    - ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

    - ☒ Diversity of Citizenship
    - ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6-26 (jurisdiction)

    Paragraphs 27-28 (venue)

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    Gunther Tulip Mreye
    Cook Celect Platinum
    Other:
    _____

11. Date of Implantation as to each product:

    8/4/2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Advocate Sherman Hospital; Elgin, IL

13. Implanting Physician(s):

    William C. Thatcher, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Failure to Warn

    ☒ Count II: Strict Products Liability – Design Defect

    ☒ Count III: Negligence

    ☒ Count IV: Negligence Per Se

- ☒ Count V: Breach of Express Warranty

- ☒ Count VI: Breach of Implied Warranty

- ☐ Count VII: Violations of Applicable _____IL_____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- ☐ Count VIII: Loss of Consortium

- ☐ Count IX: Wrongful Death

- ☐ Count X: Survival

- ☒ Count XI: Punitive Damages

- ☒ Other: _Fraudulent Concealment. See attached brief for specific allegations_ (please state the facts supporting this Count in the space, immediately below)

- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

See Exhibit A attached.

_____

_____

_____

15. Attorney for Plaintiff(s):

   L. Paul Mankin

16. Address and bar information for Attorney for Plaintiff(s):

4

<u>L. Paul Mankin, SBN # 264038, 4655 Cass Street, Suite 410, San Diego, CA 92109</u>

Respectfully Submitted,

<u>/s/ L. Paul Mankin</u>
L. Paul Mankin, #264038
Law Office of Paul Mankin, APC
4655 Cass Street, Suite 410
San Diego, CA 92109
Tel: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

<u>/s/ L. Paul Mankin</u>