# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) | Case No: 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates To:

Plaintiff Lisa O'Leary
Civil Case No. 1:20-cv-00475-RLY-TAB

# EXHIBIT A

**[FILED UNDER SEAL]**

DATED: March 26, 2021

                                          Respectfully Submitted,

                                          /s/ Paul Mankin
                                          Paul Mankin (CA Bar 264038)
                                          The Law Office of L. Paul Mankin
                                          4655 Cass St., Ste. 410
                                          San Diego, CA 92109
                                          Phone: (800) 219-3577
                                          Fax: (323) 207-3885
                                          pmankin@paulmankin.com
                                          *Attorney for Plaintiff*