# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:

Plaintiff Terrence Scudieri
Civil Case No. 1:19-cv-01256-RLY-TAB

## EXHIBIT A

### [FILED UNDER SEAL]

DATED: March 26, 2021

Respectfully Submitted,

/s/ Paul Mankin
Paul Mankin (CA Bar 264038)
The Law Office of L. Paul Mankin
4655 Cass St., Ste. 410
San Diego, CA 92109
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
*Attorney for Plaintiff*