# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Torrence Johnson and Karen Johnson

Civil Case #   1:18-cv-00365

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Torrence Johnson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Karen Johnson

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New York

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    New York

6. Plaintiff's/Deceased party's current state of residence:

    New York

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Southern District of New York

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: __6 - 28__

    b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Myere

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    March 10, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    New York Presbyterian / Weill-Cornell Medical Center

    New York, New York

13. Implanting physician(s):

    Roman Nowygrod, MD

    Francesco Aiello, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable ___New York___ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: Please see linked sealed document for case-specific allegations.

☐ Other: _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

___Brian A. Goldstein, Esq., Cellino Law LLP_____

4

16. Address and bar information for Attorney for Plaintiff(s):

   2500 Main Place Tower, 350 Main Street, Buffalo, NY 14202-3725

   New York State Bar No. 2715019

<br>

                                     Respectfully submitted,

                                     /s/ Brian A. Goldstein
                                     Brian A. Goldstein, Esq.
                                   **CELLINO LAW LLP**
                                   2500 Main Place Tower
                                   350 Main Street
                                   Buffalo, New York 14202-3725
                                   (716) 888-2020
                                   Fax: (716) 259-2020
                                   brian.goldstein@cellinoandbarnes.com

                                   *Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein