IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Cortrinia Gray

Civil Case # 1:17-cv-02754-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaints against Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Cortrinia Gray

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Mississippi

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Mississippi

6. Plaintiff's/Deceased Party's current state of residence:
   Mississippi

7. District Court and Division in which venue would be proper absent direct filing:
   United States District Court, Southern District of Mississippi, Jackson Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑    Cook Incorporated

   ☑    Cook Medical LLC

   ☑    William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑    Diversity of Citizenship

   ☐    Other:_____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   Paragraphs 1-28

   b. Other allegations of jurisdiction and venue:
   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - ☒ Günther Tulip® Vena Cava Filter
    - ☐ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Date of Implantation as to each product:

    October 9, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

    **Central Mississippi Medical Center - Jackson, MS**

13. Implanting Physician(s):

    Norwood M. Smith, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☒ Count I:    Strict Products Liability – Failure to Warn
    - ☒ Count II:   Strict Products Liability – Design Defect
    - ☒ Count III:  Negligence
    - ☒ Count IV:   Negligence Per Se

- ☑ Count V: Breach of Express Warranty
- ☑ Count VI: Breach of Implied Warranty
- ☑ Count VII: Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☑ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☑ Other: Fraudulent Concealment (please state the facts supporting this Count in the space, immediately below)

See attached brief for specific allegations

15. Attorney for Plaintiff(s):
    Benjamin A. Bertram

16. Address and bar information for Attorney for Plaintiff(s):

<u>2345 Grand Boulevard, Suite 1925</u>

<u>Kansas City, Missouri 64108</u>

<u>Missouri Bar # 56945</u>

    Respectfully submitted,

    **BERTRAM & GRAF, L.L.C.**

    <u>/s/ Benjamin A. Bertram</u>
    Benjamin A. Bertram, MO Bar #56945
    2345 Grand Boulevard, Suite 1925
    Kansas City, MO 64108
    Telephone: (816) 523-2205
    Facsimile:  (816) 523-8258
    benbertram@bertramgraf.com

    ***Counsel for Plaintiff***