IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Christie Wittway and Raymond Wittway

Civil Case # 1:17-cv-4113

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document

213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Christie Wittway

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

claim:

Raymond Wittway

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Nevada

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Nevada

6. Plaintiff's/Deceased Party's current state of residence:

Nevada

7. District Court and Division in which venue would be proper absent direct filing:

District of Nevada - Southern Division

8. Defendants (Check Defendants against whom Complaint is made):

X       Cook Incorporated

X       Cook Medical LLC

X       William Cook Europe APS

9. Basis of Jurisdiction:

X       Diversity of Citizenship

☐     Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 – 28

b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐     Günther Tulip® Vena Cava Filter

☑     Cook Celect® Vena Cava Filter

☐     Gunther Tulip Mreye

☐     Cook Celect Platinum

☐     Other:

_____

11. Date of Implantation as to each product:

May 18, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

University Medical Center of Southern Nevada - Las Vegas, NV

13. Implanting Physician(s):

Dr. Paul Bandt

14. Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I:        Strict Products Liability – Failure to Warn

☑     Count II:       Strict Products Liability – Design Defect

☑     Count III:      Negligence

☑     Count IV:      Negligence Per Se

☑ Count V:        Breach of Express Warranty

☑ Count VI:       Breach of Implied Warranty

☑ Count VII:      Violations of Applicable _Nevada State_ Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count VIII:     Loss of Consortium

☐ Count IX:       Wrongful Death

☑ Count X:        Survival

☑ Count XI:       Punitive Damages

☑ Other:          _Fraudulent Concealment_ (please state the facts supporting

this Count in the space, immediately below)

☐ Other:          _____ (please state the facts supporting

this Count in the space, immediately below)

Fraudulent Concealment. See attached brief for specific allegations.

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Michael J. Quillin, Esq. - O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin LLC

16. Address and bar information for Attorney for Plaintiff(s):

1034 S. Brentwood Blvd. PH 1-A, 23rd Floor, St. Louis, MO 63117

MO Bar No. 61877

RESPECTFULLY SUBMITTED this ___26th___ day of ___March___, 20_21_.

**O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC**

By:    /s/ Michael J. Quillin _____
        Michael J. Quillin #61877 MO
        **O'Leary, Shelton, Corrigan, Peterson,**
        **Dalton & Quillin, LLC**
        1034 S. Brentwood Blvd. Penthouse 1-A, 3rd Fl.
        St. Louis, MO 63117
        Phone: (314) 405-900
        Fax: (314) 833-307

        *Attorney for Plaintiff(s)*

I hereby certify that on this ___26th___ day of ___March___, 20_21_, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        /s/ Michael J. Quillin _____