IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Santana Barr, Individually and as
Representative of the Estate of Essie Barr

Civil Case #1:17-cv-3202

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).

Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Essie Barr

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

   claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Santana Barr, individually and as daughter and representative of the estate

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Illinois

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

Illinois

6.  Plaintiff's/Deceased Party's current state of residence:

Illinois

7.  District Court and Division in which venue would be proper absent direct filing:

U.S. District Court for the Northern District of Illinois, Eastern Division

8.  Defendants (Check Defendants against whom Complaint is made):

☒      Cook Incorporated

☒      Cook Medical LLC

☒      William Cook Europe ApS

9.  Basis of Jurisdiction:

☒      Diversity of Citizenship

☒      Other: _____

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

1-52

b.  Other allegations of jurisdiction and venue:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐      Günther Tulip® Vena Cava Filter

   ☒      Cook Celect® Vena Cava Filter

   ☐      Gunther Tulip Mreye

   ☐      Cook Celect Platinum

   ☐      Other:

11. Date of Implantation as to each product:

    May 27, 2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

    University of Chicago Medicine

    Chicago, IL

13. Implanting Physician(s):

    Dr. Jonathan Lorenz

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒      Count I:      Strict Products Liability – Failure to Warn

   ☒      Count II:     Strict Products Liability – Design Defect

   ☒      Count III:    Negligence

   ☒      Count IV:    Negligence Per Se

   ☒      Count V:     Breach of Express Warranty

   ☒      Count VI:    Breach of Implied Warranty

☒        Count VII:        Violations of Applicable Illinois Law Prohibiting Consumer

Fraud and Unfair and Deceptive Trade Practices

☐        Count VIII:        Loss of Consortium

☐        Count IX:        Wrongful Death

☒        Count X:        Survival

☒        Count XI:        Punitive Damages

☒        Other:        Tolling of Statute of Limitations (please state the facts

supporting this Count in the space, immediately below)

Plaintiff and the physicians reasonably relied upon the skill and judgment

of Defendants.  As soon as the true nature of the IVC FILTER and the fact

that the warranty and representations were false were ascertained, Plaintiff

was notified of the breach.  Due to Defendants' deception, and failure to

notify individuals of the defects, Plaintiff could not have known of the

falsehood and therefore could not have taken action before this time.

☒        Other:        _____ (please state the facts supporting

this Count in the space, immediately below)

Fraudulent Concealment. See attached brief for specific allegations.

15. Attorney for Plaintiff(s):

Karen H. Beyea-Schroeder

16. Address and bar information for Attorney for Plaintiff(s):

Karen H. Beyea-Schroeder, Burnett Law Firm, 3737 Buffalo Speedway, 18th Floor,

Houston, TX  77098

Bar Information: U.S. Supreme Court No. 291652, U.S. District Court for the Southern

District of Texas No. 871854

A Jury Trial is hereby demanded on all Counts.

Respectfully submitted,

**BURNETT LAW FIRM**

By: */s/ Karen H. Beyea-Schroeder*
    Karen H. Beyea-Schroeder
    3737 Buffalo Speedway, 18th Floor
    Houston, Texas  77098
    Office Tel: (832) 413-4410
    Cell: (832) 585-9829
    Fax: (832) 900-2120
    Email: Karen.Schroeder@RBurnettLaw.com
    *Attorneys for Plaintiff(s)*


    ***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Karen H. Beyea-Schroeder*