IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

CHRISTINA SOTELO
1:19-cv-01989

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Christina Sotelo (Plaintiff)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Arizona

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Arizona_____

6. Plaintiff's/Deceased Party's current state of residence:

   Arizona_____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court – District of Arizona (Maricopa) division_____

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other:_____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie: For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   ☑ Günther Tulip® Vena Cava Filter

   ☐ Cook Celect® Vena Cava Filter

   ☐ Günther Tulip® Vena Cava MR*eye*® Filter

   ☐ Cook Celect® Platinum Vena Cava Filter

   ☐ Other:_____

11. Date of Implantation as to each product:

   June 10, 2010_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Banner Del E. Webb Medical Center, 1502 W. Meeker Rd, Sun City, AZ 85375___

13. Implanting physician:

   Daniel R. Wright, MD, 10474 W. Thunderbird Blvd, Sun City, AZ 85351_____

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☑ Count I:      Strict Products Liability – Failure to Warn

   ☑ Count II:     Strict Products Liability – Design Defect

   ☑ Count III:    Negligence

   ☑ Count IV:     Negligence Per Se

   ☑ Count V:      Breach of Express Warranty

   ☑ Count VI:     Breach of Implied Warranty

   ☐ Count VII:    Violations of Applicable _____ (*insert State*) Law

   Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☐ Count IX:    Wrongful Death

☐ Count X:     Survival

☑ Count XI:    Punitive Damages

☑ Other:       Fraudulent Concealment. See attached brief for specific allegations.

☐ Other:       _____

*(please state the facts supporting this Count in the space, immediately below)*

15. Attorney for Plaintiff(s):

    Ben C. Martin, Laura Baughman, and Thomas Wm. Arbon

16. Address and bar information for Attorney for Plaintiff(s):

    3141 Hood Street, Suite 600, Dallas, TX 75219

    Ben C. Martin, State Bar No.: 13052400

    Laura Baughman, State Bar No.: 00791846

    Thomas Wm. Arbon, State Bar No. 01284275

RESPECTFULLY SUBMITTED this 26th   day of  March      2021   .

/s/ Thomas Wm. Arbon

Thomas Wm. Arbon, Esquire (TX Bar No. 01284275)
**MARTIN | BAUGHMAN, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: 214.761.6614
Facsimile: 214.744.7590
tarbon@martinbaughman.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
