IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
_____John Taylor_____

Civil Case #_____

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    _____John Taylor_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    _____N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    _____Ohio_____

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Ohio

6. Plaintiff's/Deceased Party's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Northern District of Ohio

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 9 - 26

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    Gunther Tulip Mreye

    Cook Celect Platinum

    Other:
    _____

11. Date of Implantation as to each product:

    February 14. 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Miami Valley Hospital - Dayton, OH

13. Implanting Physician(s):

    James Yellin, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:     Strict Products Liability – Failure to Warn

    ☒ Count II:    Strict Products Liability – Design Defect

    ☒ Count III:   Negligence

    ☒ Count IV:    Negligence Per Se

| | | |
|---|---|---|
| ☒ | Count V: | Breach of Express Warranty |
| ☒ | Count VI: | Breach of Implied Warranty |
| ☒ | Count VII: | Violations of Applicable __Ohio__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☒ | Other: | __Fradulent Concealment__ (please state the facts supporting this Count in the space, immediately below) |
| ☒ | Other: | __Discovery Tolling__ (please state the facts supporting this Count in the space, immediately below) |

__Plaintiff did not learn that the device was tilted and perforating his vasculature or of the design defects and complication information concealed by defendants until 2017,__

__Fradulent Concealment. See attached brief for specific allegations.__

15. Attorney for Plaintiff(s):

   Troy A. Brenes

16. Address and bar information for Attorney for Plaintiff(s):

4

<u>     Troy A. Brenes (CA Bar No. 249776)     </u>

<u>     The Brenes Law Group, P.C.     </u>

<u>     27141 Aliso Creek Rd., Suite 270, Aliso Viejo, CA 92656     </u>

Respectfully submitted,

BRENES LAW GROUP

<u>/s/ Troy A. Brenes     </u>
Troy A. Brene (CA Bar No. 249776)
**BRENES LAW GROUP**
27141 Aliso Creek Rd., Ste 270
Aliso Viejo, CA 92656
Telephone: (949)-397-9360
Fax: (949)-607-4192
tbrenes@breneslawgroup.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

<u>     /s/ Troy A. Brenes     </u>