IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Dalton Hallagin

Civil Case # 1:17-cv-2986-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaints against Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Dalton Hallagin

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Sheila A. Hallagin as Power of Attorney for Dalton Hallagin

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Oklahoma

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Oklahoma

6. Plaintiff's/Deceased Party's current state of residence:
   Oklahoma

7. District Court and Division in which venue would be proper absent direct filing:
   United States District Court, Northern District of Oklahoma, Tulsa Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑   Cook Incorporated

   ☑   Cook Medical LLC

   ☑   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑   Diversity of Citizenship

   ☐   Other:_____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   Paragraphs 1-28

   b. Other allegations of jurisdiction and venue:
   N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - [x] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other: _____

11. Date of Implantation as to each product:
    June 16, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):
    **Bailey Medical Center**
    Owasso, Oklahoma

13. Implanting Physician(s):
    Felino Gene A. Pascal V, D.O.

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [x] Count I:    Strict Products Liability – Failure to Warn
    - [x] Count II:   Strict Products Liability – Design Defect
    - [x] Count III:  Negligence
    - [x] Count IV:   Negligence Per Se

- ☑ Count V: Breach of Express Warranty
- ☑ Count VI: Breach of Implied Warranty
- ☑ Count VII: Violations of Applicable __Oklahoma__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☑ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☑ Other: __Fraudulent Concealment__ (please state the facts supporting this Count in the space, immediately below)

See attached brief for specific allegations

15. Attorney for Plaintiff(s):
    Benjamin A. Bertram

16. Address and bar information for Attorney for Plaintiff(s):

<u>2345 Grand Boulevard, Suite 1925</u>

<u>Kansas City, Missouri 64108</u>

<u>Missouri Bar # 56945</u>

        Respectfully submitted,

        **BERTRAM & GRAF, L.L.C.**

        <u>/s/ Benjamin A. Bertram</u>
        Benjamin A. Bertram, MO Bar #56945
        2345 Grand Boulevard, Suite 1925
        Kansas City, MO 64108
        Telephone: (816) 523-2205
        Facsimile:  (816) 523-8258
        benbertram@bertramgraf.com

        ***Counsel for Plaintiff***