IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Donna Wadsworth

Civil Case # 1:16-cv-2476

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    Donna Wadsworth

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Keith Wadsworth

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

    Pennsylvania

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   District Court for the Western District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

   [✓]   Cook Incorporated

   [✓]   Cook Medical LLC

   [✓]   William Cook Europe ApS

9. Basis of Jurisdiction:

   [✓]   Diversity of Citizenship

   [ ]   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   23-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

| ✓ | Günther Tulip® Vena Cava Filter |
| | Cook Celect® Vena Cava Filter |
| | Gunther Tulip Mreye |
| | Cook Celect Platinum |
| | Other: |

11. Date of Implantation as to each product:

03-06-2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

Uniontown Hospital, Uniontown, PA

13. Implanting Physician(s):

Josef Vanek, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

| ✓ | Count I: | Strict Products Liability – Failure to Warn |
| ✓ | Count II: | Strict Products Liability – Design Defect |
| ✓ | Count III: | Negligence |
| ✓ | Count IV: | Negligence Per Se |

3

☑ Count V:       Breach of Express Warranty

☑ Count VI:      Breach of Implied Warranty

☑ Count VII:     Violations of Applicable ~~Pennsylvania~~ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count VIII:    Loss of Consortium

☐ Count IX:      Wrongful Death

☐ Count X:       Survival

☑ Count XI:      Punitive Damages

☑ Other:         Fraudulent Concealment _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:         _____ (please state the facts supporting this Count in the space, immediately below)

See attached brief for specific allegations.

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Ben C. Martin

Thomas Wm. Arbon

16. Address and bar information for Attorney for Plaintiff(s):

3141 Hood Street, Suite 600, Dallas, TX 75219

Ben C. Martin, Bar No. 13052400

Thomas Wm. Arbon, Bar No. 01284275

4

RESPECTFULLY SUBMITTED this   26th   day of  March        2021    .

/s/ Ben C. Martin

Ben C. Martin, Esquire (TX Bar No. 13052400)
**MARTIN | BAUGHMAN, PLLC**
3141 Hood Street, Suite 600
Dallas, TX  75219
Telephone:  214.761.6614
Facsimile:  214.744.7590
bmartin@martinbaughman.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>March 26, 2021</u>, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin
