## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Related to Plaintiff(s)

Denise Warr

Civil Case # 1:18-cv-455

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, for the Complaint against Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff (s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Denise Warr

2. Spousal Plaintiff/Deceased Party's spouse or other party making a loss of consortium claim:

   Terry Warr

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Tennessee

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Tennessee

6. Plaintiff's/Deceased Party's current state of residence:

Tennessee

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Western District of Tennessee

8. Defendant (Check Defendants against whom Complaint is made):

☒ Cook Incorporated

☒ Cook Medical LLC

☒ William Cook Europe ApS

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☒ Other: See Paragraphs 23-26 of the Master Complaint

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check Applicable Inferior Vena Cava Filters):

    ☐ Gunther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

Cook Celect Vena Cava Filter: March 22, 2016

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

West Cancer Center; Germantown, TN

_____

13. Implanting Physician(s):

Daniel Powell, M.D.

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:       Strict Products Liability – Failure to Warm

☒ Count II:      Strict Products Liability – Design Defect

☒ Count III:     Negligence

☒ Count IV:      Negligence *Per Se*

☒ Count V:       Breach of Express Warranty

☒ Count VI:      Breach of Implied Warranty

☒ Count VII:     Violations of Applicable Tennessee _____ (insert state)

         Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII:    Loss of Consortium

☐ Count IX:      Wrongful Death

☐ Count X:       Survival

☒ Count XI:      Punitive Damages

☒ Other: Fraudulent Concealment (please state the facts supporting this Count in

         the space, immediately below)

3

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below

See attached brief for specific allegations. _____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Ben C. Martin; Thomas Wm. Arbon

16. Address and bar information for Attorney for Plaintiff(s):

3141 Hood Street, Suite 600, Dallas, TX 75219

Ben C. Martin, Bar No. 13052400

Thomas Wm. Arbon, Bar No. 01284275

RESPECTFULLY SUBMITTED this 26th   day of  March   2021  .

/s/ Thomas Wm. Arbon
Thomas Wm. Arbon, Esquire (TX Bar No. 01284275)
**MARTIN | BAUGHMAN, PLLC**
3141 Hood Street, Suite 600
Dallas, TX  75219
Telephone:  214.761.6614
Facsimile:  214.744.7590
tarbon@martinbaughman.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon