IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

BRANDEN PETERMAN

Civil Case # 1:18-cv-04037

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Branden Peterman

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Michigan

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan

6. Plaintiff's/Deceased Party's current state of residence:

   Michigan

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Michigan

8. Defendants (Check Defendants against whom Complaint is made):

   - ✓ Cook Incorporated
   - ✓ Cook Medical LLC
   - ✓ William Cook Europe ApS

9. Basis of Jurisdiction:

   - ✓ Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:

      Not Applicable.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - ✓ Günther Tulip® Vena Cava Filter
    - ☐ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum

2

  ☐ Other:_____

11. Date of Implantation as to each product:
    <u>December 14, 2008</u>

12. Hospital(s) where Plaintiff was implanted (including City and State):
    <u>Spectrum Health-Butterworth Campus, Grand Rapids, Michigan</u>

13. Implanting Physician(s):
    <u>Dr. Michael G. Doherty</u>

14. Counts in the Master Complaint brought by Plaintiff(s):

  ✓ Count I: Strict Products Liability – Failure to Warn

  ✓ Count II: Strict Products Liability – Design Defect

  ✓ Count III: Negligence

  ✓ Count IV: Negligence Per Se

  ✓ Count V: Breach of Express Warranty

  ✓ Count VI: Breach of Implied Warranty

  ✓ Count VII: Violations of Applicable Michigan Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐ Count VIII: Loss of Consortium

  ☐ Count IX: Wrongful Death

  ☐ Count X: Survival

  ✓ Count XI: Punitive Damages

  ✓ Other: Fraudulent Concealment (please state the facts supporting

3

      this Count in the space, immediately below)

<u>See attached brief for specific allegations.</u>

15. Attorney for Plaintiff(s):

<u>Randi Kassan</u>

16. Address and bar information for Attorney for Plaintiff(s):

Randi Kassan, Esq.
Sanders Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
NY Bar Reg. Number 4375754
Admitted to the United States District Court for the Southern District of Indiana

Date: March 26, 2021                            Respectfully Submitted,

                                                                         SANDERS PHILLIPS GROSSMAN, LLC

                                                                         <u>By: /s/ Randi Kassan</u>
                                                                         Randi Kassan
                                                                         Sanders Philips Grossman, LLC
                                                                         100 Garden City Plaza Suite 500
                                                                         Garden City, NY 11530
                                                                         Telephone: 516-741-5600
                                                                         Fax: 516-741-0128

                                                                         ***Attorney for Plaintiff***