IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Yevette Meriwether and Dwayne Meriwether

Civil Case # 1:17-cv-2609

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named  below, and for Complaint against the Defendants named  below, incorporate the Master  Complaint  in MDL 2570  by  reference (Document 213). Plaintiff(s) further show the Court as follows:

1.  Plaintiff/Deceased Party:

    Yevette Meriwether

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Dwayne Meriwether

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Washington

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Washington

6. Plaintiff's/Deceased Party's current state of residence:

   Washington

7. District Court and Division in which venue would be proper absent direct filing:

   Western District of Washington

8. Defendants (check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filter(s)):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:
    _____

11. Date of Implantation as to each product:

    December 31, 2012
    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Swedish Medical Center in Seattle, Washington
    _____

13. Implanting Physician(s):

    Dr. Robert K. Feldman
    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:          Strict Products Liability – Manufacturing Defect

    ☒ Count II:         Strict Products Liability – Design Defect

    ☒ Count III:        Negligence

    ☒ Count IV:         Negligence *Per Se*

    ☒ Count V:          Breach of Express Warranty

    ☒ Count VI:         Breach of Implied Warranty

☒ Count VII:        Violations of Applicable __Washington__ (insert State) Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII:       Loss of Consortium

☐ Count IX:         Wrongful Death

☐ Count X:          Survival

☐ Count XI:         Punitive Damages

☒ Other:            Fradulent Concealment____ (please state the facts

supporting this count in the space immediately below)

____Fradulent Concealment. See attached brief for spefic allegations____

15. Attorney for Plaintiff(s):

Troy A. Brenes

16. Address and bar information for Attorney for Plaintiff(s):

Troy A. Brenes, CA State Bar No. 249776

Brenes Law Group, P.C.

27141 Aliso Creek Rd., Ste 270

Aliso Viejo, CA 92656

Phone: (949 397-9360

Facsimile: (949) 607-4192

///

RESPECTFULLY SUBMITTED this 26th day of March, 2021.

BRENES LAW GROUP, P.C.

By: s/ *Troy A. Brenes*

Troy A. Brenes, CASBN No. 249776
27141 Aliso Creek Rd., Ste 270
Aliso Viejo, CA 92656
Phone: (949) 397-9360
Fax: (949) 607-4192
Email: tbrenes@breneslawgroup.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.


/s/ Troy A. Brenes
Troy A. Brenes
California Bar No. 249776