IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s):
ASHLY HUNT

Civil Case # 1:19-cv-2661

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   ASHLY HUNT

2. Spousal Plaintiff/ Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   MARYLAND

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   MARYLAND

6. Plaintiff's/Deceased Party's current state of residence:

   MARYLAND

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court District of Maryland, Northern Division

8. Defendants (Check Defendants against whom Complaint is made):

   X   Cook Incorporated

   X   Cook Medical LLC

   X   William Cook Europe ApS

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Jurisdiction: Paragraph 6 through 26

   Venue: Paragraphs 27 through 28

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐   Günther Tulip® Vena Cava Filter

    X   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other: _____

2

11. Date of Implantation as to each product:

    July 7, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    University of Maryland Medical Center, Baltimore, Maryland

13. Implanting Physician(s):

    Rahul S. Patel, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    | | | |
    |---|---|---|
    | X | Count I: | Strict Products Liability – Failure to Warn |
    | X | Count II: | Strict Products Liability – Design Defect |
    | X | Count III: | Negligence |
    | X | Count IV: | Negligence *Per Se* |
    | X | Count V: | Breach of Express Warranty |
    | X | Count VI: | Breach of Implied Warranty |
    | X | Count VII: | Violations of Applicable Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
    | ☐ | Count VIII: | Loss of Consortium |
    | ☐ | Count IX: | Wrongful Death |
    | ☐ | Count X: | Survival |
    | X | Count XI: | Punitive Damages |

    X    Other: Fraudulent Concealment (please state the facts supporting this Court in the space, immediately below)

    ☐    Other: _____ (please state the facts supporting this Court in the space, immediately below)

    See attached brief for specific allegations.

    _____

3

15. Attorney for Plaintiff(s):

    Ben C. Martin; Thomas Wm. Arbon

16. Address and bar information for Attorney for Plaintiff(s):

    3141 Hood Street, Suite 600, Dallas, TX 75219

    Ben C. Martin, Bar No. 13052400

    Thomas Wm. Arbon, Bar No. 01284275


RESPECTFULLY SUBMITTED this  26th  day of  March  2021 .

                      /s/ Ben C. Martin
                      Ben C. Martin, Esquire (TX Bar No. 13052400)
                      **MARTIN | BAUGHMAN, PLLC**
                      3141 Hood Street, Suite 600
                      Dallas, TX  75219
                      Telephone:  214.761.6614
                      Facsimile:  214.744.7590
                      bmartin@martinbaughman.com

                      ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

  I hereby certify that on <u>March 26, 2021</u>, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                <u>*/s/ Ben C. Martin*</u>
                Ben C. Martin