IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Philip Seckar and Diane Peddin

Civil Case # 1:17-cv-2963

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Philip Seckar

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Diane Peddin

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):


4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Carolina

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of North Carolina, Western Division

8. Defendants (Check Defendants against whom Complaint is made):

   - [x] Cook Incorporated
   - [x] Cook Medical LLC
   - [x] William Cook Europe ApS

9. Basis of Jurisdiction:

   - [x] Diversity of Citizenship
   - [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   9-28

   b. Other allegations of jurisdiction and venue:

   Upon information and belief, at all relevant times, Defendants researched, developed, designed, tested, manufactured, inspected, labeled, and/or distributed, marketed, promoted, sold and otherwise released into the stream of commerce the Cook Celect Vena Cava Filter, directly advertised and/or marketed the product to the FDA, consumers, or persons responsible for consumers, and the medical community, including in the State of North Carolina. All of the care and treatment of Plaintiff occurred in North Carolina. Jurisdiction is also proper in the Eastern District of North Carolina.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - ☐ Günther Tulip® Vena Cava Filter
    - ☒ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Date of Implantation as to each product:

    08/17/2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

    WakeMed, Raleigh, North Carolina

13. Implanting Physician(s):

    Brandon Price Roy, MD; Ryan Shanks, MD, Carroll Christopher Overton, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☐ Count I:    Strict Products Liability – Failure to Warn
    - ☐ Count II:   Strict Products Liability – Design Defect
    - ☒ Count III:  Negligence
    - ☒ Count IV:   Negligence Per Se

| | | |
|---|---|---|
| ☒ | Count V: | Breach of Express Warranty |
| ☒ | Count VI: | Breach of Implied Warranty |
| ☒ | Count VII: | Violations of Applicable __NC__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☒ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☒ | Other: | __N.C. Gen. Stat. 99B-5__ (please state the facts supporting this Count in the space, immediately below) |
| ☒ | Other: | __N.C. Gen. Stat. 99B-6__ (please state the facts supporting this Count in the space, immediately below) |

N.C. Gen. Stat. Sec. 99B-5 Product Liability, Failure to Warn - See Para. 54-64 of Master Complaint. Defendants failed to timely, adequately, and reasonably warn of material facts regarding the safety and efficacy of the product of which they knew, or should have known. N.C. Gen. Stat. Sec. 99B-6 Product Liability, Defective Design, See Para. 66-80 of Master Complaint. This product is not reasonably fit, suitable or safe for its intended purpose and/or its foreseeable risks outweigh the benefits associated with the design.

X OTHER: Fraudulent Concealment. See attached brief for specific allegations.

15. Attorney for Plaintiff(s):

**Ben C. Martin; Thomas Wm. Arbon**

16. Address and bar information for Attorney for Plaintiff(s):

4

3141 Hood Street, Suite 600, Dallas, TX 75219

Ben C. Martin, Bar No. 13052400

Thomas Wm. Arbon, Bar No. 01284275

RESPECTFULLY SUBMITTED this  26th   day of  March       2021    .

/s/ Ben C. Martin
Ben C. Martin, Esquire (TX Bar No. 13052400)
**MARTIN | BAUGHMAN, PLLC**
3141 Hood Street, Suite 600
Dallas, TX  75219
Telephone:  214.761.6614
Facsimile:  214.744.7590
bmartin@martinbaughman.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>March 26, 2021</u>, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                     */s/ Ben C. Martin*
                                                     Ben C. Martin