IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                      Case No. 1:14 ml 2570 RLY TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to Plaintiff(s)

_____JOSHUA RICH CRAIG _____

Civil Case #__1:17-cv-01697_____

_____

AMENDED SHORT FORM COMPLAINT

_____

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1.      Plaintiff/Deceased Party:

_____JOSHUA RICH CRAIG_____

2.      Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

_____AMBER CRAIG_____

3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

_____NOT APPLICABLE_____

4.      Plaintiff's/Deceased Party's state of residence at the time of implant:

_____LOUISIANA_____

5.      Plaintiff's/Deceased Party's state of residence at the time of injury:

_____LOUISIANA_____

6.      Plaintiff's/Deceased Party's current state of residence:

_____LOUISIANA_____

7.      District Court and Division in which venue would be proper absent direct filing:

_____U.S D.C. W.D. LA_____

8.      Defendants (Check Defendants against whom Complaint is made):

        ✓  Cook Incorporated

        ✓  Cook Medical LLC

        ✓  William Cook Europe ApS

9.      Basis of Jurisdiction:

        ✓  Diversity of Citizenship

        ☐     Other: _____

a.      Paragraphs in Master Complaint upon which venue and jurisdiction lie:

_____PARAGRAPHS 6 28 GENERALLY._____

_____MORE SPECIFICALLY, PARAGRAPHS 26 27_____

_____

b. Other allegations of jurisdiction and venue:

___N/A_____

_____

_____

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

✓  Günther Tulip® Vena Cava Filter

☐  Cook Celect® Vena Cava Filter

☐  Gunther Tulip Mreye

☐  Cook Celect Platinum

☐  Other:

_____

11.    Date of Implantation as to each product:

_____APRIL 28, 2011_____

_____

12.    Hospital(s) where Plaintiff was implanted (including City and State):

_____RAPIDES GENERAL HOSPITAL_____

_____211 4TH ST., ALEXANDRIA, LA 71301_____

13.    Implanting Physician(s):

_____DAVE M. RAYBURN, MD_____

_____STUART C. HEAD, MD_____

_____

_____

14.    Counts in the Master Complaint brought by Plaintiff(s):

✓  Count I:          Strict Products Liability – Failure to Warn

✓  Count II:         Strict Products Liability – Design Defect

✓  ☐Count III:      Negligence

✓  Count IV:        Negligence Per Se

3

✓ Count V:   Breach of Express Warranty

✓ Count VI:   Breach of Implied Warranty

✓ Count VII:   Violations of Applicable ___LOUISIANA_____ (insert State)

        Law Prohibiting Consumer Fraud and Unfair and Deceptive

        Trade Practices

✓ Count VIII:   Loss of Consortium

□ Count IX:   Wrongful Death

□ Count X:   Survival

✓ Count XI:   Punitive Damages

☑ Other:   Fraudulent Concealment (please state the facts supporting

this Count in the space, immediately below)

See attached brief for specific allegations.

_____

_____

_____

_____

15.  Attorney for Plaintiff(s):

_____ Ben C. Martin; Thomas Wm. Arbon   _____

16.     Address and bar information for Attorney for Plaintiff(s):

3141 Hood Street, Suite 600, Dallas, TX 75219

Ben C. Martin, Bar No. 13052400

Thomas Wm. Arbon, Bar No. 01284275


RESPECTFULLY SUBMITTED this  26th    day of  March         2021     .

/s/ Thomas Wm. Arbon
Thomas Wm. Arbon, Esquire (TX Bar No. 01284275)
**MARTIN | BAUGHMAN, PLLC**
3141 Hood Street, Suite 600
Dallas, TX  75219
Telephone:  214.761.6614
Facsimile:  214.744.7590
tarbon@martinbaughman.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on <u>March 26, 2021</u>, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


<u>*/s/ Thomas Wm. Arbon*      </u>
Thomas Wm. Arbon

6