IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Derek A. Tyson_____

Civil Case # 1:19-cv-1979

---

**FIRST AMENDED SHORT FORM COMPLAINT**

---

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Derek A. Tyson_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Clara Johnson_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Michigan_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Michigan

6. Plaintiff's/Deceased Party's current state of residence:

Michigan

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Michigan, Southern Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-26 (Jurisdiction)

   Paragraphs 27-28 (Venue)

   b. Other allegations of jurisdiction and venue:

   The Cook IVC filter device at issue was implanted in Royal Oak, Michigan, and venue absent direct filing is therefore proper in the United States District Court for the Eastern District of Michigan, Southern Division

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

_____

11. Date of Implantation as to each product:

    April 21, 2007_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    William Beaumont Hospital-Royal Oak_____

    Royal Oak, Michigan_____

13. Implanting Physician(s):

    Matthias J. Kirsch, M.D._____

14. Counts in the Master Complaint brought by Plaintiff:

    ☒ Count I:     Strict Products Liability – Failure to Warn

    ☒ Count II:    Strict Products Liability – Design Defect

    ☒ Count III:   Negligence

    ☒ Count IV:    Negligence Per Se

    ☒ Count V:     Breach of Express Warranty

    ☒ Count VI:    Breach of Implied Warranty

    ☒ Count VII:   Violations of Applicable Michigan Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices (Mich. Comp. Laws Ann. §§ 445.901 *et seq.*)

    ☒ Count VIII:  Loss of Consortium

    ☐   Count IX:   Wrongful Death

    ☐   Count X:   Survival

    ☒   Count XI:   Punitive Damages

    ☒   Other:   Fraudulent Concealment (See attached "Exhibit A" for specific allegations)

15. Attorney for Plaintiff:

Wes S. Larsen

16. Address and bar information for Attorney for Plaintiff:

James, Vernon & Weeks, P.A., 1626 Lincoln Way, Coeur d'Alene, Idaho 83814

Idaho Bar No. 9134; Washington State Bar No. 45299; Montana Bar No. 13509; Utah Bar No. 14572

DATED this 26th day of March, 2021.

                              Respectfully Submitted,

                              JAMES, VERNON & WEEKS, P.A.

                              Wes S. Larsen
                              1626 Lincoln Way
                              Coeur d'Alene, ID 83814
                              Ph: (208) 667-0683
                              Fax: (208) 664-1684
                              Email: wes@jvwlaw.net

                              Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

_____
Wes S. Larsen