IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

NORDA WILLIAMS

Civil Case # 1:16-cv-02760

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Norda Williams

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Florida

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Florida

6. Plaintiff's/Deceased Party's current state of residence:

   Florida

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Northern District of Florida

8. Defendants (Check Defendants against whom Complaint is made):

   - ✓ Cook Incorporated
   - ✓ Cook Medical LLC
   - ✓ William Cook Europe ApS

9. Basis of Jurisdiction:

   - ✓ Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 1-28

   b. Other allegations of jurisdiction and venue:

   A substantial portion of the events leading to Plaintiff's injuries arose in Florida, thus making venue proper.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - ✓ Günther Tulip® Vena Cava Filter
    - ☐ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye

  ☐  Cook Celect Platinum

 ☐ Other:_____

11. Date of Implantation as to each product:

 March 3, 2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

 Baptist Hospital, Pensacola, Florida

13. Implanting Physician(s):

 Dr. Amit Gupta

14. Counts in the Master Complaint brought by Plaintiff(s):

  ✓  Count I:  Strict Products Liability – Failure to Warn

  ✓  Count II:  Strict Products Liability – Design Defect

  ✓  Count III:  Negligence

  ✓  Count IV:  Negligence Per Se

  ✓  Count V:  Breach of Express Warranty

  ✓  Count VI:  Breach of Implied Warranty

  ✓  Count VII:  Violations of Applicable Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII:  Loss of Consortium

  ☐  Count IX:  Wrongful Death

  ☐  Count X:  Survival

  ✓  Count XI:  Punitive Damages

  ✓  Other:  Fraudulent Concealment (please state the facts supporting

   this Count in the space, immediately below)

    <u>See attached brief for specific allegations.</u>

15. Attorney for Plaintiff(s):

 <u>Randi Kassan</u>

16. Address and bar information for Attorney for Plaintiff(s):

 Randi Kassan, Esq.
 Sanders Phillips Grossman, LLC
 100 Garden City Plaza, Suite 500
 Garden City, NY 11530
 NY Bar Reg. Number 4375754
 Admitted to the United States District Court for the Southern District of Indiana

Date: March 26, 2021            Respectfully Submitted,

                SANDERS PHILLIPS GROSSMAN, LLC

                <u>By: /s/ Randi Kassan</u>
                Randi Kassan
                Sanders Philips Grossman, LLC
                100 Garden City Plaza Suite 500
                Garden City, NY 11530
                Telephone: 516-741-5600
                Fax: 516-741-0128

                ***Attorney for Plaintiff***