IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Victoria Torres

Civil Case #  1:19-cv-4841

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party: Victoria Torres

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant: Florida

5. Plaintiff's/Deceased Party's state of residence at the time of injury: Florida

6. Plaintiff's/Deceased Party's current state of residence: Florida

7. District Court and Division in which venue would be proper absent direct filing: United States District Court for the Middle District of Florida

8. Defendants (Check Defendants against whom Complaint is made):

☒ Cook Incorporated

1

&boxtimes; Cook Medical LLC

&boxtimes; William Cook Europe ApS

9. Basis of Jurisdiction:

&boxtimes; Diversity of Citizenship

☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6-28

b. Other allegations of jurisdiction and venue:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

&boxtimes; Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product: 3/14/2015

12. Hospital(s) where Plaintiff was implanted (including City and State): Lee Memorial Hospital,

Fort Myers, FL

13. Implanting Physician(s): Dr. John Moss

14. Counts in the Master Complaint brought by Plaintiff(s):

&boxtimes; Count I: Strict Products Liability – Failure to Warn

2

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Ser

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☒ Other:  <u>Fraudulent Concealment</u> (please state the facts supporting this Count in the space, immediately below)

<u>Please see attached brief for specific allegations.</u>

15. Attorney for Plaintiff(s):

<u>Robert J. Binstock</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>4265 San Felipe, Suite 1000, Houston, Texas 77027;</u>

<u>Robert J. Binstock, Texas Bar No. 02328350</u>

Respectfully submitted,

**REICH & BINSTOCK, LLP**

/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
bbinstock@reichandbinstock.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

      /s/ Robert J. Binstock
      Robert J. Binstock (TX: 02328350)