IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

This Document Relates to Plaintiffs

TERESA A. WASSERSTROM

Civil Case # 1:19-cv-4914

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff:

   Teresa A. Wasserstrom

2. Spousal Plaintiff's spouse or other party making loss of consortium claim:

   Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's state of residence at the time of implant:

   Ohio

1

5. Plaintiff's state of residence at the time of injury:

   Ohio _____

6. Plaintiff's current state of residence:

   Ohio _____


7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Southern District of Ohio – Eastern Division _____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒  Cook Incorporated

   ☒  Cook Medical LLC

   ☒  William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒    Diversity of Citizenship
   ☐    Other: ___

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 9-28 _____

   _____

   b.  Other allegations of jurisdiction and venue:

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☒ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

April 10, 2007
_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Ohio State University- Wexner Medical Center, Columbus, OH
_____

13. Implanting Physician(s):

Dr. Ali Rikabi
_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒   Count I: Strict Products Liability – Failure to Warn

☒   Count II: Strict Products Liability – Design Defect

☒   Count III: Negligence

☒   Count IV: Negligence Per Se

☒   Count V: Breach of Express Warranty

☒   Count VI: Breach of Implied Warranty

☒   Count VII: Violations of Applicable Ohio Law Prohibiting Consumer
Fraud and Unfair and Deceptive Trade Practices

3

☐   Count VIII: Loss of Consortium

☐   Count IX: Wrongful Death

☐   Count X:  Survival

☒   Count XI: Punitive Damages

☒   Other: Fraudulent Concealment _____ (please state the facts supporting

this Count in the space, immediately below)
   See attached brief for specific allegations.
   _____
   _____

15. Attorney for Plaintiff(s):

   Ben C. Martin; Thomas Wm. Arbon
   _____

16. Address and bar information for Attorney for Plaintiff(s):

   3141 Hood Street, Suite 600, Dallas, TX 75219
   _____

   Ben C. Martin, Bar No. 13052400
   _____

   Thomas Wm. Arbon, Bar No. 01284275
   _____

RESPECTFULLY SUBMITTED this 26th  day of  March          2021____ .

/s/ Thomas Wm. Arbon
Thomas Wm. Arbon, Esquire (TX Bar No. 01284275)
**MARTIN | BAUGHMAN, PLLC**
3141 Hood Street, Suite 600
Dallas, TX  75219
Telephone:  214.761.6614
Facsimile:  214.744.7590
tarbon@martinbaughman.com

*Attorney for Plaintiff*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>March 26, 2021</u>, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon