IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs

JAMES E. TROY and EILEEN W. TROY

Civil Case # <u>1:20-cv-121</u>

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff:

   James E. Troy

2. Spousal Plaintiff Party's spouse or other party making loss of consortium claim:

   Eileen W. Troy

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's Party's state of residence at the time of implant:

   Massachusetts

1

5. Plaintiff's state of residence at the time of injury:

   Massachusetts

6. Plaintiff's current state of residence:

   Massachusetts

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the District of Massachusetts – Boston Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship
   ☐ Other: ___

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 9-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

11. Date of Implantation as to each product:

    April 4, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Massachusetts General Hospital, Boston, MA 02114

13. Implanting Physician(s):

    Dr. Robert Schainfeld

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Failure to Warn

    ☒ Count II: Strict Products Liability – Design Defect

    ☒ Count III: Negligence

    ☒ Count IV: Negligence Per Se

    ☒ Count V: Breach of Express Warranty

    ☒ Count VI: Breach of Implied Warranty

    ☒ Count VII: Violations of Applicable Massachusetts Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: Fraudulent Concealment_____(please state the facts supporting this Count in the space, immediately below)
See attached brief for specific allegations.

15. Attorney for Plaintiff(s):

Ben C. Martin; Thomas Wm. Arbon

16. Address and bar information for Attorney for Plaintiff(s):

3141 Hood Street, Suite 600, Dallas, TX 75219

Ben C. Martin, Bar No. 13052400

Thomas Wm. Arbon, Bar No. 01284275

RESPECTFULLY SUBMITTED this 26th day of March 2021.

/s/ Thomas Wm. Arbon
Thomas Wm. Arbon, Esquire (TX Bar No. 01284275)
**MARTIN | BAUGHMAN, PLLC**
3141 Hood Street, Suite 600
Dallas, TX  75219
Telephone:  214.761.6614
Facsimile:  214.744.7590
tarbon@martinbaughman.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                 */s/ Thomas Wm. Arbon*
                 Thomas Wm. Arbon