**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
<u>Victoria Stevenson</u>

Civil Case # 1:19-cv-3078

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

<u>Victoria Stevenson</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

<u>N/A</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

<u>N/A</u>

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

<u>California</u>

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Wisconsin

6. Plaintiff's/Deceased Party's current state of residence:

Wisconsin

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court Western District of Wisconsin

8. Defendants (Check Defendants against whom Complaint is made):

⊠ Cook Incorporated

⊠ Cook Medical LLC

⊠  William Cook Europe ApS

9. Basis of Jurisdiction:

⊠ Diversity of Citizenship

☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6-28

b. Other allegations of jurisdiction and venue:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

⊠ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

_____

11. Date of Implantation as to each product:

<u>5/31/2009</u>

12. Hospital(s) where Plaintiff was implanted (including City and State):

<u>Methodist Hospital of Sacramento, 7500 Hospital Drive, Sacramento, CA 95823</u>

13. Implanting Physician(s):

<u>Dr. Paul Brown</u>

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Ser

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Utah State

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

3

☐ Other: _____ (please state the facts supporting

this Count in the space, immediately below)

☒ Other:  <u>Fraudulent Concealment</u> (please state the facts supporting

this Count in the space, immediately below)

<u>Please see attached brief for specific allegations</u>

15. Attorney for Plaintiff(s):

<u>Robert Jay Binstock</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>4265 San Felipe, Suite 1000, Houston, Texas 77027;</u>

<u>Texas Bar No. 02328350</u>

Respectfully submitted,
**REICH & BINSTOCK, LLP**

<u>/s/ Robert J. Binstock</u>
Robert J. Binstock (TX: 02328350)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
bbinstock@reichandbinstock.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Respectfully submitted,
**REICH & BINSTOCK, LLP**

 /s/ Robert J. Binstock