IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
BETH REESE

Civil Case 1:18-cv-3520

# AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Beth Reese

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   None

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for Middle District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

10. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 9-28

    b. Other allegations of jurisdiction and venue:

    Paragraphs 27-28

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☒ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    03/26/2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Bradford Regional Medical Center

    Bradford, PA

13. Implanting Physician(s):

    Dr. Robert Tahara M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

☒      Count V:      Breach of Express Warranty

☒      Count VI:      Breach of Implied Warranty

☒      Count VII:      Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐      Count VIII:      Loss of Consortium

☐      Count IX:      Wrongful Death

☐      Count X:      Survival

☒      Count XI:      Punitive Damages

☐      Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐      Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

<u>Nicole Martell</u>

16. Address and bar information for Attorney for Plaintiff(s):

4

Bar Number 100172

901 East Las Olas Blvd, Suite 202 Fort Lauderdale, FL 33301

P: (954) 712-3070 F: (954) 337-3824

    *Respectfully submitted,*

    **DI PITERO PARTNERS, LLP**
    *Attorney for Plaintiff*
    901 East Las Olas Blvd. , Suite 202
    Fort Lauderdale, FL 33301
    Ph.: (954)712-3070
    Fax: (954)337-3824

By:    /s/ Nicole Martell
    Florida Bar No.: 100172
    Nicole@ddpalaw.com

5