IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
DENNIS ZEIGLER and SHERRY ZEIGLER

Civil Case # 1:16-cv-1128

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Dennis Zeigler

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Sherry Zeigler

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Pennsylvania

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   Middle District of Pennsylvania, Harrisburg Division

8. Defendants (Check Defendants against whom Complaint is made):

   - ☒ Cook Incorporated
   - ☒ Cook Medical LLC
   - ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   - ☒ Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 23 through 28.

   b. Other allegations of jurisdiction and venue:

   Not Applicable

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    Gunther Tulip Mreye

    Cook Celect Platinum

    Other:
    _____

11. Date of Implantation as to each product:

    June 20, 2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Milton S. Hershey Medical Center; Hershey, PA

13. Implanting Physician(s):

    Dr. Harjit Singh

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I: Strict Products Liability – Failure to Warn

    ☒ Count II: Strict Products Liability – Design Defect

    ☒ Count III: Negligence

    ☒ Count IV: Negligence Per Se

3

- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable __Pennsylvania__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☒ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☒ Other: __Fraudulent Concealment. See attached brief for specific allegations__ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: __Not Applicable__ (please state the facts supporting this Count in the space, immediately below)

Not Applicable
_____
_____
_____
_____

15. Attorney for Plaintiff(s):
    Asim M. Badaruzzaman; Christopher A. Seeger; Jeffrey S. Grand

16. Address and bar information for Attorney for Plaintiff(s):

4

Asim M. Badaruzzaman (SBN: 040462009), Seeger Weiss LLP, 55 Challenger Rd., 6th Floor, Ridgefield Park, NJ 07660

Christopher A. Seeger (SBN: 042631990), Seeger Weiss LLP, 55 Challenger Rd., 6th Floor, Ridgefield Park, NJ 07660

Jeffrey S. Grand (SBN: 4125803), Seeger Weiss LLP, 55 Challenger Rd., 6th Floor, Ridgefield Park, NJ 07660

## JURY DEMAND

Plaintiffs hereby demand a trial by jury as to all issues so triable.

Respectfully submitted,

**SEEGER WEISS LLP**

By: /s Asim M. Badaruzzaman

Asim M. Badaruzzaman
Christopher A. Seeger
Jeffrey S. Grand
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Fax: (973) 639-9393
abadaruzzaman@seegerweiss.com
cseeger@seegerweiss.com
jgrand@seegerweiss.com

Dated: 3/26/2021