IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
William Hepner

Civil Case # ~~1:16-cv-2776~~

Amended
**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    William Hepner

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:


3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):


4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Pennsylvania

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Pennsylvania

6. Plaintiff's/Deceased Party's current state of residence:

   Pennsylvania

7. District Court and Division in which venue would be proper absent direct filing:

   U.S.D.C. Middle District of Pennsylvania

8. Defendants (Check Defendants against whom Complaint is made):

   [X] Cook Incorporated

   [X] Cook Medical LLC

   [X] William Cook Europe ApS

9. Basis of Jurisdiction:

   [X] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      11, 12, 19, 23, 24, 25, 26, 27, 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

   ☐ Günther Tulip® Vena Cava Filter

   ☒ Cook Celect® Vena Cava Filter

   ☐ Gunther Tulip Mreye

   ☐ Cook Celect Platinum

   ☐ Other: _____

11. Date of Implantation as to each product:
    12/11/13

12. Hospital(s) where Plaintiff was implanted (including City and State):
    Mt. Nittany Medical Center,

13. Implanting Physician(s):
    Eugene Simoni, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒ Count I:    Strict Products Liability – Failure to Warn

   ☒ Count II:   Strict Products Liability – Design Defect

   ☒ Count III:  Negligence

   ☒ Count IV:   Negligence Per Se

3

| | | |
|---|---|---|
| ☒ | Count V: | Breach of Express Warranty |
| ☒ | Count VI: | Breach of Implied Warranty |
| ☒ | Count VII: | Violations of Applicable __Pennsylania__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | __Fraudulant Concealment__ (please state the facts supporting this Count in the space, immediately below) |

See Exhibit A for facts supporting Fraudulant Concealment
_____
_____
_____
_____
_____

15. Attorney for Plaintiff(s):

    Terence J. Sweeney, Esq.
    _____

16. Address and bar information for Attorney for Plaintiff(s):

Law Offices of Terence J. Sweeney, Esq.      N.J. Bar No. 037631987
44 Fairmount Avenue
Suite One
Chatham, New Jersey 07928

Dated: March 26, 2021

                                             Respectfully submitted,

                                             /s/Terence J. Sweeney
                                             TERENCE J. SWEENEY ESQ.
                                             Attorney for Plaintiff
                                             William Hepner
                                             44 Fairmount Avenue
                                             Suite One
                                             Chatham, New Jersey 07928
                                             (973) 665-0400