IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
   SHIQUITA HOUFF

Civil Case # 1:17-cv-04073

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Shiquita Houff

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Arkansas

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Arkansas

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court of the Northern District of Texas

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 1 through 7, 11 of the Master Complaint.

   b. Other allegations of jurisdiction and venue:

   A substantial portion of the events leading to Plaintiff's injuries arose in Texas(insert home state) making venue proper.

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [x] Günther Tulip® Vena Cava Filter
- [ ] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:

    March 6, 2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Baptist Health Medical Center in Little Rock, Arkansas

13. Implanting Physician(s):

    Dr. Jack Arnold Gabriel

14. Counts in the Master Complaint brought by Plaintiff(s):

- [x] Count I:    Strict Products Liability – Failure to Warn
- [x] Count II:   Strict Products Liability – Design Defect
- [x] Count III:  Negligence
- [x] Count IV:   Negligence Per Se

| | | |
|---|---|---|
| ☒ | Count V: | Breach of Express Warranty |
| ☒ | Count VI: | Breach of Implied Warranty |
| ☒ | Count VII: | Violations of Applicable __Texas__ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☒ | Count XII: | Fraudulent Concealment; see attached Exhibit A for specific allegations. |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    Debra J. Humphrey
    _____

16. Address and bar information for Attorney for Plaintiff(s):

4

| | |
|---|---|
| Marc J. Bern & Partners LLP | |
| 60 East 42nd Street, Suite 950 | |
| New York, NY 10165 | |
| (NY Bar# 5050448) | |

                                      Respectfully submitted,
                                      **MARC J. BERN & PARTNERS LLP**

                                      /s/ Debra J. Humphrey

                                      Debra J. Humphrey, NY Atty. No. 5050448
                                      MARC J. BERN & PARTNERS LLP
                                      One Grand Central Place
                                      60 East 42nd Street, Suite 950
                                      New York, New York 10165
                                      Telephone: (212) 702-5000
                                      Facsimile: (212) 818-0164
                                      dhumphrey@bernllp.com
                                      ***Counsel for Plaintiff(s)***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                        /s/ Debra J. Humphrey
                                        Debra J. Humphrey

                                        *Counsel for Plaintiff(s)*