IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
  EARLINE PITTS

Civil Case #  1:17-cv-03992

### AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
    Earline Pitts

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
    Virginia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Virginia

6. Plaintiff's/Deceased Party's current state of residence:

   Virginia

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court of the Eastern District of Virginia

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 1 through 7, 11 of the Master Complaint.

   b. Other allegations of jurisdiction and venue:

      A substantial portion of the events leading to Plaintiff's injuries arose in (insert home state) making venue proper.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - [x] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other: _____

11. Date of Implantation as to each product:

    March 6, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Mary Washington Hospital in Federicksburg, Virginia

13. Implanting Physician(s):

    Dr. Wheeler Thomas

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [x] Count I:    Strict Products Liability – Failure to Warn
    - [x] Count II:   Strict Products Liability – Design Defect
    - [x] Count III:  Negligence
    - [x] Count IV:   Negligence Per Se

- [x] Count V:      Breach of Express Warranty

- [x] Count VI:     Breach of Implied Warranty

- [x] Count VII:    Violations of Applicable __Virginia__ Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- [ ] Count VIII:   Loss of Consortium

- [ ] Count IX:     Wrongful Death

- [ ] Count X:      Survival

- [x] Count XI:     Punitive Damages

- [x] Count XII:    Fraudulent Concealment; see attached __Exhibit A__ for specific allegations.

- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    Debra J. Humphrey

16. Address and bar information for Attorney for Plaintiff(s):

Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, NY 10165
(NY Bar# 5050448)

        Respectfully submitted,
        **MARC J. BERN & PARTNERS LLP**

        /s/ Debra J. Humphrey

        Debra J. Humphrey, NY Atty. No. 5050448
        MARC J. BERN & PARTNERS LLP
        One Grand Central Place
        60 East 42nd Street, Suite 950
        New York, New York 10165
        Telephone: (212) 702-5000
        Facsimile: (212) 818-0164
        dhumphrey@bernllp.com
        *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        /s/ Debra J. Humphrey
        Debra J. Humphrey

        *Counsel for Plaintiff(s)*