IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
ANTHONY DAVIS

Civil Case # 1:17-cv-04077

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Anthony Davis

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Illinois

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Illinois

6. Plaintiff's/Deceased Party's current state of residence:

   Illinois

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court of the Southern District of Illinois

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 1 through 7, 11 of the Master Complaint.

   b. Other allegations of jurisdiction and venue:

      A substantial portion of the events leading to Plaintiff's injuries arose in (insert home state) making venue proper.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    09/24/2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Porter Hospital in Valparaiso, Indiana

13. Implanting Physician(s):

    Dr. Sandeep Sehgal

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable __Illinois__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☒ Count XII: Fraudulent Concealment; see attached <u>Exhibit A</u> for specific allegations.
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Debra J. Humphrey

16. Address and bar information for Attorney for Plaintiff(s):

Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, NY 10165
(NY Bar# 5050448)

          Respectfully submitted,
          **MARC J. BERN & PARTNERS LLP**


      /s/ Debra J. Humphrey

      Debra J. Humphrey, NY Atty. No. 5050448
      MARC J. BERN & PARTNERS LLP
      One Grand Central Place
      60 East 42nd Street, Suite 950
      New York, New York 10165
      Telephone: (212) 702-5000
      Facsimile: (212) 818-0164
      dhumphrey@bernllp.com
      ***Counsel for Plaintiff(s)***


## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Debra J. Humphrey
      Debra J. Humphrey

      *Counsel for Plaintiff(s)*