IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
William Heeb

Civil Case # 1:17-cv-2672

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   William Heeb

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Ohio

6. Plaintiff's/Deceased Party's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   Southern District of Ohio, Cincinnati Division

8. Defendants (Check Defendants against whom Complaint is made):

   - ■ Cook Incorporated
   - ■ Cook Medical LLC
   - ■ William Cook Europe ApS

9. Basis of Jurisdiction:

   - ■ Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   9-28

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐   Günther Tulip® Vena Cava Filter

    ■   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other: _____

11. Date of Implantation as to each product:

    6/1/2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

    The Christ Hospital, Cincinnati, OH

13. Implanting Physician(s):

    Dr. Laura A. Huesman

14. Counts in the Master Complaint brought by Plaintiff(s):

    ■   Count I:    Strict Products Liability – Failure to Warn

    ■   Count II:   Strict Products Liability – Design Defect

    ■   Count III:  Negligence

    ■   Count IV:   Negligence Per Se

3

- ☒ Count V:   Breach of Express Warranty

- ☒ Count VI:   Breach of Implied Warranty

- ☒ Count VII:   Violations of Applicable __Ohio_____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- ☐ Count VIII:   Loss of Consortium

- ☐ Count IX:   Wrongful Death

- ☐ Count X:   Survival

- ☒ Count XI:   Punitive Damages

- ☒ Other:   __Fraudulent Concealment. See attached brief for specific allegations__

- ☐ Other:   _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):
    Donald G. Norris

16. Address and bar information for Attorney for Plaintiff(s):

Law Offices of Donald G. Norris, Donald G. Norris, CA Bar No. 90000

3055 Wilshire Blvd., Ste. 980

Los Angeles, CA 90010

Respectfully submitted,

*/s/ Donald G. Norris*
Donald G. Norris, CA Bar No. 90000
**LAW OFFICES OF DONALD G. NORRIS,**
**A LAW CORPORATION**
3055 Wilshire Blvd., Ste. 980
Los Angeles, CA 90010
Telephone: (213) 487-8880
Facsimile: (213) 487-8884
dnorrislaw@gmail.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2021, copies of the foregoing document, were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

/s/ Taurin Robinson
Taurin Robinson