IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Brittany McGlothin

Civil Case # 1:17-cv-03528-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Brittany McGlothin

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Texas

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Texas

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   Northern District of Texas, Dallas Division

8. Defendants (Check Defendants against whom Complaint is made):

   - ■ Cook Incorporated
   - ■ Cook Medical LLC
   - ■ William Cook Europe ApS

9. Basis of Jurisdiction:

   - ■ Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   9-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - ■ Günther Tulip® Vena Cava Filter
    - ☐ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Date of Implantation as to each product:

    1/23/2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Parkland Health & Hospital System, Dallas, TX

13. Implanting Physician(s):

    Dr. Stephen Delvisco

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ■ Count I:    Strict Products Liability – Failure to Warn
    - ■ Count II:   Strict Products Liability – Design Defect
    - ■ Count III:  Negligence
    - ■ Count IV:   Negligence Per Se

- ■ Count V: Breach of Express Warranty

- ■ Count VI: Breach of Implied Warranty

- ■ Count VII: Violations of Applicable  Texas  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- ☐ Count VIII: Loss of Consortium

- ☐ Count IX: Wrongful Death

- ☐ Count X: Survival

- ■ Count XI: Punitive Damages

- ■ Other: Fraudulent concealment. See attached brief for specific allegations

- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):
    Donald G. Norris

16. Address and bar information for Attorney for Plaintiff(s):

Law Offices of Donald G. Norris, Donald G. Norris, CA Bar No. 90000

3055 Wilshire Blvd., Ste. 980

Los Angeles, CA 90010

Respectfully submitted,

*/s/ Donald G. Norris*
Donald G. Norris, CA Bar No. 90000
**LAW OFFICES OF DONALD G. NORRIS,
A LAW CORPORATION**
3055 Wilshire Blvd., Ste. 980
Los Angeles, CA 90010
Telephone: (213) 487-8880
Facsimile: (213) 487-8884
dnorrislaw@gmail.com

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2021, copies of the foregoing document, were served, via electronic delivery to Defendants' counsel via the CM/ECF system, which will forward copies to Counsel of Record.

/s/ Taurin Robinson
Taurin Robinson