IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Leonard Clifford

Civil Case # 1:19-cv-2319

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Leonard Clifford

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Illinois

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Illinois

6. Plaintiff's/Deceased Party's current state of residence:

   Wisconsin

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Wisconsin

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, and 28.

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    **X**   **Günther Tulip® Vena Cava Filter**

    ___   Cook Celect® Vena Cava Filter

    ___   Gunther Tulip Mreye

    ___   Cook Celect Platinum

    ___   Other: _____

11. Date of Implantation as to each product:

    Günther Tulip® Vena Cava Filter: April 11, 2003

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Rockford Health System in Rockford, IL

13. Implanting Physician(s):

    Steven L. Schneider, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    ✓   Count I:    Strict Products Liability – Failure to Warn

    ✓   Count II:   Strict Products Liability – Design Defect

    ✓   Count III:  Negligence

    ✓   Count IV:   Negligence Per Se

3

- ☑ Count V: Breach of Express Warranty
- ☑ Count VI: Breach of Implied Warranty
- ☑ Count VII: Violations of Applicable IL, WI Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☑ Count XI: Punitive Damages
- ☑ Other: <u>Fraudulent Concealment</u> (please state the facts supporting this Count in the space, immediately below)

  Other: _____ (please state the facts supporting this Count in the space, immediately below)

  <u>See attached Brief in Support of Allegations of Fraudulent Concealment for supporting facts.</u>

15. Attorney for Plaintiff(s):

    Bryant A. Fitts

16. Address and bar information for Attorney for Plaintiff(s):

4801 Richmond Ave.

Houston, Texas 77027

Texas Bar # 24040904

    Respectfully submitted,

    **FITTS LAW FIRM, PLLC**


    */s/ Bryant A. Fitts*
    Bryant A. Fitts
    TX Bar No. 24040904
    **FITTS LAW FIRM, PLLC**
    4801 Richmond Ave.
    Houston, Texas 77027
    Telephone: (713) 871-1670
    Facsimile: (713)583-1492
    bfitts@fittslawfirm.com

    ***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                              */s/ Bryant A. Fitts*
                                                              Bryant A. Fitts