IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION



APPROVED. Case is dismissed with prejudice.
Dated: 3/29/21

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Cheryl Arter
Civil Case No.  1:19-cv-02484

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Cheryl Arter, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in Civil Action No. 1:19-cv-02484.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 23, 2020        Respectfully submitted,

       /s/ David M. Langevin
       David M. Langevin
       Rhett A. McSweeney
       **MCSWEENEY LANGEVIN LLC**
       2116 2nd Ave South
       Minneapolis, Minnesota 55404
       Telephone: (612) 746-4646
       Facsimile:  (612) 454-2678
       Email: dave@westrikeback.com
                 ram@westrikeback.com

       **ATTORNEYS FOR PLAINTIFFS**