> APPROVED. Case is dismissed with prejudice.
> Dated: 3/29/21
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

*Cheryl Lynn Frias*
*Civil Case #: 1:18-cv-1166-RLY-TAB*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Cheryl Lynn Frias, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:18-cv-1166-RLY-TAB filed on April 17, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 28, 2020         Respectfully Submitted,

                                            **MURPHY LAW FIRM, LLC**

                                            /s/ Peyton P. Murphy
                                            Peyton P. Murphy
                                            2354 S. Acadian Thruway
                                            Baton Rouge, LA 70808
                                            Telephone: (225) 928-8800
                                            Facsimile: (225) 246-8780
                                            Email: Peyton@murphylawfirm.com

                                            *Attorney for Plaintiff*