**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

**In re: COOK MEDICAL, INC.,
IVS FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION**

**Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570**

---

**This document relates to:**
*Kristin Stephens*, **Case No. 1:20-CV-6274-RLY-TAB**

---

**ORDER**

The Court, having considered Plaintiff's motion for leave to file a Sur-Response and

Evidence in Opposition to Defendant's Motion to Dismiss, and being duly advised in the

premises, hereby finds that the Plaintiff's motion is **GRANTED.**

It is therefore Ordered, Adjudged, and Decreed that the Plaintiff is granted leave to file a

Sur-Response and Evidence in Opposition to Defendant's Motion to Dismiss.

SO ORDERED this 29th day of March 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record