IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-RAB
PRODUCTS LIABILITY LITIGATION                         MDL No. 2570
_____

This Document Relates to Plaintiff(s)

Sandra and Richard Clowser

Civil Case No:  1:18-cv-00982-RLY-TAB

_____

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court for an Order for leave to amend the Short Form Complaint and show as follows:

1. Plaintiffs filed a Short Form Complaint on March 28, 2018 indicating Plaintiff Sandra Clowser was implanted with a Cook Celect® Vena Cava Filter.

2. However, upon additional review, the undersigned confirmed that Plaintiff Sandra Clowser was implanted with a Gunther Tulip® Vena Cava Filter.

3. Plaintiffs respectfully seek leave to file the attached Second Amended Short Form Complaint to correct the Inferior Cava Filter product type.

4. Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

5. No party will be prejudiced by allowing Plaintiffs to amend the Complaint.

**WHEREFORE**, Plaintiffs pray that this Motion be granted, that Plaintiffs be granted leave to file a Second Amended Short Form Complaint, and for such other appropriate relief.

Revised: 1/4/13

March 29, 2021				Respectfully submitted,


					By: /s/ Willard J. Moody
					Willard J. Moody, Jr., Esquire (VSB #22866)
					THE MOODY LAW FIRM, INC.
					500 Crawford Street, Suite 200
					Portsmouth, VA 23704
					(757) 393-4093
					will@moodyrrlaw.com
					ATTORNEY FOR PLAINTIFF

3

**CERTIFICATE OF SERVICE**

I hereby certify on the 29th day of March, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
