IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff(s)
_____Chanda Maxwell_____

Civil Case #_____1:16-cv-1071-RLY-TAB_____

---

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   _____Chanda Maxwell_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____Clifford Maxwell_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   _____Pennsylvania_____

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    Pennsylvania

6.  Plaintiff's/Deceased Party's current state of residence:

    Pennsylvania

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court Eastern District of Pennsylvania

8.  Defendants (Check Defendants against whom Complaint is made):

    ☒   Cook Incorporated

    ☒   Cook Medical LLC

    ☒   William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        Paragraphs 9 - 26

    b.  Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

   ☒        Günther Tulip® Vena Cava Filter

   ☐        Cook Celect® Vena Cava Filter

            Gunther Tulip Mreye

            Cook Celect Platinum

            Other:

   _____

11. Date of Implantation as to each product:

   ___ November 16, 2009 _____

   _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   ___ University of Pennsylvania Presbyterian Medical Center ___

   ____ Philadelphia, PA 19104 _____

13. Implanting Physician(s):

   ____ Dr. Michael Golden _____

   _____

   _____

   _____

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒        Count I:          Strict Products Liability – Failure to Warn

   ☒        Count II:         Strict Products Liability – Design Defect

   ☒        Count III:        Negligence

   ☒        Count IV:         Negligence Per Se

   ☒       Count V:       Breach of Express Warranty

   ☒       Count VI:      Breach of Implied Warranty

   ☒       Count VII:     Violations of Applicable __Pennsylvania__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   ☐       Count VIII:    Loss of Consortium

   ☐       Count IX:      Wrongful Death

   ☐       Count X:       Survival

   ☒       Count XI:      Punitive Damages

   ☐       Other:     _____ (please state the facts supporting this Count in the space, immediately below)

   ☒       Other:      _Fradulent Concealment_ (please state the facts supporting this Count in the space, immediately below)

  Fradulent Concealment. See attached brief for specific allegations.

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

       Troy A. Brenes _____

16. Address and bar information for Attorney for Plaintiff(s):

Troy A. Brenes (CA Bar No. 249776)

Brenes Law Group, P.C.

27141 Aliso Creek Rd., Ste 270, Aliso Viejo, CA 92656

Respectfully submitted,

BRENES LAW GROUP

*/s/* Troy A. Brenes

Troy A. Brenes, (CA Bar No. 249776)
BRENES LAW GROUP, P.C.
27141 Aliso Creek Rd., Ste 270
Aliso Viejo, CA 92656
Telephone: (949)-397-9360
Facsimile:  (949)-607-4192
tbrenes@breneslawgroup.com

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021 a copy of the foregoing was served  electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/*  Troy A. Brenes