UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document relates to Plaintiff:

Rebecca Lindsey, 18-cv-3309-SEB-TAB

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.7(b), Craig D. Brown and the law firm of MEYERS & FLOWERS, LLC and BRANCH LAW FIRM, counsel of record for Plaintiff Rebecca Lindsey, respectfully requests this Court to allow the aforementioned to withdraw as counsel for this matter on the following grounds:

1. The attorney-client relationship between Rebecca Lindsey and her counsel has broken down and counsel and clients are in complete disagreement as to the manner in which her case should be pursued.

2. Rebecca Lindsey has been notified, in writing, by her counsel of their intention to withdraw as her attorneys in this action.

3. Rebecca Lindsey's last known address is 1540 Greenbrier Ridgeway, Apt. 1621, Knoxville, TN 37909 and telephone number is: (360) 434-8712.

4. No trial dates are currently set in this case in which withdrawal is requested.

5. Attorney Craig D. Brown has sent this Motion to Withdraw by certified mail, return receipt requested, first class mail, and e-mail to Rebecca Lindsey at her last known

address, thereby informing her of this Motion to Withdraw. A copy of the correspondence is attached hereto as Exhibit A.

6. A proposed Order for the Courts review is attached hereto as Exhibit B.

**WHEREFORE**, the undersigned counsel and their firms request that the Court enter an order permitting counsel to withdraw their appearance as counsel in this matter, effective as of the date the Court enters its order permitting withdrawal. As a courtesy to Plaintiff, we request that the above-named Plaintiff be allowed up to 60 days to secure new counsel and file Notice of their new representation.

Dated: March 29, 2021                     Respectfully submitted,

                                          MEYERS & FLOWERS, LLC

                          By:     /s/ Craig D. Brown
                                  Craig D. Brown, Esq. IL Bar No. 6210554
                                  Meyers & Flowers, LLC
                                  3 N. Second Street, Suite 300
                                  St. Charles, IL 60174
                                  (630) 232-6333
                                  (630) 845-8982 (fax)
                                  cdb@meyers-flowers.com

                                  Branch Law Firm
                                  2025 Rio Grande Blvd., NW
                                  Albuquerque, NM 87104
                                  (505) 243-3500
                                  (505) 243-3534 (fax)
                                  tbranch@branchlawfirm.com

## CERTIFICATE OF SERVICE

I, Craig D. Brown, an attorney, hereby certify that on March 29, 2021, I caused a copy of the foregoing document to be filed using the Court's CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Craig D. Brown
Craig D. Brown, Esq. IL Bar No. 6210554
Meyers & Flowers, LLC
3 N. Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
(630) 845-8982 (fax)
cdb@meyers-flowers.com