# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document relates to Plaintiff:

Rebecca Lindsey, 18-cv-3309-SEB-TAB

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter is before the Court on Plaintiff's Counsel Motion to Withdraw as Counsel of Record. Upon consideration and for good cause, the movant's motion to withdraw is granted. Craig D. Brown of Meyers & Flowers, LLC and Branch Law Firm, are withdrawn as counsel of record for the Plaintiff. The movant shall serve a copy of this Order upon Plaintiff.

Upon termination of movant from the docket, the Clerk shall list the Plaintiff as pro se with the following contact information: 1540 Greenbrier Ridgeway, Apt. 1621, Knoxville, TN 37909.

Plaintiff Rebecca Lindsey is granted 60 days from the date of this order to secure counsel or shall proceed pro se in this litigation.

IT IS ORDERED this _____ day of _____, 2021.

_____
HONORABLE RICHARD L. YOUNG

Distribution to all registered counsel of record via ECF.

Paper copy shall be served upon Plaintiff Rebecca Lindsey via first-class U.S. Mail at her last known address of 1540 Greenbrier Ridgeway, Apt. 1621, Knoxville, TN 37909.

1