IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLOIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cause No.  1:14-cv-06018-RLY-TAB (Tonya Brand)

## MOTION TO WITHDRAW

Alex J. Brown asks this Court to allow him to withdraw as an attorney representing Tonya Brand, one of the Plaintiffs in the above-captioned matter.

There is good cause for this Court to grant this Motion to Withdraw as attorney Alex J. Brown is no longer with the Heard Law Firm, nor does he represent Plaintiff Tonya Brand.

Additionally, per the Court's Docket Sheet, Tonya Brand is still being represented by the Heard Law Firm and this withdrawal will not delay these proceedings.

Dated: March 29, 2021	Respectfully submitted,

	THE LANIER LAW FIRM, P.C.


	By: *Alex J. Brown*
	Alex J. Brown
	Texas State Bar No. 24026964
	Alex.Brown@lanierlawfirm.com
	10940 W. Sam Houston Parkway N., Suite 100
	Houston, Texas 77064
	Telephone: (713) 659-5200
	Fax: (713) 659-2204

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021, the foregoing was filed through the Court's CM/ECF System, which will send a notice of electronic filing to any listed counsel of record.

/s/ Alex J. Brown
Alex . Brown