# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLOIS DIVISION

In Re:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Cause No.  1:14-cv-06018-RLY-TAB (Tonya Brand)

## **ORDER**

After considering the Motion to Withdraw filed by Alex J. Brown, the Court GRANTS the Motion and ORDERS that attorney Alex J. Brown be withdrawn as an attorney for Plaintiff Tonya Brand.  It is, therefore,

ORDERED, ADJUDGED and DECREED that Alex J. Brown be removed as an attorney for Plaintiff Tonya Brand.

Signed: _____

_____
JUDGE PRESIDING