IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2570<br><br>HON. JUDGE RICHARD L. YOUNG<br><br>MAG. JUDGE: TIM A. BAKER |
| This Document Relates to:<br>*Edward O. and Bonnie S. Lewis v. Cook Medical, Inc., et al.*;<br>Case No. 1:16-cv-03533 | |

## NOTICE AND SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the honorable Court of the death of the Plaintiff/Administratrix, Bonnie S. Lewis. Counsel also informs this Court that a Motion to Substitute Party Plaintiff will subsequently or contemporaneously be filed by the deceased's daughter/Personal Representative, Tammy Morgan. A copy of Plaintiff's Death Certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Dated: March 30, 2021

Respectfully submitted,

By: /s/ *Nathan Buttars*
Nathan Buttars (USB 13659)
T. Aaron Stringer (USB 12681)
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
T: 801-917-8500; F: 801-917-8484
E: nate@lowelawgroup.com
aaron@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Notice and Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys on the Court's ECF System, which will send notification of such filing to all counsel of record.

Dated: March 30, 2021                                    /s/ Nathan Buttars