# Exhibit A

**WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES**
**BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION OFFICE**
**PHYSICIAN'S / MEDICAL EXAMINER'S CERTIFICATE OF DEATH**
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

STATE FILE NUMBER: 000804

1. DECEDENT'S LEGAL NAME: Bonnie Sue Lewis
2. SEX: F
NUMBER: 9081
4a. AGE (Last Birthday) (Years): 68
5. DATE OF BIRTH: [redacted] 1949
6. BIRTHPLACE: Oakland, Maryland
7a. RESIDENCE (STATE): Maryland
7b. COUNTY: Garrett
7c. CITY OR TOWN: Oakland
7d. STREET AND NUMBER: 940 Pysell Crosscut Road
7f. ZIP CODE: 21550
7g. INSIDE CITY LIMITS?: No
9. MARITAL STATUS AT TIME OF DEATH: Widowed
11. FATHER'S NAME: Clinton Ray Bowman
12. MOTHER'S NAME: Prema Clara Friend
13a. INFORMANT'S NAME: Tammy Morgan
13b. RELATIONSHIP TO DECEDENT: Daughter
13c. MAILING ADDRESS: 290 Hazelwood Dr, Bruceton Mills, WV 26525
14. PLACE OF DEATH: Inpatient
15. FACILITY NAME: Monongalia General Hospital
16. CITY OR TOWN, STATE, AND ZIP CODE: Morgantown, WV 26508
17. COUNTY OF DEATH: Monongalia
18. METHOD OF DISPOSITION: Burial; Removal from State
19. PLACE OF DISPOSITION: Garrett County Memorial Gardens
20. LOCATION: Oakland, Maryland
21. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY: C+S Fredlock Funeral Home, P.A. 21 N 2nd St. Oakland, MD 21550
23. LICENSE NUMBER: FD 3893 R
24. DATE PRONOUNCED DEAD: 1/12/2018
25. TIME PRONOUNCED DEAD: 1:26 PM
26. SIGNATURE: [signature] MD
28. ACTUAL OR PRESUMED DATE OF DEATH: 01/12/2018
29. ACTUAL OR PRESUMED TIME OF DEATH: 1:26 PM (1326)
30. WAS MEDICAL EXAMINER OR CORONER CONTACTED?: No

**CAUSE OF DEATH**

31. PART I.
a. IMMEDIATE CAUSE: ACUTE ON CHRONIC HYPOXEMIC HYPERCARBIC RESPIRATORY FAILURE — DAYS
b. CHRONIC OBSTRUCTIVE PULMONARY DISEASE — YEARS

32a. WAS AN AUTOPSY PERFORMED?: No
33. DID TOBACCO USE CONTRIBUTE TO DEATH?: Yes
34. IF FEMALE: Not pregnant within past year
35b. FINAL MANNER OF DEATH: Natural

37a. CERTIFIER: Certifying Physician or Qualified APRN
Signature of Certifier: [signature]
Date Certified: 1/12/18
37b. NAME, ADDRESS: ABHIJAH SINGH, 1200 JD ANDERSON DRIVE, MORGANTOWN — 26508
37c. TITLE: MD

38. SIGNATURE OF REGISTRAR: Libby Dawson
39. DATE FILED: JAN 22 2018

FORM VS-002 (Rev. 5/2017)
STATE/COUNTY ORIGINAL

NAME OF DECEDENT: Lewis, Bonnie Sue

# STATE OF WEST VIRGINIA



E0180943



E0180943

Date Certified: Jan 22, 2018

This is to certify that this document is a true and accurate reproduction of an official record, or the facts abstracted from an official record, on file with:

Vital Statistics
Bureau for Public Health
West Virginia Department of Health and Human Resources
Charleston, West Virginia.

Gary L. Thompson
State Registrar

The certified copy or information appears on the reverse side on multicolor surface. Document contains heat-sensitive stamp and watermark.

Do not accept without verifying watermark and heat-sensitive stamp.

**WARNING!**
It is a crime punishable by fine and imprisonment to counterfeit or alter this certificate or to use the vital statistics record of another person for deceptive purposes.

WVDHHR-REVISED 11/2016