**MISSOURI CIRCUIT COURT**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**ST. LOUIS COUNTY**

| | |
|---|---|
| ROSEMARY FIASCO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COOK INCORPORATED, et al, <br><br> Defendant. | **Master Docket Case No. 1:14-ML-2570-RLY-TAB** <br><br> **MDL No. 2570** <br><br> Judge Richard L. Young <br> Magistrate Judge Tim A. Baker <br><br><br> This document relates to <br> Civil Action No.: <br> 1:17-cv-03076-RLY-TAB |

**MOTION TO WITHDRAW DOCUMENT # 17212 AS TO**

**PLAINTIFF ROSEMARY FIASCO**

COME NOW, undersigned counsel respectfully requests that document #17212 be withdrawn due to an error in filing.

Respectfully submitted,

Dated:  March 30, 2021                              */s/ Michael J. Quillin*
                                                                         Michael J. Quillin #61877
                                                                         O'LEARY, SHELTON, CORRIGAN,
                                                                         PETERSON, DALTON, & QUILLIN, LLC
                                                                         1034 S. Brentwood,
                                                                         Penthouse 1-A, 23rd Floor
                                                                         St. Louis, Missouri 63117
                                                                         (314) 405-9000
                                                                         (314) 405-9999 Fax
                                                                         quillin@osclaw.com

                                                                         *Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the foregoing document has been served by means of electronic filing to all counsel of record this 30th day of March, 2021.

                                                  */s/Michael J. Quillin*