# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   1:19-cv-06097-RLY-TAB

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Peter S. Christiansen | Peter S. Christiansen |
| **Law Firm, Company, and/or Agency:** | Christiansen Law Offices | Christiansen Trial Lawyers |
| **Address:** | 810 S. Casino Center Blvd., Suite 104<br>Las Vegas, Nevada 89101 | 710 S. 7th Street, Suite B<br>Las Vegas, Nevada 89101 |
| **Primary E-mail:** | pete@christiansenlaw.com | pete@christiansenlaw.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | 702-240-7979 | 702-240-7979 |
| **Facsimile:** | 866-412-6992 | 866-412-6992 |

Date: 3/30/2021            s/ Peter S. Christiansen

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.