# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |
| This Document Relates to Plaintiff: JESSICA GEHNER 1:16-cv-01166-RLY-TAB | |

### AFFIDAVIT

The undersigned, Jessica Gehner, being duly sworn, hereby states:

1. I, Jessica Gehner, am over the age of 21 and am a citizen of the State of Virginia. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. I am of sound mind, I suffer no legal disabilities, and the statements contained in this Affidavit are based upon my personal knowledge.

3. I am the Plaintiff in the above-captioned lawsuit.

4. The Cook Gunther Tulip IVC Filter that is the subject of this lawsuit (hereinafter, "the filter") was implanted in me on October 16, 2007, at Bethesda TriHealth Good Samaritan Hospital in Cincinnati, Ohio by Dr. Joann M. Lohr.

5. During the course of my follow up treatment for the filter in March 2008, I was told by Dr. Patrick Muck, that, based on the filter's indication, it was safe to leave in permanently. I relied upon this information I received from Dr. Muck and decided not to take further steps to have the filter removed.

6. In or around March 2013, I underwent a CT scan that indicated that the filter had penetrated my inferior vena cava and was compressing upon my small bowel. My physicians believed this was causing abdominal pain I had been experiencing, and removal of the filter was recommended.

7. On April 2, 2013, the filter was partially removed by Dr. Eunice Moon at the Cleveland Clinic Hospital in Cleveland, Ohio. An extravascular fragment of the filter was left behind.

8. In the course of my March and April 2013 treatment, and prior thereto, my treating physicians never indicated that the filter penetrating my vena cava and compressing upon my small bowel was the result of a product defect.

9. Following the removal of the filter in April 2013, I was not told by my physicians that a defect in my "permanent" filter, such as the filter causing an increased or unreasonable risk of vena cava perforation and other bodily harm if it was not removed, had caused the injuries at issue in this lawsuit. Instead, my physicians indicated that my complications with the filter were the result of the bad luck of suffering a rare side effect. I relied on this information from my physicians that my injuries were the not the result of a product defect and had no reason to distrust my physicians on this assessment.

10. It was not until 2016, when my mother told me she had seen a television commercial discussing the unreasonably dangerous and defective nature of IVC filters that I had any reason to suspect that my injuries were caused by a defective product as opposed to "bad luck." At this time, I diligently undertook a further investigation on this topic filed suit shortly thereafter.

11. I declare that to the best of my knowledge and belief, the information herein is true and correct.

FURTHER Affiant sayeth not.

_____
Jessica Gehner

STATE OF __VA__ )
　　　　　　　　　　　) SS.
COUNTY OF __Roanoke__ )

Sworn to and subscribed before me this __26__ day of __March__, 2021, by Jessica Gehner, who personally appeared before me, is personally known to me, or produced __Virginia Drivers License__ as identification and did take an oath.

_____
Notary Public

My Commission Expires: 11/30/21

TERESA H DAVIS
Notary Public
Commonwealth of Virginia
Registration No. 305395
My Commission Expires Nov 30, 2021

3