UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:16-cv-00799; 1:16-cv-02420; 1:16-cv-02420;
1:17-cv-00387; 1:19-cv-00964

# EXHIBIT A TO
# NOTICE OF APRIL 15, 2021 MOTIONS HEARING

1. Cook's Motion for Dismissal of Claims Based on State Consumer Fraud Statutes (Dkt. 17042)

   - Priesmeyer, Mark (1:19-cv-00964) Counsel: HAUSFELD LLP
   - Yedman, Rocco (1:17-cv-02720) Counsel: HAUSFELD LLP and THE LAW OFFICES OF RICHARD J. SERPE, PC
   - *See* Plaintiff's Opposition: Due 4/5/21

2. Defendants' Motion For Judgment In Plaintiff's Case Pursuant To CMO-28 (Dkt. 15871; sealed exhibit at 15872)

   - Fitzgerald, Bethany (1:17-cv-00387) Counsel: Lowe Law Group
   - *See* Plaintiff's Opposition at Dkt. 15955
   - *See* Cook Reply at Dkt. 16148

3. Defendants' Motion For Judgment In Plaintiff Dale Heintzman's Case Pursuant To CMO-28 (Dkt. 16213; sealed exhibit at 16225)

   - Heintzman, Donald and Dale (1:16-cv-02420) Counsel: Lopez McHugh LLP
   - *See* Plaintiff's Opposition at Dkt. 17606
   - *See* Cook's Reply: Due 4/13/2021

4. Defendants' Motion For Judgment In Plaintiff Kristel Gugliuzza's Case Pursuant To CMO-28 (Dkt. 16197; sealed exhibit at Dkt. 16198)

   - Gugliuzza, Kristel (1:16-cv-00799) Counsel: Lopez McHugh LLP
   - *See* Plaintiff's Opposition at Dkt. 17607
   - *See* Cook's Reply: Due 4/13/2021