UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Cases:

Alicia Smith-Salinas, 1:17-cv-04449

_____

### ORDER ON PLAINTIFFS' NOTICES OF VOLUNTARY DISMISSAL

Plaintiff Alicia Smith-Salinas has filed a Notice of Voluntary Dismissal of her time-barred case pursuant to ¶ 3 of Case Management Order #28. She seeks dismissal without prejudice. The Cook Defendants oppose the motion on grounds that CMO 28 requires the dismissal be with prejudice, with each to bear its own costs. The Cook Defendants are correct. Therefore, Plaintiff's Notice of Voluntary Dismissal (Filing Nos. 15421) is **GRANTED** but the dismissal is **WITH PREJUDICE**, with each side to bear its own costs and attorney's fees.

**SO ORDERED** this 31st day of March 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.