IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2570 <br><br> HON. JUDGE RICHARD L. YOUNG <br><br> MAG. JUDGE: TIM A. BAKER |
| This Document Relates to: <br> *Edward O. and Bonnie S. Lewis v. Cook Medical, Inc., et al.*; <br> Case No. 1:16-cv-03533 | |

### UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Tammy Morgan as plaintiff on behalf of the deceased Plaintiff, Bonnie S. Lewis and to memorialize this substitution on the amended Short Form Complaint.

1. Plaintiffs filed a products liability lawsuit against defendants on December 30, 2016.

2. Counsel for Plaintiffs was subsequently notified that Plaintiff Bonnie S. Lewis died on January 12, 2018.  A Notice and Suggestion of Death was filed on March 30, 2021.

3. Plaintiff Edward O. Lewis' product liability action against defendants survived his death and was/is not extinguished.

4. Tammy Morgan, surviving daughter and Trustee/Representative of the estate of Plaintiff Edward O. Lewis, is a proper party to substitute for plaintiff-decedent Edward O. Lewis and Bonnie S. Lewis and has proper capacity to proceed forward with the surviving products liability claim on Plaintiffs' behalf, pursuant to Fed. R. Civ. P. 25(a)(1).

Tammy Morgan was appointed Trustee/Personal Representative of the estate of Edward O. Lewis on May 15, 2018 by the Orphan's Court of Garrett County, Maryland. A copy of the Order is attached hereto as "Exhibit A."

5. Plaintiffs' Short Form Complaint ("SFC") or Amended SFC should be amended to show Tammy Morgan as the new party Plaintiff. A copy of the proposed amended SFC is attached hereto as "Exhibit B."

6. Undersigned counsel has conferred with defendants' counsel and none oppose this Motion.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff. Counsel for Plaintiff(s) further request that this Honorable Court grant that the SFC be amended to show the substituted Plaintiff and to order the clerk to file the amended SFC in the case docket.

Dated: April 1, 2021

Respectfully Submitted,

By: /s/ *Nathan Buttars*
Nathan Buttars, UT Bar # 13659
T. Aaron Stringer, UT Bar # 12681
LOWE LAW GROUP
6028 S. Ridgeline Drive, #200
Ogden, UT 84405
Tel: 801-917-8500
Fax: 801-917-8484
nate@lowelawgroup.com
aaron@lowelawgroup.com
*Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing *Motion to Substitute Party Plaintiff and Amend Complaint* has contemporaneously with or before filing been served on all parties or their attorneys on the Court's ECF System, which will send notification of such filing to all counsel of record.

Dated: April 1, 2021                                          /s/ Nathan Buttars