# Exhibit A

IN THE ORPHANS' COURT

FOR GARRETT COUNTY, MARYLAND

| | | |
|---|---|---|
| IN THE ESTATE OF | * | |
| | * | ESTATE NO. 13122 |
| EDWARD LEWIS | * | |

## ORDER OF COURT

On May 15, 2018, a hearing for the appointment of a successor Personal Representative was held in the Orphans' Court for Garrett County, Maryland, in the estate of Edward Lewis.

The only heir to appear at the hearing was the decedent's daughter, Tammy Morgan. Ms. Morgan agreed to accept the appointment as Personal Representative.

IT IS HEREBY ORDERED, by the Orphans' Court for Garrett County that Tammy Morgan is hereby appointed successor Personal Representative of the estate of Edward Lewis this 15th day of May, 2018, and the estate is hereby remanded back to the Register of Wills for administrative probate.

*[signatures]*

Orphans' Court

ESTATE OF: EDWARD LEWIS  ESTATE NO. 13122

SUBJECT: ORDER OF COURT APPOINTING SUCCESSOR P/R

# CERTIFICATE OF SERVICE OF REGISTER OF WILLS

I hereby certify that on this  15th  day of  MAY , 2018 , I  MAILED BY FIRST-CLASS MAIL, POSTAGE PREPAID, RETURN SERVICE REQUESTED ,
a copy of the foregoing paper to the following persons:

### Name and Address

| Name | Address |
|---|---|
| NATHAN BUTTARS ESQ.<br>LOWE LAW GROUP | 6028 S. RIDGELINE DR., STE. 200<br>OGDEN, UT 84405 |
| DEWAYNE E. LEWIS | [redacted]<br>MEYERSDALE, PA 15552 |
| JEREMIAH LEWIS | [redacted]<br>OAKLAND, MD 21550 |
| MICHAEL S. LEWIS | [redacted]<br>OAKLAND, MD 21550 |
| TALON LEWIS | [redacted]<br>OAKLAND, MD 21550 |
| TAMMY S. MORGAN | [redacted]<br>BRUCETON MILLS, WV 26525 |

☐ NOTICES NOT REQUIRED

RITA L. WATSON
Register of Wills for
Garrett County

05/15/2018
DATE

*Jam Matthews, Chief Deputy*
Deputy Register

RW1272

ROWNET
11/2009