# Exhibit B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Tammy Morgan, on behalf of Edward O. Lewis, deceased.

Civil Case # 1:16-cv-03533-RLY-TAB

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    Edward O. Lewis

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    None

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Tammy Morgan, Personal Representative of the Estate of Edward O. Lewis

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

    Maryland

5.   Plaintiff's/Deceased Party's state of residence at the time of injury:

Maryland

6.   Plaintiff's/Deceased Party's current state of residence:

Maryland

7.   District Court and Division in which venue would be proper absent direct filing:

Northern District of West Virginia

8.   Defendants (Check Defendants against whom Complaint is made):

☑   Cook Incorporated

☑   Cook Medical LLC

☑   William Cook Europe ApS

9.   Basis of Jurisdiction:

☑   Diversity of Citizenship

☐   Other: _____

a.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6-28, inclusive.

b.   Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☑ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye Cook Celect

☐ Platinum

☐ Other: _____

11. Date of Implantation as to each product:

06/10/2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

WVU Hospital
1 Stadium Drive
Morgantown, WV 26505

13. Implanting Physician(s):

Dr. Pamela Zimmerman, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:        Strict Products Liability – Failure to Warn

☑ Count II:       Strict Products Liability – Design Defect

☑ Count III:      Negligence

☑ Count IV:      Negligence Per Se

☑ Count V:  Breach of Express Warranty

☑ Count VI:  Breach of Implied Warranty

☑ Count VII:  Violations of Applicable <u>West Virginia</u> (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐ Count VIII:  Loss of Consortium

☐ Count IX:  Wrongful Death

☑ Count X:  Survival

☑ Count XI:  Punitive Damages

☑ Other:  Fraudulent Concealment (specific allegations previously filed under seal.)

☐ Other:  _____

15. Attorney for Plaintiff(s):

    T. Aaron Stringer, Nathan Buttars

Respectfully submitted,

**LOWE LAW GROUP**


*/s/ Nathan Buttars*_____
 T. Aaron Stringer, UT Atty. No. 12681
Nathan Buttars, UT Atty. No. 13659
(Admitted pro hac vice)
**LOWE LAW GROUP**
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Telephone: 801-917-8500
Facsimile: 801-917-8484
aaron@lowelawgroup.com
nate@lowelawgroup.com

*Counsel for Plaintiff(s)*


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 30, 2021_____, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.