**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2570<br><br>HON. JUDGE RICHARD L. YOUNG<br><br>MAG. JUDGE: TIM A. BAKER |
| This Document Relates to:<br><br>*Edward O. and Bonnie S. Lewis v. Cook Medical, Inc., et al.*;<br><br>Case No. 1:16-cv-03533 | |

## <u>ORDER</u>

Considering the foregoing Motion to Substitute and Amend Complaint:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that **TAMMY MORGAN**, on behalf of the decedent(s), **Edward O. and/or Bonnie S. Lewis**, be substituted as the proper party plaintiff herein and that the Clerk of Court docket the Amended Short Form Complaint in this case.

Signed in Indianapolis this _____ day of _____, 2021.


_____
DISTRICT COURT JUDGE