IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):

ROBERT WADE BAKER,

Civil Case No.1:16-cv-3531-RLY-TAB

## STIPULATED DISMISSAL WITH PREJUDICE

The Parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated this 1st day of April, 2021.

Attorneys for Plaintiff(s):                    Attorneys for Defendants:

/s/ Douglass A. Kreis                          /s/ Andrea Roberts Pierson
Douglass A. Kreis                              Andrea Roberts Pierson
AYLSTOCK, WITKIN, KREIS &                      FAEGRE DRINKER BIDDLE &
    OVERHOLTZ, PLLC                                REATH LLP
Email: dkreis@awkolaw.com                      Email: andrea.pierson@faegrebdrinker.com
17 East Main Street, Suite 200                 300 North Meridian Street, Suite 2500
Pensacola, Florida 32502                       Indianapolis, IN 46204
Phone: (850) 202-1010                          Phone: (317) 237-0300
Facsimile: (850) 916-7449                      Facsimile:  (317) 237-1000

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson