IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):

PATRICK W. BROWN,

Civil Case No.1:16-cv-6052-RLY-TAB

Considering the parties' Stipulated Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice. Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice. Each party shall bear its own costs.

Signed this _____ day of _____, 20_____.

                    HONORABLE RICHARD L. YOUNG
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF INDIANA

US.130996118.01