IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    Linda Roy and Douglas Roy
    1:20-cv-06212

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

COME NOW Plaintiffs Linda Roy and Douglas Roy, by and through their undersigned counsel, and move the Court for leave to file the attached Second Amended Short Form Complaint. In support of this Motion, movants state the following:

1. The purpose of the Second Amended Short Form Complaint, attached hereto as Exhibit 1, pertains to the allegations regarding identification of the particular product at issue in this case.

2. Plaintiffs' have conferred with Defendants regarding the proposed amendment, and Defendants have indicated they have no opposition to this Motion.

WHEREFORE, Plaintiffs pray for the following relief: (1) the Court grant leave to file the attached Second Amended Short Form Complaint; and (2) the Court deem the attached Second Amended Short Form Complaint filed instanter.

Respectfully submitted,

By: /s/ Michael S. Kruse
Michael S. Kruse, #57818MO
NIEMEYER, GREBEL & KRUSE, LLC
211 N. Broadway, Suite 2950
St. Louis, MO 63102
(314) 241-1919 (T)
(314) 665-3017 (F)
kruse@ngklawfirm.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing was filed and served on all counsel of record this 2nd day of April, 2021, by way of the Court's CM/ECF filing system.

/s/ Michael S. Kruse