IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    Linda Roy and Douglas Roy
    1:20-cv-06212

## **ORDER**

ON THIS DAY came for consideration Plaintiffs Linda and Douglas Roy's Unopposed Motion for Leave to File a Second Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Plaintiffs are hereby granted Leave to File a Second Amended Short Form Complaint; and, (2) the Second Amended Short Form Complaint attached the Motion at issue as Exhibit 1 is hereby deemed filed instanter.

SO ORDERED:  _____
                                                                                                                          Date