UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

This Document Relates Only to 1:18-cv-01461, Frank J. Zart

_____


**EXHIBIT A**
**TO**
**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REOPEN**


_____

| From: | insd_cmecf@insd.uscourts.gov |
|---|---|
| To: | nef@insd.uscourts.gov |
| Subject: | Activity in Case 1:14-ml-02570-RLY-TAB IN RE: COOK MEDICAL INC. Motion to Dismiss |
| Date: | Thursday, February 21, 2019 5:41:43 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTICE\*\*\*The electronically filed document(s) may be viewed once at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).**

**U.S. District Court**
**Southern District of Indiana**
**Office of the Clerk**
**(317)229-3700**
www.insd.uscourts.gov

### Notice of Electronic Filing

The following transaction was entered by Bennett, James on 2/21/2019 at 6:39 PM EST and filed on 2/21/2019

| **Case Name:** | IN RE: COOK MEDICAL INC. |
|---|---|
| **Case Number:** | 1:14-ml-02570-RLY-TAB |
| **Filer:** | COOK CANTON, LLC |
| | COOK INCORPORATED |
| | COOK MEDICAL LLC |
| | WILLIAM COOK EUROPE APS |

**Document Number:** 10211

**Docket Text:**
**Amended MOTION to Dismiss *Pursuant to the Court's Case Categorization Order*, filed by MDL Defendants COOK CANTON, LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS. (Attachments: # (1) Exhibit A - Schedule of Plaintiffs That Have Failed to Produce a Categorization Form, # (2) Exhibit B - Schedule of Plaintiffs That Have Failed to Produce Records in Support of Their Categorization Form, # (3) Exhibit C - Schedule of Plaintiffs That Submitted Categorization Forms Following Cook Defendants' Motion to Dismiss, # (4) Exhibit D - Schedule of Plaintiffs That Filed Following November 21, 2018, That Have Not Submitted a Categorization Form)(Bennett, James)**

**1:14-ml-02570-RLY-TAB Notice has been electronically mailed to:**

A. Craig Eiland ceiland@eilandlaw.com, treagan@eilandlaw.com

A. Layne Stackhouse layne@shraderlaw.com

Abigail M. Butler abigail.butler@faegrebd.com, susan.miller@faegrebd.com

Abigale Rhodes Green agreen@grossmangreen.com, abigalerhodes@gmail.com

Adam Weintraub aweintraub@lchb.com

Adrienne Franco Busby adrienne.busby@faegrebd.com, sherri.tucker@faegrebd.com

Ahmed S. Diab adiab@thegomezfirm.com, jwilliams@thegomezfirm.com, kbarton@gomeztrialattorneys.com, nstoneman@gomeztrialattorneys.com

Alex Davis alex@jonesward.com

Alex Jerome Brown alex.brown@lanierlawfirm.com

Alexander G. Dwyer adwyer@kirkendalldwyer.com, cdu@kirkendalldwyer.com, msclafani@kirkendalldwyer.com, twyckoff@kirkendalldwyer.com

Alyson Marie Petrick apetrick@careydanis.com, gcarey@careydanis.com

Amanda Washington amanda@mcglynnglisson.com, roxanne@mcglynnglisson.com

Amir M. Kahana AMK@kahanalaw.com

Amorina Patrice Lopez alopez@lopezmchugh.com, mjones@lopezmchugh.com, mwass@lopezmchugh.com

Amy M. Carter acarter@sgpblaw.com, 4985426420@filings.docketbird.com, nlewis@sgpblaw.com, tpace@sgpblaw.com

Andrea Roberts Pierson andrea.pierson@faegrebd.com, deborah.miller@faegrebd.com, sarah.hebard@faegrebd.com, victoria.yoke@faegrebd.com

Andres F. Alonso aalonso@alonsokrangle.com, dkrangle@alonsokrangle.com

Andrew E. McGraw amcgraw@levinlaw.com, mgriffin@levinlaw.com

Andrew F. Kirkendall akirkendall@kirkendalldwyer.com, anelson@kirkendalldwyer.com

Andrew J. Cross across@careydanis.com, apetrick@careydanis.com, gcarey@careydanis.com

Andrew J. Hill , III ahill@bbga.com, 3245663420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Andrew Lorin Campbell andrew.campbell@faegrebd.com, penny.hultman@faegrebd.com

Angela Spears angie@rosenspearslaw.com, ladon@rosenspearslaw.com

Anna Rutigliano anna.rutigliano@FaegreBD.com, rochelle.symons@faegrebd.com

Anne Kramer Ricchiuto anne.ricchiuto@FaegreBD.com, sherri.tucker@faegrebd.com

Anne Medlin Lowe alowe@rwp-law.com, mllewellyn@rwp-law.com

Annesley H DeGaris adegaris@degarislaw.com, asapone@degarislaw.com

Anthony James Nemo tnemo@meshbesher.com, mbrylow@meshbesher.com

Anthony Scott Godfrey agodfrey@bencmartin.com, cguerra@bencmartin.com

Arati Chauhan Furness afurness@fnlawfirm.com, cnakagai@fnlawfirm.com, vmcneme@fnlawfirm.com

Ashleigh Elizabeth Raso araso@meshbesher.com, gzimmerman@meshbesher.com, mfrenz@meshbesher.com

Ashton Rose Smith ashton@moorelawgroup.com, kara@moorelawgroup.com

Asim M. Badaruzzaman abadaruzzaman@seegerweiss.com, hsafdar@seegerweiss.com, mcampbell@seegerweiss.com, pamin@seegerweiss.com, ssiegel@seegerweiss.com

Baird A. Brown bairdbrownlaw@gmail.com

Bard K. Brian bardbrian99@msn.com, mjeffords@bardbrianlawyer.com

Barry D.J. Levy bdl@oal-law.com, axf@oal-law.com, cas@oal-law.com

Basil E. Adham IVC@johnsonlawgroup.com, lhoward@johnsonlawgroup.com

Ben C. Martin bmartin@bencmartin.com, cguerra@bencmartin.com, tarbon@bencmartin.com, tbolton@bencmartin.com

Ben Michael Shrader bshrader@hmelegal.com

Benjamin A. Bertram benbertram@bertramgraf.com, afeliciano@bertramgraf.com

Blair Bertram Matyszczyk blair@bertramgraf.com, afeliciano@bertramgraf.com

Bobby Moak bobbymoak402@att.net, bmoak@locnet.net

Bobby Saadian masstorts@wilshirelawfirm.com

Bobby J. Bell , Jr bob@hollis-wright.com, brooklyna@hollis-wright.com

Braden Alexander Beard bbeard@hausfeld.com, adorsey@hausfeld.com

Brandon Lightfoot Rich brich@lawdbd.com, rsanpedro@lawdbd.com

Bret Daniel Stanley bstanley@eilandlaw.com, treagan@eilandlaw.com

Brian Dratch bdratch@njcounsel.com

Brian A Goldstein brian.goldstein@cellinoandbarnes.com, denise.kinghorn@cellinoandbarnes.com, michael.williams@cellinoandbarnes.com

Brian Douglas Weinstein brian@weinsteincouture.com, sara@weinsteincouture.com, service@weinsteincouture.com

Brian J. Paul brian.paul@faegrebd.com, amy.gershanoff@faegrebd.com

Brian James Holmes bholmes@hurley-law.com, cdifranco@hurley-law.com

Brian John Perkins bjp@meyers-flowers.com, kaz@meyers-flowers.com, kb@meyers-flowers.com

Brian Keith Jackson kj@rileyjacksonlaw.com, jbailey@rileyjacksonlaw.com

Brian S. Katz brian@brianskatz.com, bkatz@flintlaw.com, nichole@brianskatz.com

Bruce G. Jones bruce.jones@faegrebd.com, kathy.olmscheid@faegrebd.com

C. Calvin Warriner , III ccw@searcylaw.com, arh@searcylaw.com, twright@searcylaw.com

Calle Marie Mendenhall cmendenhall@frplegal.com, calle@frplegal.com, cisbell@frplegal.com

Carasusana B. Wall cara@toledolaw.com, andrea@toledolaw.com, yasmine@toledolaw.com

Carlos M. Hernandez-Burgos carlos.h@masstortslaw.com

Carolyn J. Cuneo cj.cuneo@andruswagstaff.com, dionne.edwards@andruswagstaff.com

Carter David Grant cgrant@hmelegal.com

Chad C. Lucas chad@kuhlmanlucas.com, brian@kuhlmanlucas.com, kehl@kuhlmanlucas.com, kelly@kuhlmanlucas.com

Chad M. Tuschman ctuschman@wdtlaw.org, rkigar@wdtlaw.org

Charles F. Webber chuck.webber@faegrebd.com, brian.zabawa@faegrebd.com

Charles Rene Houssiere , III choussiere@hdhtex.com, Jreznickova@hdhtex.com, rkauffman@hdhtex.com

Charles T. Paglialunga chuck@phlawfirm.com

Charles Wade Miller charles@hop-law.com, john@hop-law.com, kay@hop-law.com

Charlotte L. Itoh charlotte@thefinelawfirm.com, patty@thefinelawfirm.com

Chris T. Hellums chrish@pittmandutton.com, pdh-efiling@pittmandutton.com, rebeccah@pittmandutton.com

Christian Peters Fannin cfannin@kreindler.com

Christin Jaye Eaton christin.eaton@faegrebd.com

Christina E. Unkel cunkel@mctlawyers.com, clibrizzi@mctlawyers.com, erika@mctlawyers.com

Christina Marie Graziano cgraziano@hausfeld.com

Christopher A. Seeger cseeger@seegerweiss.com, abadaruzzaman@seegerweiss.com, gmaglasang@seegerweiss.com, hsafdar@seegerweiss.com, mcampbell@seegerweiss.com, pamin@seegerweiss.com, ssiegel@seegerweiss.com

Christopher J. Spanos cspanos@wjnklaw.com, gsrevord@wjnklaw.com

Christopher James Baker cjbaker@heardlawfirm.com, dramirez@heardlawfirm.com

Christopher Kyle Johnston kyle@masstortslaw.com

Christopher M. Houlihan choulihan@riscassidavis.com, kking@riscassidavis.com, sstokes@riscassidavis.com

Christopher Moze Cowper mcowper@cowperlaw.com

Christopher Thomas Kirchmer ckirchmer@pulf.com

Christopher W. Dysart cdysart@dysart-law.com, dfranklin@dysart-law.com, mduffy@dysart-law.com, rspeichinger@dysart-law.com

Clarence Mark Whitehead cmw@whiteheadfirm.com, eric@whiteheadfirm.com

Clifford Alan Rieders crieders@riederstravis.com, dbueno@riederstravis.com

Clinton L. Kelly clint@kellyfirm.net, april@kellyfirm.net, info@kellyfirm.net, michele@kellyfirm.net, sheila@kellyfirm.net

Cory Holley Driggers chdriggers@mcatlaw.com, chdriggers22@gmail.com

Craig Rosenbaum cr@rosenbaumnylaw.com, ag@rosenbaumnylaw.com, ec@rosenbaumnylaw.com, kk@rosenbaumnylaw.com

Craig D. Brown cdb@meyers-flowers.com, slh@meyers-flowers.com

Craig D. Henderson chenderson@snapkalaw.com, tthomas@snapkalaw.com

D. Todd Mathews todd@gorijulianlaw.com, agabriel@gorijulianlaw.com,
cfischer@gorijulianlaw.com, dschumacher@gorijulianlaw.com, kmeyer@gorijulianlaw.com

Daniel Barton dbarton@bartonlawgroup.com, lea@bartonlawgroup.com

Daniel Aaron Rihn arihn@peircelaw.com, mrossi@peircelaw.com

Daniel Edward Seltz dseltz@lchb.com

Daniel Robert Seidman dseidman@seidmanlaw.net

Daniel S. Gruber dgruber@gruberlawfirm.com, hmartindale@gruberlawfirm.com,
rhernandez@gruberlawfirm.com

Danielle Leah Rodriguez danielle@lawrencelaws.com, rodriguezd1@nku.edu

David A. Wenner jen@snyderwenner.com, david@juryscientist.com

David B Rheingold drheingold@rheingoldlaw.com, gcornejo@rheingoldlaw.com

David B. Owen-Jimenez david@masstortslaw.com, jose@masstortslaw.com

David Bruce Krangle dkrangle@alonsokrangle.com, aalonso@alonsokrangle.com

David C. DeGreeff ddegreeff@wcllp.com, dconwell@wcllp.com, jgallas@wcllp.com

David J. Diamond ddiamond@goldbergandosborne.com, khampton@1800theeagle.com

David Karl May david@princemay.com, cknowles@cckfirm.com

David L. Augustus davidaugustus@spencer-law.com, liceasims@spencer-law.com

David L. Grebel grebel@ngklawfirm.com

David M. Peterson dmp@petersonlawfirm.com, bet@petersonlawfirm.com,
nsc@petersonlawfirm.com

David Matthew Haynie matthew@foresterhaynie.com, jay@foresterhaynie.com,
jgriffin@foresterhaynie.com

David Michael Langevin dave@westrikeback.com, filing@westrikeback.com,
ram@westrikeback.com

David P. Matthews matthewsivc@thematthewslawfirm.com,
dmatthews@thematthewslawfirm.com, jrhoades@thematthewslawfirm.com,
lsantiago@thematthewslawfirm.com, mchavez2@thematthewslawfirm.com,
msalazar@thematthewslawfirm.com

David Randolph Smith drs@drslawfirm.com, marlena@drslawfirm.com

David S. Corwin dcorwin@scwstl.com, adrinjak@scwstl.com

David Westcott Bauman dave@padberglaw.com, cassie@padberglaw.com

Dean A. Goetz dgoetz12@gmail.com, staciegoetzlaw@gmail.com

Deborah Palmer debbie@dkpalmerpllc.com

Debra J. Humphrey dhumphrey@bernllp.com, acolella@bernllp.com, anunez@bernllp.com, jcappelli@bernllp.com, jcouch@bernllp.com, jrogers@bernllp.com, kabraham@bernllp.com, kwan@bernllp.com, kwang@bernllp.com, ldecarlo@bernllp.com, pkula@bernllp.com

Denman Hilton Heard denman@heardlawfirm.com, bprice@heardlawfirm.com, dramirez@heardlawfirm.com

Don K. Ledgard DLedgard@capretz.com, DKLedgard@gmail.com

Don Milner Sowers thefirm@logganslaw.com

Donald A. Migliori dmigliori@motleyrice.com, dlmurray@motleyrice.com

Donald Patrick McKenna , Jr don@hwnn.com, lynne@hwnn.com

Dorothy J. Dohanics ddohanics@dallashartman.com, schieze@dallashartman.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, croberts@awkolaw.com

Edward Blizzard eblizzard@blizzardlaw.com, agreenberg@blizzardlaw.com, jpiper@blizzardlaw.com

Elizabeth Alice Mote liz@klhlaw.com, leigh@klhlaw.com

Elizabeth L. Dudley liz@lizdudleylaw.com

Emily Ward Roark emily@bryant.law, christina@bryant.law

Eric J. Haag ehaag@wiscinjurylawyers.com, jwiggen@wiscinjurylawyers.com

Eric M. Terry eric@thlawyer.com, kstephens@thlawyer.com

Eric Michael Friedman eric.friedman@faegrebd.com, Sherri.Gahagen@FaegreBD.com

Eric Peter Czelusta eczelusta@florinroebig.com, dewing@florinroebig.com, whf@florinroebig.com

Erin C. Murphy emurphy@leemurphylaw.com

Ethan L. Shaw elshaw@shawcowart.com, lperryman@shawcowart.com, tpessoa@shawcowart.com

Everette Scott Verhine scott@verhine.biz, lisa@verhine.biz

Fareesh S. Sarangi fareesh@sarangilaw.com

Fred Thompson , III fthompson@motleyrice.com, mbessis@motleyrice.com

Frederick R. Hovde rhovde@hovdelaw.com, kfaulk@hovdelaw.com, twhitehead@hovdelaw.com

Garry Bao Trinh garry@bighornlaw.com, evelyn@bighornlaw.com

Genevieve Mary Zimmerman gzimmerman@meshbesher.com, hsternquist@meshbesher.com

George Jerre Duzane gjduzlaw@comcast.net

George Tharin Williamson gwilliamson@farr.com, jbradsher@farr.com

Graham B. LippSmith glippsmith@klwtlaw.com, janderson@klwtlaw.com, nsmith@klwtlaw.com

Graham Lee Newman gnewman@csa-law.com, bsluce@csa-law.com

Grant Lavalle Davis gdavis@dbjlaw.net, khensley@dbjlaw.net

Gregory Dalton Bentley gbentley@zonieslaw.com, jcox@zonieslaw.com, jzonies@zonieslaw.com

Gregory David Rueb greg@rminjurylaw.com, megan@rminjurylaw.com

Gregory J. Pals greg@thedriscollfirm.com, melissa@thedriscollfirm.com, tiffany@thedriscollfirm.com

Gregory Neil McEwen gmcewen@mcewenlaw.com, thansen@mcewenlaw.com, tkrager@mcewenlaw.com

Gregory Steven Spizer gspizer@anapolweiss.com, edelvalle@anapolweiss.com

Hadley L. Matarazzo hmatarazzo@faraci.com, tzukoski@faraci.com

Halli D. Cohn halli.cohn@troutman.com, katherine.keranen@troutman.com

Henry G. Garrard , III hgarrard@bbga.com, 1971299420@filings.docketbird.com, 6543346420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Henry S Queener hqueener@queenerlaw.com, stisdale@queenerlaw.com

Howard A. Snyder howard@howardsnyderlaw.com, hmartindale@gruberlawfirm.com

Howard L. Nations charles@howardnations.com, becky.witt@howardnations.com,

kim@howardnations.com, shelley@howardnations.com

Irwin B. Levin ilevin@cohenandmalad.com, llowe@cohenandmalad.com

J. Christopher Elliott celliott@coloradolaw.net, allison.brown@coloradolaw.net, krysta.hand@coloradolaw.net

J. Curt Tanner ctanner@corywatson.com, jvc@corywatson.com

Jack E. Urquhart jurquhart@snapkalaw.com, tthomas@snapkalaw.com

Jaclyn L. Anderson janderson@klwtlaw.com

Jacob A Boyd jboyd@bencmartin.com, cguerra@bencmartin.com

Jacob A. Flint jflint@flintlaw.com, lisa@flintlaw.com, lwhitley@flintlaw.com

Jaime E. Moss moss@lkmlawfirm.com, torres@lkmlawfirm.com

James Lee , Jr jlee@leemurphylaw.com

James Piatt jpiatt@rwp-law.com, eamos@rwp-law.com, mllewellyn@rwp-law.com

James A. Morris jmorris@jamlawyers.com, demeterio@jamlawyers.com, sgreenberg@jamlawyers.com

James B Tuttle jbtesq@nycap.rr.com, barbparker@nycap.rr.com

James B. Matthews , III jmatthews@bbga.com, 2616494420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

James B. Zouras jzouras@stephanzouras.com, adahl@stephanzouras.com, aparker@stephanzouras.com, jortizacosta@stephanzouras.com, kbowers@stephanzouras.com, larbuckle@stephanzouras.com

James E. Shipley , Jr tlgservice@tatelawgroup.com, wkell@tatelawgroup.com

James Russell Segars , III tripp@diazlawfirm.com

James Stephen Bennett stephen.bennett@faegrebd.com, diane.nestleroad@faegrebd.com

James T. Capretz jcapretz@capretz.com, lawyers@capretz.com

James W. Childress jchildress@jchildresslaw.com

Jan Marie Conlin jmc@ciresiconlin.com, dll@ciresiconlin.com, mgd@ciresiconlin.com

Jane Dall Wilson jane.wilson@faegrebd.com, deborah.miller@faegrebd.com

Janet Ward Black jwblack@wardblacklaw.com, jcarter@wardblacklaw.com

Jason Paul Johnston Jason.Johnston@zimmreed.com, Tina.Olson@zimmreed.com

Jason T. Brown jtb@jtblawgroup.com, cocozguan@jtblawgroup.com, tonyteng@jtblawgroup.com

Jasper D. Ward , IV jasper@jonesward.com, sean@jonesward.com

Jeff Seldomridge jseldomridge@millerfirmllc.com, pemery@millerfirmllc.com

Jeff Ryan Gaddy jgaddy@levinlaw.com, rwoods@levinlaw.com, tgilbert@levinlaw.com

Jeff S. Gibson jgibson@cohenandmalad.com, bhovey@cohenandmalad.com, jbergeron@cohenandmalad.com, torner@cohenandmalad.com

Jeffrey D. Lipman lipmanlawfirm@aol.com

Jeffrey S. Grand jgrand@seegerweiss.com

Jennifer Nolte jnolte@allennolte.com, bwiginton@allennolte.com

Jennifer A. Lenze jlenze@lkmlawfirm.com, torres@lkmlawfirm.com

Jennifer A. Moore jmoore@gminjurylaw.com

Jerard M. Scanland jscanland@milawoffices.com

Jeremy J. Pichon jeremy@dswplaw.com, docket@dswplaw.com

Jessica Glitz jglitz@tautfestbond.com, scarr@tautfestbond.com

Jessica Benson Cox jessica.cox@faegrebd.com, cathi.snapp@faegrebd.com, jan.davis@faegrebd.com

Jim Mac Perdue jperduejr@perdueandkidd.com, mclinton@perdueandkidd.com, sgarvey@perdueandkidd.com

John A. Dalimonte john@drlawllp.com, johndalimonte@yahoo.com

John C. Duane jduane@motleyrice.com, clwhetstone@motleyrice.com, jhill@motleyrice.com

John D. Allison jdallison@eahjlaw.com, kbergland@eahjlaw.com, nikelie@eahjlaw.com

John D. Sileo jack@johnsileolaw.com, casey@johnsileolaw.com, noele@johnsileolaw.com

John H. Allen , III trey@allennolte.com, bwiginton@allennolte.com, jnolte@allennolte.com

John J. Driscoll john@thedriscollfirm.com, tiffany@thedriscollfirm.com

John Joseph Tanner joe.tanner@faegrebd.com, susan.trenary@faegrebd.com

John Paul Mandler john.mandler@faegrebd.com, kathy.olmscheid@faegrebd.com

John Reily Crone john.crone@andruswagstaff.com, jenni.mobley@andruswagstaff.com

John S. Selinger john@selingerlaw.com, glory@selingerlaw.com

John Salvatore Serpe jserpe@serpejones.com

John T. Kirtley , III jkirtley@lawyerworks.com, ivcfiling@lawyerworks.com, molvera@lawyerworks.com

Jon C. Conlin jconlin@corywatson.com, ivc@corywatson.com

Jonathan Sedgh jsedgh@weitzlux.com, dkelly@weitzlux.com, lschultz@weitzlux.com

Jonathan Andrew Knoll jknoll@cohenandmalad.com, bhovey@cohenandmalad.com, torner@cohenandmalad.com

Jonathan D. Peck jonathan@lowelawgroup.com, jonathan.peck.esq@gmail.com

Jonathan M. Ashton jashton@gallonlaw.com, mwiltshire@gallonlaw.com

Jonathan S. Mann jonm@pittmandutton.com, pdh-efiling@pittmandutton.com

Jose Tomas Ballesteros jose@masstortslaw.com, jballesteros@icloud.com

Joseph A. Mooneyham joe@mbllc.com, brittanie@mbllc.com, katy@mbllc.com, will@mbllc.com

Joseph A. Osborne josborne@realtoughlawyers.com, aromanelli@realtoughlawyers.com, rbell@realtoughlawyers.com, tcoe@realtoughlawyers.com

Joseph H. Saunders joe@saunderslawyers.com, efrem@saunderslawyers.com

Joseph Jacob Zonies jzonies@zonieslaw.com, gbentley@zonieslaw.com, jcox@zonieslaw.com

Joseph N. Williams jwilliams@rwp-law.com, eamos@rwp-law.com, jonwilli@gmail.com, mllewellyn@rwp-law.com

Joseph R. Johnson jjohnson@babbitt-johnson.com, dcodding@babbitt-johnson.com

Josh B. Wages jwages@bbga.com, 5201272420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Joshua D. Christian jchristian@christiananddavis.com, lmcquiddy@christiananddavis.com

Joshua Dallas Miller justice@torisevalaw.com

Joshua Sean Kincannon jkincannon@lomurrofirm.com, aroberts@lomurrofirm.com, smiller@lomurrofirm.com

Julia Reed Zaic julia@hrzlaw.com, Laura@hrzlaw.com

Julie E. Lamkin jlamkin@jeffreysglassman.com, jelamkin@gmail.com

Justin E. Dunlap justin@hotzerunkle.com

Justin L. Lawrence justin@lawrencelaws.com, documents@lawrencelaws.com

Justin W. Fishback jfishback@shawcowart.com

Karen Puccio ivc@corywatson.com

Karen H. Beyea-Schroeder karen.schroeder@rburnettlaw.com

Karolina Sylvia Southard ksouthard@lawdbd.com, rvanderberg@lawdbd.com

Katharine Gale Krottinger katy@monsourlawfirm.com, jennifer@monsourlawfirm.com

Kathleen Rachel Hersh-Boyle khershboyle@hershlaw.com, general@hershlaw.com

Kathryn Snapka ksnapka@snapkalaw.com, agomez@snapkalaw.com, chenderson@snapkalaw.com, dmoreno@snapkalaw.com, nmontez@snapkalaw.com, tthomas@snapkalaw.com

Katie Eidson Griffin katie@sill-law.com, david@sill-law.com, scarl@fulmersill.com

Kay L. Van Wey kay@vanweylaw.com, julie@vanweylaw.com

Keith Altman kaltman@excololaw.com, pharma@excololaw.com

Keith David Griffin kgriffin@girardikeese.com, ppaz@girardikeese.com

Keith E. Patton keith@pattonlaw.com, ecf@pattonlaw.com

Kelly Elizabeth Reardon kreardon@reardonlaw.com

Kelsey Louise Stokes kelsey_stokes@fleming-law.com

Kenneth Soh ksoh@kirklinsoh.com, jkirklin@kirklinsoh.com

Kerrianne L. Waters kwaters@wjnklaw.com, selliott@wjnklaw.com

Kevin J. Boissoneault kboisson@gallonlaw.com, mwiltshire@gallonlaw.com

Kevin M. Fitzgerald kfitzgerald@fitz-lawgroup.com, csumner@fitz-lawgroup.com

Kevin Patrick Sullivan ksullivan@salsburysullivanlaw.com, shanley@salsburysullivanlaw.com

Kimberly Lambert Adams kadams@levinlaw.com, rwoods@levinlaw.com

Kimberly May Brancato gps@meyers-flowers.com, mcp@meyers-flowers.com, slh@meyers-flowers.com

Kimberlyann A. Robards kimrobards@spencer-law.com, liceasims@spencer-law.com

Kip S.M. McDonald Kip.McDonald@FaegreBD.com, CookFilterFileclerk@FaegreBD.com, julia.manning@FaegreBD.com, rochelle.symons@FaegreBD.com

Kirk J. Goza kgoza@gohonlaw.com, ljoyce@gohonlaw.com, mkizine@gohonlaw.com

Kristen Kyle Barton kbarton@thegomezfirm.com, nstoneman@thegomezfirm.com

Kristy M. Arevalo kma@mccunewright.com, ama@mccunewright.com, cmf@mccunewright.com

Kyle Alison Cubbon kylecubbon@cubbon.com

Kyle Jared Pozan kpozan@hmelegal.com

Laci Marie Whitley lwhitley@flintlaw.com, stacy@flintlaw.com

Laura E. Smith laura@hrzlaw.com, julia@hrzlaw.com

Laura Greene Lumaghi laura@dowdlaw.net

Laura J. Baughman lbaughman@baronbudd.com, AWILSON@baronbudd.com, cguerra@bencmartin.com, spierce@baronbudd.com

Laura Lynne Voght lvoght@attorneykennugent.com, kwinkleman@attorneykennugent.com

Lauren Bronson lbronson@newmanbronson.com, ks@newmanbronson.com

Laurie Kamerrer kamerrer@lkmlawfirm.com, torres@lkmlawfirm.com

Lee Philip Teichner lee.teichner@hklaw.com, denise.perlich@hklaw.com, julia.frow@hklaw.com

Leslie MacLean lmaclean@waterskraus.com, ddaily@waterskraus.com

Leslie M. Cronen lcronen@garycjohnson.com, cfugate@garycjohnson.com, clwebb@bubalolaw.com

Levi M. Plesset lplesset@mjfwlaw.com, mfox@mjfwlaw.com

Lisa Ann Gorshe lgorshe@johnsonbecker.com, edusbabek@johnsonbecker.com

Llonyddwch Rhyddid Watkins Rhyddid.watkins@FaegreBD.com, Carol.wildt@FaegreBD.com

Lloyd W. Gathings , II lgathings@gathingslaw.com, arice@gathingslaw.com

Lucas J. Foust lfoust@foustlaw.net, secretary@foustlaw.net

Lynnette Simon Marshall lmarshall@wvpersonalinjury.com, pwhitlock@wvpersonalinjury.com

Marc Weingarten mweingarten@lockslaw.com, lbriggs@lockslaw.com

Marc D. Portlock mportlock@stathisleonardis.com, gkapcsandi@stathisleonardis.com

Margaret M. Branch mbranch@branchlawfirm.com, afunk@branchlawfirm.com, bleeway@branchlawfirm.com, psanchez@branchlawfirm.com

Maria Schiuma Fischer maria@ddpalaw.com, service@ddpalaw.com

Marian S. Rosen marian@rosenspearslaw.com, diana@rosenspearslaw.com

Mark A. Tate tlgservice@tatelawgroup.com

Mark D. Samson msamson@kellerrohrback.com, kathy-kendrick-5008@ecf.pacerpro.com

Mark E. Stephenson mes@tsohiolaw.com, firm@tsohiolaw.com

Mark Edward Berns berns@onderlaw.com, schoemehl@onderlaw.com

Mark Mathew Kitrick mkitrick@klhlaw.com, leigh@klhlaw.com

Mark P. Bryant mark@bryant.law, christina@bryant.law

Mark R. Niemeyer niemeyer@ngklawfirm.com, eagan@ngklawfirm.com

Marlene Jaye Goldenberg mjgoldenberg@goldenberglaw.com, csand@goldenberglaw.com, emodl@goldenberglaw.com

Martin G. Rubenstein rubenstein@levybaldante.com, egemberling@levybaldante.com

Martin P. Schrama mschrama@stark-stark.com, rpettiford@stark-stark.com, scw@stark-stark.com

Matthew David Schultz mschultz@levinlaw.com, tgilbert@levinlaw.com

Matthew E. Munson matt.munson@beasleyallen.com, renee.lindsey@beasleyallen.com

Matthew J. Riley mriley@shawcowart.com, scole@shawcowart.com

Matthew John Skikos mskikos@skikos.com, dsimon@skikos.com, jtucci@skikos.com

Matthew Lee White mattwhiteatty@aol.com, cjones@grayandwhitelaw.com, kmadaj@grayandwhitelaw.com, mwhite@grayandwhitelaw.com

Matthew R. Lopez mlopez@lopezmchugh.com, alopez@lopezmchugh.com, mjones@lopezmchugh.com, mwass@lopezmchugh.com

Matthew R. McCarley mccarley@fnlawfirm.com, afurness@fnlawfirm.com, cnakagai@fnlawfirm.com, cware@fnlawfirm.com, jwesley@fnlawfirm.com, vmcneme@fnlawfirm.com

Matthew S. Mokwa mmokwa@maherlawfirm.com, mrayser@maherlawfirm.com

Max Petrunya mpetrunya@peircelaw.com, adudley@peircelaw.com

Melanie J. Garner mgarner@lockslaw.com, gdanzi@lockslaw.com

Melanie Knies Schmickle pharma@swmwlaw.com, melanie@swmwlaw.com

Melissa Mielke mmielke@skikos.com, jtucci@skikos.com

Melissa A. Goodman mag@ciresiconlin.com, alr@ciresiconlin.com

Melissa Fry Hague hague@lawgsp.com, puzzella@lawgsp.com

Merritt Elizabeth Cunningham mcunningham@stagliuzza.com, bwilliams@stagliuzza.com

Michael Heaviside mheaviside@hrzlaw.com, salbers@hrzlaw.com

Michael Stag mstag@smithstag.com, nmartin@smithstag.com

Michael B. Leh mleh@lockslaw.com, ahouchins@lockslaw.com, jgalzarano@lockslaw.com

Michael Brandon Smith bsmith@cssfirm.com, gstanton@cssfirm.com, kackerman@cssfirm.com

Michael C. Glass mglass@rappaw.com, cdonovan@rappaw.com

Michael D. Bell mbell@gallonlaw.com, mwiltshire@gallonlaw.com

Michael G. Guajardo mike@guajardomarks.com, christina@guajardomarks.com, kaitlyn@guajardomarks.com

Michael George Phelan mphelan@phelanpetty.com, dwood@phelanpetty.com

Michael J. Hart mjhart@scwstl.com

Michael J. Walsh mwalsh@walshwoodard.com, cculmone@walshwoodard.com, mmartineau@walshwoodard.com

Michael Joseph Quillin quillin@osclaw.com, sutton@osclaw.com

Michael S. Kruse kruse@ngklawfirm.com, toth@ngklawfirm.com

Michael T. Gallagher donnaf@gld-law.com, pamm@gld-law.com

Michael T. Mertz mmertz@hurley-law.com, ccromydas@hurley-law.com, fverta@hurley-law.com, kdastrup@hurley-law.com, mcondon@hurley-law.com

Michelle L. Tiger mtiger@youmancaputo.com, kmcsorley@youmancaputo.com

Misty Ann Farris mfarris@fnlawfirm.com, cguerra@bencmartin.com

Monte Bond mbond@tautfestbond.com, emartinez@tautfestbond.com, jglitz@tautfestbond.com, nnicholson@tautfestbond.com, scarr@tautfestbond.com

Nancy Hersh nhersh@hershlaw.com, general@hershlaw.com

Nancy Ann Mismash nmismash@robertdebry.com, lharper@robertdebry.com

Nathan A. Buttars nate@lowelawgroup.com

Nathan Arvel Duncan nathan@dhhlawfirm.com, terra@dhhlawfirm.com

Nathan Craig Van Der Veer nate@frplegal.com, jbayse@frplegal.com, klove@frplegal.com

Nathaniel Kelly Scearcy nscearcy@potts-law.com, etaylor@potts-law.com

Nicholas Blake Alford Nicholas.Alford@FaegreBD.com, deborah.miller@faegrebd.com, sarah.sharp@faegrebd.com

Nicholas R. Farnolo nfarnolo@napolilaw.com, 2520801420@filings.docketbird.com, fcox@napolilaw.com

Nicole K.H. Maldonado nmaldonado@baumhedlundlaw.com, 6596797420@filings.docketbird.com, denglish@baumhedlundlaw.com, dphillips@baumhedlundlaw.com, fvillatoro@baumhedlundlaw.com, sbeam@baumhedlundlaw.com

Nicole Marie Martell service@ddpalaw.com, nicole@ddpalaw.com

Oluwaseun Adetoun Adeyemi masstorts@roxellrichards.com, adeyemiseun89@gmail.com, rr@roxellrichards.com

Omar Mark Zamora mark@markzamora.com, cara@markzamora.com, kristia@orlandofirm.com

Pamela A. Borgess pborgess@borgesslaw.com, ebrogan@borgesslaw.com

Patrick H. Garrard pgarrard@bbga.com, 4949990420@filings.docketbird.com,

bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Patrick H. Reilly patrick.reilly@faegrebd.com, dianne.armstroff@faegrebd.com

Patrick J. Condron thefirm@logganslaw.com

Patrick Micheal Regan pregan@reganfirm.com, ekerns@reganfirm.com

Patrick Thomas Fennell patrick@fmtrials.com, carey@fmtrials.com, rwood@crandalllaw.com

Paul L. Stoller paul.stoller@gknet.com, felice.wortman@gknet.com

Paul T. Boudreaux paul@rrbok.com, kelly@rrbok.com

Peter Andrew Miller pmiller@millerdellafera.org, kroach@millerdellafera.org

Peter C Wetherall pwetherall@wetherallgroup.com, admin@wetherallgroup.com, evelynhaw2017@gmail.com, lolson@wetherallgroup.com

Peter E. Goss pgoss@goss-lawfirm.com, jcampain@goss-lawfirm.com

Peter J. Flowers pjf@meyers-flowers.com, amr@meyers-flowers.com, kaz@meyers-flowers.com

Peyton P. Murphy peyton@murphylawfirm.com, courtney@murphylawfirm.com, devynn@murphylawfirm.com, kacia@murphylawfirm.com

Philip A. Pendergrass , Jr philip@schneiderhammers.com

Phillip Bohrer phil@bohrerbrady.com

Rachel Beth Abrams rabrams@levinsimes.com, bsund@levinsimes.com, dfleissig@levinsimes.com, jcwilletts@levinsimes.com, jjohnson@levinsimes.com

Ramon R. Lopez rlopez@lopezmchugh.com, mwass@lopezmchugh.com

Rand P. Nolen rand_nolen@fleming-law.com, pam_myers@fleming-law.com

Randal A. Kauffman rkauffman@hdhtex.com, lblevins@hdhtex.com

Randi Kassan rkassan@thesandersfirm.com, ivcfilterteam@thesandersfirm.com

Rhett A. McSweeney ram@westrikeback.com, dave@westrikeback.com, filing@westrikeback.com, mark@westrikeback.com, melanie@westrikeback.com

Richard J. Rosenblum rrosenblum@rubin-machado.com, srubin@rubin-machado.com

Richard James Serpe rserpe@serpefirm.com, alex@serpefirm.com

Richard Joseph Plezia efile@rplezialaw.com

Richard Sanford Lewis rlewis@hausfeld.com, adorsey@hausfeld.com

Richard W. Schulte rschulte@yourlegalhelp.com, cartim@yourlegalhelp.com, jgebelle@yourlegalhelp.com

Riley L. Burnett , Jr rburnett@rburnettlaw.com

Robert Bruce Warner bwarner@wvpersonalinjury.com, pwhitlock@wvpersonalinjury.com

Robert J. Binstock bbinstock@reichandbinstock.com, atorres@reichandbinstock.com, mephron@reichandbinstock.com

Robert J. Evola roberte@slchapman.com, docket@slchapman.com

Robert J. Fenstersheib rjf@fenstersheib.com, sfl@fenstersheib.com, smh@fenstersheib.com

Robert John McLaughlin rmclaughlin@hmelegal.com

Robert Kirtley Finnell cook-ivc@finnellfirm.com

Robert Louis Kinsman robert@krauseandkinsman.com, marie@krauseandkinsman.com

Robert M. Hammers , Jr rob@schneiderhammers.com, abbie@schneiderhammers.com

Robert Roy Luke legal@lukefirm.com, dbarton@bartonlawgroup.com, info@lukefirm.com, Lindsey@lukefirm.com, lynee@bartonlawgroup.com, robert@lukefirm.com

Robert Sadler Bailey sbailey@baileygreer.com

Robert T. Naumes , Jr bnaumes@jeffreysglassman.com

Rodrigo R. de Llano rod@dandell.com, ivc@dandell.com

Roger L. Mandel rmandel@jeevesmandellawgroup.com, khill@jeeveslawgroup.com

Ronald Cox rcox@proffittcox.com, nfisher@proffittcox.com

Roopal P. Luhana luhana@chaffinluhana.com, aichinger@chaffinluhana.com, cohn@chaffinluhana.com, szumla@chaffinluhana.com

Rosemarie Riddell Bogdan rrbivccook@1800law1010.com, kawivccook@1800law1010.com, mmhivccook@1800law1010.com

Roxell Ann Richards rr@roxellrichards.com, masstorts@roxellrichards.com

Russell Wills Budd rbudd@baronbudd.com, awilson@baronbudd.com, dmacdonald@baronbudd.com, lbaughman@baronbudd.com

Ryan A. Keane ryan@keanelawllc.com, alex@keanelawllc.com

Ryan Everett Hodge hodgelaw@kansaslaw.com, frontdesk@kansaslaw.com, tammy@kansaslaw.com

Ryan F. Stephan rstephan@stephanzouras.com, adahl@stephanzouras.com, aparker@stephanzouras.com, jortizacosta@stephanzouras.com, jzouras@stephanzouras.com, kbowers@stephanzouras.com, larbuckle@stephanzouras.com

Sally R. Bage sbage@waterskraus.com, ddaily@waterskraus.com

Samuel Mason Wendt sam@wendtlaw.com, micaela@wendtlaw.com

Sander Esserman esserman@sbep-law.com, cguerra@bencmartin.com, moore@sbep-law.com

Sandy A. Liebhard liebhard@bernlieb.com, adeng@bernlieb.com, cbeboe@bernlieb.com, Dweck@bernlieb.com, lsaini@bernlieb.com

Sarah Ann Wolter sarah.wolter@andruswagstaff.com, c.j.cuneo@andruswagstaff.com, darlene.ambrosine@andruswagstaff.com, jenni.suhr@andruswagstaff.com

Scott Brady scott@bohrerbrady.com, greta@bohrerbrady.com

Scott Kehlenbrink skehlenbrink@jchildresslaw.com

Scott R. Seideman sseid@seidlaw.com, mhoppe@seidlaw.com

Sean J. Stokes sstokes@riscassidavis.com

Sean T. Keith skeith@arkattorneys.com, kitty@arkattorneys.com, mboling@arkattorneys.com

Seth S. Webb sethw@getbc.com, andeem@getbc.com, lizl@getbc.com, megano@getbc.com

Shawn Gayland Foster sfoster@dbjlaw.net, lmcwhorter@dbjlaw.net

Sheila M. Bossier sbossier@bossier-law.com

Shezad Malik drmalik@shezadmalik.com, ryan@shezadmalik.com

Sofia E. Bruera sofia@brueralaw.com, melanie@brueralaw.com

Stephen B. Caplin sbcaplin@gmail.com, joni_strahl@hotmail.com

Stephen Barnett Murray , Jr smurrayjr@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, dlowell@murray-lawfirm.com, kbeck@murray-lawfirm.com

Steven B. Rotman srotman@hausfeld.com

Steven C. Ruth ivc@getjustice.com, ndavis@getjustice.com

Stuart E. Scott sscott@spanglaw.com, ecampbell@ecf.courtdrive.com, ecampbell@spanglaw.com, pfrietchen@ecf.courtdrive.com, pfrietchen@spanglaw.com, sschebek@ecf.courtdrive.com, sschebek@spanglaw.com, sscott@ecf.courtdrive.com

Stuart F. Cubbon stucubbon@cubbon.com, vcase@cubbon.com

Stuart Lee Goldenberg slgoldenberg@goldenberglaw.com, csand@goldenberglaw.com

Stuart Marshall Salsbury ssalsbury@salsburysullivanlaw.com, shanley@salsburysullivanlaw.com

T. Aaron Stringer aaron@lowelawgroup.com, tastringer@gmail.com

T. Matthew Leckman mleckman@pbmattorneys.com, jlowe@pbmattorneys.com, staylor@pbmattorneys.com

TaKeena Monette Thompson tthompson@cohenandmalad.com, bhovey@cohenandmalad.com

Terence John Sweeney sweeneylawfirm@optonline.net, tsweeneylawfirm@gmail.com

Teresa C. Toriseva justice@torisevalaw.com

Thomas B. Calvert tom@calvertaplc.com, carole@calvertaplc.com

Thomas Christopher Trent ctrent@johnsontrent.com, cking@johnsontrent.com, ddaniels@johnsontrent.com

Thomas Edward Florek tflorek@florekmorganlaw.com, thomasfloreklaw@gmail.com

Thomas H. Terry, III tterry@tterry-law.com

Thomas P. Cartmell tcartmell@wcllp.com, m.goldwasser@wcllp.com

Thomas T. Merrigan tom@sweeneymerrigan.com, tucker@sweeneymerrigan.com

Thomas W. Arbon tarbon@bencmartin.com, cguerra@bencmartin.com, tbolton@bencmartin.com

Timmy K. Goss tim@freeseandgoss.com, brenda@freeseandgoss.com, yvette@freeseandgoss.com

Timothy A. Litzenburg tlitzenburg@millerfirmllc.com, jseldomridge@millerfirmllc.com, kunderwood@millerfirmllc.com

Timothy E. Grochocinski tim@nbafirm.com, kris@nbafirm.com

Timothy J. Freiberg freiberglaw@gmail.com

Todd C. Comeaux TC@comeauxlawfirm.com, courtney@murphylawfirm.com, devynn@murphylawfirm.com, kacia@murphylawfirm.com

Todd Eugene Hilton hilton@stuevesiegel.com, joyce@stuevesiegel.com, mcclellan@stuevesiegel.com, olivas@stuevesiegel.com, perez@stuevesiegel.com, williams@stuevesiegel.com

Todd Mitchell Rubin trubin@finzfirm.com, efile@finzfirm.com

Tracy Cinocca tcinocca@cinoccalaw.com, kthompson@cinoccalaw.com

Troy A. Brenes tbrenes@breneslawgroup.com, jsabol@breneslawgroup.com

Turner W. Branch tbranch@branchlawfirm.com, afunk@branchlawfirm.com, bleeway@branchlawfirm.com, doshea@branchlawfirm.com, ksmith@branchlawfirm.com, psanchez@branchlawfirm.com

Victoria Redstone Calhoon victoria.calhoon@faegrebd.com

Wendy R. Fleishman wfleishman@lchb.com, creyes@lchb.com, dleathers@lchb.com, dmahajan@lchb.com, dseltz@lchb.com

Wes Scott Larsen wes@jvwlaw.net, candice@jvwlaw.net

Wilfried Hermann Florin whf@florinroebig.com, DEwing@florinRoebig.com, ECzelusta@FlorinRoebig.com

Willard J. Moody , Jr will@moodyrrlaw.com, courtney@moodyrrlaw.com, jhogins@moodyrrlaw.com, renee@moodyrrlaw.com

William Cafaro bcafaro@cafaroesq.com, abuzin@buzinlaw.com, nduran@cafaroesq.com

William Curtis bcurtis@curtis-lawgroup.com, jgomez@curtis-lawgroup.com

William Rivera-Alvarez william@masstortslaw.com

William Alton Maxey will@mbllc.com, katy@mbllc.com

William F. Blankenship , III bill@blankenshiplaw.com, jeanette@blankenshiplaw.com

William Henry Barfield bill@mcdonaldworley.com, scott@mcdonaldworley.com, trina@mcdonaldworley.com, williambarfield@icloud.com

Wolfgang Mueller wolf@wolfmuellerlaw.com, bobbi@wolfmuellerlaw.com, jan@wolfmuellerlaw.com

Yvonne M. Flaherty ymflaherty@locklaw.com, brgilles@locklaw.com, rnzubiate@locklaw.com

Zachary Paul McFarlane zmcfarlane@fittslawfirm.com, vmena@fittslawfirm.com

**1:14-ml-02570-RLY-TAB Notice has not been electronically mailed to:**

BARD PERIPHERAL VASCULAR, INC.

C.R. BARD, INC.

COOK CANTON, LLC

COOK DENMARK HOLDING APS

COOK POLYMER TECHNOLOGY

DOES I-XXX

RAPID CITY REGIONAL HOSPITAL, INC.

ROE CORPORATIONS XXI-XL

ANDREA MADDOCK

ANNIE JOHNSON

Adam Daniel Pollock
Serpe Jones Andrews Callender & Bell
2929 Allen Parkway
Suite 1600
Houston, TX 77019

Alexandra B Caggiano
WEINSTEIN COUTURE PLLC
601 UNION STREET, SUITE 2420
SEATTLE, WA 98101

Anna Emem Imose
McAfee & Taft (Tulsa)
TWO W SECOND ST STE 1100
TULSA, OK 74103

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

BAILIE DAVIS


BARBARA PAINE


BESSIE BELL


BEVERLY FOSTER


BILL MILLER


Benjamin Robert Couture
WEINSTEIN COUTURE PLLC
601 UNION STREET, SUITE 2420
SEATTLE, WA 98101

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

C Timothy Reynolds
Steed Dunnill Reynolds Bailey Stephenson LLP
One Horizon Ridge
1010 W Ralph Hall Pkwy, 2nd Floor
Rockwall, TX 75032


CALVIN D. GRIFFIN


CARL MARTIN


CARLENE E COVINGTON


CARMEN SIMPSON


CARRIE R. CAPOUELLEZ
LOPEZ MCHUGH LLP
214 FLYNN AVENUE
MOORESTOWN, NJ 08057


CORY CLARK

CYNTHIA GUZMAN


Caleb B. David
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339

Caleb Hoff Didriksen , III
Didriksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

Carl A Woods , III
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Cassidy M. Stalley
Lynn, Jackson, Shultz & Lebrun, PC
PO Box 8250
Rapid City, SD 57709-8250

Christian F Pereira
Christian F Pereira Law Offices
249 East Ocean Boulevard Suite 814
Long Beach, CA 90802

Christopher Lashier


Christopher Jordon Nassar
Rodolf & Todd
401 S BOSTON AVE STE 2000
TULSA, OK 74103

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960


DANIEL CANNON

DAVID SIMPSON


DONALD K RUFFING, SR


DONNA GRACE STEPHENS


DOROTHY CUSHLEY


David Carl Anderson
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

David Lewis Shuman
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339

Debra Tedeschi Varner
MCNEER HIGHLAND MCMUNN & VARNER
P. O. Drawer 2040
Clarksburg, WV 26302-2040


ELIZABETH LAWLER


ENOCH SURLES


EVERETTE LARRY HODGES


Emily A. Kolbe
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309

Ephraim Samuel Geisler
Aylstock, Witkin, Kreis & Overholtz, Pllc

17 East Main Street
Suite 200
Pensacola, FL 32502

Evan M Zucker
BARON AND BUDD PC
15910 Ventura Boulevard Suite 1600
Encino, CA 91436

FRANK PAINE


GARY WAYNE HEAD


GLETA DICKEY


GREGORY DENTON


Gabriel M Mendoza
Easton & Easton, LLP
650 Town Center Drive
Suite 1850
Costa Mesa, CA 92626

HEIDI OUBRE


HELEN J. WINGO


HOLLY MCKEITHEN


Heather K. D'Onofrio
THE D'ONOFRIO FIRM
10 BEATTY ROAD
SUITE 200
MEDIA, PA 19063

Herman Dooley, Jr.


Howard D Ruddell
Faegre Baker Daniels LLP
11766 Wilshire Boulevard Suite 750
Los Angeles, CA 90025

Iveliz Lizy Cardenas-Santiago
Matthews Assoc
2905 Sackett St
Houston, TX 77098

JAMES DEAN


JAMES SEAL


JASON BOURCIER


JENNIE CASTROMAN


JESSICA REYNOLDS


JESUS GUTIERREZ


JOANN BOZE


JOHN CORNEW
409 E Maple Ave
Lindenwold, NJ 08021

JOHN KALASUNAS


James Craig Buchan
McAfee & Taft (Tulsa)
TWO W SECOND ST STE 1100
TULSA, OK 74103

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129-

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604


Jennifer M Andrews

Naman Howell Smith & Lee LLC
306 Wst 7th Street, Suite 405
Fort Worth, TX 76102-4911

John F McCormick , Jr
Sherwood & McCormick
15 W 6TH ST STE 2112
TULSA, OK 74119

John Pinckney Harloe , III
FREESE & GOSS PLLC
3031 Allen Street
Dallas, TX 75204

Johnny Johnson

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041

Julie L. Rhoades
ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND
800 Commerce St.
Houston, TX 77002

KAREN HOLLOWAY

KEVIN BANKS

KIMBERLY ROBERTS
22 Pine Street
Mt. Holly, NJ 08060

Kevin L. Edwards
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street
Suite 100
Dallas, TX 75204

LATECHIA HESTER

LEOBARDO LOPEZ GUZMAN


LYNELL G. WASHINGTON


Leslee Nicole Haas
Johnson, Trent & Taylor, LLP
919 Milam
Suite 1700
Houston, TX 77002

Lizy Santiago
ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND
800 Commerce St.
Houston, TX 77002

Lonnie R. Braun
Thomas Braun Bernard & Burke, LLP
4200 Beach Drive
Suite 1
Rapid City, SD 57702

MARGARET KALASUNAS


MARK ANTHONY MASON


MARTHA FERNANDEZ


MICHAEL BRANHAM


MICHAEL HESTER


MICHELLE NICHOLSON


MYRTLE WILLIAMS


Marc G. Cowden
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

Matthew Dumont Clark

FAEGRE BAKER DANIELS LLP (CO)
3200 WELLS FARGO CENTER
1700 LINCOLN ST
DENVER, CO 80203

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Maya G Brenes
Brenes Law Group PC
16A Journey Suite 200
Long Beach, CA 90802

Michael Anthony Secret
MCNEER HIGHLAND MCMUNN & VARNER
P. O. Drawer 2040
Clarksburg, WV 26302-2040

Michael Franklin Smith
McAfee & Taft (Tulsa)
TWO W SECOND ST STE 1100
TULSA, OK 74103

Michael G. Daly
POGUST BRASLOW & MILLROOD LLC
161 Washington Street
Suite 940
Conshohocken, PA 19428

Michael Lee Carr
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

NATHAN HADDAD

Nathaniel Thomas Smith
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

Neal Lewis Moskow
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825

Nicholas Graham

Lopez McHugh LLP
100 Bayview Circle
Suite 5600
Noewport Beach, CA 92660

Nicole G Andrews
Serpe Jones Andrews Callender & Bell
2929 Allen Parkway
Suite 1600
Houston, TX 77019

Ora Meriedy

PATRICK MINOGUE

PENELOPE A. ALLEN

Pedro de la Cerda
Edwards and de la Cerda PLLC
3031 Allen Street Suite 100
Dallas, TX 75204

Penny R. Dooley

Peter De La Cerda
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street, Suite 100
Dallas, TX 75204

Philip Sholtz
THE DRISCOLL FIRM, P.C.
211 N. Broadway
40th Floor
St. Louis, MO 63102

RAYDON B. ALLEN

RONALD G. FETCHKO

RYBURN V. ANDERSON

Randall Howard Stefani
AHLERS & COONEY, P.C.

100 Court Avenue, Suite 600
Des Moines, IA 50309

Rhett Conlon Parker
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311

Richard A Capshaw
Capshaw & Associates
3500 Maple Avenue, Suite 1100
Dallas, TX 75219

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

Robert R. Hearn
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311

Roland K Tellis
BARON AND BUDD PC
15910 Ventura Boulevard Suite 1600
Encino, CA 91436

SANDRA MICHEAU

SHARON J. ARDIZZONE

Sharon Carlstedt Britton
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311

Steven Ernest Holden
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

Steven J. Oberg
Lynn, Jackson, Shultz & Lebrun, PC

PO Box 8250
Rapid City, SD 57709-8250

Steven R. Maher
MAHER GUILEY AND MAHER
631 West Morse Blvd., #200
Winter Park, FL 32789

TERESA MONZELL PENDLETON


TERRY WARR


TERRY L. WINGO


THOMAS LYKES


TIMOTHY BEASLEY


TRALVE W. BASS


TRINA A. MOORE


Tarifa Belle Laddon
Faegre Baker Daniels LLP
11766 Wilshire Boulevard Suite 750
Los Angeles, CA 90025

Terence R. Quinn
Goodsell Quinn, LLP
246 Founders Park Dr.
Suite 201
PO Box 9249
Rapid City, SD 57709-9249

Theodore Clayton Sherwood
Sherwood & McCormick
15 W 6TH ST STE 2112
TULSA, OK 74119


Thomas Meriedy


Tim K Goss

Freese & Goss PLLC
3500 Maple Ave., Suite 1100
Dallas, TX 75219
United Sta

Timothy C Bolton
Law Offices of Ben C. Martin
3710 Rawlins Street
Suite 1230
Dallas, TX 85219

Timothy P. Lupardus
LUPARDUS LAW OFFICE
P. O. Box 1680
Pineville, WV 24874-1680

VICKI MILLER

VINCENT WALTON

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

W. Douglas Easton
Easton & Easton, LLP
650 Town Center Drive
Suite 1850
Costa Mesa, CA 92626

WALLACE DICKEY, JR

WILLIAM BENTON EDWARDS

WILNAR JEANNE JULMISTE
ANDERSON GLENN LLP - BOCA RATON FL
2201 NW CORPORATE BLVD
STE 100
BOCA RATON, FL 33431

WILSON WILLIAMS

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=2/21/2019] [FileNumber=6219515-0]
[0d9eccb85d46c830efabc1ea72b08e3a15c7578743b000f625c10d822043595890f06
127e676caa559b802b2e6c917eb9b9c8869485dd5c60ca06e465b542aa9]]
**Document description:**Exhibit A - Schedule of Plaintiffs That Have Failed to Produce a Categorization Form
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=2/21/2019] [FileNumber=6219515-1]
[2cc93f0d4f05c125d3da8273e8d5dc8c9b2be82ab065757fe128f5ab49d56b98857f8
65e6f4225ed5d3302f120b45539b8b005a3b5a6bdead4cf73fdc72593b3]]
**Document description:**Exhibit B - Schedule of Plaintiffs That Have Failed to Produce Records in Support of Their Categorization Form
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=2/21/2019] [FileNumber=6219515-2]
[060a6bb6ef59916d2438edebb3a78e0cef93b3b3d4d4081eea0abbf20a25396271fee
f65a21ec0a06fdaf7deab4558dcba572ab22b215c9351e12794b04b10ac]]
**Document description:**Exhibit C - Schedule of Plaintiffs That Submitted Categorization Forms Following Cook Defendants' Motion to Dismiss
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=2/21/2019] [FileNumber=6219515-3]
[b62ef99868a286c725d7753420b630175ed21492257172720f8e8d04186fca647f254
994464e7ce159624530bc385d850e09736f237addf2d70889b2b1a2d9b0]]
**Document description:**Exhibit D - Schedule of Plaintiffs That Filed Following November 21, 2018, That Have Not Submitted a Categorization Form
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=2/21/2019] [FileNumber=6219515-4]
[9bf6cb07d44ce7357141a801aa7f4e9e67510794ad750b2b82c01c7e2db24be797a5a
df189fd52a6e8dd84daf432f179daaa8b560066f364d7718e95c167dbfd]]