IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):

SHIRLEY MAZZUCCO and MARK MAZZUCCO,

Civil Case No.1:19-cv-664-RLY-TAB

## STIPULATED DISMISSAL WITH PREJUDICE

The Parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated this 2nd day of April, 2021.

| Attorneys for Plaintiff(s): | Attorneys for Defendants: |
|---|---|
| /s/ Douglass A. Kreis | /s/ Andrea Roberts Pierson |
| Douglass A. Kreis | Andrea Roberts Pierson |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | FAEGRE DRINKER BIDDLE & REATH LLP |
| Email: dkreis@awkolaw.com | Email: andrea.pierson@faegredrinker.com |
| 17 East Main Street, Suite 200 | 300 North Meridian Street, Suite 2500 |
| Pensacola, Florida 32502 | Indianapolis, IN 46204 |
| Phone: (850) 202-1010 | Phone: (317) 237-0300 |
| Facsimile: (850) 916-7449 | Facsimile: (317) 237-1000 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.132237046.01