IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):

JONISUE CAROL JO MINOR,

Civil Case No.1:17-cv-339-RLY-TAB

## STIPULATED DISMISSAL WITH PREJUDICE

The Parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed

with prejudice. Each party shall bear its own fees and costs.

Dated this 2nd day of April, 2021.

Attorneys for Plaintiff(s):

/s/ Douglass A. Kreis
Douglass A. Kreis
AYLSTOCK, WITKIN, KREIS &
    OVERHOLTZ, PLLC
Email: dkreis@awkolaw.com
17 East Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

Attorneys for Defendants:

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE &
    REATH LLP
Email: andrea.pierson@faegredrinker.com
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-0300
Facsimile:  (317) 237-1000

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.132237050.01