IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed with prejudice.
Dated:  Apr 02, 2021
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTIES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Stephen Rifner and Shirley Rifner
Civil Case No.  1:20-cv-00053

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Stephen Rifner and Shirley Rifner by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:20-cv-00053) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/21/20

Respectfully submitted,

**FLINT LAW FIRM, LLC**

*/s/ Laci M. Whitley*
Laci M. Whitley
Missouri Bar No. 66675
Illinois Bar No. 6314263
222 East Park Street, Suite 500
Edwardsville, IL 62025
Telephone: (618) 288-4777
Fascimile: (618) 288-2864

**ATTORNEYS FOR PLAINTIFFS**