**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

> APPROVED. Case is dismissed with prejudice.
> Dated: Apr 02, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

*David Noghreyan*
*Civil Case #: 1:19-cv-03017*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, David Noghreyan, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:19-cv-03017 filed on July 19, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 21, 2020                     Respectfully Submitted,

**THE BARNES FIRM, PC**

/s/ Joe Vazquez
Joe Vazquez, Esq
420 Lexington Avenue, Suite 2140
New York, New York 10170
Telephone (800) 800-0000
Fax (800) 853-5153
Joe.Vazquez@thebarnesfirm.com
Attorney for Plaintiff