> APPROVED. Case is dismissed with prejudice.
> Dated: Apr 02, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
<u>Carl Chester, Decedent</u>

Civil Case # <u>1:17-cv-02798</u>

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Carl Chester, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to all Defendants in this particular Civil Action No. 1:17-cv-02798-RLY-TAB filed on August 16 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Respectfully submitted,
By: <u>/s/Richard J. Plezia</u>
Texas Bar No. 16072800
**RICHARD J. PLEZIA & ASSOCIATES**
2909 Hillcroft Ave., Suite 575
Houston, Texas 77057
Telephone: 713-800-1151
Facsimile: 281-602-7735
efile@rplezialaw.com
**Counsel for Plaintiff**

1