APRIL 1, 2021

Juan F. Turcios/AKA Eric
F. Santiago #1790019
3 JESTER ROAD
RICHMOND, TX 77406-8544

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
 OFFICE OF THE CLERK
121 W. SPRING STREET ROOM 210
NEW ALBANY, IN. 47150

In-re: Correction on addressing incoming mail.

**FILED**

**04/05/2021**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

Dear Clerk,

Please note that any mailing items send to me at the above prison need only name as shown on the right top of this letter, as the Texas Department of Criminal Justice has nothing to do with my correspondence, their name needs to be deleted, thank you for you correcting this matter.

NOTE: This is to avoid any interruption due to the many inmates sueing TDCj.

Eric Franklin Santiago/aka

ERIC FRANKLIN SANTIAGO #1790019
3 JESTER ROAD   JESTER III
RICHMOND, TX 77406-0544



NORTH HOUSTON TX 773
2 APR 2021 PM 6 L

**FILED**

APR -5 2021

U.S. DISTRICT COURT
NEW ALBANY, INDIANA

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF INDIANA OFFICE OF THE CLERK
121 W. SPRING STREET, ROOM 210
NEW ALBANY, INDIANA 47150-0000

47150-999855