ERIC FRANKLIN SANTIAGO #1790019
3 JESTER ROAD   JESTER III
RICHMOND, TX 77406-0544

NORTH HOUSTON TX 773

2 APR 2021 PM 6 L



**FILED**

APR -5 2021

U.S. DISTRICT COURT
NEW ALBANY, INDIANA

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
OF INDIANA OFFICE OF THE CLERK
121 W. SPRING STREET, ROOM 210
NEW ALBANY, INDIANA  47150-0000

47150-999855