> APPROVED. Case is dismissed with prejudice.
> Dated: Apr 02, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   ALYSSA N. JUONI

Civil Case # 16-cv-02184

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Alyssa N. Juoni, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No: 16-cv-02184 filed on August 16, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 22, 2020

                                    Respectfully submitted,

                                    /s/ Rand P. Nolen
                                    Rand P. Nolen (Pro Hac Vice)
                                    Texas Bar No. 00788126
                                    **FLEMING, NOLEN & JEZ, L.L.P.**
                                    2800 Post Oak Blvd., Suite 4000
                                    Houston, Texas 77056-3109
                                    Telephone: (713) 621-7944
                                    Facsimile: (713) 621-9638
                                    Email: rand_nolen@fleming-law.com

                                    *Attorneys for Plaintiff*