> APPROVED. Case is dismissed with prejudice.
> Dated: Apr 02, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   MARK D. KIDWELL, JR.

Civil Case #  18-cv-01304

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Mark D. Kidwell, Jr., by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No: 18-cv-01304 filed on April 30, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 22, 2020

Respectfully submitted,

/s/ Rand P. Nolen
Rand P. Nolen (Pro Hac Vice)
Texas Bar No. 00788126
**FLEMING, NOLEN & JEZ, L.L.P.**
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-3109
Telephone:  (713) 621-7944
Facsimile:   (713) 621-9638
Email:  rand_nolen@fleming-law.com

*Attorneys for Plaintiff*