IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Apr 02, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

1:16-cv-01911-RLY-TAB  JANET L. CAVANAUGH

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Janet L. Cavanaugh, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:16-cv-01911-RLY-TAB filed on July 18, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 22, 2020                    Respectfully Submitted,

**PITTMAN, DUTTON & HELLUMS, P.C.**

/s/ Jonathan S. Mann
Jonathan S. Mann, Esquire
2001 Park Place N., Ste 1100
Birmingham, AL 35203
Telephone: (205) 322-8880
Facsimile:  (205)328-2711
Email: jonm@pittmandutton.com

*Attorney for the Plaintiff*