IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed with prejudice.
Dated: Apr 02, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Justin Losowski
Civil Case No. 1:17-cv-02297-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Justin Losowski, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:17-cv-02297-RLY-TAB) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/22/2020

Respectfully submitted,

**PETERSON & ASSOCIATES, P.C.**

  */s/ David M. Peterson*
David M. Peterson
Missouri Bar No. 32229
801 W 47th St., Ste.107
Kansas City, MO 64112
Telephone: (816) 531-4440
Facsimile: (816) 531-0660
dmp@petersonlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**