# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ROSEMARY FIASCO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COOK INCORPORATED, et al, <br><br> Defendant. | **Master Docket Case No. 1:14-ML-2570-RLY-TAB** <br><br> **MDL No. 2570** <br><br> Judge Richard L. Young <br> Magistrate Judge Tim A. Baker <br><br> This document relates to <br> Civil Action No.: <br> 1:17-cv-03076-RLY-TAB |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw Document #17212. Having considered the motion, Plaintiff's motion is hereby GRANTED.

SO ORDERED: _____

DATED: _____

2

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been served by means of electronic filing to all counsel of record this 5th day of April, 2021.

*/s/Michael J. Quillin*