IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS          Master Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                   MDL No. 2570

_____

This Document Relates to Plaintiff(s):

STEVEN SCHER and SHARON SCHER,

Civil Case No.1:19-cv-4733-RLY-TAB

_____

Considering the parties' Stipulated Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of

Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice.

Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice. Each party shall bear its

own costs.

Signed this _____ day of _____, 20_____.


                                              _____
                                              HONORABLE RICHARD L. YOUNG
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF INDIANA

US.130997449.01