# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:20-cv-06277 | 1:21-cv-00540 |
| 1:21-cv-00527 | 1:21-cv-00542 |
| 1:21-cv-00536 | 1:21-cv-00548 |
| 1:21-cv-00537 | 1:21-cv-00549 |
| 1:21-cv-00539 | 1:21-cv-06361 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   April 6, 2021                    /s/ Andrea Roberts Pierson
                                          Andrea Roberts Pierson (# 18435-49)
                                          Kip S. M. McDonald (# 29370-49)
                                          FAEGRE DRINKER BIDDLE & REATH LLP
                                          300 North Meridian Street, Suite 2500
                                          Indianapolis, Indiana 46204
                                          Telephone: (317) 237-0300
                                          Facsimile: (317) 237-1000
                                          E-Mail:  andrea.pierson@faegredrinker.com
                                          E-Mail:  kip.mcdonald@faegredrinker.com

US.120264241.01

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01