IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERSMARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY |

This Document Relates to Plaintiff(s)
**Joshua J. Williams**

Civil Case # 1:19-cv-00232-RLY-TAB

**PLAINTIFF'S MOTION TO WITHDRAW
APPEARANCE BY CHRISTOPHER W. DYSART**

Comes Now, Christopher W. Dysart, counsel for Plaintiff Joshua J. Williams, and hereby moves the Court to withdraw as Plaintiff's counsel, for the reasons set forth below as follows:

1. Pursuant to the instructions of Plaintiff, Plaintiff's counsel, Christopher W. Dysart has been terminated as counsel in the above captioned case, effective April 5, 2021.

2. Christopher W. Dysart hereby requests leave to withdraw.

3. Plaintiff has been informed of counsel's motion to withdraw.

4. Plaintiff requests ninety (90) days to find new counsel.

Dated:  April 6, 2021                    Respectfully submitted,

*/s/ Christopher W. Dysart*
Christopher W. Dysart
Dysart Law Firm, P.C.
16020 Swingley Ridge Road
Suite 340
Chesterfield, MO 63017

**ATTORNEY FOR PLAINTIFF.**