IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILTY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Joshua J. Williams

Civil Case No. 1:19-cv-00232-RLY-TAB

## **ORDER**

This matter has come before the Court upon Plaintiff's Motion to Withdraw Appearance of Christopher W. Dysart. The Court, being duly advised, hereby finds that this Motion should be granted.

**It is Therefore Ordered, Adjudged, and Decreed** that the appearance of Christopher W. Dysart shall be withdrawn. The Plaintiff is no longer represented by Christopher W. Dysart and he need not be included in any service list in this matter.

Plaintiff is Granted 90 days, or up to and including Monday, July 5, 2021, to have new counsel enter their appearance in the above titled case.

Former counsel for Plaintiff, Christopher W. Dysart shall transmit this Order to Plaintiff and provide the Court with Plaintiff's last know address.

**So Ordered** _____.

_____
Judge, United States District Court
Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF.