IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Janice Ball<br>Case No. 1:17-cv-01320 | |

> APPROVED. Case is dismissed with prejudice.
> Dated: Apr 06, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 25, 2021

| | |
|---|---|
| /s/ Nicholas S. Clevenger | /s/ Jessica Benson Cox |
| Nicholas S. Clevenger, Esq. | Jessica Benson Cox, Esq. |
| Peterson & Associates, P.C. | Faegre Drinker Biddle & Reath LLP |
| 801 W. 47th Street, Suite 107 | 300 North Meridian Street, Suite 2500 |
| Kansas City, Missouri  64112 | Indianapolis, Indiana  46204 |
| Telephone:  (816) 531-4440 | Telephone:  (317) 237-0300 |
| Facsimile:  (816) 531-0660 | Facsimile:  (317) 237-1000 |
| Email: nsc@petersonlawfirm.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |

US.130316628.01