# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:14-cv-01786 | 1:18-cv-00722 |
| 1:14-cv-01870 | 1:18-cv-00755 |
| 1:14-cv-01871 | 1:18-cv-01148 |
| 1:14-cv-01873 | 1:18-cv-01153 |
| 1:14-cv-01874 | 1:18-cv-01160 |
| 1:14-cv-01876 | 1:18-cv-01161 |
| 1:14-cv-01878 | 1:18-cv-01276 |
| 1:14-cv-01879 | 1:18-cv-01278 |
| 1:14-cv-01880 | 1:18-cv-01279 |
| 1:14-cv-01881 | 1:18-cv-01280 |
| 1:14-cv-01883 | 1:18-cv-01281 |
| 1:14-cv-02053 | 1:18-cv-01282 |
| 1:14-cv-06010 | 1:18-cv-01674 |
| 1:15-cv-00016 | 1:18-cv-01709 |
| 1:15-cv-00018 | 1:18-cv-01720 |
| 1:15-cv-00642 | 1:18-cv-01739 |
| 1:15-cv-00725 | 1:18-cv-01760 |
| 1:15-cv-01070 | 1:18-cv-01764 |
| 1:15-cv-01073 | 1:18-cv-01949 |
| 1:15-cv-01074 | 1:18-cv-02179 |
| 1:15-cv-01075 | 1:18-cv-02193 |
| 1:15-cv-01088 | 1:18-cv-02444 |
| 1:15-cv-01100 | 1:18-cv-02634 |
| 1:16-cv-00136 | 1:18-cv-02659 |
| 1:16-cv-00398 | 1:18-cv-02661 |
| 1:16-cv-00401 | 1:18-cv-02663 |
| 1:16-cv-00403 | 1:18-cv-02665 |
| 1:16-cv-01704 | 1:18-cv-02667 |
| 1:16-cv-01711 | 1:18-cv-02676 |
| 1:16-cv-01712 | 1:18-cv-02770 |
| 1:16-cv-01733 | 1:18-cv-02823 |
| 1:16-cv-01737 | 1:18-cv-02825 |
| 1:16-cv-01777 | 1:18-cv-02841 |
| 1:16-cv-01781 | 1:18-cv-02845 |
| 1:16-cv-01846 | 1:18-cv-02950 |
| 1:16-cv-02091 | 1:18-cv-03034 |
| 1:16-cv-02283 | 1:18-cv-03058 |
| 1:16-cv-02852 | 1:18-cv-03059 |
| 1:16-cv-03490 | 1:18-cv-03077 |
| 1:17-cv-00801 | 1:18-cv-03082 |

| | |
|---|---|
| 1:18-cv-03084 | 1:18-cv-03457 |
| 1:18-cv-03085 | 1:18-cv-03555 |
| 1:18-cv-03090 | 1:18-cv-03557 |
| 1:18-cv-03098 | 1:18-cv-03561 |
| 1:18-cv-03102 | 1:18-cv-03565 |
| 1:18-cv-03106 | 1:18-cv-03588 |
| 1:18-cv-03110 | 1:18-cv-03609 |
| 1:18-cv-03112 | 1:18-cv-03625 |
| 1:18-cv-03113 | 1:18-cv-03641 |
| 1:18-cv-03116 | 1:18-cv-03643 |
| 1:18-cv-03125 | 1:18-cv-03744 |
| 1:18-cv-03126 | 1:18-cv-03774 |
| 1:18-cv-03132 | 1:18-cv-03814 |
| 1:18-cv-03153 | 1:18-cv-03824 |
| 1:18-cv-03155 | 1:18-cv-03825 |
| 1:18-cv-03197 | 1:18-cv-03847 |
| 1:18-cv-03207 | 1:18-cv-03852 |
| 1:18-cv-03209 | 1:18-cv-03890 |
| 1:18-cv-03210 | 1:19-cv-00057 |
| 1:18-cv-03249 | 1:19-cv-00060 |
| 1:18-cv-03257 | 1:19-cv-00070 |
| 1:18-cv-03313 | 1:19-cv-00072 |
| 1:18-cv-03320 | 1:19-cv-00073 |
| 1:18-cv-03325 | 1:19-cv-00074 |
| 1:18-cv-03329 | 1:19-cv-00089 |
| 1:18-cv-03331 | 1:19-cv-00092 |
| 1:18-cv-03337 | 1:19-cv-00093 |
| 1:18-cv-03338 | 1:19-cv-00097 |
| 1:18-cv-03344 | 1:19-cv-00101 |
| 1:18-cv-03346 | 1:19-cv-00111 |
| 1:18-cv-03347 | 1:19-cv-00119 |
| 1:18-cv-03376 | 1:19-cv-00124 |
| 1:18-cv-03379 | 1:19-cv-00140 |
| 1:18-cv-03381 | 1:19-cv-00143 |
| 1:18-cv-03385 | 1:19-cv-00144 |
| 1:18-cv-03386 | 1:19-cv-00154 |
| 1:18-cv-03388 | 1:19-cv-00159 |
| 1:18-cv-03389 | 1:19-cv-00162 |
| 1:18-cv-03392 | 1:19-cv-00163 |
| 1:18-cv-03395 | 1:19-cv-00165 |
| 1:18-cv-03399 | 1:19-cv-00168 |
| 1:18-cv-03401 | 1:19-cv-00169 |
| 1:18-cv-03409 | 1:19-cv-00170 |
| 1:18-cv-03421 | 1:19-cv-00211 |
| 1:18-cv-03424 | 1:19-cv-00904 |
| 1:18-cv-03425 | 1:19-cv-00905 |
| 1:18-cv-03426 | 1:19-cv-00961 |
| 1:18-cv-03430 | 1:19-cv-01010 |
| 1:18-cv-03431 | 1:19-cv-01209 |
| 1:18-cv-03432 | 1:19-cv-01212 |
| 1:18-cv-03434 | 1:19-cv-01337 |
| 1:18-cv-03436 | 1:19-cv-01340 |
| 1:18-cv-03438 | 1:19-cv-01341 |

| | |
|---|---|
| 1:19-cv-01354 | 1:19-cv-04094 |
| 1:19-cv-01358 | 1:19-cv-04098 |
| 1:19-cv-01429 | 1:19-cv-04122 |
| 1:19-cv-01434 | 1:19-cv-04518 |
| 1:19-cv-01437 | 1:20-cv-00142 |
| 1:19-cv-01502 | 1:20-cv-00168 |
| 1:19-cv-01510 | 1:20-cv-00280 |
| 1:19-cv-01557 | 1:20-cv-00302 |
| 1:19-cv-01562 | 1:20-cv-00373 |
| 1:19-cv-01570 | 1:20-cv-00395 |
| 1:19-cv-01614 | 1:20-cv-00486 |
| 1:19-cv-01804 | 1:20-cv-00547 |
| 1:19-cv-02036 | 1:20-cv-00554 |
| 1:19-cv-02047 | 1:20-cv-00568 |
| 1:19-cv-02049 | 1:20-cv-00916 |
| 1:19-cv-02249 | 1:20-cv-00970 |
| 1:19-cv-02250 | 1:20-cv-00985 |
| 1:19-cv-02251 | 1:20-cv-01014 |
| 1:19-cv-02294 | 1:20-cv-01017 |
| 1:19-cv-02295 | 1:20-cv-01028 |
| 1:19-cv-02296 | 1:20-cv-01099 |
| 1:19-cv-02297 | 1:20-cv-01150 |
| 1:19-cv-02298 | 1:20-cv-01241 |
| 1:19-cv-02367 | 1:20-cv-01243 |
| 1:19-cv-02372 | 1:20-cv-01251 |
| 1:19-cv-02377 | 1:20-cv-01252 |
| 1:19-cv-02380 | 1:20-cv-01289 |
| 1:19-cv-02383 | 1:20-cv-01295 |
| 1:19-cv-02437 | 1:20-cv-01326 |
| 1:19-cv-02473 | 1:20-cv-01357 |
| 1:19-cv-02475 | 1:20-cv-01432 |
| 1:19-cv-02480 | 1:20-cv-01474 |
| 1:19-cv-02481 | 1:20-cv-01519 |
| 1:19-cv-02510 | 1:20-cv-01577 |
| 1:19-cv-02527 | 1:20-cv-01591 |
| 1:19-cv-02560 | 1:20-cv-01598 |
| 1:19-cv-02721 | 1:20-cv-01617 |
| 1:19-cv-02722 | 1:20-cv-01618 |
| 1:19-cv-02951 | 1:20-cv-01622 |
| 1:19-cv-02953 | 1:20-cv-01647 |
| 1:19-cv-02976 | 1:20-cv-01733 |
| 1:19-cv-03132 | 1:20-cv-01743 |
| 1:19-cv-03711 | 1:20-cv-01745 |
| 1:19-cv-03713 | 1:20-cv-01746 |
| 1:19-cv-03715 | 1:20-cv-01749 |
| 1:19-cv-03717 | 1:20-cv-01784 |
| 1:19-cv-03718 | 1:20-cv-01859 |
| 1:19-cv-03813 | 1:20-cv-01879 |
| 1:19-cv-03814 | 1:20-cv-01890 |
| 1:19-cv-03918 | 1:20-cv-01892 |
| 1:19-cv-03919 | 1:20-cv-01903 |
| 1:19-cv-04010 | 1:20-cv-01911 |
| 1:19-cv-04089 | 1:20-cv-01969 |

| | |
|---|---|
| 1:20-cv-01991 | 1:20-cv-02308 |
| 1:20-cv-01996 | 1:20-cv-02318 |
| 1:20-cv-02000 | 1:20-cv-02319 |
| 1:20-cv-02005 | 1:20-cv-02329 |
| 1:20-cv-02011 | 1:20-cv-02339 |
| 1:20-cv-02030 | 1:20-cv-02342 |
| 1:20-cv-02037 | 1:20-cv-02345 |
| 1:20-cv-02051 | 1:20-cv-02346 |
| 1:20-cv-02063 | 1:20-cv-02352 |
| 1:20-cv-02065 | 1:20-cv-02387 |
| 1:20-cv-02068 | 1:20-cv-02462 |
| 1:20-cv-02075 | 1:20-cv-02489 |
| 1:20-cv-02090 | 1:20-cv-02490 |
| 1:20-cv-02126 | 1:20-cv-02502 |
| 1:20-cv-02127 | 1:20-cv-02526 |
| 1:20-cv-02129 | 1:20-cv-02532 |
| 1:20-cv-02131 | 1:20-cv-02542 |
| 1:20-cv-02141 | 1:20-cv-02545 |
| 1:20-cv-02162 | 1:20-cv-02546 |
| 1:20-cv-02163 | 1:20-cv-02599 |
| 1:20-cv-02177 | 1:20-cv-02622 |
| 1:20-cv-02190 | 1:20-cv-02644 |
| 1:20-cv-02192 | 1:20-cv-02671 |
| 1:20-cv-02196 | 1:20-cv-02678 |
| 1:20-cv-02251 | 1:20-cv-02720 |
| 1:20-cv-02284 | 1:20-cv-02778 |
| 1:20-cv-02288 | 1:20-cv-02780 |

## **MOTION TO WITHDRAW**

Arati C. Furness respectfully asks this Court to allow her to withdraw as an attorney representing Plaintiffs in the related actions.

There is good cause for this Court to grant this Motion to Withdraw as attorney, because Arati C. Furness is no longer with Fears Nachawati Law Firm, PLLC, nor does she represent the above-captioned Plaintiffs.

Additionally, per the Court's Docket Sheet, the above-captioned Plaintiffs are still being represented by Fears Nachawati Law Firm and this withdrawal will not delay these proceedings.

Dated:   April 7, 2020            /s/ *Arati C. Furness*
**Arati C. Furness**
Texas Bar No. 24094382
CA Bar No. 225435
afurness@fnlawfirm.com
**FEARS NACHAWATI, PLLC**

5473 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                          */s/ Arati C Furness*
                                                          Arati C. Furness