IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to:

1:19-cv-00665-RLY-TAB Barber, Ronald Jay

_____

**ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE**

The Court, on its own motion, vacates the telephonic status conference set for 2 p.m. (Eastern) on April 14, 2021, and **resets this conference for 3 p.m. (Eastern) on April 28, 2021,** before Magistrate Judge Tim A. Baker. The conference will be ex parte and neither Defendant's representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. Plaintiff shall personally participate in this conference by calling Chambers at 317.229.3660. The purpose of this conference is to address Plaintiff's counsel (Douglass A. Kreis) motion to withdraw as counsel of record [Filing No. 16125].

Date: 4/8/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Douglass A. Kreis is required to serve Plaintiff, Ronald Jay Barber via U.S. Mail.