UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
**Cause No. 1:18-cv-00081-RLY-TAB**
**Lillie Sauls v. Cook Incorporated et al**

### UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7(d), Mr. Rodney Joseph Sauls, Jr. moves to substitute himself as Plaintiff in this action due to the death of Plaintiff Lillie Sauls, and moves to amend the caption to reflect same. As grounds therefore, Mr. Rodney Sauls would respectfully show the Court as follows:

1. On January 8, 2021, a Notice of Suggestion of Death of Plaintiff Lillie Sauls was filed. [Filing No. 15419]. On January 14, 2021, the Court entered its Order on Suggestion of Death [Filing No. 15619]. On March 26, 2021, the undersigned counsel filed an Unopposed Motion for Extension of Time to File a Motion to Substitute the Proper Party [Filing No. 17187]. The deadline to substitute parties falls on April 8, 2021.

2. Ms. Sauls was originally thought to have died intestate. In March 2020, Ms. Sauls' Will and Codicil were discovered. Exhibit 1 at 4–8. Mr. Sauls is a beneficiary of the Will. *Id.* at 4. The Will named two co-executors who do not wish to serve. *Id.* at ¶9. They have indicated that they agree and will file the requisite documents so that Ms. Sauls' only child, Mr. Rodney Sauls, Jr., can be appointed to serve as Independent Administrator with Will Annexed

over the Estate. *Id.* On March 5, 2021, Rodney Joseph Sauls, Jr. applied for Letters of Administration with Will Annexed, of the Estate of Lillie Sauls. *Id*. No objections have been filed. He is not disqualified to serve.

3. A court is permitted to substitute a "proper party" upon motion of "any party or by the decedent's successor or representative." FED. R. CIV. P. 25. "The Seventh Circuit has explained that the proper party for substitution is ordinarily the 'personal representative of the party who has died.'" *Moore v. Lvnv Funding*, 2020 U.S. Dist. LEXIS 22482 at *7 (N.D. Ind. Feb. 7, 2020) (quoting *Atkins v. City of Chicago*, 547 F.3d 869, 870 (7th Cir. 2008)). Mr. Sauls has not yet been appointed as the personal representative of the decedent Ms. Sauls, but it is anticipated that he will be appointed and receive Letters of Administration with Will Annexed as soon as a hearing can be scheduled. Additionally, Mr. Sauls may be substituted as a proper party because, as he is a distributee under the Will, he is a successor-in-interest to Ms. Sauls under Texas law. *See Moore*, 2020 U.S. Dist. LEXIS 22482 at *9 (applying law of state where plaintiff died to determine successor-in-interest could be substituted). Under Texas law, "[a] personal injury action survives to and in favor of the heirs, legal representatives, and estate of the injured person." TEX. CIV. PRAC. & REM. CODE § 71.021(b) (West 2021). A person who inherits the decedent's estate, even partially, is a successor-in-interest and a proper party for substitution. *Moore*, 2020 U.S. Dist. LEXIS 22482 at *8 (citing *Hardy v. Kaszycki & Sons Contractors, Inc.*, 842 F.Supp. 713, 716 (S.D.N.Y. 1993)).

4. Mr. Rodney Joseph Sauls, Jr. therefore respectfully requests that, pursuant to FED. R. CIV. P. 25(a), this Court allow the substitution of Mr. Rodney Joseph Sauls, Jr., as anticipated Independent Administrator With Will Annexed of the Estate of Lillie Sauls, as well as her successor-in-interest, in place of decedent Lillie Sauls in this action.

Respectfully submitted,

THE SPENCER LAW FIRM

/s/ K. A. Robards
_____
Kimberlyann A. Robards, TBN 24086249
E-mail:  kimrobards@spencer-law.com
Thomas Ryan Lemens, TBN 24109463
E-mail:  thomaslemens@spencer-law.com
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Telephone: (713) 961-7770
Facsimile: (713) 961-5336

***Attorneys for Plaintiff Estate of Lillie Sauls***

### CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendants. On April 8, 2021, counsel for Defendants stated that Defendants do not oppose this motion.

*K. A. Robards*
Kimberlyann A. Robards

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2021, I electronically filed this document with the clerk of the court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

*K. A. Robards*
Kimberlyann A. Robards