# EXHIBIT 1

FILED
3/5/2021 3:12 PM
Teneshia Hudspeth
County Clerk
Harris County - County Probate Court No. 2
Accepted By: OG

No. 490094

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| LILLIE MAE SAULS, | § | NO. 2 |
| | § | |
| DECEASED | § | HARRIS COUNTY, TEXAS |

**FIRST AMENDED APPLICATION TO PROBATE WILL AND CODICIL AND FOR ISSUANCE OF LETTERS OF ADMINISTRATION WITH WILL ANNEXED**

**TO THE HONORABLE JUDGE OF SAID COURT:**   POST 3/9/2021

Rodney Joseph Sauls, Sr. ("Applicant"), furnishes the following information to the Court in support of this Application for the probate of the Will and Codicil of Lillie Mae Sauls ("Decedent"), and for issuance of Letters of Administration with Will Annexed:

1.  Applicant Rodney Joseph Sauls, Sr. is an individual interested in this Estate, being domiciled in and residing in Texas. Rodney Joseph Sauls, Sr.'s address for service of citation is 200 E. San Augustine St. # 52, Deer Park, Texas 77536. The last three digits of the social security number of Rodney Joseph Sauls, Sr. are 321. The last three digits of the driver's license number of Rodney Joseph Sauls, Sr. are 584.

2.  Decedent died on October 20, 2019, at Houston, Harris County, Texas, at the age of 68 years. Decedent's domicile at the time of her death was Houston, Harris County, Texas. The last three digits of the social security number of Decedent are 542. The last three digits of the driver's license number of Decedent are 951.

3.  This Court has jurisdiction and venue is proper because Decedent was domiciled in Texas and had a fixed place of residence in this County on the date of her death.

4.  Decedent owned property described generally as cash, personal effects and household goods of a probable value in excess of $5,000.00.

5. Decedent left a valid Will dated Sept. 19, 2018, and one Codicil dated Sept. 19, 2018, which were never revoked. A true and correct copy of the Will and the Codicil are attached. The Will and the Codicil will be delivered to the County Clerk pursuant to the Texas Rules of Civil Procedure.

6. A necessity exists for the administration of the estate.

7. After the date of the Codicil, no child was born to or adopted by Decedent.

8. No marriage of the Decedent was ever dissolved after the will was made.

9. Decedent's will named Billy Wayne Williams and Roger Dale Williams as Executors, who were given the authority to designate one or more persons to serve as Independent Administrators of the estate of Lillie Mae Sauls. Billy W. Williams and Roger Dale Williams have stated they will sign and have filed an Affidavit to Designate Independent Administrator with the County Clerk of Harris County designating Rodney Joseph Sauls, Sr. as Independent Administrator with Will Annexed with the same rights, powers, and duties as an Independent Executor stated in the will. Rodney Joseph Sauls, Sr. is not disqualified by law from serving as such or from accepting Letters of Administration with Will Annexed, and would be entitled to such letters.

10. No state, governmental agency of the state, nor charitable organization is named by the Will as a devisee.

11. The Will was made self-proved in the manner prescribed by law and the subscribing witnesses to the Will are Mary Coleman, and Mary Porter.

**WHEREFORE,** Applicant prays that citation with respect to this Application for Probate of the Will and Codicil and Letters of Administration with Will Annexed be issued and served as required by law to all persons interested in this Estate; that the Will and Codicil be admitted to

probate; that it be adjudged to be advisable and in the best interests of the Decedent's estate for Rodney Joseph Sauls, Sr. to be appointed to serve as Independent Administrator with Will Annexed; that Letters of Administration be issued to Rodney Joseph Sauls, Sr.; that, bond be waived by the statutory probate court and that no action be had in this court in relation to the settlement of such estate other than the probating and recording of such Will and Codicil and the return of an inventory, appraisement, and list of claims of such estate, or an affidavit in lieu of the inventory, appraisement and list of claims; and that all other Orders be entered as the Court may deem proper.

                              Respectfully submitted,

                              /s/ SHARON L. MICHAELS
                              SHARON L. MICHAELS
                              Attorney for Applicant
                              State Bar No.: 14006750
                              3050 Post Oak Blvd. #1750
                              Houston, TX 77056
                              Telephone: (713) 623-6443
                              Facsimile: (713) 622-7967
                              E-mail: sharonmichaels@sbcglobal.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of this foregoing First Amended Application for Probate of Will and Issuance of Letters of Administration with Will Annexed was served via the electronic filing manager on March 5, 2021:

Bradley C. Coplen
Attorney Ad Litem
Coplen & Basnks, P.C.
12651 Briar Forest Drive., Ste 100
Houston TX 77077
Phone (713) 785-5595
Fax    (713) 785-8651
Email bradleycoplen@coplenbanks.com

LAST WILL AND TESTAMENT ON THIS DAY SEPTEMBER 7, 2018

I LILLIE MAE SAULS BEING OF SOUND MIND DO SAY THAT THIS IS MY LAST WILL AND TESTAMENT. I WISH THAT MY INSTRUCTIONS BE CARRIED OUT   I HAVE STATE IN THIS MY LAST WILL AND TESTAMENT. I NAME AS THE EXECUTOR OF MY ESTATE TO BE MR. BILLY WAYNE WILLIAMS. THIS MY LAST WILL AND TESTAMENT DRAWN UP ON SEPTEMBER 7 2018 WILL VOID OUT MY LAST WILL AND TESTAMENT THAT WAS DRAWN UP ON MAY 22, 2018.

IF THERE ARISES ANY ONE WHO DISPUTES WHAT I HAVE INSTRUCTED IN THIS MY LAST WILL AND TESTAMENT WHICH LEADS TO A LAW SUIT AGAINST MY ESTATE THAT PERSON OR PERSONS THEY ARE

TO BE CUT OFF FROM INHERITING ANY PART OF MY ESTATE. THEY WILL LOOSE WHATEVER INHERITANCE THEY WERE SCHEDULED TO RECEIVE.

I WANT MY ESTATE TO BE DIVIDED AS FOLLOWS:

1. TO NEW LIFE TEMPLE CHURCH I LEAVE ONE MILLION DOLLARS
2. TO SISTER MARY COLEMAN I LEAVE ONE HUNDRED AND FIFTY THOUSAND DOLLARS.
3. TO PASTOR AND SISTER ELMER POWELL I LEAVE TWO HUNDRED AND FIFTY THOUSAND DOLLARS.
4. TO SISTER CHRISTINA RECTOR I LEAVE ONE HUNDRED AND FIFTY THOUSAND DOLLARS
5. TO SISTER ELDORA CHRISTIAN I LEAVE ONE HUNDRED AND FIFTY THOUSAND DOLLARS
6. TO LENDELL AND SAMATHA DAVIS JOHNSON I LEAVE TWO HUNDRED AND FIFTY THOUSAND DOLLARS
7. TO WILLIAM AND HEPHIZIBAH MILLER I LEAVE ONE HUNDRED AND FIFTY THOUSAND DOLLARS
8. TO TREMAINE WILSON AND SHERRY WILLIAMS I LEAVE FIFTY THOUSAND DOLLARS
9. TO LARRY AND MARY HUNT I LEAVE ONE HUNDRED AND FIFTY THOUSAND DOLLARS
10. TO BISHOP BRENDA K. PERRY I LEAVE FIVE HUNDRED THOUSAND DOLLARS
11. TO LONNIE C. CARDWELL I LEAVE ONE MILLION DOLLARS
12. TO RODNEY JOSPEH SAULS I LEAVE ONE MILLION DOLLARS
13. TO JOYCE WOODFORK I LEAVE TWO HUNDRED AND FIFTY THOUSAND DOLLARS
14. TO CLARENCE AND GEORGIA ANN WILLIAMS I LEAVE TWO HUNDRED AND FIFTY THOUSAND DOLLARS
15. TO GLENDA JONES I LEAVE TWO HUNDRED AND FIFTY THOUSAND DOLLARS
16. TO SULLIVAN BROWN MY ESTATE IS TO PAY OFF HIS HOME AND PURCHASE WHATEVER CAR HE WANTS.
17. TO GREGORY AND TINA MURRAY I LEAVE ONE MILLION DOLLARS
18. TO JULIA HINES-MORRIS I LEAVE THREE HUNDRED AND FIFTY THOUSAND DOLLARS
19. TO DOROTHY WILLIAMS I LEAVE ONE HUNDRED AND FIFTY THOUSAND DOLLARS
20. TO MARIE WILLIAMS I LEAVE ONE HUNDRED AND FIFTY THOUSAND DOLLARS
21. TO ROBERT WINSAY I LEAVE THREE HUNDRED AND FIFTY THOUSAND DOLLARS
22. TO MRS. CLARA BRITTON FIFTY THOUSAND DOLLARS
23. A SEPARATE EDUCATION ACOUNT IS TO BE SET UP FOR MASON, ETHAN AND AVA MILLER AN ACCOUNT IS TO BE SET UP FOR LANDIS J JOHNSON, JA'QUALON L. SCOTT, JADEN D. SCOTT JYREH J.R. SCOTT IN THE AMOUNT OF TWO HUNDRED AND FIFTY THOUSAND DOLLAR EACH.

AFTER EVERYONE HAS RECEIVED THEIR INHERITANCE THE BLANCE OF MY ESTATE IS TO BE DIVIDED EQUALLY BETWEEN LYNNDORA THERESA HARRISON BILLY W. AND GWENDOLYN WILLIAMS, AND ROGER AND AGNES WILLIAMS

EVERYONE IS RESPONSIBLE FOR PAYING THEIR OWN INHERITANCE TAX EXCEPT BISHOP BRENDA K. PERRY, LYNNDORA T. HARRISON, BILLY AND GWENDOLYN WILLIAMS, ROGER AND AGNES WILLIAMS, AND LONNIE CLYDE CARDWELL, PASTOR AND SISTER ELMER POWELL AND MRS. CLARA BRITTON

A COPY OF THIS WILL IS TO BE PLACED IN THE CARE OF MS. CARLA CAGLE, BILLY W. WILLAIMS, AND BISHOP BRENDA K. PERRY

I WANT TO THANK ALL OF YOU FOR GIVING ME THE OPPORTUNITY TO GET TO KNOW YOU AND I PRAY THAT THIS FINANCIAL BLESSING FROM GOD WILL BE A LITTLE HELP FOR EACH OF YOU.

LOVE YOU ALL.

NAME _____  DATE 09-19-18
1. WITNESS _____  DATE 09-19-18
2. WITNESS _____  DATE 09-19-18

NOTARY _____
DATE 09-19-18

DONNA M. STEPHENS
MY COMMISSION EXPIRES
SEPTEMBER 6, 2021
NOTARY ID: 12351224

## SELF-PROVING AFFIDAVIT

**STATE OF TEXAS** )
) ss.
**COUNTY OF HARRIS** )

*IN WITNESS WHEREOF*, the undersigned authority personally appearing before me on this day Lillie M Sauls, the Testator/Testatrix, and the Witnesses, whose names are shown in the foregoing instrument in their respective capacities, and all of said individuals being first duly sworn by me, said Testator/Testatrix declared to me and to the aforementioned Witnesses in my presence that said instrument is the first Codicil to his/her LAST WILL AND TESTAMENT and the s/he had willingly made and executed it as his/her free and voluntary act and deed for the purposes therein expressed; and the said Witnesses each on his/her oath stated to me in the presence and hearing of the said Testator/Testatrix that the said Testator/Testatrix had declared to them that said instrument is the first Codicil to his/her LAST WILL AND TESTAMENT, and that s/he executed the same as such and wanted each of them to sign it as a Witness; and upon their oaths each Witness stated further that they did sign the same as a Witnesses; and upon their oaths of each Witness stated further that they did sign the same as Witnesses in the presence of the said Testator/Testatrix and at his/her request, and that said Testator/Testatrix was at the time of the age of consent of 18 years of age or over and was of sound mind.

Testator/Testatrix Signature: _Lillie M Sauls_

Witness 1 Signature: _Maryp L. Poster_

Witness 2 Signature: _____

Witness 3 Signature: _Mary Coleman_

Subscribed and acknowledged before me by the said Testator/Testatrix, and subscribed and sworn to before me by the aforementioned Witnesses, on _____.

Notary Public Signature: _Donna M. Stephens_    09-19-2018

My Commission Expires: _09-06-2021_



DONNA M. STEPHENS
MY COMMISSION EXPIRES
SEPTEMBER 6, 2021
NOTARY ID: 12351224

SPECIAL DIRECTIVE CODICIL TO THE

LAST WILL AND TESTAMENT

OF LILLIE M. SAULS

WHERE AS, Lillie M. Sauls, residing at domicile at 11819 Leitrim Way in the City Of

Houston in the County of Harris, and In the State of Texas 77047 execute my last

Will and testament and WHERE AS, I left various instructions and bequest and WHERE-

As I desire to add and additional provision to my will, I NOW PUBLISH THIS CODICIL TO MY

LAST WILL AND TESTAMENT.

My LAST Will and Testament is to be amended to request that the following provisions

Be add to my Will.

I am naming Mr. ROGER DALE WILLIAMS as my executor if in the event that myself and MR. BILLY

WAYNE WILLIAMS should die before my estate has been settled. I have also changed my TEACHERS

RETIREMENT FUNDS.

Mr. ROGER DALE WILLIAMS will receive a copy of my WILL AND TESTAMENT as well as a copy of the CODICIL that was created by

Me on   this day of September 19, 2018

IN WITNESS WHERE OF, I have set my hand and seal on 09/19/2018

*Lillie M. Sauls*

TESTATOR/TESTARIX SIGNATURE

## NOTARY ACKNOWLEDGMENT
## FIRST CODICIL TO THE
## LAST WILL AND TESTAMENT
## OF
## LILLIE M SAULS

I, Lillie M Sauls, residing and domiciled in the City of Houston, in the County of Harris and in the State of Texas, hereby make, publish and declare this to be a Codicil to my LAST WILL AND TESTAMENT dated .

My Last Will and Testament is to be amended to add the following provisions:

I have named a secondary person as my executor in the event that both mt billy William and I both die

IN WITNESS WHEREOF, I Lillie M Sauls, have to this first Codicil of my LAST WILL AND TESTATMENT, subscribed my name as of __09-19-2018__.

_Lillie M Sauls_
TESTATOR/TESTATRIX SIGNATURE

Witness 1 Signature: _____

Witness 2 Signature: _____

Witness 3 Signature: _Mary Coleman_

Subscribed and acknowledged before me by the said Testator/Testatrix, and subscribed and sworn to before me by the aforementioned Witnesses.

Notary Public Signature: _Donna M. Stephens_  09-19-2018

My Commission Expires: 09-06-2021



DONNA M. STEPHENS
MY COMMISSION EXPIRES
SEPTEMBER 6, 2021
NOTARY ID: 12351224