UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to:**
**Cause No. 1:18-cv-00081-RLY-TAB**
**Lillie Sauls v. Cook Incorporated et al**

## ORDER ON UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

Upon consideration of Mr. Rodney Joseph Sauls, Jr.'s Unopposed Motion for Substitution of Party, it is so ordered that said motion is GRANTED. The Clerk of the Court is directed to substitute Mr. Rodney Joseph Sauls, Jr. as successor-in-interest and anticipated representative of the Estate of Lillie Sauls, in place of the deceased Plaintiff Lillie Sauls in this matter.

SO ORDERED.

SIGNED ON APRIL _____, 2021.

_____
PRESIDING JUDGE