IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

JOHN M. MITCHELL
1:19-cv-2848-RLY-TAB

**PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO AMEND SHORT FORM COMPLAINT**

Pursuant to Federal Rules of Civil Procedure, Rule 15, Plaintiff moves this Court for leave to amend his Short Form Complaint ("SFC") in the above captioned action and, in support, states as follows:

1. A party may amend his pleading by leave of court, and "[t]he court shall freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

2. Plaintiff requests leave to amend the pleadings to conform them to the evidence.

3. Plaintiff specifically requests leave to amend, as to which inferior vena cava filter the plaintiff is making a claim of, in paragraph 10 of his SFC.

4. The proposed Amended Short Form Complaint is attached hereto as Exhibit A.

5. Plaintiff has communicated with the Cook Defendants to seek their assent to this motion. Defendants do not oppose this motion.

| | |
|---|---|
| Dated: April 8, 2021. | */s/ Ben C. Martin*  <br>Ben C. Martin, Bar No. 13052400  <br>**Martin Baughman, PLLC**  <br>3141 Hood Street, Suite 600  <br>Dallas, Texas 75219  <br>Telephone: (214) 761-6614  <br>Facsimile: (214) 744-7590  <br>bmartin@martinbaughman.com  <br><br>***Attorney for Plaintiff*** |

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        */s/ Ben C. Martin*
        Ben C. Martin