IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    JOHN M. MITCHELL
    1:19-cv-2848-RLY-TAB

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO AMEND SHORT FORM COMPLAINT**

Considering Plaintiff's Unopposed Motion for Leave to Amend the Short Form Complaint of John M. Mitchell,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Short Form Complaint filed by John M. Mitchell is hereby **GRANTED** and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

DATED: _____

                                            **Tim A. Baker**
                                            **United States Magistrate Judge**
                                            **Southern District of Indiana**