UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

JOHN M. MITCHELL
1:19-cv-02848-RLY-TAB

**PLAINTIFF'S RESPONSE TO COOKS' MOTON TO
DISMISS UNKNOWN PRODUCT CASES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 8(a)**

Plaintiff John M. Mitchell ("Plaintiff"), by and through his counsel of record, respectfully files this Response to Cook Incorporated, Cook Medical LLC and William Cook Europe ApS (collectively "Cook") Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8(a) [Document 17183]. In support of this Motion, the Plaintiff states:

1) Plaintiff has identified the inferior vena cava ("IVC") filter implanted in him on August 1, 2008 at Emory University Hospital in Atlanta, Georgia as a Cook Celect.

2) Plaintiff has filed an Unopposed Motion for Leave to Amend Short Form Complaint [Document 17847, Document 13], specifically requesting leave to amend the complaint to identify the IVC filter at issue as a Celect, in paragraph 10 of his Short Form Complaint ("SFC"). Document 17847 is attached hereto as Exhibit "A".

3) Plaintiff maintains that Cooks' motion to dismiss is now moot.

WHEREFORE, based on the forgoing, Plaintiff respectfully moves this Court to deny Cooks' Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8(a), as moot.

                                                  **Respectfully submitted,**

Dated: April 9, 2021                           */s/ Ben C. Martin*
                                                  Ben C. Martin, Bar No. 13052400
                                                  **Martin Baughman, PLLC**
                                                  3141 Hood Street, Suite 600
                                                  Dallas, Texas 75219
                                                  Telephone: (214) 761-6614
                                                  Facsimile: (214) 744-7590
                                                  bmartin@martinbaughman.com

                                                  ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                  */s/ Ben C. Martin*
                                                  Ben C. Martin