# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

JOHN M. MITCHELL
1:19-cv-2848-RLY-TAB

**PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO AMEND SHORT FORM COMPLAINT**

Pursuant to Federal Rules of Civil Procedure, Rule 15, Plaintiff moves this Court for leave to amend his Short Form Complaint ("SFC") in the above captioned action and, in support, states as follows:

1. A party may amend his pleading by leave of court, and "[t]he court shall freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

2. Plaintiff requests leave to amend the pleadings to conform them to the evidence.

3. Plaintiff specifically requests leave to amend, as to which inferior vena cava filter the plaintiff is making a claim of, in paragraph 10 of his SFC.

4. The proposed Amended Short Form Complaint is attached hereto as Exhibit A.

5. Plaintiff has communicated with the Cook Defendants to seek their assent to this motion. Defendants do not oppose this motion.

1

Dated: April 8, 2021.
/s/ Ben C. Martin
Ben C. Martin, Bar No. 13052400
**Martin Baughman, PLLC**
3141 Hood Street, Suite 600
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@martinbaughman.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

JOHN M. MITCHELL

Civil Case # 1:19-cv-2848-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   John M. Mitchell

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Alabama

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Alabama

6. Plaintiff's/Deceased Party's current state of residence:

   Alabama

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court - Southern District of Alabama

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    08/01/2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Emory University Hospital

    Birmingham, Alabama

13. Implanting Physician(s):

    Unknown

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☐ Count VII: Violations of Applicable _____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____

(please state the facts supporting this Count in the space, immediately below)

☐ Other: _____

(please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney(s) for Plaintiff(s):

Ben C. Martin

Thomas Wm. Arbon

4

16. Address and bar information for Attorney for Plaintiff(s):

    3141 Hood Street, Suite 600, Dallas, TX 75219

    Ben C. Martin, Bar No. 13052400

    Thomas Wm. Arbon, Bar No. 01284275

RESPECTFULLY SUBMITTED this  8th  day of  April   2021 .

    /s/ Ben C. Martin
    Ben C. Martin, Esquire (TX Bar No. 13052400)
    **MARTIN | BAUGHMAN, PLLC**
    3141 Hood Street, Suite 600
    Dallas, TX 75219
    Telephone: 214.761.6614
    Facsimile: 214.744.7590
    bmartin@martinbaughman.com

    ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on   April 8, 2021  , I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ Ben C. Martin*
                                                Ben C. Martin