UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    JOHN M. MITCHELL
    1:19-cv-02848

**ORDER ON COOKS' MOTION TO DISMISS
UNKNOWN PRODUCT CASES PURSUANT TO
FEDERAL FULE OF CIVIL PROCEDURE 8(a)**

This matter is before the Court on Cooks' Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8(a), Plaintiff's Response and any subsequently filed replies. The Court, having been duly advised, now DENIES said Motion, as moot.

**IT IS, THEREFORE ORDERED, ADJUDGED, AND DECREED** that Cooks' Motion to Dismiss is **DENIED**, as moot.

SO ORDERED this _____ day of April 2021.

 

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana