IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**THIRD AMENDED CASE MANAGEMENT ORDER NO. 6
SERVICE OF SHORT FORM COMPLAINTS, PLAINTIFFS PROFILE FORM,
PLAINTIFFS' FACT SHEET AND OTHER RESPONSIVE DOCUMENTS**

This Order applies to claims that are (i) currently pending in MDL No. 2570; or (ii) will be filed in, removed to or transferred to this Court for inclusion in MDL No. 2570.

Defendants agree, without waiver of any defenses, to accept service of process pursuant to the terms of this Order for cases commenced in, removed to, or transferred to MDL. No. 2570

I.   <u>Service of Short Form Complaints.</u>

Plaintiffs who have not already served Defendants with the Short Form Complaint through original process shall have thirty (30) days after the date a case is docketed in this MDL shall serve the Short Form Complaint via e-mail to CookFilterMDL@FaegreDrinker.com. Within thirty (30) days after the Short Form Complaint is sent to the aforementioned e-mail address, Defendants shall send a completed and signed Waiver of Service of Summons to each Plaintiff's respective counsel via e-mail.

II. <u>Service of Plaintiffs Fact Sheet, Plaintiffs Profile Form, Executed Medical Authorizations, Medical Records and Other Responsive Documents.</u>

Each Plaintiff's respective counsel shall serve Defendants with the Plaintiffs' Fact Sheet, Plaintiffs' Profile Form, Executed Medical Authorizations and other documents produced in response to the Fact Sheets and Profile Forms by uploading the documents to:

https://filetransfer.faegredrinker.com/bds/Send.do

Plaintiff's counsel shall also e-mail Defendants at CookFilterMDL@FaegreDrinker.com to notify Defendants that documents have been uploaded to the aforementioned link within twenty-four (24) hours of uploading the documents.

Date: 4/9/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via the Court's ECF system.