IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

DUSTY FLOOD and RHONDA FLOOD

Civil Case # 1:16-cv-1665

## ORDER GRANTING ATTACHMENT TO AMENDED
## SHORT FORM COMPLAINT FILED UNDER SEAL

The Plaintiffs, DUSTY FLOOD and RHONDA FLOOD, filed a Motion to File Amended Short Form Complaint Addendum Under Seal (Dkt. 16412). Pursuant to Case Management Order #29 [Dkt. 16544], only a "document containing specific allegations of fraudulent concealment ... will be filed under seal and linked to the Amended Short Form Complaint," which counsel has done at Dkt. 16412-1. Therefore, the Court GRANTS said motion in part. Dkt. 16412-1 shall remain under seal. The amended short form complaint at Dkt. 16412 shall be unsealed.

Date: 4/9/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record