IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Estate of Paul Gibble

Civil Case # 1:19-cv-02711-RLY-TAB

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Paul Gibble, Sr.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Connie Gibble, spouse

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Plaintiff resided at 109 Fealy Rd., Red Rock, Texas 78662.

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Plaintiff resided in the state of Texas.

6. Plaintiff's/Deceased Party's current state of residence:

   Plaintiff is deceased but resided in Texas with his spouse named above.

7. District Court and Division in which venue would be proper absent direct filing:

   Venue would be proper in the US District Court for Western Texas.

8. Defendants (Check Defendants against whom Complaint is made):

   x Cook Incorporated

   x Cook Medical LLC

   x William Cook Europe ApS

9. Basis of Jurisdiction:

   x Diversity of Citizenship

   □ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 through 28 in the master complaint deal with Venue and Jurisdiction.

   b. Other allegations of jurisdiction and venue:

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    □ Günther Tulip® Vena Cava Filter

    x Cook Celect® Vena Cava Filter

       Gunther Tulip Mreye

       Cook Celect Platinum

   Other:

   _____

11. Date of Implantation as to each product:

  Cook Celect IVC Filter was implanted on 11/8/2013.

12. Hospital(s) where Plaintiff was implanted (including City and

State):

  South Austin Medical Center, 901 W. Ben White Boulevard, Austin, Texas 78704.

13. Implanting Physician(s):

  Eric Martin Hoenicke, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

  x Count I: Strict Products Liability – Failure to Warn

  x Count II: Strict Products Liability – Design Defect

  x Count III: Negligence

  x Count IV: Negligence Per Se

  x Count V: Breach of Express Warranty

  x Count VI: Breach of Implied Warranty

  □ Count VII: Violations of Applicable _____ (insert State)

   Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

   Practice

  □ Count VIII: Loss of Consortium

  □ Count IX: Wrongful Death

  □ Count X: Survival

  x Count XI: Punitive Damages

x Other: Fraudulent Concealment. See attached brief for specific allegations.

☐ Other: _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiff(s):

    Charles H. Johnson

16. Address and bar information for Attorney for Plaintiff(s):

    2599 Mississippi St., New Brighton, MN 55112. MN Bar #50696

RESPECTFULLY SUBMITTED this 26th day of March, 2021.

/s/ Charles H. Johnson
Charles H. Johnson
Bar No. 50696
*Attorney for Plaintiff*
LAW OFFICES OF CHARLES H.
JOHNSON, PA 2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:  (651) 633-5685
Fax Phone:  (651) 633-4442
bdehkes@charleshjohnsonlaw.com