**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

# ORDER

Upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to File a Motion to Substitute the Proper Party (Dkt. 17187), it is so ordered that Plaintiff's motion is GRANTED.

Plaintiff has until June 4, 2021 to file a Motion to Substitute Proper Party.

SO ORDERED.

Date: 4/9/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.