**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLOIS DIVISION**

_____

In Re:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to:

Cause No.  1:14-cv-06018-RLY-TAB (Tonya Brand)

_____

## ORDER

After considering the Motion to Withdraw filed by Alex J. Brown (Dkt. 17595), the

Court GRANTS the Motion and ORDERS that attorney Alex J. Brown be withdrawn as an

attorney for Plaintiff Tonya Brand.  It is, therefore,

ORDERED, ADJUDGED and DECREED that Alex J. Brown be removed as an attorney

for Plaintiff Tonya Brand. The Plaintiff will continue to be represented by the Heard Law Firm.

Date: 4/9/2021

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.