IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    1:14-ml-02570-RLY-TAB

This Document Relates to Plaintiff(s)

**MARIA L. JOHNSON**

This Document Relates Only to the Following Cases:

Maria L. Johnson, Civil Case # 1:17-CV-00608

## ORDER GRANTING THE PLAINTIFF'S MOTION TO WITHDRAW AND SEAL

This matter has come before the Court on Plaintiff's Motion to Withdraw and Seal Dkt. 15 in the member case docket.

The Court, having reviewed Plaintiff's Motion to Withdraw and Seal Dkt. 15 in the member case docket, and being otherwise duly advised, finds that good cause exists and that the relief sought by Maria L. Johnson should be GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Withdraw Dkt. 15 is Granted and that Dkt. 15 is to be maintained *under seal*.

Date: 4/9/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.