# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ROSEMARY FIASCO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COOK INCORPORATED, et al, <br><br> Defendant. | **Master Docket** <br> **Case No. 1:14-ML-2570-RLY-TAB** <br><br> **MDL No. 2570** <br><br> Judge Richard L. Young <br> Magistrate Judge Tim A. Baker <br><br> This document relates to <br> Civil Action No.: <br> 1:17-cv-03076-RLY-TAB |

## ORDER

Before the Court is Plaintiff's Motion to Withdraw Document #17212. Having considered the motion, Plaintiff's motion is hereby GRANTED. The Clerk is directed to withdraw Document #17212.

Date: 4/9/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.

1