# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | 1:14-cv-2570-RLY-TAB<br>MDL No. 2570<br><br>HON. JUDGE RICHARD L. YOUNG<br><br>MAG. JUDGE: TIM A. BAKER |
| This Document Relates to:<br><br>*Edward O. and Bonnie S. Lewis v. Cook Medical, Inc., et al.*;<br><br>Case No. 1:16-cv-03533 | |

## ORDER

Considering the foregoing Motion to Substitute and Amend Complaint (Dkt. 17635):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that **TAMMY MORGAN**, on behalf of the decedent(s), **Edward O. and/or Bonnie S. Lewis**, be substituted as the proper party plaintiff herein and that the Clerk of Court docket the Amended Short Form Complaint in this case.

Date: 4/9/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.