IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                               MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
        Linda Roy and Douglas Roy
        1:20-cv-06212

_____

## ORDER

ON THIS DAY came for consideration Plaintiffs Linda and Douglas Roy's Unopposed

Motion for Leave to File a Second Amended Short Form Complaint (Dkt. 17663).  Having

considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Plaintiffs

are hereby granted Leave to File a Second Amended Short Form Complaint; and, (2) the Second

Amended Short Form Complaint hereby deemed filed as of the date of this order.


Date: 4/9/2021

                                _____
                                Tim A. Baker
                                United States Magistrate Judge
                                Southern District of Indiana




Distribution to all counsel of record via ECF.