# EXHIBIT 1

**Kathy Hampton**

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Tuesday, December 18, 2018 1:10 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com'; 'PlaintiffscoleadcounselMDL@gmail.com' |
| **Subject:** | Cook IVC Filter MDL 2570: Hayes v. Cook (Case No. 1:18-cv-01996) and Zart v. Cook (Case No. 1:18-cv-01461) |
| **Attachments:** | Hayes - IVC Filter Case Categorization Form.docx; Zart - IVC Filter Case Categorization Form.docx |

Pursuant to the MDL Order Re: Case Categorization, please see attached Case Categorization Forms for the above-referenced matters.  If you need anything additional from us, do not hesitate to contact us.  Thank you.

**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE LLP**
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

1

**Categorization Form**

A. Plaintiff's Name: <u>Kevin Hayes</u>

B. Plaintiff's Case Number: <u>1:18-cv-01996</u>

C. Plaintiff's Counsel (Lead Firm Name): <u>David J. Diamond – Goldberg & Osborne</u>

D. Categorization (check each that applies and briefly describe):

1. <u>Successful First Removal Without Complication or Physical Injury Cases:</u> "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

    Check here for Category 1: _____

2. <u>Cases Alleging Mental Distress and Embedment:</u> "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

    Check here for Category 2: _____

    Briefly describe claimed complication/outcome/injury: _____

3. <u>Stenosis of the IVC and Anticoagulation Cases:</u> "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti] coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

    Check here for Category 3: _____

    Briefly describe claimed complication/outcome/injury: _____

4. <u>Embedded and High Risk Cases:</u> "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    Check here for Category 4: _____

    Briefly describe claimed complication/outcome/injury: _____

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "

    (a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and

    (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

Check here for Category 5: __X__

Briefly describe claimed complication/outcome/injury: <u>Underwent two unsuccessful retrievals.  In addition, experiences pain; penetration of filter legs into the wall of inferior vena cava as well as penetration of the head of the filter into the wall of the inferior vena cava. Also, as a result of the complications   associated with the filter, Plaintiff has been denied life insurance until the filter can be removed without complication.</u>

6. <u>Non-Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

Check here for Category 6: _____

Briefly describe claimed complication/outcome/injury: _____

7. <u>Symptomatic Injury Cases:</u> "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

Check here for Category 7: _____. **Circle all sub-categories that apply below:**

    (a) IVC thrombotic occlusion — consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging or autopsy);

Briefly describe claim of symptomatic injury:
_____

    (b) filter embolization — consisting of post-deployment movement of the filter to a distant anatomic site;

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category No. 7.

Briefly describe claim of symptomatic injury:

_____

(c)      filter fracture — consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

Briefly describe claim of symptomatic injury:

_____

(d)      filter migration — consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

(e)      penetration or perforation — consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging;

Briefly describe claim of symptomatic injury:

_____

(f)      recurrent pulmonary embolism (PE) — consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

Briefly describe claim of symptomatic injury:

_____

(g)      DVT or other blood clot caused by filter;

Briefly describe claim of symptomatic injury:

_____

(h)      infection;

Briefly describe claim of symptomatic injury:

_____

(i)      bleeding;

Briefly describe claim of symptomatic injury:

_____

(j)      death; and

Briefly describe claim of symptomatic injury:

_____

    (k)    open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

    Briefly describe claim of symptomatic injury:
_____

E.    Certification: The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section **D** is the proper categorization for Plaintiffs case to the best of counsel's knowledge and belief.

Plaintiffs Counsel Name: David J. Diamond

Plaintiffs Counsel's Firm: Goldberg & Osborne