# EXHIBIT 2

**Kathy Hampton**

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Tuesday, July 03, 2018 10:36 AM |
| **To:** | 'CookFilterMDL@FaegreBD.com' |
| **Subject:** | IVC Filter MDL 2570: Hayes v. Cook Medical, Inc. (1:18-cv-01996) |
| **Attachments:** | Hayes - Waiver.pdf; Hayes - Complaint.pdf; Hayes - Summons (Issued).pdf |

Attached please find the Summons, Waiver and Complaint in regard to the above-referenced matter.

**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

1