# EXHIBIT 3

# Kathy Hampton

| | |
|---|---|
| **From:** | Symons, Rochelle R. <Rochelle.Symons@FaegreBD.com> |
| **Sent:** | Sunday, August 12, 2018 1:53 PM |
| **To:** | Kathy Hampton; Cook Filter MDL |
| **Cc:** | Schlafer, John T. |
| **Subject:** | RE: Cook Medical, Inc. IVC Filters MDL 2570: Hayes v. Cook Incorporated, et al. (1:18-cv-01996) |

The extension you request below is agreeable.  The new due date is  9/10/18.  Thank you,

Rochelle R. Symons
*Paralegal*
rochelle.symons@FaegreBD.com    Download vCard
D: +1 317 237 1296

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

---

**From:** Kathy Hampton [mailto:khampton@1800theeagle.com]
**Sent:** Friday, August 10, 2018 6:00 PM
**To:** Cook Filter MDL <CookFilterMDL@FaegreBD.com>
**Cc:** Schlafer, John T. <John.Schlafer@FaegreBD.com>; Symons, Rochelle R. <Rochelle.Symons@FaegreBD.com>
**Subject:** Cook Medical, Inc. IVC Filters MDL 2570: Hayes v. Cook Incorporated, et al. (1:18-cv-01996)
**Importance:** High

Good afternoon,

Is it possible to get a 30 day extension on the Plaintiff Fact Sheet and Plaintiff Profile Form in the above-referenced matter?  We are still waiting on some medical records to assist in filling out these forms.  Unfortunately we're running into trouble getting the records and need a little more time.

We really appreciate your consideration.

**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

1