# EXHIBIT 5

**Kathy Hampton**

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Thursday, September 06, 2018 10:45 AM |
| **To:** | CookFilterMDL@FaegreBD.com |
| **Subject:** | Cook IVC Filter MDL 2570: Hayes v. Cook (Case No. 1:18-cv-01996) |

Please be aware that the Plaintiff Profile Form and supporting document has been uploaded today to: https://sft.faegrebd.com/envelope/CookFilterMDL in the above-referenced matter.  Authorizations will be uploaded shortly.

**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

**Kathy Hampton**

---

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Thursday, September 06, 2018 12:35 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com' |
| **Subject:** | Cook IVC Filter MDL 2570: Hayes v. Cook (Case No. 1:18-cv-01996) |

Please be aware that the authorizations have been uploaded today to: https://sft.faegrebd.com/envelope/CookFilterMDL in the above-referenced matter.

**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com