# EXHIBIT 6

**Kathy Hampton**

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Wednesday, July 31, 2019 4:20 PM |
| **To:** | liz.whitelegg@faegrebd.com |
| **Subject:** | RE: Cook Filter - Round 20 - DPFs - 2018-12-12 |

Hi Liz,

Could you please send this to us again?  Somehow it was lost in our system.  Thanks so much!



**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

**From:** liz.whitelegg@faegrebd.com [mailto:liz.whitelegg@faegrebd.com]
**Sent:** Wednesday, December 12, 2018 8:59 AM
**To:** David Diamond <ddiamond@goldbergandosborne.com>; Kathy Hampton <khampton@1800theeagle.com>
**Cc:** kip.mcdonald@FaegreBD.com
**Subject:** Cook Filter - Round 20 - DPFs - 2018-12-12

**You have received 1 secure file from liz.whitelegg@faegrebd.com.**
Use the secure link below to download.

Attached please find a completed Defendant Profile Form for the referenced case, due on or before December 12, 2018.  Please contact Kip McDonald (317-237-1485) or Elizabeth Whitelegg (317-237-1205) if any questions.

Thanks - Liz

Elizabeth S. Whitelegg
*Senior Paralegal*
liz.whitelegg@FaegreBD.com    Download vCard
D: +1 317 237 1205 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

**Secure File Downloads:**
Available until: **18 December 2018**

Click link to download:

**2018-12-12 - Hayes, Kevin S. and Eva - Defendant Profile Form.pdf**
302.73 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion