# EXHIBIT 7

**Kathy Hampton**

| | |
|---|---|
| **From:** | Whitelegg, Elizabeth S. <Liz.Whitelegg@faegrebd.com> |
| **Sent:** | Wednesday, January 15, 2020 3:15 PM |
| **To:** | Kathy Hampton |
| **Subject:** | RE: Cook Filter - Round 20 - DPFs - 2018-12-12 - Resending |

It should have been the same.

Thanks – Liz

**Elizabeth S. Whitelegg**
*Senior Paralegal*
liz.whitelegg@FaegreBD.com    Download vCard
D: +1 317 237 1205 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

---

**From:** Kathy Hampton <khampton@1800theeagle.com>
**Sent:** Wednesday, January 15, 2020 3:22 PM
**To:** Whitelegg, Elizabeth S. <Liz.Whitelegg@faegrebd.com>
**Subject:** RE: Cook Filter - Round 20 - DPFs - 2018-12-12 - Resending

Thank you!  We actually already had the Defendant Fact Sheet, but I compared it to this one and there was more to the exhibits in this one, than the one we previously received.  Is this an amended fact sheet?



**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E. Wetmore Rd., Suite 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

---

**From:** liz.whitelegg@faegrebd.com [mailto:liz.whitelegg@faegrebd.com]
**Sent:** Wednesday, January 15, 2020 11:48 AM
**To:** Kathy Hampton <khampton@1800theeagle.com>
**Subject:** Cook Filter - Round 20 - DPFs - 2018-12-12 - Resending

**You have received 1 secure file from liz.whitelegg@faegrebd.com.**
Use the secure link below to download.

---

Kathy,

Attached is the file you requested I send again.  I apologize for the delah in getting to these requests.

Thanks - Liz

Elizabeth S. Whitelegg
*Senior Paralegal*
liz.whitelegg@FaegreBD.com   Download vCard
D: +1 317 237 1205 | F: +1 317 237 1000

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.

## Secure File Downloads:
Available until: **21 January 2020**

Click link to download:

> **2018-12-12 - Hayes, Kevin S. and Eva - Defendant Profile Form.pdf**
> 302.73 KB

You have received attachment link(s) within this email sent via FaegreBD Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion

THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. This message may be an Attorney-Client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that your review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please destroy this transmission and notify us immediately by telephone and/or reply email.