# EXHIBIT 8

# Kathy Hampton

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Monday, October 05, 2020 12:25 PM |
| **To:** | Mary Llewellyn |
| **Cc:** | David Diamond |
| **Subject:** | RE: Cook MDL Global Settlement Negotiations (Email Group 3) |
| **Attachments:** | Cook case categorization.docx |

Hi Mary,

Please see attached for our 2 Cook IVC Filter cases.  Please let us know if you have any questions, or if you need anything else from us.

Thanks!



**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E. Wetmore Rd., Suite 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

**As part of Goldberg & Osborne's effort to help slow the spread of the coronavirus, we have closed our physical offices. While the office is closed, our employees are working remotely from home. All attorneys and staff have access to all files and can easily communicate by phone or email. We are requesting that all documents be sent to us electronically. We expect all operations to continue as usual. Thank you, and stay well.**