**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570 |
| | Master Docket Case No. 1:14-ml-2570 |
| | Honorable Richard L. Young |
| This Document Relates to Plaintiff | |
| Frank J. Zart | Case No. 1:18-cv-1461 |

## PLAINTIFF'S REPLY IN SUPPORT OF THEIR MOTIONS TO REOPEN CASE AND REQUEST TO FILE AMENDED COMPLAINT AFTER THE MARCH 26, 2021 MDL DEADLINE

Pursuant to Fed.R.Civ.P. 60(a), the Court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. Counsel for Plaintiff respectfully submits that the dismissal in this case was entered by mistake as the Case Categorization Form that allegedly was not submitted, and the alleged failure was the basis for the dismissal, was in fact submitted on December 18, 2018. **Exhibit 1**.[1]

Undersigned counsel and his staff have strived to ensure compliance with the Court's Orders and procedures and has communicated with Plaintiffs' Lead Counsel and

---

[1] Counsel for Plaintiffs admits that the date in the Motion, September 5, 2018, for which it was stated that the Case Categorization Form was submitted, was incorrectly listed, in part due to the haste in wanting to file the Motion immediately upon learning of the dismissal, however, as the attached Form shows, section 7(b) was selected and information provided, and per the email in Exhibit 1, it was submitted on December 18, 2018, well before the May 8, 2019 dismissal for allegedly not providing the Form.

Defense counsel as matters arise. By way of confirmation of such, counsel for Plaintiff provides the following timeline:

- This case was opened on May 11, 2018 with the filing of the Complaint.

- Pursuant to CMO 6, the Complaint was served on Defendants within 30 days of docketing in the MDL. **Exhibit 2**.

- Counsel for Plaintiff emailed Defense Counsel on June 25, 2018 and requested an extension for submitting the Plaintiff Fact Sheet and Plaintiff Profile Form, to which defense counsel agreed. **Exhibit 3**.

- The Plaintiff Fact Sheet, Plaintiff Profile Form and authorizations were submitted on July 24, 2018, in accordance with CMO 4. **Exhibit 4**.

- Defendants submitted their Defendant Profile Form on November 7, 2018.

- Plaintiff submitted his Case Categorization Form on December 18, 2018, **Exhibit 1**.

- Unbeknownst to Plaintiff's counsel and staff, the case was dismissed on May 8, 2019 (Doc. 13) for failing to provide the Case Categorization Form that in fact was provided on December 18, 2018.

- Plaintiff submitted another Case Categorization Form to Plaintiffs Lead Counsel on October 5, 2020, in response to an email Plaintiff's Counsel received from Plaintiffs Lead Counsel. **Exhibit 5**.

Plaintiff reiterates by what was stated in Plaintiff's Motion and in this Reply, and respectfully submits that pursuant to Fed.R.Civ.P 60(a) & 60(d)(1) (and possibly 60(b) in

light of no notice and COVID), the Court has the inherent authority to grant the Plaintiff's relief in order to correct the mistake and the injustice that has occurred here.

Based on the forgoing, it is respectfully requested that this case be reopened, and that the Plaintiff be allowed to amend his Short Form Complaint.

Date: April 9, 2021

Respectfully submitted,

GOLDBERG & OSBORNE LLP

*/s/ David J. Diamond*
David J. Diamond, AZ Atty. No. 010842
GOLDBERG & OSBORNE LLP
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone: (520) 620-3975
Facsimile: (520) 620-3991
ddiamond@goldbergandosborne.com

*Counsel for Plaintiffs Frank J. Zart*

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on April 9, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond