# EXHIBIT 2

# Kathy Hampton

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Thursday, June 07, 2018 11:57 AM |
| **To:** | 'CookFilterMDL@FaegreBD.com' |
| **Subject:** | IVC Filter MDL 2570: Zart v. Cook Medical, Inc. (1:18-cv-1461) |
| **Attachments:** | Zart - Complaint.pdf; Zart - Summons (Issued).pdf; Zart - Waiver.pdf |

Attached please find the Summons, Waiver and Complaint in regard to the above-referenced matter.

**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

1