# EXHIBIT 3

# Kathy Hampton

| | |
|---|---|
| **From:** | Schlafer, John T. <John.Schlafer@FaegreBD.com> |
| **Sent:** | Monday, June 25, 2018 12:50 PM |
| **To:** | Kathy Hampton; Cook Filter MDL |
| **Cc:** | Symons, Rochelle R. |
| **Subject:** | RE: Cook Medical, Inc. IVC Filters MDL 2570: Zart v. Cook Incorporated, et al. (1:18-cv-01461) |

We agree to the extension.

-John

**John T. Schlafer**  john.schlafer@FaegreBD.com   D: +1 317 237 8274 | C: +1 317 674 2934   **Faegre Baker Daniels LLP**

**From:** Kathy Hampton [mailto:khampton@1800theeagle.com]
**Sent:** Monday, June 25, 2018 3:45 PM
**To:** Cook Filter MDL
**Cc:** Schlafer, John T.; Symons, Rochelle R.
**Subject:** Cook Medical, Inc. IVC Filters MDL 2570: Zart v. Cook Incorporated, et al. (1:18-cv-01461)
**Importance:** High

Good afternoon,

Is it possible to get a 30 day extension on the Plaintiff Fact Sheet and Plaintiff Profile Form in the above-referenced matter?  We are still waiting on some medical records to assist in filling out these forms.  We were anticipating having them by today, but that hasn't happened and we understand that these forms are due today.  Unfortunately we're running into trouble getting the records and need a little more time.

We really appreciate your consideration.

**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. This message may be an Attorney-Client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that your review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please destroy this transmission and notify us immediately by telephone and/or reply email.