# EXHIBIT 4

# Kathy Hampton

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Tuesday, July 24, 2018 4:04 PM |
| **To:** | 'CookFilterMDL@FaegreBD.com' |
| **Subject:** | Cook IVC Filter MDL 2570: Zart v. Cook (Case No. 1:18-cv-01461 |

Please be aware that the Plaintiff Fact Sheet, Plaintiff Profile Form, executed authorizations, medical records and supporting documentation have been uploaded today to: https://sft.faegrebd.com/envelope/CookFilterMDL in the above-referenced matter.

**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
**Direct** (520) 620-3985 | **Office** (520) 620-3975 | **Fax** (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com