IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

PAUL J. CARTER and ZELMA CARTER

Civil Case # 1:16-cv-00405

**ORDER TO WITHDRAW AMENDED SHORT FORM COMPLAINT [DKT. 16358]**

The Plaintiffs, PAUL J. CARTER and ZELMA CARTER, Motion to Withdraw Amended Short Form Complaint [Dkt. 16358] is hereby GRANTED. The Clerk is directed to withdraw Dkt. No. 16358.

Date: 4/12/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record