IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
   1:16-cv-00174-RLY-TAB   David Hollebeek and Julie Hollebeek

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is set for a telephonic status conference at **10 a.m. (Eastern) on May 7, 2021,** before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendant's representative or counsel should attend. Plaintiffs shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. Plaintiffs shall personally participate in this conference by calling Chambers at 317.229.3660. The purpose of this conference is to address Plaintiffs' counsel (Craig D. Brown) motion to withdraw as counsel of record [Filing No. 17164].

Date: 4/12/2021

                                               Tim A. Baker
                                               United States Magistrate Judge
                                               Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system
and to the following via U.S. Mail:

David Hollebeek and Julie Hollebeek
3814 Kentucky Lane
Hudsonville, MI 49426