IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
   1:19-cv-00232-RLY-TAB   Joshua J. Williams

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is set for a telephonic status conference at **11 a.m. (Eastern) on May 7, 2021,** before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendant's representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. Plaintiff shall personally participate in this conference by calling Chambers at 317.229.3660. The purpose of this conference is to address Plaintiff's counsel (Christopher W. Dysart) motion to withdraw as counsel of record [Filing No. 17818].

Date: 4/12/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Christopher W. Dysart is responsible for serving Plaintiff, Joshua J. Williams via U.S. Mail.