IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

JOHN M. MITCHELL
1:19-cv-2848-RLY-TAB

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO AMEND SHORT FORM COMPLAINT**

Considering Plaintiff's Unopposed Motion for Leave to Amend the Short Form Complaint of John M. Mitchell (Dkt. 17847),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Short Form Complaint filed by John M. Mitchell is hereby **GRANTED** and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 4/12/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.