IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Cases Listed
In <u>Exhibit A</u>

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO RE-FILE AMENDED SHORT FORM COMPLAINTS AND SUPPORTING DOCUMENTS *NUNC PRO TUNC*

COME NOW Plaintiffs, by and through their undersigned counsel, and move the Court for leave to re-file their Amended Short Form Complaints *nunc pro tunc* in the master docket. In support of this Motion, movants state the following:

1. On March 25 and 26, 2021, undersigned counsel filed 83 (eighty-three) Amended Short Form Complaints and supporting documents in the individual dockets for the cases listed at <u>Exhibit A</u> hereto.

2. The Amended Short Form Complaints and supporting documents were timely filed, but were erroneously filed in the cases' individual dockets instead of the master docket, as was required by Case Management Order No. 29.

3. Plaintiffs' counsel has been directed by the Court to file the instant Motion, seeking leave to re-file the aforementioned Amended Short Form Complaints and supporting documents in the master docket in order to be compliant with Case Management Order 29.

4. A Proposed Order is attached to this Motion.

5. Plaintiffs have conferred with Defendants regarding the proposed amendment, and Defendants have indicated they have no opposition to this Motion.

WHEREFORE, Plaintiffs pray that this Honorable Court grant leave for the Plaintiffs listed in <u>Exhibit A</u> to re-file their Amended Short Form Complaints and supporting documents in the master docket.

Date: April 12, 2021

By: *s/ Ramon Rossi Lopez*
Ramon Rossi Lopez (CA Bar No. 86361)
  (admitted *pro hac vice*)
Matthew Ramon Lopez (CA Bar No. 263134)
  (admitted *pro hac vice*)
**Lopez McHugh LLP**
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(949) 737-1501
(949) 737-1504 (fax)
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

<em>s/ Ramon Rossi Lopez</em>

Case 1:14-ml-02570-RLY-TAB   Document 17901   Filed 04/12/21   Page 3 of 3 PageID #: 116725