IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Cases Listed
in <u>Exhibit A</u>

_____

## **ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of Plaintiffs' Unopposed Motion for Leave to Re-file Amended Short Form Complaints and Supporting Documents *Nunc Pro Tunc*, and any response thereto, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.  The Plaintiffs listed in <u>Exhibit A</u> to this Order are hereby granted Leave to Re-file their Amended Short Form Complaints and any supporting documentation in the above Master Docket.

BY THE COURT:

_____
J.