IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
DAVID M. ROMAN,

Civil Case #1:20-cv-6239-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW, Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further show the court as follows:

1. Plaintiff/Deceased Party:

   David M. Roman.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   South Carolina.

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   South Carolina.

1

6. Plaintiff's/Deceased Party's current state of residence:

   <u>South Carolina.</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>District of South Carolina.</u>

8. Defendants (check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   b. Other allegations of jurisdiction and venue:

10. Defendants Inferior Vena Cava Filter about which Plaintiff is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

March 6, 2019.

12. Hospital where Plaintiff was implanted (including City & State):

Grand Strand Regional Medical Center; Myrtle Beach, South Carolina.

13. Implanting Physician:

Christian Salinas, M.D.

14. Counts in the Master Complaint brought by Plaintiff:

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se
- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable SOUTH CAROLINA (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space below)

3

RESPECTFULLY SUBMITTED this 13th day of April, 2021.

           **SIMON GREENSTONE PANATIER, P.C.**

           */s/ Christina Mancuso*
           Christina Mancuso, Esq.
           TX Bar No. 12891400
           1201 Elm Street, Suite 3400
           Dallas, Texas 75204
           Tel: (214) 276-7680
           Fax: (214) 276-7699
           cmancuso@sgptrial.com

           **ATTORNEY FOR PLAINTIFF**