IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                          MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to the Cases Listed
in Exhibit A

_____

## ORDER

This Court, upon consideration of Plaintiffs' Unopposed Motion for Leave to Re-file

Amended Short Form Complaints and Supporting Documents *Nunc Pro Tunc* (Filing No. 17901),

and any response thereto, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

The Plaintiffs listed in Exhibit A to this Order are hereby granted Leave to Re-file their

Amended Short Form Complaints and any supporting documentation in the above Master Docket.


Date: 4/13/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana




Distribution to all registered counsel of record via ECF.