### Exhibit A

| | |
|---|---|
| Acosta, Michelle | 1:17-cv-04086 |
| Alford, Kristeena | 1:16-cv-2977 |
| Beasley, Sr., Joe Billy | 1:17-cv-00213 |
| Bennett, James | 1:19-cv-02738 |
| Benton, Jr., Robert | 1:17-cv-02404 |
| Boshardy, Roxanne | 1:17-cv-04686 |
| Brady, Robert | 1:14-cv-6000 |
| Crystal Whitehead e/o Brock, Thresa | 1:18-cv-01170 |
| Brown, Bonnie Jean | 1:17-cv-03332 |
| Brown, Dorothy | 1:17-cv-00761 |
| Burton, Victoria | 1:17-cv-01669 |
| Carman, Robert | 1:16-cv-3129 |
| Clark, Sheron | 1:17-cv-04624 |
| Clay, Ricardo | 1:16-cv-3262 |
| Convery, David | 1:16-cv-00848 |
| Corder, Lavonne | 1:17-cv-02327 |
| DeJesus, Ramon | 1:16-cv-00959 |
| Dixon, Lucillia | 1:15-cv-1635 |
| Dobbins, Violet | 1:17-cv-04645 |
| Douglass, Tanja | 1:17-cv-01478 |
| Eason, Ron | 1:16-cv-498 |
| Edmond, Timothy | 1:16-cv-1029 |
| Enright, Theodore | 1:15-cv-248 |
| Exterkamp, Laura | 1:16-cv-460 |
| Fallis, Joshua | 1:17-cv-01504 |
| Ford, Corinthia | 1:16-cv-03388 |
| Foster, Nettie | 1:18-cv-02851 |
| Froelich, William | 1:17-cv-03207 |
| Garcia, Penelope | 1:17-cv-03086 |
| Gearheart, Katie B. | 1:16-cv-1929 |
| Gibson, Lora | 1:17-cv-03694 |
| Glover, Eric | 1:17-cv-01506 |
| Gonzalez, Ana Maria | 1:19-cv-00567 |
| Greene, Lawrence | 1:18-cv-00598 |
| Gugliuzza, Kristel | 1:16-cv-799 |
| Gurmu, Michael | 1:15-cv-01388 |
| Heintzman, Donald | 1:16-cv-2420 |
| Hoye, Arthur | 1:17-cv-03353 |
| Hunter, Kenneth | 1:18-cv-02339 |
| Hutchinson, Sharon Ann | 1:17-cv-04087 |

| | |
|---|---|
| Jackson, Gentriece | 1:18-cv-03012 |
| Johnson, Darrell | 1:20-cv-602 |
| Jones, Dana | 1:16-cv-703 |
| Jumper, Ruth | 1:19-cv-4487 |
| Kelley, Melissa | 1:16-cv-159 |
| Kuljanin, Marija | 1:16-cv-00278 |
| Lauterbach, Michael | 1:16-cv-00488 |
| Lena, Brent | 1:16-cv-2219 |
| Linder, Colleen | 1:17-cv-04670 |
| Lopez, Christine | 1:17-cv-03030 |
| Martinez, Keniel Leonardo | 1:18-cv-04088 |
| McComas, Carissa | 1:16-cv-3033 |
| Mindt, Fallon | 1:17-cv-01496 |
| Murphy, Patrick | 1:19-cv-00644 |
| Myers, Greg | 1:17-cv-04754 |
| Odell, Ella | 1:16-cv-2167 |
| Osgood, Joseph | 1:15-cv-01543 |
| Pearlman, Barbara | 1:17-cv-01269 |
| Pennewill, Joan | 1:17-cv-01499 |
| Rajendran, Nalini | 1:17-cv-01247 |
| Sanchez, William | 1:17-cv-03067 |
| Satberry, A.J. | 1:16-cv-1119 |
| Seidler-Brennan, William Roy | 1:18-cv-04086 |
| Simpson, Walter | 1:18-cv-01016 |
| Sjomeling, Katherine | 1:18-cv-03013 |
| Skinner, Jesse | 1:16-cv-00268 |
| Smith, Madelyn | 1:16-cv-2282 |
| Snyder, Kathleen | 1:20-cv-507 |
| Sosa, Pablo v. Cook | 1:17-cv-01210 |
| Spavold, Patricia | 1:15-cv-1793 |
| Tasker, Jackie | 1:14-cv-139 |
| Taylor, Daniel | 1:17-cv-01501 |
| Teamer, Corey | 1:16-cv-3016 |
| Tramble, Nichelle | 1:15-cv-6025 |
| Vixay, Timothy | 1:15-cv-525 |
| Wagner, Mary | 1:17-cv-02240 |
| White, Jeffery | 1:15-cv-1905 |
| White, Kristen | 1:17-cv-01476 |
| Wilborn, Shebry | 1:18-cv-01759 |
| Williams, Denise | 1:16-cv-01394 |
| Willinsky, Joseph | 1:14-cv-01971 |
| Wiseman, Joan | 1:16-cv-06041 |
| Yandell, Connie | 1:18-cv-01073 |