IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Albright, Jenifer

Case No. 1:18-cv-02527

## ORDER FOR DISMISSAL

The Court having received and reviewed the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED dismissing plaintiff Jennifer Albright's claims against defendants with prejudice, with each party to bear its own costs.

SO ORDERED this 13th day of April 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record