IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Taylor, Tracy<br><br>Case No. 1:17-cv-04493 | |

## ORDER FOR DISMISSAL

The Court having received and reviewed the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED dismissing plaintiff Tracy Taylor's claims against defendants with prejudice, with each party to bear its own costs.

SO ORDERED this 13th day of April 2021.

                                                                   _____
                                                                   RICHARD L. YOUNG, JUDGE
                                                                   United States District Court
                                                                   Southern District of Indiana

Distributed Electronically to Registered Counsel of Record