> APPROVED. Case is dismissed with prejudice.
> Dated: Apr 13, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Joseph D. Morgan, as independent executor of the estate of Jeffrey L. Morgan

Case No. 1:19-cv-1886

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: March 4, 2021

| | |
|---|---|
| /s/ Wes S. Larsen | /s/ Andrea Roberts Pierson |
| Wes S. Larsen, Esq. | Andrea Roberts Pierson, Esq. |
| James, Vernon & Weeks, P.A. | Faegre Drinker Biddle & Reath LLP |
| 1626 Lincoln Way | 300 North Meridian Street, Suite 2500 |
| Coeur d'Alene, ID 83814 | Indianapolis, Indiana 46204 |
| Telephone: (208) 667-0683 | Telephone: (317) 237-0300 |
| Fascimile: (208) 664-1684 | Facsimile: (317) 237-1000 |
| Email: wes@jvwlaw.net | Email: andrea.pierson@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |