IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is dismissed with prejudice.
> Dated:  Apr 13, 2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Jon Ostberg, as a Representative of the estate of
Alice Nolan

Case No. 1:16-cv-2845

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with

prejudice. Each party shall bear its own fees and costs.

Dated:  March 4, 2021

/s/ Kenneth Wink
Kenneth J. Wink, Jr., Esq.
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:  (504) 525-8100
Fascimile:  (504) 584-5249
Email: kwink@murray-lawfirm.com

*Attorney for Plaintiff*

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorney for Defendants*