IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Apr 13, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Sharon Petty, Individually and as Administrator of the Estate of Charles E. Petty, Jr., deceased

Case No. 1:16-cv-02464

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: March 4, 2021

*/s/ Bobby J. Bell, Jr.*
Bobby J. Bell, Jr., Esq.
Hollis Wright Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Telephone: (205) 324-3600
Fascimile: (205) 324-3636
Email: bob@hollis-wright.com

*Attorney for Plaintiff*

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorney for Defendants*