IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>James Seal, on Behalf of Harvis Seal<br><br>Case No. 1:16-cv-2658 | |

> APPROVED. Case is dismissed with prejudice.
> Dated: Apr 13, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: March 4, 2021

| | |
|---|---|
| /s/ Kenneth J. Wink, Jr. | /s/ Andrea Roberts Pierson |
| Kenneth J. Wink, Jr., Esq. | Andrea Roberts Pierson, Esq. |
| Murray Law Firm | Faegre Drinker Biddle & Reath LLP |
| 650 Poydras St., Suite 2150 | 300 North Meridian Street, Suite 2500 |
| New Orleans, Louisiana 70130 | Indianapolis, Indiana 46204 |
| Telephone: (504) 525-8100 | Telephone: (317) 237-0300 |
| Fascimile: (504) 584-5249 | Facsimile: (317) 237-1000 |
| Email: kwink@murray-lawfirm.com | Email: andrea.pierson@faegredrinker.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |