AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| DAVID M. ROMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-6239-RLY-TAB |
| COOK MEDICAL, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, DAVID M. ROMAN,

Date: 04/14/2021

/s/ Christina Mancuso
*Attorney's signature*

Christina E. Mancuso, TX Bar No. 12891400
*Printed name and bar number*

SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270
*Address*

cmancuso@sgptrial.com
*E-mail address*

(214) 276-7680
*Telephone number*

(214) 276-7699
*FAX number*