IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

This Document Relates to the Following Actions:

1:18-cv-03887; 1:18-cv-03082; 1:20-cv-00668; 1:20-cv-02428;
1:19-cv-04983; 1:19-cv-05015; 1:19-cv-05071; 1:19-cv-02848;
1:20-cv-02615; 1:18-cv-03893; 1:20-cv-00005; 1:18-cv-03752;
1:20-cv-00018; 1:19-cv-00081; 1:20-cv-00031; 1:20-cv-00666;
1:18-cv-02282; and 1:20-cv-00106.

_____

## REPLY IN SUPPORT OF MOTION TO DISMISS UNKNOWN PRODUCT CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 8(a)

On March 26, 2021, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively "Cook") filed a Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8(a) [Dkt. 17183]. The Motion sought to dismiss 18 cases in which the Plaintiffs' complaints failed to identify the product they allege caused their injuries. In response to the Cook Defendants' Motion, 13 Plaintiffs made no response, three Plaintiffs identified the product at issue and amended their complaints, and two Plaintiffs agreed to dismiss their cases.

Cook respectfully requests the Court dismiss cases involving Plaintiffs that did not reply to the Motion to Dismiss. Cook withdraws its motion as to the three Plaintiffs who amended their complaints and identified the products at issue in their cases.

### I.      Plaintiffs that made no substantive response should be dismissed.

Thirteen plaintiffs failed to identify the product they allege caused their injuries and failed to respond in any way to Cook's motion. Specifically, the following plaintiffs failed to respond:

| Plaintiff | Case No. |
| --- | --- |
| Brown, Jamieca D. | 1:18-cv-03082 |
| Hibbs, Kammie | 1:20-cv-02428 |
| Jackson, Rona | 1:19-cv-04983 |
| James, Paula Y. | 1:19-cv-05015 |
| Monroe, Ronald D. | 1:20-cv-02615 |
| Montanez, Maria and Jose | 1:18-cv-03893 |
| Morales, Juan | 1:20-cv-00005 |
| O'Neal, Lorenzo | 1:18-cv-03752 |
| Perrine, Cindie | 1:20-cv-00018 |
| Rathbun, Dan | 1:20-cv-00031 |
| Shafer, Joyce | 1:20-cv-00666 |
| Truett, Paula Michelle Prutt Wendlant | 1:18-cv-02282 |
| Yoder, Nancy Jean | 1:20-cv-00106 |

As these plaintiffs have not responded to the Cook's Motion to Dismiss, their actions should be dismissed.

**II.  Cook withdraws its motion as moot as to three plaintiffs who amended their complaints to allege a product at issue.**

In response to Cook's Motion to Dismiss, three Plaintiffs either provided evidence to Cook of the product at issue or amended their complaints to include a product at issue. Cook therefore withdraws its Motion as to the following three Plaintiffs:

| Plaintiff | Case No. |
| --- | --- |
| Catty, Charles Walter Jr. | 1:20-cv-00668 |

2

| Mitchell, John M. | 1:19-cv-02848 |
| Pomije, Michelle | 1:19-cv-00081 |

**III.   Cook withdraw their motion as moot as to the two plaintiffs who have agreed to voluntarily dismiss their cases.**

In response to the Cook's Motion to Dismiss, two Plaintiffs agreed to file a stipulation of dismissal. Cook agrees to withdraw the motion as to the following Plaintiffs once Plaintiffs file those stipulations of dismissal:

| Plaintiff | Case No. |
|---|---|
| Bell, Kathy | 1:18-cv-03887 |
| Magnelli, Linda | 1:19-cv-05071 |

## Conclusion

Cook respectfully requests that the Court dismiss the Plaintiffs that neither responded to the Cook's Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8(a) nor agreed to file a stipulation dismissing their cases.

Dated: April 14, 2021

        Respectfully Submitted,

        */s/ Kip S.M. McDonald*
        Andrea Roberts Pierson, Co-Lead Counsel
        Jessica Benson Cox
        Kip S.M. McDonald
        FAEGRE DRINKER BIDDLE & REATH LLP
        300 North Meridian Street, Suite 2500
        Indianapolis, Indiana 46204
        Telephone: (317) 237-0300
        Andrea.Pierson@FaegreDrinker.com
        Jessica.Cox@FaegreDrinker.com
        Kip.McDonald@FaegreDrinker.com

        James Stephen Bennett, Co-Lead Counsel
        FAEGRE DRINKER BIDDLE & REATH LLP
        110 W. Berry Street, Suite 2400
        Fort Wayne, Indiana 46802
        Telephone: (260) 424-8000
        Stephen.Bennett@FaegreDrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2021, a copy of the foregoing Reply in Support of Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule 8(a) was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Kip S.M. McDonald*

US.132630783.02