IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)　　　　　　Plaintiff Demands a Trial by Jury

Daniel R. Rathbun

Civil Case # 1:20-cv-00031-RLY-TAB

### MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Pursuant to Rule 15 of Federal Rules of Civil Procedure, Plaintiff moves this Court to amend his Short Form Complaint in the above-captioned action and, in support, states as follows:

1. A party may amend his pleading by leave of the Court, and "[t]he court shall freely give leave when justice so requires" Fed. R. Civ. P. 15(a).

2. A party may amend the pleadings as may be necessary and "at any time" "to conform them to the evidence" Fed. R. Civ. P. 15(b).

3. Plaintiff requests leave to amend the pleadings to conform them to the evidence.

4. Plaintiff specifically requests leave to amend his complaint to indicate the specific model of Cook IVC filter he has been implanted with, who implanted it and when it was implanted.

5. The proposed Amended Short Form Complaint is attached as Exhibit A.

Respectfully submitted,

<u>/s/ Paul L. Stoller</u>
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER LLP**
2425 East Camelback Rd, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 88-2807
Facsimile: (855) 203-2035
Email: paul@drlawllp.com

***Lead Counsel for Plaintiff***

Dated: April 15, 2021

## **CERTIFICATE OF SERVICE**

I certify that on April 15, 2021, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.


*/s/Paul L. Stoller*
Paul L. Stoller