# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Daniel R. Rathbun 1:20-cv-00031-RLY-TAB

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion for Leave to Amend Short Form Complaint, it is found that good cause is shown. Therefore, it is so ordered that said motion is **GRANTED**. Plaintiff is **ORDERED** to file the Amended Short Form Complaint within seven (7) days of the date of this order.

So ordered this _____ day of April, 2021.

_____
Tim A. Baker, USMJ