IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs <u>JOE BILLY BEASLEY, SR. and NELLIE JO BEASLEY</u>

Civil Case # 1:17-cv-00213

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiffs named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   Joe Billy Beasley, Sr.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Nellie Jo Beasley

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Georgia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Georgia

6. Plaintiff's/Deceased Party's current state of residence:

   Georgia

7. District Court and Division in which venue would be proper absent direct filing:

   Northern District of Georgia, Atlanta Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated
   ☒ Cook Medical, LLC
   ☒ William Cook Europe APS

9. Basis of Jurisdiction
   ☒ Diversity of Citizenship
   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):
    - ☐ Günther Tulip Vena Cava Filter
    - ☒ Cook Celect Vena Cava Filter
    - ☐ Günther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Date of implantation as to each product:

    On or about December 17, 2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Emory University Hospital, Atlanta, GA

13. Implanting Physician(s):

    Irwin Best, M.D.

14. Counts in the Master Complaint brought by Plaintiffs:
    - ☒ Count I:     Strict Products Liability - Failure to Warn
    - ☒ Count II:    Strict Products Liability - Design Defect
    - ☒ Count III:   Negligence
    - ☒ Count IV:    Negligence *Per Se*
    - ☒ Count V:     Breach of Express Warranty
    - ☒ Count VI:    Breach of Implied Warranty

☑ Count VII:     Violations of Georgia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count VIII:    Loss of Consortium

☐ Count IX:      Wrongful Death

☐ Count X:       Survival

☑ Count XI:      Punitive Damages

☑ Other:          Fraudulent Concealment (please state the facts supporting this Count in the space, immediately below)

<u>Specific allegations that contain potentially confidential information are being simultaneously filed under seal on this date.</u>

15. Attorney for Plaintiffs:

   RAMON ROSSI LOPEZ; MATTHEW R. LOPEZ

16. Address and bar information for Attorney for Plaintiffs:

   Ramon Rossi Lopez, CA Bar No. 86361; Matthew Ramon Lopez, CA Bar No. 263134

   LOPEZ McHUGH LLP, 100 Bayview Circle, Suite 5600, Newport Beach, California.

Date: April 16, 2021

           Respectfully submitted,

           By: <u>*s/ Ramon Rossi Lopez*</u>
           Ramon Rossi Lopez (CA Bar No. 86361)
            (admitted *pro hac vice*)
           Matthew Ramon Lopez (CA Bar No. 263134)
            (admitted *pro hac vice*)
           **Lopez McHugh LLP**
           100 Bayview Circle, Suite 5600
           Newport Beach, CA 92660
           (949) 737-1501
           (949) 737-1504 (fax)
           rlopez@lopezmchugh.com
           mlopez@lopezmchugh.com

           ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*s/ Ramon Rossi Lopez*