AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Heron Anderson-Cotton | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-03525-RLY-TAB |
| Cook Incorporated, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Heron Anderson-Cotton.

Date:   04/16/2021

*/s/ Donald G. Norris*
*Attorney's signature*

Donald G. Norris, CA Bar No. 90000
*Printed name and bar number*

Law Offices of Donald G. Norris, A Law Corp.
3055 Wilshire Blvd., Ste. 980
Los Angeles, CA 90010
*Address*

dnorrislaw@gmail.com
*E-mail address*

(213) 487-8880
*Telephone number*

(213) 487-8884
*FAX number*