**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Cases:

Mayock, Michael, 1:17-cv-04544

_____

**[PROPOSED] ORDER ON DEFENDANTS'**
**MOTION FOR JUDGMENT PURSUANT TO CMO-28**

This matter is before the Court on Defendants' Motion for Judgment in Plaintiff Michael

Mayock's Case Pursuant to CMO-28, filed on March 15, 2021.  *See* Dkt. 16217.  Plaintiff's

response deadline passed on March 30, 2021, and more than 20 days have passed since the Cook

Defendants filed their motion.   Pursuant to Paragraph 7 of CMO-28, the Court therefore

**DISMISSES WITH PREJUDICE** the following action:

- Mayock, Michael, 1:17-cv-04544

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1