UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates Only to the Following Cases:

Del Cid, Jose – 1:17-cv-01704

_____

**Exhibit A**
**Medical Records**
**Filed Under Seal Pursuant to CMO # 29**

    Jessica Benson Cox, Co-Lead Counsel
    Andrea Roberts Pierson,
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana  46204
    Telephone:  (317) 237-0300
    Andrea.Pierson@FaegreDrinker.com
    Jessica.Cox@FaegreDrinker.com

    James Stephen Bennett, Co-Lead Counsel
    FAEGRE DRINKER BIDDLE & REATH LLP
    110 West Berry Street, Suite 2400
    Fort Wayne, Indiana  46802
    Telephone:  (260) 424-8000
    Stephen.Bennett@FaegreDrinker.com

    *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*