IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

    JOHN SIMON
    1:20-cv-06185

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff JOHN SIMON

Dated: April 16, 2021.
                                                  */s/ Thomas Wm. Arbon*
                                                  Thomas Wm. Arbon, Bar No. 01284275
                                                  **Martin Baughman, PLLC**
                                                  3141 Hood Street, Suite 600
                                                  Dallas, TX 75219
                                                  Telephone: (214) 761-6614
                                                  Facsimile: (214) 744-7590
                                                  tarbon@martinbaughman.com

                                                  ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 16, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        */s/ Thomas Wm. Arbon*
        Thomas Wm. Arbon