UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Cases:

Jason Snider, 1:17-cv-3614

_____

# FINAL JUDGMENT

Today, the court granted the Cook Defendants' Motion for Summary Judgment. Therefore, the court enters final judgment in favor of the Cook Defendants and against the Plaintiff herein, Jason Snider.

**SO ORDERED** this 19th day of April 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1