## CERTIFICATE OF SERVICE

 I hereby certify that on April 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

/s/ Caroline U. Hollingsworth
Caroline U. Hollingsworth, Esq.
