IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-RAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Ilene and Scott Sorenson

Civil Case No: 1:18-cv-03562-RLY-TAB

## MOTION TO WITHDRAW MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court for an Order to Withdraw the Unopposed Motion for Leave to Amend the Short Form Complaint [18008] and show as follows:

1. On April 19, 2021, Plaintiffs filed an Unopposed Motion for Leave to Amend the Short Form Complaint.

2. Attached to the Motion is a proposed Second Amended Short Form Complaint.

3. The Second Amended Short Form Complaint fails to include Exhibit A referenced therein and the filed document is incomplete.

**WHEREFORE**, Plaintiffs pray that this Motion be granted and that the Unopposed Motion for Leave to Amend the Short Form Complaint [18008] be withdrawn.

Dated: April 19, 2021

Respectfully submitted,

By: /s/ Willard J. Moody
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
will@moodyrrlaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify on the 19th day of April, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

s/ Willard J. Moody, Jr.<br>
Willard J. Moody, Jr.