IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-RAB
PRODUCTS LIABILITY LITIGATION      MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Ilene and Scott Sorenson

Civil Case No:  1:18-cv-03562-RLY-TAB

_____

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO WITHRAW
UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Considering the Plaintiffs' Motion to Withdraw Unopposed Motion for Leave to Amend Complaint, IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that said Motion is hereby GRANTED and the Clerk of the Court is directed to withdraw said Unopposed Motion for Leave to Amend Complaint from the record in this matter.

Date:

_____
United States District Judge