**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS**

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                     **Case No. 1:14-ml-2570-RLY-RAB**
PRODUCTS LIABILITY LITIGATION                              **MDL No. 2570**

_____

This Document Relates to Plaintiff(s)

Amanda Hernandez
_____

Civil Case No:   1:20-cv-520         ___

_____

**UNOPPOSED MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully

moves this Court for an Order for leave to amend the Short Form Complaint and show as follows:

1. Plaintiff filed a Short Form Complaint on February 14, 2020 indicating Plaintiff

   Amanda Hernandez was implanted with a Cook Gunther Tulip® Vena Cava Filter on July

   25, 2014 by Dr. Luis V. Gorospe at Hillcrest Medical Center in Tulsa, OK.

2. However, upon additional review, the undersigned confirmed that Plaintiff

   Amanda Hernandez was implanted with a Gunther Tulip® Vena Cava Filter on July 25,

   2014 by Dr. Matthew Ford at Hillcrest Medical Center in Tulsa, OK.

3. Plaintiff respectfully seeks leave to file the attached First Amended Short Form

   Complaint to correct the name of the implanting physician.

4. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose

   the filing of this motion.

5. No party will be prejudiced by allowing Plaintiff to amend the Complaint.

WHEREFORE, Plaintiff prays that this Motion be granted, that Plaintiff be granted leave to file a First Amended Short Form Complaint, and for such other appropriate relief.

April 19, 2021

Respectfully submitted,

_____
Taylor W. Williams, UT Bar No. 17348
**DRIGGS, BILLS & DAY PC.**
737 E. Winchester St.
Salt Lake City, UT 84107
T: 801-308-9179
F: 801-752-0607
twilliams@advocates.com

*Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on the 19th day of April, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to received service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

<u>*/s/ Taylor W. Williams*</u>, UT Bar No. 17348