AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| ROSE TATUM | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. | ) |
| *Defendant* | ) This document relates to case no. 1:21-cv-06389-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rose Tatum                                                                                                         .

Date:   04/20/2021                                       /s/Basil E. Adham
                                                          *Attorney's signature*

                                                          Basil E. Adham TX Bar No. 24081742
                                                          *Printed name and bar number*

                                                          Johnson Law Group
                                                          2925 Richmond Ave, Suite 1700
                                                          Houston, TX 77098
                                                          *Address*

                                                          IVC@johnsonlawgroup.com
                                                          *E-mail address*

                                                          (713) 626-9336
                                                          *Telephone number*

                                                          (713) 626-3394
                                                          *FAX number*

Print     Save As...                                                                                Reset