IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

 RENIE MANZELLA 

Civil Case# 1:20-CV-3156-RLY-TAB

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Renie Manzella

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Michigan

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan

6. Plaintiff's/Deceased Party's current state of residence:

   Michigan

7. District Court and Division in which venue would be proper absent direct filing:

   The United States District Court for the Western District of Michigan

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: N/A

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraph 11: Subject Matter

   Paragraph 11: Personal

   Paragraph 12: Venue

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ☐ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☑ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    8/21/2017

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Advanced Vascular Surgery, 1815 Henson Ave Kalamazoo MI 49048

13. Implanting Physician(s):

    John S. Munn, M.D., 1815 Henson Ave Kalamazoo MI 49048

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:    Strict Products Liability – Failure to Warn
- ☑ Count II:   Strict Products Liability – Design Defect
- ☑ Count III:  Negligence
- ☑ Count IV:   Negligence Per Se

3

☑ Count V:      Breach of Express Warranty

☑ Count VI:     Breach of Implied Warranty

☑ Count VII:    Violations of Applicable  MI         (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☐ Count IX:     Wrongful Death

☐ Count X:      Survival

☑ Count XI:     Punitive Damages

☐ Other:        N/A         (please state the facts supporting this Count in the space, immediately below)

☐ Other:        N/A         (please state the facts supporting this Count in the space, immediately below)

N/A
_____
_____
_____
_____

15. Attorney for Plaintiff(s):

    John T. Kirtley III - Ferrer Poirot & Wansbrough

16. Address and bar information for Attorney for Plaintiff(s):

4

2603 Oak Lawn Ave. Suite 300

Dallas, Texas 75219

Texas Bar No. 11534050

        Respectfully submitted,

        /S/ JOHN T. KIRTLEY, III
        **John T. Kirtley, III**
        Texas Bar No. 11534050
        2603 Oak Lawn Avenue, Suite 300
        P.O. Box 199109
        Dallas, Texas 75219
        (214) 521-4412
        (214) 526-6026 Fax
        jkirtley@lawyerworks.com
          Asst. molvera@lawyerworks.com
        ivcfiling@lawyerworks.com

        ATTORNEY FOR THE PLAINTIFFS
        **RENIE MANZELLA**

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/19/2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        /s/ JOHN T. KIRTLEY, III
        John T. Kirtley, III