# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Jacqueline Gess 1:20-cv-06131-RLY-TAB

## PLAINTIFF'S MOTION TO AMEND CAPTION

Now comes Plaintiff Jacqueline R. Gess ("Plaintiff") by and through her undersigned counsel and herby moves this Court to amend her name the caption in the instant case from Jacqueline Gess to Jacqueline Hinton. As grounds therefore, Plaintiffs state as follows:

1. On April 3, 2020, a complaint ("Complaint") was filed in the United State District Court for the Northern District of Ohio on behalf of Plaintiff in relation to her IVC Filter claim (Dkt 1).

2. Plaintiff's Complaint listed her name as Jacqueline Gess.

3. Around May 5, 2020, Plaintiff's case was transferred to the Southern District of Indiana to be included in the about captioned MDL action as part of CTO-83 (Dkt 13395).

4. On June 22, 2020, Plaintiff married William C. Hinton.

5. Plaintiff's name is now Jacqueline Hinton. A certified copy of Plaintiff's marriage record from Wayne County, Ohio is attached hereto as Exhibit A.

6. No prejudice would result from this amendment.

WHEREFORE, Plaintiff respectfully requests that this Court amend her name in the caption of the instant case from Jacqueline Gess to Jacqueline Hinton.

Dated: April 20, 2021

Respectfully submitted,

By her attorneys,
/s/*Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Attorneys for Plaintiff Jacqueline Gess*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

          */s/ Paul L. Stoller*
          Paul L. Stoller