# EXHIBIT A

# IN THE COURT OF COMMON PLEAS
## PROBATE DIVISION
## WAYNE COUNTY, OH
### CERTIFIED COPY OF MARRIAGE RECORD

Case No.: **2019 PB-L 000561**                     The State of Ohio, Wayne County

**I hereby certify** that on 06/22/2019, I solemnized the **MARRIAGE** of **WILLIAM C HINTON (DOB ▇▇ 1962)** with **JACQUELINE R GESS (DOB ▇▇ 1964)**

<u>JEFFREY L STEWART</u>
<u>WEST SALEM, OH</u>

◆◆◆◆◆◆◆◆◆

THE STATE OF OHIO                     The Court of Common Pleas

WAYNE COUNTY                          Probate Division.

I, the undersigned Judge of the Court of Common Pleas, Probate Division, within and for said County, do hereby certify that the foregoing is a true copy of the certificate of Marriage of the parties therein named, as the same appears on the Record of Marriages, Vol.123, Page 230. I further certify that I have carefully compared the foregoing copy with the original record, and that the same is a full and correct transcript thereof.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the seal of said Court, at Wayne County, this 27th day of June, 2019.

**Latecia E. Wiles**
_____
                                        Judge



By  _Janette Stebbins_
                                        Deputy Clerk