**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Jacqueline Gess 1:20-cv-06131-RLY-TAB

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion to Amend Caption, it is found that good cause is shown. Therefore, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to amend the Plaintiff's name from Jacqueline Gess to Jacqueline Hinton in the caption of the instant case.

So ordered this _____ day of April, 2021.

_____
Tim A. Baker, USMJ