UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | ) ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ENTRY FOR APRIL 15, 2021

### RICHARD L. YOUNG, JUDGE

The parties appeared by telephone for a monthly status conference and motions hearing. Plaintiffs' Leadership Committee appeared by Ben Martin, Joe Williams, and Mike Heaviside; the Cook Defendants appeared by Andrea Pierson, Jessica Cox, and Bruce Jones; Plaintiffs Mark Priesmeyer and Rocco Yedman appeared by Steven Rotman and Colleen Ryf; Plaintiff Bethany Fitzgerald appeared by Nathan Buttars; and Plaintiffs Dale Henitzman and Kristel Gugliuzza appeared by Matthew Lopez.

*Motions Hearing:*

After hearing argument from counsel, the following motions are **UNDER ADVISEMENT**:

(1) Cook's Motion for Dismissal of Claims Based on State Consumer Fraud Statutes (Filing No. 17042);

1

(2) Cook's Motion for Judgment in Plaintiff Bethany Fitzgerald's Case Pursuant to CMO-28 (Filing No. 15871); and

(3) Cook's Motion for Judgment in Plaintiff Dale Heintzman's Case Pursuant to CMO-28 (Filing No. 16213).

With respect to Cook's Motion for Judgment in Plaintiff Kristel Gugliuzza's Case Pursuant to CMO-28 (Filing No. 16197), Plaintiff's counsel filed a Notice of Voluntary Dismissal With Prejudice (Filing No. 17939). Therefore, Cook's Motion for Judgment (Filing No. 16197) is **DENIED as MOOT**.

*Status Conference:*

Cook reports that, to date, 556 Plaintiffs have filed Amended Short Form Complaints to add allegations concerning fraudulent concealment and sought guidance on how best to move for dismissal. The court directed Cook to file an omnibus motion to dismiss. Plaintiffs are to submit an omnibus response, not individual responses to Cook's motion.

Pursuant to the Fifth Amended Case Management Order #27 (Amended Bellwether Plan), the parties continue to follow the bellwether selection protocol and hope to try the first bellwether Tulip case early next year. In light of that fact, the parties indicate that conducting mini-trials to determine whether an asymptomatic perforation presents a compensable injury may be duplicative and not worth the time and expense.

**SO ORDERED** this 19th day of April 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

2