IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTIES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Rebecca Seagraves
Civil Case No.  1:21-cv-00444

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Rebecca Seagraves by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:20-cv-00053) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 04/20/2021

Respectfully submitted,

**ONDER LAW, LLC**

*/s/ Lawana S. Wichmann*
Lawana S. Wichmann
Missouri Bar No. 53999
110 East Lockwood Avenue
St. Louis, MO 63119
Telephone: (314) 963-9000
Facsimile: (314) 963-1700

**ATTORNEYS FOR PLAINTIFFS**