IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTIES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Delmar Keeton
Civil Case No.  1:21-cv-00313

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Delmar Keeton by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:20-cv-00053) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. This case was not previously dismissed as Counsel had not yet determined whether plaintiff's claim was subject to Case Management Order 28. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 04/20/2021

Respectfully submitted,

**ONDER LAW, LLC**

*/s/ Lawana S. Wichmann*

Lawana S. Wichmann
Missouri Bar No. 53999
110 East Lockwood Avenue
St. Louis, MO 63119
Telephone (314) 963-9000
Facsimile (314) 963-1700

ATTORNEYS FOR PLAINTIFF