**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document relates to Plaintiff(s):

Kenya Lumsey, 1:17-cv-03519

## STIPULATED DISMISSAL WITH PREJUDICE

The Parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: April 20, 2021

Attorneys for Plaintiff(s):　　　　　　　　Attorneys for Defendant(s):

| | |
|---|---|
| /s/ Craig D. Brown<br>Craig D. Brown, Esq. IL Bar No. 6210554<br>Meyers & Flowers, LLC<br>3 N. Second Street, Suite 300<br>St. Charles, IL 60174<br>(630) 232-6333<br>(630) 845-8982 (fax)<br>cdb@meyers-flowers.com<br><br>Branch Law Firm<br>2025 Rio Grande Blvd., NW<br>Albuquerque, NM 87104<br>(505) 243-3500<br>(505) 243-3534 (fax)<br>tbranch@branchlawfirm.com | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson<br>Kip S. M. McDonald<br>Elizabeth Whitelegg<br>FAEGRE BAKER DANIELS LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>(317) 237-0300<br>(317) 237-1000 (fax)<br>andrea.pierson@faegrebd.com<br>kip.mcdonald@faegrebd.com<br>liz.whitelegg@faegrebd.com |

## CERTIFICATE OF SERVICE

I, Craig D. Brown, an attorney, hereby certify that on April 20, 2021, I caused a copy of the foregoing document to be filed using the Court's CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Craig D. Brown
Craig D. Brown, Esq. IL Bar No. 6210554
Meyers & Flowers, LLC
3 N. Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
(630) 845-8982 (fax)
cdb@meyers-flowers.com