UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Arroyo, Candra, 1:20-cv-03005
Horton, Johnny, 1:20-cv-00785

## EXHIBIT A

| No. | Plaintiff | Case No. | Date Letter was sent | Date Response was Received | Who was Letter sent to |
|---|---|---|---|---|---|
| 1 | Arroyo, Candra | 1:20-cv-03005 | 3/18/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 2 | Horton, Johnny | 1:20-cv-00785 | 3/18/21 | No response identifying the product received | MARC J. BERN & PARTNERS, LLP |