UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND					Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION					MDL No. 2570

_____

This Document Relates to:
Arroyo, Candra, 1:20-cv-03005
Horton, Johnny, 1:20-cv-00785

_____

### **ATTORNEY DECLARATION OF BLAKE A. ANGELINO**

I, Blake Angelino, hereby state and affirm:

1. I submit this declaration in support of the Cook Defendants' Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8(a) in the cases listed in Exhibit A.

2. I am one of the attorneys representing the Cook Defendants in MDL 2570 before this Court.

3. Prior to the filing of this motion, I personally reviewed the complaints, plaintiff profile sheets, case categorization forms, and accompanying medical records submitted by the 2 Plaintiffs listed in the attached Exhibit A.

4. In each of the 2 Plaintiffs' cases listed in Exhibit A, there is no proof of the specific product at issue in each case.

5. Prior to the filing of this motion, Cook sent a letter to the attorneys for each plaintiff listed in Exhibit A notifying them of this deficiency.

6. As of the date this Affidavit is signed, Cook has not received a response to any of its letters identifying the specific product at issue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 20th day of April.

_____
Blake A. Angelino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Arroyo, Candra, 1:20-cv-03005
Horton, Johnny, 1:20-cv-00785

### EXHIBIT A

| No. | Plaintiff | Case No. | Date Letter was sent | Date Response was Received | Who was Letter sent to |
|---|---|---|---|---|---|
| 1 | Arroyo, Candra | 1:20-cv-03005 | 3/18/21 | No response received | MARC J. BERN & PARTNERS, LLP |
| 2 | Horton, Johnny | 1:20-cv-00785 | 3/18/21 | No response identifying the product received | MARC J. BERN & PARTNERS, LLP |