IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Cases:

Partin, Gevoda, 1:16-cv-02477
Robinson, Melissa, 1:19-cv-02737

## ORDER ON DEFENDANTS' MOTIONS FOR JUDGMENT PURSUANT TO CMO-28

These matters are before the Court on Defendants' Motions for Judgment Pursuant to CMO-28, filed on March 15, 2021. *See* Dkts. 16171 (*Robinson*); ; and 16210 (*Partin*) (both motions arguing that Plaintiffs' claims are time-barred). Plaintiffs' response deadline passed on March 30, 2021, and more than 20 days have passed since the Cook Defendants filed their motions. Pursuant to Paragraph 7 of CMO-28, the Court therefore **DISMISSES WITH PREJUDICE** the following actions:

- Partin, Gevoda, 1:16-cv-02477
- Robinson, Melissa, 1:19-cv-02737

4/20/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.