MOTION IS DENIED AS MOOT in light of order of dismissal at [18093].
Dated: 4/20/21
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS   LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates Only to the Following Cases:

Bain, Betty, 1:17-cv-03085

# DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF BETTY BAIN'S CASE PURSUANT TO CMO-28

Under Federal Rule of Civil Procedure 12(c), and pursuant to the process provided by CMO-28 (Dkt. 14601, ¶¶ 4-7), the Cook Defendants move for judgment in Plaintiff's case, which alleges injury as a result of a fracture of her IVC filter. In support of the motion, the Cook Defendants state as follows:

1. Plaintiff's Name:  Betty Bain

2. Case Number:  1:17-cv-03085

3. Filing Location and Date:  Filed in S. D. of Indiana on September 5, 2017

4. Plaintiff's Home State per Complaint: Nevada (Plaintiff's current residence, location of injury, and residence at the time of filter placement)

5. Applicable Choice of Law Rules:  Nevada, see Dkt. 13539 (modifying equitable time period for application of home state law to cases filed between May 31, 2017 and June 13, 2019).

6. Applicable Statutes of Limitations:  Nevada (2 years), Nev. Rev. Stat. Ann. § 11.190(4)(e) (Setting forth two-year statute of limitations for "an action to recover damages for injuries to a person . . . caused by the wrongful act or neglect of another").

7. Filter Placement Date:  August 23, 2009