IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

SHARON H. FRANKLIN and PAUL A. FRANKLIN
Civil Case # 1:17-CV-2162

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND FIRST AMENDED SHORT FORM COMPLAINT

Pursuant to Federal Rules of Civil Procedure, Rule 15, Plaintiffs move this Court for leave to amend their First Amended Short Form Complaint in the above captioned action and, in support, states as follows:

1. A party may amend his pleading by leave of court, and "[t]he court shall freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

2. Plaintiffs request leave to amend the pleadings to conform them to the evidence.

3. Plaintiffs specifically request leave to amend as to the date of implantation of Plaintiff Sharon Franklin's inferior vena cava filter in paragraph 11 of their First Amended Short Form Complaint.

4. The proposed Second Amended Short Form Complaint is attached hereto as Exhibit A.

5. Plaintiffs have communicated with the Cook Defendants to seek their assent to this motion. Defendants do not oppose this motion.

| | |
|---|---|
| Dated: April 21, 2021. | /s/ *John C. Duane*<br>John C. Duane (Fed. ID 8047)<br>jduane@motleyrice.com<br>Fred Thompson, III (Fed. ID 4081)<br>fthompson@motleyrice.com<br>MOTLEY RICE LLC<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29466<br>843-216-9000<br>843-216-9450 Fax<br><br>Donald A. Migliori (Fed. ID 4936)<br>dmigliori@motleyrice.com<br>MOTLEY RICE LLC<br>321 South Main Street, Suite 200<br>Providence, RI 02903<br>401-457-7700<br>401-457-7708 Fax<br><br>Attorneys for Plaintiffs<br>SHARON H. FRANKLIN and PAUL A. FRANKLIN |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April__, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ John C. Duane
John C. Duane
