IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>SHARON H. FRANKLIN and PAUL A. FRANKLIN<br>Civil Case # 1:17-CV-2162 | |

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND FIRST AMENDED SHORT FORM COMPLAINT

Considering Plaintiffs' Unopposed Motion for Leave to Amend the First Amended Short Form Complaint of Sharon H. Franklin and Paul A Franklin,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the First Amended Short Form Complaint filed by Sharon H. Franklin and Paul A. Franklin is hereby **GRANTED** and the Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record in this matter.

DATED: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana