IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff BENNIE MITCHELL
Case No. 1:17-cv-00788-RLY-TAB

## ENTRY OF APPEARANCE

COMES NOW, attorney Laci M. Whitley, of the Flint Law Firm, LLC, and hereby enters her appearance on behalf of Plaintiff BENNIE MITCHELL, in the above referenced action.

Respectfully submitted,

**FLINT LAW FIRM, LLC**

/s/ Laci M. Whitley
Laci M. Whitley, IL Bar No. 6314263
FLINT LAW FIRM, LLC
222 E. Park Street, Suite 500
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Laci M. Whitley