IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                       MDL No. 2570

This Document Relates to Plaintiff BETH WILLIAMS
Case No. 1:17-cv-02415-RLY-TAB

---

## ENTRY OF APPEARANCE

COMES NOW, attorney Laci M. Whitley, of the Flint Law Firm, LLC, and hereby enters

her appearance on behalf of Plaintiff BETH WILLIAMS, in the above referenced action.

Respectfully submitted,

**FLINT LAW FIRM, LLC**

*/s/ Laci M. Whitley*
Laci M. Whitley, IL Bar No. 6314263
FLINT LAW FIRM, LLC
222 E. Park Street, Suite 500
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintlaw.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

*/s/ Laci M. Whitley*