# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

<u>**David Raybuck**</u>

**Civil Case#: 1:18-cv-02541-WTL-TAB**

## NOTICE OF SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action give notice and suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the discovered death of David Raybuck, plaintiff in this case. Upon information and belief, Plaintiff David Raybuck died on or about October 28, 2019. The Death Certificate is attached hereto as Exhibit "A".

<u>Dated: April 22, 2021</u>

                                      Respectfully submitted,

                                      By: <u>/s/ Willard J. Moody</u>
                                      Willard J. Moody, Jr., Esquire (VSB #22866)
                                      THE MOODY LAW FIRM, INC.
                                      500 Crawford Street, Suite 200
                                      Portsmouth, VA 23704
                                      (757) 393-6020
                                      will@moodyrrlaw.com

                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.