IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br><br>**David Raybuck**<br><br>**Civil Case#: 1:18-cv-02541-WTL-TAB** | |

**PLAINTIFFS' MOTION TO MAINTAIN DOCUMENT
UNDER SEAL [Dkt No 18142-Exhibit A]**

Plaintiff by and through undersigned counsel hereby requests the Court maintain under seal the Exhibit for the Suggestion of Death filed April 22, 2021. (Dkt. No. 18142) and the Redaction of Death Certificate of Day Raybuck filed April 22, 2021. (Dkt. No. 18142-Exhibit A) because the documents contain personal identifying information protected from disclosure pursuant to Fed. R. Civ.P. 5.2

1

WHEREFORE, Plaintiff respectfully request the Court grant the instant motion and maintain documents 18142 and Exhibit A under seal without prejudice.

Dated: April 23, 2021

Respectfully submitted,

By: /s/ Willard J. Moody_____
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020
will@moodyrrlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.