IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

_____

This Document Relates to:

David Raybuck, Case No. 1:18-cv-02541-RLY-TAB

_____


**ORDER ON SUGGESTION OF DEATH**

On April 22, 2021, Plaintiff filed a notice of suggestion of death of Plaintiff, David

Raybuck  [Filing No. 18142].  Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the

date the Court is notified of a party's death to file a motion to substitute the proper party.  Failure

to file such a motion within 90 days will result in the dismissal of the party and/or the case.  Any

motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB,

within 90 days.

Date: 4/23/2021

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution to all registered counsel of record via the Court's ECF system.