**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

This Document Relates to:

Daniel R. Rathbun 1:20-cv-00031-RLY-TAB

## ORDER

Upon consideration of the Plaintiff's Motion for Leave to Amend Short Form Complaint,

it is found that good cause is shown. Therefore, it is so ordered that said motion is **GRANTED**.

The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in

this matter and it is deemed filed as of the date of this Order.

SO ORDERED.

Date: 4/23/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.