**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS**

_____

**IN RE: COOK MEDICAL, INC, IVC FILTERS**
**MARKETING, SALES PRACTICES AND**          **Case No. 1:14-ml-2570-RLY-TAB**
**PRODUCTS LIABILITY LITIGATION**                     **MDL No. 2570**

_____

This Document Relates to Plaintiff(s)

Ilene and Scott Sorenson

Civil Case No:  1:18-cv-03562-RLY-TAB

_____

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHRAW UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Considering the Plaintiffs' Motion to Withdraw Unopposed Motion for Leave to Amend

Complaint (Dkt. 18035), IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that said

Motion is hereby GRANTED.  The Clerk of the Court is directed to Withdraw the Unopposed Motion

for Leave to Amend the Short Form Complaint  at Dkt. 18008.

Date: 4/23/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.