IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    Ronald F. Rand and Susan L. Rand

Civil Case #  1:21-cv-6378

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Ronald F. Rand and Susan L. Rand


Date:   April 23, 2021                    /s/ Michael J. Quillin
                                              *Attorney's signature*

                                          Michael J. Quillin         #61877MO
                                              *Printed name and bar number*

                                          1034 S. Brentwood Blvd., 23rd Floor, PH 1-A
                                          St. Louis, MO 63117
                                              *Address*

                                          quillin@osclaw.com
                                              *E-mail address*

                                          (314) 405-9000
                                              *Telephone number*

                                          (314) 833-3073
                                              *FAX number*