UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: Ferguson, 1:18-cv-2950; Freeman, 1:19-cv-1562; Gutierrez, 1:18-cv-3399; Hope, 1:19-cv-00092; Izzo, 1:19-cv-1340; James, 1:18-cv-1278; Melton, 1:14-cv-01879; Talbert, 1:18-cv-3116; Vizcaino, 1:18-cv-3125. | | |

**ORDER GRANTING THE COOK DEFENDANTS' SECOND MOTION TO STRIKE AMENDED COMPLAINTS**

The Cook Defendants' unopposed Motion to Strike Amended Complaints (Filing No. 15662) is **GRANTED**. The Amended Short Form Complaints filed by the above-captioned Plaintiffs are **STRICKEN**.

**SO ORDERED** this 23rd day of April 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1