IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
    Agnes Morrow

Civil Case # 1:21-cv-6387

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Agnes Morrow


Date:   April 23, 2021          /s/ Michael J. Quillin
                                                   *Attorney's signature*

                                    Michael J. Quillin         #61877MO
                                              *Printed name and bar number*

                                    1034 S. Brentwood Blvd., 23rd Floor, PH 1-A
                                       St. Louis, MO 63117
                                                        *Address*

                                           quillin@osclaw.com
                                                 *E-mail address*

                                             (314) 405-9000
                                               *Telephone number*

                                             (314) 405-9999
                                                  *FAX number*