IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to<br><br>Plaintiff(s): **Pamela Maynard**<br><br>Civil Case#: 1:17-cv-03547 | |

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Pamela Maynard. Plaintiff Pamela Maynard died on or about October 19, 2019. The Death Certificate is attached hereto as Exhibit "A".

Dated: April 26, 2021

                                                    Respectfully submitted,

                                                    By: /s/ David L. Rosenband
                                                        David L. Rosenband, Esq.
                                                        **Weitz & Luxenberg, P.C.**
                                                        700 Broadway
                                                        New York, NY 10003
                                                       Telephone: (212) 558-5915
                                                       Facsimile: (646) 293-7470
                                                       drosenband@weitzlux.com
                                                       Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ __ David L. Rosenband
David L. Rosenband
