# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Evelyn M. Dibble

Civil Case # 1:21-cv-06396-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above reference matter.

|   |   |
|---|---|
|   | Respectively submitted, |
| Dated: April 26, 2021 | /s/ Paul L. Stoller<br>Paul L. Stoller<br>(Admitted *Pro Hac* Vice, AZ Bar No. 016773)<br>**DALIMONTE RUEB STOLLER, LLP**<br>2425 E. Camelback Road, Suite 500<br>Phoenix, Arizona 85016<br>Tel: (602) 888-2807<br>Fax: (855) 203-2035<br>paul@drlawllp.com<br><br>*Lead Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                        */s/ Paul L. Stoller*
                                                                        Paul L. Stoller