IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to Plaintiff(s) <u>NETTIE FOSTER</u>

Civil Case # 1:18-cv-02851

---

### FIRST AMENDED SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further shows the court as follows:

1.  Plaintiff's/Deceased Party's Name:

    <u>Nettie Foster</u>

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    <u>Not Applicable</u>

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    <u>Not applicable</u>

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

    <u>South Carolina</u>

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

South Carolina

6. Plaintiff's/Deceased Party's current state of residence:

South Carolina

7. District Court and Division in which venue would be proper absent direct filing:

District of South Carolina, Greenville Division

8. Defendants (Check Defendants against whom Complaint is made):

☑ Cook Incorporated

☑ Cook Medical, LLC

☑ William Cook Europe APS

9. Basis of Jurisdiction
☑ Diversity of Citizenship

☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

PARAGRAPHS 6 THROUGH 28

_____

_____

b. Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip Vena Cava Filter

☑ Cook Celect Vena Cava Filter

☐ Günther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of implantation as to each product:

On or about June 16, 2010 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Spartanburg Regional Medical Center, Spartanburg, SC _____

_____

13. Implanting Physician(s):

Ari Kramer, M.D. _____

_____

14. Counts in the Master Complaint brought by Plaintiffs:

☑ Count I:        Strict Products Liability - Failure to Warn

☑ Count II:       Strict Products Liability - Design Defect

☑ Count III:      Negligence

☑ Count IV:      Negligence *Per Se*

☑ Count V:       Breach of Express Warranty

☑ Count VI:      Breach of Implied Warranty

   ☑ Count VII:    Violations of South Carolina Law Prohibiting Consumer Fraud and

         Unfair and Deceptive Trade Practices

   ☐ Count VIII:   Loss of Consortium

   ☐ Count IX:    Wrongful Death

   ☐ Count X:    Survival

   ☑ Count XI:    Punitive Damages

   ☑ Other:      Fraudulent Concealment (please state the facts supporting this

         Count in the space, immediately below)

Specific allegations that contain potentially confidential information are being

simultaneously filed under seal on this date.

15. Attorney for Plaintiffs:

RAMON ROSSI LOPEZ; MATTHEW R. LOPEZ


16. Address and bar information for Attorney for Plaintiffs:

Ramon Rossi Lopez, CA Bar No. 86361; Matthew Ramon Lopez, CA Bar No. 263134

LOPEZ McHUGH LLP, 100 Bayview Circle, Suite 5600, Newport Beach, California.

Date: April 27, 2021

                  Respectfully submitted,

                  By:/ s/Matthew R. Lopez
                  Ramon Rossi Lopez (CA Bar No. 86361)
                   (admitted *pro hac vice*)
                  Matthew Ramon Lopez (CA Bar No. 263134)
                   (admitted *pro hac vice*)
                  **Lopez McHugh LLP**
                  100 Bayview Circle, Suite 5600
                  Newport Beach, CA 92660
                  (949) 737-1501
                  (949) 737-1504 (fax)
                  rlopez@lopezmchugh.com
                  mlopez@lopezmchugh.com

                  ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/*Matthew R. Lopez*