# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-06175 | 1:21-cv-06372 |
| 1:20-cv-06185 | 1:21-cv-06374 |
| 1:20-cv-06196 | 1:21-cv-06384 |
| 1:20-cv-06205 | 1:21-cv-06389 |
| 1:21-cv-00662 | 1:21-cv-06391 |
| 1:21-cv-00755 | 1:21-cv-06392 |
| 1:21-cv-00759 | 1:21-cv-06393 |
| 1:21-cv-00762 | 1:21-cv-06394 |
| 1:21-cv-00766 | 1:21-cv-06395 |
| 1:21-cv-00767 | 1:21-cv-06402 |
| 1:21-cv-00775 | 1:21-cv-06405 |
| 1:21-cv-00777 | 1:21-cv-06409 |
| 1:21-cv-00778 | 1:21-cv-06415 |
| 1:21-cv-00781 | 1:21-cv-06416 |
| 1:21-cv-06370 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   April 28, 2021

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204

US.120264241.01

Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson