**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION** | **MDL NO. 1:14-ml-2570-RLY-TAB** <br> **MDL No. 2570** |

**This Document Relates to Plaintiff(s):**

**David Raybuck**

**Civil Case#: 1:18-cv-02541-RLY-TAB**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' FIRST MOTION TO MAINTAIN A DOCUMENT UNDER SEAL**

Considering the Plaintiffs' First Motion to Maintain a Document Under Seal, IT IS

HEREBY ORDERED, ADJUDGED, AND DECLARED that said Motion is hereby

GRANTED.

Dated: _____.          .

_____
UNITED STATES DISTICT JUDGE
SOUTHERN DISTRICT OF INDIANA