IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

PAMELA MAYNARD

Civil Case # 1:17-cv-03547

## MOTION TO WITHDRAW NOTICE OF SUGGESTION OF DEATH
### [DKT. 18224]

COMES NOW the Plaintiff, PAMELA MAYNARD, and request that this court withdraw Plaintiff's Notice of Suggestion of Death [Dkt. 18224]. As grounds therefore, Plaintiff states that the incorrect Notice of Suggestion of Death was uploaded and Plaintiff requests that this document be withdrawn so that the correct Notice of Suggestion of Death can be filed.

Date: April 28th, 2021

Respectfully submitted,

/ s /  David L. Rosenband  _
David L. Rosenband, Esq. (NY – 3969680)
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5915
Facsimile: (646) 293-7470
drosenband@weitzlux.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/ s /  David L. Rosenband  _
David L. Rosenband, Esq. (NY – 3969680)
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5915
Facsimile: (646) 293-7470
drosenband@weitzlux.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

PAMELA MAYNARD

Civil Case # 1:17-cv-03547

**ORDER TO WITHDRAW NOTICE OF SUGGESTION OF DEATH [DKT. 18224]**

The Plaintiff, PAMELA MAYNARD, Motion to Withdraw Notice of Suggestion of Death [Dkt. 18224] is hereby GRANTED.

_____
Date

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record