**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to

Plaintiff(s): Brian K. Barthalow
Civil Case#: 1:17-cv-02139

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Brian K. Barthalow. Plaintiff Brian K. Barthalow died on or about October 8, 2017. The Death Certificate is attached hereto as Exhibit "A".

Dated: April 26, 2021

s/ John C. Duane
John C. Duane (Fed. ID 8047)
jduane@motleyrice.com
Donald A. Migliori (Fed. ID 4936)
dmigliori@motleyrice.com
Fred Thompson, III (Fed. ID 4081)
fthompson@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29466
843-216-9000
843-216-9450 Fax

Attorneys for Plaintiff
Brian K. Barthalow

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/   John C. Duane