**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Herrin, James, 1:21-cv-423

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe APS jointly stipulate that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his/her case in the Southern District of Indiana. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

Dated: April 28, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ John T. Kirtley, III<br>John T. Kirtley, III<br>Texas Bar No. 11534050<br>2603 Oak Lawn Avenue, Suite 300<br>P.O. Box 199109<br>Dallas, Texas 75219<br>(214) 521-4412<br>(214) 526-6026 Fax<br>jkirtley@lawyerworks.com<br><br>*Attorney for Plaintiff* | /s/ Jessica Benson Cox<br>Jessica Benson Cox<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Phone: (317) 237-0300<br>Email: Jessica.Cox@FaegreDrinker.com<br><br>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS* |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ John T. Kirtley, III
John T. Kirtley, III