IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

James Herrin, Plaintiff

Civil Case# 1:21-cv-423-RLY-TAB

---

### ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

---

The Court has considered the Parties' Stipulation of Dismissal Without Prejudice.  Doc._____.

**IT IS ORDERED** that the parties' Stipulation of Dismissal (Doc. _____) is **granted.**

This case, JAMES HERRIN v. Cook Incorporated, Cook Medical LLC and William Cook Europe APS, No.  1:21-cv-423-RLY-TAB, is hereby dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his/her case in the Southern District of Indiana. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice.

Costs of Court shall be taxed against the party incurring same.

   Dated this _____day of May, 2021.


                                        _____

                                        United States District Judge