IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Lawrence Barlow and Editha Barlow

Civil Case # 1:17-cv-1284

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND SECOND SHORT FORM COMPLAINT**

Pursuant to Federal Rules of Civil Procedure, Rule 15, Plaintiffs move this Court for leave to amend their Second Amended Short Form Complaint in the above captioned action and, in support, states as follows:

1. A party may amend his pleading by leave of court, and "[t]he court shall freely give leave when justice so requires." Fed. R. Civ. P. 15 (a)(2).

2. Plaintiff's request leave to amend the pleadings to conform them to the evidence.

3. Plaintiffs specifically request leave to amend as to the type of device implanted in Plaintiff Lawrence Barlow in paragraph 10 of their Second Amended Short Form Complaint.

4. The proposed Third Amended Short Form complaint is attached hereto as Exhibit A.

5. Plaintiffs have communicated with the Cook Defendants to seek their assent to this motion. Defendants do not oppose this motion.

Dated: April 28, 2021.

/s/ Stuart L. Goldenberg
Marlene J. Goldenberg
Stuart L. Goldenberg
GoldenbergLaw, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Tel.:   (612) 333-4662
Fax:    (612) 367-8107
mjgoldenberg@goldenberglaw.com
slgoldenberg@goldenberglaw.com

*Attorneys for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27th, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Stuart L. Goldenberg*

Stuart L. Goldenberg