IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Lawrence Barlow and Editha Barlow

Civil Case # 1:17-cv-1284

**ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND SECOND AMENDED SHORT FORM COMPLAINT**

Considering Plaintiffs' Unopposed Motion for Leave to Amend the Second Amended Short Form complaint of Lawrence Barlow and Editha Barlow,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Second Amended Short form Complaint filed by Lawrence Barlow and Editha Barlow is hereby **GRANTED** and the Clerk of Court is directed to file the Third Amended Short form complaint into the record in this matter.

DATED: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern district of Indiana