**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

<u>**David Raybuck**</u>

**Civil Case#: 1:18-cv-02541-RLY-TAB**

**ORDER GRANTING PLAINTIFFS' FIRST MOTION TO
MAINTAIN A DOCUMENT UNDER SEAL**

Upon Motion by Plaintiff, and for good cause shown, the Court hereby GRANTS Plaintiff's Motion to Maintain Document Under Seal (Dkt. 18156). Plaintiff's filing of Dkt No. 18142-1 shall remain under seal.

IT IS FURTHER ORDERED that Plaintiff shall file a redacted version of this document as the redacted version was not attached to said motion (Dkt. 18156).

Date: 4/28/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.