APPROVED.  Case is
dismissed without prejudice.
Dated: 4/27/21

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
Leslie Diaz
Case No. 1:19-cv-00122

## STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants Cook

Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-

captioned case be dismissed without prejudice, with each party to bear its own fees and costs.  To

the extent not barred by applicable statutes, such as the statute of limitations or statute of repose,

Plaintiff may refile her case in the Southern District of Indiana.[1]  If Plaintiff refiles her case in any

jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert

to a dismissal with prejudice.  All parties shall bear their own fees and costs.

Dated:  October 28, 2020


 /s/ Michael J. Quillin
Michael J. Quillin, Esq.
O'Leary, Shelton, Corrigan, Peterson,
  Dalton & Quillin, LLC
1034 Brentwood Boulevard, PH 1-A, 23rd Floor
St. Louis, Missouri
Telephone:  (314) 405-9000
Facsimile:  (314) 405-9999
Email: quillin@osclaw.com

*Attorney for Plaintiff*

 /s/ Jessica Benson Cox
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email: jessica.cox@faegredrinker.com

*Attorney for Defendants*

---

[1]   The Cook Defendants expressly preserve their arguments that Plaintiff's claimed injuries are
      barred by the statute of limitations.

US.129908464.01