IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-RAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Ilene and Scott Sorenson

Civil Case No: 1:18-cv-03562-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court for an Order for leave to amend the Short Form Complaint and show as follows:

1. Plaintiffs filed a Short Form Complaint on November 15, 2018 and an Amended Short Form Complaint March 25, 2021indicating Plaintiff Ilene Sorenson was implanted with a Cook Tulip® Vena Cava Filter on March 21, 2011.

2. However, upon additional review, the undersigned confirmed that Plaintiff Ilene Sorenson was implanted with a Gunther Tulip® Vena Cava Filter on March 31, 2011.

3. Plaintiffs respectfully seek leave to file the attached Second Amended Short Form Complaint to correct the date of the implant.

4. Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

5. No party will be prejudiced by allowing Plaintiffs to amend the Complaint.

**WHEREFORE**, Plaintiffs pray that this Motion be granted, that Plaintiffs be granted leave to file a Second Amended Short Form Complaint, and for such other appropriate relief.

April 29, 2021				Respectfully submitted,


					By: /s/ Willard J. Moody_____
					Willard J. Moody, Jr., Esquire (VSB #22866)
					THE MOODY LAW FIRM, INC.
					500 Crawford Street, Suite 200
					Portsmouth, VA 23704
					(757) 393-4093
					will@moodyrrlaw.com
					ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify on the 29th day of April, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.