**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS**

_____

**IN RE: COOK MEDICAL, INC, IVC FILTERS**
**MARKETING, SALES PRACTICES AND**          **Case No. 1:14-ml-2570-RLY-RAB**
**PRODUCTS LIABILITY LITIGATION**                        **MDL No. 2570**

_____

This Document Relates to Plaintiff(s)

Ilene and Scott Sorenson

Civil Case No:  1:18-cv-03562-RLY-TAB

_____

**[PROPOSED] ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT**

Considering the Plaintiffs' Unopposed Motion to Leave to Amend Complaint of

Plaintiffs Ilene Sorenson and Scott Sorenson, IT IS HEREBY ORDERED, ADJUDGED, AND

DECLARED that the Unopposed Motion for Leave to Amend the Complaint is hereby

GRANTED and the Clerk of the Court is directed to file the Second Amended Short Form

Complaint into the record in this matter.

Date:

_____
United States District Judge