# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

<u>**David Raybuck**</u>

**Civil Case#: 1:18-cv-02541-WTL-TAB**

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves the Court for an order substituting Philip Raybuck, as heir to the Estate of David Raybuck, deceased, as the Plaintiff in this action.

1. David Raybuck filed this products liability lawsuit against Defendants on August 17, 2018 in the Southern District of Indiana, Indianapolis Division.

2. On September 19, 2018, Plaintiff's counsel served Defendants with a Plaintiff Profile Form.

3. On April 22, 2021, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [See Doc. No. 18142]

4. Philip Raybuck, surviving brother of David Raybuck, is a proper party to substitute for Plaintiff-decedent David Raybuck and has proper capacity to continue the claims made in this lawsuit pursuant to Fed.R.Civ.P.25(a)(1), which

    states that, "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any part or by the decedent's successor or representative."

5. Philip Raybuck, the surviving brother of David Raybuck, is the heir to plaintiff-decedent's estate pursuant to the Wyoming Probate Code and Wyo. Stat. § 2-1-201.

6. Philip Raybuck further seeks leave to file the attached amended short complaint to substitute himself as plaintiff on behalf of Plaintiff-decedent. (See Amended Short Form Complaint, attached hereto as Exhibit "A").

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion for substitution of Philip Raybuck as heir as to the estate of David Raybuck in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the Amended Short Form Complaint.

Dated: <u>April 29, 2021</u>            Respectfully submitted,

                                       By<u>: /s/ Willard J. Moody</u>_____
                                       Willard J. Moody, Jr., Esquire (VSB #22866)
                                       THE MOODY LAW FIRM, INC.
                                       500 Crawford Street, Suite 200
                                       Portsmouth, VA 23704
                                       (757) 393-6020
                                       will@moodyrrlaw.com

                                       *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.