IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

BRIAN K. BARTHALOW
Civil Case # 1:17-CV-02139

### PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL [Dkt No 18267-1]

Plaintiff, by and through undersigned counsel, hereby requests that the Court maintain under seal the Exhibit A for the Notice of Suggestion of Death filed April 28, 2021. [Dkt. No. 18267-1] because the document contains personal identifying information protected from disclosure pursuant to Fed. R. Civ.P. 5.2.

WHEREFORE, Plaintiff respectfully requests that the Court grant the instant motion and maintain document 18142-1 under seal without prejudice.

Dated: April 29, 2021

        Respecfully submitted,

        By: s/ John C. Duane
        John C. Duane (Fed. ID 8047)
        jduane@motleyrice.com
        MOTLEY RICE LLC
        28 Bridgeside Boulevard
        Mount Pleasant, SC 29464
        843-216-9000
        843-216-9450 Fax

        Attorney for Plaintiff
        Brian K. Barthalow

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/    John C. Duane