IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

BRIAN K. BARTHALOW
Civil Case # 1:17-CV-02139

### ORDER ON PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL [Dkt. No 18267-1]

Considering Plaintiff's Motion to Maintain Document Under Seal [Dkt. No. 18267-1],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Plaintiff's Motion to Maintain Document Under Seal is hereby **GRANTED** and the Clerk of the Court is directed to maintain Dkt. No. 18267-1 under seal.

DATED: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana