IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

PAMELA MAYNARD

Civil Case # 1:17-cv-03547

**ORDER TO WITHDRAW NOTICE OF SUGGESTION OF DEATH [DKT. 18224]**

This matter is before the Court on Plaintiff, PAMELA MAYNARD's, Motion to Withdraw Notice of Suggestion of Death [Dkt. 18224] . The Court, having reviewed the Motion and being duly advised in the premises, now GRANTS the Motion.

IT IS, THEREFORE, ORDERED by the Court that Dkt. 18224 be withdrawn from the docket.

IT IS FURTHER ORDERED that Plaintiff shall file a a motion to maintain Document # 18224-1 under seal as this document cannot be removed from the Court's docket and contains personal identifers according to Fed. R. Civ. P. 5.2.

Date: 4/29/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record