**VERIFY PRESENCE OF ODH WATERMARK — HOLD TO LIGHT TO VIEW**

Ohio Department of Health
VITAL STATISTICS
# CERTIFICATE OF DEATH
Type or print in permanent blue or black ink

Reg. Dist. No. 21
Primary Reg. Dist. No. 2100
Registrar's No. 2100-2017000500
State File No. 2017095520

## DECEDENT

1. Decedent's Legal Name: **BRIAN KEITH BARTHALOW**
2. Sex: MALE
3. Date of Death: OCTOBER 08, 2017
4. Social Security Number: [redacted]
5a. Age (Years): 46
6. Date of Birth: [redacted]
7. Birthplace: DOVER, OHIO
8a. Residence State: OHIO
8b. County: COSHOCTON
8c. City or Town: NEWCOMERSTOWN
8d. Street and Number: 59844 COUNTY ROAD 9
8f. Zipcode: 43832
8g. Inside City Limits?: NO
9. Ever in US Armed Forces?: NO
10. Marital Status at Time of Death: DIVORCED (AND NOT REMARRIED)
11. Surviving Spouse's Name: —
12. Decedent's Education: HIGH SCHOOL GRADUATE OR GED
13. Decedent of Hispanic Origin: NO
14. Decedent's Race: WHITE
15. Father's Name: CHARLES BARTHALOW
16. Mother's Name (prior to first marriage): DIANA ELLIOTT
17a. Informant's Name: K[redacted] B[redacted]
17b. Relationship to Decedent: SON
17c. Mailing Address: 59844 COUNTY ROAD 9, NEWCOMERSTOWN, OHIO 43832
18a. Place of Death: MOTOR VEHICLE ACCIDENT
18b. Facility Name: IN FRONT OF 12465 STATE ROUTE 37
18c. City or Town, State and Zip Code: SUNBURY, OH 43074
18d. County of Death: DELAWARE

## DISPOSITION

19. Signature of Funeral Service Licensee or Other Agent: DARCIE D KASER
20. License Number: 009715
21. Name and Complete Address of Funeral Facility: MILLER FUNERAL HOME, 639 MAIN ST., COSHOCTON, OH 43812
22a. Method of Disposition: CREMATION
22b. Date of Disposition: OCTOBER 14, 2017
22c. Place of Disposition: OHIO FUNERAL SUPPORT SERVICES
22d. Location: MT VERNON, OH

## REGISTRAR

23. Registrar's Signature: PAMELA SHEARS
24. Date Filed: OCTOBER 10, 2017
25a. Name of Person Issuing Disposition Permit: SNYDER, WESTON
25b. District No.: 4200
25c. Date Disposition Permit Issued: OCTOBER 10, 2017

## CERTIFIER

26a. Certifier: [X] Coroner or Medical Examiner
On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated.
26b. Time of Death: 0516
26c. Date Pronounced Dead: OCTOBER 08, 2017
26d. Was Case Referred to Medical Examiner or Coroner?: YES
26e. Signature and Title of Certifier: ANDREW SCOTT MACDOWELL, MD
26f. License number: 35.077062
26g. Date Signed: OCTOBER 10, 2017
27. Name and Address of Person who Completed Cause of Death: ANDREW SCOTT MACDOWELL, 10 COURT ST, DELAWARE, OH 43015

## CAUSE OF DEATH

28. Part I.

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | BLUNT FORCE TRAUMA | SECONDS |
| b. Due to (or as Consequence of) | SINGLE CAR MOTOR VEHICLE ACCIDENT | IMMEDIATE |
| c. Due to (or as Consequence of) | | |
| d. Due to (or as Consequence of) | | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.: OSA, DM, UNDER INFLUENCE OF THC AND METHAMPHETAMINE

29a. Was An Autopsy Performed?: NO
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?: NOT APPLICABLE
30. Did Tobacco Use Contribute to Death?: NO
31. If Female, Pregnancy Status: NOT APPLICABLE.
32. Manner of Death: ACCIDENT
33a. Date of Injury: 10/08/2017
33b. Time of Injury: 0515
33c. Place of Injury: ROADWAY
33d. Injury at Work?: NO
33e. Location of Injury: SR 37 WEST, .20 MILES WEST OF #24 MILEPOST, TRENTON TOWNSHIP, OHIO
33f. Describe How Injury Occurred: DRIVER INVOLVED IN A SINGLE VEHICLE MISHAP
33g. If Transportation Injury, Specify: DRIVER / OPERATOR

HEA 2724 Rev. 07/15    * Certifier has filed updated information regarding the Cause of Death

Pamela L. Shears
Registrar

DEC - 4 2017

*Pamela L Shears*

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH. REV. 7/2015