# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

THIS DOCUMENT RELATES TO:

Lessie Alger v. Cook Incorporated
Case no. 1:17-cv-01023

### AFFIDAVIT OF LESSIE MILSTEAD (f/k/a LESSIE ALGER)

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2. I am a resident of Harrisonburg, Virginia, where I have lived for many years.

3. I am currently 47 years old, and I was implanted with an IVC Filter.

4. Cook has not taken my deposition regarding the relevant litigation

5. On August 3, 2015, I was told that the IVC Filter that was implanted in me might be defective and it could be the cause of my injuries. Before 2015, I was not aware of the causal connection between my injuries and the defective nature of Cook's IVC Filter.

6. In early 2017, a lawsuit was filed on my behalf against Cook Incorporated, et al.

I declare under the penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

Lessie Milstead (fka Lessie Alger)