# IMAGING SERVICES REPORT

# Seton Medical Center Williamson

| CLINICAL INDICATIONS/HISTORY: | Location: | W325 Bed 01 Floor 3A MEDICAL SUR |
|---|---|---|
| DVT | Patient: | BUELL, JAMES |
|  | DOB: | 5/19■ |
| DVT | Age/Sex: | ■ |
|  | Account# | 805142■ |
|  | Ordering Phys: | KISH, JOHN, Radiologist |

| MR Number | Film Date: |
|---|---|
| 00000730■ | 11/22/08 16:15 |

PROCEDURE AND ACCESSION NUMBER:

SP Filter Placement, 11/22/08 16:15, #3038060

SETON WILLIAMSON COUNTY IMAGING SERVICES
PATIENT NAME: BUELL, JAMES B
DOB: 05/19■ SEX: M
FILM DATE: 11/22/2008 16:15 ACCESSION: 3038060 PROCEDURE: SP Filter Placement

INTERPRETATION/CONSULTATION
IVC VENOGRAM AND PLACEMENT OF INFRARENAL IVC FILTER

INDICATION:
Patient with history of pulmonary embolus and lower extremity deep venous thrombosis. Although patient is on Lovenox anticoagulation, it was deemed that the patient is very high risk if has another pulmonary embolus, therefore, ordering physician requests placement of IVC filter.

PROCEDURE:
The benefits and risks were discussed in detail with the patient who agreed to proceed. The right groin was prepped and draped in the usual sterile fashion. 1% lidocaine was utilized for local anesthesia.

Micropuncture technique was used to access the right common femoral vein. There was prompt return of blood flow and a 0.018 wire was placed and exchanged for 0.035 Bentson wire, which was advanced into the inferior vena cava. Over this wire was placed a 5-French pigtail catheter. An IVC venogram was performed. This revealed no evidence of IVC thrombus.

Wire was again placed and over the wire was placed the tulip sheath followed by placement of the infrarenal IVC removable tulip filter. The filter was successfully deployed. The sheath was removed and direct pressure applied to the right groin for 10 minutes achieving adequate hemostasis. A dressing was placed.

COMPLICATIONS:
No immediate.

CONCLUSION:
1. Inferior vena cava venogram revealing no evidence for inferior vena cava thrombus.
2. Successful placement of removable tulip infrarenal inferior vena cava filter.

## IMAGING SERVICES REPORT

# Seton Medical Center Williamson

| CLINICAL INDICATIONS/HISTORY: | Location: | W325 Bed 01 Floor 3A MEDICAL SUR |
|---|---|---|
| DVT | Patient: | BUELL, JAMES |
| | DOB: | 5/19/▇ |
| DVT | Age/Sex: | ▇Y/ |
| | Account# | 805142▇ |
| | Ordering Phys: | KISH, JOHN, Radiologist |

| | MR Number | Film Date: |
|---|---|---|
| | 00000730▇ | 11/22/08  16:15 |

SP Filter Placement, 11/22/08  16:15, #3038060

John W Kish, MD

JWK/cb
D: 11/23/2008 @ 12:04
T: 11/23/2008 @ 14:26
J: 1253680

Final Report                                  ⊕ SETON

## IMAGING SERVICES REPORT

# Seton Medical Center Williamson

| CLINICAL INDICATIONS/HISTORY: | Location: | DAY SURGERY ADULT |
|---|---|---|
| THROMBOSIS | Patient: | BUELL, JAMES |
| | DOB: | 5/19▮ |
| | Age/Sex: | ▮Y/ |
| THROMBOSIS | Account# | 805165▮ |
| | Ordering Phys: | FAIN, JERRY DEAN |

| | MR Number | Film Date: |
|---|---|---|
| | 00000730▮ | 2/6/09  11:17 |

PROCEDURE AND ACCESSION NUMBER:

SP Filter Removal, 2/6/09  11:17, #3166595

SETON WILLIAMSON COUNTY IMAGING SERVICES
PATIENT NAME: BUELL, JAMES B
DOB: 05/19/▮   SEX: M
FILM DATE: 02/06/2009 09:15 ACCESSION: 3166595 PROCEDURE: SP FILTER REM

INTERPRETATION/CONSULTATION
PROCEDURE:
1. Inferior vena cavogram.
2. Unsuccessful inferior vena cava filter removal.

HISTORY:
Patient with history of venous thromboembolic disease requiring IVC filter placement. Filter removal is now requested. Filter has been in place since 11/22/08.

PROCEDURE IN DETAIL:
Following informed consent, the right neck was prepped and draped in a sterile fashion. The right internal jugular vein was accessed with a 5-French micropuncture system. A 5-French multi-sidehole straight catheter was advanced over a Bentson wire into the inferior vena cava below the level of the IVC filter. A digital subtraction cavogram was performed in the AP projection. This revealed no thrombus within the filter. Filter appeared centered within the cava on the AP projection. There is slight narrowing present of the cava at the filter site.

Over a Bentson wire, following tract dilatation, a 10 French sheath was advanced into the inferior vena cava above the filter. An EnSnare was utilized to engage the hook. While maintaining position of the snared hook, the 10-French sheath was advanced until nearly 75% of the filter was contained within the sheath. The distal aspect of the struts, however, maintained engaged within the wall. A reasonable amount of effort was utilized in an attempt to disengage the struts. However, following a subtraction run, demonstrating significant incorporation of the filter struts of the caval wall, the retrieval attempt was aborted. The filter was then redeployed and the snare was disengaged from the upper hook.

A digital subtraction run was subsequently performed revealing no evidence of caval injury/extravasation and a satisfactorily positioned filter. The pigtail catheter was then removed over a wire without difficulty. The sheath was removed and hemostasis

## IMAGING SERVICES REPORT
# Seton Medical Center Williamson

| CLINICAL INDICATIONS/HISTORY: | Location: | DAY SURGERY ADULT |
|---|---|---|
| THROMBOSIS | Patient: | BUELL, JAMES |
| | DOB: | 5/19/■ |
| THROMBOSIS | Age/Sex: | ■Y/ |
| | Account# | 8051653999 |
| | Ordering Phys: | FAIN, JERRY DEAN |

| | MR Number | Film Date: |
|---|---|---|
| | 00000730■  | 2/6/09  11:17 |

SP Filter Removal, 2/6/09 11:17, #3166595

was achieved. The patient tolerated procedure well and was transferred to the recovery room stable condition.

IMPRESSION:
The IVC filter struts were incorporated into the IVC wall such that the filter could not be retrieved at ten weeks post-placement. This was discussed with the patient and his wife at the time of the examination. Conversion to a permanent filter should not result in significant increased risks to the patient.

Michael G Gunlock, MD

MGG/dp
D: 02/06/2009 @ 16:04
T: 02/07/2009 @ 00:12
J: 1410517

Final Report                                   ⊕ SETON