IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

PAMELA MAYNARD
Civil Case # 1:17-CV-03547

**PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT
UNDER SEAL [Dkt No. 18224-1]**

Plaintiff, by and through undersigned counsel, hereby requests that the Court maintain under seal the Exhibit for the Notice of Suggestion of Death filed April 26, 2021 [Dkt. No. 18224-1] because the documents contain personal identifying information protected from disclosure pursuant to Fed. R. Civ.P. 5.2.

WHEREFORE, Plaintiff respectfully requests that the Court grant the instant motion and maintain document 18224-1 under seal without prejudice.

Dated: April 30, 2021

        Respectfully submitted,

/ s / David L. Rosenband
David L. Rosenband, Esq. (NY – 3969680)
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5915
Facsimile: (646) 293-7470
drosenband@weitzlux.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/   David L. Rosenband

David L. Rosenband