IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:
1:19-cv-00665-RLY-TAB     Barber, Ronald Jay

---

**ORDER ON APRIL 28, 2021, TELEPHONIC STATUS CONFERENCE**

Plaintiff's counsel April 28, 2021, for a telephonic status conference to address counsel's

motion to withdraw.  [Filing No. 16125.]  Plaintiff failed to appear as ordered.  Plaintiff's counsel

advised the Court that Plaintiff has failed to respond to multiple attempts to contact Plaintiff

since November 2020.  Plaintiff shall show cause, if any, by May 12, 2021, why this action

should not be dismissed for failure to prosecute.  The motion to withdraw shall remain under

advisement.

Date:  4/30/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email