UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:  Jacob Opperman, 1:18-cv-01214 Shirley Parton, 1:18-cv-03371 Teresa Sykes, 1:19-cv-01167 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN NO-INJURY PLAINTIFFS**

Plaintiffs Jacob Opperman, Shirley Parton, and Teresa Sykes were implanted with inferior vena cava ("IVC") filters manufactured and sold by the Cook Defendants. In accordance with the court's Order on Defendants' Motion for Screening Order and Bellwether Selection Plan, Plaintiffs submitted a Case Categorization Form ("CCF"), categorizing their cases as "non-symptomatic injury cases." The injury claimed by each Plaintiff is perforation of the IVC and is supported by Plaintiffs' medical records. (*See* Filing No. 13729-1, Plaintiffs' CCFs).

The Cook Defendants have filed a motion for judgment on the pleadings on grounds that an asymptomatic perforation is not a legally cognizable injury. Their motion is based on the allegations contained in the Master Complaint, Plaintiffs' Short-Form Complaints, the CCF, and the medical record attached thereto. Plaintiffs request

1

the court treat this motion as a motion for summary judgment and provide them additional time to respond. Their request is granted. Plaintiffs shall have until **July 14, 2021**, to file a response, and Cook shall have until **July 28, 2021** to file a reply.

**SO ORDERED** this 30th day of April 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.