# EXHIBIT A

# STATE OF UTAH
## CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF DEATH
State File Number: 2020009000

### Richard Lewis Lilly

**DECEDENT INFORMATION**

| | | | |
|---|---|---|---|
| Date of Death: | June 7, 2020 | Time of Death: | 07:00 (Found) |
| City of Death: | Layton | County of Death: | Davis |
| Age: | 41 | Date of Birth: | 1978 |
| Place of Birth: | Provo, Utah | Sex: | Male |
| Armed Services: | No | Marital Status: | Married |
| Spouse's Name: | Emily Lynn Sorenson | Usual Occupation: | Science Teacher |
| Industry/Business: | High School Education | Education: | Bachelor's Degree |
| Residence: | Layton, Utah | Parent or Father: | Bennie O Lilly Jr |
| Parent or Mother: | Denise Rae Peterson | Facility Type: | Home |
| Facility or Address: | | | |

**INFORMANT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | Emily Lynn Lilly | Relationship: | Wife |
| Mailing Address: | | | |

**DISPOSITION INFORMATION**

Method of Disposition: Burial
Place of Disposition:
Date of Disposition: June 12, 2020

**FUNERAL HOME INFORMATION**

Funeral Home: Lindquist Mortuary - Kaysville
Address: 400 North Main Street, , Kaysville, Utah 84037
Funeral Director: Connor D Griffith

**MEDICAL CERTIFICATION**

Medical Professional: Justin W Mansfield MD, McKay Dee Internal Medicine, 4403 Harrison Blvd Suite 3875, Ogden, Utah 84403

**CAUSE OF DEATH**

Tobacco Use: Non-user
Medical Examiner Contacted: No   Autopsy Performed: No   Manner of Death: Natural

Date Registered: June 8, 2020
Date Issued: June 9, 2020

**AMENDMENT HISTORY**

06/09/2020 Birth City from **Providence** to **Provo**
06/09/2020 Birth County from **Cache** to **Utah**
06/09/2020 Decedent Date of Birth from **07/28/1978** to **08/28/1978**

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: High Resolution Border, V & R images in top cycloids, and microtext. This document displays the date, seal, and signature of the Utah State Registrar of Vital Records and Statistics.



Linda S. Wininger LCSW
State Registrar
Rev. 5/19



066604401

Brian Hatch
Director/Health Officer

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE