IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Richard Lilly

Civil Case #: 1:19-cv-1620

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW, Plaintiff Richard Lilly and files this motion to substitute his surviving next of kin, Emily Lily, as the proper plaintiff pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. In support therefore, Plaintiff respectfully shows the Court as follows:

1. Plaintiff Richard Lilly filed the present action in the United States District Court of the Southern District of Indiana on April 22, 2019.

2. Plaintiff Richard Lilly passed away on June 7, 2020. *See* Copy of Certificate of Death, attached hereto as Exhibit A.

3. Rule 25(a)(1) of the Federal Rules of Civil Procedure allows for the substitution of a party in the event of death.

4. Richard Lilly's product liability action survived plaintiff-decedent's death and is not concluded.

5. Notice of Suggestion of Death was provided on April 30, 2021. *See* Doc 18312 and Doc 12, attached hereto as Exhibit B.

6. Emily Lilly, wife of decedent, is the proper party to substitute for plaintiff-decedent Richard Lilly and has proper capacity to proceed with the surviving products liability

action on plaintiff-decedent's behalf.

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion to substitute Emily Lilly as the proper party in this action.

DATED this 30th day of April 2021.

Respectfully Submitted,

/s/ Taylor W. Williams

Taylor W. Williams, UT Bar # 17348
**DRIGGS, BILLS & DAY, PC**
737 E. Winchester St.
Salt Lake City, UT 84107
T: 801-308-9179
F: 801-752-0607
twilliams@advocates.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

/s/ Taylor W. Williams
Taylor W. Williams