UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    All Cases Listed on Exhibit A

## COOK DEFENDANTS' RENEWED MOTION
## FOR PARTIAL DISMISSAL
## <u>OF CLAIM OF FRAUDULENT CONCEALMENT</u>

The Cook Defendants[1] respectfully move the Court to enter partial dismissal of claims of fraudulent concealment and equitable estoppel asserted by the Plaintiffs on the accompanying list, as set out in paragraphs 195-199 of Plaintiffs' Master Consolidated Complaint for Individual Claims, Dkt. 211, and in the listed Plaintiffs' respective Amended Short-Form Complaints. The Cook Defendants are entitled to dismissal of these claims on the grounds that they fail to comply with the standards for pleading such claims the Court set out in its February 22, 2021, Order, Dkt. 15907. Specifically:

1. Plaintiffs have failed to plead these claims with the particularity required by Federal Rule of Civil Procedure 9(b), and

2. Plaintiffs have failed to plead a critical element of fraudulent concealment

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS (collectively "Cook Defendants").

in this context, that Cook took some affirmative action to prevent Plaintiffs from discovering their causes of action.

This motion is supported by the Cook Defendants' Memorandum in Support of Renewed Motion for Partial Dismissal and Cook's previous submissions in this litigation. For the reasons stated in those submissions, the Cook Defendants urge the Court to grant their motion and dismiss Plaintiffs' claims of fraudulent concealment.

Dated: April 30, 2021     Respectfully submitted,

/s/ Bruce Jones
Bruce Jones
FAEGRE DRINKER, BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Bruce.Jones@faegredrinker.com

Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER, BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, a copy of the foregoing Cook Defendants' Renewed Motion for Partial Dismissal of Claim of Fraudulent Concealment was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Bruce Jones

US.132844815.01