# Exhibit A

## Chart of Cases that Cooks Defendants' Renewed Motion for Partial Dismissal of Claim of Fraudulent Concealment Relates to

| Case Number | Plaintiff |
|---|---|
| 1:14-cv-00139 | JACKIE TASKER |
| 1:14-cv-01451 | JUDITH DESCHENES |
| 1:14-cv-01879 | KORI AND DAN MELTON |
| 1:14-cv-01971 | JOSEPH WILLINSKY |
| 1:14-cv-06000 | ROBERT AND CYNTHIA BRADY |
| 1:14-cv-06009 | AMANDA PADGET |
| 1:15-cv-00248 | THEODORE R. ENRIGHT |
| 1:15-cv-00525 | TIMOTHY VIXAY |
| 1:15-cv-00715 | ONICA J. BECKNER |
| 1:15-cv-01388 | MICHAEL GURMU |
| 1:15-cv-01543 | JOSEPH OSGOOD |
| 1:15-cv-01635 | LUCILLA AND RICHARD DIXON |
| 1:15-cv-01793 | PATRICIA SPAVOLD |
| 1:15-cv-01905 | JEFFERY WHITE |
| 1:15-cv-02069 | ARTHUR SUMMERS |
| 1:15-cv-06022 | JESUSA GUINTO |
| 1:15-cv-06025 | NICHELLE TRAMBLE AND MALCOLM SPELLMAN |
| 1:16-cv-00159 | MELISSA KELLEY |
| 1:16-cv-00174 | DAVID AND JULIE HOLLEBEEK |
| 1:16-cv-00268 | JESSE AND PATRICIA SKINNER |
| 1:16-cv-00278 | MARIJA AND LJUBISA KULJANIN |
| 1:16-cv-00307 | DENISE MIXON |
| 1:16-cv-00341 | MARYBETH KING |
| 1:16-cv-00405 | PAUL AND ZELMA CARTER |
| 1:16-cv-00460 | LAURA EXTERKAMP |
| 1:16-cv-00473 | MATTHEW F. DAVIS |
| 1:16-cv-00488 | MICHAEL AND KARI JO LAUTERBACH |
| 1:16-cv-00498 | RONALD AND JEANNINE EASON |
| 1:16-cv-00553 | KENNETH AND SANDRA DICKINSON |
| 1:16-cv-00571 | MARGARET PETERSON |
| 1:16-cv-00601 | MICHAEL D. UPTON |
| 1:16-cv-00659 | TERRY MCMILLAN |
| 1:16-cv-00668 | NATHANIEL CODY |
| 1:16-cv-00673 | JOSEPH AVENICK |
| 1:16-cv-00674 | BILL JARRETT |
| 1:16-cv-00675 | NANCY WILSON |
| 1:16-cv-00695 | SAMANTHA JO PASCALE |
| 1:16-cv-00703 | DANA JONES |
| 1:16-cv-00725 | DON FALLS |
| 1:16-cv-00733 | DEBRA BENNETT BOZEK |
| 1:16-cv-00766 | ELLEN M. TULLY |
| 1:16-cv-00799 | KRISTEL GUGLIUZZA |
| 1:16-cv-00848 | DAVID AND DEBORAH CONVERY |
| 1:16-cv-00915 | CONSTANCE AND DONALD ANDERSON, JR. |
| 1:16-cv-00931 | KELSIE KRIESE |
| 1:16-cv-00959 | RAMON DEJESUS AND BEATRIZ SUAREZ |

| | |
|---|---|
| 1:16-cv-01029 | TIMOTHY EDMOND |
| 1:16-cv-01071 | CHANDA MAXWELL |
| 1:16-cv-01085 | CALVIN WILLIAMS |
| 1:16-cv-01107 | NELDA HEDGES |
| 1:16-cv-01108 | ANDREW MYERS |
| 1:16-cv-01119 | A.J. AND BEATRICE SATBERRY |
| 1:16-cv-01128 | DENNIS AND SHERRY ZEIGLER |
| 1:16-cv-01136 | JOSE LONA |
| 1:16-cv-01138 | THOMAS SANCHEZ |
| 1:16-cv-01143 | BEVERLY ROMERO |
| 1:16-cv-01221 | FEATHER ANNETTE LANDREVILLE |
| 1:16-cv-01240 | DEENA T. KELLEY |
| 1:16-cv-01295 | JOHN PEACOCK |
| 1:16-cv-01315 | BETTY W. RAYBON |
| 1:16-cv-01375 | MEKIA AND DEXTER JACKSON |
| 1:16-cv-01394 | DENISE AND TIMOTHY WILLIAMS |
| 1:16-cv-01413 | LISA PARSONS |
| 1:16-cv-01665 | DUSTY AND RHONDA FLOOD |
| 1:16-cv-01739 | SANDRA SHIFFLET |
| 1:16-cv-01745 | CHEREE GRANT |
| 1:16-cv-01760 | ERIK DONCHEZ |
| 1:16-cv-01819 | PATRICIA KUERBITZ |
| 1:16-cv-01826 | PHYLLIS W. WING |
| 1:16-cv-01859 | KAREN REED |
| 1:16-cv-01919 | OKSANA HARRIS |
| 1:16-cv-01929 | KATIE AND CARLOS GEARHEART |
| 1:16-cv-01939 | MARY JEAN T. CAMPBELL |
| 1:16-cv-02069 | PATRICIA A. DRAMES |
| 1:16-cv-02098 | BARBARA BECKWITH |
| 1:16-cv-02142 | PETER B. PITSKER |
| 1:16-cv-02167 | ELLA AND JAMES ODELL |
| 1:16-cv-02181 | CLEVELAND S. BROWN |
| 1:16-cv-02183 | DANIEL WOODWARD GROVES |
| 1:16-cv-02216 | JILLIAN NICHOLE FLORES |
| 1:16-cv-02219 | BRENT LENA |
| 1:16-cv-02241 | RICHARD AND TERRY JEFFREY |
| 1:16-cv-02282 | MADELYN SMITH |
| 1:16-cv-02420 | DONALD AND DALE HEINTZMAN |
| 1:16-cv-02462 | TINA GARRISON |
| 1:16-cv-02476 | DONNA WADSWORTH |
| 1:16-cv-02496 | PAUL LACONTE |
| 1:16-cv-02514 | MICHELLE L. STERLING |
| 1:16-cv-02562 | IGOR KHASIDOV |
| 1:16-cv-02581 | FRED BELL |
| 1:16-cv-02593 | KIMBERLY SMITH |
| 1:16-cv-02617 | KAREN ROGERS |
| 1:16-cv-02668 | MICHAEL JOHNSON |

| | |
|---|---|
| 1:16-cv-02686 | JAMES CARR |
| 1:16-cv-02692 | MELODIE J. NELSON |
| 1:16-cv-02709 | DEBORAH ORTIZ |
| 1:16-cv-02715 | WILLIAM SHOMO |
| 1:16-cv-02746 | WENDY LEE-MACIAS |
| 1:16-cv-02760 | NORDA WILLIAMS |
| 1:16-cv-02768 | LAUREN WEINSTEIN |
| 1:16-cv-02776 | WILLIAM HEPNER |
| 1:16-cv-02779 | CATHERINE SMITHSON |
| 1:16-cv-02787 | KATHRYN AND JAMES BEST |
| 1:16-cv-02854 | MELISSA L. DAMON |
| 1:16-cv-02858 | CONNIE STIPANOVICH |
| 1:16-cv-02937 | ROOGIE AND BETTY ELLIOTT |
| 1:16-cv-02977 | KRISTEENA ALFORD |
| 1:16-cv-03016 | COREY TEAMER |
| 1:16-cv-03030 | JOSHUA D. HUFF |
| 1:16-cv-03033 | CARISSA MCCOMAS |
| 1:16-cv-03075 | CHRISTIE CONSTANTINO |
| 1:16-cv-03079 | DANA GRAHAM |
| 1:16-cv-03129 | ROBERT CARMAN |
| 1:16-cv-03262 | RICARDO AND JENNIFER CLAY |
| 1:16-cv-03325 | SANDRA SMITH |
| 1:16-cv-03366 | MARC CARCIONE |
| 1:16-cv-03388 | CORINTHIA FORD |
| 1:16-cv-03413 | HELIODORO AND MARTHA FERNANDEZ |
| 1:16-cv-03432 | SHERYL LOWMAN |
| 1:16-cv-03468 | JOHN AND PAMELA IRVING |
| 1:16-cv-03486 | GAYLE MCCLEARY-WATKINS |
| 1:16-cv-03532 | CHRISTIE FONTANEZ |
| 1:16-cv-03533 | EDWARD O. LEWIS |
| 1:16-cv-03535 | CLINT ROBBINS |
| 1:16-cv-06041 | JOAN WISEMAN |
| 1:16-cv-06046 | KATHIE BELL-MARLOWE |
| 1:16-cv-06048 | MICHELE MAKUCEVICH |
| 1:17-cv-00004 | MEAGAN AND TRAVIS DYRENG |
| 1:17-cv-00027 | KEVIN BURTON |
| 1:17-cv-00213 | JOE AND NELLIE JO BEASLEY |
| 1:17-cv-00217 | JOEL RODRIGUEZ |
| 1:17-cv-00233 | DANISE M. STRAIN |
| 1:17-cv-00249 | JOYCE M. WOLD |
| 1:17-cv-00306 | JUNE KNIGHT |
| 1:17-cv-00350 | JEANNIE DURSO |
| 1:17-cv-00356 | JEROME MATTSON |
| 1:17-cv-00383 | MARY SANTIAGO |
| 1:17-cv-00387 | BETHANY J. FITZGERALD |
| 1:17-cv-00401 | JOANN BRITTON |
| 1:17-cv-00415 | WALTER AND NINA ROBINSON |

| | |
|---|---|
| 1:17-cv-00425 | MICHELLE D. MILLER |
| 1:17-cv-00455 | DARIS CREMEANS |
| 1:17-cv-00457 | BARBIE LYNN KRATOCHVIL |
| 1:17-cv-00458 | SHEILA STAFFORD |
| 1:17-cv-00466 | LORNA AND DONALD NEWMAN |
| 1:17-cv-00475 | JAMES SHUFF |
| 1:17-cv-00516 | JAMES AND DARINA BUELL |
| 1:17-cv-00540 | PATRICIA MACALUSO |
| 1:17-cv-00608 | MARIA L. JOHNSON |
| 1:17-cv-00637 | BRIDGET SHAW |
| 1:17-cv-00692 | DAVID PARKER |
| 1:17-cv-00725 | LINDA HARMON |
| 1:17-cv-00731 | CAITLIN CRAIG |
| 1:17-cv-00740 | JOYCE BENNISH AND HELEN AKERS |
| 1:17-cv-00761 | DOROTHY AND ALLEN BROWN |
| 1:17-cv-00788 | BENNIE MITCHELL |
| 1:17-cv-00835 | CARL FELICE |
| 1:17-cv-00836 | MICHAEL LUCULANO |
| 1:17-cv-00881 | DARRELL ROBERTSON AND STEPHANIE WALLER |
| 1:17-cv-00926 | SCOTT  AND PATTY BAKER |
| 1:17-cv-00970 | JARROD TICCONI |
| 1:17-cv-00971 | BELINDA SUE HALLEY |
| 1:17-cv-01052 | ANNETTE STEPHENS-DIXON |
| 1:17-cv-01054 | SYLVESTER JOHNSON |
| 1:17-cv-01104 | ROBERT MOTT |
| 1:17-cv-01210 | PABLO SOSA |
| 1:17-cv-01214 | MARK HALL |
| 1:17-cv-01216 | MARIA AND MICHAEL JORDAN |
| 1:17-cv-01240 | CO BARBARA HEZLEP |
| 1:17-cv-01247 | NALINI RAJENDRAN |
| 1:17-cv-01250 | THOMAS CALKINS |
| 1:17-cv-01269 | BARBARA PEARLMAN |
| 1:17-cv-01284 | LAWRENCE AND EDITHA BARLOW |
| 1:17-cv-01345 | DONNA COBB RYALS |
| 1:17-cv-01474 | STEVEN FOSTER |
| 1:17-cv-01475 | KARLA M. DYAR |
| 1:17-cv-01476 | KRISTEN WHITE |
| 1:17-cv-01478 | TANJA AND CORNELIUS DOUGLASS |
| 1:17-cv-01490 | THOMAS CARPENTER, JR. |
| 1:17-cv-01496 | FALLON AND RANDY MINDT |
| 1:17-cv-01499 | JOAN PENNEWILL |
| 1:17-cv-01501 | DANIEL AND BARBARA TAYLOR |
| 1:17-cv-01504 | JOSHUA AND KIMBERLY FALLIS |
| 1:17-cv-01506 | ERIC SPENCER GLOVER |
| 1:17-cv-01528 | BEVERLY ADEYEMI |
| 1:17-cv-01556 | PHYLLIS MARTINDALE |
| 1:17-cv-01574 | BARRY BLAZZARD |

| | |
|---|---|
| 1:17-cv-01577 | MELLISA GUINEY |
| 1:17-cv-01580 | SHARON JOHNSON |
| 1:17-cv-01585 | DONALD VANCE |
| 1:17-cv-01669 | VICTORIA BURTON |
| 1:17-cv-01697 | JOSHUA RICH CRAIG |
| 1:17-cv-01707 | DONNA MARTIN |
| 1:17-cv-01715 | PAMELA J. GRAY |
| 1:17-cv-01717 | PAULA A. HARRIS |
| 1:17-cv-01718 | LORI PONTUS |
| 1:17-cv-01719 | RONALD E. MINER, JR. |
| 1:17-cv-01737 | SEAN JOHNSON |
| 1:17-cv-01739 | CHARLES MCGEE |
| 1:17-cv-01740 | NELLDA MORRIS |
| 1:17-cv-01744 | CHERYL AND EDWIN FALSTAD |
| 1:17-cv-01752 | HELENA MULANAX-BROWN |
| 1:17-cv-01775 | KEVIN WHARTON |
| 1:17-cv-01800 | GARY WATKINS |
| 1:17-cv-01811 | PATRICIA LAQUIDARA |
| 1:17-cv-01812 | TIM MARSHAL |
| 1:17-cv-01838 | DENISE FEBRES |
| 1:17-cv-01854 | SANDY A. SMITH |
| 1:17-cv-01880 | PAUL BOGLE |
| 1:17-cv-01895 | REGINA VENTURELLA |
| 1:17-cv-01900 | DANIEL WHARTON |
| 1:17-cv-01909 | JARED POSEY |
| 1:17-cv-01925 | NANCY RUTLEDGE |
| 1:17-cv-01942 | ERIKA BURNEY |
| 1:17-cv-02017 | KENNETH M. HAWKINS |
| 1:17-cv-02100 | KATHLEEN AND JAMES GRAY |
| 1:17-cv-02113 | CARL JACKSON |
| 1:17-cv-02117 | CATHARINE EASTON |
| 1:17-cv-02162 | SHARON AND PAUL FRANKLIN |
| 1:17-cv-02212 | KRISTY TAMAYO |
| 1:17-cv-02240 | MARY WAGNER |
| 1:17-cv-02259 | JACQUELYN DURRANT |
| 1:17-cv-02260 | DEBORAH TURPEN |
| 1:17-cv-02310 | LAURA HAUSRATH |
| 1:17-cv-02327 | LAVONNEAND TIMOTHY CORDER |
| 1:17-cv-02358 | CLAIRE D. MONTANI |
| 1:17-cv-02404 | ROBERT AND RUDY BENTON |
| 1:17-cv-02415 | BETH WILLIAMS |
| 1:17-cv-02496 | JAMES MULLINS |
| 1:17-cv-02507 | DEBORAH OSWALT |
| 1:17-cv-02517 | ERNESTO SALAS |
| 1:17-cv-02523 | SCOTT NICHOLAS |
| 1:17-cv-02528 | GEORGE LANDOLT |
| 1:17-cv-02531 | CHERLNELL LANE |

| | |
|---|---|
| 1:17-cv-02533 | KHAYRIYYAH ALEEM |
| 1:17-cv-02534 | LORA TURNER |
| 1:17-cv-02602 | JANET L. MELCHER |
| 1:17-cv-02609 | YEVETTE AND DWAYNE MERIWETHER |
| 1:17-cv-02616 | VIVIANO RODRIGUEZ |
| 1:17-cv-02631 | ALAN DOBIES |
| 1:17-cv-02649 | BRANDI D. SANDERS |
| 1:17-cv-02672 | WILLIAM HEEB |
| 1:17-cv-02704 | JASMINE BOWEN |
| 1:17-cv-02720 | ROCCO YEDMAN |
| 1:17-cv-02728 | JOSE TREVINO |
| 1:17-cv-02754 | CORTRINIA GRAY |
| 1:17-cv-02762 | TYNISA MEYI |
| 1:17-cv-02765 | MICHAEL AND PATRICIA GANINO |
| 1:17-cv-02771 | MARIANNE MATICIC |
| 1:17-cv-02774 | CANDY FREKER |
| 1:17-cv-02784 | ANNA ROWAN |
| 1:17-cv-02812 | JACQUELINE HOLDER |
| 1:17-cv-02814 | LUNA SICILIANI |
| 1:17-cv-02821 | DONNA COOPER |
| 1:17-cv-02844 | NORMAN HAUPT |
| 1:17-cv-02845 | JOSEPH COX |
| 1:17-cv-02846 | RICHARD MATELSKI |
| 1:17-cv-02849 | PAMELA BYRD |
| 1:17-cv-02912 | HERBERT WHOBREY |
| 1:17-cv-02918 | BONNIE HARSHBARGER |
| 1:17-cv-02923 | STEPHEN WILKINS |
| 1:17-cv-02927 | TIMOTHY FITZGERALD |
| 1:17-cv-02932 | GARY BABCOCK |
| 1:17-cv-02958 | ANGELA M. SWARTZ |
| 1:17-cv-02958 | ANGELA M. SWARTZ |
| 1:17-cv-02963 | PHILIP SECKAR AND DIANE PEDDIN |
| 1:17-cv-02986 | DALTON HALLAGIN |
| 1:17-cv-03011 | JESSICA KEITER |
| 1:17-cv-03030 | CHRISTINE AND HECTOR LOPEZ |
| 1:17-cv-03057 | JOHN TILLMAN |
| 1:17-cv-03067 | WILLIAM SANCHEZ |
| 1:17-cv-03076 | ROSEMARY FIASCO AND MICHAEL MCCOMAS |
| 1:17-cv-03086 | PENELOPE AND HENRY GARCIA |
| 1:17-cv-03100 | LOUIS PACIOCCO |
| 1:17-cv-03199 | KELLY KUBIN |
| 1:17-cv-03200 | TANGEE COURTNEY |
| 1:17-cv-03202 | SANTANA BARR |
| 1:17-cv-03207 | WILLIAM AND LAURIE FROELICH |
| 1:17-cv-03231 | DEAN AND LISA DUPREY |
| 1:17-cv-03283 | CHARLENE HOFFLAND |
| 1:17-cv-03332 | BONNIE JEAN BROWN |

| | |
|---|---|
| 1:17-cv-03353 | ARTHUR HOYE |
| 1:17-cv-03404 | LORRAINE J. GAUTHIER AND GEORGE JONES |
| 1:17-cv-03417 | LAUREL J. PRICE |
| 1:17-cv-03431 | ANDREA POWERS |
| 1:17-cv-03435 | LISA GOETZ BOUKNIGHT |
| 1:17-cv-03482 | AMY FANSLER |
| 1:17-cv-03510 | FRANK ALEXANDER |
| 1:17-cv-03516 | HARRY D. JOHNSON, JR. |
| 1:17-cv-03525 | HERON ANDERSON-COTTON |
| 1:17-cv-03526 | BETTY ESTRADA |
| 1:17-cv-03528 | BRITTANY MCGLOTHIN |
| 1:17-cv-03546 | MARGARET SALEY |
| 1:17-cv-03636 | KAREN GOLDSTEIN |
| 1:17-cv-03637 | JANIS DAVIES |
| 1:17-cv-03647 | CLYDE SJOERDMSA |
| 1:17-cv-03694 | LORA DALE GIBSON |
| 1:17-cv-03698 | ANNE BRIGHT |
| 1:17-cv-03786 | LESLIE RUSSELL |
| 1:17-cv-03791 | CHARLOTTE SHACKLEFORD |
| 1:17-cv-03833 | LEONARD C. MOHR |
| 1:17-cv-03834 | DAVID WARNER |
| 1:17-cv-03992 | EARLINE PITTS |
| 1:17-cv-04073 | SHIQUITA HOUFF |
| 1:17-cv-04077 | ANTHONY DAVIS |
| 1:17-cv-04086 | MICHELLE ACOSTA |
| 1:17-cv-04087 | SHARON ANN HUTCHINSON |
| 1:17-cv-04113 | CHRISTIE AND RAYMOND WITTWAY |
| 1:17-cv-04163 | KELLY AND JOSEPH CARLSON |
| 1:17-cv-04173 | GUNTHER SCHREINER |
| 1:17-cv-04218 | BEN AUERBACH |
| 1:17-cv-04321 | ERIC MCDANIEL |
| 1:17-cv-04343 | GLENICE UNDERWOOD |
| 1:17-cv-04355 | CRAIG R. STANLEY |
| 1:17-cv-04414 | CLAYTON KINSEY |
| 1:17-cv-04424 | TODD MOHR |
| 1:17-cv-04473 | JENNIFER GREGORY |
| 1:17-cv-04544 | MICHAEL MAYOCK |
| 1:17-cv-04577 | MIKE MARTINEZ |
| 1:17-cv-04605 | CHRISTOPHER RAY GRANT, SR. |
| 1:17-cv-04624 | SHERON DENISE CLARK |
| 1:17-cv-04639 | LAURA DUNCAN WEBB |
| 1:17-cv-04645 | VIOLET AND RONALD DOBBINS |
| 1:17-cv-04670 | COLLEEN LINDER |
| 1:17-cv-04686 | ROXANNE AND KENNETH C. BOSHARDY |
| 1:17-cv-04719 | CARL DURHEIM |
| 1:17-cv-04727 | ROBERT MUNN |
| 1:17-cv-04729 | ROBERT RANKINS |

| | |
|---|---|
| 1:17-cv-04754 | GREGORY GENE MYERS |
| 1:17-cv-04760 | VIVIAN MITCHUM |
| 1:17-cv-06059 | DENNIS A. HUNTER, JR. |
| 1:17-cv-06070 | VINCENT GOYNES |
| 1:18-cv-00010 | JOHN MOELLER |
| 1:18-cv-00045 | SHIRLEY GEHRING |
| 1:18-cv-00066 | JULIE A. ARNOLD-SHAVER |
| 1:18-cv-00081 | LILLIE SAULS |
| 1:18-cv-00101 | JERRI WHITE |
| 1:18-cv-00103 | DARIN FRENCH |
| 1:18-cv-00143 | ADRIENNE LORAINE LARUE |
| 1:18-cv-00365 | TORRENCE AND KAREN JOHNSON |
| 1:18-cv-00374 | BRUCE ALLEN BRAZAS |
| 1:18-cv-00437 | NICULINA AND MIHAI CRISTOAICA |
| 1:18-cv-00451 | VICKIE AND STEPHEN PREVATT |
| 1:18-cv-00455 | DENISE WARR |
| 1:18-cv-00461 | RITA MILDRED AIROZO |
| 1:18-cv-00482 | KELLY ORSER |
| 1:18-cv-00483 | MARGARET BOWEN |
| 1:18-cv-00524 | JOHN A. BERLANGA |
| 1:18-cv-00568 | OSCAR HIGHTOWER |
| 1:18-cv-00598 | LAWRENCE GREENE |
| 1:18-cv-00722 | JOANN AND KENNETH OBRYAN |
| 1:18-cv-00802 | LISA RENEE ALLISS |
| 1:18-cv-00824 | JOHN TAYLOR |
| 1:18-cv-00842 | BRYAN LEWIS |
| 1:18-cv-00846 | ALONDA PARSON |
| 1:18-cv-00853 | FRED BROWN |
| 1:18-cv-00865 | CLAUDETTE JENKINS |
| 1:18-cv-00866 | LISA BURNETT |
| 1:18-cv-00875 | PATRICE COBB |
| 1:18-cv-00918 | GLENN W. MORGAN |
| 1:18-cv-00982 | SANDRA CLOWSER |
| 1:18-cv-01016 | WALTER SIMPSON AND CHRISTINE SIMPSON |
| 1:18-cv-01022 | WILLIAM L. MURRAY |
| 1:18-cv-01040 | WILLIAM FOSTER |
| 1:18-cv-01049 | THOMAS MCDOW |
| 1:18-cv-01073 | CONNIE AND CALVIN YANDELL |
| 1:18-cv-01160 | TIMOTHY AND JULIE BRUCE |
| 1:18-cv-01170 | CRYSTAL WHITEHEAD |
| 1:18-cv-01257 | FREDA C. DAVIS |
| 1:18-cv-01278 | TIFFANY ANDREA JAMES |
| 1:18-cv-01280 | BROOKE MARIE MEYERS-IRWIN & GRAEME IRWIN |
| 1:18-cv-01281 | ERIC RAYMOND SILVIA |
| 1:18-cv-01303 | KYLE MCCARTNEY |
| 1:18-cv-01321 | DAVID AND ASHLEY TIMMS |
| 1:18-cv-01326 | WILLIAM RENSHAW |

| | |
|---|---|
| 1:18-cv-01370 | STEPHANIE REDIFER |
| 1:18-cv-01381 | DONALD E. DAVIS |
| 1:18-cv-01427 | SAMANTHA KEBA |
| 1:18-cv-01639 | MARY HASSELL |
| 1:18-cv-01642 | SHERRY HIRES |
| 1:18-cv-01660 | LAURIE CHEZEM |
| 1:18-cv-01661 | RUSSELL AND ALBERTA DENNIS |
| 1:18-cv-01663 | BLAKE NEWTON AND SHERYL HAWKINS |
| 1:18-cv-01674 | JOHN R. DODD |
| 1:18-cv-01720 | KENNETH WAYNE ROBERSON |
| 1:18-cv-01739 | ROSALIND BLAKEY |
| 1:18-cv-01759 | SHERBY ANN WILBORN |
| 1:18-cv-01818 | TERESA BAUER |
| 1:18-cv-01821 | MELANIE SINGLETERRY |
| 1:18-cv-01831 | DEBRA SCOTT |
| 1:18-cv-01877 | MARJORIE PITTMAN |
| 1:18-cv-01891 | CAROL WASHINGTON |
| 1:18-cv-01903 | NEVEN FINGERHUT |
| 1:18-cv-01983 | PATRICIA AND RODNEY PEOPLES |
| 1:18-cv-01995 | NICOLE CONSIDINE |
| 1:18-cv-02179 | NORA ZARATE |
| 1:18-cv-02231 | DAVID J. LEWIS |
| 1:18-cv-02274 | CYNTHIA BRANCH |
| 1:18-cv-02315 | ANTHONY MASI |
| 1:18-cv-02317 | TABITHA BELL |
| 1:18-cv-02322 | DARRYL RYALES |
| 1:18-cv-02339 | KENNETH HUNTER |
| 1:18-cv-02347 | SACHA DELVALLE |
| 1:18-cv-02411 | ROBERT DEAN |
| 1:18-cv-02451 | ANGELO BORGENS |
| 1:18-cv-02477 | NICOLE AL-NATOOR |
| 1:18-cv-02480 | KEITH WATKINS |
| 1:18-cv-02485 | STEVEN DAVIS |
| 1:18-cv-02489 | ADRIANE PHILLIPS |
| 1:18-cv-02506 | JAVONNE JOHNSON |
| 1:18-cv-02523 | CARL D. JOHNSON |
| 1:18-cv-02577 | STEVEN GIBSON |
| 1:18-cv-02578 | KRISTIAN HRONEK |
| 1:18-cv-02614 | CLAUDETTE CLARK |
| 1:18-cv-02657 | TOMIKA LOWE |
| 1:18-cv-02738 | JUSTIN DORY |
| 1:18-cv-02747 | JANELLE LENHART |
| 1:18-cv-02851 | NETTIE FOSTER |
| 1:18-cv-02872 | AUGUSTINE STANLEY |
| 1:18-cv-02889 | VIRGINIA BROWN |
| 1:18-cv-02900 | CYNTHIA CLEVENGER |
| 1:18-cv-02901 | KERRI COLLINS |

| | |
|---|---|
| 1:18-cv-02935 | JERRY AND PRISCILLA WRIGHT |
| 1:18-cv-02950 | CLARENCE FERGUSON |
| 1:18-cv-02952 | JOHN FOLLROD |
| 1:18-cv-02954 | JEFFREY KOPF |
| 1:18-cv-02969 | MYRAIDA SYMONS |
| 1:18-cv-02970 | FLORENCE JONES |
| 1:18-cv-02981 | CAROL SCHMIDT |
| 1:18-cv-02985 | WILLIAM J. DAVIS |
| 1:18-cv-03012 | GENTRIECE JACKSON |
| 1:18-cv-03013 | KATHERINEAND HOWARD SJOMELING |
| 1:18-cv-03031 | ANNA MARIE RATTAY |
| 1:18-cv-03034 | DWIGHT ANDERSON |
| 1:18-cv-03047 | SUSAN GRISSINGER |
| 1:18-cv-03096 | JAMES CARMICHAEL SMITH |
| 1:18-cv-03098 | STEVEN SUTHERLAND |
| 1:18-cv-03102 | RUSSELL AND JANICE ZABEL |
| 1:18-cv-03113 | PATRICIA THOMPSON |
| 1:18-cv-03116 | PAUL AND HERMELINDA TALBERT |
| 1:18-cv-03123 | JEFFREY S. KRNACH |
| 1:18-cv-03125 | LORENZO AND MARIA VIZCAINO |
| 1:18-cv-03131 | KANDACE JONES |
| 1:18-cv-03182 | BARBARA J. RANKIN |
| 1:18-cv-03184 | BRIGETTE REIMSCHUSSEL |
| 1:18-cv-03186 | PAMELA AND MORGAN MOON |
| 1:18-cv-03190 | CARLOS NEGRON |
| 1:18-cv-03207 | JACK AND HOPE JORDAN |
| 1:18-cv-03379 | RAYMOND AND ROSEANN ANTAYA |
| 1:18-cv-03385 | HAROLD AND COLLEEN JOHNSON |
| 1:18-cv-03399 | JESUS AND JUANA LOPEZ DE GUTIERREZ |
| 1:18-cv-03400 | CHRISTOPHER CARMICKLE |
| 1:18-cv-03403 | RAYMOND HEDLUND |
| 1:18-cv-03410 | JUDY M. JAMES |
| 1:18-cv-03413 | JAMES AND JANET DRESSER |
| 1:18-cv-03421 | RICKY AND SHERRYL MCCLUNG |
| 1:18-cv-03510 | JULIE A. SULLIVAN |
| 1:18-cv-03520 | BETH REESE |
| 1:18-cv-03549 | WILLIAM ARMSTRONG |
| 1:18-cv-03562 | ILENE SORENSON |
| 1:18-cv-03565 | DONNA LUND |
| 1:18-cv-03575 | GEORGE SOUTHERN, JR. |
| 1:18-cv-03625 | BARRY LEWIS |
| 1:18-cv-03643 | EMMA SPEACH |
| 1:18-cv-03701 | LEON SANDERS |
| 1:18-cv-03703 | ODELL AND LUCINDA HUNT |
| 1:18-cv-03741 | CORINNE SPLITT |
| 1:18-cv-03757 | CARRIE E. WOODRUM |
| 1:18-cv-03790 | ALLENE KNIGHT |

| | |
|---|---|
| 1:18-cv-03824 | DEBORAH AND WILLIAM BOURASSA |
| 1:18-cv-03847 | TRACY AND DAVID POKORNIK |
| 1:18-cv-03873 | JANET CABRAL |
| 1:18-cv-03890 | JOSE AND FLORA MATA |
| 1:18-cv-03964 | WENDY GARCIA |
| 1:18-cv-04037 | BRANDEN PETERMAN |
| 1:18-cv-04075 | JANICE HOUSTON |
| 1:18-cv-04086 | WILLIAM AND JAMES SEIDLER-BRENNAN |
| 1:18-cv-04088 | KENIEL LEONARDO MARTINEZ |
| 1:19-cv-00092 | FELICIA HOPE |
| 1:19-cv-00101 | ROBERT WETHERBEE |
| 1:19-cv-00145 | CHRISTINA RODRIGUEZ |
| 1:19-cv-00154 | JAMES AND CYNTHIA BUBB |
| 1:19-cv-00168 | JESSIE SPANGLER AND QUENTIN KEITH MULLINS |
| 1:19-cv-00170 | MYRNA I. SANTIAGO VASQUEZ |
| 1:19-cv-00241 | ANGELA DOUD |
| 1:19-cv-00525 | ANN M. HECHT |
| 1:19-cv-00567 | ANA MARIA GONZALEZ AND MIGUEL SANTANA-SALAS |
| 1:19-cv-00573 | SHELLY L. HALE |
| 1:19-cv-00584 | ALICE EDWARDS |
| 1:19-cv-00591 | DANNIE HELTON |
| 1:19-cv-00595 | VALERIE GOODALE |
| 1:19-cv-00629 | LINDA HINTON |
| 1:19-cv-00644 | PATRICK AND SYLVIA MURPHY |
| 1:19-cv-00665 | RONALD JAY BARBER |
| 1:19-cv-00758 | HAROLD JUSTICE |
| 1:19-cv-00840 | MICHELLE AND AARON MELL |
| 1:19-cv-00964 | MARK PRIESMEYER |
| 1:19-cv-01022 | ERNESTINE COURSEY |
| 1:19-cv-01035 | GOLDY L. GIBBS |
| 1:19-cv-01047 | JIMMY DIXON |
| 1:19-cv-01128 | DAWN RABAH |
| 1:19-cv-01155 | MARK RANDLE |
| 1:19-cv-01230 | DIXIE BAKER |
| 1:19-cv-01235 | ROGERAND PAULA PETERSEN |
| 1:19-cv-01239 | NAN WEEMS |
| 1:19-cv-01242 | HENRY MARSHALL |
| 1:19-cv-01256 | TERRENCE SCUDIERI |
| 1:19-cv-01258 | JAVANNIR MOISE |
| 1:19-cv-01340 | TODD IZZO |
| 1:19-cv-01341 | TANYA MCCALL |
| 1:19-cv-01344 | LEONIDAS J. TRAORE |
| 1:19-cv-01350 | STANTON DUNCAN |
| 1:19-cv-01355 | ANNETTA RHYNEHARDT |
| 1:19-cv-01384 | LISA HARRINGTON |
| 1:19-cv-01399 | SARAH A CONTANT |
| 1:19-cv-01409 | ROBERTA SIMMONS |

| | |
|---|---|
| 1:19-cv-01416 | IRIS DANIELS |
| 1:19-cv-01437 | WANDA PAUL |
| 1:19-cv-01450 | DARRELL MCMILLIN |
| 1:19-cv-01472 | AUDREY KUNTZLER |
| 1:19-cv-01496 | AMBER MORGAN |
| 1:19-cv-01562 | SHAKELA T. FREEMAN |
| 1:19-cv-01570 | LAQUITTA BALL |
| 1:19-cv-01584 | CARL E. HOUSE |
| 1:19-cv-01586 | LORETTA SCOTT |
| 1:19-cv-01614 | ELISA RODRIGUEZ |
| 1:19-cv-01705 | DARRIN HOGUE |
| 1:19-cv-01746 | DAVID L. HAMM |
| 1:19-cv-01777 | KEVIN WENTZEL |
| 1:19-cv-01854 | HENRIETTA LANG |
| 1:19-cv-01860 | THOMAS THIER |
| 1:19-cv-01863 | TERESA RICE |
| 1:19-cv-01896 | MARY E. DILLARD |
| 1:19-cv-01900 | DOUGLAS M. KELLER, JR. |
| 1:19-cv-01948 | LARRY K. SMITH |
| 1:19-cv-01979 | DEREK A. TYSON |
| 1:19-cv-01989 | CHRISTINA SOTELO |
| 1:19-cv-02053 | NAIOMI RICHARDSON |
| 1:19-cv-02077 | SARA HOLST |
| 1:19-cv-02098 | WILLIAM ORRICK |
| 1:19-cv-02100 | BELINDA HUDSON |
| 1:19-cv-02118 | ELAINE WINESETTE |
| 1:19-cv-02141 | JOSEPHINE AND JIM SCHISSLER |
| 1:19-cv-02213 | DEBORAH FERNENGEL-HUFFMAN |
| 1:19-cv-02235 | SONYA CALDWELL |
| 1:19-cv-02294 | ALTHEA AIKEN |
| 1:19-cv-02296 | ADAM ERDLY |
| 1:19-cv-02307 | HAROLD AND SUSAN CROFT |
| 1:19-cv-02319 | LEONARD CLIFFORD |
| 1:19-cv-02372 | NETTIE BANKS |
| 1:19-cv-02383 | JANE L. CREESE |
| 1:19-cv-02437 | JAMES CARTER AND PAULA MCDANIEL |
| 1:19-cv-02438 | STEPHEN PROSISE |
| 1:19-cv-02540 | ESTATE OF GLORIA HUTCHINGS |
| 1:19-cv-02542 | KENNETH TURNER |
| 1:19-cv-02570 | BARBARA SNYDER |
| 1:19-cv-02576 | MONIKA JONES |
| 1:19-cv-02580 | TROY DONAHOE |
| 1:19-cv-02612 | MARY AND JAMES BRADY |
| 1:19-cv-02622 | LORNA DEANN JENSON |
| 1:19-cv-02655 | DIRK C. MORRIS |
| 1:19-cv-02661 | ASHLY HUNT |
| 1:19-cv-02664 | LORAINE GLASER-ZAKEM AND STUART ZAKEM |

| | |
|---|---|
| 1:19-cv-02711 | ESTATE OF PAUL GIBBLE |
| 1:19-cv-02730 | ALEXANDER VONHOLTZ |
| 1:19-cv-02738 | JAMES BENNETT |
| 1:19-cv-02881 | CASEY AND JACLYN PHELPS |
| 1:19-cv-02908 | ALAN KRAPPITZ |
| 1:19-cv-02914 | ELBERT STARLING |
| 1:19-cv-02965 | TIMOTHY BAKER |
| 1:19-cv-03078 | VICTORIA STEVENSON |
| 1:19-cv-03127 | DANIEL MARTINEZ |
| 1:19-cv-03179 | DENNIS CALING |
| 1:19-cv-03181 | TAMMY LAYSON |
| 1:19-cv-03182 | EDWIN SELLERS |
| 1:19-cv-03216 | JESSICA STEFFEY |
| 1:19-cv-03264 | ROBERT BAKER |
| 1:19-cv-03276 | SHAWN ALLEN |
| 1:19-cv-03538 | LINDA RATLIFF |
| 1:19-cv-03660 | OSCAR ANGUIANO |
| 1:19-cv-03662 | MELANIE BARHAM |
| 1:19-cv-03665 | DEWEY WILLIAMS |
| 1:19-cv-03711 | ANTONIA AND ANDREW CROFT |
| 1:19-cv-03715 | JENNIFER WAKEFIELD |
| 1:19-cv-03778 | DARNELL ALONZO LANGSTON |
| 1:19-cv-03786 | THEODORA J. ROACH |
| 1:19-cv-03827 | DENISE GARGUILO |
| 1:19-cv-03828 | DAREE WALKER |
| 1:19-cv-03829 | IRIS BOOTH |
| 1:19-cv-03899 | MAURA DELUCA |
| 1:19-cv-03909 | AMY ALLEN |
| 1:19-cv-03940 | DENNIS RADY |
| 1:19-cv-03969 | SCOTT KUNZ |
| 1:19-cv-03975 | ALBERT PONTIUS |
| 1:19-cv-04039 | ALBERTO LABRADOR |
| 1:19-cv-04070 | KEITH OLEWILER |
| 1:19-cv-04089 | HERMAN ORTEGA |
| 1:19-cv-04094 | SUSAN ROBERTS |
| 1:19-cv-04149 | MANUEL RAMIREZ |
| 1:19-cv-04184 | DAVID MCCULLOUGH |
| 1:19-cv-04329 | CARRIE S. LIGONS |
| 1:19-cv-04403 | BRUCE MASON |
| 1:19-cv-04407 | PATRICIA MARTINDILL |
| 1:19-cv-04487 | RUTH JUMPER |
| 1:19-cv-04518 | SHAWNTA QUEEN-JACKSON |
| 1:19-cv-04734 | BENNIE DUNHAM |
| 1:19-cv-04771 | TERESA HANEY |
| 1:19-cv-04839 | ELIZABETH JUDGE |
| 1:19-cv-04841 | VICTORIA TORRES |
| 1:19-cv-04914 | TERESA A. WASSERSTROM |

| | |
|---|---|
| 1:19-cv-04918 | DANIEL MARTELL |
| 1:19-cv-04922 | MELISSA SANDERS |
| 1:19-cv-04928 | RUBY HUMPHRIES |
| 1:19-cv-04945 | SANDRA HILL |
| 1:19-cv-04975 | ALBERT PONTIUS |
| 1:19-cv-05012 | GABRIEL SOLORIO |
| 1:19-cv-05017 | KEVIN AND BARBARA ESPLEY |
| 1:19-cv-05069 | DOLORES PONGETTI |
| 1:20-cv-00024 | JASPER THIBODEAUX |
| 1:20-cv-00121 | JAMES AND EILEEN TROY |
| 1:20-cv-00169 | JEAN MICHELLE MOEDERS |
| 1:20-cv-00188 | JUDITH PICKRELL |
| 1:20-cv-00275 | SHAQUILE DEVONTE FINCH |
| 1:20-cv-00298 | GAROLD AND BEVERLY PHIPPS |
| 1:20-cv-00302 | FRANK MACIAG |
| 1:20-cv-00403 | MARY CANDELARIA-SANCHEZ |
| 1:20-cv-00475 | LISA O'LEARY |
| 1:20-cv-00506 | CATHY MOORE |
| 1:20-cv-00507 | KATHLEEN SNYDER |
| 1:20-cv-00536 | BILLIE EITEL |
| 1:20-cv-00537 | DAVID D. CLIFTON |
| 1:20-cv-00602 | DARRELL JOHNSON |
| 1:20-cv-00660 | DIANA SCOTTO |
| 1:20-cv-00868 | MELODY AND JEFFREY RAHALL |
| 1:20-cv-01145 | ROBIN LINNENBRINK |
| 1:20-cv-01149 | JOHN PUPPOLO |
| 1:20-cv-01160 | JAMES REDMOND |
| 1:20-cv-01161 | ERIC STEINBERG |
| 1:20-cv-01174 | NADINE WICKARD |
| 1:20-cv-01179 | PHILLIP BRANDFORD |
| 1:20-cv-01371 | RICHARD REID |
| 1:20-cv-01386 | WADE ORR |
| 1:20-cv-01388 | NELDA BURNETTE |
| 1:20-cv-01448 | KEVIN GAMER |
| 1:20-cv-01452 | CYNTHIA LOUIE |
| 1:20-cv-01497 | VERA ROBINSON |
| 1:20-cv-01514 | DONNA AND WILLIAM BOYDE |
| 1:20-cv-01730 | JAMES W. LAWS |
| 1:20-cv-01851 | BRANDY JAMES |
| 1:20-cv-01878 | MARTHA A. CARR |
| 1:20-cv-02042 | RUTH JUSTICE |
| 1:20-cv-02210 | CHARLES WILLIAM DACHTON |
| 1:20-cv-02255 | TED ROACH |
| 1:20-cv-02347 | CHARITY PULIDO |
| 1:20-cv-02388 | AGNES LANGHEL |
| 1:20-cv-02547 | JOANNE WOODS |
| 1:20-cv-02551 | RYAN SMITH |

| | |
|---|---|
| 1:20-cv-03215 | LOIS LOWE |
| 1:20-cv-03257 | MICHAEL COUSLER |
| 1:20-cv-03272 | MICHAEL HOAGLIN |
| 1:20-cv-06188 | MICHAEL SUTTON |
| 1:20-cv-06223 | PATRICK HALEY II |
| 1:20-cv-06236 | SUE ALLEN-MILLER AND ANTONIO MILLER |
| 1:20-cv-06256 | PATTI HOLMBERG |
| 1:20-cv-06266 | LESLY AND DAX MARTINEZ |
| 1:20-cv-06274 | KRISTIN LEIGH STEPHENS |
| 1:20-cv-06290 | ELLIS LEE MCQUEARY |
| 1:21-cv-00291 | FELICIA FORD |
| 1:21-cv-00294 | PATRICIA LAKE |
| 1:21-cv-00313 | DELMAR KEETON |
| 1:21-cv-00314 | NYOLA SHAW |
| 1:21-cv-00352 | DENA BUTTS |
| 1:21-cv-00388 | ROBERT SKILLIN |
| 1:21-cv-00396 | BARBARA D. FORMIGLIO |
| 1:21-cv-00426 | DIANNE STILL |
| 1:21-cv-00444 | REBECCA SEAGRAVES |
| 1:21-cv-00447 | FRANK SMITH |
| 1:21-cv-06329 | JACQUELIN AGEE |
| 1:21-cv-06335 | CAROLINE M. MCKENZIE |
| 1:21-cv-06336 | LINDA DUNCAN |
| 1:21-cv-06338 | MICHELLE GOODMAN |
| 1:21-cv-06341 | ANTHONY J. GIORGIANNI |
| 1:21-cv-06347 | ANTONIO QUISTIAN |
| 1:21-cv-06351 | BRIAN BAZINET |
| 1:21-cv-06352 | BUFORD TUNGATE AND CHERYL CURRY |
| 1:21-cv-06353 | DAVID MENDOZA |
| 1:21-cv-06354 | CHARLENE FONGEALLAZ |
| 1:21-cv-06355 | DOUGLAS S. WELLS |
| 1:21-cv-06356 | JOSEPH M. MAKA |
| 1:21-cv-06357 | STEPHANIE DUNBAR |
| 1:21-cv-06358 | WILLIAM SHEARER |
| 1:21-cv-06359 | CLAUDIA KAUFMAN |
| 1:21-cv-06360 | WAYNE KINNEY |
| 1:21-cv-06361 | JACQUELYN OMAN |
| 1:21-cv-06362 | FAYE K. KELLEHER |
| 1:21-cv-06363 | ESTATE OF CATHERINE M. SHARP |
| 1:21-cv-06367 | HENRY D. MARTIN, SR. |
| 1:21-cv-06371 | RICHARD REEVES |