IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Robin Linnenbrink, Representative of the Estate of Jerome Linnenbrink, Deceased v. Cook Medical, Inc., et al

Civil Case # 1:20-cv-1145-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Robin Linnenbrink, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No. 1:20-cv-01145 filed on April 14, 2020. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: May 3, 2021         Respectfully Submitted,

By: */s/ Andrew F. Kirkendall*

Andrew F. Kirkendall
Texas Bar No. 24050882
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall