IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Kenneth Morgan, et al.

Civil Case #    1:19 CV 06103 RLY TAB

**LINE**

M/M Clerk:

    Please update the Court's record in this case to reflect the new firm name and address for

Plaintiff's counsel as follows:

    **Bekman, Marder, Hopper, Malarkey and Perlin, LLC**
    **1829 Reisterstown Road**
    **Suite 200**
    **Baltimore, Maryland 21208**

                  Respectfully submitted,

                  *[signature]*

                  Ryan S. Perlin  (Bar No. 20840)
                  BEKMAN, MARDER, HOPPER,
                      MALARKEY AND PERLIN, LLC
                  1829 Reisterstown Road, Suite 200
                  Baltimore, Maryland 21208
                  410-539-6633
                  perlin@bmalawfirm.com
                  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 4, 2021, a copy of the foregoing was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

_____
Ryan S. Perlin (Bar No. 20840)
perlin@bmalawfirm.com