IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Natachia Murphy

Civil Case #   1:21-cv-00006

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Natachia Murphy

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   West Virginia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   West Virginia

6. Plaintiff's/Deceased Party's current state of residence:

   West Virginia

7. District Court and Division in which venue would be proper absent direct filing:

   West Virginia Southern District Court

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe APS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      9 through 20

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

☐   Cook Celect Platinum

☐   Other: _____

11. Date of Implantation as to each product:

    08/31/2007
    _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Cabell Huntington Hospital
    _____

    _____

13. Implanting Physician(s):

    Physician at Cabell Huntington Hospital
    _____

    1340 Hal Greer Blvd. Huntington, WV 25701
    _____

    _____

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑   Count I:     Strict Products Liability – Failure to Warn

    ☑   Count II:    Strict Products Liability – Design Defect

    ☑   Count III:   Negligence

    ☑   Count IV:    Negligence Per Se

    ☑   Count V:     Breach of Express Warranty

    ☑   Count VI:    Breach of Implied Warranty

    ☑   Count VII:   Violations of Applicable __West Virginia__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

|   |   |   |
|---|---|---|
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ |
| ☐ | Other: | _____ |

15. Attorney for Plaintiff(s):

    Fears Nachawati, PLLC – Steve Schulte, Darren McDowell

16. Address and bar information for Attorney for Plaintiff(s):

    5473 Blair Road, Dallas, TX, 75231

    Steve Schulte - Texas Bar No. 24051306

    Darren McDowell- Texas Bar No: 24025520

                                  Respectfully submitted,

                                  /s/ Steve Schulte
                                Steve Schulte
                                Texas Bar No. 24051306
                                schulte@fnlawfirm.com
                                Darren McDowell
                                Texas Bar No: 24025520
                                dmcdowell@fnlawfirm.com
                                FEARS NACHAWATI, PLLC
                                5473 Blair Road
                                Dallas, TX 75231
                                Tel. (214) 890-0711
                                Fax (214) 890-0712

## CERTIFICATE OF SERVICE

I hereby certify that on ___05/04/2021___, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Steve Schulte*
**Steve Schulte**