IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Candra Arroyo; 1:20-cv-03005

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff CANDRA ARROYO

Dated: May 4, 2021.

/s/ Meghan B. Hennessy
Meghan B. Hennessy
Marc J. Bern & Partners LLP
60 E 42nd Street, Suite 950
New York, NY 10009
Telephone: (212) 702- 5000
Facsimile: (212) 818-0164
mhennessy@bernllp.com
***Attorney for Plaintiff***

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 4, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Meghan B. Hennessy*
Meghan B. Hennessy
