IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Johnny Horton; 1:20-cv-00785

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff JOHNNY HORTON

Dated: May 5, 2021.

    */s/ Meghan B. Hennessy*
    Meghan B. Hennessy
    Marc J. Bern & Partners LLP
    60 E 42nd Street, Suite 950
    New York, NY 10009
    Telephone: (212) 702- 5000
    Facsimile: (212) 818-0164
    mhennessy@bernllp.com
    ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Meghan B. Hennessy*
Meghan B. Hennessy