APRIL. 29.2021

UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF INDIANA
OFFICE OF THE HONORABLE CLERK
921 OHIO STREET ROOM 104
TERRE HAUTE.IN 47807

JUAN F. TURCIOS Id-01790019 aka
ERIC F. SANTIAGO
3 JESTER ROAD JESTER III
RICHMOND.TX 77406-8544

**FILED**

**05/03/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

In re  FORWARDING ADDRES ON LITIGATION CASE STYLE SANTIAGO.TURCIOS Vs.COOK MEDICAL INC.

   1:14-ml-2570-RLY-TAB

   1:20-cv-852-RLY-TAB

Dear Clerk.

please NOTE that because compromissing events.an that I may be temporarily

transfer  to  the  county jail to reverse my conviction. I will not have

a  forwaring  address.nor E-MAIL  to get all mail regarding this suit.so

please  in  the  interim time stop all mail till later notice.I will use

the  following  number  as Id number.please note that any thing regading

this suit shall have this number first or in any attempt to reach out.

Id-0319901935-5  will need this number.in case of my death they will need

this number.       thank you

JUAN F. TURCIOS

NOTE: ATTACH IS A COPY TO BE STAMPED AND MAIL BACK TO ME ON THE SELF ADDRESS

ENVELOPE ENCLOSE

I.