TURCIOS JUAN 18-01790019
3 JESTER ROAD
RICHMOND, TX 77406-8544

NORTH HOUSTON TX 773

29 APR 2021 PM 6 L



FOREVER / USA

**FILED**

MAY - 3 2021

U.S. DISTRICT COURT
NEW ALBANY, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IND.
OFFICE OF THE CLERK
121 W. SPRING STREET ROOM 210
NEW ALBANY, IND. 47150

47150-364360

47150