IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Donald Duble

Civil Case #   1:21-cv-00160

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Amended Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Donald Duble

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Marie Duble

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New Jersey

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New Jersey

6. Plaintiff's/Deceased Party's current state of residence:

   New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

   District Court of New Jersey

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe APS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      9 through 20

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

  ☐  Cook Celect Platinum

  ☐  Other: _____

11. Date of Implantation as to each product:

    08/13/2012
    _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Shore Medical Center Somers Point, New Jersey
    _____

    _____

13. Implanting Physician(s):

    Physician at Shore Medical Center
    _____

    100 Medical Center Way Somers Point, New Jersey NJ 08244
    _____

    _____

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

     ☒ Count I: Strict Products Liability – Failure to Warn

     ☒ Count II: Strict Products Liability – Design Defect

     ☒ Count III: Negligence

     ☒ Count IV: Negligence Per Se

     ☒ Count V: Breach of Express Warranty

     ☒ Count VI: Breach of Implied Warranty

     ☒ Count VII: Violations of Applicable  New Jersey  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☐ Other: _____

☐ Other: _____

_____

_____

15. Attorney for Plaintiff(s):

Fears Nachawati, PLLC – Steve Schulte, Darren McDowell

16. Address and bar information for Attorney for Plaintiff(s):

5473 Blair Road, Dallas, TX, 75231

Steve Schulte - Texas Bar No. 24051306

Darren McDowell- Texas Bar No: 24025520

Respectfully submitted,

/s/ Steve Schulte
Steve Schulte
Texas Bar No. 24051306
schulte@fnlawfirm.com
Darren McDowell
Texas Bar No: 24025520
dmcdowell@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

## CERTIFICATE OF SERVICE

I hereby certify that on 05/05/2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Steve Schulte*
**Steve Schulte**