IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES           Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION            MDL No. 2570
_____

This Document Relates to the following Plaintiffs:

   Ken Hlopick, 1:19-cv-00100
   Fawn Beal, 1:20-cv-01479
   Tony Henderson, 1:19-cv-03893
   John Leyerzaph, 1:19-cv-03096

_____

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the above-titled Plaintiffs and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28, Screening for Time-Barred Cases ("CMO 28") and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuits as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants"). In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: May 5, 2021

                                              Respectfully submitted,

                                              **JOHNSON LAW GROUP**

/s/ Basil Adham  
Basil Adham, (TX Bar No. 24081742)  
2925 Richmond Ave, Suite 1700  
Houston, TX 77098  
Telephone: (713) 626-9336  
Facsimile: (713) 583-9460  
E-mail: ivc@johnsonlawgroup.com  
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2021, I electronically transmitted the foregoing Notice of Voluntary Dismissal With Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Basil Adham