UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to All Actions | |

### ORDER REGARDING NOTICE PROCEDURE AND FILING IN MASTER DOCKET

This Order shall govern: (1) all cases transferred to this Court by the Judicial Panel on Multidistrict Litigation, including those cases identified in the original Transfer Order and those subsequently transferred as tag-along actions; and (2) all cases filed in or removed to this MDL.

On October 7, 2016, (Filing No. 2771) and again on December 28, 2016, (Filing No. 3309) the Court issued orders regarding the notice procedure in this MDL, specifically that "all filings, regardless of the Member Case(s)[1] to which they apply, shall be docketed in the Master Case only." (Filing No. 3309). Although many attorneys file in the Master Case, several others continue to file documents only in their Member Case dockets. As this Court has already made clear, filing in a Member Case docket does not

---

[1] According to the Amended Order Establishing Policies and Procedures, Case No. 1:14-ml-2570-RLY-TAB is the "Master Case" and all other cases made a part of the MDL are "Member Cases." (Filing No. 3309). In other words, Member Cases are individual plaintiff cases.

create a Notice of Electronic Filing. (Filing No. 2771). Consequently, neither the Cook Defendants, other parties, or the court receive notice of filings in Member Cases.

Therefore, it is **ORDERED** as follows:

1. All counsel are reminded that once a new case has been transferred into the MDL and designated a Member Case, all filings, regardless of the Member Case(s) to which they apply, shall be docketed in the Master Case only.

2. Any filing in an individual docket for a Member Case will be deemed a violation of this Court's Orders, related rules, and may be stricken.

**SO ORDERED** this 5th day of May 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.