IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Michelle Olson_____

Civil Case # 1:17-cv-2244_____

## NOTICE OF NAME CHANGE

The above-named Plaintiff notifies the Court that on April 20, 2021, Brown County, WI, granted the legal name change (Exhibit A) from Michelle Marie Olson to Michelle Marie Gering and requests the Court amend the above-caption to reflect the name change.

FLINT LAW FIRM, LLC

By:   /s/ Laci M. Whitley
Laci M. Whitley, IL Bar # 6314263
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, Illinois 62025
(618) 288-4777:  telephone
(618) 288-2864:  facsimile
service@flintlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 05, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Laci M. Whitley