IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

          HAROLD SEXTON
          1:16-cv-0771

_____

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

        Plaintiff HAROLD SEXTON


Dated: May 5, 2021.                          */s/ Ben C. Martin*
                                             Ben C. Martin, Bar No. 13052400
                                             **Martin Baughman, PLLC**
                                             3141 Hood Street, Suite 600
                                             Dallas, TX 75219
                                             Telephone: (214) 761-6614
                                             Facsimile: (214) 744-7590
                                             bmartin@martinbaughman.com


                                             *Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 5, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin