IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                        MDL No. 2570

---

This Document Relates to Plaintiff(s)
  Angela Yanda

Civil Case #__1:20-cv-6308-RLY-TAB_____

---

## SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Angela Yanda
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A
   _____

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

   Minnesota
   _____

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

   Minnesota
   _____

6.  Plaintiff's/Deceased Party's current state of residence:

   Minnesota
   _____


7.  District Court and Division in which venue would be proper absent direct filing:

   U.S.D.C for the District of Minnesota, Fergus Falls Division
   _____


8.  Defendants (Check Defendants against whom Complaint is made):

   ☒      Cook Incorporated

   ☒      Cook Medical LLC

   ☒      William Cook Europe ApS

9.  Basis of Jurisdiction:

   ☒      Diversity of Citizenship

   ☐      Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:
      Paragraphs 6-28
      _____

      _____

      _____


   b.  Other allegations of jurisdiction and venue:

      _____

      _____

      _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

       ☒      Günther Tulip® Vena Cava Filter

       ☐      Cook Celect® Vena Cava Filter

              Gunther Tulip Mreye

              Cook Celect Platinum

              Other:

11. Date of Implantation as to each product:

5/11/2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. Cloud Hospital, St. Cloud, Minnesota

13. Implanting Physician(s):

Dr. Jody Bolton Smith

14. Counts in the Master Complaint brought by Plaintiff(s):

       ☒      Count I:        Strict Products Liability – Failure to Warn

       ☒      Count II:       Strict Products Liability – Design Defect

       ☒      Count III:      Negligence

       ☒      Count IV:      Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable _____Minnesota_____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices (Minn. Stat. §§ 325F.68-70, 325D.09-16, 325D.43-48, 325F.67)

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Rhett A. McSweeney
_____

16. Address and bar information for Attorney for Plaintiff(s):

4

2116 Second Ave South

Minneapolis, Minnesota 55404

MN Bar No. 269542

Respectfully submitted,

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney
MN Bar No. 269542
**McSweeney Langevin LLC**
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-4646
Facsimile:  (612) 454-2678
ram@westrikeback.com

***Lead Counsel for Plaintiff(s)***