IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

———————————————————————

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

———————————————————————

This Document Relates to Plaintiff(s)
___Debra Neely_____

Civil Case #__1:21-cv-6393_____

---

## SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Debra Neely
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A
   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Michigan
   _____

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

   Michigan
   _____

6.  Plaintiff's/Deceased Party's current state of residence:

   Michigan
   _____


7.  District Court and Division in which venue would be proper absent direct filing:

   U.S.D.C. for the Eastern District of Michigan, Flint Division
   _____


8.  Defendants (Check Defendants against whom Complaint is made):

   ☒        Cook Incorporated

   ☒        Cook Medical LLC

   ☒        William Cook Europe ApS

9.  Basis of Jurisdiction:

   ☒        Diversity of Citizenship

   ☐        Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 6-28
      _____

      _____

      _____


   b.  Other allegations of jurisdiction and venue:

      _____

      _____

      _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒    Günther Tulip® Vena Cava Filter

    ☐    Cook Celect® Vena Cava Filter

            Gunther Tulip Mreye

            Cook Celect Platinum

            Other: _____

11. Date of Implantation as to each product:

   10/31/2003
_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Hurley Medical Center, Flint, MI
_____

_____

13. Implanting Physician(s):

   Dr. Amaresha Muniyappa, MD
_____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒    Count I:        Strict Products Liability – Failure to Warn

    ☒    Count II:       Strict Products Liability – Design Defect

    ☒    Count III:     Negligence

    ☒    Count IV:     Negligence Per Se

3

☒   Count V:       Breach of Express Warranty

☒   Count VI:      Breach of Implied Warranty

☒   Count VII:     Violations of Applicable ___Michigan___ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐   Count VIII:    Loss of Consortium

☐   Count IX:      Wrongful Death

☐   Count X:       Survival

☒   Count XI:      Punitive Damages

☐   Other:         _____ (please state the facts supporting

this Count in the space, immediately below)

☐   Other:         _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

    David M. Langevin
    _____

16. Address and bar information for Attorney for Plaintiff(s):

4

2116 Second Ave South

Minneapolis, Minnesota 55404

MN Bar No. 269542

Respectfully submitted,

*/s/ David M. Langevin*
David M. Langevin
MN Bar No. 329563
**McSweeney Langevin LLC**
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-4646
Facsimile:  (612) 454-2678
dave@westrikeback.com

*Lead Counsel for Plaintiff(s)*