UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Order Granting Plaintiffs' Steering Committee's Unopposed Motion for Enlargement of Time

This matter comes before the Court on Plaintiffs' Steering Committee's Unopposed Motion for Enlargement of Time to Respond to Cook's Renewed Motion for Partial Dismissal of Claims of Fraudulent Concealment, which motion is on file and part of the Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' Steering Committee's motion is **granted**.

**It is Therefore Ordered, Adjudged, and Decreed** that Plaintiffs' Steering Committee shall have up to and including May 25, 2021, to respond to Cook's Renewed Motion for Partial Dismissal of Claims of Fraudulent Concealment.

**All of Which is Ordered** _____.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.