# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-00763 | 1:21-cv-00859 |
| 1:21-cv-00780 | 1:21-cv-00860 |
| 1:21-cv-00787 | 1:21-cv-00861 |
| 1:21-cv-00846 | 1:21-cv-00862 |
| 1:21-cv-00847 | 1:21-cv-00866 |
| 1:21-cv-00848 | 1:21-cv-00870 |
| 1:21-cv-00850 | 1:21-cv-00872 |
| 1:21-cv-00855 | 1:21-cv-00873 |
| 1:21-cv-00856 | 1:21-cv-00874 |
| 1:21-cv-00857 | 1:21-cv-00876 |
| 1:21-cv-00858 | 1:21-cv-00886 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:   May 7, 2021 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail:  andrea.pierson@faegredrinker.com<br>E-Mail:  kip.mcdonald@faegredrinker.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01