# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>Ruth Justice, 1:20-cv-02042-RLY-TAB | |

## NOTICE OF SUGGESTION OF DEATH

Counsel for Plaintiff in the above-captioned action give notice and suggest upon the record, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the discovered death of Ruth Justice, the Plaintiff in the above-captioned case.

Upon information and belief, Plaintiff Ruth Justice died on or about August 4, 2020. Plaintiff Ruth Justice's death certificate is attached hereto as Exhibit "A."

Date: May 7, 2021

Respectfully submitted,

**JOHNSON LAW GROUP**

*/s/ Basil E. Adham*
Basil E. Adham, (TX Bar No. 24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, I electronically transmitted the foregoing with the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Basil E. Adham
Basil E. Adham