# **EXHIBIT A**

# STATE OF SOUTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

**STATE FILE NUMBER:** 139-20-035245

**DECEDENT'S NAME:** *RUTH ELOISE JUSTICE*  
**SEX:** FEMALE  
**AKA's:** NA  
**SOCIAL SECURITY NUMBER:** [REDACTED]  
**ARMED FORCES:** NO  
**DATE OF BIRTH:** [REDACTED] 1949  
**AGE:** 70 YEARS  
**TYPE OF PLACE OF DEATH:** DECEDENT'S HOME  
**COUNTY OF DEATH:** LEXINGTON  
**NAME AND ADDRESS OF PLACE OF DEATH:** 117 WELSH COURT, LEXINGTON, SC 29073  
**PLACE OF DISPOSITION:** GREENLAWN MEMORIAL PARK  
**DISPOSITION LOCATION:** COLUMBIA, SOUTH CAROLINA  
**METHOD OF DISPOSITION:** BURIAL  
**DECEDENT'S RESIDENCE:** 117 WELSH COURT, LEXINGTON, LEXINGTON COUNTY, SC, 29073  
**PLACE OF BIRTH:** CALIFORNIA  
**MARITAL STATUS:** NEVER MARRIED  
**SURVIVING SPOUSE'S NAME:** NA  
**FATHER'S NAME:** FLOYD JAMES JUSTICE SR.  
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** ELIZABETH HIPP  
**INFORMANT'S NAME:** SHIRLEY LINDLER  
**RELATIONSHIP:** SISTER  
**MAILING ADDRESS:** 131 BOULTERS LOCK ROAD, IRMO, SC, 29063  
**FUNERAL HOME:** THOMPSON FUNERAL HOME AT GREENLAWN MEMORIAL PARK, 845 LEESBURG RD., COLUMBIA, SC, 29209  
**FUNERAL DIRECTOR:** DAVID R. HARDEE  
**LICENSE NUMBER:** 3366  
**EMBALMER'S NAME:** CLAYTON A SUMMERTON  
**LICENSE NUMBER:** 3994  
**ACTUAL OR PRESUMED DATE OF DEATH:** AUGUST 08, 2020  
**MANNER OF DEATH:** NATURAL  
**ACTUAL OR PRESUMED TIME OF DEATH:** 0935  
**CAUSE OF DEATH - PART I**  
COPD

**OTHER SIGNIFICANT CONDITIONS - PART II:**  
NA

**CORONER CONTACTED?** YES  
**AUTOPSY PERFORMED?** NO  
**AUTOPSY AVAILABLE?** NA  
**DATE OF INJURY:** NA  
**TIME OF INJURY:** NA  
**INJURY AT WORK?** NA  
**PLACE OF INJURY:** NA  
**LOCATION OF INJURY:** NA  
**HOW THE INJURY OCCURRED?**  
NA

**CERTIFIER NAME AND TITLE:** MD MARTHA P. HESTER  
**LICENSE NUMBER:** 18080  
**CERTIFIER'S ADDRESS:** 220 STONERIDGE DR, SUITE 105, COLUMBIA, SC, 29210  
**DATE FILED:** AUGUST 11, 2020  
**DATE OF ISSUANCE:** AUGUST 12, 2020  
**SPECIAL INSTRUCTIONS:**  
NA

SC08765791

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

*Rick Toomey*  
Richard K. Toomey, DHA, FACHE  
Director and State Registrar

*Angelia P. Saleeby*  
Angelia P. Saleeby  
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 04/25/2019

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

