**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>Ruth Justice, 1:20-cv-02042-RLY-TAB | |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Plaintiff Ruth Justice (hereinafter "Plaintiff-Decedent") and files this motion to substitute her surviving next of kin and personal representative Shirley Justice Lindler, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff-Decedent respectfully shows the court the following:

1. Plaintiff-Decedent filed this instant action on August 4, 2020 in the United States District Court for the Southern District of Indiana.

2. Plaintiff-Decedent died on August 8, 2020. Plaintiff-Decedent's counsel was only recently notified of the death of Plaintiff-Decedent.

3. On May 6, 2021, Plaintiff-Decedent filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Dkt. # 18403.

4. Upon information and belief, Plaintiff-Decedent was never married and had no children. Plaintiff-Decedent's sister Shirley Justice Lindler has been appointed as one of the personal representatives of the Estate of Ruth Justice. A copy of the Certificate of Appointment is included as Exhibit A.

5. Shirley Justice Lindler, as personal representative of Plaintiff-Decedent's estate, is the proper party plaintiff to substitute for Plaintiff-Decedent Ruth Justice and has proper capacity to proceed with the surviving products liability suit on Plaintiff-Decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff-Decedent requests this Court grant this motion to substitute Shirley Justice Lindler as the proper party plaintiff in this action.

Date: May 7, 2021

Respectfully submitted,

**JOHNSON LAW GROUP**

*/s/ Basil E. Adham*
Basil E. Adham, (TX Bar No. 24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, I electronically transmitted the foregoing with the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

Dated: May 6, 2021                                          */s/ Basil E. Adham*
                                                                                    Basil E. Adham