# **EXHIBIT A**

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE PROBATE COURT |
| | ) | |
| COUNTY OF: <u>LEXINGTON</u> | ) | |
| | ) | **CERTIFICATE OF APPOINTMENT** |
| IN THE MATTER OF: | ) | |
| <u>RUTH ELOISE JUSTICE</u> | ) | CASE NUMBER: <u>2020ES3201152</u> |
| (Decedent) | ) | |

This is to certify that

<u>SHIRLEY JUSTICE LINDLER, BRENDA J. KENNEDY</u>

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the <u>21st</u> day of <u>September, 2020</u>, is in full force and effect.

**RESTRICTIONS:**

Executed this 28th day of September, 2020.

*Daniel R. Eckstrom*
_____
Daniel R. Eckstrom, Probate Court Judge

**Do not accept a copy of this certificate without the raised seal of the Probate Court.**

FORM #141ES (1/2014)
62-1-305, 62-3-103