# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>Ruth Justice, 1:20-cv-02042-RLY-TAB | |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered Plaintiff's Motion to Substitute Party Plaintiff.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED,** and Shirley Justice Lindler on behalf of the Estate of Ruth Justice, is substituted as Plaintiff in the above-referenced action.

Dated this _____ day of _____, 2021

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana