IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
 1:19-cv-06223-RLY-TAB    Patrick Haley, II

## ORDER ON APRIL 28, 2021, TELEPHONIC STATUS CONFERENCE

Plaintiff's counsel April 28, 2021, for a telephonic status conference to address counsel's motion to withdraw. [Filing No. 16126.] Plaintiff failed to appear as ordered. Plaintiff's counsel advised the Court that Plaintiff has failed to respond to multiple attempts to contact Plaintiff since November 2020. Plaintiff shall show cause, if any, by May 19, 2021, why this action should not be dismissed for failure to prosecute. The motion to withdraw shall remain under advisement.

Date: 5/7/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email