IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

PAMELA MAYNARD
Civil Case # 1:17-CV-03547

### ORDER ON PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL [Dkt. No 18224-1]

Considering Plaintiff's Motion to Maintain Document 18224-1 Under Seal [Dkt. No. 18305],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Plaintiff's Motion to Maintain Document 18224-1 Under Seal is hereby GRANTED and the Clerk of the Court is directed to maintain Dkt. No. 18224-1 under seal.

Date: 5/7/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.