IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Ilene and Scott Sorenson

Civil Case No:  1:18-cv-03562-RLY-TAB

_____

## ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT

Considering the Plaintiffs' Unopposed Motion to Leave to Amend Complaint of Plaintiffs Ilene Sorenson and Scott Sorenson (Dkt. 18289),

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Unopposed Motion for Leave to Amend the Complaint is hereby GRANTED and the Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record in this matter.

Date: 5/7/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.