IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br><br>**David Raybuck**<br><br>Civil Case#: 1:18-cv-02541 | |

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTEPARTY AND FOR LEAVE TO AMEND SHORT FORM COMPLAINT

**IT IS ORDERED** that Plaintiff's Motion to Substitute Party and For Leave to Amend Short Form Complaint (Dkt. 18290) is **granted**. Philip Raybuck is substituted for David Raybuck, deceased, in this action, continuing the claims originally brought by David Raybuck on behalf of his Estate. The Clerk of Court is directed to file the amended short form complaint into the record in this matter.

Date: 5/7/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.