IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>**Norman Carreau** | |
| Civil Case # 1:21-cv-6394 | |

> Denied. Pursuant to Local Rule 83-7(b) and (c), attorneys from different law firms cannot withdraw one another nor can a substitution be filed. Ms. Lowry will need to file a motion to withdraw.
>
> Tim A. Baker, U.S. District Court Magistrate Judge
> May 7, 2021
>
> Distribution to all registered counsel of record via ECF and to the following via U.S. Mail: Susan Aileen Lowry, UPTON & HATFIELD, LLP, 10 Centre St., Concord, NH 03301

**PLAINTIFF'S MOTION TO WITHDRAW
APPEARANCE BY SUSAN A. LOWRY**

Plaintiff Norman Carreau, by his undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1. The above-captioned case was initially filed in the United States District Court for the District of New Hampshire, where it was captioned *Carreau v. Cook Incorporated et al.*, 1:21-cv-00132.

2. On April 14, 2021, this case was transferred to this Court and into MDL No. 2570. (Dkt. No. 17653, Dkt. No. 4).

3. Susan A. Lowry, from the law firm Upton & Hatfield, LLP, previously appeared on Norman Carreau's behalf in the District of New Hampshire. For that reason, Susan A. Lowry was listed as counsel of record for the Plaintiff in this case.

4. Now, since this case was transfer to the MDL, David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Susan A. Lowry as trial counsel.