IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Richard Lilly

Civil Case #: 1:19-cv-1620

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PROPER PARTY

Considering the Plaintiff's Motion for Substitution of Proper Party [Dkt. 18313],

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the Motion for Substitution of Proper Party is hereby GRANTED, and Emily Lilly, on behalf of Richard Lilly, is substituted as Plaintiff in the instant case. The Clerk of the Court is directed to substitute Emily Lilly, as next of kin, in place of the deceased Plaintiff Richard Lilly in the instant case.

Date: 5/7/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.