UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570
_____

This Document Relates Only to the Following Cases:

Boyd, Britney – 1:18-cv-01117
_____


**Exhibit A**
**Medical Records**
**Filed Under Seal Pursuant to CMO # 29**


    Jessica Benson Cox, Co-Lead Counsel
    Andrea Roberts Pierson,
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana  46204
    Telephone:  (317) 237-0300
    Andrea.Pierson@FaegreDrinker.com
    Jessica.Cox@FaegreDrinker.com

    James Stephen Bennett, Co-Lead Counsel
    FAEGRE DRINKER BIDDLE & REATH LLP
    110 West Berry Street, Suite 2400
    Fort Wayne, Indiana  46802
    Telephone:  (260) 424-8000
    Stephen.Bennett@FaegreDrinker.com

    *Attorneys for Defendants Cook Incorporated,*
    *Cook Medical LLC, and William Cook Europe*
    *ApS*