IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                          MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiff

STEPHEN HAYSLIP
1:20-cv-06237-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff STEPHEN HAYSLIP


Dated: May 7, 2021.                          */s/ Thomas Wm. Arbon*
                                                           Thomas Wm. Arbon, Bar No. 01284275
                                                           **Martin Baughman, PLLC**
                                                           3141 Hood Street, Suite 600
                                                           Dallas, TX 75219
                                                           Telephone: (214) 761-6614
                                                           Facsimile: (214) 744-7590
                                                           tarbon@martinbaughman.com

                                                           *Attorney for Plaintiff*

### **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon