IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTSLIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s) Timothy Edmond

Civil Case # 1:16-cv-1029

# FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   Timothy Edmond

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   OHIO

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   OHIO

6. Plaintiff's/Deceased Party's current state of residence:

   OHIO

7. District Court and Division in which venue would be proper absent direct filing:

   Southern District of Ohio Eastern Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated
   ☒ Cook Medical, LLC
   ☒ William Cook Europe APS

9. Basis of Jurisdiction
   ☒ Diversity of Citizenship
   ☐ Other: 

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip Vena Cava Filter
    ☒ Cook Celect Vena Cava Filter
    ☐ Günther Tulip Mreye
    ☐ Cook Celect Platinum

2

☐ Other: _____

11. Date of implantation as to each product:

   On or about December 7, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

   The Ohio State University Medical Center

   _____

13. Implanting Physician(s):

   Michael R. Go, M.D._____

   _____

14. Counts in the Master Complaint brought by Plaintiff(s):
   - ☑ Count I: Strict Products Liability - Failure to Warn
   - ☑ Count II: Strict Products Liability - Design Defect
   - ☑ Count III: Negligence
   - ☑ Count IV: Negligence *Per Se*
   - ☑ Count V: Breach of Express Warranty
   - ☑ Count VI: Breach of Implied Warranty
   - ☑ Count VII: Violations of Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
   - ☐ Count VIII: Loss of Consortium
   - ☐ Count IX: Wrongful Death
   - ☐ Count X: Survival
   - ☑ Count XI: Punitive Damages
   - ☑ Other: O.R.C. Claims (please state the facts supporting this Count in the space, immediately below)

3

☑ Other:   Fraudulent Concealment (please state the facts supporting this Count in the space, immediately below)

<u>These below claims are supported by facts in the master complaint. Defective Manufacturing Pursuant to O.R.C. Section 2307.74; Design Defect Pursuant to O.R.C. Section 2307.75; Defective Product Due to Inadequate Warning Pursuant to O.R.C. 2307.76; Non-Conformance With Representations Pursuant to O.R.C. 2307.77; Ohio Statutory Warranties pursuant to O.R.C. 1302.27 and O.R.C. 1302.28.</u>

<u>Fraudulent Concealment - Specific allegations that contain potentially confidential information are being simultaneously filed under seal on this date.</u>

15. Attorney for Plaintiff:

RAMON ROSSI LOPEZ; MATTHEW R. LOPEZ

16. Address and bar information for Attorney for Plaintiff:

Ramon Rossi Lopez, CA Bar No. 86361; Matthew Ramon Lopez, CA Bar No. 263134

LOPEZ McHUGH LLP, 100 Bayview Circle, Suite 5600, Newport Beach, California.

Date: May 10, 2021

Respectfully submitted,

By: *s/ Ramon Rossi Lopez*
Ramon Rossi Lopez (CA Bar No. 86361)
  (admitted *pro hac vice*)
Matthew Ramon Lopez (CA Bar No. 263134)
  (admitted *pro hac vice*)
**Lopez McHugh LLP**
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(949) 737-1501
(949) 737-1504 (fax)
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

<i>s/ Ramon Rossi Lopez</i>