# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>Ruth Justice, 1:20-cv-02042-RLY-TAB | |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered Plaintiff's Motion to Substitute Party Plaintiff (Dkt. 18404).

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED,** and Shirley Justice Lindler on behalf of the Estate of Ruth Justice, is substituted as Plaintiff in the above-referenced action. The Clerk of the Court is directed to substitute Shirley Justice Lindler, as next of kin, in place of the deceased Plaintiff Ruth Justice in the instant case.

Date: 5/10/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.