IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
**Donald Janich**

Civil Case #  1:21-cv-6423

## PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE BY JAMES G. EDMISTON

Plaintiff Donald Janich, by his undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1.      The above-captioned case was initially filed in the United States District Court for the District of Montana, where it was captioned *Janich v. Cook Incorporated et al.*, 1:21-cv-00037-SPW-TJC.

2.      On April 26, 2021, this case was transferred to this Court and into MDL No. 2570. (Dkt. No. 18157, Dkt. No. 3).

3.      James G. Edmiston, from EDMISTON AND COLTON LAW FIRM, previously appeared on Donald Janich's behalf in the District of Montana.  For that reason, James G. Edmiston was listed as counsel of record for the Plaintiff in this case.

4.      Now, since this case was transferred to the MDL, David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for James G. Edmiston as trial counsel.

5.      David M. Langevin entered his appearance in this matter on April 28, 2021.

6.      Accordingly, James G. Edmiston hereby requests leave to withdraw his appearance.

Dated:  May 10, 2021                    Respectfully submitted,


*/s/ James G. Edmiston*
James G. Edmiston
EDMISTON AND COLTON LAW FIRM
310 Grand Avenue
Billings, MT  59101
Telephone: (406) 259-9986
jim@yellowstonelaw.com



**ATTORNEY FOR PLAINTIFF**