UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES IN FIFTH AMENDED CASE MANAGEMENT ORDER #27

The Parties filed a Joint Motion to Extend Deadlines in Fifth Amended Case Management Order # 27.  Having considered the Parties' motion and being duly advised, the Court now GRANTS the motion.

IT IS THEREFORE ORDERED that current deadlines concerning the bellwether selection process, per the Fifth Amended Case Management Order #27 (Amended Bellwether Plan) [Dkt. 15887], are amended to the following:

    A.    June 23, 2021 – Parties to exercise strikes by teleconference with the Court

    B.    July 7, 2021 – Each side to submit a single brief (no more than 10 pages total) containing a summary of the facts and the parties' positions on why cases should or should not be selected as a bellwether case for each of the remaining cases.

SO ORDERED this _____ day of May, 2021.