IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                       MDL No. 2570

_____

This Document Relates to
Plaintiffs RICARDO CLAY and JENNIFER CLAY

Civil Case # 1:16-cv-03262-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court for an Order for leave to amend the First Amended Short Form Complaint and show as follows:

1. Plaintiffs filed their initial Complaint on December 1, 2016 and a First Amended Short Form Complaint April 26, 2021 (Dkt. 18209) indicating Plaintiff Ricardo Clay was implanted with both a Cook Günther Tulip® Vena Cava Filter and a Cook Celect Vena Cava Filter on or about May 7, 2010.

2. However, upon additional review, the undersigned confirmed that Plaintiff Ricardo Claim was implanted with a single Vena Cava Filter on or about February 6, 2012. The medical records indicate the filter was a "Tulip Celect Filter."

3. Plaintiffs respectfully seek leave to file the attached Second Amended Short Form Complaint to correct the model and of the implanted IVC filter.

4. Plaintiffs' counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

5. No party will be prejudiced by allowing Plaintiffs to amend the Complaint.

**WHEREFORE**, Plaintiffs pray that this Motion be granted, that Plaintiffs be granted leave to file a Second Amended Short Form Complaint, and for such other appropriate relief.

Date: May 10, 2021

                                       Respectfully submitted,

                                       */s/ Ramon Rossi Lopez*
                                       Ramon Rossi Lopez (CA Bar No. 86361)
                                         (admitted *pro hac vice*)
                                       Matthew Ramon Lopez (CA Bar No. 263134)
                                         (admitted *pro hac vice*)
                                       **Lopez McHugh LLP**
                                       100 Bayview Circle, Suite 5600
                                       Newport Beach, CA 92660
                                       (949) 737-1501
                                       (949) 737-1504 (fax)
                                       rlopez@lopezmchugh.com
                                       mlopez@lopezmchugh.com

                                       ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

     I hereby certify that on May 10, 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                                                       s/ Ramon Rossi Lopez