IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Plaintiffs RICARDO CLAY and JENNIFER CLAY

Civil Case # 1:16-cv-03262-RLY-TAB

### [PROPOSED] ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT

Considering the Plaintiffs' Unopposed Motion for Leave to Amend the Second Amended Short Complaint of Ricardo Clay and Jennifer Clay (Dkt. _____)

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to amend the First Amended Short Form Complaint filed by Ricardo Clay and Jennifer Clay is hereby GRANTED and the Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record in this matter.

Dated:

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.