IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Michelle Olson

Civil Case # 1:17-cv-2244

## MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Comes now, Plaintiff, Michelle Olson, by and through her attorneys, the Flint Law Firm, LLC and requests, pursuant to Local Rule 5-11(d), the court continue to maintain Document # 18371-1 Under Seal.

FLINT LAW FIRM, LLC

By:   /s/ Laci M. Whitley
Laci M. Whitley, IL Bar # 6314263
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, Illinois 62025
(618) 288-4777:  telephone
(618) 288-2864:  facsimile
service@flintlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Laci M. Whitley