IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570

This Document Relates to Plaintiff(s)
Michelle Olson

Civil Case # 1:17-cv-2244

## ORDER

IT IS HEREBY ORDERED, pursuant to Local Rule 5-11(d), the court will continue to

maintain Document # 18371-1 Under Seal.

Dated:_____


                                            _____
                                                          JUDGE