IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**Norman Carreau**

Civil Case # 1:21-cv-6394

**PROPOSED ORDER
PLAINTIFF'S MOTION TO WITHDRAW
APPEARANCE BY SUSAN A. LOWRY**

This case has been transferred to the above MDL, and David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Susan A. Lowry as trial counsel. David M. Langevin entered his appearance in this matter on April 14, 2021. Accordingly, Susan A. Lowry's motion to withdraw her appearance as counsel for the plaintiff is granted.

So ordered,

Dated: _____     _____