Dated at Green Bay, Wisconsin this 28th day of April, 2021
BY THE COURT:

*Beau Liegeois* (signature)
Circuit Court Judge/Court Commissioner

Beau Liegeois
Name Printed

**AUTHENTICATED COPY FILED**
APR 28 2021
CLERK OF COURTS
BROWN COUNTY, WI

I, John A. Vanderleest, Clerk of Courts certify that the copy annexed has been compared by me with the original on file and required by law to be in my custody, the same is correct transcript and true copy of the original record, I herewith set my hand and affix the seal of the Clerk of Courts of Brown County at Green Bay, this 28 day of April A.D. 2021.
C. Kremer, Clerk

[SEAL: CLERK OF CIRCUIT COURTS, BROWN COUNTY, WI]

| | | |
|---|---|---|
| Enter the name of the county in which this case was filed. | STATE OF WISCONSIN, CIRCUIT COURT, **BROWN** COUNTY | |
| Enter the current name of the person whose name is proposed to be changed. | IN THE MATTER OF THE NAME CHANGE OF<br>**MICHELLE MARIE OLSON**<br>First Name / Middle Name / Last Name | ☐ Amended<br>**Order for Name Change** |
| Enter the case number. | | Case No. **21 CV 331** |
| Enter the county and the date of the hearing. | The Petition for Name Change was heard by the Circuit Court of **Brown** County, Wisconsin on the **28th** day of **April**, 20**21**. | |

THE COURT FINDS:

1. The person whose name is to be changed lives in **BROWN** County, Wisconsin. *(In 1, enter the county name.)*

2. The name that appears on the birth certificate is *(In 2, enter the name as it appears on the birth certificate.)*
   [First] **MICHELLE**
   [Middle] **MARIE**
   [Last] **GERING**

3. The name of this person shall be changed to *(In 3, enter the first, middle and last name if the person whose name shall be changed.)*
   [First] **MICHELLE**
   [Middle] **MARIE**
   [Last] **GERING**

4. The address of the person whose name is to be changed is *(In 4, enter the address.)*
   **GREEN BAY, WI**

5. The date of birth of the person whose name is to be changed is _____. *(In 5, enter the date of birth.)*

6. It has jurisdiction and notice of the hearing, if required, has been given.

7. The facts of the Petition are true and correct.

8. The Petition was published as a class 3 notice.

☐ 9. Other: _____ *(In 8, enter any other info.)*

**STOP!**
The court will complete the rest of this form.

THE COURT ORDERS:

1. The Petition for Name Change is granted.

CV-470, 05/19 Order for Name Change  §786.36, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional materials.
Page 1 of 2

2. If the person was born in Wisconsin, the Wisconsin birth certificate
☐ shall  ☒ shall not  be changed.

3. If the person was married in Wisconsin, the Wisconsin marriage certificate
☐ shall  ☒ shall not  be changed.

☐ 4. Other: _____

**THIS IS A FINAL ORDER FOR THE PURPOSE OF APPEAL.**

DISTRIBUTION:
1. Court
2. Certified Copy - Register of Deeds
3. Petitioner