IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

---

**IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Case No. 1:14-ml-2570-RLY-RAB
MDL No. 2570

---

This Document Relates to Plaintiff(s)

Philip Raybuck, as Heir of David Raybuck

Civil Case No: 1:18-cv-02541-RLY-TAB

---

### UNOPPOSED MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move this Court for an Order for leave to amend the Short Form Complaint and show as follows:

1. Plaintiff David Raybuck filed a Short Form Complaint on August 17, 2018 indicating that his implanting physician was Dr. James Broomfield.

2. However, upon additional review, the undersigned confirmed that Plaintiff David Raybucks's implanting physician was Dr. Kenneth Madsen.

3. Plaintiff respectfully seeks leave to file the attached Second Amended Short Form Complaint to correct the name of the implanting physician.

4. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

5. No party will be prejudiced by allowing Plaintiff to amend the Complaint.

**WHEREFORE**, Plaintiff prays that this Motion be granted, that Plaintiff be granted leave to file a Second Amended Short Form Complaint, and for such other appropriate relief.

<u>May 10, 2021</u>                                             Respectfully submitted,


                                                By: /s/ Willard J. Moody_____
                                                Willard J. Moody, Jr., Esquire (VSB #22866)
                                                THE MOODY LAW FIRM, INC.
                                                500 Crawford Street, Suite 200
                                                Portsmouth, VA 23704
                                                (757) 393-4093
                                                will@moodyrrlaw.com
                                                ATTORNEY FOR PLAINTIFF

3

**CERTIFICATE OF SERVICE**

I hereby certify on the 10th day of May, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
