# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-RAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

<u>Philip Raybuck, As Heir of David Raybuck</u>

Civil Case No:  <u>1:18-cv-02541-RLY-TAB</u>

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Considering the Plaintiffs' Unopposed Motion for Leave to Amend Short Form Complaint, IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that said Motion is hereby GRANTED.

Date:

_____
United States District Judge