IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Michelle Olson

Civil Case # 1:17-cv-2244

## ORDER

IT IS HEREBY ORDERED, the Court will Amend the above-case caption from Michelle Marie Olson to Michelle Marie Gering.

Dated:_____

_____
JUDGE