IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:16-cv-00174-RLY-TAB
David Hollebeek and Julie Hollebeek

**ORDER ON MAY 7, 2021, TELEPHONIC STATUS CONFERENCE**

Plaintiffs appeared in person and by counsel May 7, 2021, for a telephonic status conference to address counsel for Plaintiffs motion to withdraw.  [Filing No. 17164.]  The Court denied the motion for both substantive and procedural shortcomings.

Date:  5/11/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email