IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:18-cv-003309-RLY-TAB
Rebecca Lindsey

## ORDER ON MAY 7, 2021, TELEPHONIC STATUS CONFERENCE

Plaintiff appeared by counsel May 7, 2021, for a telephonic status conference to address counsel for Plaintiff's motion to withdraw.  [Filing No. 17589.]  Plaintiff failed to appear as ordered.  Plaintiff shall show cause by May 21, 2021, why sanctions should not issue for her failure to appear for the May 7 telephonic status conference.

Date:  5/11/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email