IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:19-cv-00232-RLY-TAB
Joshua J. Williams

### ORDER ON MAY 7, 2021, TELEPHONIC STATUS CONFERENCE

Plaintiff appeared in person and by counsel May 7, 2021, for a telephonic status. Discussion was held regarding Plaintiff's motion to withdraw. [Filing No. 17818.] Given the irreconcilable breakdown in the attorney-client relationship, the Court grants the motion to withdraw and the appearance of Christopher W. Dysart is withdrawn on behalf of the Plaintiff. The Court strongly encourages Plaintiff to obtain new counsel. Plaintiff is responsible for meeting all deadlines and case obligations regardless of whether he has counsel. The Plaintiffs' Leadership Committee shall now be responsible for serving all filing and orders on Plaintiff at the following address: 1625 Elnido Ave., Paris, CA 92571. Plaintiff's phone number is 951-224-5333. Plaintiff is required to file a notice with the Court if there is any change in this information.

Date: 5/11/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Joshua J. Williams
1625 Elnido Ave.
Paris, CA 92571