**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   DWAYNE HARPER

Civil Case #  1:16-cv-02306-RLY-TAB

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Dwayne Harper, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No: 1:16-cv-02306 filed on August 29, 2016.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated:  May 11, 2021

                                                         Respectfully submitted,

                                                         Samuel M. Wendt
                                                         Samuel M. Wendt
                                                         MO Bar No. 53573
                                                         WENDT LAW FIRM, P.C.
                                                          4717 Grand Ave, Suite 130
                                                         Kansas City, MO 64112
                                                         Telephone:  (816)  531-4415
                                                         Facsimile:   (816) 531-2507
                                                         Email:  sam@wendtlaw.com

                                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

/s/ Samuel M. Wendt
Samuel M. Wendt