## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| WILLIE JUNIOUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COOK INCORPORATED; | ) | |
| | ) | Case No.  1:21-CV-6413 RLY-TAB |
| COOK MEDICAL, LLC. and | ) | |
| WILLIAM COOK EUROPE, APS, | ) | |
| | ) | |
| Defendants, | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Michael S. Katz respectfully withdraws his appearance as counsel for the Plaintiff in the above-captioned case. Jessica Glitz and Monte Bond will continue to serve as lead counsel for the Plaintiff.

Respectfully Submitted,

**LOPEZ McHUGH LLP**

*s/ Michael S. Katz*
Michael S. Katz, Esq.
NJ Bar No.: 016821995
214 Flynn Avenue
Moorestown, NJ 08057
Phone: 856-273-8500
Facsimile: 856-273-8502
Primary: mkatz@lopezmchugh.com
*Attorneys for Plaintiff*

Dated: May 10, 2021

1