IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Michelle Olson

Civil Case # 1:17-cv-2244

## ORDER

On this day came for consideration Plaintiff's Motion to Maintain Document Under Seal [Dkt. 18457]. Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS HEREBY ORDERED, pursuant to Local Rule 5-11(d), the court will continue to maintain Document # 18371-1 Under Seal.

Date: 5/11/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.