IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Michelle Olson

Civil Case # 1:17-cv-2244

## ORDER

On this day came for consideration Plaintiff's Notice of Name Change [Dkt. 18371]. Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS HEREBY ORDERED, the Court will Amend the above-case caption from Michelle Marie Olson to Michelle Marie Gering.

Date: 5/11/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.