IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTSLIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs RICARDO CLAY and JENNIFER CLAY

Civil Case # 1:16-cv-3262

**SECOND AMENDED SHORT FORM COMPLAINT**

COME NOW the Plaintiffs named below, and for Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   RICARDO CLAY

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   JENNIFER CLAY

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Ohio

6. Plaintiff's/Deceased Party's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   Southern District of Ohio, Columbus Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated
   ☒ Cook Medical, LLC
   ☒ William Cook Europe APS

9. Basis of Jurisdiction
   ☒ Diversity of Citizenship
   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - ☐ Günther Tulip Vena Cava Filter
    - ☐ Cook Celect Vena Cava Filter
    - ☐ Günther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☒ Other: The exact model is unknown; plaintiff's medical records indicate "Tulip Celect Filter"

11. Date of implantation as to each product:

    On or about May 7, 2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Ohio State University Wexner Medical Center, Columbus, Ohio

13. Implanting Physician(s):

    Jamal Al Taani, M.D.

14. Counts in the Master Complaint brought by Plaintiffs:

    - ☒ Count I: Strict Products Liability - Failure to Warn
    - ☒ Count II: Strict Products Liability - Design Defect
    - ☒ Count III: Negligence
    - ☒ Count IV: Negligence *Per Se*
    - ☒ Count V: Breach of Express Warranty
    - ☒ Count VI: Breach of Implied Warranty

- ☒ Count VII:     Violations of Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☒ Count VIII:    Loss of Consortium
- ☐ Count IX:      Wrongful Death
- ☐ Count X:       Survival
- ☒ Count XI:      Punitive Damages
- ☒ Other:         Fraudulent Concealment (please state the facts supporting this Count in the space, immediately below)

<u>Plaintiffs incorporate the allocations filed under seal with their First Amended Short Form Complaint (Dkt. 18211.)</u>

15. Attorney for Plaintiffs:

   RAMON ROSSI LOPEZ; MATTHEW R. LOPEZ

16. Address and bar information for Attorney for Plaintiffs:

   Ramon Rossi Lopez, CA Bar No. 86361; Matthew Ramon Lopez, CA Bar No. 263134

   LOPEZ McHUGH LLP, 100 Bayview Circle, Suite 5600, Newport Beach, California.

Date: May 10, 2021

                         Respectfully submitted,

                         **By:** *s/ Ramon Rossi Lopez*
                         Ramon Rossi Lopez (CA Bar No. 86361)
                          (admitted *pro hac vice*)
                         Matthew Ramon Lopez (CA Bar No. 263134)
                          (admitted *pro hac vice*)
                         **Lopez McHugh LLP**
                         100 Bayview Circle, Suite 5600
                         Newport Beach, CA 92660
                         (949) 737-1501
                         (949) 737-1504 (fax)
                         rlopez@lopezmchugh.com
                         mlopez@lopezmchugh.com

                         ***Attorneys for Plaintiffs***