IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
**Norman Carreau**

Civil Case # 1:21-cv-6394

## ORDER
## PLAINTIFF'S MOTION TO WITHDRAW
## APPEARANCE BY SUSAN A. LOWRY

This case has been transferred to the above MDL, and David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Susan A. Lowry as trial counsel.   David M. Langevin entered his appearance in this matter on April 14, 2021. Accordingly, Susan A. Lowry's motion to withdraw her appearance as counsel for the plaintiff [Dkt. 18458] is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Susan A. Lowry be removed as an attorney for Plaintiff Norman Carreau. The Plaintiff will continue to be represented by David M. Langevin.

Date: 5/11/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.