IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Philip Raybuck, As Heir of David Raybuck

Civil Case No:  1:18-cv-02541-RLY-TAB

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Considering the Plaintiff's Motion for Leave to file Second Amended Complaint of Philip Raybuck, as Heir of David Raybuck (Dkt. 18460).

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Unopposed Motion for Leave to file Second Amended Complaint filed by Philip Raybuck, as Heir of David Raybuck is hereby GRANTED.  The Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record in this matter and it is deemed filed as of the date of this Order.

Date: 5/11/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.