UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____
In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-02570-RLY-TAB
PRODUCT LIABILITY LITIGATION                        MDL No. 2570
_____

This Document Relates to Plaintiff:

    PATTI ALFIERI
    1:17-cv-03517-RLY-TAB
_____

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Matthew D. Schultz and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is GRANTED.  Ben C. Martin, Thomas Wm. Arbon and the firm of Martin Baughman, PLLC have entered an appearance for the Plaintiff, Patti Alfieri.

**IT IS HEREBY ORDERED** that Matthew D. Schultz of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is hereby withdrawn as counsel of record in this action.

DATED this ___ day of _____, 202__.

                                                                  _____
                                                                  Tim A. Baker
                                                                  United States Magistrate Judge
                                                                  Southern District of Indiana