UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-02570-RLY-TAB
PRODUCT LIABILITY LITIGATION                       MDL No. 2570
_____

This Document Relates to Plaintiff:

    RONALD M. EBERZ, JR.
    1:16-cv-01533-RLY-TAB

_____

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Matthew D. Schultz, Jeff R. Gaddy, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is GRANTED. Ben C. Martin, Thomas Wm. Arbon and the firm of Martin Baughman, PLLC have entered an appearance for the Plaintiff, Ronald M. Eberz, Jr.

**IT IS HEREBY ORDERED** that Matthew D. Schultz and Jeff R. Gaddy of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are hereby withdrawn as counsel of record in this action.

DATED this ___ day of _____, 202__.

                                                                          _____
                                                                          Tim A. Baker
                                                                          United States Magistrate Judge
                                                                          Southern District of Indiana