IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                 MDL No. 2570

This Document Relates to Plaintiffs <u>Katie Gearheart and Carlos Wayne Gearheart</u>

Civil Case # <u>1:16-CV-1929</u>

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   <u>Katie Gearheart</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   <u>Carlos Wayne Gearheart</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   <u>N/A</u>

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   <u>Tennessee</u>

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

Tennessee

6.  Plaintiff's/Deceased Party's current state of residence:

Tennessee

7.  District Court and Division in which venue would be proper absent direct filing:

Tennessee Middle District Court, Nashville Division

8.  Defendants (Check Defendants against whom Complaint is made):

☑ Cook Incorporated

☑ Cook Medical, LLC

☑ William Cook Europe APS

9.  Basis of Jurisdiction
        ☑ Diversity of Citizenship

        ☐ Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    PARAGRAPHS 6 THROUGH 28

    _____

    _____

    b.  Other allegations of jurisdiction and venue:

    _____

    _____

    _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip Vena Cava Filter
- ☑ Cook Celect Vena Cava Filter
- ☐ Günther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of implantation as to each product:

On or about May 27, 2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

Williamson Medical Center, Franklin, Tennessee

13. Implanting Physician(s):

Dr. Paul Fleser, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:       Strict Products Liability - Failure to Warn
- ☑ Count II:      Strict Products Liability - Design Defect
- ☑ Count III:     Negligence
- ☑ Count IV:      Negligence *Per Se*
- ☑ Count V:       Breach of Express Warranty
- ☑ Count VI:      Breach of Implied Warranty
- ☑ Count VII:     Violations of Tennessee Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☑ Count VIII:    Loss of Consortium

3

☐   Count IX:     Wrongful Death

☐   Count X:     Survival

☑   Count XI:     Punitive Damages

☑   Other:     Fraudulent Concealment (please state the facts supporting this Count in the space, immediately below)

<u>Specific allegations that contain potentially confidential information are being simultaneously filed under seal on this date.</u>

15. Attorney for Plaintiff:

    <u>RAMON ROSSI LOPEZ; MATTHEW R. LOPEZ</u>

16. Address and bar information for Attorney for Plaintiff:

    <u>Ramon Rossi Lopez, CA Bar No. 86361; Matthew Ramon Lopez, CA Bar No. 263134</u>

    <u>LOPEZ McHUGH LLP, 100 Bayview Circle, Suite 5600, Newport Beach, California.</u>

Date: May 12, 2021

                                                  Respectfully submitted,

                                                  By: *s/ Ramon Rossi Lopez*
                                                  Ramon Rossi Lopez (CA Bar No. 86361)
                                                   (admitted *pro hac vice*)
                                                  Matthew Ramon Lopez (CA Bar No. 263134)
                                                   (admitted *pro hac vice*)
                                                  **Lopez McHugh LLP**
                                                  100 Bayview Circle, Suite 5600
                                                  Newport Beach, CA 92660
                                                  (949) 737-1501
                                                  (949) 737-1504 (fax)
                                                  rlopez@lopezmchugh.com
                                                  mlopez@lopezmchugh.com

                                                  ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*s/ Ramon Rossi Lopez*