> APPROVED.  Case is dismissed with prejudice.
> Dated:  May 12, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br><br>MDL No:  2570 |

This Document Relates to Plaintiff:

**NORMAN NERDAHL**

Civil Case No. 1:16-CV-01740

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, NORMAN NERDAHL, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:16-CV-01740) as to Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

           */s/ Joseph R. Johnson*
           Joseph R. Johnson, Esquire
           Florida Bar No.:372250
           BABBITT & JOHNSON, P.A.
           Suite 100
           1641 Worthington Road
           West Palm Beach, FL  33409
           Tel:  (561) 684-2500
           Tel:  (561) 684-6308
           jjohnson@babbitt-johnson.com