UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

APPROVED.  Case is dismissed with prejudice.
Dated:  May 12, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____

IN RE:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                                      1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    MDL No:  2570

_____

This Document Relates to Plaintiff:

**SUSAN PAPA**

Civil Case No. 1:16-CV-2590

_____

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, SUSNA PAPA, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:16-CV-2590) as to Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021                              __/s/ Joseph R. Johnson_____
                                                                    Joseph R. Johnson, Esquire
                                                                    Florida Bar No.:372250
                                                                    BABBITT & JOHNSON, P.A.
                                                                    Suite 100
                                                                    1641 Worthington Road
                                                                    West Palm Beach, FL  33409
                                                                    Tel:  (561) 684-2500
                                                                    Tel:  (561) 684-6308
                                                                    jjohnson@babbitt-johnson.com