UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: May 12, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-02570-RLY-TAB

MDL No: 2570

This Document Relates to Plaintiff:

**TRACI LEHMAN**

Civil Case No. 1:15-CV-01709

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, TRACI LEHMAN, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:15-CV-01709) as to Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

  */s/ Joseph R. Johnson*
  Joseph R. Johnson, Esquire
  Florida Bar No.:372250
  BABBITT & JOHNSON, P.A.
  Suite 100
  1641 Worthington Road
  West Palm Beach, FL  33409
  Tel:  (561) 684-2500
  Tel:  (561) 684-6308
  jjohnson@babbitt-johnson.com