UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: May 12, 2021
> /s/ RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br><br>MDL No:  2570 |

This Document Relates to Plaintiff:

**KEITH LEVESQUE**

Civil Case No. 1:15-CV-01706

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, KEITH LEVESQUE, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:15-CV-01706) as to Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

　　　__/s/ Joseph R. Johnson____
　　　Joseph R. Johnson, Esquire
　　　Florida Bar No.:372250
　　　BABBITT & JOHNSON, P.A.
　　　Suite 100
　　　1641 Worthington Road
　　　West Palm Beach, FL  33409
　　　Tel:  (561) 684-2500
　　　Tel:  (561) 684-6308
　　　jjohnson@babbitt-johnson.com