UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: May 12, 2021
> */s/ Richard L. Young*
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br><br>MDL No: 2570 |

This Document Relates to Plaintiff:

**RICKY ROCKWELL**

Civil Case No. 1:16-CV-2191

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, RICKY ROCKWELL, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:16-CV-2191) as to Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

                                                 */s/ Joseph R. Johnson*
                                                 Joseph R. Johnson, Esquire
                                                 Florida Bar No.:372250
                                                 BABBITT & JOHNSON, P.A.
                                                 Suite 100
                                                 1641 Worthington Road
                                                 West Palm Beach, FL  33409
                                                 Tel:  (561) 684-2500
                                                 Tel:  (561) 684-6308
                                                 jjohnson@babbitt-johnson.com