IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):

RONALD JAY BARBER

Civil Case # 1:19-cv-00665-RLY-TAB

## COUNSEL'S RESPONSE TO ORDER ON APRIL 28, 2021, TELEPHONIC STATUS CONFERENCE

Counsel for Plaintiff Ronald Jay Barber responds to this Court's Order of April 30, 2021 to show cause as follows:

1. Counsel provided Plaintiff Ronald Jay Barber with written communication in the form of an email dated November 23, 2020, informing him of a settlement offer and providing certain recommendations.

2. On November 30, 2020, Plaintiff Ronald Jay Barber called into Counsel's firm and confirmed receipt of settlement offer and stated that he would provide a response the next day.

3. Thereafter, Counsel followed up with Plaintiff in the form of five (5) telephone calls (many of which included messages left on voicemail or machine); five (5) emails and four (4) mailed letters attempting to communicate with Plaintiff.

4. Having been unsuccessful, Counsel attempted service of a letter and this Court's Order on (to show cause) April 28, 2021 Telephonic Status Conference upon Plaintiff via Process Server at his last known address of 2102 Brown Square, Apt 408, Ontario, NY 14519.

The address was confirmed by a neighbor and the maintenance man of the apartment complex. The Process Server also attempted contact with Plaintiff via telephone, but two voicemail messages were left unreturned. See attached Non-Service Affidavit as Exhibit A.

5. Additionally, Counsel priority mailed this same Court Order on Plaintiff contemporaneously with the process server attempts.

6. To date, Plaintiff Ronald Jay Barber has failed to respond or communicate with Counsel.

7. Counsel maintains the underlying request to withdraw as counsel of records for Plaintiff.

Dated: May 12, 2021                    Respectfully submitted,

                                         AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

                                         */s/ Douglass A. Kreis*
                                         Douglass A. Kreis, FL Atty. No. 129704
                                         17 East Main Street, Suite 200
                                         Pensacola, Florida 32502
                                         Telephone: (850) 202-1010
                                         Facsimile: (850) 916-7449
                                         Email: DKreis@awkolaw.com

                                         Attorneys for Plaintiff(s)

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 12th day of May, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. A copy was also served upon Plaintiff at his last known address, PO Box 23, Ontario, NY 14519, by depositing the same in the U.S. Mail, postage prepaid.

                                         */s/ Douglass A. Kreis*