# EXHIBIT A – Non-Service Affidavit

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Indiana

Case Number: 1:19-CV-00885-RLY-TAB

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

For: Douglass A. Kreis
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ

Received by Thornton Process Service on the 3rd day of May, 2021 at 12:33 pm to be served on RONALD JAY BARBER, 2102 BROWN SQUARE, APT 408, ONTARIO, NY 14519. I, __Douglas Thompson__, being duly sworn, depose and say that on the __8th__ day of __May__, 20__21__ at __8:20a__.m., executed service by delivering a true copy of the LETTER FROM ATTORNEY and ORDER ON APRIL 28, 2021, TELEPHONIC STATUS CONFERENCE in accordance with state statutes in the manner marked below:

By delivering a true copy of the above named writ(s) with the date and hour of service endorsed thereon by me in the manner marked below.

( ) INDIVIDUAL SERVICE - to the above named person.

( ) SUBSTITUTE SERVICE - to _____ as _____ /co-resident, age 15 or older, at the usual place of abode.
( ) SUBSTITUTE SERVICE- to _____, authorized agent to accept at the usual place of business.

(X) NON SERVICE: As described in the Comments below.

( ) OTHER SERVICE: As described in the Comments below.

COMMENTS: The address was confirmed by a neighbor and the maintenance man at the apartment complex. The maintenance man stated Ronald is a good guy but gets in trouble a lot and does not answer the door for anyone. The deponent also called Ronald's phone number and left two voicemails but did not get a return phone call. Attempts are as follows: 5/4/21 at 4:01PM, 5/4/21 at 4:29PM, 5/4/21 at 7:15PM, 5/5/21 at 3:56PM, 5/6/21 at 10:09AM, & 5/8/21 at 8:20AM

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the 11th day of __May__, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SAMANTHA SALVATORE
Notary Public-State of New York
No. 01SA6335557
Qualified in Monroe County
Commission Expires 01/19/2024

_____
Douglas Thompson
PROCESS SERVER #    N/A
Appointed in accordance with State Statutes

Thornton Process Service
1559 West Kingsfield Road
Cantonment, FL 32533
(850) 478-3333

Our Job Serial Number: 2021003773
Ref: 2017-30800

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z