AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| JOSEPH MCGUIRE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-06435 |
| COOK INCORPORATED, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiff, Joseph McGuire.

Date: 05/13/2021

s/ Monte Bond
*Attorney's signature*

Monte Bond - Texas Bar No. 02585625
*Printed name and bar number*

Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000
Dallas, TX 75254
*Address*

mbond@tautfestbond.com
*E-mail address*

(214) 617-9980
*Telephone number*

(214) 853-4281
*FAX number*