UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

APPROVED.  Case is
dismissed with prejudice.
Dated:  May 12, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____

IN RE:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                                    1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION             MDL No:  2570

_____

This Document Relates to Plaintiff:

**JACQUELINE TAYLOR**

Civil Case No. 1:15-CV-01892

_____

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, JACQUELINE TAYLOR, by and through the undersigned counsel,
pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases"
("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of
the above-styled lawsuit (Civil Action No. 1:15-CV-01892) as to Defendants Cook Incorporated,
Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will
bear its own costs and attorney's fees.


Dated: January 12, 2021                           ___/s/ Joseph R. Johnson_____
                                                                  Joseph R. Johnson, Esquire
                                                                  Florida Bar No.:372250
                                                                  BABBITT & JOHNSON, P.A.
                                                                  Suite 100
                                                                  1641 Worthington Road
                                                                  West Palm Beach, FL  33409
                                                                  Tel:  (561) 684-2500
                                                                  Tel:  (561) 684-6308
                                                                  jjohnson@babbitt-johnson.com