UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

APPROVED.  Case is dismissed with prejudice.
Dated:  May 12, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                       1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION          MDL No:  2570

This Document Relates to Plaintiff:

**JENNIFER VENTRE**

Civil Case No. 1:16-CV-1447

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

COMES NOW, Plaintiff, JENNIFER VENTRE, by and through the undersigned counsel,

pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases"

("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of

the above-styled lawsuit (Civil Action No. 1:16-CV-1447) as to Defendants Cook Incorporated,

Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will

bear its own costs and attorney's fees.

Dated: January 12, 2021                    ___*/s/ Joseph R. Johnson*_____
                                                          Joseph R. Johnson, Esquire
                                                          Florida Bar No.:372250
                                                          BABBITT & JOHNSON, P.A.
                                                          Suite 100
                                                          1641 Worthington Road
                                                          West Palm Beach, FL  33409
                                                          Tel:  (561) 684-2500
                                                          Tel:  (561) 684-6308
                                                          jjohnson@babbitt-johnson.com