APPROVED.  Case is dismissed with prejudice.
Dated:  May 12, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

                    IN THE UNITED STATES DISTRICT
                    COURT SOUTHERN DISTRICT OF
                    INDIANA INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No.: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No.: 2570

This Document Relates to Plaintiff(s)

BEVERLY REDMAN-BROWN

Civil Case No.: 1:16-cv-1066

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:16-cv-1066 filed on May 4, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

                                            Respectfully submitted,

                                            WRIGHT & SCHULTE, LLC

                                            */s/ Richard W. Schulte*
                                            Richard W. Schulte (0066031)
                                            865 S. Dixie Dr.
                                            Vandalia, OH 45377
                                            (937) 435-7500
                                            (937) 435-7511 facsimile
                                            rschulte@yourlegalhelp.com

                                            *Attorney for Plaintiff*

1