> APPROVED. Case is dismissed with prejudice.
> Dated: May 12, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Judge RICHARD L. YOUNG |
| This Document Relates to Plaintiff:<br><br>Sally Kirkwood<br><br>Case No: 1:19-cv-03376-RLY-TAB | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Sally Kirkwood, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:19-cv-03376-RLY-TAB filed on August 8, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: January 11, 2021

                                        Respectfully submitted,

                                        /s/ Donald G. Norris
                                        Donald G. Norris (Bar No. 90000)
                                        LAW OFFICES OF DONALD G. NORRIS,
                                        A LAW CORPORATION
                                        3055 Wilshire Boulevard, Ste. 980
                                        P (213) 487-8880
                                        F (213) 487-8884
                                        dnorrislaw@gmail.com
                                        Counsel for Plaintiff