> APPROVED. Case is dismissed with prejudice.
> Dated: May 12, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
> MARTA DE SANTIAGO
>
> 1:19-cv-03247-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, hereby respectfully gives notice of the voluntary dismissal with prejudice of this lawsuit as to Defendants Cook Inc., Cook Medical LLC, and William Cook Europe APS pursuant to paragraph 3 of Case Management Order 28, *Screening for Time Barred Cases* ("CMO 28"). In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Respectfully submitted,

By: */s/Leslie MacLean*
Leslie MacLean
TX Bar No. 00794209
WATERS & KRAUS, LLP
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
lmaclean@waterskraus.com

*Counsel for Plaintiff*

Dated: January 13, 2021