APPROVED. Case is dismissed with prejudice.
Dated: May 12, 2021
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
David Jordan
Case No: 1-20-cv-02145-RLY-TAB

### NOTCE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, DAVID JORDAN, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:20-cv-02145-RLY-TAB filed on August 13, 2020. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: January 13, 2021

Respectfully submitted,

*/s/ Debra J. Humphrey*
Debra J. Humphrey (NY. 5050448)
**Marc J. Bern & Partners LLP**
60 E. 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702-5000
DHumphrey@bernllp.com
*Counsel for Plaintiff(s)*

1