UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates Only to the Following Cases:

Wright, Shirley, 1:21-cv-00443

**DEFENDANTS' REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDGMENT IN PLAINTIFF SHIRLEY WRIGHT'S CASE PURSUANT TO CMO-28**

On May 10, 2021, the Court granted Cook's motions for judgment in three cases, holding that the Tennessee statute of repose barred those plaintiffs' claims. *See* Dkt. 18470. The plaintiffs in those three cases advanced the same "alternative legal theory" regarding the text of the Tennessee statute of repose that Plaintiff advances here. *Compare* Pl.'s Resp., Dkt. 18262 at 1-2 *with* Dkts. 15961 (*James*), 17570-71 (*Wilburn*) and 17573 (*Feustel*). Because Plaintiff's opposition to Cook's motion rests on arguments identical to those the Court rejected in its May 10, 2021 order, the Court should dismiss Plaintiff's case with prejudice on the same grounds. *See* Dkt. 18470 at 3 ("The Tennessee Court of Appeals has previously found there is no conflict between the two statutes. . . . The court is bound by *Erie* principles to follow established Tennessee law on this issue. Therefore, as the court has explained in prior orders, the Tennessee statute of repose bars all claims raised by Plaintiffs.").

To the extent any further reply is needed to Plaintiff's arguments, Cook incorporates by reference its discussion of Tennessee law in its reply briefs filed in those three prior cases. *See* Dkts. 15165 (*James* reply), 17775 (*Wilburn*) and 17777 (*Feustel*).

For the foregoing reasons and the reasons set forth in Cook's opening brief and the related reply briefs, the Court should dismiss Plaintiff's case with prejudice.

Respectfully submitted,

Dated:  May 13, 2021

/s/ *Andrea Roberts Pierson*
Jessica Benson Cox, Co-Lead Counsel
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2021, a copy of the foregoing **DEFENDANTS' REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDGMENT IN SHIRLEY WRIGHT'S CASE PURSUANT TO CMO-28** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*