# AMENDED EXHIBIT A

# EXHIBIT FILED SEPARATELY UNDER SEAL PURSUANT TO CMO # 29