**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

APPROVED.  Case is dismissed with prejudice.
Dated:  May 12, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

David Kubacki  1:19-cv-02371-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff David Kubacki, by and through his undersigned counsel, respectfully gives notice of the voluntary dismissal with prejudice of the above-captioned lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS in the instant action, Civil Action Number 1:19-cv-02371-RLY-TAB filed on June 13, 2019. This dismissal is pursuant to ¶3 of Case Management Order 28 – Screening for Time-Barred Cases ("CMO 28") (Dkt 14601). In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

Respectively submitted,

*/s/ John A. Dalimonte*

Dated: February 23, 2021

 John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB LAW GROUP, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (617) 302-9900
Facsimile: (617) 742-9130
john@drlawllp.com

***Lead Counsel for Plaintiffs***