IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: May 12, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Paul Fontanez 1:19-cv-00006-RLY-TAB

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Paul Fontanez, by and through his undersigned counsel, respectfully gives notice of the voluntary dismissal with prejudice of the above-captioned lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS in the instance action, Civil Action Number 1:19-CV-000006-RLY-TAB filed on January 2, 2019. This dismissal is pursuant to paragraph 3 of Case Management Order 28- Screening for Time-Barred Cases ("CMO 28") (Dkt 141601). In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

Dated: February 26, 2021

                Respectfully submitted,

                */s/ Gregory S. Spizer*
                Gregory S. Spizer, Esquire
                VSCP LAW
                1500 Market Street
                East Tower, 12th Floor
                Philadelphia, Pennsylvania 19102
                Telephone: (215) 960-0402
                Facsimile: (215) 960-0384
                gspizer@vscplaw.com
                *Counsel for Plaintiffs*