> APPROVED. Case is dismissed with prejudice.
> Dated: May 12, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Plaintiffs:

   Daniel Jacobs, 1:20-cv-02385-RLY-TAB
   Cynthia Lawson, 1:20-cv-00904-JPH-MJD

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the above-titled Plaintiffs and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28, Screening for Time-Barred Cases ("CMO 28") and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuits as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants"). In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: March 5, 2021

                                        Respectfully submitted,

                                        **JOHNSON LAW GROUP**

                                        /s/ Basil Adham
                                        Basil Adham, (TX Bar No. 24081742)
                                        2925 Richmond Ave, Suite 1700
                                        Houston, TX 77098
                                        Telephone: (713) 626-9336
                                        Facsimile: (713) 583-9460
                                        E-mail: ivc@johnsonlawgroup.com
                                        *Attorney for Plaintiff*