IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: May 12, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff KRISTEL GUGLIUZZA

Civil Case # 1:16-cv-799

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Kristel Gugliuzza, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening of Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:16-cv-799 filed on April 11, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: April 15, 2021

Respectfully submitted,

By: s/ Ramon R. Lopez
Ramon Rossi Lopez (CA Bar No. 86361)
 (admitted *pro hac vice*)
Matthew Ramon Lopez (CA Bar No. 263134)
 (admitted *pro hac vice*)
**Lopez McHugh LLP**
100 Bayview Circle, Suite 5600
Newport Beach, CA 92660
(949) 737-1501
(949) 737-1504 (fax)
rlopez@lopezmchugh.com
mlopez@lopezmchugh.com
***Attorneys for Plaintiff***