UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| IN RE: COOK MEDICAL, INC., IVC FILTERS | Case No. 1:14-ml-2570-RLY-TAB |
| MARKETING, SALES PRACTICES AND | MDL No. 2570 |
| PRODUCTS LIABILITY LITIGATION | |

_____

This document relates to:
1:19-cv-03954; 1:20-cv-03109; 1:20-cv-03162; 1:20-cv-06305;
1:21-cv-00031; 1:21-cv-00044; 1:21-cv-00083; 1:21-cv-00111;
1:21-cv-00140; 1:21-cv-00172; 1:21-cv-00285; 1:21-cv-00394;
1:21-cv-00408; 1:21-cv-00442; 1:21-cv-00461; 1:21-cv-00463;
1:21-cv-00464; 1:21-cv-00494; 1:21-cv-00513

**NOTICE OF NONCOMPLIANCE PURSUANT TO
FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4:
*(PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL)***

PLEASE TAKE NOTICE that the Plaintiffs identified herein have not submitted a Plaintiff Profile Sheet or Case Categorization Form as required by Fourth Amended Case Management Order No. 4 (Dkt. 13046) ("CMO No. 4"), and have been notified by Defendants of this noncompliance as required by CMO No. 4:

1. Plaintiffs Subject to Dismissal for Lack of Service of Plaintiff Profile Sheet (PPS):

| Case Name | Cause Number | Plaintiff Counsel Firm Name | PPS Due Date | Deficiency Notice |
|---|---|---|---|---|
| DuConge, Christopher | 1:20-cv-03109 | MARTIN BAUGHMAN, PLLC | 1/2/2021 | 4/8/2021 |
| Powell, Tamika | 1:20-cv-03162 | MARTIN BAUGHMAN, PLLC | 1/9/2021 | 4/8/2021 |
| Kinchen, Carol | 1:20-cv-06305 | DALIMONTE RUEB STOLLER LLP | 1/31/2021 | 4/8/2021 |
| Marshall, Stephen | 1:21-cv-00031 | MARTIN BAUGHMAN, PLLC | 2/5/2021 | 4/8/2021 |
| Perez, Agustin Jr. | 1:21-cv-00044 | MARTIN BAUGHMAN, PLLC | 2/7/2021 | 4/8/2021 |

US.130052680.01

| | | | | |
|---|---|---|---|---|
| Sanchez, Remedios | 1:21-cv-00083 | MARTIN BAUGHMAN, PLLC | 2/12/2021 | 4/8/2021 |
| Olney, Michelle | 1:21-cv-00111 | MARTIN BAUGHMAN, PLLC | 2/13/2021 | 4/8/2021 |
| Simalton, Jerome | 1:21-cv-00140 | MARTIN BAUGHMAN, PLLC | 2/15/2021 | 4/8/2021 |
| Gautier, Lacey | 1:21-cv-00172 | MARTIN BAUGHMAN, PLLC | 2/20/2021 | 4/8/2021 |
| Mitchell, Nelda | 1:21-cv-00285 | MARTIN BAUGHMAN, PLLC | 3/3/2021 | 4/8/2021 |
| Penix, Susan | 1:21-cv-00394 | FEARS NACHAWATI, PLLC | 3/19/2021 | 4/8/2021 |
| Baugus, William E. | 1:21-cv-00408 | FEARS NACHAWATI, PLLC | 3/22/2021 | 4/8/2021 |
| Taylor, Andrew | 1:21-cv-00442 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | 4/10/2021 | 4/8/2021 |
| DeWolfe, Tammy | 1:21-cv-00461 | MARTIN BAUGHMAN, PLLC | 3/26/2021 | 4/8/2021 |
| Williams, Loria Ann | 1:21-cv-00463 | MARTIN BAUGHMAN, PLLC | 3/27/2021 | 4/8/2021 |
| Currier, Larry | 1:21-cv-00464 | MARTIN BAUGHMAN, PLLC | 4/1/2021 | 4/8/2021 |
| Gallardo, Guadalupe | 1:21-cv-00494 | MARTIN BAUGHMAN, PLLC | 4/3/2021 | 4/8/2021 |
| McDermott, Kevin W. | 1:21-cv-00513 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC | 5/3/2021 | 4/8/2021 |

2. Plaintiffs Subject to Dismissal for Lack of Service of Case Categorization Form (CCF):

| Case Name | Cause Number | Plaintiff Counsel Firm Name | CCF Due Date | Deficiency Notice |
|---|---|---|---|---|
| Shelton, Janice | 1:19-cv-03954 | MATTHEWS & ASSOCIATES | 10/18/2019 | 2/5/2021 |

As outlined by CMO No. 4, the Plaintiffs above should not file a response to Defendants' Notice of Noncompliance, but are directed to submit their required PPS or CCF to Defendants at CookFilterMDL@FaegreDrinker.com within fourteen (14) days of the date this Notice of Noncompliance is filed. (CMO No. 4, ¶ 3).

2

US.130052680.01

Defendants will notify the Court, if any Plaintiff listed above fails to cure their deficiencies within fourteen (14) days, to effectuate the dismissal by the Court pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's Order. *Id.*

Dated: May 13, 2021

    Respectfully Submitted,

    /s/ Kip S.M. McDonald
    Andrea Roberts Pierson
    Jessica Benson Cox
    Kip S.M. McDonald
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Andrea.Pierson@Faegredrinker.com
    Jessica.Cox@Faegredrinker.com
    Kip.McDonald@Faegredrinker.com

    James Stephen Bennett
    FAEGRE DRINKER BIDDLE & REATH LLP
    110 W. Berry Street, Suite 2400
    Fort Wayne, Indiana 46802
    Telephone: (260) 424-8000
    Stephen.Bennett@Faegredrinker.com

    *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 13, 2021, a copy of the foregoing Notice of Noncompliance was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

             /s/ Kip S.M. McDonald

US.130052680.01