UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

RONALD M. EBERZ, JR.
1:16-cv-01533-RLY-TAB

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Matthew D. Schultz, Jeff R. Gaddy, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. [Dkts. 18505, 18561] is GRANTED. Ben C. Martin, Thomas Wm. Arbon and the firm of Martin Baughman, PLLC have entered an appearance for the Plaintiff, Ronald M. Eberz, Jr.

**IT IS HEREBY ORDERED** that Matthew D. Schultz and Jeff R. Gaddy of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are hereby withdrawn as counsel of record in this action.

SO ORDERED.

Date: 5/13/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.