# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB |
|  | MDL No. 2570 |

This Document Relates to:

Case Nos.

1:19-cv-05015 (Plaintiff Paula James)

1:19-cv-05026 (Plaintiff John Kovacs)

1:17-cv-01525 (Plaintiff Joe Lynch)

1:19-cv-05071 (Plaintiff Linda Magnelli)

1:20-cv-02160 (Plaintiff Albert D. Mathis)

1:20-cv-02615 (Plaintiff Ronald D. Monroe)

1:20-cv-00005 (Plaintiff Juan Morales)

1:20-cv-00018 (Plaintiff Cindie Perrine)

1:20-cv-00666 (Plaintiff Joyce Shafer)

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court,  I appear in  this  case as counsel for the above-named Plaintiffs.

Dated: May 14, 2021

Respectfully submitted,

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215

Conshohocken, PA 19428
Telephone: (610) 941 - 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 14, 2021, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*

Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*