**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF INDIANA**

**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB |
| | MDL No. 2570 |

This Document Relates to:

Case Nos.

   1:19-cv-04932 (Plaintiff Serena Viaille)

   1:20-cv-00044 (Plaintiff Anthony Webster)

   1:20-cv-00772 (Plaintiff Connie Wilson)

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this Court,  I appear in  this  case as counsel for the above-named Plaintiffs.

Dated: May 14, 2021

                           Respectfully submitted,

                         */s/ Joseph J. Cappelli*

                         Joseph J. Cappelli (PA. 55166)

                        **Marc J. Bern & Partners LLP**

                         101 West Elm Street, Suite 215

                         Conshohocken, PA 19428

                         Telephone: (610) 941 - 4444

                         Facsimile: (610) 941 - 9880

                         E-Mail: JCappelli@bernllp.com

                         *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*