UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

This Document Relates to the Following Cases:

Lisa Sanchez-Hughes, 1:20-cv-2948

_____

**ORDER ON DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28**

Pursuant to Federal Rule of Civil Procedure 12(c) and the process provided by Case Management Order #28, the Cook Defendants[1] move for judgment on the pleadings in Plaintiff Lisa Sanchez-Hughes' case on grounds that her claims are barred by the Texas statute of repose.

Texas law applies a 15-year statute of repose in product liability cases, measured from the date the defendant sold the product. Tex. Code Ann. § 160.12(b) ("Except as provided by Subsections (c), (d), and (d-1), a claimant must commence a products liability action against a manufacturer or seller of a product before the end of 15 years after the date of the sale of the product by the defendant."). The statute provides an exception where a seller expressly warrants that a product will last more than 15 years. *Id.* § 160.122(c) ("If a manufacturer or seller expressly warrants in writing that the

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.

product has a useful safe life of longer than 15 years, a claimant must commence a products liability action against that manufacturer or seller of the product before the end of the number of years warranted after the date of the sale of the product by that seller.").

Plaintiff was implanted with the Cook Günther Tulip Filter on July 13, 2004 at the Christus Memorial Hospital Trauma Center in Corpus Christi, Texas.  (1:20-cv-2948, Filing No. 1, ¶¶ 11-12).  The sale of the filter could not have occurred later than that date.  She filed her Short Form Complaint on November 10, 2020, more than 16 years later.  Relying on the Günther Tulip Vena Cava Filter Patient Guide, Plaintiff argues Cook expressly warranted in writing that the Günther Tulip Filter has a useful life of the patient's lifetime; therefore, her claims are timely.

The court previously addressed this argument and rejected it.  (*See* Filing No. 4918 at 13-15 (dismissing Texas plaintiff's case in its entirety and rejecting her express warranty argument); *see also* Filing No. 14426).  The court stands by that ruling.  The Cook Defendants' Motion for Judgment (Filing No. 16177) is **GRANTED**.

**SO ORDERED** this 14th day of May 2021.

                                                                          _____
                                                                          RICHARD L. YOUNG, JUDGE
                                                                          United States District Court
                                                                          Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.