UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to the Following Cases:

Ruchelle Walker, 1:19-cv-00484

_____

### ORDER ON DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28

In light of Plaintiff's Notice of Voluntary Dismissal pursuant to ¶ 3 of Case Management Order 28, Screening for Time-Barred Cases, the Cook Defendants[1] Motion for Judgment (Filing No. 16211) is **DENIED AS MOOT**.  In accordance with CMO-28, this cause is hereby **DISMISSED WITH PREJUDICE** with each side to bear its own costs and attorney's fees.

**SO ORDERED** this 14th day of May 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.

1