# EXHIBIT B

US.131542271.01

# EXHIBIT FILED SEPARATELY UNDER SEAL