UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

> APPROVED.  Case is
> dismissed with prejudice.
> Dated:  May 17, 2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

_____

IN RE:  COOK MEDICAL, INC.,
IVC FILTERS MARKETING,                                    1:14-ml-02570-RLY-TAB
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                  MDL No:  2570

 _____

This Document Relates to Plaintiff:

**CAROLYN JOHNSON**

Civil Case No. 1:15-CV-01985

_____

### <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

COMES NOW, Plaintiff, CAROLYN JOHNSON, by and through the undersigned counsel,

pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases"

("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of

the above-styled lawsuit (Civil Action No. 1:15-CV-01985) as to Defendants Cook Incorporated,

Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will

bear its own costs and attorney's fees.


Dated: January 12, 2021                     ___*/s/ Joseph R. Johnson*_____
                                                              Joseph R. Johnson, Esquire
                                                              Florida Bar No.:372250
                                                              BABBITT & JOHNSON, P.A.
                                                              Suite 100
                                                              1641 Worthington Road
                                                              West Palm Beach, FL  33409
                                                              Tel:  (561) 684-2500
                                                              Tel:  (561) 684-6308
                                                              jjohnson@babbitt-johnson.com