UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____
In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-02570-RLY-TAB
PRODUCT LIABILITY LITIGATION                             MDL No. 2570
_____

This Document Relates to Plaintiff:

    RICHARD C. MORRIS
    1:16-cv-03280-RLY-TAB
_____

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Matthew D. Schultz, Andrew McGraw, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is GRANTED.  Ben C. Martin, Thomas Wm. Arbon and the firm of Martin Baughman, PLLC have entered an appearance for the Plaintiff, Richard C. Morris.

**IT IS HEREBY ORDERED** that Matthew D. Schultz and Andrew McGraw of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are hereby withdrawn as counsel of record in this action.

DATED this ___ day of _____, 202__.


                                                                               _____
                                                                               Tim A. Baker
                                                                               United States Magistrate Judge
                                                                               Southern District of Indiana