UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

*APPROVED. Case is dismissed with prejudice. Dated: May 17, 2021*

*RICHARD L. YOUNG, JUDGE*
*United States District Court*
*Southern District of Indiana*

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

1:14-ml-02570-RLY-TAB

MDL No: 2570

This Document Relates to Plaintiff:

**DAWN HEADLEY**

Civil Case No. 1:15-CV-01893

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, DAWN HEADLEY, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:15-CV-01893) as to Defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

　　　/s/ Joseph R. Johnson
Joseph R. Johnson, Esquire
Florida Bar No.:372250
BABBITT & JOHNSON, P.A.
Suite 100
1641 Worthington Road
West Palm Beach, FL  33409
Tel:  (561) 684-2500
Tel:  (561) 684-6308
jjohnson@babbitt-johnson.com