> APPROVED. Case is dismissed with prejudice.
> Dated: May 17, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

This Document Relates to Plaintiff(s)

MICHAEL STEWART & CONNIE STEWART

Civil Case No.: 1:18-cv-472

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:18-cv-472 filed on February 16, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

Respectfully submitted,

WRIGHT & SCHULTE, LLC

*/s/ Richard W. Schulte*
Richard W. Schulte (0066031)
865 S. Dixie Dr.
Vandalia, OH 45377
(937) 435-7500
(937) 435-7511 facsimile
rschulte@yourlegalhelp.com

*Attorney for Plaintiffs*

1