IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: May 17, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

JERRY GALLIMORE
1:16-cv-01057-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Jerry Gallimore, by and through the undersigned counsel, and pursuant to Paragraph 3 of the Case Management Order # 28 Screening for Time-Barred Cases ("CMO 28,") hereby gives notice of the voluntary dismissal with prejudice in the above-referenced matter as to Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

Respectfully submitted:

**BARON & BUDD, P.C.**

*/s/ Charles G. Orr*
Charles G. Orr, TX SBN: 00788148
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
corr@baronbudd.com

*Counsel for Plaintiff*

1