# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-02570-RLY |

This document Relates to:
Patrick Edward Cope;
1:17-cv-04589

## STIPULATION OF DISMISSAL

Plaintiff Patrick Edward Cope and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that Patrick E. Cope's claims in member case 17-cv-04589 are dismissed without prejudice, with each party to bear its own costs.  Plaintiff may refile his case in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs.  If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana while the MDL is still active, this dismissal will automatically convert to a dismissal with prejudice.  Plaintiff may not, however, refile his case if the future claim is based on one of the injuries, complications, or outcomes identified by the plaintiff in his individual case (1:17-cv-04589) in this Court.  To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana on the basis of that future injury.

SO ORDERED this 17th day of May 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record