> APPROVED. Case is dismissed with prejudice.
> Dated: May 17, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ML-2570-RYL-TAB
MDL No 2570

This Document Relates to Plaintiff
Webster Alexander

Civil Case # 1:19-cv- 06099-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Webster Alexander, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:19-cv-06099-RLY-TAB originally filed on July 9, 2019, in accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated December 16, 2020

Respectfully submitted,

/s/ Stephen A. Bamberger
Stephen A. Bamberger
1529 Old Bridge Road Suite 102
Woodbridge, VA 22192
Telephone: 703-551-4979
Facsimile: 703-499-9809
Email: sbamberger@verizon.net
Attorney for Plaintiff