APPROVED. Case is dismissed without prejudice. Filing [15709] is DENIED AS DUPLICATIVE.
Dated: 5/17/21

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVSION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: | |
| MICHELLE AND ELVIS GOODMAN<br>　　　　　Plaintiff<br>v.<br>COOK MEDICAL, INC. IVC FILTERS<br>　　　　　Defendants | Civil Action No. 1:18-cv-03746-RLY-MPB |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs Michelle and Elvis Goodman, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in this particular Civil Action No: 1:18-cv-03746-RLY-MPB. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: January 25, 2021　　　　　　　　　　Respectfully Submitted**,**

　　　　　　　　　　　　　　　　　　　　**THE MOODY LAW FIRM**
　　　　　　　　　　　　　　　　　　　　By: */s/ Willard J. Moody, Jr.*
　　　　　　　　　　　　　　　　　　　　Willard J. Moody, Jr.
　　　　　　　　　　　　　　　　　　　　500 Crawford Street, Suite 200
　　　　　　　　　　　　　　　　　　　　Portsmouth, VA 23704
　　　　　　　　　　　　　　　　　　　　(757) 393-6020
　　　　　　　　　　　　　　　　　　　　will@moodyrrlaw.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*