# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-00544 | 1:21-cv-00970 |
| 1:21-cv-00590 | 1:21-cv-00972 |
| 1:21-cv-00680 | 1:21-cv-00977 |
| 1:21-cv-00703 | 1:21-cv-00978 |
| 1:21-cv-00704 | 1:21-cv-00980 |
| 1:21-cv-00709 | 1:21-cv-00983 |
| 1:21-cv-00891 | 1:21-cv-00984 |
| 1:21-cv-00943 | 1:21-cv-06378 |
| 1:21-cv-00945 | 1:21-cv-06380 |
| 1:21-cv-00946 | 1:21-cv-06381 |
| 1:21-cv-00953 | 1:21-cv-06382 |
| 1:21-cv-00957 | 1:21-cv-06385 |
| 1:21-cv-00961 | 1:21-cv-06387 |
| 1:21-cv-00965 | 1:21-cv-06388 |
| 1:21-cv-00966 | 1:21-cv-06413 |
| 1:21-cv-00967 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   May 19, 2021                    /s/ Kip S. M. McDonald
                                         Andrea Roberts Pierson (# 18435-49)
                                         Kip S. M. McDonald (# 29370-49)
                                         FAEGRE DRINKER BIDDLE & REATH LLP
                                         300 North Meridian Street, Suite 2500

US.120263840.01

                                                Indianapolis, Indiana 46204
                                                Telephone: (317) 237-0300
                                                Facsimile: (317) 237-1000
                                                E-Mail:  andrea.pierson@faegredrinker.com
                                                E-Mail:  kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                           /s/ Kip S. M. McDonald