# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.  1:17-cv-03591 (Plaintiff Susan Adams)
1:17-cv-01528 (Plaintiff Beverly Adeyemi)
1:18-cv-02772 (Plaintiff Joni Allen)
1:17-cv-03465 (Plaintiff Linda Alvey)
1:18-cv-00429 (Plaintiff Jeremy Anderson)
1:17-cv-04551 (Plaintiff Joseph Bailey)
1:17-cv-04736 (Plaintiff Jackie Ballard)
1:19-cv-05015 (Plaintiff Paula James)
1:19-cv-05026 (Plaintiff John Kovacs)
1:17-cv-01525 (Plaintiff Joe Lynch)
1:19-cv-05071 (Plaintiff Linda Magnelli)
1:20-cv-02160 (Plaintiff Albert D. Mathis)
1:20-cv-02615 (Plaintiff Ronald D. Monroe)
1:20-cv-00005 (Plaintiff Juan Morales)
1:20-cv-00018 (Plaintiff Cindie Perrine)
1:20-cv-00666 (Plaintiff Joyce Shafer)
1:20-cv-03005 (Plaintiff Candra Arroyo)
1:19-cv-04963 (Plaintiff Lynn Carter)
1:20-cv-00668 (Plaintiff Sophia Anderson o/b/o Charles Walter Catty Jr.)
1:19-cv-04466 (Plaintiff Jennifer Cousino o/b/o Larry Cousino)
1:20-cv-03000 (Plaintiff Sheirica Ellis Jones)
1:20-cv-00664 (Plaintiff Davien Graham)
1:19-cv-04185 (Plaintiff Clovia Harvey)
1:20-cv-02428 (Plaintiff Kammie Hibbs)
1:20-cv-00785 (Plaintiff Johnny Horton)
1:19-cv-04983 (Plaintiff Rona Jackson)
1:19-cv-04932 (Plaintiff Serena Viaille)
1:20-cv-00044 (Plaintiff Anthony Webster)
1:20-cv-00772 (Plaintiff Connie Wilson)

1

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570<br>MDL No. 2570 |

This Document relates to

| | |
|---|---|
| 1:17-cv-00759 | 1:17-cv-03621 |
| 1:17-cv-00876 | 1:17-cv-03657 |
| 1:17-cv-00897 | 1:17-cv-03693 |
| 1:17-cv-00898 | 1:17-cv-03733 |
| 1:17-cv-01179 | 1:17-cv-03806 |
| 1:17-cv-01245 | 1:17-cv-03813 |
| 1:17-cv-01516 | 1:17-cv-03949 |
| 1:17-cv-01525 | 1:17-cv-03992 |
| 1:17-cv-01527 | 1:17-cv-04001 |
| 1:17-cv-01528 | 1:17-cv-04020 |
| 1:17-cv-01575 | 1:17-cv-04039 |
| 1:17-cv-01802 | 1:17-cv-04042 |
| 1:17-cv-01803 | 1:17-cv-04070 |
| 1:17-cv-01996 | 1:17-cv-04073 |
| 1:17-cv-02245 | 1:17-cv-04077 |
| 1:17-cv-02255 | 1:17-cv-04105 |
| 1:17-cv-02610 | 1:17-cv-04129 |
| 1:17-cv-02792 | 1:17-cv-04157 |
| 1:17-cv-03155 | 1:17-cv-04199 |
| 1:17-cv-03171 | 1:17-cv-04219 |
| 1:17-cv-03254 | 1:17-cv-04360 |
| 1:17-cv-03331 | 1:17-cv-04519 |
| 1:17-cv-03365 | 1:17-cv-04551 |
| 1:17-cv-03370 | 1:17-cv-04562 |
| 1:17-cv-03406 | 1:17-cv-04702 |
| 1:17-cv-03408 | 1:17-cv-04736 |
| 1:17-cv-03433 | 1:17-cv-04767 |
| 1:17-cv-03436 | 1:17-cv-04768 |
| 1:17-cv-03458 | 1:18-cv-00038 |
| 1:17-cv-03465 | 1:18-cv-00309 |
| 1:17-cv-03470 | 1:18-cv-00310 |
| 1:17-cv-03476 | 1:18-cv-00429 |
| 1:17-cv-03591 | 1:18-cv-00471 |
| 1:17-cv-03595 | 1:18-cv-00624 |
| 1:17-cv-03618 | 1:18-cv-01070 |

| | |
|---|---|
| 1:18-cv-01087 | 1:19-cv-02068 |
| 1:18-cv-01350 | 1:19-cv-04185 |
| 1:18-cv-02082 | 1:19-cv-04466 |
| 1:18-cv-02090 | 1:19-cv-04932 |
| 1:18-cv-02231 | 1:19-cv-04963 |
| 1:18-cv-02236 | 1:19-cv-04983 |
| 1:18-cv-02242 | 1:19-cv-05015 |
| 1:18-cv-02552 | 1:19-cv-05026 |
| 1:18-cv-02617 | 1:19-cv-05071 |
| 1:18-cv-02772 | 1:20-cv-00005 |
| 1:18-cv-02854 | 1:20-cv-00018 |
| 1:18-cv-03025 | 1:20-cv-00044 |
| 1:18-cv-03345 | 1:20-cv-00664 |
| 1:18-cv-03887 | 1:20-cv-00666 |
| 1:19-cv-00081 | 1:20-cv-00668 |
| 1:19-cv-00206 | 1:20-cv-00772 |
| 1:19-cv-00522 | 1:20-cv-00785 |
| 1:19-cv-00525 | 1:20-cv-02160 |
| 1:19-cv-00530 | 1:20-cv-02428 |
| 1:19-cv-00546 | 1:20-cv-02615 |
| 1:19-cv-00552 | 1:20-cv-03000 |
| 1:19-cv-01417 | 1:20-cv-03005 |
| 1:19-cv-01512 | |

**MOTION TO WITHDRAW**

Debra J. Humphrey respectfully asks this Court to allow her to withdraw as an attorney representing Plaintiffs in the related actions.

There is good cause for this Court to grant this Motion to Withdraw as attorney, because Debra J. Humphrey is no longer with Marc J. Bern & Partners LLP, nor does she represent the above-captioned Plaintiffs.

Additionally, per the Court's Docket Sheet, the above-captioned Plaintiffs are still being represented by the law firm of Marc J. Bern & Partners LLP and this withdrawal will not delay these proceedings.

Dated: May 19, 2021

Respectfully submitted,

*/s/ Debra J. Humphrey*
Debra J. Humphrey (NY  5050448)
**Marc J. Bern & Partners LLP**

3

60 East 42nd Street, Suite 950
New York, NY 10165
Telephone: (212) 702-5000
Facsimile: (212) 818-0614
E-Mail: dhumphrey@bernllp.com
*Counsel for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Debra J. Humphrey*
Debra J. Humphrey