**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.   1:17-cv-03591 (Plaintiff Susan Adams)
1:17-cv-01528 (Plaintiff Beverly Adeyemi)
1:18-cv-02772 (Plaintiff Joni Allen)
1:17-cv-03465 (Plaintiff Linda Alvey)
1:18-cv-00429 (Plaintiff Jeremy Anderson)
1:17-cv-04551 (Plaintiff Joseph Bailey)
1:17-cv-04736 (Plaintiff Jackie Ballard)
1:19-cv-05015 (Plaintiff Paula James)
1:19-cv-05026 (Plaintiff John Kovacs)
1:17-cv-01525 (Plaintiff Joe Lynch)
1:19-cv-05071 (Plaintiff Linda Magnelli)
1:20-cv-02160 (Plaintiff Albert D. Mathis)
1:20-cv-02615 (Plaintiff Ronald D. Monroe)
1:20-cv-00005 (Plaintiff Juan Morales)
1:20-cv-00018 (Plaintiff Cindie Perrine)
1:20-cv-00666 (Plaintiff Joyce Shafer)
1:20-cv-03005 (Plaintiff Candra Arroyo)
1:19-cv-04963 (Plaintiff Lynn Carter)
1:20-cv-00668 (Plaintiff Sophia Anderson o/b/o Charles Walter Catty Jr.)
1:19-cv-04466 (Plaintiff Jennifer Cousino o/b/o Larry Cousino)
1:20-cv-03000 (Plaintiff Sheirica Ellis Jones)
1:20-cv-00664 (Plaintiff Davien Graham)
1:19-cv-04185 (Plaintiff Clovia Harvey)
1:20-cv-02428 (Plaintiff Kammie Hibbs)
1:20-cv-00785 (Plaintiff Johnny Horton)
1:19-cv-04983 (Plaintiff Rona Jackson)
1:19-cv-04932 (Plaintiff Serena Viaille)
1:20-cv-00044 (Plaintiff Anthony Webster)
1:20-cv-00772 (Plaintiff Connie Wilson)

1

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570<br>MDL No. 2570 |

This Document relates to

| | |
|---|---|
| 1:17-cv-00759 | 1:17-cv-03621 |
| 1:17-cv-00876 | 1:17-cv-03657 |
| 1:17-cv-00897 | 1:17-cv-03693 |
| 1:17-cv-00898 | 1:17-cv-03733 |
| 1:17-cv-01179 | 1:17-cv-03806 |
| 1:17-cv-01245 | 1:17-cv-03813 |
| 1:17-cv-01516 | 1:17-cv-03949 |
| 1:17-cv-01525 | 1:17-cv-03992 |
| 1:17-cv-01527 | 1:17-cv-04001 |
| 1:17-cv-01528 | 1:17-cv-04020 |
| 1:17-cv-01575 | 1:17-cv-04039 |
| 1:17-cv-01802 | 1:17-cv-04042 |
| 1:17-cv-01803 | 1:17-cv-04070 |
| 1:17-cv-01996 | 1:17-cv-04073 |
| 1:17-cv-02245 | 1:17-cv-04077 |
| 1:17-cv-02255 | 1:17-cv-04105 |
| 1:17-cv-02610 | 1:17-cv-04129 |
| 1:17-cv-02792 | 1:17-cv-04157 |
| 1:17-cv-03155 | 1:17-cv-04199 |
| 1:17-cv-03171 | 1:17-cv-04219 |
| 1:17-cv-03254 | 1:17-cv-04360 |
| 1:17-cv-03331 | 1:17-cv-04519 |
| 1:17-cv-03365 | 1:17-cv-04551 |
| 1:17-cv-03370 | 1:17-cv-04562 |
| 1:17-cv-03406 | 1:17-cv-04702 |
| 1:17-cv-03408 | 1:17-cv-04736 |
| 1:17-cv-03433 | 1:17-cv-04767 |
| 1:17-cv-03436 | 1:17-cv-04768 |
| 1:17-cv-03458 | 1:18-cv-00038 |
| 1:17-cv-03465 | 1:18-cv-00309 |
| 1:17-cv-03470 | 1:18-cv-00310 |
| 1:17-cv-03476 | 1:18-cv-00429 |
| 1:17-cv-03591 | 1:18-cv-00471 |
| 1:17-cv-03595 | 1:18-cv-00624 |
| 1:17-cv-03618 | 1:18-cv-01070 |

| | |
|---|---|
| 1:18-cv-01087 | 1:19-cv-02068 |
| 1:18-cv-01350 | 1:19-cv-04185 |
| 1:18-cv-02082 | 1:19-cv-04466 |
| 1:18-cv-02090 | 1:19-cv-04932 |
| 1:18-cv-02231 | 1:19-cv-04963 |
| 1:18-cv-02236 | 1:19-cv-04983 |
| 1:18-cv-02242 | 1:19-cv-05015 |
| 1:18-cv-02552 | 1:19-cv-05026 |
| 1:18-cv-02617 | 1:19-cv-05071 |
| 1:18-cv-02772 | 1:20-cv-00005 |
| 1:18-cv-02854 | 1:20-cv-00018 |
| 1:18-cv-03025 | 1:20-cv-00044 |
| 1:18-cv-03345 | 1:20-cv-00664 |
| 1:18-cv-03887 | 1:20-cv-00666 |
| 1:19-cv-00081 | 1:20-cv-00668 |
| 1:19-cv-00206 | 1:20-cv-00772 |
| 1:19-cv-00522 | 1:20-cv-00785 |
| 1:19-cv-00525 | 1:20-cv-02160 |
| 1:19-cv-00530 | 1:20-cv-02428 |
| 1:19-cv-00546 | 1:20-cv-02615 |
| 1:19-cv-00552 | 1:20-cv-03000 |
| 1:19-cv-01417 | 1:20-cv-03005 |
| 1:19-cv-01512 | |

## ORDER

After considering the Motion to Withdraw filed by Debra J. Humphrey, the Court GRANTS the Motion and ORDERS that attorney, Debra J. Humphrey, be withdrawn as an attorney for the above-captioned Plaintiffs.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Debra J. Humphrey be removed as an attorney for the above-captioned Plaintiffs.

DATED this ___ day of _____, 202_.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana