UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   )   See Attached Rider

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** |  |  |
| **Law Firm, Company, and/or Agency:** | SANDERS PHILLIPS GROSSMAN, LLC | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC |
| **Address:** |  |  |
| **Primary E-mail:** | rkassan@thesandersfirm.com | rkassan@milberg.com |
| **Secondary E-mail(s):** |  | rkassan@thesandersfirm.com |
| **Telephone Number:** |  |  |
| **Facsimile:** |  |  |

Date: 05/19/2021    s/ Randi Kassan

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.

RIDER

| No. | Plaintiff First Name | Plaintiff Last Name | Docket # |
|---|---|---|---|
| 1. | Frank | Alexander | 1:17-cv-03510 |
| 2. | Thomas | Calkins | 1:17-cv-1250 |
| 3. | Fred | Brown | 1:18-cv-00853 |
| 4. | Dionne | Parmley | 1:16-cv-03458 |
| 5. | Scott | Kovalesky | 1:16-cv-01412 |
| 6. | Barbara | Beckwith | 1:16-cv-02098 |
| 7. | Robert | Mott | 1:17-cv-01104 |
| 8. | Steven | Brannock | 1:16-cv-02572 |
| 9. | Lauren | Chamberlain | 1:17-cv-01154 |
| 10. | Christy | Copp | 1:17-cv-03633 |
| 11. | John | Peacock | 1:16-cv-01295 |
| 12. | Narvell | Nines | 1:17-cv-03632 |
| 13. | Eddie | Jones | 1:17-cv-01810 |
| 14. | Calvin | Williams | 1:16-cv-01085 |
| 15. | Jennifer | Beck | 1:16-cv-03453 |
| 16. | Kim | Smith | 1:16-cv-02593 |
| 17. | Karen | Rogers | 1:16-cv-02617 |
| 18. | Gayle | McCleary-Watkins | 1:16-cv-03486 |
| 19. | Thomas | McDow | 1:18-cv-01049 |
| 20. | Shirley | Gehring | 1:18-cv-00045 |
| 21. | James | Shuff | 1:17-cv-00475 |
| 22. | Deborah | Turpen | 1:17-cv-02260 |
| 23. | Branden | Peterman | 1:18-cv-04037 |
| 24. | Marcus | Houston | 1:18-cv-04075 |
| 25. | Cynthia | Garcia | 1:18-cv-04036 |
| 26. | Paul | Laconte | 1:16-cv-02496 |

| | | | |
|---|---|---|---|
| 27. | Sonya | Caldwell | 1:17-cv-02270 |
| 28. | Michael | Johnson | 1:16-cv-02668 |
| 29. | James | Carr | 1:16-cv-02686 |
| 30. | Deborah | Ortiz | 1:16-cv-02709 |
| 31. | William | Shomo | 1:16-cv-02715 |
| 32. | Christopher | Grant | 1:17-cv-04605 |
| 33. | Gregory | Payne | 1:16-cv-02511 |
| 34. | David | Warner | 1:17-cv-3834 |
| 35. | Lisa Goetz | Bouknight | 1:17-cv-3435 |
| 36. | John | Moeller | 1:18-cv-0010 |
| 37. | Wendy | Lee-Macias | 1:16-cv-02746 |
| 38. | Norda | Williams | 1:16-cv-02760 |
| 39. | Mike | Martinez | 1:17-cv-04577 |