> APPROVED. Case is dismissed with prejudice.
> Dated: May 18, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC. IVC FILTERS MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

**Donna T. Sheetz**
**Case No. 1:17-cv-03640-RLY-TAB**

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, Sheetz, Donna, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28 Screening for Time-Barred cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical, LLC, William Cook Europe APS in this particular Civil Action No. 1:17-cv-03640-RLY-TAB filed on October 11, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 11, 2021

**Respectfully submitted,**
**PATRICK FENNELL, ATTORNEY AT LAW, P.C.**

 /s/Patrick T. Fennell
Patrick T. Fennell (VSB 40393)
PATRICK FENNELL, ATTORNEY AT LAW, P.C.
PO Box 12325
Roanoke, VA 24024
Telephone: 540-339-3889
Facsimile: 540-339-3880
Patrick@fmtrials.com