APPROVED. Case is dismissed with prejudice.
Dated: May 18, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
IVY ALLEN
Civil Case No. 1:17-cv-00858

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Ivy Allen, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:17-cv-00858) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: January 8, 2021

Respectfully submitted,

**SIMON GREENSTONE PANATIER, P.C.**

 */s/ Christina E. Mancuso*
Christina E. Mancuso
Texas Bar No. 12891400
1201 Elm Street, Suite 3400
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
cmancuso@sgptrial.com

**ATTORNEY FOR PLAINTIFF**