> APPROVED. Case is dismissed with prejudice.
> Dated: May 18, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

**DONALD ABBOTT**
Case No. 1:19-cv-436-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, Donald Abbott, by and through the undersigned counsel, pursuant to Paragraph 3 of Case Management Order 28 Screening for Time-Barred cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical, LLC, William Cook Europe APS in this particular Civil Action No. 1:19-cv-436-RLY-TAB filed on January 28, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 7, 2021

**Respectfully submitted,**
**TorHoerman Law LLC**

  /s/Eric M. Terry
Eric M. Terry, IL Bar No. 6282169
Tor A. Hoerman, IL Bar No. 6229439
**TORHOERMAN Law LLC**
210 S. Main Street
Edwardsville, IL 62025
Phone: (618) 656-4400
Fax: (618) 656-4401
Email: eric@thlawyer.com
          tor@thlawyer.com

**ATTORNEYS FOR PLAINTIFF**