> APPROVED. Case is dismissed with prejudice.
> Dated: May 18, 2021
> _____
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

This Document Relates to Plaintiff(s)

STELLA ANN MEYER-MOWERS

Civil Case No.: 1:19-cv-2870

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:19-cv-2870 filed on July 12, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 5, 2021

Respectfully submitted,

**RAY HODGE & ASSOCIATES, L.L.C.**

 */s/ Ryan E. Hodge*
Ryan E. Hodge, #16180
8558 W. 21st St. N., Ste. 300
Wichita, KS 67205
(316) 269-1414
(316) 263-6019 (fax)
*Attorney for Plaintiff*

1