IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

PATRICK HALEY II

Civil Case # 1:20-cv-6223-RLY-TAB

## COUNSEL'S RESPONSE TO ORDER ON APRIL 28, 2021, TELEPHONIC STATUS CONFERENCE

Plaintiff Patrick Haley II, by and through undersigned counsel, hereby responds to this Court's Order to show cause as to why this action should not be dismissed as follows:

1. Counsel provided Plaintiff Patrick Haley II with written communication in the form of an email dated November 23, 2020, informing him of a settlement offer and providing certain recommendations.

2. After unsuccessful attempts to make follow up contact with Plaintiff, Counsel served a letter and this Court's Order on (to show cause) April 28, 2021 Telephonic Status Conference upon Plaintiff via Process Server at Plaintiff's new address of 1870 Big Horn Street Pahrump, NV 89048. See attached Affidavit of Service as Exhibit A.

3. Plaintiff Patrick Haley II has now communicated with Counsel via telephone, has updated Counsel with his new contact information, including email address, and based on this call, Counsel has reached out to Defense Counsel.

4. Counsel respectfully requests for an enlargement of time for the Court's ruling on the Motion to Withdraw while Plaintiff's Counsel communicates with Defense Counsel.

5. For these reasons, Plaintiff respectfully requests that this action not be dismissed for lack of prosecution at this time.

Respectfully submitted,

*/s/ Douglass A. Kreis*
Douglass A. Kreis, FL Atty. No. 129704
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
Email: DKreis@awkolaw.com

*/s/ Peter C. Wetherall*
Peter C. Wetherall (NV local counsel)
Wetherall Group LTD.
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148-4845
Telephone: (702) 838-8500
Facsimile: (702) 837-5081
Email: pwetherall@wetherallgroup.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 19th day of May, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. A copy was also served upon Plaintiff at his last known address, 1870 Big Horn Street Pahrump, NV 89048, by depositing the same in the U.S. Mail, postage prepaid.

*/s/ Douglass A. Kreis*