# EXHIBIT A

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Indiana

Case Number: 1:20-CV-6223-RLY-TAB

Plaintiff:
**PATRICK HALEY II**
vs.
Defendant/Respondent:
**COOK, INC., ET AL**

For: Douglass A. Kreis
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ

Received by Thornton Process Service on the 4th day of May, 2021 at 3:53 pm to be served on PATRICK HALEY II, 1881 SOUTH CORBIN STREET, PAHRUMP, NV 89048. I, Angeline Walker, being duly sworn, depose and say that on the 10th day of May, 2021 at 5:57 pm., executed service by delivering a true copy of the LETTER FROM ATTORNEY and ORDER x 2 in accordance with state statutes in the manner marked below:

By delivering a true copy of the above named writ(s) with the date and hour of service endorsed thereon by me in the manner marked below.

[X] INDIVIDUAL SERVICE - to the above named person.

( ) SUBSTITUTE SERVICE - to _____ as _____ /co-resident, age 15 or older, at the usual place of abode.
( ) SUBSTITUTE SERVICE- to _____, authorized agent to accept at the usual place of business.

( ) NON SERVICE: As described in the Comments below.

( ) OTHER SERVICE: As described in the Comments below.

COMMENTS: After attempting 5/4 @ 7:38PM on Corbin St, Server found subject to not reside. Subject was contacted via telephone and new address of 1870 Big Horn St. Pahrump, NV. 89048 was provided. Service was effectuated personally at Big Horn address. W/M/50's/200 lbs/5'7-5'11

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and sworn to before me on the 11th day of May, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

SANDRA YADIRA MORALES
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 11-7-21
Certificate No: 17-4104-1

PROCESS SERVER # 2627
Appointed in accordance with State Statutes

Thornton Process Service
1559 West Kingsfield Road
Cantonment, FL 32533
(850) 478-3333

Our Job Serial Number: 2021003803
Ref: 2018-35222

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z