*APPROVED. Case is dismissed with prejudice.*
*Dated: May 18, 2021*
*RICHARD L. YOUNG, JUDGE*
*United States District Court*
*Southern District of Indiana*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERNG DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

*Carol Ramos v. Cook Incorporated, et al.*
*Case No. 1:17-cv-02975-RLY-TAB*

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Carol Ramos, by and through the undersigned counsel, pursuant to Paragraph 3 of Case Management Order 28 Screening for Time-Barred cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical, LLC, William Cook Europe APS in this particular Civil Action No. 1:17-cv-02975-RLY-TAB filed on August 29, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: <u>December 28, 2020</u>.

Respectfully Submitted,

**WENDT LAW FIRM, P.C.**

<u>*/s/ Samuel M. Wendt*</u>
Samuel M. Wendt, Esq
MO Bar# 53573
4717 Grand Avenue, Ste 130
Kansas City, MO 64112
Phone: (816) 531-4415
Fax: (816) 531-2507
Email: <u>sam@wendtlaw.com</u>

ATTORNEY FOR PLAINTIFF