APPROVED. Case is dismissed with prejudice.
Dated: May 18, 2021

*RICHARD L. YOUNG, JUDGE*
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERNG DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| *John Henry v. Cook Incorporated, et al.*<br>*Case No. 1:18-cv-01750-RLY-TAB* | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, John Henry, by and through the undersigned counsel, pursuant to Paragraph 3 of Case Management Order 28 Screening for Time-Barred cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical, LLC, William Cook Europe APS in this particular Civil Action No. 1:18-cv-01750-RLY-TAB filed on June 8, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: <u>December 28, 2020</u>.

Respectfully Submitted,

**WENDT LAW FIRM, P.C.**

<u>*/s/ Samuel M. Wendt*</u>
Samuel M. Wendt, Esq
MO Bar# 53573
4717 Grand Avenue, Ste 130
Kansas City, MO 64112
Phone: (816) 531-4415
Fax: (816) 531-2507
Email: sam@wendtlaw.com

ATTORNEY FOR PLAINTIFF