IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is dismissed with prejudice.
> Dated:  May 18, 2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE:  COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
BONNIE ELAZAB and DEAN ELAZAB

CIVIL CASE # 1:17-cv-00417-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel come the plaintiff's, Bonnie Elazab and her husband Dean Elazab, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully give notice of the voluntary dismissal with prejudice of the above-numbered lawsuit as to Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe, APS, in Civil Action No. 1:19-cv-4236. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Respectfully submitted:

THOMAS B. CALVERT
A PROFESSIONAL LAW CORPORATION

BY:     /s/ Thomas B. Calvert
        THOMAS B. CALVERT (LA Bar # 14129)
        3850 North Causeway Boulevard
        Suite 940-Two Lakeway
        Metairie, LA 70002
        Telephone: (504) 830-7610
        Facsimile:  (504) 830-7611
        E-mail:     tom@calvertaplc.com

Counsel for plaintiffs, Bonnie and Dean Elazab