IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITATGATION | Case No. 1:14-ml-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Mary Horton, 1:19-cv-03971-RLY-TAB
Patrick Brown, 1:19-cv-04179-JMS-DLP
Raymond King, 1:18-cv-02882-WTL-TAB

### ORDER ON JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Court has considered the Joint Stipulation of Dismissal with Prejudice of the above Plaintiff Sammy Sadler and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal without prejudice of the above Plaintiffs is **GRANTED.** The claims of the Plaintiffs are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

SO ORDERED this 18th day of May 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record