IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is dismissed with prejudice.
> Dated:  May 18, 2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
 FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Tony Farmer

Civil Case #: 1:19-cv-6106-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE

COMES NOW, Plaintiff, Tony Farmer, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:19-cv-6106-RLY-TAB filed originally in the Southern District of Mississippi (Case No. 3:19-cv-00760-DCG-JCG) on October 24, 2019. After coordination to this Court, the short form complaint was filed on January 6, 2020. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: January 12, 2021.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

***Counsel for Plaintiff***