UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-02570-RLY-TAB
PRODUCT LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to Plaintiff:

    RICHARD C. MORRIS
    1:16-cv-03280-RLY-TAB

_____

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Matthew D. Schultz, Andrew McGraw, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. (Dkt. 18691) is GRANTED.

**IT IS HEREBY ORDERED** that Matthew D. Schultz and Andrew McGraw of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are hereby withdrawn as counsel of record in this action. Ben C. Martin, Thomas Wm. Arbon and the firm of Martin Baughman, PLLC will represent the Plaintiff, Richard C. Morris as counsel of record.

Date: 5/19/2021

                                                  Tim A. Baker
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

Distribution to all registered counsel of record via ECF.