UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570
_____

This Document Relates to the Following Cases:

Freda Davis, 1:18-cv-01257
_____

# FINAL JUDGMENT

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiff.

**SO ORDERED** this 19th day of May 2021.


Roger Sharpe, Clerk
United States District Court

_____        _____
By: Deputy Clerk                        RICHARD L. YOUNG, JUDGE
                                        United States District Court
                                        Southern District of Indiana


Distributed Electronically to Registered