> APPROVED. Case is dismissed without prejudice.
> Dated: 5/19/21
>
> *RICHARD L. YOUNG, JUDGE*
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
John Stewart, Case No. 1:19-cv-05044

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case be dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his case in the Southern District of Indiana.[1] If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

By: */s/ John T. Kirtley, III*
John T. Kirtley, III
FERRER POIROT & WANSBROUGH
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219
Telephone: (214) 521-4412
jkirtley@lawyerworks.com

*Counsel for Plaintiff*

Dated: October 14, 2020

By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: October 14, 2020

---

[1] The Cook Defendants expressly preserve their arguments that any current and future injuries may be barred by the statute of repose.

US.129733203.01