IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGIATION | No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Breanne Reda; 1:18-cv-02823

### ORDER GRANTING DISMISSAL OF BREANNE REDA'S CLAIMS WITHOUT PREJUDICE

The Court having examined the foregoing Stipulation of dismissal of Breanne Reda's claims in the above-captioned matter filed by the parties seeking the dismissal of Breanne Reda's. The Court finds that the Agreed Stipulation Should be GRANTED.

It is therefore ORDERED that the Order Granting Stipulation of Dismissal of Breanne Red's Claims Without Prejudice is granted.

SIGNED on this __19th__ day of __May__, 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record