AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

IN RE: COOK MEDICAL, INC.  )
IVC FILTERS MARKETING, SALES  )
PRACTICES AND PRODUCTS LIABILITY  )
LITIGATION  )  Case No. 1:21-cv-6441-RLY-TAB
This Document Relates to:  )
  )  MDL No. 2570

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Deborah Campbell.

Date: 05/20/2021

/s/ David M. Langevin
*Attorney's signature*

David M. Langevin MN Bar No. 329563
*Printed name and bar number*

McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
*Address*

dave@westrikeback.com
*E-mail address*

(612) 746-4646
*Telephone number*

(612) 454-2678
*FAX number*