# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Jasmine Bowen v. Cook et al 1:17-cv-2704

STATE OF Texas
COUNTY OF Travis

## AFFIDAVIT OF JASMINE BOWEN

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the statements in this Affidavit.

2. I am a resident of Austin, Texas, where I have lived for many years.

3. I am currently 41 years old, and I was implanted with an IVC Filter.

4. Cook has not taken my deposition in connection with this lawsuit.

5. In August of 2016, I became aware that the IVC Filter that was implanted in me was manufactured by Cook and that it was likely defective and that it was likely causing my injuries. Before August of 2016, I was not aware that Cook's IVC Filter caused my injuries.

I declare under the penalty of perjury under the laws of the State of Texas that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

Date: 9-23-19                                    Signature: _____

BEFORE ME, the undersigned authority, the person known to be Kandace Jones personally appeared on the signature date shown and acknowledged under oath to my satisfaction that she has signed, sealed and delivered this document as his or her act and deed for the purposes therein expressed and in the capacity therein expressed.

_Wendy Diane Escobedo_
Signature of Notary

_Texas, Travis County_
Notary Public in and for the State of Jurisdiction of

_4.14.2021_
Date Notary Commission Expires

WENDY DIANE ESCOBEDO
Notary Public, State of Texas
Comm. Expires 04-16-2021
Notary ID 129389847

Place Notary Seal or Stamp in this Space or Notary Number