IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   James P. DeLeon

Civil Case # 1:21-cv-06426

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   James P. DeLeon

Date:   May 21, 2021          /s/ Michael J. Quillin
                                           *Attorney's signature*

                                        Michael J. Quillin    #61877MO
                                        *Printed name and bar number*

                                1034 S. Brentwood Blvd., 23rd Floor, PH 1-A
                                        St. Louis, MO 63117
                                                *Address*

                                        quillin@osclaw.com
                                        *E-mail address*

                                        (314) 405-9000
                                        *Telephone number*

                                        (314) 833-3073
                                        *FAX number*