**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

John P. Lehotsky 1:17-cv-03068-RLY-TAB

## **PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Now comes Plaintiff John P. Lehotsky ("Plaintiff"), by and through his attorneys, and moves this Court to maintain document 18824 under seal. As grounds therefore, Plaintiff refers the Court to the brief in support of this motion submitted herewith.

WHEREFORE, Plaintiff respectfully requests that this Court to maintain Document 18824 under seal.

Dated: May 24, 2021         Respectfully submitted,

*/s/John A. Dalimonte*
John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB LAW GROUP, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (617) 302-9900
Facsimile: (617) 742-9130
john@drlawllp.com

*Attorneys for Plaintiff John P. Lehotsky*

## Certificate of Service

  I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on May 24, 2021.

               */s/ John A. Dalimonte*
               John A. Dalimonte