IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

John P. Lethotsky 1:17-cv-03068-RLY TAB

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Now comes Plaintiff John P. Lehotsky ("Plaintiff"), by and through his attorneys, hereby submits her brief in support of his motion to maintain document under seal, and in accordance with Local Rule 5-11(d)(2)(e) and sets forth as below:

1. On May 24, 2021, John P. Lehotsky, by and through his attorneys, filed a Response to Defendants' Motion for Judgement pursuant to CMO-28 ("Response") in the above captioned action [Dkt 18823].

2. Exhibit "A" to the Response is the Plaintiff's Supplemental Case Categorization Submission ("Supp. CCF") [Dkt 18824].

3. Said Supp. CCF contains personal health information ("PHI"), as defined by the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

4. PHI must be protected from public release pursuant to HIPAA.

5. Specifically, the Supp. CCF contains information regarding Plaintiff's health condition.

6. Accordingly, Plaintiff requests that the Supp. CCF in Exhibit A [Dkt 18824] remain under seal.

7. Sealing of this document is not opposed by any party.

Dated: May 24, 2021

Respectfully submitted,

*/s/John A. Dalimonte*
John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB LAW GROUP, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (617) 302-9900
Facsimile: (617) 742-9130
john@drlawllp.com

*Attorneys for Plaintiff John P. Lehotsky*

## Certificate of Service

    I, John A. Dalimonte, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on May 24, 2021

                                                           */s/John A. Dalimonte*
                                                           John A. Dalimonte