UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Plaintiffs' Steering Committee's
## Unopposed Motion For Second Enlargement of Time

Plaintiffs' Steering Committee, by counsel, respectfully moves the Court for a second enlargement of time to respond to Cook's renewed motion to dismiss a fraudulent concealment defense [Filing No. 18314]. In support, the PSC states the following:

1. On April 30, 2021, Cook filed its "Renewed Motion for Partial Dismissal of Claims of Fraudulent Concealment," along with a supporting memorandum. [Filing Nos. 18314 (motion), 18315 (memo).]

2. According to CMO 18, the PSC's response was originally due on May 9, 2021 and the PSC requested an extension to May 25, 2021 [Filing No. 18388].

3. The PSC respectfully requests a one-day extension up to and including May 26, 2021, to file its response.

4. The undersigned counsel communicated with Cook's counsel (Bruce Jones), who has no objection to this request.

**Wherefore,** the Plaintiffs' Steering Committee respectfully moves the Court to extend its time to respond to Cook's renewed motion to dismiss allegations of fraudulent concealment up to and including May 26, 2021, and for all further just and appropriate relief in the premises.

Respectfully Submitted,

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
WILLIAMS & PIATT, LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
(317) 633-5270 / Fax: (317) 426-3348
Email: joe@williamspiatt.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

/s/ *Michael W. Heaviside*
Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
(202) 223-1993
mheaviside@hrzlaw.com

/s/ *Ben C. Martin*
Ben C. Martin, Esq.
MARTIN BAUGHMAN, PLLC
3141 Hood Street, Suite 600
Dallas, TX 75219
(214) 761-6614 / Fax: (214) 744-7590
bmartin@martinbaughman.com

/s/ *David P. Matthews*
David P. Matthews, Esq.
MATTHEWS AND ASSOCIATES
2509 Sackett St.
Houston, TX  77098
(713) 522-5250 / Fax: (713) 535-7184
dmatthews@thematthewslawfirm.com

*Plaintiffs' Co-Lead Counsel*

## Certificate of Service

I hereby certify that on the 25th day of May, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams