APPROVED. Case is dismissed with prejudice.
Dated: May 20, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

*Karen G. Johnson*
*Civil Case #: 1:16-cv-3496-RLY-TAB*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Karen G. Johnson, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:16-cv-3496-RLY-TAB filed on December 28, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021             Respectfully Submitted,

**MURPHY LAW FIRM, LLC**

/s/ Peyton P. Murphy
Peyton P. Murphy
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: Peyton@murphylawfirm.com

*Attorney for Plaintiff*