> APPROVED.  Case is dismissed with prejudice.
> Dated:  May 20, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

   PHILIP LAWLER
   1:16-cv-01000-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Philip Lawler, by and through the undersigned counsel, and pursuant to Paragraph 3 of the Case Management Order # 28 Screening for Time-Barred Cases ("CMO 28,") hereby gives notice of the voluntary dismissal with prejudice in the above-referenced matter as to Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

                              Respectfully submitted:

                              **BARON & BUDD, P.C.**


                              */s/ Charles G. Orr*
                              Charles G. Orr, TX SBN: 00788148
                              **BARON & BUDD, P.C.**
                              3102 Oak Lawn Avenue, Suite 1100
                              Dallas, TX 75219
                              Telephone: (214) 521-3605
                              Facsimile: (214) 520-1181
                              corr@baronbudd.com

                              *Counsel for Plaintiff*

1