APPROVED. Case is dismissed with prejudice.
Dated: May 20, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO.: 1:14-ml-2570-RLY-TAB<br>MDL NO.: 2570 |

This Document Relates to Plaintiff:

Nona E. Stokes II
Civil Case No.: 1:16-cv-02325

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, hereby respectfully gives notice of the voluntary dismissal with prejudice of this lawsuit as to Defendants Cook Inc., Cook Medical LLC, and William Cook Europe APS pursuant to paragraph 3 of Case Management Order 28, *Screening for Time-Barred Cases* ("CMO 28"). In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 12, 2021

Respectfully submitted,

LOWE LAW GROUP

/s/ *Nathan Buttars*
Nathan Buttars, UT Bar 13659
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
(801) 917-8500
nate@lowelawgroup.com
*Counsel for Plaintiff*