**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

> APPROVED. Case is dismissed with prejudice.
> Dated: May 20, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-
MDL No.: 2570

This Document Relates to Plaintiff(s)

KRISTI CRAFT

Civil Case No.: 1:17-cv-4200

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, KRISTI CRAFT, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:17-cv-4200 filed on November 10, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 11, 2021

Respectfully submitted,

**BIGHORN LAW LLC**

/s/ Kimball Jones
Ryan Anderson
Kimball Jones
**BIGHORN LAW LLC**
2225 E. Flamingo
Building 2 Suite 300
Las Vegas, NV 89119
(702) 333-1111
ryan@bighornlaw.com
kimball@bighornlaw.com

*Attorneys for Plaintiff*