IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED.  Case is
dismissed with prejudice.
Dated:  May 20, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to Plaintiff:
Gloria de la Cruz
Civil Case No.  1:18-cv-03486-RLY-TAB

_____

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Gloria de la Cruz, by and through the undersigned counsel,
pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases"
("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the
above-styled lawsuit (Civil Action No. 1:18-cv-03486-RLY-TAB) as to defendants Cook
Incorporated, Cook Medical LLC and William Cook Europe ApS.  In accordance with CMO 28,
each side will bear its own costs and attorney's fees.

Date: 01/12/2021                                    Respectfully submitted,

                                                    **PETERSON & ASSOCIATES, P.C.**

                                                    _/s/ David M. Peterson_____
                                                    David M. Peterson
                                                    Missouri Bar No. 32229
                                                    801 W 47th St., Ste.107
                                                    Kansas City, MO 64112
                                                    Telephone:  (816) 531-4440
                                                    Facsimile:  (816) 531-0660
                                                    dmp@petersonlawfirm.com

                                                    **ATTORNEY FOR PLAINTIFF**