UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC     )
FILTERS MARKETING, SALES      )
PRACTICES AND PRODUCT        )
LIABILITY LITIGATION            )     1:14-ml-02570-RLY-TAB
                               )     MDL No. 2570
                               )
This Document Relates to All Actions   )
                               )

## ORDER GRANTING PLAINTIFFS' STEERING COMMITTEE'S UNOPPOSED MOTION FOR SECOND ENLARGMENT OF TIME

Before the court is Plaintiffs' Steering Committee's Unopposed Motion for Second Enlargement of Time to Respond to Cook's Renewed Motion for Partial Dismissal of Claims of Fraudulent Concealment. The court, having reviewed the same, finds the motion (Filing No. 18836) should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Steering Committee shall have up to and including **May 26, 2021**, to respond to Cook's Renewed Motion for Partial Dismissal of Claims of Fraudulent Concealment.

**SO ORDERED** this 26th day of May 2021.

Distributed Electronically to Registered Counsel of Record

1