APPROVED. Case is dismissed with prejudice.
Dated: May 20, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

This Document Relates to Plaintiff(s)

ANGIE BAROUSSE

Civil Case No.: 1:18-cv-3758

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:18-cv-3758 filed on November 30, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 11, 2021

Respectfully submitted,

**THE GOSS LAW FIRM, P.C.**

 /s/ Peter E. Goss
Peter E. Goss
1501 Westport Road
Kansas City, MO 64111
(816) 527-8658
(816) 336-1310 (fax)
*Attorney for Plaintiff*

1