APPROVED.  Case is
dismissed with prejudice.
Dated:  May 20, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
___DWAYNE HARPER_____

Civil Case #___1:16-cv-02306-RLY-TAB_____

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

COMES NOW Plaintiff, Dwayne Harper, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No: 1:16-cv-02306 filed on August 29, 2016.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.


Dated:  May 11, 2021

Respectfully submitted,

Samuel M. Wendt
Samuel M. Wendt
MO Bar No. 53573
WENDT LAW FIRM, P.C.
4717 Grand Ave, Suite 130
Kansas City, MO 64112
Telephone:  (816) 531-4415
Facsimile:  (816) 531-2507
Email:  sam@wendtlaw.com

*Attorney for Plaintiff*