IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: May 20, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
     BETTY W. RAYBON

Civil Case #   1:16-cv-01315

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Betty W. Raybon, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No: 1:16-cv-01315 filed on May 26, 2016. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: May 7, 2021

                                                Respectfully submitted,

                                                /s/ Rand P. Nolen
                                                Rand P. Nolen (Pro Hac Vice)
                                                Texas Bar No. 00788126
                                                **FLEMING, NOLEN & JEZ, L.L.P.**
                                                2800 Post Oak Blvd., Suite 4000
                                                Houston, Texas 77056-3109
                                                Telephone:  (713) 621-7944
                                                Facsimile:  (713) 621-9638
                                                Email:  rand_nolen@fleming-law.com

                                                *Attorneys for Plaintiff*