> APPROVED. Case is dismissed with prejudice.
> Dated: May 20, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Robin Linnenbrink, Representative of the Estate of Jerome Linnenbrink, Deceased v. Cook Medical, Inc., et al

Civil Case # 1:20-cv-1145-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Robin Linnenbrink, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No. 1:20-cv-01145 filed on April 14, 2020. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: May 3, 2021                    Respectfully Submitted,

By: /s/ Andrew F. Kirkendall

Andrew F. Kirkendall
Texas Bar No. 24050882
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com
**Attorney for Plaintiffs**