IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: May 20, 2021
> *[signature]*
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Plaintiffs:

Ken Hlopick, 1:19-cv-00100
Fawn Beal, 1:20-cv-01479
Tony Henderson, 1:19-cv-03893
John Leyerzaph, 1:19-cv-03096

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the above-titled Plaintiffs and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28, Screening for Time-Barred Cases ("CMO 28") and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuits as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants"). In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: May 5, 2021

Respectfully submitted,

**JOHNSON LAW GROUP**