> APPROVED. Case is dismissed without prejudice.
> Dated: 5/26/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br>Micah Shapiro<br>Case No. 1:20-cv-01323 | |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case be dismissed without prejudice, with each party to bear its own fees and costs.  To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his case in the Southern District of Indiana.[1]  If Plaintiff refiles his case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice.  All parties shall bear their own fees and costs.

Dated:  November 12, 2020

/s/ Sandy Liebhard
Sandy Liebhard, Esq.
Bernstein Leibhard LLP
10 East 40th Street
New York, New York  10016
Telephone:  (212) 779-1414

/s/ Jessica Benson Cox
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300

---

[1]  The Cook Defendants expressly preserve their arguments that Plaintiff's claimed injuries are barred by the statute of limitations as set forth in their October 5, 2020, letter.

US.129806056.01