UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to the Following Cases:

Kenneth Turner, 1:19-cv-02542

_____

## FINAL JUDGMENT

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiff herein.

**SO ORDERED** this 26th day of May 2021.


Roger Sharpe, Clerk
United States District Court

_____                _____
By: Deputy Clerk                            RICHARD L. YOUNG, JUDGE
                                            United States District Court
                                            Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.

1