# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.  1:17-cv-03591 (Plaintiff Susan Adams)
1:17-cv-01528 (Plaintiff Beverly Adeyemi)
1:18-cv-02772 (Plaintiff Joni Allen)
1:17-cv-03465 (Plaintiff Linda Alvey)
1:18-cv-00429 (Plaintiff Jeremy Anderson)
1:17-cv-04551 (Plaintiff Joseph Bailey)
1:17-cv-04736 (Plaintiff Jackie Ballard)
1:19-cv-05015 (Plaintiff Paula James)
1:19-cv-05026 (Plaintiff John Kovacs)
1:17-cv-01525 (Plaintiff Joe Lynch)
1:19-cv-05071 (Plaintiff Linda Magnelli)
1:20-cv-02160 (Plaintiff Albert D. Mathis)
1:20-cv-02615 (Plaintiff Ronald D. Monroe)
1:20-cv-00005 (Plaintiff Juan Morales)
1:20-cv-00018 (Plaintiff Cindie Perrine)
1:20-cv-00666 (Plaintiff Joyce Shafer)
1:20-cv-03005 (Plaintiff Candra Arroyo)
1:19-cv-04963 (Plaintiff Lynn Carter)
1:20-cv-00668 (Plaintiff Sophia Anderson o/b/o Charles Walter Catty Jr.)
1:19-cv-04466 (Plaintiff Jennifer Cousino o/b/o Larry Cousino)
1:20-cv-03000 (Plaintiff Sheirica Ellis Jones)
1:20-cv-00664 (Plaintiff Davien Graham)
1:19-cv-04185 (Plaintiff Clovia Harvey)
1:20-cv-02428 (Plaintiff Kammie Hibbs)
1:20-cv-00785 (Plaintiff Johnny Horton)
1:19-cv-04983 (Plaintiff Rona Jackson)
1:19-cv-04932 (Plaintiff Serena Viaille)
1:20-cv-00044 (Plaintiff Anthony Webster)
1:20-cv-00772 (Plaintiff Connie Wilson)

1

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570
MDL No. 2570

This Document relates to

| | |
|---|---|
| 1:17-cv-00759 | 1:17-cv-03621 |
| 1:17-cv-00876 | 1:17-cv-03657 |
| 1:17-cv-00897 | 1:17-cv-03693 |
| 1:17-cv-00898 | 1:17-cv-03733 |
| 1:17-cv-01179 | 1:17-cv-03806 |
| 1:17-cv-01245 | 1:17-cv-03813 |
| 1:17-cv-01516 | 1:17-cv-03949 |
| 1:17-cv-01525 | 1:17-cv-03992 |
| 1:17-cv-01527 | 1:17-cv-04001 |
| 1:17-cv-01528 | 1:17-cv-04020 |
| 1:17-cv-01575 | 1:17-cv-04039 |
| 1:17-cv-01802 | 1:17-cv-04042 |
| 1:17-cv-01803 | 1:17-cv-04070 |
| 1:17-cv-01996 | 1:17-cv-04073 |
| 1:17-cv-02245 | 1:17-cv-04077 |
| 1:17-cv-02255 | 1:17-cv-04105 |
| 1:17-cv-02610 | 1:17-cv-04129 |
| 1:17-cv-02792 | 1:17-cv-04157 |
| 1:17-cv-03155 | 1:17-cv-04199 |
| 1:17-cv-03171 | 1:17-cv-04219 |
| 1:17-cv-03254 | 1:17-cv-04360 |
| 1:17-cv-03331 | 1:17-cv-04519 |
| 1:17-cv-03365 | 1:17-cv-04551 |
| 1:17-cv-03370 | 1:17-cv-04562 |
| 1:17-cv-03406 | 1:17-cv-04702 |
| 1:17-cv-03408 | 1:17-cv-04736 |
| 1:17-cv-03433 | 1:17-cv-04767 |
| 1:17-cv-03436 | 1:17-cv-04768 |
| 1:17-cv-03458 | 1:18-cv-00038 |
| 1:17-cv-03465 | 1:18-cv-00309 |
| 1:17-cv-03470 | 1:18-cv-00310 |
| 1:17-cv-03476 | 1:18-cv-00429 |
| 1:17-cv-03591 | 1:18-cv-00471 |
| 1:17-cv-03595 | 1:18-cv-00624 |
| 1:17-cv-03618 | 1:18-cv-01070 |

| | |
|---|---|
| 1:18-cv-01087 | 1:19-cv-02068 |
| 1:18-cv-01350 | 1:19-cv-04185 |
| 1:18-cv-02082 | 1:19-cv-04466 |
| 1:18-cv-02090 | 1:19-cv-04932 |
| 1:18-cv-02231 | 1:19-cv-04963 |
| 1:18-cv-02236 | 1:19-cv-04983 |
| 1:18-cv-02242 | 1:19-cv-05015 |
| 1:18-cv-02552 | 1:19-cv-05026 |
| 1:18-cv-02617 | 1:19-cv-05071 |
| 1:18-cv-02772 | 1:20-cv-00005 |
| 1:18-cv-02854 | 1:20-cv-00018 |
| 1:18-cv-03025 | 1:20-cv-00044 |
| 1:18-cv-03345 | 1:20-cv-00664 |
| 1:18-cv-03887 | 1:20-cv-00666 |
| 1:19-cv-00081 | 1:20-cv-00668 |
| 1:19-cv-00206 | 1:20-cv-00772 |
| 1:19-cv-00522 | 1:20-cv-00785 |
| 1:19-cv-00525 | 1:20-cv-02160 |
| 1:19-cv-00530 | 1:20-cv-02428 |
| 1:19-cv-00546 | 1:20-cv-02615 |
| 1:19-cv-00552 | 1:20-cv-03000 |
| 1:19-cv-01417 | 1:20-cv-03005 |
| 1:19-cv-01512 | |

**ORDER**

After considering the Motion to Withdraw filed by Debra J. Humphrey [Filing No. 18713], the Court takes the Motion UNDER ADVISEMENT. Despite counsel stating in their motion that "per the Court's Docket Sheet, the above-captioned Plaintiffs are still being represented by the law firm of Marc J. Bern & Partners LLP," the Court has found that this is inaccurate (see e.g., 1:19-cv-04963 (Plaintiff Lynn Carter), 1:20-cv-00664 (Plaintiff Davien Graham) and 1:20-cv-03000 (Plaintiff Sheirica Ellis Jones)).

It is, therefore, ORDERED, ADJUDGED, and DECREED that Plaintiffs' other counsel shall file appearances in all cases that currently list Debra J. Humphrey as the only counsel listed for that Plaintiff, after which the Court will revisit the motion to withdraw,

Date: 5/26/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.