IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
KIMMIE LESCHELE CASTRO
Civil Case No.  1:21-cv-1267-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Kimmie Leschele Castro hereby voluntarily dismisses, without prejudice, defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS.  Because none of the aforementioned defendants have served an answer or a motion for summary judgment, the action against these Defendants (Cook Incorporated, Cook Medical LLC and William Cook Europe ApS) may be dismissed without order of the court.

Date: 5/27/2021                                    Respectfully submitted,

**THE NATIONS LAW FIRM**

 /s/ Howard L. Nations
Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Ave.
Suite 200
Houston, Texas 77042
Telephone:  (713) 807-8400
Facsimile:  (713) 807-8423

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing was electronically filed on this 27th day of May, 2021.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.

                                        /s/ Howard L. Nations
                                        Howard L. Nations