# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.

1:20-cv-03005 (Plaintiff Candra Arroyo)

1:19-cv-04963 (Plaintiff Lynn Carter)

1:20-cv-00668 (Plaintiff Sophia Anderson o/b/o Charles Walter Catty Jr.)

1:19-cv-04466 (Plaintiff Jennifer Cousino o/b/o Larry Cousino)

1:20-cv-03000 (Plaintiff Sheirica Ellis Jones)

1:20-cv-00664 (Plaintiff Davien Graham)

1:19-cv-04185 (Plaintiff Clovia Harvey)

1:20-cv-02428 (Plaintiff Kammie Hibbs)

1:20-cv-00785 (Plaintiff Johnny Horton)

1:19-cv-04983 (Plaintiff Rona Jackson)

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

Dated: May 27, 2021

                                                                      Respectfully submitted,

                                                                      */s/ Joseph J. Cappelli*

                                                                      Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941 - 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph J. Cappelli*
Joseph J. Cappelli (PA. 55166)

**Marc J. Bern & Partners LLP**
101 West Elm Street, Suite 215
Conshohocken, PA 19428
Telephone: (610) 941- 4444
Facsimile: (610) 941 - 9880
E-Mail: JCappelli@bernllp.com
*Counsel for Plaintiff(s)*