UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:18-cv-01148; 1:18-cv-03752; 1:19-cv-02047; and 1:20-cv-03005

## EXHIBIT A TO
## NOTICE OF JUNE 2, 2021 MOTIONS HEARING

1. Cooks' Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8(a) (Dkt. 17183)

    - O'Neal, Lorenzo (1:18-cv-03752) Counsel: The Gallagher Firm

2. Cooks' Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8(a) (Dkt. 18092)

    - Arroyo, Candra (1:20-cv-03005) Counsel: MARC J. BERN & PARTNERS LLP