# EXHIBIT B

US.133232224.01

# EXHIBIT FILED SEPARATELY UNDER SEAL

US.133232224.01