# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETNG, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos:

1:18-cv-01358 (Plaintiff Joyce Mae Anderson)

1:21-cv-00832 (Plaintiff Lois Boutin)

1:20-cv-06195 (Plaintiffs Charles F. Dennis Sr. and Gloria Dennis)

1:20-cv-02725 (Plaintiff Harold E. Nichols)

1:20-cv-00780 (Plaintiffs Barbara J. Pooley and Steven Pooley)

1:20-cv-00055 (Plaintiff Stephen J. Quinnell)

1:21-cv-06342 (Plaintiff Barbara C. Radford)

1:21-cv-06371 (Plaintiffs Richard E. Reeves and Anna Reeves)

1:21-cv-00471 (Plaintiff Linda C. Rexford)

1:20-cv-06239 (Plaintiff David M. Roman)

1:20-cv-00551 (Plaintiff Manfred Schaffler)

1:20-cv-01307 (Plaintiff Frank D. Selsor)

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this Court, I appear in this case as counsel for the above-named Plaintiffs.

DATE: June 1, 2021                     Respectfully submitted,


                                                    */s/ Shreedhar R. Patel*  
Shreedhar R. Patel (TX 24074864)  
SIMON GREENSTONE PANATIER, P.C.  
1201 Elm Street, Suite 3400  
Dallas, TX 75270  
Tel: (214) 276-7680  
Fax: (214) 276-7699  
Email: spatgel@sgptrial.com  

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        Respectfully submitted,

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel (TX 24074864)
SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270
Tel: (214) 276-7680
Fax: (214) 276-7699
Email: spatgel@sgptrial.com

***Attorney for Plaintiffs***