**IN THE UNITED STATES DISTRICT COURT
OF SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| _____<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Joseph McGuire v. Cook Incorporated, et al.*<br><br>**SDIN Case No.: 1:21-cv-06435-RLY-TAB** | Judge Richard L. Young |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE THAT** Attorney Carasusana B. Wall of Zoll & Kranz LLC hereby withdraws as counsel of record for the Plaintiff, Joseph McGuire.

**PLEASE TAKE NOTICE THAT** Jessica Glitz of Tautfest Bond, PLLC, shall continue to serve as counsel for the Plaintiff, Joseph McGuire. It is therefore requested that Carasusana B. Wall be removed from any further notice on the above case.

Respectfully submitted,

*/s/ Carasusana B. Wall*
Carasusana B. Wall (OH0090234)
ZOLL & KRANZ, LLC
6620 West Central Ave., Suite 100
Toledo, Ohio  43617
Telephone:   (419) 841-9623
Facsimile:    (419) 841-9719
Email:   cara@toledolaw.com

1

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing System on June 2, 2021.  All parties may access this filing through that system.

Respectfully submitted,

*/s/ Carasusana B. Wall*
Carasusana B. Wall (OH0090234)
ZOLL & KRANZ, LLC
