UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-02570-RLY-TAB
PRODUCT LIABILITY LITIGATION                   MDL No. 2570

_____

This Document Relates to Plaintiff:

    IGOR KHASIDOV
    1:16-cv-02562 -RLY-TAB

_____

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the Plaintiff in the above referenced action and respectfully requests this Court permit the withdrawal of Matthew D. Schultz and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty and Proctor, P.A., as counsel for Plaintiff. In support of this motion, Plaintiff states as follows:

    1.    Ben C. Martin and Thomas Wm. Arbon, of Martin Baughman, PLLC located at 3141 Hood Street, Suite 600, Dallas, TX 75219 entered an appearance as counsel on behalf of Plaintiff, Igor Khasidov on May 5, 2021.

    2.    Plaintiff will not be prejudiced by the withdrawal because he will continue to be represented by counsel Ben C. Martin and Thomas Wm. Arbon, of Martin Baughman, PLLC.

Wherefore, for the foregoing reasons, Plaintiff requests that this Honorable Court enter an order allowing attorney Matthew D. Schultz and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty and Proctor, P.A. to withdraw as counsel for Plaintiff in this case.

Respectfully submitted,

   */s/ Matthew D. Schultz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

   */s/ Matthew D. Schultz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)