UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

_____

Case No. 1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

    IGOR KHASIDOV
    1:16-cv-02562 -RLY-TAB

_____

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Matthew D. Schultz and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is GRANTED. Ben C. Martin and Thomas Wm. Arbon and the firm of Martin Baughman, PLLC have entered an appearance for the Plaintiff, Igor Khasidov.

**IT IS HEREBY ORDERED** that Matthew D. Schultz of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is hereby withdrawn as counsel of record in this action.

DATED this ___ day of _____, 202__.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana