IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
   1:18-cv-3309-RLY-TAB   Rebecca Lindsey

## ORDER

The Court ordered Plaintiff Rebecca Lindsay to attend a telephonic status conference on May 7, 2021, to address her counsel's motion to withdraw. [Filing Nos. 17894, 17589.] Plaintiff failed to appear as ordered. [Filing No. 18477.] The Court then issued an order for Plaintiff to show cause by May 21, 2021, why Plaintiff should not be sanctioned, and why her case should not be dismissed, due to her failure to appear for the May 7th telephonic status conference and her failure to cooperate with her counsel in prosecuting this matter. [Filing No. 17589.] Plaintiff has failed to respond to the order to show cause. Accordingly, the Magistrate Judge recommends the District Judge dismiss this case without prejudice.

Date: 6/3/2021

                                                   Tim A. Baker
                                                   United States Magistrate Judge
                                                   Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Craig D. Brown is responsible for serving Plaintiff, Rebecca Lindsey via U.S. Mail.