UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-02570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to Plaintiff:

    IGOR KHASIDOV
    1:16-cv-02562 -RLY-TAB

_____

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel (Dkt. 18967) of Matthew D. Schultz and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is GRANTED. Ben C. Martin and Thomas Wm. Arbon and the firm of Martin Baughman, PLLC have entered an appearance for the Plaintiff, Igor Khasidov.

**IT IS HEREBY ORDERED** that Matthew D. Schultz of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is hereby withdrawn as counsel of record in this action. Ben C. Martin and Thomas Wm. Arbon and the firm of Martin Baughman, PLLC will continue representing the Plaintiff in this matter.

Date: 6/4/2021

                                                      Tim A. Baker
                                                      United States Magistrate Judge
                                                      Southern District of Indiana

Distribution to all registered counsel of record via ECF.