## UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF
# ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐   I have **no pending cases** in the District Court for the Southern District of Indiana.

✔   I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   ) 1:18-cv-01358, 1:21-cv-00832, 1:20-cv-06195,
) 1:20-cv-02725, 1:20-cv-00780, 1:20-cv-00055,
) 1:21-cv-06342, 1:21-cv-06371, 1:21-cv-00471,
) 1:20-cv-06239, 1:20-cv-00551, 1:20-cv-01307
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | **Current Information:** |
|---|---|---|
| Name: | Shreedhar R. Patel | Shreedhar R. Patel |
| Law Firm, Company, and/or Agency: | Reich & Binstock, LLP | Simon Greenstone Panatier, P.C. |
| Address: | 4265 San Felipe, Suite 100<br>Houston, Texas 77027 | 1201 Elm St., Suite 3400<br>Dallas, Texas 75270 |
| Primary E-mail: | spatel@reichandbinstock.com | spatel@sgptrial.com |
| Secondary E-mail(s): |  |  |
| Telephone Number: | 713-622-7271 | 214-276-7680 |
| Facsimile: | 713-623-8724 | 214-276-7699 |

Date: 06/02/2021                          s/ Shreedhar R. Patel

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.