IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    June White
    1:21-cv-06470-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff June White

Dated:    June 8, 2021

*/s/Michael S. Kruse*
Michael S. Kruse, E.D. Mo. Bar # 57818MO
**NIEMEYER, GREBEL & KRUSE, LLC**
211 N. Broadway, Suite 2950
St. Louis, MO 63102
Telephone: (314) 241-1919
Facsimile: (314) 665-3017
kruse@ngklawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2021, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              /s/ Michael S. Kruse