IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)  **JURY TRIAL DEMANDED**
June White

Civil Case # 1:21-cv-06470-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Amended Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   June White

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New Hampshire

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    New Hampshire

6. Plaintiff's/Deceased Party's current state of residence:

    New Hampshire

7. District Court and Division in which venue would be proper absent direct filing:

    District of New Hampshire (case was originally filed in this District)

8. Defendants (Check Defendants against whom Complaint is made):

    X   Cook Incorporated

    X   Cook Medical LLC

    X   William Cook Europe ApS

9. Basis of Jurisdiction:

    X   Diversity of Citizenship

    ☐   Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    6-21

    b. Other allegations of jurisdiction and venue:

    N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒   Günther Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

2

  ☐  Gunther Tulip Mreye

  ☐  Cook Celect Platinum

  ☐  Other: _____

11. Date of Implantation as to each product:

  January 30, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

  Exeter Hospital (Exeter, NH)

13. Implanting Physician(s):

  Dr. Nick Garcia (Exeter, NH)

14. Counts in the Master Complaint brought by Plaintiff(s):

  X  Count I:  Strict Products Liability – Failure to Warn

  X  Count II:  Strict Products Liability – Design Defect

  X  Count III:  Negligence

  X  Count IV:  Negligence Per Se

  X  Count V:  Breach of Express Warranty

  X  Count VI:  Breach of Implied Warranty

  ☐  Count VII:  Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII:  Loss of Consortium

|   |   |   |   |
|---|---|---|---|
|   | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| X | Other: | <u>Discovery Rule</u> (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

<u>Plaintiff filed this action within the applicable limitations period of first suspecting or having reason to suspect that she was injured and/or the product at issue was the cause of her injuries. Plaintiff could not, by the exercise of reasonable diligence, have discovered her injuries and/or their cause at an earlier time.</u>

15. Attorney for Plaintiff(s):

<u>Michael S. Kruse</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>211 North Broadway, Suite 2950, St. Louis, MO 63102</u>

<u>Missouri Bar, # 57818.</u>

       Respectfully submitted,

       **NIEMEYER, GREBEL & KRUSE, LLC**

   By: /s/ Michael S. Kruse
      211 N. Broadway, Suite 2950
      St. Louis, MO 63102
      314/241-1919 (T)
      314/665-3017 (F)
      kruse@ngklawfirm.com
      *Attorney for Plaintiff*