UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Rebecca Lindsey, 1:18-cv-3309-RLY-TAB

## ORDER DISMISSING CASE

The Magistrate Judge issued an order to show cause why Plaintiff Rebecca Lindsey's case should not be dismissed due to her failure to appear for a telephonic status conference on May 7, 2021 and her failure to cooperate with her counsel in prosecuting this matter. Because Plaintiff failed to respond to the order to show cause, the Magistrate Judge recommended this case be dismissed without prejudice. The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 18975). This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 8th day of June 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.