# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document relates to Plaintiff:

Rebecca Lindsey, 18-cv-3309-SEB-TAB

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter is before the Court on Plaintiff's Counsel Motion to Withdraw as Counsel of Record (Dkt. 17589). Upon consideration and for good cause, the movant's motion to withdraw is granted. Craig D. Brown of Meyers & Flowers, LLC and Branch Law Firm, are withdrawn as counsel of record for the Plaintiff. The movant shall serve a copy of this Order upon Plaintiff.

SO ORDERED.

Date: 6/8/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.

Paper copy shall be served upon Plaintiff Rebecca Lindsey by Craig D. Brown via first-class U.S. Mail at her last known address of 1540 Greenbrier Ridgeway, Apt. 1621, Knoxville, TN 37909.