UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Cases:

Penaranda, Rafael 1:16-cv-01005
Coleman, Dianna, 1:16-cv-02894
Linder, Colleen, 1:17-cv-04670
Simpson, Walter, 1:18-cv-01016
Delvalle, Sacha, 1:18-cv-02347
Nitz, Debra Ellen, 1:18-cv-02717
Jackson, Gentriece, 1:18-cv-03012

_____

### ORDER ON DEFENDANTS' MOTIONS FOR JUDGMENT PURSUANT TO CMO-28

These matters are before the court on Defendants' Motions for Judgment Pursuant to CMO-28, filed on either April 16 or April 19, 2021.  *See* Filing Nos. 17970 (*Penaranda*); 17992 (*Nitz*); 18016 (*Jackson*); 18023 (*Delvalle*); 18036 (*Simpson*); 18041 (*Coleman*) and 18044 (*Linder*) (all motions arguing that Plaintiffs' claims are time-barred).  Plaintiffs' 15-day response deadlines have passed, and more than 20 days have passed since the Cook Defendants filed their motions.  Pursuant to Paragraph 7 of CMO-28, the court therefore **DISMISSES WITH PREJUDICE** the following actions:

Penaranda, Rafael, 1:16-cv-01005
Coleman, Dianne, 1:16-cv-02894
Linder, Colleen, 1:17-cv-04570
Simpson, Walter, 1;18-cv-01016

Delvalle, Sacha, 1:18-cv-02347
Nitz, Debra Ellen, 1:18-cv-02717
Jackson, Gentriece, 1:18-cv-03012

**SO ORDERED** this 9th day of June 2021.

                                                    RICHARD L. YOUNG, JUDGE
                                                    United States District Court
                                                    Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.