UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Cases:

Penaranda, Rafael 1:16-cv-01005
Coleman, Dianna, 1:16-cv-02894
Linder, Colleen, 1:17-cv-04670
Simpson, Walter, 1:18-cv-01016
Delvalle, Sacha, 1:18-cv-02347
Nitz, Debra Ellen, 1:18-cv-02717
Jackson, Gentriece, 1:18-cv-03012

_____

# FINAL JUDGMENT

Consistent with the Order dismissing the above-captioned cases issued today, the court hereby issues final judgment in favor of the Cook Defendants and against the Plaintiffs herein:

Penaranda, Rafael 1:16-cv-01005
Coleman, Dianna, 1:16-cv-02894
Linder, Colleen, 1:17-cv-04670
Simpson, Walter, 1:18-cv-01016
Delvalle, Sacha, 1:18-cv-02347
Nitz, Debra Ellen, 1:18-cv-02717
Jackson, Gentriece, 1:18-cv-03012

**SO ORDERED** this 9th day of June 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk


Distributed Electronically to Registered Counsel of Record.