# Exhibit B

Celect™ Platinum Vena Cava Filter | Cook Medical





 / **PRODUCTS** / CELECT™ PLATINUM VENA CAVA FILTER

# Celect™ Platinum Vena Cava Filter

———

SPECIFICATIONS     VIDEOS     DOCUMENTS     IMAGES

Used for the prevention of recurrent pulmonary embolism (PE) via placement in the vena cava in the following situations:

• Pulmonary thromboembolism when anticoagulant therapy is contraindicated

• Failure of anticoagulant therapy in thromboembolic diseases

• Emergency treatment following massive PE where anticipated benefits of conventional therapy are reduced

• Chronic, recurrent PE where anticoagulant therapy has failed or is contraindicated.

Give Us Feedback

The Cook Select Platinum ™ implant may be retrieved.

Celect® Platinum Vena Cava Filter | Cook Medical

**This product line is serviced by the following clinical division(s):**

Peripheral Intervention »

The products on this website are available for sale in the United States. For products available in other countries, please choose one of our other websites from the region selector at the top of the site or contact your local Cook Medical representative.

LEARN HOW TO ORDER  »
Set up a customer account and order this or other Cook products

ASK A SUPPORT QUESTION  »
Ask Customer Support about our products or services

FIND PRODUCT TRAINING  »
Connect with our Vista® Education & Training program

VIEW YOUR ACCOUNT INFORMATION  »
Register your customer number on our Customer Portal

## ⚙ Specifications

COLLAPSED    EXPANDED

| Order Number | Reference Part Number | Instructions for Use | MR | Filter |
|---|---|---|---|---|
| | | | Give Us Feedback | |

| Order Number | Reference Part Number | Instructions for Use | MR Status | Filter Max Diameter |
|---|---|---|---|---|
| **Femoral with NavAlign™ Delivery** | | | | |
| G34502 | IGTCFS-65-1-FEM-CELECT-PT | 📕ℹ️ | ⚠️MR | 30 |
| **Jugular with NavAlign Delivery** | | | | |
| G34309 | IGTCFS-65-1-JUG-CELECT-PT | 📕ℹ️ | ⚠️MR | 30 |
| **UniSet with NavAlign Delivery** | | | | |
| G34505 | IGTCFS-65-1-UNI-CELECT-PT | 📕ℹ️ | ⚠️MR | 30 |

 Videos

0:00

0:00

**Celect Platinum femoral placement**   **Celect Platinum** ...............

Give Us Feedback

Celect® Platinum Vena Cava Filter | Cook Medical



0:00

## CloverSnare filter retrieval animation

# Documents

## Instructional Resource



**Celect Platinum NavAlign deployment poster**
D14957-EN-F_M3.pdf »

ENGLISH

## Spec Sheet



**Celect Platinum datasheet**
PI-US-10422-EN-201405_M3.pdf »

ENGLISH

#  Image Library

Give Us Feedback



© Cook 2021

☎ 800.457.4500

| | |
|---|---|
| Products | Privacy Policy |
| Patient Resources | Terms of Use |
| Support | Human Rights Responsibility Statement |
| About | Cookie Compliance |
| Divisions | Sitemap |
| Careers | |
| Contact | |
| Education & Training | |
| Customer Portal | |

# Sign Up. Get Email about News, Products, and Events from Cook Medical.

SIGN UP

Not all products shown on this website may be approved in all regulatory jurisdictions.
Consult with your local Cook representative, distribution company or customer support center for details.

Give Us Feedback