UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates Only to the Following Case:<br>Thompkins, Kelli - 1:17-cv-2879 | |

## NOTICE OF APPEAL

Notice is hereby given that KELLI THOMPKINS, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, from the Final Judgment (Doc.18682), and Order granting Defendants' Motion for Summary Judgment (Doc. 18681), both entered in this action on May 17, 2021

        Respectfully submitted,
        FERRER, POIROT & WANSBROUGH

        /s/John T. Kirtley, III
        John T. Kirtley, III
        Texas Bar No. 11534050
        2603 Oak Lawn Avenue, Suite 300
        Dallas, Texas 75219-9109
        (214) 521-4412
        Fax (214) 526-6026
        jkirtley@lawyerworks.com
        (Asst. molvera@lawyerworks.com)

        ATTORNEYS FOR PLAINTIFF,
        KELLI THOMPKINS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2021, a copy of the foregoing **NOTICE OF APPEAL** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                      /s/John T. Kirtley, III
                                      John T. Kirtley, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates Only to the Following Case:

Thompkins, Kelli - 1:17-cv-2879

## DOCKETING STATEMENT

Appellant-Plaintiff, KELLI THOMPKINS, in the above-named case, hereby submits her Docketing Statement, pursuant to Cir. R. 28(a):

1. There are no prior or related pending appeals concerning this specific case.

2. **Appellant's Jurisdictional Statement**.

    A. Jurisdiction is based on diversity of citizenship. The jurisdictional amount exceeds the sum of $75,000.00.

    B. The Parties' citizenship are:

    **Kelli Thompkins**, Plaintiff – State of Ohio.

    **Cook Incorporated**, Defendant, is a corporation incorporated in the State of Indiana. Its principal place of business is in the State of Indiana.

    **Cook Medical LLC**, Defendant, is a limited liability company organized in the State of Indiana. Its principal place of business is in the State of Indiana. **Carl Cook** is the sole member of Cook Medical LLC, and he is a citizen of the State of Indiana.

**William Cook ApS**, Defendant, is an organization in, and a citizen of Bjaeverskov, Denmark. Its principal place of business is in based in Bjaeverskov, Denmark.

C. Appellate jurisdiction is based on 28 U.S.C. §1291 and the following particulars:

a. Final Judgement was entered on May 17, 2021.

b. No motion for new trial, alteration of the judgment or any other motion claiming to toll the time within which to appeal was filed.

c. Notice of Appeal was filed contemporaneously with this Docketing Statement on June 11, 2021.

d. No claims or parties remain for disposition in the district court concerning this specific case.

Respectfully submitted,
FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219-9109
(214) 521-4412
Fax (214) 526-6026
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)

ATTORNEYS FOR PLAINTIFF,
KELLI THOMPKINS

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2021, a copy of the foregoing **DOCKETING STATEMENT** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/John T. Kirtley, III
John T. Kirtley, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

This Document Relates to the Following Cases:

Kelli Thompkins, 1:17-cv-2879

_____

**ENTRY ON DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28**

Pursuant to Federal Rule of Civil Procedure 12(c) and the process provided by Case Management Order #28, the Cook Defendants[1] move for judgment on the pleadings in Plaintiff Kelli Thompkins' case on grounds that her product liability claims are time-barred under Ohio law. Because Plaintiff submitted her affidavit in support of her argument, the court will treat this motion as one for summary judgment. *See* Fed. R. Civ. P. 12(d).[2]

**I.     Background**

Plaintiff is a resident of Ohio who had a Cook Celect Vena Cava Filter placed on December 15, 2008 at the Ohio State University Wexner Medical Center in Columbus,

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.

[2] That rule provides: "If, on a motion under Rule 12(d) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion."

1

Ohio.  (Filing No. 16289, Affidavit of Kelli Thompkins ("Plaintiff Aff."), ¶ 1; 1:17-cv-2879, Filing No. 1, Short Form Compl. ¶¶ 4-6, 11-12).  Plaintiff's medical record dated February 15, 2013 notes the filter had tilted and fractured.  (Filing No. 16227, Medical Records; Plaintiff Aff., ¶ 3).  It also stated a "[f]uture attempt at retrieval will be planned pending CT venogram of the abdomen and pelvis."  (Medical Record).  A CT scan dated February 18, 2013 showed the filter had perforated her vena cava, and a CT scan dated March 8, 2014 showed one of the struts was indenting the aortic wall.  (Medical Records; Plaintiff Aff., ¶¶ 3-5).  On April 8, 2014, Plaintiff underwent a "complex retrieval requiring forceps."  (Plaintiff Aff., ¶ 6).  "Both the fractured strut and the filter body were able to be removed."  (*Id.*).

On November 18, 2016, Plaintiff saw a television commercial where she learned that the Cook Celect filter was defective and that it likely caused her injuries.  (*Id.* ¶ 8).  She filed the present action against Cook on August 22, 2017.  (*Id.* ¶ 9).

## II.   Discussion

Under Ohio law, product liability claims alleging personal injury are governed by a two-year statute of limitations.  Ohio Code § 2305.10(A).  According to the Cook Defendants, Plaintiff filed her claim four years and six months too late.  Plaintiff responds that her claim is saved by the Ohio discovery rule because she did not know her filter was defective until she saw a television commercial on November 18, 2016.

Ohio's discovery rule provides that a cause of action does not accrue until a plaintiff either knows or reasonably should have known that (1) she was injured and (2) that her injury was proximately caused by defendant's conduct.  *O'Stricker v. Jim Walter*

2

*Corp.*, 447 N.E.2d 727, 730 (Ohio 1983); *see also Braxton v. Peerless Premier Appliances Co.*, No. 81855, 2003 WL 21291061, at *2 (Ohio Ct. App. June 5, 2003) ("The discovery rule concerns the situation where an injury is incurred but not discovered until later."). Two cases help guide the court's analysis: *Griffin v. Am. Med. Sys., Inc.*, 106 F.3d 400 (Table), 1997 WL 6131 (6th Cir. Jan. 7, 1997) and *Carter v. Medtronic, Inc.*, No. 2:28-cv-724, 2020 WL 2319729 (S.D. Ohio, May 11, 2020).

In *Griffin*, the plaintiff received a penile implant. 1997 WL 6131, at *1. Shortly after the surgery, problems arose due to excess hydraulic fluid in the prosthesis. *Id.* Two years later, he had the implant removed. *Id.* Although the doctor only told the plaintiff that "his problems were caused by too much fluid in the prosthesis," the court held that "[t]he removal of the prosthesis alerted [the plaintiff] that the prosthesis might be defective." *Id*. at *2. Thus, under the discovery rule, plaintiff knew or should have known that the prosthesis was defective when he had it removed. *Id.* The court of appeals therefore affirmed the district court's dismissal of his claim on statute of limitations grounds. *Id.*

In *Carter*, the plaintiff was implanted with a pain pump to alleviate her severe back pain. 2020 WL 2319729, at *1. She was later admitted to the hospital for drug withdrawal symptoms. *Id*. Her doctor determined the rotors were not working and discussed another pump replacement. *Id.* Three weeks later, she had the pain pump removed. *Id.* at *2. The discharge record noted the pain pump was defective. *Id.* The plaintiff argued that her claims were tolled until the explant procedure because her doctor did not inform her of the allegedly defective pump beforehand. *Id.* at *4. The district

3

court rejected the plaintiff's argument and held that her claim accrued before her explant procedure, as "the discovery rule generally applies in cases of latent injury and not in cases of possible latent defects." *Id.* at *4 (quoting *Baxley v. Harley-Davidson Motor Co.*, 875 N.E.2d 989, 991 (Ohio Ct. App. 2007)).

This is not a case of latent injury where the discovery rule applies. Plaintiff was on notice of her injury as of February 15, 2003, when she learned her filter had fractured and that removal was recommended, and, at the latest, by her March 8, 2014 "complex" removal surgery. She did not file suit within two years of the removal surgery. Therefore, her claims are barred by Ohio's two-year statute of limitations.

Cook also moves for judgment on Plaintiff's implied warranty, express warranty, consumer protection, and punitive damages claims. Plaintiff did not respond to Cook's arguments. Her silence results in waiver. *See Bonte v. U.S. Bank, N.A.,* 624 F.3d 461, 466 (7th Cir. 2010) ("Failure to respond to an argument—as the Bontes have done here—results in waiver.").

### III.    Conclusion

For the reasons set forth above, the Cook Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 (Filing No. 16212) is **GRANTED**.

**SO ORDERED** this 17th day of May 2021.

                                                                        _____
                                                                        RICHARD L. YOUNG, JUDGE
                                                                        United States District Court
                                                                        Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

This Document Relates to the Following Cases:

Kelli Thompkins, 1:17-cv-2879

_____

# FINAL JUDGMENT

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiff.

**SO ORDERED** this 17th day of May 2021.


Roger Sharpe, Clerk
United States District Court

_____        _____
By: Deputy Clerk                    RICHARD L. YOUNG, JUDGE
                                    United States District Court
                                    Southern District of Indiana


Distributed Electronically to Registered

1

# *** PUBLIC DOCKET ***

APPEAL,MDL,CLOSED

## U.S. District Court
## Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:17-cv-02879-RLY-TAB

THOMPKINS v. COOK INCORPORATED et al
Assigned to: Judge Richard L. Young
Referred to: Magistrate Judge Tim A. Baker
Lead case: 1:14-ml-02570-RLY-TAB
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 08/22/2017
Date Terminated: 05/17/2021
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

KELLI THOMPKINS    represented by    **John T. Kirtley , III**
FERRER POIROT & WANSBROUGH

2603 Oak Lawn Ave.
Suite 300
Dallas, TX 75219
214-521-4412
Fax: 866-513-0115
Email: jkirtley@lawyerworks.com

V.

**Defendant**

COOK INCORPORATED    represented by    **Andrea Roberts Pierson**
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
300 North Meridian Street
Suite 2500
Indianapolis, IN 46204
317-237-0300
Fax: 317-237-1000
Email: andrea.pierson@faegredrinker.com

**Kip S.M. McDonald**
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
300 North Meridian Street

Suite 2500  
Indianapolis, IN 46204  
(317) 237-1485  
Fax: (317) 237-1000  
Email: Kip.McDonald@Faegredrinker.com

**Defendant**

COOK MEDICAL LLC     represented by    **Andrea Roberts Pierson**  
(See above for address)

         **Kip S.M. McDonald**  
(See above for address)

**Defendant**

WILLIAM COOK EUROPE APS     represented by    **Andrea Roberts Pierson**  
(See above for address)

         **Kip S.M. McDonald**  
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2017 | 1 | COMPLAINT against All Defendants, filed by KELLI THOMPKINS. (Filing fee $400, receipt number 0756-4503246) (Attachments: # 1 Civil Cover Sheet) (Kirtley, John) (Entered: 08/22/2017) |
| 08/22/2017 | 2 | NOTICE of Appearance by John T. Kirtley, III on behalf of Plaintiff KELLI THOMPKINS. (Kirtley, John) (Entered: 08/22/2017) |
| 08/23/2017 | 3 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (HET) (Entered: 08/23/2017) |
| 08/23/2017 | 4 | NOTICE of Reassignment pursuant to General Order dated July 13, 2016 of Case to Judge Richard L. Young and Magistrate Judge Tim A. Baker. Judge Tanya Walton Pratt, Magistrate Judge Matthew P. Brookman no longer assigned to the case. Please include the new case number, **17-cv-2879-RLY-TAB**, on all future filings in this matter. (HET) (Entered: 08/23/2017) |
| 08/30/2017 | 5 | Amended Order Establishing Policies and Procedures. Signed by Judge Richard L. Young on 8/30/2017.(JRT) (Entered: 08/30/2017) |
| 08/30/2017 | 6 | Remark - Pending Action SD/IN 1:17-cv-2879-RLY-TAB Transferred as a Member Action to MDL 2570 on 8/30/2017. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-02879-RLY-TAB (JRT) (Entered: 08/30/2017) |
| 09/20/2017 | 7 | NOTICE of Appearance by John T. Schlafer on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, |

| | | |
|---|---|---|
| | | WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK MEDICAL LLC, COOK MEDICAL LLC, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-01724-RLY-TAB, 1:17-cv-02320-RLY-TAB, 1:17-cv-02381-RLY-TAB, 1:17-cv-02474-RLY-TAB, 1:17-cv-02715-RLY-TAB, 1:17-cv-02716-RLY-TAB, 1:17-cv-02737-RLY-TAB, 1:17-cv-02738-RLY-TAB, 1:17-cv-02746-RLY-TAB, 1:17-cv-02804-RLY-TAB, 1:17-cv-02812-RLY-TAB, 1:17-cv-02814-RLY-TAB, 1:17-cv-02819-RLY-TAB, 1:17-cv-02844-RLY-TAB, 1:17-cv-02845-RLY-TAB, 1:17-cv-02849-RLY-TAB, 1:17-cv-02877-RLY-TAB, 1:17-cv-02879-RLY-TAB, 1:17-cv-02883-RLY-TAB, 1:17-cv-02884-RLY-TAB (Schlafer, John) (Entered: 09/20/2017) |
| 09/20/2017 | 8 | NOTICE of Appearance by Andrea Roberts Pierson on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, |

| | | |
|---|---|---|
| | | WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK MEDICAL LLC, COOK MEDICAL LLC, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-01724-RLY-TAB, 1:17-cv-02320-RLY-TAB, 1:17-cv-02381-RLY-TAB, 1:17-cv-02474-RLY-TAB, 1:17-cv-02715-RLY-TAB, 1:17-cv-02716-RLY-TAB, 1:17-cv-02737-RLY-TAB, 1:17-cv-02738-RLY-TAB, 1:17-cv-02746-RLY-TAB, 1:17-cv-02804-RLY-TAB, 1:17-cv-02812-RLY-TAB, 1:17-cv-02814-RLY-TAB, 1:17-cv-02819-RLY-TAB, 1:17-cv-02844-RLY-TAB, 1:17-cv-02845-RLY-TAB, 1:17-cv-02849-RLY-TAB, 1:17-cv-02877-RLY-TAB, 1:17-cv-02879-RLY-TAB, 1:17-cv-02883-RLY-TAB, 1:17-cv-02884-RLY-TAB (Pierson, Andrea) (Entered: 09/20/2017) |
| 08/02/2018 | 9 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK |

MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK MEDICAL LLC, COOK MEDICAL LLC, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB et al. (McDonald,

| | | |
|---|---|---|
| | | Kip) (Entered: 08/02/2018) |
| 08/09/2018 | 10 | MARGINAL ENTRY approving 8824 Notice of Withdrawal of Appearance. The appearance of attorney John T. Schlafer shall be withdrawn in 1:14-ml-2570 as well as in all Cook IVC Filter MDL member cases in which he has appeared. Signed by Magistrate Judge Tim A. Baker on 8/9/2018. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT) (Entered: 08/09/2018) |
| 02/19/2019 | 11 | RESPONSE in Opposition re (10182 in 1:14-ml-02570-RLY-TAB) Amended MOTION to Dismiss *Pursuant to the Court's Case Categorization Order*, filed by KELLI THOMPKINS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-02879-RLY-TAB(Kirtley, John) (Entered: 02/19/2019) |
| 03/19/2021 | 12 | RESPONSE in Opposition re (16212 in 1:14-ml-02570-RLY-TAB) MOTION for Judgment on the Pleadings *as to Plaintiff Kelli Thompkins' Case Pursuant to CMO-28* . Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-02879-RLY-TAB(Kirtley, John) (Entered: 03/19/2021) |
| 05/17/2021 | 13 | ENTRY ON DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28 - (16212) Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 is GRANTED. See Entry for details. Signed by Judge Richard L. Young on 5/17/2021. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-02879-RLY-TAB(LBT) (Entered: 05/18/2021) |
| 05/17/2021 | 14 | JUDGMENT - Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants--Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS--and against the Plaintiff, Kelli Thompkins. Signed by Judge Richard L. Young on 5/17/2021.Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-02879-RLY-TAB(LBT) (Entered: 05/18/2021) |
| 06/11/2021 | 15 | NOTICE OF APPEAL as to 13 Order on Motion for Judgment on the Pleadings, 14 Judgment, filed by Plaintiff KELLI THOMPKINS. (Filing fee $505, receipt number 0756-6605754, paid when NOA docketed on master docket, 1:14-ml-2570-RLY-TAB.) (LBT) (Entered: 06/11/2021) |
| 06/11/2021 | 16 | DOCKETING STATEMENT by KELLI THOMPKINS re 15 Notice of Appeal. (LBT) (Entered: 06/11/2021) |
| 06/11/2021 | 17 | PARTIES' SHORT RECORD re (19051 in 1:14-ml-02570-RLY-TAB) Notice of Appeal, (15 in 1:17-cv-02879-RLY-TAB) Notice of Appeal - **Instructions for Attorneys/Parties attached.** Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-02879-RLY-TAB(LBT) (Entered: 06/11/2021) |

**Case #: 1:17-cv-02879-RLY-TAB**