IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
**TINA HUFFINE**

Civil Case # 1:19-cv-2485

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his/her case in the Southern District of Indiana. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above matter is dismissed without prejudice and each party bears its own costs and fees.

DATED:  November  03 , 2020

| | |
|---|---|
| SHAW COWART, LLP | FAEGRE DRINKER BIDDLE & REATH LLP |
| By: *Ethan L. Shaw* (signature) | By: /s/ Kip S.M. McDonald, with permission |
| Ethan L. Shaw (TX Bar No. 18140480) | Kip S.M. McDonald |
| John P. Cowart (TX Bar No. 04919500) | 300 N. Meridian Street, Ste. 2500 |
| 1609 Shoal Creek Blvd., Ste. 100 | Indianapolis, IN 46204 |
| Austin, Texas 78701 | Tel: 317-237-0300 |
| Tel.: 512-499-8900 | Fax: 317-237-1000 |
| Fax: 512-320-8906 | Kip.McDonald@FaegreDrinker.com |
| elshaw@shawcowart.com | |
| jcowart@shawcowart.com | |
| Attorneys for Plaintiff | Attorney for Defendants |

## CERTIFICATE OF SERVICE

      I hereby certify that on November  03 , 2020, I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                                           */s/ Ethan L. Shaw*
                                                                           Ethan L. Shaw