AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br> This Document Relates to: | ) ) ) ) ) ) | Case No.    1:21-cv-6473-RLY-TAB <br><br> MDL No. 2570 |

### APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alison Arnold                                                                                          .

Date:      06/11/2021                                          /s/ David M. Langevin
                                                                                *Attorney's signature*

                                                           David M. Langevin MN Bar No. 329563
                                                                   *Printed name and bar number*

                                                                        McSweeney/Langevin
                                                                        2116 Second Avenue South
                                                                        Minneapolis, MN 55404

                                                                                *Address*

                                                                        dave@westrikeback.com
                                                                              *E-mail address*

                                                                           (612) 746-4646
                                                                           *Telephone number*

                                                                           (612) 454-2678
                                                                              *FAX number*