UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

| | |
|---|---|
| Thompkins, Kelli - 1:17-cv-2879 | Appeal No. 21-2083 |

## PLAINTIFF/APPELLANT'S MOTION TO MODIFY THE RECORD

Plaintiff/Appellant, KELLI THOMPKINS, pursuant to Rule 10(e), *Fed. R. App. P.*, and *Cir. Rule* 10(b), moves the Court to Modify the Short Record, sent to the United States Court of Appeals for the Seventh Circuit, on June 11, 2021, and add the following documents to the Record on Appeal:

| Case No. | Document No. | Description |
|---|---|---|
| 1:14-ml-2570 | 1 | Transfer Order |
| 1:14-ml-2570 | 213 | Complaint |
| 1:14-ml-2570 | 456 | Answer |
| 1:14-ml-2570 | 14601 | CMO 28 |
| 1:14-ml-2570 | 16212 | Defendant's Motion for Judgment |
| 1:14-ml-2570 | 16212-1 | Exhibit A, Filed Under Seal (re: Doc. 16212) |
| 1:14-ml-2570 | 17667 | Reply to Response to Motion to Dismiss |

Alternatively, Plaintiff/Appellant requests that in addition to those documents made electronically available to the Court of Appeals, that a certified copy of those documents, exhibits and docket entries, along with Documents, 1, 213, 456, 14601, 16212, 16212-1 (and the confidential medical records filed under seal therewith) and 17667, identified above, be sent to the Court of Appeals and be made available to the parties to this appeal.

Wherefore, Plaintiff/Appellant prays that the Court enter an Order granting this Motion and for such other appropriate relief.

                Respectfully submitted,
                FERRER, POIROT & WANSBROUGH

                /s/John T. Kirtley, III
                John T. Kirtley, III
                Texas Bar No. 11534050
                2603 Oak Lawn Avenue, Suite 300
                Dallas, Texas 75219-9109
                (214) 521-4412
                Fax (214) 526-6026
                jkirtley@lawyerworks.com
                (Asst. molvera@lawyerworks.com)

ATTORNEYS FOR PLAINTIFF,
KELLI THOMPKINS

### CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, a copy of the foregoing **APPELLANT'S MOTION TO MODIFY THE RECORD** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                /s/John T. Kirtley, III
                John T. Kirtley, III