IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**Alison Arnold**

Civil Case #  1:21-cv-6473-RLY-TAB

**PLAINTIFF'S MOTION TO WITHDRAW
APPEARANCE BY ADAM J. COMBIES**

Plaintiff Alison Arnold, by her undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1. The above-captioned case was initially filed in the United States District Court for the District of Massachusetts, where it was captioned *Arnold v. Cook Incorporated et al.*, 1:21-cv-10881.

2. On June 11, 2021, this case was transferred to this Court and into MDL No. 2570. (Dkt. 19050).

3. Adam J. Combies, from COMBIES HANSON, P.C., previously appeared on Alison Arnold's behalf in the District of Massachusetts. For that reason, Adam J. Combies was listed as counsel of record for the Plaintiff in this case.

4. Now, since this case was transferred to the MDL, David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Adam J. Combies as trial counsel.

5.  David M. Langevin entered his appearance in this matter on June 11, 2021. (Dkt. 19066).

6.  Accordingly, Adam J. Combies hereby requests leave to withdraw his appearance.

Dated:  June 14, 2021            Respectfully submitted,

*/s/Adam J. Combies*
Adam J. Combies
COMBIES HANSON, P.C.
12 Ericsson Street, Ste. 201
Boston, MA 02122
T: 617-556-9964
F: 617-955-9009
acombies@combieshanson.com

**ATTORNEY FOR PLAINTIFF**