IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**Alison Arnold**

Civil Case  1:21-cv-6473-RLY-TAB

**PROPOSED ORDER PLAINTIFF'S MOTION
TO WITHDRAW APPEARANCE BY
ADAM J. COMBIES**

This case has been transferred to the above MDL, and David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Adam J. Combies as trial counsel. David M. Langevin entered his appearance in this matter on June 11, 2021. (Dkt. 19066). Accordingly, Adam J. Combies' motion to withdraw his appearance as counsel for the plaintiff is granted.

So ordered,

Dated: _____       _____