IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**Alison Arnold**

Civil Case  1:21-cv-6473-RLY-TAB

## ORDER PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE BY ADAM J. COMBIES

This case has been transferred to the above MDL, and David M. Langevin, from the law firm of McSweeney/Langevin has entered his appearance on behalf of Plaintiff, Alison Arnold on June 11, 2021. (Dkt. 19066).  Adam J. Combies filed a motion to withdraw his appearance as counsel for the plaintiff on June 14, 2021 (Dkt. 19075).  Accordingly, Adam J. Combies' motion to withdraw his appearance as counsel for the Plaintiff is granted and David M. Langevin, from the law firm of McSweeney/Langevin continues to represent Plaintiff, Alison Arnold.

Date: 6/15/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.