IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**Deborah Campbell**

Civil Case # 1:21-cv-6441-RLY-TAB

**PLAINTIFF'S MOTION TO WITHDRAW
APPEARANCE BY RAYMOND T. TREBISACCI**

Plaintiff Deborah Campbell, by her undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1. The above-captioned case was initially filed in the United States District Court for the District of Connecticut, where it was captioned *Campbell v. Cook Incorporated et al.*, 3:21-cv-00548-JBA.

2. On May 19, 2021, this case was transferred to this Court and into MDL No. 2570. (Dkt. 18710).

3. Raymond T. Trebisacci, from Trebisacci Law Associates, LLC, previously appeared on Deborah Campbell's behalf in the District of Connecticut. For that reason, Raymond T. Trebisacci was listed as counsel of record for the Plaintiff in this case.

4. Now, since this case was transferred to the MDL, David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Raymond T. Trebisacci as trial counsel.

5.  David M. Langevin entered his appearance in this matter on May 20, 2021. (Dkt. 18749).

6.  Accordingly, Raymond T. Trebisacci hereby requests leave to withdraw his appearance.

Dated:  June 15, 2021                                    Respectfully submitted,

/s/ *Raymond T. Trebisacci*
Raymond T. Trebisacci
Trebisacci Law Associates, LLC
398 Liberty St.
Pawcatuck, CT 06379
860-599-4000
Fax: 860-599-8702
Email: treblaw@comcast.net

**ATTORNEY FOR PLAINTIFF**