# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-01124 | 1:21-cv-01260 |
| 1:21-cv-01218 | 1:21-cv-01261 |
| 1:21-cv-01225 | 1:21-cv-01262 |
| 1:21-cv-01226 | 1:21-cv-01265 |
| 1:21-cv-01228 | 1:21-cv-01266 |
| 1:21-cv-01237 | 1:21-cv-01268 |
| 1:21-cv-01238 | 1:21-cv-01269 |
| 1:21-cv-01240 | 1:21-cv-01274 |
| 1:21-cv-01246 | 1:21-cv-01277 |
| 1:21-cv-01247 | 1:21-cv-01285 |
| 1:21-cv-01252 | 1:21-cv-01287 |
| 1:21-cv-01254 | 1:21-cv-01288 |
| 1:21-cv-01255 | 1:21-cv-06428 |
| 1:21-cv-01257 | 1:21-cv-06441 |
| 1:21-cv-01258 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  June 16, 2021               /s/ Andrea Roberts Pierson
                                                 Andrea Roberts Pierson (# 18435-49)
                                                 Kip S. M. McDonald (# 29370-49)
                                                 FAEGRE DRINKER BIDDLE & REATH LLP
                                                 300 North Meridian Street, Suite 2500
                                                 Indianapolis, Indiana 46204

Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01