UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Patricia Boudreau - 1:18-cv-01228

### NOTICE OF APPEAL

Notice is hereby given that PATRICIA BOUDREAU, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, from the Final Judgment (Doc. 18736), and Order granting Defendants' Motion for Summary Judgment (Doc. 18735), both entered in this action on May 19, 2021

Respectfully submitted,
FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219-9109
(214) 521-4412
Fax (214) 526-6026
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)

ATTORNEYS FOR PLAINTIFF,
PATRICIA BOUDREAU

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2021, a copy of the foregoing **NOTICE OF APPEAL** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/John T. Kirtley, III
      John T. Kirtley, III