UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Boudreau, Patricia - 1:18-cv-01228

## **DOCKETING STATEMENT**

Appellant-Plaintiff, PATRICIA BOUDREAU, in the above-named case, hereby submits her Docketing Statement, pursuant to Cir. R. 28(a):

1. There are no prior or related pending appeals concerning this specific case.

2. **Appellant's Jurisdictional Statement**.

    A. Jurisdiction is based on diversity of citizenship. The jurisdictional amount exceeds the sum of $75,000.00.

    B. The Parties' citizenship are:

    **Patricia Boudreau**, Plaintiff – State of Oregon.

    **Cook Incorporated**, Defendant, is a corporation incorporated in the State of Indiana. Its principal place of business is in the State of Indiana.

    **Cook Medical LLC**, Defendant, is a limited liability company organized in the State of Indiana. Its principal place of business is in the State of Indiana. **Carl Cook** is the sole member of Cook Medical LLC, and he is a citizen of the State of Indiana.

**William Cook ApS**, Defendant, is an organization in, and a citizen of Bjaeverskov, Denmark.  Its principal place of business is in based in Bjaeverskov, Denmark.

C. Appellate jurisdiction is based on 28 U.S.C. §1291 and the following particulars:

a. Final Judgement was signed and entered on May 19, 2021.

b. No motion for new trial, alteration of the judgment or any other motion claiming to toll the time within which to appeal was filed.

c. Notice of Appeal was filed contemporaneously with this Docketing Statement on June 16, 2021.

d. No claims or parties remain for disposition in the district court concerning this specific case.

Respectfully submitted,
FERRER, POIROT & WANSBROUGH


/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219-9109
(214) 521-4412
Fax (214) 526-6026
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)

ATTORNEYS FOR PLAINTIFF,
KELLI THOMPKINS

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, a copy of the foregoing **DOCKETING STATEMENT** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/John T. Kirtley, III
John T. Kirtley, III