UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:
Patricia Boudreau - 1:18-cv-01228

## NOTICE OF APPEAL

Notice is hereby given that PATRICIA BOUDREAU, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, from the Final Judgment (Doc. 18736), and Order granting Defendants' Motion for Summary Judgment (Doc. 18735), both entered in this action on May 19, 2021

Respectfully submitted,
FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219-9109
(214) 521-4412
Fax (214) 526-6026
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)

ATTORNEYS FOR PLAINTIFF,
PATRICIA BOUDREAU

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2021, a copy of the foregoing **NOTICE OF APPEAL** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/John T. Kirtley, III
      John T. Kirtley, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Boudreau, Patricia - 1:18-cv-01228

## DOCKETING STATEMENT

Appellant-Plaintiff, PATRICIA BOUDREAU, in the above-named case, hereby submits her Docketing Statement, pursuant to Cir. R. 28(a):

1. There are no prior or related pending appeals concerning this specific case.

2. **Appellant's Jurisdictional Statement**.

   A. Jurisdiction is based on diversity of citizenship. The jurisdictional amount exceeds the sum of $75,000.00.

   B. The Parties' citizenship are:

   **Patricia Boudreau**, Plaintiff – State of Oregon.

   **Cook Incorporated**, Defendant, is a corporation incorporated in the State of Indiana. Its principal place of business is in the State of Indiana.

   **Cook Medical LLC**, Defendant, is a limited liability company organized in the State of Indiana. Its principal place of business is in the State of Indiana. **Carl Cook** is the sole member of Cook Medical LLC, and he is a citizen of the State of Indiana.

1

**William Cook ApS**, Defendant, is an organization in, and a citizen of Bjaeverskov, Denmark. Its principal place of business is in based in Bjaeverskov, Denmark.

C. Appellate jurisdiction is based on 28 U.S.C. §1291 and the following particulars:

a. Final Judgement was signed and entered on May 19, 2021.

b. No motion for new trial, alteration of the judgment or any other motion claiming to toll the time within which to appeal was filed.

c. Notice of Appeal was filed contemporaneously with this Docketing Statement on June 16, 2021.

d. No claims or parties remain for disposition in the district court concerning this specific case.

Respectfully submitted,
FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219-9109
(214) 521-4412
Fax (214) 526-6026
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)

ATTORNEYS FOR PLAINTIFF,
KELLI THOMPKINS

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, a copy of the foregoing **DOCKETING STATEMENT** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/John T. Kirtley, III
John T. Kirtley, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

This Document Relates to the Following Cases:

Patricia Boudreau, 1:18-cv-01228

_____

### ENTRY ON DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28

Pursuant to Federal Rule of Civil Procedure 12(c) and the process provided by Case Management Order #28, the Cook Defendants[1] move for judgment on the pleadings in Plaintiff Patricia Boudreau's case on grounds that her product liability claims are time-barred under Colorado law.  Because Plaintiff submitted her affidavit in support of her argument, the court will treat this motion as one for summary judgment.  *See* Fed. R. Civ. P. 12(d).[2]

**I.     Background**

Plaintiff had a Cook Celect Vena Cava Filter placed on February 24, 2012 at Penrose St. Francis Hospital in Colorado Springs, CO.  (Filing No. 16295, Affidavit of

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.

[2] That rule provides:  "If, on a motion under Rule 12(d) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56.  All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion."

1

Patricia Boudreau ("Plaintiff Aff."), ¶¶ 2, 5; 1:18-cv-01228, Filing No. 1, Short Form Compl. ¶¶ 11-12). On May 30, 2012, there was an attempted removal of Plaintiff's filter that failed "due to the fact that the filter hook had embedded itself into [her] vena cava." (Plaintiff Aff. ¶ 3). On June 29, 2012, Plaintiff underwent a second removal attempt during which "it was noted that one of the filter struts, previously noted to be bent, had now fractured." (*Id.* ¶ 4). "Both the fractured strut and the rest of the filter body were able to be removed on June 29, 2012." (*Id.*).

On December 15, 2017, Plaintiff saw a television commercial "where [she] learned that the Cook [Celect] filter . . . was defective and had likely caused [her] injuries." (*Id.* ¶ 7). She filed the present action against Cook on April 23, 2018. (*Id.* ¶ 8).

**II.     Discussion**

Pursuant to Colorado law, a two-year statute of limitations applies to Plaintiff's product liability and negligence claims. *See* Colo. Rev. Stat. §§ 13-80-102(1)(a) (negligence and strict liability causes of action), 13-80-106(1) (product liability causes of action). According to the Cook Defendants, Plaintiff filed her claims almost six years too late. Plaintiff responds that Colorado's discovery rule saves her claims because she did not know her filter was defective until she saw a television commercial on December 15, 2017.

Claims accrue under the Colorado discovery rule "on the date both the injury and its cause of action are known or should have been known by the exercise of reasonable diligence." Colo. Rev. Stat. Ann. § 13-80-108(1). By June 29, 2012, Plaintiff knew that

2

(1) her filter was embedded and, initially, could not be retrieved; (2) her filter had fractured; and (3) the fractured filter was successfully retrieved from her body. Therefore, Plaintiff "kn[ew] or should have known by the exercise of reasonable diligence" that she was injured and that the filter was causally connected to her injuries (fractured filter). Plaintiff's claim that she did not know the filter was "defective" until she saw a television commercial five years later does not alter this result. *See Olsen v. State Farm Mut. Auto. Ins. Co.*, 174 P.3d 849, 855 (Colo. Ct. App. 2007) ("[T]he relevant issue is when a plaintiff discovers facts 'essential to the cause of action,' not the legal theory upon which the cause of action would be based.").

Cook also moves for judgment on Plaintiff's implied warranty, express warranty, consumer protection, and punitive damages claims. Plaintiff did not respond to Cook's arguments. Her silence results in waiver. *See Bonte v. U.S. Bank, N.A.*, 624 F.3d 461, 466 (7th Cir. 2010) ("Failure to respond to an argument—as the Bontes have done here—results in waiver.").

### III.    Conclusion

For the reasons set forth above, the Cook Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 (Filing No. 16193) is **GRANTED**.

**SO ORDERED** this 19th day of May 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to the Following Cases:

Patricia Boudreau, 1:18-cv-01228

_____

## FINAL JUDGMENT

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiff.

**SO ORDERED** this 19th day of May 2021.


Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered

1

# *** PUBLIC DOCKET ***

APPEAL,MDL,CLOSED

## U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:18-cv-01228-RLY-TAB

BOUDREAU v. COOK INCORPORATED et al
Assigned to: Judge Richard L. Young
Referred to: Magistrate Judge Tim A. Baker
Lead case: 1:14-ml-02570-RLY-TAB
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/23/2018
Date Terminated: 05/19/2021
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

PATRICIA BOUDREAU           represented by   John T. Kirtley , III
                                             FERRER POIROT & WANSBROUGH

                                             2603 Oak Lawn Ave.
                                             Suite 300
                                             Dallas, TX 75219
                                             214-521-4412
                                             Fax: 866-513-0115
                                             Email: jkirtley@lawyerworks.com

V.

**Defendant**

COOK INCORPORATED           represented by   Andrea Roberts Pierson
                                             FAEGRE DRINKER BIDDLE &
                                             REATH LLP (Indianapolis)
                                             300 North Meridian Street
                                             Suite 2500
                                             Indianapolis, IN 46204
                                             317-237-0300
                                             Fax: 317-237-1000
                                             Email:
                                             andrea.pierson@faegredrinker.com

                                             **Kip S.M. McDonald**
                                             FAEGRE DRINKER BIDDLE &
                                             REATH LLP (Indianapolis)
                                             300 North Meridian Street

Suite 2500
Indianapolis, IN 46204
(317) 237-1485
Fax: (317) 237-1000
Email: Kip.McDonald@Faegredrinker.com

**Defendant**

COOK MEDICAL LLC    represented by    **Andrea Roberts Pierson**
(See above for address)

**Kip S.M. McDonald**
(See above for address)

**Defendant**

WILLIAM COOK EUROPE APS    represented by    **Andrea Roberts Pierson**
(See above for address)

**Kip S.M. McDonald**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2018 | 1 | COMPLAINT against All Defendants, filed by PATRICIA BOUDREAU. (Filing fee $400, receipt number 0756-4853550) (Attachments: # 1 Civil Cover Sheet)(Kirtley, John) (Entered: 04/23/2018) |
| 04/23/2018 | 2 | NOTICE of Appearance by John T. Kirtley, III on behalf of Plaintiff PATRICIA BOUDREAU. (Kirtley, John) (Entered: 04/23/2018) |
| 04/24/2018 | 3 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (DJH) (Entered: 04/24/2018) |
| 05/07/2018 | 4 | Amended Order Establishing Policies and Procedures. Signed by Judge Richard L. Young on 5/7/2018.(JRT) (Entered: 05/07/2018) |
| 05/07/2018 | 5 | Remark - Pending Actions SD/IN 1:18-cv-01214-RLY-TAB, 1:18-cv-01215-RLY-TAB, 1:18-cv-01222-RLY-TAB, 1:18-cv-01227-RLY-TAB, 1:18-cv-01228-RLY-TAB, 1:18-cv-01237-RLY-TAB **Transferred as Member Actions to MDL 2570 on 5/7/2018.** Associated Cases: 1:14-ml-02570-RLY-TAB, 1:18-cv-01214-RLY-TAB, 1:18-cv-01215-RLY-TAB, 1:18-cv-01222-RLY-TAB, 1:18-cv-01227-RLY-TAB, 1:18-cv-01228-RLY-TAB, 1:18-cv-01237-RLY-TAB (JRT) (Entered: 05/07/2018) |
| 05/23/2018 | 6 | NOTICE of Appearance by John T. Schlafer on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK |

| | | |
|---|---|---|
| | | MEDICAL, LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL, LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK MEDICAL LLC, COOK MEDICAL LLC, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:18-cv-00983-RLY-TAB, 1:18-cv-01169-RLY-TAB, 1:18-cv-01184-RLY-TAB, 1:18-cv-01201-RLY-TAB, 1:18-cv-01211-RLY-TAB, 1:18-cv-01214-RLY-TAB, 1:18-cv-01215-RLY-TAB, 1:18-cv-01222-RLY-TAB, 1:18-cv-01227-RLY-TAB, 1:18-cv-01228-RLY-TAB, 1:18-cv-01237-RLY-TAB, 1:18-cv-01241-RLY-TAB, 1:18-cv-01244-RLY-TAB, 1:18-cv-01245-RLY-TAB (Schlafer, John) (Entered: 05/23/2018) |
| 05/23/2018 | 7 | NOTICE of Appearance by Andrea Roberts Pierson on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL, LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL, LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK MEDICAL LLC, |

| | | |
|---|---|---|
| | | COOK MEDICAL LLC, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-01221-RLY-TAB, 1:18-cv-00983-RLY-TAB, 1:18-cv-01169-RLY-TAB, 1:18-cv-01184-RLY-TAB, 1:18-cv-01201-RLY-TAB, 1:18-cv-01211-RLY-TAB, 1:18-cv-01214-RLY-TAB, 1:18-cv-01215-RLY-TAB, 1:18-cv-01222-RLY-TAB, 1:18-cv-01227-RLY-TAB, 1:18-cv-01228-RLY-TAB, 1:18-cv-01237-RLY-TAB, 1:18-cv-01241-RLY-TAB, 1:18-cv-01244-RLY-TAB, 1:18-cv-01245-RLY-TAB (Pierson, Andrea) (Entered: 05/23/2018) |
| 07/31/2018 | 8 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL, LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK MEDICAL LLC, COOK MEDICAL LLC, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:18-cv-01189-RLY-TAB, 1:18-cv-01190-RLY-TAB, 1:18-cv-01193-RLY-TAB, 1:18-cv-01194-RLY-TAB, 1:18-cv-01196-RLY-TAB, 1:18-cv-01200-RLY-TAB, 1:18-cv-01201-RLY-TAB, 1:18-cv-01202-RLY-TAB, 1:18-cv-01207-RLY-TAB, 1:18-cv-01208-RLY-TAB, 1:18-cv-01209-RLY-TAB, 1:18-cv-01211-RLY-TAB, 1:18-cv-01213-RLY-TAB, 1:18-cv-01214-RLY-TAB, 1:18-cv-01215-RLY-TAB, 1:18-cv-01222-RLY-TAB, 1:18-cv-01227-RLY-TAB, 1:18-cv-01228-RLY-TAB, 1:18-cv-01237-RLY-TAB, 1:18-cv- |

| | | |
|---|---|---|
| | | 01241-RLY-TAB (McDonald, Kip) (Entered: 07/31/2018) |
| 08/09/2018 | 9 | MARGINAL ENTRY approving 8824 Notice of Withdrawal of Appearance. The appearance of attorney John T. Schlafer shall be withdrawn in 1:14-ml-2570 as well as in all Cook IVC Filter MDL member cases in which he has appeared. Signed by Magistrate Judge Tim A. Baker on 8/9/2018. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT) (Entered: 08/09/2018) |
| 03/19/2021 | 10 | RESPONSE in Opposition re (16193 in 1:14-ml-02570-RLY-TAB) MOTION for Judgment on the Pleadings . Associated Cases: 1:14-ml-02570-RLY-TAB, 1:18-cv-01228-RLY-TAB(Kirtley, John) (Entered: 03/19/2021) |
| 05/19/2021 | 11 | ENTRY ON DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28 - (16193) Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 is GRANTED. See Entry for details. Signed by Judge Richard L. Young on 5/19/2021. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:18-cv-01228-RLY-TAB(LBT) (Entered: 05/19/2021) |
| 05/19/2021 | 12 | JUDGMENT - Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants--Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS--and against the Plaintiff, Patricia Boudreau. Signed by Judge Richard L. Young on 5/19/2021.Associated Cases: 1:14-ml-02570-RLY-TAB, 1:18-cv-01228-RLY-TAB(LBT) (Entered: 05/19/2021) |
| 06/16/2021 | 13 | NOTICE OF APPEAL as to 12 Judgment, 11 Order on Motion for Judgment on the Pleadings, filed by Plaintiff PATRICIA BOUDREAU. (Filing fee $505, receipt number 0756-6613369, paid when NOA filed in master docket 1:14-ml-2570-RLY-TAB.) (LBT) (Entered: 06/16/2021) |
| 06/16/2021 | 14 | PARTIES' SHORT RECORD re (19085 in 1:14-ml-02570-RLY-TAB) Notice of Appeal, (13 in 1:18-cv-01228-RLY-TAB) Notice of Appeal **- Instructions for Attorneys/Parties attached.** Associated Cases: 1:14-ml-02570-RLY-TAB, 1:18-cv-01228-RLY-TAB(LBT) (Entered: 06/16/2021) |

**Case #: 1:18-cv-01228-RLY-TAB**