UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

| | |
|---|---|
| Thompkins, Kelli - 1:17-cv-2879 | Appeal No. 21-2083 |

**PLAINTIFF/APPELLANT'S SUPPLEMENTAL MOTION TO MODIFY THE RECORD**

Plaintiff/Appellant, KELLI THOMPKINS, pursuant to Rule 10(e), *Fed. R. App. P.*, and *Cir. Rule* 10(b), supplementing her original Motion (Doc. 19073), moves the Court to Modify the Short Record, sent to the United States Court of Appeals for the Seventh Circuit, on June 11, 2021, and add the following documents to the Record on Appeal:

| Case No. | Document No. | Description |
|---|---|---|
| 1:14-ml-2570 | 1 | Transfer Order |
| 1:14-ml-2570 | 51 | Case Management Plan |
| 1:14-ml-2570 | 213 | Complaint |
| 1:14-ml-2570 | 356 | CMO 6 |
| 1:14-ml-2570 | 456 | Answer |
| 1:14-ml-2570 | 14601 | CMO 28 |
| 1:14-ml-2570 | 16212 | Defendant's Motion for Judgment |
| 1:14-ml-2570 | 16212-1 | Exhibit A, Filed Under Seal (re: Doc. 16212) |
| 1:14-ml-2570 | 17667 | Reply to Response to Motion to Dismiss |

1

Wherefore, Plaintiff/Appellant prays that the Court enter an Order granting this Motion and for such other appropriate relief.

Respectfully submitted,
FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219-9109
(214) 521-4412
Fax (214) 526-6026
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)

ATTORNEYS FOR PLAINTIFF,
KELLI THOMPKINS

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, a copy of the foregoing **APPELLANT'S SUPPLEMENTAL MOTION TO MODIFY THE RECORD** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/John T. Kirtley, III
John T. Kirtley, III