UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

| | |
|---|---|
| Thompkins, Kelli - 1:17-cv-2879 | Appeal No. 21-2083 |

### ORDER GRANTING MOTION TO MODIFY THE RECORD

Plaintiff/Appellant, KELLI THOMPKINS, Motion to Modify The Record (Docs. 19073 and 19098) is GRANTED.

The Clerk shall add the following documents to the Record on Appeal:

| Case No. | Document No. | Description |
|---|---|---|
| 1:14-ml-2570 | 1 | Transfer Order |
| 1:14-ml-2570 | 51 | Case Management Plan |
| 1:14-ml-2570 | 213 | Complaint |
| 1:14-ml-2570 | 356 | CMO 6 |
| 1:14-ml-2570 | 456 | Answer |
| 1:14-ml-2570 | 14601 | CMO 28 |
| 1:14-ml-2570 | 16212 | Defendant's Motion for Judgment |
| 1:14-ml-2570 | 16212-1 | Exhibit A, Filed Under Seal (re: Doc. 16212) |
| 1:14-ml-2570 | 17667 | Reply to Response to Motion to Dismiss |

SO ORDERED on _____, 2021.

_____
HON. TIM BAKER
UNITED STATES MAGISTRATE