IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br>PATRICK HALEY II<br>Civil Case # 1:20-cv-06223-RLY-TAB | |

> Denied as moot.
>
> Tim A. Baker
> U.S. Magistrate Judge
> June 16, 2021
>
> Distribution to all registered counsel of record via ECF and to the following via U.S. Mail: Patrick Haley II, 1870 Big Horn Street, Pahrump, NV 89048

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.7(b), Douglass A. Kreis and the law firm of Aylstock Witkin Kreis & Overholtz, PLLC; and Peter C. Wetherall and the law firm of Wetherall Group LTD., all counsel of record for Plaintiff, Patrick Haley II, move this Court for an Order allowing them to withdraw as counsel of record for Plaintiff, Patrick Haley II, in the above captioned multidistrict litigation. The Plaintiff and counsel disagree over further handling of this claim, and counsel seeks to withdraw. Counsel has advised Plaintiff, Patrick Haley II, in writing of their intent to withdraw from this matter.

As a courtesy to Plaintiff, we request that the above named Plaintiff be allowed up to 60 days to secure new counsel and file Notice of their new representation.

Respectfully submitted,

/s/ Douglass A. Kreis
Douglass A. Kreis, FL Atty. No. 129704
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
Email: DKreis@awkolaw.com