UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This document relates to:

1:16-cv-01126; 1:18-cv-01148; 1:18-cv-01645 and 1:19-cv-02047

_____

# **EXHIBIT A TO**
# **NOTICE OF JULY 1, 2021 MOTIONS HEARING**

1. Cooks' Motion for Judgment in Plaintiff *Zachary Bennett's* Case Pursuant to CMO-28 (Dkt. 18050)

   - Bennett, Zachary (1:18-cv-01148)
     Counsel: FEARS NACHAWATI, PLLC
   - See Sealed Exhibit A at Dkt. 18052
   - See Plaintiff's Response at Dkt. 18274
   - See Cooks' Reply at Dkt. 18623
   - See Cooks' Sealed Exhibit A to Reply at Dkt. 18625

2. Cooks' Motion for Judgment in Plaintiff *Diondrae Boone's* Case Pursuant to CMO-28 (Dkt. 18026)

   - Boone, Diondrae (1:19-cv-02047)
     Counsel: FEARS NACHAWATI, PLLC
   - See Sealed Exhibit A at Dkt. 18028
   - See Plaintiff's Response at Dkt. 18301
   - See Cooks' Reply at Dkt. 18583

3. Cooks' Motion for Judgment on the Pleadings in Plaintiff *Lisa Bush's* Case Pursuant to CMO-28 (Dkt. 18424)

   - Bush, Lisa (1:16-cv-01126)
     Counsel: SEEGER WEISS LLP
   - See Sealed Exhibit A at Dkt. 18425
   - See Plaintiff's Response at Dkt. 18678
   - See Cooks' Reply at Dkt. 18940

4. Cooks' Motion for Judgment on the Pleadings in Plaintiff *JeanMarie Schuler's* Case Pursuant to CMO-28 (Dkt. 18401)

- JeanMarie Schuler (1:18-cv-01645)
  Counsel: MILLER LAW FIRM LLC
- See Sealed Exhibit A at Dkt. 18402
- See Plaintiff's Response at Dkt. 18751
- See Cooks' Reply at Dkt. 19011