UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates Only to the Following Case:

Patricia Boudreau - 1:18-cv-01228

---

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Patricia Boudreau
v.
Cook Incorporated, et al.

Case No. 21-2111

### APPELLANT'S CERTIFICATION OF NO TRANSCRIPT

Appellant/Plaintiff, PATRICIA BOUDREAU, pursuant to Rule 10(a)(1)(3), *Fed. R. App. P.*, states that the original papers and exhibits filed in the district court, and a certified copy of the docket entries prepared by the district clerk, shall constitute the Record on Appeal. No proceedings relevant to this appeal were recorded, nor was oral argument heard by the District Court. Accordingly, pursuant to Rule 10(b)(B), *Fed. R. App. P.*, Appellant certifies that no transcript will be ordered.

Respectfully submitted,
FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219-9109
(214) 521-4412
Fax (214) 526-6026
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)

ATTORNEYS FOR PLAINTIFF,
PATRICIA BOUDREAU

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2021, a copy of the foregoing **APPELLANT'S CERTIFICATION OF NO TRANSCRIPT** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/John T. Kirtley, III
John T. Kirtley, III