AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| Fabia Hargrove | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. | ) | |
| *Defendant* | ) | This document relates to case no.  1:21-cv-06475-RLY-TAB |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fabia Hargrove                                                                                                          .

Date:     06/18/2021                                                      /s/Basil E. Adham
                                                                                        *Attorney's signature*

                                                                          Basil E. Adham TX Bar No. 24081742
                                                                                *Printed name and bar number*

                                                                                      Johnson Law Group
                                                                              2925 Richmond Ave, Suite 1700
                                                                                      Houston, TX 77098

                                                                                              *Address*

                                                                          IVC@johnsonlawgroup.com
                                                                                         *E-mail address*

                                                                                      (713) 626-9336
                                                                                      *Telephone number*

                                                                                      (713) 626-3394
                                                                                         *FAX number*