IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

**JOINT MOTION TO EXTEND DEADLINES
IN FIFTH AMENDED CASE MANAGEMENT ORDER #27**

The Parties hereby respectfully move the Court to extend the deadlines outlined in Fifth Amended Case Management Order #27 (Amended Bellwether Plan) [Dkt. 15887] to accommodate briefing contemplated by Case Management Order #28 addressing time-barred cases, and in support, state as follows.

1. The Court's current deadlines concerning the bellwether selection process, per the Fifth Amended Case Management Order #27 (Amended Bellwether Plan) [Dkt. 15887] and the Order Granting Joint Motion to Extend Deadlines in Fifth Amended Case Management Order #27 [Dkt. 18493], are as follows:

   A.  June 23, 2021 – Parties to exercise strikes by teleconference with the Court

   B.  July 7, 2021 – Each side to submit a single brief (no more than 10 pages total) containing a summary of the facts and the parties' positions on why cases should or should not be selected as a bellwether case for each of the remaining cases.

2. The Parties request the deadlines in Fifth Amended CMO#27 be extended to the following:

US.133415076.01

    A. July 29, 2021 – Parties to exercise strikes during conference with the Court

    B. August 12, 2021 – Each side to submit a single brief (no more than 10 pages total) containing a summary of the facts and the parties' positions on why cases should or should not be selected as a bellwether case for each of the remaining cases.

  3. The Parties are requesting this brief extension to allow the Court sufficient time to address motions filed pursuant to Case Management Order # 28, addressing time-barred cases in the bellwether discovery pool.

  4. No party will be prejudiced by the requested extension, and granting this extension is in the interest of judicial efficiency.

  WHEREFORE, the Parties respectfully request that the Court grant this motion and extend certain deadlines contained in Fifth Amended Case Management Order # 27 (Amended Bellwether Plan) [Dkt. 15887] and the Order Granting Joint Motion to Extend Deadlines in Fifth Amended Case Management Order #27 [Dkt. 18493].

Respectfully submitted,

Dated: June 22, 2021

| | |
|---|---|
| s/ Joseph N. Williams<br>Joseph N. Williams<br>RILEY WILLIAMS & PIATT, LLC<br>301 Massachusetts Avenue<br>Indianapolis, IN  46204<br>Tel: (317) 633-5270<br>Facsimile: (317) 426-3348<br>Email:  jwilliams@rwp-law.com | */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>Jessica Benson Cox<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:   (317) 237-1000<br>Email:  Andrea.Pierson@FaegreDrinker.com<br>Jessica.Cox@FaegreDrinker.com<br><br>James Stephen Bennett<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>110 W. Berry Street, Suite 2400<br>Fort Wayne, Indiana 46802<br>Telephone: (260) 424-8000<br>Email:   Stephen.Bennett@FaegreDrinker.com<br><br>*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2021, a copy of the foregoing was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        /s/ Andrea Roberts Pierson