UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES IN FIFTH AMENDED CASE MANAGEMENT ORDER #27

The Parties filed a Joint Motion to Extend Deadlines in Fifth Amended Case Management Order #27. Having considered the Parties' motion and being duly advised, the Court now GRANTS the motion (dkt. 19130).

IT IS THEREFORE ORDERED that current deadlines concerning the bellwether selection process, per the Fifth Amended Case Management Order #27 (Amended Bellwether Plan) [Dkt. 15887] and the Order Granting Joint Motion to Extend Deadlines in Fifth Amended Case Management Order #27 [Dkt. 18493], are amended to the following:

    A.    July 29, 2021 – Parties to exercise strikes during conference with the Court

    B.    August 12, 2021 – Each side to submit a single brief (no more than 10 pages total) containing a summary of the facts and the parties' positions on why cases should or should not be selected as a bellwether case for each of the remaining cases.

SO ORDERED this 23rd day of June 2021.

                                                                             RICHARD L. YOUNG, JUDGE
                                                                             United States District Court
                                                                             Southern District of Indiana

Distributed Electronically to Registered Counsel of Record