# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-01317 | 1:21-cv-01345 |
| 1:21-cv-01318 | 1:21-cv-01346 |
| 1:21-cv-01319 | 1:21-cv-01348 |
| 1:21-cv-01320 | 1:21-cv-01349 |
| 1:21-cv-01321 | 1:21-cv-01351 |
| 1:21-cv-01324 | 1:21-cv-01352 |
| 1:21-cv-01326 | 1:21-cv-01353 |
| 1:21-cv-01327 | 1:21-cv-01354 |
| 1:21-cv-01332 | 1:21-cv-01355 |
| 1:21-cv-01333 | 1:21-cv-01356 |
| 1:21-cv-01334 | 1:21-cv-01357 |
| 1:21-cv-01335 | 1:21-cv-01359 |
| 1:21-cv-01336 | 1:21-cv-01361 |
| 1:21-cv-01337 | 1:21-cv-01362 |
| 1:21-cv-01338 | 1:21-cv-01363 |
| 1:21-cv-01339 | 1:21-cv-01364 |
| 1:21-cv-01340 | 1:21-cv-01365 |
| 1:21-cv-01344 | 1:21-cv-01366 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:  June 24, 2021　　　　　　　　　　　/s/ Andrea Roberts Pierson
　　　　　　　　　　　　　　　　　　　　　　Andrea Roberts Pierson (# 18435-49)
　　　　　　　　　　　　　　　　　　　　　　Kip S. M. McDonald (# 29370-49)

US.120264241.01

FAEGRE DRINKER BIDDLE & REATH LLP<br>
300 North Meridian Street, Suite 2500<br>
Indianapolis, Indiana 46204<br>
Telephone: (317) 237-0300<br>
Facsimile: (317) 237-1000<br>
E-Mail:  andrea.pierson@faegredrinker.com<br>
E-Mail:  kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01