UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.  1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Ronald J. Barber, 1:19-cv-00665-RLY-TAB

**FINAL JUDGMENT**

Consistent with the Order dismissing Plaintiff's case for failure to prosecute, the court hereby issues final judgment in favor of the Cook Defendants and against the Plaintiff.

**SO ORDERED** this 23rd day of June 2021.

Roger Sharpe, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1