UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Patrick Haley II, 1:20-cv-06223-RLY-TAB

## FINAL JUDGMENT

Consistent with the Order dismissing Plaintiff's case for failure to prosecute, the court hereby issues final judgment in favor of the Cook Defendants and against the Plaintiff.

**SO ORDERED** this 23rd day of June 2021.

Roger Sharpe, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.