IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB  MDL No. 2570 |

This Document Relates to Plaintiff(s):

RONALD JAY BARBER

Civil Case # 1:19-cv-00665-RLY-TAB

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter is before the Court for Plaintiff's motion to withdraw as counsel (Dkt. 16125).

Upon consideration and for good cause, the movant's motion to withdraw is granted.

Douglass A. Kreis of Aylstock, Witkin, Kreis & Overholtz, PLLC, is terminated as counsel of record for the Plaintiff.

Date: 6/24/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF
and to the following via U.S. Mail:

Ronald Jay Barber
P.O. Box 23
Ontario, NY 14519