# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to<br><br>Plaintiff(s): **Pamela Maynard**<br><br>Civil Case#: 1:17-cv-03547 | |

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Pamela Maynard. Plaintiff Pamela Maynard died on or about October 19, 2019.

Dated: June 24, 2021

                                            Respectfully submitted,

                                            By: __David L. Rosenband_____
                                                 David L. Rosenband, Esq.
                                                 **Weitz & Luxenberg, P.C.** 700 Broadway
                                                 New York, NY 10003
                                                 Telephone: (212) 558-5915
                                                 Facsimile: (646) 293-7470
                                                 drosenband@weitzlux.com
                                                 Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ David L. Rosenband