# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-01368 | 1:21-cv-01398 |
| 1:21-cv-01369 | 1:21-cv-01400 |
| 1:21-cv-01371 | 1:21-cv-01401 |
| 1:21-cv-01372 | 1:21-cv-01403 |
| 1:21-cv-01375 | 1:21-cv-01407 |
| 1:21-cv-01376 | 1:21-cv-01409 |
| 1:21-cv-01377 | 1:21-cv-01410 |
| 1:21-cv-01379 | 1:21-cv-01414 |
| 1:21-cv-01380 | 1:21-cv-01415 |
| 1:21-cv-01382 | 1:21-cv-01416 |
| 1:21-cv-01383 | 1:21-cv-01417 |
| 1:21-cv-01384 | 1:21-cv-01420 |
| 1:21-cv-01386 | 1:21-cv-01424 |
| 1:21-cv-01387 | 1:21-cv-01425 |
| 1:21-cv-01388 | 1:21-cv-01426 |
| 1:21-cv-01389 | 1:21-cv-01427 |
| 1:21-cv-01393 | 1:21-cv-01428 |
| 1:21-cv-01397 | 1:21-cv-01429 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:    June 25, 2021        /s/ Kip S. M. McDonald
                                            Andrea Roberts Pierson (# 18435-49)
                                            Kip S. M. McDonald (# 29370-49)

FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                /s/ Kip S. M. McDonald